That's great YOU are doing so well

with this Laptop Lifestyle System



It's cool that Carolina has been earning
over $100k a year for the last five years
straight with this.

It's nice to HEAR that Matt has paid out
over $103 million in commissions to
normal folk just like us.

And...

I can probably show you case study after
case study, proof coming out the wazoo.
Yet, you probably just want to know
that this will work FOR YOU?

That's why I don't want you to just take
my word for it.

===> Try out the Laptop Lifestyle System
And give it an honest to goodness try.

Go through the 21 Steps. Put in the 30 minutes
a day on average.

And if you're not thrilled with YOUR results?
If you don't see that you're well on your way
to working less, and earning up to $10k per
month or more, while you work from home
or travel the world...

If you don't see that's happening?

Then they'll happily hand back your small
investment fee to be in this amazing system.

No. Risk. Involved.

Deal?

16

**PX 1**                          FTC-MOBE-000049

17

**PX 1**

FTC-MOBE-000050

.ıll Sprint  LTE          11:11 AM          23%
mobeoffice.com

That's great YOU are doing so well

with this **Laptop Lifestyle System** 

It's cool that Carolina has been earning
over $100k a year for the last five years
straight with this.

It's nice to HEAR that Matt has paid out
over $103 million in commissions to
normal folk just like us.

And...

I can probably show you case study after
case study, proof coming out the wazoo.
Yet, you probably just want to know
that this will work FOR YOU?

That's why I don't want you to just take
my word for it.

===> Try out the Laptop Lifestyle System
And give it an honest to goodness try.

Go through the 21 Steps. Put in the 30 minutes
a day on average.

And if you're not thrilled with YOUR results?
If you don't see that you're well on your way
to working less, and earning up to $10k per
month or more, while you work from home
or travel the world...

If you don't see that's happening?

Then they'll happily hand back your small
investment fee to be in this amazing system.

No. Risk. Involved.

Deal?

18

**PX 1**

FTC-MOBE-000052



**Sprint  LTE**          11:12 AM          23%

mobeoffice.com

normal folk just like us.

And...

I can probably show you case study after
case study, proof coming out the wazoo.
Yet, you probably just want to know
that this will work FOR YOU?

That's why I don't want you to just take
my word for it.

===> Try out the Laptop Lifestyle System
And give it an honest to goodness try.

http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=&url_id=4228

Go through the 21 Steps. Put in the 30 minutes
a day on average.

And if you're not thrilled with YOUR results?
If you don't see that you're well on your way
to working less, and earning up to $10k per
month or more, while you work from home
or travel the world...

if you don't see that's happening?

Then they'll happily hand back your small
investment fee to be in this amazing system.

No. Risk. Involved.

Deal?

This is coming from the heart. Hope it's
coming across that way. 😊

===> I just want you to give this a real try.

http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=&url_id=4228

I've just seen it change so many lives for
hard-working good people willing to use
the system

20

**PX 1**          **FTC-MOBE-000053**

# Exhibit 4

**FTC-MOBE-000054**

**Kim, Sung**

| | |
|---|---|
| **From:** | Kristine Cervantez <​███████████████​> |
| **Sent:** | Thursday, December 14, 2017 8:23 PM |
| **To:** | Kim, Sung |
| **Subject:** | Fwd: Your friends will ask how you did it... |

One email sequence below

Carpe Diem

Begin forwarded message:

> **From:** Yvette Macayan <​███████████████​>
> **Date:** December 3, 2017 at 7:47:58 PM PST
> **To:** Kristine Cervantez <​███████████████​>
> **Subject: Re: Your friends will ask how you did it...**
>
> Hi Kristine,
>
> Hope all is well. Let me know how I can join the online business . Sorry been really busy in this part of the globe. Walk me through and I'll see if I can  your proposal is workeable.
>
> Best,
>
> Yvette
>
> Sent from my iPad

On Jul 12, 2017, at 3:25 PM, "Kristine Cervantez" <​███████████████​> wrote:

Hi Yvette,

I don't know about you, but there's quite competition going on amongst my friends...

We like each other and we get on well, but there's also some (not so?) friendly jostling and teasing that goes on at neighbourhood bbq's and get-togethers.

Everyone knows when someone gets a new car... or if they get a promotion... or if they are struggling to get by.

I'll be honest, I don't love this kind of comparison, but I accept it as part of human nature.

1

**Cervante Exhibit 4**

**FTC-MOBE-000055**

Rich, beautiful people get a lot of respect from their peers.

And people who are struggling get less.

It stinks. But like I said, it is what it is…

Now, here's the funny thing - a lot of MOBE's top earners are the quiet, unassuming types.

They don't make a big deal about their wealth, and they don't show it off on purpose, but sooner or later everybody finds out and they start getting attention.

After all, pulling into a local pool party in a Porsche is bound to get noticed.

And I can promise you that when you get up at 9.30 most days to sip coffee on your front porch, your neighbors start to wonder what it is *exactly* that you do for a living…

If you'd like to get in on this fun, I'd love to show you how. Not so you can gloat over your friends, necessarily, but so you can enjoy the freedom and wealth that gets people talking. And maybe even share how you achieved your success and you can help them in return and share the glory. This is pretty much what my goal is in reaching out to you, to share this opportunity.

Wifi Millionaire ebook can show you how to make commissions of $3,000… $5,5000… even higher from your front porch, your spare-bedroom, or anywhere you can find an internet connection.

**So far it's paid out over $90 million in commissions to its business partners, and now you have a chance to join in and claim your share of the profits.**

Best of all, it's cheap and easy to get started. Ask yourself, is it worth investing in yourself for a better future? I asked myself the same question before I joined MOBE. And my answer was

2

**PX 1**

FTC-MOBE-000056

always a definite YES! Not only because of the company and what they can offer, but because I
BELIEVE in myself that I can do this no matter what it takes. I hope that you believe in yourself
too because I know that if I can do it, anyone can, and YOU CAN.

Click here to get all the details.

Talk soon,

Kristine

P.S. Just another reminder that you are more than welcome to message me.

███████████████████

USA
Unsubscribe | Change Subscriber Options

3

**PX 1**                    **FTC-MOBE-000057**

# Exhibit 5

**Kim, Sung**

| | |
|---|---|
| **From:** | kristine cervantez <​██████> |
| **Sent:** | Sunday, December 17, 2017 2:37 PM |
| **To:** | Kim, Sung |
| **Subject:** | Fwd: What IFS is not |

Here's another email from Matt Lloyd that's odd. I think they are on to something or probably suspects they are being looked into. I never told anyone but I assume some people who have been expressing their grievances are probably threatening to sue them as what I've seen in a few from the Internet.

Carpe Diem

Begin forwarded message:

> **From:** Matt Lloyd <mattlloyd@mobe.com>
> **Date:** December 17, 2017 at 5:40:35 AM PST
> **To:** "kcerv█████" ████
> **Subject: What IFS is not**
> **Reply-To:** Matt Lloyd <mattlloyd@mobe.com>

To ensure delivery to your inbox, please add mattlloyd@mobe.com to your address book.
If you do not wish to receive future emails, then click here. To view this message in a browser click here



I spend a lot of time telling people what IFS IS...so I thought I'd send a brief messages explaining...

What IFS is NOT...

1. It's not a get-rich-quick scheme. You will make a commission in the first 30 days if you follow my 21 steps. That's all I'm promising. Plenty of folks have made very high 5- and 6- figure incomes and a few have even made over a million dollars. I've paid out over $40,000,000 in commissions.

But, all I'm promising you is a way to make commissions THIS month.

2. Multi-level or network marketing. You CAN make money if people join under you and make sales. But your income is not dependent on their success.

You do not need a "downline" to succeed.

1

Cervante Exhibit 5
FTC-MOBE-000059

3. It's not a make-a-list-of-your-family-and-friends and annoy them with pitches and pushy emails. You don't have to do any of that with IFS.

4. It's not a system that requires you to use your garage or spare bedroom to warehouse product. No inventory required.

5. It's not a program that requires you to build websites, set up ecommerce, or know anything at all about online marketing. Sometimes I think people who don't know ANYTHING about online business do better with IFS because they haven't developed the bad habits and mindsets that some hardcore online "biz oppers" have!

6. It's not a system that requires calling people on the phone. We have programs where we'll actually do that for you! And if we do, we'll close the sales for you!

That's what IFS is NOT. To find out more about what it IS...

http://www.internetfunnelsystem.com/letter-2/

Talk soon,



Matt Lloyd

---

Share this content...

   

You're getting this email because you subscribed to my list at some point... if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:**
http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

2

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam

**My TV Channel:** http://mattlloyd.tv

**My Blog:** http://www.mattlloydsblog.com/

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**License MOBE's products and sales funnels here:** http://mobe.com/licenserightsprogram/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2016 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

3

**PX 1**                                    **FTC-MOBE-000061**

# EXHIBIT 6

FTC-MOBE-000062

**Kim, Sung**

| | |
|---|---|
| **From:** | kristine cervantez ▮▮▮▮▮▮ |
| **Sent:** | Tuesday, December 19, 2017 7:16 PM |
| **To:** | Kim, Sung |
| **Subject:** | [SUSPECTED SPAM] Fwd: Someone just wrote bad things about you online. |

Carpe Diem

Begin forwarded message:

> **From:** "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>
> **Date:** December 19, 2017 at 9:49:18 AM PST
> **To:** Kristine Cervantez <▮▮▮▮▮▮>
> **Subject: Someone just wrote bad things about you online.**
> **Reply-To:** "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>

Do you have video editing talents? Or, do you know someone who does? I'm looking for an amazingly talented video editor who wants to work from home and make great money. Details here.



MOBE Daily #84

*"Number 1: Cash is king. Number 2: Communicate. Number 3: Buy or bury the competition."*

*~ Jack Welch*

Hey,

Today, I want to talk to you about handling public criticism online. The more successful you

1

PX 1                    Cervante Exhibit 6
**FTC-MOBE-000063**

and your business becomes, the more you will be criticized.

But before I get to that... I have a blatant Christmas offer for you.

I have assembled some of the very best information products MOBE has produced over the years when it comes to getting more leads and sales. Some of these products have never actually been released to the public.

The majority of the products are from high priced seminars we've done where I've invited 6, 7 and 8 figure earners in our industry to come share.

Now you can get all of them together, for a ridiculously low Christmas price.

Details here: https://mobe.com/christmas-bonus-2017/

The offer expires on Christmas eve at midnight, for good.

___

So lets get back to today's topic; handling public criticism.

With success comes envy and jealousy from others.

Some people - even those close to you - can't stand to see you do incredibly well.

Competitors will write bad things to funnel your traffic to their offers (the more money you make, the more you'll experience this). This has been happening to myself and MOBE for many years - it's cost us 10's of millions of dollars in lost revenue (and that's being conservative).

You'll also have customers who will publicly criticize you.

Some will be impossible to please.

For others, you'll mess up fulfillment (with fast growth, this is inevitable) , and rightfully so they'll be upset.

My point is, it's going to happen.

**PX 1**                    **FTC-MOBE-000064**

The very first negative review I received was sometime back in 2012.

I'd done about a million or so in revenue by that stage, and someone went on a popular internet marketing forum and answered a thread asking, "is this guy Matt Lloyd legit? Is his company good?" People started chiming in. Most of it was good, but there were a few people who weren't even customers, who just started criticizing me.

I made the mistake of letting my emotions get involved- they were attacking me, so I turned around and attacked them right back.

In hindsight, my response didn't exactly serve me well. It backfired, because more people got involved and started commenting. The message thread went from one page up to eight pages and counting. Even though most of the comments were supporting me, the sheer volume of comments boosted that conversation to the top of the search engine—so everyone could see my over-the-top response.

I'm not saying you shouldn't defend yourself. But just keep in mind how your comments will reflect on you / your company to new potential clients who've never received your content or marketing before.

These days, if I was going to respond to public criticism (and I rarely do), I'm a lot more diplomatic in my response.

**"What do you do if someone just won't stop and they're really coming after you and it start to become a real problem?"**

Here's an example of how to handle this …

There is one particular company I'm thinking about right now, that specializes in negative PR to get more traffic to their website.

They encourage their affiliates to do negative reviews on other company's to get traffic to their websites too (I am positive that the vast majority of their new clients come from this marketing tactic).

They don't just talk trash about myself and MOBE—they do the same thing with many other company's in our industry. I even saw one of their members calling Amazon's affiliate

3

**PX 1**

opportunity a scam and promoting theirs instead.

I found one of the owners of this company on Facebook, and politely said, "Look, there are several inaccuracies with your review. I would appreciate if you get a review of what I'm doing, at least be honest with it." I checked a few days later, and he had blocked me!

So I tried calling his number.  I then had my lawyer try to call.  They continued to ignore our messages.

(by the way - only get the lawyers involved, and start doing cease and desists, etc *after* you've tried all amicable avenues to resolve things).

Unfortunately, in this case I ended up filing a lawsuit.

More than 2 years later it's still going.  The trial is set for next year.  If you file a lawsuit, be prepared to take it *all the way*, and realize it will cost you a lot more than you initially think.

In this particular case I'm fine with the costs; I know they're paying roughly the same amount in legal fees, and it's hurting them a lot more than it hurts me.

Before you go the legal route, you can also try going to their web hosting company and making a complaint.

You'll need to have grounds for that complaint - eg. "this website you're hosting is in violation of using my trademark," or "they're using my intellectual property without my permission."

But at the end of the day, no matter what you do to defend yourself, they'll never go away.  You'll always have your detractors.

Personally I've made peace with it and choose to focus more on making my company the best it can be.

Besides, the best revenge you'll ever get on your competitors and enemy's is to become so successful that they can't ignore the fact you've beat them.

4

**PX 1**

FTC-MOBE-000066



**Who is the "Typical" Entrepreneur?**

What are the typical characteristics of an entrepreneur?

They are usually highly creative. They have visionary ideas. They are also daring decision makers. They like to take risks.

They seek independence and freedom. Does this sound like you?

Joe Sugarman says that a true entrepreneur is a person who makes a lot of money, loses it all and makes it all back again. He reveals some more traits of the "typical" entrepreneur in this video, filmed at the Titanium Mastermind in Los Cabos, Mexico.

5

**PX 1**



**Don't Be Ashamed to Sell**

There are 3 things you should never mention in conversation, right?

Never mention politics, never mention religion and never dare to sell something.

Of course, you have to make sales to stay in business. If you think that selling is icky or slimy or sleazy, don't you think you'll have a hard time making money?

Watch this video, filmed at the Titanium Mastermind in Cabo San Lucas, Mexico, and let Dave VanHoose explain why there's nothing to be ashamed about selling.

**PX 1**

FTC-MOBE-000068



**You Are Your Own Brand**

You've heard about branding yourself and how it's so powerful. But what if you have little to no results, and not much credibility in your industry?

A lot of people think they're not ready to brand themselves, but they're wrong. In fact, you are already a brand, whether you know it or not.

Your life history, your attitudes and your personality are uniquely yours. No one else shares the same traits. Just by being yourself, you will naturally stand out and create a unique brand.

If you're not sure about how to go about branding yourself, watch **this video**, filmed at the **Titanium Mastermind** in the Dominican Republic. T.J. Rohleder and Chris Lakey will teach you how to create a brand out of what you've already got.

Talk soon!

Matt Lloyd

**PX 1**

**FTC-MOBE-000069**



*Matt Lloyd*

## Got A Question? Ask Matt!

## Ask Matt your question here, and if chosen he'll answer it in an upcoming episode!



Get a free daily video episode and hear Matt's answers to a variety of questions regarding marketing, scaling, growing your wealth and general business building topics!

**Or, if you have a topic that you want Matt to address,**

**CLICK HERE To Submit your question**

8

**PX 1**          **FTC-MOBE-000070**

  

**SHARE THIS CONTENT...**

 

# LET'S CONNECT!

We are all busy but hopefully we can connect on the platform that's most convenient for you.

  

 **Want to Try Our Number One Marketing System That Pays You $1,250, $3,300 & $5,500?** **TRY NOW** 

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at:  http://mobe.com/support

**Got a question for Matt Lloyd? Ask him** here: http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:**
http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

9

**PX 1**            **FTC-MOBE-000071**

**MOBE is now hiring – details here:** http://mobe.com/joinourteam

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event** here: http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2017 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

**PX 1**                    FTC-MOBE-000072

Exhibit 7

FTC-MOBE-000073

**Kim, Sung**

| | |
|---|---|
| **From:** | kristine cervantez < ▮▮▮▮▮▮▮▮▮ > |
| **Sent:** | Tuesday, December 26, 2017 4:56 PM |
| **To:** | Kim, Sung |
| **Subject:** | Fwd: 5 ways to recognize a scam |

This is good evidence to add for exhibit 5

Carpe Diem

Begin forwarded message:

> **From:** Matt Lloyd <mattlloyd@mobe.com>
> **Date:** December 23, 2017 at 5:35:48 AM PST
> **To:** "kcerv▮▮▮▮▮▮▮▮ < ▮▮▮▮▮▮▮▮▮ >
> **Subject:** 5 ways to recognize a scam
> **Reply-To:** Matt Lloyd <mattlloyd@mobe.com>

To ensure delivery to your inbox, please add mattlloyd@mobe.com to your address book.
If you do not wish to receive future emails, then click here. To view this message in a browser click here.



**Cervante Exhibit 7**

**PX 1**          **FTC-MOBE-000074**



5 Ways to Recognize a Shady Online Business...

1. They're not selling anything but "vapor". You just drive traffic to their site, which signs up more people to drive traffic to their site.

And on and on it goes. Nothing of value is exchanged.

Look for real products, services, events, programs, etc.

2. It's hard to find a real person behind the business. Who's in charge?

Is he or she out front? Can you contact that person? Is there a real address on the site? Or is it just a

2

faceless "system"?

Only do business with someone willing to risk their reputation.

3. Testimonials don't include last name or address.

Look for video testimonials by real humans.

4. No guarantee or a wishy-washy "money back in if not satisfied" guarantee. Everybody does that.

Look for a "performance promise" that guarantees RESULTS.

5. No personal coaching. It's all on you. Go get 'em, champ!

Only do business with a program that offers real, human one-on-one coaching.

1. IFS offers mastermind events, traffic coaching programs, email marketing programs and other REAL products.

2. IFS is run by me, Matt Lloyd. I'm all over our sites. I'm the face. I'm the reputation.

3. IFS has plenty of video testimonials and case studies on MattLloyd.TV. Check them all out. It will take you hours!

4. IFS has the strongest guarantee in the industry: Follow the 21 steps and make a commission in 30 days or TEN TIMES your money back.

5. IFS gives you your own personal coach.

When you're ready to leave the scams behind and start a real online business...

http://www.internetfunnelsystem.com/letter-2/

Talk soon,



Matt Lloyd

Share this content...

   

**PX 1**                    **FTC-MOBE-000076**

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:** http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam

**My TV Channel:** http://mattlloyd.tv

**My Blog:** http://www.mattlloydsblog.com/

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**License MOBE's products and sales funnels here:** http://mobe.com/licenserightsprogram/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2016 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

4

FTC-MOBE-000077

EXHIBIT 8

FTC-MOBE-000078

Kim, Sung

| | |
|---|---|
| **From:** | kristine cervantez < ███████████ > |
| **Sent:** | Sunday, January 21, 2018 1:40 PM |
| **To:** | Kim, Sung; Jones, Carol |
| **Subject:** | Fwd: Please sign Cervantez Downgrade Release 011618 |

Here is the form. I won't be signing anything from them anymore. Please look into this.

Carpe Diem

Begin forwarded message:

> **From:** Ross Weber <echosign@echosign.com>
> **Date:** January 16, 2018 at 7:55:26 AM PST
> **To:** ███████████ "
> **Subject: Please sign Cervantez Downgrade Release 011618**
> **Reply-To:** Ross Weber <Ross@mobe.com>



## Ross Weber Has Sent You Cervantez Downgrade Release 011618 to Sign

Ross Weber (MOBE Ltd) says:
*"Please review and complete Cervantez Downgrade Release 011618."*

Click here to review and sign
**Cervantez Downgrade Release 011618.**

After you sign **Cervantez Downgrade Release 011618**, all parties will receive a final PDF copy by email.

If you need to delegate this document to an authorized party for signature, **please do not forward this email**. Instead, click here to delegate.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

## DOWNGRADE AGREEMENT AND MUTUAL RELEASE

This Settlement Agreement and Release ("Agreement") is made and entered into by and between MOBE, LTD. ("MOBE") and Kristine Cervantez ("Student"), and is effective as of the date of the first signature executed herein ("Effective Date").  MOBE and Student are sometimes referred to herein individually as "party" or collectively as the "parties."

### RECITALS

A.      Student entered into an agreement with MOBE where MOBE was to provide access to MOBE's Masterclass and Titanium Mastermind Events along with other products and services;

B.      Student made a partial payment toward the Titanium Mastermind program but has decided to only continue as a Silver/Gold Masterclass Student;

C.      The parties have mutually agreed to resolve things amicably and seek now to settle and release claims against one another;

D.      Following this agreement, Student's relationship with MOBE will be downgraded to Silver/Gold Masterclass with full access to all training modules and rights of a Silver/Gold Masterclass Customer;

E.      Student Reaffirms all of the terms and conditions included in the Silver/Gold Masterclass Agreement and must sign a Silver/Gold Masterclass Agreement prior to the terms of this Agreement becoming effective; and

F.      Student must sign and return this Agreement to MOBE by January 26, 2018 or the offer herein will expire.

### AGREEMENT

**1.      Incorporation of Recitals.**  The recitals set forth above are incorporated into this Agreement.

**2.      MOBE Promises and Obligations under this Agreement:**  MOBE promises to pay Student $1488.00 returned to the method of payment Student used to make the deposit no sooner than 7 business days after Student signs the appropriate Silver/Gold Masterclass Agreement and returns this signed release. If MOBE is unable to return the funds to the payment method used to make the deposit, MOBE will wire the funds to the account Student designates.

**3.      Student's Promises and Obligations under this Agreement:**  Student promises and  agrees to keep this agreement and all terms, conditions and obligations in this agreement confidential.  Student agrees to remove any derogatory online posts regarding MOBE and agrees not to make any derogatory posts about MOBE in the future. Student agrees not to contact or otherwise interact with other MOBE Customers.  Student agrees to only communicate, with any person who asks about his experience with MOBE, the following  statement:

"Student and MOBE have amicably resolved their differences."

Student agrees to be bound by a permanent injunction without a need to post bond in the event any breach of this Agreement occurs.  Student agrees to forgive and waive completely any and all claims asserted or unasserted, known or unknown, against MOBE that accrued up to the time of the signing of this agreement.  Student agrees to contact any regulatory body where a complaint

**PX 1**

FTC-MOBE-000080

may have been lodged regarding the disputes between the parties and notify them the disputes have been amicably resolved.

Student reaffirms all of the terms and conditions in the Silver & Gold Masterclass Agreement.

    **4.**    **Full Release of all Claims:** Student and MOBE on behalf of their respective owners, officers, executors, administrators, successors and assigns hereby remises, releases and forever discharges each other their subsidiaries, divisions, affiliates and agents from all claims, suits, actions, charges, demands, judgments, costs and executions present and future, known or unknown, both legal and equitable, or other claims arising out of the contracts the parties have previously entered into.

    **5.**    **Confidentiality.** Other than the fact that the parties hereto have settled, no party to this Agreement, nor any other individual or entity under their control or influence, shall disclose or reveal directly or indirectly this Agreement or any of its terms to any person or entity not a party hereto. Notwithstanding the foregoing, the parties may disclose information relating to this Agreement (i) upon the prior written consent of the other parties hereto; (ii) as necessary to their respective family members, accountants, insurance carriers, and attorneys, provided that such disclosure is limited to information necessary for the purpose of such disclosure and the parties to whom information is disclosed agree not to further reveal or disseminate any such information; (iii) in response to a validly issued subpoena or other legal process or as otherwise required by law, provided, however, that written notice is provided to the other parties hereto no less than five (5) days from the receipt of such subpoena or legal process, and in no event less than five (5) days prior to the time disclosure is made pursuant to such subpoena or legal process, in order to allow such parties to object and/or seek appropriate relief to prevent or limit disclosure; and/or (iv) in connection with enforcement by any party of this Agreement, provided, however, that appropriate protective orders and/or other measures are employed to limit disclosure to the extent necessary to resolve any claims asserted therein.

    **6.**    **Non-disparagement.** MOBE and Student hereby covenant and agree that they shall not make any written or oral statements of a legally disparaging or defamatory nature about the other party and agree not to make any statement other than that detailed in Section 3. Any violation of this section will be difficult to ascertain the cost to MOBE or Student so the Parties agree on liquidated damages for breach in the amount of US$25,000 per occurrence.

    **7.**    **General Representations and Warranties**. MOBE and Student each hereby make the following representations, warranties, covenants, and acknowledgements, as may be applicable, to induce the other party to enter into this Agreement, and each party acknowledges that the other party is reasonably relying upon such representations, warranties, covenants and acknowledgments as a material inducement to execution of this Agreement:

    (a) MOBE and Student have not, in whole or part, assigned, sold, or transferred any of the claims being released hereby, and their execution of this Agreement constitutes a full and complete release and discharge of all claims;
    (b) MOBE and Student have all requisite power and authority to enter into this Agreement and to perform all of its obligations hereunder;
    (c) MOBE and Student have duly authorized the execution, delivery, and performance of this Agreement, and no other approval or authorization is required by or on behalf of any

person or entity;

(d) MOBE and Student have each had competent and qualified legal counsel review and advise them with regard to the scope and legal effect of this Agreement and have each relied solely on their own judgment and the advice of their legal counsel in executing this Agreement. MOBE and Student have not relied on the statements or representations of any party hereto or of the legal counsel to any party hereto (except for their own legal counsel) in executing this Agreement; and

(e) No representation or warranty by MOBE and Student contained in this Agreement constitutes a false statement of a material fact or omits any material fact or statement necessary to make the facts or statements contained herein not false or misleading.

**8.      No Admissions.** This Agreement constitutes the settlement of disputed claims. Nothing contained in this Agreement shall constitute any admission of liability between the parties, and each party expressly denies the allegations and claims of the other.

**9.      Successors.** This Agreement shall be binding upon the parties hereto and their respective heirs, representatives, successors, and assigns.

**10.      Authority and Acknowledgment.** Each individual signing this Agreement on behalf of a corporation, partnership, proprietorship, association, limited liability company, or other organization hereby represents and warrants that he or she has read this entire Agreement, understands all of its terms and provisions, and has authority to enter into this Agreement on behalf of such corporation, partnership, proprietorship, association, limited liability company, or organization. Each individual signing this Agreement on his or her own behalf represents and warrants that he or she has read this entire Agreement, understands all of its terms and provisions, and has voluntarily entered into this Agreement.

**11.      No Third Party Beneficiary.** Except for express beneficiaries of this Agreement, no third party to this Agreement shall be entitled to enforce any provision hereof, nor may any third party hereto be entitled to rely upon any representation, warranty, covenant, acknowledgment or any other provision hereof.

**12.      Rules of Construction.** Each of the parties hereto has revised or requested revisions to this Agreement. Any ambiguities are not to be resolved against any party hereto.

**13.      Severability.** The terms and provisions of this Agreement are severable, and should any term or provision hereof be declared or determined by any court or other governmental body or organization to be void, voidable, or unenforceable under any applicable law, such void, voidable, or unenforceable term or provision shall not affect or invalidate any other term or provision of this Agreement, which shall continue to govern the relative rights and duties of the parties as though the void, voidable, or unenforceable term or provision were not a part of this Agreement. In addition, it is the intention and agreement of the parties that all terms and conditions hereof be enforced to the fullest extent permitted by the law.

**14.      Waiver.** Acceptance by any party of any performance less than required hereby shall not be deemed to be a waiver of the rights of such Party to enforce all of the terms and conditions hereof. No waiver of any such right hereunder shall be binding unless reduced to writing and signed by the party to be charged therewith.

**15.      Costs, Expenses, and Attorney's Fees.** The parties hereto shall bear their own respective costs, expenses, and attorney's fees incurred in connection with the negotiation, preparation, execution, and performance of this Agreement. If any action or motion is brought to enforce or construe the terms of this Agreement, the party prevailing in that action shall be