entitled to recover from the party not prevailing all of its/their reasonable costs, expenses, and attorney's fees incurred in that action or motion.

**16.     Choice of Law and Mandatory Venue.**  This Agreement shall be interpreted, construed, and enforced in accordance with and governed by the laws of the State of Utah. Each  party hereby submits to the sole and exclusive personal jurisdiction and mandatory venue of the  state and federal courts situated in Utah County, State of Utah, for the enforcement of this  Agreement and any and all claims relating to or arising out of this Agreement.  If a party violates  this provision and files suit in another forum, the other party shall be entitled to anti-suit  injunctive relief in the state and federal courts situated in Utah County, State of Utah, enjoining  the action in the improper forum or the Royal Courts of London.

**17.     Counterparts.**  This Agreement may be executed in counterparts, and facsimile or scanned signatures shall be deemed acceptable as if they were original.

**18.     Integrated Document.**  This Agreement contains all of the terms, covenants, conditions, and agreements between the parties hereto concerning the subject matters treated herein.  All prior negotiations, discussions, and understandings between the parties are intended  to be merged herein.  No party has relied upon any representation, promise, assurance, covenant,  or agreement not included in the terms hereof in making the decision to enter into this  Agreement.  This Agreement may not be amended or supplemented except through a writing  executed by all parties whose rights are or may be affected by any such supplement or  amendment.

WHEREFORE, the parties have executed this Agreement on the date shown below, effective as  of the Effective Date of this Agreement.

_____
Kristine Cervantez        Date

Via email to: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_____
MOBE LTD,            Date

**PX 1**

**EXHIBIT 9**

**PX 1**

FTC-MOBE-000084

Kim, Sung

| | |
|---|---|
| **From:** | kristine cervantez ▮▮▮▮▮▮ |
| **Sent:** | Thursday, January 25, 2018 11:41 AM |
| **To:** | Kim, Sung; Jones, Carol |
| **Subject:** | Fwd: Refund Request |

Carpe Diem

Begin forwarded message:

**From:** kristine cervantez <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Date:** January 22, 2018 at 7:56:55 PM PST
**To:** Ross Weber <ross@mobe.com>
**Subject: Re: Refund Request**

Hi Ross,

The $2,000 down payment need not be refunded anymore as I have taken care of that with my credit card company when I filed a claim for it since MOBE has never given the refund even after signing a form for it. This has been 6 months long issue. What I'm only asking is to release the commissions I earned. Commissions to compensate a small fraction of what I have spent doing MOBE. I have put myself in over $10,000 of debt due to misrepresentation, miscommunication, and omission of how much promoting MOBE in Facebook ads would cost me. I don't plan to continue promoting MOBE, I just want a resolution to all this and move on. The following attachments are the breakdown of the commissions from the MOBE affiliate website including calculation total of $1,638.90.

Note: Do look into the breakdown of the silver sale commission as it shows 3 conversions but is only showing one $1,250 Commission.

Also I request the release of my commissions be paid through check in the mail. Thank you.

Kristine

FTC-MOBE-000085



PX 1

FTC-MOBE-000086



PX 1          FTC-MOBE-000087



**PX 1**          FTC-MOBE-000088



PX 1          FTC-MOBE-000089



# Performance Report

Jan 1, 2017 - Dec 31, 2017



Page 7 of 7

**WiFi Millionaire System**

| IMP | 0 | CLK | 4,635 |
| CON | 6 | PAY | $264.60 |
| CTR | 0.00% | LTR | 0.13% |

Page 7 of 7



**PX 1**

FTC-MOBE-000090



Carpe Diem

On Jan 22, 2018, at 11:46 AM, Ross Weber <ross@mobe.com> wrote:

Hey Kristine,

I'm fine trying to figure this out so you are taken care of but I already included the calculations I was given. Can you give me a breakdown of what you think the calculations should be so I can go back to finance for you?

Also, give me a breakdown of the commissions you show as owing and i'll ask the commissions group if I can get those released. If we did the refund as I suggested then those commissions would be released at the time the release is signed. You would be able to receive all commissions at the Silver/Gold level you would be positioned at.

Let me know how I can help and we'll get this figured out.

Thanks,
Ross

--

 MOBE

P. Ross Weber

**PX 1**                    FTC-MOBE-000091

**Corporate Counsel**
**e-mail:**  ross@mobe.com

*Licensed CA & WA*

CONFIDENTIALITY NOTICE: The information contained in this e-mail message and any attachments or included prior messages is intended only for the personal, private and confidential use of its intended recipient. This communication may be subject to the attorney-client privilege, the attorney work product doctrine, or may be otherwise protected by law from unauthorized dissemination and use. If you are not the intended recipient of this communication, or a person responsible for delivering it to the intended recipient, you are hereby notified that you have received it in error, and that its dissemination, distribution, copying, and any further review of this message are prohibited. If you have received this communication in error, please notify the sender immediately by telephone at the number listed above, or by return e-mail, and promptly delete all copies of this message and any attachments from your computer system.

On Sun, Jan 21, 2018 at 12:34 PM, kristine cervantez ▮▮▮▮▮▮▮▮▮▮ wrote:
Hi,

The only payment credit I received was the $806 partial credit for the titanium inner circle. Your "calculations" are completely wrong. All I am asking at this point is the commissions I earned that have been frozen due to this whole Titanium debacle. I will reply once you have the "accurate" calculation, and process the release of my commissions.

Kristine

Carpe Diem

On Jan 16, 2018, at 8:08 AM, Ross Weber <ross@mobe.com> wrote:

Hi Kristine,

I was recently forwarded your refund request for the partial payment of your Titanium purchase.  It looks to me like the numbers are as follows:

Partial Titanium – $2,000.00
Partial Titanium AIC -- $162.00 (21 Jun 2017 12:00) ($806 refunded 09/01/17)
Amount Paid = $2,162.00 - $512.00 (Silver Inner Circle) = $1,650.00

As a result I can offer to refund you the $1,650.00 and leave you at Silver/Gold with a full year of the inner circle paid.

I have prepared and send you a release via Adobesign to this email address: ▮▮▮▮▮▮▮▮▮ Once you have signed that I will ask to have the refund processed.

I hope this takes care of your concern regarding this refund request.

Best,
Ross



**P. Ross Weber**
**Corporate Counsel**
**e-mail:**  ross@mobe.com

*Licensed CA & WA*

CONFIDENTIALITY NOTICE: The information contained in this e-mail message and any attachments or included prior messages is intended only for the personal, private and confidential use of its intended recipient. This communication may be subject to the attorney-client privilege, the attorney work product doctrine, or may be otherwise protected by law from unauthorized dissemination and use. If you are not the intended recipient of this communication, or a person responsible for delivering it to the intended recipient, you are hereby notified that you have received it in error, and that its dissemination, distribution, copying, and any further review of this message are prohibited. If you have received this communication in error, please notify the sender immediately by telephone at the number listed above, or by return e-mail, and promptly delete all copies of this message and any attachments from your computer system.

**PX 1**

**FTC-MOBE-000092**

## DECLARATION OF JON CONARTON
## PURSUANT TO 28 U.S.C. § 1746

My name is Jon Conarton, I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1. Around November 2017, I began receiving e-mails advertising an online business opportunity.  I received one every couple of days.  The e-mails had links to videos that showed people who had made a lot of money in a short period of time through a program called MOBE.

2. After receiving several e-mails and watching the videos, I agreed to spend $97 to buy access to MOBE's 21-step program.

3. I thought that for $97 I'd get a sizable amount of training about affiliate marketing.  I also thought I could implement that training and make money.  It turned out to be a big sales pitch.

4. The 21-step program involved 21 different videos.  The videos were narrated by a man named Matt Lloyd.  I would watch the videos, do the exercises the videos assigned, and then go over the materials with my coach, David Lantos.

5. Although I expected the videos to teach me how to make money through affiliate marketing, there was really no information about that in the videos.  They just kept telling me how much money I could make doing this.

6. When I got to the eighth video, they offered what was called a Silver and Gold Mastermind.  They cost $2,495 but they also included a subscription to something called the inner circle that was an additional $512.

7. The cost of the Masterminds was a lot of money, and I thought carefully about it.  I discussed the investment with David.  He made it pretty apparent that buying the Silver

**PX 2**

**FTC-MOBE-000093**

and Gold Masterminds was the ground level to being an affiliate and making money through MOBE.

8. In late January 2018, I agreed to pay for the Silver and Gold Masterminds. I was then assigned a new coach, Max Aria.

9. Max took over for David and took me through the next several steps. Between Steps 8 and 16 the program started talking about the importance of being positioned and how if you're not positioned, it is difficult if not impossible to make substantial amounts of money.

10. When they said "being positioned" they meant buying into higher priced products so that you could earn higher commissions. They were selling a Titanium Mastermind for around $12,950, a Platinum Mastermind for around $17,950 and a Diamond Mastermind for $27,000.

11. When I discussed these higher packages with Max, I remember asking him if people were making money from Gold and Silver, and he said that if I wanted to become successful I would need to position myself at a higher level. He recommended I purchase the Diamond level. He explained that was the best place to be at to make earnings in the future. He explained that if I started at a lower level, I could miss out on thousands of dollars in available commissions.

12. I wasn't sure whether it was a good idea to spend more money on MOBE, so I spent some time carefully thinking about it.

13. When I got to step 20, my coach Max stopped talking to me. Up until then we had been meeting over Skype every 2 or 3 days. At the end of our meetings, he was always proactive about setting up the next meeting.

**PX 2**                    **FTC-MOBE-000094**

14. I sent him a couple messages trying to set up our next meeting and asking him to open Step 20 but he didn't respond. After a week of waiting for Max, I reached out to my first coach David. David said that Max was waiting to move forward until I got positioned. I think that David reached out to Max and then Max set up an appointment.

15. During our next call, Max explained to me that I could use financing to be able to afford the higher levels. Max said they worked with a company called Seed Capital who would apply for credit cards in my name, and I could use the credit limits to pay for the MOBE products.

16. I told Max I was reluctant to take out credit cards. I only had around $2,500 in savings left after having purchased the Silver and Gold Masterminds. I had an excellent credit score because I'd never missed a credit card payment in my life. Max told me not to worry and he assured me that in 60 days I'd have strong enough sales to start paying back the credit cards.

17. At that point, I had participated in several webinars and discussed the amount of money I hoped to make through MOBE. MOBE asks you to write down your goals for 3 months, 6 months, 9 months, and a year. I remember being told that if I didn't have the ambition to make at least $150,000 or $200,000 that maybe I should do something else with my time.

18. Based on these conversations, I expected that if I took on this credit card debt to buy at the Diamond Level I would be able to start making payments quickly and soon be able to pay off the cost of the program. I believed that it was realistic for me to make $150,000 a year.

**PX 2**

FTC-MOBE-000095

19. I still didn't understand how the business worked or what exactly I would do to make money.   The MOBE videos and my coaches kept telling me that they would take me through every step, and if I duplicated what they told me to do I would be successful.

20. I decided to purchase at the Diamond level.  When Max told me that I'd be able to cover my credit card payments, I trusted him, and I really believed that this was something that I was going to be able to change my life with.  It was like I had been molded to them. Looking back, I regret that I believed them.

21. I applied for the financing with Seed Capital.  I worked with a woman named Whitney Epling.  Whitney and I spoke by phone and she asked me for information that she could use to fill out the credit card applications.  One of the things we covered was my income, and I told her I made $23,689 last year.

22. Whitney told me that they would be listing my income as $124,000.  When I told her that I didn't make that kind of income, she told me that they were including my "post-involvement income."  She said that they needed to indicate my income was in that range if I was going to get funding.

23. Seed Capital was able to get me 9 different credit cards, and they charged me a $3,995 fee.

24. After I received the financing, I contacted Max and agreed to purchase the Diamond Mastermind.  This was in mid-February 2018.

25. I gave all of the credit card information to Max's assistant, and she processed the charges. I thought she was going to charge me $27,000 for the Diamond Mastermind.

26. Once I got my credit card statements, I saw that she had charged me for a lot of things that I didn't authorize.  The total charges came close to $80,000.  When Max described

the different packages, I understood that I could purchase the Diamond level for $27,000, but they charged me for the Titanium level, and the Platinum level as well.  I didn't know that I had to buy all three.

27. I called Max to discuss these charges, and I told him that I didn't know I'd be charged that much.  He again assured me that I shouldn't worry because in 60 days I would be earning enough revenue to cover the monthly payments and start paying the credit cards back.

28. Max then assigned me to a traffic coach named Deborah Robertson who lived in Melbourne Australia.  First, I thought David was going to help me create my business, then I thought Max was going to do it, and now Max explained that the traffic coaches are the ones who actually help you start your business.

29. My first meeting with Deborah was in March 2018.  It was difficult for us to set up times to meet.  I often had to meet with her at 12:30 am my time because that was the only time she was available.

30. During one of our first meetings, I explained to her how much money I had spent and that I was nervous about covering the credit card payments.  She told me that in her first month she had made $38,790.  I asked her if that was realistic and she told me that it was.  That really helped me feel better about MOBE.

31. One of the first things I did with Deborah was to work on advertising through Facebook. Deborah explained that in order to advertise I would need to build a "funnel" and create a separate business webpage.  From her explanation it sounded like it could take 3 weeks to a month for me to learn how to do all that.  I was nervous about waiting that long because my credit card bills were going to be due soon.

**PX 2**                                     **FTC-MOBE-000097**

32. Deborah also said that for $1,200, they would build the funnel, set up my business page, and register it through Go Daddy.  Because I was eager to get started in order to cover my credit card payments, I agreed to pay them $1,200.  To create my webpage Deborah explained that I needed an avatar, which was basically a story that I could use to pitch the business.  She told me that I needed a rags to riches story that talked about how I used to work a lot of hours, but now that I'd found this new and exciting way to make money, I was able to quit my job, and live an exciting and interesting life with no financial issues. I sent her a few written examples, and she selected one that she used to build my business page.

33. At the time she was creating this page, she knew that I had not made any money with MOBE, and I was concerned about my credit card debt.

34. Once the page was set up, Deborah helped me place advertisements on Facebook that linked to my business page.  I paid for two different campaigns, one cost $200 and the other $300.

35. I was able to see on MOBE's website that 60 people clicked on the Facebook ads and went to my landing page.  Unfortunately, not a single one bought the 21 step program through me.  When I saw that I hadn't made any sales I had a sickly feeling.

36. Deborah also sold me something called "we get good traffic" for $5,200.  In exchange for $5,200 I was delivered 21 people who had already paid $49 to purchase the 21-step program.  I received commission on their $49 dollar purchases, and more importantly, I was told that I would receive commission if any of them bought the higher-level Masterminds.

**PX 2**                    **FTC-MOBE-000098**

37. I followed all of the steps to make sure that these consumers purchased the higher-level Masterminds. I sent them text messages, and my aweber e-mail auto responder also sent them e-mails that MOBE provided.

38. Within 5 or 6 days, two had requested refunds of their $49 and several others were unreachable. Two of the people got as far as step 5 but they became unreachable too. None of them purchased higher level masterminds, and I only received a few hundred dollars in commissions, which was less than the $5,200 I spent on those leads in the first place.

39. I was starting to get concerned. None of the leads I bought through "we get good traffic" ended up panning out, and none of the people who had been to my website purchased the 21-step program.

40. I saw on the MOBE website that I had been referred to MOBE by someone named Jynie Wyatt. I didn't know her, but she was apparently the one who had sent me the e-mails in November 2017 that advertised MOBE. I reached out to Jynie and explained to her that I had spent my life savings, received very little help with the program, and I hadn't made any sales. She wrote back to me to tell me that she was sorry to hear my story. She told me that a year after she started with MOBE she had to file for bankruptcy because she couldn't afford to pay back the credit cards she had used to pay for MOBE.

41. When she told me this, I almost fainted. I told her that she shouldn't be marketing this to other people as a way to make money if it caused her to declare bankruptcy. She said that she's still trying to sell MOBE memberships because she was still hoping to make back some of the money she had lost. She also told me that I never should have invested $80,000 because it would be impossible for me to make that kind of money back.

FTC-MOBE-000099

42. I talked with her about the people that were on the promotional videos who claimed to have made hundreds of thousands of dollars.  She said that to make that kind of money you need to spend $500 or $1,000 a day in online advertisements.

43. When I paid for the Masterminds, I was never told that there would be additional advertising costs.

44. Around this time I decided to do some research about how much money people were actually making with MOBE.  I spent some time searching the MOBE website and looking online and I never saw any data about average income, or percentages of people who reached certain income levels.  I'm not sure if MOBE even keeps that kind of information.

45. I eventually decided to try to get a refund.  I sent several email messages to the "support" e-mail address and I never got a response.

46. I called the support phone number and in April 2018, I eventually spoke with a representative.  I explained how much money I had spent and that I was facing an enormous amount of credit card debt.  The woman told me that sometimes it can take time to be profitable.  I told her that my coach had assured me I'd be able to start paying off my credit card debt in 60 days.  The woman I spoke with said she would follow-up on my request, and she told me not to worry because everything would be ok.

47. I also sent several e-mails to my coach, Max Aria, but he never responded.

48. My experience with MOBE left me in a really bad place emotionally.  I thought I'd have a pretty good chance of doing something amazing.  That's the way they made me feel about it.  I am a smart person and I tried my hardest.  I did everything my coaches asked

**PX 2**                         **FTC-MOBE-000100**

me to do as soon as I was told to do it, but I just never received the support I needed to

get my business running.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _MAy 21st_ 2018 in _McDonough, GA, USA_

_Jon Conarton_
Jon Conarton

**PX 2**                                    **FTC-MOBE-000101**

## DECLARATION OF JEANNIE COPPOLA
### PURSUANT TO 28 U.S.C. § 1746

My name is Jeannie Coppola, I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1. Around May of 2016 I saw an advertisement for a work at home opportunity.  The advertisement drew my attention because it offered the opportunity to work at home and make money online.

2. I clicked on the advertisement and learned about a program called MOBE.  The way the program worked was that I would place online ads, and MOBE's sales team would follow up on leads that clicked on my ads, make the sales, and pay me a 50% commission.

3. I paid MOBE a $29 entry fee.  For the entry, fee I was matched with a coach and given access to online videos.  The videos were part of a 21 step program.  The program was designed to teach people how to market by placing social media ads, banner ads, blogging and other options.  I was especially interested in how to create ads on social media platforms like Facebook.

4. Each video ran 30 minutes to an hour.  After watching the videos, I would have a Skype session with my coach who would then unlock the next videos.  My first coach was Lee Lemieux in Phoenix, Arizona.

5. After a few videos I was assigned a new coach, Charity Sans who lived in North Carolina.

6. After the first 6 or 7 steps, my coach persuaded me to spend around $2,500 on the Silver membership.  They told me that they would supply all the training I needed and it would be easy to earn that money back in a number of weeks.  I was told that I had up to 1-year

**PX 3**              **FTC-MOBE-000102**

to get a refund if I wasn't happy, and this refund policy gave me sense of reassurance about the process.

7.  The videos showed a lot of different testimonials from people who claimed that they had made money through MOBE.  Some of the videos even showed weekend retreats to Costa Rica that MOBE paid for. Although MOBE told me many stories of people who had made money, they never provided me with any information about average results, and they never gave me phone numbers of other MOBE participants so I could see what their results were.

8.  After more steps, my coach told me that I could invest in different levels for a lot more money.  I think the Titanium level was $10,000 and another level was $20,000.  I told them that I couldn't give them more money, and when I turned those offers down my coach told me that I wouldn't be able to continue with coaching if I didn't invest more.

9.  I wasn't told when I first bought the program, or when I paid $2,500 for the Silver membership, that at some point I would need to spend even more money to continue with my coaching.

10. After I told my coach that I wouldn't invest at the Titanium level, my coach told me that for $250 I could buy a program called Traffic Masters Secretary that had several videos that would help me get internet traffic.    I agreed to pay the $250.

11. I watched several training videos that showed how to place Facebook Ads, and I spent a few hundred dollars advertising on Facebook.  The problem was that the training videos were outdated.  They showed a step by step method, but the method didn't apply to the current version of how to advertise on Facebook.    I tried to get updated information

**PX 3**                                    **FTC-MOBE-000103**

from MOBE on how to advertise through the current Facebook programs, but MOBE told me that they weren't updating their training software.

12. Because I wasn't making money through Facebook ads, and I couldn't get updated information on how to advertise through Facebook, I decided to request a refund.

13. When I requested the refund, I was within the one year period, so I expected MOBE to refund my $2,500. Instead, I was told that I had to document my attempts to make money through MOBE. I was told that I needed to have tried 3 different ways of advertising and that I needed to provide proof that I was trying these ways for a year.

14. When I bought the program no one told me about these requirements for a refund. And when I was advertising through Facebook I didn't know that I needed to document everything I was doing if I was going to get a refund.

15. I tried a few times to request a refund through MOBE and I kept getting the same automated response telling me about the information I needed to provide. I asked to speak to someone about my refund request, because I thought that I should at least get to have a conversation with someone where I explained that I had tried to make money through MOBE and I wasn't successful.

16. I never got a refund from MOBE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____1/1/17_____ 2017 in _____

_Jeannie Coppola_
Jeannie Coppola

**PX 3**                    **FTC-MOBE-000104**

## DECLARATION OF ANNIE DILLON
## PURSUANT TO 28 U.S.C. § 1746

My name is Annie Dillon, I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1. In October 2017, I saw an ad on Facebook advertising a free one-hour summit that would teach people how to make money online.  The advertisement said that you could free yourself from the 9 to 5 grind.

2. I have some friends that are social media gurus, and I'm interested in internet marketing, so I agreed to go to the summit.

3. On October 15, before attending the summit, I received an email from Matt Lloyd, mattlloyd@mobe.com.  In the e-mail Matt Lloyd said that "every one of our speakers [at the Summit] is a battle-hardened, internet-marketing veteran who is STILL making six or seven-figures online RIGHT NOW."  The e-mail also said that MOBE had paid out $75,000,000 in commissions over the last few years.  A true and correct copy of this email is attached as Exhibit A.

4. I don't remember the name of the man who presented at the summit, but the entire purpose of the summit was to sell a separate $497 course that would be taught over a 3-day weekend.  They told us that if we went to the course, we would learn internet marketing and be able to start making money right away.

5. Based on these claims, I paid $497 to attend the 3-day program.  The program was called the "Santa Barbara Business Educational Summit" and it took place at a Hyatt hotel in Santa Barbara from October 20-22, 2017.

**PX 4**

FTC-MOBE-000105

6.  I paid to attend the Summit because I thought I would learn how to make money through internet marketing, but the Summit didn't teach internet marketing techniques. The purpose of the Summit was to sell different MOBE programs.

7.  There were 5 people who presented at the Summit. The main presenter was David Gillmore. Dan Swanson, Daryl Johnson, and someone named Tom, who were members of the MOBE Sales Team were also present. David Gillmore told us multiple times during the summit that we could not take photos of him in front of any MOBE paraphernalia.

8.  At first, they were very vague about how MOBE worked and what we would be selling. They kept saying we would learn as we went through the program. It later started to become more clear that we would be selling the very same weekend course we were attending, as well as other MOBE products, it was unclear as to what those products were exactly. As I understand it, they would provide us with templates of advertisements, we would pay to place those advertisements online, they would sell the product to consumers who saw the advertisements, and then we would receive a commission on sales from people who viewed the advertisements. The MOBE program had several different tiers, and the commissions you could earn were tied to tier you invested in, the more expensive the investment the higher the commission.

9.  Although they were vague about how the program worked, they were very clear about how much money we could make through the program. I remember them saying specifically that within 90 days I'd be making $5,000 to $10,000 a month. They were very good about selling the program and convincing me that I would make money.

**PX 4**

FTC-MOBE-000106

10. I was also given a handout during the summit that talked about the money I could make. It said that I would leave the event "WITHOUT confusion, WITHOUT wondering what to do next, WITHOUT self doubt… and WITH the confidence of knowing exactly what you need to do to 'flip the switch' and start making $5,000 to $10,000 every single month from home in your spare time." A true and correct copy of the handout is attached as Exhibit B.

11. During the summit, the presenters told me that other people had been successful, but they did not give me details. For example, I was never given names and phone numbers of other people who had made money that I could contact. I was also never shown any figures about average incomes for people who had purchased the program.

12. At one point during the summit, they told us about targeted Facebook advertisements. They told us that everyone there had been specifically targeted through Facebook algorithms. They said that they had targeted people who were in a "hard place" in "vulnerable circumstances" and that were specifically seeking to better their life situation

13. At the end of the Summit, I agreed to pay $12,499 to purchase at the Titanium level. I normally never would have agreed to pay so much, but when I was told that I would be making $5, 000 to $10,000 a month within 90 days, it didn't seem like a very large investment at all.

14. To pay for my investment, I put $1,000 on my debit card, $968 on my credit card, I wrote a check for $3,000, and I signed up for a financing deal. I didn't fully understand the terms of the financing that I signed up for. They said something about financing it for me through MOBE and they assured me that I would make back the amount I invested within 3 months. Because of these assurances I didn't focus on the terms of the financing.

**PX 4**

FTC-MOBE-000107

15. I also signed a contract during the Summit.   One of the seminar attendees said that she wanted to go over the contract with her lawyer, and the presenters said not to worry because the contract protected her and was iron clad.  They also said that the contract was not allowed to leave the building.  I didn't feel like I had a chance to review the contract before signing, but I did take pictures with my cell phone.

16. Shortly after paying for MOBE, I started to second-guess myself.  I was in knots about the money I had spent, and I didn't feel good about the situation.  When I got home, I looked at the photos I had taken and read the contract.

17. I saw that the contract I had signed was with a company called Seed Capital, and according to the contract I had agreed to let them take out lines of credit in my name up to $40,000.  No one at the seminar mentioned Seed Capital or that they would be taking out lines of credit in my name.   I also didn't know why the contract said they could take out up to $40,000 which was much more than I had agreed to pay.

18. When I read the contract, I decided to cancel everything and get my money back.  I immediately contacted my bank and put a stop payment on the $3,000 check.  Fortunately, I was able to do this before MOBE cashed my check.

19. The contract I signed said that I would have 3 days to cancel.  I was also told that I would have 3 days to cancel by Daryl Johnson, a MOBE employee who was present at the Summit.  After I signed up, Daryl texted me to set up a time to talk about my financing, and he said that I would have 3 days to cancel.

20. I tried cancelling the very next day, but MOBE failed to acknowledge my cancel requests, nor have I received a response.

**PX 4**

FTC-MOBE-000108

21. First, I called the phone number on the mobe.com website and asked for a refund. When I asked for a refund, the person I was speaking with hung up on me. I tried the phone number several times and was hung up on every time.

22. On October 22, 2017 I received an email from Matt Lloyd, with the e-mail address mattlloyd@myonlinebusinessempire.com . In the e-mail he congratulated me on enrolling in the Titanium package and provided a link that I could click on to complete the Titanium Agreement. I never clicked on the link or opened the agreement because I wanted to make sure that I would be able to get out of the contract.

23. On October 24, I emailed support@mobe.com requesting a refund. In my e-mail I mentioned that I was requesting a cancellation within the three day cancellation period, that I had never visited the website or even opened any of the programs.

24. On October 27, I emailed Gerald de Villiers, a Business Coach with MOBE, and I told him it was my 6th attempt to cancel with MOBE, that I was cancelling within the 3-day cancellation window and that my requests were being ignored. Mr. Villiers said he would forward my mail to management, but I have still not received a response. A copy of this e-mail is attached as Exhibit C.

25. On October 30 I received an email from Gerald De Villiers with an invoice for $3,000. I believe that this invoice corresponded to charges that I had paid for by check at the summit. I had my bank put a stop on the payment before it was cashed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Nov 28_ 2017 in _California_

_Annie Dillon_

Page **5** of **5**

**PX 4**

FTC-MOBE-000109