---------- Forwarded message ----------
From: **Matt Lloyd** <mattlloyd@mobe.com>
Date: Sun, Oct 15, 2017 at 11:00 AM
Subject: Something's not normal...
To: Annie Aston ▮▮▮▮▮▮▮▮▮▮▮



Hi,

Matt here again.

And there's something about the Home Business Summit that you need to know.

This is not a 'normal' summit. Don't worry... we're not a cult, but we are a little different to most other digital-marketing conferences out there, here's why....

Many conferences pad their lineup with speakers who used to make money online.

They had some genuine success in the past, but the industry has since moved on and they've had to resort to lecturing to continue making the high-income they've fallen in love with.

The Home Business Summit is completely different. Every one of our speakers is a battle-hardened, internet-marketing veteran who is STILL making six or seven-figures online RIGHT NOW.

And in that regard, the workshops and lectures you're going to attend in five-days time are on the absolute cutting-edge of internet-marketing education today.

That's a big claim, but if you're looking for proof you only have to consider the

1

**PX 4**

$75,000,000 in commissions MOBE has paid out over the last few years.

You're 5-days out from claiming your share of that $75 mill.

See you soon.

Here are the venue and event details:

**October 20 - 22, 2017**

**Embassy Suites Hotel Lax South**
**1440 E Imperial Ave**
**El Segundo, CA 90245**

Best

Matt Lloyd



**Support:** If you have a question or comment, you can submit a ticket here:
http://mobe.com/suppor

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

SUPPORT

Click Here to Unsubscribe

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC,, No. 20 Jalan Perak, Kuala Lumpur 50450

2

**PX 4**

FTC-MOBE-000111



# MOBE

## Profit From The Internet
## RIGHT NOW!

3-Day Training Program

Developed by Matt Lloyd, CEO and Founder of
MOBE (My Online Business Education)

PX 4

Dillon Exhibit B

FTC-MOBE-000112

# CONGRATULATIONS!

**W**e applaud you for enrolling in "My Online Business Education" 3-Day Basic Training Program!

This is one of the best business decisions you could ever make, if you truly want to give yourself every advantage in your quest for a successful online business using the affiliate marketing model.

There's a saying: "*School is never out for the pro.*" You need to constantly keep learning, to keep filling your mind with the right knowledge. Equally important, is interaction with supportive people, in the right environment, if you want to really SUPERCHARGE your success.

If the idea of "school" scares you, don't worry. This will be the most fun and most profitable learning you will ever experience. It is so much more than just acquiring the knowledge you need to succeed with your affiliate marketing online business. It's about being a part of and staying connected to a unique COMMUNITY of other success minded affiliate marketers. It's being a part of a "family" who UNDERSTANDS your desires, fears and frustrations.

**You see, half of what you've been told about making money online has been flat-out WRONG and has already set you up to fail.**

We will fill in those gaps and help you see the missing piece of the equation.

You'll leave the event WITHOUT confusion, WITHOUT wondering what to do next, WITHOUT self-doubt…

… and WITH the confidence of knowing exactly what you need to do to "flip on the switch" and start making $5,000 to $10,000 every single month from home in your spare time.

When added up, that works out to $60,000 to $120,000 per year!

Imagine how that money would change your life.

And if you don't walk away from the event knowing exactly what you need to do to make $100,000 over the next 12 months, then we will work with you until you do.

This Intensive 3-Day Training will deliver clear, concise, step-by-step methods, which you'll need to profit using affiliate marketing RIGHT NOW!

You and your free guest will learn how to generate an online income using the affiliate marketing business model. As more people gain access to the internet, you now have a wider window of opportunity to generate a substantial income online. We will teach you how to take action using Matt's proven strategies for online business success.

You will discover Matt's revolutionary Top Tier Online Business model that has already paid out over $25 Million to regular people just like you. The MOBE team will show you how you can tap into the licensing business model to propel your online business to new heights and reach your ultimate goals.

You will leave this 3-Day training with the confidence and ability to be successful and take action!

**PX 4**

FTC-MOBE-000113

## YOUR TRAINERS

We have hand-selected the finest instructors so that you'll receive outstanding training through their knowledge and experience. It doesn't matter what your current level of affiliate marketing is. Your trainer will be teaching you the techniques and strategies you need to become a successful affiliate marketer. The MOBE team will show you steps so you can minimize your risk and maximize your profits. Through MOBE's training programs, you can show the world your real potential!

## ACTION STEPS FOR SUCCESS

To start your affiliate marketing career on the road to success, you will be creating your own personal action steps. These action steps will include particular items which will keep you focused, encouraged, and directly on target with your affiliate marketing and online business goals. They will be determined by your personal goals, financial situation, and the amount of time in which you are willing to commit to your affiliate marketing career.

## GETTING STARTED

We know you are excited and ready to take action. This affiliate marketing program is carefully arranged to occur over several weeks after the free workshop. The purpose in planning it this way is to give you sufficient time to process the information you will have already learned. It is important to familiarize yourself with the MTTB Training course, which you now have free access to and start taking notes. The only items you need to bring with you are a pen, notebook and an open mind in order to "Think a little Different!"

## TOPICS YOU WILL LEARN INCLUDE...

- How to build an email list and turn it into a non-stop ATM.
- The traffic & lead-generation secrets of the super-rich.
- How to CONVERT leads into buyers and bring in consistent, recurring cash flow on auto-pilot.
- Which products to promote to maximize your commissions.
- How to get your FIRST SALE online (this is one of the best feelings in the world if you haven't experienced it).

- How to automate your entire business, so you can make MORE money in LESS time.
- How to engineer your "dream life."
- How to setup your business so you can travel when & where you want to and have the time and freedom to enjoy your new-found income.
- What terms like PPC, CPC, AVV, EPC, and SEO stand for and (more importantly) how to employ the concepts behind them to make thousands of dollars per month.

- PLUS... a "secret weapon" that will allow you to start making $10,000 a month online WITHOUT creating your own products, WITHOUT dealing with customers, and WITHOUT doing any selling.
- This "secret weapon" involves getting other people to do most of the work and fulfillment for you... but you have to attend the event to find out what it is.

Make sure to arrive 15 minutes early and get plenty of rest the night before!

## PX 4

# Take A Look At How Real People Are Making Real Money With Our Training



*Shaqir Hussyin $1,708,375.00 +*



*Bill & Michelle Pescosolido $659,308.00 +*



*Carolina Millan - $407,216.48 +*



*Evelyn Van Der Harst - $40,153.74 +*

Matt Lloyd will not attend this event.

Results from MOBE programs are based on individual effort and other factors. Students sharing stories have not been compensated. Our curriculum is avocational in nature and intended for the purpose of the accumulation of wealth by and the personal enrichment, development, and enjoyment of, our students. Additional products and services will be offered for sale.



www.MOBE.com

PX 4

FTC-MOBE-000115

From: **Gerald De Villiers** <gerald.v@mobe.com>
Date: Fri, Oct 27, 2017 at 12:23 AM
Subject: Re: Cancellation and refund
To: Annie Dillon ███████████████████ >

Hi Annie,

Thank you for the email.

I really hope everything is ok on that side.

I did forward your mail to Management and I am waiting for their response.


To your Success;



Gerald de Villiers, Business Coach
Email: gerald.v@mobe.com
Phone: 120-2738-1266
Skype ID: gerald.mobe
Appointments: https://my.timetrade.com/book/1SK9P

On Fri, Oct 27, 2017 at 3:09 AM, Annie Dillon ███████████████████ > wrote:
Hi Gerald,

This is now my 6th attempt to cancel with MOBE, and my requests are being ignored. I cancelled within the allotted 3-days as stated on the contract via email with you, Gerald Villiers, via text message with Daryl Johnson, and via email to MOBE Support as instructed on the contract multiple times.  I am expecting a full refund as per the FTC buyer's remorse law of cancelling within a 3-day period of signing the contract.  I need action to be taken on this immediately!

Annie Dillon
October 26, 2017



**Dillon Exhibit C**
**FTC-MOBE-000116**

**PX 4**

FTC-MOBE-000117

## DECLARATION OF LISA FOX
## PURSUANT TO 28 U.S.C. § 1746

My name is Lisa Fox, I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1. In October 2017, I signed up for a free IM Freedom workshop in Denver, Colorado.  I think I may have learned about the workshop through a Facebook ad.

2. After signing up for the workshop, I started receiving promotional e-mails and text messages from Matt Lloyd at MOBE.  In one of the e-mails, he said that at the workshop, we would "find out how to say goodbye to your job and start making a six-figure income online."  A true and correct copy of this e-mail is attached as exhibit A.

3. When I attended the workshop, on October 31, 2017, I learned that MOBE was recruiting people to sell online courses to other people who were starting businesses.  They told us that we could make $12,000 in the first week, and up to $1,000,000 if we signed up.

4. The purpose of the workshop was to promote a 3-day training that would take place in Denver form December 8-10.  They said this training normally cost $997, but they were offering it for $497 as a special.

5. I told them that I could only afford to put down $200 that day, and they agreed to let me attend for an upfront payment of $200.  They said that they would collect the rest in a few weeks.  A true and correct copy of my purchase order is attached as Exhibit B.

6. When I got home, I did some online research about MOBE and saw quite a bit of negative press including a poor BBB rating.  I decided to cancel my purchase and request a refund.  My purchase order said that the transaction could be cancelled within three business days, and to cancel I "simply email support@mobe.com."

**PX 5**

**FTC-MOBE-000118**

7. The next day, November 1, 2017 I sent an email to support@mobe.com with my cancelation request.  When no one responded, I emailed MOBE again on November 2nd. A true and correct copy of these e-mails are attached as Exhibit C.

8. After a few days, when I still hadn't heard from MOBE, I called their 1-800 number to ask about the status of my refund.  The person I spoke with said that, to get a refund, I had to submit a claim ticket through the mobe.com website.

9. On November 6, I submitted the claim ticket through the website.  MOBE originally responded by saying that they did not have an account associated with my e-mail address. I explained that my account may have been created under a separate e-mail address, and in response, they told me that my refund request was being refused because I had not requested a refund within the 3 day cancelation window.

10. I immediately responded and explained that I canceled the very next day by e-mailing support@mobe.com, as my purchase order directed me to do.  I also threatened to hire a lawyer.  When no one had responded 12 hours later, I again e-mailed them and this time, I threatened to go to the 3-day training, stand at the hotel door, and explain to everyone that MOBE was a fraud being run by scam artists.

11. After I made this threat, MOBE finally agreed to refund my money.  A true and correct copy of my e-mail exchange with MOBE is attached to my declaration as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 15  2017 in Westminster, Colorado.

Lisa Fox

PX 5

FTC-MOBE-000119



--------- Forwarded message ---------
From: **Matt Lloyd** <mattlloyd@mobe.com>
Date: Sat, Oct 28, 2017 at 11:00 AM
Subject: YOU: Making $151,700 a month online.
To: Lisa Marsh <



Hey,

You should be excited!

In just **three-days time** you're going to find out how to say goodbye to your job and start making a six-figure income online.

Of course, I'm talking about the free IM Freedom workshop you recently registered for.

I know that sometimes the idea of financial freedom, entrepreneurship and huge commission checks can seem a little abstract, not quite real… So today I wanted to send you a case study of one of our past attendees, so...

1. You can see for yourself the potential of the system you're going to learn in a few days time. And…
2. You can realize you don't need any special qualifications or genius computer skills to make a great living online.

So let's get into it.

**From Corporate Worker To $151,700 A Month**

Meet Adeline Sugianto.

1

**PX 5**    FTC-MOBE-000120



Adeline had a successful job in the corporate world, but like many people who work full-time for a boss, she wasn't completely happy with how much money she was earning. She felt stuck and realised it might take 10 years or more just to get a reasonable raise from her boss.

Added to this, Adeline soon lost her job and was out of work for 3 months.

To her credit Adeline didn't get discouraged, but instead decided to attend an IM Freedom workshop in Sydney, Australia.

Since then Adeline has thrown herself into our system, learned a bunch of new skills, and has made hundreds of thousands of dollars online.

Her Mobe business has generated over $300,000 in commissions in less than 2-years. And her recently launched eCommerce store (she sells cosmetics etc...) has generated $151,700 in revenue in the last month alone.

Now, understand that these results aren't typical - Adeline is a hard-worker who learns fast...

BUT! They are possible - and we have thousands of other success stories just like Adeline to prove it.

And in fact, you'll hear a lot more of them on the day... As well as the FULL details of the system Adeline used to make close to half a million dollars online.

So, if you're at all interested in the idea of making $3,300... $5,5000 or even $10,000 a week from home, I urge you to make sure you attend the workshop in three days time.

You'll kick yourself if you miss it.

And if you need the venue information and session times again just click here: **http://imfreedomworkshop.com/denver-october2017/**

Best

Matt Lloyd

2

**PX 5**

FTC-MOBE-000121



You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's an 'Unsubscribe' link right at the bottom you can use.

SUPPORT

Click Here to Unsubscribe

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC,, No. 20 Jalan Perak, Kuala Lumpur 50450

3

# PURCHASE ORDER

**MOBE LTD.**
B1-28-8, Soho Suites at KLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur, Malaysia

support@mobe.com
www.mobe.com
1-800-804-1124

Order #: _____

MOBE

| | | |
|---|---|---|
| **Name:** Lisa K Fox | | **Phone:** ████ |
| **Primary Email:** ████████ | | **Mobile:** ████ |
| **Billing Address:** ████████ | | **Apt:** |
| **City:** ████ | **State:** ████ | **Postal Code:** ████ |
| **Guest Name:** | **Guest Email:** | |

**HOW DID YOU HEAR ABOUT US?** (Please Check)  ☐ TV  ☐ Mail  ☐ Radio  ☐ Internet  ☐ Affiliate

| PURCHASE ITEM | RETAIL | ON SITE PRICE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Special Terms | | |
| | **TOTAL:** | |
| | **AMOUNT PAID:** | $200 |
| | **BALANCE DUE:** | $297 |

**Payment Method:**

☐ MasterCard  ☐ Visa  ☐ Amex  ☐ Discover  Last 4 digit ████  ☐ Cash    ☐ Check #    ☐ Wire  /  /

Merchant Account Used: _____  Authorization # ████

Merchant Account Used: _____  Authorization # _____

Merchant Account Used: _____  Authorization # _____

☑ **I HAVE READ AND AGREE TO THE FOLLOWING TERMS.** [Student Initial Required]

1.  You have received the terms and conditions below.

2.  You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. Some jurisdictions require a longer period and we will honor those regulations. To cancel this transaction simply email support@mobe.com

3.  You agree that we may initiate credit/debit entries to your account today. Your refusal to honor a transfer may result in additional charges. Your authorization is effective until you notify us in writing otherwise. We need at least seven (7) days to make your notice effective.

4.  If a partial payment has been made at the time of purchase, you hereby agree to pay any unpaid balance on your account within _____ days of the date of this Agreement, unless other arrangements have been made and included herein.

5.  The parties agree that any and all claims arising from or in connection with this purchase must be brought through binding arbitration with the American Arbitration Association as outlined in the appropriate Affiliate or Mastermind Agreement.

Date: 10/31/17      Your Signature: _____      MOBE Representative Signature: _____

| FOR INTERNAL USE | Event: | Instructor: |
|---|---|---|
| City: | Date: | ☐ Session 1  ☐ Session 2 |

**PX 5**                    **FTC-MOBE-000123**

**PX 5**

FTC-MOBE-000124

[redacted]

---------- Forwarded message ----------
From: **Lisa Fox** <[redacted]
Date: Thu, Nov 2, 2017 at 5:41 PM
Subject: Fwd: CANCELLATION REQUEST
To: support@mobe.com

I canceled in my allotted time based on the contract and I want my money back!

I gave my cancellation request in my allotted time!

Lisa Fox

Sent from my iPhone

Begin forwarded message:

> **From:** Lisa Fox <[redacted]
> **Date:** November 2, 2017 at 5:31:15 PM MDT
> **To:** Mobe Coaches <mobecoaches@mobe.com>
> **Subject: Fwd: CANCELLATION REQUEST**
>
> I sent this email earlier today and asked for a refund in my allotted time!
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Lisa Marsh-Fox [redacted]>
>> **Date:** November 1, 2017 at 11:45:33 PM MDT
>> **To:** support@mobe.com
>> **Cc:** Dawn Martinez <dawnmartinez@mobe.com>
>> **Subject: CANCELLATION REQUEST**
>>
>> Dear Support Team @ Mobe
>>
>> My name is Lisa Fox. I attended the WF in Denver yesterday 10/31/2017 and signed up for the 3 Day Training.
>> After further discussions with my Fiance I have decided to execute my right to cancel the transaction I placed yesterday in the amount of $200.00

The Contract/Purchase Order I signed notes in Section 2 of the Terms that as the Buyer I may cancel the transaction at any time prior to midnight of the third business day after the date of transaction.

The date of the transaction was 10/31/2017.
Please proceed with cancelation and a refund in the amount of $200.00
The Authorization Number on the PO is noted as 3548046072 and was signed by R. Whitney

I am cc'ing the coach I made an appointment with so she is alerted that I am canceling my purchase.

Thank You
Lisa K Fox



2

**PX 5**                                                    **FTC-MOBE-000126**



From: **Sofia K (MOBE Support)** <support@mobesupport.zendesk.com>
Date: Thu, Nov 9, 2017 at 9:22 AM
Subject: [MOBE Support] Re: REFUND REQUEST
To: Theartofbrandstrategy                                                    >

**Ticket #331029: REFUND REQUEST**

Your request (#331029) has been deemed solved. To reopen, reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests/331029

**Sofia K, Nov 10, 12:22 AM +08:**

Hello Lisa

Thank you for contacting MOBE Customer Support.

As requested, your order has been canceled and a refund in the amount of $200 USD is being processed.

While the refund has been processed on our end, please allow 4–21 business days for the credit to post to your account – depending upon your bank or credit card companies policies.

We wish you much success in all of your future business endeavors.

Thank you and Have a great day.

MOBE Customer Support,
Sofia

**Theartofbrandstrategy, Nov 9, 9:49 PM +08:**

Attached you will find the PROOF that I did exactly what was requested on the Purchase Order.
Which in the TERMS # 2 says " To cancel this transaction simply email support@mobe.com"

1

**PX 5**                          **FTC-MOBE-000127**

The date of my purchase order 10/31/2017
The date of the e-mail to your support team, was 11/1 (well within 3 business days, it was the next day).

So just because your paperwork doesn't tell people to go on the website, doesn't mean you can deny them.
Your paperwork clearly states, to "simply e-mail support@mobe.com" which is EXACTLY what I did.

You will see from the proof attached with the screen shots I did what your terms say, so you are required by law to refund my money.
If you do not, I will show this proof to my credit card company and dispute the charge with them and get my money back.

It is your fault that your paperwork is Vague, and your website says something different, I followed the paperwork I had in front of me!

Again, if I do not get cooperation I will come to the event in Denver on the 8-10 and stand at the door to the hotel and tell everyone coming to your workshop that you are scam artists and it is all fraud. And I am reporting you to the better business bureau.

Lisa

Attachment(s)
Screen Shot 2017-11-09 at 6.41.42 AM.png
Screen Shot 2017-11-09 at 6.41.33 AM.png
MOBE PURCHASE ORDER_LisaFox.pdf

---

**Theartofbrandstrategy, Nov 9, 9:18 AM +08:**

Wait just a minute!!!!!!!!!!

I did exactly what I was told on the contract which was to send an email to support@mobe.com within 3 days and my purchase was 10/31 and I sent that email on 11/1.

So your wrong my email which is what my contract said to do was within 3 days!

So if I don't get my refund I will come to every single event and tell everyone there you are a scam!

I'm in print so I'll get thousands of flyers for free! And pass them out at every single event!

And I'll sue your company! For way more than $200!

My contract said to send an email to support within 3 days and I did that and no one responded to me so then I used the web site!
Your contract said to send an email so I did what was asked!

Give me my refund or you'll have a huge issue on your hands!

I am contacting a lawyer!

Lisa

Sent from my iPhone

---

**MOBE Suppoort - Navaneswari M., Nov 9, 8:48 AM +08:**

Dear Lisa,

**PX 5**          **FTC-MOBE-000128**

Thank you for the reply.

We have reviewed your request, unfortunately, we unable to process the refund as our refund policy is within 3 days from purchase date.

We can see that you have made the purchase on 02 Nov 2017 , which has now exceeded 3 days refund period, from the time of the refund request.

However, we may help you to reschedule the attendance date and venue based on our next event schedule.

Please be informed that your ticket validity will be 1 year from the date of purchase.

Our events team will keep you up to date with the next event dates.

You may enroll for the next event using the current ticket (Term & conditions apply).

We are looking forward to hear back from you soon.

Have a great day !

Navaneswari
MOBE Customer Support

---

**Theartofbrandstrategy, Nov 9, 12:32 AM +08:**

Dear Support Team

The reason you couldn't find it might be because there were two e-mail addresses that were used on my contract. One was ███████████ and the other was this one, they switched them the day of the purchase half way through the process, so maybe that is why you aren't seeing it.

Regardless here attached is the screen shot from my credit card.

Two Screen Shots Attached.

Lisa
PHONE████████

Attachment(s)
Screen Shot 2017-11-08 at 9.31.23 AM.png
Screen Shot 2017-11-08 at 9.31.10 AM.png

---

**MOBE Suppoort - Navaneswari M., Nov 8, 5:27 PM +08:**

Dear Lisa,

3

**PX 5**

Thank you for contacting MOBE Customer Support.

Based on your email we understand that you would like to request for refund for the program / product which you bought on 10/31/2017.

Upon checking on the email address that you've provided to us, there is no payment was found charged for $200.00 in our system.

Kindly check with your bank or online statement if the transaction was Approved or Pending.

Pending: Our transaction will be under an international transaction therefore, most banks would need authorization for the transaction to go through. (You will be able to cancel the charges with the bank)

Approve: You will need to provide a screenshot to me with the proof of payment for our finance team to verify the payments with your bank.

This ticket will reopen when you reply.

Have a great day !

Navaneswari
MOBE Customer Support


**MOBE Support - Hady, Nov 6, 12:33 AM +08:**

Hello,

Thank you for your email and for using our customer support system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

In the meantime, please check out our FAQ here : http://mobesupport.zendesk.com

We hope you have a wonderful day,

MOBE Customer Support Team

Did you know?
Matt has events all around the world. To check to see when we'll be in your area, please click here:
https://mobe.com/events/


**Theartofbrandstrategy, Nov 6, 12:18 AM +08:**

4

Dear Support Team @ Mobe

My name is Lisa Fox. I attended the WF in Denver 10/31/2017 and signed up for the 3 Day Training. After further discussions with my Fiance I decided to execute my right to cancel the transaction in the amount of $200.00. Additionally I Sent an e-mail to support@mobe.com as the contract stated I should do, on 11/1 well within my right to refusal timeline.

The Contract/Purchase Order I signed notes in Section 2 of the Terms that as the Buyer I may cancel the transaction at any time prior to midnight of the third business day after the date of transaction. The transaction date was 10/31 and my e-mail was sent on 11/1.

The date of the transaction was 10/31/2017.
Please proceed with cancelation and a refund in the amount of $200.00
The Authorization Number on the PO is noted as 3548046072 and was signed by R. Whitney

Thank You
Lisa K Fox
Phone

E-MAILS On File:

PROOF OF THE EMAIL SENT IS ATTACHED IN THE FORM OF A SCREEN SHOT FROM GMAIL.

Attachment(s)
GMAIL PROOF.png

This email is a service from MOBE Support.

5

**PX 5**                    **FTC-MOBE-000131**

## DECLARATION OF RICHARD FREEMAN
## PURSUANT TO 28 U.S.C. § 1746

My name is Richard Freeman, I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1. In early spring 2017, I saw an online advertisement for a 21-step program that would teach me how to start my own online business.  The program cost $49.

2. I signed up for the program and was directed to a website where I could watch the 21-step videos.  I was also assigned a coach, Wright Chase.

3. As I started the program, I would go through a few steps and then have a conversation with my coach who would authorize me to go on to the next step.

4. The steps were narrated by someone named Matt Lloyd.

5. Around step 7 and 8, they offered me a program called a Mastermind.  There were two different Masterminds they offered, Gold and Silver.  They told me that if I bought one they would give me the other for free.  The cost was $2,497.

6. When I signed up for the 21-step program, I didn't know that there would be anything else to buy until I reached this step where they talked about the Gold and Silver Masterminds.

7. I was reluctant to spend so much.  I'm in my 70's and I told my coach that I'm not real good on computers.  He told me not to worry because the program was easy and they can train me.  He pretty much assured me that everything would be done for me, and that if I purchased the Masterminds it would be easy to make a lot of money.

8. I agreed to spend $2,497 for the Gold and Silver Masterminds on May 8, 2017.

9. After I bought the Gold and Silver I was assigned another coach who took me through the next several steps.  His name is Greg Atkins.

**PX 6**

**FTC-MOBE-000132**

10. As I went through the next few steps, my coach told me to set goals for myself.  He told me that the amount of income I could make was limitless.  I set the goal of making $100,000 a year, and my coach and the 21-step videos lead me to believe that was a very realistic goal.

11. After several more steps, around October 2017, my coach told me about the next levels of Masterminds called Titanium, Platinum and Diamond.   These Masterminds cost tens of thousands of dollars.

12. I have a fixed income between my social security, and the part time work I get driving a truck.  I told my coach that I couldn't afford more investments.  Greg convinced me that I needed to buy these additional levels so that I could get fully vested and he could start helping me get commissions.  He told me that if I made five sales at the diamond level then I could get my tuition back and also get a car to drive.  Greg made it seem like it would be easy to earn my money back if I paid for these additional levels.

13. He also referred me to a company called Seed Capital that could set up financing so that I could purchase the Masterminds.   I agreed to purchase the Titanium, Platinum, and Diamond Masterminds.

14. The way Seed Capital worked is that they would apply for credit cards in my name so that I could use the credit limits to pay for the MOBE Masterminds.  Seed Capital charged $3,995 to open these accounts for me.

15. On October 5, 2017 I received an email from Samantha Colletti at Seed Capital.  In the e-mail she explained that they were opening a g-mail account for me that they would use it in the credit card applications they submitted.  She said that even though they were filling out and submitting the applications, that if a bank asked me if I completed the application

**PX 6**

**FTC-MOBE-000133**

myself, I should say that I had.  She also explained to me that they were listing my

projected annual income at $150,000.  This $150,000 included my actual income of

$50,000 plus the $100,000 per year I expected to make through MOBE.  A true and

correct copy of this e-mail is attached to my declaration as Exhibit A.

16. After Seed Capital applied for credit cards, it took a while for the funding to come

through.  My coach told me that I shouldn't get started until I was "fully vested" because

if I got started before I had purchased all of the Masterminds I could lose out on

commissions.

17. Seed Capital eventually opened credit cards for me with a combined limit of around

$70,000.  They opened cards with American Express, Bank of America, U.S. Bank,

Chase Bank, and others.  I think there were a total of seven or eight different credit cards.

18. Once the funding came through, I spent more than $50,000 buying the Titanium,

Platinum, and Diamond Masterminds.

19. When I made these purchases, my coach directed me to a website that had a disclosure

for me to fill out.  There were many paragraphs and I had to put my initials after each

paragraph.  As I remember, the disclosure said that they wouldn't guarantee me any

returns.

20. Even after signing the disclosure, based on everything I had been told in the videos and

by my coaches, I still expected to make more than $100,000 a year.

21. In November 2017, I purchased traffic from a company called We Sell Good Traffic.  My

coach told me that this was a good way to get started.  I would be buying 10 people who

had purchased the same $49 training program I had bought, and I could earn

commissions on the higher levels that they bought.  It took eight to ten weeks for my ten

**PX 6**                                    **FTC-MOBE-000134**

people to come through.  When they did, I received a few hundred dollars in
commissions.

22. One or two of the customers canceled right away, and the commission I got for their sales
was taken back.  None of the other customers bought any of Masterminds.

23. In December 2017, I attended the Super Charge Summit in Orlando, Florida.  The main
presenter there was a man named Russell Whitney.  Russell bragged that when he took
over MOBE he brought MOBE's revenue from $500,000 a year to nearly $50 million a
year in two year's time

24. He also tried to sell mentorships that customers could buy.  The mentorships cost
anywhere from $25,000 to $100,000.  At the highest level, Matt Lloyd would personally
meet with you to help you make sales.

25. In the morning at the Super Charge summit, they handed out commission checks to
MOBE members.  In the afternoon, they had a large blank commission check that they
offered to fill out for people so that they could get their picture taken on the podium and
make it look like they were receiving a check.  They even let you pick how much you
wanted the check to be for.  They said that you could use this picture for promotional
materials.  The fact that they would let you take a picture like this even if you haven't
made a dime made it seem to me like they were training you on how to mislead people.  I
did not have my picture taken with a fake check.

26. Throughout this period, I worked with several different coaches.  Greg assigned me to
someone named James O and then James assigned me to someone named Deborah
Robertson.  They told me that Deborah would help me make sales.  Deborah assigned me

FTC-MOBE-000135

to someone named Jacqueline Grant.  Jacqueline told me that I would need to spend more money if I was going to get a return on my investment.

27. At this point, I had spent around $70,000.  In addition to the Masterminds and Super Charge summit, I was charged several annual fees.  I was also convinced to purchase accounts with Aweber and ClickFunnels, and I paid to have an LLC set up.

28. Before I got started with MOBE, I was living comfortably.  Now, I'm struggling to keep my head above water and to make payments on the $70,000 debt I have.  I've basically depleted all of my savings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _MAY  11_____ 2018 in _FT. Myers Beach  Fl._

Richard Freeman

PX 6

FTC-MOBE-000136



---------- Forwarded message ----------
From: Samantha Colletti <samantha@seedcapital.com>
Date: Thu, Oct 5, 2017 at 4:17 PM
Subject: Seed Capital
To: ████████████████████████

Richard,

Thank you for taking the time to speak with me today. Attached, please find a copy of the income worksheet that I completed from our conversation. As discussed, whenever we complete a bank application for you we will list your annual projected household, income at $150,000. The email that we setup for you today is ███████████████████████. This is the email address that the banks will have on file, please be sure to refer to this email if the banks ask you for the email address used on the recent application.  I will not email you at this address; however the banks may use it to send application updates and/or decisions, so please check it as we move forward.

    We are now ready to proceed into the funding process on your file.
In the next few days, you may receive some phone calls from the various banks we work with. We work with over 100 banks across the country including; Discover, Citi Bank, Chase Bank, American Express, Capital One, etc. If they do call you, they will be attempting to verify that you completed an application with them for credit. They may need to verify some basic information with you, or ask that you provide the security question and answer we discussed today during our phone call. If the banks ask you if you completed the application, please make sure to say yes.

    I will be sending you email updates over the next few days to let you know which accounts have been approved and which accounts are still under review. Some of the banks will want to speak to you before they issue a decision. If this is the case, I will email you the bank name, phone number and any required information you will need to complete the call. Be sure to check your email over the next several days.

Please let me know if you have any questions.

Thank you,

Please note, email is the quickest way for me to answer any questions you may have. If you need to speak with me, request an appointment time so I can add you to my calendar. Please provide me with a few days and appointment times that will work for your schedule. I am available Monday- Friday from 9:00 a.m. PST to 5:00 p.m. PST. Thank you.

Samantha Colletti
Seed Capital, LLC
Phone: 866-988-7333 Ext. 121
Fax #1: 866-713-6206   Fax #2: 702-446-8008
Text: ████████
Email: samantha@seedcapital.com

**PX 6**                                    **FTC-MOBE-000137**