DECLARATION OF WILLIAM HROUDA
PURSUANT TO 28 U.S.C. § 1746

My name is William Hrouda, I am over 18 years old. I have personal knowledge of the facts stated below. If called as a witness, I could and would testify as follows:

1. In February 2015, I received a postcard from T.J. Rohleder called "How You Can Make 4 Times Your Money … GUARANTEED!" The mailer told me to fill out a form to get my free report and the "THE SECRET of the New 1 MAGIC PAGE Program." I don't remember ever meeting T.J. Rohleder before. I mailed back a reply to get more information. A true and correct copy of the mailer that I received is attached as **Exhibit 1**.

2. Soon after, I received a 100-page information booklet and order sheet called "1 Magic Page! By T.J. Rohleder." The document said: "The Complete Home Business Designed to Let You Sit Back and Get Paid Commissions of $300… $1,000… $3,000… $5,000… and EVEN $10,000 FOR EACH AND EVERY SALE OUR EXPERTS MAKE FOR YOU!" A true and correct copy of excerpts from this booklet is attached as **Exhibit 2**.

3. Pages 52 and 53 of this booklet mentioned MOBE by name and says the "first 3 ways to get GUARANTEED MONEY come from MOBE, which is opportunity that's the foundation of this program" and "as long as you are involved in MOBE and positioned correctly (NOTE: these top packages are totally optional and not required for our special guarantee) you can get paid these extra automatic commissions … without lifting a finger! All the selling is done for you. You do nothing."

4. Pages 62-63 and 79-81 talked about the "MOBE ascension model," showing the different levels that you can buy. Tier 1 referred to "MTTB (My Top Tier Business)" that costs $49 and "gets you started in MOBE." Tier 2 referred to "MTTB-Plus (License Kit)"

which costs $297 and "contains Matt Lloyd's complete training program on 'how to license products.'" Tier 3 was called "MLR (License Rights)" and costs "$1,997 + $99/mo." The booklet says the MLR package "lets you leverage a proven, profitable business model and make up to $1,000 in commissions per sale ... without creating your own products ... without picking up the phone ... and without dealing with customers."

5. On March 30, 2015, I filled out a form from the booklet and gave them ~~by~~ my bank account information. I received an email from Matt Lloyd saying they received my application for MTTB (the 21-step training program) and told me to connect with my coach, Drew Trainor. A true and correct copy of this email (with my login information redacted) is attached as **EXHIBIT 3**.

6. On May 31, 2015, a charge of $49 appeared on my bank statement. The merchant for this charge was "Matt Lloyd Publishing.com AU."

7. In April 2015, I went through several of the videos in MTTB and spoke to my MOBE coach about the videos. He would give me an assignment after each step. A true and correct copy of my notes I took during these conversations with my coach is attached as **EXHIBIT 4**.

8. On April 6, 2015, I received an email from Drew Trainor telling me: "At this point we really want to start building your business out see some of those commissions come rolling in. You'll start to see some nice front end commissions but the real excitement comes when the phone sales team (including myself) start to sell those high ticket commissions FOR you." A true and correct copy of this email is attached as **EXHIBIT** 5.



9. On April 10, 2016, I signed a "Guarantee Activation Form" to buy the MOBE licensing kit for $297. There were two options on the form – Option #1 and Option #2. Option #1 said "I want the full 4 times my money ... GUARANTEED!" and signed you up for the Mobe License Rights. Option #2 said "I only want 2 times my money ... GUARANTEED!" and signed you up for the Mobe License Kit for $297. I checked Option #2 at this time. A true and correct copy of the form I signed (with my personal information redacted) is attached as **EXHIBIT 6**.

10. I don't remember clearly how I paid the $297 to MOBE, but I believe it may have been by money order.

11. In May 2015, I decided to buy MOBE's Tier 3 product – the MLR package. I believed I paid $1997 plus a foreign exchange rate charge (for a total of about $2,026). The merchant name for this charge that showed up on my AMEX bill was "Home Business Builder AU."

12. MOBE sent me a document called "M.O.B.E. License Rights Agreement" that it asked me to sign, which I signed. A true and correct copy of this document (with my personal information redacted) is attached hereto as **Exhibit 7.**

13. According to this document, the "MOBE License program is refundable within 12 months of the date of receipt of the contract received. However, the Affiliate must provide proof that they've implemented at least three of the proven traffic strategies taught in the MOBE License Right's training area consistently for each of the 12 months and hasn't made a sale. Without this proof, the affiliate is not eligible for refund."

14. On May 5, 2015, after MOBE signed me up for the MLR package, I got an email from Drew Trainor saying I was getting a "no-cost consultation" with Max Aria, who was

Drew's coach when he started. Drew said Max "has been online full time for the past 7 years, has made over 6 million in sales, and makes over $90,000 per month using the same exact system that he is using to show you." Drew said he had "unlocked" step 7. A true and correct copy of this email from Drew Trainor is attached as **EXHIBIT 8**.

15. On May 18, 2015, MOBE and Matt Lloyd sent me an email talking about how other MOBE Licensees have made money and "supercharged their commissions by joining Titanium and Platinum and qualified to earn extra $3,000 to $5,000 commissions without any extra work (my sales team closes these sales FOR YOU!)" A true and correct copy of this email (with my login information redacted) is attached as **EXHIBIT 9**.

16. On May 19, 2015, I received another email from Matt Lloyd telling me "You have to TAKE ACTION and do something in order to change your life" and "for you to get to that NEXT LEVEL … the upper echelon that only the TOP 1% of online entrepreneurs reach … then you need to join my Titanium or Platinum mastermind program." A true and correct copy of this email is attached as **EXHIBIT 10**.

17. By this point, it looked to me like every step MOBE was trying to get me to buy something else.

18. On May 20, 2015, Matt Lloyd sent me another email saying "Hopefully by this point you've got a BIG smile on your face and you're happily raking in the commissions." A true and correct copy of this email (with my login information redacted) is attached as **EXHIBIT 11**.

19. I was not "raking in the commissions" from MOBE at this point. In fact, I never made any money from MOBE.

20. On or about June 8, 2015, MOBE appeared to charge my bank statement again. A charge of $81.93 was billed by a merchant called "Home Business Builder."

21. On June 12, 2015, MOBE sent another email about a "new affiliate contest" where "there's $12,000 up for grabs." The email said "you could potentially see almost $28k in backend commissions per sale if you're using the TTI funnel or over $20k per sale if you're using the MTTB funnel! Of course, you'll need to be fully-positioned to see the full potential of those backend commissions, and there's no better time then now to get fully positioned with MOBE." A true and correct copy of this email is attached as **EXHIBIT 12**.

22. Due to my age and disability, on June 23, 2015, I signed a durable Power of Attorney so that my daughters could act on my behalf in managing my financial affairs, including trying to recover the money I lost to MOBE.

23. On July 5, 2015, I received another email from MOBE telling me that my card on file was declined for a "recent product purchase or payment plan." The email said I owed MOBE another $106. The email told me to call my bank and instruct them to approve merchant account called "mattlloydpublishing.com." A true and correct copy of this email (with my personal and login information redacted) is attached as **EXHIBIT 13**.

24. In August 2015, my daughters and I contacted AMEX to contest the charge of $2,026. AMEX sent me a letter telling me that the "merchant denied our request for a refund." The letter also forwarded a copy of MOBE's response to contest the refund. A true and correct copy of AMEX's letter (with my personal and login information redacted) is attached as **EXHIBIT 14**.

25. In September and October 2015, my daughters and I sent demand letters to MOBE requesting refund of the $2,026. These letters went unanswered.

26. I have been unable to recover the $2,026 that I paid for the MLR, or the $297 I paid for the MOBE Licensing Kit. My bank credited back to me the $49 charge for the MTTB and the $81.93 charge by Home Business Builder.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/5/ 2017.

William Hrouda

PX 7

# Exhibit 1

FTC-MOBE-000144

## Let Me Send You a FREE REPORT That Shows You...

# How You Can Make 4 Times Your Money... GUARANTEED!

*Mailed 2-22-15*

Dear Friend,

With your permission, I will RUSH you my FREE REPORT that tells you about a brand new money-maker that has the potential to bring in <u>millions</u>.

It's so easy – you won't believe your own eyes!

Just let us mail the 1 Magic Page for you. That's it! Once you have the secret and the Magic Page – <u>you can be set for life</u>! It's amazing how simple this new money-maker is!! And yet, it has the power to produce riches beyond anything you've seen!

This is a real business with real products and a real marketing plan. And yet, there's **NO** paperwork... **NO** office... **NO** employees... **NO** overhead!

You have **NONE** of the headaches and hassles that most plans force you to go through. Just let us mail the 1 Magic Page and wait for your money to arrive. All the money that comes to you is yours!

>> **THE SECRET of the New 1 MAGIC PAGE Program.** <<

After 26 long years, we have finally discovered the perfect business opportunity.

This has some of the AMAZING BENEFITS that are only available by purchasing a very expensive franchise. It comes with a JUMP-START ADVERTISING SERVICE to get you off to a great start. And we GUARANTEE that you will make at least 4-times your money on this premium service.

Yes, we guarantee it in every way. **As you'll see...**

- ✓ If you spend $375 on our new advertising you will make $1,500!
- ✓ If you spend $650, we guarantee that you'll make $2,600.
- ✓ If you spend $1,250, we guarantee that you'll make $5,000!

Yes, I promise that you will make as much as $5,000 cash... guaranteed! No honest and...

1

**PX 7**  FTC-MOBE-000145

legitimate advertising service has ever done <u>anything</u> THIS BOLD before!

**BILLIONS OF DOLLARS** are being made *RIGHT NOW* with a proven marketing method. And I have discovered a rare and unusual secret way to cash in with it! <u>I have simplified all this for you!</u> Just let us mail our 1 Magic Page to special addresses – and wait for the cash! It's that easy!

### We Mail the 1 Magic Page! The Cash Comes Straight to You!

A BILLION DOLLAR MARKET waiting for you to tap into. All you need is my 1 Magic Page!

*IT'S 100% PROVEN:* Some people are already making **up to $50,000.00 to $100,000.00 a month** by cashing in with the secret behind this amazing money-making discovery.

And now I've discovered a proven way <u>YOU CAN TAP INTO</u> this Billion Dollar Goldmine...

## By using the same 1 Magic Page that I'm using to become set for life!

Yes, now you can make HUGE SUMS OF CASH with the same 1 Magic Page I use!! Just let us mail the MAGIC PAGES (<u>that</u> <u>ultimately</u> <u>can</u> <u>cost</u> <u>you</u> <u>nothing</u>!) to hot prospects – then collect the cash!

*PRESTO! It's so easy a 14-year-old child can do it!*

But don't be fooled. Yes, my new get rich discovery is simple and easy, because we mail the MAGIC PAGES for you... BUT THIS IS A POWERFUL MONEY-GENERATING SYSTEM THAT'S BASED ON <u>THREE</u> <u>FAST-GROWING</u> <u>TRENDS</u> THAT ARE ALREADY GENERATING BILLIONS OF DOLLARS IN YEARLY REVENUE!

And I absolutely guarantee that <u>nothing</u> has the potential to make you more money than this secret 1 MAGIC PAGE Program.

## Huge sums of money can potentially be made with my 1 Magic Page! You don't need <u>anything</u> but the secrets and Magic Page that I'll mail for you.

Anyone can use this new money-maker because I'll show you everything. Just let my staff mail the 1 Magic Page for you – and you'll have the power to be set for life – GUARANTEED!

You can get paid $300 to $1,000 for just one MAGIC PAGE that we mail for you! And that's just THE START of all the money you could potentially earn! Because as you'll see, a total of up to $19,000 CASH can be yours for just ONE MAGIC PAGE! And as long as you are properly positioned...

### You'll Get a Minimum of 4 Times Your Money... GUARANTEED!

## All of this cash comes <u>straight</u> to you and is yours to keep!

Need more money? Just let us mail more MAGIC PAGES for you. You can't go wrong...

2

**PX 7**   FTC-MOBE-000146

> We have discovered a new way to tap into the BILLIONS OF DOLLARS that are being made with our special products. **BEST OF ALL, SOMEBODY ELSE DOES <u>ALL THE WORK FOR YOU</u>!** The secret method generates billions for the companies using it. It can get very complicated – however YOU WON'T DO ANYTHING except have us mail the 1 Magic Page for you and collect your cash!

### <u>If you want a simple money-system that has the potential to give you financial security for life... THIS IS IT!</u>

**This is honest and easy money.** Millions of people want our special products. Your Magic Page gets the right group very excited! * I'll show you exactly how to cash-in with this proven system. * I'll mail all of the MAGIC PAGES for you a few days from now! * And there's no hoping your money will be paid to you by somebody else, because:

## This cash can be paid <u>directly</u> to you and keep coming to you for many years!

## Everything Can Be Done for You!!

I'm using this 1 Magic Page right now. I've gotten over all the hurdles you might encounter. I'll send you complete documentation on everything that we do for you. Everything you need to know will be sent to you and then we'll mail the MAGIC PAGES for you in just a few short days!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Up to THOUSANDS OF PEOPLE CAN PAY YOU for your part in helping us hook them up with our very rare product and unusual opportunity. *But you'll <u>never</u> meet or talk with anyone!*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Nobody has to know what you're doing to make your money. You don't have to talk with anyone! Just let me mail the Magic Pages for you and wait for the cash to come to you!

<u>THIS IS SO GOOD – YOU MUST HEAR IT ONE MORE TIME</u>...

## Just let us mail the Magic Pages to the special addresses and wait for the cash! It's that easy.

As soon as you get the secrets and let me mail the Magic Pages – you can make money.

**At last there's a proven way to make money in good times or bad!** You can now earn money, respect and security... easily... in the privacy of your home.

Best of all, you set your own pace... put in only the time you choose to... make a nice income – or

put in more time, and potentially make a huge fortune!

## Average People Like You and Me are Making a Fortune in This Lucrative Business Opportunity Marketplace! And Our NEW DISCOVERY Gives You the Power to Make Huge Sums of Money Without Any Work!

*And now we have discovered a whole new way you can cash in from these millions of desperate people – by letting us mail our 1 MAGIC PAGE for you!*

This is a _guaranteed_ way to make money! But that's not all! Not only is this fully guaranteed to make you all the money you want... but:

### I guarantee that you will never lift a finger to own a strong position in this lucrative goldmine!

- ✔ **I guarantee** that this is a real business with real products and a real marketing plan.
- ✔ **I guarantee that you will keep all the money that comes straight to you.**
- ✔ **I guarantee** that we can do all of the work for you!
- ✔ **I guarantee** to spend my own money to make you the largest amount of money.

*Why am I letting you in on what I believe is the biggest money-making blockbuster in history?*

*Why not keep this to myself and make and keep all the money?* That's simple. **You see...**

## I have discovered a 100% legitimate way to help both of us make huge sums of money!

**I am convinced that my new breakthrough could make you set for life!** That's only my strong belief, but it's based on very solid facts... This is a new way to cash in from a secret method that is already generating many billions of dollars for others! And we do all the work to make you the maximum money!

But wait! There's so much you must know about my new 1 MAGIC PAGE Program and no room to go over all of it here. That's why you must send for my new FREE REPORT that gives you all the secrets that I couldn't give you here. I believe you are serious about making a lot of money or you would have never read this letter. **Now take the next step:** Fill out the form that came with this letter and mail or fax it to us today. I will RUSH you all of the confidential details. Please do this RIGHT NOW – before this amazing opportunity is gone forever.

Sincerely Yours,

T.J. Rohleder

**P.S. TAKE POSITIVE ACTION!** I can't wait to RUSH you all the secrets behind this new way to let my company do all the work and then pay you a potential, but not promised income of up to $1,000 a day or more. Fill out the Form and let me RUSH my FREE REPORT to you right away!

4

**PX 7**

Invitation #5SGML

**FTC-MOBE-000148**

PX 7

# Exhibit 2

FTC-MOBE-000149