*CONFIDENTIAL MANUAL for the Clients of Our "GUARANTEED MONEY LETTER" Direct Mail Jump-Start Advertising Service Only.  READ CLOSELY TO DISCOVER HOW TO MAIL...*

# 1 MAGIC PAGE!

## By T.J. Rohleder

**The Complete Home Business Designed to Let You Sit Back and Get Paid Commissions of $300... $1,000... $3,000... $5,000... and EVEN $10,000 FOR EACH AND EVERY SALE OUR EXPERTS MAKE FOR YOU!**

---

**INSTRUCTIONS:** This FAST-START FLIP CHART gives you the highlights of our powerful **Direct Mail Advertising Service.** This is a complete home-based business that pays you for playing a vital role in helping us promote our unique products and services to he millions of people who <u>desperately</u> need the solutions we provide.  It's all right here in this small easy to read FLIP CHART.  Please look it over carefully to fully understand exactly how this powerful wealth-making System is designed to make you a fortune.  *Then GET STARTED RIGHT AWAY, and let us do our very best to help you make the largest sums of money in the fastest time, with little or even no effort!*

Copyright ©MMXV Direct Response Network.
All Rights Reserved.
Printed in the United States of America

**IMPORTANT LEGAL NOTICE:** The information in this special Flip Chart is solely based on our research and opinions. We are NOT lawyers. And we are NOT providing any sort of legal or accounting information or advice. Nor do we guarantee results of any income with our methods and research. Every business and money-making opportunity has certain financial risks. Likewise past performance does not assure future results. **You must go into any business opportunity realizing there is an inherent financial risk involved – and no guarantee of future profits. Do you understand this? GOOD!** Now, having said this, we have been researching business and money-making opportunities since September of 1988. And we are extremely proud of our reputation. This information is published to help our Clients achieve their dream of financial success and independence. As you'll see, **this all-new "GUARANTEED MONEY LETTER" Direct Mail Jump-Start Advertising Service that we have developed for our special business-building products and services is based on the basic methods and strategies and systems that we have used (in our parent company) to generate well over ONE HUNDRED AND FIFTY MILLION DOLLARS in total direct mail revenue within our first 25 years alone.** DO NOT LET THE SIZE OF THIS MANUAL FOOL YOU: you see, within the pages of this small Fast-Start Flip Chart are some of the best of the best of the same powerful and proven wealth-making tips, tricks, and strategies that have and are bringing in many millions of dollars for our company and many of the smartest marketing experts in the world! This is an opportunity that we truly believe could potentially create many new millionaires. Of course, that is only our strong opinion and belief and not a guarantee or promise that you will become a millionaire or make any specific amount of money with the methods that are clearly laid out for you in this FAST-START FLIP CHART. We are happy and privileged to have you as a Clients for our valuable business-building products and services that are desperately needed by millions of people all over the world who want to dramatically increase their sales and profits. Thank you for reading this legal notice and CONGRATULATIONS for getting started with this powerful Program! We hope that you will benefit greatly from the information in this manual and all of the wealth-making products and services we will be providing to you in the future.

# TABLE OF CONTENTS

IMPORTANT LEGAL NOTICE ............................................. Inside Cover

CONGRATULATIONS! ............................................................. Page 1

Don't Let the Size of This "FLIP CHART" Fool You! .................... Page 13

15 Rock Solid Reasons Why This Can
Make You Huge Sums of Part-Time Wealth! ............................. Page 15

Why We Can Help You Make Huge Sums of Money Part-Time...
Like Very Few Other People in the Entire World! ....................... Page 31

Here are Some of the Most Powerful Moneymaking Ingredients
That Have Gone into This "GUARANTEED MONEY LETTER"
Direct Mail Jump-Start Advertising Service ............................... Page 41

How It Works and How to Get Started Right Away ..................... Page 49

Here are the 5 Ways You Can Get Paid "GUARANTEED
MONEY" with Your FREE Lifetime Charter Membership
in Our GUARANTEED MONEY INNER CIRCLE .......................... Page 57

Here What to Do Right Now ................................................... Page 73

6-Tier Ascension Chart ........................................................... Page 79

Income Mathematical Example Charts ..................................... Page 83

"GUARANTEED MONEY LETTER" Sample Copy for Review ........ Page 87

"GUARANTEED MONEY LETTER" Order Form .......................... Page 93

GUARANTEE ACTIVATION Form .............................................. Page 97

Support Request Contact Form ............................................... Page 101

# CONGRATULATIONS!

## You Now Have the Awesome Power to Sit Back and Get Paid HUGE COMMISSIONS of $300... $1,000... $3,000... $5,000... and Even $10,000 for Each and Every Sale Our Experts Make for You! Best of All, You Can Get Paid GUARANTEED MONEY a Total of Up to 5 Ways!

**By Chris Lakey, Marketing Director for the DIRECT RESPONSE NETWORK**

THANK YOU for sending for this very special full service advertising and marketing service. Please read this closely. As you'll see, this manual tells you about our totally honest and ethical opportunity to get paid a minimum of up to 4 times your money on our Direct Mail Advertising Service. Please read closely and follow the simple instructions and get started right away.

As you're about to discover, after many years of research and investigation, we have finally discovered what we firmly believe is the perfect business opportunity.

This business has some of the AMAZING BENEFITS that are only available by purchasing a very expensive franchise. It comes with the JUMP-START ADVERTISING SERVICE you're about to discover in this manual, to get you off to a great start. And we absolutely positively GUARANTEE that you will make 2 to 4 times your money on this premium service.

Yes, we guarantee it in every way. **As you'll see...**

> If you spend $375 on this "GUARANTEED MONEY LETTER" Jump-Start Advertising service, we GUARANTEE that you'll make $1,500!

> If you spend $650, we guarantee that you'll make $2,600.

> If you spend $1,250, we guarantee that you'll make $5,000!

Yes, I promise that you will make as much as $5,000 cash... guaranteed! No honest and legitimate advertising service has ever done <u>anything</u> THIS BOLD before!

Just let us mail the 1 Magic Page for you. That's it! Once you have the secret and the Magic Page – <u>you can be set for life</u>! It's amazing how simple this new money-maker is!! And yet, it has the power to produce riches beyond anything you've seen!

This is a real business with real products and a real marketing plan. And yet, there's **NO** paperwork... **NO** office... **NO** employees... **NO** overhead!

You have NONE of the headaches and hassles that most plans force you to go through. Just let us mail the 1 Magic Page and wait for your money to arrive. All the money that comes to you is yours!

## >> THE SECRET OF THE 1 MAGIC PAGE <<

**BILLIONS OF DOLLARS** are being made <u>RIGHT NOW</u> with a proven marketing method. And I have discovered a rare and unusual secret way to cash in with it! <u>I have simplified all this for you</u>! Just let us mail our 1 Magic Page to special addresses -- and wait by your mailbox for the cash! It's that easy!

## We mail the 1 Magic Page! The cash comes <u>straight to you</u>!

A BILLION DOLLAR MARKET waiting for you to tap into. All you need is my 1 Magic Page!

<u>IT'S 100% PROVEN</u>: Some people are already making **up to $50,000.00 to $100,000.00 a month** by cashing in with JUST A SMALL PART of this amazing money-making discovery.

And now I've discovered a powerful way <u>YOU CAN TAP INTO</u> this all-new Billion Dollar Goldmine by using...

## The same 1 Magic Page that I'm using to become set for life!

Yes, now you can make HUGE SUMS OF CASH with the same 1 Magic Page I use!

Introducing, the revolutionary new:

## "GUARANTEED MONEY LETTER!"

This may be the most powerful Direct-Mail letter in history!

Does that sound like an overstatement?

YES IT DOES! And yet, this is THE TRUTH in every way.

After all, as you'll see; this is the first time in history that any honest and legitimate advertising and marketing agency has ever fully guaranteed that as long as you are properly positioned with the foundational opportunity behind this promotion, you will...

## MAKE "UP TO 4 TIMES YOUR MONEY... GUARANTEED!"

Yes, it's amazing – BUT TRUE! Just let us mail the "GUARANTEED MONEY LETTERS" to hot prospects – then collect the GIANT COMMISSIONS for up to many thousands of dollars for each and every sale our experts make for you!

The more you know about this, the more thrilled you'll be.

So excited, you may need a sleeping pill to get to sleep!

**So read closely. I'm going to prove to you that this is HONEST and LEGITIMATE in every way. And when you know how we plan to keep this bold promise, you'll see: THIS IS REAL!**

There are a few simple things you must agree to, but once you do that, we PROMISE & GUARANTEE that you will get 2 to 4 times Your money on our "GUARANTEED MONEY LETTER" mailing service. So read closely. Everything will be spelled out in the clearest way. You'll see what YOU must do to receive our "BOLDEST GUARANTEE IN HISTORY" and all of the reasons WHY all this is absolutely true.

For starters, you will discover...

## How You Can Get in on the 1-Trillion Dollar Franchise Bonanza... *Without Lifting a Finger!*

3

**PX 7**  FTC-MOBE-000155

<u>**Our team of highly-trained experts will do all the hard work for you and then send you bi-weekly commissions of $300, $1,000, $3,000, $5,000, and even $10,000 for all the sales we close for you!**</u>

As you may know, the franchise industry is one of the most lucrative wealth-makers in history... This brings in over 1-trillion dollars every year and climbing! And now we have discovered an amazing new way to help you cash-in from this wealth-making empire! Best of all, **ALL THE HARD WORK IS DONE FOR YOU** and this has the power to make you all the money you want!

### Yes, this is a 100% GUARANTEED way to make money!

Now you can tap into this 1-trillion dollar a year franchise industry in a whole new and exciting way – <u>*without doing anything*</u>!!

*You will be cashing-in from an exciting new secret that has already brought us millions of dollars! You MAKE BIG MONEY, while we do all the hard work for you.*

Yes, the amazing secrets you'll let us do for you HAVE BEEN PROVEN to make massive sums of money! **How much money?** *That's the most exciting* part! You see...

*The franchise industry generates a total of over ONE TRILLION DOLLARS A YEAR – by helping people get into their own business... And now we have developed an amazing new way to let <u>YOU</u> cash in from this same general area... without lifting a single finger!*

This is the most powerful way to stay home... Do almost NOTHING... and potentially make huge sums of money!

But that's not all! You see, not only can this new secret make you all the money you want... but:

### We PROMISE & GUARANTEE that you will <u>never</u> have to lift a finger to jump-start this 1-trillion dollar goldmine!

4

**PX 7**   **FTC-MOBE-000156**

**Here's our strong promise and guarantee to you:**

- ✓ We **guarantee** that <u>all</u> the hard work is done for you!

- ✓ We **guarantee** that this can make all the money you want.

- ✓ We **guarantee** that you can make money in total privacy.

- ✓ We **guarantee** that this lets you make money with the very best from <u>two</u> of the most powerful wealth-making breakthroughs!

Why are we letting you in on what we honestly believe is the biggest money-making blockbuster in history? Why not keep this to ourselves and make and keep all the money? That's simple. You see...

# We have discovered a 100% guaranteed way to do all the work and make money for you!

**We are convinced that this amazing breakthrough will make many people millionaires and even multi-millionaires!** That's only our strong belief, but it's based on some very solid facts... After all, this is a new way to cash in on <u>two</u> of the most powerful breakthroughs in history!

And we will do all the hard work to make you the maximum money!

Just get started RIGHT NOW by following the simple instructions I'm about to give you and you will be in on the sub-ground floor of our newest breakthrough for making money! As you'll see, this is designed to pay you GUARANTEED MONEY up to five different ways!

*SO LET'S BEGIN...*

**You are now a Client for Our Revolutionary New "GUARANTEED MONEY LETTER" Jump-Start Advertising Service!** This is a brilliant new money-making breakthrough! As you know, many services will take care of your advertising for you. You give them your money and they advertise your product or service for you, while you sit back and collect the orders...

<u>But this new money-making service is different:</u>

5

**PX 7**     FTC-MOBE-000157

# Not only do we do all the advertising for you – but we also make all the sales, ship all the products, handle all customer service work, and then send you a bi-weekly check for your share of the sales!

This new discovery lets you cash-in with a proven goldmine that is already generating billions of dollars every year!

**And our team of experts do all the hard work for you!**

Yes, you sit back <u>and let us do all of the hard work</u> and do our very best to help you make HUGE sums of money!

*So now it's time to remind you about some of the details behind this new money-making discovery. Please read closely...*

## Here are the <u>TWO</u> Powerful Wealth-Makers That Have Now Joined Forces to Help You Make the Largest Sum of Money!

### *WEALTH-MAKER #1:*

### *You Will Cash-in from a Hidden Gap We Have Discovered in the Lucrative $1-Trillion Dollar Franchise Industry!*

**A Franchise is simply a business opportunity that provides people with three things they need to make money:**

1. A proven and unique opportunity that is already making money.

2. A detailed System that is easy to understand and simple to use.

3. Continuous help, support, and guidance from experts who understand all aspects of the Franchise.

When somebody buys a Franchise, they get all 3 of these things. It sounds so simple, and yet <u>these three ingredients are largely responsible for one of the world's most lucrative industries that generates well over $1,000,000,000,000.00 every year</u>!