**And now, we have discovered a MAJOR GAP in this one trillion dollar a year industry that we firmly believe will make many average people super rich!**

## Yes, our brand new "GUARANTEED MONEY LETTER" Jump-Start Advertising Service fills a powerful gap in this rock-solid Trillion-Dollar a year industry!

But to help you understand this enormous gap, we must back-track for a few moments. Please read carefully...

As you have just seen, a Franchise is made up of 3 basic wealth- making ingredients. That's it. And yet these ingredients help them generate over one trillion dollars a year.

**But most Franchise opportunities are very expensive!** *In fact...* **the average Franchise costs $150,000.00 to $175,000.00 or more. Some people even pay millions of dollars for a single Franchise.**

So why are these people willing to spend so much money for these Franchise opportunities? That's simple...

### *When you buy a Franchise, you are almost <u>guaranteed</u> to greatly succeed!*

Yes, it's true...

According to the U.S. Department of Commerce, 95% of all small businesses fail in the first 5 years. But Franchises are different. Over 85% of all Franchises succeed!

Think about that...

– Regular Small Business: 95% FAIL within 5 years.

– Franchise Opportunity: 85% SUCCEED – period.

*Isn't that exciting?!* **Over 95% of regular small businesses fail within 5 years... But 95% of Franchises succeed.**

Pretty amazing, huh?

7

**PX 7**

But there's one problem: Most people have $150,000 to $1,000,000 to invest in a Franchise – even if it's proven.  And that's GREAT NEWS FOR YOU, because of this important fact...

### The high cost of a Franchise has created _a major gap_ in this booming 1 Trillion Dollar Franchise industry.

*That leads to THE GREATEST NEWS I have for you...*

---

**We have discovered an exciting new lower-cost opportunity that contains all three of the most powerful ingredients that all Franchise opportunities provide.  And yet, this unique turn-key opportunity is NOT a Franchise – and the cost is much lower to get started...**

**Best of all, our new "GUARANTEED MONEY LETTER" Jump-Start Advertising Service is designed to let you cash-in by helping us introduce this unique and totally proven non-Franchise opportunity to the tens of millions of people who cannot afford an expensive Franchise.**

---

This lets you profit by helping us fill this huge and growing gap in the trillion-dollar Franchise industry in a whole new way! We do all the hard work and RUSH you a huge Commission check for up to $10,000 for just one sale that we make for you.

**But that's only the start of the money you can make...**

### Not only are you in the position to receive up to many thousands of dollars for every sale of these unique products and services this opportunity provides, but you will also be eligible to receive an on-going monthly income that CAN GROW BIGGER... and never stop!

The foundational opportunity behind our new "GUARANTEED MONEY DISCOVERY" (**M**y **O**nline **B**usiness **E**mpire, or MOBE for short) is a unique non-Franchise opportunity that provides all three of these most valuable ingredients of a Franchise – without the high cost (or the typical Franchise rules and lengthy regulations).

The first wealth-maker in this new opportunity is designed to make you HUGE SUMS OF MONEY by letting us introduce this unique non-franchise business

FTC-MOBE-000160

opportunity and its products and services to people who want a proven way to get rich but cannot afford a Franchise opportunity. ***Best of all...***

## All the hard work really is taken care of for you.

This pays you $24.50... $300... $1,000... $3,000... $5,000... and even... $10,000 for every sale we make for you. Then, it also puts you in position to get paid an on-going monthly income that keeps growing bigger. You will be helping us reach these tens of millions of people who want and need this unique opportunity...

**HOW IT WORKS:** Thanks to the fact that you let us purchase the My Online Business Education MMB Package for you, you are NOW QUALIFIED to receive 50% commission for all of the sales we make of these packages. We will attempt to make these sales to all of the people who receive your "GUARANTEED MONEY LETTERS" and each time we do, you will get paid a commission of $24.50...

We do the work and these $24.50 commissions come to you!

It's so easy, just let us mail the "GUARANTEED MONEY LETTERS" and you'll get paid $24.50 for every MTTB sale we make for you.

**But as you know, these $24.50 commissions are just the START of all of the money you can make!**

So in order to GET PAID BIGGER COMMISSIONS and receive our revolutionary "2 to 4 Times Your Money" Guarantee you've been reading about, you must move up the MOBE Ascension Model (See page 79)...

**GET STARTED TODAY:** Just fill out the GUARANTEE ACTIVATION FORM on page 97 and let us purchase the MOBE License Kit (MLK Tier 2) and License Rights (MLR Tier 3) package for you right now and you will be in position to receive a a $300 to $1,000 commission for each and every one of THESE PACKAGES that we sell to the people who receive one of your "GUARANTEED MONEY LETTERS..."

*AND ONCE THIS HAPPENS....*

## You Will Receive Our Powerful "YOU MUST MAKE 4 TIMES YOUR MONEY GUARANTEE!"

Just make sure you are positioned in the MOBE opportunity Tier 1, 2 and 3. This puts you in position to get paid $300 to $1,000 CASH for each and every

**PX 7**                              FTC-MOBE-000161

sale that's made for you.  Once that happens, I promise and guarantee that you will make a minimum of 2 to 4 times your money...

This is the first time in history that any honest person has made such a bold promise.

The huge marketplace of millions of people who are searching for the ultimate way to make money will see your 'GUARANTEED MONEY LETTER' and want to know more!

And that brings us to the _only_ problem...

### *WHERE and HOW do you reach these millions of people... and then let us tell them all about this unique opportunity?*

That's the 2nd wealth-making breakthrough that we will also do for you!

### *WEALTH-MAKER #2:*

## Once You Get Started, You Will Be One of a Small Group of People to Cash-In From the Secret Sources We Have Discovered to Reach Millions of the Best Prospect in the World Who are Desperately Searching for Our Unique Non-Franchise Opportunity.

As a Client of our "GUARANTEED MONEY LETTER" Jump-Start Advertising Service, you are now eligible to receive our 4 times your money guarantee.

Plus, you are also invited to become a Charter Member of our "GUARANTEED MONEY Inner Circle," which lets you cash-in from the ultra-private sources we have used to reach the millions of people who are the most serious about making money, but can't afford a Franchise.  **We will use these private sources and the proven secrets** that we have perfected over the years, to introduce our unique non-Franchise opportunity to these very serious people.

**The Amount of Money You Make Has NOTHING to Do with the Work You Do – or the Hours You Put in. You Now Have the Golden Opportunity to Potentially Make a Huge Monthly Income by Working in Your Spare Time.**

This beats every other system or plan for making money from the comfort and safety of your home...  Here are some important facts you should consider about this program.  Please read carefully, to see all the advantages this gives you.

10

**PX 7**                    **FTC-MOBE-000162**

### First, why this beats every expensive business opportunity:

* <u>NO</u> stocking products
* <u>NO</u> inventory whatsoever
* Monthly pay
* <u>NO</u> store front
* Absolutely <u>NO</u> experience needed
* Can be done alone and part-time (year-round)

* Low start-up costs.
* Low Overhead
* High profits and low risks
* <u>NO</u> employees
* <u>NO</u> inventory
* <u>NO</u> personal selling

### Second, it's the easiest method for making money part-time:

* This is a plan so simple that anyone can follow it
* All the guesswork has been taken out It's easy-to-do!
* There's <u>NO</u> personal selling, soliciting, or recruiting
* There's <u>NO</u> personal volume required
* We supply you with everything you need to succeed
* You can do it all from your kitchen table
* Realistic and achievable plan to make money part-time
* You have very few responsibilities
* This gives you unlimited earning potential
* There's <u>NO</u> personal selling of any kind

* <u>NO</u> Breakaways
* <u>NO</u> meetings
* It's 100% legitimate and legal
* 99% of the work is done for you
* You can start immediately
* You can do it all part time
* There's <u>NO</u> inventory to maintain
* You can be in the profit... FAST!
* Everything is easy-to-understand

### Third, this is the <u>greatest</u> <u>one-person</u> <u>business</u> <u>ever</u>:

* <u>NO</u> collections
* <u>NO</u> deliveries
* <u>NO</u> employees
* <u>NO</u> physical labor

* <u>NO</u> overhead
* <u>NO</u> quotas
* <u>NO</u> experience necessary
* <u>NO</u> writing

* <u>NO</u> telemarketing/telephone sales
* <u>NO</u> inventory to maintain
* <u>NO</u> special training required
* ***And it's so EASY to get started***

This beats every other business opportunity we've ever researched and investigated. And our company has been researching various money-making and business opportunities professionally since 1988. We've investigated thousands of different ways to make money. This powerful program has them all beat.

This program lets you cash in from a proven multi-million dollar marketing system that is designed to make you a SIX-FIGURE ANNUAL INCOME from the comfort and privacy of your own home! I can't promise that you'll make any specific sum of money, but the potential to do it is here!

Best of all, you can do everything from the comfort and privacy of your own home – <u>without</u> speaking to anyone.

All this will be fully explained to you in this small FLIP CHART... The more you know about this, the more excited you'll be! Please go over this FLIP CHART very carefully. Then keep it in a safe place. As you'll see, this is a COMPLETE SYSTEM. Everything will be revealed to you. Nothing will be held back!

**PX 7**

**FTC-MOBE-000163**

FTC-MOBE-000164

# HOW IT WORKS AND HOW TO GET STARTED RIGHT AWAY

## By T.J. Rohleder

Hopefully by now, you realize just how revolutionary our new "GUARANTEED MONEY LETTER" Jump-Start Advertising Service is! As you know, many services will take care of your advertising for you. You give them your money and they advertise your product or service for you, while you sit back and collect the orders... But this does so much more for you! As you've seen, this gives you the awesome power to sit back and get paid HUGE COMMISSIONS of $300... $1,000... $3,000... $5,000... and even $10,000 for each and every sale our experts make for you! Best of all, you can get paid GUARANTEED MONEY a total of up to 5 ways!

In this Section, I'll show you HOW this works and HOW you can get started right away.

So please read closely...

Then follow the simple instructions and get started... at once!

***First, this is the most exciting new wealth-making breakthrough for 5 MAJOR REASONS:***

*REASON #1:* **You have the leverage of our $150 Million Dollars in direct mail sales!** Leverage is THE GREATEST SECRET of the rich... *and now you'll have the power of leverage making money for you!* The more you know about this, the more excited you'll be!

*REASON #2:* The best-of-the-best of the secrets and rare sources and contacts we have used to bring in over $150-Million Dollars in our first 25 years, will be making money for you! **Yes, we have generated a HUGE FORTUNE from the exact type of proven secrets that we will be using, to do our best - to help YOU get paid the largest sum of money!**

49

**REASON #3:** With our "GUARANTEED MONEY LETTER" Jump-Start Advertising Service, we do all of the advertising, marketing, selling, customer support, and management work for you to help you get off to a fast start.

**REASON #4:** This puts you in the powerful position to fill the hidden gap that we have discovered in the one trillion dollar a year Franchise industry in a whole new – but totally proven way! **Best of all, our multi-million-dollar Company takes care of everything for you.**

*But that's still not all! Last – but not least...*

**REASON #5:** In many cases, **we will spend a significant amount of our own money to close all of the sales for you!**

*And best of all:* **you'll be among the <u>FIRST</u> to get this!**

*It's amazing, but true...*

### In most cases, we will spend a significant portion of our own money – to do all we can to see to it that <u>YOU</u> get paid the largest sum of money!

You'll be SHOCKED and AMAZED at all of the exciting wealth-making features built into our "GUARANTEED MONEY LETTER" Advertising Service! ***And it's so easy to get these secrets...*** Just listen to the enclosed Audio Program that we sent with this FAST-START FLIP CHART – to fully appreciate all that we are doing to help you make the largest sum of money.

### But to help you understand this a little better, let me sum things up for you...

**WEALTH-MAKER #1:** We have discovered an amazing new way to fill a huge and growing gap in the one trillion dollar a year Franchise industry. This gap is created by all of the Franchise opportunities that are way too expensive for the average person to get into. Our new "GUARANTEED MONEY DISCOVERY" is <u>not</u> a Franchise,

**PX 7**

**FTC-MOBE-000166**

but it does contain the same 3 powerful wealth-making ingredients that all Franchises have...

This is the perfect solution for the millions of people who desperately want a powerful and proven business opportunity but cannot afford the huge costs to buy a Franchise.

**There's only one problem:** How do you reach these millions of people and introduce them to this amazing non-Franchise opportunity?

And that brings us to the next major wealth-making discovery...

*WEALTH-MAKER #2:* **We will do our very best to help you reach the millions of people who are searching for the perfect system like our "GUARANTEED MONEY DISCOVERY."** Then we will do everything for you to sell our powerful opportunity to the largest number of these people...

> *Which puts you in position to get paid $300... $1,000... $3,000... $5,000... and even $10,000 for all the sales that are made for you!*

> **This pays you up to $19,300 in commissions for each sale that we make for you.  Plus, you can also qualify to receive a huge ongoing monthly income that can keep growing bigger and never stop!**

**So there you have it!  These are the basic secrets behind our all-new "GUARANTEED MONEY LETTERS" Jump-Start Advertising Service.**

**OKAY, with all this said – it's time to show you some of the secrets behind this amazing new opportunity that lets us do all of the hard work for you.  Read on and I'll show you how...**

## You can get paid GUARANTEED MONEY a total of 5 Ways!

With your permission, I will give you GUARANTEED MONEY 5 different ways.

**Not once...**

51

**Not twice...**

**Not three times...**

**Not four times...**

**But five times!**

**The first 3 ways to get GUARANTEED MONEY come from MOBE, which is opportunity that's the foundation of this program.**

The 4th way so get GUARANTEED MONEY comes from the fact that once you're properly positioned in the MOBE opportunity, I will promise and guarantee that you will receive 2 to 4 times your money on our DIRECT MAIL JUMP-START ADVERTISING SERVICE.

And the 5th way you'll get GUARANTEED MONEY comes from the special Inner Circle that you will be invited to join as a Charter Member.

That's it.

Five different ways to get GUARANTEED MONEY.

## Most opportunities do not guarantee you'll make money even one way.

But I promise and guarantee that you'll be in position to get GUARANTEED MONEY a total of 5 different ways!

**HOW IT WORKS:** The people who get your "GUARANTEED MONEY LETTERS" that we mail out will be super excited! They'll send for the initial report and ultimately receive all of the secrets about how all this works.

They'll get positioned in the MOBE opportunity, and...

## YOU GET PAID UP TO $1,000 CASH... <u>GUARANTEED!</u>

Yes, when the people who get your "GUARANTEED MONEY LETTERS" join the