MOBE opportunity (so they can position themselves) you'll get paid up to $1,000!

And what did you do to get that $1,000?

NOTHING!

That's the amazing part.

Because once you are positioned correctly in the MOBE opportunity, all you have to do is let us mail your "GUARANTEED MONEY LETTERS."

Everything else is taken care of for you.

The people who get your letters in the mail will fall in love with the fact that they can get GUARANTEED MONEY.

They'll let us sign them up in the MOBE opportunity...

You'll get paid $300 to $1,000...

**AND IT DOESN'T STOP THERE.**

Many of these people will want to make EVEN MORE MONEY for themselves.

## So when they decide to move up the ascension model that MOBE has put in place, you can be in position to get paid <u>EVEN MORE MONEY</u> that comes to you automatically!

As you'll see, the $300 to $1,000 that you'll get when people position themselves in our program is just the start of the money you can make. Because MOBE also pays Huge Commissions of $3,000... $5,000... and $10,000!

And as long as you are involved in MOBE and positioned correctly *(NOTE: these top packages are totally optional and not required for our special guarantee)*, you can get paid these extra automatic commissions... without lifting a finger!

All the selling is done for you. You do nothing.

The "GUARANTEED MONEY LETTERS" that we mail out for you tell people about this amazing opportunity.

53

**PX 7**  FTC-MOBE-000169

## IT'S SO SIMPLE:

1. They'll get the "GUARANTEED MONEY LETTERS" we mail for you...
2. They'll get this report and learn all the secrets.
3. They'll get positioned in the MOBE opportunity the same way you did.
4. You'll get paid $300 to $1,000.
5. If they want more money, they can go higher up the MOBE ascension model.
6. When that happens, you can get paid $3,000... $5,000... and even $10,000!

It's all done for you.

## Just get positioned in MOBE and let us mail the "GUARANTEED MONEY LETTERS."

That's all you do. It's as simple as that.

But don't let the simplicity fool you.

Because this is a powerful and proven way to make money.

Remember, average people are already making up to $30,000... $50,000... $70,000 and even $100,000 a month and more! And many of these people have NEVER made huge sums of money before.

If they can make up to $100,000 a month, then I believe that anyone can do it.

And no other affiliate team in MOBE has our DIRECT MAIL background.

We have mailed out tens of millions of direct mail letters since 1989.

So we understand how to get rich with direct mail like few others do.

**And when you're on our team, we'll be helping you cash in with direct mail marketing in ways that nobody else in the MOBE organization knows how to do.**

We've taken the best of everything we've ever discovered since 1989 about how to get rich in direct mail and put it into this program.

It starts with our 'YOU MUST MAKE 4 TIMES YOUR MONEY' GUARANTEE.

This may be the world's boldest guarantee.

## Because as long as you are properly positioned in the MOBE opportunity, you'll get paid a minimum of 2 to 4 times your money... GUARANTEED!

No other guarantee is this strong.

No other guarantee promises that people will make a minimum of 4 times their money...

**BUT WE DO.**

**AND WE MEAN IT!** We know that if you'll simply do a few things to understand this powerful business opportunity... and if you're properly positioned in this opportunity... then you can get paid GUARANTEED MONEY a grand total of up to 5 ways.

And we put that in writing.

So to get started today...

## Here is How Easy It is to Start Getting Paid GUARANTEED MONEY a Total of 5 Ways:

1. **ACTIVATE YOUR GUARANTEE:** Fill out the enclosed GUARANTEE ACTIVATION FORM in the back of your enclosed manual and return it to us. We will immediately enroll you in MOBE Tier 2 or Tier 3, which puts you in position to get paid $300 to $1,000 CASH for each and every sale that's made for you. Just find this form ... choose the product package you want... fill it out... and return it to my office right away.

2. **ORDER MORE "GUARANTEED MONEY LETTERS:"** Your first 100 "GUARANTEED MONEY LETTERS" are being printed and mailed for you right now. **However, in the back of your FAST-START FLIP CHART is another form you can use to let us print and mail even more of our "GUARANTEED MONEY LETTERS" for you.** These letters tell the world about our powerful GUARANTEED MONEY opportunity and make it easy for you to potentially make massive sums of money.

Once you're properly positioned (by taking OPTION #1 or OPTION #2 on your GUARANTEE ACTIVATION FORM and returning it to my office), you'll get paid $300 to $1,000 commissions (or much, much more!) for each and every

55

**PX 7**  **FTC-MOBE-000171**

letter that goes out that turns into a sale. And as long as you're properly positioned, we guarantee that you'll earn at least 2 to 4 times the cost of your initial mailing cost or else we can keep advertising for you online until you do!

**And if you choose OPTION #1, you will not only be in position to get paid $1,000 CASH for each order we make for you, but...**

## You Will Be a Lifetime Charter Member or Our Very Special Inner Circle.

Our "Guaranteed Money Inner Circle" can help you make the MAXIMUM amount of money with this opportunity. You will get many things, including a percentage of EVERY DOLLAR we generate on our future marketing campaigns!

So choose OPTION #1 or #2 and get properly positioned in MOBE and...

**Each "GUARANTEED MONEY LETTER" that we mail out for you could potentially pay you up to $19,300... and you do it all in total privacy!**

If you want to get rich, you need something hot.

It <u>must</u> get people super excited!

Millions like you are searching for the ultimate way to make money. When they find out that we are offering a 4 TIMES YOUR MONEY GUARANTEE – they'll go crazy and can get in fast. After all, <u>nothing</u> like this has ever been done.

**If other advertising and marketing services are so great, why can't they offer a "4 TIMES YOUR MONEY GUARANTEE?"** They will never do it, because they don't pay enough money to cover all of the advertising expenses.

**But because MOBE pays you up to $10,000 commissions... WE CAN MAKE YOU THIS GUARANTEE!** And it only takes a few of these big-ticket commissions to pay for the entire cost of all of the advertising that we will do for you!

Just get positioned in the MOBE opportunity.

Then let us mail the "GUARANTEED MONEY LETTERS" for you.

It's that simple. It's that easy. And when you're an Inner Circle Member, it's GUARANTEED A TOTAL OF 5 DIFFERENT WAYS!

# Here are the 5 Ways You Can Get Paid "GUARANTEED MONEY" with Your FREE Lifetime Charter Membership in Our GUARANTEED MONEY INNER CIRCLE.

As you know, there are no guarantees that you will earn any specific sum of money or commissions with MOBE, our "GUARANTEED MONEY LETTER" Direct Mail Jump-Start Advertising Service, and the Charter Membership in our GUARANTEED MONEY INNER CIRCLE. However, you are protected in every way. Here's how: If you become a Charter Member, you will receive the following 5 ways to get paid "GUARANTEED MONEY."

**GUARANTEED MONEY #1:** You will earn your first MOBE commission within 30 days or Matt Lloyd will pay you $500 cash... *GUARANTEED!* This is one of the boldest guarantees ever. All you do is use your account to watch the videos... and work with your coach. If you do this, Matt guarantees that you will earn your first commission in MOBE within your first 30 days or he'll refund your initial $49 fee and send you an additional $500 cash to boot!

**GUARANTEED MONEY #2:** Each prospect who purchases MOBE's Tier 1 MTTB product can ultimately pay you up to $19,300 cash... *GUARANTEED!* Yes, as long as you are properly positioned in MOBE's ascension model, then you will be in position to get paid as much

as $19,300 in commissions for every Tier 1 MTTB that our marketing system makes for you. **This money is guaranteed to be paid to you and you'll never have to lift a single finger to get it.** Just let our system generate the leads for you. Make sure you're properly positioned in MOBE's 6-Tier ascension model, and then when those leads purchase the Tier 1 MTTB product, your position is guaranteed to be locked-in to get paid up to $19,300.

**GUARANTEED MONEY #3:** **When you let our automated online system promote MOBE's FREE IM Freedom 1-Day Seminar, then you also can ultimately get paid up to $19,300... GUARANTEED!** Yes, as long as you are properly positioned in MOBE's ascension model, then you will be in position to get paid as much as $19,300 in commissions for every one of your prospects who attends one of MOBE's FREE IM Freedom 1-Day Seminars that are held all over the world. Again, this money is guaranteed to be paid to you and you'll never have to lift a single finger to get it. Just let our system give away tickets to these free 1-day events. Make sure you're properly positioned in MOBE's 6-Tier ascension model, and then when your leads who attend these free 1-day events purchase any of MOBE's 6 core products, your position is guaranteed to be locked-in to get paid up to $19,300.

**GUARANTEED MONEY #4:** **Use our "GUARANTEED MONEY LETTER" Direct Mail Jump-Start Advertising Service to let us mail 250, 500, or 1,000 "GUARANTEED MONEY LETTERS" – and as long as you're properly positioned in MOBE – we guarantee that you will get paid at least 2 to 4 times your initial cost in MOBE commissions... GUARANTEED!** Once you're properly positioned (by taking OPTION #1 or OPTION #2 on your GUARANTEE ACTIVATION FORM and returning it to my office), you'll get paid $300 to $1,000 commissions (or much, much more!) for each and every letter that goes out that turns into a sale. And as long as you're properly positioned, we guarantee that you'll earn at least 2 to 4 times the cost of your initial mailing cost or else we can keep advertising for you online until you do!

**GUARANTEED MONEY #5:** **Get an equal share of EVERY DOLLAR we ever make!** You will get paid a VERY SPECIAL BONUS that comes from ALL of the commissions we are paid as we introduce this revolutionary opportunity to the HUGE MARKETPLACE of tens of millions of people who are searching for the ultimate way to make the largest amount of money! This is the SAME BONUS that we give to our own in-

house sales representatives when they make a sale and now we will share this very special BONUS MONEY with YOU and our other small group of INNER CIRCLE MEMBERS!

To qualify for our "4 Times Guarantee" and be eligible to receive your ABSOLUTELY FREE LIFETIME Charter Member position in our new INNER CIRCLE, you must agree to purchase MOBE's Tier 3 product, called the License Rights package. This qualifies you to earn the $1,000 commissions for all of the sales we make for you.

*So agree to do this and you can receive the ABSOLUTELY FREE Inner Circle Charter Membership and be in position to...*

## Get Your Share of the Tens or Hundreds of Millions of Dollars That We Firmly Believe Will Be Made When We Introduce This Revolutionary Money-Making Breakthrough to The Millions of People Who are Searching for the Ultimate Way to Make Money.

HERE'S HOW: We have EVERY REASON to believe that our revolutionary "4 Times Your Money Guarantee" that we have developed for our full service advertising and marketing agency will generate as much as tens or even hundreds of millions of dollars. There's no way to know for sure how much money we will make, but as you may recall, we found a company in a suburb of Chicago who brought in **an estimated $4,000,000 in just 4 months flat** with a guarantee that was not nearly this powerful. We took the essence of their secret. **Then we fixed all of the terrible mistakes they made.** And now we are offering a much stronger guarantee that is HONEST and TRUE in every way...

## This is the first time that any honest and legitimate advertising and marketing service has ever offered a 4 times your money... guarantee. Because of this, I predict that this will cause millions of dollars to come pouring in faster than anything we have ever seen and YOU can get a percentage of it!

Listen. When people find out that there is an honest way to get paid four times their money, they'll quickly let us sign them up in the MOBE opportunity... and you'll be off to the races!

# You can get a percentage of the millions of dollars that we believe our team will make.

Nobody has ever promised a 2 to 4 times return on their advertising service... until now!

This is an historic first! We plan to mail millions of our "GUARANTEED MONEY LETTERS" for our Clients like you... and when people see them, they will be shocked and amazed... After all, nobody has ever done anything like this, ever before. I firmly believe this will cause millions of dollars to come rushing in and you can get a percentage of all of that money!

## Yes, we plan to make making millions of dollars with this... and now you can cash in with us!

In fact...

## I boldly predict that this will cause an avalanche of money to come pouring in like never before... *AND YOU CAN GET YOUR SHARE OF IT!*

Everyone who gets one of your "GUARANTEED MONEY LETTERS" can put as much as $19,300 in your pocket... You simply let us mail your letters and you can get paid as much as $19,300 in commissions from each new customer...

**HERE'S THE SECRET:** There are six tiers in the MOBE opportunity... and as long as you're properly positioned in each tier, you'll get paid up to $19,300 for each and every person who gets one of your "GUARANTEED MONEY LETTERS".

**You can get paid commissions of:**

$300...
$1,000...
$3,000...
$5,000 ...
and even $10,000!

Add it up. That's a TOTAL PAYOUT of $19,300 for just one person who gets

your "GUARANTEED MONEY LETTER" that we mail out for you.

Because you allowed us to purchase the MTTB package from My Online Business Education, you are already qualified to receive 50% commission on each and every one of these sales that our marketing system makes for you....

Now read on and let me show you how to receive as much as $19,000 in additional commissions!

**This is shocking, but true!** Would you like to get paid $19,300 in commissions for just one letter that we mail out for you? I can't promise you will. But I can promise that it's possible. In fact, others in the MOBE opportunity have made $19,300 in commissions for just one person who was placed into their affiliate team.

This same thing could happen to you.

We make it even better with our "GUARANTEED MONEY LETTERS" because there's <u>never</u> been anything this bold and revolutionary to hit our market!

## You'll be cashing in with something that millions of people want more than anything else: **GUARANTEED MONEY!**

Our GUARANTEED MONEY Advertising Program is the one thing that millions of people in our marketplace desperately need...

They need it like people who are dying of thirst in the desert need water. That's a mighty bold statement. But think about it.

You'll see it's true...

Millions of people want to make money.

They know they must advertise to do it.

But advertising is risky.

And they don't want to lose money.

*So...*

**What these millions of people want is
an honest person they can count on,
who can PROMISE & GUARANTEE
that they <u>will</u> make money.**

**And this is what we're doing when you let us
mail your letters that tell people about our bold
<u>*"YOU MUST MAKE 4 TIMES YOUR MONEY GUARANTEE!"*</u>**

This is the BOLD PROMISE that people desperately want and <u>can't</u> get anywhere else.

And we are ready to make YOU this BOLD PROMISE right now!

Yes, read closely and let me show you...

### How YOU Can Get Our Historic "4 Times Your Money Guarantee!"

Thanks to your purchase of the My Online Business Education MTTB Package you are NOW QUALIFIED to receive 50% commission for all of the sales we make of these packages. We will attempt to make these sales to all of the people who receive your "GUARANTEED MONEY LETTERS" and each time we do, you will get paid a commission of $300...

We do the work and you get these $300 commissions!

It's so simple and easy: Just let us mail the 'GUARANTEED MONEY LETTERS' and you'll get paid $300 for each and every MTTB sale that's made for you.

**But as you know, <u>these $300 commissions are just the START of all of the money you can make!</u>**

So in order to <u>GET PAID BIGGER COMMISSIONS</u> and receive our revolutionary guarantee that you've been reading about throughout this manual, you must move up the MOBE Ascension Model (see page 79)...

**HOW IT WORKS: Just let us purchase the MOBE License Rights (MLR Tier 3)**

package for you right now and you will be in position to receive a $1,000 commission for each and every one of THESE PACKAGES that we sell to the people who receive one of your "GUARANTEED MONEY LETTERS..."

AND ONCE THIS HAPPENS....

## You Will Receive Our Powerful "YOU MUST MAKE 4 TIMES YOUR MONEY GUARANTEE!"

Just make sure you are positioned in the MOBE opportunity Tier 1, 2 and 3 by checking OPTION #1 on your enclosed GUARANTEE ACTIVATION FORM. This puts you in position to get paid $1,000 CASH for each and every sale that's made for you. Once that happens, I promise and guarantee that you will make a minimum of 4 times your money...

This is the first time in history that any honest person has made such a bold promise.

The huge marketplace of millions of people who are searching for the ultimate way to make money will see your "GUARANTEED MONEY LETTER..."

## They'll be shocked and amazed because no honest and ethical advertising and marketing agency (that has been around for well over 25 years!!!) has ever offered to give them FOUR TIMES THEIR MONEY... <u>GUARANTEED</u>!

Yes, they'll be shocked and amazed!

<u>But they'll also be very skeptical.</u>

They'll send for the same materials you have already seen and become VERY EXCITED about this amazing opportunity!

Then they will ultimately receive this same FAST-START FLIP CHART you are reading right now and get all the secrets! They'll let us help them get positioned in MOBE so they can get paid $300 to $1,000 for each and every sale our professional salespeople make for them. Then we'll mail the "GUARANTEED MONEY LETTERS" for them, just like we're mailing for you.