*But that's just the start of it...*

## Because getting $300 to $1,000 cash for just one "GUARANTEED MONEY LETTER" that we mail out for you is just the beginning of all the money you can potentially make...

There's more... Much, much more...

**Please Remember This:** You can also get paid up to $10,000 for just one sale that's made for you by the trained professionals at MOBE!

No honest company has ever paid as much as $10,000 for just one sale... until now! And don't forget: there are a total of $19,300 in commissions you can make from just one person who gets just one of your "GUARANTEED MONEY LETTERS." This opportunity pays $300... $1,000... $3,000... $5,000... and $10,000 commissions!

## Add that together. You'll see. This is a total of $19,300 in commissions that can be earned from **JUST ONE** of your "GUARANTEED MONEY LETTERS" that we mail for you.

## Imagine getting paid $19,300 cash for just one of the "GUARANTEED MONEY LETTERS" that we mail for you.

I can't promise you'll make any specific sum of money, but I can and will promise that it's potentially possible to get paid as much as $19,300 in commissions for just one of the letters that we mail out for you!

## Others have been paid as much as $19,300 for one person... and so can you!

As these people get excited about our amazing worldwide business opportunity and move up the ascension model, you can keep getting paid.

## *HOW MUCH COULD YOU POTENTIALLY MAKE?*

**CONSIDER THIS:** To make the MOST MONEY RIGHT NOW and receive your

**PX 7**

FTC-MOBE-000180

FREE MEMBERSHIP in our GUARANTEED MONEY INNER CIRCLE, just check
OPTION #1 on the GUARANTEE ACTIVATION FORM in the back of this manual.
This will put you in position to get paid $1,000 commissions.

DO THIS NOW AND YOU'LL SEE...

# Your $1,000 commissions can stack up fast!

> 1 sale every week and you're getting $1,000 or $52,000 a year!

> 5 sales and you'd get $5,000 a week or $260,000 a year!

> And 10 sales and you'd get $10,000 weekly or $520,000 a year!

**You'll never talk with anybody or do any personal selling.**

**Others do all of that nasty work for you.**

**Just get positioned to get paid $1,000 on every sale an then let us
mail the "GUARANTEED MONEY LETTERS" for you.**

Nothing is simpler...

Nothing is as easy...

And nothing is as proven...

Because this opportunity is making a fortune for other people...

And it can make a fortune for you, too! And it's so simple to understand
and easy to use. HOW SIMPLE? *Well, consider this fact:*

## Your personal MOBE success coach will carefully show you how these $1,000 commission checks are just the start of all the money you can make!

They are just the beginning.

Because you'll also discover how you can also get paid $3,000... ·

65

**PX 7**          **FTC-MOBE-000181**

And $5,000...

And even $10,000 commission checks!

## And when you see how you can get paid these HIGHER SUMS OF MONEY, you'll be more excited than you've been in years!

Because as your personal MOBE coach will show you, just one person who gets just one of your "GUARANTEED MONEY LETTERS" could potentially pay you $19,300!

**You let us mail the "GUARANTEED MONEY LETTERS" for you...**

**And then you can get paid up to $19,300 cash!**

**Nothing is easier.**

**In the meantime, the more you do to get to know your personal MOBE coach who will be assigned to you and let them help you understand the WEALTH-MAKING POWER behind this amazing opportunity, the more excited you'll be!**

As you'll see... This is your last money-making opportunity!

It's the one you've been searching for all of your life.

Yes, MOBE will be your "home sweet home," just like it is for me and many others...

## This is the one opportunity that can make you set for life, and nobody has to know what you're doing to make all of your money.

This is a totally private way for you to make all the money you've ever wanted.

It's something that can change your life forever. That's a mighty big promise. And I don't blame you for being skeptical about this.

But if you've read closely, you know, it's the gospel truth.

66

**PX 7**

**FTC-MOBE-000182**

*And that's important to you, because...*

## This has the power to make you massive sums of money.

### *AND IT'S SO EASY TO DO:*

**Just start at the top (for now) and check OPTION #1 on your GUARANTEE ACTIVATION FORM. Do this now and you will make sure that you are qualified to get paid $1,000 COMMISSIONS for every sale we make for you. Do this now and I'LL GO TO WORK FOR YOU and GUARANTEE that you will make "4 Times Your Money" on the cost of all of the letters we mail out for you!**

***DO THIS NOW TO GET STARTED:*** Fill out the enclosed GUARANTEE ACTIVATION FORM and check OPTION #1 to receive the My Online Business Education's MLR package, which qualifies you to receive $1,000 COMMISIONS for each sale of this package that's made for you. Then you'll be able to let us mail the "GUARANTEED MONEY LETTERS" and receive our powerful "YOU MUST MAKE 4 TIMES YOUR MONEY GUARANTEE." I will use my private contacts and secret sources to track down hundreds of the HIGHEST-QUALITY prospective business opportunity buyers in the world who are searching for a way to make huge sums of money – without the high cost and headaches of a franchise business opportunity.

I will do my best to sell these people our unique non-franchise business opportunity. **As you've seen:**

## This pays you HUGE COMMISSIONS of $1,000 for each and every sale that's made for you.

Plus, let us know if you want to earn EVEN BIGGER COMMISSIONS, and we'll show you how to get qualified and in position to get paid additional commissions of $3,000... $5,000... and even $10,000 for each and every sale that's made for you!

You can decide how big your commissions can ultimately be. But whatever you decide:

**PX 7**               **FTC-MOBE-000183**

**We will do everything we can to help <u>YOU</u>
make the _MAXIMUM_ amount of money,
and do all the work for you... _EVERY DAY!_**

**_Plus, with our optional Inner Circle Membership,
you can get GUARANTEED MONEY up to 5 different ways!_**

Yes, every day – our team of experts will be doing everything within their power to close the largest number of leads for you and... then make sure you get paid $300 to $1,000 to even $19,300 commissions for each person who joins.

- ✔ We take care of all of the initial Direct Mail Advertising!

- ✔ Each promotion will be targeted to a group of the best prospective business opportunity buyers in the world.

- ✔ <u>This gives you the ultimate way to tap into the best of the best of the same cutting-edge methods that have generated over one hundred and fifty million dollars in Direct Marketing sales for our company!</u>

**_The goal of each promotion we do for you:_**

**To get the maximum number of highly qualified prospects to buy our valuable non-franchise business opportunity which ultimately can pay you $300... $1,000... $3,000... $5,000 and even $10,000 commissions!**

Our mission is to do all we can to make sure that you get paid enough commissions from the "GUARANTEED MONEY LETTERS" we mail out for you, to get you 4 TIMES YOUR MONEY from the cost of these mailings.

<u>But the money you can ultimately make does NOT stop here</u>...

**Remember, this is an opportunity that's paying other people $30,000 to $50,000, and even $100,000 A MONTH or more!** That's no promise or guarantee that you will get paid up to $100,000 a month or any specific sum of money. However, this is the kind of money that others are making with this revolutionary opportunity... and I firmly believe that if they can

**PX 7**

FTC-MOBE-000184

make that kind of money, then anyone else can do it.

**But even though I cannot promise that you'll make any specific amount of money, I will promise you the following:**

## ✔ I PROMISE: We Will Do All The Work For You.

As you know, Direct Marketing has made many people millionaires and even billionaires... But there is a lot to learn if you want your share of the massive profits that are available by selling to the hundreds of millions of hot prospects. **But how?** In the past it has been impossible for the average person to make a lot of money in this type of marketing <u>without</u> learning all kinds of advanced marketing techniques... *BUT NOW WE DO <u>ALL</u> OF THIS FOR YOU!*

## ✔ I PROMISE: We're happy to do all the hard work and send you a big commission!

We want to help you make GIANT sums of money! After all, the more money you make, the more we make. So we are happy to take are of all the problems, hassles, and complicated and advanced Direct Marketing methods for you... You do nothing! We will take care of everything and then send you a GIANT COMMISSION that starts at $300 to $1,000 and can go all the way up to $10,000 per sale, for any and all of the sales we make for you!

## ✔ I PROMISE: You'll let us do all of the hard and nasty work.

As you may know – the most successful people in the world are 'absentee owners' who let other people run the business for them while they collect the profits... **Now you will do this, too!** Becoming a Client of our new "GUARANTEED MONEY LETTER" Jump-Start Advertising Service is the smartest way to make money, because we are your joint venture business partners and have THE STRONGEST REASONS to do everything within our power to MAKE SURE that you get paid the largest amount of money in the fastest and for the longest time!

## ✔ I PROMISE: We give you 2 of the greatest money-making methods that are combined into one explosive new breakthrough!

Getting rich is simple: Just find out the methods that are making other people the largest amount of money – then combine them. <u>And that's what we</u>

**PX 7**                    **FTC-MOBE-000185**

<u>have done</u>! **We took these 2 proven ways to make money and discovered an all-new way to combine them:**

# *METHOD #1:*

**We have discovered an amazing new way to fill a huge and growing gap in the one trillion dollar a year Franchise industry.** This gap is created by all of the Franchise opportunities that are way too expensive for the average person to get into. Our new MOBE opportunity is <u>not</u> a Franchise, but it does contain the same 3 powerful wealth-making ingredients that all Franchises have...

# *METHOD #2:*

**You will be part of a small group of people who will let us do our very best to help you reach the millions of people who are perfect for the amazing "MOBE Discovery."** Then we will do everything for you to sell our powerful products, services and opportunity to the largest number of these people...

## *And then <u>RUSH</u> you your GIANT COMMISSIONS as much as $10,000 for each and every sale we make for you!*

This pays you up to thousands of dollars in up-front commissions for all the sales we make for you. Plus, by being an important part of our Affiliate Team, you can also qualify to receive a huge on-going monthly income that can keep growing bigger and never stop!

## ✔ <u>I PROMISE</u>: Mixing these wealth-makers is like throwing a giant barrel of gasoline on a raging fire!

Our research has proven to us that there are millions of people who want their own profitable business... But most of these people cannot afford the high price of a franchise. And now we have an amazing new way to let you cash-in from this huge demand! Best of all, **EVERYTHING IS DONE FOR YOU** and has the power to make you all the money you want.

## ✔ <u>I PROMISE</u>: If you become an Inner Circle Member, you will be in position to get GUARANTEED

## MONEY a total of 5 different ways!

**HOW IT WORKS:** The people who get your "GUARANTEED MONEY LETTERS" that we mail out will be super excited! They can ultimately get this same FAST-START FLIP CHART that you're holding in your hands right now and fill out the GUARANTEE ACTIVATION FORM and...

## YOU GET PAID $300 TO $1,000 CASH... GUARANTEED!

But that's just the start of the money you can potentially make! Because once you are positioned correctly in the MOBE opportunity, all you have to do is let us mail your "GUARANTEED MONEY LETTERS" and you will be in position to get paid a grand total of up to $19,300 for each person who gets one of your letters!

YES, as long as you are involved in MOBE and positioned correctly, you can get paid these extra automatic commissions of up to $19,300 for just one person who gets one of your "GUARANTEED MONEY LETTERS" that we mail for you! IT'S SO SIMPLE: The direct mail letters we mail for you tell people about this amazing opportunity and once they get in, you can be in position to get paid many thousands of dollars!

And as you've seen, it's so easy to position yourself to make the largest amount of money in the fastest time:

### Here is How Easy It is to Start Getting Paid GUARANTEED MONEY a Total of 5 Ways:

1.  **ACTIVATE YOUR GUARANTEE:** Fill out the enclosed GUARANTEE ACTIVATION FORM in the back of your enclosed manual and return it to us. We will immediately enroll you in MOBE Tier 2 or Tier 3, which puts you in position to get paid $300 to $1,000 CASH for each and every sale that's made for you. Just find this form ... choose the product package you want... fill it out... and return it to my office right away.

2.  **ORDER <u>MORE</u> "GUARANTEED MONEY LETTERS:"** Your first 100 "GUARANTEED MONEY LETTERS" are being printed and mailed for you right now. **However, in the back of your FAST-START FLIP CHART is <u>another form you can use to let us print and mail even more of our "GUARANTEED MONEY LETTERS" for you.</u>** These letters tell the world about our powerful GUARANTEED MONEY opportunity and make it easy for you to potentially make massive sums of money.

Once you're properly positioned (by taking OPTION #1 or OPTION #2 on

71

**PX 7**                              **FTC-MOBE-000187**