your GUARANTEE ACTIVATION FORM and returning it to my office), you'll get paid $300 to $1,000 commissions (or much, much more!) for each and every letter that goes out that turns into a sale. And as long as you're properly positioned, we guarantee that you'll earn at least 2 to 4 times the cost of your initial mailing cost or else we can keep advertising for you online until you do!

**And if you choose OPTION #1, you will not only be in position to get paid $1,000 CASH for each order we make for you, but...**

## You Will Be a Lifetime Charter Member or Our Very Special Inner Circle.

Our "Guaranteed Money Inner Circle" can help you make the MAXIMUM amount of money with this opportunity. You will get many things, including a percentage of EVERY DOLLAR we generate on our future marketing campaigns!

So choose OPTION #1 or #2 and get properly positioned in MOBE and...

Add it all up. You'll see:

**This truly does give you the potential power to get paid HUGE COMMISSIONS of $300... $1,000... $3,000... $5,000... and even $10,000 for each and every sale our experts make for you!**

**This revolutionary home-based business is a powerful and complete system that is based on the best of the best of everything we have used to generate many tens of millions of dollars! And it's a complete system.**

I do <u>not</u> blame you for being very skeptical about all of this in the beginning. But by now you know – this is the truth! As you have seen – **this really can pay you up to $19,300 for JUST ONE of the powerful "GUARANTEED MONEY LETTERS" that our experts mail for you, and...**

### It is complete and proven in every way!

And all you do is POSITION YOURSELF so that you are in place to get paid $300 to $1,000 commissions for each and every sale our experts make for you and then let us mail the "GUARANTEED MONEY LETTERS" for you. All the other steps are done for you!

**So please GO BACK and carefully read this entire manual.**

Prove to yourself that this opportunity is REAL in every way.

**And then GET STARTED TODAY!**

# Here's What to Do Right Now.

## #1. Carefully go over the rest of this Flip Chart.

In the back of this Flip Chart, you'll find:

**A.** The MOBE 6-Tier Ascension Chart (Page 79).

This Chart is a summary of all 6 tiers that you can get paid on through the MOBE opportunity. Look at this closely. <u>You'll see</u>: Just one initial sale can ultimately pay you all of these commissions.

Yes, up to $19,300 in total commissions are possible from just one person who receives your "GUARANTEED MONEY LETTER" that we print and mail for you!

<u>Understand This</u>: Because you allowed us to purchase the MTTB package from My Online Business Education, you are already qualified to receive a commission of $24.50 on each and every one of these sales that our marketing system makes for you...

Study this Chart to see how you can get qualified to receive up to a total of $19,300 when you're properly positioned at the highest level in MOBE.

And that brings us to the 2nd thing you'll find in the back of this Flip Chart...

**B.** The Income Mathematical Example Charts (Page 83).

**These two charts seek to answer this question:**

**HOW MUCH MONEY CAN YOU MAKE WHEN YOU STAY HOME AND GET PAID $300 OR $1,000 ON EACH SALE OUR EXPERTS MAKE FOR YOU?**

Please study these two charts carefully and remember: Both

charts are used as an example of potential earnings only. They are mathematically formulated calculations designed to show you how much money is potentially possible by getting paid on various amounts of weekly sales. **They are used to illustrate potential possibilities of commissions that could potentially be earned and are NOT a promise that you will earn these or any specific sums of money.**

*Do you understand the paragraph above?* GOOD! I wish we could promise and guarantee that you will make $276 to $920 a day, or some other specific sum of money, but we can't. However, we can show you the amount of money that is potentially possible for various numbers of sales. That's why these two charts are so important. Study them carefully and you'll see: the potential possibility to get paid huge sums of money is here!

**IMPORTANT NOTICE:** The mathematical income examples on these two charts STOP with MOBE's Tier 3 product package. However, there are 3 additional sales that you can get paid on! Study the 6-Tier Ascension Chart on page 79 and you'll see that you can also get paid $3,000... $5,000 and $10,000 commissions for all of the sales that are made to the people who get your "GUARANTEED MONEY LETTERS" and then take the Tier 4, 5 and 6 product packages! Please do not worry about getting paid THESE BIGGER COMMISSIONS right now: Your personal coach with MOBE will introduce those additional Tier 4, 5, and 6 products and services to you and show you how you can put yourself in position to get paid these $3,000 ... $5,000 and $10,000 for any and all of these additional sales that are made to the people who receive one of your GUARANTEED MONEY LETTERS and then purchase these products and services. The more you understand how you could potentially get paid up to b$19,300 on JUST ONE PERSON who receives one of your GUARANTEED MONEY LETTERS that we print and mail for you, the more excited you'll be! But for now, just study these Mathematical Income Projection Charts and discover how much you could potentially make on the commissions you'll get with the first 3 products and services.

C.  A sample of our "GUARANTEED MONEY LETTER (Page 87)."

This powerful direct mail letter is base on the best of the best of everything we've discovered for making millions of dollars with direct mail marketing. Understand this: Nobody has our $150 million dollar track record of success with direct mail. And you get our 2 to 4 times your money guarantee when you are properly positioned and you let us mail this letter for you. So look at the sample of this letter. Then, consider this:

Each one of these letters we mail for you can potentially pay you up to $19,300. The more you understand about this, the more excited you will be!

D. Our "GUARANTEED MONEY LETTERS" Order Form (Page 93).

Use this handy Form to let us print and mail your "GUARANTEED MONEY LETTERS" for you. Remember, as long as you are properly positioned, you will get at least 2 to 4 times your money... guaranteed! And that's just the start of all the money you can potentially make... because some people are reporting as much as $30,000... $50,000... $70,000... and even $100,000 a month or more. And none of these people have our unique direct mail system that you now have.

E. The GUARANTEE ACTIVATION FORM (Page 97).

At this point, you should already be enrolled in MOBE's Tier 1 product, MTTB. This GUARANTEE ACTIVATION Form lets you move up to the Tier 2 (MOBE License Kit) or Tier 3 (MOBE License Rights) product package and qualifies you to get paid $300 to $1,000 for each sale the system makes for you.

NOTE: Purchasing the Tier 3 (MLR) product package allows you to bypass the Tier 2 package and move right up to the 3rd Tier of their 6-Tier Ascension Model. This puts you in position to get paid the full $44 commission on every Tier 1 sale as well.

F. Our SUPPORT REQUEST CONTACT FORM (Page 101).

Use these forms to contact us directly. You can use these forms if you don't want to use our online support ticket system. You can use the information on this form to contact us directly and get help in as little as 2 hours! SEE THIS FORM FOR DETAILS!

Just use the information on this form to get INSTANT HELP by using our "Online Support Ticket System," or fill the form out and mail it to us if you don't want to use our online support ticket system.

Because our "4 Times Your Money Guarantee" is so successful for our Clients, out phones are busy almost all of the time and it may be IMPOSSIBLE to contact us by phone. So please follow the

75

**PX 7**                                         FTC-MOBE-000191

simple instructions on the CONTACT REQUEST FORMS and let us help you (please make extra copies of this form for future use).

## #2. Make sure you are properly positioned in MOBE and then order your "GUARANTEED MONEY LETTERS" and get started right away! Remember, as long as you are properly positioned in MOBE, we guarantee that you will get paid at least 2 to 4 times your money on the cost of your initial mailing in MOBE commissions!

Look at the sample of the "GUARANTEED MONEY LETTER" and the Order Form that we'll print and mail for you.

As you'll see, **EACH POWERFUL BUT SMALL LETTER WE MAIL FOR YOU CAN POTENTIALLY BE WORTH UP TO $19,300 IN COMMISSIONS TO YOU WHEN YOU'RE POSITIONED AT THE TOP OF MOBE'S 6-TIER ASCENSION MODEL!** Again, this is NOT a guarantee or promise that you will make $19,300 from any single customer – even if you are fully positioned – or any specific sum of money. However, the more you study the "GUARANTEED MONEY LETTER" and then go back through the rest of this Flip Chart, the more you will realize that the potential power for you to stay home and get paid enormous sums of money with this powerful direct mail letter and our complete marketing system!

So look all of this over and then let us get you INSTANTLY QUALIFIED to begin receiving up to $1,000 CASH for each and every sale our experts make for you! Remember this: you can start at the top (for today) by checking OPTION #1 on your GUARANTEE ACTIVATION FORM. Do this right now and mail or fax your form back to my office. This will make sure that you are qualified to get paid $1,000 COMMISSIONS for every sale we make for you. Do this before your head hits the pillow tonight and I will absolutely GUARANTEE that you will make "4 Times Your Money" on the cost of all of the letters we mail out for you!

## #3. Watch your mailbox for important money-making news that's coming soon!

We will be staying in CLOSE TOUCH with you over the next few

months and beyond! Watch your mailbox! We will be revealing all the secrets behind this revolutionary way to stay home and make money!

This new information that we will be sending to you will be super exciting! **We will show you how to make the largest amount of money in the fastest time!** The more you know about this amazing opportunity, the more excited you'll be!

## #4. Get Started... TODAY.

### Here is How Easy It is to Start Getting Paid GUARANTEED MONEY a Total of 5 Ways:

1. **ACTIVATE YOUR GUARANTEE:** Fill out the enclosed GUARANTEE ACTIVATION FORM in the back of your enclosed manual and return it to us. We will immediately enroll you in MOBE Tier 2 or Tier 3, which puts you in position to get paid $300 to $1,000 CASH for each and every sale that's made for you. Just find this form ... choose the product package you want... fill it out... and return it to my office right away.

2. **ORDER MORE "GUARANTEED MONEY LETTERS:"** Your first 100 "GUARANTEED MONEY LETTERS" are being printed and mailed for you right now. **However, in the back of your FAST-START FLIP CHART is another form you can use to let us print and mail even more of our "GUARANTEED MONEY LETTERS" for you.** These letters tell the world about our powerful GUARANTEED MONEY opportunity and make it easy for you to potentially make massive sums of money.

Once you're properly positioned (by taking OPTION #1 or OPTION #2 on your GUARANTEE ACTIVATION FORM and returning it to my office), you'll get paid $300 to $1,000 commissions (or much, much more!) for each and every letter that goes out that turns into a sale. And as long as you're properly positioned, we guarantee that you'll earn at least 2 to 4 times the cost of your initial mailing cost or else we can keep advertising for you online until you do!

And if you choose OPTION #1, you will not only be in position to get paid $1,000 CASH for each order we make for you, but...

### You Will Be a Lifetime Charter Member or Our Very Special Inner Circle.

Our "Guaranteed Money Inner Circle" can help you make the MAXIMUM

77

**PX 7**   FTC-MOBE-000193