amount of money with this opportunity. You will get many things, including a percentage of EVERY DOLLAR we generate on our future marketing campaigns!

So choose OPTION #1 or #2 and get properly positioned in MOBE and... Do take a look at the sample of the "GUARANTEED MONEY LETTER" that we will print and mail out for you.

Don't let the simplicity of this direct mail letter fool you. Our company has mailed tens of millions of direct mail letters which have generated a grand total of over $150,000,000 in revenue for our small company, so we fully understand what it takes to get rich with direct mail. This is very important, because as you'll see, this "GUARANTEED MONEY LETTER" is very simple to read and understand. But it makes the huge market of tens of millions of opportunity seekers an irresistible offer they simply can't refuse!

Remember, millions are searching for the perfect way to make money. And what theses people want more than anything else is <u>guaranteed money</u>. This is exactly what we are promising to give them. If you've gone over this FAST-START FLIP CHART carefully, you know, this is a very bold promise that we can and will keep! We firmly believe that many people will make massive sums of money with this powerful promotion and YOU can get your fair share of all of this money! Best of all, it's as simple as getting qualified with the MOBE opportunity and then letting us mail the "GUARANTEED MONEY LETTERS" for you.

Now go through the rest of this FAST-START FLIP CHART to see a sample of the powerful sales material that you can use to make money... Then place your initial order for us to print and mail our "GUARANTEED MONEY LETTERS" for you and get started today. Remember, as long as you are properly positioned, we guarantee that you will make at least "2 to 4 Times Your Money" on the amount of money you spend to let us print and mail the "GUARANTEED MONEY LETTERS" for you. If not, we will place you in our Online Advertising Service until you do. This easy to understand and use System is <u>YOUR GOLDEN KEY</u> to getting paid an endless stream of automatic money that really can keep growing bigger and never stop!

So please go back and read all of the powerful steps in this powerful yet simple system. As you'll see, this is <u>real</u> in every way! **Please go back through this Flip Chart one more time – prove to yourself that this is real in every way – and then get started today!** Just fill out the Forms and MAIL or FAX it to our office today to get started!

IF YOU HAVE ANY QUESTIONS, please use our online support ticket system or fill out the enclosed Contact Forms to get in touch with us. You're always welcome to call, but our phone lines have been overwhelmed with responses from Clients, so our online support ticket system and/or these Contact Forms are the best way to get your questions answered in the fastest time.

PX 7               FTC-MOBE-000194

# Here are the SIX WAYS You Get Paid Up to $19,300 for Each Person Who Gets One of Your Letters!

**Please study the chart on the next page... This shows you My Online Business Education's (MOBE) the SIX extremely valuable product and service packages and the amount of commissions you can get paid when one of the people who receives your GUARANTEED MONEY LETTERS purchases them.**

As you'll see, up to $19,300 in total commissions are possible from just one person who receives your "GUARANTEED MONEY LETTERS" that we print and mail for you. As long as you're properly positioned in MOBE, you can get paid up to $10,000 for just one sale that our experts make for you! So study this chart. Then fill out the GUARANTEE ACTIVATION FORM and get positioned for Tier 2 (which pays you a total of $300 in commissions) or Tier 3 (which pays you a $1,000 commission for each sale made for you). Then let your MOBE coach introduce you to Tier 4, 5 and 6 products and services.

# My Online Business Education (MOBE)
# 6-TIER ASCENSION CHART

### TIER 1: MTTB (My Top Tier Business)

**COST:** $49
**YOUR COMMISSION:** $24.50 to $44

This one $49 purchase gets you started in MOBE and shows you how their entire system works! Matt Lloyd guarantees that you'll make your first commission within 30 days of completing his easy training program or you'll get your $49 back plus he'll send you an extra $500 cash. This is the gateway into MOBE and it explains the whole business to you and shows you how to get paid big commissions of $1,000... $3,000... $5,000... and even $10,000.

### TIER 2: MTTB-Plus (License Kit)

**COST:** $297
**YOUR COMMISSION:** $256

Only available after you purchase MTTB. This contains Matt Lloyd's complete training program on "how to license products." It's called the MOBE License Kit. You'll discover the secret Matt has used to license products. Plus, you'll get the complete license rights to Matt's IM Revolution eBook, which sells for $10 and pays you 90% commissions. The value is over $6,000, but it's yours for only $297 if you purchase it right after you purchase MTTB.

### TIER 3: MLR (License Rights)

**COST:** $1,997 + $99/mo
**YOUR COMMISSION:** $1,000

This package lets you leverage a proven, profitable business model and make up to $1,000 in commissions per sale... without creating your own products... without picking up the phone... and without dealing with customers.

### TIER 4: Titanium MasterMind

You get paid $3,000 on every sale made for you!

> Complete details available after you purchase TIER 3. <

### TIER 5: Platinum MasterMind

You get paid $5,000 on every sale made for you!

> Complete details available after you purchase TIER 3. <

### TIER 6: Diamond MasterMind

You get paid $10,000 on every sale made for you!

> Complete details available after you purchase TIER 3. <

**INSTRUCTIONS:** Get positioned with the first 3 Tiers today and begin discovering everything you can about this powerful opportunity. At the right time during your training, your coach will introduce you to the Tier 4, 5 and 6 products and services.