# The Purpose of the 1 MAGIC PAGE Program and the Direct Response Network.

**We have designed this program for making fast cash to be simple and effective. If you study this manual and follow our simple instructions, YOU CAN MAKE MONEY!**

**1. I probably have a lot in common with you.**

I know how it feels to make a lot of money, but we also know how it feels to struggle financially.

For years and years I spent almost every extra dollar that we had on money-making programs. Many of them were not very good.

**2. I know how it feels to get cheated.**

Like I just said, many of the money-making books and audio programs that I purchased over the years were not very good – some were even terrible. I felt like I had been ripped off and cheated.

**3. I am completely committed to giving you the very best money-making and success information available.**

There is a lot of differences between good information and great information... AND MY GOAL IS TO GIVE YOU THE GREATEST INFORMATION AVAILABLE!

**4. We are to help you.**

Our success is all tied up in helping you to succeed! Isn't that the way it should be? I think so.

Please let us help you by using our online customer support whenever you have a question concerning our program or whenever you need advice. We want you to think of us as your partner and friend on the road to success!

**T.J. Rohleder** has been investigating business opportunities since 1988. He has seen and studied hundreds of different plans for making money and has combined the best-of-the-best into one simple program.

**"The ideas in this manual have been proven and can make you money with very little effort on your part. It is my wish that you will use this program to make your financial dreams come true."**

PX 7

FTC-MOBE-000197




# Exhibit 3

PX 7

FTC-MOBE-000198

**Subject:** *IMPORTANT: Next steps for your 'My Top Tier Application' (please do this now)*

**From:** Matt Lloyd (mattlloyd@mobe.com)

**To:** [redacted]

**Date:** Monday, March 30, 2015 1:45 PM

250-938-4876 (PST)

MOBE

Hi William,

Moments ago, you submitted your application for My Top Tier Business.

The next step, which you'll want to do right now, is to connect with your Top Tier coach.

You have been assigned Drew Trainor.

Drew is going to be working with you 1-on-1 on the phone over the next few weeks, to help you get your top tier business running.

Your coach will be guiding you through how to get set up, how the business works, and most importantly, your coach will be making all your sales calls for you.

It's very important you reach out to your coach now, and let your coach know you're *ready to begin.*

Here's the details for your Coach:

Drew Trainor
coach2@myonlinebusinessempire.com
[redacted] (PST)
Appointment Calendar [redacted]
Skype ID: [redacted]

Even if you don't intend to immediately begin, please at least email Drew your coach and let them know that you're assigned to them!

After you've done that, you'll next want to login to the 'My Top Tier Business' private membership area. You can do that here:

http://MyTopTierBusiness.com/members/login
Username: [redacted]
Password: [redacted]

3-30-15

NOTE: You won't be able to begin the 21 Step program until you contact your Top Tier coach - Drew.

Please send an email now and arrange a time to talk - OR just give your coach a phone call.

If you're overseas and you have Skype, you can also email your coach your Skype details.

One last thing: did you know that roughly 15% of people who apply for MTTB never even make contact with us?

It's a huge shame, because this program works. We have literally hundreds of success stories (many of who you'll meet in the 21 steps) who are making steady 1k, 3k and 5k commissions with this.

*That is why I may sound like a broken record right now: but it's very important you* make contact with Drew and let them know you're ready to begin.

Reach out to your coach now:
Drew Trainor
coach2@myonlinebusinessempire.com

Appointment Calendar:
Skype ID:

Talk soon,

Matt Lloyd

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's an 'Unsubscribe' link right at the bottom you can use.

**Support:** If you have a question or comment, you can submit a ticket here: http://mobe.com/support

**MOBE is now hiring - details here:** http://mobe.com/joinourteam

**My TV Channel:** http://mattlloyd.tv

PX 7

# Exhibit 4

PX 7

FTC-MOBE-000201

MATT LLOYD MOBE

DREW TRAINOR -

E-MAIL: COACH2@MYONLINEBUSINESSEMPIRE.COM

* (PST) [redacted] **

APPT CALENDAR: [redacted]

SKYPE ID [redacted]

1) TTBUSER: [redacted]

↳ - PASSWORD: [redacted]

HTTP://MYTOPTIERBUSINESS.COM/MEMBERS/LOGIN

MOBE

Step 1 - 27 Min in "Pay Traffic"

watch all the videos - "1 step per day"

1. Traffic — "Top Tier" - High Ticket
2. Funnel
3. [illegible]
4. [illegible]
5. [illegible] Mike -

What is top tier? System that sells "High Ticket" products and Services.

How can I afford to spend / Back End Money

"Top Tier Offers" -

Assignment - Step 1

[illegible]

1) Need Back End Fund = High End Profit [illegible]

[illegible] Internet Marketing (1 hour)

[illegible] profits - MAX PROFITS Higher profit margins

(Step 2)

Discover the missing ingredient 99% miss in Business Success! —

Traffic + Conversion = Sales — Economics! — PROFIT —

1) How much am I willing to spend to acquire a client —

80/20 → Start with the end in mind!

2) Assignment: Video (= [illegible]) (= Traffic)

Make Style — Style —

Step 3:

How to Unlock your Millionaire Mind

[illegible]

Brief [illegible]

[illegible]

MOBE

13 min

Step 4 - what Business 85% [illegible]
while most fail -
PROVEN SYSTEM - SUC TRACK RECORD
- Ideal -
afford? Investment - Good? -

Step 6 - [illegible]

Step 5 - [illegible] more lucrative
than a franchise model?

[illegible]
Low Costs
Have they got the funnel? -

Leads (Affiliates)
Branded Programs
Primary Offer - BACKEND?

[illegible] matters!

Step 6 [illegible]

[illegible]

MOBE LICENSING KIT #297

— SIMPLER SOLUTION —

LICENSE

194 EMAIL MARKETING EMPIRE

194 [illegible] proposal

291 Affiliate [illegible]

194 The O.P.T. Formula (other People's [illegible])

291 [illegible] Academy

www. MOBE.Com / Case Studies

#1997 MOBE LICENSE RIGHTS

#1000 - [illegible]

10,000 [illegible]

— SPP — Sales Partner Program

[illegible]

MOBE

[illegible] product (MTTB)

84,000/MO = 1 MILLION/YR —

List — Most Important asset —

Launch List — Fix [illegible]

Funnel = Sequence of events to take leads through

"Lead program" —

Paypal Account — Buy now Button

"License Link" = $1997.00

(Kindle Fire $220.00)

MLR

Traffic. [illegible] RIGHT =

Personal [illegible] [illegible] Critical

- Live Events -

- Leads - How?

MOBE.com / [illegible] [illegible] Program

Video Questions -

Strong Crowd * [illegible] [illegible] -

Remove Risk - [illegible] offers -

1- Here's what I've got

2- Here's what it will do for you

3- Here's what I want to do [illegible]

MOBE

MOBE.com/licensingprogram

Licensing a product

you don't have to create a product — cherry pick what you want to sell — [illegible]
( [illegible] more profit )

You have [illegible] fulfillment

[illegible] find deals — [illegible] Change. — [illegible]

Licensing MOBE Best Selling Product.
— 50-90% profit

1997 10,000 leads in 100 days
50% comm —

99.95 [illegible] Irresistible — [illegible]
MLP — [illegible] Monthly Call
done for you E-mails
MOBE Platinum Earners —
The Vault — (Training videos)
Residual Income — 50%

# Exhibit 5

PX 7

FTC-MOBE-000210

Hi William,

At this point we really want to start building your business out see some of those commissions come rolling in.

You'll start to see some nice front end commissions but the real excitement comes when the phone sales team (including myself) start to sell those high ticket commissions FOR you.

Please don't hesitate to contact me even if you're a little behind but we want to get out of learning mode and into action mode.

Remember the steps will always be there for you to go back and review...

So book a time on my calendar now:

[redacted]

We can chat about where you're at and most likely speed the process up a bit. The most enjoyment I get is helping you with traffic and getting you some cash into your pocket. After that first commission there's no better feeling!!

Drew

Skype: [redacted] (you need this by now for sure so we can do traffic together)
Phone: [redacted]
Email: coach2@myonlinebusinessempire.com
Calendar [redacted]

Niche Methods, 3120 Highland Park Court, Armstrong, BC V0E 1B4, CANADA
Unsubscribe | Change Subscriber Options

# Exhibit 6

PX 7

FTC-MOBE-000212

# GUARANTEE ACTIVATION FORM

**YES, I want to activate your amazing guarantee!** I've read your materials and I'm excited! You absolutely GUARANTEE that I will make at least 4 times my money with your premium direct mail advertising service or you'll place me in your monthly online service until I do. **No honest advertising and marketing company has ever done this... *until now!*** And because others are making up to $1,000... $2,000... and even $3,000 a day with MOBE, this is just the start of all of the money I could potentially make!

## But I must be positioned properly in MOBE – *before* I can get paid $300 or $1,000 for every sale and *before* you can guarantee that I will make up to 4 times the cost of the "GUARANTEED MONEY LETTERS" that you will print and mail for me.

Because of this, I am using this form to authorize you to make these purchases for me. This is the fast and easy way to get instantly qualified, so I can receive $300 to $1,000 commissions from MOBE, for every sale that your marketing system makes for me instead of only $24.50. I agree to do all I can to understand these extremely valuable products that you are purchasing for me. **So on that basis, please purchase these products for me now! I understand that this will qualify me to get paid $300 or $1,000 cash for every sale that's made for me and *IMMEDIATELY* ACTIVATE MY GUARANTEE in your revolutionary Direct Mail advertising service:**

**STEP #1: Please check OPTION #1 or OPTION #2.**

☐ **OPTION #1 – I want the full 4 times my money... GUARANTEED!** Please purchase the **Tier-3 "MLR" Package** (MOBE LICENSE RIGHTS) for me. This will instantly qualify me to get paid $1,000 commissions for every sale your marketing system makes for me and *GUARANTEES* that **I will receive a minimum of 4 times my money** on your premium advertising service. ***Enclosed is $1,997, plus $99 a month.***

☒ **OPTION #2 – I only want 2 times my money... GUARANTEED!** Please purchase the **Tier-2 "MLK" Package** (MOBE LICENSE KIT) for me. This will instantly qualify me to get paid only $300 commissions for every sale your marketing system makes for me and *GUARANTEES* that **I will receive a minimum of 2 times my money** on your premium advertising service. ***Enclosed is $297.***

**STEP #2: Please give** [label: Mr William Hrouda, [redacted]] **ation.**

Name ______ [redacted] ess ______

City/State/Zip Code [redacted]

Daytime Phone Number [redacted]

*Required* Email Addre [redacted]

**STEP #3: Please fill out your payment information and participation confirmation.**

**BELOW IS MY CREDIT CARD AUTHORIZATION** (Visa and MasterCard only):

Credit Card Number [redacted] Expiration Date [redacted]

Signature [signature] Your 3 or 4-Digit Security Code [redacted]

***Please sign and date this form* to confirm your request to have us purchase from MOBE on your behalf and agree to all terms and conditions as spelled out on the opposite side of this form.**

Signature ______ Date 4-10-15

By signing above, I agree to all terms and conditions of this Program.

**STEP #4:**

***For Super Fast Service or Any Questions, CALL (620) 869-7090 NOW!***

>> If it's after hours – or we're away from our desk – leave us your daytime phone number. <<

**Or FAX to:** (620) 367-2261

**Or MAIL to:** Direct Response Network • 305 E. Main St. • Goessel, KS 67053-0198

Invitation #GML