## GENERAL TERMS AND CONDITIONS FOR PARTICIPATION

I authorize you to purchase MOBE's Tier 2 (MLK) or Tier 3 (MLR) package, which activates your 2 or 4 times your money guarantee for our mailing service that is designed to help me earn commissions in My Online Business Education (MOBE) and be bound by the following terms: 1. I am of legal age in my State to enter this agreement and am of sound mind to hire you to perform those services on my behalf. 2. I understand that in order to earn commissions from the mailings that you will do for me, I must be in MOBE. At my current Tier 1 level, I will earn $24.50 per MTTB sale. If I upgrade to OPTION #2 (Tier 2), I will earn $44 per MTTB sale plus $256 for every Tier 2 upgrade. And if I upgrade to OPTION #1 (Tier 3), I will earn $44 per MTTB sale plus $256 for every Tier 2 upgrade plus $1,000 for every Tier 3 upgrade. Because of these additional commissions, you will guarantee that I will earn at least 2 times my mailing cost (OPTION #2) or the full 4 times my mailing cost (OPTION #1). If I do not earn at least those commissions, you can, at my request, place me in your rotation-based online advertising service and continue advertising for me each month until I do. 3. I understand that commissions are paid by MOBE and subject to their terms and conditions. 4. I understand that this is an advertising service only to assist me in promoting MOBE's products and services. Further, there are no refunds for sales materials after printing. 5. I agree to make every attempt to settle any disagreements directly with you, and will not attempt a charge back with my credit card company. All claims, disputes, and other matters between the parties of this Agreement shall be brought in the District Court of Wichita, Kansas or the U.S. District Court. This Agreement shall be governed by the laws of the State of Kansas. 6. I understand that there are no guarantees regarding specific response rates whatsoever, whether stated or implied, outside of the "4 Times Guarantee" as indicated above. 7. This agreement covers my initial participation and any additional future mailing services provided by the company. 8. In exchange for consideration and payment as agreed to, I wish to voluntary participate in your "GUARANTEED MONEY L . TERS" advertising service and agree to be bound by these terms. 9. I agree to allow you to contact me about this or other interesting offers by mail, fax, phone (live or auto-dial), e-mail, or any other means necessary to communicate with me. 10. If I would rather enroll in MOBE on my own, I can contact you to get the direct links to sign up on my own. 11. If I have any questions about anything related to this offer, it is my responsibility to contact you before I submit this Form and/or call to order.

# PX 7

FTC-MOBE-000214

Exhibit 7

M.O.B.E. License Rights Agreement                                       https://mobe.com/agreements/agreement_mlr.php?cid=36313

## M.O.B.E. LICENSE RIGHTS AGREEMENT

Agreement made, effective as of   05-05-2015  ,  William Hrouda  , ████████████████████████ .

In consideration of the mutual promises contained in this agreement, the parties agree as follows:

## SECTION ONE.

### GRANT OF LICENSE; DESCRIPTION OF PREMISES

Licensor grants to affiliate a license to market and promote, subject to all of the terms and conditions of this agreement, the following main product lines and sales funnels, at 90% commissions:

1. My Email Marketing Empire
2. How To Build A Funded Proposal
3. Affiliate Bonus Domination
4. The O.P.T. Formula
5. The Inner Circle

☑ I have read and agree to this section.

## SECTION TWO.

### LIMITATION TO DESCRIBED PURPOSE

The above-described property may be occupied and used by affiliate solely for marketing purposes and for incidental purposes related to such purpose during the period beginning from date of signature, and continuing until this agreement is terminated as provided in this agreement. Affiliate explicitly agrees to NOT alter the above-described products in any way whatsoever, unless written approval is obtained first from licensor. Alteration of the above-described products shall constitute a breach of this contract and shall be deemed just cause for termination of this contract, under Section 4 C. iii, below.

☑ I have read and agree to this section.

## SECTION THREE.

### PERIODIC PAYMENTS

Affiliate shall pay licensor for this license at the rate agreed upon at the time of purchase. The first payment shall be made on the date of the beginning of the period specified above.
Subsequent payments shall be made in advance promptly on the same date of each month thereafter during the continuation of this agreement.

☑ I have read and agree to this section.

## SECTION FOUR.

### TERMINATION

A. The MOBE License program is refundable within 12 months of the date of receipt of the contract received. However the Affiliate must provide proof that they've implemented at least three of the proven traffic strategies taught in the MOBE License Right's training area consistently for each of the 12 months and hasn't made a sale. Without this proof, the affiliate is not eligible for refund.

#### DEFINITIONS

Within 12 Months: lets assume that you had purchased the MLR on 1st January 2013, you signed the contract on the 2nd January 2013. You have 12 months from the 2nd January 2013 to implement the proven system and generate a sale, if you do not make a sale by the 2nd January 2014 AND you have proof that you implemented at least three of the traffic strategies taught in the MOBE License Right's training area consistently for those 12 months, then you may request a refund (Please see below how to do this).

#### TRAFFIC

**PX 7**                          **FTC-MOBE-000216**
                                                                                    5/5/2015 5:01 PM

## SECTION EIGHT.

### RELEASE AND INDEMNIFICATION

Student agrees to release, indemnify, defend, and hold harmless MOBE and its respective successors, assigns, personal representatives, officers, directors, and employees, for, from, and against all manner of causes of actions, lawsuits, liens, debts, dues, damages, claims, judgments, executions, attorneys fees, costs, and demands of every nature, kind or description whatsoever, either at law or in equity, or otherwise, arising out of, or in any manner connected to Students participation in this Enrollment.

☑ I have read and agree to this section.

## SECTION NINE.

### ENTIRE AGREEMENT

This agreement constitutes the entire agreement between the parties and any prior understanding or representation of any kind preceding the date of this agreement shall not be binding on either party except to the extent incorporated in this agreement.

☑ I have read and agree to this section.

## SECTION TEN.

### MODIFICATION OF AGREEMENT

Any modification of this agreement or additional obligation assumed by either party in connection with this agreement shall be binding only if evidenced in writing signed by each party or an authorized representative of each party.

☑ I have read and agree to this section.

## SECTION ELEVEN.

### NOTICES

Any notice provided for or concerning this agreement shall be in writing and shall be deemed sufficiently given when sent by certified or registered mail if sent to the respective address of each party as set forth at the beginning of this agreement.

☑ I have read and agree to this section.

## SECTION TWELVE.

### MEDIATION, ARBITRATION; VENUE.

In the event that the parties to this Enrollment dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree, as a condition precedent to filing or pursuing any legal remedy (including but not limited to making a public complaint on any website, filing suit in any court or arbitration, or initiating a credit card chargeback dispute), the parties agree to participate in mediation services provided by attorney Sean K. Brown (Mediation fees to be covered by MOBE). If the Parties are unable to come to a mutual agreement in mediation then the Student agrees to participate in binding arbitration in Provo, Utah in accordance with the American Arbitration Association Commercial Rules. Student and MOBE agree that such location is the most convenient forum for both parties. Such arbitration will be final and binding on Company and Student and judgment upon any award rendered may be entered in any court having jurisdiction therefor. The prevailing party will be granted attorney's fees. Notwithstanding the arbitration provision contained herein, MOBE will have the right to seek specific performance, including the right to be granted preliminary injunctive relief of Student's obligations (payment, defamation, breach of contract) hereunder or relating hereto. Student agrees to accept Jurisdiction and Venue in Federal Court in Utah or District Court in Provo, Utah. MOBE may seek injunctive relief without having to post any bond or other security to the Court. Student is aware that through this provision he or she is specifically waiving rights to dispute ANY refund request or charges (credit card or other payment method) or payments made to MOBE until an Arbitrator has granted a final decision specifically granting a return of any or all payments or fees made to MOBE.

If the foregoing dispute resolution mechanism is not employed prior to making a public complaint, or filing a lawsuit in any Court, the party making such complaint without first employing this alternative resolution procedure will be responsible to the other party for liquidated damages in the amount of $25,000.

☑ I have read and agree to this section.

**PX 7**

**FTC-MOBE-000217**
5/5/2015 5:01 P

M.O.B.E. License Rights Agreement                                    https://mobe.com/agreements/agreement_mlr.php?cid=36313

You must have implemented three of the following traffic methods:

- Facebook, pay per click
- Solo Ads
- Banner Ads
- Ad words (Google, bing etc)
- Video Marketing
- Article Marketing

**PROOF**

You need to provide clear proof to our support desk (http://myonlinebusinessempire.com/support) that you have implemented the system and despite your efforts you have not be able to make a sale. Acceptable forms of proof are as follows:

  o *Screen shots of your own tracking statistics*
  o *Videos of your own tracking statistics*
  o Emails of the opt ins from your auto responder for solo ads
  o Receipts from your solo ad vendor
  o Screen shot of your Facebook ads
  o Infusion tracking stats linked to the ads you are claiming you have used

All proof must clearly display the dates of the ads and show your name and email address to confirm they are your ads.

B. If Affiliate shall make an assignment for the benefit of creditors, or be placed in receivership or adjudicated a bankrupt, or take advantage of any bankruptcy or insolvency law, licensor may terminate this agreement by giving written notice to the Affiliate, specifying the date of termination, such notice to be given not less than 10 days prior to the date specified in such notice for the date of termination.
C. Licensor may terminate this Agreement if Affiliate:
  o misrepresents, makes false claims or damages the business or personal reputation of Licensors;
  o conducts him or herself in an unprofessional manner; and/or
  o materially breaches any of the Agreement terms and conditions.

☑ I have read and agree to this section.


## SECTION FIVE.

### Responsibility of Affiliate

MOBE has developed marketing and training to allow people to make commissions for their own business but is not responsible for the Affiliate's results. It is the responsibility of the Affiliate to drive traffic to the sales funnel to make sales and earn commissions. MOBE offers help in a number of forms but it is up to the Affiliate to take action and MOBE is not responsible if a Affiliate is not making commissions due to inaction.

☑ I have read and agree to this section.


## SECTION SIX.

### Income Disclaimer

Income illustrations are only for educational purposes and is not intended to serve as a guarantee of income. Success in this business requires hard work, dedication and good sales skills. The average participant in this industry often earns between $500 and $2,000 per year. Some earn less while some earn much more. You understand and agree that the value you will derive from the Event, products and/or services, will be in direct proportion to your level of effort, comprehension, individual monetary investments, business experience, expertise, desire, and willingness to take action on the education provided in the packages. Therefore, MOBE has not, cannot, and will not make any guarantee of success, whether implicit or implied. You understand that the information provided by MOBE is educational in nature and is not intended to be legal, accounting, or tax advice. You are responsible for your own financial decisions and should consult your own legal, accounting, and tax advisors before making your financial decisions.

☑ I have read and agree to this section.


## SECTION SEVEN.

### Compensation Plan

Student has read the entire MOBE Compensation Plan and agrees to the commissions structure outlined in the MOBE Compensation Plan.

☑ I have read and agree to this section.

**PX 7**

FTC-MOBE-000218

5/5/2015 5:01 P

## SECTION THIRTEEN.

### NON-DISPARAGEMENT

Student and MOBE mutually agree that their personal and professional reputations are important and should not be impaired by either Party after this agreement is executed. Student and MOBE agree they will not publicly, privately, or anonymously make any comment, oral or written, or take any action which disparages, defames, or places one another or its past and present officers, directors, employees, and affiliates in a negative light. If this agreement is violated, the defamed or disparaged party has the right to seek immediate court intervention in connection with Section Twelve above. Student grants permission for MOBE to provide this Enrollment to any third party where defamatory comments have been made to immediately have those comments removed until the AAA process described in Section Twelve has granted a full and final ruling regarding the dispute(s).

☑ I have read and agree to this section.

## SECTION FOURTEEN.

### MISC

(a) Student cannot assign this Enrollment, but MOBE will be allowed to assign this Agreement and the rights and obligations hereunder to its affiliates, successors and assigns.
(b) This Agreement can only be amended by the mutual agreement of the parties.
(c) The parties agree to keep the terms of this Agreement confidential.
(d) This Agreement will not be construed against its drafter, and Student acknowledges that it has had the opportunity to have legal counsel review this Agreement.
(e) Upon Companys request, Student will do or cause to be done such further acts or things as Company may reasonably request to carry out the intent of this Agreement.
(f) No failure or delay by either party in exercising any right, power or privilege hereunder will operate as a waiver.
(g) If any provision of this Agreement is found to be invalid, all of the remaining provisions of this Agreement will nonetheless remain in full force and effect.
(h) This Agreement embodies the entire understanding of the parties, and supersedes all prior negotiations, understandings and agreements with respect to the subject matter of this Agreement.
(i) This Agreement may be executed in counterparts.

☐ I have read and agree to this section.

## SECTION FIFTEEN.

### ATTORNEY FEES

In the event that any lawsuit is filed in relation to this agreement, the unsuccessful party in the action shall agree to pay to the successful party, in addition to all the sums that either party may be called on to pay, a reasonable sum for the successful partys attorney fees.

☑ I have read and agree to this section.

## SECTION SIXTEEN.

### ASSIGNMENT OF RIGHTS

The rights of each party under this agreement are personal to that party and may not be assigned or transferred to any other person, firm, corporation, or other entity without the prior, express, and written consent of the other party.

☑ I have read and agree to this section.

## SECTION SEVENTEEN.

### Outside Claims

Any claims or promises made by any party that is not outlined in this agreement is not the responsibility of MOBE and is not grounds for a refund or other compensation.
In witness, each party to this agreement has caused it to be executed.
By signing below, you agree to this entire Enrollment Agreement. Your digital signature is equivalent to a handwritten signature as provided in The Federal E-Sign Act.
I understand that this is a legally binding contract, and that by entering my initials in the field from my current IP

**PX 7**

**FTC-MOBE-000219**
5/5/2015 5:01 PI

M.O.B.E. License Rights Agreement                                    https://mobe.com/agreements/agreement_mlr.php?cid=36313

Address, I am agreeing to all of the above. *

☑ I have read and agree to this section.

Your Full Name *:     William Hrouda

Today's Date *:       05-05-2015

☐ I understand that this is a legally binding contract, and that
by entering my initials in the field from my current IP address, I
am agreeing to all of the above. *

Your Signature *:

Clear

Submit        5./5/ pm mDT.

**PX 7**                    **FTC-MOBE-000220**
                                                                        5/5/2015 5:01 P

**Exhibit 8**

**PX 7**

FTC-MOBE-000221

Print                                                    https://us-mg6.mail.yahoo.com/neo/launch?.rand=2lot96cl1jk8l#6671.

**Subject:** Your Links and Next Steps from Drew!

**From:** Drew T (coach2@myonlinebusinessempire.com)

**To:** ███████████████

**Date:** Tuesday, May 5, 2015 5:32 PM

Hi William,

**Congrats on registering for your License! (read every bit of this email very carefully)**

This is really cool. Every new licensee as a bonus gets to have a no-cost consultation with one of our top earners. You get to have yours with Max Aria who was my coach when I started. He's a genius at this stuff so feel very lucky to get this free call and take it very seriously. He'll explain the inner workings of the business and everything you need to know to *maximize your commissions*.

Max has been online full time for the past 7 years, has made over 6 mill.ion in sales, and makes over $90,000 per month using the exact system that he is going to show you. He's helped some of the biggest names in our industry create multiple 6 figure incomes a month. You will love working with him. Before you even go through the rest of *this email book a time with him RIGHT AWAY!*

Book here: ████████████████████

==> SEE Max In Action Here

IMPORTANT: Add Max to Skype now, his user ID is: █████████████

That is MANDATORY, he will be contacting you on Skype during your appointment time. If you don't have Skype download it and set it up now or he will not be able to do this important strategy session with you. You also won't be able to move beyond step 8 as HE WILL have control of your steps.

How to set up Skype: http://www.youtube.com/watch?v=_y49csgZjyQ

I've unlocked your next steps. In step 7 make sure you register for all of the webinars (very important) and set up your ewallet account in step 8 so you can get paid.

Make sure you are in a quiet place where you will be undisturbed and on Skype during your appointment.

He would like to speak with you within 24 hours if possible.

His calendar one more time: ████████████████

MORE IMPORTANT LINKS:

**PX 7**

FTC-MOBE-000222

5/5/2015 9:52 Pl

Join these private Facebook groups:

https://www.facebook.com/groups/mobecommunity/

https://www.facebook.com/groups/mobelicenserights

IMPORTANT: Please message me when you're done step 21 so we can recap!

Congrats again and let's make some cash...

It was a pleasure working with you!

To your success,

Drew

Niche Methods, 3120 Highland Park Court, Armstrong, BC V0E 1B4, CANADA

Unsubscribe | Change Subscriber Options

**PX 7**

FTC-MOBE-000223

5/5/2015 9:52 P

Exhibit 9

FTC-MOBE-000224

**Subject:**   Who?s Making Money With MOBE?

**From:**   Matt Lloyd (mattlloyd@mobe.com)

**To:**   ▓▓▓▓▓▓▓▓▓▓

**Date:**   Monday, May 18, 2015 11:01 AM

Hey,

Today I want to share some success stories of other MOBE Licensees with you.

People like Tony Opee, from California, who said...

"I became a Licensee partner and the first week I made $3,000 dollars from sales I made through Facebook advertising and solo ads. Let me tell you, Matt's funnel really converts. Thank you Matt."

Or Carolina Millan from Chile...

"You are not alone, there is a whole group of people that are doing the same thing and nobody is competing against [one another]. This is real, this is possible. I am NOT throwing my money down the drain. I am investing in something that is potentially the business of the year for me."

In fact, I have a boatload of videos that happy MOBE Licensees sent me.

They're all posted at:

http://www.mobecasestudies.com

Some of these MOBE partners have supercharged their commissions by joining Titanium or Platinum and qualified to earn extra $3,000 to $5,000 commissions without any extra work (my sales team closes these sales FOR YOU!).

To find out how Titanium and Platinum works (and how to supercharge your commissions), go to the link below now.

http://mobe.com/nextlevel/

To Your Success,
Matt Lloyd

P.S. Your account manager is available to help you
become a successful MOBE partner (like the
partners in these videos).

To contact your account manager go to your
home page at mobeoffice.com

Login URL: http://mobeoffice.com/members/
Username: █████████████████
Password: ████████████

You will see their name, email, and phone number
right there on the side panel.

Contact them by phone or email - whichever is more
convenient for you - and they will get back to you.

P.P.S. I'm available to chat with you personally through
our Facebook group - come on over and join us here:

https://www.facebook.com/groups/mattlloyd/

***NOTE: Please do not reply directly to this email, instead go to:
http://mobe.com/support


Click Here to Unsubscribe

If you wish to stop receiving our emails or change your subscription options, please Manage Your
Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC, Kuala Lumpur, Malaysia , 50450

POWERED BY
**ONTRAPORT**

# Exhibit 10

FTC-MOBE-000227

**Subject:** How bad do you want it?

**From:** Matt Lloyd (mattlloyd@mobe.com)

**To:** ██████████████

**Date:** Tuesday, May 19, 2015 11:01 AM

William,

How bad do you want it?

I remember when I first started my online business, I could literally taste how bad I wanted to succeed.

Desire is a powerful motivating force, and it has a lot to do with success...

... but desire it NOT enough.

You have to TAKE ACTION and do something in order to change your life.

As much as I want to help you succeed (and I do), I can only take you so far.

I have given you the keys to unlock the door, but you have to walk through.

By joining the MOBE License Rights Program, you've already identified yourself as someone who is serious about making money online.

But for you to get to that NEXT LEVEL...

... the upper echelon that only the TOP 1% of online entrepreneurs reach...

... then you need to join my Titanium or Platinum mastermind program.

When you do, you will be in the elite company of the VERY FEW people who make real lasting money in this business.

If you do nothing, you may make an acceptable (even good) income as a regular MOBE Licensee,

but you'll be just one step away from the kind of
money that really changes lives.

It's so close... you should feel like you can almost
touch it.

Go ahead.

Walk through the door.

Apply for Titanium or Platinum at the link below now.

http://mobe.com/nextlevel/

To Your Success,
Matt Lloyd


P.S. I'm available to chat with you personally through our
Facebook group - come on over and join us here:

https://www.facebook.com/groups/mattlloyd/

***NOTE: Please do not reply directly to this email, instead go to:
http://mobe.com/support


Click Here to Unsubscribe

If you wish to stop receiving our emails or change your subscription options, please Manage Your
Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC, Kuala Lumpur, Malaysia , 50450

POWERED BY
**ONTRAPORT**

**PX 7**     **FTC-MOBE-000229**

Exhibit 11

FTC-MOBE-000230

**Subject:** Feeling overwhelmed? We?re here to help?

**From:** Matt Lloyd (mattlloyd@mobe.com)

**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮;

**Date:** Wednesday, May 20, 2015 11:01 AM

William,

Hopefully by this point you've got a BIG smile on your face and you're happily raking in the commissions.

But if not, that's Ok.

Sometimes it takes a little bit longer to get started.

Things come up, life gets in the way, and we have to put things "on the backburner" that we were initially eager to get started.

If you still have questions about how MOBE works, contact your account manager TODAY.

They will walk you through anything you might be struggling with.

To contact your account manager, login to mobeoffice.com with the info below:

Login URL: http://mobeoffice.com/members/
Username: ▮▮▮▮▮▮▮▮▮▮▮▮
Password: ▮▮▮▮▮▮

To see your account manager's contact information, go to your home page at mobeoffice.com

You will see their name, email, and phone number right there on the side panel.

Contact them by phone or email - whichever is more convenient for you - and they will get back to you.

To Your Success,
Matt Lloyd

P.S. Have you joined us on Facebook yet? If not, come on

**PX 7**

**FTC-MOBE-000231**

over and join the fun (you can also ask me questions there)...

http://www.facebook.com/groups/mattlloydonline

***NOTE: Please do not reply directly to this email, instead go to:
http://mobe.com/support

Click Here to Unsubscribe

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC, Kuala Lumpur, Malaysia , 50450

POWERED BY
**ONTRAPORT**

Exhibit 12

**FTC-MOBE-000233**

| **Subject:** | [PARTNERS] LIVE NOW - Take Home a Share of $12k in Contest Cash & Earn up to $28k in Backend Commissions Per Sale! |
| --- | --- |
| **From:** | Matt Lloyd, Matt Boland, & Yannick van den Bos (affiliates@mobe.com) |
| **To:** | █████████████ |
| **Date:** | Friday, June 12, 2015 10:41 AM |



Hey Everyone!

We're kicking off a **new affiliate contest** today and there's $12,000 up for grabs!

The contest is for MTTB / TTI sales, it will run for 11 days and every MOBE affiliate has a chance to earn their spot on this leaderboard!

In addition to the $12k in contest cash, you could potentially see almost $28k in backend commissions per sale if you're using the TTI funnel or over $20k per sale if you're using the MTTB funnel!

Of course, you'll need to be fully-positioned to see the full potential of those backend commissions, and there's no better time then now to get fully positioned with MOBE.. (Doing it now will could save you over $3k, complete details here: **https://mobe.com/time-sensitive-notice/**)

*Here's The New Contest Breakdown:*
**Contest Period:** June 12 – June 23 12:01am EDT
**The Product:** My Top Tier Business (MTTB) & Top Tier Income (TTI)

**Price Point:** $49
**Commission:** 50% (90% for MLR's & Above)

Partners with the most MTTB &/or TTI sales during contest period win!

Complete Contest Details: **Click Here**

There's an email swipe below that you can use in your promotions.

------
**Replay Live - Over $250,000 in Commissions, Stricly From MOBE Live Events**
------

Many of you have been asking for this webinar replay and we're happy to say that

**PX 7**

FTC-MOBE-000234

it's finally live!

Adeline Sugianto and Luke Lim have generated over $1 million in MOBE live event sales, which has earned them over $250,000 in commissions over the last 8 months..

A few weeks back Adeline joined us for a webinar to discuss her live event promotions and she also covered everything we need to know in order to successfully promote MOBE live events!

Replay Here: **http://youtu.be/OTE8Hp0jntM** (It may still be processing, but will be available there shortly)

Be sure to subscribe to the MOBE Affiliates YouTube channel while you're there, so you'll receive notifications every time we upload a new video or training webinar!

------
**The #1 Way to Get Up & Running Quickly With MOBE - Directly From a MOBE Coach That Has Trained & Coached Over 2,500 Affiliates!**
------

Last night we held a webinar with MOBE Traffic Coach Raena Lynn and the feedback so far has been AMAZING!

Raena Lynn has coached over 2,500 MOBE Affiliates and has a product on the MOBE Marketplace called "Don't Have a Coach?" She, wihout a doubt, knows exactly what it takes to start seeing success with MOBE and she revealed some gold nuggets on last nights call.

If you feel "stuck" and you're not sure what to do in order to find success with MOBE, this training is for you!

Replay Here: **http://youtu.be/tHda5DbbiGU** (It may still be processing, but will be available there shortly)

------
**Chris & Susan Beesley On Next Weeks Elite Earners Webinar!**
------

Make sure you register right now for next weeks Elite Earners webinar. We'll be joined by Chris & Susan Beesley and I'm telling you right now, you DO NOT want to miss this!

They joined MOBE a few months back and really hit the ground running. They've been having a lot of success promoting our IMFW & HBS events and on Tuesdays call we'll dig into exactly what they've been doing and how we can start to see similar results..

Register Here: **http://mobeoffice.com/members/mobeeliteearners/**

Keep in mind, the Elite Earner calls are not free, they're included as part of your

**PX 7**

**FTC-MOBE-000235**

MLR (or above) Inner Circle benefits.. (Or if you've purchased access to them separately outside of the Inner Circle.)

-------

**Only a Few Days Left!**

-------

We just had an affiliate link placed in the MOBE Back Office for the "Time Sensitive Upgrade Offer". (**https://mobe.com/time-sensitive-notice/**)

I HIGHLY encourage you to promote this hard over the next few days.

People can save over $3k by upgrading to MLR, T, & P before June 15th.

This type of urgency doesn't come along often and you should definitely capitilize on it while you can. (Especially if you have a list of leads that are already in MOBE!)

<u>Finding Links:</u>

You can find the affiliate link on the page below:
> **http://mobeoffice.com/members/affiliate-links/** (You'll need to login to MOBE Office)

The link looks like this: **http://screencast.com/t/VCBmb5lpteb**

<u>What to Say?</u>

Here's some more info that may give you some ideas for your campaigns:

If you are looking at getting positioned in MOBE - you have have 5 days left, to save yourself over $3,000! That's money you could put into traffic, to produce more sales.

On June 15th there is going to be a price increase on the MOBE License Rights, Titanium Mastermind, and Platinum Mastermind programs, accompanied by an increase in the affiliate commissions:

The new prices will be:

MOBE License Rights: $2,497
Titanium Mastermind: $9,997
Platinum Mastermind: $16,665

All prices for other programs, including the Diamond Mastermind, will remain the same.

The new affiliate commissions will be:

MOBE License Rights: $1,250
Titanium Mastermind: $3,300
Platinum Mastermind: $5,500

The new TTI sales commissions will be (for customers that come through the TTI funnel only):

MOBE License Rights: $1,625
Titanium Mastermind: $4,800
Platinum Mastermind: $8,000
Diamond Mastermind: $13,500

These new prices and commissions will only be applicable on sales made after June 15th.

Please let us know if you have any questions at all or if there's anything we can do to help!

You can reach us at: **http://mobe.com/support**

Talk soon,
Matt Lloyd, Matt Boland, & Yannick van den Bos
 mobe affiliate email signature.png

------
**MTTB / TTI Email Swipe!**
------

You can use the email swipe below in your MTTB / TTI promotions..

**3 Possible Subject Lines:**
1- I Sense Much Good in You
2- Is This You…
3- If You Meet These Criteria, You Might Succeed Online

**Email Copy:**

If you're reading this email, I can guess a few things about you…

1. You're not satisfied with the 9 to 5, you watch the clock waiting to be released each day.
2. You look at your paycheck and wonder "is that all there is?"
3. You've been burned a time or two by money-making "scams" but you haven't given up the search for something better.
4. You're not in the job you dreamed of years ago and you know you need to make a change soon.
5. You want more than what you have.