If that's you, then I have good news. Your desire for more…your experience with scams that don't work…and your hope for the future…those are all good things that can fuel your online success.

Now, comes the crucial part.

I do NOT know whether you have these additional required traits…

1. The humility to follow instructions
2. The persistence to stick to a plan until the plan is complete.
3. The willingness to work with a coach and advisor and ASK questions and listen to the answers.
4. The dedication to apply at least 30 minutes a day for 21 days to a proven system.

I believe you have the first 5 traits…if you can add the additional 4 traits, you can be a success online.

In fact, you'll earn your first commission check in less than 30 days.

Or get ten times your money back.

Do you have the 4 to add to the 5?

Find out for just $49 here….

> [YOUR MTTB OR TTI LINK HERE]

Best,
[YOUR NAME HERE]


You're getting this email because you subscribed to the MOBE affiliate list at some point…if you no longer want to hear from us, there's an 'Unsubscribe' link right at the bottom you can use.

**Support:** If you have a question or comment, you can submit a ticket here: http://mobe.com/support

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**MOBE is now hiring - details here:** http://mobe.com/joinourteam

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**License MOBE's products and sales funnels here:** http://mobe.com/licenserightsprogram/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's

worth it!).

SUPPORT | UNSUBSCRIBE

If you are having trouble viewing this email, CLICK HERE

PX 7                    FTC-MOBE-000239

Exhibit 13

FTC-MOBE-000240

**Subject:** William, balance due, please update your card information.

**From:** MTTB coach (mattlloyd@myonlinebusinessempire.com)

**To:**

**Date:** Sunday, July 5, 2015 2:21 AM

Hi William,

Unfortunately your card on file has been declined for a recent product purchase or payment plan:

Type: Visa
Last 4 digits:
Expiration date:

The total owing at this point is $106.00.

Please can you get in touch with me to resolve this.

Typically, banks can be block the charge because it's international. This is easy to resolve - if you just call your bank, and tell them to approve our merchant account, 'mattlloydpublishing.com' it should go through fine.

You may need to update your credit card, you can log in here https://mattlloydpublishing.com/wp-login.php with your username and password and update your card at any time.

Username:
Password:

Kind regards,

Finance Department, MOBE

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC, Kuala Lumpur, Malaysia, 50450

POWERED BY

ONTRAPORT

**PX 7**

**FTC-MOBE-000241**

Exhibit 14

FTC-MOBE-000242

American Express
PO Box 981532
El Paso, TX 79998

AMERICAN
EXPRESS

www.americanexpress.com

October 11, 2015

SP 02 000026 62905 I 3 ASNGLP

William J Hrouda

Account Ending In:

Dear William J Hrouda,

We would like to advise you of the status of your claim on your account from Home Business Builders. We removed the amount under review of $2,026.94 from your account during our investigation.

Although we regret the circumstances prompting your inquiry, we welcome the opportunity to be of assistance.

We contacted the merchant regarding your claim and reviewed the documentation you provided. Unfortunately the merchant denied our request for a refund. They have provided an explanation and advised that as per the terms of purchase the customer cannot request for a refund. The charge was authorized on your account, we have enclosed the support sent previously by the merchant.

We can only suggest that you contact the merchant directly for a resolution. Please accept our apology for the inconvenience this has caused you.

Therefore, the amount under review has been reapplied to your account, and will reflect on an upcoming statement.

You may now choose to receive your future Account Communications from us by e-mail. To set up this option, please visit your Profile & Preferences at **americanexpress.com/selectemail** and go to the Communication Preferences tab.

We trust this resolves your questions. Thank you for your Card Membership.

Sincerely,

American Express Customer Care

Dispute Reference Number: PG85961

The issuer of this card is American Express Bank, FSB.

3A01-10     IND        601B        CMS        PX0582A     PG85961     TRMUNCS20004001     N        1

**PX 7**

**FTC-MOBE-000243**

# MOBE

**Customer's click history in our customer maintenance system:**

The customer click history table data is too faded and low-resolution to read reliably.

AMERICAN EXPRESS



FTC-MOBE-000245



# MOBE

Transaction Details:

Transaction Report

Search Transactions

FTC-MOBE-000246



**FTC-MOBE-000247**



# MOBE

**Invoice Sent To Customer:**

Hi William

Thank you for purchasing

| ITEM(S) | UNIT PRICE | QTY | TOTAL |
|---|---|---|---|
| MOBE License Rights, 1pay - L1C | $1,997.00 | 1 | $1,997.00 |

Here is a receipt for your records

**DETAILS**
Order ID       143790
Order Date    May 5, 2015
Grand Total   1,997.00

**SOLD BY**
MOBE Ltd
B1-28-8, Soho Suites at KLCC
Kuala Lumpur, Malaysia, Malaysia
50450

**BILL TO**
William Hrouda

**SHIP TO**
William Hrouda

| ITEM(S) | UNIT PRICE | QTY | TOTAL |
|---|---|---|---|
| MOBE License Rights, 1pay - L1C | $1,997.00 | 1 | $1,997.00 |
| Tax | | | $0.00 |
| Shipping | | | $0.00 |
| Grand Total | | | $1,997.00 |

**FTC-MOBE-000248**

# MOBE

Screenshot of Welcome Email sent to the customer acknowledging the receipt of his order:



FTC-MOBE-000249





FTC-MOBE-000250

# MOBE

**Signature Agreement:**

The following signature agreement shows that the customer was fully aware of what they were purchasing.

### M.O.B.E. License Rights Agreement

Agreement made, effective as of 5th of May 2015. William _____ 96602

In consideration of the mutual promises contained in this agreement, the parties agree as follows:

**SECTION ONE.**

GRANT OF LICENSE, DESCRIPTION OF PREMISES

Licensor grants to affiliate a license to market and promote, subject to all of the terms and conditions of this agreement, the following main product lines and sales funnels, at 90% commissions:

1. My Email Marketing Empire
2. How To Build A Funded Proposal
3. Affiliate Bonus Domination
4. The D.F.T. Formula
5. The Inner Circle

☑ I have read and agree to this section.

**SECTION TWO.**

LIMITATION TO DESCRIBED PURPOSE

The above-described property may be occupied and used by affiliate solely for marketing purposes and for evidence purposes related to such purpose during the period beginning from date of signature, and continuing until this agreement is terminated as provided in this agreement. Affiliate explicitly agrees to NOT alter the above-described amounts in any way whatsoever, unless written approval is obtained first from licensor. Alteration of the above-described products shall constitute a breach of this contract and shall be deemed just cause for termination of the contract, under Section 4 C, a, below.

☑ I have read and agree to this section.

**SECTION THREE.**

PERIODIC PAYMENTS

Affiliate shall pay licensor for this license at the rate agreed upon at the time of purchase. The first payment shall be made on the date of the beginning of this period specified above. Subsequent payments shall be made in advance promptly on the same date of each month thereafter during the continuation of this agreement.

☑ I have read and agree to this section.

**SECTION FOUR.**

TERMINATION

_page 1 of_

**FTC-MOBE-000251**



# MOBE

A. The MOBE License program is refundable within 12 months of the date of receipt of the contract received. However the Affiliate must provide proof that they've implemented at least three of the proven traffic strategies taught in the MOBE License Right's training area consistently for each of the 12 months and has not made a sale. Without this proof, the affiliate is not eligible for refund.

## DEFINITIONS

Within 12 Months, lets assume that you had purchased the MLR on 1st January 2013, you settled the contract on the 2nd January 2013. You have 12 months from the 2nd January 2013 to implement the proven system and generate a sale. If you do not make a sale by the 2nd January 2014 AND you have proof that you implemented at least three of the traffic strategies taught in the MOBE License Right's training area consistently for those 12 months, then you may request a refund (Please see below how to do this)

## TRAFFIC

You must have implemented three of the following traffic methods:

- Facebook, Pay per click
- Solo Ads
- Banner Ads
- Ad words (Google, bing etc)
- Video Marketing
- Article Marketing

## PROOF

You need to provide clear proof to our support desk support@mobetools.zendesk.com that you have implemented the system and details your efforts you have not be able to make a sale. Acceptable forms of proof are as follows:

- Screen shots of your own tracking statistics
- Videos of your own tracking statistics
- Emails of the optins from your auto responder for solo ads
- Receipt from your solo ad vendor
- Screen shot of your Facebook ads
- Infusionsoftracking stats linked to the ads you are claiming you have used

All proof must clearly display the dates of the ads and show your name and email address to confirm they are your ads.

2. If affiliate shall make an assignment for the benefit of creditors, or be placed in receivership or adjudicated a bankrupt, or take advantage of any bankruptcy or insolvency law, licensor may terminate this Agreement by giving written notice to the Affiliate, specifying the date of termination, such notice to be given not less than 10 days prior to the date specified in such notice for the date of termination.
3. Licensor may terminate this Agreement if Affiliate;
   - misrepresents, makes false claims or damages the business or personal reputation of Licensors;
   - conducts him or herself in an unprofessional manner; and/or
   - materially breaches any of the Agreement terms and conditions.

☑ I have read and agree to this section

## SECTION FIVE

Responsibility of Affiliate

_____

PX 7

FTC-MOBE-000252



MOBE has developed marketing and training to allow people to make commissions for their own business but is not responsible for the Affiliate's results, if it is the responsibility of the Affiliate to drive traffic to the sales funnel to make sales and earn commissions. MOBE offers help in a number of forms but it is up to the Affiliate to take action and MOBE is not responsible if a Affiliate is not making commissions due to inaction.

☑  I have read and agree to this section

### SECTION SIX

Income Disclaimer

Income illustrations are only for educational purposes and is not intended to serve as a guarantee of income. Success in this business requires hard work, dedication and good sales skills. The average participant in this industry often earns between $500 and $2,000 per year. Some earn less while some earn much more. You understand and agree that the value you will derive from the Event, products and/or services, will be in direct proportion to your level of effort, comprehension, individual monetary investment, business experience, expertise, passion, and willingness to take action or the education provided in the packages. Therefore, MOBE has no, cannot, and will not make any guarantee of success, whether implied or implied. You understand that the information provided by MOBE is educational in nature and is not intended to be legal, accounting, or tax advice. You are responsible for your own financial decisions and should consult your own legal, accounting, and tax advisors before making your financial decisions.

☑  I have read and agree to this section

### SECTION SEVEN.

Compensation Plan

Student has read the entire MOBE Compensation Plan and agrees to the commissions structure outlined in the MOBE Compensation Plan.

☑  I have read and agree to this section

### SECTION EIGHT.

RELEASE AND INDEMNIFICATION

Student agrees to release, indemnify, defend, and held harmless MOBE, and its respective successors, assigns, personal representatives, officers, directors, and employees, for, from, and against all manner of causes of actions, lawsuits, liens, debts, dues, damages, claims, judgments, executions, attorneys fees, costs, and demands of every nature, kind or description whatsoever, either at law or in equity or otherwise, arising out of, or in any manner connected to Student's participation in this Enrollment.

☑  I have read and agree to this section

### SECTION NINE.

ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the parties and any prior understanding or representation of any kind preceding the date of this Agreement shall not be binding on either party except to the

FTC-MOBE-000253

AMERICAN
EXPRESS

# MOBE

been incorporated in this agreement.

☑ I have read and agree to this section.

## SECTION TEN

MODIFICATION OF AGREEMENT

Any modification of this agreement or additional obligation assumed by either party in connection with this agreement shall be binding only if evidenced in writing signed by each party or an authorized representative of each party.

☑ I have read and agree to this section.

## SECTION ELEVEN.

NOTICES

Any notice provided for or concerning this agreement shall be in writing and shall be deemed sufficiently given when sent by certified or registered mail if sent to the respective address of each party as set forth in the beginning of this agreement.

☑ I have read and agree to this section.

## SECTION TWELVE.

MEDIATION, ARBITRATION, VENUE

In the event that the parties to this Enrollment dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree, as a condition precedent to filing or pursuing any legal remedy (including but not limited to making a public complaint or any website, filing suit in any court or arbitration, or initiating a credit card chargeback dispute), the parties agree to participate in mediation services provided by attorney Sean K. Brown (Mediator fees to be covered by MOBE). If the Parties are unable to come to a mutual agreement in mediation then the Student agrees to participate in binding arbitration in Provo, Utah in accordance with the American Arbitration Association Commercial Rules. Student and MOBE agree that such location is the most convenient forum for both parties. Such arbitration will be final and binding on Company and Student and judgment upon any award rendered may be entered in any court having jurisdiction thereto. The prevailing party will be granted attorney's fees. Notwithstanding the arbitration provision contained herein, MOBE will have the right to seek specific performance, including the right to be granted preliminary injunctive relief of Student's obligations, payment, termination, breach of contract hereunder or relating hereto. Student agrees to accept jurisdiction and venue in Federal Court in Utah or District Court in Provo, Utah. MOBE may seek injunctive relief without having to post any bond or other security to the Court. Student is aware that through this provision he or she is specifically waiving rights to dispute ANY refund request, or charges (credit card or other payment method or payments made to MOBE) and in Arbitrator has granted a final decision specifically granting a return of any or all payments or fees made to MOBE.

If the foregoing dispute resolution mechanism is not employed prior to making a public complaint, or filing a lawsuit in any Court, the party making such complaint without first employing this alternative resolution procedure will be responsible to the other party for liquidated damages in the amount of $25,000.

FTC-MOBE-000254

# MOBE

☑ I have read and agreed to this section

## SECTION THIRTEEN.

### NON-DISPARAGEMENT

Student and MOBE mutually agree that their personal and professional reputations are important and should not be impaired by either Party after this agreement is executed. Student and MOBE agree they will not publicly, privately, or anonymously make any comment, oral or written, or take any action which disparages, defames, or places one another or its peer and present officers, directors, employees, and affiliates in a negative light. If this agreement is violated, the defamed or disparaged party has the right to seek immediate court intervention in connection with Section Twelve above. Student grants permission for MOBE to provide the Enrollment to any third party where defamatory comments have been made to immediately have these comments removed until the AAA process described in Section Twelve has granted a full and final ruling regarding the dispute(s).

☑ I have read and agree to this section

## SECTION FOURTEEN.

### MISC

(a) Student cannot assign this Enrollment, but MOBE will be allowed to assign this Agreement and the rights and obligations hereunder to its affiliates, successors and assigns.
(b) This Agreement can only be amended by the mutual agreement of the parties.
(c) The parties agree to keep the terms of this Agreement confidential.
(d) This Agreement will not be construed against or in other and Student acknowledges that it has had the opportunity to have legal counsel review the Agreement.
(e) Upon Company's request, Student will do or cause to be done such further acts or things as Company may reasonably request to carry out the intent of this Agreement.
(f) No failure or delay by either party in exercising any right, power or privilege hereunder will operate as a waiver.
(g) If any provision of this Agreement is found to be invalid, all of the remaining provisions of this Agreement will nonetheless remain in full force and effect.
(h) This Agreement embodies the entire understanding of the parties, and supersedes all prior negotiations, understandings and agreements with respect to the subject matter of this Agreement.
(i) This Agreement may be executed in counterparts.

☑ I have read and agree to this section.

## SECTION FIFTEEN.

### ATTORNEY FEES

In the event that any lawsuit is filed in relation to this agreement, the unsuccessful party in the action shall agree to pay to the successful party, in addition to all the sums that either party may be called on to pay, a reasonable sum for the successful party's attorney fees.

☑ I have read and agree to this section

## SECTION SIXTEEN.

### ASSIGNMENT OF RIGHTS

Page 17

PX 7



# MOBE

The rights of each party under this agreement are personal to that party and may not be assigned or transferred to any other person, firm, corporation, or other entity without the prior, express, and written consent of the other party.

☑ I have read and agree to this section.

SECTION SEVENTEEN.

Outside Claims.

Any claims or promises made by any party that is not outlined in this agreement is not the responsibility of MOBE and is not grounds for a refund or other compensation.
In witness, each party to this agreement has caused it to be executed.
By signing below, you agree to the entire Enrollment Agreement. Your digital signature is equivalent to a handwritten signature as provided in The Federal E-Sign Act.
I understand that this is a legally-binding contract, and that by entering my initials in the field from my current IP address, I am agreeing to all of the above.

☑ I have read and agree to this section.

Full Name:
William Howella

Date Signed:
8th of May 2019

I understand that this is a legally-binding contract, and that by entering my initials in the field from my current IP address, I am agreeing to all of the above.
☑

Signature:

*[signature]*

Please note the client is not eligible for a refund as he has a binding contract and has not met the requirements to receive a refund.


We respectfully request that you in your capacity as Chargeback Team decline the above reference chargeback for the reasons stated.
Best regards,
*Office of Matthew Lloyd McPhee*

**PX 7**          **FTC-MOBE-000256**



Matthew Lloyd McPhee
22 Mercury Street
Carlisle, WA 6101
matthewlloydmcphee@gmail.com
+61 (08) 6210 1358 fax

Store No: 000733581
Merchant No: 9790614952

American Express Australia Limited
G.P.O Box 1582
N.S.W. 2001 Australia
DX 100 Sydney

RE: D-1229539

Dear Chargeback Team,

We would like to take this opportunity to dispute the chargeback you recently sent us via email, with your reference number above.

We are confident that our customer, **William Hrounda**, knowingly and willingly purchased the product.

The customer's contact information as showing in my customer maintenance system is:

William Hrounda

**PX 7**          **FTC-MOBE-000257**



# MOBE

The customer has filed a chargeback for his purchase of:

2 products: MOBE License Rights: 1pay, MLR Inner Circle

**MOBE License Rights Program:** this is a license program, whereby customers purchase license-rights to MOBE's products. Each customer is assigned a coach, who they work with one-on-one to develop their business and market MOBE's products. MOBE License Rights comes with a 12 month refund policy, provided that customers can show proof that they implemented the program over the course of the twelve months.

**Inner Circle:** this is an online marketing training course, wherein instructors deliver weekly webinars teaching the latest strategies for growing your business using the internet. The Inner Circle is a monthly subscription product which customers can cancel at any time by submitting a support ticket to http://myonlinebusinessempire.com/support

Order ID 169299, 169301
Amount: $1997 USD (AUD 2548.97)

The transaction date for the chargeback is 08/07/2015

I can provide proof that this transaction was legitimate. Please accept the follow as proof:

I have logged into my shopping cart, pulled up the order, and here are the screenshots. The first screenshot is of the customer's general information in our Shopping Cart. The following screenshots show the order details for her disputed charges for order ID 169299, 169301, and all of the customer information: name, address, and purchase/payment plan details. The last screenshot show the invoice of this order with the payment she has filed the chargeback for.

FTC-MOBE-000258



## Contact Information

PX 7     FTC-MOBE-000259