# MOBE

**Customer's IP Address used to process the transaction proving that it is the same with his address:**

IP Details nnnnn

The information was used to process Account Setup.
Customer IP address information for Login
Lookup IP Address Report information for the information.

[IP address field]   Lookup IP Address

General IP Information

- IP Address
- Host
- Location
- ...
- ISP
- ...
- ...

Geolocation Information

- ...
- ...

Instant Info

00010810 12/10

FTC-MOBE-000260

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **MOBE Ltd.**, et al., <br><br> Defendants. | Case No. _____ <br><br> **<u>FILED UNDER SEAL</u>** |

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**<u>WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE</u>**

**VOLUME I-B**

PX 8    Declaration of Deana Hsu .......................................................................261

PX 9    Declaration of Bonnie Mitchell ............................................................485

PX 10  Declaration of Peggy Moyeda ..............................................................491

PX 11  Declaration of William Noble .......................................................... 494-A

PX 12  Declaration of Dorothy Patterson ........................................................513

PX 13  Declaration of William Weyland .........................................................534

PX 14  Declaration of Debra Yakubowski.......................................................536

## DECLARATION OF DEANA HSU
## PURSUANT TO 28 U.S.C. § 1746

My name is Deana Hsu, and I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.  In October 2015, I was introduced to MOBE through an acquaintance who was also a MOBE Diamond member at the time.  I had just been laid off work and was looking for a way to earn a living so I can provide for my family.  Around the time I joined MOBE, I was also involved as a consultant for Rodan & Fields, which is a multi-level marketing company that sells skin care products.

2.  My acquaintance convinced me to try out MOBE's Top Tier Income ("TTI") training program, where I would be working with a more experienced coach, instead of MOBE's 21-step program called My Top Tier Business ("MTTB").  TTI also had fewer steps than MTTB.  MOBE agreed to waive the entry fee for TTI.

3.  Shortly after signing up, MOBE sent me a document called "I.M. Revolution."  The document said:  "Revealed Inside:  How You Can Profit From The Business Model That Took Me From Making $700/Mo To $314,900.29/Mo In Less Than 1 Year."  The document said with the Titanium Mastermind, I could earn "$3,300 from each sale closed by my expert sales team," and said the Platinum Mastermind is one of MOBE's "top level programs that pays $5,000 commission per sale."  A true and correct copy of this document is attached as **EXHIBIT 1**.

4.  After signing up, I was also connected to a MOBE coach, Drew Innes.  I reviewed several of the videos and began talking with Drew Innes over the phone.

5.  MOBE appealed to me because it claimed to have a proven sales system.  While watching the videos and going through the TTI steps with my coach, I was led to believe

Page **1** of **10**

I would make money by generating traffic and earning commission on what my leads buy from MOBE. Unlike other direct sales companies, I believed MOBE would do the sales for you and I just had to find the leads. In other words, I didn't have to figure out how to make money or spend the time and effort doing the selling. MOBE claimed to already have the system and the sales team.

6. MOBE impressed upon me that once you bring in leads or referrals and they purchased anything from MOBE, they became your customers for life. I thought this meant I had the potential to make thousands of dollars on just one lead over a period of a few years by just touching them only once at the beginning. The videos and other MOBE materials I received at the time kept emphasizing how I could make tens of thousands of dollars from each customer. I had to pay $2497 as a good faith deposit to continue, which I paid.

7. About halfway through the videos and the steps, I felt pressured by my coach to purchase the Titanium and Platinum masterminds. I would have liked to see all the videos first and learn more about the MOBE program, but only my coach could unlock those steps. If I did not buy up, I thought my coach would cut me off and drop me from the program. MOBE and my coach drove home the point that the commissions were basically money I am losing for not buying up to the Platinum and Titanium levels.

8. On or about January 14, 2016, I received a partial invoice for the combined Platinum and Titanium membership package. The total cost of this combined package was about $26,662, plus a 3% transaction or exchange fee. I arranged to pay for these memberships partly on my credit card and partly by wire transfer from my bank account.

**PX 8**

FTC-MOBE-000262

9.  About a day later, MOBE gave me a Platinum Mastermind Purchase Agreement for me to sign. This was the first time I was shown or told about this agreement. A true and correct copy of this agreement is attached as **EXHIBIT 2**.

10. I don't recall receiving a Titanium agreement from MOBE.

11. One of the features included with the Platinum or Titanium memberships was the chance to attend a MOBE conference at an exotic location, where there would be business training and networking sessions with successful business people and entrepreneurs. I decided to attend MOBE's Titanium mastermind that was being held on February 18 thru February 21 that year at Puerto Vallarta, Mexico. MOBE paid for my hotel accommodation but I paid the airfares for me and my son to go to Mexico.

12. At the Titanium event in Puerta Vallarta, I recall there being over 150 people gathered at the resort for that event. There were several conferences or seminars that MOBE organized at the resort during this weekend. Matt Lloyd and guest speakers were at the event. At some point during the event, I remember speaking with John Chow, who I understood was a top MOBE affiliate. Mr. Chow was talking about what a great program MOBE was to make money and become successful. I also recall briefly meeting Darren Salkeld, who was being recognized at this event as a top MOBE affiliate.

13. At around this time, I also saw a sales promotion video for the Diamond mastermind on MOBE's website, where Matt said that MOBE would "fly in our top videographers and photographers so we craft an entire branding package around them. I'm talking professional branding videos, professional photo shoots, the whole experience ready to brand them for maximum success." Matt Lloyd said in this video that a "good sales funnel could be literally worth millions of dollars and our diamond clients get that ….

**PX 8**

FTC-MOBE-000263

understand the value of having a high converting sales funnel that is going to bring them customers on auto-pilot. So that's why they make the investment and that's why they are here." I was led to believe that having a successful sales funnel was what was necessary to make money through MOBE and become a successful affiliate.

14. At the Titanium event, I attended a conference where Matt Lloyd was speaking and talking to us about the Diamond membership and why we should buy. There was a large audience at this session. Matt spoke about the even higher commissions we could make on each sale as a Diamond member. As a Diamond member, I would also get a high converting sales funnel that MOBE would build for me. As part of this sales funnel, MOBE would create a video webinar where I would speak for a few minutes and introduce Matt Lloyd, an email auto-responder, my own website, my own branded eBook, and my own video testimonial that MOBE would shoot and edit. Matt Lloyd said if we signed up for the Diamond right there, MOBE would throw in bonuses like 10,000 free "clicks," a chance to be in a video with Matt Lloyd that MOBE would shoot during the Titanium event, and gold coins.

15. Each night in Puerto Vallarta, MOBE also left us packets of materials to read in our hotel rooms. One of these packets was pitching the Diamond membership and reiterated what Matt Lloyd said during the conference. The promotional document explicitly said: "Diamond is much more intense than any other mastermind I've ever put together.... I Will Build A 'Million Dollar Sales Funnel' WITH YOU While You're There And We'll Launch It Before You Leave.... We will model your funnel after proven MOBE sales funnels that we've perfected over the years with constant testing and tweaking. This one single funnel could bring in MILLIONS of dollars for you – just like MTTB and so many

**PX 8**       **FTC-MOBE-000264**

of my other MOBE sales funnels have." This document laid out what I would get at each day of the 10-day Diamond Mastermind. A true and correct copy of this document is attached as **EXHIBIT 3**.

16. I knew that I had to move quickly to recover my investment in the Titanium and Platinum purchase, and I saw the Diamond Mastermind as the way to get me set up in just 10 days to make back my money.

17. In the same session where Matt was pitching the Diamond membership, MOBE had another speaker that came up to talk about how we could finance this purchase even if we didn't have the money. The Diamond membership cost $30,000 and I did not have the ability to pay such a high sum of money, so I was interested in what they had to say. We were ushered to the back of the room to sign up for the Diamond membership and to apply for this financing option the speaker was talking about, which was being offered through a company called "Credit Nav Funding."

18. They gave me a sheet outlining the steps needed to pull my credit report. The sheet was from MyCreditNav.com and titled "Personal Credit Evaluation Homework." A true and correct copy of this sheet handed out at the Titanium event is attached as **EXHIBIT 4**.

19. I went to the back of the room and filled out the application for the financing, but it came back declined for some reason. A MOBE representative helped me fill out the application. She suggested I use the credit available on my existing cards and open up more credit lines to finance the Diamond purchase. Since I did not have the money to pay for the Diamond membership in full, I took this advice. MOBE led me to believe I could recoup this money that I was borrowing from these credit card companies once I

**PX 8**                                                  **FTC-MOBE-000265**

became a Diamond member and received my sales funnel.  Instead, I just went into

further debt.

20. MOBE also handed out a document called "CREDIT CARD NEGOTIATION SCRIPTS"

at this time, which scripted how to speak to your credit card company and increase your

lines of credit to pay for my investment opportunity with MOBE.  A true and correct

copy of this script is attached as **EXHIBIT 5.**

21. I signed the purchase order for the Diamond mastermind during that session.  Soon after I

returned from Mexico, I began receiving repeated calls from a woman named Jennifer at

MOBE.  She kept asking me when I would be paying off the $30,000 (plus the 3%

transaction or exchange fee) for the Diamond membership.  By late March 2016, I paid

MOBE in full through wire transfer and through my credit cards.

22. In March 2016, I signed up for the upcoming Diamond mastermind scheduled for April

27 thru May 8.  I wanted to go because I thought I would get my sales funnel there and

leave with the "million dollar" funnel that MOBE was telling us about.

23. On or around March 9, 2016, MOBE sent me a diagram showing the different things that

were to be included in my sales funnel.  A true and correct copy of this diagram and

enlarged copies are attached as **EXHIBIT 6.**

24. Between March 9 and March 15, 2016, MOBE also sent me a Diamond Mastermind

"prework task list" with things to do and some scripts to review and practice before

arriving in Jamaica to shoot the videos.  MOBE gave me suggestions on what we should

talk about to tell my personalized story for the branding video, and promote Matt Lloyd's

Online Sales Machine, TTI or MTTB.  The pre-work task list suggested that I emphasize

the winnings or results from MOBE and what difference it made to my lifestyle.  A true

**PX 8**                    **FTC-MOBE-000266**

and correct copy of these pre-work documents and scripts from MOBE are attached as **EXHIBIT 7.**

25. The Diamond mastermind event took place in Montego Bay, Jamaica. MOBE covered the hotel fees and I paid for my own airfare.

26. In Jamaica, there may have been about 100 people that showed for the MOBE event. It was more intimate than the Titanium event that took place several months earlier. There was also a small group of MOBE insiders, like Matt Lloyd and a young man named Russell Whitney. I understood Russell Whitney was a MOBE sales representative.

27. At the Diamond mastermind, Russell Whitney spoke at a session where he spent two hours aggressively pitching and trying to get Diamond members to sign up for additional mentorship programs that would cost another $20,000. He said these additional programs would help get my sales funnel up and running. I was not interested because I felt this is what we had already paid for to be Diamond members. I tried to ignore him but he came over to call me out for not paying attention. I left feeling bullied.

28. MOBE also gave us several handouts at the Diamond mastermind pitching these expensive mentorship programs, which I kept with me. The titles of these handouts read in bold:

- "Attention Diamond and Platinum Members … Would You Like A 'Mobe Mentor' to help you create and launch your next product & sales funnel?"

- "Attention Diamond Members … Would You Like A 'Mobe Mentor' To Personally Coach You To A 6-Figure Income?"

- "Attention Diamond Members … I'm Looking for 6 Ambitious Clients Who Want to Launch Their Online Businesses To 7-Figures and Beyond"

**PX 8**                                        FTC-MOBE-000267

A true and correct copy of these three handouts is attached here as **EXHIBIT 8 (A thru C)**.

29. In Jamaica, MOBE did some photo shoots of me and other Diamond members, and shot a few videos.  Although MOBE now had the raw footage of the videos, it was still unable to deliver the sales funnel, the webinar, eBook or any of the other items at this event.

30. The experience was not what I was sold when they pitched me the Diamond months earlier in Puerta Vallarta.  Towards end of our 10 days in Jamaica, I asked when we could get our sales funnel.  Matt Lloyd said we would have them within a month from the time we left Jamaica, or by June 5, 2016.

31. In June 2016, I was contacted by Joshua Ellison, who was MOBE's Diamond Fulfillment manager at the time.  He said MOBE needed more "prework" in order to deliver the Diamond funnels.  MOBE came up with other excuses for the delay in delivering the Diamond funnel, such as a technical glitch.

32. In July 2016, I had an email exchange with MOBE's Traffic Coordinator, David Gilks, about the 10,000 free "clicks" that I was supposed to get for buying the Diamond membership.  I thought these "clicks" or email leads generated from these clicks would be quality leads and coming from people interested in home business or making extra money.  I later realized that MOBE was cycling the same leads and selling or giving them to multiple people.  A true and correct copy of my email exchange with MOBE is attached as **EXHIBIT 9**.

33. On August 12, 2016, Joshua Ellison said he was leaving MOBE and that Tammy Geerling would be the new Diamond Fulfillment manager.  He left with a parting note:

"FOCUS ON MONEY-GENERATING ACTIONS FIRST, EVERY DAY." A true and correct copy of this email is attached as **EXHIBIT 10**.

34. In September 2016, Tammy Geerling indicated in an email that my funnel was complete. A true and correct copy of this email is attached as **EXHIBIT 11**.

35. When I followed up with MOBE about the status of my funnel, I was very disappointed with what they showed me. The so-called "million dollar" funnel consisted of a short video with content that was obsolete, because MOBE had changed its product offerings by this time. There was no webinar, no website, no eBook, and no email auto-responder included in what I got. I became fed up with the constant delays, the run around and the excuses. I asked MOBE for my money back.

36. On October 11, 2016, I told MOBE that I would submit a refund request with my credit card companies on the Diamond purchase. I had a mortgage and mounting credit card bills because I listened to MOBE on how to finance my purchase. Tammy Geerling responded the very next day and told me I had 8840 free clicks left on my account and offered to have Matt Lloyd give me six free coaching sessions. She also asked me to speak to her and Steven Crick to "finalize my delivery." I told Tammy I was not interested in staying in MOBE and asked her again for the refund. A true and correct copy of this email exchange is attached as **EXHIBIT 12**.

37. On November 3, 2016, I had to write to Tammy Geerling and Matt Lloyd again as they were now ignoring my demand for the refund. A true and correct copy of this email is attached as **EXHIBIT 13**.

38. In late November 2016, Tammy told me she passed on my refund demand to another person at MOBE and gave me an email address to contact. I wrote to this person and

FTC-MOBE-000269

recounted my struggles, my frustration with their service, and my desire to be done with MOBE. This email also went unanswered. A true and correct copy of my email is attached as **EXHIBIT 14**.

39. I eventually submitted a chargeback request to the different credit card companies I used to finance my purchase. I was able to recover a fraction of what I paid from one of the credit card companies, but was unable to recover the rest. To this day, I have not made any money from MOBE or received a refund from MOBE. I have been in touch with others, including others that attended the Diamond mastermind and that were hurt by MOBE and trying to get their money back.

40. To add insult to injury, I continue to receive spam mail from MOBE and Matt Lloyd. In April 2017, I got an email from Matt Lloyd saying that MOBE was "giving back 100% of your tuition, if you qualify." Matt Lloyd claimed you needed to attend a live webinar to participate. I suspected this was just another tactic to get me to buy something else from MOBE. A true and correct copy of my email is attached as **EXHIBIT 15**.

41. In the end, I never received any commissions for becoming a Titanium, Platinum or Diamond member. MOBE never delivered the sales system or the expert sales team. MOBE never delivered the "million dollar" sales funnel. Rather than making money, MOBE has only put me in further debt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Jan. 17,_ _____ 2018.

Deana Hsu

# EXHIBIT 1

**FTC-MOBE-000271**



**Revealed Inside:** How You Can Profit From The Business Model That Took Me From Making $700/Mo To **$314,900.29/Mo In Less Than 1 Year**

I.M.

REVOLUTION

# I.M. REVOLUTION

## Legal Disclaimers

This handbook is presented to you for informational purposes only and is not a substitution for any professional advice. The contents herein are based on the views and opinions of the author and all associated contributors.

While every effort has been made by the author and all associated contributors to present accurate and up to date information within this document, it is apparent that technology rapidly changes. Therefore, the author and all associated contributors reserve the right to update the contents and information provided herein as these changes progress. The author and/or all associated contributors take no responsibility for any errors or omissions if such discrepancies exist within this document.

The author and all other contributors accept no responsibility for any consequential actions taken, whether monetary, legal, or otherwise, by any and all readers of the materials provided. It is the reader's sole responsibility to seek professional advice before taking any action.

Readers' results will vary based on their skill level and individual perception of the contents herein, and thus no guarantees, monetarily or otherwise, can be made.

PX 8

FTC-MOBE-000273

# I.M. REVOLUTION

## <u>ATTENTION:</u>  READ THIS IMPORTANT MESSAGE NOW...

From: Matt Lloyd

Dear Friend,

By joining **IM Revolution**, you have taken an important step towards financial freedom - but I want to let you know how you can take a GIANT LEAP.

Contained in these pages, is the **blueprint** to "do-it-yourself" and copy my business model... but that would take years and tens of thousands of dollars in investment.

You can skip all of that pain, suffering, and financial burden by partnering with me in the MOBE License Rights Program. Here's how it works:

**STEP 1:**  I license my **Top 4 Info-Products** to you. These are the "cream of the crop" – the tested and proven cash-generating winners that result in the most profits.

**STEP 2:**  I show you how to drive traffic to these offers quickly and easily.

**STEP 3:**  You get 90% commission on ALL front-end sales. Just 1 sale of each of these 4 products would result in $2,990.70 in commission paid to you.

**STEP 4:**  You get paid $1,250 for back-end sales (that's $1,250 for each additional high-end sale made to your front-end buyers!)

**STEP 5:**  Sit back and watch the money roll in. That's the reward for TAKING ACTION.

It's not uncommon for a single customer to buy $8,500 worth of products from me over a couple years. Most "gurus" would give you 50% of the front-end sale (instead of 90%) and you wouldn't see **one thin dime** of the rest of the money that came from YOUR customer.

However, when you join MOBE, <u>you can make thousands of dollars</u> off the same customer.

That's why this is so revolutionary. I'm flipping the normal affiliate model on its head and giving you <u>direct access</u> to partner with me in my million-dollar business.

Think of the **IM Revolution Handbook** as the door to success, and MOBE as the key to unlock that door.

When you join MOBE, I implement **IM Revolution** for you, so you don't have to. All you do is send traffic to my cash-generating products and I'll take care of everything else. ALL the selling is <u>done for you</u>. I will even show you several pain-free methods of driving traffic that anyone can do, regardless of their current financial situation or experience level.

---

**Private Coaching - www.tticoaching.com**

# I.M. REVOLUTION

As I mentioned before, my motive is not to squeeze you dry as an affiliate for a bunch of meager $97 sales and effectively end our relationship there. I am looking for long-term business partners that will generate consistent income for my company. In return, I'm willing to pay you very well as a PARTNER – not an affiliate. In the end, it's better for my business if I have a smaller group of <u>successful partners</u> rather than a bigger group of less successful affiliates.

**PLUS...**

When you join MOBE, you will get my **Top 4 Info-Products** for your own personal use ($18,988 value) thrown in absolutely FREE. (<u>Note</u>: These are the products you'll also be getting commissions on).

### My Email Marketing Empire ($2,997 value)

This program reveals how to a turn a mailing list into a non-stop ATM.

### How To Build A Funded Proposal ($3,997 value)

This system shows network marketers how to profit while they build a list of prospects for their downline - instead of losing money up front. (Network marketers are a great source of buyers... I know because I was one myself).

### Affiliate Bonus Domination ($5,997 value)

This program teaches a radical new way of using a mailing list to sell affiliate products. <u>Hint</u>: It involves a ***ninja technique*** for giving you the "extra edge" when promoting.

### The O.P.T. Formula ($5,997 value)

Using strategies made popular by the <u>4 Hour Workweek</u> by Tim Ferriss, this course will show anyone how to leverage "other people's time" and outsource their monotonous tasks for pennies on the dollar. This will make you "time rich" – so you can enjoy the time-freedom and lifestyle of the ultra-wealthy.

### BONUS PRODUCTS:

You will also get access to two additional bonus products.

### Traffic Masters Academy (A $1,997 value)

The only traffic program on the market that shows you what REAL affiliates and licensees have done to earn millions in documented commissions. Learn six traffic methods you can use to get new customers now: PPC (Pay Per Click), Video Marketing, Banner Ads, Pay Per View (PPV), Solo Ads, Blogging and two bonus traffic generators, Warm Market and Direct Mail. Plus get access to daily live webinars where you can ask all your traffic questions.

---

**PX 8**          **FTC-MOBE-000275**

# I.M. REVOLUTION

**MOBE Licensing Kit**: (A $1,997 value)

The MOBE Licensing Kit is an in-depth, but "easy to consume" training course that will leave you with the knowledge and expertise in licensing other people's products so you can make money without creating anything yourself.

## "This all sounds great, but how much does it cost to partner with you?"

Well, the amount of money you can make with MOBE is essentially limitless. Even just 2 sales of my "10,000 Leads" program in your first 30 days will net you $2,000 for the month. And <u>every single customer</u> you bring in could result in $2,000 to $3,000 (or more) over the next couple years.

Let's do some simple math. Take a look at the chart below and you'll quickly see the potential here. Remember, the numbers shown here are YOUR commissions.

| Front End Sales | Income | Back End Sales | Income | Total |
|---|---|---|---|---|
| 4 | $784 | 1 | $1,250 | $2,034 |
| 8 | $1,568 | 2 | $2,500 | $4,068 |
| 12 | $2,352 | 3 | $3,750 | $6,102 |
| 24 | $4,704 | 6 | $7,500 | $12,204 |

Now, this is just an estimate of *possible* earnings… but **you could potentially make $12,204 every single month averaging LESS than 1 sale per day**. That's more than some doctors and lawyers make! That's the **raw power** of this business model at work.

What would your life be like with that kind of income? That works out to $146,448 every year in extra income. What would that money do for you and your family? What would it do for your lifestyle and self-esteem to be able to afford nice things, buy a new car or bigger house, pay off your debt, and go on vacation when and where you want to?

I can tell you that my life has improved by **leaps and bounds**  - from "scraping by" mowing lawns to where I am now. And I would be justified charging $10,000 or more for licensing rights to my products… most companies DO charge over $10,000 to license just a <u>single product</u>. But, like I said before, my motive is to bring on enough quality partners to grow my business to over $150 million a year and beyond. And I can't do that by charging $10,000 up front.

On the other hand, I don't want "tire kickers" applying who will waste my time and my staff's time. So for that reason, I'm asking for a 'good faith' deposit of $2,497.

---

**PX 8**                    FTC-MOBE-000276

# I.M. REVOLUTION

Think of it as a deposit, because you will **make back** your entire investment in commissions within your first couple sales. It's been proven over and over again by beginners who joined MOBE, with zero marketing experience or technical skills.

## www.tticoaching.com

After you apply, one of my top consultants will give you a call to discuss your application (usually within 2 business days). In the meantime, I want you to go through the IM Revolution Handbook. Think of it as your homework before becoming a full partner in my business.

To Your Success,

Matt Lloyd

P.S. You'll also get EXTRA BONUSES if you act now.

### Bonus #1 – Lifetime License Rights

Most partnership licenses are temporary and can be revoked at any time. Even a franchisee operating a McDonald's has to repay every single year to have their license reinstated. I originally was only going to make this license available for one year, but I realized that if I want lifetime partners, I should offer a lifetime license.

If demand for MOBE keeps growing though, I may change my mind. So act NOW while the lifetime license is still available – you'll be grandfathered in for life if you join now.

### Bonus #2 – Personal Coaching From Me

You will get direct access to me through our Facebook Coaching Group. You can ask me anything – from my favorite places to advertise to how to get "backdoor deals" with major ad networks. I monitor this group **personally** and will answer most questions within 12 hours. I usually charge $5,000 a day for my time, so this bonus is the most valuable and the most likely to be eliminated in future versions of the program.

PX 8                          FTC-MOBE-000277

# I.M. REVOLUTION

**P.P.S.: This Opportunity Is Only Good For A <u>Limited</u> Number of Action-Takers**

Due to the extensive resources and time commitment we assign to each partner, we can only accept a <u>limited</u> number of licensees at any given time. There is also a natural limit to the number of partners the IM market can support. Think about it: if thousands of people were allowed to promote the same products we would cannibalize the market. That would hurt my personal sales and the long-term growth of my own business – which I won't allow to happen. So take advantage of this now... while you still can. Apply at the link below now.

## www.tticoaching.com

**PX 8**          **FTC-MOBE-000278**

# I.M. REVOLUTION

# What People Are Saying

*"My name is Andrea Goodsaid, I am a stay-at-home mom of three and I live in Gainesville, Florida. I recently became a licensee for Matt's program, and I wanted to share with you my results. In last 45 days or so I have made $15,396.40 in commissions for myself, and probably one of the most surprising parts for me of this whole process was the upsell effectiveness.*

*Matt and his team are doing an excellent job of closing sales on the backend and the good news is that everybody is happy with their purchases and the content itself is helping people to move forward with their online marketing.*

*So I highly recommend it. This is going to be a breakthrough year for me because of this program. Basically, I am on track to make more than $100,000.00 this year!  I am pretty excited about it. -* **Andrea Goodsaid, Gainesville, FL**

*"I saw Matt the first time on stage last year. He was giving a presentation for Jonathan Budd on Facebook strategies and I was really amazed by some of the information he shared because it was unlike anything I had heard before in this industry.*

*Anyway, a few months passed by and then he opened up his MOBE program to become a Licensee, which I did. I had my first consult with Matt just a little while ago and it was incredible. He really opened my eyes about what was missing in my business.*

*I made my first $500 sale pretty quickly. I'm already starting to see great results. I'm really amazed. Matt has a great sales funnels. Joining MOBE is the best thing I've ever done." -* **Raena Lynn, Nevada United States**

*"Matt Lloyd actually lives just up the road from me in Perth, probably just a 2 or 3 minute drive. I joined Matt Lloyd's MOBE program roughly 30 days ago and I've had some pretty impressive results without putting in that much effort.*

*I earned $2,910 dollars so far. Now that's a pretty handsome reward for the first 30 days in the program! But it gets even better, because I've only really been doing free and low-cost marketing strategies in the first month. I did one solo ad that cost me $55. And the rest of that is from Facebook events, which are free. I've also been placing advertisements on my blog.*

*So for a $55 investment, a $2,910 return is definitely impressive. And I haven't even put that much work into it. I've been involved in other projects so I haven't really focused 100% on this. If I had, the commissions might have been double or even more. The main reason why I've been able to earn*

---

**PX 8**                                                        **FTC-MOBE-000279**

# I.M. REVOLUTION

*these commissions is because Matt's sales funnels <u>convert</u> like crazy. They're proven funnels that just convert brilliantly and that's half the battle... to find the sales funnels that actually convert and then send as much traffic as possible. So big thumbs up for Matt Lloyd and his MOBE program. I've had awesome results with it so far and I'm really looking forward to working with Matt in future. If you join up as well there is no reason why you can't get similar results to what I've achieved in first 30 days." -* **Scott Dudley, Australia**

*"My name is David Gilks, I live in Western Australia. I am a family man and have a corporate job. I am pretty busy and I don't have a lot of time for developing my own products and sales force. So when I got chatting with Matt online and he mentioned that I could license his products and successful sales funnels, I was quite interested. I will admit I was also a bit hesitant because I really didn't know if I was going to make any sales, but I thought I'd try it anyway.*

*But I'm glad I did. Last Sunday I woke up, made myself a cup of coffee, and was sitting on the couch watching TV with my son. I checked my Facebook account and I had a message from Matt saying, 'Hey... you just made $1,200 bucks in commission.' As you can imagine, I was pretty happy. A bit later on in the day I had another message saying, 'Hey... you just made another $950 in commissions.' And yeah, I was pretty happy, it was awesome.*

*The funny thing is the day before I just booked a holiday to Singapore with my wife and kid and that was pretty expensive, so to make two grand the next day in commissions was pretty excellent. I highly recommend this program."-* **David Gilks, WA Australia**

*"I became a MOBE partner and the first week I made $3,000 dollars from sales through Facebook advertising and solo ads. Matt's funnel really <u>converts</u>. The opt-in pages have high opt-in rates, you're getting high EPC's, and estimated visitor value is higher than if you just do an affiliate offer.*

*Matt Lloyd's MOBE program is something that every new internet marketer needs if they're struggling to create high converting sales pages and solid processes. I would like to say thanks to Matt for giving me this opportunity to partner with you. I'm looking at results, and every day I'm just astounded. Thank you Matt. If you have a chance to work with Matt I highly, highly, recommend it." -* **Tony Opee, California USA**

*"My name is Peter Oliver and I am a professional photographer from Sydney Australia. I am now a licensee for MOBE products and in the first two weeks I've made over $1,200 in sales, and that's pretty spectacular. I have been in internet marketing for a while, doing a variety of things with limited results, including PPC (pay-per-click) for my photography business. So I am familiar with PPC but I had not used it on Facebook before. Matt actually showed me the best way of*

---

**Private Coaching - www.tticoaching.com**

**PX 8**                                **FTC-MOBE-000280**

# I.M. REVOLUTION

*approaching that. I have to say that's been a great lesson, because the click-through-rates on Facebook are actually a lot better than you'll find in other kinds of PPC advertising.*

*Matt's products have very high conversions compared with a lot of other things I've seen. So the attraction here is that MOBE products have a high conversion rate and 90% commissions."- **Peter Oliver, Australia***

# www.tticoaching.com

**PX 8**                         **FTC-MOBE-000281**

# I.M. REVOLUTION

# Contents

What People Are Saying.................................................................................................. 8

Contents ........................................................................................................................11

Introduction ..................................................................................................................13

**Who AM I And Why The Heck  Should You Listen To Me?**..........................................**15**
   "Why is selling high-ticket items the  quickest way to wealth?"...................................21

**The Reality Of Doing Business Online** ........................................................................**23**
   The Elephant In The Room .......................................................................................24
   The Typical Journey Of An Internet Marketer .........................................................25
   The Major Hurdles No One Tells You About ............................................................25

**What Is Affiliate Marketing?** ......................................................................................**27**
   The Benefits of Affiliate Marketing .........................................................................27
   Why The Odds Are Stacked Against  You When You Start Out...............................28
   "But What If I Focus On Getting Free Traffic?"......................................................30
   Buying Traffic Profitably!.........................................................................................31
   Calculating Your Average Visitor Value ...................................................................32
   How Traffic Really Works .........................................................................................32
   Case Study:  Over 2,000 Leads a Week From Affiliates Alone ................................33
   The 4 Leverage Points That Moved My Business  Up To Multiple 6 Figures ...................35

**The REAL Truth About Internet Marketing** ..............................................................**40**
   What The Gurus Won't Tell You ...............................................................................40
   Creating Your Own Products ....................................................................................41
   How Does A Million Dollar Sales Funnel Work?......................................................43
   Wait: READ THIS QUICKLY....................................................................................45
   What Does a Sales Funnel Like  This Allow Me to Do? ..........................................45
   This Entire Business Boils Down To:  How Much Money Can You Extract Out Of Your Leads?.46
   The Ultimate Leverage:  Having Your Own Affiliate Program................................47
   What 97% Of People Are Not Seeing In This Business! ..........................................48
   Where Should Your Focus Be?  What Actually Pays In This Business?....................48
   "But, Matt... where and how do  I get all these leads?".........................................49

**A Key Understanding For Buying Traffic** ..................................................................**53**
   Fixed Cost Vs. Performance Based Media ................................................................53
   The Alternative (And Virtually FOOLPROOF)  Way Of Making REAL Money Online ..................53
   What Is The Licensing Business Model? ...................................................................54
   Why Does the MOBE License Rights Program Work So Well?................................58

**Here's How The MOBE License Rights Program Works:**................................................**60**

---

**PX 8**        **FTC-MOBE-000282**