# I.M. REVOLUTION

Is the MOBE License Rights Program for Everyone? Of Course Not! Here's Who I'm Looking For: ........................................................................................................................................62

My Ambition with MOBE is Simple and I Believe It's Achievable: To grow into a company with $150 million in revenue a year and beyond........................................................................63

My Email Marketing Empire ..........................................................................................................63

How to Build a Funded Proposal ..................................................................................................64

Affiliate Bonus Domination ...........................................................................................................64

The O.P.T. Formula...........................................................................................................................65

BONUS: Traffic Masters Academy ...............................................................................................65

BONUS: MOBE Licensing Kit........................................................................................................65

Titanium and Platinum Mastermind ...........................................................................................66

My Top Tier Business (MTTB) .......................................................................................................69

**So What Happens Next?** ..................................................................................................................72

But Matt, how do I know the MOBE License  Program is right for me? Can anyone REALLY do it? ....................................................................................................................................................73

## www.tticoaching.com

**TTI Coaching is a private coaching program. We work with small business owners and Entrepreneurs to help them get the absolute best results from the MOBE top tier direct sales business opportunity.**

**PX 8**                                    **FTC-MOBE-000283**

# I.M. REVOLUTION

# Introduction

**Why taking the time to read this Handbook from start to finish may be the most important investment you make this year**

★ I'm going to reveal to you the biggest misconception of the Internet marketing industry that only 3% (the top earners) know about.

★ I'm going to give you the **4 Main Leverage Points** that transformed my business into a multiple six-figure income source, in less than 3 months.

★ You'll discover the <u>single reason</u> why you're not making as much money as you'd like in your business. And, I'll reveal the exact business model I'm using which is generating millions of dollars in cash each month...and how YOU can cash in on it too!

But before we begin, I want you take a look at this Facebook update I posted January 22nd, 2012, which went viral...

If it's too small to read the details, let me give you the gist of it.

I'd just crossed the $50,000 / month barrier in my online business.  Little did I know, over the next 9 days of that month, I'd actually reach $81,500 in revenue. Over the next 10 months or so, my business would scale up to doing $314,900.29 in October 2012.  It completely blew my mind, because I'd been struggling to make money online for years.

I remember leaving these not-so-wise words at the end of the post:

*"Whether you like it or not, in getting from Point A [making no money online] to Point B [making more money than you can spend], you're going to make a certain number of mistakes."*

My advice was "Start making them..."

I thought it was pretty good advice at the time. Now, I KNOW it's not true.



Matt Lloyd
January 22, 2012 near Perth, Australia

Today, January 22nd, 2012, I have officially crossed the $50,000 / month barrier in my online business (6 days before my 25th Birthday):

http://screencast.com/t/MQtlmDDP

It has not been easy... in fact, it's taken me 3 years, working non-stop. Not a single day has gone by where I didn't have a challenge. But, it has all been worth it.

Just 6 months ago, I told my mum I was going to get 50k / month... and, she told me i'd been 'brainwashed by all this get rich quick stuff' (she meant well).

Now, if you are curious as to how I did it... I'm hosting a webinar very soon, with Jonathan Budd. Probably in the next 2 weeks... and I'll be revealing the leverage points that were responsible.

If you'd like to get the invite to the webinar, join my list below:

https://www.myonlinebusinessempire.com/

Lastly... if you're at that stage in your business, where nothing seems to be working, and you're not yet making money... hang in there.

Persistence is key. I'm not talking about a stubborn kind of persistence where you keep doing the same thing over and over expecting a different result.

But what I am talking about, is going much further than the average person is willing to do.

If you want what 99% of the population will never have... you've gotta be willing to do what 99% of the population never will.

Whether you like it or not, in getting from Point A to Point B, you're going to make a certain number of mistakes.

My advice? Start making them...

**PX 8**                                          FTC-MOBE-000284

# I.M. REVOLUTION

The truth is, when you find someone successful, you can emulate him or her and gain success much faster than if you go it alone. That's the purpose of this Handbook - to save you from making the same costly mistakes that I did. Everything I'm about to share with you has been discovered through years of painful (and expensive) trial and error.

If you want things to change your life for the better, make more money, and spend more time with your friends and family ... then you need to read this Handbook closely from start to finish.

So, switch off all distractions and go somewhere quiet for the next half hour so we can get started.

**PX 8**                    **FTC-MOBE-000285**

# I.M. REVOLUTION

# Who AM I And Why The Heck Should You Listen To Me?

Let's take it step by step

My name is Matt Lloyd. You may not believe it, but the little online business I started out of my bedroom back in November 2008 has generated millions of dollars PER MONTH.

Just like everyone who desired a better lifestyle, I started marketing online in 2008, with a dream of making money quickly. I saw an ad online that read something like this:

> *'Make $5,000 a week working*
> *just 2 hours per day'*
> *www.getmoneyhere.com*

During this time, I'd set myself a target of having $100,000 by the end of the year. I was obsessed with this goal.

I printed off several pieces of paper that had lines from top to bottom with the same sentence written repeatedly:

### "I will have a net worth of $100,000 by the end of 2008."

In most motivational books, the authors recommend your record your goals and tape them somewhere visible. I took that advice and stuck those pages on the walls of my apartment, on the bathroom mirror, next to my computer, on the ceiling above my bed, etc.

At the time I was a university student, making my living mowing lawns and clearing weeds. I was renting in one of the wealthiest parts of the city, so I was lucky to clear $600/week. At the rate I was going, there was no way I would reach my $100,000 target. It just wasn't realistic.

So when I read that ad, I decided to check it out.

The next day, I got a call from the site owner, who invited me to a company presentation for what he called a "business opportunity." I went and listened to their persuasive pitch selling me an idea on how to make a lot of money... Guess what? I took the plunge and left there $2,000 poorer.

---

**PX 8**                                        **FTC-MOBE-000286**

# I.M. REVOLUTION

Soon after, I attended a company event in Sydney. The founder of this company was a persuasive speaker. He explained how I could make more money. (Now, mind you, I'd made NO money yet, but he hooked me.)

Three products were presented to me. Of the three products (of which I only had the first), I needed to have the second (priced at $9,000) in order to make $5,000 commissions and the third (priced at $15,000) to make the $9,000 commissions. In other words, if I didn't have the remaining products to sell, I would miss out on the big bucks.

At the end of the pitch, everyone in that entire room scrambled to the stage to get in on this new opportunity. Only two people stayed in their seats.

One of them was me. Yes me, Matt!

Imagine me dropping a whopping $24,000 all at once. That was a huge deal to me at the time… that was a lot of lawn mowing! But one week later, after really thinking it through, I decided I was either all in or not in at all. So with some apprehension, I wired this guy $24,000 of my hard-earned cash. I was petrified!

I almost went broke because of this decision. The exchange rate was not in my favor considering where I live, so I ended up paying close to $40,000 through wire transfer.

Fast-forward nine months later and I hadn't made a single measly dollar. As a result of my investment, I quit my final year of college to devote my time and brain to getting rich online… but had nothing to show for it but a bankbook with a big $40,000 debit.

The stress was too much for me and I became clinically depressed. I started taking the anti-depressant Zoloft to help me cope. My loved ones were concerned. They thought my dreams about getting rich online were a joke. And, as much as I hated to admit they were right, I was starting to believe them.

But then a miracle happened…

Late 2009, I got my first sale… a young lady in South Australia bought through me, and I made a $1,000 commission!

I still remember waking up and seeing that commission notification on my phone… I was ecstatic!

Now, I didn't get to keep all that $1,000, since I'd built up a debt from advertising on Google, and they'd been coming after me with threatening legal letters for months… so I used the money to pay them off.

But still, I'd now proven to myself it could work.

---

**PX 8**                                      **FTC-MOBE-000287**

# I.M. REVOLUTION

About three weeks after that, I got another sale from a different buyer. And, then, my next sale – sales began to trickle in and my quest to build an online business was starting to materialize. I was getting smarter and analyzing what people wanted. This is key to your success when you join MOBE.

For example, if someone wanted a website, I could build them a basic WordPress site and have it up and running in a few hours. Or if someone needed email sequences, I could do that too. I had enough Internet Marketing knowledge that I created my first info-products quickly. Within a year, I had 14 of them, including:

## My Email Marketing Empire

You may have heard the saying, "The money is in the list," but do you know what it means? Does it mean that once you collect people's email addresses and start sending a series of follow up emails that you start making money?

No, that's not the way it works. When you download "My Email Marketing Empire," you'll not only discover how to build a list at lightning speed, but also how to communicate with your list members to create loyalty. Then, when you send an email, a lot of them open it, visit your site and purchase the product.

## How To Build A Funded Proposal

Have you ever thought about creating an information product that creates positive cash flow fast, and delivers utmost value to your customers? What about educating your prospects/customers into joining your business opportunity?

Downloading "How To Build A Funded Proposal" gives you access to an 8-module course where you will master how to create a simple info product, the simple processes involved in setting up a lead capture page, a sales letter, a payment processor (yes, you can use PayPal), how to get leads and convert them into customers AND finally how to recruit your customers into your business opportunity.

## Affiliate Bonus Domination

Do you really want to learn the "A to Z" of making huge commissions through affiliate marketing? Then you need to download the "Affiliate Bonus Domination."

It doesn't matter how long you've been trapped in the sea of "no-sale," the knowledge you'll gain from this blueprint will allow you to dominate the competition and make MONEY.

## The O.P.T. Formula

If you want to make a six-figure income online, then you've got to learn how to leverage the efforts of others. Using other people's time can get you started on a profitable business model and make a killing.

---

**PX 8**            **FTC-MOBE-000288**

# I.M. REVOLUTION

This step-by-step guide will show you how to DO the most important things in your business, and outsource the rest at a very cheap rate, while getting the maximum benefit.

Today, they sell like hotcakes, but back then I'd be lucky if I made a sale a day, making a few hundred bucks apiece. Every so often, I'd have days where I'd make $500, and got excited thinking that if I did this every day, I could be earning $3,000 a week!

And I actually did. Then it got to $5,000, and then $10,000. And so on. The feeling is inexpressible.

By March 2012, I'd made over $120,000 in a single month. The day I added it all up and saw that six figure sum staring me in the face was one of the best days of my life. All those sleepless nights clunking away on my keyboard in the hope of making money had finally paid off. I was now making money faster than I could possibly spend it.

My loyal list members were very curious to know how I'd made my money and begged me to do a live speaking gig. I was terrified of public speaking, so I resisted doing a live event for a long time. But in May 2012, I finally gave them what they asked for.

**Lesson:** Always give your list members exactly what they ask for. No more, no less.

I held my first live event in San Diego and called it "Online Income Revolution." I wanted to limit the number of attendees. (Remember, I was terrified of speaking in public!) I set the admission price at a hefty $1,000 per person and put 56 folks in the seats.

See the few photos below:



As I began to see results from my live events and the partners who were joining me, I wanted more for me and for them. I saw a huge challenge with commissions being too small in our industry. Rising costs of traffic made it hard to scale up to the level I wanted. Very few products had ever gone above $1,000 in commissions. Why not?

**PX 8**                    **FTC-MOBE-000289**

# I.M. REVOLUTION

I started to think about what high value product I could offer that would be worth a much higher price point, $5,000, $10,000, or even $15,000 that would pay out huge commissions in the thousands.

The seed of an idea began to germinate. (Hint: In your quest to make money online, don't toss away any idea. Any idea no matter how small is a good start. Percolate on it and you'll be amazed where it might lead you.)

This got me thinking about events, and how they were useful... but what if we host series of events in exotic locations and made them holidays too? Like Fiji, Cabo San Lucas, or Costa Rica? What if we flew in the **best and brightest minds in marketing** to speak at these getaways?

The idea excited me, and became my three-day Titanium Mastermind program. It's been updated a few times since I first launched and now it delivers a powerful punch for your business.

## Here's the Updated Titanium Mastermind:

★ Earn $3,300 from each sale closed by my expert sales team

★ Enjoy a 4-Day and 3-Night Marketing Retreat in an all inclusive exotic resort at locations like The Bahamas, The Dominican Republic or Cabo San Lucas for you and your guest

★ Complimentary access for you and a guest to 3 new events, called Titanium Traffic Summit, Titanium Conversion Summit and Titanium Leverage Summit



★ Close the deal yourself and earn an additional $1,500 commission (Total: $4,800 per sale!)

★ Make six figures off only 25 sales per year

**Platinum Mastermind** (one of my top level programs that pays $5,500 commission per sale) came about because people were making so much with Titanium and my other programs that they now needed to learn how to **manage and protect their newfound wealth.**

This 5-day retreat in locales like Costa Rica, Curacao and Fiji covers every facet of becoming a millionaire from top to bottom, offering a truly life-changing opportunity for attendees.

Do you know that because of these products and my expertise in this field, my company—MOBE— is on track to make **$150 million** this year?

---

**PX 8**                    **FTC-MOBE-000290**

# I.M. REVOLUTION

## Take a look at the updated Platinum Mastermind:

★ Earn $5,500 from each sale closed by my expert sales team

★ Enjoy a 6-Day and 5-Night Wealth Building Retreat in an all inclusive exotic resort at locations like Costa Rica and Curacao for you and a guest

★ Complimentary access for you and a guest to 5 new events, called Platinum Stock Investing Summit, Platinum Real Estate Investing Summit, Platinum Precious Metals Investing Summit, Platinum Asset Protection Summit and Platinum Money Mindset Summit

★ Close the deal yourself and earn an additional $2,500 commission (Total: $8,000 per sale!)

★ Make six figures with only 17 sales per year!

Below are some photos from our recent masterminds. As you can see a LOT of people made the substantial investment for these high-ticket programs.



I know you're probably thinking,

## "Matt, that's great for you, but how can I start getting those numbers for myself?"

We'll get to that in a moment, but I want you to understand that everything I'm about to share with you here is based on experience, not theory. And that I've been where you are right now.

I know what it's like to be making absolutely NOTHING in your online business... to have your friends and family think it's a joke... and to have those thoughts yourself.

PX 8                 FTC-MOBE-000291

# I.M. REVOLUTION

But more importantly, I know **the exact steps you need to take right now** to turn it all around. I can't promise you massive riches, but I can promise you'll learn some very exciting and profitable strategies for making a good living online.

## "Why is selling high-ticket items the quickest way to wealth?"

I know what you're thinking, but there's no shortcut to becoming wealthy. You still have to climb your way up the ladder, but high-ticket items CAN actually deposit a lot of money into your bank account very quickly.

Do you have any idea why $2,000 + programs I've created like "10,000 Leads in 100 Days" and "MOBE License Rights" has made the bulk of our sales? (About 75%)

It all comes down to simple math: **Big Prices = Big Profits.**

And with Platinum and Titanium, you are promoting (*but not selling*) a valuable and high-priced program to put thousands of dollars into your pocket with each single sale.

Make no mistake; any business model that requires you to sell a particular product isn't worth it. Selling is not your job. You're just a middleman. Your job is to educate potential buyers on what the product entails and why they should embrace it.

This is a program we've waited to put together for a very long time because I had to be absolutely sure I would get it right.

You see I started off in something very similar back in my college days.

Remember when I told you that I invested nearly $40,000 to join a high-end direct sales program? I explained that **I completely wiped out my life savings and spent the next six months fighting tooth and nail to get it back.**

I finally made my money back and started earning the cash I expected by using their system. Nowadays, I'm doing very well for myself and my own company is projected for **$150 million** over the next year.

That's because of high-ticket products.

However, I kept asking myself this very question, "Why was it so hard to succeed the first time?"

I had thought about it and realized that most high-end direct sales programs put the entire burden on you and that is not how I do business with anyone. In fact, I don't think business should be done like that.

---

**PX 8**                    **FTC-MOBE-000292**

# I.M. REVOLUTION

When I created programs like Platinum and Titanium Mastermind, I put **certain unbreakable rules in place**:

★ You never have to get on the phone or sell in person. Huge commission checks would come your way when my in-house sales team closes deals for you.

★ You get paid quickly (in less than two weeks).

★ You receive unlimited support and training to make absolutely certain you succeed.

When I first discovered this type of business — before I created my own programs and products —you had to complete the entire sales process yourself... including finding the leads, emailing the leads, getting them on the phone several times, and collecting payment information. *Finally,* you would get paid if nothing went wrong.

That is way too much pressure for *anyone* to handle. Can you see why joining MOBE is so paramount to your online business success?

PX 8                    FTC-MOBE-000293

# I.M. REVOLUTION

# The Reality Of Doing Business Online

The first thing you should know is that just about every internet marketing guru only gives you about half the story.

For instance, if you go to Clickbank.com, and look in the E-commerce section, you'll see what I call "the dark side" of Internet marketing. A whole bunch of people talking about how easy it is to make money online... how they've discovered some "push button software" that makes $15,434 a week... and how you can do it too, if you'll just pay them $37.00.

We've been deceived by those "dark side" marketers for a long time.

You don't need an acclaimed guru to make six figures. You need a **proven system**, where you can predict your success even before stepping out. Video sales copy can be deceptive. That's why when you watch some mediocre product videos you may be tempted to buy. I've been tempted, too.

But here's the thing... you and I know that most of these guys don't make money doing the things they teach. They make money by selling "how to make money online" stuff.

That's it.

The reason they're able to make so much money with it is because they're all trading/sharing their lists with each other.

It's a fact that these so-called gurus tend to have lists in the hundreds of thousands of names, and all they do when they release a product is promote each other's stuff to their list. You may not believe it, but the majority of these gurus often know little about lead generation and communicating value to their target audience. They just share the same customers over and over again, and because they're all promoting one course at the same time there is massive social proof. I just let you in on the greatest secrets they cherish— now you know better.

The truth is, building an online business is very hard work, and it's rarely as easy as the gurus make it out to be. Now don't get me wrong, of course there are shortcuts and easier ways to make money online than being stuck to your computer forty hour a week. Joining MOBE as a licensee partner is one of them.

But, if you're going to go down the traditional route of making money online (like I did, and which I don't recommend) there will be times when you find this really hard.

---

**PX 8**                                              FTC-MOBE-000294

# I.M. REVOLUTION

## The Elephant In The Room

The internet marketing industry is <u>littered</u> with failures... yet you'll rarely hear the gurus talk about it. In fact, ***97% of people who get started online fail.*** Shocking I know, but industry figures show that the chances of success are less than 3%. Can you imagine that? Anyone who tells you that Internet Marketing is easy is lying to you. It's hard work. And if you don't know what's really involved, take a tour with a typical Internet Marketer...

*Let's meet John.  One day, John is surfing the Internet.  Out of the corner of his eye... he sees a little ad that says:*

*"I Make $5,000 / Day From Home.  Click Here To See How"*

*John ends up buying whatever product is being sold, and he's very excited, convinced he is soon going to get rich. So he starts spending an hour a day in front of his computer, working on his business.  He sets up his first blog... he starts writing some articles to try and get some traffic... he learns what an email auto responder is.*

*Then he starts playing around with some affiliate marketing. At this stage, John's wife and friends think he's bought into some 'get rich quick' scheme, and don't really think he'll ever make money with it, but let him go.  A few jokes are told... but John is determined that this is going to work. So, he keeps plugging away.  But soon, John starts to get a little overwhelmed.  There's just so much to learn and do.*

*He has to figure out how to set up a WordPress blog...  how to do FTP... how to set up an email auto responder. Then, he has to figure out how to drive traffic – PPC, CPA, PPV, newsletter marketing, joint ventures, article marketing, SEO, reciprocal links...*

*There's just so much to do that John starts to feel out of his element. He spends hours glued to his computer trying to figure it out, while his family and friends are concerned he's been conned and his new business will never work. A few months in and he still hasn't made any money, and is now starting to think his family is right. The worst thing is that if John had known what was involved in the first place, he would never have signed up.*

*6 months later, John has yet to make a dime online and is angry, frustrated and feels like a failure. He's lost time and money and is ready to call it quits.*

**PX 8**                                           **FTC-MOBE-000295**

# I.M. REVOLUTION

## The Typical Journey Of An Internet Marketer…

Perhaps you can relate to John? If you can, I've got some bad news for you - **If you keep doing what you're doing and don't make any changes, you'll continue to stay stuck.**

Like I said, 97% of people in Internet marketing don't make money, and that's because they're focusing on all the wrong things.

The **Internet Marketing Myth** that everyone can get rich quick is what I call "the elephant in the room." It's a reality that no one really seems to want to address and no one has been able to find a solution to… until now.

The truth is that if you've been struggling to make it online - and you're not yet making the kind of money you'd like - it's not your fault, because you've been misled.

You've been told that this business is all about getting more traffic. In fact, it's about something entirely different.

## The Major Hurdles No One Tells You About

When you're new, you don't know how to create an offer.  You don't know how to write copy. You don't know how to create your own info-products. And like most newbies online, it gets pretty overwhelming when you have to learn all of this. Unless you're willing to put in a solid 10 hours a day for at least a year, you don't stand a chance- there's way too much to learn.

It's a tough path to go down, and one that very few people succeed in. In one way, I was lucky when I started out – I was just 21 years old with no commitments, so I had a lot of time on my hands, which is something that most people don't.

When you have any products you sell online, you have to go through a series of steps FIRST before you can turn cold traffic into warm leads and then hot buyers…

★ Drive traffic to a squeeze page, which collects the names and email addresses of every person who opts into your list.

★ Send a series of emails to pre-sell traffic and make them receptive to your products.

★ Create webinars and trainings to sell them on your product.

★ Create email sequences to promote those webinars and trainings.

★ Send your pre-sold leads to a sales page to convert leads to buyers.

This process is known as a sales funnel. A sales funnel needs squeeze pages, email auto-responders and sales pages.

---

**PX 8**                                          **FTC-MOBE-000296**

# I.M. REVOLUTION

Here's the catch... you need to be a superb copywriter to write them (which can take years of practice and study) or you need to hire a copywriter. A good copywriter can charge thousands of dollars for just ONE component in this sales funnel.

Once the copy is in place, you then need to know how to setup and integrate systems so it's all automated.

This process is such a hurdle for newcomers to overcome that many people opt to find someone who already has a proven product and drive traffic to their website for a percentage of the sale (usually a 30% to 50% commission). This model is known as "affiliate marketing."

PX 8                    FTC-MOBE-000297

# I.M. REVOLUTION

# What Is Affiliate Marketing?

Affiliate marketing is a business model whereby you (the affiliate) promote other people's products to potential buyers. When a sale is made, you earn a commission. The commission is usually 30% to 50% especially on sites like Clickbank.com and Clicksure.com.

Affiliate marketing can take several forms. In fact, a lot of us started our online businesses promoting other people's product for a cut. It can be profitable for newbie marketers and comes with a lot of benefits.

## The Benefits of Affiliate Marketing

1. It does not require a sizable investment on your part (the affiliate). This means you can get started today and start making money. The affiliate marketing program provides an easy way to create additional sources of income for website publishers and owners. Marketing banners of merchants' products generate instant sales wherein you get a commission.

2. The affiliate (you) does not have to bother about customer service, bookkeeping and accounting, and refunds since in affiliate marketing, the merchant (product owner) takes care of everything. All you are required to do is pre-sell the buyer and lead them to the sales page.

3. As an affiliate marketer, you're your own boss and can work at your pace. No matter where you currently live or the situation of your country, you can work part time, full time and make ENOUGH money to live a worthwhile life.

4. An affiliate doesn't need to quit his/her job as yet. You can combine your present job and use affiliate marketing income to supplement your income. Even while on holiday or vacation, with your laptop connected to the Internet, you can earn enough income to live the Dot Com Lifestyle.

*...And so much more*

What about disadvantages? Ten years ago, affiliate marketing was a valid option for Internet marketing beginners. It was easy to make some real money. You would sign up for Google AdWords, start sending traffic to your affiliate links, and get paid consistent commissions. It was interesting and still is, but you've got to do it the right way.

At the time, clicks that were worth dollars cost only pennies. Then Google shut down the entire affiliate marketing industry with their famous "slaps." In addition to Google changing their rules, steadily rising traffic prices make the whole process a lot more expensive.

---

# I.M. REVOLUTION

Without cheap traffic, the affiliate marketing model breaks down. It's just not profitable to pay high prices for traffic for the volume of sales it creates.

Example: You might have to spend $200 on traffic to make a $300 sale, but what happens if the price of traffic rises, which it already has.

Increased competition pushes up traffic prices and the Average Cost Per Click (CPCs) rises...



You are unlikely to make a decent profit, eliminating any benefit from the time and money you have invested.

The only way to benefit is when you have a high converting sales funnel that takes the traffic, engages the prospects and converts them to customers. If not, your success online is driving on a shaky bridge.

The best way to make a six- or seven-figure income online is to create your own info products and your own sales funnels. Though this is highly profitable, it's also the hardest, most expensive and most time-consuming way to make money online.

## Why The Odds Are Stacked Against
## You When You Start Out...

Many people will not succeed online because of the challenges, the roadblocks and the new things to learn:

### Write Good Copy

You might need to learn how to write persuasive sales copy. Your target audience has money to spend on your products, but if you don't know how to ignite the fire in them – no purchase can

---

# I.M. REVOLUTION

be made. That's why copywriting is of utmost importance. If you can master this single skill, you're guaranteed success online.

But do you have all the time in the world to learn copywriting?

## Create Product

You know that creating your own product will generate more income for you, right? Yes, affiliate marketing works but you may have to work harder to keep your commissions alive. That's why you need to learn how to create your own information product.

## Create A Sales Funnel (squeeze page, sales page, email follow up, etc.)

The sales funnel is so essential to your online business success. Beginners usually find it difficult to create squeeze pages to start building their email list. While "the money is in the list," you need to create a lead capture page first, not to mention email follow up letters.

Having a list of potential buyers is one thing, persuading them to buy your product is another thing. It's a skill you must learn — but how would you do that if you were still new to the industry?

## Setup A Merchant Account

To sell your digital products online, you need to learn how to apply for and set up merchant account to process credit card payments, initiate refunds and process chargebacks. You'll also need to recruit an army of affiliates. There are lots of resources online to guide you in this respect when you're ready. Just Google it and you'll have access to thousands of training.

## Integrate Shopping Carts With Your Email Auto Responder And Payment Gateway

You need to be a technical nerd before you can easily integrate your email auto responder and the payment gateway. Of course you can learn how to do it, but be prepared to invest a lot of time in trial and error before you nail it.

## Handle Customer Support

Customer Relationship Management is an aspect of your online business, in which you should invest quality time. That's because if your customers are not satisfied, you're truly not in business. Do you have a phobia for speaking with people on phone? What about engaging with customers in order to find out what their challenges are?

The truth is customer support is really simple and fun if you know what to say and how to say it. But don't worry because we have a lot of training and resources to guide you in this area.

---

**PX 8**                                    FTC-MOBE-000300

# I.M. REVOLUTION

### Deal With Refunds And Chargebacks

What if a buyer asks for a refund, do you know you can rectify the ugly situation amicably and still retain the customer? That's a skill you've to learn. But how can you master it when you're new to the game?

### Constantly Split Test Your Offers

How do you determine the best offers that potential buyers want? Split testing is what makes the difference between information marketers who make millions in sales and those who struggle to pay their bills.

When you're starting out, you don't know how to split test or the tools needed to make it work. You have to learn all of that and it's a big challenge that can discourage you from continuing. But you don't have to... we have the solution for you.

### Set Up Automated Webinars

One powerful way to position yourself as an authority, drive targeted traffic to your offers, build a loyal list of subscribers and make more money than you can spend is to host webinars.

Better yet, automate the webinars so that its operations run smoothly, while giving you the results without your direct effort. How do you automate your webinars? The funny thing is that most experts don't even know how to do it. What they usually do is to "outsource" the work to professionals.

When you join MOBE as a licensee, you'll join our mastermind group to learn outsourcing and how to profit BIG using other people's time (OPT).

### ... and the list goes on.

These things can take years (and a lot of money) to master — and in the quest to master these things, 97% of people will fail.

## "But What If I Focus On Getting Free Traffic?"

FREE traffic is a myth.

Free traffic requires a lot of time, and time is money. Let's say you want to do SEO and spend 2 hours a day writing articles for the next 3 months, trying to get ranked in the search engines. You will have spent 180 hours of your life on this task.

The amount your time is worth is proportional to how much you want to earn. If you want to earn 1 million dollars a year (which is $84,000 / month), then you need to value your time at about $350 / hour, minimum.

---

**PX 8**                                    FTC-MOBE-000301

# I.M. REVOLUTION

So in reality, those few hours a day spent writing articles for 'free' are NOT really free- they actually cost you thousands of dollars.  And if you target the wrong keywords, it's all worthless anyways.

The point is there is NO SUCH THING as free traffic.  ALL traffic has a cost, which means you CANNOT buy traffic profitably. In reality, if you want to make a REAL living online, it's not about buying cheap traffic. It's actually about...

## Buying Traffic Profitably!

**Making money online really boils down to this:**

# TRAFFIC + CONVERSION = SALES

Most people (especially newbies) think it's:  Traffic = Sales

This could NOT be further from the truth.

Here's a real life example. In 2000, Pets.com went on a traffic rampage... they spent millions on Superbowl ads... and went bankrupt within 12 months.  Why?  They were paying roughly $270 per customer to get traffic, but only monetising that traffic to the tune of about $75. There was more being spent than coming in. More traffic wouldn't have helped unless it was paying out $270 per customer. Unfortunately most entrepreneurs make this deadly mistake and don't even know it.

Traffic is NOT the most important factor. Your focus should be on building websites that convert that traffic into sales.

*"You have to be able to take the traffic your marketing machine pulls in and send it through a sales process that makes it more valuable to you than the value the market placed on it.  And if you don't have that capability yet, then you need to make some changes." - **Rich Schefren***

**Note:** As part of the MOBE program, you will receive my bonus training program ***"Traffic Masters Academy"*** which will show you how to easily get qualified traffic from sources like Blogging, YouTube, Facebook, Pay Per View, Google and more. You will also get access to daily live webinars with traffic coaches who are there to answer all your traffic questions and point you in the right direction!

**PX 8**

**FTC-MOBE-000302**

# I.M. REVOLUTION

## Calculating Your Average Visitor Value

### Average Visitor Value = Gross Sales / Unique Visitors

Also known as: *Earnings Per Click* (EPC)

Your **average visitor value (AVV)** *is the maximum you can pay for a visitor to your site and **still break even.*** Unless you know these values, you cannot make informed traffic buying decisions. Any traffic you buy will be based on intuition or hope.

And, before you can build a six figure online business, you must eliminate every trace of assumption or guesswork from your marketing activities. Having met with successful entrepreneurs at our Home Business Summit and other Business Events around the world, it's clear that they were CERTAIN about their future and how they got to where they are right now. It's a conviction beyond doubts and self-imposed policies.

Here's a good example of <u>Average Visitor Value</u>: Let's say you send 100 unique visitors to your site. And from those 100 visitors, you get just one sale for $100 (a conversion rate of 1%).

To work out the average visitor value of your site, simply take your gross sales and divide it by your unique visitors for the same time period.

So take $100 and divide it by 100 unique visitors and you are left with an average visitor value of $1.

That means that on average, every visitor you got that day was worth $1 to your business. If you are spending less than your AVV to acquire leads, you have the beginnings of a profitable business. If you are spending more, you do NOT have a sustainable online business.

## How Traffic Really Works

Wanting to make millions online requires that you set your heart on travelling the path to achieve that goal. It's easy to get carried away by the icing on the cake and forget the cake itself. Whatever your goal is this year, and where you **SEE** your online business getting to in the next few years, you need to understand that...

The two formulas for making money online are:

**1. Targeted Traffic + Conversions = Sales**

**2. Sales > Ad Expenditure**

So what happens when you send traffic to your offer and get no sale? You need to check for a couple of inhibiting factors.

# I.M. REVOLUTION

The first and most obvious factor is that your traffic isn't "targeted." By that, I mean the people you sent to the offer aren't interested.

Second, the offer you're promoting lacks the persuasion. In other words, the product/service didn't touch the hearts of the prospects when they came across it. Prospects refused to place an order even though they needed the product. In that case, you've got to revamp your copy or get a new product. Period!

In a nut shell, if you have no conversions, then:

<p align="center" style="color:red"><b>Traffic + ZERO Conversions = ZERO Sales</b></p>

Any number you get for traffic multiplied by ZERO is STILL ZERO.

If you have no conversions, traffic is worthless. BUT, if you have conversions — you'll have all the traffic you want, because affiliates will always send their traffic to whoever pays the highest price for it...

In our industry, those best at converting traffic have made the most money. Present company excepted, these superstars include, Jonathan Budd, Mike Dillard and Anne Sieg.

Since everyone wants to monetize traffic, where do you think top affiliates send traffic?

To people like me, Mike Dillard, and Jonathan Budd.

## Case Study:  Over 2,000 Leads a Week From Affiliates Alone

I spent 3 years and $150,000 fine-tuning my sales funnel to maximize converting traffic into sales. Everything changed when I realized it's not about cheap traffic, but about monetizing the traffic you're already getting. The money coming in can be reinvested back into the traffic while making a profit in the process.

You have to be earning MORE than what the traffic COSTS - (known as a "**funded proposal.**")

# I.M. REVOLUTION

**Another Way To Look At It: Imagine Your Website Is Like A Vending Machine...**

 

Imagine you find a vending machine. You put in $2... but instead of getting a Coke, you get $1.80 in change. Curious, you repeat it and get $1.60.

And then $1.55... and each time you put money in you're losing 10%...

Would you keep putting money in all day? Of course not!

Now let's pretend you went to another vending machine and this time when you put in $2, it gave you $2.20 back. Feeling happy about your good fortune, you put the $2.20 back in and it gives you $2.40. You do it again and this time it's $2.65.

In essence, you're getting 10% more than you put in each and every time. For every $1 you feed it, it gives you back $1.10. In this case, you would stand there all day putting money back in and getting more money back out.

**Now Let's Go Back To Your Website:**

The money you spend on getting traffic to your website is like putting change into a vending machine.

Example: You put in $2, which buys 4 clicks. The sales you make from that traffic (your average visitor value) is like the change the vending machine gives back.

Your job is to turn your business into a vending machine that gives you back more money than you put in.

In other words... **Maximise Average Visitor Value And Never Stop Improving It.**

The "Holy Grail of Internet Marketing" is when the average visitor value is MORE than the average cost per click. The formula looks like this:

**PX 8**            **FTC-MOBE-000305**

# I.M. REVOLUTION

## Average Visitor Value > Average Cost Per Click

Once you reach this point, you can scale your business as fast as you can spend money on buying traffic.

## The 4 Leverage Points That Moved My Business Up To Multiple 6 Figures

The chart below shows the 4 months between September 2011, and January 2012, when my online income skyrocketed from $7,777.00 to $79,999.41.

| Date | Referral partner id | Num payments | Num credits | Income | Credit | Monthly total |
|------|--------------------|--------------|-------------|--------|--------|---------------|
| January 2012 | 538 | 391 | 11 | $81,654.41 | -$1,655.00 | $79,999.41 |
| December 2011 | 538 | 189 | 9 | $47,281.50 | -$1,261.00 | $46,020.50 |
| November 2011 | 0 | 121 | 9 | $17,008.04 | -$3,465.00 | $13,543.04 |
| October 2011 | 0 | 107 | 9 | $25,376.86 | -$1,473.01 | $23,903.85 |
| September 2011 | 0 | 50 | 0 | $7,777.00 | $0.00 | $7,777.00 |

This major jump in income was due to the 4 Leverage Points below – 4 things that I did differently than most people with online businesses:

## 1. LEVERAGE Phone Follow-Up

Can you call a prospect and educate them on the product before asking for a sale? If you have this communicative skill, you can make a lot of money online. Unfortunately, not very many online entrepreneurs have it. Honestly, I hated selling myself. The idea of picking up the phone to call people back, asking for money is something I never liked.

But I had to do it, because I knew that some people on my list needed to trust me more and hear my voice in order to determine that I'm not just concerned about their money, but also their success. So, I actually had to speak to them live — I forced myself to do it.

I started calling my leads. I'd ask them several questions to find out where they were at. If I had a program that would help them get to the next level, I'd ask if they'd be open to hearing about it. If so, I'd explain it, then (and this is key) I'd ASK for the order.

It wasn't an easy adventure. The 14-hour days I worked weren't my idea of a "lifestyle" business. But I had an idea. With the permission of the person I was speaking to, I started recording my

**PX 8**

FTC-MOBE-000306

# I.M. REVOLUTION

phone calls. After a while, I built up a library of recordings that I could use to train other people on my team.

Despite my hatred of cold calling, I got pretty good at closing sales over the phone, so when I hired a team to call for me, they simply listened to the recordings and modelled their pitch after me. Call volume tripled and I worked a lot less.

Note: Your ability to set a standard for your team is very important. If people must produce the quality of work you need to grow a sustainable online business, you must lead by example. That's how we've succeeded in building a multi-six-figure online business in less than one year. Building wealth requires you to leverage the efforts of others — no one ever gets rich based on their own efforts.

### The IDEA of My Top Tier Business Was Born

When I began to appreciate the impact of phone calls, an idea dropped in my head like the eggs in the nest. If I could integrate phone calling into my online business model, that would be the defining factor because NO information marketer was doing it at the time. My Top Tier Business (MTTB) program came about because, again, I saw a challenge in the industry — phone sales. Even though we now had high-ticket programs like Titanium and Platinum Mastermind that paid gigantic commissions, they were not easy for a newbie to sell.



So I hired one of the best phone sales reps I knew in the top tier direct sales business. Within a week, this guy sold more than all our other partners combined sold.

As we began to grow, I hired more sales superstars. Now, we have over 60 phone reps (coaches) all around the world. If an affiliate generates a lead in Canada, a Canadian coach calls them. In the UK, a British coach calls. The same goes for Australia, the United States and so on.

MTTB has now become a system anyone can leverage and build a profitable business. If you are not making use of a phone follow-up system in your business, get started now, because it's so essential. You'll be able to build much stronger relationships and sell at much higher price points.

When you leverage the MTTB marketing system, you'll never have to worry about calling your leads. Our specially trained sales team that possesses core business experience will take charge of the entire sales process and close the deal — while you earn commissions ranging from $1,250, $3,300, $5,500 all the way to $13,500 per sale.

PX 8                    FTC-MOBE-000307