# I.M. REVOLUTION

Today, as I type these words, we've paid out over $30 million in commissions to partners all around the world as a result of the MTTB program and its success at using phone follow-ups.

## 2. LEVERAGE Multiple Products

As you run your online business, you'll discover new grounds to explore. Multiple streams of income are an integral aspect of becoming exceptionally rich and living a life of your dreams. After I created my first product, I thought I had it made, believing I should relax and enjoy the fruits of my labour.

But, I soon realised that one product wasn't enough. The market was insatiable — they wanted to keep buying and buying. (Hint: This is paramount because it shows how powerful relationship building can impact your online business.)

For people to start and continue buying your products you need to first establish that connection in a friendly manner. Then, they'll be LOYAL to you for a very long time. I have people on my list today who have spent well over $20,000 with me. And of those people — I know for a fact — many have spent a LOT more than that on other people's products, too. One of your jobs as a marketer is to capture as much of their spending dollars as you can.

Let me say that again, "One of your jobs as a marketer is to capture as much of their spending dollars as you can."

So what are you going to do to gain greater market share? You must sell more than one product. The problem with creating more products is that it requires more work… unless you promote someone else's product, either as an affiliate or a licensee-partner. As an affiliate, you can earn commissions of between 50% and 70% of the sales price. However, a licensee partner who owns part of another person's business CAN earn 90% to 100% at some point.

## 3. LEVERAGE High-Ticket Programs

The typical products you find on Clickbank, Commission Junction, Clicksure, JVzoo and the rest seldom cost more than $97. In fact, it's more common to find e-books and software that sell for $27, $37 or $47. (As you can see, the number "7" is a popular choice in pricing!)

Based on these low price point items, some people have trouble believing customers will buy high-ticket programs.

In January 2012, I sold my first $10,000 program. Selling a $10,000 program opened my eyes as to what was possible in this business. That was when I realised the great potential of my business model — because it's still very rare to find products selling for $10,000 and more.

---

**PX 8**                **FTC-MOBE-000308**

# I.M. REVOLUTION

## What EXACTLY did I sell for $10,000?

I had a vast knowledge and experience in setting up a business from scratch. I had tried (and failed) several times before discovering the secret to establishing a business. I thought, "What if I help people who need this service?" That $10,000 product was basically a program for setting up a business from scratch. I created their product for them and implemented an automated selling webinar to continuously make sales. In the end, I had under-priced the product for all the work I had to put in. I knew the system was capable of producing a reliable source of income for my customers — I should have priced it higher.

What do you think is easier... making $100,000 a month by selling 1,000 products at $100 each, OR, selling 50 products at $2,000 each?

Here's what I figured out. It's much easier to find 50 customers than it is to find 1,000 — even if you are charging 20 times more money. Whether you spend time or money getting traffic, it's never FREE. It's still work and your ability to convert a few targeted website visitors into sales is better.

As you launch your online business and aim for six figures, realize that people will spend $10,000 (and more) if they see the value in what you're offering. If it saves them time, money or stress, they're more than happy to pay for it. My Platinum and Titanium level programs offer so many benefits that many people have jumped at the chance to participate, despite the high cost.

VALUE is the great ingredient for pricing your product. Most of those $27 e-books out there are some piece of regurgitated content, which you can access for free with a simple Google search. You deserve to know the truth because it will guide you in the right direction.

## 4. LEVERAGE Partner Program

We've discussed affiliate marketing before, which basically means that you promote another person's product and earn a commission when a referral purchases. A special cookie is stored on your browser to track your sales at all times.

In late 2011, I decided to create my own affiliate program— where others could promote some of my products, and earn a 50% commission.

It was one of the smartest things I ever did. As I said before, if you want to get wealthy, you have to leverage the efforts of other people. With an affiliate program, others were now sending me their traffic and their leads. If one of their leads bought a product of mine, the affiliate got their 50% commission. I ONLY paid when they drove sales. No results meant no cost to my business.

My information products were converting like hot cakes and making my affiliates richer. As time went by, a ton of people started asking me about licensing my products— so they could keep a

---

**PX 8**                    FTC-MOBE-000309

# I.M. REVOLUTION

bigger percentage of the profits. They had the confidence to ask for an opportunity to earn more than 50% because of their hard work and loyalty in the past years.

My plan was to license my information products at a very high price. Because I knew the time, knowledge and effort I poured into research, product creation, and promotion. Despite my initial desire to charge top dollar, over time I got more comfortable with the idea and opened the floodgates to My Online Sales Machine at an affordable price.

PX 8                    FTC-MOBE-000310

# I.M. REVOLUTION

# The REAL Truth About Internet Marketing

## What The Gurus Won't Tell You

★ You need several products to pay for your lead generation costs. And YES... you do need your own products (or licensed ones). The chances of you making millions through affiliate marketing are virtually zero.

★ It's highly unlikely your first product will be a winner because you're still learning what the market wants.

★ Affiliate marketing is hard to make work because of the very small profit margins involved and the rising cost of traffic.

★ Launches are NOT a sustainable business model. Sure, you can make a ton of money in the short term, IF you have the right launch partners... but you'll burn out quickly. I've done over $100,000 in sales in under a week with launches- but for some of those weeks, I was lucky to get 3 hours of sleep a night. They are intense, and cause a great deal of stress on your body.

★ It's hard to break into Internet Marketing if you're new, with no results (and therefore no credibility).

★ Beware of buying leads! Back in 2009, I get a call out of the blue from some guy who said he had 76,000 leads of former network marketers. Immediately, my ears perked up. I was paying at least $8 per phone lead on Google Adwords. He wanted about $4,000 for the list. I knew that if I got one sale, I would make $1000 plus backend upsells... so I bit the bullet and bought the list. It was the dumbest thing I have ever done - 99% of the leads were fake!

★ The best leads will be right on the fence and just need a gentle push to buy. The worst ones (that most people get) will tell you "where to shove it." The only leads you should have are ones you've nurtured yourself – don't buy them from others!

★ Running a business requires a whole different set of skills than a regular job does. "The good news is, you're the boss. The bad news is, you're the boss."

★ **You can't do this alone... you need a staff**. You need a team, a customer support desk, assistants, etc.

This is a far cry from the usual promise to "get rich while sitting on the beach, cocktail in hand, laptop on the side checking commissions." The truth is, if you go down the traditional route of starting an Internet marketing business, you'll most likely end up like the 97% who fail.

But there is an easier way, one which doesn't involve all the hard work, a way in which all the heavy lifting and learning curve is removed for you – my MOBE License Rights Program – which I introduced in the opening of this handbook and will discuss in greater detail in the coming pages.

**PX 8**                                    **FTC-MOBE-000311**

# I.M. REVOLUTION

Before that, I'm going to show you all the different ways you can make money online, so you can decide for yourself which path is right for you.

## Creating Your Own Products

I'm something of a master at product creation, and if you go to MOBEOffice.com (which is where I have all my products) you'll see about 20 products I created.



I can say it's a lot easier now for me to create a valuable product, but it hasn't always been. I decided to create my first e-book around mid-2009. However, after one year, I still hadn't written more than five pages.

I knew that in order to make real money, I was going to have to challenge myself and not procrastinate. When I eventually did create my first product, I put myself into a situation where I

# I.M. REVOLUTION

had to deliver 7 webinars over the course of 9 days. I knew if I put that amount of pressure on myself, I'd be able to deliver.

I did months of planning, but unfortunately I didn't solidify my research or put my thoughts down on paper. With less than 36 hours to go before the first webinar, panic set in because I wasn't ready. I had done very little - I was still finishing off my PowerPoint slides 10 minutes before the webinar was due to start!

Somehow, I delivered the webinar, then the second and third, and I felt proud of the fact that I had created my first product. However, when I launched it, no one bought and I was very disappointed. It was then that I realized that product creation is just the beginning.  The marketing is where the real work begins.

The truth is, to get sales, you must create a **sales process** to prepare your leads and plant real desire in them to WANT your product.

Here's an example of a sales process I have, using an automated webinar:



As you can see, there's a ton of work that goes into creating a sales funnel like this:

★ Creating a webinar registration page.

★ Recording a video to play each night to simulate a live webinar.

★ Using an email auto-responder and shopping cart like infusionsoft ($2,000)

And that's just the beginning...

---

**PX 8**                              **FTC-MOBE-000313**

# I.M. REVOLUTION

## How Does A Million Dollar Sales Funnel Work?

Funnel is just a metaphor used to describe the path prospects and customers take on their way to making a buying decision. Whatever you sell or promote online as an affiliate or partner, using a sales funnel is the KEY to making real money online.

Below is an example of one of my sales funnels:

### Initiation: Email Capture

My objective of setting up a squeeze/landing page is to collect email leads — a simple email address. I initially ask for a very small commitment, because at this point, the prospect doesn't know who I am. I want to offer them a compelling benefit for joining my email subscriber list.

You should use a compelling benefit to motivate the right people to join your email list. In my own case, I'm going to teach them marketing. I'm going to share with them how I've been getting a ton of leads and making money online. Of course, for me to teach them marketing, I have to segment the training over 45 days or more. This is ideal because it allows me to communicate more often with my list members. My list members can't get all the benefits promised unless they stay subscribed to my newsletter. I reveal everything over time.

The lead opts in and starts receiving a 45-day automated email follow up sequence.

### Week 1: Webinar

Once I get a potential customer on my list, I start teaching them. Remember I created a webinar which was actually my first product. Now, I make use of it to initiate the contact.

Around week 1, I invite them to attend a live webinar. It's actually an automated webinar, designed to simulate a live one. It's actually "live" in the sense it plays only once per day.

First, the prospect hits a "webinar registration" capture page.



Then they register for a time that works best for them. This doesn't inconvenience the prospect in any way. (Hint: Always structure your offers to suit your buyer — not you.)

They get an automated follow up sequence that's been tested for maximum effectiveness, driving them to the webinar.

---

**PX 8**                    FTC-MOBE-000314

# **I.M. REVOLUTION**

The prospect attends a simulated webinar experience and presentation as IF it's occurring live. If you employ this strategy, then by all means watch the words and sentences you use when recording a webinar. Many people mention the particular date, month or year during the intro.

If you do that, you shoot yourself in the foot. Your prospect will likely not have any idea that you've recorded it before. In their minds, this is LIVE and your responsibility is to make it seem LIVE. Professional bloggers also use this tactic to boost their trust level and engagement in the eyes of their readers. By simply removing the publication dates on your posts, you automatically make your content fresh, evergreen and rich.

Sales from the webinar come in on autopilot, around the same time each day (ALL AUTOMATED).

Additional automated follow up sequences are triggered, depending on what links the lead clicks on in the main follow up sequence.

## Week 2: Webinar (same as before) takes place to sell
## "My Email Marketing Empire"

Earlier in this book, I explained what you get by having this product. And because you're excited about laying your hands on it, subscribers would also love to have it.



---

**PX 8**     **FTC-MOBE-000315**

# I.M. REVOLUTION

## Week 3: Another Webinar for the next product in the sequence "How to Build a Funded Proposal"



Then the upsell sequences start to sell back-end programs, including:

★ 10,000 Leads In 100 Days

★ MOBE License Program

★ Online Income Revolution

★ Titanium Mastermind and Platinum Mastermind

## Wait: READ THIS QUICKLY...

Right from Week 1, I start introducing premium products to my list members. This is so important because if you decide to wait after 30 days (the usual mumbo jumbo rule) to ask people to buy your product, you'll be nurturing them for nothing.

This doesn't in any way suggest you hard sell your subscribers. On the other hand, you're communicating, sharing and showing that you're in business to offer valuable products. This is the mistake most Internet marketers make. They wait too long before selling, all in the name of relationship building. It's the wrong approach, because when you eventually do that, most of them unsubscribe. And, whose fault is that? Yours! You nurtured them to expect everything for FREE.

## What Does a Sales Funnel Like This Allow Me to Do?

**1.)** I can afford to pay more than what 99.9% of my competitors can for the same traffic – and easily make profits (that I reinvest into buying even more traffic).

---

Private Coaching - www.tticoaching.com

PX 8

FTC-MOBE-000316

# I.M. REVOLUTION

**2.)** My average customer value is about 20 times higher than most people in our niche. Why? Because apart from having many products to offer, I also have an upsell process in place with phone follow-ups. With this process, customers are also offered coaching programs. Since they love our products, they are much more likely to invest in additional programs.

Over the years of building successful multiple six-figure businesses, I can tell you that this system converts traffic into sales. I've tested and tweaked this funnel repeatedly over the last few years and it's highly optimized, meaning that you get much more from your leads than you otherwise would.

Think of it like this — instead of squeezing a lemon by hand, you stick it in an electric juicer instead.

## This Entire Business Boils Down To:  How Much Money Can You Extract Out Of Your Leads?

It's blunt, but it's the truth.

Let's say you're putting in $100 a week to generate leads online... and, only getting $70 back a week in revenue from those leads. Common sense tells you that you won't have a business for long.

I'm going to return to my analogy about squeezing lemons. Imagine that you own a lemonade stand on the busiest street in New York City.  There is a ton of foot traffic going by, thousands of people. It's a very hot day, and I'm the guy who sells lemons. I give you 3 lemons for free to start your business because I'm feeling generous.

You squeeze out a glass of lemon juice from each lemon... if you squeeze hard. If you give those lemons a gentle squeeze, you'll only get half a glass.

You can sell a glass of lemon juice for $2. You can buy lemons from me for $1.50 per lemon.

**Question**:  With those 3 lemons, how much money can you make?

**Answer**:  If you squeeze hard, it's 3 glasses of lemon juice - or $6 in revenue. If you don't squeeze hard, it's 1.5 glasses of lemon juice - or $3 in revenue.

Your ability to squeeze the juice out of those lemons will determine whether you struggle to get by, or whether you scale up and build the biggest lemonade empire in New York. And selling online is absolutely NO different.

The difference between someone like me - who is able to bring in up to $150,000 a month in revenue from the leads I get - and someone who can't make $500 a month... is simply the fact that I extract more money out of my leads.

**PX 8**                    **FTC-MOBE-000317**

# I.M. REVOLUTION

That's it.

I then have money to spend on getting more leads...

## The Ultimate Leverage:
## Having Your Own Affiliate Program...

Once you get really good at extracting the juice out of those lemons, others will pay you for it.

They'll send you traffic.

At the present time, I have thousands of partners who can send traffic to my sales funnels. Not all of them actually send traffic. In fact, most do absolutely nothing.

But, there are a few who do a LOT and send a ton of traffic to my sales funnels. Most of these "smart affiliates" figure out pretty quickly that they are better off joining my MOBE License Program so they can make 90% of commissions on the front end and $1,250 for each back end sale made to their leads.

Remember: My standard (non-MOBE partner) affiliates only make 50% commissions on the front end and NO money on the back end.

If you want to go down the hard path of creating your own products and sales funnels - then, as soon as you have half-decent conversions, create your own affiliate program. Don't let the technical side of setting it up scare you.

All you need is a shopping cart service like 1shoppingcart.com or Infusionsoft.com. These come with their own "out of the box" affiliate programs. You decide the level of commissions you want and your shopping cart does the rest. All things being equal, the better you pay your affiliates, the more they will want to promote for you.

In addition to great pay, I also offer rewards to my best-performing partners and affiliates as incentives, like my MOBEMotors program, where partners have the opportunity to earn a free vehicle of their choice. It pays to reward those who work hard for your company. It keeps them devoted to their own success and yours. Visit                          to see some of the most recent recipients of the MOBE Motors program.



---

**PX 8**          **FTC-MOBE-000318**

# I.M. REVOLUTION

## What 97% Of People Are Not Seeing In This Business!

Do you realise that 97% of newbie Internet marketers are totally blind to the great opportunities around them? You don't have to feel bad to hear that. I've sat where you are right now and it's not a comfortable seat.

You can join the 3% of Internet marketers who make multiple six-figure incomes online, just by leveraging these opportunities. Is there any difference between someone who generated 100 clicks of quality-traffic to his website and made two sales paying $25 each ($50 total) and another person who sent the same 100 clicks of quality traffic to his site and got two sales and made $2,500?

The difference is the payout. The second person made $1,250 per sale and just 2 sales made him a boatload of money. Funny as it might seem, the first person who earned $50 may have worked harder than the second person? Are you beginning to see the mistake newbie marketers are making online?

What should you do in order to earn MORE from very few prospects who visit your website? The answer is in high-ticket products.

## Where Should Your Focus Be?
## What Actually Pays In This Business?

Let me throw this question at you. Should you create more content for your prospects or focus on getting real buyers to a high-ticket offer?

Your answer to that question will make a whole lot of difference in your life. It's the difference between someone who earns $50,000 this month and another person drilling away with $2,000 per month.

The simple answer is:

### Focus on getting real buyers to your high-ticket offers.

Once you have a high-converting sales funnel that can consistently convert leads into paying customers, there's only one thing left for you to do:

### GET LEADS!

The FUTURE of your business solely depends on how many leads you get to your website and convert into sales. If you have a sales funnel that can convert one out of 50 leads into a paying customer that earns you $200 each time, and it only costs you $150 to generate those leads, are you going to keep spending money on traffic?

---

**PX 8**

FTC-MOBE-000319

# I.M. REVOLUTION

In other words, are you going to put $150 on the table to get back $200?

I know I sure would.

## "But, Matt... where and how do I get all these leads?"

There are thousands of ways to get leads to your website. If I had to write about them, this whole handbook will not be enough to share all the case studies. But here are a few of my **favorite** lead generation strategies.

<u>Note</u>: You will learn about many of these lead sources in my program "Traffic Masters Academy" (which you get for FREE as a MOBE licensee).

### Solo Ads

Using solo ads is a powerful way to drive traffic to your website and build a sustainable business. But you definitely need to do it correctly.

This is how it works:

You approach an email list owner and pay them to send out an email to their list.

Be really careful when using solo ads, because most gurus who claim they can send you 1,000+ leads from their list and charge you $27 are deceiving and wasting your time. Common sense should tell you that there is no profit. But, more importantly...

The size of the list does NOT matter as much as <u>how responsive it is</u>. An email list of 100,000 is not very valuable if fewer than 1,000 people open the email. Do you get the point now?

By the way, if you're reading this, you're probably on my email list. If you're not on my list, then this is most likely a pirated copy — let me know who sent it to you for cash reward!

To actually get the best out of your solo ads campaign, you definitely want to send the traffic to a well-designed landing page. Get this traffic onto your email list and from there, start building your own relationship. You still have to nurture your list and make them loyal to you. In all, Solo Ads can be a great step in building your online business.

### Banner Ads

Banner ads are a great way to draw attention to your product if placed on the right sites and forums. Before placing your Banner Ads, make sure you understand the requirements of the site, so you don't violate them.

PX 8     FTC-MOBE-000320

# I.M. REVOLUTION

You can use a service like http://www.adbrite.com/ which will place banners on public forums for you. You simply upload your banner and set your budget and keywords. Adbrite takes care of the rest. No matter which traffic generation strategy you use, always create a separate landing page for it. This way, you can easily track your clicks, traffic and leads.

You can also place ads on high traffic sites like the Sitepoint Forum, Warrior Forum and several popular discussion boards.

## Pay-Per-Click

At one time, Google AdWords was a great way to build up a nice portfolio for your online business. You can do PPC using several platforms out there, but Google AdWords is by far the best platform. But right now, Google isn't too keen on the Internet marketing industry. A few bad apples tainted our entire industry. The last time I got leads from AdWords was in 2009.

I haven't tried it since then. But it still works especially when you make your intention clear — to solve prospects' problems with your content— and not to lure them to your website for some of their hard-earned money.

LinkedIn and Facebook PPC are also options. Facebook traffic is a different beast. It's harder to convert because the traffic lacks "intent." You usually don't go to Facebook because you're searching for something. You go there because you want to see what your friends are doing. You go there to socialize, communicate and get updated on new trends — not necessarily to spend or make money.

When you see an ad on Facebook, it's a disruption. It's very different from going to a search engine and typing in a keyword. When you're searching for something, the ads (as long as they're relevant) aren't interrupting you at all.

## Direct Mail

If you have a high converting sales funnel, direct mail is what you should learn and implement in your lead generation. If you're going to do direct mail, be ready to put some real money on the table. It's very expensive.

In any given month, I'll send out 50,000 pieces in the mail to get new clients. If you are reading this now, there's a good chance you heard about me from a postcard or a package I sent you.

You can get details of available mailing lists from a site called SRDS.com. It's about $700 a year.

Or if you want to save money, go to your local library and they'll have a physical copy you can read for free.

With direct mail, you will need to pay postage, list rental, and printing costs. On average, you will pay around $0.80 for every single piece mailed.

**PX 8**                    **FTC-MOBE-000321**

# I.M. REVOLUTION

The key is to match your offer to the right audience. The audience is <u>everything</u>. **I'd rather have a mediocre offer in front of a great audience, than a great offer in front of the wrong audience.**

So it matters who is receiving and reading your mail. If the people are the right audience, you're definitely going to convert them to customers.

Here's a live case study on my journey using Direct Mail:

*When I was a rookie just starting out, and had no clue what I was doing, I decided to make my own little postcards. I printed off about 200 sheets of paper, which had two post cards printed on each half, and split them down the middle. Now I had 400 postcards!*

*Next, I simply went outside and put one in every mailbox around the neighbourhood. I tried to be a bit sneaky about it so no one saw me, since people can get annoyed when you give them junk mail. After three hours, I went and collapsed in a chair, proud of my efforts. Soon, I'd be getting a ton of leads. I just needed to play the waiting game.*

*But nothing happened! Several days later, I hadn't gotten even one single lousy lead. I didn't realize it at the time, but the problem had to do with my audience. My only criterion for audience selection was they lived within walking distance of my house. These days, my direct mail efforts are on a much bigger scale and I'm a lot more careful about the person I send mail to. You should target buyers of similar products to what you're offering. If they're recent buyers, that's even better.*

As Dan Kennedy says, "A buyer is a buyer is buyer... and a non-buyer is a non-buyer is a non-buyer." This shows you that those who buy will continue to buy. Those who don't probably aren't going to change their non-buying habits because of your offer. Accept that fact and move on.

## Marketing Co-Ops

I currently only manage co-ops for those in my MOBE License Rights Program. But, in any given month, I manage over $50,000 of funds and spend it on traffic.

## Why do people pay me to send them leads?

Well, if you're a starter and want to get the traffic rolling in, I'm good at it. I've spent a lot of money on different media and know where the gold is. I know the best traffic sources that convert.

Secondly, many traffic vendors just won't want to deal with you if your budget is only a few hundred bucks. Some of these sites have minimum buys of $10,000 or more. As part of the co-op, you get access to these traffic sources that would normally be "off-limits." You get access to a much wider universe of prospects.

**PX 8**                    **FTC-MOBE-000322**

# I.M. REVOLUTION

Not having a traffic generation skill can be detrimental to your online business, except when you have someone who CAN walk you through the process. I help drive quality leads to my licensees because a lot of people who start with me are newbies. They've never had leads or traffic before, so they prefer to pay me to do it all for them and just sit back and watch the leads come in. I also offer several programs that teach you how to gain leads and traffic, like the aforementioned "Traffic Masters Academy" or the 30-Day "Traffic Made Easy" Plan that comes with the MTTB program.

**PX 8**                    **FTC-MOBE-000323**

# I.M. REVOLUTION

# A Key Understanding For Buying Traffic

## Fixed Cost Vs. Performance Based Media

In the world of online advertising, knowing certain things can help you avoid the trap of spending more money on your ad campaign and getting less traffic/sales in return. Before you spend a cent on traffic, you need to know the difference between these two types of media. If you don't, you're doomed to spend more than you bring in.

**Fixed Cost Media**: You take any leads you get. It does not matter what you get, you've already put your money in. Whether you get 50 leads or 500 leads, the investment you made in those banner ads stays fixed.

**Performance Based Media**: In this case, you're more concerned about the leads you get. Since you're paying for every action your lead takes to get to your website, you want the most qualified traffic you can get.

Example: Assume you're paying a LOT of money for leads. One thing you want to avoid is traffic that wants "free stuff." These people are not qualified because they have shown you their intentions. You can gauge the potential of your leads. When people trust you enough to leave their phone numbers during opt-in, then you're getting close to engaging them. So, asking for phone numbers during opt-in is one way of qualifying your leads.

## The Alternative (And Virtually FOOLPROOF) Way Of Making REAL Money Online

If you've read this handbook from the beginning, you've seen the top ways to make money online. The truth is, with thousands of ways people build successful online businesses, what you need to understand is that THEY all are doing similar things.

Whether you sell someone else's product or your own, you have one objective – **To Meet a Need and Get Paid**.

The problem with the different ways of making money above is that your chances of success are closer to ZERO.

But the most RELIABLE, PROVEN, and MOST PROFITABLE of THEM ALL is:

One word – "**LICENSING**"

**PX 8**            **FTC-MOBE-000324**

# I.M. REVOLUTION

## What Is The Licensing Business Model?

First, a licensing business model is the only proven business that affords you the opportunity to LEVERAGE what another person has created and earn a whopping 90% commission. In other words, you literally own part of a business you NEVER created. In its simplest form, licensing is just like franchising — except you're not franchising a "brick and mortar" business, you're franchising a proven business model. You get to use all the scripts, templates, sales funnels and products as part of the license agreement. And bank a huge PORTION of the profit.

One powerful company that's does this kind of business is McDonald's. Over the years, they've built a solid business by giving franchisees a license to profit from their brand. Everything stays the same for the customers from the taste and quality of the food to the speed and efficiency of the service. The joy of being a licensee with the company is that you keep a very healthy percentage of the profits, while the rest goes to the owners of McDonald's for allowing you to leverage them. I think it's fair.

In short, it's a WIN-WIN scenario for both McDonald's and the licensee.

Licensees leverage an existing brand that is proven to make money and profit wildly while simply "delivering" the existing business. The licensees don't waste years building a business of their own (which will most likely fail anyway).

In the case of an online business, licensees do NOT have to worry about…

★ Conceptualizing and creating a winning product

★ Creating websites that convert sales

★ Learning how to write sales copy that persuades prospects

★ Building a sales funnel that works on autopilot

★ Testing the funnel using various channels

★ Setting up a merchant account

★ Integrating auto-responders with a payment gateway and shopping cart

★ Handling refunds and customer service

★ Acquiring the skills and investing the money for an expensive product launch

★ Forming joint ventures and recruiting affiliates to promote your product

★ Hosting and creating webinars which convert

★ And so on…

**PX 8**                                    **FTC-MOBE-000325**

# I.M. REVOLUTION

When you get involved with the MOBE Licensing Business Model, EVERYTHING is **done for you.** All you do is drive qualified traffic to a proven sales funnel and watch your commission checks come in. It's simple, but not easy. You have to dedicate time to make it work for you. This is far from being a get-rich-quick scheme. It requires work on your part and thinking outside the box. If you're worried about generating traffic, I can understand. But with MOBE I will also show you several methods for generating traffic quickly and easily without acting like an imposter.

As a newbie or someone looking to make a REAL living from Internet marketing, costly mistakes can be the "kiss of death." Licensing an existing business removes ALL the risk of the unknown.

In fact, it's RISK REVERSAL at its finest because you never have to worry if the business is going to work — it's been already proven to work!

To show you how licensing works, I want to tell you a story about Troy.

Troy was just starting out (this was in 2011) and had yet to make any money online. He didn't have a product or the time to create one. But being the smart guy he was, he asked me if he could license one of mine. I was new to licensing back then and didn't really know how to make it work.

I said "no" pretty quickly.

But Troy was persistent.

So, I gave it some more thought. First, I needed to decide how much to charge. Remember, these are the same sales funnels that have collectively made me hundreds of thousands of dollars over the last year... and which took me almost three years and **$150,000** in investment to create.

Also, for someone starting out, finding a high converting offer is not easy. The value is almost priceless.

One of the greatest information marketers of all time- Ted Nicholas, who has sold over 200 million dollars of his own info products – had this to say about crafting new offers:

### "Only 5% of what I do works."

If one of the greatest marketers alive, who has been doing this for decades, can only be right 5% of the time... what chance does a "newbie" have?

Troy ended up offering me $4,000 to license my system and I decided to test out the idea.

I sold him license rights to 4 of my products:

★ My Email Marketing Empire

★ How To Build A Funded Proposal

---

**PX 8**                                     **FTC-MOBE-000326**

# I.M. REVOLUTION

★ The O.P.T. Formula

★ Affiliate Bonus Domination

Now here's where it gets interesting...

Troy didn't have his own email auto-responder, merchant account, customer service center, or any of the other systems in place necessary to make an online business work. So I handled all the technology, customer service, and merchant accounts... and agreed to pay him 90% commissions on sales, with the other 10% going towards my overhead.

For Troy, this was a no-brainer. We dealt with EVERYTHING, while Troy just concentrated on getting leads and getting paid his 90%.

Troy started bringing in leads... then some sales.

At an average sale of $200, Troy was keeping 90% of the money. And just 10% of it ($20) was going towards my overheads.

When Troy got 10 sales, I hit on an idea which would literally change EVERYTHING for me.

At that point in time, I had recently added phone follow-up into my business to generate more revenue from my customers.

For every 3 leads we followed up with on the phone, we **effortlessly** got one lead to invest in one of our higher-end programs. And we did this WITHOUT any kind of sneaky sales tactics or high-pressure selling.

If my team could get on the phone with Troy's leads, I was confident we could convert 1 in 3 into a higher-end program. Troy was interested, but hated the idea of getting on the phone with customers... so we agreed to a 50/50 split in commissions provided one of MY phone guys followed up with his leads.

Here's what happened when we followed up with Troy's 10 customers:

*Through follow-up calls, we made six $2,000 sales in just four days, totalling $12,000 in additional revenue. So do you think phone calls close sales?*

It was brilliant!

Troy got $6,000 of that (more than covering the cost of his licensing fee).

It was such a great idea that when I promoted it on Facebook, several people jumped on board immediately. They recognized the value in licensing proven products and systems and being able to profit from the get-go. It was really exciting for me and for my licensees - who no longer saw themselves as affiliates, but as <u>partners</u> with me.

---

# I.M. REVOLUTION

As I took on more licensees, I developed it into the current MOBE (My Online Business Education) License Rights Program.

More and more success stories kept pouring in.

One of my partners, David Gilks, made $2,150 in just ONE afternoon using my system – awesome results which enabled him to have a stress-free holiday with his family in Singapore!

And this story from Andrea Goodsaid – a stay-at-home mom with three kids – who made $15,369.47 in commissions in just 45 days:

*"Hey, my name is Andrea Goodsaid, I am a stay-at-home mom of three and I live in Gainesville, Florida. I recently became a licensee for Matt's program, and I wanted to share with you my results, in last 45 days or so I have made $15,396.40 in commissions for myself and probably one of the most surprising parts for me of this whole process was the upsell effectiveness...*

*Matt and his team are doing an excellent job of closing sales on the backend and the good news is that everybody is happy with their purchases and the content itself is helping people to move forward with their online marketing.*

*So I highly recommend it, and this is going to be a breakthrough year for me because of this program.  Basically, I am on track to make more than $100,000.00 this year!  I am pretty excited about it and highly recommend it..."* **- Andrea Goodsaid, Gainesville, FL**

Do you think anyone can do this business and succeed?

Absolutely YES!

You don't need any "computer whiz" technical skills to start profiting with the Licensing Business Model. If you've never created a simple webpage before, don't worry because you don't even need to know how to do it. Everything is <u>DONE</u> for you.

All you've to do is SEND leads to a high converting landing page. From there, sit back and watch your commission role in.

You can ACTUALLY do this business part time if you love your day job. It's also perfect for stay-at-home parents who want to raise their kids, enjoy life with family AND make money at the same time. It doesn't matter if you're a total newbie or a college dropout like me. If you can follow simple instructions and set aside a minimum of 30 minutes a day to make the system work, you can profit.

---

**PX 8**                    **FTC-MOBE-000328**

# I.M. REVOLUTION

## Why Does the MOBE License Rights Program Work So Well?

I can't claim that my MOBE License Rights Program is the only one out there, far from it. In fact, you can find a lot of them with vague promises and honestly, I've seen the ones that have produced good results for its partners.

### But MOBE License Rights Program is POWERFUL

Here are my core reasons:

The sole duty of a licensee partner is to send leads to a high-converting landing page. I even share with you the step-by-step methods to drive traffic starting today. And for starters, my licensees don't have to create info products. They don't have to test conversions, call leads, develop phone scripts, or worry about customer support.

Instead, my team takes care of ALL of that so they can focus on getting leads.

<u>Note</u>: You are not "on your own" when it comes to getting leads. I also show MOBE licensees some very simple (and affordable) ways to get leads. Some of these traffic-generating strategies require no cash investment.

Both I and my partners have profited greatly from the success MOBE has generated. Look at these figures for early 2012:

| Date | Referral partner id | Num payments | Num credits | Income | Credit | Monthly total |
|------|------|------|------|------|------|------|
| January 2012 | 538 | 391 | 11 | $81,654.41 | -$1,655.00 | $79,999.41 |
| February 2012 | 538 | 379 | 11 | $64,110.80 | -$1,145.00 | $62,965.80 |
| March 2012 | 2540 | 638 | 19 | $123,768.41 | -$3,014.00 | $120,754.41 |
| April 2012 | 2540 | 746 | 24 | $98,644.45 | -$5,601.60 | $93,042.85 |
| May 2012 | 0 | 606 | 27 | $151,771.04 | -$2,541.95 | $149,229.09 |
| | | 2,760 | 92 | | | $505,991.56 |

Now the figures here represent overall revenue back then. Today, many of my top licensees earn $50,000+ a month in commissions!

In fact, the system works so well that one of my partners, Scott Dudley, said this about his first month using my system:

*"I've earned $2,910 so far, and that's a pretty good reward for the first 30 days... I actually did one solo ad that cost me $55. And rest of that is from Facebook events which are free, and also*

**PX 8**                                      **FTC-MOBE-000329**

# I.M. REVOLUTION

*marketing through my blog. So for a $55 investment, a $2910 return is definitely impressive. –*
**Scott Dudley**

For me, having a licensed program is a great example of good karma – you give to others, helping them profit and you get a WHOLE lot more back. Even better is that none of my licensees are "gurus" of any kind – they are regular people trying to make a living online.

Peter Oliver, a professional photographer from Sydney managed to make a total of $1,200 in commissions from his first TWO weeks online...

*"My name is Peter Oliver and I am a professional photographer from Sydney Australia. I am now a licensee for MOBE products and in the first two weeks I've made over $1,200 in sales, and that's pretty spectacular. I have been in internet marketing for a while, doing a variety of things with limited results, including PPC (pay-per-click) for my photography business. So I am familiar with PPC but I had not used it on Facebook before. Matt actually showed me the best way of approaching that. I have to say that's been a great lesson, because the click-through-rates on Facebook are actually a lot better than you'll find in other kinds of PPC advertising.*

*Matt's products have very high conversions compared with a lot of other things I've seen. So the attraction here is that MOBE products have a high conversion rate and 90% commissions."*

**— Peter Oliver, Australia**

**PX 8**                    **FTC-MOBE-000330**

# I.M. REVOLUTION

# Here's How The MOBE License Rights Program Works:

1. You apply to become a MOBE licensee. This simply means completing a form on our website, which redirects you to another secured page to finalize your registration.

2. You'll get a call from a member of my team. That's because we actually don't accommodate everybody. You'll have a friendly chat with one of my team to determine if the program is a good fit for us both.

3. Once accepted into the program, we create your licensing rights links and send them to you in around 12 hours.

4. You get FULL immediate access and lifetime licensing rights to the following products:

   a. My Email Marketing Empire ($2,997 value)

   b. How To Build A Funded Proposal ($3,997 value)

   c. Affiliate Bonus Domination ($5,997 value)

   d. The O.P.T. Formula ($5,997 value)

   e. **BONUS:** Traffic Masters Academy ($1,997 Value)

   f. **BONUS:** MOBE Licensing Kit ($1,997 Value)

5. Once you've become an approved MOBE licensee, you'll get access to the training programs so you can go through them yourself first and learn online marketing best practices and how to generate targeted traffic.

<b>Targeted traffic + BIG Ticket Products = $ Big Profit</b>

6. After the in-depth training, you start driving traffic.

7. Traffic enters the done-for-you, high-converting sales funnel for each of your product links.

8. Traffic moves through the funnel in a completely 100% hands-off and automated process. You can be having a wonderful time with your family at the beach while this is happening.

9. The well-crafted funnel speaks VALUE and addresses the psychological aspect of your prospects, automatically turning leads into buyers for your licensed products. Each sale pays YOU 90% of the profits (while the remaining 10% covers my overhead).

10. The leads you generate are then followed up by MY phone team who will upsell them to our premium product range (from $2,000 to $30,000!), which currently includes these products:

    a. 10,000 Leads In 100 Days

---

**Private Coaching - www.tticoaching.com**                    p a g e | 60

<b>PX 8</b>                    **FTC-MOBE-000331**

# I.M. REVOLUTION

    b.   MOBE License Program

    c.   Online Income Revolution

    d.   A wide range of done for you services

**11.** For every single back end sale WE generate on your behalf, you receive 30-50% commission.

**12.** And, here's where it gets really exciting. You also get $3,300 for each Titanium Mastermind sale and $5,500 for each Platinum Mastermind sale.

**13.** You continue to profit from each and every single sale you make and from each lead we upsell on your behalf.



As you can see, MOBE uses a powerful funnel to extract the most juice (money) out of traffic!

Remember, you're promoting the <u>exact</u> same products I promote — using the EXACT same proven sales funnels.

I told you earlier that a handful of Licensing Business Models I've come across work. The main problem they face is promoting out-dated products that offer no current value to prospects. Their ultimate goal has shifted from satisfying customer needs to making a quick buck. In fact, these products are how I currently "earn my crust" and put food on the table. I care more about their quality and ability to convert than anyone else. I'm spending over $30,000 to drive qualified traffic per month for these products —do you think I would be doing that if the products were out-dated and full of hype? Certainly not!

**PX 8**        **FTC-MOBE-000332**

# I.M. REVOLUTION

## Is the MOBE License Rights Program for Everyone? Of Course Not! Here's Who I'm Looking For:

Even though anybody can make money online with the MOBE License Rights Program, I have a few requirements I seek from licensees before opening my DOOR wide open.

### This IS for you if:

★ You've been deceived by those Internet marketing "gurus" for so long, spent months or even years struggling online, and are ready to make a BIG breakthrough this time.

★ You want to build a solid six-figure online business by leveraging a high-converting sales funnel that works well.

★ You're willing to be consistent, while sending qualified traffic to your license custom links. You need to put in at least 30 minutes a day to make this work.

★ You don't have any of your own products or coaching programs. You will create your own product in the future, but for now you just want to make money.

★ You're not yet at the stage to set up your own merchant account, customer support desk, and phone rooms.

★ You're ready to take our dedicated traffic training seriously.

★ You want a **"business out of a box"** opportunity that you can simply "plug and play"— no guesswork needed.

★ You want to make as much money as possible spending as little time as possible.

★ You don't want the headache of doing everything yourself and would rather just partner with a company that does all the hard work for you while you pick up 90% of the profits.

### This is NOT for you if:

★ You have successfully created your own collection of information products and coaching programs (both low-ticket and high-ticket) and they sell well.

★ You have your own automated sales funnels that generate sales for you on autopilot.

★ You are a certified customer attendant with your own phone rooms for selling additional programs to your new customers.

★ You think this is one of those "push button" software programs that will make you a million dollars by next week with absolutely no work. (It's not and will never be. We both have different roles that require work. Yours is to send in qualified traffic, while we HANDLE the rest).

---

**PX 8**                                                           **FTC-MOBE-000333**