# I.M. REVOLUTION

★ You're ONLY looking to make a part-time income online of a couple hundred bucks a week. (You don't need sales funnels this advanced for that!)

## My Ambition with MOBE is Simple and I Believe It's Achievable: To grow into a company with $150 million in revenue a year and beyond...

Will you be a key player in my vision?

The simplest way to make this vision a reality is to MAKE IT YOUR OWN VISION, not MINE or MOBE. That's the ideal way to pour your heart into the work and get the benefits.

### *MOBE provides HUGE leverage by attracting the right partners. Are you one of them?*

Are you prepared to join the 3%?

It's a proven fact that only about 3% of Internet marketing entrepreneurs truly succeed. What do you think sets the big boys apart from those trying to catch up? It's the same opportunity I've just shared with you. You can take the frustration and regret of failure out of your life and business today by coming on board.

As a MOBE licensee, you get the benefit of offering ALL of the following PROVEN success systems

## My Email Marketing Empire

I know you've heard it countless times, but I'll say it again. "The money is in the list." More to the point, the money is in the list when you take time to educate, entertain and offer immense value to your list members. A well-structured email marketing campaign will help you extract the most money out of your list. In this program, I teach you my ultra-successful method for writing cash-generating emails.



Since I serve newbie marketers, I made this a step-by-step program. If you've tried before or have never done email marketing and don't know how to set up or use an email auto-responder, you don't have to worry. The entire process is covered in this 8-module video course.

**Sales price:** $194
**Your share:** $174.60 (90%)

---

**PX 8**          FTC-MOBE-000334

# I.M. REVOLUTION

## How to Build a Funded Proposal



Creating a high-converting sales funnel is the master key for making more money on high-ticket products. So how do you create one when you're just starting out? That's why you need to grab, "How to Build a Funded Proposal" — because it shows you how to create your own sales funnel from start to finish.

If you had a choice between licensing someone else's proven products and sales processes and building it all by yourself, which would you choose? Most people would take licensing any day of the week. Certainly, it's easier for newbie and intermediate Internet entrepreneurs who want to dominate their niche with quality products without worrying about product creation. It's certainly much quicker and easier. But for those people who DO want to create their own sales funnels, this product teaches them how.

**Sales price:** $194
**Your share:** $174.60 (90%)

## Affiliate Bonus Domination



What do BONUS packages have to do with converting more sales? Bonuses inspire and create a VALUE PROPOSITION for your potential buyer and you absolutely need them. Yes, affiliate marketing is getting harder, but you can still make money IF you do it the right way. Less than 5% of affiliates make good money with affiliate marketing. Those who make money definitely make use of Bonus Packages. I successfully used this method to generate $7,581.50 in affiliate commissions by promoting a course for my good friend Jonathan Budd.

After that, I fine-tuned my methods so my checks got even bigger. I documented the entire process in this course so you can profit as a **Super Affiliate** too.

**Sales price:**$291
**Your share:** $261.90 (90%)

**PX 8**   **FTC-MOBE-000335**

# I.M. REVOLUTION

## The O.P.T. Formula

If you want to make a six-figure income online, then you've got to learn how to leverage the efforts of others. When you use other people's time to get started on a profitable business model, you have the potential to make a killing. This step-by-step guide will show you how to DO the most important things in your business, and outsource the rest at a very cheap rate, while getting the most benefit for it. Every successful author in this My Online Sales Machine handbook has mastered "The O.P.T. Formula." That's the advantage we all have. Would you like to join us?



**Sales price:** $194
**Your share:** $174.60 (90%)

## BONUS: Traffic Masters Academy

The only traffic program on the market that shows you what REAL affiliates and licensees have done to earn millions in documented commissions. Learn six traffic methods to get new customers now: PPC (Pay Per Click), Video Marketing, Banner Ads, Pay Per View (PPV), Solo Ads, Blogging and two bonus traffic generators, Warm Market and Direct Mail.



**Sales price:** $297
**Your share:** $148.5 (50%)

## BONUS: MOBE Licensing Kit

The MOBE Licensing Kit is an in-depth, but "easy to consume" training course that will leave you with the knowledge and expertise in licensing other people's products so you can make money without creating anything yourself.



**Sales price:** $297
**Your share:** $148.5 (50%)

---

**PX 8**          FTC-MOBE-000336

# I.M. REVOLUTION

Also available to MOBE licensees is the opportunity to upgrade to our highest-ticket programs that have the potential to net you *thousands of dollars* in commission for each sale.

## Titanium and Platinum Mastermind

As I mentioned earlier, the fastest way to make big money in marketing is *not* through selling lots of lower-price items; it's to sell a few high-ticket items. It all comes down to simple math:

### Big Prices = Big Profits.

This is why I came up with my top level back-end programs, **Titanium Mastermind** and **Platinum Mastermind**.

Almost everyone I know who makes millions of dollars (not counting CEO's with thousands of employees) has gotten there by selling **high-ticket** items (minimum $2,000) on the **back-end.**

You may have noticed that many affiliate programs pay 50%, 80%, or even 100% commissions for their intro products, and the reason is simple: they make ***thousands more*** on your referred customers by selling them very expensive products afterward and never let you in on *any* of the profits... even though those big back-end sales happened all because of YOU!

I want to give you that *back-end sales opportunity* and show you how you can get **regular $3,300 to $5,500 amounts deposited into your bank account like clockwork.**

### Titanium Mastermind

★ Make $3,300 per sale

★ My sales team closes every deal for you

★ 3-Day and 4-Night Business and Marketing Retreat in an all-inclusive luxurious resort for you and a guest.

★ Free access to the Titanium 3 day Custom Training Summits: Traffic Summit, Conversion Summit and Leverage Summit

★ Additional $1,500 commission if you close the deal yourself (Total: $4,800 per sale!) Make Six Figures with only 21 sales per year!

### Platinum Mastermind

★ Make $5,500 per sale

★ My sales team closes every deal for you

PX 8                    FTC-MOBE-000337

# I.M. REVOLUTION

★ 5-Day and 6-Night Wealth Building Retreat in an all-inclusive luxurious resort for you and a guest.

★ Free access to the Platinum 3 day Custom Training Summits: Platinum Money Mindset Summit, Platinum Real Estate Summit, Platinum Precious Metals Investing Summit, Platinum Asset Protection Summit and Platinum Stock Investing Summit

★ Additional $2,500 commission if you close the deal yourself (Total: $8,000 per sale!) Make Six Figures with only 13 sales per year!

Once you have upgraded to this level, all you have to do is send people to our large selection of opt-in pages. When they sign up, they will go through our funnels and receive a call from our sales team.  From there, they'll be presented with the MOBE License Rights Program, then Titanium & Platinum.

This is a funnel that has been tested and refined countless times for its effectiveness to maximize your chances of making money with each lead you send.

According to conservative industry averages... for every 6 MOBE Licensee customers we get from you, 2 of them will sign up for Titanium and 1 of them will sign up for Platinum.

Let's see how this plays out depending on what level you are playing at with us.

| | MOBE Licensee | Titanium Mastermind Consultant | Platinum Mastermind Consultant |
|---|---|---|---|
| 6 Prospects Buy MOBE License ($1,250 Commission Each) | $7,500 | $7,500 | $7,500 |
| 2 Prospects Joint Titanium ($3,300 Commission Each) | - | $6,600 | $6,600 |
| 1 Prospect Joins Platinum ($5,500 Each) | - | - | $5,500 |
| Total Commissions for those 6 Customers | 7,500 | $14,100 | $19,600 |

| | MOBE Licensee | Titanium Mastermind Consultant | Platinum Mastermind Consultant |
|---|---|---|---|
| Annual Income if this happens once a month | $90,000 | $169,200 | $235,200 |
| Annual Income if this happens twice a month | $180,000 | $338,400 | $470,400 |

This means that if you are just a MOBE Licensee, you could be potentially leaving *hundreds of thousands of dollars* on the table that you could have just by upgrading to Titanium or Platinum status!

---

**Private Coaching - www.tticoaching.com**

**PX 8**                    **FTC-MOBE-000338**

# I.M. REVOLUTION

So what do these Mastermind level products actually entail?

## Platinum & Titanium Mastermind Retreats:
## 3-5 Days of Marketing and Wealth-Building Paradise

When I decided to create high-ticket programs *designed to put cash in your pocket,* I called my team together to discuss how we would meet our objectives. It was essential that we put on events that would be *worth* the high-ticket price tag on their own *and* could allow you the opportunity to make those high commissions from promoting them.

I decided that I was going to give you and your customers a chance to rub shoulders with some of the richest, most successful people and learn the "backroom" strategies that wealthy people have been using for decades to build and grow profitable businesses and quickly amass huge amounts of money with minimal effort.

These are not your typical "make money" seminars but ones where key players in the industry share secrets that only the elite movers and shakers know about.

After calling in a ton of favors and using a mind-bending amount of persuasion, I put on our first Mastermind, which was a huge success!

To date we have hosted many masterminds with hundreds in attendance at each event. We have been to places like Fuji, Cabo San Lucas, Costa Rica, Bahamas, Curacao, Dominical Republic, Bali and more...

It soon became evident that 3-5 days of training were not enough to cover the valuable content and speakers we had lined up. To incorporate the added content and speakers we introduced additional targeted and more specific 3 day training events that are now included FREE of charge for Titanium and Platinum members.

★ Titanium Traffic Summit

★ Titanium Conversion Summit

★ Titanium Leverage Summit

★ Platinum Money Mindset Summit

★ Platinum Precious Metals Investing Summit

★ Platinum Real Estate Summit

★ Platinum Asset Protection Summit

★ Platinum Stock Investing Summit



---

**Private Coaching - www.tticoaching.com**

# I.M. REVOLUTION

### How to upgrade

I've never sold anything I wouldn't buy myself and that goes for my closest students as well. This means that as a member of Titanium or Platinum Mastermind, you will be attending the same events and making the same initial investment.

Let me tell you something...

### You can't sell a high-ticket item if you have never bought a high-ticket item.

It's a different psychology. There's an abundance mindset that you adopt when you spend few days at these masterminds yourself.

Here's the process:

1. You upgrade to Titanium or Platinum Status and plan on attending your annual retreat.
2. You follow the straightforward step-by-step procedure I walk you through at the event and in our follow-up afterwards, getting targeted leads into our system.
3. My phone team follows up on the leads, makes the calls for you, and closes the sales.
4. You get $3,300-5,500 wired directly into your bank account.

I strongly urge you to consider this upgrade, because once you have completed the initial steps, it doesn't take any more work from you, yet you have the opportunity to make **huge** profits that you will otherwise leave on the table.

High-ticket items like these are the best, quickest way to make the biggest profits. Take it from me, this upgrade is one of the smartest moves you can make for building your online wealth.

By far the most effective way to sell these high-ticket items is via 1-on-1 phone calls, but this is another challenge of the industry. It's not easy for the 'newbie' to sell this way. This is why I came up with my 21-step marketing system, My Top Tier Business.

## My Top Tier Business (MTTB)

Even though we now had these high ticket programs that pay gigantic commissions - $4,800 and $8,000 on Titanium Mastermind and Platinum Mastermind respectively, IF you sold them yourself on the phone (or $3,300 and $5,500 if sold via our phone sales team) – there was still a problem. It was very difficult for newcomers to successfully sell these products via phone.

To solve this problem, I hired one of the best phone sales reps I knew in the top-tier direct sales business, and within a week, this guy was selling more than all our partners combined! I hired him full time. As we began to grow, I hired another, and another, and now, we have over 60 phone sales and traffic coaches all around the world.

---

**PX 8**                                                          **FTC-MOBE-000340**

# I.M. REVOLUTION

**This is why I developed my hugely successful 21-step MTTB system.**

By far the most effective way to sell high-priced programs is 1-on-1 over the phone. But most people NEVER figure out how to do it themselves. Either they don't like talking on the phone, they're scared of selling, or they just flat-out don't know what to say.

And that's OK! It takes a certain personality type and skill set to sell over the phone. If that's not you... that's fine. You have other skills that will allow you make money online. Focus on those skills and let the professionals (my team) make the calls for you.

My phone sales team will pick up the phone and sell your leads into higher ticket programs FOR YOU, and you still get the big commissions (ranging from $1,250 to $5,500 depending on the program sold.) You never need to pick up the phone and make a sale if you don't want to. (Of course, if you DO want to you can... and your commissions will be even bigger).

If you don't want to learn how to generate traffic... my team will get traffic **FOR YOU.**

MTTB includes a powerful 30-Day Traffic Plan that will show you how to easily get qualified traffic from sources like YouTube, Facebook, and Google. BUT... I will make it **even easier** for you.

I have a team of traffic-generation experts, as well as my own private traffic agency, which can get high-converting, qualified leads FOR YOU for a small fee per lead.

So with this 21-step system, everything that normally makes top-tier direct sales tough is literally DONE FOR YOU.

## My MTTB system will:

1. Show you how to easily get qualified traffic with a 30-Day Traffic Plan.
2. Automatically put your leads into tested and proven marketing funnels.
3. Filter out the best leads from those who are just curious (tire-kickers).
4. Follow up with your biggest potential money-makers.
5. Sell the best (and most profitable) programs I have ever created.
6. Net you amazing commissions with NO WORK on your part!

## With MTTB, you will:

★ **NEVER** have to create your own products

★ **NEVER** setup your own websites or hosting

★ **NEVER** have to labor over your own sales funnels

★ **NEVER** deal with customers, returns, or merchant accounts

---

PX 8                                    FTC-MOBE-000341

# I.M. REVOLUTION

★ **NEVER** sell leads over the phone

Not only that, you will also get access to a personal coach and a state-of-the-art members area.

**In the members area, you will get:**

★ Access to a 21-step training program that will show you how to make your first BIG commission online

★ Daily training lessons, videos, and webinars

★ Your personal coach's calendar and contact info

★ A **30-Day "Traffic Made Easy" Plan** that will show you how to easily get qualified traffic from sources like YouTube, Facebook, and Google

<u>Note</u>: Each of the 21 steps in the member's area can be done in about **30 minutes** a day (sometimes less).

The best part is you can promote the very same MTTB training product to your leads so they can go through our training systems and sales process with no effort on your part. We do all the sales and heavy lifting for you.

**PX 8**                    **FTC-MOBE-000342**

# **I.M.** REVOLUTION

# So What Happens Next?

The amount of money you can make with MOBE is essentially limitless. Even just 2 sales of my "10,000 Leads" program in your first 30 days will net you $2,000 for the month. And every single customer you bring in could result in $3,300 to $5,500 (or more) over the next couple years if you are a Titanium and Platinum member.

Remember this chart from the opening letter to this Handbook?

| Front End Sales | Income | Back End Sales | Income | Total |
|---|---|---|---|---|
| 4 | $784 | 1 | $1,250 | $2,034 |
| 8 | $1,568 | 2 | $2,500 | $4,068 |
| 12 | $2,352 | 3 | $3,750 | $6,102 |
| 24 | $4,704 | 6 | $7,500 | $12,204 |

Now, this is just an estimate of *possible* earnings... but **you could potentially make $12,204 every single month averaging LESS than 1 sale per day**.

After you apply, one of my top consultants will give you a call to discuss your application and let you know if you've been accepted.

Apply now, and you'll also get these **EXTRA LIMITED-TIME BONUS OFFERS**...

**Bonus #1 – Lifetime License Rights**
Most partnership licenses are temporary and can be revoked at any time. Even a franchisee operating a McDonald's has to repay every single year to have their license reinstated. I originally was only going to make this license available for one year, but I realized that if I want lifetime partners, I should offer a lifetime license. If demand for MOBE keeps growing though, I may change my mind. So act now while the lifetime license is still available – you'll be grandfathered in for life if you join now.

**Bonus #2 – Personal Coaching From Me**
You will get direct access to me through our Facebook coaching group. You can ask anything – from my favorite places to advertise to how to get "backdoor deals" with major ad networks. I monitor this group **personally** and will answer most questions within 12 hours. I usually charge

---

**PX 8**                          **FTC-MOBE-000343**

# I.M. REVOLUTION

$5,000 a day for my time, so this bonus is the most valuable and the most likely to be eliminated in future versions of the program.

## WARNING: This Opportunity Is Only Good For A Limited Number Of "Action Takers"

Due to the extensive resources and time commitment we assign to each partner, we can only accept a limited number of licensees at any given time. There is also a "natural" limit to the number of partners the IM market can support. Think about it... if thousands of people were allowed to promote the same products we would essentially "cannibalize" the market. That would hurt my personal sales and the long-term growth of my own business – which I won't allow to happen. So take advantage of this now... while you still can.

## But Matt, how do I know the MOBE License Program is right for me? Can anyone REALLY do it?

If you're committed to making this program work, then I guarantee that you'll profit from this it. As I explained earlier, I do well when YOU do well... and you can bet your bottom dollar I'm going to ENSURE you do well. After all, my reputation and my business are on the line.

You'll get ALL the support you need to make sure this is a highly profitable venture for us BOTH. I'm not looking for affiliates, I'm looking for partners. Your success is my success.

Earlier on I shared with you what Andrea Goodsaid had to say about the program. Here's what she had to say about how easy it was to get started...

## Case Study:  Andrea Goodsaid shares how she made $16,000 in her first 90 days as a MOBE Licensee

**Question:**  When did you get started with the MOBE License Rights program, and why?

**Answer:**  It was actually a really tough decision. It came into my lap (you were just starting to look for partners) the week between Christmas and New Year's. We also have all 3 kids' birthdays around the same time of year. In other words, at a time when my budget basically couldn't handle much more. But it was also the New Year, and I knew I needed a change of

**PX 8**                                          **FTC-MOBE-000344**

# I.M. REVOLUTION

business strategy - the 90% commissions on your core products gave me that. To be honest, I had no clue how the backend sales were going to work. THAT has been the real prize inside.

**Question:** What marketing method did you use to start getting your first few sales?

**Answer:** Well, I didn't really have any money or experience to do paid advertising... I did have a tiny list (very tiny by most people's standards), so I emailed them. I also used Facebook events to my advantage - like I showed everyone on the webinar I did after winning one of your affiliate contests. I think it's still in the Inner Circle archives. The key I think is to build your list with people who really, really want what you've got. And that's about getting up close and personal with people's challenges and helping them to solve them.

**Question:** How have you found Matt's team at following up with your leads, and making sales for you?

**Answer:** The follow-up and backend sales have been nothing short of awesome. You've opened up a business model where people can really make decent money for a change as an affiliate. The front-end commission makes it possible and the back-end is like this double dose of icing on a double chocolate cake. It's chunks of top tier commissions like I've received from this license program that have turned everything around for me this year.

**Question:** For someone just starting out - what advice would you give to them?

**Answer:** Don't let your fear get in the way of you taking action.  It's very possible to do this – to make money online.  Most people don't know, because they don't believe it can work for them... a lot of people have this ridiculous belief in their head, "if it sounds too good to be true, it probably is..." That can be true in some cases, but it also **prevents** people taking action when something good comes along.

**<u>Applying to become a License Rights partner in your program was probably one of the best decisions I ever made.</u>**  While it hasn't made me a millionaire – yet- I am making consistent sales, and I have consistent money coming in... which is good... and if a stay-at-home mother of three can make this business work for her, so can you!

**So if you want to end your quest of trying to make it online and actually do something that will put REAL money into your back account, then I invite you to apply to become a MOBE license partner.**

---

**PX 8**                                        **FTC-MOBE-000345**

# **I.M.** REVOLUTION

Remember, there are a limited number of licensee positions available. Each licensee demands a certain commitment of time and resources... and the market itself can only support so many people promoting these products. Once we have enough partners on board for us to reach our financial targets, WE WILL STOP TAKING NEW LICENSEES. Depending on when you received this Handbook, many of those spots may have already been taken.

Opportunities like this don't come around very often.

Winners seize good opportunities when they see them.

Losers don't.

Which do you want to be?

---

## www.tticoaching.com

## Contact Drew Innes for more Information on TTI's Private Coaching Program for MOBE Affiliates

---

**PX 8**                FTC-MOBE-000346

# EXHIBIT 2

**FTC-MOBE-000347**

# PLATINUM MASTERMIND PURCHASE AGREEMENT

This Platinum Mastermind Enrollment Agreement (Enrollment) made, effective as of 15-01-2016, between Deana Hsu,                                                         ("Student") and MOBE Ltd., with an address of B1-28-8, Soho Suites at KLCC, No. 20 Jalan Perak, 50450, Kuala Lumpur Malaysia ("MOBE" or "Company").

In consideration of the mutual promises contained in this agreement, the parties agree as follows:

- The Platinum Mastermind program and related products are educational in nature.
- Any communications with MOBE may be monitored or recorded and you authorize MOBE to contact you via email, text message, through Skype, or other online communication methods and by telephone.
- Your spouse or any other partner(s) support you in entering into the Platinum Mastermind program.
- To the best of your knowledge and in good faith, there are no foreseeable circumstances that would inhibit you from participating in this program.
- You understand the financial commitment you are making today by entering into this Enrollment Agreement, and your financial obligations will not prevent or inhibit your participation.
- Prior to this date, you were comfortable with your conversations with MOBE and agree that you are entering into this Enrollment without any duress from any representative at MOBE. You represent that you enter into this Enrollment of your own free will and accord and that you have had ample opportunity to consult with an attorney or other specialist prior to entering into this Enrollment.
- You agree that no specific claims of future earnings through the program have been guaranteed to you by any representative of MOBE.
- This Enrollment Agreement is subject to the Consultant Agreement, Compensation Plan, Terms and Conditions, Non-Solicitation Policy, Income Disclosure Policy, and Income Disclosure Document, each of which is incorporated herein by reference.
- To qualify for commissions I must maintain the $19.95 monthly Standard Consultant Fee as described in the Consultant Agreement & Compensation Plan.

# SECTION ONE.

# EVENT AND PRODUCT HIGHLIGHTS.

Upon Student's execution of this Enrollment and tender of full tuition payment, Student is hereby granted by MOBE:

1. Premium access to an exclusive five (5) day, six (6) night event "Event" in an exotic location chosen by MOBE.
2. Entertainment and hotel accommodations (complimentary) at Event are for one (1) adult person.
3. Private access to all events, trainings, coaching, and entertainment at Event.
4. Attend Platinum-only Member Calls.



I have read and agree to this section.

# SECTION TWO.

# ACCOMMODATIONS AND AUTHORIZED GUESTS, AND EXTENDED STAY

Student agrees and understands that the cost of Event ticket includes only one (1) room for a single adult person to stay at the resort for eleven (11) nights, with food, drinks and various entertainment packages to be included. The Platinum Mastermind event training and coaching is exclusively for the Platinum Mastermind Student. If the Platinum Mastermind Student would like to bring a guest an additional charge will apply. Student may make all hotel reservations for an extended stay at their own convenience and expense.



I have read and agree to this section.

# SECTION THREE.

## TUITION REIMBURSEMENT PROGRAM

This purchase includes a 1 year tuition reimbursement incentive for making five qualified sales during the next 12 months. The terms of the incentive are as follows: (1) Five qualified sales must be completed within 1 year from purchasing, meaning you have 365 days from the date you sign this agreement. (2) You must maintain an active Inner Circle Subscription for all 12 months at the Mastermind level you are applying to get refundedreimbursed. (3) All 5 sales must be legitimate sales and not request a refund or otherwise ask for a return of their tuition payment. (4) All sales must originate from different IP addresses and you must otherwise qualify for commission as a MOBE consultant. (5) The Tuition reimbursement applies to Silver & Gold Masterclass, Titanium Mastermind, Platinum Mastermind, and Diamond Mastermind training programs. (6) Once the 5 qualified sales per level are met, Student must agree to become a video testimonial for MOBE and sign the appropriate talent release(s). Once these 6 requirements have been met, Consultant must fill out and complete the submission of their qualifying deals on or before the expiry date at: http://www.mobe.com/SalesSubmissions.

- Failure to do any of the above will void this offer. There are no exceptions.

- Each qualifying sale must be conducted in compliance with all applicable federal, state, and local laws.

- This offer is void where prohibited by law.

The 5 Qualifying Sale Tuition Reimbursement Program is not an unconditional promise of reimbursement. Student must comply with all rules and requirements specified in order to qualify for reimbursement. The 5 Qualifying Sale Tuition Reimbursement Program is subject to change or revision at any time.

Any dispute regarding this 5 Qualifying Sale Tuition Reimbursement Program will be governed by the laws of the State of Delaware, without regard to its conflict of laws provisions, and Student consents to the jurisdiction in Malaysia in connection with any Arbitration as required through the relevant Mastermind, Affiliate or Consultant Agreement.



I have read and agree to this section.

# SECTION FOUR.

## SPEAKERS/CONFIDENTIALITY

Student understands that MOBE will provide speakers at the Event who may convey invaluable education that is for Student's discreet use only. Student hereby acknowledges and agrees not to record, copy, transcribe, transmit, or distribute, either directly or indirectly (in any manner or form) any of the information or content of the Event. Student also agrees to maintain all information strictly confidential and to not disclose such information to any third party in any manner. Student understands that MOBE does not guarantee any particular individual or celebrity will be in attendance or speak at the Event.



I have read and agree to this section.

# SECTION FIVE.

## NON-COMPANY PROMOTIONS

Student agrees not to promote any product or company to other students at the Event, unless an authorized agent of MOBE provides express prior written approval to promote such products or programs. Violation of this provision will result in immediate expulsion from the event and being banned from attending any MOBE functions. MOBE also reserves the right to seek damages for any lost revenue due to Student's solicitation of other products or services.



I have read and agree to this section.

# SECTION SIX.

## RELEASE AND INDEMNIFICATION.

Student agrees to release, indemnify, defend, and hold harmless MOBE, and its respective successors, assigns, personal representatives, officers, directors, and employees, for, from, and against all manner of causes of actions, lawsuits, liens, debts, dues, damages, claims, judgments, executions, attorneys' fees, costs, and demands of every nature, kind or description whatsoever, either at law or in equity, or otherwise, arising out of, or in any manner connected to Students participation in this Enrollment or the Event.

Student specifically grants MOBE a limited license to use Student's picture, likeness, and story in any company marketing materials. This includes pictures, videos, or other recordings of Student and Student's guest(s) if any are in attendance and participation at the Event.



I have read and agree to this section.

# SECTION SEVEN.

## REGISTRATION CHANGES

A flat change fee will be charged for changes made according to the fee schedule outlined in Section 9 below. This includes but is not limited to the number of people attending, the names of individuals attending, etc. as determined by MOBE.



I have read and agree to this section.

# SECTION EIGHT.

## ALL EVENT TICKET SALES ARE NON-REFUNDABLE

Student hereby purchases the Event listed above and agrees to all terms, conditions, and rules related to this Event as announced and modified by MOBE in their sole discretion. STUDENT UNDERSTANDS AND AGREES THAT ALL EVENT TICKETS PURCHASED ARE NON-TRANSFERABLE AND NON-REFUNDABLE; ALL SALES ARE FINAL.

If Event space is unavailable for any reason, Student will be able to attend the next subsequent Event of the same type at no additional charge. Student understands and acknowledges that neither airfare nor any other travel costs to and from the Event are included as part of the Event ticket. Student shall be solely responsible for arranging and paying for all travel costs. MOBE always retains the right to re- schedule any Event sixty (60) days prior to the scheduled advertised date of the Event. For that reason, please do not purchase final travel arrangements prior to that date! You also get to attend one single Platinum Mastermind conference. If you cannot attend the next Platinum Mastermind Conference, you are allowed to defer your attendance to the next one. You are allowed to do this one time without any additional costs. If you choose to defer your attendance beyond this, there will be an additional ten percent (10%) surcharge that must be paid to MOBE before attending the next conference. If you would like to attend more than one Platinum Mastermind conference (highly recommended) you can, and you only need to pay the wholesale cost of $5,000.



I have read and agree to this section.

# SECTION NINE.

## SCHEDULING/CANCELLATIONS/TRANSFERS

Student must choose the Platinum Mastermind location they would like to attend at the time of purchase. This allows us to ensure the best prices for our events and to help keep costs down for everyone. Student must attend the Platinum Mastermind event within 9 months of the date of purchase. In the event Student is unable to attend the event live during that time period, MOBE may in its discretion give Student the training by providing access to recordings, DVDs, or online access to the event training materials.

If Student cancels or transfers any Event, the following cancellation or transfer fees will apply and be due when the request is made: 30+ days prior to the event U.S $500.00; 29-16 days prior to the event 50% of the full hotel charges; 15-1 day prior to the event 100% of the hotel costs. Any cancellation or transfer requests later than the day before the event starts will be considered a No Show according to the terms of Section 11.

Also, Student must register for the event they choose to attend once the registration page for that event becomes available (typically 90 days before the event is due to begin). The registration form can be found at http://mobe.com/platinumdetails (please save this for future reference)

Important event updates will be emailed to the Student in advance (such as when registration is open) and will also be shared in the private Facebook group for all Platinum Mastermind clients, which can be joined at https://www.facebook.com/groups/platinumprogram/.

- Costa Rica Arrival: August 11, 2017 - Departure: August 17, 2017
- Costa Rica Arrival: October 22, 2017 - Departure: October 28, 2017

Details available on the Mastermind Schedule page



I have read and agree to this section.

# SECTION TEN.

# DEFERMENTS

Written notification of the deferment must be received by Company by certified mail to:

MOBE Ltd.
B1-28-8, Soho Suites at KLCC,
No. 20 Jalan Perak, 50450,
Kuala Lumpur?

Notification must be received by the start date of the Event being deferred. Student may defer the ticket to the next Event to same or lesser ticket value. No deferment shall be allowed beyond the period of one regularly scheduled Event.

 I have read and agree to this section.

# SECTION ELEVEN.

## NO SHOW

Non-attendance at the scheduled Event and/or failure to properly communicate the Notice and defer the ticket to a subsequent like Event in accordance with the requirements and procedures set forth in SECTION 10 above, shall result in a forfeiture of the ticket and the entire amount paid for such ticket. Any such forfeiture shall relieve MOBE of any liability or obligation of performance relating to the Enrollment and Student affirmatively represents not to initiate a chargeback request.

 I have read and agree to this section.

# SECTION TWELVE.

## FUTURE EVENT PRICES

Students who have paid in full for a ticket to an Event shall have the right to purchase tickets for their personal use for subsequent Events of the same kind at the associated wholesale cost.

 I have read and agree to this section.

# SECTION THIRTEEN.

## RESPONSIBILITY OF THIRD PARTIES - AFFILIATES

MOBE has developed education focusing on marketing and training to allow people who choose to implement the strategies learned from the Event to market their own business, as well as earn commissions as an consultant marketing other business' products, services and information. MOBE is not responsible for Student's results. Student releases MOBE from any claims of loss for any marketing strategies Student initiates. It is Student's sole responsibility to determine which marketing strategies Student will implement for their business. MOBE offers education and insights in a number of forms, but it is up to the Student to perform. MOBE is not responsible if a

Student does not make sales or generate any commissions. If Student wants to qualify for commissions as a MOBE Consultant, Student must maintain the $19.95 monthly Standard Consultant Fee as described in the Consultant Agreement & Compensation Plan.



I have read and agree to this section.

# SECTION FOURTEEN.

## INCOME DISCLAIMER

Income illustrations are only for educational purposes and are not intended to serve as a guarantee of income. Success in this business requires hard work, dedication and good sales skills. The average consultant generates less than $250 per year in commissions, although it should be noted that the average consultant does not place ads to consistently promote programs for longer than 1 month. Some consultant within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential.

You understand and agree that the value you will derive from the Event, products and/or services, will be in direct proportion to your level of effort, comprehension, individual monetary investments, business experience, expertise, desire, and willingness to take action on the education provided in the training programs. Therefore, MOBE has not, cannot, and will not make any guarantee of success, whether implicit or implied. You understand that the information provided by MOBE is educational in nature and is not intended to be legal, accounting, or tax advice. You are responsible for your own financial decisions and should consult your own legal, accounting, and tax advisors before making your financial decisions. A copy of MOBE's Income Disclosure along with current earnings statistics is available HERE.



I have read and agree to this section.

# SECTION FIFTEEN.

## RIGHT OF MODIFICATION

Student understands and agrees that the purchase of Event tickets is subject to acceptance by MOBE. MOBE reserves the right to refuse any ticket purchase. MOBE may, at any time, change or modify dates, speakers or location of the Event, without prior notice. You will be notified if and when this happens as expeditiously as possible.



I have read and agree to this section.

# SECTION SIXTEEN.

## MEDIATION, MANDATORY BINDING INDIVIDUAL ARBITRATION; VENUE

STUDENT AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL,

NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Enrollment Agreement dispute the terms, application of the terms, or performance hereunder, the parties hereto agree, as a condition precedent to filing or pursuing any legal remedy (including but not limited to making a public complaint on any website, filing suit in any court or arbitration, or initiating a credit card chargeback dispute), the parties agree to participate in mediation services as determined by MOBE management (Mediation fees to be covered by MOBE). If the Parties are unable to come to a mutual agreement in mediation then the Student agrees to participate in binding arbitration in accordance with the American Arbitration Association and under the Commercial Arbitration Rules. Student and MOBE agree that all hearings will be held telephonically. Such arbitration will be final and binding on Company and Student and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each party will pay their own costs and attorney's fees. Notwithstanding the arbitration provision contained herein, MOBE will have the right to seek specific performance, including the right to be granted preliminary injunctive relief of Student's obligations (payment, defamation, breach of contract) hereunder or relating hereto.

MOBE may seek injunctive relief without having to post any bond or other security to the Court. Student is aware that through this provision he or she is specifically waiving rights to dispute ANY refund request or charges (credit card or other payment method) or payments made to MOBE until an Arbitrator has granted a final decision specifically granting a return of any or all payments or fees made to MOBE.

If the foregoing dispute resolution mechanism is not employed prior to making a public complaint, or filing a lawsuit in any Court, the party making such complaint without first employing this alternative resolution procedure will be responsible to the other party for liquidated damages in the amount of $25,000.



I have read and agree to this section.

# SECTION SEVENTEEN.

## NON-DISPARAGEMENT

Student and MOBE mutually agree that their personal and professional reputations are important and should not be impaired by either Party after this agreement is executed. Student and MOBE agree they will not publicly, privately, or anonymously make any comment, oral or written, or take any action which disparages, defames, or places one another or its past and present officers, directors, employees, and affiliates or consultants in a negative light.

If this agreement is violated, the defamed or disparaged party has the right to seek immediate court intervention in connection with Section 16 above. Student grants permission for MOBE to provide this Enrollment to any third party where defamatory comments have been made to immediately have those comments removed until the AAA process described in Section 16 has granted a full and final ruling regarding the dispute(s).



I have read and agree to this section.

# SECTION EIGHTEEN.

## MISC

    a. Student cannot assign this Enrollment, but MOBE will be allowed to assign this Agreement and the rights and obligations hereunder to its affiliates, successors and assigns.
    b. This Agreement can only be amended by the mutual agreement of the parties.
    c. The Parties agree to keep the terms of this Enrollment Agreement confidential.
    d. This Agreement will not be construed against its drafter, and Student acknowledges that it has had the

FTC-MOBE-000354

opportunity to have legal counsel review this Agreement.

e. Upon Company's request, Student will do or cause to be done such further acts or things as Company may reasonably request to carry out the intent of this Enrollment Agreement.

f. No failure or delay by either party in exercising any right, power or privilege hereunder will operate as a waiver.

g. If any provision of this Enrollment Agreement is found to be invalid, all of the remaining provisions of this Enrollment Agreement will nonetheless remain in full force and effect.

h. This Enrollment Agreement embodies the entire understanding of the parties, and supersedes all prior negotiations, understandings and agreements with respect to the subject matter of this Enrollment Agreement.

i. This Enrollment Agreement may be executed in counterparts.



I have read and agree to this section.

# SECTION NINETEEN.

## ATTORNEY FEES; COSTS

Student agrees to pay any and all costs, including without limitation reasonable attorneys' fees, incurred by MOBE as a result of any violation of these terms and conditions by Student or any other dispute between Company and Student. In the event any portion of this Enrollment Agreement at any time, for any reason, are determined to be void or superseded, the remaining portions of the foregoing Enrollment Agreement and the provisions of this paragraph shall survive.



I have read and agree to this section.

# SECTION TWENTY.

## NOTICE

Any notice pursuant to Event ticket purchase and these Terms and Conditions will be considered properly made when deposited by company in mail and, if the notice is to Student, addressed to Student, at Student's address last known to Company. If the notice is to Company, Student must send via certified mail and be addressed to and received by Company at:

MOBE Ltd.
B1-28-8, Soho Suites at KLCC,
No. 20 Jalan Perak, 50450,
Kuala Lumpur?



I have read and agree to this section.

# SECTION TWENTY TWO.

## TRAFFIC COACHING

Student will be assigned a traffic coach to be able to interface with them in 8 x 30-minute sessions to discuss traffic

strategies. These traffic coaches are available per their scheduling calendars which you will receive via an email. It is your responsibility to schedule a call and do the work and take action to driving traffic to your links if you so choose to implement the education provided. It is not the responsibility of the traffic coach to make you sales and they are not there to do the work for your only to educate on the steps and process.

If you require more sessions, you can purchase more at a special discounted rate.

Outside questions may be directed to your traffic coaches but you may want to use other resources like the Facebook groups since the traffic coaches are busy helping other students so their time is limited and may not be able to respond as quickly as you would like.



I have read and agree to this section.

**By signing below, you agree to this entire Enrollment Agreement.**
**Your digital signature is equivalent to a handwritten signature as provided in The Federal E-Sign Act.**

Full Name:
**Deana Hsu**
Date Signed:
**2016-01-15 22:05:13**

I understand that this is a legally binding contract, and that by entering my initials in the field from my current IP address, I am agreeing to all of the above.

Signature:

# EXHIBIT 3

**PX 8**          **FTC-MOBE-000357**