**From the suite of Matt Lloyd:**

Dear Titanium Mastermind Attendee,

I hope you've made a lot of new connections – people that can help you get to the next level, and people that you can see yourself doing joint ventures with.

I hope you've had ideas you *know* are going to make you a lot of money, and had a few of those epiphany 'aha' moments.



There's plenty more to come. Right now, **I want you to read every word of this story below, from start to finish.** It's important for what we'll be discussing tomorrow... (and it will tell you how you can get the 'Online Profits Breakthrough' ebook , the 'Automated Selling Machine' program and a full day of filming at the MOBE Studio for free).

There I Was...

25 Years Old, A 'Newly Minted' Millionaire, Sitting With Some Of The Smartest And Wealthiest Marketers On The Planet, When I Thought To Myself...

"How Did I Get Here?"

It was early on a Friday morning in September of 2012, near a beach in San Diego.

I scanned the room around me.

These weren't "ordinary" people.

The combined net worth of everyone there easily topped $100 million.

The first person I spoke to was a world-famous blogger.

We spoke for something like 25 minutes, and I was a little taken aback with how freely he shared some of his secrets. He told me how he was able to consistently get the Number #1 selling product on ClickBank.

He was willing to be very open about it, because everyone there had signed a Non-Disclosure Agreement (NDA).

Another person I spoke to was one of the top Infusionsoft consultants on the planet.

Infusionsoft was what I was using to manage my customers at the time, and this consultant, Craig, helped me build dashboards that would allow me to see exactly what was happening in my business in real-time.

Soon after I developed the habit of watching monthly sales like a hawk, and striving to always 'beat' my previous monthly record – a habit that has kept me focused on what counts.

That same weekend, I ended up surfing (at least, attempting to) with *the* most famous Internet Marketer on the planet who also happened to be there (if I told you his first name, you'd know who he was).

Where was I?

I was at an exclusive mastermind (that I can't tell you the name of) – the first of many I would go on to attend.

This mastermind **catapulted** my business into the stratosphere.

You see, at that point I had just crossed the $1 million mark in total sales. Literally just 5 or 6 days before. I could now call myself a 7 figure producer.

I was gaining some traction, but that mastermind was like getting shot out of a cannon.

For one, I met a guy there who'd go on to become the Number #2 affiliate in MOBE, and has since generated over $1 million in commissions to date.

That one connection alone changed the course of MOBE forever.

On top of that, I met some of the Top Internet Marketers on the planet and got advice that has fueled the exponential growth of my company.

Now, that mastermind was one of the defining moments of my life, but the thing is...

*I almost didn't go.*

When I crossed the $1 million mark, I got a message on Facebook from a fellow marketer.

He told me that it was in San Diego, it cost $4,000, and that I should drop everything and attend.

I was interested, but I had this little voice in my head that said, "I don't know... $4,000? Maybe it won't be that good. What if I don't like the people? What if they are in completely unrelated businesses and can't help me with what I need to get to the next level? I don't want to fly all the way to California... and they're not even paying for food or lodging."

But then I got smart, and I squashed that voice in my head.

I decided to go, and it was one of the best decisions I ever made.

That mastermind cost me a *measly* $4,000 and I've easily made more than *1000 times that in return.*

The amount of money I've made from that top affiliate's MOBE sales _alone_ (even after paying him, my phone sales team, and other expenses) is in the hundreds of thousands of dollars.

**That's a 50 to 1 ROI right there**, and that doesn't even include the other connections I made and _insanely_ valuable "insider" advice that I received.

Now, you might be thinking...

"Ok, Matt. That's Great...<br/>But What Does This Have To Do With Me?"

Well, the reason I tell you this story is because I have something new to share with you, something I'm _extremely_ excited about called...

**The Diamond Mastermind**



Now, before you say, "Wait, another mastermind?! I'm already in 1 of those!" I want you to keep reading.

This is NOT just another mastermind.

Diamond is much more intense than any other mastermind I've ever put together.

Diamond is a full 10 days and 11 nights (3 times as long as Titanium).

That gives us enough time to fulfill the core promise of Diamond...

I Will Build A "Million Dollar Sales Funnel"<br/>WITH YOU While You're There<br/>And We'll Launch It Before You Leave

That's right.

Over the course of 10 days, my expert team and I will create your main offer with you, put together all the marketing, help create your high ticket back end offer, setup your traffic strategy, and launch your new funnel.

We will model your funnel after proven MOBE sales funnels that we've perfected over the years with constant testing and tweaking.

This one single funnel could bring in MILLIONS of dollars for you – just like MTTB and so many of my other MOBE sales funnels have.



Having a full 10 days and 11 nights also gives us a lot more time for small group networking, so you can make deeper connections, ask more questions, and get better answers.

When you "rub shoulders" with the other members at Diamond, it's with the most serious and dedicated MOBE partners on the planet.

Think of everyone in MOBE as sitting on one of several rungs on a ladder.

The majority of MOBE partners are on one of the bottom rungs of the ladder, and while they may have had some good (or great) months, their income is not consistent.



As you move up the ladder you'll find that the income increases and becomes more CONSISTENT.

When you reach the TOP of the ladder – the top 1% - you find yourself in very elite company.

The leaders in the top 1% seem to almost *effortlessly* bring in the most revenue every single month, win partner contests, and figure out better ways of marketing MOBE for maximum revenue.

Diamond is your chance to be invited into this "inner circle"... the top 1% of MOBE.

Now, in order to keep this "inner circle" intimate, Diamond is limited to a much smaller group than the other masterminds.

First off, Diamond is **invite only**.

You're being invited because you're a Titanium Mastermind member, which shows that you are serious about your online business.

But here's the thing... not everyone who applies will be accepted.



I will personally be reviewing every Diamond application. There are several criteria that you will have to meet and I will do a brief phone interview with you to make sure you're a good fit.

Why?

Because it's of **paramount importance** that we get the RIGHT people in Diamond.

Limiting Diamond to the "inner circle" allows us to use our best "tricks" while building your sales funnel, and reveal things that we cannot share in other settings. (If accepted, you will have to sign a NDA and no recording will be allowed).

A smaller group also lets us have the Diamond mastermind at a much more luxurious resort and offer more intense activities.



## Diamond Is About Making Your "Unattainable" Goals Attainable... And Experiencing "True Luxury" While You Do It

Like its younger brothers (Titanium and Platinum), Diamond is an all-expenses paid package at a luxury resort in a tropical location where I pay for your lodging, meals, and drinks.

But instead of being 4 or 6 nights, Diamond is a full *10 days and 11 nights.*

It's three times as long as Titanium, which will allow us to get off the resort and have some life-changing, outdoor adventures (more about this in a minute).

And by the way...

**...when you join Diamond, you will also become eligible to earn $10,000 commissions for each Diamond sale made to your leads** (there's also a $1,500 level 2 partner commission).

Now, Titanium masterminds are held at VERY nice resorts like the Atlantis resort in the Bahamas and Angsana Laguna Phuket resort and Spa in Thailand.

But Diamond will "redefine" how you think of luxury.

We have a much larger budget for Diamond, and I will be handpicking a *breathtaking* 5-star resort that will pamper you like visiting royalty.

Now, I haven't confirmed the location for the next Diamond, but I can promise that you will experience world-class hospitality in a tropical paradise with luxury accommodations and unparalleled service.

The resort will feature fine dining, several bars, and outdoor activities like golf, scuba diving, and snorkeling.

Not only that, in addition to your luxury experience...

## We Will Take You On Heart-Pounding, Life-Changing Adventure

The night after getting a *reinvigorating* massage, you might be on a cruise ship having a glass of champagne looking over the ocean. The next day you might be exploring the ruins of an ancient city or skydiving.

At previous Diamond events we went swimming with whale sharks, raced Super Cars (like the Porsche 911 and Ferrari F430) at a private racetrack and explored ancient temples.



And the next Diamond will feature new life-changing activities that you won't soon forget.

In short... Diamond will be an ADVENTURE and a **life-changing experience**.

This SHIFT will "open up your mind" and force you to re-imagine your world and what is possible.

This is the ideal atmosphere for creating and implementing your new sales funnel over the course of 10 days.



**PX 8**                  **FTC-MOBE-000363**

*This schedule wasn't followed and this stuff wasn't done as described. Not even close.*

## Here's How Diamond Will Be Laid Out...

### Day 1: The Anatomy Of A Million Dollar Sales Funnel

On Day 1, we will show you what a Million Dollar Sales Funnel looks like from beginning to end. Then we will work on your customer "avatar" and start laying out the basic structure for YOUR funnel right then and there. (An "avatar" is a profile of your ideal customer – where they live, what they look like, how old they are, etc).

### Days 2 & 3: "Done With You" Core Offer

Your core offer is the main offer (or product) that you'll be selling. On Days 2 and 3, we'll create this offer with you. At MOBE, we know exactly what components go into a winning offer, and we'll make sure that yours is virtually guaranteed to sell. (This is the most important "piece" of your sales funnel, so we're dedicating TWO full days to it).



### Day 4. "Done With You" Sales Video

Video is the most powerful sales tool on the planet. Period. When you're marketing online, video is the best way to get leads to pull out their pocketbooks and become buyers. On Day 4, we will record your sales video with you right there at Diamond. You'll walk away with a professional sales video recorded and produced by my expert video team. (Don't worry if you've never made a sales video before... we'll walk you through the entire process step-by-step).

### Day 5: "Done With You" Promotional Email Sequence

There's a saying in the direct response world that, "The money is in the follow up." And it's true. Those who follow up with their leads, make the most money. The problem is it that it takes time and effort to do your own follow up. Until now. On Day 5, we will write your follow up emails with you and build an automated email sequence that magically sends them out to your leads and buyers without you having to do anything.

### Day 6: A Full Day "Off" For Activities

On Day 6 (right in the middle of Diamond) we'll take a break and get off the resort for some adventure. The list of activities will be revealed when we get closer to the mastermind.





### Day 7: "Done With You" High Ticket Offer

I've built the success of MOBE around high ticket offers. Having a strong high ticket offer will increase the overall revenue from your sales funnel by as much as 300% or more. The problem is that most marketers have no idea how to create one. Well, at Diamond we've solved that problem by creating it with you.

### Day 8: "Done With You" Automated Webinar Funnel

Automated webinars are the most effective way of selling high ticket offers on the back end. The problem is that traditional webinars can be time-consuming... unless they are "automated." We'll create an automated webinar funnel with you that runs in the background 24/7 bringing in high ticket sales on auto-pilot. This is like having a team of sales people working for you around the clock.



### Day 9: "Done With You" Traffic Plan

You can't have sales without traffic. But figuring out how to get it can be challenging. On Day 9, we will build your traffic plan with you. We'll reveal what is working best for MOBE right now and show you what traffic sources bring in the best leads. At the end of Day 9, you'll be ready to "flip the switch" and bring in a flood of quality traffic to your new sales funnel.

*3 months after the event we are still trying to get everything Matt promised here.*

## Day 10: Launch Day

This is the BIG day... Launch Day. Diamond is all about IMPLEMENTATION, and what better way to "get things done" that to launch your new funnel at the mastermind. In 10 days, you will accomplish something that over 99% of people in this industry never do – promoting your own well-engineered sales funnel. If you're a procrastinator, or have a habit of jumping around from project to project, then this will be one of the biggest breakthroughs of your life.

In short... you will walk away from Diamond with a sales funnel that could bring you $1 million (or more).

And since we're launching it at Diamond, when you get home after your flight and go online, you might be greeted with the first sales of your brand-new offer.

That's my goal.

I want to create a sales funnel with you that will change your life.

As you know, my company has gotten very good at building sales funnels.

For example, the MTTB funnel has sold over 14,000 copies to date (that's 14,000 units at $49 each)!

On top of that, we've sold thousands (1000's) of MLRs and hundreds (100's) of Titaniums and Platinums.

There's a LOT that goes into building these funnels – custom coding, websites, sales copy, branding, etc. – and when you join Diamond, you will get the same team that builds my sales funnels to help create yours.

PLUS, in addition to your brand-new sales funnel...



**PX 8**

## I will also give you the "Online Profits Breakthrough Co-Authored ebook, the "Automated Selling Machine" Co-Branded Webinar and a full day of Filming at the MOBE Studio for FREE ($30,000 value)

You should have received separate letters with full details about these programs already...

I'm going to make you a special offer when you join Diamond while here at the Titanium Mastermind; I will give you the 'Online Profits Breakthrough' eBook, the 'Automated Selling Machine' program and access to a full day of filming at the MOBE Studio for free. Keep in mind, we sell these separately for $10,000 each.

You can use them to *exponentially* increase the number of MLRs you sell.

All you have to do is fill out a short questionnaire, write your bio and read a few short pre-written scripts, then my team will create a custom "Done For You" eBook and a custom "Done For You" webinar that will become the most powerful marketing tools in your arsenal.





These tools have been fine-tuned over the years and the current versions are a **proven sales juggernaut** that have sold 1000s of MLRs to date. Your custom webinar will be edited so that you and I appear to be presenting together. This will increase your authority, brand, and selling power through the Power of Association.

Please stop and think about that last part for a second; when you have people show up to your webinar, it will be you and me hosting it. Not to toot my own horn, but, I've been lucky enough to generate tens of millions of dollars in this industry. In doing so, I've built up a hard-earned brand, which you'll be leveraging when we are on the webinar together.

Now, when you combine everything you're getting here – an extreme luxury experience, heart-pounding adventure, your own Million Dollar Sales Funnel, and the three bonuses – you end up with something that is unlike any other mastermind on the planet.

You will walk away from Diamond with your own personally branded sales funnel (**the ammunition**) and a new, more complete understanding of how to grow your business for maximum profit (**the weapon**).

You will have tools to take your MOBE business to the next level, and start (or expand on) your own online business.



And that's what Diamond is about...



## Diamond Will Give You The Tools, Systems, & Mindset To Take Your Online Business Into The Stratosphere

Imagine being at the top of MOBE partner leaderboards.

Imagine standing up on stage and having me hand you a big check with 6 or 7 digits on it.

Imagine taking your Million Dollar Sales Funnel and building your own *wildly* profitable online business.

That's the dream.

And with Diamond, this dream is possible.

Now, even if you're relatively new in MOBE you've probably figured out something about me.

It should be pretty clear that I have BIG goals (big dreams) but that they are not "pie in the sky."

I set seemingly unattainable goals for myself, and I reach them.

Sometimes it takes me longer than I want, but to date I've achieved every major revenue (and business) goal that I've set for MOBE.

And Diamond will be no different.

You've already participated in the exponential growth of MOBE. You've seen the sales. You've seen the amazing results, the big checks, and the MOBE Motors.

I shouldn't have to "prove" this to you, but if there's any doubt left it your mind about how powerful Diamond is going to be I want you to think about one thing...

If what I've done so far has worked, and Diamond is a natural extension of that, then you need to "get in" on this now.

When you get positioned in Diamond:



You will walk away with a sales funnel that could bring in $1 million (or more) for you in sales.

- ✓ You will have your own core offer and high ticket offer "in hand" and a well-engineered marketing system behind them that will bring in sales for you on auto-pilot.
- ✓ You will become part of the "inner circle" of MOBE (the Top 1%), and make connections (and get "insider" information) that can *catapult* your business to the next level overnight.
- ✓ You will experience **extreme luxury** at a premiere all-inclusive resort.
- ✓ You will get "Done For You" Webinar co-branded with me that will allow you to sell more MLRs.
- ✓ You will participate in activities that you will remember for the rest of your life.
- ✓ You will **earn $10,000 commissions** on Diamond sales made to your leads (and $1,500 level 2 partner commissions).

The income potential (and the lifestyle potential) here is virtually limitless if you are willing to do the work.

Which is why I'd like you to think of the fee for the Diamond Mastermind not as a "cost" but as an investment.

# The Diamond Mastermind:
# An Investment In Your Future

I struggled trying to decide what to charge for Diamond.

The right person could take what they learn and experience at Diamond and make millions of dollars from it over the course of their career.

When you think of it that way, Diamond is priceless.

But, I had to come up with an actual figure, so I started with the tangible value of what you get at the mastermind itself.

When you consider the value of your brand-new sales funnel, and the "Done For You" Webinar – not to mention the cost of your lodging, food, and drink (at an extreme luxury resort), and the cost of flying out and paying my staff – then I could easily charge $50,000 for Diamond and be fully justified.

It's not uncommon for extremely high-level masterminds like this to cost upwards of $50,000 (and most of those are at resorts that aren't half as nice as the one you'll be staying at).

But (as you know), my success with MOBE is tied directly to your success.

I think of you as a PARTNER – not as a customer or an affiliate.

I want to grow my company to $150 million in revenue this year, and the way I do that is by nurturing my best MOBE partners (you) and giving them the tools and systems they need to flourish.

For that reason, you won't pay $50,000.

The one-time investment for the Diamond Mastermind is… $30,000

**Note:** Your $30,000 investment includes your room at the resort and all your food and drink for 10 days and 11 nights.

(We also have financing available for those of you who can't make the full investment up front).



Now, obviously this is a serious investment.

It's less than I could charge, but it's still substantial.

And there are three reasons for that: