1. With what you learn and get with Diamond, you could <u>easily</u> make back your investment in the next 6 to 12 months (and everything after that would be pure profit).

2. **You will probably make 3 or 4 connections at Diamond that will change the course of your career forever.** But let's be conservative and say you only make ONE major connection. That one connection (like my meeting my Number #2 MOBE affiliate in San Diego) would be worth your $30,000 investment alone.

3. Diamond is NOT for everyone.

Diamond is for <u>serious</u> people, entrepreneurs that are dedicated to doing what it takes to get their business to the next level. If you look at any group of entrepreneurs, I guarantee you that the MOST successful are paying more for advice than the others. That's one of the reasons they're so successful.

Entrepreneurs at the top of their game understand that masterminds are an investment (not a cost) and they will gladly pay tens of thousands (sometimes hundreds of thousands) of dollars every single year for high-level masterminds like Diamond.

Why?

Because those masterminds pay for themselves MANY TIMES OVER.

Let's say you sold just 4 Diamonds per year (or we sell them to your leads on Step 19 in MTTB) for the next 5 years as a result of this mastermind.

*(Hopefully with what you've invested in MOBE so far, you're in this for the long-term like I am).*

That would result in $200,000 in commissions to you.

Does it make sense to invest $30,000 for a $200,000 return?

(I'm not promising any returns here, but if you work this business and were to get those sales, you would see a stellar ROI.)



But, let's be even more conservative.

Let's say you only got 3 sales per year.

Scratch that.

Let's say you ONLY got 2 Diamond sales per year for the next 5 years.

That's $100,000 in commissions – more than THREE times your investment.

Compare that to the stock market, or virtually any other investment available to you today. You're not going to find ANYTHING else out there that can give a rate of return that high.

There's also another reason I set the investment at $30,000.

This price tag ensures that we only get the "best of the best" – online entrepreneurs that are either financially free (or well on their way).

This means that everyone you interact with at Diamond will be at the "top of their game."

No wannabes allowed.

You won't hear the question "What's a squeeze page?" uttered at Diamond.

The conversations you have with other members will be valuable networking opportunities and you will pick up marketing ideas, traffic tips, and other business-building "nuggets" from them.

And that's just the other members!

You'll also be able to hang out with me and my expert team, pick our brains, ask us questions, and bounce ideas off of us.

When you have all of this business brainpower in one place... when everyone is already at a high-level... the ideas you'll hear (and have) will take your online business into the stratosphere.



## You're Invited To Join Diamond...
## But This Invitation Will Not Last Forever

This is an invitation to apply to join the Diamond Mastermind, but it does not guarantee you'll get in. As I said in the beginning of this letter, I will be personally reviewing all applications to make sure you're a good fit.

I urge you to apply to join Diamond before you leave The Titanium Mastermind.

Fill out the attached application, find a MOBE staff member tomorrow, and tell them...

# "I Want To Apply For Diamond"

If you have any remaining doubt left in your mind... if that little voice in your head is coming up for reasons why you shouldn't join Diamond, then I want you to SQUASH that voice.

I had some of the same doubts before I "took the plunge" and flew to San Diego for the mastermind there that ended up changing my life and the course of MOBE forever. I refused to listen to that *nagging* little voice, and it changed EVERYTHING for me.

Think about that before you fall asleep in your comfortable bed in your luxurious suite tonight. Take a relaxing bath and have a beer or a glass of wine. Look out from your terrace and enjoy the warm tropical night air.

Diamond is about living this dream... ALL THE TIME.

**Drop by the Diamond Mastermind table first thing in the morning.** The table is located at the back of the seminar room right next to the Diamond Mastermind Sign. There will be a MOBE staff member there ready to talk to you.



Sincerely,

*Matt Lloyd*

Matt Lloyd

**P.S.** Like Henry David Thoreau once wrote... "Most men lead lives of quiet desperation." Most people "settle" for a job they hate and a life without dreams. Well, I created Diamond for people who REFUSE to settle. If you want the "freedom lifestyle" of a successful entrepreneur, then take advantage of this *exclusive invitation* now. In the future, you may need to be invited by an existing Diamond member to even be considered. As a Titanium member, you're being invited to join Diamond now but this invitation may not be offered again. Do not let this pass you by.

**P.P.S.** Remember, you will be *pampered* at a **luxury resort**, you will experience **outdoor adventure**, you will make **career-changing connections**, and you will walk away with a **Done For You eBook, Done For You Webinar**, and your own **Million Dollar Sales Funnel** that you can use to *exponentially* increase your income. You will leave the Diamond Mastermind with the tools, systems, and mindset to take your online business into the stratosphere. Plus you will have access to one full day of filming at the MOBE Studio.


www.MOBE.com

**PX 8**

# Diamond Mastermind Application

### (To Be Handed In Before You Leave The Titanium Mastermind)

Your Full Name: ...................................................

Your Email: ...................................................

Your Phone Number: ...................................................

Your Skype ID (if you have one): ...................................................

Why do you think you'd be a great fit for the Diamond Mastermind?

Rate your desire to be a Diamond Mastermind partner (circle one) with 10 being the highest:

1    2    3    4    5    6    7    8    9    10

What is your current weekly marketing budget?

Under $500        $500- $1,000        $1,000 - $2,000        $2,000+

How much time can you currently invest in your MOBE business each day?

Less than 1 hour        1-3 hours        3-5 hours        5 hours +

**There Is No Obligation To Join**

By applying, you are not obligated in any way to become a Diamond Mastermind member. There will be a brief strategy session first. The point of this session is to determine if this is the right fit for both of us.

During your strategy session, you'll be able to ask any questions you have, as well as go over the numbers with your unique circumstance taken into account.

If you decide to move forward, we have financing companies available to help with funding

**Here's what is included when you get positioned as a Diamond Mastermind member:**

1. Diamond Mastermind at a luxury resort
2. $10,000 Commissions for every Diamond Mastermind we sell for you
3. Your own custom built sales funnel (similar to MTTB)
4. "Done For You" Webinar with Matt that you can use to sell more MLRs
5. Co-author an ebook with Matt Lloyd
6. Full day of filming in the MOBE Studio
7. **Fast Action Bonus #1 for First 15 ONLY:**  Gold Bullion Coin to take home (worth over $300)
8. **Fast Action Bonus #2 for First 20 ONLY:**  Grow your list with 2,206 CLICKS from We Sell Clicks
   http://www.WeSellClicks.com (Retail value $2,625)

**PX 8**                    FTC-MOBE-000374

# EXHIBIT 4

FTC-MOBE-000375

 Got @ Titanium Event



## *Personal Credit Evaluation Homework*

1. Pull a current credit report at *www.MyCreditNav.com*

*(YOU MUST USE **MYCREDITNAV.COM** FOR THIS REPORT)*

MyCreditNav is a credit monitoring service that offers the most accurate three bureau full report that is closest to what banks are looking for before approving clients for funding.

2. This is a soft pull of your credit and will **NOT** affect your personal credit scores.

3. Login to your CreditNav.com profile to save & download a PDF of your personal credit report. **Do not change the file name**. It must be saved as generated.



4. Email the PDF of your credit report to: **events@mycreditnav.com**

*(Put the full name, phone number, and ( city name ) in the subject line).*

Pulling your report and emailing the PDF document allows MyCreditNav Advisors to expedite a review of your credit situation for potential funding.

5. Check with your Advisor to see what funding options are available.

*\*\* Do not apply for any new lines of credit or acquire any new inquires on your personal credit until you have spoken with your Advisor about the best possible funding options \*\**

To cancel your free subscription call 1-866-566-1956
Email questions about pulling your personal credit report to: kelly@mycreditnav.com

**PX 8**          **FTC-MOBE-000376**

EXHIBIT 5

**FTC-MOBE-000377**



## CREDIT CARD NEGOTIATION SCRIPTS

### Increasing Lines of Credit
**Investor**: Hi, I am calling to make some adjustments to my account. First, what is my credit line limit?
**Operator**: Your current card limit is $_____
**Investor**: I am working on a business deal and am going to be making a significant purchase and rather than using more than one card I would like to use this card as my primary card. In order to do so I need to raise my limit.
**Operator**: How much would you like?
**Investor**: What are you authorized to give me? (Note- if they offer you less than you are looking for continue by asking for a specific amount. Typically if you have two digits before the comma, i.e., $30,000, you will want to ask for double. If you only have a single number before the comma, i.e., $3000, you will want to ask for three times the current limit.)
 Continue with:

Investor: I would like to increase my limit to $_____.
Operator: I can raise your limit to $_____. (Note- the idea here is to get them to raise your limit by whatever amount they can raise it today. You don't want to wait for the 72 hours for an account review. If their response is not acceptable, thank them for their assistance and ask to speak to a supervisor. When the supervisor gets on the call start at the beginning of the script again.)

### Decreasing Interest Rates
**Investor**: What interest rate am I currently paying?
**Operator**: _____ %
**Investor**: I would like to get that interest rate lowered immediately. (Note- if they do not lower your interest to an acceptable level then continue.)
**Investor**: I am confused. I often receive offers in the mail where the interest rates are much lower. I am aware of offers that even offer 0% interest for a certain time. I realize those are introductory offers but in order for me to be comfortable using this card as my primary card I would need you to be more competitive. Can you at least lower it to a more reasonable rate even if it is for a limited time?
**Operator**: We could go down to _____ for _____ months.
**Investor**: Thank you so much!

### Eliminating Annual Fees
Investor: Am I currently paying any annual fees on this card?
Operator: You are paying $___ per year.
Investor: What benefits am I receiving for this fee?
Operator: You are receiving _____ (Note- you will often be told the fee is for the privilege of holding the card.)
Investor: I would like that fee credited or discontinued.
Operator: I will take care of that for you.

### Convenience Checks
**Investor**: Does this card offer Convenience Checks and if so what are the fees?
**Operator**: Yes, we do have convenience checks. They have an interest rate of ___.
**Investor**: Will you send me some convenience checks? I would like to have some handy if I need them. (Note that convenience checks expire ever couple months so just getting on the list of people who want them sent out is a good thing. Many times the company will offer no transfer fee or really low interest rates to encourage you to use them.)
**Operator**: Sure.
**Investor**: Thanks!



TRACK YOUR SUCCESS!

| Your Name | Last 4 Digits | Last 4 Digits | Last 4 Digits | Last 4 Digits | Last 4 Digits | Totals |
|---|---|---|---|---|---|---|
| Card Type | | | | | | |
| Current Limit | $ | $ | $ | $ | $ | $ |
| New Limit | $ | $ | $ | $ | $ | $ |
| Current Balance | $ | $ | $ | $ | $ | $ |
| New Available Balance | $ | $ | $ | $ | $ | $ |
| Amount Raised | $ | $ | $ | $ | $ | $ |
| Current Interest Rate % | % | % | % | % | % | % |
| New Interest Rate % | % | % | % | % | % | % |
| % Lowered | % | % | % | % | % | % |
| Annual Fee | $ | $ | $ | $ | $ | $ |
| New Annual Fee | $ | $ | $ | $ | $ | $ |
| Amount Saved | $ | $ | $ | $ | $ | $ |
| Courtesy Checks Y / N? | | | | | | |
| Balance Transfer Checks Y / N? | | | | | | |

The more you raise the better off you are!  You don't have to use it but having the flexibility available right when you need it will let you move quickly and will open doors for you.

**PX 8**    FTC-MOBE-000379

# EXHIBIT 6

FTC-MOBE-000380



**PX 8**

FTC-MOBE-000381







**PX 8**

FTC-MOBE-000383



Video may take up to 10 seconds to load... Be sure to turn up your speakers

You're about to discover an online business model that can potentially **put $10,000 or more in your pocket, every single month.**

CLICK HERE TO BUY NOW (ONLY $9.95)



Make Your O

Get Ready t
Easily Put



Just Fill In

**NEW!** "You're About To Discover An Online Business Model That Can Easily Put **$10,000 or More** In Your Pocket Every Single Month"

In the next couple of minutes you're going to learn the exact method that can allow you to build a 6 figure a year online business...



Thank you Page +Co-authored eBook Sales Page

Buy Now?

Yes

Orange lines represent the Lead being added to an email followup sequence, as well as where one or more of those emails may lead them.



FTC-MOBE-000385



**PX 8**    FTC-MOBE-000386



**PX 8**          **FTC-MOBE-000387**