





### Download Your Copy Of "My Online Sales Machine"

- Check your email for login instructions from MOBE.
- The login page is: http://mobeoffice.com/members/
- After logging in, click on "My Products".
- Choose "Online Sales Machine"



### Register For This Exclusive Online Special Webinar...

In this webinar with Karen Louise and Matt Lloyd, you'll hear Matt expand on the concepts taught in Online Sales Machine, and see how Matt grew his business from $700/mo to over $214,000/mo in 15 months.

This information is vital if you're looking to create a full time income from home.

**CLICK THE BUTTON BELOW TO REGISTER FOR THIS EXCLUSIVE WEBINAR**

**Reserve Your Spot**



44.10

Yes

No

Online Sales
Machine (OSM)
Thank You Page



FTC-MOBE-000389



FTC-MOBE-000390

# EXHIBIT 7

FTC-MOBE-000391

Diamond Mastermind

Pre-work Task List



**Congratulations, and welcome to the MOBE Diamond program!**

We are very excited to partner with you in creating your Done-With-You funnel. We will have limited time available during the Diamond Mastermind live event so this list of Pre-Work is the part of your Diamond Funnel that we will need you to complete beforehand. It will provide us with the personalized information we need to create the most concise and well-branded funnel possible for you.

When you've completed the Pre-Work, email the information to **Diamond@mobe.com** and we will update your file! (Detailed information on this starts on Page 3.)

Additionally, look on Facebook for the **Diamond Orientation Video** (currently in Post-Production) which will detail each step of the Diamond pre-work!

**Keep track with the checklist on the next page and let's get started!**

**PX 8**                    FTC-MOBE-000392

Diamond Mastermind

Pre-work Task List

## Diamond Pre-Work Checklist:

**Prework is due no later than 2 weeks prior to the start date of your live event!**

☐ **Task 1:** Create a **_Name_** for your Coaching Program and list what will be offered in the program.

☐ **Task 2:** Record Audio (with Microphone) <u>ebook OSM Script Section 2</u>

☐ **Task 3:** Record  Audio (with Microphone), Up Sell MTTB

☐ **Task 4:** Record Audio (with Microphone) Webinar Script Section 2, 3 and 4

☐ **Task 5 :** Please populate in the OSM Affiliate Input Template form and submit for your input for the ebook

☐ **Task 6 :** Create New Autoresponder Lists

☐ **Task 7 :** Create Opt-in forms in 1) Ebook Optin Leads, 3) Webinar Attendees

☐ **Task 8:** Create videos for Autoresponder Series with call to action to buy the ebook.

☐ **Task 9 :** Purchase <mark>YOURNAME**.com**</mark> and <mark>YOURNAME**.tv**</mark> domain for your name (optional for previous Diamond Attendees or those who already have a blog)

☐ **Task 10:** Create scripts for "Your Story" branding video that will be filmed at the event.

☐ **Task 11:** Customize and familiarize your Coaching Program script for filming

☐ **Task 12:** Customize and create a "Welcome to my Website" video

☐ **Task 13:** Create Coaching Survey form with Wufoo or Google forms

☐ **Task 14:**  Upgrade PayPal account to either Premier or Business level

**PX 8**                                    **FTC-MOBE-000393**

Diamond Mastermind

Pre-work Task List

## DETAILED DIAMOND PRE-WORK

**Task 1:** Create a **Name** for your Coaching Program and list what will be offered in the program.

This will be a bonus to entice your to join MLR via your ebook or Webinar. Bonuses may be similar for both.

- Bonus will be will be mentioned
  - in ebook  question 4 in survey form in task 4
  - in webinar section 3 in task 3
  - on Coaching Page e.g.
    - http://myonlineprofitsbreakthrough.com/scottsmith/coaching
    - http://myonlineprofitsbreakthrough.com/beccabarry/coaching/
    - http://myonlineprofitsbreakthrough.com/deborahrobertson/coaching/
    - http://myonlineprofitsbreakthrough.com/scottoliver/coaching/
    - http://myonlinesalesmachine.com/lorielhanon/coaching/

**Task 2:** Record Audio (with Microphone) ebook OSM Script Section 2 using Camtasia ( *preferred* ) or screen flow

*Suggested Microphone or equivalent : USB Microphone*

**File Name:** "OSM VSL Script.docx"

**Task 3 :** Record  Audio (with Microphone) , Up Sell MTTB

**Filename :** "Upsell MTTB Script.pdf"

**Task 4:** Record Audio (with Microphone) Webinar Script Section 2, 3 and 4 with Camtasia (preferred) or screenflow

*Note: Kindly keep Audio Recording for Section 2, 3 and 4 in a separate file*

**File Name:** "Autowebinar Script.docx"

Customise Bonus slides  >> **Filename :** "Template-Webinar Bonus Slides"

PX 8

FTC-MOBE-000394

Diamond Mastermind

Pre-work Task List

Customise Contact Slides >> **Filename :** "Template-Webinar Contact-ppt"

**Task 5 :** Please populate in the form and submit for your input for the ebook

File Name : "OSM Affiliate Input Template.docx"

Page 4 of 12

**PX 8**

FTC-MOBE-000395

Diamond Mastermind

Pre-work Task List

**Task 6 :** Create New Autoresponder **Lists**
*If you do not have an autoresponder, we recommend using AWeber.
Click HERE to create an account.

| Lists | Campaign Share Code | |
|---|---|---|
| | **Aweber** | **Get Response** |
| 1.  Ebook optin leads | awlist3751793-6cc15-$F | Require your login details and we will help you |
| 2.  Ebook buyers | awlist3765050-1faae-$F | Require your login details and we will help you |
| 3.  Webinar Attendees | | |
| 4.  PostwebinarMLRbuyers | awlist3765036-7bda2-$F | Require your login details and we will help you |

**Task 7 :** Create optin forms with field for 1) Ebook optin leads and 3) Webinar
Attendees

a) Name
b) Email

Submit HTML code to http://goo.gl/forms/cKkVv8ylnv

**Task 8:** Create videos for Autoresponder Series with call to action to buy the
ebook.

a) Create your own channel on YouTube, and upload each video to it.
b) Submit link to each YouTube video to http://goo.gl/forms/RRhl4mj3TN

*List of Videos for follow-up series:*
1. Proof of Results Video (yours or others)
2. Exclusive Interview with top earners
3. Lifestyle Video
4. Mindset Video
5. "How to" Video on Direct Response Marketing

*Example of the 5 follow up series videos*

proof of results :
http://tijithomas.tv/lifestyle-video-by-tiji-thomas/

Page 5 of 12

Diamond Mastermind

Pre-work Task List

interview with top earner :
http://tijithomas.tv/interview-with-top-earner-norbert-orlewicz/

mindset video :
http://tijithomas.tv/entrepreneur-vs-employee-mindset/

lifestyle by design :
http://tijithomas.tv/life-style-by-design/

Direct Responder Marketing :
http://tijithomas.tv/direct-response-marketing-by-tiji-thomas/

**PX 8**                           **FTC-MOBE-000397**

Diamond Mastermind

Pre-work Task List

## Video Recordings

As part of the Pre-Work, you are responsible for filming and posting the 5 videos below. These can be filmed indoors or outdoors, in a quiet area with diffuse lighting, using your camera phone or better.

You must include a Call-To-Action at the end of each video, instructing viewers what to do to get access to your ebook. ("Go to...", "Click think link below...", etc.)

CLICK HERE FOR A FULL WALKTHROUGH

(Ctrl + Click descriptions for sample videos.)

1.    Proof of Results Video (yours or others)

Key Points to capture:

- Your winnings, and if not then the winnings of people you know/have met, have personally witnessed at MOBE events, etc.
- How the winners leveraged the system covered in the eBook.
- Call to action "Click here for this eBook..."

2.    Exclusive Interview with top earners

- "How have they done so well?"
- "What system have they leveraged?" (covered in the eBook)
- CTA

3.    Mindset Video

- Personal lesson about the importance of a proper "success" mindset
- If you are ready, this is the system to get maximum leverage from that "success" mindset
- CTA

4.    Lifestyle by Design Video

- How they had been living
- Their introduction to the system discussed in the eBook. The fact that the system works
- The difference it made and how they are living now, eg. Internet Lifestyle
- CTA

5.    "How to" Video on Direct Response Marketing

**PX 8**                                    **FTC-MOBE-000398**

Diamond Mastermind

Pre-work Task List

- Positioning you, the affiliate, as the teacher, Establishing Know, Like, Trust.
- The merits of Direct Response Marketing
- How it's measurable, and how the system provides maximum leverage.
- CTA

**Task 9 :** Purchase YOURNAME**.com** and YOURNAME**.tv** domain for your name (optional for previous Diamond Attendees or those already have a blog)

e.g. deborahroberson**.com** and deborahrobertson**.tv**

Please submit login details via email for
  i. Domain registration company
  ii. Hosting Account
  iii. Optimise Press license account ( for building .com site)

**Task 10:** Create Scripts for "Your Story" Branding Video that will be filmed at the event

- Watch as many case studies on http://mattlloyd.tv/?s=case+study
- Narrow in 1 or 2 of your favorite
- Write your script according to the video
- Submit completed script to diamond fulfillment representative for feedback with videographer.

**Task 11:** Familiarize and customize your Coaching program script for Filming

e.g. of script applied

http://myonlinesalesmachine.com/terrykulp/coaching/
http://myonlinesalesmachine.com/jillmarie/coaching/
http://myonlinesalesmachine.com/lorielhanon/coaching/
http://myonlinesalesmachine.com/markprosser/coaching/

***Filename :*** "Coaching Program Video Script.pdf"

**PX 8**          **FTC-MOBE-000399**

Diamond Mastermind

Pre-work Task List

**Task 12:** Customize and create a "Welcome to my website" video

***Example Scripts:***

"Hi my name is _____ , and I'd like to welcome you to my blog.

Chances are, if you're here you are probably interested in learning how to build your own business online... Or maybe you haven't started yet, and you want to get out of the 9 to 5 rat race.

I'd like to offer up my site as a resource for you, in your quest to succeed in making money online.

My site provides regular and valuable information that will provide you with significant results, if you're willing to take action and implement the strategies that I will present to you.

Enter your email address below to subscribe to my daily newsletter and I'll be sharing with you a business model that can easily put $10,000 or more in your pocket every single month."

e.g. where Script is applied
     http://reginaleemanuel.com/
     http://sallystokkeolson.com/
     http://terrykulp.com/


**Task 13:** Create Coaching Survey form with Wufoo or Google forms

Sign up for free at http://www.wufoo.com/  or

http://www.google.com.au/forms/about/

*Purpose : this form is send to those who sign up for your coaching program or those who claim your bonus when they join MLR via the webinar or ebook*

Example Field on the form
https://ernestlim.wufoo.com/forms/strategy-session-application/

**PX 8**       **FTC-MOBE-000400**

Diamond Mastermind

Pre-work Task List

**Task 14:**  Check Paypal account to be Premier or Business level

Only these levels allow you to accept payment.

*Purpose :* for accepting payment on your coaching page.

For your reference

https://www.paypal.com/us/webapps/helpcenter/helphub/article/?solutionId=FAQ2347

**PX 8**                    **FTC-MOBE-000401**

Diamond Mastermind

Pre-work Task List

## __Suggested Approach__

a) Quick Wins

- Purchase your .com and/or .tv domain and link to hosting and install wordpress
  - Please send me the login details for the following if you like me to set it up for you after your domain purchase
    - domain registration registration services (e.g. godaddy or namecheap etc)
    - hosting cpanel login details

- Purchase Optimise Press License if not already own one. ( else go to http://ernestlim.com/op to purhcase the Core Package $97 one time payment and ignore all upsells)
  - Submit optimize press login details

- Provide Autoresponder login details
  - I will setup the list , follow you series and sign up forms for you

- Please send me your best photo of yourself (or both you and biz partner) that will be used throughout the funnel

b) finalised name and details of coaching program/ bonuses

c) Submit ebook input

d) all the voice recordings within Task 1-5 ( we can do it together via skype)

- ebook OSM VSL section 2
- webinar section 2, 3 and 4
- mttb upsell

e) Customise slides for Webinar Section 3 and 4

f) all the video recording using your own camera or smartphone for now and will replace with professional video you will do in the next Diamond Mastermind Event

- ebook intro about you and matt osm section 1
- ebook thank you  osm section 3
- webinar intro about you and matt section 1
- 5 videos for follow up series
- coaching program intro
- welcome to my blog video

g) Create scripts of your branding video ( started this now and work in parallel with the rest above)

- Watch as many of the examples on http://mattlloyd.tv/?s=case+study
- find your favourite one
- model after it
- send complete script to me and we will connect you with the videographer for feedback

Page 11 of 12

Diamond Mastermind

Pre-work Task List

h) Create Coaching Survey Form with either wufoo.com or google form

  Example Field on the form
  https://ernestlim.wufoo.com/forms/strategy-session-application/

**PX 8**    **FTC-MOBE-000403**

Online Sales Machine (OSM)

Video Sales Letter (VSL) Script

**1. OSM VSL Intro with Matt**
*(Video to be Recorded at Diamond MM Event)*

**Instructions to Attendee**
Video will be made with Matt for Online Sales Machine Handbook

Here is a template for a script to use in the "Online Sales Machine" handbook.  Please review this, practice as much as you can and be ready to film with Matt at the Mastermind event.

Refer e.g.
http://myonlinesalesmachine.com/sallyolson/osm-letter/

**HOST:**  Hi everyone, its [your name] here in [current Location].  In the video you're about to watch, I'm going to show you a business model that is making a lot of people around the world a LOT of money.

I'm also going to introduce you to my friend here, Matt Lloyd, who's generated tens of millions of dollars online.  And he'll be talking about how he's done it...

**Matt Lloyd:**  That's right - I'll be sharing with you some of my best insights when it comes to creating additional income streams on the internet - things that have taken me years to figure out, and will save you a lot of time.

**HOST:**  Excellent... so pay very close attention, and lets get started!

**2. OSM VSL Slides (to be merge with Matt's VLS for OSM sales page)**
*(Audio Recording)*

**Instructions to Attendee**
This is an Audio Script for the OSM Sale page
Please review be prepared to read it expressively, according to your style, into a Microphone

Refer to e.g. allow 1-2mins after the video.
http://myonlinesalesmachine.com/sallyolson/osm-letter/

You're about to discover a breakthrough online business model that can potentially put 10 thousands or more in your pocket every single month

In the next couple of minutes you're going to learn the exact method that can allow you to build a 6 figure a year online business.

But first.. Here's the bad news

You've been lied to. Repeatedly.

**PX 8**                    **FTC-MOBE-000404**

Online Sales Machine (OSM)

Video Sales Letter (VSL) Script

All those *gurus* telling you that they can teach you how to make money online... are really lining their own pockets with your hard earned cash.

The majority of them don't even practice what they preach, so to speak.

What I mean is... most of them don't even do the things they're trying to teach YOU to do... all they're doing is selling you "how to make money online" junk.

Regurgitated... over and over again.

And I know this from my personal experience.

My name is [[Your Name]], and I'm a lot like you.

In fact, just a few short months ago I was up against the wall.

I had tried everything to start making money online. I did every course, every "affiliate program" every "guru" mastermind... and nothing worked for me.

At that point I would think it was my own fault, and start throwing good money after bad money (and failing again) trying to find that elusive online income.

If you had met me at that time I would have told you to save your money and find something else to do, that it just couldn't be done.

At least not like all those "gurus" kept telling you.

But then something pretty amazing happened, I met a guy who I'll introduce in just a moment.

And he had the most amazing, simple and get this... profitable system to make money online I've ever seen. A real solution, not some warmed over microwaved crap from a decade ago...

Not at all. This was an entirely new cutting edge system designed with people like me (and like you I suspect) in mind to allow them to get the kind of success they deserve.

His name, as you might have seen at the top is Matt Lloyd and he's my partner on this project. Together we've been working on a system that opens the door to profits like you've never seen before, in a rock solid foolproof system that he originally built from scratch.

I'm going to let him fill you in on his story in his own words in just a second, but I'd like to give you some statistics first.

Important numbers that you need to know.

**PX 8**

Online Sales Machine (OSM)

Video Sales Letter (VSL) Script

Remember I said from the start that you'd been lied to, and the problem is a bit deeper than that.

Not only have you been lied to, but you've been denied the right set of tools to even get started doing the job correctly, let alone the foundation to build it on.

The same thing holds true for offline businesses... did you know that most small businesses FAIL miserably in the first 3 years?

Not only that, most of them have to declare bankruptcy and have an enormous debt load to boot.

But there's one kind of business that thrives when others fail.

Franchises.

In fact, 90% of franchises are profitable in the same amount of time it takes for solo-entrepreneurs to go under.

Think about that for a minute. What separates a franchise from any other small business?

Here's the big secret, and if you only take this ONE thing from this letter, let it be this.

Franchises start with a SYSTEM.

A proven business system. In fact, you can't even try to become a franchise unless you have a least 2 profitable locations and systems in place to ensure their success.

I call it "The McDonald's Principle" and Matt taught it to me.

And here's what it is in a nutshell.

Go anywhere in the world and find a McDonalds (it won't be terribly hard)

No matter where you are, minor variations aside, the burgers, the service and the restaurants will be almost exactly be the same. A Big Mac is always going to taste like a Big Mac, and the fries too. The prices will be cheap and you can bank on that consistency, state to state, and country to country.

Not only that, because the system is so well designed, McDonalds franchise owners can hire cheap labor instead of costly skilled labor... because their training system is second to none.

So why share this principle with you?

Page 3 of 4

**PX 8**

**FTC-MOBE-000406**

Online Sales Machine (OSM)

Video Sales Letter (VSL) Script

It's the exact same reason that most online business efforts fail. Almost ALL of the products, courses, programs and any other online business venture lack the ONE thing that they need to be successful.

A system.

That's where Matt and I come in.

I'd like to introduce you to the: Online Sales Machine.

And to tell you more about it, I turn this over to the creator of the very system that's allowed me to partner with him and find the most success I've ever had to date online….. over to you Matt ..

**3. Thank you for purchasing Online Sales Machine**
*(Video Recording to be done at Diamond Mastermind Event)*

**Instructions to Attendee**
Video will be made by yourself.
Please review, memorise and be ready to be filmed

http://myonlinesalesmachine.com/sallyolson/osm-thank-you/

Hey it's [[YOURNAME]]

And I want to personally thank you for purchasing Online Sales Machine and congratulation if you've taken up the special offer.

I'm really confident that this will give you a MAJOR breakthrough and put an extra $10,000 or more in your pocket every single month.

Check your email right now to get the instructions on how to access your purchase.

And while you are here I also want to personally invite you to a free webinar I'm co hosting with Matt Lloyd - a guy who's generated 10s of millions of dollars on the internet - which we are hosting over the next couple of days.

In this webinar we will reveal the business model that took Matt Lloyd from making $700/month to close to $315K /month in less than 18 months.

Click the link below to register for this free webinar and I look forward to see there!

~~ End of Script~~

**PX 8**

FTC-MOBE-000407

## UpSell TTI Script

Hey it's [Your Name] here again and I want to congratulate you on your decision to purchase My Online Sales Machine eBook… this ebook is packed with incredible information that reveals the exact business blueprint thousands of people just like you are using right now to create their fortunes online.

Its obvious that you are someone who gets it. You understand the value of investing in yourself and learning from successful people who have achieved what you desire.

You will now have in your hands a detailed roadmap you can follow.

But before you dive into the book, I have a very special invitation for you. So pay close attention for just the next 3 minutes.

You see we do things very differently around here.

There's something truly different about what we do here that leads to the massive success of our Affiliates.

And that key is coaching.

Information is one thing. But information is nothing without implementation.

That's why right now, on this page, I want to give you a very special opportunity to receive personal 1-on-1 coaching from me. That's right. I will personally walk you through our proprietary 7 step training program to making $10k per month online.

I will personally work with you to get you started with the information in My Online Sales Machine.

You don't want this ebook to just be another book you purchased collecting dust on your hard drive.

If you truly want to make a change in your life and create the time freedom and financial security that you dream of, you actually need to apply this information.

And that's exactly what I will personally help you do.

When you upgrade your membership on this page right now, you will get access to our proprietary 7 Steps TTI training program.

The TTI program is a step-by-step online training course, complete with

Page 1 of 3

extensive video tutorials from an 8 figure online marketer, that will show you in detail, how to start making your first $1,200, $5,000 and $9,000 commissions with our business model.

I will personally walk you through each step of this program in private one-on-one consultative phone calls so you understand exactly how our business model works and you will know exactly what you need to do each step of the way.

Now here's what makes our program so unique.

Typically, a private coach would easily cost you between $300 to $500 per hour of coaching. You could end up paying thousands of dollars to get the help of a professional business and marketing coach.

But today  you can lock in your one-on-one coaching and training program for a tiny one-time only investment.

Right now, on this page, you can upgrade your account, get instant access to our 7 step video training program AND get started with my personal 1-on-1 coaching for just a small one time investment of only $49.

I told you this was unique.

Why do you think so many of our affiliates are creating such incredible results?

It's because we focus on the success of our affiliates.

And we do that by giving every one of them a coach to help answer any questions, and show them exactly what they need to do next.

You've already made the choice to change your future by purchasing the Online Sales Machine eBook.

Now get all the help and coaching you need for just a one time payment of $49.

Just remember… we obviously can't offer this to everyone and I can't guarantee you will see this invitation again. My time is very valuable and I can only work with serious action takers.

So don't miss out.

You could be our very next success story.

Upgrade your account right now.

Click the button below and your upgrade will be automatically added to your

Page 2 of 3

**PX 8**

order.

You will get instant access to the eBook and our 7 step training program and I will coach you every step of the way.

Don't do this on your own.

We've got everything in place to help you achieve your goals and financial dreams.

All you have to do is click the button below right now and get started.

~~End of Script~~

**PX 8**                    **FTC-MOBE-000410**

Upsell MTTB Script
Version 0.7

## Upsell MTTB Script

Hi this is <mark>&lt;&lt; Your Name &gt;&gt;</mark> again and I want to congratulate you on your decision to purchase "My Online Sales Machine" eBook...

This ebook is packed with incredible information that reveals the exact business blueprint thousands of people just like you are using right now to create their fortunes online.

Its obvious that you are someone who gets it. You understand the value of investing in yourself and learning from successful people who have achieved what you desire.

You will now have in your hands a detailed roadmap you can follow. But before you dive into the book...

I have a very special invitation for you

So pay close attention for just the next 3 minutes.

You see we do things very differently around here.

And it is what we do here that leads to the massive success of our Affiliates.

And that key is...... COACHING

Information is one thing. But information is nothing without implementation.

That's why right now, on this page, I want to give you a very special opportunity to be assigned your very own coach

**PX 8**                    **FTC-MOBE-000411**

This coach will walk you through our proprietary 21 step training program to making $10k per month online.

That's right!

We will assign you with your very own coach that will assist you in getting started with the information in My Online Sales Machine.

You don't want this ebook to just be another book you purchased collecting dust on your hard drive, right?

If you truly want to make a change in your life and create the time freedom and financial security that you dream of......You <u>actually</u> need to apply the information.

And that's exactly what our coaches will help you to do.

When you upgrade your membership on this page right now, you will get access to our proprietary 21 step MTTB training program.

The MTTB program is a step-by-step online training course,

Complete with extensive video tutorials, that will show you in detail, how to start making your first $1,250, $3,300 and $5,500 commissions with our business model.

Your coach will walk you through each step of this program in private one-on-one consultative phone calls

So you understand exactly how our business model works and you will know exactly what you need to do each step of the way.

Now here's what makes our program so unique.

**PX 8**                                    **FTC-MOBE-000412**

Upsell MTTB Script
Version 0.7

Typically, a private coach like this would easily cost you between $300 to $500 per hour of coaching.

You could end up paying thousands of dollars to get the help of a professional business and marketing coach.

But today ... You can lock in your one-on-one coaching and training program for a tiny one-time only investment.

On this page , you can upgrade your account right now,

Get instant access to our 21 step video training program AND your private business & marketing coach for just a small, One time investment of only $49..

I told you this was unique!!

Why do you think so many of our affiliates are creating such incredible results?

It's because we focus on the success of our affiliates.

And we do that by giving every one of them their own coach to help answer any questions, and show them exactly what they need to do next

You've already made the choice to change your future by purchasing the Online Sales Machine eBook.

Now get all the help and coaching you need for just a one time payment of $49.

So DON'T miss out!

Page 3 of 4

**PX 8**          **FTC-MOBE-000413**

Upsell MTTB Script
Version 0.7

You could be our very next success story

Upgrade your account right now.

Take Action below and your upgrade will be added to your order.

You will get instant access to the eBook and our 21 step training program and you'll be assigned your very own business coach to help you every step of the way.

Don't do this on your own

We've got everything in place to help you achieve your goals and financial dreams.

All you have to do is take action below right now and get started.

| Date | Version | Changes |
|------|---------|---------|
| 3 Jul 2015 | 0.5 | Update on Page 2 : Commission figures from $1,000 to $1,250, $3,000 to $3,300 and $5,000 to $5,500 |
| 22 Jul 2015 | 0.6 | Added Scripts for alternate ordering method<br><br>"(Fill in the form below to add to your order)"<br><br>"(All you have to do is fill up the form below right now and get started.)" |
| 29 Jul 2015 | 0.7 | Delete<br><br>"Click the button below and your upgrade will be automatically added to your order."<br><br>"All you have to do is click the button below right now and get started."<br><br>"(Fill in the form below to add to your order)"<br><br>"(All you have to do is fill up the form below right now and get started.)"<br><br><br>Replace with<br><br>"Take Action below to add to your order"<br><br>"All you have to do is take action below right now and get started" |

PX 8                FTC-MOBE-000414

# EXHIBIT 8A

**PX 8**          **FTC-MOBE-000415**