Handouts @ Diamond MM

Matt Lloyd

Attention: Diamond and Platinum Members...

# WOULD YOU LIKE A "MOBE MENTOR" TO HELP YOU CREATE AND LAUNCH YOUR NEXT PRODUCT & SALES FUNNEL?

If accepted into this exclusive program, your MOBE Mentor will work with you 1-on-1 to create and launch your own product and sales funnel. This sales funnel is a true asset that can generate hundreds of thousands of dollars per year for your business for many years to come.



**PX 8**           **FTC-MOBE-000416**



I've just launched a new program called **MOBE Elevation.**

This program is only available to Diamond and Platinum members and it's very exclusive.

We can only accepted a limited number of people into this program at any time.

I urge you to read this entire letter now while spots are still available.

If selected, you will work 1-on-1 with a MOBE Mentor – someone who has worked side-by-side with me and knows my entire marketing "system" like the back of their hand.

Your MOBE Mentor will help you create your next new product and sales funnel using all of their real-world knowledge about sales and marketing.

Then, they will help you launch that product using the same strategies we've used in MOBE to generate over $100 million in sales.

Having an experienced Mentor personally coach you through these steps will take your business to the next level virtually overnight.

That's why I'm calling this program MOBE Elevation.

Your business will literally be "elevated" to a higher level in a matter of weeks.

## HERE'S HOW "MOBE ELEVATION" WORKS

1. You and your MOBE Mentor will meet for 3 weeks, so they can learn about you, your business, and your goals.

2. Then, your MOBE Mentor will fly out to your home (or office) and work side-by-side with you for 3 full days.

3. At the end of 3 days, you will have a brand-new product and sales funnel that you can use to generate hundreds of thousands of dollars, and a "roadmap" for launching that product.

4. After the fly-out, your MOBE Mentor will help you launch your product, hold you accountable, and answer any questions you have.

Now, there is a LOT more included in the program that I'll get into soon, but first I want to explain whom you'll be working with.

## WHO IS YOUR MOBE MENTOR?

I've had people working with me since Day One who have helped me make millions.

These "workhorses" have become experts in every facet of online marketing – traffic, lead generation, sales funnels, product creation, etc – and have seen firsthand what has worked for MOBE (and what hasn't).

They have worked with me side-by-side in my office in Kuala Lumpur and know how I work, how I think, and how I approach marketing.

And if they do well enough (for a long enough period of time) they qualify to become a MOBE Mentor.

These MOBE Mentors are as close as you'll get to working directly with me.

In fact, to be completely honest, some of them know MORE about certain technical aspects of traffic and sales funnels than I do!

Your MOBE Mentor is uniquely qualified to help you:

- earn more money in MOBE
- get more traffic and opt-ins
- build your email list
- create and position your own product
- build your own sales funnel
- scale your online business to 6-figures (and higher)

If you want to take your business to the next level, then getting a mentor is the fastest and easiest way to get there.

I know from personal experience.

## HOW MENTORS HAVE CHANGED MY LIFE AND MY BUSINESS

I've paid mentors my entire life to push me to greater heights.

MOBE would not be where it is today without the help of very successful people and their advice.

And as MOBE has grown, so has the amount I'm willing to pay my mentors.

In fact, I recently wired $60,000 to a businessman who lives in a castle in Scotland.

He's operated at a much higher level than me, growing a company to a valuation of $450 million!

I also pay $10,000/mo to another consultant for a one-hour call each week (and 2 days every quarter in his office).

This man built a seminar training company to $250 million a year in the early 2000s and knows more about live events than almost anyone else in the world.

And it's not just me (or just businessmen) that employ mentors.

The best athletes in the world all have coaches that teach them how to improve aspects of their game.

Successful actors, salespeople, writers, musicians… every single one has used mentors at some point in their career (and the best ones continue to).

If you want to succeed, you must ALWAYS learn from people that have more experience than you.

That is the secret to success.

And that's what the MOBE Elevation program will give.

If accepted, your MOBE Mentor will work with you in 3 phases.

# THE 3 PHASES OF YOUR MOBE MENTORSHIP: FROM INTRODUCTION TO IMPLEMENTATION

## PHASE 1: INTRODUCTION

In this phase, your MOBE Mentor will learn who you are. For 3 weeks prior to your in-person meeting, you will discuss your goals, your experience level, and where your online business is today.

After assessing where you are, they will give you a series of easy-to-implement assignments to work on. These assignments will get you ready for your in-person meeting and lay some of the groundwork for your new product and sales funnel.

## PHASE 2: CREATION

After the Introduction Phase, I will pay for your MOBE Mentor to fly out to your home (or office) for 3 full days and create a brand-new product and sales funnel with you.

This product and sales funnel will be in ADDITION to anything my team has helped you create before (if you're a Diamond member).

**Note:**
You can never have enough sales funnels and products. In fact, the most successful marketers in the world create and launch several new products every year. This is the best way to build momentum and scale.

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you map out elements of your product, and put together the PowerPoint slides for your sales presentation using proven templates, images, and "psychological" triggers.

At the end of 3 days, you will have a top-notch product, a high-impact sales video, and a sales funnel modeled after some of the best-selling funnels in the world (including MOBE's).

A good sales video (like this) will hit on universal themes and resonate with people of different ages, backgrounds, and nationalities.

Once perfected, it will work for many years in many different situations and become a true asset that can reliably bring you 6 to 7-figures per year.

You can also adjust this sales video for live stage presentations, webinars, and other formats to bring in even more sales.

## PHASE 3: IMPLEMENTATION

At the end of your 3-day meeting, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

Then, they will work with you for another 3 weeks (after your in-person meeting) to make sure you implement your roadmap.

They will answer your questions, hold you accountable, and help you launch your new product to the world using the best strategies for getting massive amounts of traffic in a short period of time.

In total, your MOBE Mentor will meet with you for 6 full weeks plus 3 days in person.



**PX 8**                    FTC-MOBE-000419

# PLUS... YOU WILL GET 6 FULL MONTHS OF ADDITIONAL TRAINING, SUPPORT, AND COACHING FROM MY TEAM AND ME

Since I truly want you to succeed in this program, I've decided to include 6 full months of additional training, support, and coaching.

For 6 months, you will get exclusive access to a VIP Support Line, a private Skype accountability group, weekly calls with a Traffic Coach, and my weekly Commissions Accelerator Webinar.

Here's how this works...

## YOUR VIP SUPPORT LINE

You will get a private number that goes to a special VIP Support Line. You can call this number any time you get stuck and have a question.

This VIP Support Line is reserved exclusively for people in the MOBE mentorship programs. (It's not even available to my Diamond members.)

When you call, one of my affiliate managers or a high-level member of my marketing staff will answer. All are well qualified, and they know that when this phone rings it demands their immediate attention.

## 26 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Every week, you will meet on Skype for a 30-minute session to discuss your business. Your Traffic Coach will:

- ask you what challenges you've faced in the last week, and help you overcome them

- give you advice on specific traffic strategies you should be implementing, so you can bring in more leads and sales

- recommend "tweaks" or changes to your landing pages, or other parts of your sales funnel, so you can increase conversions

Your Traffic Coach's specialty is (obviously) traffic, and their top priority will be getting you as much traffic as possible.

But... all of my Traffic Coaches are also students of MOBE's best sales and marketing techniques.

They will help you increase your sales and conversions, and be a valuable resource for advice on how to improve your online business as a whole.

Meeting with your Traffic Coach will keep you motivated and moving forward, because you'll have someone to talk to you about YOUR business each and every week.

## PRIVATE SKYPE ACCOUNTABILITY GROUP

At MOBE events, you know how exciting it is to be in a "live" environment with other like-minded entrepreneurs.

But then you get home, and you're faced with the realities of running your business ALONE.

It can be daunting.

To help you overcome that, I've created a private Skype group that I personally monitor. This Skype group is very exclusive and only available to the highest earning MOBE partners.

In this setting, MOBE Top Earners "let their guard down" and share trade secrets and about what's currently working in their businesses. By being a part of this group, you will pick up valuable tips on marketing, sales, and traffic. As an active member, you will be required to

post daily updates on what you're doing, so other members can motivate you and hold you accountable.

Also, I personally monitor this group and will check in on your progress, and give you valuable advice from time to time.

## WEEKLY "COMMISSIONS ACCELERATOR" WEBINAR

At the end of the day, my greatest skill is converting traffic into paid customers. It's easy to forget that this is the MOST important thing you should focus on at all times.

For that reason, I started an exclusive webinar for the Top Earners in MOBE (and members of the MOBE mentorship programs). On these weekly "how to" webinars I'll reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

In the past, I've taught attendees how to increase sales, write profit-pulling emails, manage Facebook groups, put together bonuses, and much more.

These private webinars are by invitation-only so they're very exclusive and I only cover advanced marketing strategies.

# A MAJOR TURNING POINT FOR YOU AND YOUR BUSINESS

The MOBE Elevation program can be a major turning point for you and your business.

- You will get a "lifeline" to true marketing experts, so you can quickly get answers to all your questions

- You'll have a team of MOBE experts at your disposal, dedicated to helping you achieve your goals

- You will get a rare glimpse into the "inner workings" of MOBE and learn what marketing strategies are working best for us, so you can implement them in your business

- You'll get actionable "step by step" training and 1-on-1 help to implement it, so you will be FORCED to take action and move forward

In short... you'll go from inaction and confusion to creation and implementation, so you can finally take your business to the next level.

But you have to take the first step and apply today.

# HERE'S WHAT YOU GET WITH "MOBE ELEVATION"

## 3-PHASE MOBE MENTORSHIP:

Your MOBE Mentor will meet with you for 3 weeks prior to your in-person meeting to assess where you are, and give you a series of easy-to-implement assignments to get you ready for your in-person meeting.

Then I will fly them out (at my expense) to your home or office to work side-by-side with you for 3 days and help you create a new product and sales funnel that you can use to bring in 6 to 7-figures per year.

After your sales funnel is done, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

Then, after the 3-day fly out, your MOBE Mentor will work with you for another 3 weeks to make sure you implement your roadmap. They will answer your questions, hold you accountable, and keep you moving forward.

### YOUR BRAND-NEW PRODUCT:

Your MOBE Mentor will help you create an irresistible product that hits your prospects' "pain points" and gets them reaching for their wallets.

Your product will be UNIQUE to you... but it will be modeled after the world's best-selling training products, including MOBE's.

### YOUR HIGH-IMPACT SALES VIDEO:

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you structure a high-impact sales presentation using proven sales tactics, and put together the PowerPoint slides for your sales video.

A good sales video (like this) is a true asset that can reliably bring you 6 to 7-figures per year. Once you have this in place, you can use the same video for YEARS to come to generate sales.

### YOUR OWN CUSTOM SALES FUNNEL:

All of my MOBE Mentors know how to engineer a million-dollar sales funnel with the highest-converting squeeze pages, sales pages, exit pops, order pages, and upsell/downsell sequences.

They will help you create a custom sales funnel by taking tested and proven page templates and customizing them for your unique product.

### RIGHTS TO YOUR PRODUCT AND SALES FUNNEL:

You will own your finished product and sales funnel for life. You can make money from these assets for years to come, by using them yourself and licensing them to other sellers.

If used correctly, your product and sales funnel could easily bring in $1 million (or more) per year for your online business.

### PRIVATE VIP SUPPORT LINE

You will get a private number that goes to a special VIP Support Line. You can call this number any time you get stuck and have a question.

When you call, one of my affiliate managers or a high-level member of my marketing staff will answer. All are well qualified, and they know that when this phone rings it demands their immediate attention.

### 26 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Your coach will ask you what challenges you've faced in the last week and help you overcome them. They'll also give you advice on specific traffic and marketing strategies you should be implementing to bring in more sales.

### SKYPE ACCOUNTABILITY GROUP

This private Skype group is only available to the highest earning MOBE partners (and you). In this setting, MOBE Top Earners "let their guard down" and you will pick up valuable tips on marketing, sales, and traffic.

You will also be required to post daily updates on what you're doing, so other members (including me) can motivate you and hold you accountable.

### COMMISSIONS ACCELERATOR WEBINAR

You will be invited each week to a private webinar for the Top Earners in MOBE (and members of the MOBE mentorship programs). On these weekly "how to" webinars I reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

PLUS...

If you apply soon (and are accepted), you will get these additional bonuses.

# 50 COPIES OF LIMITLESS, AND THE CHANCE TO TRAVEL THE WORLD AS PART OF THE MOBE MASTERMIND TEAM

## 50 COPIES OF LIMITLESS:

When you join MOBE Elevation, you'll get fifty (50) copies of my best-selling book Limitless shipped to your door for FREE.

I will pay for the printing and shipping, and you will get a big box of 50 customized books delivered to your door with your affiliate link printed on every 2nd page.

All you have to do is hand these books out to anyone who is interested in having an online business that gives them personal and financial freedom (which is pretty much everyone).

Then, some of those leads will join the MOBE affiliate program and buy more programs (MLR, Titanium, etc) that you will get commissions on.

This is an easy and painless offline strategy that anyone can do (all you have to do is give away free books).

## TRAVEL THE WORLD WITH THE MOBE MASTERMIND EVENT TEAM

As you know, MOBE holds live events and masterminds all over the world, including exotic locations like Fiji, Bali, Cancun, and Thailand and major metropolitan areas like London, Dubai, Singapore, New York, and Los Angeles.

If accepted into MOBE Elevation, you will get "front of the line" status to join our Mastermind Event Team and travel the world like Steven Bransfield

Steven has an inspiring story. He was a typical American college student (in a lot of debt) who decided to change his life and join the MOBE team.



After proving himself, he became a valuable addition to the Mastermind Event Team, speaking at events and masterminds all over the world including Asia, Europe, Mexico, and the U.S.



In the last year, Steven has learned more than he would have ever learned at college... plus he's seen the world, spoken on stage at MOBE events, and is building a promising career as a speaker and trainer.

Now, this is not a guaranteed spot, but we love to add people to the Mastermind Event Team that have been through our coaching and have had success as a MOBE affiliate.

# THE MOBE ELEVATION OFFER

There's a LOT here.

This is one of the most valuable programs I've ever offered... because a MOBE Mentor is literally growing your business FOR YOU.

Because of the personal attention you get and the resources and logistics involved, we can only accept a limited number of people into MOBE Elevation at any time.

But... before I tell you how to apply, there are some ground rules.

# THIS IS NOT FOR EVERYBODY

I'm selective about who my best people work with, so I have some (reasonable) criteria that needs to be met.

## 1. YOU CAN'T SHARE WHAT YOU LEARN WITH ANYONE.

My biggest fear is that one of my competitors will "sneak" into this program and learn all my trade secrets.

If accepted, you must sign a non-disclosure agreement (NDA) that says you won't share what you learn with others. Of course, you'll be able to use the information to build your business, but you can't share it with others.

## 2. YOU MUST BE PLATINUM OR DIAMOND.

By getting positioned at Platinum or Diamond, you've shown that you're a trustworthy partner and serious about growing your business.

## 3. YOU ARE WILLING TO INVEST IN YOUR FUTURE.

With this program, you're getting a MOBE Mentor for 3 full days ($50,000 value)... your own product and sales funnel (assets that could generate $1 million/year)... a Private VIP Support Line ($5,000 value)... 26 weekly sessions with your Traffic Coach ($15,000 value)... the Skype Accountability Group ($10,000 value)... 50 copies of Limitless ($500 value)... Weekly Accelerator Webinars ($5,000 value)... and the ability to join the MOBE Mastermind Event Team ($25,000 value).

If you add up the value of everything here, it's more than $110,500 in the short term and over $1.1 million in the long-term!

But you won't pay anything near that.

There is a reasonable investment to join this program, but we can discuss that after you apply. If the investment is too much for you, then you're under no obligation to move forward.

# HERE'S WHAT I WANT YOU TO DO NEXT

If you want to take your business to the next level, then apply now.

Find a MOBE staff member and tell them, **"I want to apply for the MOBE Elevation Program."**

My staff will connect you with someone for an initial interview.

During this interview, they'll make sure that you meet the requirements and are a good fit for the program.

9

**PX 8**                    FTC-MOBE-000424

You can also ask YOUR questions, to make sure this program is a good fit for you.

If this interview goes well, then we will discuss payment and you'll get a non-disclosure agreement to sign.

After you return the NDA and payment is confirmed, then you'll get access to your MOBE Mentor, Traffic Coach, the Skype accountability group, the VIP Support Line, and other deliverables.

Remember, access to this program is LIMITED and there is a lot of demand, so apply now to ensure you get in.

Find a MOBE staff member and tell them, "I want to apply for the MOBE Elevation Program."

To Your Success,

*Matt Lloyd*

**Matt Lloyd**

P.S.  Remember, your MOBE Mentor will fly out to spend 3 days with you and work with you 1-on-1 to create (and launch) your own product and sales funnel that can generate **hundreds of thousands of dollars** per year for your business. PLUS... you will get ongoing coaching and support, including: 3-weeks of Implementation Sessions with your MOBE Mentor... 26 sessions with your Traffic Coach... and 6 months of Private VIP Support, the Skype Accountability Group, and the weekly Commissions Accelerator Webinar. With MOBE Elevation, you get a team of MOBE experts at your disposal, dedicated to elevating your business to the next level.

**WARNING:**  Access to this program is LIMITED. Find a MOBE staff member and tell them, "I want to apply for the MOBE Elevation Program."

# EXHIBIT 8B

**PX 8**　　　　**FTC-MOBE-000426**