



# DEAR DIAMOND MEMBERS ...

I've just launched a new program called The **MOBE Mentor Program.**

This program is only available to Diamond members and it's very exclusive. We can only accepted a limited number of people into this program at any time.

I have also put a hard limit on the number of private consultations I will do.

The next 10 people will get a 2-hour in-person consult with me. After that, the private consult will no longer be a part of this program.

So, I urge you to read this entire letter now while spots are still available.

If selected, you will work 1-on-1 with a MOBE Mentor – someone who has worked side-by-side with me in my business and knows my entire marketing "system."

Your MOBE Mentor will help you overcome the biggest obstacle facing business owners and entrepreneurs...

# YOURSELF !

No matter how well prepared you are... no matter how many tools and courses you own... you will never build a 6 or 7-figure online business until you overcome what I call "analysis paralysis."

This affects the best (and brightest) of us and it's the #1 "business killer" that no one talks about.

Does any of the following sound familiar?

- You don't know where to get started because there are just too many options

- You get "stuck" on one aspect of a specific marketing campaign

- You're 99% sure of the right action to take, but get frozen in place by the unknown 1%

- You're able to do the first, second, and third steps of a process... but unable to finish the fourth (and final) step

Well, it doesn't have to be this way.

Your MOBE Mentor will work with you 1-on-1 to help you overcome these obstacles and take your business to the next level.

# HERE'S HOW THE MOBE MENTOR PROGRAM WORKS

1. Your MOBE Mentor will fly out to your home (or office) and work side-by-side with you for 3 days to create a brand-new product and sales funnel that you can use to generate hundreds of thousands of dollars.

2. You and your MOBE Mentor will work together for 3 weeks prior to the fly-out (to get you prepared) and for 3 weeks after (to follow up).

3. Sometime after your 3-week follow up, I'll fly you to Kuala Lumpur for a 2-hour consult with me where I will evaluate your business, help you set new goals, and tell you exactly how to achieve those goals.

4. While in Kuala Lumpur, you will also get 2 full days in the MOBE Film Studio to record a series of professional marketing videos for different parts of your business (lead generation, content, sales, and branding).

Now, there is a LOT more included in the program that I'll get into soon, but first I want to explain whom you'll be working with.

# WHO IS YOUR MOBE MENTOR?

I've had people working with me since Day One that have helped me make millions.

These "workhorses" have become experts in every facet of online marketing – traffic, lead generation, sales funnels, product creation, etc – and have seen firsthand what has worked for MOBE (and what hasn't).

They have worked with me side-by-side in my office in Kuala Lumpur and know how I work, how I think, and how I approach marketing.

And if they do well enough (for a long enough period of time) they qualify to become a MOBE Mentor.

These MOBE Mentors are as close as you'll get to working directly with me.

In fact, to be completely honest, some of them know MORE about certain technical aspects of traffic and sales funnels than I do!

Your MOBE Mentor is uniquely qualified to help you:

- earn more money in MOBE
- get more traffic and opt-ins
- build your email list
- create and position your own product
- build your own sales funnel
- scale your online business to 6-figures (and higher)

Your MOBE Mentor will work with you in 3 phases.

# THE 3 PHASES OF YOUR MOBE MENTORSHIP : FROM INTRODUCTION TO IMPLEMENTATION

<mark>Case 6:18-cv-00862-RBD-DCI   Document 3-23   Filed 06/04/18   Page 4 of 7 PageID 523</mark>



## PHASE 1: INTRODUCTION

In this phase, your MOBE Mentor will learn who you are. For 3 weeks prior to your in-person meeting, you will discuss your goals, your experience level, and where your online business is today.

After assessing where you are, they will give you a series of easy-to-implement assignments to work on. These assignments will get you ready for your in-person meeting and lay some of the groundwork for your new product and sales funnel.

## PHASE 2: CREATION

After the Introduction Phase, I will pay for your MOBE Mentor to fly out to your home (or office) for 3 full days.

Over the course of 3 days, your Mentor will help you create a brand-new product and sales funnel that you can use to bring in hundreds of thousands of dollars per year in revenue.

This product and sales funnel will be in ADDITION to anything my team has helped you create before as a Diamond member.

**Note:**
You can never have enough sales funnels and products. In fact, the most successful marketers in the world create and launch several new products every year. This is the best way to build momentum and scale.

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you map out elements of your product, and put together the PowerPoint slides for your sales presentation using proven templates, images, and "psychological" triggers.

This high-impact sales video will use tactics including: the identification of your prospect's problem and the solution (your product); a description of features and benefits; and other elements like scarcity, urgency, and social proof.

By the end of 3 days, you will have a top-notch product, sales video, and funnel modeled after some of the best-selling funnels in the world (including MOBE's).

Then, after your product and sales funnel are done, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

## PHASE 3: IMPLEMENTATION

After the 3-day fly out, your MOBE Mentor will help you launch your new product and sales funnel to the world.

They will work with you for another 3 weeks (after your in-person meeting) to make sure you implement the roadmap they gave you.

They will answer your questions, hold you accountable, and continue to teach you new things about growing your business and making more sales.

In total, your MOBE Mentor will meet with you for 6 full weeks plus 3 days in person.

In addition to that, you will also get a private 2-hour consult with me.

<mark>4</mark>

<mark>**PX 8**                                                      **FTC-MOBE-000430**</mark>

# YOUR PRIVATE CONSULT WITH MATT LLOYD

After your 3-week follow up with your MOBE Mentor, we will schedule a convenient time for you to meet me in Kuala Lumpur for a private consultation.

I will fly you out to Kuala Lumpur (on my dime) and pay for your accommodation for 4 nights.

While here, you will get 2 full days in the MOBE Film Studio, a private consultation with me, and some time off to explore the city.



## During our 2-hour consultation:

- I will evaluate and "dissect" your business in detail
- I will help you define your goals
- I will give you a clear path to achieve those goals
- I will force you to focus on high-level activities

You will learn directly from someone (me) who has generated over $100 million in sales in a very short period of time.

I "live and breathe" marketing every single day and know what it's like to run dozens of campaigns at the same time, while creating new offers and managing an international team.

I can say (truthfully) that I know as much about what's CURRENTLY working in the world of "online marketing" that anyone else on the planet... which makes the value of this hard to quantify.

On the very rare times I do personal consultations, I charge roughly $5,000 an hour, which means this consultation has a real-world value of $10,000.

But if applied correctly, this advice could double (even TRIPLE) your sales over the next 6 to 12 months... which would make this consultation worth hundreds of thousands of dollars.

I know because similar advice has helped me grow MOBE to where it is today.

# HOW MENTORS HAVE CHANGED MY LIFE AND MY BUSINESS

MOBE would not be where it is today without the help of very successful people and their advice.

In fact, I originally got the idea for the entire MLR product line – which has generated well over $10 million in sales – on a 1-hour consultation call with a mentor back in early 2011.

This marketer was at such a higher level than me (at the time) that he was able to describe in 1 hour what would have taken me months (or years) to figure out on my own.

That 1-hour consult changed my life and the direction of MOBE forever and it helped me realized that if you want to succeed, you must ALWAYS learn from people that have more experience than you.

That is the secret to success.

And with the MOBE Mentor Program, you have an opportunity to meet with me for TWICE as long as I met with that mentor in 2011.

On top of that...

# WE WILL RECORD OUR MEETING & TURN IT INTO ANOTHER PRODUCT FOR YOU... THAT YOU CAN SELL OR USE AS VALUABLE BONUS

Like I said before, you can never have too many products.

In addition to the sales funnel that your MOBE Mentor will help you create, my team will record our entire 2-hour private consultation.

Then I'll pay one of my copywriters to write a professional sales letter for it, and my team will create another product and sales funnel for you.

You can sell this product for up to $5,000 as a valuable training...

... or you can give it away as a bonus to get more Titanium, Platinum, and Diamond sales (and commissions) for yourself.



**Note:**

If you want to keep your recordings private, you don't have to sell them or use them as a bonus. (But I highly recommend you leverage this as much as you can).

# PLUS... YOU WILL GET ONE FULL YEAR OF ADDITIONAL TRAINING, SUPPORT, AND COACHING FROM ME AND MY TEAM

Since I truly want you to succeed in this program, I've decided to include a full year of additional training, support, and coaching.

For one full year, you will get exclusive access to a VIP Support Line, a private Skype accountability group, weekly calls with a Traffic Coach, and my weekly Commissions Accelerator Webinar.

Here's how this works...

## YOUR VIP SUPPORT LINE

You will get a private number that goes to a special VIP Support Line. You can call this number any time you get stuck and have a question.

This VIP Support Line is reserved exclusively for people in the MOBE mentorship programs. (It's not even available to my Diamond members.)

When you call, one of my affiliate managers or a high-level member of my marketing staff will answer. All are well qualified, and they know that when this phone rings it demands their immediate attention.

## 52 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Every week, you will meet on Skype for a 30-minute session to discuss what you've been working on in your business.

Your coach will ask you what challenges you've faced in the last week and help you overcome them.

They'll also give you advice on specific traffic strategies you should be implementing to bring in more sales.

Note:
Although their specialty is "traffic" all of my Traffic Coaches know how to setup sales funnels and create effective marketing campaigns as well.

## PRIVATE SKYPE ACCOUNTABILITY GROUP

At MOBE events, you know how exciting it is to be in a "live" environment with other like-minded entrepreneurs.

But then you get home, and you're faced with the realities of running your business ALONE.

It can be daunting.

To help you overcome that, I've created a private Skype group that I personally monitor. This Skype group is very exclusive and only available to the highest earning MOBE partners.

In this setting, MOBE Top Earners "let their guard down" and share trade secrets and about what's currently working in their businesses. By being a part of this group, you will pick up valuable tips on marketing, sales, and traffic.

As an active member, you will be required to post daily updates on what you're doing, so other members can motivate you and hold you accountable.

Also, I personally monitor this group and will check in on your progress, and give you valuable advice from time to time.

## WEEKLY "COMMISSIONS ACCELERATOR" WEBINAR

At the end of the day, my greatest skill is converting traffic into paid customers. It's easy to forget that this is the MOST important thing you should focus on at all times.

For that reason, I started an exclusive webinar for the Top Earners in MOBE (and members of the MOBE Mentor Program). On these weekly "how to" webinars I'll reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

In the past, I've taught attendees how to increase sales overnight, write profit-pulling emails, manage Facebook groups, put together bonuses, and much more.

These private webinars are by invitation-only so they're very exclusive and I only cover advanced marketing strategies.

But that's not all...

## YOU ALSO GET A 2-DAY MOBE FILM STUDIO PACKAGE

I've invested a lot of money into building a professional Film Studio at my office in Kuala Lumpur for one reason...

## VIDEO SELLS

I can't tell you how many times people have told me that they were "on the fence" about Titanium or Platinum, but decided to buy because of the videos about the Masterminds they saw online.

These videos have helped generate millions of dollars and are a big part of MOBE's exponential growth in the past few years.

And with the MOBE Mentor Program, you get access to my Film Studio for 2 full days.

Over the course of 2 days, we will help you create Hollywood-quality marketing videos that will generate a flood of leads and sales for your business.

I have an expert film crew, proper lighting, green screens, and much more... everything needed to produce stunning videos that sell.

7

**PX 8**   FTC-MOBE-000433