During your 2 days, my team will help you tell your "digital story." This is the most important aspect of selling with video, and we will help you create scripts that will bring in sales and build your brand.

On top of that...

I will personally record videos with you that you can use in your MOBE marketing.

Appearing on video with me will help position you as an authority and expert, and exponentially increase your earnings in MOBE.

We will also record some "Ask Matt Lloyd" videos that get sent out to my list of over 700,000 people.

This exposure will increase your influence in the MOBE community overnight and make it even easier for you to make more commissions.

Note: I normally charge $10,000 per day for the MOBE Film Studio




## PLUS... YOU CAN SPEAK LIVE AT A MOBE EVENT

This is a game-changer.

Speaking at live events will do more for your business than almost anything else.

One 45-minute presentation on stage can have a larger effect on your brand than dozens of online videos and content pieces.

The problem is most people are terrified of public speaking. They say that it's people's #1 fear... more than death!

So if you're not excited about speaking on stage, that's normal. But I guarantee you, no one was more afraid of public speaking than I was.

In early 2011, I was fortunate enough to be invited to appear on stage for one of my



8

**PX 8**             **FTC-MOBE-000434**

mentors, who had done $40 million in sales up to that point (in 2011).

I'd spent about a year working in his organization to earn this invite, and it was a **major turning point** for me.

I was a nervous wreck, but I forced myself to do it, because I was stuck in a rut and my desire to succeed outweighed my fear.

Looking back, after making over $100 million in sales, that stage appearance was the single biggest factor to the growth of my business.

It instantly positioned me as an authority in the industry, and my income skyrocketed afterwards.

Now, we won't force you to speak on stage if you don't want to (it's optional). But if you decide you to move forward, then we will help you every step of the way.

When you join the MOBE Mentor Program:

- we will train you on "public speaking"
- we'll show you tricks to overcome your fear
- we'll help you put together your presentation and practice it

By the end of this "crash course" in public speaking, you'll be confident and excited to share your story with the world.

When you're ready, we'll put you on stage at a MOBE event and record your presentation and take your photos.

Then I'll pay one of my professional copywriters thousands of dollars to write a sales letter for you.

You can use this sales letter to sell your presentation as ANOTHER stand-alone product for up to $1,000 (or more).

Or, you can use your recording as a powerful free lead-magnet (or bonus) to position you as an expert and increase your sales in MOBE.

Plus... if your presentation goes well and you want to do more speaking, I may even offer you a position on our live speaking team.

Note:
For hosting a live training, our speakers can put $25,000 in their pocket for one day's work (and a percentage of sales made in the room)! You have to earn it, but this could be the start of a very lucrative speaking career for you.

Now, we've covered a lot of ground here, so I want to recap what you get before I tell you how to apply.



# HERE'S WHAT YOU GET WITH THE MOBE MENTOR PROGRAM

### 3-PHASE MOBE MENTORSHIP:

Your MOBE Mentor will meet with you for 3 weeks prior to your in-person meeting to assess where you are, and give you a series of easy-to-implement assignments to get you ready for your in-person meeting.

Then I will fly them out (at my expense) to your home or office to work side-by-side with you for 3 days and help you create a new product and sales funnel that you can use to bring in 6 to 7-figures per year.

After your sales funnel is done, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

Then, after the 3-day fly out, your MOBE Mentor will work with you for another 3 weeks to make sure you implement your roadmap. They will answer your questions, hold you accountable, and keep you moving forward.

### YOUR BRAND-NEW PRODUCT:

Your MOBE Mentor will help you create an irresistible product that hits your prospects' "pain points" and gets them reaching for their wallets.

Your product will be UNIQUE to you... but it will be modeled after the world's best-selling training products, including MOBE's.

### YOUR HIGH-IMPACT SALES VIDEO:

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you structure a high-impact sales presentation using proven sales tactics, and put together the PowerPoint slides for your sales video.

A good sales video (like this) is a true asset that can reliably bring you 6 to 7-figures per year. Once you have this in place, you can use the same video for YEARS to come to generate sales.

Many trainers (including me) will re-use sales videos for years, and make minor tweaks only when needed.

### YOUR OWN CUSTOM SALES FUNNEL:

All of my MOBE Mentors know how to engineer a million-dollar sales funnel with the highest-converting squeeze pages, sales pages, exit pops, order pages, and upsell/downsell sequences.

They will help you create a custom sales funnel to by taking tested and proven page templates and customizing them for your unique product.

### RIGHTS TO YOUR PRODUCT AND SALES FUNNEL:

You will own your finished product and sales funnel for life. You can make money from these assets for years to come, by using them yourself and licensing them to other sellers.

If used correctly, your product and sales funnel could easily bring in $1 million (or more) per year for your online business.

### 2-HOUR PRIVATE CONSULT WITH MATT LLOYD

After your 3-week follow up with your MOBE Mentor, I will fly you out to Kuala Lumpur for a 2-hour private consultation with me.

During our 2-hour consultation I will dissect your business, help you define your goals, and give you a clear path to achieve those goals.

PLUS... we will record our meeting and turn it into another product for you.

10

PX 8

FTC-MOBE-000436

You can sell this product for up to $5,000 as a valuable training... or you can give it away as a bonus to get more Titanium, Platinum, and Diamond sales (and commissions).

## PRIVATE VIP SUPPORT LINE

You will get a private number that goes to a special VIP Support Line. You can call this number any time you get stuck and have a question.

When you call, one of my affiliate managers or a high-level member of my marketing staff will answer. All are well qualified, and they know that when this phone rings it demands their immediate attention.

## 52 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Your coach will ask you what challenges you've faced in the last week and help you overcome them. They'll also give you advice on specific traffic and marketing strategies you should be implementing to bring in more sales.

## SKYPE ACCOUNTABILITY GROUP

This private Skype group is only available to the highest earning MOBE partners (and you).

In this setting, MOBE Top Earners "let their guard down" and you will pick up valuable tips on marketing, sales, and traffic.

You will also be required to post daily updates on what you're doing, so other members (including me) can motivate you and hold you accountable.

## COMMISSIONS ACCELERATOR WEBINAR

You will be invited each week to a private webinar for the Top Earners in MOBE (and members of the MOBE Mentor Program). On these weekly "how to" webinars I reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

## 2-DAY MOBE FILM PACKAGE

Video sells... but only if it's done RIGHT.

With the MOBE Mentor Program, you get access to my Film Studio for 2 full days, so you'll have Hollywood-quality marketing videos to generate leads and sales for your business.

I have an expert film crew, proper lighting, green screens, and much more... everything needed to produce stunning videos that sell.

I will also personally record videos with you that you can use in your MOBE marketing. This will position you as an authority and expert, and exponentially increase your earnings in MOBE.

## AN INVITATION TO SPEAK AT A MOBE EVENT

Speaking on stage will instantly turn you into an "expert" and your income will skyrocket as a result.

When you join the MOBE Mentor Program we will train you on public speaking and help you put together a live presentation for the stage.

Then, we'll put you on stage at a MOBE event (with your permission), record it, and write a sales letter promoting that recording as a valuable training product.

You can sell this recording as another product of your own, or use it as a bonus to increase your sales in MOBE.

PLUS...

If you apply soon (and are accepted), you will get these additional bonuses:

# 100 COPIES OF LIMITLESS, AND THE CHANCE TO TRAVEL THE WORLD AS PART OF THE MOBE MASTERMIND TEAM

### 100 Copies of Limitless:

When you join the MOBE Mentor Program, you'll get one hundred (100) copies of my best-selling book Limitless shipped to your door for FREE.

I will pay for the printing and shipping, and you will get a big box of 100 customized books delivered to your door with your affiliate link printed on every 2nd page.

All you have to do is hand these books out to anyone who is interested in having an online business that gives them personal and financial freedom (which is pretty much everyone).

Then, some of those leads will join the MOBE affiliate program and buy more programs (MLR, Titanium, etc) that you will get commissions on.

This is an easy and painless offline strategy that anyone can do (all you have to do is give away free books).



# TRAVEL THE WORLD WITH THE MOBE MASTERMIND EVENT TEAM

As you know, MOBE holds live events and masterminds all over the world, including exotic locations like Fiji, Bali, Cancun, and Thailand and major metropolitan areas like London, Dubai, Singapore, New York, and Los Angeles.

If accepted into the MOBE Mentor Program, you will get "front of the line" status to join our Mastermind Event Team and travel the world like Steven Bransfield

Steven has an inspiring story. He was a typical American college student (in a lot of debt) who decided to change his life and join the MOBE team.

After proving himself, he became a valuable addition to the Mastermind Event Team, speaking at events and masterminds all over the world including Asia, Europe, Mexico, and the U.S.

In the last year, Steven has learned more than he would have ever learned at college... plus he's seen the world, spoken on stage at MOBE events, and is building a promising career as a speaker and trainer.

Now, this is not a guaranteed spot, but we love to add people to the Mastermind Event Team that have been through our coaching and have had success as a MOBE affiliate.

# THE MOBE MENTOR PROGRAM OFFER

There's a LOT here.

This is one of the most valuable programs I've ever offered... because a MOBE Mentor is literally growing your business FOR YOU.

Because of the personal attention you get and the resources and logistics involved... we can only accept a limited number of people into the MOBE Mentor Program at any time.

Also, as I said in the beginning of this letter... I am only doing 10 more private consultations.

After these 10 spots are filled, the private consult will no longer be a part of this program.

But... before I tell you how to apply, there are some ground rules.

# THIS IS NOT FOR EVERYBODY

I'm selective about who I work with, so I have some (reasonable) criteria that needs to be met.

## 1. YOU CAN'T SHARE WHAT YOU LEARN WITH ANYONE.

My biggest fear is that one of my competitors will "sneak" into this program and learn all my trade secrets.

If accepted, you must sign a non-disclosure agreement (NDA) that says you won't share what you learn with others. Of course, you'll be able to use the information to build your business, but you can't share it with others.

## 2. YOU MUST BE DIAMOND.

By getting positioned at Diamond, you've shown that you're a trustworthy partner and serious about growing your business.

## 3. YOU ARE WILLING TO INVEST IN YOUR FUTURE.

With this program, you're getting a MOBE Mentor for 3 full days ($50,000 value)...

your own product and sales funnel (assets that could generate $1 million/year)... a 2-hour private consult with me ($10,000 value)... a recording of our meeting that you sell or use as a bonus ($5,000 value)... a Private VIP Support Line ($5,000 value)... 52 weekly sessions with your Traffic Coach ($25,000 value)... the Skype Accountability Group ($10,000 value)... 100 copies of Limitless ($1,000 value)... Weekly Accelerator Webinars ($5,000 value)... 2 full days in my Film Studio ($20,000 value)... an opportunity to speak on stage at a MOBE event ($25,000 value)... and the ability to join the MOBE Mastermind Mind Team ($25,000 value).

If you add up the value of everything here, it's more than $181,000 in the short term and over $1.1 million in the long-term!

But you won't pay anything near that.

There is a reasonable investment to join this program, but we can discuss that after you apply.

# HERE'S WHAT I WANT YOU TO DO NEXT

If you want to grow your business to 6-figures (and higher), then apply now.

Find a MOBE staff member and tell them, "I want to apply for the MOBE Mentor Program."

My staff will connect you with someone for an initial interview.

During this interview, they'll make sure that you meet the requirements and are a good fit for the program.

You can also ask YOUR questions, to make sure this program is a good fit for you.

If this interview goes well, then we will discuss payment and you'll get a non-disclosure agreement to sign.

After you return the NDA and payment is confirmed, then you'll get access to your MOBE Mentor, Traffic Coach, the Skype accountability group, the VIP Support Line, and other deliverables.

Remember, access to this program is LIMITED and I can only take on 10 more people for private consultations.

There is a LOT of demand, so apply now to ensure you get in.

Find a MOBE staff member and tell them, "I want to apply for the MOBE Mentor Program."

To Your Success,

*Matt Lloyd*

**Matt Lloyd**

P.S. "A One-Way Ticket to Financial Freedom"

The MOBE Mentor Program is as close to a "one-way ticket to financial freedom" as you can get.

- You will have a "lifeline" to true marketing experts, so you can get answers to all your questions

- You will get a rare glimpse into the "inner workings" of MOBE and learn what marketing strategies are working best for us, so you can implement them in your business

- You'll go from inaction and confusion to creation and implementation, so you can finally have the 6 or 7-figure online business you've always dreamed of

- You'll be able to quickly and painlessly overcome any obstacles you're facing, so you can scale your business to new heights

The MOBE Mentor Program can do all of this for you, and much more. But you have to take the first step and apply today.

P.P.S. Remember, your MOBE Mentor will fly out to spend 3 days with you and work with you 1-on-1 to create (and launch) your own product and sales funnel that can generate hundreds of thousands of dollars per year for your business. PLUS... you get 2 full days at the MOBE Film Studio where you can record professional marketing videos... the opportunity to speak on stage at a MOBE event... Private VIP Support... 52 sessions with your Traffic Coach... a 2-hour private consultation with me where I will help you take your business to the next level... and a recording of our meeting that you can sell, or use as a bonus to bring in more sales in MOBE!

**WARNING:** Access to this program is LIMITED and I can only take on 10 more people for private consultations. Find a MOBE staff member and tell them, "I want to apply for the MOBE Mentor Program."

# EXHIBIT 8C

