

# DEAR DIAMOND MEMBERS ...

I'm looking for 6 clients to work directly with me.

If selected, I will fly you out to Kuala Lumpur for the most "immersive" training experience of your life.

For 2 full weeks, you and I (and two other highly-motivated Diamond members) will focus on ONE thing... growing your business.

First, I will help you define your goals. Then, I will give you concrete ways to achieve those goals... and we will put them in place right then and there.

We will focus 90% of our time on IMPLEMENTATION (not theory) and laser-focus on high-level activities that will increase sales, reduce costs, and set you up to scale.

When you leave Kuala Lumpur, you will have accomplished more for your business in 2 weeks than most people accomplish in 6 months...

... and be prepared for your launch to my email list of over 700,000 people.

Now, I'll go into more detail about all of this, but first I want to explain why this Live Immersion Bootcamp is limited to just 6 people.

In order to continue scaling MOBE, I need to avoid anything where I trade time for money. The only exception is when I'm systematizing a new program (like this one).

For example – when I started the Home Business Summits, I used to fly all over the world myself.

Then I perfected those events, documented my system, and put other people in place to take my role and manage them.

I intend to do the same thing for this program.

**I will only do 2 more Live Immersion Bootcamps,** then I will get someone highly qualified to replace me.

This replacement will be one of my best marketing assistants in MOBE (but it won't be me).

So, you have a chance (right now) to be part of a VERY exclusive group.

I urge you to read this entire letter now to find out how to apply.

If accepted, you will start on a journey that will transform you and your business forever.

This transformation will happen in 5 phases.

# THE 5 PHASES OF YOUR BUSINESS TRANSFORMATION: FROM INCEPTION TO ESCALATION

## PHASE 1: INCEPTION

As part of this program, I will fly out a MOBE Mentor (one of my best marketing assistants) to your home or office for 3 full days to work side-by-side with you on your business.

For 3 weeks prior to your in-person meeting, your MOBE Mentor will meet with you on the phone to learn who you are. They will discuss your goals, your experience level, and "assess" your business from a high-level.



Then, they will give you a series of easy-to-implement assignments to prepare you for your in-person meeting.

## PHASE 2: CREATION

After Phase 1, I will pay for your MOBE Mentor to fly out to your home (or office) for 3 full days.

Over the course of 3 days, your Mentor will prepare you for our Live Immersion Bootcamp by fixing the parts of your business that aren't working.

They will also help you create a brand-new product and sales funnel that you can use to bring in hundreds of thousands of dollars per year in revenue.

**Note:**
This product and sales funnel will be in ADDITION to anything my team has helped you create before as a Diamond member.

## PHASE 3: IMPLEMENTATION

After your sales funnel is done, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

They will continue working with you for another 3 weeks (after your in-person meeting) to make sure you implement this roadmap.



## PHASE 4: PRE-ESCALATION

I call Phase 4 "Pre-Escalation" because we'll be preparing for your launch to my list of over 700,000+ email subscribers.

In this phase, we will focus on improving your business, and getting you ready to scale. This includes:
- 2-week Live Immersion Bootcamp at my million-dollar penthouse
- 3 days in the MOBE Film Studio
- A co-branded webinar with me (featuring your best product)
- A private 5-hour consult with me that we will record and turn into another product that you can sell (or use as a bonus)

## PHASE 5: LAUNCH (ESCALATION)

Phase 5 is when we launch your co-branded webinar to my list of over 700,000+ people who have expressed interest in (or bought) products

similar to the one you'll be selling.

This launch will position you as the "next big thing" in our industry and could potentially generate $100,000 in sales (or more) for your product in a very short period of time.

If you leverage this launch, it will be the "turning point" that transforms you into an Instant Guru with massive influence and an even bigger income.

Now, I'll go into more detail on each of these phases, but first I want to explain...

## WHY THIS IS THE MOST VALUABLE PROGRAM I'VE EVER OFFERED

MOBE is revolutionary because we do 90% of the work of STARTING a business for you.

All you have to do is drive traffic to our sales funnels and we do the rest (and pay you generous commissions).

With this new program, we do 90% of the work of GROWING a business for you.

Let me explain...

There are 3 things you need to scale a business quickly:

- great sales funnels
- a LOT of traffic
- endorsements (and consulting) from VERY successful people

With this program, I give you all three.

That's why I'm calling this the...

## ▶▶ 7-FIGURE BUSINESS LAUNCH PROGRAM ◀◀

The name says it all.

I'm helping launch your business.

And while I can't guarantee that you'll make 7-figures, I can guarantee you will have all the "tools" you need to hit $1 million.

My own success is due (in large part) to a similar "launch" I got from a well-established Internet Marketing guru in 2011.

(I won't share his name, but if told you, you'd recognize it).

At the time, this Guru was a major player who had sold about $12 million online.

For about a year, I worked for him – doing everything from creating funnels to managing Facebook ads – trying to build up enough "equity" to get him to promote my offer to his email list of several hundred thousand people.

He was reluctant at first, but after about a year I finally earned a JV (joint venture).

This Guru did a promotion to his list, featuring me on a webinar.

Literally overnight, I became a "guru." People began talking about me on forums and viewing me as an expert.

I gained a massive amount of exposure in a short period of time, and my income skyrocketed.

I went from making about $6k per month, to having a $15k month, then a $45k month, and it grew from there.

That one promotion was like a time machine that allowed me to skip a year or two of very hard work.

And the 7-Figure Business Launch Program can do the same for you.

# THIS PROGRAM ALLOWS YOU TO "SKIP" MOST OF THE WORK OF GROWING A BUSINESS... AND GET LAUNCHED OVERNIGHT

Everything described here is designed to do ONE thing... grow your business and make YOU (the business owner) more successful and more influential.

If accepted into this program, you will get everything below...

## YOUR OWN MOBE MENTOR

I've had people working with me since Day One that have helped me make millions.

These "workhorses" have become experts in every facet of online marketing – traffic, lead generation, sales funnels, product creation, etc – and have seen firsthand what has worked for MOBE (and what hasn't).

They have worked with me side-by-side in my office in Kuala Lumpur and know how I work, how I think, and how I approach marketing.

And if they do well enough (for a long enough period of time) they qualify to become a MOBE Mentor.

These MOBE Mentors are as close as you'll get to working directly with me.

In fact, to be completely honest, some of them know MORE about certain technical aspects of traffic and sales funnels than I do!

Your MOBE Mentor is uniquely qualified to help you:

- fix parts of your business that aren't working
- improve your current traffic strategies
- create a best-selling product and sales funnel
- give you an Implementation Roadmap to sell your new product
- prepare you for the Live Immersion Bootcamp

## YOUR MOBE MENTOR WILL HELP YOU CREATE A PRODUCT, A SALES VIDEO TO SELL IT, AND A FUNNEL TO TIE IT ALL TOGETHER

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you map out elements of your product, and put together the PowerPoint slides for your sales video using proven templates, images, and "psychological" triggers.

This high-impact sales video will use tactics including: the identification of your prospect's problem and the solution (your product); a description of its features and benefits; and other elements like scarcity, urgency, and social proof.

After your sales video is done, your Mentor will help you create a custom sales funnel to

seamlessly lead your prospect from interest to purchase.

They will help you build your lead magnets, sales pages, and order pages using the same templates that have helped MOBE generate over $100 million in sales.

By the end of 3 days, you will have a top-notch product, sales video, and funnel (and own the rights to them for life).

You can make money from these assets for years to come, by selling them yourself and licensing them to other sellers. If used correctly, you can easily bring in hundreds of thousands of dollars per year with these assets.

**Note:**
You can never have enough sales funnels and products. In fact, the most successful marketers in the world create and launch several new products every year. This is the best way to build momentum and scale.

Then, sometime after you meet with your MOBE Mentor, I will fly you out for the Live Immersion Bootcamp.

# THE LIVE "IMMERSION" BOOTCAMP




This is incredibly valuable.

After your product launch, we will schedule a convenient time for you to spend 2 weeks with me at my million-dollar penthouse in Kuala Lumpur for a Live Immersion Bootcamp.

I will pay for your flight and you will get your own room at a luxury penthouse on the top floor of one of Kuala Lumpur's best-situated buildings.

This penthouse is in city center Kuala Lumpur, just a short walk from the MOBE office and it has one of the most inspiring views you've ever seen.

We'll work on your business for 2 full weeks in this luxurious setting.

The Bootcamp will be limited to just you and 2 other highly committed MOBE partners.

Unlike a large seminar with generalized training, we will focus entirely on YOUR business and YOUR situation.

We will roll up our sleeves and discuss your business and your goals. Then, I will give you concrete ways to hit those goals… and we will put them in place right then and there.

We will spend about 10% of our time on theory and 90% on implementation… which means you will see real RESULTS while you're there.

**During these 2 weeks:**

- You will get to observe the daily habits of a $100 million business owner (me) and watch how I work and how I think about marketing

- You will learn how to implement those habits yourself, focus exclusively on high-level

PX 8    FTC-MOBE-000447

activities, and avoid time-wasting projects (and people)

- You will be able to step back from the "day to day" of your business and get my advice on what you're doing right, what you're doing wrong, and how to improve your overall marketing strategy

- You will also get specific actionable "how to" training from me... and then we will IMPLEMENT that training together to get results in real-time

But it won't be all work.

We will also have a lot of fun.
First off, the penthouse itself is amazing...

It's 3,000 square feet and you will have your own private bedroom, bathroom, and workstation.

It's one floor away from a rooftop pool and gym, and a 5-minute walk from restaurants, shops, and anything else you need.

When we're not working, we'll get out of the penthouse to hang out, relax, and explore the city. There are bars close by, a cinema, and plenty of other things to do.

**Note:**
We'll work for 5 days, then take 2 days off, then work for 5 more days. So you'll have 2 weekends off (and each weeknight).

During your time off, your mind will internalize the day's (or week's) work and you will start to see how everything fits into the big picture.

This is a major part of the "immersion" experience – stepping back and reflecting on the day's work with like-minded entrepreneurs who will brainstorm with you, encourage you, and help you reach your true potential.

In this case, the "like-minded entrepreneurs" are 2 other highly committed Diamond members, and me.

This 2-week Live Immersion Bootcamp will help you prepare for your product launch, just like the other "deliverables" you will get while in Kuala Lumpur...







# YOU ALSO GET A 3-DAY MOBE FILM STUDIO PACKAGE

I've invested a lot of money into building a professional Film Studio at my office in Kuala Lumpur for one reason...

## VIDEO SELLS

I can't tell you how many times people have told me that they were "on the fence" about Titanium or Platinum, but decided to buy because of the videos about the Masterminds they saw online.

These videos have helped generate millions of dollars and are a big part of MOBE's exponential growth in the past few years.

And with the 7-Figure Business Launch Program, you get access to my Film Studio for 3 full days.

Over the course of 3 days, we will help you create Hollywood-quality marketing videos that will generate a flood of leads and sales for your business.

I have an expert film crew, proper lighting, green screens, and much more... everything needed to produce stunning videos that sell.

During your 3 days, my team will help you tell your "digital story." This is the most important aspect of selling with video, and we will help you create scripts that will bring in sales and build your brand.

On top of that...

I will personally record videos with you that you can use in your MOBE marketing.

Appearing on video with me will help position you as an authority and expert, and exponentially increase your earnings in MOBE.

We will also record some "Ask Matt Lloyd" videos that get sent out to my list of over 700,000 people.

This exposure will increase your influence in the MOBE community overnight and make it even easier for you to make more commissions.

Note: I normally charge $20,000 for the 3-day MOBE Film Studio package.

While in Kuala Lumpur, you will also get...


