# YOUR 5-HOUR PRIVATE CONSULT WITH MATT LLOYD

## During our 5-hour consultation:

- I will evaluate and "dissect" your business in detail
- I will help you define your goals
- I will give you a clear path to achieve those goals

You will learn directly from someone (me) who has generated over $100 million in sales in a very short period of time.

I "live and breathe" marketing every single day and know what it's like to run dozens of campaigns at the same time, while creating new offers and managing an international team.

I can say (truthfully) that I know as much about what's CURRENTLY working in the world of "online marketing" that anyone else on the planet… which makes the value of this hard to quantify.

On the very rare times I do personal consultations, I charge roughly $5,000 an hour,



which means this consultation has a real-world value of $25,000.

But if applied correctly, this advice could double (even TRIPLE) your sales over the next 6 to 12 months, which would make this consultation worth hundreds of thousands of dollars.

**Note:**
I will only do 6 more of these intensive 5-hour consults. I plan on outsourcing this to one of my best marketing assistants as soon as these 6 consults have been fulfilled.

On top of that…

# WE WILL RECORD OUR MEETING & TURN IT INTO ANOTHER PRODUCT FOR YOU… THAT YOU CAN SELL OR USE AS VALUABLE BONUS

Like I said before, you can never have too many products.

In addition to the sales funnel that your MOBE Mentor will help you create, my team will record our entire 5-hour private consultation.

Then I'll pay one of my copywriters to write a professional sales letter for it, and my team will create another product and sales funnel for you.

You can sell this product for up to $5,000 as a valuable training product on high-level business-building and marketing strategies…

… or you can give it away as a bonus to get more Titanium, Platinum, and Diamond sales (and commissions) for yourself.

**Note:**
If you want to keep your recordings private, you don't have to sell them or use them as a bonus. (But I highly recommend you leverage this as much as you can).

While in Kuala Lumpur, we will also record a webinar together.

# YOUR CO-BRANDED WEBINAR WITH MATT LLOYD

Webinars are the most effective way to sell high-ticket products online.

When someone sits down to watch a webinar, you have their attention for a long enough to tell them your story, explain the benefits of your offer, and properly close a sale.

Webinars are also powerful branding mechanisms that will establish you as an expert... especially if you appear with an "influencer" like me.

For those reasons, a co-branded webinar is the BEST way to launch you and your product to the industry.

While in Kuala Lumpur, we will set aside some time to record a webinar for the product of your choice. This could be the product your MOBE Mentor helped you create, the 5-hour consultation product, or another product of your own.

Once this webinar is recorded, we will air it to my email list as if it were "live."

We will also turn it into an Automated Webinar for you. This automated webinar will air every single night (forever) but appear live to your attendees.

Automated webinars like this are one of the things that separate the "players" from everyone else.

When you have an effective automated webinar funnel, it will bring in sales for you on auto-pilot day in and day out. This can quickly add up to $1 million (or more) every year.

Once your webinar is edited and we're both happy with it, we will launch it to my list.

# YOUR LAUNCH TO THE MOBE EMAIL LIST

In direct response marketing, your email list is one of the most powerful assets you own.

When I press "send" to my list, it goes out to over 700,000 people all over the world who are interested in making money online.

It's taken me years (and millions of dollars) to build up this list.

My list includes some of the most targeted prospects you can find for an information training product, and the "value" of one email to my list is easily $20,000 (or more).

Some companies will actually rent their email lists for rates like this, but not me.

I am very selective about what I send to my list, and I NEVER promote affiliate offers for other companies (even though I'm asked just about every day).

So... not only is your launch to my list valuable in the sense that you'll get exposure and sales, it's also extremely exclusive in that you'll be one of a handful of people that I've ever promoted.

When I launch you and your sales funnel to my list:

- You get instant exposure to over 700,000 targeted prospects

- You will get an influx of sales for your product

- You will be positioned as the "next big thing" in our industry

Everyone on my list has expressed an interest in (or bought) products simlar to the one you'll be selling on our co-branded webinar.

This is not a guarantee, but this promotion

could potentially generate **$100,000 (or more) in a matter of days** depending on your price point.

You get to keep 20% commissions on every sale made to my list, which represents a nice influx of cash in addition to the exposure.

After this launch, you'll be positioned as the "next big thing" in our industry and become a trusted authority and expert OVERNIGHT.

If you leverage this exposure, it will be the "turning point" that transforms you into an Instant Guru with massive influence and an even bigger income.

Honestly, I wouldn't be where I am today without the launch to another Guru's list in 2011 that I mentioned earlier.

And most of the Gurus that you know and follow got to where they are (largely) because of similar launches.

This is one of those rare "high leverage" moments that come along once or twice in your professional life.

Don't let this opportunity pass you by.

Also – in addition to launching you to my list, I will invite you to speak on stage at a MOBE event.

# AN INVITATION TO SPEAK LIVE AT A MOBE EVENT

### This is a game-changer.

Speaking at live events will do more for your business than almost anything else.

One 45-minute presentation on stage can have a bigger effect on your brand (as an authority) than dozens of online videos and content pieces.

The problem is most people are terrified of public speaking. They say that people's #1 fear is public speaking… more than death!

So if you're not excited about speaking on stage, that's normal.

But I guarantee you, no one was more afraid of public speaking than I was when I got started.

The first time I spoke on stage, I was a nervous wreck. But I forced myself to do it, because I was stuck in a rut, and my desire to succeed outweighed my fear.

I was fortunate enough to be invited to appear on stage for one of my mentors, who had done $40 million in sales up to that point (in 2011).

I'd spent about a year working in his organization to earn this invite, and it was a major turning point for me.



Looking back, after making over $100 million in sales, that stage appearance was the single biggest factor to the growth of my business.

It instantly positioned me as an expert and authority in the industry, and my income skyrocketed afterwards.

Now, we won't force you to speak on stage if you don't want to (it's optional).

But if you decide you to move forward, then we will help you every step of the way.

When you join the 7-Figure Business Launch Program:

we will train you on "live speaking"
we'll show you "tricks" to overcome your fear
we'll help you put together your presentation and practice it

By the end of this "crash course" in public speaking, you'll be confident and excited to share your story with the world.

When you're ready, we'll put you on stage at a MOBE event and record your presentation and take your photos.

Then I'll pay one of my professional copywriters thousands of dollars to write a sales letter for you. You can use this sales letter to sell your presentation as a stand-alone product for up to $1,000 (or more).

Or, you can use your recording as a powerful free lead-magnet (or bonus) to position you as an expert and increase your sales in MOBE.

If your presentation goes well and you want to do more speaking, I may even offer you a position on our live speaking team.

**Note:**
For hosting a live training, our speakers can put $25,000 in their pocket for one day's work! The main speakers at MOBE events also get a percentage of every sale made in the room. You have to earn it, but this could be the start of a very lucrative speaking career for you.

Plus... in addition to the live MOBE event presentation, we'll help you craft your own Million Dollar Sales Presentation.

# WE'LL CRAFT A LIVE PRESENTATION FOR YOU THAT COULD GENERATE MILLIONS (EVEN TENS OF MILLIONS) OF DOLLARS

Some of the highest paid people in this industry got there by speaking on stage.

In many cases, these speakers will use the exact same sales presentation for years (even decades) to reliably bring in sales at live events all over the world.

A good live sales presentation will hit on universal themes and resonate with people of different ages, backgrounds, and nationalities.

In fact, I personally know speakers that have been delivering the same speech for 30 years and have made tens of millions of dollars with it!



When you join the 7-Figure Business Launch Program, we will help you turn your best sales video into a "live" stage presentation.

At the end of the process, you'll have a unique Million Dollar Sales Presentation that can potentially bring you millions (even tens of millions) of dollars!

If you take this presentation and become a strong speaker, you'll be invited to present at live events for other companies and get paid very well to deliver this presentation.

You can also deliver it on webinars, and make tens of thousands of dollars with every webinar you deliver from the comfort of your home or office.

But that's not all...

# YOU WILL ALSO GET ONE FULL YEAR OF ADDITIONAL TRAINING, SUPPORT, AND COACHING FROM ME AND MY TEAM

Since I truly want you to succeed in this program, I've decided to include a full year of additional training, support, and coaching.

For one full year, you will get exclusive access to a VIP Support Line, a private Skype accountability group, weekly calls with a Traffic Coach, and my weekly Commissions Accelerator Webinar.

Here's how this works...

## YOUR VIP SUPPORT LINE

You will get a private number that goes to a special VIP Support Line. You can call this number any time you get stuck and have a question.

This VIP Support Line is reserved exclusively for people in the MOBE mentorship programs. (It's not even available to my Diamond members.)

When you call, one of my affiliate managers or a high-level member of my marketing staff will answer. All are well qualified, and they know that when this phone rings it demands their immediate attention.

## 52 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Every week, you will meet on Skype for a 30-minute session to discuss what you've been working on in your business.

Your coach will ask you what challenges you've faced in the last week and help you overcome them.

They'll also give you advice on specific traffic strategies you should be implementing to bring in more sales.

Note:
Although their specialty is "traffic" all of my Traffic Coaches know how to setup sales funnels and create effective marketing campaigns as well.

## PRIVATE SKYPE ACCOUNTABILITY GROUP

At MOBE events, you know how exciting it is to be in a "live" environment with other like-minded entrepreneurs.

But then you get home, and you're faced with the realities of running your business ALONE.

It can be daunting.

To help you overcome that, I've created a private Skype group that I personally monitor. This Skype group is very exclusive and only available to the highest earning MOBE partners.

In this setting, MOBE Top Earners "let their guard down" and share trade secrets and about what's currently working in their businesses. By being a part of this group, you will pick up valuable tips on marketing, sales, and traffic.

As an active member, you will be required to post daily updates on what you're doing, so other members can motivate you and hold you accountable.

Also, I personally monitor this group and will check in on your progress, and give you valuable advice from time to time.

## WEEKLY "COMMISSIONS ACCELERATOR" WEBINAR

At the end of the day, my greatest skill is converting traffic into paid customers. It's easy to forget that this is the MOST important thing you should focus on at all times.

For that reason, I started an exclusive webinar for the Top Earners in MOBE (and members of the MOBE Mentor Program). On these weekly "how to" webinars I'll reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

In the past, I've taught attendees how to increase sales overnight, write profit-pulling emails, manage Facebook groups, put together bonuses, and much more.

In the future, I will start critiquing individual people's marketing campaigns. This is only available for people in the 7-Figure Business Launch Program, so it's VERY exclusive.

I will rotate this Marketing Critique every week, and analyze your campaigns and give you tailored advice on how to improve them. All you have to do is send me details on your campaigns prior to the webinar.

PLUS...

If you apply soon (and are accepted), you will get these additional bonuses.

# 100 COPIES OF LIMITLESS, AND THE CHANCE TO TRAVEL THE WORLD AS PART OF THE MOBE MASTERMIND TEAM

## 100 COPIES OF LIMITLESS:

When you join the MOBE Mentor Program, you'll get one hundred (100) copies of my best-selling book Limitless shipped to your door for FREE.

I will pay for the printing and shipping, and you will get a big box of 100 customized books delivered to your door with your affiliate link printed on every 2nd page.

All you have to do is hand these books out to anyone who is interested in having an online business that gives them personal and financial freedom (which is pretty much everyone).



Then, some of those leads will join the MOBE affiliate program and buy more programs (MLR, Titanium, etc) that you will get commissions on.

This is an easy and painless offline strategy that anyone can do (all you have to do is give away free books).

## TRAVEL THE WORLD AS A MOBE MENTOR

After you apply what you've learned and have made at least $50,000 as a result of this program... we will invite you to join our team as a MOBE Mentor.



Our MOBE Mentors fly all over the world and pass on the training they've learned to my best high-end clients.

All of these clients will be motivated, eager entrepreneurs (like you) that will be fun to work with. Who knows, you may even get ideas from THEM on how to improve your business! You will earn $1,000 per day for helping these clients, earning steady cash flow for yourself while seeing the world and building experience as a highly-paid consultant.

I have clients in over 37 countries around the world including exotic locations like Mexico, Hawaii, and Thailand and major metropolitan areas like London, Dubai, Singapore, New York, and Los Angeles.

You will have the chance to see the world, explore amazing cities and countries, and get paid for it!

## $10,000 WORTH OF FREE TRAFFIC

You will also get $10,000 worth of traffic to whatever link (or links) you want for FREE.

As you know, traffic is the lifeblood of any business. So, as an added bonus to help you launch your business even FASTER... I will send you $10,000 worth of traffic for free.

This highly-targeted traffic isn't from some "worn out" email list or shady CPA network. This Private Traffic Source is one that I personally have used to rake in millions of dollars for MOBE.

You will get $10,000 worth of highly targeted traffic (roughly 8,000 to 10,000 clicks) that could generate two to THREE times that in sales ($30,000 or more).

You can send this traffic to one of your new funnels to bring in an influx of sales, or split it between your MOBE affiliate links... the choice is yours.

# THE 7-FIGURE BUSINESS LAUNCH PROGRAM

Now, there's a LOT here.

Like I said before this is the most valuable program I've ever offered... because I'm literally growing your business FOR YOU.

Because of the personal attention you get, the resources and logistics involved, and the promotion to my list... there is a very hard limit on the number of people I can accept into the 7-Figure Business Launch Program.

I will only accept 6 more people for the Live Immersion Bootcamp at my million-dollar penthouse.

If I continue offering this program in the future, it may still include the Live Immersion Bootcamp but that will be fulfilled by one of my best marketing assistants (not me).

So you have a rare (once in a lifetime) opportunity to be a part of the most exclusive MOBE program I have ever offered.

Now, I'll tell you how to apply in a minute, but first I have a couple ground rules.

# THIS IS NOT FOR EVERYBODY

I'm selective about who I personally work with, so I have some (reasonable) criteria that needs to be met.

## 1. YOU CAN'T SHARE WHAT I TEACH YOU WITH ANYONE.

My biggest fear is that one of my competitors will "sneak" into this program and learn all my trade secrets.

If accepted, you must sign a non-disclosure agreement (NDA) that says you won't share what you learn with others. Of course, you'll be able to use the information to build your business, but you can't share it with others.

## 2. YOU MUST BE DIAMOND.

By getting positioned at Diamond, you've shown that you're a trustworthy partner and serious about growing your business.

## 3. YOU ARE WILLING TO INVEST IN YOUR FUTURE.

On the very rare times I do personal consultations, I charge roughly $5,000 an hour, which works out to about $40,000 per day.

With this program, you're getting a MOBE Mentor for 3 full days ($50,000 value)... your own product and sales funnel (assets that could generate $1 million/year)... a 5-hour private consult with me ($25,000 value)... a recording of our meeting that you sell or use as a bonus ($5,000 value)... a Private VIP Support Line ($5,000 value)... 52 weekly sessions with your Traffic Coach ($25,000 value)... the Skype Accountability Group ($10,000 value)... 100 copies of Limitless ($1,000 value)... Weekly Accelerator Webinars ($5,000 value)... 3 full days in my Film Studio ($20,000 value)... an opportunity to speak on stage at a MOBE event ($25,000 value)... and the ability to become a MOBE Mentor ($25,000 value)... your own Million-Dollar Sales Presentation (an asset that could generate tens of millions of dollars)... a promotion to my email list of 700,000 subscribers ($100,000+ value)... and a 2-Week Live Immersion Bootcamp with me ($400,000 value).

If you add up the value of everything here, it's more than $1,191,000 in the short term and (potentially) TENS of MILLIONS of dollars in the long-term.

But you won't pay anything near that.

There is a reasonable investment to join this program, but we can discuss that after you apply. If the investment is too much for you, then you're under no obligation to move forward.

# HERE'S WHAT I WANT YOU TO DO NEXT

If you want to grow your business exponentially, then I urge you to apply now.

Find a MOBE staff member and tell them, "**I want to apply for the 7-Figure Business Launch Program.**"

After you fill out the application, there will be an interview with someone on my team.

Since I'll be personally endorsing you and launching you to my list, I need to make sure you're a good fit for this program.

During this interview, we will verify that you meet the requirements. You can also ask YOUR questions, to make sure this program is a good fit for you.

If this interview goes well, then we will discuss

16

PX 8                                   FTC-MOBE-000457

payment and you'll get a non-disclosure agreement to sign.

After you return the NDA and payment is confirmed, then you'll get access to your MOBE Mentor, Traffic Coach, the Skype accountability group, the VIP Support Line, 100 copies of Limitless, the weekly Commission Accelerator Webinar, and other deliverables.

Remember, access to this program is LIMITED and I can only take on 6 more people for the Live Immersion Bootcamp.

These 6 spots will go fast, so apply now if you want to get in.

Find a MOBE staff member and tell them, **"I want to apply for the 7-Figure Business Launch Program."**

To Your Success,

*Matt Lloyd*

**Matt Lloyd**

**P.S.** Remember, your MOBE Mentor will fly out to spend 3 days with you to prepare you for the Live Immersion Bootcamp and help you create (and launch) a product and sales funnel that could generate hundreds of thousands of dollars. Then you will spend 2 weeks with my at my million-dollar penthouse in Kuala Lumpur where I will work with you on improving your business and getting you ready to launch to my list. While in Kuala Lumpur, you will also get 3 full days in the MOBE Film Studio, a private 5-hour consult with me (which we'll record and turn into another product), and we'll record a co-branded webinar for your product. Then we'll LAUNCH you and your sales funnel to my email list of over 700,000 subscribers. This will establish you as the "next big thing" in our industry and (if you leverage the momentum) your income will skyrocket. PLUS... you get the opportunity to speak on stage at a MOBE event... a Million-Dollar Sales Presentation that could potentially earn you tens of millions of dollars for years to come... Private VIP Support... 52 sessions with a Traffic Coach... weekly Commissions Accelerator Webinars... a private Skype Accountability Group... 100 copies of Limitless... the chance to become a MOBE Mentor and travel the world... and $10,000 worth of FREE traffic!

This is by far the MOST valuable program I've ever offered.

If you're lucky enough to get in, this will be the biggest turning point of your professional life.

**WARNING:** Access to this program is LIMITED and I can only take on 6 more people for the Live Immersion Bootcamp.

Find a MOBE staff member and tell them, **"I want to apply for the 7-Figure Business Launch Program."**

# EXHIBIT 9

**From:** David Gilks <david@mobe.com>
**Sent:** Thursday, July 28, 2016 11:45 PM
**To:**
**Subject:** Re: MOBE optin page & autoresponder emails

No, we buy quality traffic in bulk for fulfilling the co-op but its only used once.

David

On Fri, Jul 29, 2016 at 4:35 AM, < > wrote:

David,

So then you are cycling the names through your program and selling them to multiple people, correct?

Thanks,

- Deana

**From:** David Gilks [mailto:david@mobe.com]
**Sent:** Thursday, July 28, 2016 5:51 AM
**To:**
**Subject:** Re: MOBE optin page & autoresponder emails

Hi Deana,

They bought the 21 Step system initially in early June 2106. They must have seen your ad page and opted in to have a look, even though they were already a MOBE customer.

If someone wants to accept your offer but you can't see them in your backoffice, you can ask support to look at the situation but if they can't be transferred to you there's not much you can do.

1

**PX 8**

I know some affiliates ask for their customers to forward their MTTB receipt as that can help prove they sold it to them.

Hope that helps clarify.

David

On Thu, Jul 28, 2016 at 2:37 AM, <​> wrote:

, is their name. I wrote out a pretty long email telling them all the benefits of MOBE and letting them know I'm here for them after they finish the 21 steps to make sure they get off to a quick start, offering them my coaching program. What do I do if they accept my offer and they aren't my customer?

I've attached the support ticket.

Cheers, Deana

**From:** David Gilks [mailto:david@mobe.com]
**Sent:** Wednesday, July 27, 2016 7:54 AM

**To:** <​>
**Subject:** Re: MOBE optin page & autoresponder emails

Can you please let me know their email address or the Support ticket #?

David

On Wed, Jul 27, 2016 at 3:19 AM, <​> wrote:

2

**PX 8**  FTC-MOBE-000461

David,

Here is the situation. I got an email from someone that you sent the traffic to. They started to get my autoresponder sequence and ended up emailing me back with a question, "How much is it in total to start". I responded saying it was $49 and you get a live coach to answer any questions. They ended up responding, saying they had already bought and were going through steps 1-6. At that point I checked my HAS OFFERs again and didn't see a sale, so I opened a support call to get things straightened out and that's when they said they were someone else's customer.

This person opted into my link and started getting my auto-responder emails, responded to one of those emails, but someone else got credit for this customer. So please explain how someone else got this customer if you don't send the emails to multiple people?

Regards,

Deana


**From:** David Gilks [mailto:david@mobe.com]
**Sent:** Monday, July 25, 2016 7:51 PM
**To:** ▓▓▓▓ <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** Re: MOBE optin page & autoresponder emails

The clicks are coming from the same source as always. When traffic is sent we use a rotator so its divided up between anyone who has bought traffic, so the traffic isn't re-sold to other people once its been delivered to your (or anyones account).

Sometimes people buy MTTB more than once if they don't realise its the same 21 step system. That may be what has happened here.

It's also possible they opted in from the ad they saw posted online that went to your link, or they were on the email list the link was sent to.

Hope that helps,

David

3

**PX 8**    **FTC-MOBE-000462**