On Tue, Jul 26, 2016 at 9:47 AM, <[redacted]> wrote:

Hi David,

I'm a little confused. Where are the clicks coming from that you sent my last campaign to? You said the clicks were from "the clicks come from email marketing, and are from people interested in home business or making extra money."

Are you selling these clicks to multiple MOBE people? I got an opt-in and they asked me questions about the offer. I found out that they already purchased MTTB but didn't see them in my HAS OFFERs. So open a call to get things cleared up and they came back telling me they were under someone else.

I'm rereading the site on we sell clicks, https://wesellclicks.com/, and you guys are advertising that these are tired of other agencies that sell "*names sold by traffic agencies and solo ad agencies.... have already been sold to someone else OR they have been used for their own business already.*"

If you guys aren't doing this, then why am I getting a name that has already been sold MTTB? As I read through the bullet points of what you say I'm getting and I just can't understand why I'm getting contacted by someone that has been sold MTTB before.

Please explain this.

Thanks,

- Deana

On Jul 13, 2016 2:08 AM, "David Gilks" <david@mobe.com> wrote:

Hi Deana,

page looks good :-) I've set it up and traffic will start in about 4 days.

Here's the stats tracking link
https://clkgn.com/links/stats/cc98f456-78de-48d8-8d42-73fe473cc930

You've got 8,440 clicsk remaining after this run.

David

On Mon, Jul 11, 2016 at 9:38 PM, [redacted] <[redacted]> wrote:

Hi David,

Can you send 400 clicks to this URL, https://eurvida2.clickfunnels.com/optin9431951.

Do you need an email, or do you just post the link?

Thanks, Deana

--

David Gilks
Traffic Coordinator
MOBE Ltd.

--

David Gilks
Traffic Coordinator
MOBE Ltd.

--

David Gilks
Traffic Coordinator
MOBE Ltd.

---------- Forwarded message ----------
From: "MOBE Support - Martha (MOBE Support)" <support@mobesupport.zendesk.com>
To: <[REDACTED]>
Cc:
Date: Sun, 24 Jul 2016 02:18:13 -0700
Subject: [MOBE Support] Re: Not seeing commissions for my customer

Please type your reply above this line

Ticket #209483: Not seeing commissions for my customer

Your request (#209483) has been deemed solved. To reopen, reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests/209483

**MOBE Support - Martha, Jul 24, 5:18 AM EDT:**

Hi Deana,

We have reviewed your account information.

As per our records , this is not your sale.
Unfortunately, the sale belongs to another sponsor as per tracking.

Thank you for your email.

Please let us know if you have any further questions.

Have a wonderful day,

Martha

---

**MOBE Support - Christina Llaguno, Jul 23, 2:11 PM EDT:**

Hello,

Thank you for your email and for using our customer support system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

Please note that we have changed the web address of our support desk to http://mobesupport.zendesk.com

We hope you have a wonderful day,

MOBE Customer Support Team

---

**[redacted] Jul 23, 2:10 PM EDT:**

I have a customer, [redacted], [redacted] who has paid for MTTB and I'm not seeing their commissions in my HAS OFFERS.

REQUESTS:
1) Please make sure I get credit for their purchase.
2) Send me their coach information - they have gone through the first set of steps and are asking more questions.
3) Please send me any comments specific to their account.

Please address all 3 requests before you close this ticket.

Thanks,
Deana Hsu

This email is a service from MOBE Support.

--

David Gilks
Traffic Coordinator
MOBE Ltd.

--
David Gilks
Traffic Coordinator
MOBE Ltd.


# EXHIBIT 10

PX 8

FTC-MOBE-000468

**From:** Diamond Fulfillment Manager <diamond@mobe.com>
**Sent:** Friday, August 12, 2016 3:14 PM
**To:** Deana Hsu
**Subject:** Please welcome Tammy Geerling, your new Diamond Fulfillment Manager!

Hello everyone, Joshua Ellison here,
Today is my last day with MOBE, and I would like to introduce you to your new Diamond Fulfillment Manager, Tammy Geerling. Tammy has been with MOBE for quite some time now managing the MOBE Marketplace, and I say with all confidence that you are in good hands. I have trained Tammy personally for this position, and her high-standards and background in business management are sure to enhance the Diamond program and the value that each of you get from it. You may continue to reach any member of the Diamond Fulfillment Team via Diamond@mobe.com

As I mentioned, in the last few days we have fixed the ill-timed technical glitch that added an additional two-week delay to deliverability of the Diamond Funnels, so we are now back on track. Tammy is setting up a scheduling account and will be contacting you soon to schedule those handovers. I am happy to say that next week should be a full week of handover appointments.

Additionally, the revision of the Branding videos is complete, and you can now find them in the Videos subfolder of your Diamond Dropbox. These are excellent videos to leverage, so make good use of them.

And lastly, in my time on staff with MOBE, I have learned an extraordinary amount as both a staff member and a MOBE affiliate, and I would like to share with you my single biggest learning in that time:

FOCUS ON MONEY-GENERATING ACTIONS FIRST, EVERY DAY.

I have had the opportunity to personally oversee hundreds of MOBE affiliates, yourselves included, and the ones who wait around for something to come to them are the ones that fail. The ones who focus on money generating activities everyday, like growing their audience, following up by keeping them engaged in conversation and aligning them to the MOBE product or offer that suits their needs, are the ones that are doing fantastic, regardless of their level of technical skill. There are no other "secrets" to success in this industry. You have to start doing those things first, and then any additional learning that you do will help you refine that process.

It has been my pleasure to work with you all and I look forward to seeing you again in the future.

Most Sincerely,
Joshua Ellison

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC, No. 20 Jalan Perak, Kuala Lumpur, Malaysia 50450

# EXHIBIT 11

PX 8 FTC-MOBE-000471

**From:** geerling@mobe.com on behalf of Diamond Fulfillment Team <diamond@mobe.com>
**Sent:** Thursday, September 15, 2016 2:57 PM
**To:** Undisclosed recipients
**Subject:** MOBE Diamond Jamaica Update

Hi Jamaica Diamonds! I wanted to send out an update so you can see our progress. Nyna (the fulfillment technician) and I are working around the clock to build and deliver your Diamond funnels as quickly as possible. Here is the list of where we are in the process:

Completed/Delivered (If you see your name on this list and have not had your hand-over appointment, please email me so that we can get that set up, I may have an old email address for you and need to update your contact info)

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

Deana Hsu

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]



Working on for delivery:

Coming Up Next:

2

PX 8 FTC-MOBE-000473



Kind Regards,

Tammy Geerling

MOBE Fulfillment Manager

3

PX 8

FTC-MOBE-000474

# EXHIBIT 12

PX 8

FTC-MOBE-000475

**From:** geerling@mobe.com on behalf of Diamond Fulfillment Team <diamond@mobe.com>
**Sent:** Wednesday, October 12, 2016 9:44 PM
**To:** [redacted]
**Cc:** Matt Lloyd
**Subject:** Re: Diamond Refund

Hi Deana,

I received the email you sent to Matt and I. I have followed up with Jenny Peterson, the bonus fulfillment manager, and found out that you have 8840 clicks remaining. You can exchange those remaining clicks for 36 MTTBs if you would like. Please let me know and I will have this completed for you asap. Matt has also offered to give you 6 free traffic coaching sessions for your time and trouble. I hope that you will give us the opportunity to repair our relationship with you and prove to you that we are working towards improving our systems and our products. I do hope you would consider a call with Steven Crick and I when you have a moment to finalize your delivery and how we can provide you with a promising solution to add value to you as a diamond member. I apologize for not having written this to you soon. I hope to hear from you.

Kind Regards,
Tammy Geerling

On Tue, Oct 11, 2016 at 12:46 PM, [redacted]> wrote:

Hi Tammy and Matt,

I appreciate all the efforts to try and complete my diamond funnel and provide the contractual obligations when I signed up with MOBE, but due to your lack of timeliness I've moved on and will be submitting a refund with my credit card companies for a full refund of the Diamond package.

When I signed up for Diamond in Puerto Vallarta I was contractually promised several things and I was very specific about when I would be receiving these items. I have opened support cases and contact you guys several time in attempt to get fulfillment of these items.

I was lead to believe some of these items would be delivered once I left Puerto Vallarta but am still waiting for a majority of these items. And even after the Diamond mastermind event there has been delay after delay and I was unable to continue waiting and have redirected my time and efforts into another direction. Like you've stated, a good sales funnel is worth a million dollars, and I just can't wait any longer for you to fulfill your obligation. I have a mortgage to pay, credit card bills and interest pilling up (based on your companies recommendation), and I need to provide food for my son and I. I can no longer wait for you to sort things out on your end. I know you guys are going through some growing pains, but I can't wait any longer.

That being said, you can stop working on my diamond funnel and provide a full refund for the cost of the purchase of Diamond. I wish you all the best of luck and hope everything works out for you guys.

Cheers ☺ - Deana

[redacted]

[redacted]

# EXHIBIT 13

PX 8
FTC-MOBE-000478

**From:** [redacted]
**Sent:** Thursday, November 03, 2016 6:40 PM
**To:** 'Tammy Geerling'; 'Matt Lloyd'
**Subject:** RE: Diamond Refund

Matt and Tammy,

I am disappointed that after my several attempts to resolve this issue with you, that you have not responded. This is my last attempt to get this resolved with you before I take legal action to get a full refund of the Diamond product.

Regards,
Deana Hsu

**From:** [redacted]@[redacted]]
**Sent:** Tuesday, October 11, 2016 9:46 AM
**To:** 'Tammy Geerling' <diamond@mobe.com>; 'Matt Lloyd' <mattlloyd@mobe.com>
**Subject:** Diamond Refund

Hi Tammy and Matt,

I appreciate all the efforts to try and complete my diamond funnel and provide the contractual obligations when I signed up with MOBE, but due to your lack of timeliness I've moved on and will be submitting a refund with my credit card companies for a full refund of the Diamond package.

When I signed up for Diamond in Puerto Vallarta I was contractually promised several things and I was very specific about when I would be receiving these items. I have opened support cases and contact you guys several time in attempt to get fulfillment of these items.

I was lead to believe some of these items would be delivered once I left Puerto Vallarta but am still waiting for a majority of these items. And even after the Diamond mastermind event there has been delay after delay and I was unable to continue waiting and have redirected my time and efforts into another direction. Like you've stated, a good sales funnel is worth a million dollars, and I just can't wait any longer for you to fulfill your obligation. I have a mortgage to pay, credit card bills and interest pilling up (based on your companies recommendation), and I need to provide food for my son and I. I can no longer wait for you to sort things out on your end. I know you guys are going through some growing pains, but I can't wait any longer.

That being said, you can stop working on my diamond funnel and provide a full refund for the cost of the purchase of Diamond. I wish you all the best of luck and hope everything works out for you guys.

Cheers ☺ - Deana
[redacted]
[redacted]

# EXHIBIT 14

PX 8

FTC-MOBE-000480

**From:** [redacted]
**Sent:** Wednesday, November 30, 2016 12:45 AM
**To:** buvaneswary@mobe.com
**Subject:** Refund Diamond

Hi,

I was given this email by Tammy Geerling. She said she passed on my request for a refund for Diamond and I wanted to know the status.

I went to Jamaica for the Diamond mastermind and after 6 months still didn't receive what was promised to us - which we were told by Matt we'd receive it 30 days after we returned. As Matt says, "we know that your sales funnel is the most important part of your business. At the diamond mastermind we are going to build the whole thing from scratch with you. So you will walk away and it's ready to go. ... leave with a sales funnel completely constructed from scratch. "

There was delay after delay. I had lost my job and was introduced to MOBE and put my self into debt based on the promises made by Matt. I had completely relied 100% on this to this funnel to support me and my family. I had no other choice but to shift my efforts elsewhere to pay my bills and interest I was incurring on the credit cards based on MOBE'S recommendations.

I have now moved on and will no longer need you to deliver any of the content that was supposed to be derived over 6 months ago. I am requesting a full refund based on the fact that you didn't deliver on your contractual obligations and promises to fulfill the product and services I paid for.

If you need more documentation on the details then please let me know.

Regards,
Deana Hsu
[redacted]

# EXHIBIT 15

PX 8

FTC-MOBE-000482

**From:** Matt Lloyd <mattlloyd@mobe.com>
**Sent:** Tuesday, April 11, 2017 11:58 AM
**To:** Deana (DO NOT CALL) Hsu
**Subject:** 100% Tuition Reimbursement [Video]

Hi,

...Real quick!

I'm giving back 100% of your tuition, if you qualify.

No games. No gimmicks.

Just 100% of your tuition back from your Mobe purchase(s).

This is the most radical things I've ever done in the 6-year history of MOBE and it's inspired by my desire to create more success stories in 2017 than ever before.

>>> Register Here Now!

In order to participate in this "ONE-TIME" event you MUST attend a live webinar, which I'll be hosting in just 2 days.

This Thursday (13th) at 9PM EDT

GoToWebinar only has the capacity to hold 1,000 attendees and we're already nearing maximum capacity.

...Are you interested in getting your Tuition Reimbursed?

This is ONLY for Master Class Consultants:

- **Silver/Gold**
- **Titanium**
- **Platinum**
- **Diamond**

If you want the ability to get 100% of your tuition reimbursed then you MUST attend this live webinar – just 2-days away.

>>> Register Here Now!

This is a ONE-TIME event that I'll be hosting at 9:PM EDT this Thursday, 13 April. Be sure to come early to ensure your spot.

I'm excited to share with you how you can receive 100% of your tuition reimbursed to you and create more success stories in 2017 than ever before.

This is truly an exciting time at MOBE and you're going to love what you hear on Thursday!

See you there,

Matt Lloyd

P.S. Okay, here's the deal. I'm giving 100% of the money you invested with MOBE back on Thursday night at
9PM EDT, if you qualify.
You want to get to the webinar early.
This is the most radical thing I've ever done in the history of my company!

>>> Register Here Now!

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC, No. 20 Jalan Perak, Kuala Lumpur, Malaysia 50450

**DECLARATION OF BONNIE MITCHELL**
**PURSUANT TO 28 U.S.C. § 1746**

My name is Bonnie Mitchell, I am over 18 years old. I have personal knowledge of the facts stated below. If called as a witness, I could and would testify as follows:

1. In 2016 I received a letter in the mail advertising a seminar in Phoenix that would show me how to replace my full time income by working as little as 10 hours a week.
2. I went to the seminar and heard a presentation from a company called MOBE. According to the presentation, MOBE sold business education products to different companies. MOBE had over 100 different books that covered topics ranging from how to hire employees to how to do business taxes.
3. MOBE was recruiting people to sell their product to these companies. People who signed up with MOBE would purchase e-mail lists, send the people on the e-mail lists MOBE advertisements, and then receive a commission on products that the companies purchased.
4. At the seminar in Phoenix, several MOBE associates made presentations where they talked about how easy it is to make money through MOBE. At the end of the seminar in Phoenix I paid $2,497 for a license to sell the MOBE products
5. Later, I paid $545 to attend a 3-day seminar in Las Vegas. I believe the seminar was in June 2016. At the seminar, several speakers talked about how much money they had made through MOBE. I remember that several of them kept laughing and talking about how easy it was to make money. They explained that once I signed up, I could buy e-mail lists from companies, then send MOBE advertisements to those e-mail lists and start receiving a commission.

6. I remember being told that if I signed up, then in as little as ten days I could quit my job and work full time. I was working at a warehouse, and I was excited about the prospect of quitting my job to work full time with MOBE.
7. Over the next 4 months, I worked on the MOBE program, but I wasn't ever able to make any money.
8. I regularly went to the website www.mobe.com. The website had several training videos that you could watch with tips for how to make money. I remember on some of the videos, Matt Lloyd talked about how fast he had made money and all the different people who had made money through MOBE.
9. On some of the training videos, there were other programs that you could sign up for. Some of them cost $5,000 or $10,000 and MOBE said if you signed up for those programs you could make money faster. MOBE also gave examples of people who made money through the programs. I remember one about a girl who had been paid $10,000 for two sales that she made.
10. On June 18, 2016, I purchased a product called "We Sell Clicks 400 Clicks." I was told that I was buying "traffic." More specifically, I was buying a list of people who had already expressed interest in starting a home business. I was told that around 10% of the people on the list would purchase a product, and I would receive commission on products they bought from MOBE. I agreed to spend $520 on this traffic.
11. When I purchased the traffic, MOBE sent me a list of IP addresses that they said they would be sending advertisements to on my behalf. There were around 500 IP addresses. MOBE did not give me contact information for the people on the list, so I wasn't able to reach out to them directly.

12. At one point, I also paid $50 for a "10 day quick start" program where MOBE told me I
    could make $10,000 in 30 days.  As part of the program, 10 of MOBE's top earners told
    me 10 different ways to make money.  I tried several of the recommended tips, but none
    of them worked.

13. On June 19, 2016, I received an e-mail from Matt Lloyd.  In the e-mail Matt told me that
    I may make an acceptable or even good income with the MOBE License Right Program I
    had purchased, but if I didn't purchase the Titanium or Platinum package I would remain
    one step away "from the kind of money that really changes lives."  A true and correct
    copy of this email is attached to my declaration as Exhibit A.

14. MOBE told me to use the website www.mobe.com/members to track my sales through
    the program.  I regularly clicked on the website to see if I had made any sales.  At some
    point, I saw that I had three conversions, which meant that three of the people I had sent
    e-mails to had decided to purchase products through MOBE.  I expected that MOBE
    would pay me a commission for these conversions, but they never did.  I called MOBE
    customer support to ask why I hadn't been paid, and the person I spoke with said that
    maybe the people had changed their mind.  They never gave me a complete explanation
    about why they didn't pay me commissions.

15. I worked with a mentor named John Chow.  John told me that he had made $10,000 to
    $40,000 a day with MOBE.  I asked him how he had made so much money when I hadn't
    even made a single sale, and he told me that he had a "warm market."  He recommended
    that I go to a Supercharge Summit where I could hear from other top earners to learn their
    techniques.

16. Based on his recommendation, in September 2017 I paid $497 to attend the Supercharge Summit. Different people at the Summit made different recommendations about how to make money through MOBE like selling on Facebook, or selling products at yard sales so that I would have extra money to buy e-mail lists.

17. I eventually quit the program when I couldn't afford the advertising costs. I probably spent close to $1,000 on supplemental advertisements but I never received any commission on any sales.

18. I asked MOBE for a refund. The first time I asked was within 45 days of signing up. The person I spoke with told me that I hadn't been working the program long enough and that I should really give it a try. The second time I asked for a refund was later, more than a year after I bought the program. I looked up the refund policy on the MOBE website and I saw that to get a refund, I would have to provide all sorts of information showing them that I had been buying leads and doing Facebook advertisements. I didn't have any of that information, and I didn't know that was required to get a refund.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov 9 2017 in Peoria Arizona

Bonnie Mitchell

Bonnie Mitchell

**From:** info@m1.mobe-mail.com <info@m1.mobe-mail.com> on behalf of Matt Lloyd <mattlloyd@mobe.com>
**Sent:** Sunday, June 19, 2016 10:01 AM
**To:** Bonnie Mitchell
**Subject:** How bad do you want it?

Bonnie,

How bad do you want it?

I remember when I first started my online business, I could literally taste how bad I wanted to succeed.

Desire is a powerful motivating force, and it has a lot to do with success...

... but desire it NOT enough.

You have to TAKE ACTION and do something in order to change your life.

As much as I want to help you succeed (and I do), I can only take you so far.

I have given you the keys to unlock the door, but you have to walk through.

By joining the MOBE License Rights Program, you've already identified yourself as someone who is serious about making money online.

But for you to get to that NEXT LEVEL...

... the upper echelon that only the TOP 1% of online entrepreneurs reach...

... then you need to join my Titanium or Platinum

mastermind program.

When you do, you will be in the elite company of the VERY FEW people who make real lasting money in this business.

If you do nothing, you may make an acceptable (even good) income as a regular MOBE Licensee, but you'll be just one step away from the kind of money that really changes lives.

It's so close... you should feel like you can almost touch it.

Go ahead.

Walk through the door.

Apply for Titanium or Platinum at the link below now.

http://mobe.com/nextlevel/

To Your Success,
Matt Lloyd

P.S. I'm available to chat with you personally through our Facebook group - come on over and join us here:

https://www.facebook.com/groups/mattlloyd/

***NOTE: Please do not reply directly to this email, instead go to:
http://mobe.com/support

Click Here to Unsubscribe
If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC,, Kuala Lumpur, 50450

# DECLARATION OF PEGGY MOYEDA PURSUANT TO 28 U.S.C. § 1746

My name is Peggy Moyeda, I am over 18 years old. I have personal knowledge of the facts stated below. If called as a witness, I could and would testify as follows:

1. In July 2017, I was looking for an opportunity to make money working from home so that I could contribute to my family's finances.
2. I did some online searches and found a product called My Internet Education. The product cost $97, and it was supposed to teach me how to make money on the internet.
3. My Internet Education offered a series of 21 videos that were supposed to provide me an internet education. At some point, My Internet Education introduced to something called MOBE.
4. What I learned most though was how to lose money and not earn anything.
5. At the beginning of the program, I was assigned a coach named Raphael Farnese. I would watch a couple videos and then have a call with Raphael. He would give me homework to do, and discuss the videos that I had watched.
6. After the first 4 or 5 videos, my coach told me that I could purchase a different package. My coach persuaded me to spend $2,497 to buy the silver and gold packages. When I paid the $2,497 the statement on my credit card said the charge was made by a company called "We sell good traffic."
7. After I bought the silver and gold packages I was assigned a new coach, Ty Coughlin. My lessons with Ty were similar to my lessons with Raphael. I would watch a few videos, then meet with Ty to go over what I had learned and he would unlock more videos.

8. Throughout the lessons, I remember several times when my coach asked me about my goals. I told him that I just wanted a home business so that I could contribute to my family's finances, and $5,000 a month would be great. I remember my coach telling me that my goals were too low, and that I should aim to make at least $25,000 a month.

9. Although they kept telling me that I should aim to make a lot of money, they never gave me any data on what average purchasers earned. They also never gave me information about other MOBE customers for me to call and ask about their experiences.

10. I remember Ty saying that getting other people to purchase the silver and gold masterclass would be "like shooting fish in a barrel." He made it seem like it would be easy to make money by earning commission from people who purchased the masterclasses.

11. The videos I watched also lead me to believe that I would make money through MOBE. In the videos, Matt Lloyd said that instead of working for my money, I could let my money work for me through MOBE.

12. In another video Matt Lloyd compared MOBE to a franchise. He said that franchises were successful because they had a step-by-step way of doing things and Matt Lloyd said that MOBE had a similar approach. I also remember Ty saying that MOBE was like follow the leader.

13. At around the 15th step, Ty told me it was time to decide how I was going to proceed. He said I needed a "game plan." At that point, he told me about new packages I could buy called Titanium, Platinum, and Diamond. Ty explained that I'd only get commission on people who come in at levels that were under me. That meant that if I bought the Platinum package, and I brought someone in at the Diamond level, then I wouldn't get

commission on that referral. He also told me that if I invested at these higher levels, then I would get commission for life on anyone I referred.

14. Ty persuaded me to buy all 3 packages, which brought my total investment to more than $55,000. I wouldn't have spent this much money if MOBE hadn't lead me to believe that I would make money through their program.

15. While I was watching the 21 videos, Ty also convinced me to pay a company called Pixx so that I could get traffic. Ty explained that, I would pay Pixx for traffic, they would send the traffic to MOBE, MOBE would make the sales, and I would get the commissions. Ty gave me a form to fill out so that I could buy the traffic from Pixx.

16. I paid Pixx $4,900 for traffic. I was supposed to be able to logon to a site called MOBE back office where I could see what was happening with the traffic I bought, but I was never able to logon. I asked for help logging on to MOBE back office, but no one ever helped me log on.

17. After going through the 21 steps, Ty referred me to a traffic coach who he said would help teach me how to get my own traffic. Ty never said anything about the traffic coach costing more money, but the traffic coach's services cost $12,000.

18. The traffic coach mentioned a fellow who had been very successful in placing Facebook ads, and he said they would teach me 3 "funnels" of internet traffic. He said that I would "be profitable quickly" if I spent $12,000, so I agreed to pay another $12,000 to the traffic coach.

19. After I agreed to that payment, I got an e-mail from him where he told me to let my bank know that I may need more money available within 24 hours.

20. This e-mail made me suspicious. I had already invested so much money without seeing any return, and now I was being told that there may be more costs.

21. I decided to cancel the program and try to get my money back. I immediately asked for a refund of the $12,000, which would have been within a day or two of making the purchase. My traffic coach called me and tried to talk me out of it. He said that they can get me a "paycheck" and that if I gave them a chance I would make money. He said it was "almost guaranteed" that I would make at least $8,000. I told him I wasn't interested.

22. I also tried to get a refund from Pixx but they told me that after 5 days they don't refund customers for any reason.

23. I then contacted MOBE and asked for a refund. On MOBE's support page there was a form you could fill out to request a refund. It said that they generally get back to you in 12 hours. I filed a refund request on September 30, and again on October 4, and again on October 9. MOBE never responded to any of my refund requests.

24. Altogether, I spent close to $60,000 with MOBE and another $4,900 with Pixx. I took money out of my retirement account, and I spent the money because they lead me to believe that I would replace my investment. I never made any money.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov 12 2017 in North Salt Lake, Utah.

Peggy Moyeda

Peggy Moyeda

**DECLARATION OF WILLIAM NOBLE**
**PURSUANT TO 28 U.S.C. § 1746**

My name is William Noble, I am over 18 years old. I have personal knowledge of the facts stated below. If called as a witness, I could and would testify as follows:

1. In April 2017, I was looking for another revenue stream to supplement the income I made as a medical supplier. I previously served in the United States Air Force from 1999 until 2003.
2. I researched "work from home" opportunities on the internet, and I reviewed several options. I decided to pay $49 for what I understood to be a 23-step approach to starting an internet networking business.
3. At some point, I was directed to the website www.mobe.com. As I understood it, MOBE would teach me the ins and outs of how to become a network affiliate of MOBE. MOBE sold information to business owners, and they were recruiting affiliates to make the sales through e-mail, pay per click ads, and google ads.
4. MOBE affiliates could also make money by recruiting other people to act as MOBE affiliates. If I recruited other people to be affiliates, I would receive commission on their sales.
5. On Mobe.com there were a series of 23 training videos I could watch. I was also put in touch with a coach who helped me feel secure about my investment.
6. The first step was about the secrets of a guy named Matt Lloyd who had apparently made a lot of money online. During the fourth step, they mentioned investing in different tiers with MOBE. During the fifth step, they compared the MOBE program to a franchise. That step directed us to research how much time and effort it takes to open up a franchise,

and they claimed that by comparison, paying several thousand dollars to MOBE was not a lot of money to spend.

7. During the sixth step, they mentioned that it would cost $2,500 to purchase the next tier. I was a little taken aback that I hadn't really gotten started yet and they were already asking for more money, but I agreed to pay $2,500 so that I could become a member at the gold/silver level. They lead me to believe that I would see a return on my investment that was proportionate to the amount I put in, and that if I paid them $2,500 they would take me through the rest of the steps and make sure I was making money.
8. When I made this investment, I was sent a document called a MOBE Consultant Memberships and Compensation Plan. A true and correct copy of the document I received is attached as Exhibit A.
9. The Plan explained the different tiers and commissions that MOBE affiliates could make. The last page mentioned a program called MOBE Motors that was described as "How You can Get the Vehicle of Your Dreams... Without Having to Pay For It!"
10. After I made that investment, I then went through a pattern where I would watch training videos, then do a recap where I spoke with my coach who then unlocked more training videos.
11. I made it through all 23 training videos.
12. After making it through the 23 videos, my coach told me about the next level investment, which was investing at the titanium, platinum, or diamond level. The titanium level cost $10,000, the platinum level $19,000, and the diamond level was either $29,000 or $30,000.

13. I told my coach that I didn't have that much money to invest, and MOBE sent me to a financing company called Fundwise that would provide me with unsecured loans I could use to pay for higher tiers with MOBE. I was originally told that I had been approved for $49,000.

14. I decided to purchase the platinum levels When I made the purchase, I understand that the total cost for would be $19,000. This was on a Friday. Before I made the purchase, I saw on MOBE's website that I would have three business days to cancel my investment. The website also said that, the $19,000 would allow me to attend masterclass events in the future, and that all sales were final once I attended those events.

15. On the next business day, a Monday, I spent $4,500 to purchase leads from MOBE. I was going to be purchasing the information about people who paid $49 to invest in the program, like I had, so that I could potentially recruit them to purchase other MOBE programs and then earn commissions. When I agreed to spend the $4,500, I thought I'd receive the leads I purchased right away, and I could use the 3 business days after purchasing the titanium and platinum levels to see if I was able to make any sales on the leads.

16. Later that day, when the leads hadn't come, I contacted MOBE to ask when I would be getting the leads. I was told that it can take six to eight weeks for the leads to be delivered to me. I did not want to wait that long, so I decided to cancel that purchase and ask for a refund.

17. Also that day, I learned that something had gone wrong with my Fundwise financing, and I had only been approved $23,000 in credit.

18. Since I only had $23,000 in credit, I decided that I only wanted to purchase at the titanium level for $10,000. That way I would still have money left over to purchase more leads and to cover any other expenses.
19. Later that day, I called MOBE to cancel my purchase of the platinum level and request a refund. I was told that all sales were final. I was also told that the titanium and the platinum level were separate purchases, so I was on the hook for $29,000 instead of the $19,000 I thought that I had agreed to pay. I didn't understand that in buying the titanium level I was also forced to buy the platinum level for an extra $10,000.
20. I explained that I was canceling within 3 days of my purchase, but MOBE still refused my refund. I also explained that some of what I was purchasing was the ability to attend events in the future that hadn't even happened, but MOBE still refused my refund.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/11 2017 in Downers Grove, IL

William Noble



# MOBE Consultant Memberships And Compensation Plan

3109 Copyright © 2016 MOBE

Page 1 of 15

PX 11

Noble Exhibit A

FTC-MOBE-000498

# Table of Contents

The MOBE Compensation Plan Explained ..... 3

Standard Consultant Membership Fees ..... 3

MOBE Certified Consultant Membership Fees ..... 4

What's Included ..... 4

Inner Circle Membership ..... 10

Commissions Earned for Promoting MOBE Exclusive Products and Services ..... 11

Commissions for Promoting MOBE's Programs ..... 11

MOBE Motors: How You Can Get The Vehicle Of Your Dreams... Without Having to Pay For It! ..... 15

Questions? ..... 15

Glossary ..... 15

2109 Copyright © 2016 MOBE

# The MOBE Compensation Plan Explained

MOBE (My Own Business Education) is a marketing and business training company catering to small business owners and entrepreneurs. We offer a large selection of business training products, services, live training events and exclusive masterminds to help you along your business journey.

Anyone can become a Standard Consultant and promote the majority of front end products through MOBE Marketplace at **www.MOBEmarketplace.com** and earn between 10% - 50% commissions.

However if you wish to earn commissions of 10% - 90% on products PLUS have our phone sales team selling products for you on the back end with commissions of $1,250, $2,500, $3,300, $5,500 and even $10,000 per sale, then you can upgrade to one of our MOBE Certified Programs listed below.

All successful entrepreneurs recognize the value of consistently updating their skills and knowledge. MOBE Consultants are no different. We are in an industry that moves very fast, and in order to keep up we must keep evolving.

To make this easy for you, we also offer monthly Inner Circle programs – with the first month being FREE. The Inner Circle programs provide fresh new training delivered to your door each month in the form of print newsletters and audio CDs.

Each inner circle subscription level includes all the materials that are provided by the level(s) below. E.g. If you are a Platinum Inner Circle Member, then you will have access to all the training from Silver, Gold and Titanium Inner Circle programs. However, if you are at the Titanium Inner Circle level, you will have access to all the options from Silver and Gold Inner Circles but not those offered at the Platinum Inner Circle level.

# Standard Consultant Membership Fees

At MOBE we call our affiliates consultants and anyone can participate in the MOBE Consulting Program by applying at: **www.MOBE.com/affiliates**

**A monthly membership fee of $19.95** is applicable to keep your Consulting Program account active. The fee covers administration costs like the back office functionality, reporting, affiliate tools, and hosting. If you no longer wish to promote any of the MOBE products or other partner products listed on MOBE Marketplace and collect commissions on those sales, you may cancel your membership at any time by submitting a support ticket at: **www.MOBE.com/support**

All MOBE clients who wish to become a MOBE Consultant and promote any of the MOBE Core training programs or third party programs listed on MOBE Marketplace must also pay the $19.95 monthly consulting fee.

Every active MOBE Consultant gets 5% commissions on the personal sales of the Consultants they sponsor.

2109 Copyright © 2016 MOBE

# MOBE Certified Consultant Membership Fees

MOBE Certified: Refers to Standard Consultants who upgraded to one of the 5 certification levels – (Silver, Gold, Titanium, Platinum and Diamond). MOBE Certified Consultants who are current on the Standard Consultant fee get 10-90% commissions on a large selection of products including any backend sales that correspond to their current positioning.

| | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Cost Of Program** | NA | $2,497 | $4,997 | $9,997* | $16,667* | $29,997* |
| **Monthly Inner Circle Membership Fee:** Begins 30 days from date of purchase and may be canceled at anytime. | NA | $27/mth | $64/mth | $121/mth | $198/mth | $295/mth |
| **Annual Inner Circle Membership Fee:** Begins 30 days from date of purchase and may be canceled at anytime. **SAVE** Get 12 months for the price of 8. | NA | $216/yr | $512/yr | $968/yr | $1,584/yr | $2,360/yr |

* Payment is by Bank Wire. A 3% Merchant fee is charged if payment is made using a credit card.

** To upgrade, or get positioned at a certain level, you can either purchase a membership package and qualify immediately or make 5 sales at that level. On the 6th sale, you will become positioned and all future sales will qualify for commissions at that level. Existing sales and their downline will remain locked to the level they were at the time of purchase.

# What's Included

| STANDARND CONSULTANT (ACTIVE PAID MEMBERSHIP) | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| Back office functionality, reporting, affiliate tools, and hosting, including custom banner ads and swipe files on select products. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **MOBE Sites:** Get access to MOBE Sites, our easy-to-use software that allows you to leverage pre-built sales funnels that have been proven to convert. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Consultant Insider:** Get a monthly newsletter delivered to your door with essential updates and tips specific to the MOBE Consultant Program. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **MOBE Elite Earners:** Every week, the top earning MOBE Consultants will host a webinar, and show you exactly what they're doing to bring in the big bucks. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

* Back office functionality, MOBE Sites, Consultant Insider newsletter and weekly webinars are only available to active Consultants paying the $19.95 monthly fee.

2109 Copyright © 2016 MOBE

PX 11

FTC-MOBE-000501

| CORE TRAINING PROGRAMS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Silver Masterclass:** 8 Module online training program that will show you how to choose the right business model based on your strengths and weaknesses and how to select the right niche and business model that can work for you with lifetime access to updated content. | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Gold Masterclass:** 8 Module online training program that will show you how to build a 6-figure business that consistently generates sales with a proven "customer acquisition process" with lifetime access to updated content. | | | ✓ | ✓ | ✓ | ✓ |
| **Titanium Mastermind:** Complimentary access to attend a Titanium 3-day, 4-night mastermind. Learn from the most brilliant marketing minds on the planet.<br><br>Price includes hotel stay, food, drinks and entertainment for one person. Guest pass: $600<br><br>Subsequent Titanium Masterminds are available for the wholesale rate of $3,500. | | | | ✓ | ✓ | ✓ |
| **Platinum Mastermind:** Complimentary access to attend a Platinum 5-day, 6-night mastermind retreat. Learn from the top minds in wealth creation, asset protection and personal development.<br><br>Price includes hotel stay, food, drinks and entertainment for one person. Guest pass: $810<br><br>Subsequent Platinum Masterminds are available at a wholesale rate of $5,000 | | | | | ✓ | ✓ |
| **Diamond Mastermind:** Complimentary access to attend a Diamond 10-day, 11-night mastermind retreat. Learn from some of the smartest minds on the planet when it comes to long-term business planning, product creation and advanced sales and marketing strategies.<br><br>Price includes hotel stay, food, drinks and entertainment for one person. Guest pass: $3,000<br><br>Subsequent Diamond Masterminds are available at a wholesale rate of $7,000. | | | | | | ✓ |

2109 Copyright © 2016 MOBE

PX 11

FTC-MOBE-000502

| LEGACY MOBE Marketing System | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **IM Revolution eBook** | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Affiliate Bonus Domination:** Learn the new rules of Affiliate Marketing ($291) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **How To Build A Funded Proposal:** Learn how to recruit new reps on autopilot ($194) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Email Marketing Empire:** Learn Email Marketing, the No. 1 income source of any internet marketer ($194) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **The OPT Formula:** Everything you need to know about effective outsourcing ($194) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Traffic Masters Academy:** Everything you need to know about generating traffic and new leads ($297 value) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **MOBE Licensing Kit:** Everything you need to know to start selling other people's work in 7 days or less ($297) | | ✓ | ✓ | ✓ | ✓ | ✓ |

| DONE-FOR-YOU SERVICES | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Done for You Emails:** Get daily, professional marketing emails, which you can copy, paste, personalize and send to your list to promote any products and services you choose. (Retail value $77/mth) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Done For You Articles:** Get articles written for you to put on your blog, send to your list or create lead magnet reports. (Retail value $97/mth) | | | ✓ | ✓ | ✓ | ✓ |
| **Done for You Videos:** Get content videos made for you to put on your blog, send to your list or create training programs with. (Retail value $147/mth) | | | | ✓ | ✓ | ✓ |

* The above noted done-for-you services are free for active Consultants who are paying the monthly $19.95 fee and will correspond to the Core Training Program they are currently at. Anyone else can purchase the "done for you" services at retail value.

| COACHING | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **MOBE Elite Earners:** Every week, the top earning MOBE Consultants will host a webinar, and show you exactly what they're doing to bring in the big bucks. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

2109 Copyright © 2014 MOBE

| COACHING | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Daily Webinars:** Access to daily webinars (M-F) from my coaching team to answer ALL your questions and show you the most effective ways to get leads and jump-start your business. | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **3 Gold private 30-minute consulting sessions** with a business and traffic coach who will help you set-up your traffic campaigns and get your business off to a fast start. | | | ✓ | ✓ | ✓ | ✓ |
| **5 Titanium private 30-minute consulting sessions** with a business and traffic coach who will help you set-up your traffic campaigns and get your business off to a fast start. | | | | ✓ | ✓ | ✓ |
| **8 Platinum private 30-minute consulting sessions** with a business and traffic coach who will help you set-up your traffic campaigns and get your business off to a fast start. | | | | | ✓ | ✓ |
| **12 Diamond private 30-minute consulting sessions** with a business and traffic coach who will help you set-up your traffic campaigns and get your business off to a fast start. | | | | | | ✓ |

| EVENTS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Super Charge Summit:** 3-day training event for MOBE Consultants who want to up their game. ($497) | | | | | ✓ | ✓ |
| **The Home Business Summit:** 3-day event featuring step-by-step training on what REALLY works when it comes to marketing online ($497) | | | | | ✓ | ✓ |

| MASTERMINDS & SUMMITS* | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Get More Customers Summit:** 3-day event that will show you how to improve and accelerate your customer acquisition process (Value $2,997) | | | ✓ | ✓ | ✓ | ✓ |
| **Traffic Summit:** Traffic + Conversions = Sales. This special 3-day event will teach you how to get high quality traffic and get it fast. (Value $2,997) | | | | ✓ | ✓ | ✓ |
| **Conversion Summit:** Conversion is a key factor in getting sales. This special 3-day event will teach you strategies on how to increase conversions and your bottom line. (Value $2,997) | | | | ✓ | ✓ | ✓ |

2109 Copyright © 2016 MOBE

PX 11

FTC-MOBE-000504

| MASTERMINDS & SUMMITS* | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Leverage Summit:** Leverage is the name of the game and this special 3-day event will teach you how increase leverage and make more money without having to do a lot more work. (Value $2,997) | | | | ✓ | ✓ | ✓ |
| **Sales Summit:** In this 3-day event you will learn how to guide your prospects to make the right sales decision and close the deal. (Value $2,997) | | | | ✓ | ✓ | ✓ |
| **Joint Venture Summit:** In this 3-day event you will learn how to leverage the power of partnerships to boost your business results. (Value $2,997) | | | | ✓ | ✓ | ✓ |
| **Stock Investing Summit:** In this special 3-day event you will learn how the stock market has changed, how to approach your portfolio from a "big picture" view and how to analyze specific stocks and companies. (Value $2,997) | | | | | ✓ | ✓ |
| **Real Estate Investing Summit:** In this special 3-day event you will learn how to invest in real estate the RIGHT way, which property types to avoid, and how to create passive income without using your own capital. (Value $2,997) | | | | | ✓ | ✓ |
| **Precious Metals Investing Summit:** In this special 3-day event you will learn how to invest in precious metals, stocks and mutual funds that hold shares in mining companies, exchange traded funds (ETFs) and coins. (Value $2,997) | | | | | ✓ | ✓ |
| **Asset Protection Summit:** In this special 3-day event you will learn about common and little-known tax savings strategies and how to take advantage of them. (Value $2,997) | | | | | ✓ | ✓ |
| **Prosperity Mindset Summit:** In this special 3-day event you will learn how to "reprogram" your mind for success and approach everything in life with an abundance mindset. (Value $2,997) | | | | | ✓ | ✓ |
| **Product Creation Summit:** You have millions of dollars in know-how information in your head that others will pay for. Our successful trainers will show you how to package, present and sell it effectively through the right marketing channels. | | | | | | ✓ |

2109 Copyright © 2018 MOBE

**PX 11**

**FTC-MOBE-000505**

| MASTERMINDS & SUMMITS* | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Webinar Creation Summit:** Influencing people to buy your products and services, on a live webinar, is the ultimate form of sales leverage. We'll teach you how to create, promote and deliver high-impact sales webinars, and then how to automate them. | | | | | | ✓ |
| **Affiliate Creation Summit:** Over $100 million in revenue was created for MOBE because of one single affiliate program. Learn the secrets of assembling your own affiliate program, recruiting affiliates and motivating them to send you paying customers. | | | | | | ✓ |
| **Event Creation and Speaker Summit:** Nothing is more effective than selling face-to-face. Learn how to market your events, create content and sales presentations and deliver your message to a live audience (or have someone else deliver for you). | | | | | | ✓ |

* Masterminds and Summits tickets are for one person and may be attended by anyone who has paid the entrance fee. You are not required to be an active consultant to attend and anyone who purchases a ticket may bring a guest by paying an additional fee. See Mastermind Agreement for details.

2108 Copyright © 2016 MOBE

PX 11

FTC-MOBE-000506

# Inner Circle Membership

Get access to additional monthly training shipped to your door providing exclusive content to correspond with your current business needs. The Inner Circle Memberships provide training that are applicable to any business and are available for purchase to the general public.

Each inner circle subscription level includes all the materials that are provided by the level(s) below. E.g. If you are a Platinum Inner Circle Member, then you will have access to all the training from Silver, Gold and Titanium Inner Circle programs. However, if you are at the Titanium Inner Circle level, you will have access to all the options from Silver and Gold Inner Circles but not those offered at the Platinum Inner Circle level.

| SILVER LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Silver Inner Circle monthly newsletter:** Business setup tips to increase your probability of success delivered in print and PDF | | ✓ | ✓ | ✓ | ✓ | ✓ |

| GOLD LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Gold Inner Circle monthly newsletter:** Marketing and sales content to improve your customer acquisition process delivered in print and PDF | | | ✓ | ✓ | ✓ | ✓ |

| TITANIUM LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Titanium Inner Circle monthly newsletter:** Advanced Online Marketing for next-level entrepreneurs content delivered in print and PDF format. | | | | ✓ | ✓ | ✓ |
| **MOBE's "Ask the Expert" Marketing Series:** Monthly interviews with the most talented and successful experts in important areas of online marketing strategy and business building delivered on Audio CD. | | | | ✓ | ✓ | ✓ |

| PLATINUM LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Platinum Inner Circle monthly newsletter:** Advanced wealth creation and asset protection content delivered in print and PDF format. | | | | | ✓ | ✓ |
| **MOBE's "Ask the Expert" Investment and Asset Protection Series:** Monthly interviews with the most talented and successful experts in important areas of investments and asset protection delivered on Audio CD. | | | | | ✓ | ✓ |

2109 Copyright © 2016 MOBE

PX 11

FTC-MOBE-000507

| DIAMOND LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Diamond Inner Circle monthly newsletter:** Advanced business content delivered in print and PDF format. | | | | | | ✓ |

# Commissions Earned for Promoting MOBE Exclusive Products and Services

MOBE offers a generous compensation plan. The commissions earned will depend on the product or service promoted, your certification level and whether you do your own sales or use our "We Work Your Leads" program to sell your leads. All active Consultants can earn between 10% - 50% commissions on many products and services.

To see a full list of the many products (and the list is growing every day) go to **www.MOBE.com** and choose the Products, Events, or Services tabs to see everything. Earn between 10% - 50% commissions on the products on the MOBE Marketplace. Here is a sample of the products available for promotion, and the related commissions:

| PRODUCTS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Instant Online Business Resale License Rights** Norbert Orlewicz - $1,997 | $798.80 | $798.80 | $798.80 | $798.80 | $798.80 | $798.80 |
| **New Wealth and Freedom Lifestyle System** Daven Michaels - $1,997 | $798.80 | $798.80 | $798.80 | $798.80 | $798.80 | $798.80 |
| **Tax Liens Mastery** Nik Halik - $997 | $398.80 | $398.80 | $398.80 | $398.80 | $398.80 | $398.80 |
| **How To Plan A Website** Jaeson Tanner - $497 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 |
| **Inbox Empire** MaryEllen Tribby - $497 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 |
| **JV Mastery: The Art Of Profitable Deal making** Marc Goldman - $497 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 |

# Commissions for Promoting MOBE's Programs

| PRODUCTS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **21 Step Program:** $49 | $24.50 | $44.10 | $44.10 | $44.10 | $44.10 | $44.10 |
| **Traffic Generator Pro:** $197/mth | $98.5 | $98.5 | $98.5 | $98.5 | $98.5 | $98.5 |
| **IM Revolution:** $9.95 | $4.97 | $8.95 | $8.95 | $8.95 | $8.95 | $8.95 |

2109 Copyright © 2016 MOBE

PX 11

FTC-MOBE-000508

| **Affiliate Bonus Domination:** $291 | $145.50 | $261.90 | $261.90 | $261.90 | $261.90 | $261.90 |
|---|---|---|---|---|---|---|
| **How To Build A Funded Proposal:** $194 | $97 | $174.60 | $174.60 | $174.60 | $174.60 | $174.60 |
| **Email Marketing Empire:** $194 | $97 | $174.60 | $174.60 | $174.60 | $174.60 | $174.60 |
| **The OPT Formula:** $194 | $97 | $174.60 | $174.60 | $174.60 | $174.60 | $174.60 |
| **Traffic Masters Academy:** $297 Upgrade to 10,000 Leads in 100 days and apply the cost of TMA towards that purchase. | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 |
| **MOBE Licensing Kit:** $297 | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 |

| SERVICES | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Done-For-You Emails:** $77 | $38.50 | $38.50 | $38.50 | $38.50 | $38.50 | $38.50 |
| **Done-For-You Articles:** $97 | $48.50 | $48.50 | $48.50 | $48.50 | $48.50 | $48.50 |
| **Done-For-You Video:** $147 | $73.50 | $73.50 | $73.50 | $73.50 | $73.50 | $73.50 |
| **Done-For-You eBook:** $10,000 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 |
| **Done-For-You Webinar:** $10,000 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 |
| **½ Day at the MOBE Studio:** $4,997 | $1,665.60 | $1,665.60 | $1,665.60 | $1,665.60 | $1,665.60 | $1,665.60 |
| **1 Day at the MOBE Studio:** $9,997 | $3,332.33 | $3,332.33 | $3,332.33 | $3,332.33 | $3,332.33 | $3,332.33 |
| **3 Days at the MOBE Studio:** $19,997 | $6,665.66 | $6,665.66 | $6,665.66 | $6,665.66 | $6,665.66 | $6,665.66 |

| EVENTS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Home Business Summit:** Ticket valid for 2 people. ($497) | $120 | $120 | $120 | $120 | $120 | $120 |
| **Super Charge Summit VIP** ($797) | $120 | $120 | $120 | $120 | $120 | $120 |
| **Super Charge Summit Standard** Ticket ($497) | $120 | $120 | $120 | $120 | $120 | $120 |
| **Traffic Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Conversion Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Sales Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Joint Venture Summit:** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Leverage Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Prosperity Mindset Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Asset Protection Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Real Estate Investing Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Stock Investing Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |

2109 Copyright © 2016 MOBE

| **Precious Metal Investing Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
|---|---|---|---|---|---|---|

| **MOBE CERTIFICATION PROGRAMS** | **Standard** | **Silver** | **Gold** | **Titanium** | **Platinum** | **Diamond** |
|---|---|---|---|---|---|---|
| Silver Masterclass: $2,497 (We Work Your Leads) | - | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 |
| Silver Masterclass : $2,497 (No Sales Assistance***) | - | $1,625 | $1,625 | $1,625 | $1,625 | $1,625 |
| Silver Monthly Inner Circle: $27/mth (50% Commissions) | - | $13.5/mth | $13.5/mth | $13.5/mth | $13.5/mth | $13.5/mth |
| Silver Annual Inner Circle: $216/yr (33% Commissions) | - | $71.28/yr | $71.28/yr | $71.28/yr | $71.28/yr | $71.28/yr |
| Gold Masterclass: $4,997 (We Work Your Leads) | - | - | $2,500 | $2,500 | $2,500 | $2,500 |
| Gold Masterclass: $4,997 (No Sales Assistance***) | - | - | $3,250 | $3,250 | $3,250 | $3,250 |
| Gold Monthly Inner Circle: $64/mth (50% Commissions) | - | - | $32/mth | $32/mth | $32/mth | $32/mth |
| Gold Annual Inner Circle: $512/yr (33% Commissions) | - | - | $168.96/yr | $168.96/yr | $168.96/yr | $168.96/yr |
| Titanium Mastermind: $9,997 (We Work Your Leads) | - | - | - | $3,300 | $3,300 | $3,300 |
| Titanium Mastermind: $9,997 (No Sales Assistance***) | - | - | - | $4,800 | $4,800 | $4,800 |
| Titanium Inner Circle: $121/mth (50% Commissions) | - | - | - | $60.50/mth | $60.50/mth | $60.50/mth |
| Titanium Inner Circle Annual Membership: $968/yr (33% Commissions) | - | - | - | $319.44/yr | $319.44/yr | $319.44/yr |
| Platinum Mastermind: $16,667 (We Work Your Leads) | - | - | - | - | $5,500 | $5,500 |
| Platinum Mastermind: $16,667 (No Sales Assistance***) | - | - | - | - | $8,000 | $8,000 |
| Platinum Inner Circle: $198/mth (50% Commissions) | - | - | - | - | $99/mth | $99/mth |
| Platinum Inner Circle Annual Membership: $1,584/yr (33% Commissions) | - | - | - | - | $522.72/yr | $522.72/yr |
| Diamond Mastermind: $29,997 (We Work Your Leads) | - | - | - | - | - | $10,000 |
| Diamond Mastermind: $29,997 (No Sales Assistance***) | - | - | - | - | - | $13,500 |
| Diamond Inner Circle: $295/mth (50% Commissions) | - | - | - | - | - | $147.50mth |

2109 Copyright © 2016 MOBE

| MOBE CERTIFICATION PROGRAMS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| Diamond Inner Circle Annual Membership: $2,360/yr (33% Commissions) | - | - | - | - | - | $778.8/yr |

| MENTORSHIP PROGRAMS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| 25K Mentorship Program | - | - | - | - | $6,250 | $6,250 |
| 50K Mentorship Program | - | - | - | - | - | $12,500 |
| 100K Mentorship Program | - | - | - | - | - | $25,000 |

Any discounts or incentives offered as a bonus do not qualify for commissions. Commissions are only paid on the actual amounts collected and sales become commissionable once all necessary agreements are signed and related funds are collected.

MOBE will claw back any commissions paid on sales that are refunded or charged back. All consultants are required to maintain a reserve and recharge reserves when a refund is processed.

*Commissions on the Inner Circle membership programs are available to you even if you are not participating in the program yourself. However, we highly recommend you take full advantage of the material. They are provided to help you build your online brand, establish credibility and grow your business.

**MOBE has 10% withheld on all merchant account transactions to cover fees, a reserve, and chargebacks or refunds. As a result, we withhold 10% from commissions until the consultant reaches a reserve balance of $20,000 or has consistent commission volumes of $10,000 per month for six consecutive months.

***Commissions paid on sales made at live events will be limited to the commission available for "We Work Your Leads" sales. The additional commissions for "No Sales Assistance" will be used to help offset the cost of event sales staff. Consultants are not allowed to send their own staff to live events to sell their leads because this interrupts the flow of events. If a consultant would like to promote and staff events at their own expense they can earn the additional "No Sales Assistance" commission but need to obtain prior written approval from the company, and allow the company to have a representative attend for compliance purposes.

2109 Copyright © 2016 MOBE

PX 11

FTC-MOBE-000511

# MOBE Motors: How You Can Get The Vehicle Of Your Dreams... Without Having to Pay For It!

With just 5 points per month, MOBE Consultants can now get any vehicle of their choosing.
**Every $1000 USD you earn in commissions = 1 MOBE Motors Point**

Points will expire after 90 days if not used.

| Model | Points Required |
|---|---|
| $600/month lease payment | 5 ($5,000/month) |
| $1,200/month lease payment | 10 ($10,000/month) |
| $1,800/month lease payment | 15 ($15,000/month) |
| $2,400/month lease payment | 20 ($20,000/month) |
| $3,000/month lease payment | 25 ($25,000/month) |

Once you choose an initial payment level, you'll need to maintain the points to qualify for that level. If your points drop in a given month, so will the payments to the appropriate level. But if your volume increases later you'll be able to go back up to the initial level you chose (but not above).

For more information on how to get your MOBE Motors and to see some case studies of other MOBE Consultants who have, go here: **www.MOBEmotors.com**

# Questions?

If you have any remaining questions on how the MOBE Compensation Plan works, contact your MOBE coach, sponsor or email support@mobe.com.

# Glossary

**Standard Consultant:** Refers to anyone that signs up for the MOBE Consultant program for a $19.95/month fee and has an active subscription. Standard Consultants get 10-50% commissions on a large selection of products through MOBE Marketplace, but no commissions on backend sales. Every active MOBE Consultant gets 5% commissions on the personal sales of the Consultants they sponsor.

**MOBE Certified:** Refers to Standard Consultants who upgraded to one of the 5-certification levels – (Silver, Gold, Titanium, Platinum and Diamond). MOBE Certified Consultants who are current on the Standard Consultant fee get 10-90% commissions on a large selection of products including any backend sales that correspond to their current positioning.

**Pass Ups:** Refers to the commissions a person gets when someone in their organization makes a sale but is NOT eligible to receive the commission on that sale because that person is either not positioned at a high enough certification level or is not an active Consultant (and so the commission is passed up). Keep in mind that the first MOBE purchase anyone makes locks their referring Consultant in at any given level for life.

Commissions and pass up commissions will only be paid out if a Consultant is actively paying the monthly $19.95 fee. Inactive consultants may become re-eligible to collect commissions and pass ups after paying any past due monthly fees.

2109 Copyright © 2016 MOBE

**DECLARATION OF DOROTHY PATTERSON**
**PURSUANT TO 28 U.S.C. § 1746**

My name is Dorothy Patterson. I am over 18 years old. I have personal knowledge of the facts stated below. If called as a witness, I could and would testify as follows:

1. I am a school teacher who lives in Virginia Beach, Virginia.
2. Around July 2017, I saw an ad on Facebook advertising an opportunity to learn how to start a home business that would allow you to make significant amounts of income from home.
3. When I clicked on the advertisement, it provided information about a free two-hour workshop that was being held on July 27, 2017, at the Doubletree Hotel in Virginia Beach, Virginia. The advertisement indicated that attendees of the workshop would learn a 21-step process for making significant amounts of money from home by doing "affiliate marketing" on the internet.
4. Although I did not know at the time what affiliate marketing was, I was interested in supplementing my income, so I signed up online to attend the free seminar.
5. When I arrived at the Doubletree Hotel on July 27, I went into a seminar that was promoting a company called MOBE. The presenters at the seminar showed some videos of people who claimed to have made lots of money using the MOBE system. They also encouraged attendees to pay approximately $500 to attend a three-day "Summit" that was being held in August. The presenters stated that attendees of the Summit would learn the 21-steps to making substantial amounts of money doing affiliate marketing on the internet.
6. Based on what they told me at the July 27 workshop, I paid $500 to sign up for the three-day Summit.

7. The three-day Summit took place at the same hotel from August 11 - 13, 2017 from 9:00 AM to 5:00 PM each day. The Summit was a high-pressured sales pitch where various presenters were trying to get attendees to purchase a MOBE "Mastermind" package. During the Summit, the presenters played videos of people who claimed that they had made lots of money by marketing MOBE.

8. Although I do not recall the names of all the presenters, I do remember the main presenter was someone whose name I believe was David Gilmore and who gave his email address as david.gilmore@mobe.com. I also recall someone named "Diamond Don" who spoke at the Summit and claimed that he had made significant amounts of money using the MOBE system. I wrote down donald@mobe.com, which I believe was the email address Diamond Don provided to the attendees.

9. The presenters claimed that, by purchasing a Mastermind package and following the MOBE system, attendees were guaranteed to make several thousand dollars per month through an online business. The presenters explained that MOBE would teach purchasers of Mastermind packages how to place effective advertisements on the internet that would drive customers to MOBE's websites, where those customers would purchase MOBE's products. The people who placed the ads that led to the purchase would then earn significant commissions from MOBE.

10. The presenters explained that there were several types of Mastermind packages. The least expensive was Silver, which cost approximately $2,500. There were more expensive packages that were entitled, Gold, Titanium, Platinum, and Diamond. The most expensive Mastermind package cost approximately $60,000.

11. The presenters encouraged attendees to buy the most expensive Mastermind packages by explaining that purchasing a higher-level package would entitle the purchaser to higher commissions. For example, they explained that a purchaser of a Silver package could not earn commissions on someone who purchased a higher Mastermind package. So, for example, if I purchased a Silver package and placed an ad that led to a person buying a $60,000 package, I would only earn a commission on the $2,500 Silver purchase, not on the $60,000 higher-package purchase.

12. During the Summit, the presenters and others working for MOBE encouraged me to apply for a loan so that I could obtain the money to buy one of the more expensive Mastermind packages. They asked me to provide my information to a company called CreditNav, which I did. Although I was told that I could obtain a loan for $80,000, I decided that I did not want to take on that much debt.

13. On the last day of the Summit, I agreed to purchase a Silver Mastermind package for $2,497 plus an additional $512 for one-year of an "Inner Circle" membership, for a total of $3,009. The employees at the Summit explained to me that the Inner Circle membership would give me access to additional training materials and resources. I charged the $3,009 total amount to my credit card. A true and correct copy of my credit card statement showing the $3,009 charge is attached as Exhibit A.

14. When I made my purchase, the MOBE employees at the Summit informed me that I would be receiving a contract via email that I would have to sign and that I had three days to cancel my order.

15. On August 21, 2017, I received an email signed by someone named Matt Lloyd. The email provided me a weblink to the MOBE contract. A true and correct copy of the

August 21, 2017 email signed by Matt Lloyd is attached as Exhibit B. I clicked on the link in the email and reviewed the contract, a true and correct copy of which is attached as Exhibit C.

16. During my review of the contract, I noticed it contained several terms that the presenters or the MOBE employees at the Summit did not tell me. First, the contract stated that my purchase was non-refundable and all sales were final. At the Summit, however, the presenters kept stating that the program came with a "money-back guarantee" of satisfaction. I was concerned because non-refundable language in the written contract was not the same as the "money-back guarantee" the presenters touted at the Summit. In addition, the written contract also indicated that I would have to pay a "Standard Affiliate Fee" of $19.95 per month in order to earn commissions. This also concerned me because no one at the Summit mentioned anything to me about an additional monthly fee I would have to pay.

17. Due to my concerns with the contract, I never signed it, and I went to MOBE's website on August 29, 2017, and filled out an online form asking to get my money back. In response, I received an email from someone at MOBE Support named Sofia Khalili indicating that my request had been received and that it would be assigned to someone who could assist. A true and correct copy of the email response I received on August 29 is attached as Exhibit D.

18. After receiving the contract, I also received a number of emails from a woman named Sherry DeLaCruz. I also spoke to her on the phone several times. During my email and telephone communications with her, Ms. DeLaCruz stated that she lived in Illinois and that she was my MOBE "coach". Ms. DeLaCruz encouraged me to watch videos of

MOBE's 21-step process on the website www.21stepbusiness.com. When I went to the website, I could not access all of the videos at once; rather, Ms. DeLaCruz would "unlock" some of the videos that I then would watch. After watching the videos and discussing them with Ms. DeLaCruz over the phone, she would then unlock additional videos for me to watch.

19. I did watch 5 or 6 of the videos. During this time, I was complaining to Ms. DeLaCruz about my concerns about the contract and wanting to get my money back. Ms. DeLaCruz kept encouraging me to stay with the program and sign the contract, but I never did so.

20. Although I do not remember everything I saw in the videos I watched, it became apparent to me as I watched the videos that they were mainly designed to get me to buy more expensive levels of MOBE Mastermind memberships.

21. Ms. DeLaCruz explained to me that after I watched a certain number of videos, I would then be assigned a "traffic coach" who would help me design good internet advertisements that would generate "clicks" that would lead to consumers going to MOBE's site to purchase MOBE products from which I would earn commissions. I never progressed far enough in the program to be assigned a traffic coach.

22. Ms. DeLaCruz also told me that MOBE would help me find people from whom I could buy "traffic," leads, or email distribution lists that I could use to market MOBE services using my advertisements. MOBE also provided templates for advertisements that I could use to make my own advertisements, and Ms. DeLaCruz said that MOBE would provide me with assistance in placing those advertisements on Facebook, websites, or sending them to email distribution lists. MOBE also provided a website that I could use to keep track of my sales.

23. As I went through the Summit, my interactions with Ms. DeLaCruz, and my review of the videos, I was told over and over again that if I followed the MOBE 21-step program that I would make thousands of dollars per month.

24. As I was going through the videos and through my discussions with Ms. DeLaCruz, however, I became more concerned that MOBE's promises of thousands of dollars per month were not true and that MOBE was a scam. I again asked Ms. DeLaCruz for my money back, but she told me that the only way I could get my money back was to contact MOBE customer service, which I had already done.

25. After not getting any response to my August 29th refund request, I placed multiple telephone calls to MOBE customer service. During these calls, MOBE employees told me that my request had been assigned to someone named Jenn Bean and that Ms. Bean would be calling me shortly to discuss my refund request. Ms. Bean never contacted me.

26. On September 16, 2017, after not hearing anything further from MOBE regarding my refund request, I again emailed MOBE requesting a refund. I indicated in my email that if I did not get a refund, that I would report MOBE to the Better Business Bureau and would dispute the charge with my credit card company. A true and correct copy of this email is attached as Exhibit E.

27. Despite this email, I still did not hear from MOBE. As a result, I contacted my credit card company in late September to dispute the $3,009 charge MOBE placed on my credit card. My credit card company refunded me the money pending their investigation of my claim that the charge was fraudulent and unauthorized.

28. When I received my September and October credit card statements, I also noticed a $29.99 charge from CreditNav on each statement. I never authorized these charges and

do not know what they are for. I contacted CreditNav to contest the charges. CreditNav claimed I had signed up for a membership with them. I never did. CreditNav refunded me the two $29.99 charges.

29. On November 22, 2017, some named Kartik from MOBE emailed me and claimed that the company had tried to issue me a refund but that the refund request was rejected for reasons that were beyond their control. The email offered to provide me a refund directly via wire transfer if I provided MOBE with my bank account information. Because I had already received my money back from my credit card company and because I was very concerned about providing my bank account information to a company I believed was a scam, I did not respond to the email. A true and correct copy of the November 22, 2017 email is attached as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2018, in Virginia Beach, VA.

Dorothy P Patterson

Dorothy Patterson

RCI®

| Payment Due Date | September 28, 2017 |
|---|---|
| Minimum Payment Due | $41.68 |
| Previous Balance | $1,070.65 |
| Statement Balance | $4,168.40 |

## Important Customer Information

**YOUR BALANCE TRANSFER OPPORTUNITY**

You have a promotional APR balance transfer offer waiting for you - log on to BarclaycardUS.com or call 1-866-383-1182 by November 2, 2017 to learn more

# RCI® Elite Rewards® World MasterCard® Statement

Powered by Barclaycard
Primary Account Number Ending in: [redacted]
Statement Billing Period: 08/04/17 - 09/03/17

Questions? Call 1-866-383-1182
BarclaycardUS.com

### Account Summary

| | |
|---|---|
| Minimum Payment Due | [redacted] |
| Payment Due Date | 09/28/17 |
| Statement End Date | 09/03/17 |
| Revolving Line | [redacted] |
| Available Revolving Line | [redacted] |
| Cash Credit Line | [redacted] |
| Available Cash Line | [redacted] |
| Past Due Amount | [redacted] |
| Overlimit Amount | [redacted] |

### Activity Summary

| | |
|---|---|
| Previous Balance | [redacted] |
| - Payments | [redacted] |
| + Purchases | [redacted] |
| - Other Credits | [redacted] |
| + Balance Transfers | [redacted] |
| + Cash Advances | [redacted] |
| + Fees Charged | [redacted] |
| + Interest Charged | [redacted] |
| Statement Balance | [redacted] |

### Payment Information

| | |
|---|---|
| Statement Balance | $4,168.40 |
| Minimum Payment Due | $41.68 |
| Payment Due Date | 9/28/2017 |

**Late Payment Warning**: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 years | [redacted] |
| $139.00 | 3 years | [redacted] |

If you would like information about credit counseling services, please call 800-570-1403.

* Repayment information is based on your account activity and the APRs on your account as of the closing date of this statement. Account activity after the closing date is not reflected. To view your most recent transaction activity online, go to BarclaycardUS.com

Additional messages may be on the next page(s). Make checks payable to "Card Services", allow 7-10 days for delivery. NOTICE: SEE REVERSE OR END OF STATEMENT, FOR IMPORTANT INFORMATION.

## Payment Coupon

Make payments online at BarclaycardUS.com

☐ Check for address change
Complete form on the back

| | |
|---|---|
| Amount Enclosed: | |
| Account Number | [redacted] |
| Minimum Payment Due | [redacted] |
| Statement Balance | [redacted] |
| Payment Due Date | September 28, 2017 |

RCI®

Card Services
P.O. Box 13337
Philadelphia, PA 19101-3337

------ manifest line ----------
DOROTHY P PATTERSON
[redacted]

311

**Patterson Exhibit A**

PX 12

FTC-MOBE-000520

RCI®

**Reward Summary**

**WATCH YOUR REWARDS ADD UP AT RCIEliteRewards.RCI.com**

Earn 1 reward for every dollar you spend on purchases & double rewards for RCI purchases

Redeem for everyday purchases, dining out, shopping at your favorite stores & more.

**RCI® Elite Rewards Customer Service Center**
Redemption and Information: 1-877-587-8742
Open 9 to 8 ET everyday

**RCIEliteRewards.RCI.com**

**Activity for DOROTHY P PATTERSON** - card ending in [redacted]

**Payments**

| Trans Date | Posting Date | Transaction Description | | Amount |
|---|---|---|---|---|
| 08/28 | 08/28 | Payment Received | NORTHPOINTE B | [redacted] |
| | | **Total Payment Activity** | | [redacted] |

**Purchases**

| Trans Date | Posting Date | Transaction Description | | Amount |
|---|---|---|---|---|
| [redacted] | | | | |
| 08/11 | 08/14 | CREDITNAV.COM | 866-5661956 NV | $1.00 |
| [redacted] | | | | |
| 08/14 | 08/15 | MOBEHELP.COM | 844-249-3733 GBR | $3,009.00 |
| [redacted] | | | | |
| 08/20 | 08/22 | CREDITNAV.COM | 877-4139751 NV | $29.99 |
| [redacted] | | | | |

01086 28