Case 6:18-cv-00862-RBD-DCI Document 3-28 Filed 06/04/18 Page 1 of 44 PageID 616

[MOBE Support] Re: Congratulations on enrolling in the Silver Mas...

**Subject:** [MOBE Support] Re: Congratulations on enrolling in the Silver Masterclass!
**From:** "MOBE Support - Min (MOBE Support)" <support@mobesupport.zendesk.com>
**Date:** 8/21/2017 1:55 AM
**To:** Dorothy Patterson < ▮▮▮▮▮▮▮▮▮▮

# Please type your reply above this line #

Ticket #305728: Congratulations on enrolling in the Silver Masterclass!

Your request (#305728) has been deemed solved. To reopen, reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests/305728

**MOBE Support - Min, Aug 21, 1:55 AM EDT:**

Hi Dorothy,

Congratulations on enrolling in the 'Silver Masterclass.'

This is my premier program – reserved for my most dedicated students.
The investment is much higher than my other programs, and for good reason.

As a licensee, you'll now be able to market my products and sales funnels as
your own, and will keep 90% of the up front sales price. You will also receive
up to $1,250 for EACH backend sale that my team closes for you.

Right now, my team is on standby, ready to get you completely set up.

But first, I need you to complete the Silver Masterclass agreement, and send it
back to me.

Basically, it outlines the agreement, and protects your rights, and mine.

You can access the agreement online (using the link below). Simply fill out
the form and then hit the "submit" button at the bottom of the agreement.

Then, my team will go ahead and get you set up with your training and give you
access to the entire Silver Masterclass program as well as the MOBE Marketing System.

Click the link below NOW to complete the agreement:

https://www1.mobe.com/agreements/agreement_silver_gold.php?cid=1081217

Next, I need you to verify your shipping address...

Here's what I have on file:

Address: ▮▮▮▮▮▮▮▮

**PX 12**

Patterson Exhibit B
1/9/2018 11:49 AM
FTC-MOBE-000522

Case 6:18-cv-00862-RBD-DCI   Document 3-28   Filed 06/04/18   Page 2 of 44 PageID 617

[MOBE Support] Re: Congratulations on enrolling in the Silver Mas..

City: ██████████
State: ████████
Zip Code: ██████
Country: United States

Is this correct? If so, great.

If not, let your coach know so they can get it updated for you.

Thanks. Again, I promise to only send you useful training once in a while – no junk mail.

It's great to have you as part of the MOBE team,
Matt Lloyd

This email is a service from MOBE Support.

[NE2OK0-DVV5]

PX 12

FTC-MOBE-000523

# SILVER MASTERCLASS ENROLLMENT AGREEMENT WITH GOLD BONUS

This Masterclass Enrollment Agreement (Enrollment) made, effective as of   Jan/12/2018  , between:

Dorothy Patterson ,  ████████████████████  ("Student") and MOBE Ltd., with an address of B1-26- 8, Soho Suites at KLCC, No. 20 Jalan Perak, 50450, Kuala Lumpur Malaysia ("MOBE").

Student hereby desires to acquire and MOBE agrees to provide to Student the Silver & Gold Masterclass programs, with all the benefits and limitations herein contained and according to the terms and provisions established below.

In consideration of the mutual promises contained in this agreement, the parties agree as follows:

- The Silver & Gold Masterclass programs and related products are educational in nature.
- Any communications with MOBE may be monitored or recorded, and I expressly consent to allow MOBE to contact me by phone, email, and/or sms or text message.
- Your spouse or any other partner(s) support you in entering into the Silver & Gold Masterclass programs.
- To the best of your knowledge and in good faith, there are no foreseeable circumstances that would inhibit you from participating in this program.
- You understand the financial commitment you are making today by entering into this Enrollment Agreement, and your financial obligations will not prevent or inhibit your participation.
- Prior to this date, you were comfortable with your conversations with MOBE and agree that you are entering into this Enrollment without any duress from any representative at MOBE. You represent that you enter into this Enrollment of your own free will and accord and that you have had ample opportunity to consult with an attorney or other specialist prior to entering into this Enrollment.
- You agree that no specific claims of future earnings through the program have been guaranteed to you by any representative of MOBE.
- This Enrollment Agreement is subject to the Consultant Agreement, Compensation Plan, Terms and Conditions, Non-Solicitation Policy, Income Disclosure Policy, and Income Disclosure Document, each of which is incorporated herein by reference.
- To qualify for commissions I must maintain the $19.95 monthly Standard Affiliate Fee as described in the Affiliate Agreement & Compensation Plan.

## SECTION ONE.

### EVENT AND PRODUCT HIGHLIGHTS

Upon Student's execution of this Enrollment and tender of full tuition payment, Student is hereby granted access to the following:

Silver Masterclass

  a. Lifetime access to an 8 module online training program that will show how to choose the right business model based on your strengths and weaknesses and how to select the right niche and business model that can work for you with lifetime access to updated content.
  b. MOBE Marketing System, which includes: Affiliate Bonus Domination, OPT Formula, How to build a funded proposal, Traffic Masters Academy, MOBE License Kit, and live webinars.
  c. One month free access to the Silver Monthly Inner circle.
  d. For full details visit the Silver Masterclass webpage: https://mobe.com/silvermasterclass/

Gold Masterclass

  a. Lifetime access to an 8 Module online training program that will show you how to build a 6-figure business that consistently generates sales with a proven "customer acquisition process."
  b. 3 Gold private 30-minute traffic coaching sessions, access to done for you articles, get more customers summit.
  c. One month free access to the Gold Monthly Inner Circle.
  d. For full details visit the Gold Masterclass webpage: https://mobe.com/goldmasterclass/

☐ I have read and agree to this section.

-----------------------------------------------

## SECTION TWO.

### ACCESS & AUTHORIZED GUESTS

Student agrees and understands that the cost of the Silver & Gold Masterclass includes access for one person. If student would like someone else to attend with them, then an additional fee will apply.

☐ I have read and agree to this section.

-----------------------------------------------

## SECTION THREE.

### TUITION REIMBURSEMENT PROGRAM

This purchase includes a 1 year tuition reimbursement incentive for making five qualified sales during the next 12 months. The terms of the incentive are as follows: (1) Five qualified sales must be completed within 1 year from purchasing, meaning you have 365 days from the date you sign this

**Patterson Exhibit C**

agreement. Qualified sales do not include any sales passed up. (2) You must maintain an active Inner Circle Subscription for all 12 months at the Mastermind level you are applying to get reimbursed, and your Inner Circle Subscription must start the same month you purchase. You are responsible for making sure your Inner Circle Subscription is active and paid for appropriately each month. A prepaid annual subscription will also qualify. (3) All 5 sales must be legitimate sales and not request a refund or otherwise ask for a return of their tuition payment. (4) All sales must originate from different IP addresses and you must otherwise qualify for commission as a MOBE consultant. (5) The Tuition reimbursement applies to Silver & Gold Masterclass, Titanium Mastermind, Platinum Mastermind, and Diamond Mastermind training programs. (6) Once the 5 qualified sales per level are met, Student must agree to become a video testimonial by attending a SuperCharge Summit or Mastermind Event at their own expense to tell their story. Student will sign the appropriate talent release(s). Once these 6 requirements have been met, Consultant must fill out and complete the submission of their qualifying deals on or before the expiry date at: http://www.mobe.com/SalesSubmissions.

- This offer is retroactive to all current Consultant levels for any upgrades between April 13, 2017 and June 12, 2017. Beginning June 13, 2017, this offer only applies to the new level.

- The amount reimbursed is limited to the amount actually paid by Consultant to MOBE. In the event a Consultant received a credit for commissions, a MOBE money discount at an event, or other any adjustment to the retail price, the reimbursement amount will be limited to the amount paid.

- Failure to do any of the above will void this offer. There are no exceptions.

- Each qualifying sale must be conducted in compliance with all applicable federal, state, and local laws.

- This offer is void where prohibited by law.

The 5 Qualifying Sale Tuition Reimbursement Program is not an unconditional promise of reimbursement. Student must comply with all rules and requirements specified in order to qualify for reimbursement. The 5 Qualifying Sale Tuition Reimbursement Program is subject to change or revision at any time.

Any dispute regarding this 5 Qualifying Sale Tuition Reimbursement Program will be governed by the laws of the State of Delaware, without regard to its conflict of laws provisions, and Student consents to the jurisdiction in Malaysia in connection with any Arbitration as required through the relevant Mastermind, Affiliate or Consultant Agreement.

☐ I have read and agree to this section.

## SECTION FOUR.

### SPEAKERS/CONFIDENTIALITY

Student understands that during the Silver & Gold Masterclass programs MOBE will provide speakers who may convey invaluable education that is for Student's discreet use only. Student hereby acknowledges and agrees not to record, copy, transcribe, transmit, or distribute, either directly or indirectly (in any manner or form) any of the information or content of the Event. Student also agrees to maintain all information strictly confidential and to not disclose such information to any third party in any manner.

☐ I have read and agree to this section.

## SECTION FIVE.

### RELEASE AND INDEMNIFICATION

Student agrees to release, indemnify, defend, and hold harmless MOBE, and its respective successors, assigns, personal representatives, officers, directors, and employees, for, from, and against all manner of causes of actions, lawsuits, liens, debts, dues, damages, claims, judgments, executions, attorneys fees, costs, and demands of every nature, kind or description whatsoever, either at law or in equity, or otherwise, arising out of, or in any manner connected to Students participation in this Enrollment or the Silver or Gold Masterclass.

☐ I have read and agree to this section.

## SECTION SIX.

**PX 12**

FTC-MOBE-000525

## SALES ARE NON-REFUNDABLE

Student hereby purchases the Silver & Gold Masterclass programs listed above and agrees to all terms, conditions, and rules related to the Silver & Gold Masterclass as announced and modified by MOBE in their sole discretion.

STUDENT UNDERSTANDS AND AGREES THAT ALL PURCHASES ARE NON-TRANSFERABLE AND NON-REFUNDABLE; ALL SALES ARE FINAL.

☐ I have read and agree to this section.

## SECTION SEVEN.

### NONUSE

Non-use of the Silver or Gold Masterclass programs shall result in a forfeiture of the entire amount paid for this Enrollment. Any such forfeiture shall relieve MOBE of any liability or obligation of performance relating to the Enrollment and Student affirmatively represents not to initiate a chargeback request.

☐ I have read and agree to this section.

## SECTION EIGHT.

### RESPONSIBILITY OF THIRD PARTIES - AFFILIATES

MOBE has developed education focusing on marketing and training to allow people who choose to implement the strategies learned from the Event to market their own business, as well as earn commissions as an affiliate marketing other business' products, services and information. MOBE is not responsible for Student's results. Student releases MOBE from any claims of loss for any marketing strategies Student initiates. It is Student's sole responsibility to determine which marketing strategies Student will implement for their business. MOBE offers education and insights in a number of forms, but it is up to the Student to perform. MOBE is not responsible if a Student does not make sales or generate any commissions. If Student wants to qualify for commissions as a MOBE Consultant, Student must maintain the $19.95 monthly Standard Consultant Fee as described in the Consultant Agreement & Compensation Plan.

☐ I have read and agree to this section.

## SECTION NINE.

### INCOME DISCLAIMER

Income illustrations are only for educational purposes and are not intended to serve as a guarantee of income. Success in this business requires hard work, dedication and good sales skills. The average Consultant generates less than $250 per year in commissions, although it should be noted that the average Consultant does not place ads to consistently promote programs for longer than 1 month. Some Consultant within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. You understand and agree that the value you will derive from the Event, products and/or services, will be in direct proportion to your level of effort, comprehension, individual monetary investments, business experience, expertise, desire, and willingness to take action on the education provided in the training programs. Therefore, MOBE has not, cannot, and will not make any guarantee of success, whether implicit or implied. You understand that the information provided by MOBE is educational in nature and is not intended to be legal, accounting, or tax advice. You are responsible for your own financial decisions and should consult your own legal, accounting, and tax advisors before making your financial decisions. A copy of MOBE's Income Disclosure along with current earnings statistics is available HERE.

☐ I have read and agree to this section.

## SECTION TEN.

### RIGHT OF MODIFICATION

Student understands and agrees that the purchase of this Enrollment is subject to acceptance by MOBE. MOBE reserves the right to refuse any purchase. MOBE may, at any time, change or modify the contents of Silver or Gold Masterclasses, without prior notice. You will be notified if and when this happens as expeditiously as possible.

☐ I have read and agree to this section.

FTC-MOBE-000526

## SECTION ELEVEN.

### MEDIATION, MANDATORY BINDING INDIVIDUAL ARBITRATION; VENUE

STUDENT AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS AND DELAWARE LAW WILL APPLY.

In the event that the parties to this Enrollment Agreement dispute the terms, application of the terms, or performance hereunder, the parties hereto agree, as a condition precedent to filing or pursuing any legal remedy (including but not limited to making a public complaint on any website, filing suit in any court or arbitration, or initiating a credit card chargeback dispute), the parties agree to participate in mediation services as determined by MOBE management (Mediation fees to be shared by the Parties mutually). If the Parties are unable to come to a mutual agreement in mediation then the Student agrees to participate in binding arbitration in accordance with the American Arbitration Association and under the Commercial Arbitration Rules. Student and MOBE agree that all hearings may be held telephonically. Such arbitration will be final and binding on Company and Student and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each party will pay their own costs and attorney's fees. Notwithstanding the arbitration provision contained herein, MOBE will have the right to seek specific performance, including the right to be granted preliminary injunctive relief of Student's obligations (payment, defamation, breach of contract) hereunder or relating hereto.

MOBE may seek injunctive relief without having to post any bond or other security to the Court. Student is aware that through this provision he or she is specifically waiving rights to dispute ANY refund request or charges (credit card or other payment method) or payments made to MOBE until an Arbitrator has granted a final decision specifically granting a return of any or all payments or fees made to MOBE.

If the foregoing dispute resolution mechanism is not employed prior to making a public complaint, or filing a lawsuit in any Court, the party making such complaint without first employing this alternative resolution procedure will be responsible to the other party for liquidated damages in the amount of $25,000.

☐ I have read and agree to this section.

## SECTION TWELVE.

### NON-DISPARAGEMENT

Student and MOBE mutually agree that their personal and professional reputations are important and should not be impaired by either Party after this agreement is executed. Student and MOBE agree they will not publicly, privately, or anonymously make any comment, oral or written, or take any action which disparages, defames, or places MOBE or its past and present officers, directors, employees, and affiliates in a negative light. If this agreement is violated, the defamed or disparaged party has the right to seek immediate court intervention in connection with Section 10 above. Student grants permission for MOBE to provide this Enrollment to any third party where defamatory comments have been made to immediately have those comments removed until the AAA process described in Section 10 has granted a full and final ruling regarding the dispute(s).

☐ I have read and agree to this section.

## SECTION THIRTEEN.

### MISC

   a. Student cannot assign this Enrollment Agreement, but MOBE will be allowed to assign its rights and obligations hereunder to its affiliates, successors and assigns.
   b. This Agreement can only be amended by the mutual agreement of the parties.
   c. The Parties agree to keep the terms of this Enrollment Agreement confidential.
   d. This Enrollment Agreement will not be construed against its drafter, and Student acknowledges that it has had the opportunity to have legal counsel review this Enrollment Agreement.
   e. Upon Company's request, Student will do or cause to be done such further acts or things as Company may reasonably request to carry out the intent of this Enrollment Agreement.
   f. No failure or delay by either party in exercising any right, power or privilege hereunder will operate as a waiver.
   g. If any provision of this Enrollment Agreement is found to be invalid, all of the remaining provisions of this Enrollment Agreement will nonetheless remain in full force and effect.
   h. This Enrollment Agreement embodies the entire understanding of the parties, and supersedes all prior negotiations, understandings and agreements with respect to the subject matter of this Enrollment Agreement.
   i. This Enrollment Agreement may be executed in counterparts.

   ☐ I have read and agree to this section.

**PX 12**

FTC-MOBE-000527

## SECTION FOURTEEN.

### ATTORNEY FEES; COSTS

Student agrees to pay any and all costs, including without limitation reasonable attorneys' fees, incurred by MOBE as a result of any violation of these terms and conditions by Student or any other dispute between Company and Student. In the event any portion of this Enrollment Agreement at any time, for any reason, are determined to be void or superseded, the remaining portions of the foregoing Enrollment Agreement and the provisions of this paragraph shall survive.

☐ I have read and agree to this section.

## SECTION FIFTEEN.

### OUTSIDE CLAIMS

Any claims or promises made by any party that is not outlined in this agreement is not the responsibility of MOBE and is not grounds for a refund or other compensation.

☐ I have read and agree to this section.

**By signing below, you agree to this entire Enrollment Agreement.**
**Your digital signature is equivalent to a handwritten signature as provided in The Federal E-Sign Act.**

Your Full Name:  Dorothy Patterson

Today's Date:  January 12th, 2018, 14:43:03 UTC

☐ I understand that this is a legally binding contract, and that by entering my initials in the field from my current IP address, I am agreeing to all of the above. *

Your Signature:

Use your mouse or a stylus pen on a touch screen to sign. | Reset Signature

I Agree

**PX 12**

FTC-MOBE-000528

[MOBE Support] Re: canel membership and get money back

**Subject:** [MOBE Support] Re: canel membership and get money back
**From:** "Sofia Khalili (MOBE Support)" <support@mobesupport.zendesk.com>
**Date:** 8/29/2017 8:41 AM
**To:** Dorothy Patterson <█████████████████>

# Please type your reply above this line #

**Ticket #308570; canel membership and get money back**

Your request (#308570) has been deemed opened. Reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests/308570

----

**Sofia Khalili, Aug 29, 8:41 AM EDT:**

Hello,

Thank you for your email and for using our customer support system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

In the meantime, please check out our FAQ here : http://mobesupport.zendesk.com

We hope you have a wonderful day,

MOBE Customer Support Team

P.S. Oh, almost forgot...
Matt has events all around the world. To check to see when we'll be in your area, please click here: https://mobe.com/events/

----

**Dorothy Patterson, Aug 29, 8:30 AM EDT:**

After going through the first few steps of the program, I feel that this is not the right fit for me. Also I have started back to work teaching and do not have the time to put into it. And to top it off, I am going through a separation with my husband. There is just too much on my plate at this point and time. Please review and refund me my money for the Silver membership and the Inner Circle. Thank you.

**This email is a service from MOBE Support.**

[J508YR-6VGV]

**PX 12**

Patterson Exhibit D
1/9/2018 11:47 AM
FTC-MOBE-000529

Re: [MOBE Support] Re: canel membership and get money back

**Subject:** Re: [MOBE Support] Re: canel membership and get money back
**From:** Dorothy Patterson < ▮▮▮▮▮▮▮▮▮▮▮ >
**Date:** 9/16/2017 8:11 AM
**To:** MOBE Support <support+id308570@mobesupport.zendesk.com>

I put in a request on August 29 (Request #30870). I have made phone calls to support, and I still have had no response from Jenn Bean who supposedly has been assigned to handle this matter. I don't understand what is taking so long. I would appreciate an immediate response to this.

If I do not hear anything in the next week, I will report it to the BBB and will dispute the charge on my credit card.

Please take care of this matter.

Dorothy Patterson

On 8/29/2017 8:41 AM, Sofia Khalili (MOBE Support) wrote:

# Please type your reply above this line #

**Ticket #308570: canel membership and get money back**

Your request (#308570) has been deemed opened. Reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests/308570

Sofia Khalili, Aug 29, 8:41 AM EDT:

Hello,

Thank you for your email and for using our customer support system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

In the meantime, please check out our FAQ here : http://mobesupport.zendesk.com

We hope you have a wonderful day,

MOBE Customer Support Team

P.S. Oh, almost forgot...
Matt has events all around the world. To check to see when we'll be in your area, please click here:
https://mobe.com/events/

Dorothy Patterson, Aug 29, 8:30 AM EDT:

**PX 12**

Patterson Exhibit E
1/9/2018 11:46 AM
FTC-MOBE-000530

After going through the first few steps of the program, I feel that this is not the right fit for me. Also I have started back to work teaching and do not have the time to put into it. And to top it off, I am going through a separation with my husband. There is just too much on my plate at this point and time. Please review and refund me my money for the Silver membership and the Inner Circle. Thank you.

**This email is a service from MOBE Support.**

[J508YR-6VGV]

**PX 12**

FTC-MOBE-000531

[MOBE Support] Re: canel membership and get money back

**Subject:** [MOBE Support] Re: canel membership and get money back
**From:** "MOBE : Refunds Team (MOBE Support)" <support@mobesupport.zendesk.com>
**Date:** 11/22/2017 3:21 AM
**To:** Dorothy Patterson <████████████████>

# Please type your reply above this line #

Ticket #308570: canel membership and get money back

Your request (#308570) has been deemed solved. To reopen, reply to this email or follow the link below:
http://mobesupport.zendesk.com/he/requests/308570

**MOBE : Refunds Team, Nov 22, 4:21 PM +08:**

Good Day,

Dear Dorothy, Just to let you know that we have tried to process your refund of $3009 to your credit card but the request was rejected. Unfortunately, the Payment Gateway can reject these transactions for a number of reasons that are beyond our control. In these instances, we need to make the refund by direct payment. If you have an e–wallet account and would prefer the refund to be paid into there then we can do that; please just provide us with your account details. Otherwise, we need to make the refund payment via wire transfer to your bank account in which case we need you to complete the attached form and return it to me (all documents will be treated strictly as private and confidential). We will action payment to your account as soon as we receive the required information.

We apologize sincerely for the delay in processing your refund and hope to get it closed out ASAP. In the meantime, if you need anything else please let me know,

best regards,
kartik,
refund team, MOBE LTD.

Attachment(s)
MOBE Ltd. Bank Wire Transfer Form.docx

**Dorothy Patterson, Sep 16, 8:12 PM +08:**

I put in a request on August 29 (Request #30870). I have made phone calls to support, and I still have had no response from Jenn Bean who supposedly has been assigned to handle this matter. I don't understand what is taking so long. I would appreciate an immediate response to this.

If I do not hear anything in the next week, I will report it to the BBB and will dispute the charge on my credit card.

Please take care of this matter.

**PX 12**

Patterson Exhibit F
1/9/2018 11:45 AM

FTC-MOBE-000532

[MOBE Support] Re: canel membership and get money back

Dorothy Patterson

**MOBE Support - Sofia K., Aug 29, 8:41 PM +08:**

Hello,

Thank you for your email and for using our customer support system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

In the meantime, please check out our FAQ here : http://mobesupport.zendesk.com

We hope you have a wonderful day,

**MOBE Customer Support Team**

P.S. Oh, almost forgot...
Matt has events all around the world. To check to see when we'll be in your area, please click here: https://mobe.com/events/

**Dorothy Patterson, Aug 29, 8:30 PM +08:**

After going through the first few steps of the program, I feel that this is not the right fit for me. Also I have started back to work teaching and do not have the time to put into it. And to top it off, I am going through a separation with my husband. There is just too much on my plate at this point and time. Please review and refund me my money for the Silver membership and the Inner Circle. Thank you.

**This email is a service from MOBE Support.**

[J508YR-6VGV]

**PX 12**

FTC-MOBE-000533

## DECLARATION OF WILLIAM WEYLAND
## PURSUANT TO 28 U.S.C. § 1746

My name is William Weyland, I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1. In 2015, I was contacted by a company called MOBE about a program that would teach you how to make money on the internet.  There were 21 steps to the program.

2. After I signed up, I was assigned a coach, and I would go over the 21 steps with my coach.  There were also daily "power up calls" which were short pitches about how to stay in the proper mindset and how to make money.

3. As I went through the program, there were other products that my coach convinced me to buy that would help me make money through MOBE.

4. The sales pitches kept showing me all these other people that had made a lot of money through MOBE.  I remember them telling me that if I joined I would make a lot of money.

5. I am on social security, and I didn't have a lot of money to spend, but these sales pitches convinced me to invest.

6. On September 30, 2015, I spent $26,664 on the platinum membership.

7. After buying the platinum membership, I also spent around $10,000 on other programs.

8. After I had been working through the 21 steps and participating on the daily power calls, I spent $650 to buy 600 leads.  MOBE told me that I was buying the contact information of 600 people that were interested in the MOBE program.  MOBE told me that the MOBE team would try to make sales to these people and I would earn commission on any sales they made.

**PX 13**                    **FTC-MOBE-000534**

9.  Although I purchased the 600 leads, the MOBE team wasn't able to make a single sale from the leads I bought.

10. I eventually quit the program because I couldn't afford to spend any more money on buying leads.  I invested tens of thousands of dollars and never made any money through the program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11/30/2017_ 2017 in Morristown, Tennessee.

William Weyland

**PX 13**

FTC-MOBE-000535

## DECLARATION OF DEBRA YAKUBOWSKI
## PURSUANT TO 28 U.S.C. § 1746

My name is Debra Yakubowski, I am over 18 years old.  I have personal knowledge of the facts stated below.  If called as a witness, I could and would testify as follows:

1.  In 2016, I received an e-mail advertising an online business opportunity.  The e-mail linked to the website mobe.com, where I agreed to purchase a 21 step program to make money online.  The program cost $49.   As I understood it, MOBE was recruiting people to sell their online educational products.  I would place internet ads to recruit people to buy MOBE products, MOBE would sell the products to the people I recruited, and I would receive a commission.

2.  On the MOBE website, it listed the person who had referred me to MOBE.  It was someone named Darren Salkeld who worked for a company called Redshift Digital Marketing.

3.  When I started the program, I was assigned a coach named Raphael Farnese.  I would speak with Raphael every few days.  When we spoke, we would go over the videos I had watched.  There were 21 videos that corresponded to the 21 steps.  The videos were all located on the MOBE website.

4.  When I completed videos, I received emails congratulating me on finishing steps and instructing me to call my coach.  The e-mails came from support@theauomaticedge.com, and they were signed by "The Edge Mentors."

5.  After the 8th or so video, Raphael persuaded me to spend $2,500 to invest at the Silver level.  He told me that I couldn't go much further in the program if I didn't invest more, and he told me I could make $5,000 to $10,000 a month with my investment.

## PX 14

FTC-MOBE-000536

6.  I had also seen Matt Lloyd on one of the MOBE videos say that the $2,500 was all I would need to spend to start making thousands of dollars a month.

7.  In late October 2016, I agreed to invest $2,500 based on the claims MOBE made to me.

8.  Shortly after my purchase, I was passed off to a new coach, Todd Coughlin. Raphael told me that Todd was the best in the business. My coaching with Todd was similar to my coaching with Raphael. I would watch videos and then go over what I had learned with Todd.

9.  After investing at the Silver level, I received an email from Matt Lloyd advertising an I.M. Freedom Workshop, a free workshop in my area that was to take place on November 1, 2016. Since I was already working the MOBE program, and they were having a workshop in my area, I decided to attend.

10. At the November 2016 I.M. Freedom workshop, MOBE mainly advertised another event called the Home Business Summit that was to take place about a month later on December 2-4, 2016. The Home Business Summit cost $497. I told the MOBE representatives at the I.M. Freedom workshop that I was already halfway through my 21 steps, and I didn't want to pay for something that would go over the same materials. They told me that the workshop was different, so I agreed to pay the $497 to attend.

11. After paying for the Home Business Summit, I received an e-mail from Matt Lloyd with the contact information for a personal coach for the 21 step business system.

12. On November 6, 2016, I received another e-mail from Matt Lloyd telling me that it had been three days since I joined the 21 step business system and urging me to contact my coach. In the e-mail, Matt Lloyd said they have "thousands of success-stories," and that the coach will "make sure" that I start earning $1,250 $3,300 and $5,500 commissions.

The e-mail said that my coach was named Karen Otto and it gave me her phone number. A true and Correct Copy of the e-mail is attached as Exhibit A.

13. I was confused about why I was receiving emails about starting the 21 step program again, so I called Karen's number, and sent her e-mails but I was not able to reach her.

14. On November 8, 2016, I wrote MOBE customer support to complain. I explained that when I paid $497, I told the representatives that I did not want to restart the 21 steps. But, since MOBE assigned me a new coach, and sent me emails about the 21 step program, it seemed like that was what I had paid for. A true and correct copy of the e-mail is attached as Exhibit B.

15. While this was going on, I continued to work through the 21 steps with the coach I had already been assigned, Todd Coughlin.

16. After step 18, Todd asked me to pay $10,000 to invest in the Platinum level. Todd told me that if I invested this much, they would help me with professional grade videos, they would publish a book for me, and do other things to help me get traffic and make sales.

17. I didn't have $10,000 to invest. In fact, the only way that I was able to afford the $2,500, and the $497 was to borrow against my retirement fund. Since I didn't have that much money, I told Todd that I would work at the lower level and when I made money that way, I would use some of my earnings to invest at the Platinum level.

18. Todd told me that unless I paid more, I would never make enough money to invest at the Platinum level and that I would be lucky to break even. This was a completely different story from what Raphael Farnese told me. When I spent $2,500 to invest at the Silver level with Raphael, I was told I could expect to make $5,000 to $10,000 a month.

**PX 14**

FTC-MOBE-000538

19. Todd originally told me that I had to invest to continue the 21 steps, but after complaining to MOBE, they unlocked the rest of the 21 steps without requiring me to pay $10,000. However, once I finished the 21 steps, I was told that I needed to pay $497 in order to set up my account and start placing ads. This was the first time I was told about a required $497 fee.

20. On November 16, 2016, I e-mailed MOBE support to request a refund. In my e-mail, I explained that at the beginning, Matt Lloyd said that I would only need to spend $2,500 to get started. However, my coach told me I had to pay an additional $10,000 if I was going to make money, and then once I finished my steps, I was told it would cost another $497 to set up my account and start placing adds.

21. On November 21, 2016 I received a response that told me that the refund was not a "satisfaction guarantee, but rather an 'Implementing Strategies and they didn't work' policy.'" The e-mail told me that to be eligible for a refund I would need to show my "diligent implementation of the strategies included" in my purchase of the MOBE product. The e-mail said that I needed to try at least three different methods of receiving traffic, such as Facebook ads, Google Adwords, and banner ads, and that for each method, I needed to provide proof such as screenshots or videos. A true and correct copy of my November 16 e-mail and the November 21 response are attached as Exhibit C.

22. When I purchased the program, I didn't know that any of this would be required for me to get a refund. These requirements were impossible for me to meet because I couldn't afford the $497 it would cost for me to be able to start placing ads, much less the cost of the actual ads.

**PX 14**          **FTC-MOBE-000539**

23. On November 21, 2016, I again asked MOBE for a refund and I explained how I felt like I had been lied to. I asked MOBE to at least refund the $497 Home Business Summit expense or to credit that amount to the $497 start up cost. A true and correct copy of this e-mail is attached as Exhibit D.

24. MOBE denied my refund requests.

25. Because MOBE had refused my requests for a refund, I went ahead and attended the Home Business Summit on December 4-6 since I had already paid $497 to attend. I soon realized that the purpose of this Summit was to pitch more expensive MOBE membership packages. They told people at the summit that they would handle the financing and open credit cards so that people could pay for the investment with money they did not have.

26. I was a fly in the ointment at the summit. Most of the people there hadn't really gotten started with the program and they were very excited. I told the speaker that I'd already spent $2,500 for the Silver level and I hadn't made any money. The speaker told me that if I hadn't made any money then it was my own fault, and he shamed me in front of everyone.

27. I continue to get promotional emails form MOBE. On April 9, 2017, I received an email from Matt Lloyd where he described MOBE as a $150,000,000 company, and said that he had paid his affiliate partners more than $75,000,000. A true and correct copy of the April 9, 2017 e-mail is attached as Exhibit E.

28. I was never able to make money through MOBE and I never received a refund.

**PX 14**                    FTC-MOBE-000540

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/3___ , 2017 in Columbus, Ohio

Debra Yakubowski

**PX 14**

FTC-MOBE-000541

Exhibit A

FTC-MOBE-000542



**From:** info@m1.mobe-mail.com <info@m1.mobe-mail.com> on behalf of Matt Lloyd <mattlloyd@mobe.com>
**Sent:** Sunday, November 6, 2016 12:03 PM
**To:** Debra Yakubowski
**Subject:** Hello, Matt Lloyd founder of 21StepBusiness here

Hey there, it's Matt Lloyd, founder and creator of the powerful 21StepBusiness
System that you recently invested in!

It's great to have you aboard!...

I know you'll find this the most most amazing program you've ever
been through, and if you take it seriously, it can change your life,
and at the very least, it will make you a LOT of extra cash, even
doing this very part-time!

Yet, I must share this with you right now...

72 Hours.

These are sad words to me.

Why?

Because it's been 72 hours, 3 days now since you've joined 21StepBusiness,
and you've yet to make it to the very first step of reaching out to
your coach?

And with that said, I feel like I'm losing you before you've even
started!..

Now maybe you're busy right now, maybe you're ill, maybe you're
on vacation (if so, awesome!), there are LOT'S of reasons why
you may not have gotten started just yet, and that's okay and I
understand stuff like this comes up...

1

**PX 14**          FTC-MOBE-000543

However, I just wanted to make sure it wasn't because you
needed to reach out and "make contact" with your coach as
the reason you've not started yet ...

See, some feel like that makes them committed to following
through on their success when they do something as simple
as making a 5 minute phone call...

And you know what? It's true!
Having a coach, speaking just a few minutes on the phone,
it makes you 10x's more likely to succeed and follow through
on your goals than if you were just going through some
information.

And that's why we view these intro calls and first steps as
an essential part of getting YOU successful.

Remember, this isn't our first Rodeo!

We've got thousands of success-stories with 21StepBusiness already,
so our process works for those willing to work it.

Are you willing to do that today?

I guess only time will tell...

We want you to get committed to this business and we're
determined to give you the real support you need.

And again, there's little support and help in just an e-book,
or a product alone right?

Now another concern I had was that you might feel like
you're going to be pitched or something on this phone
call.

Yet, that's NOT these guys role. They're called a "Coach"
for a reason, and they are very good at what they do, which
is making our partners (YOU if you'll get going), very
successful.

They'll support you, help answer any questions you have
on any of the steps, and they'll make sure you understand
the top tier business model so that you can reach the end
of the 21 Steps and start earning $1,250, $3,300, and
$5,500 commissions!

"Just like Louise Venison, who just made her first $3,300

2

           FTC-MOBE-000544

sale with 21StepBusiness. She was a newer member, little to no
experience, yet she was willing to just get in and start
following her coaches and the systems advice."

"Then there's Carolina Millan, if you can catch her between
going to concerts of her favorite band, Muse, she's busy
making money with 21StepBusiness. To the tune of over $163,000
already!"

It's the 21StepBusiness Business Model that allows her to enjoy
doing her favorite things like going to concerts, traveling,
and spending time with her friends...

Now, I could post in thousands of case studies and
testimonials here, but I really just want to show you
what's possible. This is all about YOU now.

And your first step is to reach out to your phone coach
right now.

Here's their contact details:

Karen Otto
karen@mobe.com
1-
Appointment Calendar:
Skype ID:

Now each coach is hand selected by me personally, I only
pick the very best, the cream of the crop of successful
affiliates and marketers online, six and seven figure
earners, successful students that have walked in your
shoes already, so rest assured you're in very good
hands here with your coach.

Reach out to them today, please,  and I look forward to
seeing your success with the 21StepBusiness system!

Sincerely,

Matt Lloyd

P.S. I'm told your coach let you in that I throw out a
challenge on Step 1? It's true! And those that accept
it go on to be our most successful members. Can't
wait for you to hear and hopefully EMBRACE it!...

3

**PX 14**

Click Here to Unsubscribe

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC,, No. 20 Jalan Perak, Kuala Lumpur 50450

**PX 14**                                        **FTC-MOBE-000546**

Exhibit B

FTC-MOBE-000547



**From:** Mobe Support- Santino (MOBE Support) <support@mobesupport.zendesk.com>
**Sent:** Wednesday, November 9, 2016 3:37 AM
**To:** Debra A Yakubowski
**Subject:** [MOBE Support] Re: Duplicate 21Business Steps

# Please type your reply above this line #

Ticket #228191: Duplicate 21Business Steps

Your request (#228191) has been deemed solved. To reopen, reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests/228191

**Mobe Support- Santino, Nov 9, 3:37 AM EST:**

Hello Debra,

Please reach out to your current coach for assistance. You can contact Redshift directly for clarifications on who to get assistance from:

Support Desk: http://MemberHelpCenter.com
Support Email: support@memberhelpcenter.com
Support Phone: 1-623-505-5862

Thank you.

Santino

**Eaunic Martinez, Nov 8, 10:19 AM EST:**

Hello,

Thank you for your email and for using our customer support system.

1

**PX 14**          FTC-MOBE-000548

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

Please note that we have changed the web address of our support desk to
http://mobesupport.zendesk.com

We hope you have a wonderful day,

MOBE Customer Support Team

---

**Debra A Yakubowski, Nov 8, 10:09 AM EST:**
I attended an IM event in Cleveland on Nov 5, 2016. At the time I told the reps that I was a Silver Member an was already half way through my 21 Steps. I signed up for the Home Business Summit scheduled for Dec 2, 3, 4, 2016. I told them I did not want the 21 Business step but turns out I was sold it anyway. Now I have a new coach wanting me to start my steps. I think that instead of selling me something I didn't need or want I should have be told that I might not benefit from signing up for this event. My original purchase was with Darren Salkeld Red Shift Digital Marketing. My coaches were first Raphael Farnese, and currently Ty Coughlin. Can someone please help me with this. The number listed for Karen Otto is just a help line and the emails I send to her go unanswered.
Call me a ▮▮▮▮▮▮▮▮ Debra Yakubowski

This email is a service from MOBE Support.

**PX 14**          **FTC-MOBE-000549**

Exhibit C

FTC-MOBE-000550



**From:** MOBE Support - Jenn B. (MOBE Support) <support@mobesupport.zendesk.com>
**Sent:** Monday, November 21, 2016 10:34 PM
**To:** Debra A Yakubowski
**Subject:** [MOBE Support] Re: refund

# Please type your reply above this line #

Ticket #229388: refund

Your request (#229388) has been deemed **solved**. To reopen, reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests/229388

**MOBE Support - Jenn B., Nov 21, 10:34 PM EST:**

Dear Debra,

We have received your request regarding your MOBE License Rights product guarantee. I am happy to have your request reviewed at our weekly review meeting but before being able to do so I need to get the following information from you.

I want to note that the refund is not a satisfaction guarantee, but rather an "Implementing Strategies and they didn't work" policy. So in order for the refund policy to apply you will need to show your diligent implementation of the strategies included in your purchase, along with screen shots and ad buys.

In order to make it easy for you to gather the necessary information the MLR Refund Policy requires proof of the following:

SECTION FOUR.
TERMINATION
page 1 / 6
1. The MOBE License program is refundable within 12 months of the date of receipt of the contract received.
However the Affiliate must provide proof that they've implemented at least three of the proven traffic

1

**PX 14**                    **FTC-MOBE-000551**

strategies taught in the MOBE License Right's training area consistently for each of the 12 months and hasn't

made a sale. Without this proof, the affiliate is not eligible for refund.

2. EXPLANATION

3. Within 12 Months: let's assume that you had purchased the MLR on 1st January 2013, you signed the

contract on the 2nd January 2013. You have 12 months from the 2nd January 2013 to implement the proven

system and generate a sale, if you do not make a sale by the 2nd January 2014 AND you have proof that

you implemented at least three of the traffic strategies taught in the MOBE License Right's training area

consistently for those 12 months, then you may request a refund (Please see below how to do this).

4. TRAFFIC

5. You must have implemented three of the following traffic methods:

6. – Facebook, pay per click

7. – Solo Ads

8. – Banner Ads

9. – Adwords (Google, bing etc)

10. – Video Marketing

11. – Article Marketing

12. PROOF

13. You need to provide clear proof to our support desk (https://mobe.com/support) that you have implemented

the system and despite your efforts you have not be able to make a sale. Acceptable forms of proof are as

follows:

Screenshots of your own tracking statistics

Videos of your own tracking statistics

Emails of the opt ins from your auto responder for solo ads

Receipts from your solo ad vendor

Screenshot of your Facebook ads

Infusion tracking stats linked to the ads you are claiming you have used

15. All proof must clearly display the dates of the ads and show your name and email address to confirm they

are your ads.

16. If Affiliate shall make an assignment for the benefit of creditors, or be placed in receivership or adjudicated a

bankrupt, or take advantage of any bankruptcy or insolvency law, licensor may terminate this agreement by

giving written notice to the Affiliate, specifying the date of termination, such notice to be given not less than

2

**PX 14**

FTC-MOBE-000552

10 days prior to the date specified in such notice for the date of termination.

17. Licensor may terminate this Agreement if Affiliate:

misrepresents, makes false claims or damages the business or personal reputation of Licensors; conducts him or herself in an unprofessional manner; and/or

materially breaches any of the Agreement terms and conditions.

Please note that the guarantee also states that the strategies must be implemented consistently for a year. According to company records, this means you will become eligible for review on 10/28/17. We would be happy to review your documentation.

We are happy to help direct you to where to find the various marketing strategies included in your MLR purchase.

Best wishes,

---

**Eaunic Martinez, Nov 16, 8:05 AM EST:**

Hello,

Thank you for your email and for using our customer support system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

Please note that we have changed the web address of our support desk to http://mobesupport.zendesk.com

We hope you have a wonderful day,

MOBE Customer Support Team

---

**Debra A Yakubowski, Nov 16, 7:44 AM EST:**
I would like a refund of my $2497 in addition to the $497 for the Home Business Summit. At the beginning of the program Matt Lloyd says that $2500 is all you need to get started. Then I finish the step 18 and am told that unless I pay an additional $10,000 I will not be able to make any money that I don't even get a traffic coach. Then I finish my 21 steps and am told it will be an additional $497 to set up my account to start placing adds. I borrowed money against my retirement believing that this was a legitimate education business, it seems I was misled. The reason I started in the first place was because I need money. I don't have any more to spend.

This email is a service from MOBE Support.

**PX 14**

FTC-MOBE-000553

Exhibit D

FTC-MOBE-000554



**From:** MOBE Support <support@mobesupport.zendesk.com>
**Sent:** Wednesday, December 7, 2016 3:01 AM
**To:** Debra A Yakubowski
**Subject:** Request #231392: How would you rate the support you received?

\# Please type your reply above this line \#

Ticket #231392: Refund

Hello Debra A Yakubowski,
We'd love to hear what you think of our customer service. Please take a moment to answer one simple question by clicking either link below:

**How would you rate the support you received?**

Good, I'm satisfied
Bad, I'm unsatisfied

Here's a reminder of what your ticket was about:

MOBE Support - Jenn B., Dec 6, 2:12 AM EST:

Hello Debra,

Thank you for your email.

You don't have to upgrade to continue. You can have all of your steps open by asking your coach.

You aren't eligible for a refund.

Please let us know if you have any further questions.

Have a wonderful day,

1

**PX 14**

FTC-MOBE-000555

**MOBE Customer Support, Nov 29, 10:25 AM EST:**

Hello,

Thank you for your email and for using our customer support system.

We want to let you know that we have received your ticket and will be reviewing it and assigning to the department who can best help you with your situation.

Please note that we have changed the web address of our support desk to
http://mobesupport.zendesk.com

We hope you have a wonderful day,

MOBE Customer Support Team

---

**Debra A Yakubowski, Nov 29, 10:04 AM EST:**
I am again submitting this request because in order for me to continue I am told that I need to be Titanium to make any money. Then I find out that to even set up my MTTB account as a Silver it is going to cost me an additional $497. The last $500 I had I spent on the Home Business Summit in Cleveland, OH on 12/2-4/2016. I don't have any money and my credit is maxed out. Matt Lloyd said at the beginning of the training in the videos that a $2500 investment is all that is required to start making thousands of dollars a month. I was told that by Raphael my first coach that Ty was the best in the business. All Ty ever did was unlock the next lessons, and tell me at step 18 that the only way to make any money was to become Titanium at $10,000. I said I would try to earn it and he told me I was on my own, no traffic coach or any other coach. So I decide to try anyway and am told that to continue it is going to cost an additional $497. Now if you can refund the $497 from the Home Business Summit and apply it to the money to get my web site started I will gladly give it a go. Otherwise I want a refund because I an dead in the water. Also this whole set up sounds like a pyramid scheme and I have already filed a complaint with the Federal Trade Commission since pyramid schemes are illegal in the United States.
Debra A Yakubowski
November 16, 2016 07:44
I would like a refund of my $2497 in addition to the $497 for the Home Business Summit. At the beginning of the program Matt Lloyd says that $2500 is all you need to get started. Then I finish the step 18 and am told that unless I pay an additional $10,000 I will not be able to make any money that I don't even get a traffic coach. Then I finish my 21 steps and am told it will be an additional $497 to set up my account to start placing adds. I borrowed money against my retirement believing that this was a legitimate education business, it seems I was misled. The reason I started in the first place was because I need money. I don't have any more to spend.

This email is a service from MOBE Support.

2

**PX 14**

Exhibit E

FTC-MOBE-000557



**From:** info@m1.mobe-mail.com <info@m1.mobe-mail.com> on behalf of Matt Lloyd <mattlloyd@mobe.com>
**Sent:** Sunday, April 9, 2017 11:07 PM
**To:** debra yakubowski
**Subject:** No phony guru has ever done this

Hi,

Real quick...

Would a $60,000 PHD in INTERNET Marketing interest you?

...YES, FREE!

But only for my most valued affiliates...

**(And, YES, there are a LOT of CATCHES - see below!)**

Something BIG about to take place in just a few days.

On 13 April – I'm going to make a BIG announcement...

This is by far the most RADICAL thing I've ever done in the HISTORY of my 6 year old $150,000,000.00 company - but it's also the MOST exciting TOO!

I can't wait to share with you the **INCREDIBLE** event that has led me to offer **EVERY client**.... something BIG!

....In case you missed that!

**"I'M WILLING TO 'GIVE YOU' A PHD IN INTERNET MARKETING FOR FREE!**

In the upcoming live event that will be taking place in just days from now, I'm going to reveal how anyone can get a FREE INTERNET MARKETING EDUCATION with my $150 Million company, MOBE.

1

**PX 14**

FTC-MOBE-000558

By the way, I've paid out to my affiliate partners more than $75,000,000.00! I don't say this to brag, but to illustrate a very important point...

What I'm going to show you WORKS and the only way it doesn't work is if you screw it up by NOT working it! Are you willing to **NOT SCREW IT UP?**

- Follow my blue-print for success?

- Spend 7-hours a week implementing the blue-print I give you?

- And PROMISE yourself and me that for ONCE YOU JUST WON'T QUIT!

If so, I will GUARANTEE your success! (BTW, who else has paid out OVER $75 Million dollars to people just like you... no phony gurus have!)

THAT'S IT....

In just days, I'm going to reveal a HIGHLY successful strategy that ANYONE can use to create the life of their dreams by using**HIGH TICKET AFFILIATE PRODUCTS** to create a fortune online.

... I'll tell you more in the coming days. Watch for a link. I'm only going to be giving the link to my top clients like you at first.

(If you see a link here it means you are one of my top affiliates and you should immediately register.)

>>> Register Here Now! <<< You Are In...

You'll have 24-hours to register before I send it to my list of over 600,000 subscribers.

There are only 1000 spots on the webinar and I expect it will be filled within minutes of opening the doors...

WHAT TO DO?

1. Watch for the link – "WATCH"....
2. Register Immediately once you get the link.

Talk Soon,

Matt Lloyd

P.S. If you're one of those people like me that skips right to the "PS" ... here's the deal.

I'm willing to give QUALIFIED clients, like you, up to $60,000 of my best INTERNET marketing programs that have led me

2

FTC-MOBE-000559

to make more than $150 million and pay out more than
$75 million to regular people from around the world.

This is a one-time event that will reach capacity (1000 max)
in minutes – WATCH for the link to register. I'll tell you
more soon.

(If you see a link here it means you are one of my top
affiliates and you should immediately register.)

>>> Register Here Now! <<< You Are In...

There are only 1000 spots on the webinar and I expect it will be filled within minutes of opening the
doors...

You'll have 24-hours to register before I send it to my list of over 600,000 subscribers.


If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC,, No. 20 Jalan Perak, Kuala Lumpur 50450

3

**PX 14**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

      Plaintiff,

      v.

**MOBE Ltd.**, et al.,

      Defendants.

Case No. _____

**<u>FILED UNDER SEAL</u>**

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**<u>WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE</u>**

**VOLUME II-A**

PX 20  Declaration of Reeve Tyndall ................................................................................561

PX 21  Declaration of Emil George ..................................................................................673

PX 22  Declaration of Carol Jones (Exhibits A – K) ........................................................685

**DECLARATION OF REEVE TYNDALL**
**Pursuant to 28 U.S.C. § 1746**

I, Reeve Tyndall, hereby state that I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify as follows:

1.     I am a United States citizen.  I work as an Investigator for the Federal Trade Commission ("FTC") in the Bureau of Consumer Protection's Division of Marketing Practices.  I investigate persons and entities that may be violating the FTC Act and other laws enforced by the FTC.   My office address is 600 Pennsylvania Avenue, NW, CC-8528, Washington, DC 20580.

2.     The following declaration outlines the results of my investigation of MOBE Ltd., also d/b/a MOBE, also d/b/a My Online Business Education, also d/b/a My Own Business Empire, a Malaysian limited liability company; MOBEProcessing.com, Inc., a Delaware corporation; Transaction Management USA, Inc., a Delaware corporation; MOBETraining.com, Inc., a Delaware corporation; 9336-0311 Quebec Inc., also d/b/a Business Education Training, a Canada corporation; MOBE Pro Limited, an United Kingdom limited liability company; MOBE Inc., a Panama corporation; MOBE Online Ltd., a Mauritius limited liability company; Matt Lloyd Publishing.com Pty Ltd., also d/b/a Matt Lloyd Publishing, also d/b/a Home Business Builders, an Australia limited liability company; Matthew Lloyd McPhee, a/k/a Matt Lloyd; Susan Zanghi; and Russell W. Whitney, Jr. ("Defendants").

## IM FREEDOM WORKSHOP

3.     On April 11, 2017, I visited the website *imfreedomworkshop.com.*  I took screenshots of the website and attached them hereto as **Exhibit A**.

4.     The landing page of the website listed the dates and locations of "upcoming IM Freedom Workshop events." A screenshot of this page is **Exhibit A, page 1**.

5.     I clicked on the workshops in Washington DC area and the website directed me to a registration page.  Screenshots of the registration page is **Exhibit A, pages 2-6**.

6.     A video started playing automatically on the registration page.  The video featured someone who identified himself as Matt Lloyd.  A transcript of this video is **Exhibit B, pages 4-9**.

7.     I filled out the registration form using an undercover identity. I registered for a "free" workshop on April 11, 2017.  I then clicked on the red "Complete Registration" button and the website directed me to a confirmation page.

8.     A video started playing automatically on the confirmation page.  This video also featured Matt Lloyd.  A transcript of this video is **Exhibit B, pages 10-12**.

9.     The registration and confirmation pages contained a hyperlink to the same "Income Disclosure Statement."  Screenshots of this page is **Exhibit A, pages 10-11**.

10.     According to Domaintools, a DNS research tool, MOBE, Ltd. registered *imfreedomworkshop.com.*  The registration lists Matthew Lloyd McPhee as the contact person.

1

11.     Shortly after I completed the registration, I received an email from mattlloyd[@] mobe.com at the undercover email address I used to sign up for the workshop. **Exhibit C** is a copy of this email.

12.     I attended the IM Freedom Workshop on April 11, 2017 at 12:30pm at the Holiday Inn Hotel, 4610 North Fairfax Drive, Arlington, VA 22203. The workshop took place in a hotel conference room.

13.     There was a sign outside the conference room that read "MOBE." I checked in at a table next to the sign and received a nametag with the MOBE logo. There were approximately 40 other attendees at the workshop. We sat in rows of chairs facing a projection screen.

14.     The workshop consisted entirely of a slide show presentation by someone who identified himself as Russell. I recorded the presentation using an undercover audio recording device. A transcript of this recording is **Exhibit D**. I later identified the presenter at the seminar as Defendant Russell Whitney based on photos posted on Mr. Whitney's personal website, *RussellWhitney.com* and Mr. Whitney's Twitter account, *Twitter.com/russellwhitney*.

15.     Russell pitched a three-day training package for $997. At the end of his presentation, he told the attendees to go to the back of the conference room and meet with a MOBE representative to purchase the package. I left shortly thereafter and did not purchase a package.

## PATRIOT FUNNEL SYSTEM

16.     On April 27, 2018, I received an email from admin[@]theinternetincomereport.com on an undercover email address I use for undercover purchases. A copy of this email is **Exhibit E**.

17.     The email contained a hyperlink to the website *patriotfunnelsystem.com*. I captured the website using Adobe Acrobat software. A copy of the website is **Exhibit F**.

18.     According to Domaintools, a DNS research tool, MOBE, Ltd. registered *patriotfunnelsystem.com*. The registration lists Matthew Lloyd McPhee as the contact person.

## WEBSITE REGISTRATIONS

19.     According to Domaintools, MOBE, Ltd. registered approximately 347 domains. The domains were registered using the email address domains[@]mobe.com. **Exhibit G** is a list of the domains registered to MOBE.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: May 23, 2018                    _____
Washington, D.C.                                          Reeve Tyndall

**PX 20**                                        **FTC-MOBE-000562**

# Exhibit A

FTC-MOBE-000563