

# IM Freedom Workshop Schedule

## Looking for an IM Freedom Workshop near you?
### Here are the upcoming IM Freedom Workshop events around the world!

| DATE | LOCATION |
|---|---|
| April 4th – April 6th 2017 | Boston |
| April 11th – April 13th 2017 | Detroit |
| April 11th – April 13th 2017 | Washington |
| April 17 – April 19, 2017 | Charlotte |
| April 25 – April 27, 2017 | Raleigh |
| April 26 – April 28, 2017 | Sydney |
| April 26 – April 29, 2017 | Chicago |
| April 26 – April 30, 2017 | London |

**CLICK ON A DATE OR LOCATION LINK ABOVE TO REGISTER FOR AN EVENT**

Share on Twitter    Share on Facebook    Share on Google+



# Washington, DC
### April 11, 12 & 13, 2017

## FREE LIVE EVENT

# How To Create A Full-Time Income In Your Spare Time
# And Gain Your Freedom From The "Rat Race"



**Matt Lloyd Invites You To A FREE Online Business Workshop!**

At this workshop you will:

- Discover Matt's revolutionary "system" that has paid out over $70 million in commissions to people in 38 countries around the world.

- Find out how to gain financial freedom through the power of this System… even if you have NO computer skills and have NEVER made a single sale online before.

- Learn how you can make BIG commissions of $1,250… $3,300… and $5,500 just for bringing in leads (We take care of everything else FOR YOU!)

## Limited Time Only! REGISTER NOW!
### SELECT THE BEST TIME AND LOCATION.

**Holiday Inn Hotel**
- 12:30pm
- 6:00pm

**Tuesday, April 11, 2017**
Holiday Inn Hotel
4610 North Fairfax Drive
Arlington, VA 22203

**Hyatt Regency Hotel**
- 12:30pm
- 6:00pm

**Wednesday, April 12, 2017**
Hyatt Regency Hotel
One Bethesda Metro Center
Bethesda, MD 20814

**Crowne Plaza**
- 12:30pm
- 6:00pm

**Thursday, April 13, 2017**
Crowne Plaza
1960 Chain Bridge Road
McLean, VA 22102

**First Name:***
Enter your first name

**Last Name:***
Enter your last name

**Phone:**
Enter your phone number

**Email:***
Enter your email address

**Address 1:**
Enter your address 1

**Address 2:**
Enter your address 2

**City:**

**State:**

