**The IM Freedom Workshop** is a free live internet marketing workshop designed to show you how to build and grow a sustainable and profitable online business in your spare time.

The workshop is based on the same principles, methods and techniques that Matt Lloyd, CEO and founder of MOBE (My Own Business Education) has used to generate over $150 Million in revenue online and paid out over $73 Million in affiliate commissions.

MOBE has been a leading provider of business educational material through online training, live events, seminars and masterminds.

The company provides students with comprehensive instructions; mentoring, coaching and support helping them take action in order to realize their time, location and financial freedom dreams.

**REGISTER NOW!**

## What Past Attendees Had To Say...

*I am a retired school teacher and didn't know much about online marketing but using Matt's system, I have already made over $71,945.47 in my spare time.*

*This workshop was truly an eye opener. Matt's business system really makes it easy for anyone, even newbies to generate a significant income online.*

*The strategies I learned from Matt and his training programs have taken my online business to over $522,630 in revenue in less than 2 years.*


**Deborah Robertson**
*Covington, Georgia*


**Chris & Susan Beesley**
*London, United Kingdom*


**Luke Lim**
*Singapore*

*Matt's training, marketing and business systems are a must for anyone wanting to start or grow their affiliate based online business.*

*Having multiple sources of income is important to me. Matt's systems has allowed me to tap into an online income model I was not aware of before.*

*Matt's training and business system has had a huge impact on my success. In my first 18 months online, I was able to make over $253,147.89.*





**Deborah Robertson**
*Covington, Georgia*

**Chris & Susan Beesley**
*London, United Kingdom*

**Luke Lim**
*Singapore*

*Matt's training, marketing and business systems are a must for anyone wanting to start or grow their affiliate based online business.*

*Having multiple sources of income is important to me. Matt's systems has allowed me to tap into an online income model I was not aware of before.*

*Matt's training and business system has had a huge impact on my success. In my first 18 months online, I was able to make over $253,147.89.*





**Hwayda Kater**
*Vancouver, Canada*

**David Gilks**
*Perth, Australia*

**Adeline Sugianto**
*Sydney, Australia*

These are extraordinary results. Please see the Income Disclosure Statement.

## Frequently Asked Questions

**Q** How long will the free training last?

The IM Freedom Workshop generally runs about two hours.

**Q** Will Matt Lloyd be there?

No. Matt sends his hand-selected and finest instructors so that you'll receive outstanding training through their knowledge and experience. It doesn't matter what your current level of online marketing is. Your trainers will be teaching you the techniques and strategies you need to become successful based on Matt's revolutionary online business model.




FTC-MOBE-000568
PX 20

# Frequently Asked Questions

**How long will the free training last?**
The IM Freedom Workshop generally runs about two hours.

**Will Matt Lloyd be there?**
No. Matt sends his hand-selected and finest instructors so that you'll receive outstanding training through their knowledge and experience. It doesn't matter what your current level of online marketing is. Your trainers will be teaching you the techniques and strategies you need to become successful based on Matt's revolutionary online business model.

**Do I need to bring anything with me?**
We encourage you to bring a notebook and a pen to take some notes as we will be covering various online income strategies that you will want to take note of.

**Do I need to register or can I just show up?**
Please register before you show up. Our events are typically sold out and we need to know ahead of time how many people are showing up to ensure we have enough seating for everyone.

**Can I bring a guest with me?**
You can bring as many guests as you like, but please ensure that each person registers separately on a new form. We need to have an exact headcount to ensure we have the proper venue and seating arrangement for all attendees.

**Will I have to buy anything?**
You are not required to purchase anything. The workshop is completely free and when you attend, you will also receive a FREE GIFT. We do offer additional educational products and services at our workshops, but you are never under any obligation to buy.

**REGISTER NOW!**

Terms and Conditions | Income Disclosure | Privacy Policy

Copyright 2017 - Internet Marketing Freedom - All Rights Reserved