

**Washington, DC**
April 11, 12 & 13, 2017

## Congratulations!
### Your Registration is Now Complete.



You've made an incredibly smart decision to register for the I.M. Freedom Workshop. My promise to you is that you'll love it, and after attending, this whole 'online business thing' will make a lot more sense.

You'll be given everything you need to start generating commissions online from the comfort of your own home.

**Shocking Statistic**

Now, here is the potentially bad news...



Matt Lloyd

Shocking Statistic

Now, here is the potentially bad news...

Did you know that after having done many of these around the world, I've discovered a shocking statistic. **Less than 40%** of the people who register for the I.M. Freedom Workshop actually show up!

It's no wonder why most people who attempt to start an online business fail. The difference between those who do well from in internet marketing from those who don't, is their willingness to take action.

So **make a commitment** to yourself right now that you're going to be one of the elite few who follow through and show up - after all, it's your future that we are talking about here.

My team will give you the training you need to do well - but you must attend for them to do that. Please set yourself a reminder right now - here's the details for the sessions again...

Matt Lloyd
CEO & Founder
MOBE Ltd.

## Event Details

**Tuesday, April 11, 2017**
Holiday Inn Hotel

Holiday Inn Hotel
4610 North Fairfax Drive
Arlington, VA 22203

**Session** 12:30pm



Holiday Inn Arlington At Ballston
View larger map

## Additional Free Bonus When You Attend

Get Access To Matt Lloyd's Online Business System (With Your Own Personal Phone Coach)

When you attend this free training workshop, you'll also be given details at the end on how you can get access to my

## Additional Free Bonus When You Attend

Get Access To Matt Lloyd's Online Business System (With Your Own Personal Phone Coach)

When you attend this free training workshop, you'll also be given details at the end on how you can get access to my famous online Business System training program.

Over 100,000 people around the world have gone through this Business System, and collectively they've now generated over $70 million in commissions.

Lastly - you're going to be getting some emails from me. Some will be reminders... but a lot of them will be tips and free training on how you can generate money online.

I've been doing this for over 8 years now so everything I teach you comes from experience. You'll get a lot of value out these emails.

These emails will come from my email address mattlloyd@mobe.com I highly recommend you add that email address to your contacts list - otherwise, they may end up in your spam folder.

In fact, do me a favor and check your inbox right now - if the confirmation emails have landed in your spam folder, you'll want to clearly mark them as 'Not Spam' so it doesn't happen again.

Matt Lloyd

Terms and Conditions | Income Disclosure | Privacy Policy

Copyright 2017 - Internet Marketing Freedom - All Rights Reserved

PX 20

FTC-MOBE-000572