

# Income Disclosure Statement

MOBE's goal is to be the #1 Training Resource For Small Business Owners and Entrepreneurs In The World. To achieve that goal, MOBE has recruited some of the top business trainers in the world, as well as a strong corporate team of talent strategically located around the world. We have also built one of the top affiliate programs in our industry, where our affiliates can earn commissions from the sales of our products, services and live events.

MOBE pays commissions in accordance with our compensation plan, located HERE. The MOBE Compensation Plan is an exciting opportunity that rewards you for selling Small Business Training Resources to customers. You can also benefit by sponsoring other participants who can do the same. Although the opportunity is unlimited, individual results will vary depending on the commission levels and sales and marketing skills of each participant.

This page contains detailed income statistics. The average Active Affiliate generates less than $700 per year in commissions. The average affiliate, which includes both active and inactive, generates less than $250 per year, although it should be noted that the majority of inactive affiliates do not place ads to consistently promote programs for longer than 1 month.

The "average" affiliate also does not finish the 21 Step training program, and fails to even attend the weekly training webinars. The average affiliate does not appear to take it seriously and does next to nothing to promote the commissionable programs. Do not become an average affiliate. Make sure you do not turn into a statistic, by completing all of the training steps, as well as attending all of the weekly training calls.

Some affiliates within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. We are excited about the income potential the MOBE Compensation Plan offers.

We always suggest that you discuss your business goals with your professional advisors. Prior to joining MOBE as an affiliate you should also discuss affiliate marketing with experienced affiliate marketers before deciding to promote any products, trainings, or services available through MOBE.

MOBE has no knowledge of your individual business experience or expertise. MOBE does not guarantee that you will make any money from your use or promotion of our business training products, trainings and services.

MOBE has no knowledge of your individual business experience or expertise. MOBE does not guarantee that you will make any money from your use or promotion of our business training products, trainings and services.

The following chart represents the past 12 months and includes data for everyone who joined any affiliate related program, no matter whether they promoted or not (many exhibited no marketing activity whatsoever). The chart does not include any income generate outside of the MOBE Compensation Plan or from their own businesses. In an attempt to provide transparency we have included the high, low and average monthly incomes in each income level as well as the annualized average income. We will update this chart annually. All percentages have been rounded to the closest full %.

**Income Statistics from September 15, 2014 to September 15, 2015**

| Monthly Income Level | % of Active Affiliates* | % of All Affiliates* | % of All Affiliates & Enrollees** | Monthly Income High | Low | Average | Annualized Average Income |
|---|---|---|---|---|---|---|---|
| $25,000 + | 10% | 2% | <1% | $371,000 | $25,140 | $198,070 | $2,376,840 |
| $10,000 - $24,999 | 12% | 2% | <1% | $24,900 | $10,000 | $17,450 | $209,400 |
| $5,000 - $9,999 | 3% | 4% | <1% | $9,998 | $5,000 | $7,499 | $89,988 |
| $2,500 - $4,999 | 3% | 5% | <1% | $4,995 | $2,501 | $3,748 | $44,976 |
| $1,000 - $2,499 | 7% | 14% | 1% | $2,499 | $1,000 | $1,750 | $20,994 |
| $500 - $999 | 3% | 8% | 1% | $999 | $500 | $750 | $8,994 |
| $250 - $499 | 3% | 10% | 1% | $499 | $250 | $375 | $4,494 |
| $100 - $249 | 2% | 13% | 1% | $249 | $100 | $175 | $2,094 |
| Less than $100 | 55% | 41% | 95% | $99 | $10 | $54 | $654 |

* An affiliate is someone who has signed up to be an affiliate by paying the $49 enrollment fee. An Active Affiliate is someone who has also a) qualified to earn commissions by maintaining at least the Standard Affiliate Membership; and b) has not been terminated or chosen to discontinue being an Affiliate. All figures are in US dollars.

** An Enrollee is someone who entered their name and contact information into our website and did not move forward. They may have paid a start-up or activation fee but have not maintained the Standard Affiliate Membership, nor have they sent any traffic to affiliate links.

Affiliate marketing is just like any business. It takes hard work to make substantial income. Affiliate marketing is no different. Some affiliates make no money at all.

PX 20

FTC-MOBE-000574



# Exhibit B

ORIGINAL

# OFFICIAL TRANSCRIPT PROCEEDING

# FEDERAL TRADE COMMISSION

MATTER NO.        1720372

TITLE              MOBE

DATE               RECORDED:  APRIL 11, 2017
                   TRANSCRIBED:  APRIL 19, 2017

PAGES              1 THROUGH 13

MOBE REGISTRATION
2017-4-11_10-57-35 (MOBE Registration)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

PX 20                    FTC-MOBE-000576

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4      RECORDING:                                    PAGE:

5      MOBE Registration                               4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3       In the Matter of:              )

 4       MOBE                           )  Matter No. 1723072

 5                                      )

 6       ------------------------------)

 7                                      April 11, 2017

 8

 9

10

11              The following transcript was produced from a

12       digital recording provided to For The Record, Inc. on

13       April 11, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 20**                    **FTC-MOBE-000578**

4

|     |                                                              |
|-----|--------------------------------------------------------------|
| 1   | **P R O C E E D I N G S**                                    |
| 2   | -    -    -    -    -                                         |
| 3   | **MOBE PRESENTATION**                                        |
| 4   | MATT LLOYD:  Do you ever feel overworked and                 |
| 5   | underpaid?  Have you ever wondered what it would be like      |
| 6   | to start an online business and potentially make more        |
| 7   | money in a month than you currently make in a year?          |
| 8   | Hi, my name is Matt Lloyd, and if you answered               |
| 9   | yes I can help you.  I run an education company called        |
| 10  | MOBE, and over the last few years my company has helped       |
| 11  | thousands of people just like you generate money online.     |
| 12  | In fact, with the strategies we teach at our                 |
| 13  | training workshops, we've helped ordinary people make        |
| 14  | over $49 million so far.  And what we teach has been         |
| 15  | proven to work.                                              |
| 16  | I, myself, have been running my own online                   |
| 17  | business now for seven years, and I've made many millions    |
| 18  | of dollars in the process, and I've been able to travel     |
| 19  | the world.  My online business has taken me to Fiji,        |
| 20  | Bahamas, Thailand, Costa Rica, Mexico, literally dozens      |
| 21  | of countries.  Most of all, it's given me complete          |
| 22  | freedom to live my life how I want.  The ability to work    |
| 23  | when I want, where I want and with who I want.              |
| 24  | By my late 20s, my online business had given me             |
| 25  | complete financial freedom to the point where I never        |

5

1     have to worry about money again.  Now, I'm not telling

2     you all this to brag, I'm telling you this so you know

3     what's possible for you when you have your own online

4     business and you get the right training.

5          A couple of years ago, after making millions of

6     dollars online, I got to a point where I decided it was

7     time for me to give back.  I had a lot of people asking

8     me about how I was making all this money, and they wanted

9     me to train them.  So I started to teach a few people at

10    a time how I was doing it so they could go and replicate

11    some of my results.  And then more people started

12    attending my training sessions.  It grew from a few dozen

13    people to a few hundred people to, in some cases, a few

14    thousand people at a time.

15         I formed my current training company and

16    started to teach my best students how to go and train

17    other people around the world with our live training

18    workshops.  Since then we've taught tens of thousands of

19    people all around the world how to start their own

20    lucrative part-time online business.

21         Some of our most successful students who've

22    attended these training workshops have included Darren

23    Salkeld from Canada.  Now, in the last few years Darren

24    has made $7,797,000 with us.  Now, these results aren't

25    even remotely typical.  He's been one of our top

**PX 20**          **FTC-MOBE-000580**

6

1    students, but he's made all of that money with the system

2    and with the training we're going to show you.

3            There's Luke Lim from Singapore.  Now, Luke's

4    made $543,000 so far.  Or Andrea Goodsaid, who's made

5    over six figures, she's actually up to over $300,000 so

6    far.  There's Deborah Robertson, a retired school

7    teacher.  Now, with Deborah, she had never done this

8    before before she started taking on training, and in her

9    best month so far she's made over $8,000.

10           There's Paul Lynch from the UK.  Paul used to

11   be a professional football player, got injured, started

12   doing this business, followed our training, he's now up

13   to $1.9 million in the last few years.

14           We have Carolina Milan from Chile.  We have

15   people all around the world who are getting results with

16   this.  Caroline is up to $495,000 so far.

17           There's John Chow from California.  John's best

18   day has been over $40,000.

19           Bill and Michelle Pescosolido, in the last 80

20   months a little over $848,000.

21           Kim Willis from Australia, over $322,000.

22           There's Ewen Chia from Singapore, he's at over

23   $317,000 so far.

24           Or Daegan Smith from Washington, D.C., at over

25   $308,000.

**PX 20**                         **FTC-MOBE-000581**

7

1          Shaqir Hussyin, 27 years old from the UK, his

2     best weekend has been over $36,000.

3          Or Adeline Suglanto from Indonesia, she's done

4     over $267,000.

5          Now, would you like to have the same complete

6     financial freedom that all these people have for

7     yourself?  Would you like to be able to run your own

8     profitable online business if someone was just willing to

9     sit down with you and show you how?  If so, then you need

10    to get to my upcoming free two-hour training workshop in

11    your local area.  It's called the IM Freedom Workshop

12    where IM freedom stands for internet marketing freedom.

13    You're going to be shown how to succeed with your own

14    online business.

15         Now, if you're wondering if this is right for

16    you, then let me tell you about what kind of people

17    attend an IM Freedom workshop.  We have a wide mix,

18    including retirees who want the challenge of building an

19    online business.  We have stay-at-home moms who if they

20    need a business they can do around their busy schedule.

21    We have people from the corporate world who are sick, of

22    working such long hours and hardly seeing their families

23    and would love the freedom of being able to work from

24    home but still want to earn very good money.

25         In fact, whatever your background is, it's

**PX 20**          **FTC-MOBE-000582**

8

1      completely irrelevant.  What matters is that you're able

2      to put aside some time each day to work on your online

3      business, you're willing to invest in getting the right

4      training to learn how to do this properly from people who

5      have been there and done that, and you're willing to take

6      it seriously.

7            Now, if that sounds like you, then register

8      right now and do everything you can to get to this free

9      training workshop.  When you attend, here's what we're

10     going to teach you.  We're going to show you how an

11     online business works and what you'll actually be doing.

12           You'll be shown my revolutionary system that's

13     paid out over $49 million in commissions to people all

14     over the world in the last year and how you can use it to

15     generate high ticket conditions from $1,250 right up to

16     $10,000 per sale.

17           We'll show you here to get proper training on

18     how to succeed in business.  Now, look, training is

19     critical.  Without the right training, if you've never

20     built an online business before, it can be hard.  But

21     with the right training, it's easy.

22           Mainly, you'll be shown how you can create

23     complete financial freedom for yourself working one to

24     two hours per day, even if you've never done this before.

25     In fact, our training is tailored towards people who are

**PX 20**                          **FTC-MOBE-000583**

9

1    new at this.  And one more thing:  Did you know that two-

2    thirds of all people who register for this free training

3    workshop, they never even turn up?  Isn't that amazing?

4          To me it is because I think about what they

5    missed out on, getting free training that actually can

6    change their entire financial life.

7          Now, I'm sure you're not like one of those

8    people.  Those people never succeed in business.  The

9    first step to succeeding with this is you've actually got

10   to show up.  So make a commitment after you register on

11   this page to get this free training and to get there as

12   early as you can.  These workshops fill up really fast.

13   Write down the dates and the time, set a reminder on your

14   phone, put it on your calendar, stick a note on your

15   fridge, whatever you have to do to make sure you don't

16   miss this free training workshop.

17         This is a one-time deal, and if you miss it you

18   may never have the chance to attend again in your local

19   area.  This training has helped thousands of people all

20   around the world get started in their own online

21   business, and I've watched many of them go on to create

22   their own six-figure online income.

23         You can be next.  So go ahead, register on this

24   page, get your free ticket, and then attend this free

25   training workshop.  We'll see you there.

**PX 20**                    **FTC-MOBE-000584**

10

1          **(Investigator researching webpage**

2     **registration.)**

3          MATT LLOYD:  Hi, guys, Matt Lloyd here on a

4     beach in beautiful Jamaica.  So, first of all, I wanted

5     to thank you for registering for my free upcoming live

6     event, the IM Freedom Workshop.  You're going to get so

7     much value when you attend this live event.  And, also, I

8     wanted to encourage you to make sure you show up because

9     when you do you're going to get a copy of my brand new

10    book, Limitless.  I just got done writing this book.

11    It's over 150 pages, and think of it as a training

12    manual.  This book is going to show you how to start your

13    own highly lucrative online business, even if you're

14    brand new, even if you've never done internet marketing

15    before.  This book will show you how to do it.

16          I've helped people around the world earn a

17    documented so far $51 million.  That's U.S. Dollars to

18    people all over the world, a lot of people, especially in

19    the USA and also the UK as well, and also my home country

20    of Australia.

21          But this book, I'm going to give this to you

22    for free when you show up to the live event.  So the book

23    will help you get started with your business.

24          Now, when you do attend the live event, it's

25    going to go for about 90 minutes to possibly up to two

**PX 20**                          **FTC-MOBE-000585**

1   hours, depending on what kind of questions you have and

2   so forth.  But the event is going to show you how to do

3   what we call high ticket online marketing.

4           Now, when I say high ticket, what I mean by

5   that is we're going to show you how you can generate high

6   ticket commissions.  That's commissions of over $1,000

7   right up to $10,000 online.  And that's without you

8   having to pick up the phone and sell, without having to

9   -- you know, it's not one of those programs where you

10  have to go and recruit friends and family, nothing like

11  this.  You can actually do this from your own home as

12  long as you have an internet connection.  Okay?  So you

13  can do this.  As long as you have a computer you can get

14  started and start making money online.

15          I've now been doing this since late 2008.

16  That's when I got started in the industry.  I've learned

17  a lot and helped thousands of people around the world do

18  this full-time and change their lives.  Some of our

19  biggest success stories have been able to go on, create

20  multiple six-figure and even some of them seven-figure

21  annual incomes, all from their own highly lucrative

22  online business.

23          So we're going to show you how to do the same

24  thing.  Show up, get this for free, and we'll also give

25  you several other highly valuable reports when you show

12

1    up.  Okay?  So for that alone it's worth getting to the

2    IM Freedom Workshop.

3              So make sure you put the time and the location

4    of the event that you registered for in your diary.  Put

5    it on your phone so you get a reminder.  Put it on a

6    sticky note.  Put it on your fridge.  Put it somewhere

7    where you're going to see it so you don't forget to show

8    up, because this kind of information, this could

9    literally transform your financial life.  Okay?  This is

10   way too important to miss.  Make sure you show up.  So we

11   look forward to having you as a guest at our live event

12   and teaching you how you can have your own highly

13   lucrative online business.  Speak soon.

14              **(Investigator researching webpage**

15   **registration.)**

16              **(The recording was concluded.)**

17

18

19

20

21

22

23

24

25

**PX 20**                          **FTC-MOBE-000587**

13

1                 <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4          I, George Quade, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or digital

7    recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of this

9    material; and that it has been transcribed to the best of

10   my ability given the quality and clarity of the recording

11   media.

12         I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were transcribed;

15   and further, that I am not a relative or employee of any

16   attorney or counsel employed by the parties hereto, nor

17   financially or otherwise interested in the outcome of the

18   action.

19

20

21   DATE:  4/25/2017            _George Quade_____

22                         GEORGE QUADE, CERT

23

24

25

**PX 20**         **FTC-MOBE-000588**

# Exhibit C

**FTC-MOBE-000589**



---

## Hey great, you're registered!

1 message

---

**Matt Lloyd** <mattlloyd@mobe.com>                                    Tue, Apr 11, 2017 at 10:56 AM
Reply-To: bradley.otto@mobe.com
To:



Hey Matt Lloyd here,

Just wanted to take a quick moment and congratulate
you on the great decision to attend the I.M. Freedom
Workshop coming up in your area.

Nice job!

Now if you're like most, you're a pretty busy person!
So I really do appreciate your time and will make
sure you get a ton of value there.

In fact, I have a couple very valuable things I'll be
sharing with you over the next few days!…

But for now, since we **are** so busy, I wanted to make
sure that you took a few seconds to set up a reminder
for the event on your Calendar and/or Smartphone.

That'll ensure that you don't miss the event and that
you'll conveniently have the directions loaded up
on your phone…

<u>**Here's The Dates And Times To Save To Your Phone:**</u>
(Each Event Is Linked To Google Maps. Simply Click On It!)

**Tuesday, April 11, 2017**
**Holiday Inn Hotel**
12:30 pm & 6:00 pm
4610 North Fairfax Drive
Arlington, VA 22203
703-243-9800

**Wednesday, April 12, 2017**
**Hyatt Regency Hotel**
12:30 pm & 6:00 pm
One Bethesda Metro Center

Bethesda, MD 20814
301-657-1234

**Thursday, April 13, 2017**
**Crowne Plaza**
12:30 pm & 6:00 pm
1960 Chain Bridge Road
McLean, VA 22102
703-893-2100

Just pick the most convenient date and location
for you, then take a quick second to save it to
your phone and calendar, and that's it!

The only next step is to show up!  =)

I'll shoot you an email a little later in the day and
tell you a  bit more of what to expect at the
Workshop.
And let me just say that I'm super excited to be
able to meet you soon!…

Now...

I'm not some "public speaker", and the chances
that I'll be in your area anytime soon after
this event will be VERY rare…

Why?

Because, this is an "Internet" Based business!
And I'm down in the trenches everyday, doing
this stuff, innovating, and growing my and my
partners businesses even more.

But with that said, and although I'm not a
professional speaker, I DO love to teach!

And that's why I'm doing this… I've reached a
LOT of people online and have helped them
make extraordinary incomes…

And I'll continue to do that…

Yet also, I know by traveling, sending out
post-cards and so forth, I'll be able to even
help transform many more lives…

So, I can't wait to teach my business model to
you as I know the dramatic effect it can have
on YOUR life, if you take this seriously.

Again, I can't wait to see ya!

Matt



Click Here to Unsubscribe

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC,, No. 20 Jalan Perak, Kuala Lumpur 50450

**PX 20**          **FTC-MOBE-000592**

# Exhibit D

FTC-MOBE-000593

ORIGINAL

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1720372

TITLE               MOBE

DATE                RECORDED:  APRIL 11, 2017
                    TRANSCRIBED:  APRIL 19, 2017

PAGES               1 THROUGH  44

IN-PERSON MOBE PRESENTATION
2017-4-11 (In-Person MOBE Presentation)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

PX 20                    FTC-MOBE-000594

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4     RECORDING:                              PAGE:

 5     In Person MOBE presentation               4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 20**                    **FTC-MOBE-000595**

3

1                  FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      MOBE                           )  Matter No. 1723072

5                                     )

6      -----------------------------)

7                                  April 11, 2017

8

9

10

11           The following transcript was produced from a

12     digital recording provided to For The Record, Inc. on

13     April 11, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
1                    P R O C E E D I N G S

2                    -    -    -    -    -

3                IN-PERSON MOBE PRESENTATION

4              RUSSELL:  -- business in investing.  And when

5       he found this book, it actually took one technique, one

6       idea, one strategy (inaudible) $1,000 and he turned it

7       into $4.7 million in a matter of 18 months.  How many of

8       you'd love to learn that technique and strategy here

9       today?  Awesome.  Some of you may have that fortunate

10      opportunity here today.

11              So we have the fortunate opportunity of going

12      from rags to riches.  I remember living in a seven-unit

13      apartment complex, public housing, and then moving up

14      into a 16,000 square foot mansion on the water.  So

15      growing up I got the fortunate opportunity of hearing

16      about all the different business deals my parents were

17      in, all the different investments that they had, all the

18      different ways they had multiple sources of cash flow

19      coming in.

20              And I always remember my parents telling me, go

21      to school, get good grades, go to college, but make sure

22      you focus on getting multiple sources of cash flow coming

23      in in order to become financially free and wealthy.

24              So, for me, at the age of 16 years old, I

25      decided to be a young entrepreneur and I went out and I
```

**PX 20**                     FTC-MOBE-000597

5

1     started my very first business.  It was a car cleaning

2     business where after school I'd go out and I'd clean

3     cars.  I would high pressure wash, I would wax cars,

4     compound cars, degrease the motor, shampoo the carpets.

5     I mean, everything you could imagine to clean a car, I

6     did.

7           Now, I was making around $500 to $1,000 a week

8     at a time.  I thought at the age of 16 years old that was

9     good money.  But I knew I wasn't going to become

10    financially free and wealthy cleaning cars.  Personally I

11    really just didn't like cleaning cars.  It gives me

12    anxiety just talking about it.  So I decided to get out

13    of that business.

14          Getting out of that business, again, I always

15    remember my parents telling me, go to school, get good

16    grades, go to college, but make sure you focus on getting

17    multiple sources of cash flow coming in in order to

18    become financially free and wealthy.

19          Well, I went to school.  I got good grades.

20    But I didn't go to college.  I decided college was not

21    for me.  I just wanted to jump out into the real world

22    and start making money.  So at the age of 18 years old, I

23    graduated high school and I found myself out looking for

24    a what?

25          GROUP:  Job.

**PX 20**           **FTC-MOBE-000598**

6

1          RUSSELL:  Job.  And you said it just as

2    depressed.  And that's when I got my first job working in

3    a pool construction business building swimming pools.

4    Now, I'm originally from sunny south Florida.  Building

5    swimming pools in the summertime in that humidity, not a

6    whole lot of fun.  I used to be part of the rebar crew

7    where I had to bend metal rebar and I'd frame the inside

8    of the swimming pool.  And then I was part of the

9    pelletech crew, which you may call marzite, and I'd apply

10   that to the shell of the pool.

11          Now, I'd get up at five in the morning and I'd

12   have to drive an hour to work, to work all day in the hot

13   sun until 7:00 at night, and I had to do a year

14   (inaudible) to that type of commute where I (inaudible)

15   so I knew I wasn't going to become financially free and

16   wealthy working a J-O-B.  Anybody in here know what a J-

17   O-B stands for?

18          GROUP:  Just over broke.

19          RUSSELL:  You got it.  Just over broke, right?

20   So today, folks, I'm going to teach you how to live a

21   life of financial freedom, a life of adventure and a life

22   of achievement.  Today I'm going to show you how proven

23   internet marketing strategies and techniques that you can

24   start implementing right away where you can generate a

25   guaranteed $5,000, $10,000, $20,000 or more cash in your

**PX 20**                          **FTC-MOBE-000599**