7

1     pocket each and every single month following our proven

2     systems, techniques and strategies.

3            How many of you want to learn those techniques

4     and strategies here today?  Awesome.  All of you are

5     going to have that fortunate opportunity.

6            Now, going back to that job, that pool

7     construction business, I did that for about a year,

8     Michael, and I decided building pools was definitely not

9     for me.  So I got out of that job.  And I always

10    remembered, Juan, I wanted to become financially free.  I

11    wanted to become wealthy.  So I ran, Jennifer, to the

12    only people that I knew in my life at the time that

13    became financially free and wealthy, my mother and

14    father.  I said, hey, mom, dad, I want to become

15    financially free.  I want to become wealthy.  Teach me.

16    show me how to do it.

17           And I remember my father just handing me a big

18    old stack of books, tapes and video CDs.  He said, read

19    them, study them, listen to them, learn them.  Now, I

20    have that learning disorder called laziness, ADD and

21    ADHD, where I'm a little bit all over the place.  So

22    trying to sit in one spot, read a bunch of boring

23    financial books, watch a bunch of boring old guys on

24    video tapes at the time, was not for me.  I wanted some

25    real, live, experiential, hands-on training.

**PX 20**            **FTC-MOBE-000600**

1          So I remember I went back to my father and I

2      said, look, I really want to become financially free.  I

3      want to become wealthy.  Teach me, show me how to do it.

4      And I remember my father said, sure, son.  He said, son,

5      would you like me to teach you the secret on how to

6      shortcut the process to becoming financially free and

7      wealthy?  How many of you today are looking to learn the

8      secret on how to shortcut the process to become

9      financially free and wealthy?

10          Awesome.  Well, the secret for me at the time,

11      Fidel, it was a three-day training.  I had invested a

12      little over $5,000, Tiffany, to go to a three-day

13      training with a millionaire teaching me the techniques

14      and strategies they used, Jamie, to become financially

15      free and wealthy, showing me what only abut 10 percent of

16      the world's population, Jeffrey, really knows how to do.

17          I remember it was a Friday, Saturday, Sunday,

18      9:00 to 5:00 each day.  And I'll tell you after going to

19      that three-day training, Sophie, I believe that three-day

20      training absolutely changed my life.  I believe that

21      three-day training, Shawn, had more of an impact on my

22      life than what my grade school or high school has ever

23      done.  It's letting me live that live of financial

24      freedom.

25          Within 30 days, Susan, after getting trained by

PX 20                    FTC-MOBE-000601

9

1       this millionaire, I put a check of $19,000 in my pocket.

2       I mean, that's almost more than I made in an entire year,

3       Brian, working in that pool construction business six

4       days a week.  Ninety days later, I put another check of

5       $122,000 in my pocket.  At the young age of 24 years old,

6       I accumulated my first net worth of a million dollars.

7       But the only way I was able to do that is, number one, I

8       had to invest into my financial education because I did

9       not know what I didn't know to become financially free

10      and wealthy.

11              Number two, I had to learn from somebody else

12      that was already financially free, wealthy and a

13      millionaire.  How many of you would agree with me that if

14      you want to become financially free, wealthy, you want to

15      become a millionaire, you have to invest in your

16      education and learn from people that actually are.

17              Mm-hmm.  Because, let's face it, we're not

18      going to learn it in any grade school, high school,

19      college or university.  I mean, it's sad, it's

20      unfortunate, but it's true.  The school system is

21      absolutely failing our society by and large today.  So

22      many people have this misconception and they're

23      brainwashed to believe that in order to create any

24      safety, security and success in life you have to go to

25      college, you have to go to a university, and it's 100

**PX 20**                              **FTC-MOBE-000602**

10

1      percent not true.

2              Did you know only 14 percent of the people that

3      graduate university today with a degree actually get a

4      job in the field they got their degree in?  I would say

5      that's failing us by and large.  And if you truly analyze

6      the school system, all it is is a training ground and a

7      breeding ground to teach each and every single one of us

8      on how to get a job, how to be a worker bee and conduct

9      ourselves in society.

10             I mean, truly analyze the school system.  From

11     the time we were little kids, we were trained and taught

12     on how to get a job.  Think about it.  You had to get up

13     early, you had to look good for school, you had to

14     commute to school.  School happens to be just about eight

15     hours a day.  You got close to an hour lunch break, and

16     then a couple small breaks throughout the day.  Our

17     teacher was our manager and/or a boss.

18             Now what are we doing in our adult life?  We're

19     doing the same exact insanity routine doing the same

20     thing over and over again, expecting a different result.

21     Schooling has no bearing on your safety, security and

22     success whatsoever.

23             And I always ask people this:  If a college

24     professor has not made a million, how the hell are they

25     going to teach you how to make a million dollars, if they

11

1    haven't done it themselves?  If they haven't owned and

2    operated their own successful business, how are they

3    going to teach you how to run and operate your own

4    successful business?

5            They can't.  They can teach you theory all day

6    long.  However, theory and what goes on in the real world

7    are two completely different things.  How many of you

8    would agree with me on that statement?

9            Now, listen, I'm not knocking college and I'm

10   not knocking university.  I actually do agree with it for

11   a few reasons.  One, it teaches you responsibility.  Two,

12   it gives you a passion and purpose in life to become a

13   doctor or lawyer where you need that degree, you need

14   that certificate, by all means go to college (inaudible)

15   whatsoever.  I mean, I've had many a friends of mine that

16   went to the best schools, Ivy League, Harvard, Yale, are

17   doctors and lawyers and (inaudible).  Yeah, they make a

18   little more income on a yearly basis than the average

19   person does.

20           But what happens is most of the time their

21   expenses exceed what they make in income.  Why?  Where

22   did the school system fail us?  They fail us in teaching

23   us about money, how money works.  When we generate an

24   income, what percentage of that money are we supposed to

25   save?  What percentage are we supposed to put into an

**PX 20**                    **FTC-MOBE-000604**

12

1      investment, long-term or short-term?  What's the

2      difference between high risk and low risk?  They don't

3      even (inaudible) that work a job or have worked a job

4      were told by your HR director and/or your boss to jump

5      into the company's 401-K plan to set up a great

6      retirement.  And by and large, 401-K plans suck.  Unless

7      your company is matching you dollar for dollar, you're

8      getting a horrible return on your investment, plus the

9      penalties and fees that they hit you with if you try to

10     withdraw any money early, are absolutely ridiculous.

11     There are so many better investment strategies out there

12     for you, such as a solo 401-K or a self-directed IRA

13     where you can direct your investment yourself.

14             I mean, think about this:  One of the biggest

15     investments we make here in America is purchasing our own

16     home, yet they don't even teach us how to do that in

17     grade school, high school, college or university.

18     However, the great news is you can get all of that

19     information and education from post-secondary education

20     companies just like ours.  And the really good news is is

21     you don't have to go to college to become successful.  I

22     mean, if you look at most of the millionaires and

23     billionaires of today, most of them dropped out of

24     college.  I mean, a lot of them didn't even go to

25     college.  Steve Jobs, Bill Gates, Mark Zuckerberg, Kevin

**PX 20**          **FTC-MOBE-000605**

13

1    Harrington from Shark Tank, the list goes on and on and

2    on.

3              What has bearing on your safety, security and

4    success in life?  Well, there were a few big, key

5    principals that my millionaire mentor and coach started

6    to instill in me on my path and journey to financial

7    freedom that I'm going to share with all of you right

8    now, and I highly recommend you write this down.

9              Number one (inaudible).  One second, folks.  He

10   said, Russell, you must have 100 percent faith and belief

11   in yourself in every part of your being, in every part of

12   your grain and nature, that you're going to become

13   successful.  He said, Russell, if you don't truly believe

14   deep down in your heart of hearts that you can achieve

15   safety, security and success in life, you've already

16   given up, you've surrendered to mediocrity and you're

17   going to go work that nine to five job.

18             And the sad part is so many people in this

19   world do not have that faith anymore, do not have that

20   belief anymore.  And I believe it's 100 percent due to

21   society, being the people we surround ourselves with each

22   and every single day, 90 percent of the time are the ones

23   that are holding us back from achieving our true

24   financial goals.  Even the school systems are holding us

25   back from achieving our true financial goal.

**PX 20**                     FTC-MOBE-000606

14

1      But if you think about it, as kids we were all

2      told we could achieve whatever we wanted to be in life.

3      We could achieve whatever we wanted to achieve.  And as

4      kids, we buy into it.  We believe it.  We have no fear.

5      We're willing to do anything and try anything.  But once

6      we start to get outside of the box, once we start to go

7      against the social norm as a kid, we're told what?  No,

8      you can't do that.  No, it doesn't work that way.  No,

9      you must do it this way.

10      By the time that kid is 18 years old, they have

11      heard the word "no" a million plus times.  And what is

12      that doing?  What it's doing is subconsciously it's deep-

13      rooting and instilling fear into that person.  Fear to

14      ever go against the social norm.  That's why you see so

15      many people flocking to the jobs in masses because they

16      believe that's the way to achieve freedom and to have

17      security and safety in their life.  And it's completely

18      wrong.

19      Also, independent outside research studies have

20      shown that you are an average of the five people you

21      surround yourself with the most in life.  I mean, if

22      you're hanging out with people right now that are just

23      working a job, that are living that just overrode

24      lifestyle, that are negative, have no optimistic outview

25      on life, chances are you're cut from that same cloth.  I

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 20**                    **FTC-MOBE-000607**

15

1    mean, it's like that old saying our parents used to tell

2    us, right?  Birds of a feather, what?

3              GROUP:  Flock together.

4              RUSSELL:  Flock together.  It's 100 percent

5    true.  Because if you didn't have any commonalities with

6    those people, if you didn't have any of those belief

7    systems or alignment in your life, you would not be

8    surrounding yourself with those individuals that are

9    holding you back.

10             How many of you agree with me, wealthy,

11   successful, financially free people think and act

12   differently than normal, average, everyday people?  Will

13   it work for you to understand how our thinking patterns,

14   in order for you to understand how we make and create

15   decisions, in order for you to understand how we make our

16   money work for us, you have to get around us.  You have

17   to be in our environment.

18             Because, let's face it, your environment, who

19   you're hanging out with right now, you've been there,

20   you've done that, you've got the t-shirt.  There is

21   nothing new anybody in your immediate social settings and

22   environment are going to teach you to help you get to the

23   next level in your life.

24             If you want to get to the next level in life,

25   you need to hang out with people that are two and three

**PX 20**                    **FTC-MOBE-000608**

16

1    financial levels above where you're at right now.  How

2    many of you would agree with me you need to get around a

3    new group of people to take you to the next level here

4    today?  One hundred percent.

5         Also, I'm a huge, firm believer -- and write

6    this down -- self-education.  Self-education, Ray, equals

7    freedom, freedom in all areas of your life.  If you want

8    a job, if you want that paycheck to paycheck stressful,

9    jail life, then go to the school systems.  The school

10   systems 100 percent will guarantee you a job.  But once

11   you really start to realize, analyze and see that the

12   school system is a complete scam, I mean, each and every

13   single one of us were scammed by the system, by big

14   corporations.

15        Do any of you really truly know why big

16   corporations want you today to have a bachelors or

17   master's degree?  It has nothing to do with you

18   completing a subject or achieving anything.  It has

19   everything to do with what's called debt.  When a major

20   corporation takes on an employee, they want somebody that

21   has 30, 40, 50, 60,000 in debt.  Reason being is that

22   corporation knows that you're going to be tied for them

23   for the next 20 to 30 years because if you do not pay

24   those loan documents or student loans, they can basically

25   take anything and everything from you.  Once you start to

**PX 20**                    **FTC-MOBE-000609**

17

1    understand that it's a complete scam and you start to

2    understand self-education is what's going to get you

3    there, that's when you'll take it to the next level in

4    your life.

5         Did you know the average millionaire reads one

6    book every single week?  Average millionaire reads one

7    book a week.  Average person reads one book a year.  That

8    shows you the difference between successful, wealthy,

9    financially free and average, normal, everyday people.

10   We, as successful millionaires, as successful

11   individuals, know in order to get anything new in life,

12   in order to create any new innovation or businesses, we

13   must put new information into this brain on a daily

14   basis.  Because your brain is absolutely limitless to the

15   possibilities that you can create.  But in order to do

16   that, you must feed your mind.  You must feed your brain.

17        Also, you have to look at your life this way.

18   In the business world, what worked in the market space

19   five years ago doesn't necessarily work today.  And what

20   works today is going to evolve five years from now.  So

21   in order to stay ahead of the game, you have to

22   constantly educate yourself.  How many of you agree with

23   me on that statement?

24        I'm also a huge, firm believer in the law of

25   attraction.  The law of attraction 100 percent is real.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 20**          FTC-MOBE-000610

18

1     It works.  Meaning the energy you put out into this world

2     each and every single day, 100 percent is what you're

3     going to get back in return.  If you're one of those

4     people that's negative, that is doubting yourself,

5     skeptical, that has those belief systems that you won't

6     make it, chances are you're going to have negative things

7     keep happening to you, you're going to stay in that

8     depressive state and never move forward.

9          How many of you notice wealthy people just seem

10    to attract money no matter what they do?  Why is that?

11    It's because the energy that we have.  It's because of

12    the energy we put out into the world.  It's because of

13    the confidence that we have.  It's because we know we're

14    going to become successful.  It's because we know we'll

15    make that business deal happen.

16         Now, folks, when you're having and putting into

17    place and working on your law of attraction, you must

18    understand there are strong components that will go

19    behind it.  I'm reading a great book right now, I highly

20    recommend you get it for your self-education library.

21    It's called Tool of the Titan by Tim Harris.  Tools of

22    the Titans.  It's about millionaires, billionaires,

23    Olympians, winners in life.

24         And did you know 90 percent of millionaires and

25    billionaires believe in the law of attraction.  Ninety

**PX 20**                    **FTC-MOBE-000611**

19

1     percent.  Also, did you know 90 percent of millionaires

2     and billionaires meditate 10 to 20 minutes every single

3     day.  Meditation has been a huge, key factor to my

4     success and has taken me to a whole different level of

5     success and consciousness in business.

6             Why?  Well, most people in this world are

7     running in chaos.  Bless you.  And chaos creates more

8     what?  Chaotic life.  Most people never take any time for

9     themselves whatsoever.  They're always living in

10    tomorrow, next week, next month, next year, or they're

11    stuck in the past.  They're never stuck in the hear and

12    now moment.  They're distracted by bills, friends, family

13    members, and never take any time for themselves.  And the

14    most important person that you need to take care of in

15    life, first and foremost, is yourself.  If you're not

16    taking care of yourself, you cannot help anybody around

17    you.

18            So, for me, when I take 10 to 20 minutes every

19    day for myself to turn off all technology, to get away

20    from all friends, family members, wives, whatever I have

21    going on in my life, that's my time.  I can sit with

22    myself.  That's my time where I can start to see what are

23    my small challenges in life that I can create a quick

24    decision on and easily overcome.

25            As you heard, I said the word challenges, not

**PX 20**                              **FTC-MOBE-000612**

20

1    problems.  Write this down.  Wealthy people (inaudible) 1

2    percent of our time in the problem or challenge, 1

3    percent of our time in the challenge, 99 percent of our

4    time is stuck in a solution.  Wealthy people are wealthy

5    because they're solution-oriented.  They do not stay

6    stuck in the problem.  But if you look at your friends,

7    your family members and/or your co-workers, I guarantee

8    you they have problem after problem after problem.  Every

9    day they've got a new frigging problem, right?  But they

10   never come up with what?  A solution on how to overcome

11   that challenge.  As wealthy people, we are solution-

12   oriented.  The more you stay stuck in the solution, the

13   more success you'll ever have.  How many of you'd agree

14   with me on that statement?

15          So during that meditation, that's where I can

16   see again my small challenges that I can make a quick,

17   easy decision to overcome.  Then I can see what are my

18   bigger challenges that I need to create a plan of action

19   for.  Write that down.  Wealthy people always create a

20   plan of action.  Wealthy people always have a mapped out

21   blueprint of how they're going to achieve their success.

22   I've trained millions of people over the years, and I

23   always hear people talk about how they want a million

24   dollars, how they want the nice house, how they want

25   (inaudible) free life.  Well that's great if you want it,

PX 20        FTC-MOBE-000613

21

1    but if you have no detailed action plan on how you're

2    going to get there, then you just have what's called

3    wishes, hopes and dreams.

4         The reason why wealthy people detail out a plan

5    of action, that's the only way you can truly measure you

6    achieving your success, folks.  If you have nothing

7    written down, you have plan of action, then you'll have

8    no financial freedom in life.  The more that it's written

9    in stone where you can see it every day and you can

10   measure what you're doing, the more success you're going

11   to have.  How many of you agree with me on that

12   statement?

13        Also, that's a perfect time I can start to

14   visualize and see that business I want, the money I want

15   in my bank account, that nice house that I want.  Also,

16   it's a perfect time for me to do what I call -- write

17   this down -- self-programming and self-talk.  We have to

18   all consciously on a conscious effort every day re-

19   program ourselves.  We have been programmed completely

20   the wrong way by the school systems, by our parents, by

21   (inaudible) and other people out there.  So that's a

22   perfect time I can restart and reprogram myself.  That's

23   where I start to boost and put in my confidence.  That's

24   where I say I am successful, I will make that business

25   deal happen, I will have that financially free life, I

**PX 20**                    **FTC-MOBE-000614**

22

1    will take the vacations I want.

2          Now, listen, when I talk about the law of

3    attraction, I don't want you to get it mixed up or get it

4    twisted with the book The Secret or the movie The Secret

5    where you just think of that shit and it comes.  No.  It

6    doesn't work that way.  There's a whole other part to the

7    law of attraction -- and I'd write this down, it's a big

8    one.  It's called work (inaudible).  Yes, you have to

9    work at your success each and every single day.  I hate

10   to say it, success is not a part-time job.  And I really

11   wish it was.  Success is not a 40-hour work week.

12   Success is 24 hours a day, seven days a week, and it can

13   be exhausting.  If you're not willing to work at your

14   success each and every single day, if you're not willing

15   to push the law forward, learn something new, try

16   something new, get outside of your social environment,

17   then all you're doing is staying in that same, stagnant

18   insanity life doing the same thing over and over again

19   and expecting a different result.

20          But the sad part, Ella, is so many people only

21   see the after effects of success, meaning when somebody

22   has made millions and millions of dollars, has the nice

23   house, car, jets, but what most people don't ever look

24   at, analyze and realize is that five years prior, the 10

25   years prior, the 20-plus years prior, of that person

**PX 20**                          **FTC-MOBE-000615**

23

1    working their butt off each and every single day, of that

2    person having to sacrifice time with friends and family

3    or going out to the bar and getting drunk at night so

4    they could focus on their business, of that person being

5    told no, of that person having doors slammed in their

6    face, dealing with skeptical, negative people, telling

7    them they wouldn't make it.  But you know what's

8    different between wealthy, successful people and average,

9    normal, everyday people, is we kept working towards our

10   goals each and every single day, and we did not give up

11   no matter what.  How many of you would agree with me on

12   that statement?

13          Also, there's another great book I love to

14   read.  It's the number one best selling book of all time.

15   And what confirmed was this amazing, beautiful verse that

16   it has in there.  It says, faith without works is what?

17          GROUP:  Dead.

18          RUSSELL:  Dead.  Where is that written?

19          GROUP:  The bible.

20          RUSSELL:  The bible.  Did you know there's more

21   verses in the bible about money and finance than there is

22   love and relationships?  It's an actual working tool and

23   guide to your success.  Whether you choose to tap into

24   that messaging is totally, completely up to you.

25          Listen, whoever your higher power is in life,

**PX 20**                        **FTC-MOBE-000616**

24

1    whoever you choose that to be, I want you to live a

2    happy, prosperous life in all areas of your life.  But in

3    order to do that, you must be a good sower to yourself.

4    Being a good sower is planting seeds each and every

5    single day.  How we plant seeds in today's life

6    financially, planting a seed is reading a new book.

7    Planting a seed is obtaining new information.  Planting a

8    seed is getting education at workshops, just like you are

9    right now.  Planting a seed is getting around a new

10   social environment to take you to the next level in life.

11        Now, listen, you can plant all the seeds you

12   want in this world, but in order to have any type of

13   great financial crops, you must water those seeds.  How

14   do you water those seeds of today?  By taking action and

15   implementation each and every single day.  How many of

16   you agree with me on that statement?  Awesome.

17        How many of you in this room have 100 percent

18   faith and belief that you will become successful?  I

19   believe every single one of you in this room.  reason

20   being is if you didn't have that faith or belief in

21   yourself, you wouldn't have showed up here today first

22   and foremost.  So I want to congratulate each and every

23   single one of you, and I commend every single one of you

24   on taking that step of action and coming out here and

25   training with us here today.

**PX 20**                          FTC-MOBE-000617

25

1          Now, my second question is the biggest one.

2     How many of you in this room are willing to commit five

3     to 10 hours a week to work a proven system that can

4     generate you a guaranteed five, 10, $20,000 plus each and

5     every single month?

6          Now, I ask that question every single week, and

7     you know what, I get the same response.  A hundred

8     percent of the hands go up every single week.  But you

9     know what the sad part is?  The sad part is only about 40

10    percent of you in this room will actually change, take

11    action and make a decision here today.  Only 40 percent

12    of you in this room will actually take a step of action

13    and invest in yourselves.  The rest of you, you'll just

14    stand up and you'll walk right out that back door and

15    you'll go back to doing the same thing you've been doing

16    over and over again, expecting a different result.

17         What I'm going to empower all of you to do here

18    today is just to be open-=minded.  Think a little bit

19    differently than what you have in your past.  Whatever

20    your normal decision-making skills would be, try doing

21    the complete opposite.  If you normally would say no to

22    an opportunity, try saying yes and see what happens when

23    you put in the work and action.

24         Because, let's face it, you're only out here

25    for a few reasons today.  The first reason that you're

**PX 20**                    **FTC-MOBE-000618**

26

1    out here today is your life financially is not exactly

2    where you want it to be, and you need to generate more

3    income for yourself and family.  How many of you fit

4    under that umbrella?  Let me see your hands up nice and

5    high.  Pretty much every single person in this room.

6            Well, if that's you in this room today and you

7    want your life to change financially, what must you do

8    here today?

9            Change, take action, invest in your education.

10   Right?  Because if you don't change here today

11   completely, everything that you're doing, and you just

12   leave and you walk right out that back door, what's going

13   to change for you financially in your life?  Nothing.

14           So if you want to create change, this is up to

15   you to take that action.  Those that make that change

16   here today, I guarantee you from the bottom of my heart

17   you will have a better life financially than you've ever

18   had before.

19           Second reason that you're out here today is

20   you're a business owner, entrepreneur or internet

21   marketer and you're looking for ways to enhance what you

22   currently do online, and/or other revenue streams for

23   your business.  How many of you fit under that umbrella?

24   Let me see your hands.

25           Well, if you're a business owner and an

**PX 20**                    **FTC-MOBE-000619**

1    entrepreneur, at least the wealth, intelligent ones that

2    I work with like Kevin Harrington from Shark Tank, Robert

3    Kiyosaki, Rich Dad/Poor Dad, and many others, we all as

4    business owners know the most important thing we can do

5    as a business owner, like Warren Buffet has stated many a

6    time, is invest into ourselves.  Invest into our

7    education.  It's the best investment you ever can make.

8    And as business owners, you should all know that, again,

9    what worked in the market space five years ago doesn't

10   work today.  What works today is going to change.

11           And you've got to think of business just like

12   chess.  If you know how to play chess, you should be

13   thinking three to four moves ahead.  How do you get three

14   to four moves ahead?  By continuing your education.

15   Plus, for me and my associates and my network of

16   millionaires that I work and trained with, we spent on

17   average about $50,000 a year in our financial education

18   because we know it's always going to scale our business.

19   Plus, it's 100 percent tax deductible and a complete

20   business write-off and deduction for ourselves.

21           Now, today's training folks, this is basic

22   internet marketing training.  I mean, this is like

23   internet marketing 101.  Actually write this down.  This

24   is affiliate internet marketing 101.  Affiliate internet

25   marketing 101.

**PX 20**                    FTC-MOBE-000620

28

1           Now, what is affiliate internet marketing?  Why

2       affiliate internet marketing?  Well, let me ask you this

3       question first and foremost:  How many of you would agree

4       with me that the internet today is the quickest, fastest,

5       easiest way to start a business and generate an income

6       today?

7           A hundred percent without a shadow of a doubt.

8       I mean, there's more people making money online than ever

9       before in the history of the online world.  There's more

10      millionaires that have been created through the internet

11      than any other source of business that's out there today.

12      More stay-at-home moms are now able to generate an income

13      for their family due to the internet.  More people are

14      able to take vacations, travel the world, work from

15      anywhere in the world, because of the internet.

16          Do you know why we love the internet so much?

17      A few different reasons.  Number one, the internet is

18      open 24 hours a day, seven days a week, 365 days a year.

19      It's 100 percent -- write this down -- safe and secure.

20      You never have to open or close your doors.  How many of

21      you love that fact about the internet?

22          Also, what I love about the internet, it's a

23      global, international, world-wide business.  I'd much

24      rather be global than local.  How many of you'd rather be

25      global than local in this room?  Exactly.

**PX 20**                    FTC-MOBE-000621

29

1          Also, folks, what I love about the internet is

2     the internet has truly leveled the playing field for any

3     average person like me or you to start a business and

4     generate an income immediately.  The internet is 100

5     percent truly equal opportunity, meaning the internet

6     cannot discriminate against you.  The internet does not

7     know the color of your skin, does not your age, does not

8     know your religious beliefs, male, female, your sexual

9     preferences, if you've been arrested before.  Anyone can

10    make money online from anywhere in the world.  How many

11    of you love that fact about the internet?

12          So nobody can use that as their crutch for not

13    becoming successful.  But so many people have this

14    misconception and false reality that in order to be

15    successful on the internet you've got to have your own

16    products, your own websites, your own goods (inaudible).

17    I'm here to tell you today that's 100 percent false,

18    inaccurate and not true.  You do not need your own

19    websites to be successful on the internet.  You do not

20    need your own products, goods or services to be

21    successful on the internet.

22          I actually highly recommend you don't have your

23    own products, goods and services.  Why would you want to

24    have a bunch of products, goods and services?  So you can

25    outlay a ton of cash and capital on a product that may or

**PX 20**                          FTC-MOBE-000622

1   may not work, so you can have to manage and deal with

2   inventory and overhead, so you can have to start to hire

3   and manage people?  Folks, I don't want that in my life.

4   I want a business -- write this down -- that is stress-

5   free and risk-free.  Stress-free and risk-free.

6          How do we do that?  Well, I do it this way:  I

7   market other people's products online and get paid a

8   commission and go to bed at night.  How many of you love

9   that way of making money online?  It's 100 percent the

10  quickest, fastest, easiest, guaranteed way to generate

11  $5, $10, $20,000 a month.

12         Now, let me break down affiliate marketing in a

13  layman's (inaudible) for all of you right now.  Let's say

14  Naomi here had a website, and on her website she has a

15  product, a good and a service for sale.  Now, me, I'm

16  what you call an affiliate marketer.  That's what I'm

17  going to train all of you to successfully become.

18         What that means is I could start marketing

19  Bianca's website.  I could start placing basic, simple,

20  proven ads all over the internet, and I can start

21  generating traffic and sending traffic to her website.

22         Now, every time I send somebody to her website

23  and they buy, I get paid what's called an affiliate

24  commission.  Write this down.  Affiliate commission

25  (inaudible) from 3 percent on a low end, 3 percent on a

**PX 20**                    **FTC-MOBE-000623**

31

1   low end, all the way up to 98 percent in affiliate

2   commissions.  Three percent all the way up to 98 percent

3   of affiliate commissions.

4          Now, one of our biggest goals that we're going

5   to teach you how to do in our three-day training that we

6   have coming back out here to your global market area is

7   we're going to teach you for three days, first and

8   foremost how to properly and effectively market online.

9          Second thing we're going to teach you how to do

10  is how to market proven products that generates

11  guaranteed returns.  Proven products that generate

12  guaranteed returns.  Then what are the right products to

13  promote that will pay you the highest amount in affiliate

14  commissions?  What are the right products to promote that

15  will pay you the highest amount in affiliate commission?

16         Why?  Well, nowadays you can become an

17  affiliate of practically every company out there.  Almost

18  every major corporation, middle business, small business,

19  has an affiliate component and aspect to it, where we can

20  start marketing for them right now here today, and in 24

21  to 48 hours start putting cash in our bank account.

22         For example, we could become an affiliate of

23  Amazon.com.  All of you in this room have heard of

24  Amazon, and I'm sure all of you in this room have bought

25  products from Amazon.com.

**PX 20**                    **FTC-MOBE-000624**

1          Now, we can start marketing for Amazon right

2     now as we're speaking here in this room.  However, what

3     is the average percentage Amazon pays in affiliate

4     commissions?  What's the average percentage Amazon pays?

5          UNIDENTIFIED FEMALE:  Three percent.

6          UNIDENTIFIED MALE:  Five percent.

7          UNIDENTIFIED FEMALE:  Three percent.

8          RUSSELL:  Correct.  Three percent.  So that

9     means when you market a product for $100, you're making a

10    whopping $3.  Sorry, I'm not going to waste my time, your

11    time, energy and effort marketing a product for $100

12    where I only can make $3.  I mean, we could go in front a

13    gas station and panhandle $3 in a matter of three

14    minutes.  Why would I waste your time, energy and effort

15    doing it?

16         But so many people get sucked into these

17    websites every single day.  So many people run to Amazon

18    and think it's going to be easy and they're going to get

19    rich quick overnight and they're going to make millions

20    of dollars.

21         First and foremost, let me tell you this,

22    folks:  There is no get rick quick scheme out there.  If

23    you're looking for it, stop.  It does not exist.  If you

24    think we are a get rich quick scheme, I hate to burst

25    your bubble.  We are not a get rick quick scheme.  We are

**PX 20**          **FTC-MOBE-000625**

33

```
 1        a post-secondary education company that will teach you a
 2        proven system of how to market online where you can
 3        generate a guaranteed five, ten, 20,000 a month.
 4        However, you must work that proven system.  How many of
 5        you understand and comprehend what I just said?  Perfect.
 6        I like to make it crystal clear for everybody that's out
 7        here.
 8               So so many people run to Amazon thinking
 9        they're going to make a ton of money and get rich quick
10        overnight.  And you know what the sad part is, is about
11        98 percent or more never make one penny as an Amazon
12        affiliate.  And here's why:  It bypasses the whole
13        affiliate component and aspect of (inaudible).  What do I
14        mean by that?  In order for you to get paid as an
15        affiliate marketer, the customer and/or client must click
16        on your advertisement.  That's how we identify and know
17        to pay you your affiliate commissions.  And I guarantee
18        you none of you in this room have ever went and clicked
19        on an ad (inaudible) from Amazon.com.  If you buy a
20        product from Amazon, where do you go?
21               UNIDENTIFIED SPEAKER:  (Inaudible).
22               RUSSELL:  Duh.  So it bypasses the whole
23        affiliate component and aspect of you making any money
24        whatsoever.  So that's why one of our biggest goals that
25        we're going to teach you how to do at our three-day
```

**PX 20**                              FTC-MOBE-000626

34

1    training is we're going to teach you what are the right

2    products to promote that -- again, write this down -- are

3    proven to generate guaranteed returns, proven to generate

4    guaranteed returns, and will pay you the highest amount

5    in affiliate commissions.

6          Yes, we do have a three-day training where we

7    come back out here to your local market area and we teach

8    for three days how to market online.  We show you our

9    exact proven systems, techniques and strategies on how

10   you can generate a guaranteed five, 10, 20,000 plus each

11   and every month.  How many of you knew coming out here

12   today we're going to offer you or sell you something here

13   today?  Well, I'm not going to let you down, folks.  All

14   right?  I mean, you're all bright, wealth, intelligent

15   people.  You get it.  You've been to a workshop before.

16   You know how this works.  I like to let all my students

17   know up front what we have here to offer.  This way you

18   can digest the information and you can make an educated

19   decision on what's best for you and your family.

20         So as I move through this presentation here

21   today and you know internet marketing is something that

22   you want to do, and you already know that because that's

23   why you came out here today, if you're committed to make

24   a change in your life financially and better your life

25   financially, what you already know because you all raised

PX 20                            FTC-MOBE-000627

35

1    your hands saying, yes, I want to do that.  If you're

2    ready to make a change and generate a guaranteed five,

3    10, 20,000 plus each and every single month, then in just

4    a few moments I'm going to show you how you can be one of

5    the select few qualified individuals that can work with

6    us on an intimate, aggressive level right here in your

7    local market space and area.

8         Now, the three-day training, folks, here's what

9    we're going to go over at the three-day training, and I'd

10   write this down.  Number one, we're going to go over the

11   power of imagery in your advertising, the power of

12   imagery -- and my apologies on the microphone -- the

13   power of imagery in your advertisement.

14        Did you know that image in your advertisement

15   makes up for about 95 percent of the difference of

16   somebody (inaudible) to even look and/or click on your

17   advertisement?  So in our training, we need to teach you

18   about the power and the psychology of imagery, the power

19   of negative imagery versus positive imagery.  What draws

20   that person in?  It's what starts to paint the picture

21   and tell the story for the product that you're promoting.

22   It's like that old saying, a picture is worth a what?

23        GROUP RESPONSE:  A thousand words.

24        RUSSELL:  Thousand words, right?  In the

25   internet marketing world, an image is worth thousands of

**PX 20**                    **FTC-MOBE-000628**

1     dollars.  Then what we're going to go over is what are

2     the three key bullet points you must have in your

3     advertisement to get somebody to take action and click on

4     your advertisement.

5          So many amateur internet marketers that have

6     not been trained and educated by us always put too much

7     information in their advertisement or they give the

8     entire offer away in their advert or advertisement.  The

9     whole point of an advertisement is to keep the person

10    wanting more, to get the person to take action and click

11    on your advertisement.

12         So we plan to teach you about the psychology of

13    verbiage in your advertisement.  What psychology and what

14    verbiage will you use to get that person to tick, take

15    action and click, on your advertisement.  Then we're

16    going to go over the power of social media marketing.  I

17    mean, social media marketing is one of the most powerful

18    ways to market a business nowadays.  How many of you'd

19    agree with me on that statement?  Not because the average

20    person checks their social medica five to six times every

21    single day.  It's because of what I call -- write this

22    down -- targeting.  You can target and go after the exact

23    person you want to buy your products, goods and services,

24    your exact customer, meaning if I want to market, let's

25    say, to a female audience and women and women only, in

**PX 20**                    **FTC-MOBE-000629**

37

1    social media I can set a parameter where my advertisement

2    will only pop up on women's social media.

3            If I want to market to men and men only, I can

4    do that.  If I want to market to an age demographic,

5    let's say people from 35 years old all the way up to 47

6    years old, I can set a parameter where my advertisement

7    will only pop up on people's computers that fit in that

8    age category.

9            If I want to market to an occupation, doctors,

10   lawyers, school teachers, bus drivers, retail sales, I

11   can do that.  If I want to market to an education

12   background, associates, bachelors, masters, doctorates

13   degrees I can do that.

14           If I want to market to an income or household

15   income, $50,000, $100,000, $200,000 a year, I can do

16   that.  If I want to market to hobbies, sports, likes,

17   interests, I can do that.

18           If I want to market just to people that live in

19   the zip code that we're sitting in right now, I can

20   literally put in the zip code of this hotel and my advert

21   will only pop up on people's computers that live in that

22   zip code.  How many of you think that's just absolutely

23   amazing?

24           It's completely short-cutting the process for

25   our success, because years ago online what you had to do

38

1    is you were marketing to anyone and everyone, and only

2    about 10 percent of the people were actually your client

3    and customer.  Now you can focus 100 percent of your

4    efforts, 100 percent of the time, on your client.

5             So in our training, we're going to teach you

6    about the ins and outs of social media marketing.  Then

7    we're going to go over what is the right product to

8    promote that, again, is proven to generate guaranteed

9    returns.  And what products will pay you the highest

10   amount in affiliate commissions.

11            MOBE has created a secret vault of over 250

12   proven products that can generate guaranteed returns.

13   How many of you want access to that secret vault of

14   products?  Awesome.  Those of you that get educated with

15   us today will have 100 percent access.

16            Then we're going to go over how you generate

17   repeat business, repeat buyers, repeat customers, repeat

18   revenue online.  Do you know 60 percent or more of most

19   businesses out there, successful businesses, 60 percent

20   or more of their revenue is dependent on repeat business,

21   repeat buyers and repeat customers.  Look at your local

22   grocery stores, gas station, nail salon, hair salon,

23   barber shop, Amazon, all -- they all depend on what?

24   Repeat business, repeat buyers, repeat customers.

25            How will we do that properly and effectively in

**PX 20**                    **FTC-MOBE-000631**

1    the online world?  Write this down, e-mail marketing.  E-

2    mail marketing is the quickest, fastest, guaranteed sure-

3    fire way to generate five, 10, 20,000 plus each and every

4    single month on a consistent, continual basis.

5         Independent outside research studies have shown

6    for every name you have on your e-mail list, you should

7    be making an average of $1 per month, per name.  One

8    dollar per month, per name.  And in our three-day

9    training, we're going to show how in five to six months

10   you could have a list of 5,000 to 10,000 people plus on

11   your list.

12        If you had 10,000 people on your list, how much

13   money should you be making each month?

14        GROUP RESPONSE:  Ten thousand dollars.

15        RUSSELL:  Ten thousand a month, correct.  Now,

16   does that mean all 10,000 people spend a dollar with you?

17   No, it's an average.  Just for the sake and simplicity of

18   math, you could have e-mailed an offer to your list that

19   month for a $1,000 profit.  Ten people bought it, you

20   just generated $10,000.  How many of you want to learn

21   more about e-mail marketing?  It's the quickest, fastest,

22   guaranteed sure-fire way to generate five, 10, 20,000 a

23   month.  Prove this right here to show you.  How many of

24   you in this room have been e-mail marketed to before?

25   Let me see your hands?  Why?  Because it works.  So in

**PX 20**          **FTC-MOBE-000632**