1    our three-day training, we're going to teach you about

2    that.

3         So for those of you that want to get -- those

4    of you that know today you want to take action, you want

5    to invest into your education, you're ready to make a

6    change, you're ready to generate a guaranteed five, 10,

7    20,000 (inaudible) I'm going to show you how you can be

8    one of the select few to qualify to work with us on a

9    very aggressive level right here in your local market

10   space and area.

11        Now, the tuition investment for our three-day

12   training -- I want you to write this down -- the tuition

13   investment is $997.  Nine hundred and ninety-seven

14   dollars.  And that's really not a lot of money at all,

15   and we guarantee you can get that back in 30 days

16   following our proven system of techniques and strategies.

17        So as I go through this training here today,

18   and you already know internet marketing is what you want

19   to do, you're ready to make a change in your life

20   financially, you're ready to do something different,

21   you're ready and committed to generate a guaranteed five,

22   10, 20,000 (inaudible) right now or at any time, what I'd

23   highly recommend you do right now is just stand up, walk

24   to that black table, secure your spot and get a

25   (inaudible) tell you right now because I cannot take

**PX 20**                    **FTC-MOBE-000633**

1    every single one of you in this room to that three-day

2    training.  Even though I'd love to, I can't.

3              Our research and studies have shown the more

4    intimate our class sizes are, the better overall

5    (inaudible).  So it's going to be by a first-come, first

6    -serve basis here today.  So if you know internet

7    marketing is what you want to do, you're ready to make a

8    change and you're committed to your success and your

9    family's -- and, again, I highly recommend right now or

10   at any time is just stand up, walk to that back table,

11   secure your spot (inaudible) because we will (inaudible)

12   quickly and I don't want you to lose out on the

13   opportunity.

14             Also, our reward action takers, those of you

15   that take action first, I reward heavily.  I reward

16   leaders in life.  I reward people that want to make a

17   change.  Why?  Because my millionaire mentor told me,

18   Russ, reward people that take action and make a change in

19   their life and are taking a leap of faith.  He said,

20   Russell, most people have been rewarded negatively in

21   life.  How many of you would agree with me on that

22   statement?  So what I'd like to do is I would like to

23   reward people (inaudible).  Those of you that take action

24   and invest in your education first, I have thousands of

25   dollars in bonuses that I give along with that three-day

42

1      training here today.  But those bonuses are very, very

2      limited and it's by a first-come, first-serve basis.  So

3      if you want to secure your spot, you want to secure those

4      bonuses, I highly recommend you go to the back

5      (inaudible) $997.  If that's what's holding you back from

6      getting (inaudible) do not let that hold you back.  If

7      you will not invest $997 here today, you're going to get

8      a huge discount just for coming out here today.  But in

9      order to receive the discount, what you must do right now

10     is stand up, walk to the back and ask for a discount.  I

11     don't give it away up front.  Why?  I want to work with

12     people that are serious, not curious.  Serious people

13     know what they want and go after it.  Serious people take

14     action and invest in themselves.  Curious people stay

15     sitting on their ass waiting for the same thing to happen

16     and the same thing will (inaudible).

17            So, folks, I never make (inaudible) by taking

18     action (inaudible).

19            UNIDENTIFIED FEMALE:  If you're looking for the

20     discount, just go right back there.  There's still more

21     training left, so if you're not interested in the

22     discount now, just sit down and (inaudible).

23            RUSSELL:  (Inaudible) Laura, give --

24            UNIDENTIFIED MALE:  Laura, come here.

25            RUSSELL:  (Inaudible).  So let me stop

**PX 20**                    **FTC-MOBE-000635**

43

1        (inaudible) that I (inaudible).

2                    **(The recording was concluded.)**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 20**                    **FTC-MOBE-000636**

44

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, George Quade, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or digital

7       recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of this

9       material; and that it has been transcribed to the best of

10      my ability given the quality and clarity of the recording

11      media.

12             I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were transcribed;

15      and further, that I am not a relative or employee of any

16      attorney or counsel employed by the parties hereto, nor

17      financially or otherwise interested in the outcome of the

18      action.

19

20

21      DATE:  4/25/2017

22                                    GEORGE QUADE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 20**                    **FTC-MOBE-000637**

# Exhibit E

**FTC-MOBE-000638**



---

## APPLICATION Was Submitted Successfully!!!

---

**Work From Home Org.** <admin@theinternetincomereport.com>                    Fri, Apr 27, 2018 at 7:54 AM
To:

Congratulations!

Your application was successful and approved.

To enter your details and activate your account

==>>**GO HERE NOW**<<==

Talk soon!!.

2301 Bicetown Road
New York, NY NY 10013
USA

Unsubscr be | Change Subscriber Options

# Exhibit F

FTC-MOBE-000640



# Discover How A War Veteran Uncovered The Secret To Earning Up To $3,300/day From His Sweat-box Living Quarters In Afghanistan.

## Copy his secret and you can too. It's much easier than you think.

---

## We are confident anyone can make money using this powerful system.

⭐ **Fast**—Discover how to start earning money immediately!

⭐ **Simple**—It's as easy as copy and paste! No experience required!

⭐ **Fun**—Work when & where you want … just 60 minutes per day will get you started!

⭐ **Limited availability—apply now!**

## Top Secret FREE Video Reveals Strategy For Limited Time!

### Enter your best email and watch now!

Enter your email address

**PX 20**

**FTC-MOBE-000641**

# Here are just a handful of the people whose lives
# have changed by working the system.

There's John Chow who has been at it for a couple years and earned over $2 million!



**PX 20**

FTC-MOBE-000642

… and Michelle and Bill who have earned a whopping $848,002.



Now, admittedly John is a blogger and Michelle and Bill had some online marketing experience.

**But this works for regular people too.**

Like Ernest Lim, from Sydney Australia, who has earned $50,236.78.



And then there's Adeline—a complete "newbie" who has made $207,635.



Here's Debra–a former schoolteacher—who has been able to retire early after earning $72,284.



And one of my favorites …

Frank, who has been able to make money with PFS even though he's 85 years old!

**PX 20**          **FTC-MOBE-000644**

With PFS you can live without 'money worries' for the rest of your life.



Results shown are not typical. See typical results here.

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2018—Patriot Funnel System · **Terms & Conditions** · **Income Disclosure** · **Privacy Policy** ·
**Support**

PX 20

FTC-MOBE-000645



# MY OWN BUSINESS EDUCATION, LTD. ("MOBE")

**ACCEPTANCE OF TERMS THROUGH USE**

By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to these Terms and Conditions please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.

YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.

**LICENSE TO USE THIS SITE**

Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted

**PX 20**

**FTC-MOBE-000646**

herein are fully reserved by MOBE, its advertisers and licensors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.

## LICENSE RESTRICTIONS USE

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

## SECURITY

You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying (**privacy@mobe.com**) MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party.

You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

## EXPORT

You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site, and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws and/or without all required U.S. and foreign government licenses.

## GOVERNMENT USE

If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompany documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995. Unpublished rights reserved under the copyright laws of the United States.

**ERRORS AND CORRECTIONS**

While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

**LINKS TO OTHER WEBSITES**

Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for, and undertake to maintain, their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

**USER'S LICENSE GRANT TO SITE**

Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge

**PX 20**

FTC-MOBE-000648

that you are fully responsible for the message, including its legality, reliability, appropriateness, originality and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

**USER CONDUCT**

By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:

**1** is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies.

**2** infringes any patent, trademark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;

**3** constitutes unauthorized or unsolicited advertising, junk or bulk email (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

**4** contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any  software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or

**5** impersonates any person or entity, including any employee or representative of this site, its licensors or advertisers.

You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.

You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent.

This site generally does not pre-screen, monitor, or edit the content posted by users of this site. However, this

**PX 20**

**FTC-MOBE-000649**

site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, damages or results, in removing such content.

You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation of these Rules and/or for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

## INTELLECTUAL PROPERTY RIGHTS

1. *Copyright*

The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws, ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.

2. *Trademark*

MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited. Use of a MOBE Trademark or other logo without permission may result in termination of the Consultant's relationship.

## THIRD PARTY SITES

You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of the site by MOBE, its advertisers or licensors, any association with its operators and is provided solely for your convenience. You agree that MOBE and its licensors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

## REFUNDS

MOBE offers a thirty-day, money back guarantee on certain products. You should review the product or service agreements for your purchase to determine what refunds are offered, if any. Mastermind event purchases are non-refundable, and once three business days has passed from the time of the Mastermind event purchase all sales are final. Attendance at any live event also preempts any refund period, so once you have entered a live event all sales are final. All subscription fees are nonrefundable as the benefits of the service are realized immediately upon payment. MOBE complies with all local laws and regulations so refunds may be offered for longer periods where necessary.

## DISCLAIMER OF WARRANTIES

MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site, or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE, advertisers and/or its licensors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct; that this site will be available at any particular time or location; that any defects or errors will be corrected; or that the contents of any information

**PX 20**

FTC-MOBE-000651

received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

## LIMITATION OF LIABILITY

Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strict liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

## INDEMNIFICATION

You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site, or any violation of this Agreement. MOBE reserves the right, at it own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses

## LEGAL COMPLIANCE

MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the User's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**PX 20**                    **FTC-MOBE-000652**

## DISPUTE RESOLUTION & BINDING ARBITRATION

USER AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO
INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Agreement dispute the terms, application of the terms of this agreement, or
performance hereunder, the parties hereto agree to submit all disputes to binding arbitration governed by the
American Arbitration Association and under the Commercial Rules. A single arbitrator will oversee the
arbitration. The arbitrator only has authority to award contract damages, and does not have authority to award
any punitive, special or consequential damages. User and MOBE agree that all hearings will be held
telephonically. Such arbitration will be final and binding on MOBE and User and judgment upon any award
rendered may be entered in any court having jurisdiction therefor. Each Party's Attorneys fees will be paid by
the respective party. The parties will pay all costs related to the arbitration equally.

## CHOICE OF LAW AND FORUM

This site (excluding third party linked sites) is controlled by MOBE from its offices within Malaysia. It can be
accessed from all countries around the world to the extent permitted by site. As each of these places has laws
that may differ from Malaysia, by assessing this site, both you and MOBE agree that the statutes and laws of
Malaysia shall apply to any actions or claims arising out of or in relation to this Agreement or your use of this
site, without regards to conflicts of laws principles thereof. You and MOBE also agree and hereby submit to
the filing of any claim only in the exclusive personal jurisdiction and venue of Malaysia and any legal
proceedings shall be conducted in English. MOBE makes no representation that materials on this site are
appropriate or available for use in other locations, and accessing them from territories where their contents are
illegal is prohibited.

## RECURRING TRANSACTIONS

Certain products are sold as a monthly service and the recurring monthly fee is clearly noted on the individual
product page.  If you purchase a product with a recurring charge, the first month is delivered upon purchase.
Following months will automatically be billed to your credit card beginning 30 days after this purchase, and
on the same date each month thereafter until canceled. There is no long-term contract.  You are free to cancel
the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice

FTC-MOBE-000653

before the next re-billing.

**BANK CARD STATEMENTS**

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:

1) MOBE.COM

2) MOBEORDER.COM

3) MOBEHELP.COM

4) We Sell Good Traffic

5) AW*mobemarketplace60321811241

6) mobe.com18446623787 GE

**MISCELLANEOUS**

This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law.

**COMPANY ADDRESSES**

MOBE, Ltd. Soho Suites at KLCC B1-28-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia

MOBE Processing.com, Inc. 13506 Summerport Village Parkway, Windermere, Florida 34786

MOBE Pro, Ltd. Third Floor, 207 Regent Street, London W1B 3HH

MOBE Online, Ltd. 54 Wellington Street Rose-Hill Mauritius

This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.

**PX 20**                    **FTC-MOBE-000654**

Case 6:18-cv-00862-RBD-DCI    Document 3-34    Filed 06/04/18    Page 23 of 166 PageID 751

MOBE Ltd. | All Rights Reserved.

Exhibit F - Page 15 of 24

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2018—Patriot Funnel System · **Terms & Conditions** · **Income Disclosure** · **Privacy Policy** · **Support**

**PX 20**

FTC-MOBE-000655



MOBE owns multiple trademarks and branded offerings, such as: Internet Funnel Systems, 45 Minute Paydays and My Top Tier Business.

MOBE's goal is to be the #1 Training Resource For Small Business Owners and Entrepreneurs In The World. To achieve that goal, MOBE has recruited some of the top business trainers in the world, as well as a strong corporate team of talent strategically located around the world. We have also built one of the top affiliate programs in our industry, where MOBE Consultants can earn commissions from the sales of our products, services and live events.

MOBE pays commissions in accordance with our compensation plan, located **HERE**. The MOBE Compensation Plan is an exciting opportunity that rewards you for selling Small Business Training Resources to customers. You can also benefit by sponsoring other participants who can do the same. Although the opportunity is unlimited, individual results will vary depending on the commitment levels and sales and marketing skills of each participant. This page contains detailed income statistics. The average Active MOBE Consultant generates less than $700 per year in commissions. Although, it should be noted that the majority of Consultants do not place ads to consistently promote programs for longer than 1 month. The "average" Consultant also does not finish the 21 Step training program, and fails to even attend the weekly training webinars. The average Consultant does not appear to take it seriously and does next to nothing to promote the commissionable programs. Do not become an average Consultant. Make sure you do not turn into a statistic, by completing all of the training steps, as well as attending all of the weekly training calls.

Some Consultants within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. We are excited about the income potential the MOBE Compensation Plan offers.

We always suggest that you discuss your business goals with your professional advisors. Prior to joining

**PX 20**

FTC-MOBE-000656

MOBE as a Consultant you should also discuss affiliate marketing with experienced affiliate marketers before deciding to promote any products, trainings, or services available through MOBE.

MOBE has no knowledge of your individual business experience or expertise. MOBE does not guarantee that you will make any money from your use or promotion of our business training products, trainings and services.

The following chart represents the past 12 months and includes data for everyone who joined any affiliate related program, no matter whether they promoted or not (many exhibited no marketing activity whatsoever). The chart does not include any income generated outside of the MOBE Compensation Plan or from their own businesses. In an attempt to provide transparency we have included the high, low and average monthly incomes in each income level as well as the annualized average income. We will update this chart annually.

### INCOME STATISTICS FROM DECEMBER 2016 TO NOVEMBER 2017

| Monthly Income Level | % of All Consultants* | Monthly Income | | | Annualized Ave |
|---|---|---|---|---|---|
| | | High | Low | Average | |
| $25,000 + | 1.50% | $589,652 | $117,497 | $212,570 | $1,409,961 |
| $10,000 − $24,999 | 1.83% | $20,651 | $10,751 | $14,563 | $174,755 |
| $5,000 − $9,999 | 2.50% | $9,351 | $5,017 | $6,894 | $82,726 |
| $2,500 − $4,999 | 3.99% | $4,932 | $2,571 | $3,308 | $39,693 |
| $1,000 − $2,499 | 9.07% | $2,488 | $1,014 | $1,655 | $19,865 |
| $500 − $999 | 8.65% | $992 | $502 | $697 | $8,367 |
| $250 − $499 | 9.98% | $500 | $251 | $350 | $4,206 |
| $0 − $249 | 62.48% | $248 | $0 | $61 | $732 |

* A Consultant is someone who has signed up to be an affiliate and maintains the $19.95 per month affiliate subscription fee. All figures are in US dollars.

## PX 20

FTC-MOBE-000657

Affiliate marketing is just like any business. It takes hard work to make substantial income. Affiliate marketing is no different. Some affiliates make no money at all.

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2018—Patriot Funnel System · **Terms & Conditions** · **Income Disclosure** · **Privacy Policy** ·
**Support**

**PX 20**          **FTC-MOBE-000658**



# Our Commitment to Privacy

Our Privacy Policy has been developed as an extension of our commitment to combine quality products and services with integrity in dealing with users. The Policy is designed to assist you in the understanding of how we collect, use and protect the personal information provided to us.

# What Information Do We Collect?

When you visit our site, we collect two types of information: personal information you actively choose to disclose ("Active Information") and Use.

information collected, in a way not visible to you, on an aggregate anonymous basis as you and other users browse our site ("Passive Information").

## 1. Personally Identifiable Information

This refers to information that lets us know specifically about you i.e. profile information.

### A. Registration

When you register to become an authorized reseller of our products or services, we will collect Personally Identifiable Information (such as name, address, email address, and telephone number). This Personally Identifiable Information is securely stored and may be accessed on our website. You are assigned an identification number and select your own password – both are needed to enter the Site and to access your Contact Information. Please safeguard your password in a secure location as we are not responsible for breaches into the system when access is willingly provided.

**PX 20**                          **FTC-MOBE-000659**

# B. Ordering

When you place an order for products or services, we collect Personally Identifiable Information (such as name, contact and billing information, credit card, and other transactional information). We use this information to deliver your order, process payment, and to communicate the status of your order.

# C. Credit Card Storage

Credit card information collected at registration or for product orders is used only to process payment for the transaction and, generally, is not retained on our Site. However, you may voluntarily elect to securely store multiple credit cards to be used for product orders.

# D. Surveys and Promotions

Occasionally, you may voluntarily provide Personally Identifiable Information to complete surveys and questionnaires or to participate in user polls. We use this information to improve our products and services and to ensure that we're providing accurate disclosures. We may also use your Personally Identifiable Information to provide you newsletters and other marketing information that coincide with your preferences. You may customize your marketing preferences, or let us know if you do not wish to receive any promotional materials, by adjusting your Subscriptions & Email options on the Site.

# 2. Aggregate Information

This refers to information that does not, by itself, identify you as a specific individual. Such information would include the Uniform Resource Locator ("URL") of the website that referred you to our Site, your Internet Protocol ("IP") address (a number automatically assigned to your computer whenever you surf the web), your operating system and browser type, and any search terms that you enter on our Site. Our web server aggregates this information in order to monitor the level of activity on our Site, evaluate its effectiveness, and improve the content or our Site in order to make your visit an easy and enjoyable experience.We may collect, compile, store, publish, promote, report, or otherwise disclose or use any Aggregate Information, provided that such information does not personally identify you. We do not correlate any Personally Identifiable Information with the Aggregate Information that we collect on our Site. If we do correlate any Aggregate Information to you, it will be protected like any other Personally Identifiable

**PX 20**

**FTC-MOBE-000660**

Information under this Privacy Statement.

# Active Information You Choose to Provide

In order to gain use of the site (become a "user"), we require you to disclose the following information: Name, Address and Phone NumberWe use secure socket layer (SSL) encryption to protect the transmission of the information you submit to us when you use our secure online forms. The information you provide to us is stored securely.

# Passive Information Collected

**What is a Cookie?**

Cookies are a feature of web browser software that allows web servers to recognize the computer used to access a site. They are small pieces of data stored by a user's browser to simplify subsequent interactions with the site. This makes it easier for a user to move from site to site and to complete transactions over the Internet. Cookies should make your online experience easier and more personalized.Our site utilizes cookies to collect information about how our site is used. Passive Information gathered may include the date and time of visits, the site pages viewed, time spent at our site, the sites visited just before and just after visiting our site. If you do not wish to transmit "cookie" information about yourself, you may turn off the cookie function in your web browser.Our site's servers also automatically identify your computer by its Internet Protocol address, which is a unique string of numbers that are assigned to your computer by your Internet Service Provider. The IP address may be used to address problems with our server or to gather broad demographic information about our users. We passively collect your IP Address.

# How Do We Use the Information Collected?

Broadly speaking, persons we employ directly, or as contractors or agents at our direction use Active Information for purposes of administering our business activities, providing customer support and making available other products or services we think might be of interest to our users. We may use the Active Information or Passive Information you provide to contact you about various changes to our site, new services, features or products we offer. If at any time you do not wish to receive such information, you may

**PX 20**                    **FTC-MOBE-000661**

"opt-out" of doing so by adjusting your email settings in the back office of the website. We use Passive Information to gather information about our users and to enhance our site to make it easier, faster and friendlier for users. Additionally, cookies help us better understand the usage pattern of the people that visit our site, which helps us improve our services. Passive Information may result in your viewing of particular advertising based on your user habits.

# Your Information In Relation to Others We Link To

You might be able to access other websites through our site via hyperlinks. When you do so, you are subjecting yourself to their privacy policies and data collection. Please read the privacy policies of those sites to ensure you agree with the terms before using such sites.

# Sharing Information with Advertisers or Other Third Parties

We may disclose anonymous information about user habits to advertisers on our site. The parties who perform services for us (credit card processors, merchant bank, Internet Service Provider) may also have access to your information in performing such services. Should we buy or sell assets of our company, another company may need to review our company's assets, which might include your information, to make business decisions as to whether to acquire such assets.

# Sharing Information with the Government or As Otherwise Required by Law

We may be required by subpoena, law or government agency to disclose both Active and Passive Information you have provided to us.

# How Do We Secure Active Information and Passive Information?

We secure your personal information submitted by you by using reasonable efforts to prevent unauthorized access or disclosure, or accidental loss of Active and Passive Information. Individual postings on this site and other communications to our office via email or standard mail may not be secure unless we advise you that

**PX 20**

FTC-MOBE-000662

security measures are in place prior to your submission of information. Therefore, if you choose to communicate with us through these means, you are assuming the risk of doing so and we respectfully request that you do not send or post sensitive information through these means.

# Accessing and Correcting Your Information

We take reasonable measures to ensure that any Personally Identifiable Information we collect on our Site is accurate, current, complete, and reliable for its intended use. If you wish to update or otherwise correct Personally Identifiable Information provided to us, you may edit your information online.

# Protecting Your Information

We acknowledge your trust and are committed to take reasonable steps to protect Personally Identifiable Information provided from loss, misuse, and unauthorized access. We employ physical, electronic, and managerial processes to safeguard and secure your information.It is your responsibility to safeguard the password you use to access our Site and to promptly advise us if you ever suspect that your password has been compromised. We strongly encourage you to change your password regularly to prevent unauthorized access. Because your identification number and password are specific to you, you acknowledge sole responsibility for any and all use of our Site conducted with your identification number and password.

# Links to Other Websites

Links to third-party websites may be provided solely for your information and convenience or to provide additional shopping for various other goods and services through our Merchant and Services Partners. If you use these links, you will leave our Site. This Privacy Statement does not cover the information practices of those websites nor do we control their content or privacy policies. We suggest that you carefully review the privacy policies of each site you visit.

Children's Privacy Protection We take special care to protect the privacy needs of children and encourage parents to be an active participant in their child's online activities. Our Site does not target and is not intended for children under the age of 18, and we will not knowingly collect Personally Identifiable Information from

them. If we discover personal data from a child through our site, we will eliminate that data. You may learn more about protecting children's privacy online by visiting:

http://www.ftc.gov/bcp/edu/pubs/consumer/tech/tec08.shtm.

Changes to This Statement Any updates or changes to the terms of this Privacy Statement will be posted on our Site and the date of the newest version posted below. Please check back frequently, especially before you submit any Personally Identifiable Information at our Site, to see if this Privacy Statement has changed. By using our Site, you acknowledge acceptance of this Privacy Statement in effect at the time of use.

YOUR USE OF OUR SITE MEANS THAT YOU ACCEPT THE PRACTICES SET FORTH IN THIS POLICY. YOUR CONTINUED USE INDICATES YOUR AGREEMENT TO THE CHANGES.

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2018—Patriot Funnel System · **Terms & Conditions** · **Income Disclosure** · **Privacy Policy** · **Support**

# PX 20

**FTC-MOBE-000664**

# Exhibit G

**PX 20**

**FTC-MOBE-000665**

**Domains Registered to MOBE, Ltd.**

17minsonly.co
mailer-myonlinebusinessempire.com
mytoptierbusiness.com
seventeenminutesonly.co
unstoppableentrepreneur-bonus.com
getmobenow.com
thehiddentruthrevealed.com
mobe-mail.com
partnerwithmattlloyd.com
freebonusaccess39.com
freebonusaccess43.com
freebonusaccess46.com
dhp.host
freebonusaccess38.com
freebonusaccess41.com
freebonusaccess42.com
freebonusaccess44.com
freebonusaccess45.com
freebonusaccess47.com
mobepages.com
bigticketaffiliatemarketing.com
imfreedomworkshop.com
moberotator.com
patriotfunnelsystem.com
wesellclicks.com
getstartedinmttb.com
mobe.help
mobe.tv
mobedns.com
mobefaststart.com
mobemarketingsystem.com
dailypowerupcall.com
fastlanetobigprofits.com
mobeoptout.com
mobetalent.com
mobeunsubscribe.com
mattlloyd.tv
mobe100.com
webinarconferencemeetings.com
mobe.diamonds
superchargevip.com
freebonusaccess25.com
mobeaffiliatesupport.com
mobeoffice.com
freebonusaccess.com
getbonusaccess4.com
workwithmattlloyd.com
17minutesonly.com
mttbsystem.com
myemailmarketingempire.com
mobephoto.com
17minutesonly.co

angiefernandes.com
freebonusaccess28.com
mobe.com
mobetrainings.com
freebonusaccess26.com
freebonusaccess27.com
teamupwithmattlloyd.com
mobenetwork.com
mobeprocessing.com
connieandbobbyrhea.com
davidhaydenonline.com
glendakrollonline.com
gloriapirjolonline.com
helenafallaonline.com
htamtraining.com
jenniproctoronline.com
josephfrankmooreonline.com
kimberlyfreemanonline.com
lesgayjronline.com
michelleroseberryonline.com
mytoptierbusiness47.com
mytoptierbusiness53.com
sladeandjennaturner.com
turnkeybusinesssystem.com
21stepbusiness.com
businesseduhelp.com
myonlineprofitsbreakthrough.com
mytoptierbusiness32.com
mobe.shop
mytoptierbusiness22.com
mytoptierbusiness28.com
mytoptierbusiness29.com
mytoptierbusiness34.com
mytoptierbusiness36.com
mytoptierbusiness44.com
mytoptierbusiness48.com
trafficmastersacademy.com
danielfrancoonline.com
freebonusaccess10.com
freebonusaccess3.com
freebonusaccess4.com
freebonusaccess5.com
freebonusaccess7.com
futuristicmarketingunderdogsbonus.com
georgecooperonline.com
markandnatalienishi.com
mytoptierbusiness21.com
mytoptierbusiness23.com
mytoptierbusiness24.com
mytoptierbusiness25.com
mytoptierbusiness26.com
mytoptierbusiness27.com
mytoptierbusiness31.com
mytoptierbusiness33.com

**PX 20**

mytoptierbusiness35.com
mytoptierbusiness37.com
mytoptierbusiness38.com
mytoptierbusiness39.com
mytoptierbusiness41.com
mytoptierbusiness42.com
mytoptierbusiness43.com
mytoptierbusiness45.com
mytoptierbusiness46.com
mytoptierbusiness49.com
mytoptierbusiness51.com
mytoptierbusiness52.com
patriciaecheagarayandjuanmachado.com
stevenandlaurabircea.com
suesarranonline.com
teamwithamberlee.com
freebonusaccess1.com
freebonusaccess2.com
freebonusaccess6.com
freebonusaccess8.com
freebonusaccess9.com
onlineincomerevolution.com
gettraffic3-0superbonus.com
howtogetfreeleadsforlife.com
imfreedomworkshop2.com
mobeinspiration.com
toptiersideincome6.com
toptiersideincome8.com
milliondollarmentorship.com
optformula.com
toptiersideincome10.com
borderlessincomesystem.com
myprofituniversity.com
toptiersideincome7.com
getleadswithmattlloyd.com
mobeconsultantsupport.com
myhbsticket.com
toptiersideincome1.com
toptiersideincome2.com
toptiersideincome3.com
toptiersideincome4.com
toptiersideincome5.com
mobehbs.com
the21steps.com
toptierconsultant.com
toptierincome.com
mobeorder.com
mytoptierbusinessplan.com
marketingtipsandadvice.com
mobeproducts.com
mobesite.com
myownbusinesseducation.school
addthenitrous.com
imfreedomworkshop1.com

**PX 20**

FTC-MOBE-000668

lifestylefreedomshortcut.com
mobelocker.com
myownbusiness.education
myownbusinesseducation.asia
myownbusinesseducation.coach
myownbusinesseducation.net
freebonusaccess59.com
freebonusaccess66.com
imfreedomworkshop7.com
myownbusinesseducation.co
freebonusaccess57.com
freebonusaccess63.com
freebonusaccess64.com
imfreedomworkshop6.com
mobesites.com
superchargesummit.net
ultimatedotcomlifestyle.com
45minutepaydays.com
freebonusaccess62.com
freebonusaccess65.com
imfreedomworkshop3.com
internetfunnelsystem.com
mobepartner.net
mobephotos.com
toptiersideincome15.com
toptiersideincome17.com
toptiersideincome19.com
toptiersideincome20.com
wifimillionairebook.com
freebonusaccess29.com
freebonusaccess31.com
freebonusaccess33.com
freebonusaccess34.com
freebonusaccess35.com
freebonusaccess61.com
imfreedomclass.com
imfreedomworkshop5.com
imfreedomworkshop8.com
mobepages.net
sideincomeseminar.com
toptiersideincome11.com
toptiersideincome12.com
toptiersideincome13.com
toptiersideincome14.com
toptiersideincome16.com
toptiersideincome18.com
freebonusaccess32.com
freebonusaccess36.com
freebonusaccess37.com
mobemotors.com
superchargeseminar.com
thehomebusinesssummit.com
freevideoshowshowtomakemoney.com
imfreedomworkshop4.com

FTC-MOBE-000669

mobeincome.com
mobetrack.com
mypopupdomination.com
freebonusaccess58.com
whoismattlloyd.com
mobelicense.com
mobemilestones.com
7figurefreedomformula.com
ttisystem.com
markemlet.com
mobe.courses
mobe.university
superchargesummit.com
mattlloydpublishing.com
mobe1.com
askmattlloyd.com
moberevealed.com
imfreedomsession.com
mobe.host
mobesystem.com
myonlinebusinessempire.com
howtogetmoreleadsonline.com
learntogenerateleadsonline.com
mobeevents.com
mobelivestream.com
toptiersideincome9.com
mytoptierblueprint.com
mobehelp.com
myonlinebusinesseducationbonus.com
mobetimetracker.com
myonlinebusinesseducation.tv
myonlinebusinesseducationblog.com
myonlinebusinesseducationreview.com
myonlinebusinesseducationsystem.com
myonlinebusinesseducationweb.com
myimfreedom.com
partnerwithmobe.com
mobemarketplace.com
mydreambusinessblueprint.com
retirementsideincome.com
mttbsuccess.com
mobedailypowerup.com
my7figurenestegg.com
mysevenfigurenestegg.com
rowelaalegre.com
smartchoiceeducation.com
teamwithjulialewis.com
teamwithmarypfeffer.com
teamwithsheliabarnett.com
teamwithstephenfarkas.com
webuygoodtraffic.com
wesellgoodtraffic.com
getmoreclientssummit.co
mmsystem.co

**PX 20**

**FTC-MOBE-000670**

productlaunchbonusblog.com
getmorecustomerssummmit.co
helpmobe.com
mobetools.com
superchargevip.asia
titaniumdeal.com
upgrademyearnings.com
getmilliondollarincomenow.com
getmorecustomerssummmit.net
getstartedinmobe.com
gosupercharged.com
imfreedomcheck.com
imfreedomcheck.net
imfreedomsummit.com
m1be.com
m4be.com
mobeassistance.com
onlinestartuproadmap.com
attendhbs.com
digitalmillionairesystem.com
getmorecustomerssummmit.com
imfreedomlesson.com
m3be.com
m5be.com
m6be.com
m7be.com
m9be.com
mobecasestudies.com
mobeservice.com
mobetraining.com
17minsonly.com
21stepbuyermachine.com
affiliatebonusdomination.com
getextracommissions.com
getmoreclientssummit.net
goimfreedom.com
howtobuildafundedproposal.com
imfreedomforum.com
lifestylebusinesssummit.com
mattsdigitalbusiness.com
mobeabc.com
theincomefreedomsystem.com
m0be.com
mobestudio.com
mobetrk.com
paulandcyndy.com
wifimillionairesystem.com
mattlloydsblog.com
findleadstoearn.com
mobemerc.com
mobe-review.com
myonlinebizempire.com
myonlinesalesmachine.com
ultimateretirementbreakthrough.com

**PX 20**

FTC-MOBE-000671

homebusinessmadeeasy.com
toptieraffiliatemarketing.com
defensivelaunch.com
imfreedomseminar.com
mattlloydeducation.com
mattstoptierbusiness.com
penthouseofficesuites.com
ibusinessworkshop.com
mobebusinessreviews.com
myonlinebusinesseducationhq.com
myonlinebusinesseducationreviews.com
totallyamazingworld.com
allaboutmobe.com
mobehowto.com
myonlinebusinesseducationworld.com
mobereviews.net
mobetestimony.com
17minutesonly.net
freetrialsystem.com
internetfunnelsystems.com
mobeeducation.com
seventeenminutesonly.com
myownbusinesseducation.com
workwithmobe.com
themedesign.studio

**PX 20**

FTC-MOBE-000672

## DECLARATION OF EMIL T. GEORGE
### Pursuant to 28 U.S.C. §1746

I, **Emil T. George**, declare and state as follows:

1.      I am employed by the Federal Trade Commission ("FTC") in Washington, D.C. as a Forensic Accountant.  My work address is 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.  I have worked at the FTC since September 2012.  Prior to starting at the FTC, I was the Assistant Inspector General for Audits at the National Labor Relations Board for more than 12 years.

2.      At the FTC, I provide forensic accounting assistance to trial attorneys and investigators.  I am a Certified Public Accountant with the State of Maryland and hold a Bachelor of Science degree in Accounting from the University of Maryland.

3.      The following facts are known to me personally and, if called as a witness, I would testify to the matters set forth in the following paragraphs.

4.      In my capacity as a forensic accountant at the FTC, I was assigned to work on the MOBE matter.  In connection therewith, I reviewed records of corporate bank accounts produced in response to Civil Investigative Demands issued by the FTC ("bank accounts of interest").  A listing of known U.S. bank accounts of interest associated with MOBE, related business names and time periods covered, and account balances as of the last statement reviewed is included as **Attachment A (the "MOBE Domestic Accounts")**.  I prepared summaries of these records as detailed below.

5.      To conduct this review, I used, where appropriate, the Comprehensive Financial Investigations Solution ("CFIS"), a financial investigation tool from Actionable Intelligence Technologies, Incorporated.  CFIS is utilized, *inter alia*, by the Internal Revenue Service, the Federal Bureau of Investigation, the Organized Crime Drug

**PX 21**                                    **FTC-MOBE-000673**

Enforcement Task Force, a number of U.S. Attorney's offices, and the United States Secret Service.  Among other things, CFIS uses proprietary technology to convert paper and/or electronic account records from financial institutions into an investigative database that can be searched, analyzed, and used to issue a variety of reports, Microsoft Excel spreadsheets, and other exhibits.

6.      The first step in using CFIS is to load the bank statements.  After the statements are loaded, CFIS imports and processes the bank statements using Intelligent Document Analyzers that rely on proprietary algorithms and Optical Character Recognition technology to create a searchable database.  Intelligent Document Analyzers are document format readers associated with a particular bank statement.  After a bank statement has been indexed and processed, the CFIS database record for that statement must be reconciled with the original version of the statement obtained in the proceeding (*i.e.*, the statement produced by a bank) to ensure accuracy.  After the statements have been loaded, processed and reconciled, more detailed documents like checks, deposits, and wire transfers can be loaded into the system.

7.      In the instant matter, I used CFIS to generate a table containing the transactions for the bank accounts of interest.  I then exported the table into Excel.  I used the Excel statements from CFIS to sort the account transactions by category (*e.g.*, Wire Transfers In, Online Payments) and/or remarks (which provide some details on the transaction) to identify transfers, payments, or receipts of interest.  I also entered details of checks paid that were, generally, $5,000 or more and Deposits that were generally greater than $5,000.00 into the Excel report.

**PX 21**

FTC-MOBE-000674

**Consumer Payments to MOBE Domestic Accounts**

8.    I was asked by the attorneys working on this matter to determine how much money consumers paid to MOBE.  To do this I totaled money deposited into the MOBE Domestic Accounts listed in Attachment A that either came from credit card payment processors or appears to have been sent directly by consumers.  From this amount, I subtracted items that were identified as refunds and items that were either identified as or appeared to be chargebacks.

9.    By my calculation, between May 2015 and March 2018, $125,702,039.15 in payments that appear to be from consumers were deposited into the MOBE Domestic Accounts.  The table below summarizes my calculation by company.

| Consumer Payments Into the MOBE Domestic Accounts (May 2015 - March 2018) | | | | | |
|---|---|---|---|---|---|
| | Deposited Directly into Bank Accounts | | Received from Payment Processors | Total | Chargebacks and Refunds | Gross Receipts |
| Company | Number | Amount | Amount | Amount | Amount | Amount |
| MOBEProcessing.com Inc. | 2,407 | $35,514,277.97 | $87,916,683.28 | $123,430,961.25 | $3,458,181.40 | $119,972,779.85 |
| Transaction Management USA Inc. | 234 | $6,055,879.43 | $17,283.00 | $6,073,162.43 | $343,903.13 | $5,729,259.30 |
| **Total** | **2,641** | **$41,570,157.40** | **$87,933,966.28** | **$129,504,123.68** | **$3,802,084.53** | **$125,702,039.15** |

By my calculation, MobeTraining.com, Inc. accounts at Attachment A had 16 receipts totaling $2,295,100.00 from the MobeProcessing.com Inc. accounts at Attachment A.  Also, MobeTraining.com, Inc. accounts at Attachment A had three receipts totaling $330,000.00 that were from the Transaction Management USA, Inc. accounts at Attachment A.

**PX 21**                                                          **FTC-MOBE-000675**

**Transfers from MOBE Domestic Accounts to Bank Accounts Located Outside of the U.S.**

10.     The attorneys working on this matter asked me to determine the number and amount of wire payments made from the MOBE Domestic Accounts to foreign bank accounts.  By my calculation, between July 2015 to March 2018, $58,804,961.20 was transferred from the MOBE Domestic Accounts to foreign bank accounts.  These transactions included transactions identified on the bank statements as wires as well as those identified as foreign exchange debits.  These transactions do not include those identified as refunds.  A summary of these transfers by company appears in the table below.

| Transfers from MOBE Domestic Accounts to Foreign Bank Accounts (July 2015 to March 2018) | | |
|---|---|---|
| **Company** | **Number** | **Amount** |
| MOBEProcessing.com Inc. | 1,043 | $53,390,995.58 |
| Transaction Management USA Inc. | 205 | $4,739,012.20 |
| MOBETraining.com Inc. | 26 | $674,953.42 |
| **Total** | **1,274** | **$58,804,961.20** |

**Transfers Between MOBE Domestic Accounts and MOBE Foreign Accounts**

11.     Based on the records I reviewed, it appears that the following persons or entities maintain bank accounts located outside of the United States:  MOBE Inc.; MOBE Ltd.; MOBE Pro Limited; 9336-0311 Quebec, Inc.; MOBE Inc., and Matthew Lloyd McPhee.  **Attachment B (the "MOBE Foreign Accounts")** identifies the foreign bank accounts associated with these persons or entities, the account numbers on these accounts, and the names and locations of the foreign banks where those accounts are held.

12.     I was asked to determine the number and amount of transfers from the MOBE Domestic Accounts to the MOBE Foreign Accounts.  By my calculation, between September 2015 and March 2018, $25,564,755.06 was paid from the MOBE Domestic

**FTC-MOBE-000676**

Accounts to the MOBE Foreign Accounts.  Specifically, MOBEProcessing.com Inc.
made 148 of these payments totaling $23,994,755.06, and Transaction Management
USA, Inc. made 11 of these payments totaling $1,570,000.00.  A summary of my
calculation, by foreign entity account, appears in the table below.

| Transfers from MOBE US Accounts to MOBE Foreign Accounts (September 2015 to March 2018) | | | | | |
|---|---|---|---|---|---|
| Company | Bank | Bank Location | Account | Number | Amount |
| 9336-0311 Quebec, Inc. | National Bank of Canada | Canada | #3364 | 18 | $5,330,000.00 |
| Matthew McPhee TAS Home Business | Westpac Banking Corporation | Australia | #1129 | 1 | $100,000.00 |
| Matthew McPhee TAS Home Business | Westpac Banking Corporation | Australia | #6867 | 73 | $8,199,005.06 |
| MOBE, Inc. | Credicorp Bank | Panama | #1497 | 3 | $815,000.00 |
| MOBE, Ltd. | OCBC Bank | Malaysia | #2274 | 4 | $139,000.00 |
| MOBE, Ltd. | OCBC Bank | Malaysia | #2282 | 38 | $9,823,750.00 |
| MOBE, Ltd. | OCBC Bank | Malaysia | Unidentified | 22 | $1,158,000.00 |
| Total | | | | 159 | $25,564,755.06 |

13.     I was asked by attorneys working on this matter to determine the number and
amount of transfers from the MOBE Foreign Accounts to the MOBE Domestic Accounts.
By my calculation, between October 2015 and March 2018, $16,081,521.65 was paid
from the MOBE Foreign Accounts to the MOBE Domestic Accounts.  Ninety-three of
these receipts totaling $15,149,977.10 were to the accounts of MOBEProcessing.com,
Inc., and four transactions totaling $931,544.55 were to the accounts of Transaction
Management USA, Inc.  A summary by entity and foreign bank account appears in the
table below.

FTC-MOBE-000677

| Transfers from MOBE Foreign Accounts to MOBE Domestic Accounts (October 2015 to March 2018) | | | | | |
|---|---|---|---|---|---|
| Company | Bank | Bank Location | Account | Number | Amount |
| 9336-0311 Quebec, Inc. | National Bank of Canada | Canada | #3364 | 1 | $300,000.00 |
| 9336-0311 Quebec, Inc. | Royal Bank of Canada | Canada | #7196 | 4 | $931,544.55 |
| MOBE, Inc. | Credicorp Bank | Panama | Unidentified | 5 | $1,849,825.00 |
| MOBE, Inc. | Credicorp Bank | Panama | #1497 | 11 | $1,779,591.00 |
| MOBE, Ltd. | OCBC Bank | Malaysia | #2282 | 1 | $250,000.00 |
| MOBE Pro, Ltd | Citibank Europe | Bulgaria | Unidentified | 75 | $10,970,561.10 |
| Total | | | | 97 | $16,081,521.65 |

**Payments from MOBE to Guardian Escrow Corp and International Payout Systems, Inc.**

14.     I was asked by attorneys working on this matter to determine the number and amount of payments from the MOBE Domestic Accounts to Guardian Escrow Corp. or International Payout Systems Inc.  A listing of the bank accounts of Guardian Escrow Corp and International Payout System, Inc., that includes the time-periods covered and account balances as of the last statement reviewed, is included as **Attachment C (the "GE/IPS Accounts")**.  By my calculation, from June 2015 to March 2018, 248 payments totaling $45,465,000.00 were made from the MOBE Domestic Accounts to the GE/IPS Accounts.  The table below summarizes these transactions by company.

| Payments from MOBE Domestic Accounts to GE/IPS Accounts (June 2015 to March 2018) | | |
|---|---|---|
| Company | Number | Amount |
| Guardian Escrow Corp | 210 | $37,725,000.00 |
| International Payout Systems, Inc. | 38 | $7,740,000.00 |
| Total | 248 | $45,465,000.00 |

15.     I was asked to determine the number and amount of payments between the MOBE Foreign Accounts and the GE/IPS Accounts.  By my calculation, from December 2014 to February 2018, there were 52 transfers totaling $12,160,340.00 from the MOBE

**PX 21**                                    **FTC-MOBE-000678**

Foreign Accounts to the GE/IPS Accounts.  A summary of these transfers by company appears in the table below.

| Payments from MOBE Foreign Accounts to GE/IPS Accounts (December 2014 to February 2018) | | |
|---|---|---|
| Company | Number | Amount |
| Guardian Escrow Corp | 37 | $7,237,550.00 |
| International Payout Systems, Inc. | 15 | $4,922,790.00 |
| **Total** | **52** | **$12,160,340.00** |

## Payments Associated With Matthew Lloyd McPhee

16.     I was asked by attorneys working on this matter to determine the number and amount of payments made from the MOBE Domestic Accounts to Westpac bank accounts in the name of  Matthew McPhee TAS Home Business that end in either 1129 or 6867.  By my calculation, from October 2015 to March 2018, 74 payments totaling $8,299,005.06 were made from MOBE Domestic Accounts to Westpac Bank accounts ending in 1129 or 6867.  A summary by company appears in the table below.

| Payments from MOBE Domestic Accounts to Matthew Lloyd McPhee TAS Home Business (October 2015 to March 2018) | | |
|---|---|---|
| Company | Number | Amount |
| MOBEProcessing.com Inc. | 70 | $7,849,005.06 |
| Transaction Management USA Inc. | 4 | $450,000.00 |
| **Total** | **74** | **$8,299,005.06** |

## Shark Speaker LLC

17.     I was asked by attorneys working on this matter to determine the number and amount of payments from the MOBE Domestic Accounts to bank accounts in the name of Shark Speaker LLC.  I identified eight payments from July 2017 to February 2018 totaling $318,045.66 made to Shark Speaker LLC.  Six of these payments were to a JPMorgan Chase account ending in 2099, and the other two payments were to an account at Iberia Bank ending in 5738.

| Payments from MOBE Domestic Accounts to Shark Speaker LLC (July 2017 to February 2018) | | |
|---|---|---|
| **Company** | **Number** | **Amount** |
| MOBEProcessing.com Inc. | 4 | $256,765.69 |
| Transaction Management USA Inc. | 4 | $61,279.97 |
| **Total** | **8** | **$318,045.66** |

**Geer Up Marketing LLC**

18.     I was asked by attorneys working on this matter to review the Geer Up Marketing, LLC accounts ending in 3189 and 0885 at Wells Fargo Bank ("Geer Up Marketing Accounts") to determine sources of money going into these accounts and the number and amount of payments from these accounts to Susan Zanghi.  The statements reviewed were for the period of March 2015 through March 2018.

19.     The statements for the Geer Up Marketing Accounts showed 75 deposits described as "commissions" that totaled $176,996.73.  For 54 of these deposits totaling $95,557.97, the bank statements indicated that they were "commissions" and included an identifying number.  For 11 of these deposits totaling $35,647.96, the bank statements also indicated that the payments were "commissions," but stated that they were on behalf of Matt Lloyd Publications.  For the remaining 10 deposits that totaled $45,790.80, the description on the statement also indicated that they were commissions, but identified PayPal as the source.  Of the 10 deposits that came via PayPal, 9 were for $4,578.83 each and one was for $4,581.83.

20.     By my calculation, there were 168 transfers totaling $160,309.00 from the Geer Up Marketing Accounts to Susan Zanghi.  I also identified 26 payments totaling $22,395.00 from Susan Zanghi into the Geer Up Marketing Accounts.

I declare under penalty of perjury that the foregoing is true and correct.

**PX 21**                                    **FTC-MOBE-000680**

Executed on May 29 , 2018.

_____
Emil T. George

**PX 21**                                    **FTC-MOBE-000681**

| | **MOBE Domestic Accounts of Interest** | | | | | |
|---|---|---|---|---|---|---|
| **Item** | **Name** | **Bank** | **Account - Last 4** | **First Statement Date** | **Last Statement Date** | **Balance as of Last Statement** |
| 1 | Mobeprocessing.com Inc | Bank of America | #3505 | 5/31/2016 | 3/31/2018 | 179,778.38 |
| 2 | Mobeprocessing.com Inc | Bank of America | #3518 | 5/31/2016 | 3/31/2018 | 20,032.46 |
| 3 | Mobeprocessing.com Inc | BB&T | #3709 | 11/30/2015 | 3/31/2016 | 0.00 |
| 4 | Mobeprocessing.com Inc | BB&T | #4290 | 5/29/2015 | 2/29/2016 | 0.00 |
| 5 | Mobeprocessing.com Inc | JPMorgan Chase | #0166 | 12/31/2015 | 3/31/2017 | 0.00 |
| 6 | Mobeprocessing.com Inc | Wells Fargo | #5357 | 9/30/2016 | 3/31/2018 | 33,145.10 |
| 7 | Mobeprocessing.com Inc | Wells Fargo | #5373 | 10/31/2016 | 3/31/2018 | 3,763.17 |
| 8 | Mobetraining.com Inc | Bank of America | #9946 | 2/28/2018 | 3/31/2018 | 9,225.89 |
| 9 | Mobetraining.com Inc | Bank of America | #9959 | 2/28/2018 | 3/31/2018 | 20,100.18 |
| 10 | Transaction Management USA Inc. | Bank of America | #8710 | 5/31/2017 | 3/31/2018 | 60,011.33 |
| 11 | Transaction Management USA Inc. | Bank of America | #8736 | 5/31/2017 | 3/31/2018 | 20,407.39 |

| Accounts of Interest - MOBE Foreign Entities | | | | |
|---|---|---|---|---|
| **Item** | **Name** | **Bank** | **Account - Last 4** | **Country** |
| 1 | 9336-0311 Quebec, Inc. | National Bank of Canada | #3364 | Canada |
| 2 | 9336-0311 Quebec, Inc. | Royal Bank of Canada | #7196 | Canada |
| 3 | Matthew McPhee TAS Home Business | Westpac Banking Corporation | #1129 | Australia |
| 4 | Matthew McPhee TAS Home Business | Westpac Banking Corporation | #6867 | Australia |
| 5 | Mobe, Inc. | Credicorp Bank | #1497 | Panama |
| 6 | Mobe, Ltd. | OCBC Bank | #2274 | Malaysia |
| 7 | Mobe, Ltd. | OCBC Bank | #2282 | Malaysia |
| 8 | Mobe Pro, Ltd | Citibank Europe | Unidentified | Bulgaria |

**Accounts of Interest - Guardian Escrow Corp and International Payout Systems, Inc.**

| Item | Name | Bank | Account - Last 4 | First Statement Date | Last Statement Date | Balance as of Last Statement |
|---|---|---|---|---|---|---|
| 1 | Guardian Escrow Corp | International Finance Bank | #1934 | 2/28/2017 | 12/29/2017 | 0.00 |
| 2 | Guardian Escrow Corp | International Finance Bank | #6686 | 11/30/2016 | 6/30/2017 | 0.00 |
| 3 | Guardian Escrow Corp | International Finance Bank | #7088 | 10/31/2017 | 4/30/2018 | 0.00 |
| 4 | Guardian Escrow Corp | Suntrust Bank | #9717 | 4/30/2016 | 12/31/2016 | 0.00 |
| 5 | Inter Mark Corporation - International Payout Systems | City National Bank | #7815 | 6/30/2015 | 3/16/2016 | 0.00 |
| 6 | International Payout Systems | City National Bank | #0786 | 7/31/2014 | 8/4/2015 | 0.00 |
| 7 | International Payout Systems - DBA Global Wallet | City National Bank | #0870 | 7/31/2014 | 8/4/2015 | 0.00 |
| 8 | International Payout Systems Inc | Comerica Bank | #0827 | 6/30/2015 | 9/30/2015 | 0.00 |
| 9 | International Payout Systems Inc | International Finance Bank | #1076 | 10/31/2016 | 3/30/2018 | 0.00 |
| 10 | International Payout Systems Inc | International Finance Bank | #6521 | 6/30/2016 | 4/30/2018 | 0.00 |
| 11 | International Payout Systems Inc | Regions Bank | #5021 | 5/29/2015 | 7/29/2016 | 0.00 |
| 12 | International Payout Systems Inc | Regions Bank | #5447 | 1/30/2015 | 8/31/2016 | 0.00 |
| 13 | International Payout Systems Inc | Suntrust Bank | #4593 | 8/31/2016 | 8/31/2016 | 0.00 |
| 14 | Matt Lloyd Publications.com - Guardian Escrow Corp | City National Bank | #6681 | 9/30/2015 | 3/17/2016 | 0.00 |

## DECLARATION OF CAROL JONES

1.   My name is Carol Jones.  I make the following statements based on personal knowledge.

2.   I am a United States citizen.  I work as an Investigator for the Federal Trade Commission ("FTC" or "Commission") in the Bureau of Consumer Protection's Division of Marketing Practices.  I investigate persons and entities that may be violating the FTC Act and other laws enforced by the FTC.  My office address is 600 Pennsylvania Avenue, NW, CC-8528, Washington, DC 20580.

3.   The following declaration outlines the results of my investigation of MOBE Ltd.; MOBEProcessing.com, Inc.; Transaction Management USA, Inc.; MOBETraining.com, Inc.; 9336-0311 Quebec, Inc.; MOBE Pro Limited;  MOBE, Inc.; MOBE Online Ltd.; Matt LloydPublishing.com Pty Ltd.; Matthew Lloyd McPhee; Susan Zanghi; and Russell W. Whitney, Jr. (collectively referred to as "MOBE" or "Defendants," unless otherwise defined).

### UNDERDOVER PURCHASES

4.   During the course of this investigation, I used an undercover identity to pose as a consumer looking to make money working from home.  Below is a summary of my investigation.

5.   On August 30, 2017, I visited the website at *www.mttbsystem.com.*  I took a screenshot of this page.  Attached as **Exhibit A** is a true and correct copy of the screenshot.

6.   The landing page of the website had a header that read "FREE VIDEO We Are Willing To Bet That You Will Succeed With This Proven System" and a sub-header that read "We Are Sure You'll Make a Commission Within 30 Days of Completing The Steps. . ." Below a large red arrow it read, "Enter your email below for FREE instant access."

7.   At the bottom of the webpage on the left, in small light grey font it read, "Copyright @ 2017-MTTB System | Powered By MOBE."

8.   At the bottom of the webpage on the right, in small light grey font, were hyperlinks for "Terms & Conditions," "Income Disclosure," and "Privacy."

9.   I clicked on the hyperlink to the Terms & Conditions and a pop up box appeared on the screen titled, "MOBE TERMS OF USE ("Agreement")."  The Terms of Use provided the following company addresses: MOBE, Ltd. Soho Suites at KLCC B1-28-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia; MOBE Processing.com, Inc. 13506 Summerport

Village Parkway, Windermere, Florida 34786; MOBE Pro, Ltd. Third Floor, 207 Regent Street, London W1B 3HH; and MOBE Online, Ltd. 54 Wellington Street Rose-Hill Mauritius.  The page also stated that my credit card charge by MOBE would appear as MOBE.COM, MOBEORDER.COM, MOBEHELP.COM, We Sell Good Traffic, AW*mobemarketplace60321811241, and/or mobe.com18446623787 GE.  Attached as **Exhibit D** is a true and correct copy of the Terms of Use.

10. I went back to the previous page.  (**Exhibit A**.)  I clicked on the hyperlink for the Income Disclosure and a pop up box appeared on the screen titled "Income Disclaimer." Among other items in the Income Disclaimer was a chart that read, "Income Statistics from September 15, 2014 to September 15, 2015."  Attached as **Exhibit E** is a true and correct copy of the Income Disclaimer.

11. I went back to the previous page.  (**Exhibit A.**)  I clicked on the hyperlink for the Privacy and a pop up box appeared on the screen titled, "Privacy Policy."  Attached as **Exhibit F** is a true and correct copy of the Privacy Policy.

12. I went back to the previous page.  (**Exhibit A.**)  I entered my undercover email address and selected the green "INSTANT ACCESS" button.  I noticed a smaller font below the button that read, "It's Free."  (**Exhibit A.**)

13. The website then redirected me to another webpage with a header that read, "REVEALED: The 'secret' the wealthy use to amass their fortunes, and how you can do the same . . ."  I took a screenshot of this page, a true and correct copy of which is attached as **Exhibit B at 1**.

14. The page started playing a video.  I captured the video.  A certified transcription of the video attached as **Exhibit C at 1-19**.

15. In the video, someone who said his name was Matt Lloyd described the program as, "[A] simple, 21-step training program to making . . . your first 1K, 3K, or 5K commissions with this system, including short, easy-to-watch videos and webinars."  (**Exhibit C at 16**.)

16. After approximately ten minutes, the video finished playing.  I clicked on the "CLICK HERE TO APPLY NOW" button and was redirected to an order page.  A true and correct printout of the order page is included in **Exhibit B at 2-5**.  I completed the order page using an undercover identity.  The bottom of the order page contained a hyperlink to "terms and conditions".  (**Exhibit B at 5**.)

17. I clicked on the hyperlink for the "terms and conditions" and a separate page popped up into my browser that read, "MOBE TERMS OF USE".  A true and correct printout of the this page is attached as **Exhibit G**.

18. I then went back to the order page, checked the box next to "By checking here I agree to the terms and conditions of this purchase and that I will be charged $49.00 US Dollars" and clicked on the yellow button that read, "Order Now!"  (**Exhibit B at 5**.)

19. The website then directed me to another webpage, mobe.com/application.  The top of the webpage read "Payment Successful! Your application fee was processed."  A true and correct copy of the screenshot of this page is attached as **Exhibit B at 6**.

20. Within a second, another video started playing of Matt Lloyd.  I captured the video. A certified transcription of the video is attached as **Exhibit C at 19-20.**

21. The next step was to complete an application form, a true and correct copy of which is attached as **Exhibit B at 7-9**.  Once I completed the application form, I checked the box next to "Tick to acknowledge that the above statement has been read" and selected the "Submit" button.  (**Exhibit B at 9.**)

22. The website redirected me to another webpage that started playing a video of Matt Lloyd.  A true and correct copy of this page is attached as **Exhibit B at 10-11**,  The top of this page read, "Congratulations! You're In! Your application has been approved."  (**Exhibit B at 10-11**.)  I captured the video.  A certified transcription of the video is attached as **Exhibit C at 20-22**.

23. In the video, Matt Lloyd explained that I would need to check my email to find out how to contact my coach and said that I could not access the 21 steps until I contacted my coach.  (**Exhibit C at 20-21.**)

24. Shortly after I completed the purchase, I received an email from "mattlloyd@mobe.com" with the subject line "Thanks for Your Purchase."  The email contained a receipt for "21 Steps [MTTB]" for $1.00 and a message at the bottom of the email, "You will receive your Top Tier Business Coach details within the next hour."  A true and correct copy of this email is attached as **Exhibit B at 12-13**.

25. I then received three emails to my undercover account from Carlos Verdugo at carlos@mobe.com.

FTC-MOBE-000687

   a.  The first email included a "21stebusiness.com/members" link, login username, and password.  A true and correct copy of this email is attached as **Exhibit B at 14**.

   b.  The second email had the subject line "Welcome to MOBE" and instructions to complete four tasks.  A true and correct copy of this email is attached as **Exhibit B at 15-16**.

   c.  The third email contained information about Carlos, assigned me several questions I needed to complete, and gave me instructions on how to book my first appointment with Carlos.  A true and correct copy of this email is attached as **Exhibit B at 17-20**.

26. I clicked on the link in the first email (**Exhibit B at 14**) and logged into the membership website using the login credentials provided in the email.  I took a screenshot of the membership login webpage, a true and correct copy of which is attached as **Exhibit B at 21**.

27. After I entered my username and password into the membership website, I was taken to a landing page that had a banner that read, "21 Step System Your Training System A Way To Freedom."  I took screenshots of this webpage, true and correct copies of which are attached as **Exhibit H**.  Below the banner was a timeline listing several of the steps.  Below the timeline were separate sections listing the different steps of the program.  On the right side of the webpage was my coach, contact information and a hyperlink to schedule a session.

28. Around the first week of September 2017, I went online to check the undercover credit card account that I used to place the order.  A merchant named "AW UK MOBEHELP.COM" charged my card $49.00 on September 4, 2017, and my undercover credit card was also charged a foreign transaction fee of $0.49 on that same date.  A true and correct copy of the credit card statement is attached as **Exhibit B at 22**.

29. On September 1, 2017, I received an email from Carlos Verdugo that instructed me to make an appointment.  A true and correct copy of that email is attached as **Exhibit I at 1**.

30. On September 4, 2017, I received another email from Carlos Verdugo, who wrote that he had been assigned to help me go through the "21 steps program."  He wrote that I should

**PX 22**

FTC-MOBE-000688

make an appointment and that the system would deactivate my account after the 5th attempt to get in touch with me.  A true and correct copy of that email is attached as **Exhibit I at 2**.

31. On September 6, 2017, I received three emails from Carlos Verdugo, true and correct copies of which are attached as **Exhibit I at 3-9**.  The first email from Carlos told me "Let's start your training anyways!" and asked me to add him on my Skype account.  (**Exhibit I at 3**.)

32. In the second email, Carlos indicated that we had spoken, instructed me to log into the members website and watch "Matt's Getting Started video," and then start Step 1. (**Exhibit I at 4-7**.)

33. In his third email, Carlos instructed me to answer several questions after I had finished watching the video for Step 1.  (**Exhibit I at 8-9**.)  Carlos stated in the email that once I sent him answers to the questions, he would provide me access to Step 2.  (**Exhibit I at 8**.)

34. On September 13, 2017, I logged into the 21stepbusiness.com members website. (**Exhibit H**.)  I clicked on the link for "Getting Started – The Top 22% vs. The Bottom 78% (Which Category Do You Belong In?)."  (**Exhibit H at 1**.)  After I clicked on the link, it took me to the webpage for "Getting Started," which I captured.  True and correct copies of the screenshots of the webpage for "Getting Started" are attached as **Exhibit J at 1-13**.  The webpage contained a video narrated by Matt Lloyd, which I captured.  A certified transcription of the video I captured is attached as **Exhibit J at 14-36**.  In the video, there is an unidentified man who says, "I'm so excited about the system because I've been able to generate $1,088.20 before I've even finished the 21 steps."  (**Exhibit J at 25**.)

35. I went back to the 21stepbusiness.com members website.  (**Exhibit H**.)  I then clicked on the link on the link for Step 1, "Secrets Of Millionaire Internet Marketers: What They Know (And The Masses Don't)."  (**Exhibit H at 1.**)  After I clicked on the link, it took me to the webpage for Step 1, which I captured.   True and correct copies of the screenshots of the webpage for Step 1 are attached as **Exhibit K at 1-15**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit K at 16-45**.

36. I watched the Step 1 video and emailed Carlos answers to the questions he had sent me.  (**Exhibit I at 8-9**.)  After I emailed my answers to Carlos, he unlocked Step 2.

37. Over the next few weeks, I watched videos for the steps Carlos unlocked for me, read the books Carlos asked me to read, listened to the radio blogs Carlos asked me to listen to, answered Carlos's emailed questions, and had calls with Carlos.  Each time I did the tasks that Carlos assigned, he would unlock the next step.

38.  For example, on September 19, 2017, I logged back into the 21stepbusiness.com members website.  (**Exhibit H**.)  I clicked on the link for Step 2, "Getting Paid Up To $49,850 For Making One Sale (And The Missing Ingredient In 99% Of All Online Business)."  (**Exhibit H at 1**.)  When I clicked on the link, it took me to the webpage for Step 2, which I captured.  True and correct copies of the screenshots of the webpage for Step 2 are attached as **Exhibit L at 1-9**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit L at 10-156**.

39. On September 19, 2017, I received an email from Carlos Verdugo.  **Exhibit M at 1-4** is a true and correct copy of that email.  The email had my "Step 3 Assignment."  (**Exhibit M at 1**.)  Carlos had several questions for me to answer.  (**Exhibit M at 1**.)  He also instructed me to complete the "Secrets of the Millionaire Mind" book or audio and listen to the "MOBE Daily Power Up" call.  (**Exhibit M at 1**.)  Carlos said in the email that listening to the MOBE Daily Power Up call was "not negotiable, you must listen to at least one of these each day in order to move forward through the steps."  (**Exhibit M at 1**.)

40.  On September 20, 2017, I logged back into the 21stepbusiness.com members website.  (**Exhibit H**.)  I clicked on the link for Step 3, "How Millionaires and Billionaires Think Differently Than The Masses (and How You Can Learn To think Just Like Them)."  (**Exhibit H at 1**.)  When I clicked on the link, it took me to the webpage for Step 3, which I captured.  True and correct copies of the screenshots of the webpage for Step 3 are attached as **Exhibit M at 5-24**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit M at 25-71**.

41.  After watching the Step 3 video, I emailed Carlos answers to his questions and, shortly after I did so, Carlos responded to my email and unlocked Step 4.  A true and correct copy of this email exchange is attached as **Exhibit M at 3**.

42.  On September 21, 2017, I logged back into the 21stepbusiness.com members website.  (**Exhibit H**.)  I clicked on the link for Step 4, "Choosing Your Million Dollar Niche,

Business Model, and Products For Maximum Profit." (**Exhibit H at 2**.)  When I clicked on the link, it took me to the webpage for Step 4, which I captured.  True and correct copies of the screenshots of the webpage for Step 4 are attached as **Exhibit N at 1-14**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit N at 15-93**.

43.   As before, Carlos emailed me a series of questions about Step 4 that I had to answer before he would unlock Step 5.  A true and correct copy of this email is attached as **Exhibit N at 94-95**.  After watching the Step 4 video, I emailed Carlos answers to his questions.

44.   Shortly after I sent my Step 4 answers to Carlos, he sent me an email on September 21, 2017, a true and correct copy of which is attached as **Exhibit O at 1-4**.  In the email, Carlos unlocked Step 5 and gave me my "Step 5 Assignment," which included a list of questions he wanted me to answer before he would unlock the next step.  (**Exhibit O at 1.**)

45.   On September 22, 2017, I received a package mailed to the address associated with my undercover identity that I provided when I first signed up.  The package was from MOBE and contained a book titled "Limitless" by Matt Lloyd.  The return address on the package was Sheri Munsell, MOBE, 1325 Miramar St., Cape Coral, FL 33904-9734.  A true and correct copy of the label on the package is attached as **Exhibit O at 5**.

46.   On September 25, 2017, I logged back into the 21stepbusiness.com members website. (**Exhibit H**.)  I clicked on the link for Step 5, "The Second Best Business Model In The World (And How To Leverage Salable Systems To Create Cash On Demand)." (**Exhibit H at 2.**)  When I clicked on the link, it took me to the webpage for Step 5, which I captured. True and correct copies of the screenshots of the webpage for Step 5 are attached as **Exhibit P at 1-11**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit P at 12-34**.

47.   On October 11, 2017, I sent my Step 5 answers to Carlos.  Carlos emailed me back that same day and said, "Thanks for your assignment, however . . . you have been transfer to another Coach."  A true and correct copy of this email exchange is attached as **Exhibit O at 3**.

48.   On October 16, 2017, I spoke with Carlos via Skype.  Carlos sent me a link via Skype to schedule a strategy session to talk with me and two other individuals about the next steps. I recorded the Skype call.  A certified transcription of the recording is attached as **Exhibit Q**.

During the call with Carlos, he told me and the two other individuals that he would unlock Steps 6 and 7.  (**Exhibit Q at 10**.)  He then asked each of us to schedule a 60-minute strategy session call with him where we would "talk a little bit more about you, your goals, your dreams, how this business work and how you're going to start finally making money." (**Exhibit Q at 10**.)

49.   On October 19, 2017, I logged back into the 21stepbusiness.com members website. (**Exhibit H**.)  I clicked on the link for Step 6, "The Ultimate Business Model For Creating Your First $100,000 In Commissions Online."  (**Exhibit H at 2**.)  When I clicked on the link, it took me to the webpage for Step 6, which I captured.  True and correct copies of the screenshots of the webpage for Step 6 are attached as **Exhibit R at 1-15**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit R at 16-61.**

50.   On October 19, 2017, I logged back into the 21stepbusiness.com members website. (**Exhibit H**.)  I clicked on the link for Step 7, "The Single Most Important Process In Your Entire Business (and How To Get One in Place, Fast)."  (**Exhibit H at 2**.)  When I clicked on the link, it took me to the webpage for Step 7, which I captured.  True and correct copies of the screenshots of the webpage for Step 7 are attached as **Exhibit S at 1-13**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit S at 14-50**.

51.   In Step 6 I learned from Matt Lloyd that he would be hosting a webinar in the next few days.  (**Exhibit R at 19**.)  On October 20, 2017, I signed up for the webinar.  A true and correct copy of the webinar confirmation link is attached as **Exhibit T at 1-2**.  On that date, I accessed the webinar through the link provided and recorded it.  A certified transcription of the webinar is attached as **Exhibit T at 3-105**.

52.   On October 25, 2017, I had a training call with Carlos and other individuals who were present on the call.  I recorded the call, and a true and correct copy of the redacted transcript of the call is attached as **Exhibit U**.

53.   During the October 25th call, Carlos encouraged us to purchase a Silver Masterclass for $2,497.  Carlos explained that if we purchased the Silver Masterclass we could earn commissions on the sale of Silver Masterclasses to our leads and earn a commission of $1,250.  (**Exhibit U at 45**.)  Carlos told the group that, "with the silver masterclass, you will

receive all the steps, all the content, all the training that you will need to set up your business properly . . . ."  (**Exhibit U at 47.)**  Carlos also told us, ". . . you have the refund guarantee that if at some point you think that this is not for you or maybe you change your mind or whatever, we can refund your money."  (**Exhibit U at 37**.)  Carlos told us that Matt Lloyd had an offer that if we purchased the Silver Masterclass, we would get the Gold Masterclass for free.  (**Exhibit U at 49**.)

54.   Shortly after the October 25th call, I received an email from Carlos with the subject line, "Silver Order Form with Gold for free."  A true and correct copy of that email is attached as **Exhibit V at 1-2**.  The email included instructions and a hyperlink to purchase the Silver Masterclass and get the Gold Masterclass for free.  (**Exhibit V at 1**.)

55.   On November 1, 2017, I opened the October 25th email from Carlos and copied the hyperlink and pasted it into the Internet Explorer browser.  When I did so, I was taken to a webpage that had an order form to purchase the Silver Masterclass and ". . . get the Gold Masterclass and the MOBE Marketing System at no extra cost!"  A true and correct copy of the screenshot of this webpage is attached as **Exhibit V at 3-9**.  I submitted the order form and was redirected to another webpage that contained a receipt of my order and read "Silver Masterclass Order Success."  A true and correct copy of this webpage is attached as **Exhibit V  at 10-11**.  I then emailed Carlos to let him know that I had made the purchase.  A true and correct copy of this email is attached as **Exhibit V at 1**.

56.   Shortly after my purchase, I received two emails from Matt Lloyd.  The first email was from mattlloyd@mobe.com and included a summary of my recent order with the subject line, "Thanks For Your Purchase."  A true and correct copy of this email is attached as **Exhibit V at 12-13**.  The second email from Matt Lloyd was from the email address mattlloyd@myonlinebusinessempire.com with the subject line, "Congratulations on enrolling in the Silver Masterclass.**"**  A true and correct copy of this email is attached as **Exhibit V at 14-15**.

57.   On November 8, 2017, I received an email from "MOBE" with the email address echosign@echosign.com and the subject line, "Silver Masterclass Enrollment Agreement With Gold Bonus between MOBE and [undercover identity] is Signed and Filed!"  A true and correct copy of this email is attached as **Exhibit V at 16**.  This email contained an

attachment entitled "Silver Masterclass Enrollment Agreement With Gold Bonus." A true and correct copy of the attachment is attached as **Exhibit V at 17-22**.

58. The November 2017 statement for my undercover credit card indicated that a merchant named "AW UK MOBEHELP.COM" charged my card $2,497.00 on November 1, 2017, and that a foreign transaction fee of $24.97 was also charged to the card on the same date. A true and correct copy of my undercover credit card statement is attached as **Exhibit V at 23-24.**

59. On November 8, 2017, I logged back into the 21stepbusiness.com members website. (**Exhibit H.**) I clicked on the link for Step 8, "How To Quickly and Easily Get Paid Your High-Ticket Commissions With MOBE (Plus How To Get Ongoing Support While Building Your Business)." (**Exhibit H at 3**.) When I clicked on the link, it took me to the webpage for Step 8, which I captured. True and correct copies of the screenshots of the webpage for Step 8 are attached as **Exhibit W at 1-13**. The webpage contained a video narrated by Matt Lloyd, which I also captured. A certified transcription of the video I captured is attached as **Exhibit W at 14-26.**

60. On November 8, 2011, I received an email from Carlos with congratulations for purchasing the Silver/Gold Masterclass. A true and correct copy of this email is attached as **Exhibit X at 1**. In this email, Carlos informed me that I would be getting a new "Level 2 Senior Coach" named Marlon Nuqui. (**Exhibit X at 1**.) Carlos included a link that he instructed me to use to set up a meeting with Marlon. (**Exhibit X at 1**.) Carlos told me to finish Steps 7-9 before I met with Marlon, and watch 2 videos about Marlon. (**Exhibit X at 1**.) I used the hyperlink in the email to schedule a Skype meeting with Marlon Nuqui.

61. After selecting the date and time for our meeting, I was redirected to a website that had two videos, one with Matt Lloyd and one with Marlon Nuqui. I clicked on the video narrated by Matt Lloyd, which I captured. A certified transcription of the video narrated by Matt Lloyd is attached as **Exhibit X at 5-7**. In the video, Matt Lloyd introduced me to Marlon Nuqui and said Marlon was "one of [MOBE's] very first coaches" who "has coached literally . . . thousands of our clients from all over the world." (**Exhibit X at 5**.)

62. I then clicked on the second video narrated by Marlon Nuqui, which I also captured. A certified transcription of the video narrated by Marlon Nuqui is attached as **Exhibit X at 7-10**.

63.   On November 13, 2017, I logged back into the 21stepbusiness.com members website. (**Exhibit H.**)  I clicked on the link for Step 9, "Turning Your Business Idea Into The Biggest Payday Of Your Life: The Final 3 Stages a Business Owner Goes Through on Their Path To Millions."  (**Exhibit H at 3**.)  When I clicked on the link, it took me to the webpage for Step 9, which I captured.  True and correct copies of the screenshots of the webpage for Step 9 are attached as **Exhibit Y at 1-25**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit Y at 26-79**.

64.   On November 13, 2017, I received a package mailed to the address associated with my undercover identity that I provided when I first signed up.  The package was from MOBE and had a return address of 1335 Miramar St, Cape Coral, FL 33904.  A true and correct copy of the label on the package is attached as **Exhibit Z at 1**.  The package contained the following:

    a.   A letter titled, "Congratulations On Your Investment In The Silver and Gold Masterclasses!" signed by Matt Lloyd.  A true and correct copy of the letter is attached as **Exhibit Z at 2-5**;

    b.   A book titled, "INSIDE THE MIND OF A $150 MILLION EARNER:  YOUR PERSONAL GUIDE TO MOBE" by Matt Lloyd;

    c.   A book titled, "SILVER MASTERCLASS:  THE OFFICIAL MOBE CURRICULUM MANUAL";

    d.   A book titled, "GOLD MASTERCLASS:  THE OFFICIAL MOBE CURRICULUM MANUAL";

    e.   A certificate that read, "100% MONEY-BACK TUTION REIMBURSEMENT UPON SUBMISSION OF FIVE QUALIFYING SALES IN THE NEXT 12 MONTHS"; and

    f.   Two small boxes that contained "SILVER" and "GOLD" Masterclass plastic cards.

65.   On November 20, 2017, I spoke with Marlon Nuqui via Skype.  I recorded the call. A certified transcript of the call is attached as **Exhibit AA at 1-13**.  During the call, Marlon asked me how much money I wanted to make and told me "100k a month here is very achievable. . . .  [W]e have members making over half a million just in October itself."

(**Exhibit AA at 8**.)  During the call, Marlon also told me that he would unlock Step 10.
(**Exhibit AA at 9**.)

66.   Shortly after my call with Marlon, Marlon sent me an email, a true and correct copy
of which is attached as **Exhibit AA at 14**.  In the email, Marlon told me that every day I
needed to listen to one "Power Up Call" with JT DeBolt and listen to as many chapters as I
could in the "10X Rule" audio book.  (**Exhibit AA at 14**.)  Marlon also instructed me to sign
up for the mobedaily.com video and to schedule a 1-on-1 appointment with him.  (**Exhibit
AA at 14**.)

67.   On November 20, 2017, I logged back into the 21stepbusiness.com members website.
(**Exhibit H.**)  I clicked on the link for Step 10, "Setting Ambitious Revenue Targets . . . And
Smashing Through Them."  (**Exhibit H at 3**.)  When I clicked on the link, it took me to the
webpage for Step 10, which I captured.  True and correct copies of the screenshots of the
webpage for Step 10 are attached as **Exhibit BB at 1-11**.  The webpage contained a video
narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I
captured is attached as **Exhibit BB at 12-58**.

68.   On December 4, 2017, I had a scheduled video call with Marlon, which I recorded.  A
certified transcription of this video call is attached as **Exhibit CC**.  During the call, I was not
able to answer Marlon's questions about Step 10, so he told me to redo Step 10 and then
schedule another call.  (**Exhibit CC at 5-7**.)

69.   On December 12, 2017, I had a scheduled video call with Marlon, which I recorded.
Due to technical issues, the recording only includes Marlon's voice, not mine.  Attached as
**Exhibit DD** is a certified transcription of the video call, although the transcript only lists
what Marlon said due to the technical issues with the recording.  During the call, Marlon
asked me several questions about Step 10, the "10X Rule" audio book, and the JT DeBolt
"Power Up" calls.  (**Exhibit DD at 4-6**.)  Marlon then told me that he would unlock Steps 11
and 12.  (**Exhibit DD at 6**.)

70.   On December 14, 2017, I logged back into the 21stepbusiness.com members website.
(**Exhibit H.**)  I clicked on the link for Step 11, "Becoming A Product Of The Product."
(**Exhibit H at 4**.)  When I clicked on the link, it took me to the webpage for Step 11, which I
captured.  True and correct copies of the screenshots of the webpage for Step 11 are attached
as **Exhibit EE at 1-11**.  The webpage contained a video narrated by Matt Lloyd, which I also

Jones Declaration Page 12

captured.  A certified transcription of the video I captured is attached as **Exhibit EE at 12-51**.

71.   After viewing Step 12, I then went back to the 21stepbusiness.com members website and clicked on the link for Step 12, "Understanding The Selling Systems MOBE Has In Place To Get You Paid."  (**Exhibit H at 4.**)  When I clicked on the link, it took me to the webpage for Step 12, which I captured.  True and correct copies of the screenshots of the webpage for Step 12 are attached as **Exhibit FF at 1-20**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit FF at 21-77**.

72.   On December 18, 2017, I had a scheduled call with Marlon, which I recorded.  A certified transcription of the recording is attached as **Exhibit GG at 1-10**.  During the call, Marlon asked me what I had learned from Steps 11 and 12.  (**Exhibit GG at 5.**)  After I answered his questions, Marlon told me he would unlock Steps 13 and 14.  (**Exhibit GG at 4-8**.)  Marlon then told me to schedule another call so we could go over my "business plan," my "30-, 60-, 90-day income goal," MOBE's "compensation plan," and "the exact percentages of income you'll make in your business monthly as a silver, titanium, platinum, and diamond member according to the company percentages."  (**Exhibit GG at 7.**)

73.   On December 18, 2017, I logged back into the 21stepbusiness.com members website.  (**Exhibit H.**)  I clicked on the link for Step 13, "How To Get Access To Large Quantities Of Cash (Up To $50,000+), To Finance Your New Business Venture."  (**Exhibit H at 4**.)  When I clicked on the link, it took me to the webpage for Step 13, which I captured.  True and correct copies of the screenshots of the webpage for Step 13 are attached as **Exhibit GG at 11-19**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit GG at 20-117**.

74.   After viewing Step 13, I then went back to the 21stepbusiness.com members website and clicked on the link for Step 14, "MOBE Rewards Giant Checks, Gold Bars, Piles Of Cash, Cars, Platinum and Diamond Rings, Cruises, and Rolex Watches."  (**Exhibit H at 4**.)  When I clicked on the link, it took me to the webpage for Step 14, which I captured.  True and correct copies of the screenshots of the webpage for Step 14 are attached as **Exhibit HH at 1-17**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit HH at 18-58**.

75.   On December 29, 2017, I had a scheduled video call with Marlon, which I recorded. A certified transcription of the video call is attached as **Exhibit II**.  During the call, I answered Marlon's questions about Steps 13 and 14, and he then told me he would unlock Step 15.  (**Exhibit II at 5-6**.)

76.   On December 29, 2017, I logged into the 21stepbusiness.com members website and clicked on the link for Step 15, "Residual Income Streams And Passive High-Ticket Commissions: How The MOBE Compensation Plan Works."  (**Exhibit H at 5**.)  When I clicked on the link, it took me to the webpage for Step 15, which I captured.  True and correct copies of the screenshots of the webpage for Step 15 are attached as **Exhibit II at 10-19**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit II at 20-53**.

77.   On January 3, 2018, I had a scheduled video call with Marlon, which I recorded.  A certified transcription of this video call is attached as **Exhibit JJ at 1-10**.  During that call, Marlon told me that I had at least three hours' worth of assignments I had to complete before the business plan meeting scheduled for the next day.  (**Exhibit JJ at 5**.)  The assignments were to complete a business plan document that included writing down my 30-, 60-, and 90-day income goals and to watch two-hours of additional online videos.  (**Exhibit JJ at 7-8**.)  Marlon told me to complete the business plan document, take notes on the videos, and email those items back to him by 5 pm.  (**Exhibit JJ at 7-8**.)  Marlon said that once I did that, I would receive an email back with instructions on how to join the business plan webinar the next day.  (**Exhibit JJ at 8**.)

78.   Shortly after my video call with Marlon, I received an email from "marlon@mobe.com" with the subject line "Biz Plan Prep."  A true and correct copy of this email is attached as **Exhibit JJ at 11-12**.  The email contained links to two videos, which I clicked on and then captured.  A certified transcription of the first video is attached as **Exhibit JJ at 13-35**.  A certified transcription of the second video is attached as **Exhibit KK**.

79.   On January 4, 2018, I participated in the business plan videoconference with Marlon and several others who had purchased Silver/Gold Masterclasses.  I recorded the videoconference.  A certified transcription of the recording is attached as **Exhibit LL**.  The purpose of the videoconference was to go over our 30-, 60-, 90-day income plan, how to

reach our goals, and the MOBE compensation plan.  Marlon pre-selected three clients to talk, and the rest of the members on the call were on mute.

80.   During the videoconference, Marlon gave examples of how much money we could make if we bought the Titanium, Platinum, and Diamond Mastermind programs.  He said that "90 percent of your income will come from the Titanium, Platinum, and Diamond conference profits, not your Silver profits," and "You don't really profit too much at the Silver level."  (**Exhibit LL at 31-32.**)  He also told us that "the Titanium and Platinum conference profits that the phone team makes for you, that's going to buy you the things you want to do," and "your Diamond Mastermind profits that your phone team makes on your behalf, that's going to build your retirement income [and] your wealth."  (**Exhibit LL at 32.**)

81.   Marlon then told us Titanium cost $9,997, Platinum cost $16,677, and Diamond cost $29,997, and "a lot of your members, they'll just purchase all three right away to be positioned."  (**Exhibit LL at 33-36.**)

82.   Marlon then told all of us to stay on the line and he would come back to talk to us individually about the Titanium, Platinum, and Diamond Mastermind programs.  About twenty minutes later, Marlon opened the call back up to me.  I recorded this portion of the call.  A certified transcription of that recording is attached as **Exhibit MM at 1-14**.  During his individual session with me, Marlon tried to convince me to purchase Titanium, Platinum, and Diamond memberships.  (**Exhibit MM at 6**-7.)  Marlon also told me that MOBE has a third party lending company that lends to MOBE members.  (**Exhibit MM at 9-10.**)  He said that a lot of MOBE's members use MOBE's third-party lending company because it is 0 percent interest for up to 24 months.  (**Exhibit MM at 9.**)

83.   When I expressed interest in the third-party lending company, Marlon told me he would send me an email titled "My OPM Application," that I should complete and submit the application for the third-party funding, and that I would receive an answer on my application within 24 hours.  (**Exhibit MM at 11-12**.)  Marlon also told me he would unlock Step 16. (**Exhibit MM at 12**.)

84.   After the call ended, Marlon sent me an email that contained a link to the MyOPM application.  A true and correct copy of this email is attached as **Exhibit MM at 15**.  I did not submit the MyOPM application.

Jones Declaration Page 15

**PX 22**

85.   On January 8, 2018, I logged into the 21stepbusiness.com members website. (**Exhibit H**.)  I clicked on the link for Step 16, "Promotion Secrets: How To Start Earning High-Ticket Commissions".  (**Exhibit H at 5**.)  When I clicked on the link, it took me to the webpage for Step 16, which I captured.  True and correct copies of the screenshots of the webpage for Step 16 are attached as **Exhibit NN at 1-8**.  The webpage contained a video narrated by Matt Lloyd, which I also captured.  A certified transcription of the video I captured is attached as **Exhibit NN at 9-41**.

86.   I have not received any communication from Marlon since the email he sent me on January 4, 2018 with a link to the "My OPM Application".  (**Exhibit MM at 15**.)

87.   On January 24, 2018, I called MOBE's customer service number, (844) 662-3787, to request a refund of my $49 purchase and my purchase of the Silver and Gold Masterclasses. I spoke with a female who told me to go to www.mobe.com/support to make my refund request.  I then went to that website and filled out an online email form requesting a refund.  I received an email from MOBE confirming that my request had been received.  A true and correct copy of this email exchange is attached as **Exhibit NN at 42-43**.

88.   On January 25, 2018, I received an email from "Ivan G." at MOBE Support, a true and correct copy of which is included in **Exhibit NN at 42-43**.   The email stated, "Please note that there are no refunds for this product.  I have included the section of your signed agreement that clearly states the no refund policy."  (**Exhibit NN at 42**.)  The email then quoted language that stated, "STUDENT UNDERSTANDS AND AGREES THAT ALL PURCHASES ARE . . . NON-REFUNDABLE; ALL SALES ARE FINAL."  (**Exhibit NN at 43**.)

## MARKETING EMAILS

89.   During the course of this investigation, I received more than 680 emails from Matt Lloyd using the email address "mattlloyd@mobe.com".  These emails were sent to the undercover email address that I used when I first signed up for the MOBE 21-step program. These emails appear to be mass-marketing emails.  True and correct copies of nine of these emails are attached as **Exhibit OO.**

## OTHER MARKETING VIDEOS

90.   During the course of the investigation, I (or others acting at my direction) captured the additional recordings listed below and then had each of those recordings transcribed.

a. **Exhibit PP** is a transcription of one of the "Power Up Calls" with JT DeBolt that Marlon asked me to listen to.

b. **Exhibit QQ** is a transcription of a video about the MOBE Motors Program that is narrated by Russell Whitney.

c. **Exhibit RR** is a transcription of a video in which Russell Whitney expounds on his experience with MOBE and affiliate marketing.

d. **Exhibit SS** is a transcription of a video in which Russell Whitney introduces himself as "director of events" and congratulates the viewer on "moving forward in your MOBE business."

e. **Exhibit TT** is a transcription of a video in which Matt Lloyd congratulates Russell Whitney.

## CIVIL INVESTIGATIVE DEMANDS ("CIDS")

91.   During the course of this investigation, the FTC obtained records from various third-parties pursuant to Civil Investigative Demands ("CIDs") issued to those parties.  I serve as records custodian for all documents the FTC received in response to its CIDs issued in this investigation.

92.   True and accurate copies of selected documents produced in response to the FTC's CIDs are attached as Exhibits to the FTC's *Ex Parte* Motion and Memorandum of Law In Support of a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Motion").  The chart below lists the name of each third-party that produced records to the FTC in response to the FTC's CIDs and the TRO Motion exhibit number where true and accurate copies of those selected records are located.

| **Name of CID Respondent That Produced Documents** | **TRO Motion Exhibit Number** |
|---|---|
| Bank of America, N.A. | PX30 |
| Branch Banking & Trust Company | PX31 |
| JP Morgan Chase Bank, N.A. | PX32 |
| Regions Bank | PX33 |
| Wells Fargo Bank, N.A. | PX34 |
| DFS Services, LLC | PX35 |
| MasterCard Inc. | PX36 |
| Visa, Inc. | PX37 |
| Bank of America Merchant Services, LLC | PX38 |
| PayPal Holdings, Inc. | PX39 |
| Qualpay, Inc. | PX40 |

Jones Declaration Page 17

| Square, Inc. | PX41 |
|---|---|
| SuitePay | PX42 |
| eNom, Inc. | PX43 |
| DoubleTree by Hilton Hotel – San Jose | PX44 |
| Embassy Suites LAX South | PX45 |
| Embassy Suites by Hilton - Minneapolis | PX46 |
| Embassy Suites by Hilton Orlando Lake Buena Vista South | PX47 |
| Hilton Hawaiian Village Waikiki Beach Resort | PX48 |
| TransferMate, Inc. | PX50 |
| International Finance Bank | PX51 |
| Sun Trust Bank | PX52 |

93.   During the course of this investigation, the FTC also requested that the Palms Resort and Casino in Las Vegas, Nevada, provide the FTC with records relating to live events Defendants held at that location.  The Palms Resort and Casino provided records to the FTC in response to the request.  I serve as the custodian of records for those materials.  True and accurate copies of selected records provided to the FTC by the Palms Resort and Casino are attached to the TRO Motion at PX 49.

## CREDIT CARD MERCHANT DESCRIPTORS

94. MasterCard, Inc.'s response to the FTC's CID included an Excel file "REQ16412.xlsx".  The MasterCard Excel file contains transaction details for credit card and debit card transactions associated with specific merchant accounts that were processed through the MasterCard payment network.  I reviewed the data in this Excel file and compiled the following information relating to specific merchant descriptors that our investigation indicated were associated with Defendants:

| Merchant Descriptor | Merchant ID Number | Merchant Address | Merchant Phone Number |
|---|---|---|---|
| HOME BUSINESS BUILDERS | 42298585249894 | 5 Cressal Road Balcatta 6021 Australia | |
| MATTLLOYDPUBLISHING | 6000733581 | 22 Mercury Street Carlisle, Western Australia 6101 Australia | |
| MATTLLOYDPUBLISHING.CO | 479200200992 | Level 61 19 29 Martin Place Carlisle 6101 Australia | |
| MOBE | 372547049885 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 704-724-8114 |

Jones Declaration Page 18

FTC-MOBE-000702

| Merchant Descriptor | Merchant ID Number | Merchant Address | Merchant Phone Number |
|---|---|---|---|
| MOBE LTD | 1060006401 | B1-28-8 Soho Suites 20 Jalan Perak Kuala Lumpur 50450 Malaysia | |
| MOBE LTD | 102945010630 | Hong Kong | |
| MOBE ONLINE | 971000010643 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 844-662-3787 |
| MOBE.COM | 508299025 | Mauritius | 844-249-3733 |
| MOBE.COM | 413951001395 | 207 Regent Street, Third Floor London W1B 3HH United Kingdom | 844-249-3733 |
| MOBEHELP.COM | 508299025 | Mauritius | 844-249-3733 |
| MOBEHELP.COM | 413951001395 | 207 Regent Street, Third Floor London W1B 3HH United Kingdom | 844-249-3733 |
| MOBEORDER.COM | A00000000000403 | Panama | 844-249-3733 |
| WESELLGOODTRAFFIC.COM | 507311017 | Mauritius | 844-249-3733 |
| WESELLGOODTRAFFIC.COM | 413961001396 | 207 Regent Street, Third Floor London W1B 3HH United Kingdom | 844-249-3733 |
| WESELLGOODTRAFFIC.COM | 971000010635 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 844-662-3787 |

95. I reviewed information that DFS Services, LLC (also known as Discover) produced to the FTC in response to the FTC's CID, of which true and accurate copies of select information is included in PX35.  Based on my review of this information, I was able to collect the following information relating to specific merchant descriptors that our investigation indicated were associated with Defendants:

| Merchant Descriptor | Merchant ID Number | Merchant Address | Merchant Phone Number |
|---|---|---|---|
| MOBE | 601103074980784 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 704-724-8114 |
| MOBE COACHING | 601177360005688 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 844-662-3787 |
| MOBE HOME BUSINESS SUMMIT | 601177360005571 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 844-662-3787 |
| MOBE MARKETPLACE | 601177360005589 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 844-662-3787 |
| MOBE MASTERMIND | 601177360005696 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 844-662-3787 |
| MOBE ONLINE PRODUCT GROUP | 601177360005670 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 844-662-3787 |
| MOBE SUMMIT | 601177360005563 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 844-662-3787 |

Jones Declaration Page 19

FTC-MOBE-000703

| Merchant Descriptor | Merchant ID Number | Merchant Address | Merchant Phone Number |
|---|---|---|---|
| MOBE TRAFFIC | 601177360005597 | 8207 Golf Ridge Dr. Charlotte, NC 28277 USA | 844-662-3787 |
| MOBE.COM | 601103015354024 | 13506 Summerport Village Windermere, FL 34786 USA | 407█████████ |
| MTTB | 601105033796664 | 380 Portage Ave. Palo Alto, CA 94306 USA | 855-469-3729 |

96. I reviewed information that Visa, Inc., produced to the FTC in response to the FTC's CID. True and accurate copies of select information from Visa's production are included in PX37. Based on my review of this information, I was able to collect the following information relating to specific merchant descriptors that our investigation indicated were associated with Defendants:

| Merchant Descriptor | Merchant Location | Merchant Phone Number |
|---|---|---|
| ALW*MOBEHELP.COM | United Kingdom | 844-662-3787 |
| MOBE.COM | United Kingdom | 844-662-3787 |
| MOBE.COM | Republic of Georgia | 844-662-3787 |
| MOBEHELP COM | Republic of Georgia | 844-662-3787; 877-414-1061 |
| MOBEMARKETPLACE.COM | North Carolina, USA | 844-662-3787 |
| MOBETRAINING.COM | Quebec, Canada | 844-662-3787 |

## BUSINESS REGISTRATION INFORMATION

97. During the course of this investigation, the FTC collected articles of incorporation or other corporate formation and registration records filed with state or governmental authorities relating to entities listed in the table. True and accurate copies of those records are attached as exhibits to the TRO Motion at the exhibit numbers designated in the table below.

| Company Name | TRO Motion Exhibit Number |
|---|---|
| MobeProcessing.com, Inc. | PX64 |
| MobeTraining.com, Inc. | PX65 |
| Transaction Management, Inc. | PX66 |
| 9336-0311 Quebec Inc. | PX67, PX68 |
| MattLloydPublishing.com PTY LTD | PX69 |
| MOBE Pro Limited | PX70 |
| MOBE Online Ltd. | PX72 |
| Business Education Training Ltd. | PX74 |
| Shark Speaker LLC | PX75 |
| Geer Up Marketing LLC | PX76 |

Jones Declaration Page 20

**WEBSITE CAPTURES**

98.   During the course of this investigation, the FTC visited and captured various websites registered to MOBE Ltd.  The chart below identifies the websites that were captured, the date they were captured, and the TRO Motion exhibit number where true and correct copies of the website captures can be found.

| Description | URLs | Date of Capture | TRO Exhibit Number |
|---|---|---|---|
| Select webpages from Mobe.com | mobe.com | March 21, 2017-June 15, 2017 | PX77 |
| MOBE compensation webpage and Compensation Plan | mobe.com/compensation | January 19, 2018 | PX78 |
| MOBE 2014-2015 Income Disclaimer | mobe.com/income-disclosure | June 15, 2017 | PX79 |
| MOBE 2016-2017 Income Disclaimer | mobe.com | May 10, 2018 | PX80 |
| MOBE – Contact Us webpage | mobe.com/contact-us | February 2, 2018 | PX81 |
| MOBE Our Team webpage | mobe.com | April 5, 2017 | PX82 |
| Select webpages from Mobe.com webpage | mobe.com | May 10, 2018 | PX83 |
| Select webpages from IMFreedomWorkshop.com | imfreedomworkshop.com | January 18, 2018, and May 22, 2018 | PX85 |
| Select webpages from TheHomeBusinessSummit.com | thehomebusinesssummit.com | January 18, 2018, and May 22, 2018 | PX86 |
| Select webpages from SuperchargeSummit.com | superchargesummit.com | June 15, 2017 and May 22, 2018 | PX87 |
| Select webpages from MTTB System website | mttbsystem.com | June 15, 2017 and January 18, 2018 | PX88 |
| Select webpages from Internet Funnel System website | InternetFunnelSystem.com | January 19, 2018 | PX89 |
| Select webpages from Patriot Funnel System website | PatriotFunnelSystem.com | January 19, 2018 | PX90 |
| Select webpages from Ultimate Retirement Breakthrough | ultimateretirementbreakthrough.com | January 18, 2018 | PX91 |
| Select webpages from Laptop Lifestyle System | laptoplifestylebusiness.online | May 22, 2018 | PX92 |
| Screenshot from Russ Whitney Vimeo video entitled "Congratulation on Moving Forward in Your MOBE Business" | vimeo.com/222413223 | May 23, 2018 | PX93 |

**PX 22**

FTC-MOBE-000705

| Description | URLs | Date of Capture | TRO Exhibit Number |
|---|---|---|---|
| Printouts of MOBE Facebook Group pages | facebook.com/groups/mobelicenserights/ facebook.com/groups/titaniumprogram/ facebook.com/groups/platinumprogram/ facebook.com/groups/diamondprogram/ facebook.com/groups/weselgoodtraffic/ facebook.com/mobe.official/ facebook.com/pg/mobemarketplace/posts/ facebook.com/groups/mattlloyd/ facebook.com/groups/mobelicenserights/ | May 22, 2018 and May 23, 2018 | PX94 |
| Better Business Bureau webpage for MOBE Ltd. | bbb.org/charlotte/business-reviews/work-at-home-companies/mobe-ltd-in-charlotte-nc-494118/reviews-and-complaints | May 21, 2018 | PX95 |
| Printout from the Wayback Machine Internet Archive of mobe.com/about-us/our-team | web.archive.org/web/20160804072644/https://mobe.com/about-us/our-team | May 23, 2018 | PX96 |
| Select webpage from Online Income Revolution | onlineincomeRevolution.com | March 14, 2017 | PX97 |
| Select webpage from regus ma | regus ma/en-gb/virtual-office/malaysia/kuala-lumpur/kuala-lumpur-sentral-cimb | May 29, 2018 | PX98 |

## CONSUMER COMPLAINTS

99.   The FTC maintains a complaint database called the Consumer Sentinel Network ("Sentinel").  The database receives consumer complaints from two main sources.  One source is consumers who directly contact the FTC, by mail, telephone, or through the FTC's website (www.ftc.gov).  The other source is the FTC's partnership with other law enforcement agencies and consumer protection organizations around the world.

100. During the course of this investigation, the Sentinel database was searched for consumer complaints filed against the Defendants from July 18, 2011, through May 25, 2018.  I eliminated duplicative complaints consumers filed with other agencies that the FTC also received.  I found 168 unique fraud complaints against the Defendants.  Out of these complaints, there were 22 consumers that reported losses of over $20,000 or more.

101. During the course of this investigation, the FTC received numerous emails forwarded by consumers regarding the Defendants.  True and correct copies of some of these emails are attached as **Exhibit UU**.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on May _30_, 2018, in Washington, DC.

Carol Jones

**PX 22**    **FTC-MOBE-000707**

# Exhibit A

**PX 22**                    **FTC-MOBE-000708**

Exhibit A - Page 1 of 1



FTC-MOBE-000709

PX 22

# Exhibit B

FTC-MOBE-000710



FTC-MOBE-000711

**PX 22**



FTC-MOBE-000712

PX 22



FTC-MOBE-000713

PX 22



FTC-MOBE-000714

PX 22



FTC-MOBE-000715

PX 22

PurchaseMobe_8.30.2017

Exhibit B - Page 6 of 22

# Payment Successful!
## Your application fee was **processed.**

Your **NEXT STEP** is to complete the application below. Please answer all questions as accurately as possible. After this application you will be given your next steps.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT

FTC-MOBE-000716





FTC-MOBE-000717

PX 22



FTC-MOBE-000718

PX 22

Exhibit B - Page 9 of 22



FTC-MOBE-000719

PX 22

Exhibit B - Page 10 of 22

FTC-MOBE-000720

**PX 22**



Exhibit B - Page 11 of 22



## Your NEXT step is to check your email inbox for your welcome email.

We are now allocating your coach, and you'll receive an email with their details and your login details in the next 20 - 30 minutes. Once you receive your login details (which will come from mattlloyd@mobe.com), please login at **21StepBusiness.com**. If you still don't have the email within the hour, please contact Customer Support, who will help you out: **mobe.com/support**

If you haven't received your login details in an one hour, please call us at 1-844-662-3787. Login details will be sent to ▮▮▮▮▮▮▮▮▮ and come from **mattlloyd@mobe.com.**

CONTACT US   COMPLIANCE HUB   TERMS & CONDITIONS   INCOME DISCLOSURE   PRIVACY

Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT

Copyright © 2017 MOBE - All Rights Reserved

Business Education Trainings: 1751 Richardson Street, Suite 2500 - Montreal - Quebec H3K 1G6
MOBE Ltd - Soho Suites at KLCC B1-08 8 NO.20 - Jalan Perak - Kuala Lumpur - 50450 Malaysia
MOBE Processing.com, Inc. - 8407 Golf Ridge Drive - Charlotte, NC - 28277
MOBE Pro, Ltd - Third Floor - 207 Regent Street - London W1B 3HH United Kingdom
MOBE Online, Ltd - 14 Wickhams Street - Roseau - Mauritius
MOBE - My Own Business Education - MOBE TV

**FTC-MOBE-000721**

**PX 22**

 **Gmail**

████████████████████

## Thanks for Your Purchase
1 message

---

**mattlloyd@mobe.com** <mattlloyd@mobe.com>                  Wed, Aug 30, 2017 at 2:43 PM
To: ████████████

---

**Hi** ████████ **,**

**Thank you for placing your recent order.**

**Please find the summary of your order below.**

| | |
|---|---|
| **Order Number:** | ██████████ |
| **Order date:** | 08/30 2:22pm |
| **Shipping Address:** | ████████████████ US |
| **Billing Address:** | ████████████████ US |
| **Phone Number:** | ███████████ |
| **Email:** | ████████████████ |

### Items in Order:

| Name | Quantity | Price |
|---|---|---|
| 21 Steps [MTTB] | 1 | $1.00 |

### Totals:

| | |
|---|---|
| **Sub Total:** | $1.00 |
| **Shipping:** | — |
| **Grand Total:** | $1.00 |

---

You will receive your Top Tier Business Coach details within the
next hour. If you have not received your Coach details within the
next hour please call our support desk at 1-844-662-3787.

**PX 22**                                                  **FTC-MOBE-000722**

Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 91 of 166 PageID 819
Exhibit B - Page 13 of 22

**PX 22**                    FTC-MOBE-000723

Gmail - When can we speak on the phone? (and your login details)                    Page 1 of 1
Case 6:18-cv-00862-RBD-DCI    Document 3-34    Filed 06/04/18    Page 92 of 166 PageID 820
Exhibit B - Page 14 of 22



## When can we speak on the phone? (and your login details)

1 message

**Carlos Verdugo V.** <carlos@mobe.com>                                    Wed, Aug 30, 2017 at 3:20 PM
Reply-To: carlos@mobe.com
To:

Hello,
My name is Carlos Verdugo, and I'm your personal phone coach for the 21 Step Business System.
It's good to meet you (virtually at least), and I'm looking forward to working with you.
You made a very good choice when you decided to participate in the 21 Step Business system.
As you probably already know, the 21 Step Business system is a step-by-step training program where each
day, you'll be learning a new lesson.
My role is to help you understand the training, and more importantly, to help you implement the training so you
can see results.
The very first thing for you to do to get started in the training, is to contact me now and let me know you're
ready:
Here's my details:
Carlos Verdugo


Appointment Calendar:
Skype ID:
I'd prefer you send an email and then also add me directly on Skype.  If you don't know how to use Skype, just
go ahead and give me a call.
If I don't answer, I will get back to you as long as you leave me your contact details.
In order for you to complete the entire training we will need to be in contact as I'll be opening up the more
advanced steps for you later in the training.
So please reach out now and let me know you're ready to begin.
I'm looking forward to working with you, and, in getting to know you more.
One more thing - your login details to access the course you own!
Here they are:
21stepbusiness.com/members
Username:
Password:
I recommend you save those somewhere.
Please send me an email and let me know you're ready to begin.
Speak soon,
Carlos

Click Here to Unsubscribe
If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC,, No. 20 Jalan Perak, Kuala Lumpur 50450

Generated by MC

 Gmail

---

## Welcome to MOBE / Bienvenido a MOBE -- Team Carlos Verdugo

1 message

---

**Coach Carlos Verdugo** <carlos@mobe.com>                    Wed, Aug 30, 2017 at 3:21 PM
To:

**VERSIÓN EN ESPAÑOL MÁS ABAJO**
-----------------------------------------------

Hi ⬛ ,

Congratulations on purchasing your **21 steps** and Welcome to **Team Carlos Verdugo with MOBE**. My name is **Carlos Verdugo,** I'm your **Business Coach** that has been assigned to you. I have trained a lot of clients to be successful with this opportunity.

*YOUR FIRST ASSIGNMENT* is to Download Skype - **http://www.skype.com/en/download-skype/skype-for-computer/**

**THIS IS MANDATORY!** It is free, and it's how everyone communicates with **MOBE**. Through this training we will be using Skype, it is not for video calls - it is for communication for your training. You can find me under my Skype name ⬛ , also add my Assistants account: ⬛

**Video if you have any questions with Skype - https://youtu.be/ABPZJLtQ5X4**

**IMPORTANT! COMPLETE THE NEXT 4 INSTRUCTIONS EXACTLY:**

1. **Book in for a quick call,** so we can have our 1st call after all the instructions are complete-
2. **RESPOND** to the "**Just a little about your Business Coach**" email, I sent it out right after this email. I would like to know a little about yourself so I can coach you properly through this training.
3. **21STEPS WEBSITE-** Familiar yourself with the **21 STEPS** website, the information on how to log in is below. On this site you will find your training modules we will use during this training, and our daily calls hosted by **JT DeBolt**, I can't stress how important those are, and you can find them on the right hand side of the **21 STEPS**
4. **Watch this short video** where Matt introduce me as your coach!
   https://21stepbusiness.com/members/coach/carlos-verdugo/

**ENTER TO THE 21 STEPS WEBSITE:**

Click on this link to log in: **https://21stepbusiness.com/members/**

Username ⬛

Password: ⬛

---

Bienvenido a MOBE
(** IMPORTANTE INFORMACIÓN ADJUNTA **)
Equipo Carlos Verdugo

**PX 22**                    **FTC-MOBE-000725**

Hola ▮▮▮▮ ,

Felicitaciones por la compra de su Programa de los **21 pasos** y Bienvenido al **equipo de Carlos Verdugo en MOBE.** Mi nombre es **Carlos Verdugo,** Soy el **Coach de Negocios** que ha sido asignado para ayudarle a tener éxito con esta oportunidad, como ya lo he hecho con muchos otros estudiantes!

*SU PRIMERA TAREA* es Descargar Skype - **https://www.skype.com/es/download-skype/skype-for-computer/**

**Esto es obligatorio!** Es gratuito y es cómo nos comunicaremos en **MOBE.** No es sólo para llamadas de video - es para la comunicación durante de su entrenamiento. Puedes encontrarme con mi nombre de Skype ▮▮▮▮ , también deberá agregar a mis asistentes con su cuenta: ▮▮▮▮

**Vea este video si tiene alguna pregunta con Skype - https://youtu.be/mTqNRIv7CIQ**

**¡IMPORTANTE! Complete las siguientes 4 instrucciones :**

1. **Agende una cita conmigo**para que podamos conocernos y comenzar con su programa. Ingrese en mi Calendario - ▮▮▮▮
2. **Responde a las preguntas "Solo un poco acerca de su Coach de Negocios"**, que le envié junto con este email de Bienvenida. Me gustaría saber un poco sobre usted para poder entrenarle como se merece.
3. **SITIO WEB DE LOS 21PASOS-** Ingrese al sitio web de los **21 pasos,** la información sobre cómo iniciar sesión está más debajo. En este sitio usted encontrará sus módulos de formación que vamos a utilizar durante este entrenamiento y nuestras llamadas diarias organizadas por **JT DeBolt** , las cuales son muy importantes y se puede encontrar en la parte derecha de la página web de los **21 pasos**
4. **Vea este breve vídeo**en el que Matt me presenta como su Coach!
   https://21stepbusiness.com/members/coach/carlos-verdugo/

**ACCESO A LA PÁGINA WEB DE LOS 21 PASOS:**

Haga clic en este enlace para iniciar sesión: **https://es.21stepbusiness.com/members/**

Nombre de usuario: ▮▮▮▮

Contraseña: ▮▮▮▮

PD: Notará que el link de acceso a la web de los 21 pasos es distinto para inglés y español, así como los calendarios. Utilice sólamente los del idioma en el que realizará el entrenamiento.

Best Regards / Saludos,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: ▮▮▮▮

Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 95 of 166 PageID 823
Exhibit B - Page 17 of 22



---

## Just a little about your Business Coach / Sólo un poco acerca de su Coach de Negocios

1 message

---

**Coach Carlos Verdugo** <carlos@mobe.com>                    Wed, Aug 30, 2017 at 3:21 PM
To:

**VERSIÓN EN ESPAÑOL MÁS ABAJO**
-----------------------------------------------------

**PLEASE RESPOND TO THIS EMAIL** - It's important that I know a little more about you as well.

One of the best things I learned in my life is that, if you want to be successful... You have to find someone that is, and take as many things that you can to implement them in your life or business. I have truly found my passion in life, and it's Coaching Clients like yourself to help achieve whatever you want in life.

I want to take this time to share a few things about myself so you can get to know me a little better. I come from a **VERY** hard working family, and I have implemented that work ethic to my life. I'm a Chilean publicist with more than 20 years of experience in the world of marketing, sales, entrepreneurship, and innovation. I have participated as Project Manager for several implementations for campaigns and digital strategies for companies such as Mazda, Renault, Renault Samsung, Mitsubishi, Fiat, Alfa Romeo, Tata, Volvo, Hellmann's, Packard Bell, Nestlé, LG, among others. I was was sales manager for the most important partner of Google in Latin America; specifically for Google Apps between 2011-2013, being recognized in 2012 as the **"Google Partner of the Year"** by his great performance in sales and the client's satisfaction reached by his team.

With all of that being said; it's taken me a very long time to get where I am today. Been through a lot, and I've had a few coaches in my life to help me achieve my goals. I love being a Coach, it is truly my passion. My goal is to assist entrepreneurs with the development of their individualized business plans through an exhaustive, detailed, industry specific, consultative approach curtailed to specific needs. Ultimately, I'm here to help others achieve their goals of business ownership and the financial rewards it enables.


**Everyone has a *WHY*, what's yours? Tell me a little about yourself so I can understand what drives YOU!**

**In order for me to Coach you properly, you have to know what kind of person you are, and who do you want to be in life. *RESPOND* to this email with your answers....**


**Question 1:**

**What do you identify yourself as?**

1.  **Artist creator / Innovator**

2.  **Leader / Manager**

**PX 22**                    **FTC-MOBE-000727**

## 3.  Entrepreneur

**Question 2:**

**What do you do for a living?, What's your background?**

**Question 3:**

**Why do you think that an online business will be a good fit for you?**

**Question 4 and last:**

*WHY*? Think about this.....

**It's important to know who you are, and what you want to be with this opportunity.**

**What drives you?**

And right now make an appointment with me so we can have our first call on this new system called ZOOM, so and we can start working together, just 1 appointment. Please book me in here:

<span style="background:black;color:black">████████████████████</span>

 Please make sure to book me on a day and time that you'll be able to have a call with me in a quiet place. Do not make any appointments that you can't attend, my calendar have limited spots every day and those are very valuable for me and my students.

------

### Sólo un poco acerca de su Coach de Negocios

**POR FAVOR responder a este mensaje** - Es importante que yo también conozca un poco más acerca de usted.

Una de las mejores cosas que he aprendido en mi vida es que, si usted quiere tener éxito... hay que encontrar a alguien que sea exitoso y tomar todas los ejemplos a seguir  que puedan ponerse en práctica en su vida o negocio. Es realmente mi pasión, ayudar  y entrenar a personas como usted para que alcancen lo que quieren lograr en su vida .

Quiero aprovechar este momento para compartir algunas cosas acerca de mí , para que pueda llegar a conocerme un poco mejor. Vengo de una familia que trabajó **muy** duro y he implementado esa ética de trabajo de mi vida. Soy un publicista chileno con más de 20 años de experiencia en el mundo del marketing, las ventas, el espíritu empresarial y la innovación. He participado como Project Manager para varias

**PX 22**                    **FTC-MOBE-000728**

Gmail - Just a little about your Business Coach / Sólo un poco acerca de su Coach de Negocios    Page 3 of 4
Case 6:18-cv-00862-RBD-DCI    Document 3-34    Filed 06/04/18    Page 97 of 166 PageID 825

Exhibit B - Page 19 of 22

implementaciones para las campañas y estrategias digitales para empresas como Mazda, Renault, Renault Samsung, Mitsubishi, Fiat, Alfa Romeo, Tata, Volvo, Hellmann, Packard Bell, Nestlé, LG, entre otros. trabajé como Gerente de Ventas para el socio más importante de Google en América Latina; específicamente para Google Apps entre 2011-2013, siendo reconocido en 2012 como el **"Google Partner del Año"** por nuestro gran desempeño en las ventas y la satisfacción del cliente alcanzado por nuestro equipo.

Todo este esfuerzo y dedicación a lo largo de mi vida me ha ayudado a llegar a donde estoy hoy. He pasado por muchas cosas y he tenido un par de coaches (entrenadores/mentores) en mi vida para ayudar a alcanzar mis metas. Me encanta ser Coach, es realmente mi pasión. Mi objetivo es ayudar a los empresarios con el desarrollo de sus planes de negocios individualizados mediante un enfoque exhaustivo, detallado, específico de la industria, de consulta restringida a las necesidades específicas. En última instancia, estoy aquí para ayudar a otros a alcanzar sus objetivos de negocio y que hagan posible comenzar su propio ngocio para disfrutar de las recompensas financieras.

**Todo el mundo tiene un *Por qué,* cuál es el suyo? Cuénteme un poco sobre usted para que pueda entender lo que lo impulsa!**

**Con la finalidad de que yo pueda entrenarle como es debido, usted tiene que saber qué tipo de persona es y quién quiere ser en la vida. *Responde* a este correo electrónico con sus respuestas ....**

**Pregunta 1:**

**¿Cómo se identifica usted?**

1.  **Artista creador / innovador**

2.  **Líder / Gerente**

3.  **Empresario**


**Pregunta 2:**

**¿Qué hace para ganarse la vida ?, ¿cuál es su experiencia laboral?**


**Pregunta 3:**

**¿Por qué cree que un negocio en línea será una buena opción para usted?**


**Pregunta 4 y última:**

*¿Por qué?* **Piensa sobre esto.....**

**Es importante saber quién eres, y lo que quiere estar con esta oportunidad.**

**¿Qué te motiva?**

Exhibit B - Page 20 of 22

Ahora, después de responder a mis preguntas, debes hacer una cita conmigo para que podamos tener nuestra primera llamada en un nuevo sistema para llamadas grupales llamado ZOOM, así podemos empezar a trabajar juntos!

Por favor, reserve una cita aquí:

████████████████████

Asegúrese de reservar  en un día, hora y lugar tranquilo en donde usted pueda tener su entrevista conmigo sin interrupciones. No agende citas a las que no pueda asistir, mi calendario tiene espacios limitados todos los días, los cuales son muy valiosos para mí y para mis estudiantes.

Best Regards / Saludos,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: ████████

**PX 22**    **FTC-MOBE-000730**

Exhibit B - Page 21 of 22

FTC-MOBE-000731

**PX 22**



## 21 Step System

Login To Discover The Business Model Which Has Paid Out Over $71 Million To Date....

Username:

Password:

☑ Remember me

**ACCESS THE 21 STEPS**

Forgotten password?

Copyright © mobe.com 2016

**citi**

| Account Number | Statement Date | Total Amount Due |
|---|---|---|
| ███████ | 09/15/2017 | Not an Invoice. For your records. |

For telephone or address change on travel cards, please place an X in the parentheses and make the desired changes on the reverse side.( )

---

## CITIBANK CARD

### CARD STATEMENT

| Previous Balance | Credits | New Charges | Total Activity |
|---|---|---|---|
| $0.00 | | $49.49 | $49.49 |

Invoice Date
09/15/2017

FOR CUSTOMER SERVICE CALL 1-800-248-4553 OR WRITE Citibank  P.O. Box 6125  Sioux Falls, SD 57117

OUTS DE THE U.S. AND CANADA CALL COLLECT 904-954-7314

| Agency Name: | | | | Account Number | | ███████ |
|---|---|---|---|---|---|---|
| Accounting Code/Cost Center | | | | | | |
| Billing Office Id: | | | | Agency/Org Id: | | |
| Discretionary Code: | | | | Tax Exempt#: | | |
| Single Purchase Limit: | $0.00 | | | Cycle Purchase Limit: | $0.00 | |

| Sale Date | Post Date | MCC Code | Reference Number | Description | Total Amount |
|---|---|---|---|---|---|

**********************************************NOTICE MEMO ITEM(S) LISTED BELOW***********************************************

| 09/04/2017 | 09/05/2017 | 0000 | 7466255724700186140 4667 | 1  FOREIGN TRANSACTION FEE | $0.49 |
| 09/04/2017 | 09/05/2017 | 5399 | 7466255724700186140 4667 | 2  AW                          UK | $49.00 |
| | | | | MOBEHELP.COM8446623787 | |

*****************************************TOTAL AMOUNT OF MEMO ITEM(S): **$49.49**

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to  hose who already access statements online, together we are saving 2,170 trees each year through this initiative alone.

Account management made easier:  Online statements & CitiManager Mobile offer 24/7 access, security, and mobility.  Log in at www.citimanager.com/login and click Go Paperless under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view.  When on the go, access your account and recent activity through your mobile device at www.citimanager.com/mobile

Memo Section

Approval Section

CARDHOLDERS SIGNATURE

**PX 22**

Page 1 of 1

FTC-MOBE-000732

APPROVING OFFICIAL SIGNATURE (Except Travel)

# Exhibit C

FTC-MOBE-000733

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

| | |
|---|---|
| MATTER NO. | 1723072 |
| TITLE | MOBE |
| DATE | RECORDED: AUGUST 30, 2017<br>TRANSCRIBED: JANUARY 31, 2018 |
| PAGES | 1 THROUGH 23 |

WEB VIDEO
PurchaseMobe_8.30.2017

*Carol Gomer*
2-28/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**    **FTC-MOBE-000734**

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4      RECORDING:                              PAGE:

 5      MOBE Web Video - PurchaseMobe_8.30.2017      4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**          **FTC-MOBE-000735**

3

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      MOBE                           )   Matter No. 1723072

5                                     )

6      ------------------------------)

7                                     August 30, 2017

8

9

10

11           The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

PX 22          FTC-MOBE-000736



4

1               P R O C E E D I N G S

2              -    -    -    -    -

3              PurchaseMobe_8.30.2017

4          MATT LLOYD:  What you're about to hear will

5     shock you.  Everyone knows that there's a widening

6     income gap between the rich and the poor, but did you

7     know the 85 richest people on earth now have as much

8     money as the bottom half of the world's population?

9     That's right, according to a report released this year

10    by Oxfam International, the richest 85 people on the

11    planet have as much wealth, about $1.7 trillion, as

12    one half of the entire human race, about 3.5 billion

13    people.

14          Those 85 people are part of the world's

15    richest 1 percent, a group that has amassed about 46

16    percent of the world's wealth or $110 trillion.  This

17    top 1 percent has 65 times the total wealth of the

18    bottom half of the world's population.  Pretty

19    shocking, right?

20          Now, income inequality is growing worldwide,

21    but there's one country that has led the world in

22    wealth concentration, and that is the USA.  The

23    percentage of income held by the richest 1 percent in

24    the USA has grown nearly 150 percent over the past 30

25    years, while the bottom 90 percent of Americans have

**PX 22**          **FTC-MOBE-000737**

5

1    become poorer.

2            Obama recently called this expanding gap

3    between the rich and the poor a bigger threat to the

4    U.S. economy than the enormous federal budget deficit.

5    And a report released this year by the Sadoff

6    Investment Research Firm found that the top 1 percent

7    of wage-earning households in the U.S. bring in about

8    $1.2 million per year.  That's 41 times as much as the

9    average income for all wage earners who bring in just

10   $40,000 per year.

11           Now, what does this mean for you?  Well, you

12   have two choices.  Number one, you can do what most

13   people do, and that's resent the wealthy.  Or, number

14   two, you can become one of them.  Some people say that

15   wealthy people are greedy, but studies show that

16   people also view them as harder working and more

17   intelligent.

18           And the truth is, many of us want to be

19   wealthy.  Even if you're not motivated by material

20   possessions, I'm sure you want enough money to be

21   financially free, to be able to do what you want when

22   you want to do it, go on vacation when you please,

23   travel the world, have enough money in the bank

24   account to not have to worry about bills, debt, your

25   mortgage, or car payments.

**PX 22**          FTC-MOBE-000738

1           Do you want these things?  Of course you do.

2       But in our current economy, it's becoming harder and

3       harder to achieve financial freedom, unless you figure

4       out the secret the wealthy use to amass their

5       fortunes.  The secret is right in front of your nose,

6       even though you might not recognize it.  It can be

7       extremely easy for you to grasp but only if you know

8       what you're looking for.

9           I spent years searching for it, coming

10      close, and then having it all fall through my fingers

11      like sand.  And then all of a sudden, in 2011, I got

12      it.  And once I had it, my income skyrocketed, and I

13      kissed my money worries goodbye forever.

14          Now, what is the secret to wealth?  Well, if

15      you stay with me for about 60 more seconds, I'm going

16      to tell you.  But, first, I need to explain who I am

17      and how I discovered this secret.  My name's Matt

18      Lloyd, and I'm from fairly humble beginnings.  I grew

19      up on a farm about five hours outside of Perth,

20      Australia, and, you know, while I never went hungry,

21      my family was far from wealthy.  I always knew I

22      wanted something more, a better life.

23          So November 2008, I started trying to make

24      money online, working out of my bedroom.  Now, at the

25      time, I was a university student barely making $600 a

1    week, mowing lawns and just doing this whole online

2    marketing thing on the side.  Then in early 2009, I

3    dropped out of college.  I committed myself to my

4    online business entirely.  I studied everything I

5    could.  I tried every product I could get my hands on,

6    but I wasn't getting anywhere or making much money.

7    That's actually a picture of the car I was driving at

8    the time.

9         Now, at the same time, I was also studying

10   the wealthiest people on the planet, people like

11   Warren Buffett -- especially Warren Buffett -- worth.

12   about $65 billion; Bill Gates, Mark Zuckerberg.  I

13   figured that if I could copy what they did or even a

14   part of what they had done I might see some level of

15   their success.  In all, I studied about 500 of the

16   wealthiest people on the planet, and I kept coming

17   back to one big question:  What made them their money?

18        For some, it was real estate.  For others,

19   it was the stock market.  But by far, the most common

20   way they made their billions of dollars was -- can you

21   guess it -- owning their own business.  About 76

22   percent, an overwhelming majority, own their own very

23   profitable business.  That was the secret.  And when I

24   realized this, it made perfect sense.  Bill Gates had

25   his own business, so did Branson, so did Zuckerberg,

**PX 22**          **FTC-MOBE-000740**



8

1    and they all rake in record profits.

2              There was just one problem, I didn't have

3    enough money or investors to launch a business.  I

4    wasn't some computer genius like Bill Gates.  I didn't

5    have an amazing invention like the iPhone.  And I

6    certainly didn't have business or management

7    experience of any kind.  But I did have one thing in

8    my favor -- determination.  Pure, raw determination.

9              So I used this determination to build a

10   profitable online business from nothing.  And if you

11   keep watching this video, I'll show you how you can

12   leverage my business and make $5,000 to $10,000 or

13   more per month in extra income, without creating your

14   own products, without any business or management

15   experience, without capital, investors, dealing with

16   customers, returns, fulfillment, websites, without any

17   of that stuff, and especially without leaving the

18   comfort of your own home.  Sound good?  All right,

19   back to my story.

20             So there I was, I'm a college dropout

21   working 10 to 12 hours a day, seven days a week,

22   trying desperately to create an online business from

23   nothing.  I drove traffic; I built an email list; I

24   created websites, products, sales funnels, and, most

25   importantly, a marketing system to tie it all

**PX 22**              FTC-MOBE-000741

1     together.

2            Now, it started slow at first -- very slow.

3     A sale here, another sale there, but then it

4     snowballed.  I began making money and lots of it.  I

5     put all my profits back into buying traffic, creating

6     more offers, and hiring more staff and salespeople.  I

7     started putting on events all over the world, places

8     like Fiji, Cabo San Lucas, Costa Rica.  And I grew my

9     company into what it is today, an international

10    marketing powerhouse.  I now run the fastest growing

11    company in the home business niche on our planet.  My

12    company, MOBE, has paid out over $12 million to

13    partners like you in 38 countries around the world,

14    and we regularly bring in millions of dollars per

15    month in sales.

16           Now, I'm nowhere close to Bill Gates or

17    Warren Buffett, but I'm definitely financially free.

18    And it's all because I own my own business.  Now, you

19    might be thinking, well, okay, Matt, that worked for

20    you, but I can't build a business from nothing.  I

21    understand.  Most people are too busy with their

22    family, their job, and the daily responsibilities of

23    life to go and start their own business.

24           And I get it, and that's okay, which is why

25    I want to make you an offer.  Partner with me and I

**PX 22**          **FTC-MOBE-000742**





1   will pay you a portion of my revenue.  Here's how it

2   works.  The secret to wealth that I discovered was a

3   marketing system that takes online leads and turns

4   them into money.  There's only two steps.  Step one,

5   you bring me leads; step two, I give you money when I

6   sell things to those leads.  I call it My Top Tier

7   Business.  It's generally just referred to as MTTB, so

8   let's call it that for short.

9         Now, when you join MTTB, I will pay you

10  commissions of $1,000, $3,000, and $5,000 without you

11  having to lift a finger.  Here's how we split the

12  money.  All the revenue from the products my system

13  sells are split three ways.  I get a small cut of it,



14  okay?  That's my portion for coming up with the

15  system.  My salespeople get a cut, and they get around

16  33 percent, and you get a cut, around 50 percent.

17        Now, why would I give you more money than I

18  keep for myself?  Seems like a pretty dumb move for a

19  successful business man, right?  Wrong.  I give you

20  the biggest piece to make it a complete no-brainer for

21  you.  The more attractive this is, the more partners I

22  have bringing my company leads, and that results in a

23  higher volume of sales, and I make more money in the

24  long run.  And so far, the revenue has been

25  astounding.



1          Here's John Chow, one of my partners, who's

2     now made over $1.1 million in pure total commissions

3     with the products sold through this very same system

4     I'm now offering you.

5          Then there's Shaqir Hussyin from the U.K.

6     Shaqir's earned over $651,000 in total commissions.

7     You can see why he's so happy.

8          Terry Lamb has actually earned over a

9     quarter-million dollars as well using this exact same

10    system.

11         Now, you might have heard of some of these

12    guys before, and some people out there might even

13    consider them gurus or experts.  But you don't need to

14    be an expert or have any online experience to make

15    money with MTTB.  Here's some regular people that have

16    made tens of thousands of dollars in commissions, and

17    I want to show you these people just to -- to prove

18    you don't have to be some guru.

19         There's a guy called Ken Faminoff.  Now,

20    when Ken came online, he -- he really knew nothing.

21    In his first eight months, he was able to make $34,000

22    in commissions with this same system.  Since then, Ken

23    has made over $66,000 in total commissions using the

24    system.

25         Then there's Carolina Millan, a young lady

PX 22          FTC-MOBE-000744

12

1   from Chile -- we've got partners all over the world in
2   this -- and she's earned over -- or actually almost a
3   quarter-million dollars in total commissions with this
4   system.  That's actually an older photo from November
5   2013, but she's -- she's actually earned quite a bit
6   more since then.

7          And here's Mike Morin.  Mike, he actually
8   made $6,203 in his first 30 days.  Then he went and
9   wrote this on Facebook.  I'm not sure if you can read
10  that, but he's talking about how he made a total of
11  $9,000 from one customer in a 48-hour period using
12  this same system that's now in front of you.  And
13  there's Mike getting a check.  In total since -- since
14  actually getting started, he's made over $110,000.

15         Also, on top of the big commission checks,
16  I'll also motivate you with other perks like these --
17  a free Mercedes.  Here's JunJun Li from New York.
18  That's him with the Mercedes that I pay for.  Shelley
19  Belcourt from Australia with her Mercedes.  There's
20  Mike Lee in the U.K.  That's him with his Merc.  David
21  Gilks from my home town of Perth, Australia.  Robby
22  Gonzales from -- from the USA with his Merc.  I'll let
23  you know how you can get your own Mercedes completely
24  for free after you get started with MTTB.

25         Now, let's be honest here.  You're probably

1     watching this and -- and you might be a little bit

2     skeptical about these results and the -- the whole

3     idea of getting a brand new free Mercedes.  And, look,

4     I don't blame you.  There's a lot of hype in this

5     industry, so I completely understand if you're

6     somewhat skeptical.  But all of these results, all of

7     these photos, are 100 percent real.  And you should

8     know that I could get myself into some very serious

9     legal trouble if they weren't.  Okay, so I just want

10    you to know everything I'm showing you here is very

11    real.

12          With that said, I want to be clear.  These

13    results are not typical, okay?  So I'm not saying to

14    you that you're going to make a million dollars by

15    tomorrow with this system.  It is going to take some

16    work, okay?  You do have to put in some time to

17    generate the leads, but if you do, then there's

18    nothing really stopping you from doing very well.

19          You see, there's something different about

20    MTTB that leads to this massive success.  They key is

21    high-ticket, top-tier programs that are sold to your

22    leads.  Your leads will eventually be sold into higher

23    priced and incredibly valuable programs by my phone

24    sales team.  And your commissions, every time they get

25    a sale for you, will be $1,000, $3,000, and $5,000.

**PX 22**            **FTC-MOBE-000746**

14



1     That's without you having to lift a finger.

2              Now, this is the secret behind MTTB and what

3     makes it so completely unique.  By the way, my sales

4     team is made up of six- and even a couple seven-figure

5     earners.  And they are some of the best but not the

6     pushiest salespeople in the industry.  There is no one

7     out there willing to give you a majority share of

8     their back-end high-ticket sales.  No one.  I checked.

9              Not only that, with MTTB, I'll even show you

10    how to generate leads.  That's right, I take care of

11    everything after the leads come in, and I'll show you

12    how to go and find these leads in the first place,

13    even if you have zero experience online.  MTTB comes

14    with a simple, easy-to-understand training program

15    that will show you how the system works and how to go

16    and get leads for it.

17             So here's what's included when you join MTTB

18    today.  What's going to happen is you'll log in in

19    just a moment.  I'll show you how to get access, and

20    when you do, you're going to see the 21 steps right

21    there in front of you.  So on your screen right now,

22    you can see Steps 1 to 3.  If you scroll down, you

23    will see more steps.

24             Now, each step is broken down.  It's got

25    video; it's got text; and we explain to you in easy-



PX 22                    FTC-MOBE-000747

15



1    to-understand language -- you don't have to be some

2    tech geek or anything like that to get it -- we

3    explain to you exactly how the business works, how you

4    use it, and how it is that you get these big

5    commissions.  You can also see a calendar there.

6    That's all the training, online workshops that we have

7    available for you.  So you can actually get real

8    support with this.

9         Now, on top of that, you're also going to

10   have your own personal, top-tier business coach.  You

11   will get their phone number, their email address, and

12   their calendar.  You will actually be able to talk

13   with someone, a real person, and have them walk you

14   through this step by step by step.  So you will never

15   feel confused, lost.  You will always have someone

16   there, almost as if they're looking over your shoulder

17   and telling you exactly what you need to do to get the

18   money.

19        This really is the internet's only done-for-

20   you direct sales system that will deposit $1,000,

21   $3,000, and even $5,000 checks into your bank account.

22   And like I said, you'll get personal, one-on-one

23   coaching with one of my top-tier coaches.  They will

24   actually be there to guide you through everything you

25   need.



**PX 22**          **FTC-MOBE-000748**

1         You'll get a simple, 21-step training

2    program to making you your first 1K, 3K, or 5K

3    commissions with this system, including short, easy-

4    to-watch videos and webinars.  You'll get a

5    professional sales staff that will make sales calls

6    for you.  You'll get done-for-you product fulfillment,

7    payment processing, and customer service so you don't

8    ever have to worry about doing any of -- of that for

9    your customers.  We do all of that for you.

10         And you'll also get, at the end, access to a

11   30-day "Traffic Made Easy" plan that will show you the

12   most cutting-edge strategies for generating traffic

13   online today, including YouTube, Facebook, and Google.

14         Now, I could easily charge $1,000 or more

15   for this program, easily considering what we're

16   talking about here.  And the fact that you're getting

17   one-on-one coaching, most coaching programs out there

18   are $5,000 or possibly more.  But I'm not going to do

19   that.  You see, I'm going to grow my business to $50

20   million in revenue by the end of this year, and I'm

21   very serious about that.

22         And the way that I see that we're actually

23   going to reach that target and achieve that is by

24   bringing on more partners, like you.  Then we've got

25   further reach.  So for that reason, I'm not going to



1    charge you $1,000 or even $500.  I won't even charge

2    you $250.  Your investment today is a small

3    application fee of 49 bucks.  That's it, just $49.

4         Once you take care of this fee, we'll put

5    you in touch with your coach who will ask you a couple

6    of simple questions to make sure you're a good fit for

7    MTTB and also that we are a good fit for you.  You

8    will not be sold anything on this initial call.  Now,

9    think of this as a friendly interview.  This is where

10   we get to know each other and make sure we have a good

11   fit.  If you decide the program is not for you, no

12   problem, we'll refund you on the spot.  Just tell your

13   coach.  There won't be any problems.  There won't be



14   any questions.  They'll just happily and cheerfully

15   refund you on the spot.

16        Now, if we decide that this is a good fit,

17   then you're in and we can get started and we can start

18   going through those 21 steps.  Once accepted, you'll

19   get instant access to MTTB, and your coach will be

20   available to answer any questions that you have.  Now,

21   you should know that your coach is assigned according

22   to your time zone and country.  So if you're in

23   Australia, you're going to get an Australian coach.

24   If you're in America, you'll get an American coach.

25   And we have coaches in the U.K., Australia, the U.S.,

**PX 22**          **FTC-MOBE-000750**

1    and -- and a whole bunch of other countries, too.  So

2    wherever you are in the world, you should be able to

3    get someone local and who will be in your time zone.

4         By the way, we will ask you to fill out a

5    nondisclosure agreement.  Some of the information

6    you're going to be getting access to is highly

7    proprietary, and I want to keep it out of the hands of

8    my competitors.

9         Now, in order to make this, let's face it,

10   very bold guarantee, there have to be some ground

11   rules.  Number one, you need to go through each of the

12   21 steps on the day it's assigned to you.  You have to

13   go through them and complete all of them.  If you skip

14   a step or do a step out of order, you forfeit the

15   guarantee, okay?  So you must go through them, and you

16   must implement them.

17        So does that sound fair enough?  Good.  So

18   apply below to get started.  There should be an

19   application button somewhere below.  Go ahead and

20   click on that.  You'll be taken to a page, and on that

21   new page, it's going to have a form that looks just

22   like this, okay?  And in that form, you want to put

23   your name, your email, your phone number.  That's

24   important because the coach is going to want to call

25   you.  They're going to be working with you one-on-one.

**PX 22**                    FTC-MOBE-000751



1    If you have Skype, put that in.  If you don't, no

2    problem.  And then just go ahead, fill out the rest of

3    the details, and click on next step.

4              Now, after you fill out the form and talk to

5    your coach and you're accepted, you will get instant

6    access to the online members area.  You will instantly

7    become a partner in a very profitable business that

8    pays you $1,000, $3,000, and $5,000 commissions just

9    for finding leads.  You will get personal, one-on-one

10   coaching to answer all of your questions and guide you

11   through the process.  So you have nothing to lose and

12   everything to gain.

13             Apply below right now.  Now, if you wait,

14   then the rich will get richer and it will become

15   harder for you to maintain your current standard of

16   living.  So you really have two choices right now.

17   You can watch from the sideline as other people make

18   money with this, or you can join MTTB today and change

19   your life.  The choice is yours.  Go ahead, click that

20   button right now below, fill out your details.  Let's

21   get you started.  Let's get you on a new path to a new

22   financial future.  I'll see you in the Members Area

23   very soon.

24             **(Signing up with no audio.)**

25             MATT LLOYD:  Hey, guys, Matt Lloyd here.  So



1    I'm the creator of the system that you just invested

2    in, and in two minutes, you're going to get access to

3    all the online training.  But, first, I want you to do

4    something for me.  I want you to fill out the form

5    below.  This is going to give us more information

6    about you and how we can best serve you.  So it's

7    going to take you about two minutes.  Please fill out

8    all the different fields.  And then what's going to

9    happen is that information is going to be sent to your

10   coach, and that's going to help the coach customize

11   their training just for you so we can help to maximize

12   your results with this system.

13          Now, also, once you complete this form, on

14   the next page, you will get your coach's contact

15   details, and you will also get login details into the

16   training program that you just bought.  So I'll see

17   you in a couple minutes, as soon as you fill out the

18   form below.

19                **(Signing up with no audio.)**

20          MATT LLOYD:  All right, so thanks for doing

21   that.  What's going to happen next is you're going to

22   receive an email from me.  Again, my name is Matt

23   Lloyd.  So look out for that email.  It may end up in

24   your spam folder, so you might want to go and check

25   your spam folder.  Give it about five or ten minutes

**PX 22**                    FTC-MOBE-000753

21



1    to arrive, but that email is going to have your login

2    details to access the online training program that you

3    just got, and also it's going to have your coach's

4    contact detail.  So you're going to see their email

5    address, their phone number, their Skype ID.  Skype is

6    our preferred method of communication, so if you

7    currently use Skype, great.  If you don't, you can get

8    Skype at Skype.com.  Download it.  It's completely

9    free, and it allows us to connect with you and talk

10    for as long as we want for free.  And also in that

11    email you're going to have a link to book a call with

12    your coach, okay, so you can get on their calendar and

13    book a call.

14           What I would like you to do first is go and

15    check that email for your login details, log in to the

16    Members Area, and when you do log in, you're going to

17    see that it's got 21 steps.  And you're going to have

18    access to the Getting Started step, okay?  That's the

19    one that comes before Step 1.

20           With the way that this training program is

21    set up, you can't access Step 1 until you contact your

22    coach.  You can't access Step 2 until you actually

23    complete Step 1.  And we've done that very

24    deliberately because we don't want you to get

25    overwhelmed with information.  We're here to actually



**PX 22**           **FTC-MOBE-000754**

22

1      coach you through the steps, answer your questions,

2      and make sure you understand the training so that once

3      you get through it, you actually know what to go and

4      do to build your online business and make a lot of

5      money.

6              So go ahead, log in to the Members Area.

7      Right now, go and check your email, and then contact

8      your coach immediately.  I recommend you don't put

9      that off.  Reach out to your coach.  Call them, leave

10     a voice message, send them an email, book your call on

11     their calendar.  They want to see that you're

12     proactive because the proactive people are the people

13     who go on to have the most amount of results with this

14     system.  Okay?

15             So we're looking forward to working with

16     you.  Reach out to your coach right now, and I will

17     see you in the Members Area of the training in just a

18     couple minutes, once you log in.  Speak soon.

19             **(The video recording concluded.)**

20

21

22

23

24

25

**PX 22**                    **FTC-MOBE-000755**

23

1          CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12          I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  1/31/2018        *Sara J. Vance*

22                            SARA J. VANCE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000756**

# Exhibit D

PX 22

FTC-MOBE-000757

# MOBE TERMS OF USE
## ("Agreement")

## MY OWN BUSINESS EDUCATION, LTD. ("MOBE")

### ACCEPTANCE OF TERMS THROUGH USE

By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to these Terms and Conditions please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.

YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.

### LICENSE TO USE THIS SITE

Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by MOBE, its advertisers and licensors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.

### LICENSE RESTRICTIONS USE

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

### SECURITY

You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying (privacy@mobe.com) MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party

FTC-MOBE-000758

## PX 22

Exhibit D - Page 2 of 6

FTC-MOBE-000759

PX 22

You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

**EXPORT**

You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site, and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws and/or without all required U.S. and foreign government licenses.

**GOVERNMENT USE**

If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompany documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995. Unpublished rights reserved under the copyright laws of the United States.

**ERRORS AND CORRECTIONS**

While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

**LINKS TO OTHER WEBSITES**

Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for, and undertake to maintain, their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

**USER'S LICENSE GRANT TO SITE**

Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge that you are fully responsible for the message, including its legality, reliability, appropriateness, originality and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

**USER CONDUCT**

By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:

1 is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies.

2 infringes any patent, trademark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;

**3** constitutes unauthorized or unsolicited advertising, junk or bulk email (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

**4** contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or

**5** impersonates any person or entity, including any employee or representative of this site, its licensors or advertisers.

You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.

You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent.

This site generally does not pre-screen, monitor or edit the content posted by users of this site. However, this site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, damages or results, in removing such content.

You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation of these Rules and/or for any purpose that violates any local, state, federal or law of other nations, including (but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

**INTELLECTUAL PROPERTY RIGHTS**

*1. Copyright*

The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws. ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.

*2. Trademark*

MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited. Use of a MOBE Trademark or other logo without permission may result in termination of the Consultant's relationship.

**THIRD PARTY SITES**

You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of the site by MOBE, its advertisers or licensors, any association with its operators and is provided solely for

**PX 22**

**FTC-MOBE-000760**

your convenience. You agree that MOBE and its licensors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

**REFUNDS**

MOBE offers a thirty-day, money back guarantee on certain products. You should review the product or service agreements for your purchase to determine what refunds are offered, if any. Mastermind event purchases are non-refundable, and once three business days has passed from the time of the Mastermind event purchase all sales are final. Attendance at any live event also preempts any refund period, so once you have entered a live event all sales are final. All subscription fees are nonrefundable as the benefits of the service are realized immediately upon payment. MOBE complies with all local laws and regulations so refunds may be offered for longer periods where necessary.

**DISCLAIMER OF WARRANTIES**

MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site, or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE, advertisers and/or its licensors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct; that this site will be available at any particular time or location; that any defects or errors will be corrected; or that the contents of any information received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

**LIMITATION OF LIABILITY**

Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strict liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site, or any violation of this Agreement. MOBE reserves the right, at it own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses.

**LEGAL COMPLIANCE**

MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the User's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**DISPUTE RESOLUTION & BINDING ARBITRATION**

PX 22

FTC-MOBE-000761

USER AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Agreement dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree to submit all disputes to binding arbitration governed by the American Arbitration Association and under the Commercial Rules. A single arbitrator will oversee the arbitration. The arbitrator only has authority to award contract damages, and does not have authority to award any punitive, special or consequential damages. User and MOBE agree that all hearings will be held telephonically. Such arbitration will be final and binding on MOBE and User and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each Party's Attorneys fees will be paid by the respective party. The parties will pay all costs related to the arbitration equally.

**CHOICE OF LAW AND FORUM**

This site (excluding third party linked sites) is controlled by MOBE from its offices within Malaysia. It can be accessed from all countries around the world to the extent permitted by site. As each of those places has laws that may differ from Malaysia, by accessing this site, both you and MOBE agree that the statutes and laws of Malaysia shall apply to any actions or claims arising out of or in relation to this Agreement or your use of this site, without regards to conflicts of laws principles thereof. You and MOBE also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of Malaysia and any legal proceedings shall be conducted in English. MOBE makes no representation that materials on this site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited.



**RECURRING TRANSACTIONS**

Certain products are sold as a monthly service and the recurring monthly fee is clearly noted on the individual product page.
If you purchase a product with a recurring charge, the first month is delivered upon purchase. Following months will automatically be billed to your credit card beginning 30 days after this purchase, and on the same date each month thereafter until cancelled. There is no long-term contract. You are free to cancel the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice before the next re-billing.

**BANK CARD STATEMENTS**

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:

1) MOBE.COM
2) MOBEORDER.COM
3) MOBEHLEP.COM
4) We Sell Good Traffic
5) AWTmobemarketplace6032181241
6) mobe.com18446023787 GE

**MISCELLANEOUS**

This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law.

**COMPANY ADDRESSES**

MOBE, Ltd. Soho Suites at KLCC B1-28-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia
MOBE Processing.com, Inc. 13500 Summerport Village Parkway, Windermore, Florida 34786
MOBE Pro, Ltd. Third Floor, 207 Regent Street, London W1B 3HH

**PX 22**

Exhibit D - Page 6 of 6

MOBE: Onlihd, Ltd. 54 Wellington Street Rose-Hill Mauritius

This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.

MOBE Ltd. | All Rights Reserved





FTC-MOBE-000763

PX 22

# Exhibit E

**FTC-MOBE-000764**

Exhibit E - Page 1 of 1



## ▲MTTB

# INCOME DISCLAIMER

MOBE owns multiple trademarks and branded offerings, such as: Internet Funnel Systems, 45 Minute Paydays and My Top Tier Business.

MOBE's goal is to be the #1 Training Resource For Small Business Owners and Entrepreneurs in The World. To achieve that goal, MOBE has recruited some of the top business trainers in the world, as well as a strong corporate team of talent strategically located around the world. We have also built one of the top affiliate programs in our industry, where MOBE Consultants can earn commissions from the sales of our products, services and live events.

MOBE pays commissions in accordance with our compensation plan, located HERE. The MOBE Compensation Plan is an exciting opportunity that rewards you for selling Small Business Training Resources to customers. You can also benefit by sponsoring other participants who can do the same. Although the opportunity is unlimited, individual results will vary depending on the commitment levels and sales and marketing skills of each participant. This page contains detailed income statistics. The average Active MOBE Consultant generates less than $700 per year in commissions. The average Consultant, which includes both active and inactive, generates less than $250 per year, although it should be noted that the majority of inactive affiliates do not place ads to consistently promote programs for longer than 1 month. The "average" Consultant also does not finish the 21 Step training program, and fails to even attend the weekly training webinars. The average Consultant does not appear to take it seriously and does next to nothing to promote the commissionable programs. Do not become an average Consultant. Make sure you do not turn into a statistic, by completing all of the training steps, as well as attending all of the weekly training calls.

Some Consultants within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. We are excited about the income potential the MOBE Compensation Plan offers.

We always suggest that you discuss your business goals with your professional advisors. Prior to joining MOBE as a Consultant you should also discuss affiliate marketing with experienced affiliate marketers before deciding to promote any products, trainings, or services available through MOBE.

MOBE has no knowledge of your individual business experience or expertise. MOBE does not guarantee that you will make any money from your use or promotion of our business training products, trainings and services.

The following chart represents the past 12 months and includes data for everyone who joined any affiliate related program, no matter whether they promoted or not (many exhibited no marketing activity whatsoever). The chart does not include any income generated outside of the MOBE Compensation Plan or from their own businesses. In an attempt to provide transparency we have included the high, low and average monthly incomes in each income level as well as the annualized average income. We will update this chart annually. All percentages have been rounded to the closest full %.

Income Statistics from September 15, 2014 to September 15, 2015
Monthly Income Levels of Active Consultants*% of All Consultants*Monthly Income

| Monthly Income Levels of Active Consultants* | % of All Consultants* | High | Low | Average | Annualized Average Income |
|---|---|---|---|---|---|
| $25,000 + | 10% | 2% | $371,00 | $525,1400 | $166,07952,370,840 |
| $5,000 - $24,999 | 3% | 2% | $24,900 | $10,000 | $17,490 $209,400 |
| $5,000 - $9,999 | 3% | 4% | $9,900 | $5,000 | $7,490 $89,988 |
| $2,500 - $4,999 | 3% | 5% | $4,995 | $2,501 | $3,748 $44,976 |
| $1,000 - $2,499 | 7% | 14% | $2,499 | $1,000 | $1,750 $20,994 |
| $500 - $999 | 3% | 8% | $999 | $500 | $750 $8,904 |
| $250 - $499 | 2% | 10% | $499 | $250 | $375 $4,494 |
| $100 - $249 | 13% | 2% | $249 | $100 | $175 $2,094 |
| Less than $100 | 55% | 41% | $99 | $10 | $54 $654 |

* A Consultant is someone who has signed up to be an affiliate and maintains the $19.95 per month affiliate subscription fee. An Active Consultant is someone who has also a) qualified to earn commissions by maintaining at least the Consultant Membership; and b) has not been terminated or chosen to discontinue being a Consultant. All figures are in US dollars.

Affiliate marketing is just like any business. It takes hard work to make substantial income. Affiliate marketing is no different. Some affiliates make no money at all.

Copyright @ 2015 MTTB System - Powered By MOBE

Terms & Conditions     Income Disclosure     Privacy

## PX 22

# FTC-MOBE-000765

# Exhibit F

FTC-MOBE-000766



# PRIVACY POLICY

## Our Commitment to Privacy

Our Privacy Policy has been developed as an extension of our commitment to combine quality products and services with integrity in dealing with users. The Policy is designed to assist you in the understanding of how we collect, use and protect the personal information provided to us.

## What Information Do We Collect?

When you visit our site, we collect two types of information: personal information you actively choose to disclose ("Active Information") and Use.

Information collected, in a way not visible to you, on an aggregate anonymous basis as you and other users browse our site ("Passive Information").

## 1. Personally Identifiable Information

This refers to information that lets us know specifically about you i.e. profile information.

### A. Registration

When you register to become an authorized reseller of our products or services, we will collect Personally Identifiable Information (such as name, address, email address, and telephone number). This Personally Identifiable Information is securely stored and may be accessed on our website. You are assigned an identification number and select your own password – both are needed to enter the Site and to access your Contact Information. Please safeguard your password in a secure location as we are not responsible for breaches into the system when access is willingly provided.

### B. Ordering

When you place an order for products or services, we collect Personally Identifiable Information (such as name, contact and billing information, credit card and other transactional information). We use this information to deliver your order, process payment, and to communicate the status of your order.

### C. Credit Card Storage

Credit card information collected at registration or for product orders is used only to process payment for the transaction and, generally, is not retained on our Site. However, you may voluntarily elect to securely store multiple credit cards to be used for product orders.

### D. Surveys and Promotions

Occasionally, you may provide Personally Identifiable Information to complete surveys and questionnaires or to participate in user polls. We use this information to improve our products and services and to ensure that we're providing accurate disclosures. We may also use your Personally Identifiable Information to provide you newsletters and other marketing information that coincide with your preferences. You may customize your marketing preferences, or let us know if you do not wish to receive any promotional materials, by adjusting your Subscriptions & Email options on the Site.

## 2. Aggregate Information

This refers to information that does not, by itself, identify you as a specific individual. Such information would include the Uniform Resource Locator ("URL") of the website that referred you to our Site, your Internet Protocol ("IP") address (a number automatically assigned to your computer whenever you surf the web), your operating system and browser type, and any search terms that you enter on our Site. Our web server aggregates this information in order to monitor the level of activity on our Site, evaluate its effectiveness, and improve the content of our Site in order to make your visit an easy and enjoyable experience We may collect, compile, store, publish, promote, report, or otherwise disclose or use any Aggregate Information, provided that such information does not personally identify you. We do not correlate any Personally Identifiable Information with the Aggregate Information that we collect on our Site If we do correlate any Aggregate Information to you, it will be protected like any other Personally Identifiable Information under this Privacy Statement.

## Active Information You Choose to Provide

In order to gain use of the site (become a "user"), we require you to disclose the following information: Name, Address and Phone Number We use secure socket layer (SSL) encryption to protect the transmission of the information you submit to us when you use our secure online forms. The information you provide to us is stored securely

## Passive Information Collected

### What is a Cookie?

Cookies are a feature of web browser software that allows web servers to recognize the computer used to access a site. They are small pieces of data stored by a user's browser to simplify subsequent interactions with the site. This makes it easier for a user to move from site to site and to complete transactions over the Internet. Cookies should make your online experience easier and more personalized Our site utilizes cookies to collect information about how our site is used. Passive Information gathered may include the date and time of visits, the site pages viewed, time spent at our site, the sites visited just before and just after visiting our site. If you do not wish to transmit "cookie" information about yourself, you may turn off the cookie function in your web browser Our site's servers also automatically identify your computer by its Internet Protocol address, which is a unique string of numbers that are assigned to your computer by your Internet Service Provider. The IP address may be used to address problems with our server or to gather broad demographic information about our users. We passively collect your IP Address

## How Do We Use the Information Collected?

Broadly speaking, persons we employ directly, or as contractors or agents at our direction use Active Information for purposes of administering our business activities, providing customer support and making available other products or services we think might be of interest to our users. We may use the Active Information or Passive Information you provide to contact you about various changes to our site, new services, features or products we offer. If at any time you do not wish to receive such information, you may "opt-out" of doing so by adjusting your email settings in the back office of the website We use Passive Information to gather information about our users and to enhance our site to make it easier, faster and friendlier for users. Additionally, cookies help us better understand the usage pattern of the people that visit our site, which helps us improve our services. Passive Information may result in your viewing of particular advertising based on your user habits.

## Your Information In Relation to Others We Link To

You might be able to access other websites through our site via hyperlinks. When you do so, you are subjecting yourself to their privacy policies and data collection. Please read the privacy policies of those sites to ensure you agree with the terms before using such sites.

## Sharing Information with Advertisers or Other Third Parties

We may disclose anonymous information about user habits to advertisers on our site. The parties who perform services for us (credit card processors, merchant bank, Internet Service Provider) may also have access to your information in performing such services. Should we buy or sell assets of our company, another company may need to review our company's assets, which might include your information, to make business decisions as to whether to acquire such assets.

## Sharing Information with the Government or As Otherwise Required by Law

We may be required by subpoena, law or government agency to disclose both Active and Passive Information you have provided to us.

## How Do We Secure Active Information and Passive Information?



# PX 22

FTC-MOBE-000768

Exhibit F - Page 3 of 3

We secure your personal information submitted by you by using reasonable efforts to prevent unauthorized access or disclosure, or accidental loss of Active and Passive Information. Individual postings on this site and other communications to our office via email or standard mail may not be secure unless we advise you that security measures are in place prior to your submission of information. Therefore, if you choose to communicate with us through those means, you are assuming the risk of doing so and we respectfully request that you do not send or post sensitive information through these means.

## Accessing and Correcting Your Information

We take reasonable measures to ensure that any Personally Identifiable Information we collect on our Site is accurate, current, complete, and reliable for its intended use. If you wish to update or otherwise correct Personally Identifiable Information provided to us, you may edit your information online.

## Protecting Your Information

We acknowledge your trust and are committed to take reasonable steps to protect Personally Identifiable Information provided from loss, misuse, and unauthorized access. We employ physical, electronic, and managerial processes to safeguard and secure your information. It is your responsibility to safeguard the password you use to access our Site and to promptly advise us if you ever suspect that your password has been compromised. We strongly encourage you to change your password regularly to prevent unauthorized access. Because your identification number and password are specific to you, you acknowledge sole responsibility for any and all use of our Site conducted with your identification number and password.

## Links to Other Websites

Links to third-party websites may be provided solely for your information and convenience or to provide additional shopping for various other goods and services through our Merchant and Services Partners. If you use these links, you will leave our Site. This Privacy Statement does not cover the information practices of those websites nor do we control their content or privacy policies. We suggest that you carefully review the privacy policies of each site you visit.

Children's Privacy Protection We take special care to protect the privacy needs of children and encourage parents to be an active participant in their child's online activities. Our Site does not target and is not intended for children under the age of 18, and we will not knowingly collect Personally Identifiable Information from them. If we discover personal data from a child through our site, we will eliminate that data. You may learn more about protecting children's privacy online by visiting: http://www.ftc.gov/bcp/edu /pubs/consumer/tech/tec08.shtm.

Changes to This Statement Any updates or changes to the terms of this Privacy Statement will be posted on our Site and the date of the newest version posted below. Please check back frequently, especially before you submit any Personally Identifiable Information at our Site, to see if this Privacy Statement has changed. By using our Site, you acknowledge acceptance of this Privacy Statement in effect at the time of use.

YOUR USE OF OUR SITE MEANS THAT YOU ACCEPT THE PRACTICES SET FORTH IN THIS POLICY. YOUR CONTINUED USE INDICATES YOUR AGREEMENT TO THE CHANGES.

**PX 22**

FTC-MOBE-000769

# Exhibit G

FTC-MOBE-000770

# MOBE TERMS OF USE
## ("Agreement")

## MY OWN BUSINESS EDUCATION, LTD. ("MOBE")

### ACCEPTANCE OF TERMS THROUGH USE

By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to these Terms and Conditions please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.

YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.

### LICENSE TO USE THIS SITE

Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by MOBE, its advertisers and licensors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.

### LICENSE RESTRICTIONS USE

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

### SECURITY

You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying (privacy@mobe.com) MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party



FTC-MOBE-000771

## PX 22

You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

**EXPORT**

You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site, and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws and/or without all required U.S. and foreign government licenses.

**GOVERNMENT USE**

If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompany documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995. Unpublished rights reserved under the copyright laws of the United States.

**ERRORS AND CORRECTIONS**

While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

**LINKS TO OTHER WEBSITES**

Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for, and undertake to maintain, their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

**USER'S LICENSE GRANT TO SITE**

Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge that you are fully responsible for the message, including its legality, reliability, appropriateness, originality and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

**USER CONDUCT**

By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:

1 is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies.

2 infringes any patent, trademark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;

FTC-MOBE-000772

PX 22

FTC-MOBE-000773

**PX 22**

3 constitutes unauthorized or unsolicited advertising, junk or bulk email (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

4 contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or

5 impersonates any person or entity, including any employee or representative of this site, its licensors or advertisers.

You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.

You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent.

This site generally does not pre-screen, monitor, or edit the content posted by users of this site. However, this site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, damages or results, in removing such content.

You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation of these Rules and/or for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

**INTELLECTUAL PROPERTY RIGHTS**

*1. Copyright*

The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws. ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.

*2. Trademark*

MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited. Use of a MOBE Trademark or other logo without permission may result in termination of the Consultant's relationship.

**THIRD PARTY SITES**

You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of the site by MOBE, its advertisers or licensors, any association with its operators and is provided solely for

your convenience. You agree that MOBE and its licensors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

**REFUNDS**

MOBE offers a thirty-day, money back guarantee on certain products. You should review the product or service agreements for your purchase to determine what refunds are offered, if any. Mastermind event purchases are non-refundable, and once three business days has passed from the time of the Mastermind event purchase all sales are final. Attendance at any live event also preempts any refund period, so once you have entered a live event all sales are final. All subscription fees are nonrefundable as the benefits of the service are realized immediately upon payment. MOBE complies with all local laws and regulations so refunds may be offered for longer periods where necessary.

**DISCLAIMER OF WARRANTIES**

MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site, or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE, advertisers and/or its licensors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct; that this site will be available at any particular time or location; that any defects or errors will be corrected, or that the contents of any information received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

**LIMITATION OF LIABILITY**

Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strict liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site, or any violation of this Agreement. MOBE reserves the right, at it own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses.

**LEGAL COMPLIANCE**

MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the User's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**DISPUTE RESOLUTION & BINDING ARBITRATION**

PX 22

FTC-MOBE-000774

USER AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Agreement dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree to submit all disputes to binding arbitration governed by the American Arbitration Association and under the Commercial Rules. A single arbitrator will oversee the arbitration. The arbitrator only has authority to award contract damages, and does not have authority to award any punitive, special or consequential damages. User and MOBE agree that all hearings will be held telephonically. Such arbitration will be final and binding on MOBE and User and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each Party's Attorneys fees will be paid by the respective party. The parties will pay all costs related to the arbitration equally.

## CHOICE OF LAW AND FORUM

This site (excluding third party linked sites) is controlled by MOBE from its offices within Malaysia. It can be accessed from all countries around the world to the extent permitted by site. As each of those places has laws that may differ from Malaysia, by accessing this site, both you and MOBE agree that the statutes and laws of Malaysia shall apply to any actions or claims arising out of or in relation to this Agreement or your use of this site, without regards to conflicts of laws principles thereof. You and MOBE also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of Malaysia and any legal proceedings shall be conducted in English. MOBE makes no representation that materials on this site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited.

## RECURRING TRANSACTIONS

Certain products are sold as a monthly service and the recurring monthly fee is clearly noted on the individual product page. If you purchase a product with a recurring charge, the first month is delivered upon purchase. Following months will automatically be billed to your credit card beginning 30 days after this purchase, and on the same date each month thereafter until cancelled. There is no long-term contract. You are free to cancel the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice before the next re-billing.

## BANK CARD STATEMENTS

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:

1) MOBE.COM
2) MOBEORDER.COM
3) MOBEHLEP.COM
4) We Sell Good Traffic
5) AWYmobemarketplace6032181241
6) mobe.com18446023787 GE

## MISCELLANEOUS

This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law.

## COMPANY ADDRESSES

MOBE, Ltd. Soho Suites at KLCC B1-28-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia
MOBE Processing.com, Inc. 13506 Summerport Village Parkway, Windermore, Florida 34786
MOBE Pro, Ltd. Third Floor, 207 Regent Street, London W1B 3HH



PX 22

MOBE: Online, Ltd. 54 Wellington Street Rose-Hill Mauritius

This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.

MOBE Ltd | All Rights Reserved

**PX 22**

**FTC-MOBE-000776**

# Exhibit H

FTC-MOBE-000777

FTC-MOBE-000778



**PX 22**

Exhibit H - Page 2 of 6



FTC-MOBE-000779

PX 22

FTC-MOBE-000780

**PX 22**



FTC-MOBE-000781

**PX 22**



## Step 11

### Becoming A Product Of The Product

Congratulations! Less than 27% make it to step 11. You Are Your Greatest Success Story. The fastest way to learn something, is to teach it. ......

## Step 12

### Understanding The Selling Systems MOBE Has In Place To Get You Paid

Congratulations. Less than 26% make it to step 12! So many of my strategic objectives in running MOBE is to always be adding more communication channels. ......

## Step 13

### How To Get Access To Large Quantities Of Cash (Up To $40,000+) To Finance Your New Business Venture

In the last section, you gained clarity on exactly what you're looking to achieve financially as a MOBE Consultant. I asked you to think about. ......

## Step 14

### MOBE Rewards: Giant Checks, Gold Bars, Piles of Cash, Cars, Platinum and Diamond Rings, Cruises, and Rolex Watches

Less than 25% of people make it to Step 14—Keep up the great work! The Many Ways a MOBE Rewards it's Consultants One of the major ......

### 21 Step System Case Studies:

By Dreciling Josh an Hour a Day to the 21 Steps, Diamond Member Jeff Hillreicht Has Generated over $23,000 in Just 3 Months.

By Listening to Her Coach and Working through the 21 Steps, Sharika Brown Was Able to Earn over $9,000 in One Day.

MOBE Consultant is Able to Take Her Own Business to New Levels by Going through the 21 Steps!

© Copyright 2017 · MOBE · All Rights Reserved

Contact Support | Reviews | Terms & Conditions | Income Disclaimer | Privacy

Exhibit H - Page 5 of 6

FTC-MOBE-000782

PX 22



Exhibit H - Page 6 of 6

FTC-MOBE-000783

## Step 18

Branding Secrets Of The Top Earners, And How To Leverage A $100 Million Brand To Build Instant Authority And Credibility

Less than 24% of people make it to this step. You're almost done! If You Want To Maximize Your Sales, You Have To Develop A......

**WATCH HERE**

## Step 19

Exit Strategy: Your Big Payday And How To Turn Your Knowledge Into A Lucrative New Business

Earlier in this program, in Steps 7 and 8, I talked about the five stages that a business can go through (I say they "catch......

## Step 20

Your Own Million-Dollar Mentor: How To Get Long Training From The Top Earning Consultants

"The most important investment you can make is in yourself." —Warren Buffett To this very day, I invest heavily in personal mentoring. If I can save......

**WATCH HERE**

## Step 21

Making More Money With Less Effort in Your New MOBE Consultant Business: Getting Off To A Fast Start Your First 90 Days)

Are You Ready To Start? Congratulations on reaching Step 21. You are in the top 22% that make it this far in their training. Now......

**WATCH HERE**



Your Business Coach

Marlon Morjal

✉ Email: marlon@mobe.com

✆ Phone:

📅 Schedule A Session
Click Here

🌐 Skype:

**CLICK HERE**

✉ Email: marlon@mobe.com

✆ Phone:

📅 Schedule A Session
Click Here

🌐 Skype:

🌐 Skype:

Link Here

🌐 Skype:

🌐 Skype:

## 21 Step System Case Studies:



In Just 90 Days, Diamond Member Daryl Adams Not Only Earned over $16,000 but Was a Recipient of a MOBE Motors Vehicle

After Unsuccessfully Trying Other Online Business Programs, Adeline Has Used the 21 Step System for 2 Years and Now Has a 7-Figure Income

By Listening to Her Coach and Working through the 21 Steps, Shanka Brown Was Able to Earn over $6,000 in One Day

© Copyright 2018 MOBE - All Rights Reserved

Contact Support | Reviews | Terms & Conditions | Income Disclaimer | Privacy

**PX 22**

# Exhibit I

FTC-MOBE-000784

Gmail - From your Coach: Are you ready to start?                    Page 1 of 1

Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 153 of 166 PageID 881

Exhibit I - Page 1 of 9



---

## From your Coach: Are you ready to start?

1 message

---

**Carlos Verdugo** <carlos@mobe.com>                    Fri, Sep 1, 2017 at 1:42 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Hi ▇▇▇▇▇▇, how are you?

I'm Carlos your MTTB Coach.

Few days ago I sent to you my Welcome email. That emails contains a lot of useful information to you in order to start this training so I need you to read it carefully, ok?

I've been waiting for your appointment on my calendar to have our first 1 on 1 call .

Only After that call I can open the first step of the training for you.

Please Book me here :

Calendar ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Then the day of the call you need to click on this link and wait for the call, ok?

https://zoom.us/j▇▇▇▇▇▇

Are you ready to start?

Please get in touch with me ASAP.


Best Regards,
Carlos Verdugo V.

Senior Business Coach

carlos@mobe.com

Call me and let's get started!

Add me on Skype: ▇▇▇▇▇▇

+1 ▇▇▇▇▇▇▇

**PX 22**                    FTC-MOBE-000785

Gmail - IMPORTANT: Don't lose the money that you paid!                                    Page 1 of 1
Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 154 of 166 PageID 882
Exhibit I - Page 2 of 9

 Gmail

---

## IMPORTANT: Don't lose the money that you paid!
1 message

---

**Carlos Verdugo** <carlos@mobe.com>                                   Mon, Sep 4, 2017 at 1:14 PM
To: ███████████████

Hi ███████████, how are you?

This is Carlos, your MTTB coach.
You have been assigned to me to help you go through the 21 steps program that you have recently bought .

Did you know that 20% of the people that sign up for this program never show up and lose their money? Don't be one of them and get in touch with me in order to start the training, ok?

You have already received a welcome email from me, take a look into your inbox or spam folder because that email contains the information you need to start with your training, how to get in touch with me and what I'm expecting you to do in the next few days, ok?
Please make an appointment on my calendar to talk with me in here:
███████████████████

Then the day of the call you need to click on this link and wait for the call, ok?

https://zoom.us/j█████████

PS: The system will deactivate your account after the 5th attempt to get in touch with you without answer.
PS2: If you have already made an appointment for our first call, please disregard this email

See you soon!


Best Regards,
Carlos Verdugo V.

Senior Business Coach

carlos@mobe.com

Call me and let's get started!

Add me on Skype: ████████████

+1 ████████████

---

**PX 22**                                   **FTC-MOBE-000786**

Gmail - Let's start your training anyways!                    Page 1 of 1

Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 155 of 166 PageID 883

Exhibit I - Page 3 of 9



---

## Let's start your training anyways!

1 message

---

**Coach Carlos Verdugo** <carlos@mobe.com>                    Wed, Sep 6, 2017 at 5:15 PM
To: ████████████████████████

Hi ████,

I´ve been trying to get a hold of you a couple of times with no success, I was talking with Matt Lloyd and we want to help you to move forward, even if we not had the first call.

I invite you to start the program and discover this great opportunity to change your life and financial situation!

I want to share with you a recorded session out of a first call I had only a few days ago with other students just like you so basically what you need to do is to watch this video and pay attention on what we talked, so you'll know what to do in order to start, ok?.
So now please watch this video and let's get started:

https://youtu.be/8j_-6o90qJY

It's really important that you add me on Skype as ████████   and answer my questions on the email I sent to you the day you joined, the one that says "Just a little about your Business Coach (**PLEASE RESPOND**) - Team Carlos Verdugo"

Remember that as your Business Coach I am here to guide you through the entire process, answer your questions and help you to reach your goals effectively.

After this email you'll be receiving another 2 emails, those are the ones I sent to the students who had the call with me

I'll be waiting for your first assignment!

Best Regards,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: ████████

Gmail - Let's get started! / Comencemos! (Email 1 / 2)                    Page 1 of 4

Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 156 of 166 PageID 884

Exhibit I - Page 4 of 9





## Let's get started! / Comencemos! (Email 1 / 2)

1 message

---

**Coach Carlos Verdugo** <carlos@mobe.com>                    Wed, Sep 6, 2017 at 5:37 PM
To:

**VERSIÓN EN ESPAÑOL MÁS ABAJO**
--------------------------------------------------

Hi ,

It was a pleasure speaking with you, I'm excited to be working with you.

Please read through this entire email from top to bottom before getting started and refer back to it to complete all tasks.

I have taken notes about your commitment with me and your success, I'm going to make you accountable for it because I do care about you and my mission is to make another successful story out of you, you should be the next 6 figures earner in this program as I am.

My commitment with you is to help you to move forward and be available for you on Skype to answer your questions, but remember that you need to:

- Put aside at least 1 hour a day to complete the tasks of each step
- Complete at least 1 step per day, and no less, for the entire 21 step process
- You must take responsibility for your own learning during the 21 step process - you must be the one to send the assignments after every single step.

---

-----------------------------------------------------------------
**Getting Started Tasks:**

Getting Started Task 1. Log in to the 21 Steps Coaching Program and then please watch Matt's Getting Started video before starting Step 1.

Use this information below to login to the 21 steps:

https://21stepbusiness.com/members/
Username:
Password:

>> COPY AND PASTE YOUR PASSWORD to avoid any errors <<

Getting Started Task 2. Once you finish Step1, answer my email with your answers about that content. You'll find my questions on an email right after this email.

Gmail - Let's get started! / Comencemos! (Email 1 / 2)                    Page 2 of 4

Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 157 of 166 PageID 885

Exhibit I - Page 5 of 9

--------------------------------------------------------------------

## Daily Tasks:


Daily Task 1. Complete 1 Step Per day - This means watch the training video, write notes and respond to my email questions.

Daily Task 2. Listen to one recorded audio of the MOBE Daily Power Up every single day
>> http://www.blogtalkradio.com/mobe.

The task above is not negotiable, you must listen to at least one of these each day in order for me to move you forward through the steps.

*You can also access these calls via the podcast app on your phone just search for MOBE Daily PowerUp Call.

Daily Task 3. You will want to start reading this very powerful book by T.Harv-Eker its called The Secrets of the Millionaire Mind and you can download it >>>FROM HERE<<<.

Its only a very short book and my top students finish it within 24 to 48 hours. Read or listen to at least 15mins each day.

>> START READING THE BOOK I HAVE SHARED TODAY <<

Here is the audio book >>CLICK HERE TO GET A FREE COPY OF THE AUDIO BOOK<<


We don't take appointments, calls or respond to emails on Sunday in the US, but we'll provide you with enough service the other days that you won't miss it!

There is so much we want to teach you about internet marketing and I look forward to the opportunity of providing you with the coaching you will need and deserve to be successful.

If you have any difficulties with the above steps, please reach out. I am here to help you and make your 21 Step Coaching Program simple and enjoyable.

SKYPE: You must connect with us on Skype as most of our communication will be through Skype, this is a free service that will allow us to work very closely together.

Please connect with us now:
Carlos Verdugo MOBE Business Coach: ▮▮▮▮▮▮▮
Carlos Verdugo's Assistants: ▮▮▮▮▮▮

Need Help With Skype Click HERE --->> https://www.youtube.com/watch?v=NMAeAeyh7zM

Please do not just call me at any time by phone or Skype, probably I'll be busy with another student, however you can always text me over Skype or send to me emails, whenever you need, ok?


_____

# Felicidades ! - Ahora tienes acceso al Sistema de Negocio de los 21 Pasos (Email 1 de 2)

# PX 22
**FTC-MOBE-000789**

Gmail - Let's get started! / Comencemos! (Email 1 / 2)    Page 3 of 4
Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 158 of 166 PageID 886
Exhibit I - Page 6 of 9

Hola ,

Fue un placer haberlo conocido y estoy emocionado de trabajar con usted.

Por favor lea todo este correo electrónico de arriba a abajo antes de empezar para completar todas las tareas.

He tomado notas acerca de su compromiso conmigo y su éxito, voy a hacerme responsable de él, porque **USTED** es importante para mí y mi misión es hacer que tenga otra historia de Éxito en su vida, haré lo posible para impulsarlo a que usted alcance un gran nivel de ingresos en este programa como lo tengo yo.

Mi compromiso con usted es para ayudarle a avanzar y estar disponible para usted a través de Skype para responder a sus preguntas, pero recuerda que es necesario:

- Dedicar al menos 1 hora al día para completar las tareas de cada paso
- Completar al menos 1 paso por día y no menos, para todo el proceso de los 21 pasos.
- Usted debe asumir la responsabilidad de su propio aprendizaje durante el proceso de los 21 pasos - debe enviar las tareas después de cada paso.

-----------------------------------------------------------------

## Tareas Iniciales:

Tarea 1: Entre en el programa de entrenamiento de los 21 Pasos y luego, ver el vídeo de introducción de Matt antes de comenzar Paso 1.

Utilice esta información a continuación para acceder a los 21 pasos:

https://es.21stepbusiness.com/members/
Nombre de usuario: 
Contraseña: 

>> copiar y pegar la contraseña para evitar cualquier error <<

Tarea 2: Envíe por email sus respuestas a las preguntas del Paso 1. Las preguntas serán enviadas inmediatamente luego de este correo electrónico.

-----------------------------------------------------------------

## Tareas diarias:

Tarea diaria 1. Completar 1 Paso por día - Esto significa ver el video de entrenamiento, leer los contenidos escritos, escribir notas y responder a mis preguntas por correo electrónico.

Tarea diaria 2. Escuchar a un audio diario de las llamadas de JT de Bolt, estos audios están en inglés por lo que es optativo sólo para aquellos que entienden el idioma. >> http://www.blogtalkradio.com/mobe .

* También puede acceder a estas llamadas a través de la aplicación de podcast en su teléfono sólo con la búsqueda de "MOBE Power up Daily Calls".

Tarea diaria 3. Usted debe comenzar a leer todos los días este poderoso libro de T.Harv-Eker, llamado "Los secretos de la mente millonaria" y se puede descargar >>>DESDE AQUÍ <<< .

Es un libro muy corto y mis mejores estudiantes terminan dentro de 24 a 48 horas. Leer por lo menos 15 minutos cada día.

>> ¡COMIENCE A LEER EL LIBRO HOY MISMO! <<

Gmail - Let's get started! / Comencemos! (Email 1 / 2)                    Page 4 of 4

Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 159 of 166 PageID 887

Exhibit I - Page 7 of 9

No tomamos citas, llamadas o respondemos a mensajes de correo electrónico los días domingo, pero vamos a proporcionar suficiente servicio durante los otros días de la semana! Son muchas las cosas que quiero enseñarle sobre los negocios en Internet y espero con interés la oportunidad de proporcionarle la dirección técnica que necesita y merece para tener éxito.

Si tiene algún problema con los pasos anteriores, póngase en contacto. Estoy aquí para ayudarle y hacer que su programa de entrenamiento de los 21 Pasos sea simple y agradable.

SKYPE: Debe conectarse con nosotros en Skype, recuerde que la comunicación será mayoritariamente a través de Skype, este es un servicio gratuito que nos permitirá trabajar estrechamente.

Por favor, conecte con nosotros ahora con estos Skype ID:

Carlos Verdugo MOBE : █████████████
Asistentes de Carlos Verdugo █████████

¿Necesita ayuda con Skype haga clic aquí --- >> https://youtu.be/mTqNRIv7ClQ

Por favor, no intente llamarme en  cualquier momento por Skype, probablemente voy a estar ocupado con otro estudiante, sin embargo siempre me puede enviar un mensaje de texto a través de Skype o un  correo electrónico  siempre que lo necesite, ¿de acuerdo?


Best Regards / Saludos,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: █████████

Case 6:18-cv-00862-RBD-DCI   Document 3-34   Filed 06/04/18   Page 160 of 166 PageID 888
Exhibit I - Page 8 of 9

 Gmail

## Step 1 Assignment / Tarea Paso 1 - (Email 2 / 2)
1 message

**Coach Carlos Verdugo** <carlos@mobe.com>                    Wed, Sep 6, 2017 at 5:37 PM
To: ▆▆▆▆▆▆▆



**VERSIÓN EN ESPAÑOL MÁS ABAJO**
------------------------------------------------------

Hi ▆▆▆▆▆▆ ,

Once you have finished watching the video and reading the whole content for Steps 1.

Please reply with your answers to the questions below.

1. What are the 5 elements of a successful online business?
2. List the 6 advantages of affiliate marketing that Matt discusses in Step 1?
3. What is high ticket affiliate marketing? And what are the benefits over standard affiliate marketing?
4. What business model has a higher rate of success?
5. What type of products generate the highest profits?
6. What 2 realizations or breakthroughs did you get from Step 1?
7. Did you subscribe to the daily inspiration videos? (if not please do it now) http://mobeinspiration.com/
8. Did you watch the meet our members video at the end of Step 1? (If not please go back and watch it now)
   - What did you enjoy most about Chris & Susan's story?
9. Did you listen to the MOBE Daily Power Up call today? What was your biggest take-away?

    If not please click this link -->> http://www.blogtalkradio.com/mobe to go to the recordings and listen to 1 call.

    This is not negotiable and you must listen to 1 call each day to progress through the coaching program.
10. Have you started reading The Secrets of The Millionaire Mind book attached to the previous email? If not, please read 10 pages before our next appointment and send me your take-aways.

    I prefer that you listen to the Audio Book and here is the link again >>CLICK HERE TO GET A FREE COPY OF THE AUDIO BOOK<<
11. Did you complete the Top Earner Extra Training at the bottom of Step 1?

If so what was your biggest takeaway from The Fundamentals of Internet Marketing Video?

Please answer all the questions and send all your takeaways from this email in order to get access to step 2.

Matt asked you to remove all distractions, Unsubscribe from all emails that are not essential, so that you can stay focused and not get distracted. Use this free tool to make the sorting process fast >> https://unroll.me/

---

**Tarea Paso 1**

Hola ,

Por favor responde a las siguientes preguntas después de haber visto el Video y leído todo el contenido del Paso 1!

1. ¿Cuáles son los 5 elementos de un negocio en línea exitoso?
2. Enumera 6 ventajas del marketing de afiliados que Matt discute en el paso 1
3. ¿Qué es el marketing de afiliado productos costosos "high ticket"? Y ¿cuáles son las ventajas sobre el marketing de afiliado estándar?
4. ¿Qué modelo de negocio tiene una mayor tasa de éxito?
5. ¿Qué tipo de productos  generan los mayores beneficios?
6. Escriba 2 ideas o conclusiones a las que ha llegado a luego de finalizar paso 1
7. ¿Se suscribió a los Videos inspiracionales diarios? (si no por favor hágalo ahora) http://mobeinspiration.com/
8. ¿Viste el video "Algunos de nuestros miembros" al final del paso 1? (Si no es así por favor, volver atrás y ver ahora)
     - ¿Qué es lo que más disfrutó de la historia Chris y Susan?
9. ¿Escuchó la llamada MOBE Daily Power Up hoy? Qué fue lo que más le gusto?

   Si no por favor haga clic en este enlace - >> http://www.blogtalkradio.com/mobe para ir a las grabaciones y escuchar 1 llamada.

   Recuerde que estas llamadas son en inglés por lo que si no entiende el idioma no es necesario contestar esta pregunta.
10. ¿Ha comenzado la lectura de "Los secretos de la mente millonaria" libro adjunto al correo electrónico anterior? Si no es así, por favor leer 10 páginas antes de nuestra próxima cita y envíeme sus conclusiones.
11. ¿Ha revisado el entrenamiento adicional de "Los Fundamentos del Mercadeo en Internet" en la parte inferior del paso 1? Si es así, ¿Cuál fue su conclusión o mayor aprendizaje de ese vídeo?

Por favor, conteste todas las preguntas y envíeme sus comentarios con el fin de obtener acceso al paso 2.

Matt le pide que se quite todas las distracciones, darse de baja de todos los correos electrónicos que no son esenciales, por lo que se puede mantener la concentración y no se distraiga. Utilice esta herramienta gratuita para hacer el proceso de desuscripción más rápido >> https://unroll.me/

Best Regards / Saludos,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: ▮▮▮▮▮▮▮

# Exhibit J

**FTC-MOBE-000794**



FTC-MOBE-000795

PX 22

My name is Matt Lloyd, and I'll be your guide on this journey you're about to embark upon.

Over the years, I've had many clients start out exactly where you are right now, and go on to make hundreds of thousands (some, even millions) of dollars in their own new online business.

You now have the same opportunity right in front of you.

Please do not make the mistake of valuing this training program in proportion to what you paid for it. It's worth easily 50 times more. Had I priced it at $2,000 (which I'm beginning to think I need to do), it would still be worth the investment.

I won't keep going on about the extreme value you now have access to; instead, I'll let you discover for yourself as you progress through these steps.

## The Unfortunate Truth About Most People Who Invest In This Training Program

The odds are that you won't complete this training program.

No matter how much I try to communicate the value of this program to you, or encourage you to complete the steps, statistically I know that most people reading these words right now will not get through all the steps.

They might complete the first few, but many will then become distracted by the next "shiny object" that comes along, purchase it and start but never finish that either, and so on it goes.



**Training Progress**

As you can see in the chart above, 9% of students who purchased this program don't even start. Only 32% make it to step 6, and 22% finish the entire training.

People like that never become financially free.

Don't be one of them. Beat the odds. Commit, right here and now, to seeing this entire training program through to the end.

Don't do it for me, do it for you.

## How To Avoid Getting "Average Results" In

# PX 22

**MATT LLOYD ONLINE**

Register For The
'Daily Power Up' Training Call:

Roger Salam

Subscribe & Listen to each call and past recordings:
MOBE Daily PowerUp Call

# Life

When it comes to a program like this one, the average person will . . .

- Give more importance to watching their favorite TV show than to completing these steps (and possibly changing their financial future forever).
- Let small things like a log-in issue deter them.
- Not even download and use Skype.

Average people don't follow through. Average effort is next to nothing. The "average" person doesn't complete these 21 steps. In fact, the "average" person doesn't even get to Step 6! So it's no wonder that the average earnings of people who go through this program—or any kind of online marketing training—are practically nothing.

The good news is that if you complete these steps, that alone will put you in the top 16% —the above-average category. And completing all the steps is what enables you to start promoting and earning commissions.

## Statistical Distributions



But it's not only a matter of completing the 21 steps, it's about how you complete them.

If you just breeze through, and put in a minimal effort, you will still learn a lot and will do reasonably well in your online business. But don't expect to become a future top earner in this system.

Among the above-average 22% are MOBE's top earners—the ones who are making the high five-, six- and seven-figure incomes.

To achieve those kinds of results, don't just go through the steps. The goal here is not to complete all the steps as soon as possible, it's to fully understand what's taught in each step so that when you do complete the program, you are totally prepared and know what to do to succeed in leveraging this business system.

At the bottom of each step, you will see **"Top Earner Extra Training"** assignments. They are not required, but I will guarantee that the future top-earning MOBE consultants will be the ones who went through the 21 steps and completed the additional homework. They will have the greatest understanding of things.

There's enough information in this program to radically transform your entire financial future (given the number of people who've gone on to generate hundreds, even millions of dollars with this information, that's no exaggeration).

So again, you don't have to complete the Extra Training, but if you do, you'll be in the

## PX 22

FTC-MOBE-000797



group of graduating clients who are most likely to become future top earners.

In three months from now, you can be seeing your first commissions.

In six months from now, you may be able to consider leaving your day job.

In one year from now, I might be announcing your name as one of MOBE's new top earners.

And because I want you to achieve above-average results, I'm going to be doing everything I can to incentivize you to complete this entire program. I'll be offering you surprise bonuses throughout the steps—a few of which I'll be sending you in the mail—conditional on your completing the steps properly.

## Do Step 1 Now.

What you do in the next 30 minutes is critical. Are you going to gloss over these words, half-watch the video above, and say to yourself, "I'll start this course later . . ."

OR

Are you going to give this your full attention, begin immediately, and complete this Step 1 properly?

Don't waste any time. Step 1 will take less than 15 minutes. Complete it now.

**NEXT SECTION - PLEASE CLICK HERE**

Why Are There So Many Steps?

https://21stepbusiness.com/members/getting-started/

FTC-MOBE-000798

**PX 22**