

Getting Started - Introduction

Why Are There So Many Steps?

# Why Are There So Many Steps? This Seems Like a Lot of Work!

Compared to most online courses out there that promise to teach you how to make real money through your own online business, this one does have a lot of steps.

There are two reasons for this:

1. I wanted to give you a great first experience as a client, and start off our business relationship by over-delivering.
2. I want you to get the raw truth about what is required when it comes to making a lot of money online.

I've now been doing this for close to a decade. To date, I have generated well over $100 million in sales and helped at least seven people make over $1 million in commissions. (One of them has made over $10 million. You'll meet this person later in this program.) Over 37 people so far have made over $100,000 leveraging this system.

So I know what is required, and I'm not going to over-simplify or "dumb down" the process.

To fully understand what it takes to succeed in this business, it takes 21 steps.

But for now, just get started with Step 1.

As you progress through the 21 steps you'll discover that MOBE is the only Internet business system that allows you to have your business running at full steam after your first few weeks, and eventually on auto-pilot, making money for you. That's the goal: Total freedom.

## The Hall Of Fame List

Here are just a small handful of former students who completed all of the steps in this training program, and went on to transform their financial lives:

**Darren Salkeld—$11,148,463**

MATT LLOYD ONLINE

## Register For The 'Daily Power Up' Training Call:

Roger Salam

Subscribe & Listen to each call and past recordings:

MOBE Daily PowerUp Call

PX 22

Exhibit J - Page 6 of 36

FTC-MOBE-000800

**PX 22**





Shaqir Hussyin—$3,191,708

Luke Lim—$568,945





And many more.

NEXT SECTION - PLEASE CLICK HERE

Coaching Support

Getting Started With Skype

FTC-MOBE-000801

PX 22

Coaching Support

# The Most Valuable Part of This Program: Your Coach

Part of what makes this program successful is the use of coaches, who will answer your questions and do all they can to make sure you get through all 21 steps.

MOBE's coaches have served more than 100,000 clients worldwide in over 62 different countries. As a MOBE consultant, you will have access to a variety of coaches:

- **Your business coach.** He or she will guide you through the introductory stages of your business planning and goal setting.
- **Your senior business coach.** As you progress, if we feel your level of commitment in becoming a top performer in the business is at a high enough level, then you will be chosen to work with a Senior Business Coach. Your senior business coach has advanced business knowledge and industry experience and will help you take your business to the next level.
- **Your traffic coach.** Traffic Coaches are available for those who have purchased any of our traffic or advanced training programs.

Working with various coaches will give you more access to specialized knowledge which is not possible with one coach only.

You are expected to reach out to your coach at specific points during the 21 steps but you can also contact them to let them know what you're learning, any "A-ha!" moments you've had, or anything you need help with to better understand.

There have been some would-be consultants who complained that their coach "abandoned" them. The reality in each of those situations was that the consultant was not carrying forward on the course and was not reaching out to the coach.

Your coach is there to act as your guide. They will push you, challenge you, and help you be the best entrepreneur you can be. So do each step, stay in touch with your coach, and he or she will help you. As long as you're living up to your commitment, your coaches will live up to theirs.

You can give us feedback all along the way. (You will see the "Leave Feedback" button.) If you feel we can do better in any area, then tell us.

If there is a case for concern regarding your coach, you can contact support to get a new coach.

## Be Coachable

Part of the reason I've been able to experience success is that I was always willing to learn and be mentored by others who had much greater results than I did.



**MATT LLOYD ONLINE**

Roger Salam

Register For The
'Daily Power Up' Training Call:

Subscribe & Listen to each call and past recordings:

MOBE Daily PowerUp Call

**PX 22**



I've invested literally over half a million dollars so far for business consulting and advice. I can document that too.

Some people would rather act like they have all the answers. They don't get good results.

**So be coachable:**

- Keep your commitments. If you say you're going to complete steps by a certain date and time, you honor your word.
- Show up on time for coaching appointments.
- Be willing to take advice and be coached by someone who may be younger than you, or who has less experience in certain areas of life than you, but who knows more about earning an income as a MOBE consultant than you.
- Finish what you start. You have made a decision to invest in this step-by-step training program. So now make a commitment to complete all the steps.
- Be proactive in getting your own business education.

You take one step towards your coach, and your coach will take two steps towards you. But if you don't step, your coach won't step.

**NEXT SECTION - PLEASE CLICK HERE**

Getting Started With Skype

**https://21stepbusiness.com/members/getting-started/**

FTC-MOBE-000803

PX 22

FTC-MOBE-000804

**PX 22**

Getting Started | 21StepBusi... ✕

File   Edit   View   Favorites   Tools   Help

Getting Started With Skype

# Getting Started With Skype

Skype is a service that lets you make free voice and video calls and send instant messages to other Skype users from your computer, smartphone, or tablet to other people. You can even do video conference calls with multiple Skype users all at once.

Skype is free to download and use, as long as it between you and other Skype users; Skype charges you to make calls to non-Skype users' land lines or cell phone numbers.

But for all of your MOBE-related uses, it is free.

Your coach is on Skype. In addition to being able to talk, message, or video chat, your coach can share his/her computer screen with you via Skype, which can help them explain any points you don't understand while going through this training.

The first thing you need to do is install Skype on your computer or other device.



**For your computer:**

Go to Skype.com.

1. Click on the blue "Download Skype" button in the center of the page.
2. You will see another blue button on the left that says either "Get Skype for Windows" or "Get Skype for Mac" (depending on what kind of computer you have). Click it.
3. Your Skype download should begin. When it's finished, go to the file (usually in your "Downloads" folder) and open it.
4. Mac and Windows each have different methods for launching programs the first time. For Windows, follow the instructions that come up on the screen. For Mac, you will need to drag the Skype icon into your Applications folder. Then open the Applications folder and click on the icon.

Register For The
'Daily Power Up' Training Call:

Roger Salam

Subscribe & Listen to each call and past recordings:

MOBE Daily PowerUp Call

FTC-MOBE-000805

**PX 22**

**For your smartphone/tablet:**

1. Visit the App Store (for Apple devices) or the Play Store (for Android devices) and search for Skype.
2. Select Skype and then tap on either the "Install" (Android) or "Download" (Apple) button. Then click "Accept." Once it has downloaded, the Skype icon will appear on your device.

**Create your profile:**

1. You will be prompted to create a Skype name. The name you choose will function as your Skype "phone number." It's wise to make it something similar to your own name so that other Skype users can find you online.
2. Upload a photo and include your contact information as requested.
3. Create a secure password, using upper and lower case letters and numbers. Make it easy to remember or write it down for future use.

**Add contacts:**

Among the first people you should add to your Skype contacts is your coach, so that you can begin communicating directly and easily with them.

1. On your computer, select the "Contacts" icon (located below the "Home" icon, on the left margin) and then "Add contact." On your smartphone or tablet, tap "People" and then "Add people."
2. Type a name into the search box. You can search using a person's actual name or their Skype name, if you know it. (Your coach's Skype name is located on the right side of this page in the coach's contact details.)
3. One or more Skype users will be shown. Choose the correct one and then click on their name or on the green button on the right to add them to your Contacts. You will be prompted to send them a contact request, which they will see the next time they log on to Skype.
4. When the person accepts your request, they will show up in your Contacts, and you will be able to call, video call, or instant message them.

## Using Skype On Your Computer

**To make a Skype call:**

1. Go your Contacts. When you put your cursor on the person's photo, you will see three small blue buttons: a video camera, a telephone receiver, and a dialog bubble.

2. Click on the telephone receiver icon. You will hear a sound effect like a telephone connecting and the screen will indicate that the call is connecting. At the bottom of the screen, you will see four buttons. Three are blue:

- **Videocamera**—This should have a slash through it but when you click it, it will enable the person you're calling to see you (if your computer has a camera).
- **Microphone**—This lets you to mute yourself so that the other person(s) can't hear you.
- **"Plus" sign**—This enables you to add other people to the call
- There is also one red button with a phone receiver on it. Use it to end a call in progress.

**To make a video call:**



Go your Contacts and put your cursor on the person's photo but instead of clicking on the telephone receiver icon, click on the videocamera icon.

**To send an instant message:**

Go your Contacts and put your cursor on the person's photo, then click on the dialog bubble icon. This will take you to a page that shows the contact's picture and their current status ("online," "do not disturb," etc.) in the upper left corner. Begin typing your message where it says "Type your message here."

## Using Skype on Your Smartphone/Tablet

**To make a Skype call:**

1. Select your "People" menu.
2. Choose a contact.
3. Tap the "telephone receiver" icon at the bottom of the screen to make the call.

When the call connects, you will see five buttons at the bottom of the screen. Four are blue:

- **Videocamera**—This will have a slash through it. When you tap it, it will enable the person you're calling to see you.
- **Microphone**—This lets you to mute yourself so that the other person(s) can't hear you.
- **Phone speaker**—Use this to turn your phone's speaker on or off.
- **"Plus" sign**—This enables you to add other people to the call.
- The large red button is to end a call in progress.

**To make a video call:**

Tap the "People" menu and choose a contact. But instead of clicking on the telephone receiver icon, click on the videocamera icon.

**To send an instant message:**

1. Tap the "People" menu and choose a contact.
2. At the bottom of the screen, just above the blue strip that shows the videocamera and telephone receiver icons, you will see a plus sign and the words "Type a message here."
3. Type your message and then tap the right arrow (–>) icon.

Here's just a sneak peek of what you'll learn in the steps that lay ahead of you …

- What business model, niche and products will get you faster results online.
- How to setup your online business for maximum profits.
- How to save time and money by using existing systems and platforms.
- Where to get the support you need on this journey.
- And much more …

**NEXT SECTION - PLEASE CLICK HERE**





## Before You Begin

## Action Steps

- Download Skype to your computer and smartphone. The video below will show you how. (See accompanying "Getting Started with Skype" section.)

- Make contact with your coach by email or Skype request and book your first appointment.
- Mark on your calendar when you aim to have completed the steps (Recommended give yourself 30-60 days).

**PLEASE CONTACT YOUR COACH TO BEGIN YOUR 21 STEP TRAINING**

### 'Daily Power Up' Training Call:

Roger Salam

Subscribe & Listen to each call and past recordings.

MOBE Daily PowerUp Call

## 21 Step System Case Studies:

Diamond Member Carolina Millan Took Her Online Business to Outstanding Heights Using MOBE's 21 Step System

After Graduating from 3 Universities, Alex Ram Was Able to Earn His First $2,000 Online by Working through the 21 Steps with the Help of His Coach

After Unsuccessfully Trying Other Online Business Programs, Adeline Has Used the 21 Step System for 2 Years and Now Has a 7-Figure Income

Contact Support | Reviews | Terms & Conditions | Income Disclosure | Privacy

© Copyright 2018 - MOBE - All Rights Reserved

https://21stepbusiness.com/members/getting-started/

FTC-MOBE-000807

## PX 22

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1723072

TITLE               MOBE

DATE                RECORDED:  DATE UNKNOWN
                    TRANSCRIBED:  MARCH 2, 2018
                    REVISED:  MARCH 6, 2018

PAGES               1 THROUGH 23

GETTING STARTED STEP WITH MATT LLOYD
WS600388

*CJones*
*3/29/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000808**

2

```
 1              FEDERAL TRADE COMMISSION

 2                    I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Getting Started Step with Matt Lloyd        4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**              **FTC-MOBE-000809**

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5                                        )

6        ------------------------------)

7                                       Date Unknown

8

9

10

11            The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      February 8, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

PX 22                          FTC-MOBE-000810

4

1                    P R O C E E D I N G S

2                    -    -    -    -    -

3          **GETTING STARTED STEP WITH MATT LLOYD**

4          MATT LLOYD:   So welcome to the Getting

5    Started Step of this 21-step training program.  My

6    name is Matt Lloyd and I'm going to be your host and

7    trainer in this program.  And I want to get you off to

8    a fast start because success loves momentum.  So I

9    want to see you get started with Step 1 as soon as

10   possible.

11          Before we do, I just want to give you a few

12   tips on how to do really well in this course and also

13   just make a few introductions as well.  So here's an

14   interesting fact.  Did you know that only 22 percent

15   of people who actually start this same training

16   program that you're watching right now actually get

17   through all 21 steps?  And that's after having over

18   100,000 people actually get this program over the past

19   few years.  Twenty-two percent actually get to the

20   very end and graduate.

21          So what that means is that close to four out

22   of five never finish what they started.  How

23   successful do you think those 80 percent, those four

24   out of five people go on to be in this industry?  The

25   answer is not very successful.  And, fortunately, the

**PX 22**                    **FTC-MOBE-000811**

5

1       average effort in this industry is not much.  So

2       here's my advice to you.  If you want to do well, if

3       you want to make a lot of money online, finish what

4       you started and complete this training.  You're going

5       to love this training.  You're going to get so much

6       value out of this program.  You're probably going to

7       get more value from this than any other online

8       training program that you possibly paid thousands of

9       dollars for, but you've got to finish the 21 steps.

10              So we're going to make this fun for you and

11      you're going to especially enjoy working with your

12      coach.  I'll tell you about your coach in just a

13      moment.

14              Like I said, my name is Matt Lloyd.  I've

15      been doing this now for close to a decade.  I got

16      started in internet marketing in my early twenties.  I

17      dropped out of university.  And you'll find out more

18      about my story in my book, *Limitless*, which I will

19      actually be sending to you once you complete Step 3.

20      I will send that to you wherever you live in the world

21      completely free of charge.  Just get to the end of

22      Step 3 and it's yours.

23              But like I said, I've been doing this for a

24      long time.  I have generated over $100 million in

25      revenue through the internet, and also with the

**PX 22**                    **FTC-MOBE-000812**

6

1    systems that I've created, I've paid out over $67

2    million, that's U.S. dollars, to people all around the

3    world, people just like you.  Many of them had just

4    got started.  They've never done this before, but they

5    followed our training, they worked with our coaches,

6    they implemented, they took action, and they had

7    massive success.

8         Now, you'll meet some of these people as we

9    go through and I want you to watch all their stories

10   because some of them you won't be able to relate to,

11   but many of them you will be able to relate to.  Maybe

12   they have a similar life story to you, they were in a

13   similar career or at a similar point in life and

14   you'll be able to relate to them and it will just

15   empower you to see them doing this and make you feel

16   like, you know what, I can do it as well.

17        Now, whatever you invested in this training

18   program, please don't treat it like a $49 or a $97

19   investment or whatever you paid.  This is easily worth

20   over $2,000.  And I just want to say that because

21   sometimes when people pay smaller prices, they

22   automatically think that, oh, it can't be that

23   important, it can't be that valuable.  Again, these 21

24   steps have made a lot of people around the world a lot

25   of money.  So give this course the respect that it

**PX 22**          **FTC-MOBE-000813**

1       deserves, give it your attention and commit to

2       completing all 21 steps and working with your coach.

3               The unfortunate truth about most people who

4       start this is that they will get through the first one

5       or two steps, but then, at some point, they're going

6       to have a choice.  They're going to have a choice, do

7       I go and watch the next step or do I go and watch my

8       favorite TV show?  And my advice to you is make the

9       right choice.

10              What you're looking at right here, this is

11      actually a graph of data that we've collected over the

12      years from people who have been through this training

13      program.  And as you can see, there's a fairly steep

14      decline.  Most people are able to get through the

15      first couple of steps, but the drop-off after that is

16      very significant.  So again, my advice to you, be in

17      that minority who actually follow through and finish

18      what they started.

19              Another piece of advice, throughout these 21

20      steps, you're going to find sections called Future Top

21      Earner Extra Training.  These are not really

22      necessary, although I highly recommend that you watch

23      these additional videos, and I'll tell you why.  The

24      goal with this is to not get through the 21 steps as

25      fast as possible; the goal is maximum understanding,

**PX 22**              **FTC-MOBE-000814**

8

1    okay?  It's better that you take your time and you go

2    through these steps and really understand the concepts

3    because then when you get to the end, you'll actually

4    know what to do to go and start generating these high-

5    ticket commissions.  So don't race through the steps.

6    Instead, make sure you understand each step as you go

7    through.

8              When you are presented with the Future Top

9    Earner Training, watch the additional videos because I

10   help to explain the concepts in easy-to-understand

11   ways.

12             Since we are at the very start, I also want

13   you to start thinking about what's your end goal with

14   this.  Where would you like to be three months from

15   now?  Six months from now?  Even one year from now?

16   How much money would you have liked to have made?

17   Some people who have been exactly where you are right

18   now started this training program and made a

19   commitment that this would be the program that would

20   change their life forever.  They decided that, you

21   know what, 12 months from now, I'm going to have made

22   over $100,000.  They made that commitment; they

23   completed all 21 steps; they took action; and they

24   made that a reality.  You can do the exact same thing.

25             Now, I'm also going to help you get through

**PX 22**          **FTC-MOBE-000815**

9

1    these 21 steps because every few steps, I'm going to

2    have a few surprise bonuses.  Now, I'm not going to

3    tell you what they are right now, but I will tell you

4    you will enjoy them.  For example, at the end of Step

5    3, you will get a free copy of my *Limitless* book.

6    That's just one of the surprise bonuses.  There's many

7    others.  So be on the lookout for those two.

8              Another common question we get is, why are

9    there so many steps, why 21 steps?  Why not five steps

10   or three steps or two steps?  And the answer is that's

11   because to teach you how to do this properly, to teach

12   you how to go and generate high-ticket commissions

13   online, 21 steps were needed.  If I could have done it

14   in nine steps, I would have called this the nine-step

15   system.

16             So the 21 steps will show you everything

17   that you need to know to do really well with this

18   business.  Each step might take you anywhere from 15

19   minutes to 40 minutes.  It really depends.  It depends

20   on you.  But, believe me, it's well worth taking your

21   time, going through them and doing the exercises.

22   You'll get more out of this training program than just

23   about anything else that you've tried up until this

24   point and you don't have to take my word for that just

25   yet, you'll soon see for yourself.

**PX 22**          **FTC-MOBE-000816**

10

1          Now, also, just so you know, over six people

2     so far who have been through these 21 steps have gone

3     on to make over $1 million in commissions.  In fact,

4     one of them just crossed $11 million in commissions at

5     the time of filming.  So this gives you an idea of

6     what's possible.  Obviously, that's not the typical

7     result, we all know that.  But it shows you what is

8     possible if you truly commit to this program and you

9     take massive action.

10          And here's a few more statistics for you as

11    well.  So we've had 37 people make over $100,000 in

12    commissions.  We've had 345 people around the world

13    make over $10,000 in commissions, over 1,207 make over

14    $1,000, and over 3,567 people have made their first

15    commission implementing what we taught in this

16    training program.  So if you've never generated money

17    online before, neither had many of these people,

18    again, complete all 21 steps and we'll show you how to

19    do it.

20          So here's what a few people have to say

21    after they completed these 21 steps and took action.

22          UNIDENTIFIED MALE:  I just wanted to share

23    my results in MOBE affiliate program, and I made

24    $17,800 so far.

25          UNIDENTIFIED MALE:  MOBE is great.  The

**PX 22**          **FTC-MOBE-000817**

11

1    first day, I made the first $1,000, it was great.  I

2    went to church to give thanks to God.

3              DEBRA [REDACTED]:  Hey, this is Debra

4    [REDACTED] from [REDACTED].  I am a retired teacher.

5    And I am so excited because I've generated my first

6    $2,000 in ten days.  I know absolutely nothing about

7    selling anybody anything and I want to tell you

8    something, I absolutely love the phone sales team.

9    They are remarkable; they're making me commissions;

10   they're making sales for me.  I actually had my first

11   $9,000 sale that I didn't know anything about that

12   generated me $3,000 in commissions.

13             UNIDENTIFIED FEMALE:  Because I did my

14   calculations, today is October 14, 2014, I joined in

15   March 2012, and I have made -- I don't know if you can

16   see it right there -- but it's $293,636.06.  Now, I

17   want to show you one of my best days in MOBE, which

18   was this year actually in May.  I made one single sale

19   -- one single sale made me $10,000 in commissions.

20             UNIDENTIFIED FEMALE:  My first $1,000 day

21   ever online was with MOBE and I was actually playing

22   at the park with my kids when I checked my email and

23   found that I had made a $1,000 commission.

24             UNIDENTIFIED MALE:  My best day in MOBE has

25   been an $8,000 day.  This past year for me has been my

**PX 22**                    **FTC-MOBE-000818**

12

1       best year yet online and, in fact, I made more in 60

2       days in MOBE than I ever made in 60 days in

3       engineering, in education or as an entrepreneur.

4       Close to 30K.  I have had a couple of $8,000 days.

5       But the most exciting part is when you don't even know

6       it's coming and you get a message from Matt Lloyd in

7       Facebook and he says, guess what, you just made $8,000

8       commission.  It's a wonderful feeling.

9               UNIDENTIFIED MALE:  In August 2013 and

10      within the first 60 days, I've made over $30,000.  I

11      couldn't believe it.

12              UNIDENTIFIED FEMALE:  I remember the time

13      where I actually earned over $15,000 in just one

14      single weekend.  So that makes my best month to be

15      around $18,000, and so far with MOBE, I've earned over

16      $35,000 in just a few months.

17              UNIDENTIFIED FEMALE:  And I've had -- you

18      know, some of the more -- the ones that stand out more

19      are like days when I've had a $10,000 day or an $8,000

20      day.

21              UNIDENTIFIED MALE:  I'm so excited about the

22      system because I've been able to generate $1,088.20

23      before I've even finished the 21 steps.

24              UNIDENTIFIED MALE:  I made over $150,000

25      (inaudible) within one year.

**PX 22**                    **FTC-MOBE-000819**

13

1           UNIDENTIFIED MALE:  Me and my partner have

2       made our first $1,200 ever online with MOBE.

3           DARREN SALKELD:  My name is Darren Salkeld

4       and this year alone I've generated over $2 million in

5       MOBE commissions, plus I've earned a free Mercedes

6       Benz.  Thank you, Matt Lloyd, for making this

7       possible.

8           UNIDENTIFIED MALE:  So I just wanted to show

9       you my results here.  So this is the back office, and

10      I've zoomed in a bit so you can see more easily.  But

11      you can see my total revenue is nearly $335,000.  But

12      commissions to me -- this is the important one -- is

13      $122,161.

14          UNIDENTIFIED MALE:  This is the only program

15      that allowed me to make $1,000 in just one single

16      sale, and I didn't even have to pick up a phone or

17      talk to anybody.

18          UNIDENTIFIED MALE:  I made $1,000 in the

19      first week promoting MOBE.

20          ERNEST [REDACTED]:  Hi, my name is Ernest

21      [REDACTED], I'm from [REDACTED].  The best month I

22      have in MOBE is -- is in January where I made over

23      $20,000 within that month.  That is -- that's -- I

24      made more in a month compared to four years of

25      struggle previously where I made just 500 bucks after

**PX 22**           **FTC-MOBE-000820**

14

1       two years.

2                    UNIDENTIFIED FEMALE:  Since in 2014, I have

3       up to this date earned $38,331.  And if my lovely film

4       man -- cameraman can see it, you can see that on my

5       iPad.  Hopefully, that comes out.

6                    UNIDENTIFIED MALE:  I've generated over 100K

7       in MOBE part-time and I get having checks like this on

8       stage.

9                    UNIDENTIFIED MALE:  In June 17 and, of

10      course, Matt had posted on my -- my wall, on Facebook.

11      Fabio fans for your MOBE (inaudible) today.  Your

12      total commissions on this lot was $15,200, what an

13      incredible amount to me for one day.  Congratulations.

14                   UNIDENTIFIED MALE:  Within my first six

15      weeks within this business, I got a brand new Mercedes

16      Benz.  I'm still driving the Benz up to today.

17                   UNIDENTIFIED MALE:  The other day, I made a

18      $3,000 Titanium sale.  You know, that was from one

19      solo (inaudible) provider (inaudible) and 500 clicks,

20      and a couple of days later, with the assistance of our

21      phone team, while I was out in the park with Xavier, I

22      get this notice, see it on Facebook that Matt Lloyd

23      sent me, which is a beautiful thing.  I get a couple

24      of those a day, a week.  It's life-changing.

25                   UNIDENTIFIED FEMALE:  Hi, I'm so glad

**PX 22**                    **FTC-MOBE-000821**

1    internet marketing is not just for the young anymore.

2    I'm able to make more than $30,000 in just four days.

3            ZACH [REDACTED]:  Hey, what's going on,

4    guys?  Zach [REDACTED] here from [REDACTED].  And I

5    wanted to share my personal results that I've got with

6    MOBE.  Over just the last ten months, I've made just

7    shy of a quarter of a million dollars.

8            UNIDENTIFIED FEMALE:  I joined Matt's

9    program just before I left for a vacation with my

10   family to Japan.  My first automated commission of

11   $1,000 came through while I was out enjoying time with

12   my kids hiking in the mountains.

13           UNIDENTIFIED MALE:  I made $30,000 in June

14   month, within just one month of my (inaudible).

15   That's super.

16           UNIDENTIFIED MALE:  I've made more money

17   with this company in the few short months since I've

18   started than I've made in any other company in the

19   three years I've been trained online.  I've made over

20   $35,000 and that is continuing to grow.

21           MATT LLOYD:  So you can be just like those

22   people as long as you take action and you implement.

23   Now, your biggest asset to your success is going to be

24   your coach.  What I've done over the years is I've

25   assembled a team of handpicked experts, a team of

**PX 22**                    **FTC-MOBE-000822**

16

1    handpicked coaches that I entrust to work with our

2    clients just like you.

3           And you've actually been assigned one of

4    these coaches.  They are going to be called your

5    business coach.  And you should see their contact

6    details somewhere to the right or left, wherever it is

7    up there, up there somewhere, of this video.  And I

8    want you to go ahead and I want you to reach out to

9    them right now.  You're going to see their Skype ID,

10   you're going to see their phone number, also their

11   email address, and also likely a link where you can go

12   and book an appointment and talk to them.

13          Your business coach is going to be working

14   with you all throughout the 21 steps and you are going

15   to have to communicate with them.  You are going to

16   have to talk to them on the phone because they're

17   going to be giving you access to each of the steps,

18   okay?  And the reason why we've done that is because

19   I'm sure you've bought programs before where you were

20   just overloaded with information.  You were given

21   access to hours and hours of video content and lots of

22   pages of writing that you needed to read and you just

23   felt overwhelmed with information, and there was no

24   one there that you could actually talk to and ask your

25   questions to and really get a good understanding of



**PX 22**          **FTC-MOBE-000823**

17

1    what you were learning.

2            Well, this training program is different.

3    We have very deliberately made it so that you need to

4    talk to your coach to advance through the steps.  And

5    this way, you can be asking your questions.  They can

6    be coaching you, they can be mentoring you to make

7    sure you understand what you're learning so that when

8    you complete all 21 steps, you're able to go and get

9    results.  So that's your business coach.

10           You also may have a senior business coach.

11   Now, a senior business coach is quite a bit rarer.  We

12   don't have as many senior business coaches because,

13   quite frankly, the level of experience and success

14   that someone needs to have to become a senior business

15   coach is on an even higher level.  The senior business

16   coaches that we have, some of them have generated over

17   seven figures in online sales, over a million dollars

18   in online sales.  These are people who have been doing

19   this for many years.  They have a lot of experience.

20   They have often worked with thousands of clients

21   around the world.  So they are extremely valuable.

22   And towards the middle of this training program, you

23   may have the opportunity to work with a senior

24   business coach.

25           Now, the third type of coach is what we call

**PX 22**          **FTC-MOBE-000824**

18

1    a traffic coach.  Here's how it's going to work.

2    After you complete these 21 steps, we're going to show

3    you how to start actually placing ads and making these

4    high-ticket commissions.  And you will have the

5    opportunity to work one-on-one with a traffic coach.

6    Now, your traffic coach, they specialize in getting

7    traffic.  In other words, placing ads that get you

8    clicks that turn into high-ticket commissions.  So

9    you'll be introduced to your traffic coach at the

10   right time after you complete these 21 steps.

11         Now, as far as working with your coach, we

12   do all communication through Skype.  Now, if you

13   haven't used Skype, let me tell you about Skype.  It's

14   incredibly easy to use.  Once you start using it,

15   you're going to find it hard to imagine a life without

16   it.  I use it all the time and I've been using it now

17   for close to ten years.  So Skype -- first of all, you

18   can go to Skype.com.  It's completely free to

19   download, whether you're on a Mac or a PC.  Go ahead,

20   go there right now, Skype.com, and download it.  It

21   will just take a few minutes.

22         And what it allows you to do is you can call

23   anyone in the world, wherever they are, even if

24   they're on the other side of the planet, completely

25   for free.  As long as you're calling Skype to Skype,



**PX 22**          **FTC-MOBE-000825**



1     it's completely free.  All of our coaches use Skype.

2          So what you need to do right now -- and I'll

3     put more detail and instructions below this video in

4     the text -- but go ahead, get Skype.  And then you

5     will see that your coach -- somewhere up in the menu

6     or to my right or left, you're going to see your

7     coach's contact details.  You will see their Skype ID.

8     That's kind of like their phone number.

9          What I want you to do is once you've

10    installed Skype, add them as a contact -- okay, take

11    their Skype ID and add them as a contact and then send

12    them a message.  Let them know who you are and let

13    them know you're ready to get started.  It's very

14    important that you do this.  And, again, all of our

15    coaching is done through Skype.  You will need to get

16    Skype for this training program.  But, once more, it's

17    free to use as long as you call Skype to Skype.

18         The other piece of advice I'm going to give

19    you is as you're working with your coach, be

20    coachable.  And, unfortunately, not everyone is

21    coachable.  Successful people are, though.  And let me

22    tell you what I mean when I say be coachable.  Number

23    one, keep your commitment.  So if you commit to your

24    coach that you're going to talk to them at a certain

25    day, a certain time, then make sure you show up, and

**PX 22**         **FTC-MOBE-000826**

20



1    they will have the same respect towards you.  If they

2    ever book an appointment with you, they will make sure

3    they show up.  So please do the same for them.  It's

4    the professional thing to do.

5              And really they are there to help you

6    succeed.  So always remember that.  They're on your

7    side.  They want to see you do well, and they actually

8    have a vested interest in seeing you make a lot of

9    money and do extremely well.

10             Show up on time for your coaching

11   appointments.  That goes without saying.

12             Be willing to take advice.  So this is also

13   very important.  They may be younger than you; they



14   may be older than you; they may have a completely

15   different background in their life than you do, but in

16   this area, in generating high-ticket commissions

17   online, they know what they're talking about and they

18   have a lot of experience.  So be willing to take their

19   advice.  Again, they want nothing more than to see you

20   succeed as I do.

21             Last of all, be proactive.  So do not wait

22   for your coach to reach out to you.  The people who

23   experience success with this program and go on to make

24   a lot of money, they don't sit around and wait for

25   someone to reach out to them.  They are proactive with

**PX 22**          **FTC-MOBE-000827**

1    their own education; they are proactive with their own

2    business.  So don't wait for your coach to call you.

3    You want to go ahead right now, reach out to them.

4    Send them an email; call them; leave a message; add

5    them on Skype;, left them know that you are ready, you

6    are eager to get started and start learning.

7            So action steps right now, it's pretty

8    simple.  Go ahead and get Skype.  Add your coach.

9    Again, there's going to be some more detailed training

10   below in the text on how to use Skype.  If you haven't

11   used it before, just try it, okay?  It won't take you

12   very long to get the hang of it, and once you start

13   using it, it will actually be fairly simple.  So go

14   ahead, download Skype, add your coach as a contact.

15   Get in touch with them.  Tell them that you are ready

16   and eager to begin.

17           When you do add them on Skype, you can also

18   send them a message, too.  That's one of the benefits

19   of Skype.  You can also use it like a text message

20   service as well where you can send them a text between

21   your calls.  So go ahead, send them a message and just

22   introduce yourself.  Tell them your full name, your

23   email address.  Tell them you're ready to get started

24   at Step 1.

25           And if you need, also, book an appointment

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-000828**

22

1    on their calendar as well, okay?  So email them, you

2    can phone them and leave a message, send them a

3    message on Skype, and book an appointment on the

4    calendar.  And I know that sounds like a lot and you

5    might be wondering, well, why do I have to do so many

6    different things.  I want to make sure that nothing

7    comes between you getting on a call with your coach

8    and getting started while you've got this momentum

9    behind you, okay?  So I just want to see you get

10   started as soon as possible and get this training.

11          Now, as soon as you've done that, then

12   you're ready to get started with Step 1.  Go ahead and

13   begin Step 1 immediately.  Don't wait around, just go

14   ahead and get started right away.  In Step 1, I'm

15   going to share with you secrets of millionaire

16   marketers.  What do the millionaire marketers know

17   that the masses don't?

18          So go ahead, reach out to your coach right

19   now, take action, and I'll see you in Step 1.

20          **(The recording was concluded.)**

21

22

23

24

25

**PX 22**          **FTC-MOBE-000829**

23

<u>CERTIFICATE OF TRANSCRIPTIONIST</u>

1

2

3

4       I, Elizabeth M. Farrell, do hereby certify

5      that the foregoing proceedings and/or conversations

6      were transcribed by me via CD, videotape, audiotape or

7      digital recording, and reduced to typewriting under my

8      supervision; that I had no role in the recording of

9      this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12       I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:   3/6/2018

22                    ELIZABETH M. FARRELL, CERT

23

24

25

**PX 22**        **FTC-MOBE-000830**

# Exhibit K

FTC-MOBE-000831

Exhibit K - Page 1 of 45



FTC-MOBE-000832

PX 22



FTC-MOBE-000833

**PX 22**

FTC-MOBE-000834

**PX 22**



**Step 1 - Training Section #1**

Congratulations! Less than 91% make it to step 1.

## My Prediction About You

I'm willing to make a bet. this is not the first "make money online" product you've ever bought, is it? For 95% of the people reading this right now, this will be one of many training products you've bought. If you're like I was when starting out back in late 2008, you've probably spent more money than you'd like to admit on various "make money" programs.

How have those past courses worked out for you? Have you been able to use what you learned from them to make your first $100,000 online yet? If not, why do you think that is?

Here's what I will promise. This training program which you now have access to is like no other, it works.

It's worked for many, many people who've completed the steps you're about to be coached through. However, what you got out of these steps and the coaching you receive will be equal to what you put into it.

If you go through these steps and follow your coach's training in a passive, non-committal way, you won't experience life-changing results

But if you take this seriously—if you treat it as if it were the last training program you were ever going to take, and as if this business were going to be your one source of income for the next decade—then what you will be able to achieve in the next 12 months will astound you.

So let's dive right in ...

**NEXT SECTION - PLEASE CLICK HERE**

**Step 1 - Training Section #2**

**Step 1 - Training Section #3**

**Step 1 - Top Earner Extra Training**

**Step 1 - Your Assignment**

**Your Business Coach**

Carlos Verdugo

Email:
carlos@mobe.com
Phone:
+1

Schedule A Session:
Click Here
Skype:

**MOBE WOULD LIKE YOUR FEEDBACK!**

Business Coach Feedback

**CLICK HERE**



Step 1 - Training Section #1

Step 1 - "Training Section #2

## Five "Essential Elements" Of Online Business Success

There are many online business models you can follow but to succeed with an online business and get consistent and scalable results, you will need the following 5 essential elements, which we will cover more deeply in the upcoming steps.

### What Are These Five Elements?

1. **Traffic:** This is the constant flow of prospects that are interested in what you have to offer. Without traffic you can't have sales. With no sales, you can't have profits.
2. **Funnel:** A funnel is systemized process that allows you to capture your traffic and turn them into leads and buyers.
3. **Filter:** Filters allow you to show your prospects custom products and services that are specific to their needs.
4. **Follow-up:** Well thought out follow-up processes allow you to stay in touch with your leads and buyers, get feedback and comments so you can offer them better solutions.
5. **Tiered product mix:** This is a selection of products, services and solutions at various price points that address your buyer's needs.

As we dig into each of these elements in the next steps, you'll begin to get really excited about this program, and our proprietary MOBE system where all the elements are ready for you to plug into.

For now, let's take a look at affiliate marketing, one of the more popular online business models.

## Traditional Affiliate Marketing Is Flawed

There I said it.

Everyone talks about how great affiliate marketing is, but there are some major problems with it as a business model.

In case you don't yet know much about affiliate marketing, here's a main concept expressed in Chapter 2 of my best-selling book Limitless (which I'll be sending to you in the mail for free when you complete Step 3):

"In a way, affiliate marketing can be compared to a commissioned salesperson except you don't have to do any of the selling if you don't want—the website you're placing ads for can do all of the selling for you."

### Here's An Example

Let's say I develop a training product for business owners who want to learn how to create their first website and start collecting leads. It's priced at $1,500. They're happy

Your Business Coach

Carlos Verdugo

✉ Email: carlos@mobe.com
☎ Phone: +1
☐ Schedule A Session: Click Here

Business Coach Feedback



## Here's An Example

Let's say I develop a training product for business owners who want to learn how to create their first website and start collecting leads. It's priced at $1,500. They're happy to pay it, because if they implement the strategies I teach in this training product, they'll be able to generate thousands of leads for their business which could be worth hundreds of thousands of dollars. $1,500 is a no-brainer.

I have a product and I have a website that explains all the benefits of the product and how someone can buy it. But I have no website visitors, I can't make a single sale.

That's where you come in, you become an affiliate for my business by joining my affiliate program. Your role is simple: bring potential customers to my website.

That's it!

Once they are on my website, I can then sell him or her my course. If they buy it, I agree to split the $1,500 with you. After all, without you, I wouldn't have made the sale in the first place.

Only seems fair, right?

Your affiliate link might look something like this: http://track.mobetrack.com/aff_c? offer_id=1555&aff_id=1760  which is one of our standard MORE affiliate links for a course we sell, like our 21 step system (which pays a $44.10 commission to you).

- "Mobetrack" indicates it is a tracking link for MORE
- "Offer ID" refers to the product
- "Affiliate ID" refers to you

Every time someone clicks that link, the click is tracked as having come from your affiliate link through a combination of cookies (little pieces of code), and the IP address and email address of the person doing the clicking.

Don't worry, you don't need to know how it works, you just need to know that it's very accurate and ensures that you get paid your commission on all people you refer to the website you're promoting.

You can find thousands of affiliate products and companies that you can represent by going through affiliate networks like:

- CJ Affiliate
- ShareASale
- Rakuten Affiliate Network
- Affiliate Window
- eBay Enterprise Affiliate Network
- ClickBank
- Amazon Associates

## Advantages And Disadvantages Of Affiliate Marketing

Advantages

- No product creation
- No payment processing
- No storage, shipping & handling
- Operate from anywhere
- No minimum monthly sales
- Scaled to any size you want

Disadvantages

*Your Business Coach*

Carlos Verdugo

✉ Email:
carlos@mobe.com

☎ Phone:
+1

🗓 Schedule A Session:
Click Here



- Low commissions (usually less than 40%)
- Lower priced items
- Rarely pay on back-end sales

Despite the advantages, traditional affiliate marketing is flawed because of the low price point, low commissions and restrictions on back-end sales which means you will have very low profits. With such low profits you will have to constantly be looking for hundreds of new buyers to make a decent income.

In short, it's too much work for too little money.

**NEXT SECTION, PLEASE CLICK HERE**

Step 1 - Training Section #3

Step 1 - Top Earner Extra Training

Step 1 - Your Assignment

Congratulations - You have completed Step 1.

Meet our members

FTC-MOBE-000837

PX 22



FTC-MOBE-000838

PX 22



Step 1 - Training Section #1

Step 1 - Training Section #2

Step 1 - Training Section #3

Step 1 - Top Earner Extra Training

Step 1 - Your Assignment

So, to recap today's lesson:

- A Top Tier business allows you to make maximum profits from day one through selling high-ticket programs
- Going digital allows you higher profit margins
- Because of what it takes to advertise and grow a business successful, having Top Tier products is a must

You simply can't run a $100,000-plus business selling low-end products, no matter how incredible it is or what others may tell you

In Step 2, I will be going a little bit deeper into this business model and revealing a critical "Fourth Ingredient" to the puzzle that very few people know about.

We'll see you on the next step!

## Action Steps

For your first action steps, we're going to keep things simple:

- Write down two realizations or breakthroughs you got from this first lesson. Things are about to get really exciting
- Can you answer:
  - What is High Ticket Affiliate Marketing (HTAM)
  - What business model has a higher rate of success
  - What type of products generate higher profits
  - Subscribe to the Daily Inspirational MOBE Videos

### Your Business Coach

Carlos Verdugo

Email:
carlos@mobe.com

Phone:
+1

Schedule A Session:
Click Here

Skype:

Business Coach Feedback:

MOBE WOULD LIKE YOUR FEEDBACK!

CLICK HERE

FTC-MOBE-000839

PX 22

Exhibit K - Page 9 of 45



FTC-MOBE-000840

PX 22

FTC-MOBE-000841

**PX 22**



*Your Business Coach*

**Carlos Verdugo**

✉ Email:
carlos@mobe.com

☎ Phone:

📅 Schedule A Session:
**Click Here**

Skype:

MOBE WOULD LIKE YOUR FEEDBACK!

Business Coach Feedback: **CLICK HERE**

Step 1 - Training Section #1

Step 1 - Training Section #2

Step 1 - Training Section #3

Step 1 - Top Earner Extra Training

Step 1 - Your Assignment

Congratulations - You have completed Step 1.

## Congratulations on completing Step 1—You're doing great!

In Step 2: Discover how it's possible to get paid up to $38,000 for a single customer with a unique online business system ...

And then after you fully complete Step 3, get your free copy of my Best Selling Book Limitless mailed to your home!

**LIMITLESS**

The Groundbreaking New Book That Reveals How To Escape The Rat Race And Make Money Online In The New Economy

MOBE

FREE BOOK! FIND OUT HOW TO GET YOUR COPY SHIPPED TO YOU BELOW

⏳ Congratulations! You have completed this step.

Now, it's time to contact your coach please. He/She will unlock your next step.

If for any reason you have any issues accessing the steps or video training in this 21 Step System or any of our other training programs, please contact our support team at mobe.com/support or call 1-844-662-3787.



FTC-MOBE-000842

**PX 22**



Step 1 - Training Section #2

Step 1 - Training Section #3

## Why You Need A Top Tier/High-Ticket Affiliate Marketing Business

"Top Tier" is defined as "the highest level or quality." Direct sales companies use the term to refer to products that are much more expensive (and pay higher commissions) than items typically marketed this way.

"High-Ticket" is defined as "expensive" and High-Ticket Affiliate Marketing (HTAM, a term I coined) refers in particular to the online marketing of products and services that are more expensive that items offered by other online marketers.

Top Tier and HTAM are interchangeable terms that describe MOBE's business model

With Top Tier, it's possible to make in day what you would make in an entire year in residuals from a typical affiliate marketing business!

Think for a moment of how much you would need to make before you could quit your job. Let's say for example that it was $5,000.00 a month. That would break down to roughly $166.66 dollars a day.

Now with a traditional, non-Top Tier marketing system online, you would only earn a small amount on each sale. Let's look at a few price points of a typical system and see how many sales it would take for you to generate $5,000 per month:

- At $4.00 profit per sale, you would need 1,250 sales a month
- At $7.00 profit per sale, you would need 714 sales
- At $47.00 profit per sale, you would need 106 sales

To earn the income you need using the typical affiliate marketing model, you'd have to learn how to generate a lot of sales, month in and month out.

In a moment, we'll talk about why this model will not work long term when you add the marketing equation into this picture.

Now let's look at MOBE's Top Tier business model:

- At $1,000 profit per sale, you only need 5 sales
- At $3,000 profit per sale, you only need 2 sales (= $1K profit)
- At $5,000 profit per sale, you only need 1 sale
- At $9,000 profit per sale, you only need 1 sale (= $4K profit)

That is what Top Tier is. Now, many people think that it's harder to sell a $9K product than it is a $1K product, but that's just not the case. Most people simply have no idea

*Your Business Coach*

Carlos Verdugo

✉ Email:
carlos@mobe.com
📞 Phone:
+1

☑ Schedule A Session:
Click Here
✖ Skype:

MOBE WOULD LIKE YOUR FEEDBACK!
CLICK HERE
Business Coach Feedback:

FTC-MOBE-000844

**PX 22**



- At $9,000 profit per sale, you only need 1 sale (+ $4K profit)

That is what Top Tier is. Now, many people think that it's harder to sell a $9K product than it is a $1K product, but that's just not the case. Most people simply have no idea how to do it right, but in the training you will learn exactly how to do it on a consistent basis. (No, you don't have to sell on the phone with this system. Phone sales are all done for you!)

### Another Way Of Looking At Top Tier

Now the Top Tier business model is not one that a lot of people know about. But it's behind some of the most successful businesses online and offline.

Think about the logistics of an offline business this way. Let's say you were the new owner of a hamburger shop similar to McDonald's (but which makes much better burgers) and you want to make as much money as you can, as fast as possible.

Which way do you think would get you there faster—selling one million burgers, or selling just one franchise for $1 million?

Did you see the image above? Those are all the McDonald's in the U.S. alone, most of which are owned by a franchisee.

Now why would someone spend $1 million for a franchise when they could just open their own hamburger joint? It's because with a franchise, you get a guaranteed system that is proven to work. You get the leverage of their billion-dollar brand, their advertising campaigns, their proven products and funnels that sell, etc.

**That is why franchises have a higher success rate.**

Consider this example of 28-year old Kristen Von Tiersch, a college dropout who left her $35,000 a year job to open a drive-through coffee franchise that is on track to

---

### Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobe.com

☎ Phone:
+1 ███████

☑ Schedule A Session:
Click Here

Skype: ███████

---

QuickTime Player



## Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobe.com
☎ Phone:
+1

🗓 Schedule A Session:
Click Here
Skype:

her $30,000 a year job to open a drive-through coffee franchise that is on track to generate $4 million in sales leaving her with a $230,000 in profit in less than a year. This would be harder to achieve when starting from scratch with no systems and support.

And that's why McDonald's can sell so many of their franchises. It's basically "wealth-in-a-box," as long as you can afford the franchise cost. Go at it above, and you're just selling hamburgers at a few dollars a pop—no system in place to leverage and no process to scale.

So to answer the question of whether it would be easier to sell a million burgers, or just one franchise? It would take you much longer and would be a lot harder to sell one million hamburgers.

On the other hand, there are tons of people looking to start their own restaurant. And they want a proven system that works, not something that's going to put them in the "broke" house!

So the odds are very good, if you have a proven system like McDonald's, that you'll be able to easily sell a few franchises with minimal effort, especially when you've been trained by the company on how to attract these people to you.

This just makes sense, right?

## You've Found A Business Model Better Than McD's

The reason we're so successful as a company is because of Top Tier, high-ticket offers. But you have something much more powerful with the business model we use, especially for someone who can't dig in their pockets for $1 million to buy a franchise, and then wait several years for it to start turning any profit.

You see, even a model like McDonald's has its drawbacks. Being a physical business, there is overhead to consider: you have to pay a manager a salary, you've got employees, payroll, and all kinds of different headaches to deal with.

What sets us apart is that we are a digital company. Since we focus on digital products (information that buyers download to their computers), our profit margins are extremely high.

- We don't have high costs of fulfillment
- We don't have to maintain a warehouse or inventory with lots of warehouse staff
- There's none of the high costs associated with producing physical products
- There's no need for shipping

It's really the ultimate profit model. And it allows MOBE to pass on much higher profit margins to our partners, i.e. YOU.

## About The "Marketing Equation" I Mentioned Earlier



## About The "Marketing Equation" I Mentioned Earlier

The economics of business today requires Top Tier, high-ticket products & services.

As every day passes, advertising costs go up. With rising advertising costs, if you've got a low-ticket offer, there is just no room for any profit. But if you're making $1,250, $3,300, $5,500 and up, you've got plenty of profit left to always spend on advertising without worrying if your ads increase by a few dollars.

## This Is Why A Top Tier Back-End Is Necessary

So if you sell a product for $10 but you spend $15 to get that customer, you get a sale but you lose money. The only way that will work is if you have a proven funnel and system that provides you profits on the back end.

High-ticket back-end sales is what allows you to take a loss on the front end. Ninety-eight percent of businesses don't have it, and it's not super easy to pull off.

But, if you're making $5,000 and you spent even up to $1,000 to acquire that customer, you've still made $4,000 in profit. I'd spend $1,000 to make $4,000 every hour of every day of the week, wouldn't you?

Heck, I'd spend $750 to make $1,000. I'd spend $4,000 to make $5,000 as long as I know I could scale that out and that I would make that profit. That's printing money on demand right there!

Do you see the power of Top Tier here? It's what sets the pro's apart from the rest of the people out there struggling to make anything at all online. It's a key pivotal shift in your entire business model, and it doesn't require any extra effort on your part!

There are people who realize they need a Top Tier offer, but they don't know how to create or find one. That's why this 21-Step Training is so powerful, we provide it for you.

Because we've been doing this successfully for years now, and have grown by leaps and bounds, we wholeheartedly recommend you use the exact duplicatable system we use. As of July 2016, MOBE has generated over $100 million in revenue and paid out over $67 million in commissions to our partners.

We know what we're doing, and that's why we know you'll be successful if you follow this entire 21-Step System.

---

Step 1 - Top Earner Extra Training

Step 1 - Your Assignment

**NEXT SECTION - PLEASE CLICK HERE**

---

*Your Business Coach*

Carlos Verdugo

✉ Email:
carlos@mobe.com

📞 Phone:

Schedule A Session:
Click Here

Skype:

---

QuickTime Player

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1723072

TITLE          MOBE

DATE          RECORDED:  SEPTEMBER 13, 2017
          TRANSCRIBED:  FEBRUARY 5, 2018

PAGES          1 THROUGH 30

Step 1_2017-09-13_13-23-54

*Carol Jones*
3/1/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000847**

1                          FEDERAL TRADE COMMISSION

2                              I N D E X

3

4          RECORDING:                                      PAGE:

5          MOBE Step 1                                        4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     MOBE                           )   Matter No. 1723072

5                                    )

6     -------------------------------)

7                                September 13, 2017

8

9

10

11           The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**            **FTC-MOBE-000849**

4

**P R O C E E D I N G S**

\-   \-   \-   \-   \-

**Step 1_2017-09-13_13-23-54**

1

2

3

4  MATT LLOYD:  So welcome to Step 1.  In this

5  module, we're going to look at secrets of millionaire

6  marketers, what do they know that the masses don't

7  know.  Specifically, here's what we're going to be

8  talking about.  Number one, what is top tier, or high-

9  ticket affiliate marketing and why is it a must in

10  today's economy if you want to make money online.

11      We're going to look at why you need to go

12  deep in your marketing rather than wide if you want to

13  make $100,000 or more per year with your online

14  business.  Last of all, we're going to look at rising

15  advertising costs.  The fact of the matter is

16  advertising is getting more and more expensive, and

17  that's okay, provided you have a high-ticket back end

18  in place.  And I'll explain what that is and how you

19  can get that shortly.

20      Here's my prediction about you.  This course

21  right now that you're watching, this is not the first

22  make-money-online course that you've been through is

23  it?  You've probably bought several others before and,

24  if you have, that's fine.  When I first got started in

25  this industry, I had bought more make-money courses

**PX 22**                    **FTC-MOBE-000850**

5

1    and systems than I would care to admit to you right

2    now.  I spent a fortune on a lot of them, okay?  So

3    that's fine, it's all part of the learning process.

4           What I want you to do, though, is I want you

5    to commit that you're going to just focus on this

6    training program for now.  You're going to focus on

7    this training program and working with your coach and

8    getting through these 21 steps.  And the reason is

9    this training actually works.  We've had a lot of

10   people go through these steps and get amazing results

11   with this program.  And you're going to meet some of

12   those people as you go through this training.  So

13   focus on this course, focus on what you're learning

14   here, and do it just for the next 21 steps.  It won't

15   take you that long to get through.  When you're

16   working with your coach, you'll be able to get through

17   relatively quickly, and then you'll be able to start

18   generating these high-ticket commissions that we've

19   been talking about.

20          So here's lesson number one.  When it comes

21   to making money online, there's five elements that you

22   need to have in your online business.  So we're going

23   to go through these one by one right now.  So the

24   first one is you need to have traffic.  What is

25   traffic?  Traffic is just really getting eyeballs in

**PX 22**          **FTC-MOBE-000851**

6



1    front of a website.  Traffic is getting people in

2    front of your offer.

3        So the way that I like to explain it is

4    let's pretend that you were going to start your own

5    store, and let's pretend that you were going to sell

6    coffee, and I gave you two locations.  So one of those

7    locations was a busy street in Manhattan, New York,

8    where you have at least 10,000 people walking past

9    your store every single day; and location two was in

10   the middle of the desert in my home country of

11   Australia.  Where would you like to have your store?

12       Now, obviously, you would like to have the

13   store in New York?  Why?  Because you get a lot more

14   foot traffic.  Well, it's the same with your online

15   business.  You need to be in a location where you need

16   to be advertising so that you have a lot of exposure,

17   you have a lot of people, the right people, going past

18   your store or going to your website every single day.

19   So that's the first thing you need.

20       The second thing you need is a funnel.  Now,

21   a funnel, another word for it is a customer

22   acquisition process, and we'll talk about that a

23   little bit later on in this training program.  But a

24   funnel is what you take your prospects through to turn

25   them into paying customers and into these high-ticket



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-000852**

7



1   commissions that we've been talking about.  Your sales

2   funnel really is one of the most important parts of

3   this entire process.

4        Now, if you don't have one right now, you

5   need to get one, but the good news is you don't have

6   to go and build one completely from scratch.  In fact,

7   in these steps, I'll show you how you can leverage

8   funnels that have paid out millions and millions of

9   dollars in commissions to people just like you who

10  went through the same training.

11       You need to have a filter.  So what's a

12  filter?  A filter is a way of screening your leads so

13  that you're only spending time or the sales team that

14  you have in place, working on your behalf, is only

15  spending time working with the right prospects; and

16  also so that you are filtering out those who are most

17  interested in certain products from those who are not,

18  and then you're presenting more customized offers to

19  those people.

20       Now, by the way, if some of this isn't

21  making sense right now, it will as we go through these

22  21 steps.  And just bear with me.  You need to have a

23  followup system in place.  So what's followup?  Well,

24  followup is you sending emails to one of your

25  prospects when you have automated systems that send

PX 22

FTC-MOBE-000853

8

1     those emails.  They can also be phone followup, where

2     you or someone on your behalf is following up on the

3     phone.  It can be direct mail followup.  There's many

4     different ways that you can follow up.

5          But I'm sure you've heard the line fortune

6     is in the followup, and it really is true.  If I

7     didn't follow up with my clients, within MOBE, MOBE,

8     instead of having generated over 100 million in

9     revenue since it started probably wouldn't have

10    generated more than $2 million in revenue.  Okay,

11    that's the difference that good followup can make.

12         So we follow up forever, and at our

13    seminars, I like to say, you follow up until your

14    prospects either buy or until they die.  And I mean

15    that in a joking way, but I'm actually half serious

16    about it.  You want to follow up continuously until

17    they either want to go forth with your products and

18    your services, or until they just say this isn't for

19    me and they leave.  And you've got to be consistent

20    and persistent with the followup.

21         And then you've got to have a tiered product

22    mix.  So a tiered product mix is you having different

23    products at different price points.  You might go and

24    generate 100 leads online, and within those 100 leads,

25    there could be one person who if you present the right

**PX 22**          **FTC-MOBE-000854**



9

```
 1   offer and you have enough value, they would be willing
 2   to pay you tens of thousands of dollars.  Now, whether
 3   you believe me or not at this stage is besides the
 4   point.  I'm telling you this from -- from experience.
 5   I've had clients who pay hundreds of thousands of
 6   dollars.
 7           And when I first got started in this
 8   industry, I wouldn't have believed that was possible.
 9   I would have thought that no -- no one's going to pay
10   more than $1,000 for products online or $2,000.  But
11   people will pay higher prices if the value and if the
12   offer is there.  So you've got to have in your tiered
13   product mix premium, higher priced, higher value
14   products that they can buy, because those customers
15   are often your very best customers, and they will
16   provide the vast majority of all your profits.
17           Okay, so those are the five essential
18   elements of a successful online business.  All online
19   businesses that are successful, that do multiple six
20   or even seven, some even eight figures annually, they
21   all have those five elements.
22           So the next lesson.  This is going to be a
23   little bit controversial, but I'm going to make a
24   statement here:  Traditional affiliate marketing is
25   dead.  Okay, at least it's dying.  Traditional
```

**PX 22**              **FTC-MOBE-000855**

10



1   affiliate marketing, as a business model, is -- is

2   becoming less and less viable with each day that

3   passes.

4        So, first of all, if you don't know what

5   affiliate marketing is, let me just explain it.  So in

6   my book, *Limitless*, which I'm actually going to send

7   you, for free, to where you live once you complete

8   Step 3 of this 21-step training.  But in this book, I

9   go through exactly what affiliate marketing is in

10  detail.

11       But in a nutshell, affiliate marketing works

12  like this.  An affiliate promotes another business

13  owner's products or services by going and placing

14  little ads online.  And when prospects click on those

15  ads and they go to the website that the business owner

16  owns and they buy, then the affiliate actually gets

17  paid a commission.  So that's how affiliate marketing

18  works.

19       And in my book, *Limitless*, I talk about that

20  in-depth, but I also talk about a new model called

21  high-ticket affiliate marketing, which is where you

22  can actually generate much bigger commissions.

23       So here's an example of how that might look.

24  Let's say that I develop a training course and we

25  decide to call it something like "How to Create Your



**PX 22**          **FTC-MOBE-000856**

11



1    First Website and Start Collecting Leads."  It's a

2    digital training course, so it's videos, just like the

3    one you're watching right now.  And it walks a

4    business owner through the entire process of creating

5    their own website and starting to advertise.  And

6    let's say that I decide to sell it for $1,500.  So

7    you, the affiliate, you come along and you say to me,

8    Matt, you know what, I would like to go and advertise

9    your product.  And I say, great, here's your affiliate

10   link.

11          So your affiliate link is a unique link just

12   to you.  No one else in the world has that link.  You

13   go and start placing the little ads online.  When

14   people click those ads really, they're clicking your

15   affiliate link.  They go to my website; they see this

16   product on sale; they buy it; and then you get paid a

17   commission.  That's how affiliate marketing works.

18          And with affiliate marketing, here's an

19   example of what the affiliate link might look like.

20   So MOBE has an affiliate program, but it's not like a

21   traditional affiliate marketing program.  It's what we

22   actually call a high-ticket affiliate marketing

23   program, or HTAM, a term that I've actually

24   trademarked.

25          So it looks a little bit like this.  So the

**PX 22**          **FTC-MOBE-000857**

12



1    link you can see, it's quite long, it's got a bunch of

2    letters and numbers in it.  When you place an ad,

3    really what you're doing is you're placing a link to

4    this, and when someone clicks on it, that's how we're

5    able to track that click came from you.  And when that

6    click, which is really just a person clicking the ad,

7    when they go ahead and they buy, that's how we know

8    that you're owed a commission.

9          So affiliate marketing is big business.

10   It's a multi, multi-billion-dollar industry.  So as an

11   example here, you can see in the link you've got your

12   product ID, so whatever product you're promoting would

13   have a particular ID, and you also have an affiliate

14   ID, too.  That's a unique number.  You're going to

15   have your own special, unique number.

16         Now, when it comes to promoting MOBE

17   products, if you decide that you would like to do that

18   and you would like to earn the high-ticket commissions

19   that we offer, then all of that will be explained as

20   you go through these 21 steps, and we will even teach

21   you how to go and place these little ads so that you

22   know exactly what you're doing as well, once you

23   complete these 21 steps.

24         Like I said, affiliate marketing is a multi-

25   billion-dollar industry.  Here's some of the companies



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-000858**

13



1   that leverage affiliate marketing.  So you've got

2   Amazon, you've got even Walmart, you've got ClickBank,

3   you've got Commission Junction, Sharasale, eBay, many

4   different companies out there get a lot of business

5   through affiliates.  So it's a business model that's

6   been around ever since really the internet started,

7   and it's become very popular.

8           Now, there's a few advantages to affiliate

9   marketing, and let me tell you about some of them.

10  The first is you don't have to go and create products.

11  You don't have to do what I'm doing right now and

12  create videos and go and find manufacturers who can

13  put together physical products.  You don't have to do

14  any of that as an affiliate.

15          Someone else, another business, does that.

16  All you're doing is connecting a prospect to that

17  business, and when the prospect becomes a paying

18  customer you get paid a commission.  You're not

19  involved in the product fulfillment process.

20          The other advantage of being an affiliate is

21  that you don't have to handle any of the payment

22  processing.  You don't have to go and get approved for

23  merchant accounts so that you can accept Visa,

24  Mastercard, American Express.  You don't have to worry

25  about any of that.  And take it from me, a business



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-000859**

14



1    owner who does have to worry about those things,

2    that's a good thing.  You don't want to have to get

3    into learning about merchant accounts.  It really is a

4    big headache.

5            You don't have to do any storage or shipping

6    and handling of the products.  You can operate this

7    sort of business model from anywhere in the world,

8    anywhere.  It could be up in a plane 10,000 feet above

9    the air.  As long as you have an internet connection

10   you can do it.  It could be in the local Starbucks.

11   It could be from the comfort of your own home.

12           With an affiliate marketing business, you

13   are completely mobile.  But as a business model, it's

14   got a few big flaws, and this is why I say that

15   traditional affiliate marketing is dying.  It's being

16   replaced by what we call high-ticket affiliate

17   marketing.  So here are the flaws with affiliate

18   marketing.

19           Number one, low commissions.  Tiny, little

20   commissions.  Most affiliate marketing is selling

21   products under a few hundred dollars on each product.

22   So let's say that you're making 30 percent, 40

23   percent.  Well, 40 percent of $100 is $40.  Okay, you

24   have to sell a lot of products at $40 on each product

25   to make a multiple six-figure income.  Okay, so you



**PX 22**          **FTC-MOBE-000860**

15

1    can't make big commissions with traditional affiliate

2    marketing.  It's just not the norm in that industry.

3          The other big problem, and this was a

4    problem that I identified as soon as I got into this

5    industry, it was the one thing that I never liked

6    about traditional affiliate marketing.  And that is

7    you don't get paid on the back end.  And let me

8    explain how that works.  Most companies out there that

9    have affiliate programs, where you can become an

10    affiliate for them, don't pay you a cent on the back

11    end.  So in other words, you go and place ads, you go

12    and spend time and money on the advertising.

13    Prospects click on those ads.  Go to their website and

14    buy the front-end products, which might be $100 or

15    $200.

16          You get your little $40, $50 commission,

17    whatever it is, and they get a customer.  They then go

18    and follow up with that customer, and they have a

19    whole bunch of upsells and back-end sales.  And those

20    back-end sales could be worth thousands of dollars.

21    They could even be worth tens of thousands of dollars.

22    And who knows, over the years, those customers that

23    you referred to them, and got paid $40 or $50 on could

24    even go and spend over $100,000 with those companies.

25          With traditional affiliate marketing, you

**PX 22**        **FTC-MOBE-000861**



16

1    don't get paid a cent of that.  So you are cut out of

2    the back end.  And as soon as I saw that, that was one

3    of my inspirations for starting the MOBE Affiliate

4    Program, which is very different because we actually

5    do pay on the back end.  Every product that we sell on

6    the back end, we actually pay commissions on, and

7    that's part of the reason why we've actually paid out

8    over $67 million in commissions.  We actually pay on

9    all that in sales.  Our commissions go right up to

10   $10,000.  Some of them are even above that, and as you

11   go through this training, you will learn how you can

12   actually position yourself to profit from those

13   commissions.

14           So with traditional affiliate marketing,

15   it's really just too much work for too little money.

16   You spend all your time placing ads, learning how to

17   generate traffic, and you're making these teeny, tiny,

18   little commissions.  With a top-tier or high-ticket

19   affiliate marketing business, however, you don't need

20   to have that many sales to start making good money.

21           Let's say that you're making a $1,000

22   commission on a product.  Well, if you start selling

23   one a week, that's $4,000 in extra income every single

24   month.  If you start making a $3,000 commission every

25   single week from just one customer, well, after a



**PX 22**          **FTC-MOBE-000862**

17



1    month, you've made over $12,000.  So it starts to add

2    up really fast.

3          You're able to make more profits with less

4    sales.  So let me put it to you this way.  Let's say I

5    give you a choice between selling a $10 product, like

6    an e-book, and selling a $1,000 training program.  And

7    let's say that your goal is to get to $10,000 per

8    month.  Well, if you're selling a $10 e-book, how many

9    of those $10 e-books do you need to sell every month

10   to get to the $10,000?  You need to sell 1,000 of

11   them.  In other words, you need to go and find 1,000

12   customers who want to buy that e-book.

13         Now, option two is you have a $1,000

14   program.  How many customers do you now need to go and

15   find?  Only ten.  What do you think is harder, finding

16   1,000 customers or finding ten?  It's much easier to

17   go and find the ten.  Believe me, I know this from

18   experience.  I've been selling high-ticket programs

19   now for quite some time, a good number of years, and

20   once you do it, once you've been involved in the high-

21   ticket affiliate marketing industry, you will never

22   look back.  You will never want to go back to -- to

23   selling e-books and making tiny, little commissions.

24   You will much prefer to make high-ticket commissions

25   every day of the week.



**PX 22**                    **FTC-MOBE-000863**



18

1          So with high-ticket affiliate marketing,

2     otherwise known as top-tier, it's possible to make

3     more in a day than you might normally make in an

4     entire week with traditional affiliate marketing.  So

5     I've got a question for you.  How much would you need

6     to make right now to either quit your job or replace

7     your income?  I want you to think about the answer,

8     and let's pretend -- let's pretend that for someone,

9     maybe not you, but for someone else, it was $5,000 a

10    month, minimum.  So they want to make $5,000 a month,

11    which is about $166 per day.

12          Now, if they tried to do that with

13    traditional affiliate marketing, with a traditional,

14    non-top-tier system, this is what they would be

15    looking at.  They might be promoting a product which

16    pays them a little $4 commission.  Well, they would

17    need to sell 1,250 copies of that product to get to

18    five grand a month.  Let's say that they were selling

19    a $7 product.  Now they're looking at 714 customers,

20    every single month.  And let's say they started

21    promoting a product and it paid them $47 per sale.

22    They would still need to find 106 customers every

23    single month.

24          Now, on the other hand, let's pretend that

25    instead of marketing cheaper products with traditional

**PX 22**                    **FTC-MOBE-000864**

19



1     affiliate marketing, they were to do high-ticket

2     affiliate marketing or top tier and start promoting

3     products which pay $1,000 per sale.  Well, now they

4     only need to find five customers every single month

5     and they're making $5,000.  That's a little bit more

6     than one per week.

7          Now, what if -- what if they were marketing

8     a product which paid a $3,000 commission?  Well, now

9     they find there's two per month, they're making

10    $6,000, so they're actually coming out $1,000 ahead

11    from just two customers a month.  Two, that's it.

12    What if you were promoting a product which paid you a

13    $5,000 commission every time someone bought it?  You

14    would only need to find one customer every single

15    month.  So if you found that customer in the first

16    week, then you could take the other three weeks off.

17          And what if -- the final scenario here --

18    what if you could make $10,000 per sale?  Well, you

19    make one sale a month, and then really, I mean, you're

20    covered for two months.  Now you might be thinking

21    right now, well, is it really possible to make $10,000

22    per sale.  It is.  Believe me, I know from experience,

23    I have seen many, many people do it with this same

24    system that you're learning about now, so stick with

25    me, work through these steps, and we will show you how



**PX 22**                    **FTC-MOBE-000865**

20

1    to do that.

2         Now, a question that people often ask, they

3    say, well, Matt, that sounds great, being able to make

4    a $10,000 commission, but really, I mean, how -- how

5    hard is it to do that, it sounds pretty hard.  Is it

6    much harder to sell a product which pays the $10,000

7    commission or to just focus on promoting cheaper

8    products which might pay a thousand-dollar commission?

9    Well, yes, it is harder to sell a more expensive, more

10   valuable program, but it's not proportionately harder.

11   So in other words, to sell a product which pays a

12   $10,000 commission, as opposed to one that only pays a

13   $1,000 commission, it's not ten times harder like a

14   lot of people might think.  It's only slightly harder.

15   And, really, it's much easier than people might

16   imagine.

17        So in this training, you're going to learn

18   how to get consistent top-tier commissions, those big,

19   high-ticket commissions.  And, also, I'm going to show

20   you how to leverage an existing proven system which is

21   really effective at selling top-tier products which

22   pay out those big commissions to you.

23        Let me explain the concept of top tier to

24   you in another way.  Have a look at McDonald's.  Most

25   people think that McDonald's make the majority of

**PX 22**          FTC-MOBE-000866



1   their money from selling hamburgers, and, yes, they

2   do.  As a corporation, they're taking a royalty on

3   every single franchisee's sales.  So they are making

4   money from that, but the real money is not in selling

5   the hamburgers; the real money is made in selling the

6   business systems to franchisees.  Those business

7   systems can be anywhere from the high six figures into

8   the multiple seven figures.  So every single time they

9   get a sale, it's worth a lot of money.

10         Keep in mind, there are tens of thousands of

11  McDonald's outlets all around the world, so that's a

12  lot of money.  In the U.S. alone, this is what it

13  would look like if you could turn out all the lights



14  and then turn on the lights of the McDonald's, and if

15  you could see them all from outer space, the -- the

16  entire country is really just covered in McDonald's.

17  And in Asia, that's becoming one of their biggest

18  markets.  So this is truly a company that's reaching

19  all corners of the globe.

20         Now, you might be wondering why would so

21  many people be willing to invest multiple six figures

22  or even seven figures to get one of these business

23  systems.  And the answer is, well, when you invest in

24  a McDonald's franchise, you are getting a proven

25  system.  It is effectively a proven system that is

22

1       always guaranteed to work as long as you follow the

2       training and you follow their processes and you plug

3       into their support.

4               And it's like this with any good franchise

5       opportunity.  Here's an article I found on Forbes.com,

6       and I'll put the link to this somewhere below in the

7       text, but let me just read this out.  "Kristen Von

8       Tersch, a 28-year-old college dropout with a pierced

9       nose owns five Dutch Bros. drive-through coffee

10      franchises in the sleepy southern Oregon town of

11      Klamath Falls.  A year ago she was making $35,000 as a

12      regional manager.  Now her stores are on track to

13      gross nearly $4 million, leaving her $230,000 in

14      profit."

15              So think about that, from $35,000 to

16      $230,000 profit, and that's in less than one year.  Do

17      you think it's because she's a really talented

18      entrepreneur?  Well, who knows.  Maybe she might be,

19      but I think it's got a lot more to do with it's a

20      proven system that is duplicatable.  She's now got

21      five of these coffee stores, and it sounds like she's

22      going to get a lot more.  That's the benefit of

23      plugging into a proven system.  And that's why

24      McDonald's as a corporation can sell so many of their

25      franchise operations.  It's basically a business in a

**PX 22**                        **FTC-MOBE-000868**

23

1    box.

2         So the idea of selling a McDonald's

3    franchise opportunity is very similar to top tier.

4    Top tier is basically a fancy term for selling higher

5    priced, premium, much more valuable products and

6    services, which also have a lot more margin and can

7    pay off much, much bigger commissions.  And having top

8    tier in your product mix is essential, it really is,

9    and I'll tell you why.

10        Advertising costs online are only going in

11   one direction, and that's up, okay, because the

12   internet as a marketing channel, it's becoming more

13   and more popular.  It's already popular today, but in

14   two years from now and five years from now, it's going

15   to be far more popular.  So you've got more

16   competitors entering this space.  They want to

17   leverage the internet, get access to a global market,

18   and that's pushing up advertising costs, and that's

19   not going away.

20        When you have a top-tier business model,

21   that means that you can sell much more expensive,

22   higher margin programs, and your profit margins are

23   suddenly much higher than many of your competitors.

24   So you can afford to go and buy advertising in places

25   where they can't.  So they go out of business, and you

**PX 22**          **FTC-MOBE-000869**

24

1    thrive.  That's why you need to have top-tier products

2    in your product mix.

3         Now, later on in this training program, I'm

4    going to talk some more about traffic and I'm going to

5    talk about free traffic and paid traffic.  For now, I

6    will tell you that free traffic, as appealing as it

7    might sound, it doesn't have a lot of leverage with

8    it.  It's not as scalable as paid traffic is.  So I'm

9    a big believer in paid traffic.  And a little bit

10   later on, I'm going to share with you how I was able

11   to scale my own business from doing a few thousand

12   dollars a month to doing over $400,000 per month in

13   revenue within an 18-month period with paid traffic.

14   So I will tell you about that case study a little bit

15   later on.

16        With rising advertising costs, if you're

17   using traditional affiliate marketing, there's just

18   not adequate margins to be profitable.  Yet when

19   you're promoting products that are top-tier, that are

20   high-ticket, suddenly every sale you're making is

21   worth thousands of dollars, so you don't need that

22   many sales to be extremely profitable.

23        If your business can afford to spend more

24   than your competitors to get customers, then you

25   automatically win.  The other businesses won't be able

**PX 22**                    **FTC-MOBE-000870**



1    to -- to keep up.  And let me explain that with some

2    numbers.  Let's pretend that it costs you on average

3    $100 to get a customer.  Let's just pretend that it

4    does, okay?  You might be able to get them for

5    cheaper, but that -- that's fine.  Let's pretend that

6    you spend $100 and the transaction was worth $10.  You

7    outlay $100, you get $10 back, are you going to be

8    happy?  Probably not.  You just lost $90 at least on

9    the front end.

10          Now, let's say on the other hand you would

11   have gone and spent that $100 to make a $1,000 sale.

12   Well, how much have you now made?  You've made $900.

13   So are you going to be happy?  Absolutely yes.  What's

14   the difference?  It's margins.  That's all it is.

15          And we could even go one step further.

16   Let's say that you spent $100 and you were instead

17   promoting a $5,000 product, so you made $5,000.  Now,

18   you're at $4,900.  So I know this seems like a really

19   simple example, but it just demonstrates that when you

20   sell premium, more valuable programs through the

21   internet, you will get fewer sales, but the profit

22   margins, they make it more than worth it.  When you

23   have a proven top-tier selling system working for you,

24   it doesn't really have to take you any extra work to

25   get those additional sales which pay out the big



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555



**PX 22**          **FTC-MOBE-000871**

26

1    commissions.

2         And I'm going to share with you later on in

3    these steps how you can plug into an already existing

4    back-end selling system which will sell these top-tier

5    products for you.  In other words, all you have to do

6    is go and find front-end clients, so you promote

7    cheaper front-end products, and again we will walk you

8    through how to do that, and then on the back end, my

9    system will actually convert those front-end clients

10   into back-end clients.  And every time they do, every

11   time that they buy, you will be getting paid anywhere

12   from $1,250 right up to $10,000 per sale.  Again,

13   that's how we've paid out over $67 million to date

14   with this marketing system.

15        So let's recap today's step.  A top-tier

16   system will allow you to make a lot more money through

17   selling fewer products of our top-tier products.

18   Also, going digital means that you have higher profit

19   margins.  When you start selling digital training

20   programs, you have much higher profit margins built

21   in.  And having top-tier products is a must in today's

22   environment.  Advertising costs are on the rise, so

23   when you have those top-tier products, you'll be able

24   to make bigger commissions that more than make up for

25   anything you're spending on advertising and have

**PX 22**        **FTC-MOBE-000872**



27

1      plenty for your profit margins left.

2              If your goal is to make more than $100,000

3      per year, it's much easier to do it when you're

4      selling products that are priced at $1,000 and up.

5              Okay, so in the next step, here's what I'm

6      going to show you.  So the next step, I'm going to go

7      into depth about how the high-ticket affiliate

8      marketing or the top-tier business model actually

9      works.  So the action steps for today are, number one,

10     can you explain what a high-ticket affiliate marketing

11     business model is?  Do you understand what that term

12     is, high-ticket affiliate marketing or top tier.

13             What business model has a higher ratio of

14     success?  So high-ticket affiliate marketing or

15     traditional affiliate marketing?  What type of

16     products generate higher profits?  And I want you to

17     write down two big realizations that you've had going

18     through this step so far.

19             One other thing I'm going to ask you to do

20     right now is to go to another website called

21     Mobeinspiration.com.  Go there right now; pause this

22     video, Mobeinspiration.com.  And I want you to put in

23     your email address.  It's completely free because

24     every day I'm going to be sending you success stories,

25     people just like you who are going through these 21

**PX 22**            **FTC-MOBE-000873**

28



1    steps or who've been through the 21 steps, they're now

2    implementing what we taught them, and they're now

3    getting results.  This is going to keep you inspired.

4    This will help you with your mind set.  This will help

5    you to see what's possible with this same system

6    you're now learning about.  Again, it's completely for

7    free, and I know that you're going to love watching

8    these videos every day.

9         Also in the top earner extra training

10   section, you're going to be able to see additional

11   videos.  So if you want to go that extra mile and

12   really make sure you've understood today's lesson, go

13   ahead and watch those videos as well.  They're going

14   to really help you with your business.  So

15   congratulations on completing Step 1.  Keep up this

16   pace.  Go on to Step 2 and start working your way

17   through it.  Make sure that you have regular contact

18   with your coach as well.  They're going to be your

19   biggest asset.

20        One final piece of advice.  As you're going

21   through these 21 steps, I want you to eliminate all

22   distractions, all distractions.  So if you're getting

23   lots of different emails every single day from lots of

24   different marketing gurus, my advice to you is just

25   ignore them all for now and just focus on going

**PX 22**                    **FTC-MOBE-000874**

29

1      through these 21 steps.  You don't need anything else

2      at this point.  All you need right now is to focus on

3      these 21 steps, talk to your coach, learn it from

4      them, communicate with them on a regular basis because

5      they really will be your greatest asset in this entire

6      training program, but just focus on this.  Okay, this

7      system, again, it's paid out over $67 million in

8      commissions in the last few years.  This is all you

9      need to be successful in your online business.  So

10     give this training the attention that it -- it really

11     deserves, and just focus on this for now.

12            So go ahead and complete those action steps,

13     and I'll see you in just a bit in Step...

14                **(The recording was concluded.)**

15

16

17

18

19

20

21

22

23

24

25

**PX 22**            **FTC-MOBE-000875**

30

1                  CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12          I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20                                  

21    DATE:   2/13/2018        _____

22                            SARA J. VANCE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-000876**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

      Plaintiff,

      v.

**MOBE Ltd.**, et al.,

      Defendants.

Case No. _____

**FILED UNDER SEAL**

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE**

**VOLUME II-B**

PX 22  Declaration of Carol Jones (Exhibits L – Q) ........................................................877

# Exhibit L

**FTC-MOBE-000877**

Exhibit L - Page 1 of 156



FTC-MOBE-000878

PX 22

Exhibit L - Page 2 of 156

FTC-MOBE-000879

**PX 22**



QuickTime Player

Exhibit L - Page 3 of 156

FTC-MOBE-000880

**PX 22**



Step 2 - Training Section #1

Step 2 - Training Section #2

## What Most Internet Marketers Do Wrong

When I look around at all the entrepreneurs in the internet marketing space, here's what I see most of them doing wrong. They first go and find a "hot" market. Then, they find a product they can sell to that market. And then they drive traffic to that offer to make a one-time sale.

This approach is the single greatest reason why most people who try to make money online don't succeed.

What they should look at first can be found by examining "The Tactical Triangle."

This triangle, created by Perry Marshall and Jack Born, says that in order to sell something you have to get Traffic (eyeballs in front of your offer), and you have to convert that traffic (cause a percentage of prospects to reach into their wallets and spend money with you).

Economics means you have to make a profit on what you sell (after taking into account the costs to generate your traffic), which is the actual reason why you're in business...

Once you are making a profit, then you can re-invest it into getting more traffic and converting that traffic into even more sales, which means much better economics.

As contradictory as it sounds, when you start your online business, you need to think backwards. Instead of first thinking, "How do I get more and cheaper traffic?" you should first focus on your main goal of "making a profit."

*Conversions and economics are the priorities. Traffic comes last.*

Here's a presentation I did where I explain why the conversions and economics of your online business are so much more important than focusing on getting traffic.

**CLICK HERE TO DOWNLOAD THE HANDOUTS FOR THIS PRESENTATION**

Coming back to the Tactical Triangle, you'll notice it says "80/20" in the middle.

This refers to the Pareto Principle (named after 20th century Italian economist Vilfredo Pareto), which states that 80% of your results will come from 20% of your efforts.

It's a reminder that in business, you want to continually look for the 20% of your efforts that create 80% of the results (and also eliminate the 80% of efforts that lead to just 20% of your results).

A great example of this principle is that 20% of your products will account for more than 80% of all your profits. Can you guess which products they are?

Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobe.com
📞 Phone:
+1
📅 Schedule a Session:
Click Here
Ⓢ Skype:

MOBE WOULD LIKE YOUR FEEDBACK!

Business Coach Feedback

CLICK HERE

Exhibit L - Page 4 of 156



Your back-end products, of course.

Let's come back for a moment to the economics of a business.

If you ask a business owner... *"What do you need more of to make more money?"*, they'll usually answer with, *"I need more customers"*. In the online world, they'll say *"I need more traffic."*

These are the most common answers, and also the worst ones, because getting more customers and traffic requires either your time or your money.

There are two far smarter ways to make money.

- Sell more to your existing customers
- Get them to buy from you more frequently

Neither of these require you to spend more time or money to get more customers. They are part of your back-end sales process. So forget about focusing on "getting more traffic" as your path to online riches.

But instead, think backwards: you're in business to help people get what they want, and also for the economics (i.e. getting what you want). If the economics don't work, you can't be profitable.

In other words, we need to make every transaction with a customer as valuable as possible.

There are customers out there who will pay much higher prices than you might imagine for the right offer. They want the biggest and the best option you have to offer. You, as a smart marketer, must capitalize on their willingness and desire to spend money to get what they want.

This is where most people fail online. The economics of their business just don't work out for them to make a profit! They don't have an effective back-end sales process in place. They don't offer "more valuable and more expensive" programs to their customers (many of whom would gladly spend the extra money). So, they leave a lot of potential money on the table, and without it, they're not able to be profitable on the traffic they are buying.

Today's lesson is simple (but really important)

You've got to start with the economics (i.e. *the business model*) *first*.

Traffic comes into play later on down the road. That's why we will focus entirely on the marketing system and business model for the first half of this program. Once those things are in place, then you focus on targeted traffic that will result in sales and profits.

All of this brings me to the story of ...

**NEXT SECTION: PLEASE CLICK HERE**

Step 2 - Training Section #3

Step 2 - Your Assignment

QuickTime Player

Exhibit L - Page 5 of 156

FTC-MOBE-000882

PX 22



Step 2 - Training Section #1

Step 2 - Training Section #2

Step 2 - Training Section #3

## The $49,850 Customer

I want you to go ahead and listen to this recording of a phone call between Nate Rio and MOBE Consultant Dale Bundy.

**Dale Bundy**
Diamond Consultant

**$10,398**

You'll hear Nate Rio congratulating Dale for making an additional $12,500 commission, and also talking about how he's now made $32,000 in commissions from just one customer referral he made several months back. Since that call, the total commissions from that same client are now up to $49,850!

How's that possible?

Because the business model he is leveraging is amazing, and has some of the best economics ever seen in the online marketing industry.

That business model is the MOBE Marketing System.

Dale decided to leverage this business model because he did not want to spend years of his life trying to create one like it for himself. Also, he knew the economics were proven, based on how much he's paid out in commissions to our partners.

Stories like this are not uncommon. The majority of the more than $67 million in commissions MOBE has paid out to its consultant partners around the world has come from the back-end sales process (which MOBE does for our consultants, without them having to get involved).

It's not uncommon for the MOBE commission payouts to exceed $5,000 (and even a lot more) for just a single customer.

### Your Business Coach

Carlos Verdugo

📧 Email:
carlos@mobe.com
📞 Phone:
+1 ▮▮▮▮▮
📅 Schedule A Session:
Click Here
Skype:

**MOBE WOULD LIKE YOUR FEEDBACK!**
Business Coach Feedback
**CLICK HERE**

Exhibit L - Page 6 of 156

FTC-MOBE-000883

**PX 22**



Diamond
$20,050

Some other examples of single-customer commission totals include:

- **Adeline Sugianto:** $42,594
- **John Chow:** $45,667
- **Rob Paris:** $32,506
- **Michelle Pescosolido:** $30,359
- **Carolina Millan:** $26,792
- **Axel Vaux Verdi:** $21,294

To date we have over 3,000 back-end sales that paid out more than $8,000 each per sale and over 10,000 back-end sales that paid out over $1,000 each.

You can view more of our success stories by going to www.MOBEinspiration.com. Just click the image below:

MOBE

Get FREE daily inspirational MOBE Videos

NEXT SECTION: PLEASE CLICK HERE

Recent Inspirational Stories:

Step 2 - Your Assignment

Congratulations - You have completed Step 2.

QuickTime Player

FTC-MOBE-000884

**PX 22**



### Your Business Coach

Carlos Verdugo

Email:
carlos@mobe.com

+1 Phone:

Schedule A Session
Click Here

Skype:

MOBE WOULD LIKE YOUR FEEDBACK!
Business Coach Feedback
CLICK HERE

## Action Steps

Write out your answers to the following three items:

- What is the difference between front-end products and back-end products? Where are the majority of your profits made?
- Watch the video "The Truth About Traffic," and write down your three biggest takeaways.

Step 2 - Training Section #1

Step 2 - Training Section #2

Step 2 - Training Section #3

Step 2 - Your Assignment

- Why is focusing on the Conversion and Economics side of things (rather than just Traffic) so important, and why do you need to focus on leveraging an effective back-end sales process?
- Watch the below video where Dale Bundy talks about how he leveraged the MOBE Marketing System with success and learn how you can do the same.

Exhibit L - Page 8 of 156



FTC-MOBE-000885

PX 22

Exhibit L - Page 9 of 156



FTC-MOBE-000886

PX 22

QuickTime Player

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE             MOBE

DATE              RECORDED:  SEPTEMBER 19, 2017
                  TRANSCRIBED:  FEBRUARY 13, 2018
                  REVISED:  MARCH 1, 2018

PAGES             1 THROUGH 147

Step 2_2017-09-19_07-14-08

C Jones
3/28/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000887**

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4       RECORDING:                                    PAGE:

5       MOBE Step 2                                       4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**            **FTC-MOBE-000888**

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5                                       )

6        ------------------------------)

7                                 September 19, 2017

8

9

10

11            The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555



**PX 22**            **FTC-MOBE-000889**

4

## P R O C E E D I N G S

-    -    -    -    -

### Step 2_2017-09-19_07-14-08

MATT LLOYD:  So welcome to Step 2.  In this
step, this is where things get really exciting.  This
is where we're going to show you how you can make a
lot of money from just getting one customer.  In fact,
in this step, I'm going to show you an example -- and
this is one example of many -- where one of our
clients who completed this 21-step training program
that you're going through right now, they were
actually able to make $49,850 in commissions from one
customer.  Okay, literally from one customer.

Now, that's something that you probably don't
hear about every day.  Typically, in-step marketing
people are getting excited to make a few hundred
dollars on a sale, but imagine if you could make over
$40,000 from one customer.  I'm going to show you how
that's possible in this step.

Now, also, less than 79 percent of people ever
get this far in this program, so, in other words, if
we had five people, one already would have dropped out
by now.  So the fact that you're here,
congratulations, keep on going; keep up the momentum.

So here's what we're going to talk about in



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000890**

5

1      this step.  We're going to look at what is the

2      tactical triangle and how does it hold the keys to how

3      much money you make in your business, what the 99

4      percent miss when climbing the ladder of success in

5      this industry, and how it can be the difference

6      between making millions of dollars and bankruptcy.

7      How is it possible to get paid up to $49,850 from one

8      sale?  I am actually going to share that with you and

9      also how you can be in a position to do it, and the

10     importance of having both a high converting front-end

11     funnel and also a solid back-end sales process, I am

12     going to share all of that with you in this step.

13             So, first, a few definitions.  What's a sales

14     funnel?  Well, we already touched on this, but just as

15     a reminder, a sales funnel is just a fancy word for a

16     customer acquisition process, which is one of the very

17     most important parts of your business, having a

18     customer acquisition process in place that makes the

19     sales for you and which operates independently of you,

20     the business owner.

21             In other words, so you don't have to be there

22     face to face, on the telephone, doing one-on-one

23     sales.  There is no leverage in that, so that's why

24     you need a sales funnel.  So it's really just a series

25     of steps that a business has in place to convert



**PX 22**          **FTC-MOBE-000891**

6

1    leads, prospects, into paying clients.

2           Now, what's a front end?  Okay, so a front end

3    is a product or the products that you sell primarily

4    to get yourself or your business a customer, not to

5    make big profits, not to make a lot of money, but

6    mostly just to pay for your advertising cost or to

7    help for your advertising and also just to get the

8    customer in the first place, because what you are

9    going to realize in this business, the asset is the

10   customer, okay?  If you can get a customer, if you can

11   sell a front-end product to a customer, give them a

12   wonderful experience, and then follow up on the back

13   end, that's where you can make a lot of money, okay?

14   So the customers are actually the assets.  They are

15   very valuable assets to have in this business, and not

16   a lot of people really understand that.  So a back

17   end, this is where the big money is made.

18          After you have a front-end customer, they

19   bought your product which you offer on the front end,

20   then you can follow up, and that's where you're able

21   to have back-end programs, and that's where you'll

22   make the vast majority of all your money.

23          So here's an example.  Let's say that I said

24   to you you've got a high converting funnel that you

25   can use, right?  And let's say that you go and spend

**PX 22**                    **FTC-MOBE-000892**



7

1    $100 driving traffic, using the methods that we will

2    teach you later on in this program, to that high

3    converting funnel.  So you spend $200.  You generate

4    100 leads, just an email address, and our marketing

5    system follows up, and you're able to make three

6    sales, okay, 40 -- let's say they're about $49 each.

7    So in total revenue from those three customers, you

8    have just made $147.

9         Now, you spent $200.  You made 147 back.  Are

10   you happy?  Okay.  Are you happy?  Can you answer that

11   question?  Because most people would look at that and

12   they would think, well, I've just lost $53, so no, I'm

13   not happy.  I take a very different stance, though,

14   because I know if I can get three customers like this

15   for $200, I'm going to be extremely happy.  I know

16   that those customers, when I follow up and I offer my

17   back-end training programs, we're going to be able to

18   make a lot of money, and so is the person who

19   leverages our MOBE marketing system and refers those

20   clients.

21        So before I tell you how we're going to follow

22   up and make the profits on the back end, let me teach

23   you a few fundamentals.  So maybe you've seen this

24   formula before.  I certainly didn't come up with it.

25   It's been around for a while, but it explains how you

**PX 22**                    **FTC-MOBE-000893**