8



1    make money online in the normal sense.  Traffic plus

2    conversions equals sales, or traffic plus conversions

3    equals cash.

4         Now, traffic, we already defined that.

5    Traffic is just people in front of a website.

6    Conversions is really the website's ability or its

7    effectiveness at getting people to pull out a credit

8    card and buy.  So if you have a 1 percent conversion

9    rate, that means that 100 come to your website, and

10   one of them, 1 percent, takes out their credit card

11   and actually buys.  So as long as we have people

12   coming to the website and a good, decent conversion

13   rate, then we're able to make money.

14        So this is what people are typically told is

15   all you need to know to go and make money online, but

16   there's actually something else that comes into it.

17   Do you know what the missing ingredient is?  There's

18   actually a fourth really, really important part, and

19   people ignore it to their own detriment, and often

20   they lose a lot of money because of it, okay?  That is

21   economics.  So let me explain what economics means.

22        E is for economics.  So economics means that

23   you might be making sales, but for you to get traffic

24   to your website, whatever time or money you're

25   spending to get the traffic to the website, you'd have



**PX 22**          **FTC-MOBE-000894**

1    to be profitable, okay?  So just because you're making

2    a few hundred dollars in sales a day, that doesn't

3    mean you're profitable.  You could be spending a lot

4    more than that.  So economics is real important.

5    You've got to have good economics in your business

6    model.  In other words, you've got to be able to have

7    high-ticket programs on the back end that allow you to

8    be profitable for the cost that you're incurring to

9    acquire those initial clients in the first place.

10        Here's the deal:  I discovered this myself --

11   I really learned this lesson in 2011.  So let me tell

12   you a quick story.  I got started in late 2008.  I had

13   no clue what I was doing, I really didn't, and all I

14   knew is I wanted to make a lot of money online.  So I

15   spent my first two years having very mixed results.

16   Some days I would make good money; other days, I

17   wouldn't.

18        But 2011, that was the year that everything

19   changed, and what happened was I started to learn

20   about the importance of having the right business

21   model and also having high-ticket, back-end offers

22   that I could offer to the customers that I was

23   getting, because you see, up until that point, even

24   though I was making money, sometimes I would spend

25   more than I was making back.  So I was making sales,

**PX 22**            **FTC-MOBE-000895**

10

1      but I still wasn't really profitable.

2              Well, towards the end of 2011, I started

3      making really good money, and when I say "good money,"

4      I mean I had months where I was making over $10,000

5      and above.  I'll show you the actual numbers in just a

6      moment, but here's what happened.  Back then, I would

7      sell a $97 product.  Once I got that $97 product sale,

8      I would then follow up.  I didn't have the kind of

9      marketing system that you now have available to you in

10     this program, so I had to do the followup myself back

11     in those days, but I would follow up, and I would

12     convert some of those $97 buyers into $1,997 buyers,

13     so about $2,000; not all of them, but some of them.

14             Then behind that, I offered another program

15     which was $4,997 to the $1,997 buyers, okay?  So what

16     happened was when I started adding in these back-end

17     training programs, the economics of my business

18     completely transformed.  Here's what it looked like.

19     October 2011, I did somewhere around $7,000 in

20     revenue.  Now, back then, that was a lot of money for

21     me.  That was still a pretty good month.

22             The very next month, in November 2011, it was

23     closer to something like $15,000, and I remember very

24     clearly December of that year, I went back to my

25     parents' farm for Christmas, and I remember being

**PX 22**            FTC-MOBE-000896



1    there at the end of that month and actually having a

2    month where we did over $45,000 in revenue, and I

3    remember also thinking it couldn't possibly get better

4    than this.  I thought, wow, if I'm able to do this

5    again, I'll be very glad, okay?  I'll be very happy.

6         Well, in January of the next year, 2012, I

7    actually did just shy of $81,000 in revenue.  Now, I

8    didn't get to keep all that.  I was probably spending

9    about -- by that point, maybe I spent somewhere around

10   $10,000 that month on advertising.  Now, you might

11   think that's a lot of money, but if someone offered to

12   pay you $81,000, would you spend $10,000 to get it?

13   Of course you would, okay?  So, yes, I was spending

14   more money on advertising, but because of that, I was

15   making a lot more money, and most of that money was

16   coming from the back end.

17        Then things got really crazy.  In March of

18   2012, I actually did over $120,000 in revenue, and

19   2012 -- I'll tell you the numbers in just a moment --

20   but it went on to be one of my biggest years back

21   then, at least, okay?  For me, in a very short amount

22   of time, I went from making not much at all to making

23   more money than I knew what to do with it.

24        So the reason why I tell you that story is not

25   to brag or to boast or anything like that.  It's to



**PX 22**          **FTC-MOBE-000897**



12

1     tell you that wherever you are right now, even if you

2     haven't yet been able to make money online or you have

3     got the odd sale here and there, but you haven't been

4     able to experience consistent success yet, I was in

5     the same boat, and within about an 18-month period, I

6     turned it around completely and went from making less

7     than a few thousand dollars a month to making hundreds

8     of thousands of dollars a month in revenue, okay?  So

9     it's possible to do this in a very short amount of

10    time, but you've got to have the right business model,

11    okay?  It's very important.

12          So we talked before about having a tiered

13    product mix.  Well, when we talk about having



14    additional back-end programs, that's what we mean.  We

15    have a tiered product mix.  We have different price

16    points that we can offer in the funnel.  So 2012, by

17    the end of that year, December 2012, I actually did

18    over $400,000 in revenue that month.  So that entire

19    year was well over $1 million in revenue.  Again, not

20    all profit, but I got to keep some of that, and that

21    was my first really big year online.

22          Then from there, 2013, '14, '15, '16, and so

23    on, it's just got bigger and bigger every single year.

24    And if I had to credit any of that to one or two

25    things, I would say pay traffic but also the right

**PX 22**                    **FTC-MOBE-000898**

13

1    business model, having high-ticket products that I

2    could offer that made my return on investment in my

3    pay traffic much better than any competitor could even

4    get close to getting.  So that's why the high-ticket

5    affiliate marketing business model or the top-tier

6    business model is so important.  It's going to give

7    you just a massive advantage over anyone else who's

8    trying to make money online.

9         So just to recap, what changed was I

10   introduced different back-end programs that I could

11   offer my front-end customers.  For those first two

12   years, I wasn't marketing -- effectively, at least --

13   my own high-ticket, back-end office.  So as soon as I

14   started doing that well, the numbers just completely

15   changed, and the economics of my business completely

16   changed as well.  I went from being able to only spend

17   maybe $100 to get a customer to now being able to

18   spend many hundreds of dollars to get a customer

19   because they were worth potentially thousands of

20   dollars to me.  So the economics were completely

21   transformed when I added in the additional back-end

22   office.

23        Again, you don't need to go and do this

24   yourself.  You have a system that you are going to

25   learn throughout these steps that will actually do it



**PX 22**          **FTC-MOBE-000899**

14

1     all for you, and all you need to do is put leads into

2     the system.  That's really all it is.

3          And last of all, the lifetime value of each

4     customer in my business back then had gone up

5     dramatically.  In the first two years, they might have

6     been worth only $100.  After 2011, they were worth now

7     thousands and thousands of dollars.  Again, the

8     economics had changed.

9          Now, the other thing that I started doing,

10    during those months where I went from 7,000 to over

11    $100,000, in less than really six months, what I was

12    doing is I was reinvesting the profits back into the

13    business.  So when I had that $7,000 month, I might

14    have invested, say, a thousand dollars or $1,500 in

15    traffic.  When I had the $100,000-plus month, I might

16    have invested somewhere over $10,000 back in the

17    traffic.  So what I did is, as each month made me more

18    and more revenue, I would take a fairly substantial

19    percentage of my profits, and I would reinvest it back

20    into the business.

21         Like a lot of internet marketers who suddenly

22    experience, for the first time in their life, a lot of

23    money coming in, I was tempted -- I was tempted to go

24    and spend money on other things like holidays and fast

25    cars, but I resisted that urge, and I reinvested the

**PX 22**          FTC-MOBE-000900

15

1    money back into the business, into spending more money

2    on advertising each month, and that's how I was able

3    to scale so quickly and have my first million dollar

4    year in 2012.

5        Here's what most internet marketers do.  Most

6    internet marketers are essentially just flushing cash

7    down a toilet.  That's how I look at it.  What they

8    want to do is they want to go and find the hot niche,

9    the hot product, the one that they think's going to

10   sell really well.  They become an affiliate for it.

11   They go and spend a whole bunch of money and time

12   driving traffic to that offer, to sell that hot

13   product, and they try and make money that way, and

14   that's not the way to make money in this industry.

15       The way that you make money is, rather than

16   focusing on going wide and getting lots and lots of

17   customers, you focus on getting fewer customers but

18   better customers and going deep.  In other words,

19   selling more product, more programs to those existing

20   customers, providing them more value.  Now each

21   customer is worth a lot more to your business.  You

22   can afford to pay more to acquire those customers, and

23   your competition, they can't keep up because they

24   don't have a back end.  They don't have high-ticket

25   products on the back end like you do.  They don't have

**PX 22**                    FTC-MOBE-000901

16

1    the wide economics.

2           So we come back to these essential elements,

3    and I want to give credit where credit is due.  This

4    was actually crafted by Perry Marshall and Jack Born.

5    It's called the tactical triangle.  So they say that

6    as long as you have traffic, you have the right

7    conversions, and you have the right economics, then

8    you can make a lot of money online, and in the middle,

9    you can see they have 80/20.  That comes from the

10   80/20 principle.  In other words, if you're always

11   looking for the 20 percent of inputs that cause the 80

12   percent of results or the output and you continually

13   reinvest more into that 20 percent, that's how you're

14   going to scale really fast.

15          So, in other words, when you start

16   advertising, once you complete these steps and we show

17   you how to go and start advertising, you are going to

18   find that maybe 20 percent of your ads make you 80

19   percent of all your money.  So what you want to be

20   doing from one month to the next is eliminating the

21   bad ads and putting more of your time and money into

22   the 20 percent of the ads that are making the most

23   amount of money, and that's how you're going to be

24   able to scale up really fast like I did.

25          This often is a little bit hard for people to

**PX 22**          **FTC-MOBE-000902**

1      get their head around, especially if they are brand

2      new to the business, but everyone, when they start in

3      this industry, in internet marketing, they think that

4      making a lot of money is all about getting more

5      traffic or getting cheaper traffic, or what they

6      really all want is the free traffic.  They think that

7      if they can just discover some secret traffic source

8      or some secret software that's going to get them a lot

9      of traffic, they'll be able to make a lot of money.

10     You don't want to start with traffic.  Don't start

11     with traffic.  Traffic comes last.  That's exactly why

12     in this 21 steps we're not going to focus on traffic.

13     Traffic will actually come after the 21 steps.  That's

14     when we will teach you how to get traffic.

15             What you want to start with instead is

16     economics, having the right business model in place

17     first.  If you have the wrong business model, if you

18     don't have a good back-end process in place, then it

19     doesn't matter how much traffic you get; you're not

20     going to be profitable.  So you start with the

21     business model first.  That's why we're going to focus

22     on getting you the right business model in these 21

23     steps first.  Once you have the right business model,

24     then whatever traffic you get, you're able to monetize

25     it really, really well, better than any of your

**PX 22**          **FTC-MOBE-000903**

18

 1    competitors, and you're able to make a lot of money

 2    with it.  So, again, we start with the business model,

 3    and we'll deal with traffic last.

 4         So what I'm going to ask you to do right now,

 5    you're about to watch a very short video.  This is a

 6    snippet from the very first time that I was ever

 7    invited on stage at an internet marketing seminar, and

 8    this was way back in 2011.  And I'll be honest with

 9    you, I was terrified beyond my mind.  I was speaking

10    in front of about 200 people on this video, so my

11    delivery is not exactly polished.  I was very nervous.

12    Look past that and listen to the training, because I

13    make a really good point about having the right

14    business model.  So go ahead and watch this little

15    video snippet first, and then I'll be right back.

16         (Video recording.)

17    JONATHAN BUDD:  The first speaker that you are

18    going to be hearing from today is a new good friend of

19    mine named Matt Lloyd.  Now, Matt has been one of our

20    top affiliates, one of our top affiliates.  Put your

21    hands together and welcome to the stage Mr. Matt

22    Lloyd.

23         (Applause.)

24    JONATHAN BUDD:  Do your thing, my friend.  You

25    are absolutely awesome.  See you guys in 90 minutes.

**PX 22**          **FTC-MOBE-000904**

19



1           MATT LLOYD:  Okay.  So hi, everyone.  As

2       Jonathan said, my name is Matt Lloyd, and I do have a

3       confession.  I have actually never done of these

4       before, so for the past --

5           (Applause.)

6           MATT LLOYD:  -- three weeks I have been

7       putting in a lot of effort into this because what I

8       want to talk about, it's possibly more important to

9       your future online than anything else, and these are

10      things that have taken me maybe three years to fully

11      understand.  So if you are just getting started, what

12      I'm going to share with you, you really want to pay

13      attention to it.  It's really important.

14          So here's what we're going to be talking

15      about.  I'm going to be sharing with you the real

16      truth about traffic, okay, and why you're not getting

17      as much as you'd possibly like and what to do about

18      it, okay?  I'm going to approach traffic from an

19      entirely different angle than you've ever heard

20      before.  So let's go ahead and get started.

21          I want to tell you a story first.  As you can

22      see, this is a guy called Samuel Langley, okay, and if

23      we go back to the year 1903, Samuel Langley, he wanted

24      to be the first guy to ever fly, okay?  So he wanted

25      to be the first guy to ever fly an aircraft manned



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-000905**

20



1   by -- you know, manned by him and be able to land it,

2   and around this time period, there was sort of a race

3   on to be the first person to do that.

4          And the U.S. Congress, they actually backed

5   Samuel Langley, and they gave him $50,000 -- in

6   today's terms, that's over a million dollars -- so it

7   was a lot of money back then, okay?  And Samuel

8   Langley, he invested most of that money -- he hired

9   his own team of around 50 people.  He invested a lot

10  of that money into developing an engine for this

11  aircraft.  October 7th, 1903, they were ready to

12  launch this plane, okay?  So they had put a lot of

13  work into planning it, building it, and they were

14  ready to do it.  They launched it off the side of a

15  boat, and this is basically what happened.  You can

16  see a photo there, bottom right side.  It crashed,

17  okay?

18          Langley decided to try again.  So on December

19  the 8th, they poured even more money into it, they

20  redid this plane, and again, this time it crashed

21  again.  Now, this -- you know, this pretty much ended

22  Langley's whole pursuit of being the first person to

23  fly.  They had invested a lot of money into it.  The

24  U.S. Congress at the time decided, you know, we don't

25  want to invest any more into this because this just is



**PX 22**          FTC-MOBE-000906

21



1    not going to happen.

2         Now, nine days after Langley's big crash,

3    after he gave up, a sturdy, well designed aircraft

4    only costing about a thousand dollars U.S., struggled

5    into air in Kitty Hawk -- most of you will know the

6    story -- and that actually became the first aircraft

7    to ever fly.  The people behind that were the Wright

8    Brothers, so I'm sure you've all heard of the Wright

9    Brothers.  The Wright Brothers, these were guys who

10   had wanted to fly ever since they were about nine

11   years old, okay?  So it had always been a big dream of

12   theirs.  The Wright Brothers, nine days after, they

13   succeeded.

14        Now, what you are going to realize is that

15   they -- they created a lot of aircraft, something like

16   47.  Most of them crashed, okay?  But finally, they

17   succeeded.  Now, once -- their approach was a little

18   bit different to Langley.  Once and only once they had

19   built that aircraft that could actually glide, okay,

20   so they could virtually launch it off the top of a

21   hill and it would glide down to the ground, once and

22   only once they had done that, then they thought about

23   the power, okay?  And it only flew for about 12

24   seconds, so it wasn't exactly a long time, but, you

25   know, they were the first guys to ever do it.



**PX 22**              **FTC-MOBE-000907**

22

1          And so what happened?  Everyone's heard of the

2     Wright Brothers.  Most of you would have heard of the

3     Wright Brothers.  No one's heard of Langley, okay?

4     Langley, he actually died a very bitter and

5     disappointed man because, you know, they had invested

6     a lot of money behind him, and he hadn't succeeded.

7          So the question is, why did the Wright

8     Brothers succeed and Langley not?  Okay, one historian

9     put it like this.  I want you to pay attention to

10    this.  Langley had spent most of four years building

11    an extraordinary engine to lift the heavy flying

12    machine.  The Wrights had spent most of four years

13    building a flying machine so artfully designed that it

14    could be propelled into the air by a fairly ordinary

15    internal combustion engine.  So the Wright Brothers,

16    their approach was to make this aircraft that could

17    actually fly before they thought -- even thought about

18    adding power.

19         Now, you might be wondering why -- why am I

20    telling you this, you know?  Why am I giving you a

21    history lesson?  What's it got to do with my business?

22    And the answer is this has everything to do with your

23    business, everything.  Facebook pay-per-click, which I

24    am going to touch on it, it's virtually like the

25    engine, okay, that you would put on an aircraft, and

**PX 22**                    **FTC-MOBE-000908**



23

1    it can send you a lot of traffic.  So if you wanted

2    to, if you were prepared to pay for it, you could get

3    10,000 clicks or 10,000 people in front of your

4    website by next week, if you wanted to.  If you were

5    willing to pay for those clicks, you could get that

6    amount of traffic.  You could possibly get a lot more,

7    okay?

8            Now, your website, on the other hand, that's

9    like the aircraft structure.  Depending on how well

10   you design that, it's either going to fly, maybe half

11   fly, or just crash and burn.  And when I say will it

12   fly, what I'm talking about is will it convert

13   visitors into customers, okay?  That's the question.

14   Now, if you have a website and it can't fly or it

15   can't convert visitors into sales, it doesn't matter

16   how much power you add to it.  It doesn't matter if

17   you get 10,000 clicks.  It's still going to crash.

18   And yet that's what most people do.  They have a

19   substandard website, and they go chasing traffic, as

20   if that's the answer, when that traffic has no chance

21   of converting, okay?  And that's what -- when I say

22   most people, I'm saying literally 98 percent of people

23   in our industry.

24           The biggest mistake that people make when

25   coming into this industry -- and if you want to -- if



**PX 22**                    **FTC-MOBE-000909**

24

1    you're brand new, pay extra attention to this -- the

2    biggest mistake is thinking about traffic like an

3    opportunity seeker.  Most people think like that.

4    They go and design a blog, and it's a substandard blog

5    when it comes to converting visitors into sales, and

6    then they think the answer to making money online is

7    to go and get more traffic, because they've been

8    taught that more traffic equals more money.  It's one

9    of the most damaging beliefs in this industry, and

10   although it's somewhat true, it's only true if your

11   sales and marketing process can convert that traffic

12   into sales.

13        So if you've been getting -- let's say you

14   have only been getting 15 unique visitors to your

15   website for the past day, and you've been doing that

16   for the past ten weeks.  If you haven't got sales yet,

17   the problem is not a lack of traffic.  The problem is

18   your aircraft.  It's your website.  It can't convert

19   visitors into sales.

20        When it comes to making money online, this is

21   the equation.  It's traffic plus conversions equals

22   sales, all right?  Traffic plus conversions equals

23   sales, and most people completely forget about the

24   conversion part, okay, or they think it's not really

25   that important.  And when you make that mistake, when

**PX 22**                    FTC-MOBE-000910

25



1   you think it's all about the engine of the aircraft

2   that's going to make it fly or you think it's all

3   about traffic, this is what happens, all right?  Your

4   website is going to crash and burn, just like

5   Langley's did.

6           So if you've been doing this for years and you

7   haven't yet got results, I'll bet that this is the

8   main reason, okay?  You're trying to send traffic to a

9   substandard website that just cannot convert traffic

10  or unique visitors into sales at an adequate rate,

11  okay?

12          What most people fail to realize is that

13  even -- you know, even if you have this website, even

14  if you were to get a thousand or 10,000 clicks by

15  tomorrow, it wouldn't really matter, because you can't

16  convert that traffic into sales, and you might get the

17  odd sale, but you've got to remember that all traffic

18  has a cost.  All traffic has a cost.  And I want to

19  end a myth that a lot of people perpetuate in this

20  industry right now.  There is no such thing as free

21  traffic.  So when you hear gurus telling you about how

22  you can get free traffic, it's complete rubbish, okay?

23  There is no such thing.  All traffic has a cost.

24          Even SEO or article marketing, they have a

25  cost, okay, and the cost might not necessarily be



**PX 22**                    **FTC-MOBE-000911**



1    money.  It's time.  So if you want to do something

2    like article spinning, you might think, well, that's

3    free.  I create an article, I put it into an article

4    spinner, I get 10,000 unique articles by tomorrow.

5    What you've got to realize is that most of those

6    articles are crap.  You can't even read them, okay?

7    Why would you want to have that associated with your

8    brand, okay?  That's actually going to do damage to

9    your brand.  People read that and they see that you're

10   behind it and it doesn't look good.  So all traffic

11   has a cost.  There's either time or money behind it.

12   There is no such thing as free traffic.

13        So if you are going to go out there and, you

14   know, seek traffic and spend money on traffic, which

15   you always do, in the form of time or money, doesn't

16   it make sense for you to think like the Wright

17   brothers and design this aircraft first before you

18   even think about adding power to it?  Doesn't it make

19   sense to build a website that at least has a chance of

20   converting visitors into sales before you go and add

21   traffic?

22        I want to give you an example.  You have all

23   heard of the dot-com bust, right?  Back in the early

24   2000s, there was a company called pets.com, and it

25   wasn't around for very long.  Now, pets.com, they



**PX 22**                    FTC-MOBE-000912

27



1    thought, like most people in this industry do, that

2    traffic equals sales.  So they went and spent a

3    fortune on advertising.  For example, at the Super

4    Bowl, they got ads for the Super Bowl and spent

5    millions of dollars for a 30-second ad slot.

6         And what happened?  They were spending $270 to

7    get a customer, right, and they could only monetize

8    customers for about $75.  So you can see that if you

9    pay $270 to get a customer and they're only worth $70

10   to you, you are going to go broke pretty quickly.

11   Something like $300 million was invested into that

12   company, and all of it was lost, okay, because they

13   were thinking the wrong way.

14        So the question -- I want you to remember this

15   and perhaps write this down.  The question is not how

16   do I get more traffic.  The question you should be

17   asking is, how do I make more profitable sales, all

18   right?  It's not about getting more traffic.  It's

19   about making more profitable sales.  So you start off,

20   like I said, building that structure that can actually

21   fly, like the Wright brothers did.  Once you get it so

22   it can actually glide, then you go and add the power,

23   then you go and add traffic.

24        Now, I'm talking a lot about, you know, you

25   get to where it can fly, and you might be wondering,



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-000913**

1    well, what exactly does that mean, right?  And I'm

2    talking about how well it converts, and there is one

3    number in your business that is more important than

4    any other number, okay, that's way more important, and

5    that number will tell you how well your website can

6    actually fly.  And I'll guarantee you that 97 percent

7    of people in our industry, probably more, have no clue

8    what that number is, okay?  And that number is your

9    average visitor value.  It's more important than

10   anything else.  It's more important than unique

11   visitors.  It's more important than average time on

12   site, average page views.  All of these numbers pale

13   in comparison next to average visitor value.

14        Now, if you have never heard of average

15   visitor value, here's what it is.  Average visitor

16   value tells you how much a click is worth to your

17   business.  It's the maximum you can afford to pay to

18   get someone in front of your website before you start

19   -- well, to break even, before you start losing money,

20   okay?  And unless you know these values or this

21   number, you cannot make informed traffic-buying

22   decisions, okay?  So any traffic that you go and buy,

23   even the so-called free strategies, which aren't

24   really free, any traffic that you go and buy would be

25   based on hope, okay?  You'll be spending time or money

**PX 22**                    **FTC-MOBE-000914**

29

1     getting traffic, and you will be hoping that it makes
2     you money, and you cannot build a business based on
3     hope, okay?  It doesn't work like that.
4          So average visitor value, if you want to write
5     this down, this is how it works.  Take your gross
6     sales, okay?  So let's say we sell ten units in a day.
7     Let's say that each sale we make is worth $100.  So
8     our gross sales for the day is a thousand dollars.
9     Divide that by the unique visitors to your website.
10    Let's say in that day we had a thousand people in
11    front of our website.  That's going to give you your
12    average visitor value.
13         A thousand dollars divided by a thousand
14    unique visitors gives you $1 per visitor.  On average,
15    that's what a visitor is worth to your business, and
16    that means that you can afford up to a dollar to get
17    someone in front of your website before you start
18    losing money, and yet, like I said, most people in our
19    industry, they have no idea what it means.  It tells
20    you how well your aircraft can fly, that's what it
21    tells you, before you go and add power, and I want to
22    prove it to you.
23         I want everyone in this room to be completely
24    honest with me.  If you can tell me what your average
25    visitor value is right down to the nearest cent, okay,

**PX 22**                    FTC-MOBE-000915

30



1     an accurate number, if you can tell me what it is

2     right now, please put up your hand.

3              (Show of hands.)

4              MATT LLOYD:  All right.  So there's about 150

5     people in this room, and we had one person put up

6     their hand, okay?  So, literally, in this room, 99

7     percent of people don't know what it is.

8              Now, this room is not exactly representative

9     of the entire internet marketing community.  You guys

10    are going to be much better than the average person

11    because of the fact that you're here, you are going to

12    invest your money and time to get here means that this

13    sample is -- you know, it's a much better sample than

14    your average internet marketer.  So what that tells us

15    is that maybe if you go to the general internet

16    marketing community, something like over 99 percent of

17    people have no idea what this number is, the most

18    important number in your business.

19             UNIDENTIFIED MALE:  (Off mic.)

20             MATT LLOYD:  You're asking me is break-even

21    okay?

22             UNIDENTIFIED MALE:  Yeah.

23             MATT LLOYD:  Yeah, break-even is good.  Any

24    time you break even -- so if you have to spend a

25    dollar to get someone in front of your website and you

**PX 22**            **FTC-MOBE-000916**



31



```
 1      only monetize that visitor by $1, that's -- you
 2      celebrate, because even though you've made no profit
 3      at that point in time, you've got a customer.  You've
 4      just brought yourself a customer, and that's what this
 5      business is really about, buying customers, because
 6      you've got to look at the lifetime value of a
 7      customer.
 8              So if you have just spent a dollar, got
 9      someone in front of your website, they buy a product,
10      you've made a dollar back, all right?  Well, sure, you
11      haven't made any profit right then, at that point in
12      time, but over the next maybe three years, you can
13      sell them lots of additional products.  So if you have
14      to spend a dollar to get someone in front of your
15      website, you know, that's perfectly fine.
16              I want to further drive this point home, okay?
17      I want to -- I want you to imagine this scenario,
18      right?  Let's pretend that I finish my presentation
19      and, you know, you're really thirsty, and you feel
20      like a Coke, okay?  So you go out and you look for a
21      vending machine to buy a can of Coke for $2.  You find
22      a vending machine, and you put in $2.  Instead of
23      hearing the Coke, you hear change, okay?  All right?
24              You think, all right, what's going on here?
25      You put in your hand, and you bring out $1.80 in
```



**PX 22**                    **FTC-MOBE-000917**

32



1    coins.  So you're a little bit annoyed.  The machine

2    has just ate 20 cents of your money.  But you find a

3    cheaper drink and you put in your $1.80 again, except

4    this time, again, you get change, and this time it

5    gives you back $1.60.  So now you're getting a little

6    bit more annoyed.

7            You find another drink for $1.60.  You put in

8    that change.  This time it gives you back $1.55.  This

9    vending machine is eating 10 percent of the money you

10   put in.  So for every dollar you put in, it gives you

11   90 cents back, and my question to you is, how long

12   could you stand in front of that vending machine,

13   putting money into it, before you went broke, okay?

14           And the answer is, not very long.  Actually,

15   the mathematical answer is you could stand there for

16   infinity, because the amounts get smaller and smaller,

17   but practically, you would be out of money pretty

18   quickly.  You'd be down to, like, 10 or 5 cents.  So

19   you couldn't stand there for that long.

20           Imagine another scenario.  Let's say you

21   didn't go to that vending machine.  You went to one

22   upstairs, and this one was also $2 for a can of Coke.

23   So you put in $2.  You put in $2, except this time it

24   gives you back $2.20.  So you think, all right, well,

25   maybe someone left 20 cents there, but I'm happy.  You



**PX 22**                    **FTC-MOBE-000918**

33

1     put in $2.20, you order a more expensive drink, except

2     this time, it gives you back $2.40.  Now you're

3     getting pretty excited, all right?  So you do it

4     again, and this time it gives you $2.60.  Now you're

5     thinking -- or $2.65.  Now you're thinking, all right,

6     this is good.

7           This vending machine is giving you 10 percent

8     more back than what you put in it.  Now, my question

9     to you is, how long could you stand in front of this

10    vending machine putting money into it?

11          UNIDENTIFIED MALE:  Forever.

12          MATT LLOYD:  Yeah, forever, and you would --

13    you'd be crazy not to stand there and keep on putting

14    money into it.  Now, let's put honesty aside and --

15    you could stand there forever, and you would get very,

16    very rich doing that, because once compound interest

17    kicked in, you'd start basically printing money.

18          Your website is either one of these two

19    vending machines right now.  The money you are putting

20    into that vending machine is like the money you are

21    spending on traffic, and as I said, all traffic has a

22    cost.  So even if you think you're doing, you know,

23    free traffic strategies, like SEO, and you think it's

24    free, it's not.  There's a cost, okay, because your

25    time has value.

**PX 22**                    FTC-MOBE-000919

34



1             So right now you are putting money into that

2        vending machine, and you're getting money back.  The

3        money you get out of that vending machine is like your

4        average visitor value, and what you guys have just

5        told me is that most of you don't know what you're

6        getting in return.  So the situation is is you're

7        putting money into a vending machine, and you don't

8        really know how much change it's giving you.

9             Now, if I put you in front of you a faulty

10       vending machine and I said, hey, keep putting money

11       into this, but I'm not going to tell you how much it's

12       going to give you back in return, how long would you

13       do that for?  Right, you wouldn't do it for that long,

14       because you'd be crazy.  You'd want to know what

15       you're getting back in return.  And as you just saw,

16       most people in this industry don't even know what

17       they're getting in return.  So most people, in effect,

18       they're standing in front of a vending machine,

19       putting money into it, and hoping they make a profit.

20             This is what you're aiming for.  This is what

21       I call the holy grail.  Everything you do in your

22       day-to-day operations is is to get to this point.  It's

23       to get to the point where your average visitor value

24       is greater than your average cost per click.  What

25       that means is you've found a vending machine where,



**PX 22**                    **FTC-MOBE-000920**

35



1    when you put in money, you get more back in return,

2    and once you get to this level, then you can scale up.

3    So every millionaire in our industry, this is where

4    they're at.  They spend money on traffic, they spend

5    90 cents on a click, and their average visitor value

6    is a dollar.  They make a profit, and they can afford

7    to reinvest that, whereas most people are making a lot

8    less than they're putting in.  That's why they can't

9    grow, okay?

10        Now, you might be wondering, well, what if I'm

11    brand new and I don't yet have my own marketing

12    funnel?  And the truth is, if you knew, at some point,

13    you do want to create your own product.  It's not

14    really an option.  It's a must.  So at some point you

15    do have to craft your own marketing funnel, and in the

16    beginning, you're actually in a race against time.

17        You see, when most of us get started, we only

18    have, you know, usually a pretty small budget we can

19    put into advertising.  You're in a race to fine tune

20    your aircraft, to finetune your website to the point

21    where your average visitor value exceeds your average

22    cost per click before you run out of money, and I know

23    what that's like.

24        In 2009, when I was still pretty new, I was

25    advertising on Google Adwords, before it completely



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555



**PX 22**          **FTC-MOBE-000921**

36



1    kicked us off, and I remember wracking up a bill of

2    about $1,500, and I couldn't afford to pay it because

3    my average visitor value wasn't that high, so I wasn't

4    getting any money in return.  And I can remember, you

5    know, Google eventually coming after me, sending me

6    legal letters and -- for, like, three months, saying

7    you better pay up.  Okay, so I know what that's like,

8    and if you're just getting started, that's the

9    situation you're in.  You've got to finetune your

10   website to the point where average visitor value

11   equals or is greater than average cost per click,

12   okay?

13        When you start out, expect to put more money

14   into that vending machine than you get back.  That's

15   perfectly normal, because you're still figuring out

16   what works, but as long as you're measuring, then you

17   can at least have a chance of improving it, okay?

18        Okay, so I've told you how important this is,

19   and now you might be wondering, okay, well, that's

20   great, how do I improve it?  The first step, okay, the

21   most important step is to start measuring.  The mere

22   act of measuring something every single day will allow

23   you to improve because, you know, as I say, what gets

24   measured gets managed.

25        Now, as we saw, most people aren't measuring

**PX 22**                    **FTC-MOBE-000922**



37

1    this, but if you start measuring this every single day

2    from this point on, I guarantee you that, over time,

3    it will improve, because as I said, this is the most

4    important number in your business.  If you're

5    measuring it every day, consistently working on

6    improving it, that's how you're going to grow your

7    business.

8              So the first thing I want you to do -- it's a

9    little bit hard for you guys to see this.  Let me just

10   read this out.  On the left, you have the dates, every

11   single day we record this.  This is -- you can either

12   do this in Excel or Google Docs, okay?  I prefer

13   Google Docs, okay, because then I can share it with a

14   virtual system and they can put the numbers in.  I

15   don't have to worry about it.

16             But you can see in the left column we've got

17   new customers since yesterday, so the number of

18   customers you're getting every day; then we've got

19   total customers; we've got new leads since yesterday,

20   so daily leads; total number of leads; total sales

21   generated; today's sales, so that's your gross sales

22   you made in the last 24 hours; and today's clicks.

23             Because you're measuring, now you're going to

24   know how many clicks you're getting to your website.

25   You take those sales for today, divide them by today's



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-000923**



1     clicks, that's going to give you your average visitor

2     value.  Now, as you can see, for this particular

3     website, it's ranging from about $1.20 to about $4.22.

4

5          Now, what's going to happen is if we keep on

6     doing this for a month, we are going to start to

7     notice there's an average here.  Now, you can see here

8     it's something like $2.94.  That's telling us every

9     visitor we get in front of our website is worth about

10    $2.29 for our business, but if you are not measuring,

11    you have no idea what this number is.

12         And then this is really important.  Once you

13    get your average visitor value, every single day

14    now -- because now you're measuring -- plot it in a

15    graph.  This is one of the most, you know, exciting

16    developments in the history of humankind, the ability

17    to display data over a period of time, the visual

18    representation of data.  It really is, because then

19    you can see the trends.

20         Now, this is only over, say, ten days, so you

21    can't really see much of a trend here, but if we

22    extended this one out 30 days, you would start to

23    notice that the average visitor value, which is only

24    the Y axis, the part sticking up, you can see it's

25    fluctuating around anywhere from 2 -- well, 3 to 4



PX 22                    FTC-MOBE-000924



1       dollars.  Now, over 30 days, we would be able to see a

2       more consistent pattern, and this is really important

3       because over time you're going to notice whether

4       you're trending up or you're trending down.

5             That means visitors are becoming more and more

6       valuable to your website over time or less, and let me

7       tell you something, your business, it's either growing

8       or it's declining.  It never stays in the same place,

9       because even if you are not making any changes, the

10      market around you is changing, okay?  There's new

11      people coming into this industry, new products, so

12      it's always changing.  You're either getting better or

13      you're getting worse, and unless you're measuring

14      this, you have no idea, okay?

15            So now I want to show you how you can increase

16      your average visitor value by 60 percent just by

17      improving five leverage points in your business.  This

18      is basically the formula to you making money online.

19      It's leads times conversion rate, so if you get 100

20      leads in a day and you have a conversion rate of 3

21      percent, that means that three of those 100 leads buy.

22      That's going to equal your customers, okay?

23            Frequency of transactions, how often they buy

24      from you in the next year times your average

25      transaction sale.  Let's say you're selling a $97



**PX 22**          **FTC-MOBE-000925**

40

1    product and you have a few upsells in there.  On

2    average, a customer is worth $250 to your business,

3    okay?  That's going to be your average transaction

4    value.  That's going to give you total revenue.

5    Multiply that by your margins.

6         Now, most of us in the information marketing

7    business, our margins are 100 percent.  We create a

8    product and we get to keep all of it, okay?  So it

9    doesn't really apply, but if you're promoting an

10   affiliate offer, well, then, sure, you might -- let's

11   say you're promoting Jonathan's products.  You get

12   paid a 50 percent margin.  You refer a sale to him,

13   and he pays you 50 percent.

14        Now, this is what you can do.  If you take

15   those five leverage points and you increase them by

16   just 10 percent, which isn't a big amount -- say

17   you're getting 100 leads.  You increase that to 110.

18   Say you've got a conversion rate of 3 percent.  That

19   means three in 100 leads buy, you increase that by

20   3.3, which is 10 percent, frequency of transactions,

21   average transactions, and so on.

22        These five points, if you increase each by

23   only 10 percent, you actually increase your profit by

24   60 percent.  If you go through and you do the math, it

25   sort of compounds on itself.  So small, incremental

**PX 22**                        **FTC-MOBE-000926**

41

1 changes can virtually almost double your business,

2 okay?  So you only have to increase each by 10

3 percent.  That's not a huge amount.

4   Now, you might be saying -- I know there's

5 always people who just say things like, well, I'm not

6 good with numbers.  I don't really know how to do that

7 stuff.  I'm just not good with that.  The truth is, if

8 you are going to market online and get traffic, even

9 if you're using the so-called free strategies -- which

10 aren't free because they take up your time -- you need

11 to get comfortable around these numbers.

12   You need to be able to measure them, because

13 if you -- put it this way:  if you know how to track

14 your numbers, that doesn't necessarily mean you're

15 going to get rich in this business; it doesn't give

16 you an advantage.  But if you don't know how to do it,

17 that puts you at a big disadvantage, because you are

18 competing against people like me, Jonathan, you know,

19 Mike Dillard, whatever, all of those fun guys, they

20 all know their numbers, and you're competing against

21 those people.

22   So what you have got to realize is that

23 personally, I'm going to be constantly finetuning my

24 aircraft, making it more and more aerodynamic so it

25 can fly better, so when I add power to it, it flies



**PX 22**      **FTC-MOBE-000927**

42

1    even better.  I am going to keep on doing that.  And

2    if you are not doing that, well, then, that's going to

3    be a little bit tough, okay?  It's going to be a

4    little bit tough for you to grow a business.  So you

5    have to be doing this.  And I can say here, anyone

6    who's ever made more than a million dollars in this

7    business, I guarantee you they're watching their

8    numbers closely.

9              (End of video.)

10             MATT LLOYD:  So I hope you enjoyed that and I

11    hope you got the point.  You want to be like the

12    Wright brothers and have the right aircraft, the right

13    business model, rather than like Langley and think

14    that it's all about more power or getting more

15    traffic, okay?

16             So, again, the big mistake that so many people

17    make in this industry is they think it's all about

18    getting more traffic.  In fact, if you go and ask any

19    online business owner, what do they need to make more

20    sales, they are going to tell you, well, I need more

21    traffic.  So the next time that someone asks you this

22    question -- and it might even be your coach -- when

23    they ask you, what do you need to make more money in

24    this business, here are the correct answers.

25             You want to sell more to your existing

**PX 22**          FTC-MOBE-000928

43



1     customers, so that's one focus, and you want to get

2     them to buy from you on a much more frequent basis.

3     Rather than focusing on going and getting a lot more

4     customers, which is very expensive, focus on selling

5     more, okay, higher priced products and selling more

6     frequently to your existing customers.  Again, have

7     the right business model and the right economics in

8     place.

9          So when it comes to economics, there's really

10    two important factors that you want to pay attention

11    to.  So the first is, how much are you willing to pay

12    to acquire a customer?  If I asked you that question

13    right now, once you get through these 21 steps and you

14    start leveraging our business model and start

15    promoting so you can earn these big commissions, how

16    much are you willing to pay to get a customer?

17          Your answer is going to be really important,

18    and I don't expect you to have the answer just yet.

19    You will once you get to the end of the 21 steps, but

20    whichever business in any niche can afford to pay the

21    most to get a customer, they will always win, okay?

22    They will always win, they will always dominate.  They

23    will always go on to become the big giant in that

24    industry and beat out all the other smaller

25    competitors.  So how much can you afford to pay to get



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

44

1    a customer?

2         The other thing you want to focus on is make

3    every transaction with your customers as valuable as

4    possible.  So sell more, in other words.  Have

5    high-ticket products so that you're getting more money

6    per sale than your competitors.  So here's an example

7    of what that might look like.  Let's say you go and

8    spend a thousand dollars and you get 20 customers, and

9    let's say that from those 20 customers -- if we take a

10   thousand dollars, we divide it by 20 customers, we've

11   now got what we call your customer acquisition cost.

12   Let's say in this case it's $50.  You paid $50 to get

13   a customer.  Well, if you have a good back-end sales

14   process in place where you're able to take those $50

15   customers and turn them into $200 customers, on

16   average, or $500 customers, on average, you can make

17   all your money back and also much bigger profits.

18        So you've got to start to think of yourself as

19   being in the business of buying customers, okay,

20   buying customers for a rate that is much lower than

21   what your business is able to monetize them at; in

22   other words, what your business model is able to sell

23   to them on average.  That's how I like to think of

24   growing my business.

25        If I know that every customer is worth, say,

**PX 22**          **FTC-MOBE-000930**



1    $2,000 to me, I will gladly pay $100 or even $200 to

2    go and get a customer, okay?  That's how I'm able to

3    make profits.  So think of yourself as being in the

4    business of buying customers at a profitable rate.

5         And the other really important concept I want

6    you to get is even though you might think that there's

7    not many customers out there who would be willing to

8    pay thousands of dollars, 10,000, 20,000, 30,000

9    dollars for products, that's actually not the case.

10   There are plenty of people out there who will pay

11   premium prices to get premium value.  So whatever your

12   thoughts are on buying high ticket, put that aside for

13   a second and realize you're not selling to yourself,

14   you're selling to other people, and, yes, other people

15   out there in the marketplace, they are willing to pay

16   these kind of prices if the value is there.  So

17   today's lesson is really simple.  Start with the

18   economics, the business model first.  Traffic, that

19   will come much later on.  Focus on that last.

20        All of this brings me to the story of Dale

21   Bundy.  Dale Bundy is 78 years young.  He is one of

22   our success stories, and we have many success stories

23   just like him, but he went through this same training

24   program that you're going through right now.  He went

25   through all 21 steps, and he actually did what a lot



**PX 22**          **FTC-MOBE-000931**

46



1    of people don't do.  He took action, okay?  He decided

2    that he was going to treat this business seriously.

3    He took action, and he started doing what we advised

4    him to do.  He started implementing the training.

5         Because Dale took action from one single

6    referral, one single customer that he got, that he

7    didn't have to do really any selling to, our marketing

8    system, our business model did all the selling on

9    Dale's behalf, but he referred just one customer

10   through sending an email, and that customer bought,

11   and over time, over about six months, they went on to

12   buy quite a few different programs from us, and Dale

13   was earning commissions, high-ticket commissions on

14   every single transaction.

15        So what I am going to do now, I am going to

16   play a short little recording.  I actually called Dale

17   on Skype.  He had just gotten a sale, and I wanted to

18   congratulate him personally.  Sometimes I still like

19   to do this.  I like to reach out to our success

20   stories, our clients, and just -- just congratulate

21   them on making a big commission.  So have a listen to

22   this, and then I'll come right back.

23        (Audio recording.)

24        MATT LLOYD:  Hey, guys.  Matt Lloyd.  I'm

25   about to call one of our Diamond affiliates, Dale



**PX 22**                    **FTC-MOBE-000932**

47



1    Bundy, and this one's a special case.  I wanted to

2    actually capture this on recording.  Dale is 78 years

3    young.  He got involved in MOBE not that long ago.

4    I'll ask him on this call -- I'm about to call him on

5    Skype -- but I believe it was in the last six months,

6    something like that.  He's made $24,000 in MOBE so

7    far, and he actually just made an enormous commission

8    that he doesn't know about.

9          Now, he thinks that I'm going to call him to

10   congratulate him on getting the MOBE Motors car.  As

11   you can see, I just added him here on Skype.  I asked

12   him how are things going.  He said he just picked up a

13   Hyundai Sonata Limited, so he thinks I'm calling to

14   congratulate him on that, but I'm actually about to

15   tell him about his commission.  So here's Dale on

16   Facebook.

17         Hi, Dale.

18         DALE BUNDY:  Hi there, Matt.  Something

19   happened with my (inaudible), doesn't seem to work

20   (inaudible) on my laptop.

21         MATT LLOYD:  Okay, that's all right.  I can

22   hear you loud and clear now.

23         DALE BUNDY:  Yes.

24         MATT LLOYD:  So, Dale, how are things going in

25   MOBE so far?  Pretty good, right?



**PX 22**          **FTC-MOBE-000933**

48

1          DALE BUNDY:  I would say so.  After six months

2     it's going quite well, Matt, thank you, and I do

3     appreciate everything that you are doing to improve

4     and add to the products and whatnot.  That's great.

5          MATT LLOYD:  You're welcome.

6          Hey, Dale, do you have a light you can turn

7     on?  I can see you, but I can't see your face very

8     well.

9          DALE BUNDY:  I'm in the process of rearranging

10    (inaudible) bedroom and trying to get it all set up

11    better, so -- is that better?

12         MATT LLOYD:  Yeah, that's much better.

13         So, Dale, I'm calling you -- I just wanted to

14    congratulate you, first of all, on getting your MOBE

15    Motors car.  That's awesome.

16         DALE BUNDY:  Thank you.

17         MATT LLOYD:  But I'm also calling you because

18    I wanted to let you know about a commission you just

19    made.  I just got back from the Titanium Mastermind in

20    Thailand, and one of your clients there decided to go

21    ahead and get one of our other programs.  You actually

22    just made $12,500.

23         DALE BUNDY:  12,000?

24         MATT LLOYD:  Yes.

25         DALE BUNDY:  (Inaudible) do?

**PX 22**          FTC-MOBE-000934

49

1      MATT LLOYD:  You actually got a mentorship

2   sale, a big one, so you actually get a 12 ½ thousand

3   dollar commission.

4      DALE BUNDY:  You know, that person is the same

5   one that jumped from nothing to Diamond in New York.

6      MATT LLOYD:  The same one.

7      DALE BUNDY:  (Inaudible).

8      MATT LLOYD:  That's right.

9      DALE BUNDY:  I got another David Salkeld on my

10   hands -- I'm sorry, Darren Salkeld.

11      MATT LLOYD:  Um-hum.

12      DALE BUNDY:  I hadn't even seen that one yet,

13   Matt.  That's fantastic.  Thank you very much.

14      MATT LLOYD:  Yeah, you're welcome.  So that

15   one just came in today.  You should see that appear in

16   your back office in a couple of days, but, yeah, I

17   just wanted to personally reach out and tell you about

18   it.  12 ½ thousand dollars in a day, that's a really

19   good day, and it's just testament to the fact that you

20   promoted the New York Home Business Summit.  I believe

21   that's where this client came from --

22      DALE BUNDY:  Yes.

23      MATT LLOYD:  -- but I don't know -- I don't

24   know what you spent on that event.  What did you spend

25   to promote that Home Business Summit those couple



**PX 22**          **FTC-MOBE-000935**

50



1    months ago?

2         DALE BUNDY:  He was on -- he was on my list,

3    and I sent out an email to my list about the upcoming

4    event, and he was the only one that went, and he went

5    all the way.  So it was on my list.  It was probably

6    on my wesellclicks (inaudible) that I picked up and

7    was also on the millionaire interview that I use

8    exclusively for my funnel right now.  So I guess

9    (inaudible) through my list and he responded to one of

10   my emails and he went.

11        MATT LLOYD:  Excellent.  How big's your list

12   right now?

13        DALE BUNDY:  About 4200.



14        MATT LLOYD:  Okay, so about 4200, and you said

15   you built that primarily with wesellclicks.com, and

16   have you also been doing your own advertising?

17        DALE BUNDY:  Ah, yes, and I also had some

18   lists from some of my previous sales attempts through

19   internet marketing that I still retain the lists on

20   those, so I picked up about maybe 30 -- about 2000

21   since MOBE probably.

22        MATT LLOYD:  That's really --

23        DALE BUNDY:  Wesellclicks and wesell

24   (inaudible).

25        MATT LLOYD:  That's really good.



**PX 22**          **FTC-MOBE-000936**

51

1          Well, with this one, so 12 ½ thousand dollars,

2     what's your total earnings so far, then?  You're up

3     to, like, 24,000 now, right?

4          DALE BUNDY:  Yeah, about 36, 37.  I'm getting

5     closer to the cruise in December, then.

6          MATT LLOYD:  Yeah, that's right, so about

7     $37,000.  All right, well, that's really good.  That's

8     really good.  And most of that, Dale, most of that's

9     coming from you've got one really great client who

10    just went -- went all the way.  They went to Diamond,

11    so you made -- on the Diamond sale, from the Titanium

12    and Platinum and so on, what did you make on that?

13    That would have been about 18 ½ thousand?

14         DALE BUNDY:  About 20.

15         MATT LLOYD:  About 20?

16         DALE BUNDY:  Because she went MLR -- she went

17    from nothing to -- all the way up to Diamond

18    (inaudible).

19         MATT LLOYD:  All right.  Well, that's great.

20    So from one client, then, you've made -- now, with

21    this one, you have now made close to $32,000, just

22    from getting one client --

23         DALE BUNDY:  Yes.

24         MATT LLOYD:  -- who was on your email list.

25         DALE BUNDY:  Yes.

**PX 22**          **FTC-MOBE-000937**

52

1        MATT LLOYD:  All right.

2        DALE BUNDY:  (Inaudible) for me.

3        MATT LLOYD:  Yep.  All right, well, that's

4   excellent, Dale, so just keep it up.  What advice do

5   you have to anyone who's thinking about getting

6   involved in the MOBE Affiliate Program, becoming a

7   MOBE consultant so they can promote our programs?

8   What advice do you have for them?

9        DALE BUNDY:  I would say that a person that

10  wanted to really become involved in a business where

11  they did programs with all kinds of benefits and

12  savings and memberships and (inaudible) definitely

13  should get into MOBE and get themselves positioned and

14  go to the events, Mastermind, all the events,

15  Mastermind, (inaudible), and all of those, well

16  worth -- well worth it.

17            (End of audio recording.)

18        MATT LLOYD:  So I hope you enjoyed that, and

19  you could also see the look on his face.  He was

20  pretty happy to get this news.  Now, what happened

21  after that, though, is that customer actually bought

22  even more programs, and the total commissions to Dale

23  from all of the purchases so far has been $49,850.  So

24  the reason why I share this with you is Dale got all

25  of that from one customer.

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-000938**

53



1        Most people out there who are trying to make

2    money online, their approach to making this kind of

3    money is to go and find a thousand customers and sell

4    them a $10 or a $20 e-book or something like that.

5    Not Dale's approach.  Dale decided that he would get

6    the right business model, which had a really good

7    back-end sales process in place, where the selling was

8    done for him, and all he had to do was generate leads.

9    That's the power, that's the potential of having a

10   good, high-ticket, back-end offer in place, and also

11   having the right economics in your business model.

12       Now, here's another interesting statistic.  So

13   people like Dale who have been able to make money with

14   this system, they make the vast majority of all their

15   money not from front-end products but from the back

16   end.  So when we're selling back-end training programs

17   and different products to clients that they refer,

18   they are able to earn high-ticket commissions.  Out of

19   the $67 million that we paid out at the time of

20   filming this video, I would say that probably about 80

21   percent of it, maybe even as high as 85 percent of it,

22   has come from selling high-ticket programs.

23       Now, I define "high ticket" as anything that's

24   over about $2,000.  So most of the money being made

25   comes from the back end, and that's how it is in all



**PX 22**                    **FTC-MOBE-000939**

54



1    good businesses, by the way, okay?  All good

2    businesses, they make somewhere over 70, 80 percent of

3    all their money on the back end.  You have got to have

4    a good back end in your business.

5         Let me tell you about a few other success

6    stories, and then I'm going to put a lot more in the

7    text below, because there is just way too many to

8    mention.  We had another client of ours who went

9    through these steps.  Her name was Adeline Sugianto.

10   She's based in Sydney, Australia.  Adeline so far has

11   made close to half a million dollars all up.  She had

12   never done online marketing before.  She got involved

13   in this business and went through these steps.  She's



14   had amazing results.  Full disclaimer, her results are

15   not typical.  I'm sure you already know that.  She

16   puts in above-average efforts, but she's done

17   extremely well, and from one customer, she actually

18   made over $42,000.

19        We had another guy called John Chow.  John has

20   made millions of dollars so far in commissions.  He's

21   one of our top earners.  You are going to meet some of

22   our other top earners later on.  Now, John also made

23   over $45,000 from one single customer, and he's done

24   those kind of numbers many, many times before.

25        In fact, this is quite interesting.  These are

**PX 22**          **FTC-MOBE-000940**

1       the statistics -- and I want to share this with you

2       just so you can see how well this has worked.  So far,

3       people who have been through these 21 steps and have

4       taken action, listened to their coach and actually

5       done the training that we give them, so far we have

6       had one person make over $10 million -- actually,

7       today, it's over 11 million -- and we have had six

8       people make over 1 million, 37 people have made over

9       100,000, 345 people have made over $10,000, and 1207

10      made over a thousand dollars.

11              Now, out of all of this, the vast majority of

12      the big money is made from high-ticket products.  I

13      think I've said that enough times that you get the

14      point, but I really want you to understand, if you

15      don't have a high-ticket back-end offer, it's very

16      hard to make a lot of money in this business and to

17      make a lot of money online.

18              Now, if you want to see more success stories

19      of people making high-ticket commissions, well, you

20      should be getting the emails now for the MOBE

21      Inspiration.  Now, every single day, we actually call

22      back our clients who went through this same training

23      program, we congratulate them, and we break the news

24      to them.  We tell them about the latest high-ticket

25      commission that they just made.