

56

1           And if you go to this website,

2    mobeinspiration.com, and you opt in, you put in your

3    email address -- you might have already done that --

4    on the next page, you should see -- there should be

5    now many, many hundreds of different calls that we've

6    done where we've recorded them, where people have made

7    anywhere from over a thousand to over $10,000 from a

8    single sale.

9           So here's your action steps to complete Step

10   2.  Here's what I want you to do.  First of all, can

11   you explain what customer lifetime value means?  In

12   other words, what's the definition?  Now, I'll help

13   you out.  It's basically what the average customer

14   that you have in your business, what do they spend on

15   average over their lifetime?  Is it a few hundred

16   dollars?  Is it a few thousand dollars?  Well, that

17   all depends on the business model and whether you have

18   a good high-ticket, back-end sales process in place.

19          What is the difference between front-end

20   products and back-end products?  Where is the money

21   made?  Is it made on the front end or is it made on

22   the back end?  Why is focusing on the conversion and

23   economic side of the business rather than focusing on

24   traffic, like 99 percent of people mistakenly do,

25   especially in the beginning, why is that so important?




**PX 22**          **FTC-MOBE-000942**



1     Okay, why is that essential?

2            And then, did you watch my video, "The Truth

3     About Traffic"?  That's the video where I was on stage

4     for the first time.  Did you watch that video?  Did

5     you take notes?  Did you understand it?  Do you have

6     any questions?  I want you to go ahead and I want you

7     to send your thoughts to your coach and also reach out

8     to them.  Let them know how you're getting on.

9            Remember, have constant contact with your

10    coach.  Reach out to them.  Let them know that you are

11    being proactive.  Let them know that you are taking

12    this training very seriously.  And also, later on in

13    these steps, you may have the chance to work with one

14    of our senior business coaches as well.  So let them

15    know that you're serious about doing really well.

16           I'm also going to ask that you actually have a

17    phone call with your coach as well, and you won't be

18    able to get to the next step until you actually have

19    that phone conversation.  The reason why we do this is

20    we also want to be there to answer any questions that

21    you might have, because, again, it's not about getting

22    through these steps as fast as you can.  It's about

23    the highest level of understanding, so that when you

24    do get through all these steps, you can actually go,

25    implement, and make a lot of money, okay?  So reach

58

```
 1    out to your coach right now and have a conversation
 2    with them.
 3            If you don't have Skype yet, which I would be
 4    surprised if you don't, but if you still don't, go
 5    ahead, download it immediately right now, add your
 6    coach.  You will see their Skype ID, which is kind of
 7    like their phone number, that should be somewhere on
 8    the side of this video near the little coach tab with
 9    all their details.  Add them as a contact on Skype,
10    call them, and send them a message, but you need to
11    have a conversation with them before we go on to the
12    next step.  So congratulations on making it this far.
13            As I said, I am going to surprise you with a
14    few bonuses along the way, and the surprise I want to
15    give you right now is an audio copy of my entire book,
16    Limitless, so you can download it, you can start
17    listening to it immediately.  I want you to go ahead
18    and download it, put it on your phone, put it on CD if
19    you want, but you can take it with you, you can start
20    listening to it, and it's got some of my best
21    strategies for high-ticket affiliate marketing in it.
22    So I hope you enjoy that.  That's my gift to you for
23    making it this far.
24            So here's what we're going to be talking about
25    in the next step.  In Step 3, we are going to look at
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000944**

59



1    the difference between how millionaires and

2    billionaires think from the masses and how you can

3    adopt some of their thinking patterns yourself so that

4    you can really increase your chance of succeeding in

5    business.  As you will find out in Step 3, your

6    success as a business owner, as an entrepreneur, it

7    comes down to mind-set first and foremost.  Before any

8    tactical strategy, it all starts with your mind-set.

9         Then in Step 4, things are going to get really

10   exciting.  We are going to look at how you can start

11   earning your first six or even seven figures,

12   potentially, when you choose the right niche, when you

13   choose the right business model, and when you have the

14   right product mix, okay?  So things are about to

15   really get exciting.  Keep it up.  Keep this momentum

16   you've got going.

17        Also, make sure you complete the action steps

18   and reach out to your coach immediately.  Don't put

19   that off.  Reach out to your coach.  Let them know how

20   you're doing.  Touch base with them.  Regular contact

21   is best.  Ask them your questions, and let them coach

22   you.  Let them mentor you.  They know what they're

23   talking about.  That's why I chose them to help you

24   become successful in your business.  We'll see you in

25   the next step.

**PX 22**        **FTC-MOBE-000945**

60



1           (Pause on recording.)

2           JONATHAN BUDD:  The first speaker that you're

3      going to be hearing from today is a new good friend of

4      mine named Matt Lloyd.  Now, Matt has been one of our

5      top affiliates, one of our top affiliates, in several

6      of the last biggest product launches that we've

7      promoted, and because I saw him showing up on the

8      scene -- actually, the first time I ever saw Matt

9      Lloyd, anything from Matt, was a Facebook ad that he

10     was doing for Get Traffic 3.0, and it was damned good.

11     And I clicked on it and I read the copy and I saw his

12     bonus packages and how he put everything together, and

13     I said to myself, "This is a really good marketer."

14           And so over the course of a few months, I

15     ended up building a relationship with Matt, and over

16     the last few months, Matt and I have actually been

17     partnering up and working on a lot of different

18     projects together.  And so one of the things that

19     we've been working on is really Facebook advertising.

20     If you've seen pretty much any of my ads on Facebook

21     over the last few months -- I have had a few, have you

22     guys noticed that? -- that was all Matt Lloyd pretty

23     much behind the scene, taking care of all that,

24     managing all that, building out those campaigns with

25     strategies, driving that traffic.



**PX 22**                    **FTC-MOBE-000946**



1    We've also been working on a couple other

2    things.  Matt is one of the people who has really

3    developed the technology that I'm going to be sharing

4    with you later on today.  He's the one who really

5    helped us set it up in our business on a whole new

6    level, and it's kind of how we figured out -- and I

7    don't want to let the whole cat out of the bag -- it's

8    kind of how we figured out this new sales process that

9    I believe is the future of really selling any sort of

10   big decision item online.  So if it's a more difficult

11   decision and people need a little bit more time to be

12   educated, to be researched, this process that we're

13   going to share with you is the exact future of how to

14   do it.

15        When you see this whole thing laid out, it's

16   going to blow your mind.  I mean, it's just -- it is

17   rad.  And so Matt was instrumental in us setting this

18   up in our company in the last 90 days.  So I'm

19   extremely excited for the rest of your day here.

20        So with that being said, I would like you guys

21   to put your hands together and welcome to the stage

22   Mr. Matt Lloyd.

23             (Applause.)

24        JONATHAN BUDD:  Do your thing, my friend.  You

25   are absolutely awesome, and I'll see you guys in 90



1      minutes.

2            MATT LLOYD:  Okay.  So, hi, everyone.  As

3      Jonathan said, my name is Matt Lloyd, and I do have a

4      confession.  I have actually never done one of these

5      before, so --

6            (Applause.)

7            MATT LLOYD:  -- the past three weeks have been

8      putting in a lot of effort into this because what I

9      want to talk about, it's possibly more important to

10     your future online than anything else, and these are

11     things that have taken me maybe three years to fully

12     understand.  So if you're just getting started, what

13     I'm going to share with you today, you really want to

14     pay attention to it.  It's really important.

15           So here's what we're going to be talking

16     about.  I'm going to be sharing with you the real

17     truth about traffic, okay, and why you're not getting

18     as much as you'd possibly like and what to do about

19     it, okay?  I'm going to approach traffic from an

20     entirely different angle than you've ever heard

21     before, plus I'm going to talk a little bit about

22     Facebook pay-per-click training.  I'm going to give

23     you some advice that I wish I had got in the very

24     beginning, that's going to shorten that learning curve

25     a little bit.  So let's go ahead and get started.

**PX 22**                    **FTC-MOBE-000948**

1          I want to tell you a story first.  As you can

2     see, this is a guy called Samuel Langley, okay?  And

3     if we go back to the year 1903, Samuel Langley, he

4     wanted to be the first guy to ever fly, okay?  So he

5     wanted to be the first guy to ever fly an aircraft

6     manned by -- you know, manned by him and be able to

7     land it.  And around this time period, there was sort

8     of a race on to be the first person to do that, and

9     the U.S. Congress, they actually backed Samuel

10    Langley, and they gave him $50,000.  In today's terms,

11    that's over a million dollars, so it was a lot of

12    money back then, okay?

13         And Samuel Langley, he invested most of that

14    money -- he hired his own team, around 50 people.  He

15    invested a lot of that money into developing an engine

16    for this aircraft.  October 7th, 1903, they were ready

17    to launch this plane, okay?  So they had put a lot of

18    work into planning it, building it, they were ready to

19    do it.  They launched it off the side of a boat, and

20    this is basically what happened.  You can see a photo

21    there, bottom right side, it crashed, okay?

22         Langley decided to try again.  So December the

23    8th, they poured even more money into it, they redid

24    this plane, and again -- this time it crashed again.

25    Now, this -- this pretty much ended Langley's whole



1    pursuit of being the first person to fly.  They had

2    invested a lot of money into it.  The U.S. Congress at

3    the time decided, you know, we don't want to invest

4    any more into this, because this just is not going to

5    happen.

6            Now, nine days after Langley's big crash,

7    after he gave up, a sturdy, well-designed aircraft,

8    only costing about a thousand dollars U.S., struggled

9    into air in Kitty Hawk -- most of you will know the

10   story -- and that actually became the first aircraft

11   to ever fly.  The people behind that were the Wright

12   brothers.  So I'm sure you've all heard of the Wright

13   brothers.

14           The Wright brothers, these were guys who had

15   wanted to fly ever since they were about nine years

16   old, okay?  So it had always been a big dream of

17   theirs.  The Wright brothers, nine days after they

18   succeeded.  Now, what you have got to realize is that

19   they -- they created a lot of aircraft, something like

20   47.  Most of them crashed, okay, but finally they

21   succeeded.

22           Now, once -- their approach was a little bit

23   different to Langley.  Once and only once they had

24   built that aircraft that could actually glide, okay,

25   so they could virtually launch it off the top of a



**PX 22**            **FTC-MOBE-000950**



1    hill and it would glide down to the ground, once and

2    only once they had done that, then they thought about

3    the power, okay?  And they only flew for about 12

4    seconds, so it wasn't exactly a long time, but, you

5    know, they were the first guys to ever do it.

6         And so what happened?  Everyone's heard of the

7    Wright brothers.  Most of you would have heard of the

8    Wright brothers.  No one's heard of Langley, okay?

9    Langley, he actually died a very bitter and

10   disappointed man because, you know, they had invested

11   a lot of money behind him, and he hadn't succeeded.

12        So the question is, why did the Wright

13   brothers succeed and Langley not?  Okay, one historian

14   put it like this.  I want you to pay attention to

15   this.  Langley had spent most of four years building

16   an extraordinary engine to lift the heavy flying

17   machine.  The Wrights had spent most of four years

18   building a flying machine so artfully designed that it

19   could be propelled into the air by a fairly ordinary

20   internal combustion engine.  So the Wright brothers,

21   their approach was to make this aircraft that could

22   actually fly before they thought -- even thought about

23   adding power.

24        Now, you might be wondering, why am I telling

25   you this?  You know, why am I giving you a history



**PX 22**          **FTC-MOBE-000951**

66

```
 1    lesson?  What's it got to do with my business?  And
 2    the answer is, this has everything to do with your
 3    business, everything.  Facebook pay-per-click, which I
 4    am going to touch on today, it's virtually like the
 5    engine, okay, that you would put on an aircraft, and
 6    it can send you a lot of traffic.  So if you wanted
 7    to, if you were prepared to pay for it, you could get
 8    10,000 clicks on 10,000 people in front of your
 9    website by next week, if you wanted to.  If you were
10    willing to pay for those clicks, you could get that
11    amount of traffic.  You could possibly get a lot more,
12    okay?
13            Now, your website, on the other hand, that's
14    like the aircraft structure.  Depending on how well
15    you design that, it's either going to fly -- maybe
16    half fly -- or just crash and burn.  And when I say
17    will it fly, what I'm talking about is will it convert
18    visitors into customers, okay?  That's the question.
19            Now, if you have a website and it can't fly or
20    it can't convert visitors into sales, it doesn't
21    matter how much power you add to it.  It doesn't
22    matter if you get 10,000 clicks, it's still going to
23    crash, and yet that's what most people do.  They have
24    a substandard website.  They go chasing traffic as if
25    that's the answer when that traffic has no chance of
```

**PX 22**          FTC-MOBE-000952



1    converting.  Okay, and that's what -- when I say most

2    people, I'm talking about literally 98 percent of

3    people in our industry.

4         The biggest mistake that people make when

5    coming into this industry -- and if you want to -- if

6    you're brand new, pay extra attention to this -- the

7    biggest mistake is thinking about traffic like an

8    opportunity seeker.  Most people think like that.

9    They go and design a blog, and it's a substandard blog

10   when it comes to converting visitors into sales, and

11   then they think the answer to making money online is

12   to go and get more traffic, because they've been

13   taught that more traffic equals more money.  It's one

14   of the most damaging beliefs in this industry, and

15   although it's somewhat true, it's only true if your

16   sales and marketing process can convert that traffic

17   into sales.

18        So if you've been getting -- let's say you

19   have only been getting 15 unique visitors to your

20   website for the past day and you've been doing that

21   for the past ten weeks.  If you haven't got sales yet,

22   the problem is not a lack of traffic.  The problem is

23   your aircraft.  It's your website.  It can't convert

24   visitors into sales.

25        When it comes to making money online, this is



**PX 22**          **FTC-MOBE-000953**



1    the equation.  It's traffic plus conversions equals

2    sales, all right?  Traffic plus conversions equals

3    sales, and most people completely forget about the

4    conversion part, okay, or they think it's not really

5    that important.  And when you make that mistake, when

6    you think it's all about the engine of the aircraft

7    that's going to make it fly or you think it's all

8    about traffic, this is what happens, all right?  Your

9    website is going to crash and burn, just like

10   Langley's did.

11        So if you've been doing this for years and you

12   haven't yet got results, I'll bet that this is the

13   main reason, okay?  You're trying to send traffic to a

14   substandard website that just cannot convert traffic

15   or unique visitors into sales at an adequate rate,

16   okay?

17        What most people fail to realize is that

18   even -- you know, even if you have this website, even

19   if you were to get a thousand or 10,000 clicks by

20   tomorrow, it wouldn't really matter, because you can't

21   convert that traffic into sales, and you might get the

22   odd sale, but you've got to remember that all traffic

23   has a cost.  All traffic has a cost.

24        And I want to end a myth that a lot of people

25   perpetuate in this industry right now.  There is no

**PX 22**          **FTC-MOBE-000954**

1      such thing as free traffic.  So when you hear gurus
2      telling you about how you can get free traffic, it's
3      complete rubbish, okay?  There is no such thing.  All
4      traffic has a cost.

5           Even SEO or article marketing, they have a
6      cost, okay, and the cost might not necessarily be
7      money.  It's time.  So if you want to do something
8      like article spinning, you might think, well, that's
9      free.  I create an article.  I put it into an article
10     spinner.  I get 10,000 unique articles by tomorrow.

11          What you've got to realize is that most of
12     those articles are crap.  You can't even read them,
13     okay?  Why would you want to have that associated with
14     your brand, okay?  That's actually going to do damage
15     to your brand.  People read that and they see that
16     you're behind it and it doesn't look good.  So all
17     traffic has a cost.  There's either time or money
18     behind it.  There is no such thing as free traffic.

19          So if you are going to go out there and, you
20     know, seek traffic and spend money on traffic, which
21     you always do in the form of time or money, doesn't it
22     make sense for you to think like the Wright brothers
23     and design this aircraft first before you even think
24     about adding power to it?  Doesn't it make sense to
25     build a website that at least has a chance of

**PX 22**          FTC-MOBE-000955



1    converting visitors into sales before you go and add

2    traffic?

3            I want to give you an example.  You have all

4    heard of the dot-com bust, right?  Back in the early

5    2000s, there was a company called pets.com, and it

6    wasn't around for very long.  Now, pets.com, they

7    thought like most people in this industry do, that

8    traffic equals sales.  So they went and spent a

9    fortune on advertising.  For example, at the Super

10   Bowl, they got ads for the Super Bowl and spent

11   millions of dollars for a 30-second ad slot.

12           And what happened?  They were spending $270 to

13   get a customer, right, and they could only monetize

14   customers for about $75.  So you can see that if you

15   pay $270 to get a customer and they're only worth $70

16   to you, you are going to go broke pretty quickly.

17   Something like $300 million was invested into that

18   company, and all of it was lost, okay, because they

19   were thinking the wrong way.

20           So the question -- I want you to remember this

21   and perhaps write this down.  The question is not how

22   do I get more traffic.  The question you should be

23   asking is, how do I make more profitable sales, all

24   right?  It's not about getting more traffic.  It's

25   about making more profitable sales.

**PX 22**          **FTC-MOBE-000956**

71



1       So you start off, like I said, building that

2   structure that can actually fly, like the Wright

3   brothers did.  Once you get it so it can actually

4   glide, then you go and add the power; then you go and

5   add traffic.

6       Now, I'm talking a lot about, you know, you

7   get it to where it can fly, and you might be

8   wondering, well, what exactly does that mean, right?

9   And I'm talking about how well it converts, and there

10  is one number in your business that is more important

11  than any other number, okay, that's way more

12  important, and that number will tell you how well your

13  website can actually fly.



14      And I'll guarantee you that 97 percent of

15  people in our industry -- probably more -- have no

16  clue what that number is, okay?  And that number is

17  your average visitor value.  It's more important than

18  anything else.  It's more important than unique

19  visitors.  It's more important than average time on

20  site, average page views.  All of these numbers pale

21  in comparison next to average visitor value.

22      Now, if you have never heard of average

23  visitor value, here's what it is.  Average visitor

24  value tells you how much a click is worth to your

25  business.  It's the maximum you can afford to pay to

**PX 22**          **FTC-MOBE-000957**

72



1       get someone in front of your website before you start

2       -- well, to break even, before you start losing money,

3       okay?  And unless you know these values or this

4       number, you cannot make informed traffic-buying

5       decisions, okay?

6              So any traffic that you go and buy, even the

7       so-called free strategies -- which aren't really

8       free -- any traffic that you go and buy will be based

9       on hope, okay?  You'll be spending time or money

10      getting traffic, and you will be hoping that it makes

11      you money, and you cannot build a business based on

12      hope, okay?  It doesn't work like that.

13             So average visitor value, if you want to write

14      this down, this is how it works.  Take your gross

15      sales, okay?  So let's say we sell ten units in a day.

16      Let's say that each sale we make is worth a hundred

17      dollars.  So our gross sales for the day is a thousand

18      dollars.

19             Divide that by the unique visitors to your

20      website.  Let's say in that day we had a thousand

21      people in front of our website.  That's going to give

22      you your average visitor value.  A thousand dollars

23      divided by a thousand unique visitors gives you $1 per

24      visitor.

25             On average, that is what a visitor is worth to



**PX 22**                    **FTC-MOBE-000958**



1    your business, and that means that you can afford up

2    to a dollar to get someone in front of your website

3    before you start losing money, and yet, like I said,

4    most people in our industry, they have no idea what it

5    means.  It tells you how well your aircraft can fly,

6    that's what it tells you, before you go and add power,

7    and I want to prove it to you.

8         I want everyone in this room to be completely

9    honest with me.  If you can tell me what your average

10   visitor value is right down to the nearest cent, okay,

11   an accurate number, if you can tell me what it is

12   right now, please put up your hand.

13        (Show of hands.)

14        MATT LLOYD:  All right, Leo.  So there's about

15   150 people in this room, and we had one person put up

16   their hand, okay?  So, literally, in this room, 99

17   percent of people don't know what it is.

18        Now, this room is not exactly representative

19   of the entire internet marketing community.  You guys

20   are going to be much better than the average person

21   because of the fact that you're here, you are willing

22   to invest your money and time to get here, means that

23   this sample is -- you know, it's a much better sample

24   than your average internet marketer.

25        So what that tells us is that maybe if you go



**PX 22**                    **FTC-MOBE-000959**

74



1    to the general internet marketing community, something

2    like over 99 percent of people have no idea what this

3    number is, the most important number in your business.

4

5         And here's a quote by Rich Schefren.  Rich has

6    influenced a lot of what I do.  A question?

7         UNIDENTIFIED MALE:  Simply your scenario is a

8    break-even, so what you're saying is break-even is

9    even okay because of the value (inaudible).

10        MATT LLOYD:  You're asking me is break-even

11   okay?

12        UNIDENTIFIED MALE:  Yeah.

13        MATT LLOYD:  Yeah, break-even is good.  Any

14   time you break even -- so if you have to spend a

15   dollar to get someone in front of your website and you

16   only monetize that visitor by $1, that's -- you

17   celebrate, because even though you've made no profit

18   at that point in time, you've got a customer.  You've

19   just brought yourself a customer, and that's what this

20   business is really about, buying customers, because

21   you've got to look at the lifetime value of a

22   customer.

23        So if you have just spent a dollar, got

24   someone in front of your website, they buy a product,

25   you've made a dollar back, all right?  Well, sure, you



**PX 22**                    **FTC-MOBE-000960**



1    haven't made any profit right then, at that point in

2    time, but over the next maybe three years, you can

3    sell them lots of additional products.  So if you have

4    to spend a dollar to get someone in front of your

5    website, you know, that's perfectly fine.

6          I want to further drive this point home, okay?

7    I want to -- I want you to imagine this scenario,

8    right?  Let's pretend that I finish my presentation

9    and, you know, you're really thirsty, and you feel

10   like a Coke, all right?  So you go out and you look

11   for a vending machine to buy a can of Coke for $2.

12         You find a vending machine and you put in $2.

13   Instead of hearing the Coke, you hear change, okay?

14   All right?  You think, all right, what's going on

15   here?  You put in your hand, and you bring out $1.80

16   in coins.  So you're a little bit annoyed.  The

17   machine has just ate 20 cents of your money.

18         But you find a cheaper drink and you put in

19   your $1.80 again, except this time, again, you get

20   change, and this time it gives you back $1.60.  So now

21   you're getting a little bit more annoyed.

22         You find another drink for $1.60.  You put in

23   that change.  This time it gives you back $1.55.  This

24   vending machine is eating 10 percent of the money you

25   put in.  So for every dollar you put in, it gives you



**PX 22**          **FTC-MOBE-000961**

1    90 cents back.

2            And my question to you is, how long could you

3    stand in front of that vending machine, putting money

4    into it, before you went broke, okay?  And the answer

5    is not very long.  Actually, the mathematical answer

6    is you could stand there for infinity, because the

7    amounts would get smaller and smaller, but

8    practically, you would be out of money pretty quickly.

9    You'd be down to, like, 10 or 5 cents.  So you

10   couldn't stand there for that long.

11           Imagine another scenario.  Let's say you

12   didn't go to that vending machine.  You went to one

13   upstairs, and this one was also $2 for a can of Coke.

14   So you put in $2.  You put in $2, except this time it

15   gives you back $2.20.  So you think, all right, well,

16   maybe someone left 20 cents there, but I'm happy.

17           You put in $2.20, you order a more expensive

18   drink, except this time, it gives you back $2.40.  Now

19   you're getting pretty excited, all right?  So you do

20   it again, and this time it gives you $2.60.  Now

21   you're thinking -- or $2.65.  Now you're thinking, all

22   right, this is good.

23           This vending machine is giving you 10 percent

24   more back than what you put in it.  Now, my question

25   to you is, how long could you stand in front of this

**PX 22**          **FTC-MOBE-000962**



77

1    vending machine putting money into it?

2           UNIDENTIFIED MALE:   Forever.

3           MATT LLOYD:   Yeah, forever, and you would --

4    you'd be crazy not to stand there and keep on putting

5    money into it.   Now, let's put honesty aside and --

6    you could stand there forever, and you would get very,

7    very rich doing that, because once compound interest

8    kicked in, you'd start basically printing money.

9           Your website is either one of these two

10   vending machines right now.   The money you are putting

11   into that vending machine is like the money you are

12   spending on traffic, and as I said, all traffic has a

13   cost.   So even if you think you're doing, you know,

14   free traffic strategies, like SEO, and you think it's

15   free, it's not.   There's a cost, okay, because your

16   time has value.

17          So right now you are putting money into that

18   vending machine, and you're getting money back.   The

19   money you get out of that vending machine is like your

20   average visitor value, and what you guys have just

21   told me is that most of you don't know what you're

22   getting in return.   So the situation is you're putting

23   money into a vending machine, and you don't really

24   know how much change it's giving you.

25          Now, if I put you in front of you a faulty



**PX 22**          **FTC-MOBE-000963**

78



1    vending machine and I said, hey, keep putting money

2    into this, but I'm not going to tell you how much it's

3    going to give you back in return, how long would you

4    do that for?  Right, you wouldn't do it for that long,

5    because you'd be crazy.  You'd want to know what

6    you're getting back in return.

7        And as you just saw, most people in this

8    industry don't even know what they're getting in

9    return.  So most people, in effect, they're standing

10   in front of a vending machine, putting money into it,

11   and hoping they make a profit.

12       This is what you're aiming for.  This is what

13   I call the holy grail.  Everything you do in your

14   day-to-day operations is to get to this point.  It's

15   to get to the point where your average visitor value

16   is greater than your average cost per click.  What

17   that means is you've found a vending machine where,

18   when you put in money, you get more back in return,

19   and once you get to this level, then you can scale up.

20

21       So every millionaire in our industry, this is

22   where they're at.  They spend money on traffic, they

23   spend 90 cents on a click, and their average visitor

24   value is a dollar.  They make a profit, and they can

25   afford to reinvest that, whereas most people are



**PX 22**                    **FTC-MOBE-000964**

79



1    making a lot less than what they're putting in.

2    That's why they can't grow, okay?

3         Now, you might be wondering, well, what if I'm

4    brand new and I don't yet have my own marketing

5    funnel?  And the truth is, if you knew, at some point,

6    you do want to create your own product.  It's not

7    really an option; it's a must.  So at some point you

8    do have to craft your own marketing funnel, and in the

9    beginning, you're actually in a race against time.

10        You see, when most of us get started, we only

11   have, you know, usually a pretty small budget we can

12   put into advertising.  You're in a race to finetune

13   your aircraft, to finetune your website to the point

14   where your average visitor value exceeds your average

15   cost per click before you run out of money, and I know

16   what that's like.

17        2009, when I was still pretty new, I was

18   advertising on Google Adwords, before it completely

19   kicked us off, and I remember racking up a bill of

20   about $1,500, and I couldn't afford to pay it because

21   my average visitor value wasn't that high, so I wasn't

22   getting any money in return.

23        And I can remember, you know, Google

24   eventually coming after me, sending me legal letters

25   and -- for, like, three months, saying you better pay

**PX 22**        **FTC-MOBE-000965**



80

1    up.  Okay, so I know what that's like, and if you're

2    just getting started, that's the situation you're in.

3    You've got to finetune your website to the point where

4    average visitor value equals or is greater than

5    average cost per click, okay?

6         When you start out, expect to put more money

7    into that vending machine than you get back.  That's

8    perfectly normal, because you're still figuring out

9    what works, but as long as you're measuring, then you

10   can at least have a chance of improving it, okay?  And

11   most people, because they're not measuring, they go

12   and spend, say, $200 on Facebook pay-per-click ads,

13   and they don't make that money back, and they think,

14   okay, well, Facebook doesn't work, and they give up.

15   That's what most people do, because they are not even

16   measuring it.

17        Okay, so I've told you how important this is,

18   and now you might be wondering, okay, well, that's

19   great, how do I improve it?  The first step, okay, the

20   most important step is to start measuring.  The mere

21   act of measuring something every single day will allow

22   you to improve because, you know, as I say, what gets

23   measured gets managed.

24        Now, as we saw, most people aren't measuring

25   this, but if you start measuring this every single day



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

## PX 22        FTC-MOBE-000966

81

1     from this point on, I guarantee you that, over time,

2     it will improve, because as I said, this is the most

3     important number in your business.  If you're

4     measuring it every day, consistently working on

5     improving it, that's how you're going to grow your

6     business.

7          So the first thing I want you to do -- it's a

8     little bit hard for you guys to see this.  Let me just

9     read this out.  On the left, you have the dates.

10    Every single day we record this.  This is -- you can

11    either do this in Excel or Google Docs, okay?  I

12    prefer Google Docs because then I can share it with a

13    virtual system and they can put the numbers in.  I

14    don't have to worry about it.

15         But you can see in the left column we've got

16    new customers since yesterday, so the number of

17    customers you're getting every day.  Then we've got

18    total customers.  We've got new leads since yesterday,

19    so daily leads.  Total number of leads, total sales

20    generated, today's sales, so that's your gross sales

21    you made in the last 24 hours, and today's clicks.

22         Because you're measuring, now you're going to

23    know how many clicks you're getting to your website.

24    You take those sales for today, divide them by today's

25    clicks, that's going to give you your average visitor

**PX 22**          **FTC-MOBE-000967**

82



1    value.

2            Now, as you can see, for this particular

3    website, it's ranging from about $1.20 to about $4.22.

4    Now, what's going to happen is if we keep on doing

5    this for a month, we are going to start to notice

6    there's an average here.  Now, you can see here it's

7    something like $2.94.  That's telling us every visitor

8    we get in front of our website is worth about $2.29

9    for our business, but if you are not measuring, you

10   have no idea what this number is.

11           And then this is really important.  Once you

12   get your average visitor value every single day --

13   because now you're measuring -- plot it in a graph.



14   This is one of the most, you know, exciting

15   developments in the history of humankind, the ability

16   to display data over a period of time, the visual

17   representation of data.  It really is, because then

18   you can see the trends.

19           Now, this is only over, say, ten days, so you

20   can't really see much of a trend here, but if we

21   extended this one out 30 days, you would start to

22   notice that the average visitor value, which is only

23   the Y axis, the part sticking up, you can see it's

24   fluctuating around anywhere from 2 -- well, 3 to 4

25   dollars.

**PX 22**          **FTC-MOBE-000968**

83

1          Now, over 30 days, we would be able to see a

2     more consistent pattern, and this is really important

3     because over time you're going to notice whether

4     you're trending up or you're trending down.  That

5     means visitors are becoming more and more valuable to

6     your website over time or less, and let me tell you

7     something, your business, it's either growing or it's

8     declining.

9          It never stays in the same place, because even

10    if you are not making any changes, the market around

11    you is changing, okay?  There's new people coming into

12    this industry, new products, so it's always changing.

13    You're either getting better or you're getting worse,

14    and unless you're measuring this, you have no idea,

15    okay?

16         So now I want to show you how you can increase

17    your average visitor value by 60 percent just by

18    improving five leverage points in your business.  This

19    is basically the formula to you making money online.

20    It's leads times conversion rate.  So if you get 100

21    leads in a day and you have a conversion rate of 3

22    percent, that means that three of those 100 leads buy.

23    That's going to equal your customers, okay?

24         Frequency of transactions, how often they buy

25    from you in the next year times your average

**PX 22**          **FTC-MOBE-000969**

84

1    transaction sale.  Let's say you're selling a $97

2    product and you have a few upsells in there.  On

3    average, a customer is worth $250 to your business,

4    okay?  That's going to be your average transaction

5    value.  That's going to give you total revenue.

6    Multiply that by your margins.

7         Now, most of us in the information marketing

8    business, our margins are 100 percent.  We create a

9    product and we get to keep all of it, okay?  So it

10   doesn't really apply, but if you're promoting an

11   affiliate offer, well, then, sure, you might -- you

12   know, let's say you're promoting Jonathan's products,

13   you get paid a 50 percent margin.  You refer a sale to

14   him, and he pays you 50 percent.

15        Now, this is what you can do.  If you take

16   those five leverage points and you increase them by

17   just 10 percent, which isn't a big amount -- say

18   you're getting 100 leads, you increase that to 110.

19   Say you've got a conversion rate of 3 percent.  That

20   means three in 100 leads buy.  You increase that by

21   3.3, which is 10 percent.

22        Frequency of transactions, average

23   transactions, and so on, these five points, if you

24   increase each by only 10 percent, you actually

25   increase your profit by 60 percent.  If you go through

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000970**

1    and you do the math, it sort of compounds on itself.

2    So small, incremental changes can virtually almost

3    double your business, okay?  So you only have to

4    increase each by 10 percent.  That's not a huge

5    amount.

6         Now, you might be saying -- I know there's

7    always people who just say things like, well, I'm not

8    good with numbers.  I don't really know how to do that

9    stuff.  I'm just not good with that.  The truth is, if

10   you are going to market online and get traffic, even

11   if you're using the so-called free strategies -- which

12   aren't free because they take up your time -- you need

13   to get comfortable around these numbers.

14        You need to be able to measure them, because

15   if you -- put it this way, if you know how to track

16   your numbers, that doesn't necessarily mean you're

17   going to get rich in this business; it doesn't give

18   you an advantage.  But if you don't know how to do it,

19   that puts you at a big disadvantage, because you are

20   competing against people like me, Jonathan, you know,

21   Mike Dillard, whatever, all of those fun guys, they

22   all know their numbers, and you're competing against

23   those people.

24        So what you have got to realize is that

25   personally, I'm going to be constantly finetuning my

**PX 22**              **FTC-MOBE-000971**

86

1    aircraft, making it more and more aerodynamic so it

2    can fly better, so when I add power to it, it flies

3    even better.  I am going to keep on doing that.  And

4    if you are not doing that, well, then, that's going to

5    be a little bit tough, okay?  It's going to be a

6    little bit tough for you to grow a business.  So you

7    have to be doing this.

8         And I can say here, anyone who's ever made

9    over a million dollars in this business, I guarantee

10   you they're watching their numbers closely, okay?  So

11   if you're not watching your numbers right now, you

12   have got to turn this into a habit with you're doing

13   it every single day.  The people here, generally

14   speaking, the more money they make, the more

15   meticulous they are about the numbers.

16        I've been working with Jonathan for, I don't

17   know, like five months now, so we email each other

18   back and forth, because I'm doing his -- a lot of his

19   Facebook pay-per-click campaigns, and I've noticed

20   that, you know, he's -- he's always in the numbers,

21   and he wants to know, what are we doing to improve

22   numbers?  He's always asking me that, constantly,

23   right?  And you wonder, well, how did he sell over 12

24   million alone so far?  Well, that gives you a pretty

25   big clue.

**PX 22**          FTC-MOBE-000972



1        Now, you can see, there's a photo of me.  I'm

2    going to explain that.  In any industry, the business

3    that is most efficient at extracting value from its

4    resources -- from its resources will usually win.

5    Now, as online entrepreneurs, our resource is traffic.

6    That's what we're extracting value from.  So if we get

7    traffic to our website, we're converting that into

8    sales.

9        So in our business, the business that has the

10   highest average visitor value will win, okay?  They

11   will get the lion's share of the money to be made in

12   this industry.  I want to give you an example.

13        I grew up on a small wheat farm in Western

14   Australia, and the local town -- this is kind of like

15   the outback I guess you'd call it -- not really, but

16   it's in the country -- the local town had a -- it was

17   a very small town.  I went to the primary school

18   there, and when I was, like, seven, the population of

19   that school reached an all-time high.  It reached 52

20   students, okay?  Business was booming.

21        Now, a few years later, after I left that

22   primary school, I went off to boarding school, because

23   we didn't have high schools in the town, like two

24   years after I left, the school shut down, because they

25   got down to just two students and three teachers,



**PX 22**          **FTC-MOBE-000973**

 1    okay?  And obviously that wasn't going to work for

 2    very long.  So the school shut down, and now that

 3    town, it's basically a ghost town.  There's about 15

 4    people in the town that I live about five miles out

 5    of.  It's a ghost town.

 6         Now, what actually happened is, the reason why

 7    the population reached a boom of 52 students was

 8    because all the local farmers in the area, there were

 9    quite a few of them, and they all had kids, but over

10    time what happened is the bigger farmers in the area

11    started buying up land and pushing the smaller farmers

12    out.

13         The smaller farmers couldn't survive because

14    of economies of scale.  They couldn't -- they couldn't

15    compete.  So they had to sell out and go to the city.

16    Over time, the big farmers got bigger and bigger and

17    bigger.  So the population of kids going to that

18    school got smaller and smaller, and the motto became,

19    "Get big or get out."  You either had to expand or you

20    wouldn't survive.

21         In the automotive industry, too, if you go

22    back to the 19 -- since the 1900s, if you look in the

23    U.S. history, there has been over 2000 automotive

24    companies, so over 2000 car companies have started up

25    since 1900.  How many survive today?  There's less

**PX 22**                    **FTC-MOBE-000974**

89



1   than about ten, all right?  There's a very small

2   handful of big companies that survive.  Over 2000

3   companies have virtually gone out of business.  That's

4   the way it is in any industry, okay?  Usually a lot of

5   people flood in to the industry, and the businesses

6   that are most efficient at extracting value, they go

7   on to succeed, and the rest usually don't.

8           Like I said, as an online entrepreneur, right

9   now your resource is traffic, and whether you are

10  going to be here in five or ten years or not will come

11  down to how well you are able to extract value from

12  that traffic, how high your average visitor value is,

13  okay?  So that's why I'm really going on about average

14  visitor value.  It's -- it's everything in your

15  business.  It really is.

16          The reason is, you know, if you can't afford

17  to spend more to get traffic than your competitors,

18  you know, they -- they can, and what ends up happening

19  is that the websites that have the highest average

20  visitor value, they get the lion's share of the

21  traffic, because traffic usually flows to the websites

22  that are most efficient at extracting its value.

23          I'll give you an example.  Most of you would

24  have heard of Mike Dillard, Magnetic Sponsoring.  Did

25  you know that they get around 200 to 300 leads every

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-000975**

90

 1    single day?  And their leads come from affiliates.  So

 2    affiliates like me and many of you will send them

 3    traffic because -- the reason why we do it is because

 4    that traffic usually converts.  They've finetuned

 5    their processes so any traffic we send, it has a high

 6    average visitor value.

 7         So if they were to stop getting traffic right

 8    now, they would continue getting 200 to 300 leads

 9    every single day without even trying.  So if you can

10    get a higher average visitor value than anyone else,

11    simply create an affiliate program, and affiliates

12    like me will happily send you our traffic, because

13    that -- you know, you're going to pay us back.  But

14    you'll never get to that stage unless you can work on

15    this number.

16         Now, buying traffic, what -- let's start to

17    transition into actually buying traffic and then

18    Facebook pay-per-click.  What makes some traffic more

19    valuable than others?  Two things:  Volume of traffic

20    and quantity of traffic.  It has a lot to do with

21    responsiveness.  If you've ever heard that term thrown

22    around before, you know, how responsive is a prospect,

23    responsiveness is a measure of how often that audience

24    thinks about your particular topic.

25         So, for example, I am a very responsive lead

**PX 22**          **FTC-MOBE-000976**



1    for a marketing course, because I think about

2    marketing 24/7, all day, all night, it's really all I

3    think about.  I'm thinking about it a lot.  Now, most

4    of the people in this room, most of you are thinking

5    about entrepreneurship, marketing those things, too.

6    A lot of you think about it, some less, some more than

7    me.  So this room as a whole is a very responsive

8    audience for any marketing training.

9         More importantly is past behavior, whether

10   it's a buyer or a nonbuyer, okay?  So, for example, if

11   you gave me a choice between marketing to 100 people,

12   marketing a Facebook pay-per-click coaching program to

13   100 people who brought other Facebook pay-per-click

14   training programs before -- so that's one choice -- or

15   marketing to 2000 people who are mildly interested, I

16   would take the 100 people every single time, because

17   they have proven responsiveness.  They have proven

18   bias.  They've bought other courses related to

19   marketing.

20        On average, a buyer -- a buyer lead is worth

21   something like nine times more than a generic lead.

22   So if you can market to proven buyers who bought

23   products, you know, like what you're offering, you are

24   going to get a much higher response.  I'll give you an

25   example.  Many of you would have heard of the company



**PX 22**          **FTC-MOBE-000977**

92



1    called Groupon, the website.  Google recently made a

2    bid for $6.5 billion to buy that company.  Why were

3    they willing to pay that amount of money, $6.5

4    billion, for a company that -- it's pretty brand new,

5    it hasn't been around for that long, and the truth is,

6    quality of traffic.

7         You see, Groupon -- if you don't know it, it's

8    basically a site where you go and get deals, but all

9    the traffic that Groupon gets, that's the highest

10   grade traffic you can get.  People only go to Groupon

11   to look for deals.  In other words, they go to Groupon

12   with a credit card in hand looking to spend money.

13   Now, that's quality traffic.  That's why Google is



14   willing to pay so much money for Groupon.

15        Now, unfortunately, there is an inverse

16   relationship between targeted traffic and quantity.

17   So, for example, the more targeted traffic you get,

18   the smaller group of people you are going to be

19   marketing to.  So if you can create an offer that's

20   able to reach out to the less targeted leads or less

21   targeted traffic and it's able to convert that traffic

22   into sales, that's how you build a fairly big

23   business.  If you look at the most successful online

24   businesses, that's what they're able to do.

25        Now, I want to point something out.  Buying

**PX 22**          FTC-MOBE-000978



1    traffic -- virtually, it's buying clicks, and what you

2    have to realize is not all clicks are equal, and

3    this -- again, this is one of the most sort of

4    damaging beliefs in our industry.  It's the idea that

5    all clicks are equal, and they are really not.  So in

6    some cases, $2 clicks, people clicking on your ads and

7    costing you $2, will be worth more to your business

8    than 10 cent clicks, and the reason is based on how

9    well they convert.

10          I want to give you an example.  There's 150

11   people in this room, approximately.  Let's say I got

12   in a car and I went down to downtown San Diego, and I

13   rounded up 150 strangers off the street, and I brought

14   them here on a bus, and I put them in a room next

15   door.  Now, if I were to deliver -- to deliver a sales

16   presentation on a Facebook coaching program to you

17   guys, and then I was to go into that next room and do

18   the exact same thing, what do you think would happen?

19          In this room, I -- I haven't really sold on

20   the stage before, so I don't know if I'd be that great

21   at it -- I've sold in webinars before -- but I'm sure

22   I could get maybe 10 percent, possibly a lot more,

23   right?  But if I went to that room and I did the exact

24   same thing, I might be lucky to get, you know, 2

25   percent or less.  It's a much less responsive crowd,



**PX 22**          **FTC-MOBE-000979**

94



1    because for one, you guys -- let's be honest -- have

2    proven bias.  You're just like me.  The fact that

3    you're here now, you are going to invest more money to

4    come to this event from Unstoppable Entrepreneur, we

5    all have proven bias, whereas that crowd, they're not.

6    You know, they're just randomly chosen off the street.

7

8            And, obviously, you guys are much more

9    responsive.  You are a little bit like me.  You think

10   about this stuff a lot more, whereas that random crowd

11   they don't think about this stuff.  They think about

12   what they're having for dinner that night or their

13   jobs, okay?  They are not really thinking like we are.



14   We're a much more responsive crowd for courses on how

15   to get more traffic, okay?

16           So any clicks I got from this room, I would

17   rather have you guys clicking on my ads than that

18   crowd.  So can you see the difference there?  These

19   clicks would be worth a lot more, like a multiple,

20   maybe ten times or more, than any clicks from the next

21   room.

22           The buying cycle, this is important to

23   understand.  Every time someone buys, they go through

24   this process.  So rarely do we just decide we want to

25   buy.  Usually, the more expensive the product, the



**PX 22**          **FTC-MOBE-000980**

95

1    longer this buying cycle is going to be, and it starts

2    off usually with an awareness, then consideration,

3    then interest, preference, and then purchase, but it's

4    a series of stages we each go through.

5         You can see on the right side, anyone who's at

6    the stage on the end, they're virtually -- they

7    virtually have a credit card in hand, and they're

8    ready to spend money, okay?  So they are ready to

9    spend money, whereas someone on the left side, they're

10   just starting to get interested.  So maybe they're not

11   even at that stage yet where they're looking to spend

12   money.  Maybe they're just mildly curious.  That

13   doesn't really mean whether they're going to buy or

14   not.

15        So an example of this is buying a car.  When

16   you decide to buy a car, you rarely wake up in the

17   morning and say, "I think I'm going to buy a car

18   today."  It doesn't happen like that, right?  Usually

19   what happens is you're driving in your existing car,

20   and you start to notice, you know, it's getting a

21   little bit old, the engine doesn't sound too good, the

22   paint's fading, the air conditioner stops working, you

23   start to notice all these little flaws, and you start

24   to entertain the idea of getting a brand new car.

25        So you start to think about it more and more.

**PX 22**                    FTC-MOBE-000981

1    You're becoming more and more responsive.  So at first

2    you might think about it twice a week, and then over

3    time, you're thinking about it every single day.

4    You're advancing along that buying cycle, okay?  So

5    you are going through this process, awareness,

6    consideration, preference, okay?  So you start to

7    think, all right, I'm going to go get a new car or I'm

8    going to start looking.

9         You go to a car yard.  You start to narrow it

10   down to the make, to the model, to the year, and then

11   at the end, you're ready to virtually buy.  At the

12   very end, you're -- you know, you're going to Google

13   and you're typing in something like, "Ford Falcon 2003

14   secondhand, buy now," something like that.  Your

15   search gets more and more specific.  So that's usually

16   the process that people go through.

17        What I want you to understand, this next

18   thing, this is -- this is something that I heard or I

19   learned from Daegan Smith, a marketer I really

20   respect.  I heard this last year, and it always stood

21   out in my mind.  If you're going to go and buy

22   traffic -- and as I said, all traffic has a cost, so

23   any time you get traffic, you are essentially buying

24   it -- you're either doing one of two different things.

25

**PX 22**          FTC-MOBE-000982

97



 1          You've got fixed-cost advertising or you've

 2     got performance-based advertising.  Now, fixed cost is

 3     when you outlay an amount, okay, so you pay up front,

 4     and then any response you get after that, you know,

 5     you're not really paying for that response.  You've

 6     already outlaid your money.

 7          So an example, let's say you place a banner ad

 8     on a website.  You're going to pay that website up

 9     front.  Then they'll show your banner ad for, say, 30

10     days.  That's an example of fixed cost.  Or another

11     example, you place an ad in a newspaper, so you pay

12     the newspaper in advance, or if you do an ezine solo

13     ad, you pay someone to send out an email to their list

14     promoting your site, you usually pay in advance.

15          Now, I want you to write this down.  Your only

16     goal with fixed-cost advertising is to maximize

17     response.  That's your only goal.  You want as many

18     people clicking on your ads as possible, okay?  Now,

19     performance-based, slightly different.  Performance-

20     based advertising, this is where you pay every time

21     someone takes an action.  So, for example, Facebook

22     pay-per-click or any pay-per-click, every time someone

23     clicks on your ad and there's an action, you pay for

24     that.

25          You might pay 20 cents a click, you might pay

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000983**



1    $1.50 a click, but every time someone takes an action,

2    you're paying for it.  The same with CPA, cost per

3    action, a little bit more advanced, or pay per view,

4    PPV, those sort of things are pay -- they are

5    performance-based advertising.  Every time someone

6    takes an action, you pay.

7         Now, in this case, your objective is not to

8    maximize response, because if you're doing

9    pay-per-click on Facebook, if that was your goal, to

10   maximize response, you -- like I said, you could get

11   10,000 clicks or 10,000 people in front of your

12   website by tomorrow, if you were willing to pay for

13   it.  You would have a very big bill.  So if your goal

14   is to maximize response, you would go broke very

15   quickly.

16        Instead, with performance-based advertising,

17   your goal is to get the most targeted response.  So

18   you can see the buying cycle there, and at the very

19   end, when people are virtually ready to buy, credit

20   card in hand, these are the prospects that you're

21   targeting.  You're paying every time they take an

22   action.  So you don't want people clicking on your ads

23   who aren't good leads, who aren't going to convert.

24        Why would you want to pay a dollar to have

25   someone click on your ad, put them in front of your



**PX 22**          **FTC-MOBE-000984**

99



1    website, who have no interest in what you're offering?

2    You'd go broke very quickly.  So any time you do

3    performance-based advertising, that's your objective.

4         Now, before we get into pay-per-click on

5    Facebook, I want to just talk about pay-per-click on

6    the search engines very quickly.  It's important you

7    understand.  A Facebook pay-per-click, the biggest

8    mistake people make is thinking of it as if it's like

9    pay-per-click on the search engines, like Google

10   Adwords, and it's not.  It's entirely different.  You

11   see, on the search engines, let's say, you know, if we

12   go back in time about five years when home business

13   entrepreneurs were still allowed on Google, what you

14   might do is you would be advertising based on

15   keywords.  So any time someone types in a keyword that

16   you're bidding on, your ad would actually show.

17        So if they type in something like "start an

18   online business," you might bid on that key word, so

19   Google would show your ad based on that keyword.  Why

20   is that so important?  Well, one of the best

21   direct-response marketers who ever lived, Robert

22   Collier, this is what he had to say:  "Always enter

23   the conversation taking place in your customer's mind

24   or your prospect's mind."  So in everything you do

25   when marketing -- your ads, your lead capture page,



**PX 22**        **FTC-MOBE-000985**

100



1    your sales video -- essentially what you're doing is

2    you're echoing back their conversation to them.  You

3    use their language.  You talk to them just how they're

4    talking to their -- to themselves in their head.

5    That's how you're going to get the highest response.

6         Based on the keyword that they type in, you

7    can tell where they're up to in that buying process.

8    You can tell whether they are just starting to get

9    interested or whether they are at the last stage where

10   they're searching, with credit card in hand, and

11   they're ready to buy.  Based on that keyword, you

12   could get a very good idea of what's going on in their

13   mind, okay?  And that's priceless.

14        Facebook, it's different.  With Facebook,

15   we're targeting people based on their likes.  So when

16   you're on Facebook and you click on "like," you know,

17   if you like someone's fan page, you're saying you like

18   that, and Facebook records that, and then advertisers

19   like you and me come along, and we have our ads shown

20   to people based on their likes.  So if someone likes

21   Jonathan Budd -- he's got, like, 30,000 fans -- if

22   someone clicks on "like Jonathan Budd," if we want, we

23   can target his 30,000 fans by having our ads shown to

24   all the people who clicked on "like" for Jonathan

25   Budd.



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000986**



101



1           Now, a "like" -- think about that, when

2       someone clicks on the "like" button, it's not a very

3       big commitment, okay?  It's not a very big commitment.

4       Maybe they were just clicking on "like" to get the

5       lead magnet, whatever was being offered.  So what that

6       means is that all the clicks you buy on Facebook,

7       generally speaking, they are going to be much less

8       responsive than the clicks you could potentially get

9       on, say, Google Adwords, pay-per-click on Google.

10           Now, if you gave me a choice between buying

11      clicks on Google Adwords and buying clicks on Facebook

12      pay-per-click, and they were the same price, I would

13      happily take the clicks on Google Adwords every day of

14      the week, and the reason is, based on the keyword, I

15      can get information about what they're thinking at

16      that point in time.  Now, Facebook, I can get a lot of

17      demographical information -- age, sex, location --

18      however, like Robert Collier said, you want to enter

19      the conversation going on in their mind.  So I would

20      much rather know their thoughts than where they live

21      and what their age is.

22           So you might be wondering, well, what's --

23      what's the big deal about Facebook pay-per-click if

24      it's not as good as pay-per-click on the search

25      engines?  And there's two things.  Number one is



**PX 22**                    **FTC-MOBE-000987**

102



1    volume.  There's a lot of traffic on Facebook.

2    There's something like 680 million users.  By next

3    year, it's estimated there will be 1 billion users.

4    So there's a ton of traffic there, and people spend

5    more time on Facebook than they spend on the next four

6    largest sites combined.  So people spend a lot of time

7    on Facebook.  The internet is virtually becoming

8    Facebook.  When people go on the internet, usually

9    they're going on for Facebook.  It's everything.

10          And the second big opportunity is it's still

11    very cheap traffic.  You see, the clicks that you buy

12    on Facebook, they don't yet truly reflect the market

13    value of those clicks.  They don't, not yet, but they

14    will.  So the window of opportunity, it's constantly

15    getting smaller and smaller and smaller, right?  What

16    happens is whenever there's a new media source, what

17    you've got to realize is that they all go through this

18    process -- I'll give you example, okay?

19          Whenever there's a new media source and you

20    can buy advertising, traffic usually starts off very

21    cheap, because the people selling that space, like

22    Facebook, they don't yet truly know what that space is

23    worth, right, because we haven't found that out

24    through supply and demand yet.

25          I'll give you an example, infomercials.  If



**PX 22**            **FTC-MOBE-000988**

103

1    you go back to the seventies or eighties, I think it

2    was, infomercials were still very brand new, and there

3    is two marketers, John Carlton and Gary Halbert --

4    Gary Halbert is no longer alive -- but two very good

5    marketers.  What they would do is back in those days

6    is they would shoot an infomercial, they would film

7    it, you know, like at home or in their little studio,

8    and they would go and put that on the TV networks that

9    night, because the TV networks didn't realize the

10   value of that time.

11        The TV networks thought, well, no one's

12   watching TV from midnight to 5:00 a.m., so we will

13   virtually give that space away, and that's what they

14   were willing to do.  They were willing to give it away

15   for very cheap.  So marketers like John Carlton and

16   Gary Halbert, they could easily afford to rent that

17   space and show their infomercial.

18        They'd put up an infomercial.  If it didn't

19   make sales, they would simply go and reshoot it the

20   next day, and then they would put it on that night and

21   see if they made any money.  Now, if you fast-forward

22   to today, now it's a very different story.  If you

23   want to get into the infomercial marketing business,

24   you've got to have millions of dollars usually just to

25   get your foot in the door, you've got to have a very





104

1    high converting offer, and now it's an industry

2    dominated by multibillion dollar companies like

3    Guthy/Renker, okay?

4        You can't just go and get into that industry,

5    and the reason is the TV networks soon figured out

6    that, in fact, there were people watching from the

7    hours of midnight to 5:00 a.m., and they were buying.

8    So that space had much more value than they were

9    charging, and they put up their prices, and that drove

10   all the small-time entrepreneurs out, and the

11   companies that knew what they were doing got bigger

12   and bigger and bigger, just like the farming industry,

13   okay?

14       Google, back in its early days, on

15   pay-per-click, was essentially the same.  Anyone could

16   get involved.  Clicks were very cheap.  But what

17   happened over time?  They got more and more expensive

18   because Google realized that those clicks that they

19   were selling for 20 cents were actually worth more

20   like a dollar, and the best marketers or the best

21   online businesses, they had a higher average visitor

22   value than the others.  They were willing to pay more.

23   They were willing to pay 50 cents if their average

24   visitor value is a dollar, because they're still

25   making a 50 cent profit.

**PX 22**        **FTC-MOBE-000990**

105

1          This is what happens.  This is the U.S.

2     cost-per-click over the past -- and this is from 2003

3     to 2009.  What do you notice?  It's getting more and

4     more expensive.  Why?  Because the online businesses

5     that are better at extracting that value, that have a

6     higher average visitor value, they're willing to pay

7     more for those clicks.  Prices go up.  The small-time

8     players get pushed out, okay?  That's what happens.

9     The same with the infomercials, the same -- the same

10    with everything.

11         Now, right now, Facebook pay-per-click, it's

12    still quite cheap.  So if you are not doing it yet,

13    there is still a big opportunity to start doing it.

14    However, what's going to happen is 10, 20 years from

15    now, you're going to be sitting there with your

16    grandchild sitting on your lap, and they will ask you,

17    you know, "Pop, were you there back in the Facebook

18    pay-per-click days," or whatever?  And are you going

19    to say, "Yes, son, I was, and I made a fortune, I made

20    millions," or are you going to say, "No, I wasn't,"

21    and you are going to look back and regret it.  So I

22    will guarantee you that five, ten, twenty years from

23    now, you know, you are either going to look back with

24    regret or you are going to look back and say, "I got

25    in at the right time."



**PX 22**          **FTC-MOBE-000991**

106

1          It happened with Google Adwords.  It happens

2     with virtually every new media.  It starts with being

3     quite cheap.  Prices soon go up, okay?  So if you're

4     not on Facebook right now, you're really -- this is

5     the time to get in, all right?  As I say here, prices

6     of clicks, they will rise to match the value that can

7     be derived from those clicks.

8          So if Facebook is selling clicks right now for

9     50 cents and I have an average visitor value of 75

10    cents, well, I'm willing to pay up to 75 cents for

11    those clicks, whereas if you only have an average

12    visitor value of 20 cents, you might go on Facebook

13    for a week, lose money, and say, "Okay, that doesn't

14    work.  But I'll keep on doing it, and I will push up

15    the prices."  So can you see how that works?

16         Now, all right, let's get started on Facebook

17    pay-per-click, and just very briefly, if you have

18    never done pay-per-click before, I just want to bring

19    you up to speed and just tell you the basic terms.

20    First you've got CPC, which is cost per click.  Every

21    time someone clicks on your ad, your credit card is

22    going to be charged, all right?  That's what cost per

23    click is.  If you get 100 clicks in a day and those

24    clicks are a dollar, all right, well, then, that's

25    $100 a day you've spent on advertising.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          FTC-MOBE-000992

107

1          Your bid, this is how much you're willing to

2     pay for a click.  So when you place your first

3     advertisement on Facebook pay-per-click, you are going

4     to tell them, "I am willing to spend this amount on a

5     click."  Your bid really matches what you actually

6     pay.  It's kind of like an auction.  If you buy a

7     house, you might be willing to pay, I don't know,

8     $250,000 for it, but based on the other people in the

9     room, maybe you only have to pay $200,000.  So your

10    bid does not necessarily mean how much you're going to

11    have to pay.

12          Impressions, an impression is every time your

13    ad is shown, okay?  Now, the key word there, "shown,"

14    does not necessarily mean seen.  So your ad might be

15    shown 10,000 times in a day, but maybe -- maybe only

16    500 people actually see it or notice it and less even

17    click on it.  That's impressions.

18          Now, if you take clicks and you divide them by

19    impressions, let's say you get -- let's say you get

20    100 clicks in a day, and you get 10,000 impressions.

21    You would take 100 clicks, divide it by 10,000

22    impressions, and that would equal a click-through rate

23    of 1 percent.  What that tells us is that, on average,

24    for every 100 times that our ad was shown, at least

25    one person clicked on it.  That's your click-through

**PX 22**          **FTC-MOBE-000993**

108

 1     rate.

 2            CPM is essentially cost per 1000 impressions.

 3     "M" is the Roman numeral for 1000.  So you can either

 4     choose to pay cost per click, which is -- you know,

 5     you pay every time someone clicks on an ad, or you can

 6     pay cost per 1000 impressions.  When you get started,

 7     usually I recommend cost per click.

 8            Now, very quickly, I just want to show you, if

 9     you've never placed an ad before, here's how to do it

10     in three easy steps.  Log into your Facebook account.

11     In the left, on the menu, you are going to see "Ads."

12     Simply click on that.  In the top right, you will see

13     "Create an ad."  Click on that.  Then, this is where

14     you are going to put in your ad, and you'll notice

15     it's got "URL" -- that's a fancy name for website --

16     "title," so you've got -- you've got, like, 25

17     characters, I think, or it might be 35, 25 characters

18     for your title.  That's like the little headline of

19     your ad.  You have got 135 for your body, and that's

20     like three or four lines in the actual body.  And then

21     you've got the image.  So, with Facebook, it's not

22     just words.  It's actually an image, too.  So you

23     simply get the image, save it on your desktop, and

24     upload it.  And that's as easy as it is.

25            Next we have targeting, okay?  This is -- this

**PX 22**