109



```
 1    is you choosing who you want to display your ads to.

 2    So you would go to country.  Usually, if I'm marketing

 3    an offer, usually I just do U.S., Canada, Australia,

 4    and the UK, okay?  You can experiment with that, but

 5    if your -- you want to market your offer to people who

 6    speak the same language of your offer.  So obviously,

 7    you know, you don't want to go marketing to someone

 8    who can't even read your website, all right?  So you

 9    want to put some thought into that.

10            You've got age, gender, but the part I want to

11    show you is interests.  This is the most important

12    part.  This is where you're going to specify who you

13    show your ads to based on their likes.  So let's say

14    that I'm brand new to Facebook and I see Jonathan

15    Budd's fan page and I click on "like," and then you

16    come along and you choose Jonathan Budd.  You put

17    Jonathan Budd in the interest, and what that means is

18    because I'm a fan and I'm interested in Jonathan Budd,

19    because I've clicked the "like" button, your ads could

20    be potentially shown to me.

21            So interest is kind of like keywords on Google

22    Adwords, pay per click on Google, that's the closest

23    you get.  So interest gives you an insight into what

24    they're thinking in their minds.  As I said, that's

25    far more important than any demographics like age,
```



**PX 22**                    **FTC-MOBE-000995**

110



1   sex, location, okay?  It's much better to know what

2   they're thinking in their minds.  Interest, that gives

3   you the best clue.

4        Then we've got work places, and I just briefly

5   want to talk about this.  If you're in the home

6   business industry, what you can do to get more

7   targeted clicks is you can -- for work places, let's

8   say you want -- you're selling a course like the 7

9   Figure Networker, right, you're promoting something to

10  people in the home business industry, you can go to

11  work places and you can actually type in a network

12  marketing company, like Amway, Jubilee, ACN, whatever,

13  because when people go to Facebook, they can choose to

14  list their employer.

15       Now, let me ask you, what do you think would

16  be a better lead?  Would it be someone who's said they

17  work for Amway or someone who says they like Amway?

18  It's going to be someone who works for Amway, because

19  someone might be using, you know, Amway face cream or

20  toothpaste or whatever they sell, and they might like

21  that product, so they might click on "like" for Amway.

22  That does not necessarily mean that they are

23  interested in our industry.

24       However, if someone said they worked for

25  Amway, that tells you that there's a very good chance



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-000996**

111



1   they're a distributor, they're actually in this

2   industry, okay?  So that's going to be a much more

3   responsive lead than someone who just clicks on

4   "like."  It's a much bigger commitment to say you work

5   for a company than to just say you like it, okay?  So

6   that's how you can get more targeted clicks.

7          Pricing, this is where you are going to bid

8   for your cost per click.  Facebook, they are going to

9   give you a suggested bid.  So they might say 75 cents

10  to $1.50.  Usually what I do is I will bid 10 percent

11  higher than the lower bid rate.  So if they say 70

12  cents, I'll bid something like 77 cents.  Like I said,

13  your bid does not necessarily match what you pay.  So

14  if your bid is, like, $2, it doesn't mean you are

15  going to pay $2 per click.  It just means, you know,

16  that's your bid, and you're telling Facebook what

17  you're willing to pay for that space.  So that's how

18  you do it.

19         Now, writing ads, people often -- you know,

20  most of you will know the importance of split testing,

21  having two ads run at the same time, and you might be

22  wondering, well, how do I split test?  Like, do I

23  write two ads and just have slightly different words

24  or do I write two completely different ads?  How do I

25  test?  I want to show you how to do it.



**PX 22**                    **FTC-MOBE-000997**

112

1           There's four levels at which you can write

2      your ads, okay?  So it starts off level four, and this

3      is the main idea of your ad.  Level three, you are

4      going to change up the order, so you put like

5      sentences in different orders in that little body copy

6      of your ad.  Level two, choose different words.  Level

7      one, that's where you really finetune that ad.  You

8      change punctuation, okay?

9           Now, as I said, body copy, it's 135

10     characters.  Headline is like 25 characters.  Your

11     image, you get -- you want to write this down -- you

12     get 120 pixels by any pixels.  Those are the

13     dimensions of your image.  You want to take up all the

14     space that they give you for your image.  I'll explain

15     why in just a moment.  To do that, go to a site called

16     picresize.com, upload your image, and then you can

17     simply resize it to fit those exact dimensions, so

18     when you place your Facebook pay-per-click ad, your

19     image fits nicely in that little space.

20           Now, here's what I do when I'm writing out

21     ads, and here's what I want you to do.  Start out by

22     writing 30 different ads for your offer, 30, because

23     the first ads that you write usually aren't that good,

24     right, because you're just getting warmed up, but as

25     you write 10, 20, so on, they get better and better.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000998**

113



1    You start to get a little bit more creative, approach

2    it from different angles, and they get to be better

3    ads.

4         Choose your top three, and for each of those

5    three ads, you have three different images, okay?

6    Three different images.  I want to show you, this is

7    level four.  So level four is where you have -- you're

8    testing the main offer or the main message, okay?  So

9    I hope you can see that.  Basically, I've got two ads

10   here.  They aren't the best ads.  I write these ads,

11   and to be honest, I -- I ripped off Frank Kern, so

12   they are -- you might have noticed that they are

13   exactly the same as Frank Kern's, but anyway, I just

14   want to show you this as an example.

15        So two different ads.  These are going to the

16   site webinarconferencecalls.com, and this is -- this

17   is something really exciting we've been working on,

18   okay, for the past few months.  If you haven't seen

19   that site, webinarconferencecalls.com, we believe this

20   is the future of this industry.

21        But anyway, I have got two ads, and you can

22   see they are very different ads.  They have got

23   different images.  One, I'm Jonathan looking serious.

24   One, I'm Jonathan flying in his car.  They have got

25   red borders, different headlines.  "Jonathan is live



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-000999**

114



1     tonight," and the other is "Marketing step by step."

2     These are sending people to a website with a perpetual

3     webinar.  It's like a live event that plays every

4     single night.  It's actually a recording, but it feels

5     like a live event, event-driven marketing, okay?  So

6     this is what we're doing.

7          Now, on the left, you can see it says,

8     "Highest paid 20-something-year-old internet marketing

9     consultant is hosting a free webinar for internet

10    marketers.  Register for free."  On the right it says,

11    "Tonight, I'll be sharing with you, step by step, how

12    to get a ton of leads.  This free live training is

13    going to rock.  Register now."  You can see they are

14    two very different messages, and this is level four,

15    and this is where you start off.

16         Now, level three, this is where you're going

17    to change around the orders of the words.  So on the

18    left, you can see we've still got that same ad,

19    "Jonathan is live tonight," and on the right, all

20    we've done is we've switched the order, so instead of

21    starting off by stating the benefit, we have the call

22    to action at the front.  So we have, "Register for

23    tonight's free webinar."  Instead of having that at

24    the end, we've switched that to the top.  We've just

25    changed the order of the sentences.



**PX 22**          **FTC-MOBE-001000**

115



1          Now, usually what you want to do is you want

2     to have a benefit first, you know, what they are going

3     to get and how that's going to help them, and then you

4     have the call to action.  So this ad on the right

5     usually wouldn't beat the ad on the left, but we're

6     just testing the different order.  That's level three.

7     So you're simply changing the order of sentences

8     around.

9          Now, level two, this is where you're going to

10    start really finetuning it.  So you can see here all

11    I've done.  I've still got that ad on the left,

12    exactly the same, but the ad on the right still says

13    "Jonathan is live tonight," but on the right it says,

14    instead of "highest paid," it says "top-earning."  I'm

15    using different words.  Instead of "internet marketing

16    consultant," I've got "network marketing strategist,"

17    okay?  Instead of "is hosting a free webinar," I've

18    got "is teaching a free online workshop."  Instead of

19    "Register for free," I've got "Register now, it's

20    free."  So it's exactly the same message, but we have

21    just changed to different words, and this can make a

22    huge difference.  Just changing words in your ad can

23    make a huge difference to what you pay, okay?  So

24    we're starting to finetune this ad a little bit more.

25          Level one, it's exactly the same ad.  All



**PX 22**                    **FTC-MOBE-001001**

116



1    we've done is we've got "LIVE," in all capitals, so

2    now this is where all we're doing is changing

3    punctuation really, that's all we're doing.  We're

4    adding in commas, exclamation marks, capital letters,

5    et cetera.  So we've got here every single word has a

6    capital letter at the start.  That's what we're doing.

7    These two ads, they're exactly the same.  Some have

8    capitals and some don't, but you would be surprised at

9    how different a response they get, but now we're

10   really refining this ad.

11        Now, if you're putting an ad up for the first

12   time, you don't ever start off at this level.  So you

13   don't ever write two ads and have them exactly the



14   same and just make very small finetuning adjustments

15   like I've done here.  Instead, start off at level

16   four.  Have them be a completely different message,

17   see what works, and then finetune them, okay?

18        Now, getting cheap clicks by maximizing

19   click-through rate.  Facebook, they want you to have a

20   high click-through rate.  So, again, click-through

21   rate is clicks divided by impressions.  It's basically

22   how many people click on your ads.  The reason why

23   they want to maximize it is because they're

24   essentially renting you space on Facebook, and they

25   want to make the most money they can for that space.

**PX 22**                    **FTC-MOBE-001002**

1    So if you have a terrible ad and no one clicks on it,

2    they're not making much money.  So they are going to

3    punish you if it you have a poor ad by charging you a

4    higher cost per click, but if you have a good ad that

5    a lot of people click on and you have a high

6    click-through rate, they will reward you by giving you

7    cheaper cost per clicks.

8         Now, just so you know, if you have a

9    click-through rate of above 1 percent, you're doing

10   very, very well, okay, and that will usually give you

11   fairly cheap clicks.  So what that means is, on

12   average, more than one people for every 100 times your

13   ad is shown are clicking on your ad.  Click-through

14   rate of above 0.5 percent to 1 percent, that's okay,

15   that's acceptable.  A click-through rate of less than

16   0.1 percent, that's shocking, okay?  So you are going

17   to get high cost per clicks for that, okay?  So you

18   have got to make your ad so it stands out.

19        Now, you can see an image there.  That's a

20   screenshot of Facebook, and that's actually what you

21   call a heat map, and what these crazy scientists do is

22   they attach these devices to these people who look at

23   Facebook, and they -- they do it a few hundred times,

24   and this tells us where their eyes usually are looking

25   on Facebook.  You can see in the top left sort of

**PX 22**          **FTC-MOBE-001003**

118



1    corner, in the "Status Updates" area, that's where

2    most people are looking when they're on Facebook.  On

3    the right side, you can see hardly anyone's looking

4    there.  That's where your ad is.  So your ad, they are

5    not looking at that part of the screen.  You have to

6    get their attention.

7         The way you do that, one of the easiest ways

8    is to change your image.  Now, some experts say that

9    the image accounts for up to 40 percent of the

10   response for your ad.  So just having a different

11   image can make a huge difference.  Some tips, what you

12   can do is you can use a bright red or yellow or pink

13   or whatever fluorescent border around your image,

14   okay?  So you put a very bright border around it, and

15   it stands out a lot more.  Don't be boring, okay?

16   That's the biggest sin in marketing, is to be boring,

17   so don't make your ad boring.  Don't have an image

18   that blends in with the background, because no one's

19   going to click on it.  You're going to have a low

20   click-through rate, and, therefore, Facebook, they are

21   going to really penalize you by charging you a very

22   high cost per click, okay?

23        Use images that are relevant to the fan page.

24   So, for example, if I'm marketing to MLM companies,

25   usually what I do -- it's a little bit cheeky, and I'm



**PX 22**            **FTC-MOBE-001004**

119

1     not sure what the legal things are -- but I will

2     usually use the logo of that company in my ad.  Now,

3     if you're in -- let's say you're in ACN and you see a

4     company ACN, the logo in your ad, that has meaning to

5     you, okay?  That has meaning to you, so you are more

6     likely to click on it.  So you get a higher

7     click-through rate, a cheaper cost per click.

8          Then you want to adjust your copy, so the

9     words in your ad.  So a big tip is to make your ad

10    specific to the page you're targeting.  Now, if I'm

11    targeting, again, the company ACN, I can have ACN in

12    the words on my ad.  So in the headline of that ad,

13    I'm going to have something like, "Are you in ACN?"

14    Just a simple question.  If I'm in ACN, that has

15    personal meaning to me, okay?  So I'm much more likely

16    to click on that.  So always get as specific as you

17    can.  Don't have generic ads.  So don't ever say

18    something like, "Are you in MLM?"  Instead say, "Are

19    you in ACN?"  It's a lot more specific.  You get a

20    much higher click-through rate, and your clicks will

21    be much, much cheaper.

22         Customize your -- each landing page.  So when

23    they click on your ad, they go to your Upton page or

24    your landing page.  Customize each one so it has

25    personal meaning to them.  So if you're marketing to

**PX 22**            **FTC-MOBE-001005**

120

1    ACN, have the name "ACN" on your landing page.  If

2    they click on your ad and they go to a landing page

3    that's generic and that's talking about MLM, you are

4    going to have a much lower opt-in rate than a landing

5    page that is specific, that's talking about ACN.

6        So that means that if you have to go and

7    create 20 different Upton pages for each company

8    you're targeting, then do it, because you're going to

9    get a much higher opt-in rate, and your cost per lead

10   will be much lower, okay?  Because essentially we're

11   not -- this isn't really about clicks.  It's about

12   getting leads.  That's what we're concerned about.  So

13   just getting someone to our site is not enough.  We

14   want them actually to opt in, to give us their contact

15   details so we can follow up.

16       Now, you can see a graph here.  This is quite

17   interesting.  This is the click-through rate of an ad

18   of ours.  You can see the click-through rate on the Y

19   axis, it ranges from zero percent up to 0.1 percent.

20   And on the X axis, you can see this is from July the

21   10th to July the 24th, all right?  It's over, like,

22   three weeks.  And you can see the click-through rate

23   starts off at about 0.06 percent.  So what that means

24   is six people for every 1000 impressions, six people

25   clicked on it.  That's your click-through rate.

**PX 22**                    **FTC-MOBE-001006**

121

1           That's where it started off, but over three

2     weeks, what do you notice?  It's going down and down

3     and down.  It's trending downwards.  That ad is

4     becoming less and less responsive because people are

5     seeing your ad, they're getting used to it, and it's

6     blending in to the background.  It's getting boring,

7     so you're getting less clicks.

8           So what you want to do is you want to change

9     up your ads often.  Usually I recommend about a week.

10    Change your ads every week, keep them fresh.  Hey,

11    you've got to keep those click-through rates up nice

12    and high.

13          Split testing ads, I want to show you two

14    ads -- now, I will admit, these are pretty shocking

15    ads.  I wrote them a few months ago, but -- they're

16    not the best ads, but the reason why I want to show

17    you this is to show you the importance of testing.

18    These are two ads getting people to click "like" on

19    Jonathan's fan page.  So they click on the page, they

20    go to Jonathan's fan page.  They are exactly the same.

21    The only difference is the image, completely different

22    images, but the rest of the ads are completely the

23    same.

24          The top one, you can see, we spent over $2,000

25    on clicks, got our 2524 clicks, people have clicked on

**PX 22**           **FTC-MOBE-001007**

122

1    that ad.  You can't really see it, but the CTR or

2    click-through rate of the top ad is 0.051 percent.  So

3    I guess what that means is, like, five in -- for every

4    10,000 impressions, five people clicked on it, okay?

5    So it's not that high.  The average cost per click for

6    that top ad is 83 cents.  Every time someone clicks

7    "like" our credit card is charged 83 cents.

8         The bottom ad, exactly the same, just a

9    slightly different image.  Instead of Jonathan in his

10   rear-vision mirror, it's Jonathan sitting on the

11   bonnet of his car.  This one, the click-through rate,

12   instead of 0.51 percent, it's 0.92 percent, almost

13   double.  Cost per click, the bottom ad is, instead of

14   83 cents, it's 61 cents.  That's a very big

15   difference.  That means that the bottom ad was, like,

16   almost 25 percent cheaper than the top ad, and that

17   can be the difference between whether you make money

18   on Facebook or you lose money.  So I just wanted to

19   point that out.  It's a very small difference, just

20   using a different image, but it makes a huge

21   difference in your response.

22        Now, split testing, okay, so if you've

23   wondered, well, how do I keep all of this organized

24   and neat and tidy?  This is how I do it, okay?  Now,

25   you can't really see that, but I'm using Google Docs,

**PX 22**        **FTC-MOBE-001008**

123

1    and if we zoom in, this is what we see.  We see I've

2    got the week, so you can see here it's the 16th of

3    July to the 23rd, seven days.  I've got the ad, so the

4    ad says, headline, "More traffic, more leads."  The

5    body says, "Bizarre video reveals single greatest

6    source of leads and how to scoop them up for pennies.

7    Enter your email to watch for free."  So that's the

8    copy of the ad.

9         Then you can see below that, I've got image

10   one, image two, image three.  So for every ad, I'll

11   show it for a week, and I want to use three different

12   images for that ad.  So I'll have that ad with image

13   one, then I'll create another campaign, same ad with a

14   different image, image two, and then, again, image

15   three.  So I'll have three versions for the same week,

16   and this one, we're targeting gurus, so you can see

17   all the MLM gurus there.

18        And then the numbers that you're seeing are

19   the average cost per click for those different ads.

20   So ad one, image one, we're targeting -- we're going

21   after Ann Sieg's followers, you'll see it's 53 cents

22   there.  These numbers are completely made up, okay,

23   but I'm just showing you this as an example.  When

24   we're targeting Daegan Smith, ad one, image one is 24

25   cents.  This is after a week.  So I'm having my

**PX 22**                    **FTC-MOBE-001009**

124



1    virtual system log into my Facebook account and find

2    the average cost per click.  Ad one, image three has a

3    different cost per click, same ad, different image.

4    At the end, we're going to record what was the winner,

5    which ad got the cheapest clicks.

6         I don't know if you can see that, but you can

7    see most of them have ad one, image three.  That tells

8    us that the ad with the third image is giving us the

9    cheapest cost per click.  That's how we find the

10    winner.  So, again, you want to have this in your

11    little spreadsheet.  You don't necessarily have to do

12    it.  You can find an assistant in the Philippines,

13    just like I have, $2 an hour, you can have them on a

14    part-time basis, so, you know, $4 a day, not exactly

15    much, but they can go into your Facebook account and

16    put in your numbers for you.

17         Now, organizing campaigns and ad groups.  So

18    if you're just getting started, you can -- you can

19    literally end up having hundreds of ads, and if you've

20    ever wondered, well, how do I keep this all organized

21    and not confuse myself?  I want to show you how I do

22    it.

23         First off, when I say campaigns, I'm talking

24    about groups of related fan pages.  So let's say we're

25    promoting Jonathan's 7 Figure Networker.  One of our



**PX 22**               **FTC-MOBE-001010**

125



1        groups that we can target are MLM gurus.  So all the

2        fans of MLM gurus are likely to be good prospects for

3        our course.  Another campaign could be MLM companies,

4        okay, we can actually go out to the distributors, or

5        it could be MLM systems, like My Lead System Pro, we

6        can target all their fans, all right?  So that's how

7        you -- that's what campaigns are.

8                And then you're going to have all of your ads

9        in the campaigns.  So we have a campaign for MLM

10       gurus.  If you click on that campaign, you might see

11       100 different gurus, and we're targeting all of their

12       fans, okay?  So usually that's how I do it.

13               Now, I just want to point out, submitting ads



14       is not something that you want to be doing.  Like, if

15       you've never done it before, well, then, sure, do it

16       for two or three days, learn how it works, but you

17       want to outsource that fairly quickly, because that's

18       very low leverage manual labor.  You don't want to be

19       doing that yourself.  Instead, you want to outsource

20       that, just like I said, find an assistant -- I highly

21       recommend the Philippines -- and right now I have two

22       assistants, $2 an hour, and that's all they do all

23       day.  They submit my ads.

24               Now, what I do is I write the ads, I choose

25       the images, and I target the fan pages.  That's the



**PX 22**                    **FTC-MOBE-001011**

126



1      high leverage activity, but manually typing in the

2      ads, that's a low leverage activity, and the reason is

3      a lot of your ads will get disapproved, okay?  That's

4      just the fact of life on Facebook.  A lot of your ads

5      get disapproved because Facebook have very arbitrary

6      rules for what they let through and what they don't.

7           So usually I'll submit an ad three times, and

8      if it gets rejected three times in a row, then I will

9      change it, okay?  And Facebook, they're actually --

10     you have got to be a little bit careful.  They are

11     actually cracking down on accounts right now.  I had

12     mine deleted or blocked initially about three days

13     ago, so if you're -- it's not a big deal, I have just

14     got to create another account and start doing it

15     again, but if you are submitting ads and they are

16     constantly getting disapproved, be a little bit

17     careful, okay, because right now, like I said, they

18     are cracking down on accounts, and they can actually

19     disable your account.  It's not a big deal.  Just go

20     and create another one and just start again, okay, and

21     you just change your approach.

22          Now, so this is how I do it.  MLM companies,

23     like if I'm marketing -- let's say we're marketing the

24     7 Figure Networker, you can see here I've got three

25     fan pages for three different companies.  We've got



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001012**

127

1    Herbalife, Jubilee, ACN, there's a lot more, okay?

2    There's potentially hundreds of different MLM

3    companies you could target.  So all of these fan

4    pages, we would have one ad per company, so when we

5    write an ad and we get down to the likes and

6    interests, you only ever put one fan page.  So don't

7    put ACN, Amway, Jubilee, et cetera, all in the same

8    ad.  That's untargeted.  Write one ad per company, and

9    put the company name in your ad if you can, make it

10   more specific, you'll get a higher click-through rate,

11   cheaper clicks.

12        MLM gurus, so if you want to you could target,

13   you know, Jonathan Budd's followers, Mike ██████, Ann

14   ██████, Denny ████████ lots of them.  MLM systems, okay,

15   so you could target all the fans of Magnetic

16   Sponsoring, My Lead Assistant Pro, et cetera.  This --

17   I'm just showing you this so you know the structure of

18   campaigns.

19        Now, this next part, this is really important.

20   This is -- if you understand this, this will make your

21   job a lot easier on Facebook.  This is what is called

22   turn-the-corner marketing.  See, what you have to

23   realize is that if you're marketing to people based on

24   the likes they've clicked, clicking on "like" doesn't

25   tell us where they're up to in the buying cycle.  For

**PX 22**          **FTC-MOBE-001013**

128



1    example, if a -- if someone clicks on "like Jonathan

2    Budd," maybe they're just getting interested in that

3    industry, but they're -- you know, they're standing on

4    the sidelines.  They're not really looking to spend

5    money yet, but then again, maybe they have got a

6    credit card in hand and they are actively looking for

7    products to teach them, you know, something like

8    Facebook pay-per-click marketing.  So they see

9    Jonathan's course, Get Traffic 3.0, and they're ready

10   to buy.

11        So anywhere -- anyone who clicks on "like,"

12   you don't know where they're up to in the buying

13   process.  The truth is they could be anywhere at any

14   of these different stages.  That's part of the reason

15   why Facebook pay-per-click traffic is a lot less

16   responsive than the traffic you could get on the

17   search engines when you could still do pay per click

18   there.

19        So what this means is that a lot of people who

20   click on your ads, you're essentially interrupting

21   them, and they're not actively looking for your

22   solution.  What that -- what that means to you as a

23   marketer, what you have to do is you have got to point

24   out that problem, and then the second step is, you

25   have got to agitate that problem.  This might sound



**PX 22**        **FTC-MOBE-001014**

129



1     like manipulation, but, look, if you have a great

2     product, it's your responsibility to do everything you

3     can as a marketer to get it into their hands, all

4     right?  So we have a problem.  We agitate.  There's a

5     solution.  So you can see that those circles there,

6     that represents targeted traffic right in the center,

7     and then you've got less and less and less targeted

8     traffic.

9           Someone clicking on a "like," as you can see,

10    they could be anywhere within those rings.  So your

11    marketing must be able to point out the problem,

12    agitate that problem, and then offer the solution.  An

13    example, I've got a course called "How to Build a

14    Funded Proposal" for network marketers.  It shows

15    network marketers how to create their own sales funnel

16    and then how to actually get leads, sell a front-end

17    product, and then use those new customers as your

18    prospects for your network marketing company.

19          Now, it's called "How to Build a Funded

20    Proposal."  If I go and market that to people who are

21    fans of, say, ACN or Amway, the truth is 99 percent of

22    them have no idea what a funded proposal is, so that

23    has no meaning to them, and they have no motivation to

24    get a funded proposal.  So instead what I do is I

25    point out the problem first.  I tell them that, look,



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001015**

1    if you're going to continue in this industry, doing

2    the old -- doing it the old-fashioned way, approaching

3    friends and family, that sort of thing, here's what

4    you've got to look forward to.

5         I tell them my story.  I tell them how, in

6    2008, at age 22, I got into this industry.  I invested

7    in a top tier company $38,000 of my life savings,

8    pretty much everything I had ever saved up, and then I

9    tell them how I went full-time, and for the next nine

10   months, I did not get one sale working full-time.  So

11   I had nothing coming in.  I was constantly pouring

12   money out.  I tell them how bad that was.  You know, I

13   tell them how, you know, I went through depression for

14   a while and just, you know, having friends and family

15   think it's a big joke.  All of my money was in this

16   company.  I tell them really how bad that was.

17        And then I tell them this is what you

18   potentially have to look forward to, okay?  If you're

19   not doing -- if you're not using a funded proposal to

20   get targeted prospects from your business, you're

21   likely going to be like most people in this industry

22   who approach friends and family and just never really

23   get anywhere.  So I'm pointing out the problem, but

24   I'm also pointing out the consequences of that

25   problem.  I'm agitating that problem, and by doing so,



**PX 22**                    **FTC-MOBE-001016**



1    I'm creating the need -- I'm creating the need for

2    them to want to find a solution.   Then I present my

3    solution, which is my course.

4        Now, can you see if someone clicks on my ad on

5    Facebook and they don't yet know that they need a

6    funded proposal and I just point out the problem and

7    then the solution, that's not really enough to convert

8    them into a sale?  However, if I really agitate that

9    problem, okay, be -- you know, I'm not saying you be

10   dishonest, but I'm saying be completely honest

11   about -- talk about the consequences.  By doing so,

12   now you're helping to create the need, because they

13   might not realize they yet have that need, but in your

14   sales video or your sales letter, if you point out

15   that, yes, you know, you have a problem, and these are

16   the consequences if you don't act, then you're helping

17   to create that need.  So when you present your

18   product, now they're much more likely to buy.  So if

19   you are going to do Facebook pay per click, this one

20   slide is really important.  You have got to help

21   them -- you have got to help create that need.

22       Now, you want to think of your Facebook

23   pay-per-click ads as employees, and this is also

24   important.  You see, you can end up with having

25   hundreds of different little pay-per-click ads.   Think

**PX 22**          **FTC-MOBE-001017**

132



1    of them as -- pretend you own a telemarketing

2    business, and every single day you have 100 employees

3    who come in to your office, you know, you're renting

4    that space, and you're the business owner, and they

5    make cold calls.

6        Let's pretend that's you, right, and you've

7    these hundred people that come in, and you've got a

8    group of these employees who arrive late to work, they

9    are lazy, just like this guy in the photo, they don't

10   make cold calls, they're not making you sales, and at

11   the end of the week, you have to pay them a salary

12   regardless of whether they got results or not.

13       Your pay-per-click ads are exactly the same.

14   You're paying every time someone clicks on an ad, but

15   if they're not bringing in sales, you still pay.  It's

16   different to -- to if you had your own affiliates.  If

17   you have your own affiliates, that's people sending

18   you traffic, you only pay them a commission when a

19   sale is made.  So if you have your own affiliates,

20   that's like having your own sales force, and they are

21   paid on commission only.

22       With pay-per-click ads, they are paid on

23   salary.  You are paying every time someone clicks

24   regardless of whether a sale is made.  Now, if that's

25   you, would you keep on paying someone, you know, after



**PX 22**        **FTC-MOBE-001018**

133



1       ten weeks if they hadn't yet made you one sale?  You

2       wouldn't.  You would say to them, "I'm sorry, but this

3       isn't for you."  You would have to let them go, and

4       you would have to replace them with someone else who

5       is more serious about the job.

6              This is exactly what it's like with your

7       pay-per-click ads.  You need to find the ones that are

8       making you money, and you need to stop the ones that

9       aren't bringing in sales, because they -- they can

10      literally spend you broke or end up costing you a lot

11      of money.  So we have a little saying here, "Starve

12      the ponies and feed the stallions."  That's your sort

13      of philosophy to managing ads.  Starve the ponies and

14      feed the stallions.  Find the ones that are getting

15      you results, invest more money in those ads, and cut

16      off the ones that are just costing you money and

17      aren't getting you sales.

18             You've all heard of the 80/20 principle.

19      Well, this is the 80/20 principle because a very small

20      percentage of your ads will account for most of your

21      results.  There is a belief in the business world, one

22      of the most dangerous beliefs, and it would cost our

23      economy billions and billions of dollars every single

24      year, and that's the 50/50 fallacy.  That's the idea

25      that your -- your output are the average of all of



**PX 22**                    **FTC-MOBE-001019**

134

1    your inputs.

2        So if you spend -- if you have 500 different

3    pay-per-click ads and you make a thousand dollars in

4    sales, it's the idea that each of those ads brought in

5    $2 in sales, and that's a very dangerous belief to

6    have, because the reality is that maybe 400 of those

7    ads cost you money and the other hundred made you

8    money.  So don't ever do that.  Don't ever think that

9    your total sales is just the average of your

10   individual ads.  Usually there's a small percentage of

11   your ads that account for the majority of your

12   results, and your job, as marketing manager in your

13   business, is to find those ads that are getting you

14   results, invest more money in those, and cut off the

15   losers.

16       Okay, and this is the case with everything.  I

17   mean, if you're in MLM, you might have noticed that if

18   you've built up a team, you can get one person on your

19   team who brings in more sales than the other 20 people

20   on your team combined, okay?  I noticed that the first

21   time when I started building a team.  I found one

22   lady, and she brought in more sales than the ten

23   others combined, okay?  It's the -- the 80/20

24   principle.

25       The same with affiliates.  So for Get Traffic

**PX 22**            FTC-MOBE-001020

135



1    3.0, Jonathan's launch last year.  He's got over

2    10,000 affiliates, people who can potentially promote

3    Get Traffic 3.0.  And I'll guarantee you that that

4    launch that did $1.5 million in sales, most of these

5    sales that came from affiliates, you could account

6    maybe 70 to 80 percent, possibly more, from just 50

7    affiliates out of 10,000.  That's the way it is in the

8    world.  That's how things work.

9         It's the same with your ads.  You've got to

10   find that small percentage that's giving you the most

11   results.  Now, you might be wondering, well, how do I

12   do that?  How do I track right down to ad?  I am going

13   to show you how.  Okay, and this next thing I'm going

14   to show you, this is really, really important.

15        Don't ever judge your ads and traffic source

16   based only on cost per click.  You need to be able to

17   track right through from the ad all the way through to

18   the sale.  So if you're getting sales, you want to

19   know which specific ads they are clicking on they are

20   converting into sales, because you want to put

21   money -- more money into those, find the winners, so

22   like I said, starve the ponies, feed the stallions.

23        The number that you want to know is cost per

24   sale.  So, in other words, how much do I need to

25   spend, on average, to make a sale?  If I'm selling a



**PX 22**                    **FTC-MOBE-001021**

136

1    $5,000 product, how much do I need to spend on average

2    from that traffic source to get a customer that's

3    worth $5,000?  Most people have no idea, okay, but

4    once you start measuring, you will.  I want to show

5    you why.

6         This -- pay extra attention to this.  This is

7    what most people in our industry do, judging their

8    business on the surface level.  So this -- this is an

9    example from one of Perry Marshall's clients, and

10   Perry Marshall is a marketer I follow.  I saw this in

11   a newsletter, and I wanted to share this with you.

12        This is a client he's got, and you can see

13   this client has five different sources of customers or

14   leads.  They've got affiliates, they've got customer

15   referrals, organic search, pay per click, and

16   purchased leads.  The cost, you can see, for

17   affiliates, $8,676 that month they spent to get

18   traffic from affiliates; purchased leads, $97,850,

19   number of leads from that particular traffic source.

20   So we can see for purchased leads, they got just over

21   4000 leads from that source.  From customer referrals,

22   only 214.  CPL is cost per lead.  On average, the

23   leads from affiliates cost only $2.70, not a lot of

24   money, whereas the leads from pay per click cost over

25   $40.

**PX 22**          FTC-MOBE-001022

1          Now, if I ask you where would you invest most

2     of your money if this was your business, most people

3     in our industry, they are going to say affiliates,

4     because average cost per lead is only $2.70.  So why

5     wouldn't you spend more money to get those cheap

6     leads?  Why would you spend $40 on pay per click for

7     leads when you can get clicks for just $2.70?

8          So most people look at their business on the

9     surface level.  They look at, for example, cost per

10    click, and they think, all right, well, I'm getting

11    the cheapest cost per click here; therefore, I invest

12    more money in that particular source.  That's looking

13    at your business from the surface level.  Most people

14    do that, and it's very, very dangerous, and here's

15    why.

16         Let's take this a little bit deeper.  Let's

17    follow those leads all the way through to sale.  So

18    now we can see, from those five different sources, how

19    many customers we got from those different sources.

20    Affiliates, we got 12 customers.  Organic search, we

21    got 109.  Cost per sale, so how much do we have to

22    spend on average to get a customer?

23         Let's say we're selling a $5,000 product.  For

24    affiliates, we had to spend $723 to make a $5,000

25    sale.  For organic search, we only had to spend

**PX 22**                    **FTC-MOBE-001023**

138



1    $133.94 to make that same $5,000 sale.  Purchased

2    leads, we had to spend almost $4 ½ thousand to make

3    that same sale.  So you can see instead of -- instead

4    of saying that affiliates is the winner and we should

5    invest more money in affiliates, the truth is, when

6    you look below the surface, it's not affiliates.

7        It's organic search, okay?  Organic search is

8    giving you the cheapest cost per sale.  That's what

9    we're concerned about, making sales, not getting

10   leads.  So this is looking at your business below the

11   surface level, which hardly anyone does this, but if

12   you can start doing this -- which I am going to show

13   you how very shortly -- you can -- you know what's

14   going on below the surface.  You will have a much

15   greater chance of doing well.

16       A quote by Perry Marshall, this is why it's

17   important:  "The response to a single click gives you

18   only a small part of the story.  What people do on

19   impulse and what they choose to do over a long period

20   of time are often very different."  So if you have an

21   image and it's getting you a really high click-through

22   rate and really cheap clicks, you know, you might --

23   sometimes you see gurus who are teaching how to get

24   more traffic, like there's a guy about my age who

25   sells Facebook pay-per-click training, and often in



**PX 22**          **FTC-MOBE-001024**

1    his status updates he will show a screenshot of how

2    he's able to get clicks for 11 cents, as if that's a

3    big achievement.

4         And most people say, "Oh, wow, you're so

5    great, you can get clicks for 11 cents."  The truth

6    is, looking at your business on that level, it's a

7    very sort of immature, naive way to look at your

8    business, because just because you can get an 11-cent

9    click doesn't mean that that click converts into a

10   sale, which is what we're concerned about here.

11        So what I'm concerned about is cost per sale,

12   not cost per click.  Cost per click is important, but

13   I want to know, did that ad actually convert into a

14   sale?  That's what I care about.  So how do you do it?

15   Well, this is how.

16        If you've never done it before, simply go to

17   Google and type in "Google URL Builder."  I should

18   just say, if you are going to do this, it's a given

19   that you need Google Analytics on your site.  If you

20   don't have Google Analytics -- it's completely free --

21   but that's how I measure all of my numbers on my

22   sites.  If you don't yet have that, have someone

23   install that for you.  You know, you shouldn't have to

24   pay more than 20 bucks to have it done.  Just go to a

25   site like elance.com, and learn -- learn the basics of

**PX 22**            **FTC-MOBE-001025**

1    Google Analytics, how to actually log in and see the

2    numbers, okay?

3              So once you've got Google Analytics, go to

4    Google, type in "Google URL Builder," click on the

5    first one, and this is what you're going to see.  This

6    is their little tool.  Let's zoom in, and this is what

7    you'll see, three easy steps.  Step one, you put in

8    your domain of your website.  So here we've got

9    mysite.com.  It could be a blog, could be anything,

10   okay, your lead capture page, whatever.

11             Step two, this is where we're going to specify

12   five different things.  We've got campaign source.  So

13   this link -- this is what we're using in our ads -- is

14   this traffic coming from Google, Facebook, our forum?

15   Where is it coming from?  This is where you specify

16   it.  So here I've got Facebook.  If I'm creating a

17   Facebook pay-per-click ad, this is what I'm putting

18   in, Facebook.

19             Campaign medium, was that email marketing?

20   Were you sending an email to your list?  Was it pay

21   per click?  What was it, okay?  So, here, pay per

22   click.

23             Campaign term, this is where you usually put

24   in your keyword.  So if you were doing pay per click

25   on Google Adwords, you would put in your keyword here.

**PX 22**          **FTC-MOBE-001026**

141

1    For Facebook, this is where I like to put in the

2    interest.  So here I've got Mike D, Mike ▮▮▮▮▮.

3    Usually what it is, I won't put in their last name,

4    because they can see it in the link, and, you know,

5    that could potentially annoy them, so I put Mike D

6    just so they don't really know, okay?  But this is the

7    fan base that I'm targeting.

8         Campaign content, this is where I put the

9    specific ad.  So I've got here ad one, image three.  I

10   showed you that spreadsheet before.  You have your ad,

11   so ad one, that's got your copy, your headline, and

12   your body text, and then you've got the image, three

13   images per ad.  So this is ad one, image three.  It

14   could be -- it could be, you know, ad three, image

15   one, whatever, but this is telling us this specific

16   ad.

17        Campaign name, this campaign, we're targeting

18   MLM gurus like Mike Dillard, okay?  So you put in

19   those five things, and you click on "Generate URL,"

20   and you can see at the bottom it gives you this big

21   long link, and it looks like this.  This one at the

22   top, you can see it says, "mysite.com," and it's added

23   on all this complex-looking tracking code.

24        Now, if you look at that and you don't really

25   know what that means, that's perfectly fine.  You

**PX 22**          **FTC-MOBE-001027**

142



 1    don't really need to, but if you look in closely, you

 2    can see it's still the same website, but it's got a

 3    source equals Facebook, medium PPC, so on, term.  It's

 4    got -- all of those things we entered have been added

 5    on to that link.

 6          Now, if you click on that link with all of

 7    that complex-looking code, you still go to the exact

 8    same website, so they would still go to your blog or

 9    your lead capture page.  The only difference is that

10    code on the end, Google Analytics will record that, so

11    when you log into your Google Analytics account, you

12    can see exactly where your traffic is coming from.

13    And you can see on the left, go to My Stats, and if

14    you click on -- I think it's My Best Links -- most of

15    the good affiliate programs have this ability -- it's

16    got something called sub-ID tracking.

17          What that means is you can take your little

18    affiliate links and you can add in where you want to

19    send traffic from, just like we did with Google URL

20    Builder, all right?  So you can say, you know, we're

21    targeting Facebook pay-per-click leads, we're

22    targeting Mike Dillard's fans, and click on the

23    generate link, and his affiliate program would give

24    you a link.  So now whenever you do ads on Facebook,

25    sending traffic to your affiliate link, now those


**PX 22**                    FTC-MOBE-001028

143

1    sales are actually being tracked.

2           So we can see here -- this is not a very good

3    example because this is a few months ago when there

4    was actually a small error in the affiliate tracking

5    that we had to have fixed, but you can see SID stands

6    for sub-ID.   In the top we have got

7    "mlmgurus_jonathanb_ adoneimagethree."  This tells us

8    that this particular link that we were using was for

9    the ad tagging Jonathan Budd's followers, and it was

10   for the ad, ad one, image three.  We can see the

11   conversion rate.

12          Again, there's errors in this, so don't pay

13   too much attention to that, but we can also see sales,

14   sales that came from that particular link, okay?  So

15   we would be able to see every single one of our little

16   Facebook pay-per-click ads would have their own unique

17   link for that ad, so we can actually track which ads

18   bring in sales and which don't.

19          And this is just maybe ten of them, but we

20   could potentially have hundreds of them.  We could

21   find our top five ads that are virtually allowing us

22   to print money, and we can find the 95 ads that are

23   costing us money but aren't bringing in any sales.

24   But if you're not doing this, you have no idea, so you

25   are virtually spending money and you're hoping you get

**PX 22**          **FTC-MOBE-001029**

144

1     some sales, and that's dangerous.  So if you use this,

2     this actually allows you to really know what's going

3     on below the surface of your business.

4            So, guys, to wrap things up, I want you to

5     understand that if you've been guilty of chasing

6     traffic in the past, like many of us have and like I

7     did for years, you've got to stop doing that.

8     Instead, focus and start measuring your average

9     visitor value, the most important number to your

10    business.  If you want to survive long term, it all

11    comes down to that one number, okay?  So start

12    improving it.

13           If you've ever wondered, what do the top

14    earners do on a day-to-day basis?  Well, this is what

15    they're doing.  They're measuring this number and

16    they're constantly improving it.  So instead of buying

17    a course on how to get more traffic and spending 90

18    percent of your time going through all these different

19    courses trying to learn the next latest and greatest

20    traffic generation strategy, focus on this instead.

21           If you focus on traffic, getting traffic and

22    not this, you're focusing on the wrong thing.  Track

23    all of your traffic.  Track it right down to the ad.

24    So I've just showed you how to do that.  So from now

25    on, every time you do a link, go to Google URL Builder

**PX 22**          **FTC-MOBE-001030**



1    and actually put in your details, get a link with the

2    code on the end, and then every time you do a link,

3    use that link, and now you will know where your sales

4    are coming from and where they're not.  Once you know

5    where your sales are coming from, well, then,

6    that's -- you know, you can invest more money in those

7    ads, starve the ponies and feed the stallions.

8           Last of all, you have got to approach your

9    business like the Wright Brothers approached building

10   a plane.  They focused on the aircraft first.  Once

11   they had something that could fly or that could glide,

12   then they thought about adding power in the form of an

13   engine.  So you focus on your website first,

14   maximizing your average visitor value and measuring

15   it, constantly improving it, and then you go in search

16   of traffic.

17          Don't be like Langley.  Langley focused on the

18   engine, so he built this great engine that was very

19   powerful, he put it on a substandard aircraft that

20   couldn't fly.  What happened?  It crashed.  That's

21   what most people in our industry do.  They focus on

22   the traffic, the engine.  They put it on their -- they

23   send it to their website, and they wonder why they are

24   not getting results, and that's exactly why.

25          So, you guys, that's about it.  I hope you've

**PX 22**            **FTC-MOBE-001031**

146

1     learned something.  A question?

2              (Applause.)

3              MATT LLOYD:  Thanks.  Thank you.

4              JONATHAN BUDD:  Now that was funny.  I don't

5     know, guys, was there anything there to learn?  Matt,

6     that was phenomenal, my friend, pure gold.  Thank you

7     so much, partner.

8              MATT LLOYD:  Thanks.

9              JONATHAN BUDD:  Seriously.

10             MATT LLOYD:  Thanks.

11             JONATHAN BUDD:  Thank you so much.  It was

12    a -- we are very fortunate to have him here sharing

13    all that knowledge.  That is pure gold.

14             MATT LLOYD:  Thanks.

15             JONATHAN BUDD:  So rock on, Buddy.

16             MATT LLOYD:  Thanks, Buddy.

17             (The recording was concluded.)

18

19

20

21

22

23

24

25



**PX 22**          **FTC-MOBE-001032**

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4        I, Susanne Bergling, do hereby certify that the

 5    foregoing proceedings and/or conversations were

 6    transcribed by me via CD, videotape, audiotape or

 7    digital recording, and reduced to typewriting under my

 8    supervision; that I had no role in the recording of

 9    this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12        I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21

22                              Susanne Bergling

23    DATE:  03-1-2018          _____

24                              SUSANNE BERGLING, RMR-CRR-CLR

25
```

**PX 22**                    FTC-MOBE-001033

# Exhibit M

**PX 22**                    **FTC-MOBE-001034**



---

## Step 3 Assignment / Tarea Paso 3
3 messages

---

**Coach Carlos Verdugo** <carlos@mobe.com>                     Tue, Sep 19, 2017 at 3:05 PM
To: ▮▮▮▮▮▮▮▮▮▮

**VERSIÓN EN ESPAÑOL MÁS ABAJO**
--------------------------------------------------

Hey ▮▮▮▮▮▮▮,

Congratulations on your progress!

After completing Steps 3 please reply with your answers to the questions below:

1. What are the 4 Quadrants that all people belong to?
2. What part of the quadrant are you currently in? Where would you like to be?
3. Explain the concept of leverage in your own words?
4. What is the difference between active income and passive income?
5. How have you been preventing yourself from achieving your goals?
6. What limiting beliefs must you leave behind in order to move from the left side of the quadrant (active income) to the right side of the quadrant (passive income)?
7. What 3 mindset shifts must you make to create success in your online business?
8. Have you finished The Secrets of the Millionaire Mind book or audio?
9. Did you listen to the MOBE Daily Power Up call today? What was your biggest take away?

   This is not negotiable, you must listen to at least one of these each day in order for me to move you forward through the steps. Click Here for the recordings

   You can also access these calls via the podcast app on your phone just search for MOBE Daily PowerUp Call.
10. Have you read or ordered the books that are recommended as the homework assignments Step 3?

    -The Cashflow Quadrants by Robert Kiyosaki
    -The 4 Hour Work Week by Tim Ferris (Audio books are my recommendation)

Here are some PDF versions I found online for free:

CashFlow Quadrant - http://winthegameofmoney.com/flow.pdf

4-Hour Workweek - http://www.meniskaskaimas.lt/static/uploads/file/The_4_Hour_Workweek.pdf

 Be sure to WATCH THESE 2 SHORT VIDEOS before you send your answers to me:

-CLICK HERE to watch The 4 Hr Work Week SUMMARY-
https://www.youtube.com/watch?v=j3TeLsaKzAM

-CLICK HERE to watch The Cashflow Quadrants by Robert Kiyosaki SUMMARY-
https://www.youtube.com/watch?v=1C-MrqIUXIo

**PX 22**                              **FTC-MOBE-001035**

See you soon!

---

**Tarea Paso 3**

Hola, ███████████!

¡Felicitaciones por su progreso!

Después de completar los Pasos 3, responda a las siguientes interrogantes a continuación:

1. ¿Cuáles son los 4 cuadrantes a los que todas las personas pertenecen?
2. ¿En qué parte del cuadrante estás actualmente? ¿Dónde te gustaría estar?
3. Explique el concepto de apalancamiento (leverage) con sus propias palabras?
4. ¿Cuál es la diferencia entre el ingreso activo y el ingreso pasivo?
5. ¿Cómo te has estado impidiendo alcanzar tus metas?
6. ¿Qué creencias limitantes debe dejar atrás para moverse desde el lado izquierdo del cuadrante (ingreso activo) al lado derecho del cuadrante (ingreso pasivo)?
7. ¿Cuales son los 3 cambios de mentalidad que debes hacer para así crear éxito en su negocio en línea?
8. ¿Has terminado el libro "Secretos De La Mente Millonaria"?
9. ¿Escuchó la llamada MOBE Daily Power Up hoy? ¿Qué fue lo que más le gusto?

   Si no por favor haga clic en este enlace - >> http://www.blogtalkradio.com/mobe para ir a las grabaciones y escuchar 1 llamada.

   Recuerde que estas llamadas son en inglés por lo que si no entiende el idioma no es necesario contestar esta pregunta.
10. ¿Ha leído u ordenado los libros que se recomiendan como tareas en la asignación del Paso 3?
    A. The Cashflow Quadrants by Robert Kiyosaki (El Cuadrante del Flujo del Dinero)
    B. The 4 Hour Work Week by Tim Ferris (La Semana Laboral de 4 Horas)

Aquí hay algunas versiones en PDF que encontré en línea gratis:

- El Cuadrante del Flujo del Dinero - Descargar AQUÍ
- La Semana Laboral de 4 Horas - Descargar AQUÍ

Asegúrese de VER ESTOS 2 CORTOS VÍDEOS  antes de enviarme sus respuestas:

- HAGA CLIC AQUÍ el RESUMEN de El Cuadrante del Flujo del Dinero - https://youtu.be/Smw_UOcUDzA

- HAGA CLIC AQUÍ para ver el RESUMEN de La Semana Laboral de 4 Horas - https://youtu.be/nokvyXd_Ivc

¡Hablamos pronto!

**PX 22**                          **FTC-MOBE-001036**

Best Regards / Saludos,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype ▇▇▇▇

---

To: Coach Carlos Verdugo <carlos@mobe.com>                   Wed, Sep 20, 2017 at 11:13 AM

Carlos,
Below are the Step 3 answers:

1. Employee, Self Employed or Small Business, Big Business, and/ or Investor
2. Employee,  Business Owner
3. Leverage is when you borrow money to increase your return on an investment
4. Active Income is payment received for a service. Passive Income is ways to make money with little investment of time or effort
5. Fear of failure
6. View failure as a stepping stone
7. No
8. Leadership, Taking ownership for my success and building success now
9. Ordered recommended books.
   Please seen me Limit Less by Matt Lloyd to Rene Nevarez, 4393 Kevin Walker Dr, #202, Montclair, VA 22025

Regards,

▇▇▇

[Quoted text hidden]

---

**Coach Carlos Verdugo** <carlos@mobe.com>                  Wed, Sep 20, 2017 at 11:39 AM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Great!

Thansk for your answers,

Step 4 is open for you now,

Keep going!

Best Regards,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: ▇▇▇▇

**PX 22**                      **FTC-MOBE-001037**

Case 6:18-cv-00862-RBD-DCI    Document 3-38    Filed 06/04/18    Page 44 of 68 PageID 1136
Exhibit M - Page 4 of 71

[Quoted text hidden]

**PX 22**                                    **FTC-MOBE-001038**

Exhibit M - Page 5 of 71



FTC-MOBE-001039

PX 22

PX 22

and lifestyle.

Just call in to +1(323)-375-3223 no pin or access code is required to join the call. You can also listen to each call (and past recordings) on BlogTalk Radio feed, or on iTunes.

**Commissions Paid Out With This System So Far:**

**$ 103,010,989**



MOBE WOULD LIKE YOUR FEEDBACK!
Business Coach Feedback.

CLICK HERE

---

Step 3 - Training Section #1

Congratulational! Less than 45% make it to step 3.

## The Key Mindset Shift

In this lesson, we're going to be talking about an important shift that will need to take place in order for you to be successful in your own business.

With this shift, you cross over from the employee mindset that you've been taught your whole life, to the business owner mindset. Unless you make this mental shift, you won't stand a chance of succeeding in business. So it's extremely important to 'get.'

Let's think about how most people are raised ...

The first thing we are taught as kids, is that if you want to be financially successful in life, you go to school and get good grades. And then you go to college and get more good grades. Then, you might even go back to college again for more advanced post-graduate degrees. (And don't forget, you need those good grades.)

So, a person spends a decade and a half of their formative years in "learning mode," rather than "applying mode." They learn how to be a great employee to work for someone else.

Most people's default answer to making more money is to go and trade their most valuable thing—their time (their life)—for a fixed salary. When you consider their upbringing and education, it's no wonder

We're not taught to be or do what we really want to be and do. We're not taught how to become masters of wealth and of our time. So it's up to us to learn how to make the shift from the employee mentality to one of controlling our own destiny through having our own business.

To become massively successful in business, you need to free your mind of the many limiting beliefs you've been taught to have.

Let me prove it:

- If you wanted to become a lawyer, what would you need to do?
- If you wanted to become a medical doctor, what would be the steps?
- If you wanted to become an architect, how could you get started?

There's a clear path to becoming any of these.

You would just need to go and get the additional schooling, attain the professional credentials, and then you'd be qualified to get a job in any of these categories.

But ask yourself these questions:

- How do I become millionaire?
- How can I become an entrepreneur?
- How do I become the person I need to be to achieve all my goals in life?

We aren't taught in school or college how to do these things. We're not taught how to have a proper business mindset like the most financially successful people in society do.

Case in point:

A man by the name of John Chow is a MOBE Consultant at the highest level) came into our system several years ago after attending a MOBE training seminar. He saw the power and leverage of what we're doing here, and he decided to get fully involved in the business. In just his first seven months, he hit the $200,000 mark. And in less than two years, he crossed the $1 million mark, becoming a seven-figure earner.

FTC-MOBE-001041

**PX 22**





Around the same time, at the same seminar, another man got involved with the business. He had the same opportunity—the same systems and tools—but he's yet to make a single dollar.

Why?

It's all comes down to what is going on inside a person's head. It's their mindset.

Conditioning or reconditioning our mind for maximum success in business is critical. Identifying and getting rid of limiting beliefs from the past is a must.

My colleague, Robert Kiyosaki talks about when he first began to escape the employee mindset. He went to a weekend self-development workshop. The workshop instructor drew this diagram on the board, and basically said: "To become a successful person, we need these four things."

This was very different compared to what Robert had ever heard before.



You can see from this diagram why so many students (and often the "A" students) fail in the real world when it comes to money and true wealth.

You see, a person can be educated logically, but if you're not educated emotionally, the fear will stop them from doing what's required for success outside of the system that most people get trapped in.

This is what I call "**paralysis by analysis.**" It's when someone, trying to avoid making a mistake, overthinks a situation with hopes of finding a way forward that involves no risk. It's a fear of unfamiliar circumstances and of failing and it leads to no decision and no



analysis you employ.

Paralysis by analysis is caused by our educational system and its insistence on punishing people for making mistakes.

"A" students are successful only because they make the least amount of mistakes. This works really well in school, but is the single greatest cause of failure in business. In the business world, it's the people who take massive action, make a lot of mistakes, learn and adjust their approach, make even more mistakes, adjust again, and then ultimately succeed.

*This is how it actually works.*

I'm telling you this from personal experience. I've now been building online businesses for close to a decade. Looking back, I've made an enormous amount of mistakes. I could talk to you about them for literally an entire day. Some have cost me thousands of dollars. Others, hundreds of thousands. And a few, even over a million dollars each.

But it's because I was willing to make mistakes and fail that I've now gone on to generate well over $100 million in sales. It's because of my willingness to fail that I made my first million dollars by the age of 25, and was in a position to comfortably retire for the rest of my life just a couple years later.

*A willingness to make mistakes in business is a good thing.*

## Don't Fail To Fail Enough Times

The perfect analogy for this is the story of Thomas Edison, who was criticized for making 1,014 mistakes before creating the electric light bulb. His response was, "I did not fail 1,014 times. I successfully found out what did not work 1,014 times."

If he'd had the approach that most people in the have, we'd probably still be sitting in the dark!

View making mistakes as an essential step in building your business, and as a huge sign of progress.

Many people aren't a success, as Robert Kiyosaki says, because they fail to fail enough times. They let fear hold them back. In his book, The Cashflow Quadrant, he talks about the four types of people who make up the world of business.

- "E" for employee
- "S" for small business or self-employed
- "B" for big business (500 employees)
- "I" for investor

Every person spends the majority of their time in one of these four quadrants. So how do you know which one you're in? Just look at where most of your cash flow is coming

FTC-MOBE-001042

**PX 22**



FTC-MOBE-001043

PX 22

Examining this chart will help you see where you are today, as well as where you want to be in the future.

Achieving financial success and freedom in much easier and can be achieved much faster in the B and I quadrants.

"Profits are better than wages. Wages make you a living. Profits make you a fortune."—Jim Rohn

I myself made the decision to shift over to the right side of the Cash Flow Quadrant close to a decade ago, and it has been the single greatest decision of my entire life.

Most people fear making that shift because they perceive it as being "risky." But it depends on how you define risk. In my view, trading away time for money in a job (and choosing not to start a business) is a guaranteed path to financial mediocrity.

That to me is "risky."

Over 96% of all wealth comes from people who control their own lives. They've mastered systems and their time. And although anyone can become wealthy, there is a limitation wall.

That limitation wall is the way you presently think (your mindset). You can see a lot of the symptoms of the employee mindset; it's plagued with excuses and a scarcity mentality.

Well-known success trainer T. Harv Eker does a great job of showing the overall difference between a poor and wealthy mindset.

## MINDSET DIFFERENCES
### by best selling author of "Secrets of the Millionaire Mind"

| POOR AND MIDDLE CLASS | FINANCIALLY INDEPENDENT AND RICH |
|---|---|
| They believe "life happens to them," victimized | They believe "I create my life," accept full responsibilities |
| They play the money game not to lose | They play the money game to win |
| They want to be rich | They are committed to being rich |
| They think small, think of limitations, and "wish and hope" | They think big, think possibilities, dream a lot |
| They focus on obstacles | They focus on opportunities |
| They resent rich and successful people | They admire other rich and successful people |
| They associate with negative and unsuccessful people | They associate with positive, successful people |
| They think negatively about selling and promoting | They are willing to promote themselves and their values |
| They are smaller than their problems | They are bigger than their problems |
| They are poor receivers | They are excellent receivers |
| They choose to get paid based on time | They choose to get paid based on results |
| They think "either/or" | They think "both" |
| They focus on their working income—instant gratification | They focus on their net worth—postpone gratification |
| They mismanage their money, buy liabilities | They manage their money well, buy assets |
| They work hard for their money | They have their money work hard for them |
| They let fear stop them | They act in spite of fear |
| They think they already know it all (Have, Do, Be) | They are constantly learning (Be, Do, Have) |

Look closely at the list above and see which mindset items describe your thinking



patterns.

Watch this video called, *The Secret.* You may or may not have heard of it—a few years ago, it went viral. If you search on YouTube you will be able to find it or a few segments of the movie. If you'd like to purchase your own copy or review many related product click here to visit The Secret Store.

It may come across as a little "out there"—but it's important you understand it's premise, your thoughts control your reality. Hopefully it opens your mind and has you thinking "big."

To change your life and be successful on the right hand side of the quadrant, you must change your thinking.

Throughout the rest of this program, you'll be presented with the ultimate marketing system, which you can use to generate commissions from $1,250 and right up to $10,000. This system has paid out over $67 million in commissions to date.

You'll also be trained on how to use this marketing system and get results with it. (Your coach is going to be your greatest asset in this area.) But the one essential ingredient in making all of this work is:

**You must take full responsibility for your own results in business and in life.**

No matter how powerful something is (including this marketing system), no one can force you to use it. No one can make you change.

We could give you the most powerful and luxurious car in the world, but you have to get into the car, put the key into the ignition, and do the driving.

So commit to being a "no excuses" type of person from here on out in both your personal and business life.

**NEXT SECTION: PLEASE CLICK HERE**

FTC-MOBE-001044

**PX 22**

QuickTime Player

Exhibit M - Page 11 of 71

FTC-MOBE-001045



It's a fear of unfamiliar circumstances and of failing and it leads to no decision and no action (paralysis).

Paralysis by analysis is caused by our educational system and its insistence on punishing people for making mistakes.

"A" students are successful only because they make the least amount of mistakes. This works really well in school, but is the single greatest cause of failure in business. In the business world, it's the people who take massive action, make a lot of mistakes, learn and adjust their approach, make even more mistakes, adjust again, and then ultimately succeed.

*This is how it actually works.*

I'm telling you this from personal experience. I've now been building online businesses for close to a decade. Looking back, I've made an enormous amount of mistakes. I could talk to you about them for literally an entire day. Some have cost me thousands of dollars. Others, hundreds of thousands. And a few, even over a million dollars each.

But it's because I was willing to make mistakes and fail, that I've now gone on to generate well over $100 million in sales. It's because of my willingness to fail that I made my first million dollars by the age of 25, and was in a position to comfortably retire for the rest of my life just a couple years later.

*A willingness to make mistakes in business is a good thing.*

The perfect analogy for this is the story of Thomas Edison, who was criticized for making 1,014 mistakes before creating the electric light bulb. His response was, "I did not fail 1,014 times. I successfully found out what did not work 1,014 times."

If he'd had the approach that most people in life have, we'd probably all still be sitting in the dark!

## Don't Fail To Fail Enough Times

View making mistakes as an essential step in building your business, and as a huge sign of progress.

Many people aren't a success, as Robert Kiyosaki says, because they fail to fail enough times. They let fear hold them back. In his book, The Cashflow Quadrant, he talks about the four types of people who make up the world of business:

- "E" for employees
- "S" for small business or self-employed
- "B" for big business (500 employees)
- "I" for investor

Every person spends the majority of their time in one of these four quadrants. So how do you know which one you're in? Just look at where most of your cash flow is coming from.

Most of the population is made up of employees who rely on their paychecks. Others are self-employed, working to commission rates like being a real estate agent.

These individuals are on the left side of the quadrant. As we'll see in the diagram below, each one of these people share common characteristics.

**CASH FLOW QUADRANTS**

PX 22

Your Business Coach

Carlos Verdugo

Email:
carlos@mobe.com
Phone:

Schedule A Session:
Click Here

Skype:



FTC-MOBE-001046

**PX 22**

FTC-MOBE-001047

**PX 22**



Examining this chart will help you see where you are today, as well as where you want to be in the future.

Achieving financial success and freedom is much easier and can be achieved much faster in the B and I quadrants.

"Profits are better than wages. Wages make you a living. Profits make you a fortune."—Jim Rohn

I myself made the decision to shift over to the right side of the Cash Flow Quadrant close to a decade ago, and it has been the single greatest decision of my entire life.

Most people fear making that shift because they perceive it as being "risky." But it depends on how you define risk. In my view, trading away time for money in a job (and choosing not to start a business) is a guaranteed path to financial mediocrity.

That to me is "risky."

Over 90% of all wealth comes from people who control their own lives. They've mastered systems and their time. And although anyone can become wealthy, there is a limitation well.

**That limitation well is the way you presently think (your mindset). You can see a lot of the symptoms of the employee mindset; it's plagued with excuses and a scarcity mentality.**

Well-known success trainer T. Harv Eker does a great job of showing the overall difference between a poor and wealthy mindset.

| MIND-SET DIFFERENCES | |
|---|---|
| by best selling author of "Secrets of the Millionaire Mind" | |
| POOR AND MIDDLE CLASS | FINANCIALLY INDEPENDENT AND RICH |
| They believe "life happens to them." | They believe "I create my life," accept full responsibilities |
| They play the money game not to lose | They play the money game to win |
| They want to be rich | They are committed to being rich |
| They think small, think of limitations, and "woes and hope" | They think big, think possibilities, dream a lot |
| They focus on obstacles | They focus on opportunities |
| They resent rich and successful people | They admire other rich and successful people |
| They associate with negative and unsuccessful people | They associate with positive, successful people |
| They think negatively about selling and promoting | They are willing to promote themselves and their values |
| They are smaller than their problems | They are bigger than their problems |
| They are poor receivers | They are excellent receivers |
| They choose to get paid based on time | They choose to get paid based on results |
| They think "either/or" | They think "both" |
| They focus on their working income—instant gratification | They focus on their net worth—postpone gratification |
| They mismanage their money, buy liabilities | They manage their money well, buy assets |
| They work hard for their money | They have their money work hard for them |
| They let fear stop them | They act in spite of fear |
| They think they already know it all (Have, Do, Be) | They are constantly learning (Be, Do, Have) |



Look closely at the list above and see which mindset items describe your thinking patterns.

Watch this video called, *The Secret*. You may or may not have heard of it—a few years ago, it went viral. If you search on YouTube you will be able to find it or a few segments of the movie. If you'd like to purchase your own copy or review many related product click here to visit The Secret Store.

It may come across as a little "out there"—but it's important you understand it's premise, your thoughts control your reality. Hopefully it opens your mind and has you thinking "big".

To change your life and be successful on the right hand side of the quadrant, you must change your thinking.

Throughout the rest of this program, you'll be presented with the ultimate marketing system, which you can use to generate commissions from $1,250 and right up to $10,000. This system has paid out over $67 million in commissions to date.

You'll also be trained on how to use this marketing system and get results with it. (Your coach is going to be your greatest asset in this area.) But the one essential ingredient in making all of this work is.

**You must take full responsibility for your own results in business and in life.**

No matter how powerful something is (including this marketing system), no one can force you to use it. No one can make you change.

We could give you the most powerful and luxurious car in the world, but you have to get into the car, put the key into the ignition, and do the driving.

So commit to being a "no excuses" type of person from here on out in both your personal and business life.

NEXT SECTION - PLEASE CLICK HERE

FTC-MOBE-001048

PX 22

FTC-MOBE-001049



Step 3 - Training Section #1

Step 3 - Training Section #2

## Another Key Mindset Shift

A defining characteristic of people with an "Employee Mindset" is their need to know all the answers first. They are afraid—even terrified—to take a single step forward until they see a clearly laid out path in front of them. (This is the "paralysis by analysis" I mentioned earlier.)

On the other hand, Entrepreneurs and the wealthy take calculated risks. They know it's better to just start, and figure out the unknowns along the way. They don't have to have all the answers before taking action.

They know that making mistakes is healthy, and will be the fastest way to learn. So being comfortable with things being imperfect, they will "jump off cliffs" and figure out how to "build the plane on the way down."

Let that one sink in for a minute —

Your greatest successes in business will come from the things you initially feared doing, or those for which you didn't know what the result would be.

There was no clear outcome, but you knew the upside potential was enormous and so you took action steps based on your faith that the answers would be revealed along the way.

It's like walking up a flight of stairs. Each step up can be into complete darkness. It doesn't appear until you take the next step forwards. It doesn't appear until the feeling of letting is in the pit of your stomach. You're stepping into the unknown, and that's where the success is.

Are you willing to take action in building your business despite the fears you may have?

Can you view mistakes (including past ones) not as failures, but rather as necessary stepping stones to success?

Are you willing to follow through in using the marketing system we have—which, with over $67 million in commissions paid out, is proven to work—and operate almost like your own personal franchise?

Advisors know very little. Mentors (like your coach) have "been there and done that." Are you willing to listen to and follow their instructions?

If so, then let's move on to identifying your main driving motivation in building your business.

NEXT SECTION - PLEASE CLICK HERE

Your Business Coach
Carlos Verdugo
Email: carlos@mobe.com
Phone:

MOBE WOULD LIKE YOUR FEEDBACK!
Business Coach Feedback
CLICK HERE

**PX 22**

FTC-MOBE-001050

**PX 22**



Step 3 - Training Section #1

Step 3 - Training Section #2

Step 3 - Training Section #3

## Your Reason "Why"

The single biggest factor in an entrepreneur's success, is their reason *why*.

Why are they starting their business? What would they like to achieve? How will their business help others (and themselves) get more of what they want out of life?

Remember this quote: "He who has a *why* can endure any *how*."—Friedrich Nietzsche

Or you can have big *because's why* it's 'not' possible. *But you can't have both.*

As an entrepreneur, you're going to have challenges along the way. The first challenge will be with changing the *way* you do things. And the one thing we know for sure about the human mind, is that it's the ultimate rationalizing device.

The moment you *try* and do something outside of your comfort zone, your mind starts to come up with all kinds of seemingly logical and valid points about why it's a bad idea. This kind of resistance may seem completely normal. But you can't succumb to it if you want to be successful.

Here's an example, exercise and health.

Do you have *any* doubt that eating healthy and exercising each day is good for you?

And that it can add literally *years* to your life?

Not at all.

But for most people, your mind will come up with all kinds of resistance when you try to do these things consistently.

• "I just don't have the time."

• "I can't stick with it."

• "It costs too much money to eat healthy and exercise."

And so on.

That's why most people don't follow through and remain consistent. They talk themselves out of it.

But if someone really wants to get healthy—if it becomes a *necessity—they'll make the time*. They'll *commit* to sticking with it. They'll realize it's costing them *way* more in the long run to be unhealthy.

There's a similar parallel in business: you may be saying, "I don't have the money to start and build my business."

A very powerful question to ask instead is, "How am I preventing myself from finding the money?"

If you want it enough and your *why* is big enough, you'll find a way.

If you use the excuse, "I don't have the time," then you'll never be able to find the time.

But let me ask you this, who is in complete control over how you spend your 24 hours in a day?

You are!



You have the same amount of time each day as millionaires (and billionaires) do. The question is not about a "lack" of time, it's about how you choose where you're going to spend your time.

If creating true and long-lasting financial freedom is important to you, you'll make the time to complete this training and build your business.

If your excuse is about the money and you're saying, "It's too expensive to get into business," then I suggest you ask yourself this.

*Isn't it more risky long-term not to do the things that are going to move you out of your current financial situation, and create the financial results you actually desire in life?*

You can spend the rest of your days being frustrated, looking for the next shiny object that promises to make you rich for no real investment of your time and money, and at best find something that pays you tiny little commissions …

or

You can join and be fully committed to the MOBE marketing system you will learn about in this training, and be on your way to *true wealth.*

When you're making $1,250, $3,300, $5,500, and $10,000 commissions on each customer you refer, the profits can begin to add up really fast.

**NEXT SECTION   PLEASE CLICK HERE**

Step 3 - Training Section #4

Step 3 - Top Earners Extra Training

**PX 22**

FTC-MOBE-001051

QuickTime Player



## Ignore The Critics

Millionaires do their own due diligence and ignore other people's opinions.

Recognize that you will always have critics. Even friends and family might not support your business.

The only way to avoid criticism is to do nothing.

For example, the whole concept of franchising was put under legal review in the first half of the 20th century.

Now franchising plays a major role in economy.

In 2015, franchises contributed over $521 Billion to the U.S. GDP which is an significant increase from previous years.

**Establishments Distribution by Sector 2015**

As you can see in the chart above, 20% of Quick Service Restaurants and 12% of Real Estate businesses are franchises.

The franchising business model is still on the rise because it delivers results.

Imagine if the early adopters listened to criticism and did not follow through.

Or take Frederick Smith from FedEx for example.

In 1965, while he was earning a Bachelor's degree in economics at Yale University, Smith penned a term paper for his economics class which contained an outline for a delivery service that would use a "hub and spokes" concept to handle the routing of parcels.

His instructor was not impressed with the idea and gave Smith a "C" grade.

**PX 22**

**FTC-MOBE-001052**



FTC-MOBE-001053

**PX 22**



Step 3 - Training Section #1

Step 3 - Training Section #2

Step 3 - Training Section #3

Step 3 - Training Section #4

Step 3 - Top Earners Extra Training

## Top Earner Extra Training:

### Mindset:

What's the number one reason people who get started in this industry quit?

When everything seemed like it wouldn't happen, what kept you going?

Do I have to put my business above everything in my life in order to be successful?

How do I reconcile my current identity as an artist and a healer into this new life as an internet marketer?

What is a person's financial thermostat, and what is it so important?

How do you stay driven, especially when things are tough, to push through and keep your momentum going?

What is the best way to transition your mindset from employee to business owner?

I want to start my very first business. What's the best advice you can give me?

How critical is it for your own psychology to get your very first sale?

What helps keep you so driven and so focused?

What separates great entrepreneurs from the ordinary masses?

When you were first starting out, how did you keep the proper mindset and work through the dark times when things were tough?

Why do people think that upsells are a scam?

### Responding To Critics:

How would you advise someone who is on the verge of bankruptcy and being warned by family they have been scammed?

How do I respond to the critics in my life who don't understand digital information products?

How do I respond to my friends and family who think the business is a scam?

Are you willing to discuss negative articles that exist about MOBE, and what MORE is doing about it?

How do you handle it when someone writes something negative about you or your

### Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mwobe.com

☎ Phone:
+1

📅 Schedule A Session:
Click Here

Skype:

MOBE WOULD LIKE YOUR FEEDBACK!

CLICK HERE

Business Coach Feedback

FTC-MOBE-001054

PX 22



FTC-MOBE-001055

PX 22

FTC-MOBE-001056

**PX 22**



Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobe.com

📞 Phone:
+1

📅 Schedule A Session:
Click Here

Skype:

MOBE WOULD LIKE YOUR FEEDBACK!

Business Coach Feedback

CLICK HERE

Step 3 - Training Section #1

Step 3 - Training Section #2

Step 3 - Training Section #3

Step 3 - Training Section #4

Step 3 - Top Earners Extra Training

Step 3 - Your Assignment

## Action Steps

There are three books we recommend you get and read during this 21-Step training.

1. **Limitless by Matt Lloyd.** Once you complete all of these action steps and confirm your mailing address with your coach, the book will be express-mailed to your residence.

2. **The Cashflow Quadrant by Robert Kiyosaki.** We talked about a few of the principles in today's training, but the book goes much deeper. Get it, read it, and you won't regret it.

3. **The 4-Hour Workweek by Tim Ferriss.** The book isn't about just working four hours a week, as most people tend to think. It's about leverage. It's about learning systems and procedures to automate and rapidly grow a business. It's about working smarter, not harder. It's truly a must-read book for entrepreneurs.

All of these books will help you to adjust and change your mindset over to the Entrepreneur side. You'll begin to see things from the viewpoint of the wealthy, and you'll see why the training you're going through now is such a powerful wealth-building and lifestyle system.

You should be able to get the last two books from a local bookstore or from www.amazon.com.

- Find and identify your reason 'why.' (This is an extremely important step!)

This may take some serious digging but when you do find it, it will drive you for years, and will be a powerful catalyst to your success.

You don't have to share this with your coach if you don't want to. This is for you.



FTC-MOBE-001057

**PX 22**

Exhibit M - Page 24 of 71

FTC-MOBE-001058



**Congratulations - You have completed Step 3.**

## Congratulations!

You've made it to the end of Step 3, and that means that as soon as you complete the Action Steps above, a free copy of my best-selling book, Limitless will be mailed to you.

Limitless is about "High-Ticket Affiliate Marketing", and is the perfect compliment for this training program you're now going through.

Once the book arrives in the mail to your residence, you should immediately start reading it.

To make absolutely sure that it gets to you safely, please confirm your mailing address with your coach when you talk with them on the phone (or Skype).

In The Next Step, Discover how to make earning your first six (or even seven) figures infinitely easier when you choose the right niche, the right business model, and the right products to promote online.

And then in Step 5, you'll be taught the second best business model in the word and the importance of having scalable systems in place to make sales for you.

Shortly after, you'll be shown one of those systems.

**GO TO NEXT STEP - STEP 4**

Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobe.com

☎ Phone:

📅 Schedule A Session:
ClickHere

Skype:

💬 Meet our members

© Copyright 2017 - MOBE - All Rights Reserved
Contact Support | Reviews | Terms & Conditions | Income Disclosure | Privacy

**PX 22**

QuickTime Player

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE             MOBE

DATE              RECORDED:  SEPTEMBER 20, 2017
                  TRANSCRIBED:  FEBRUARY 6, 2018

PAGES             1 THROUGH 47

Step 3_2017-09-20_10-04-28

*C Jones*
*3/28/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001059**

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4          RECORDING:                              PAGE:

5          MOBE Step 3                               4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PX 22              FTC-MOBE-001060

3

1                     FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       MOBE                           )   Matter No. 1723072

5                                      )

6       ------------------------------)

7                                          September 20, 2017

8

9

10

11              The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    **FTC-MOBE-001061**

4

P R O C E E D I N G S

-     -     -     -     -

Step 3_2017-09-20_10-04-28

**(Website review with no audio.)**

1

2

3

4

5    MATT LLOYD:  So welcome to Step 3.  In this

6    step, we're going to look at mind set, and this is a

7    really important step.  This is where we look at how

8    do millionaires and even billionaires think

9    differently from the masses, and then how can you take

10   some of their thought patterns, their thought habits

11   and start adopting them as your own to manifest much

12   better financial results in life.

13         And I will tell you this, it doesn't matter

14   how many tactics or how many strategies you get.  If

15   you don't have the right mind set for doing well in

16   business, you're not going to do well in business,

17   okay?  So really just -- it doesn't come down to the

18   training.  Training's very important, but first you

19   need to have the foundations of having the right mind

20   set.

21         So I'm going to take you through a few

22   different thinking patterns here.  Some of this might

23   challenge you, by the way, but I want you to approach

24   this with an open mind.  And by the way, a big

25   congratulations if you're here.  Did you know that

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**        **FTC-MOBE-001062**
