5



1   less than 45 percent of people make it to this step?

2   Less than 45 percent.  So half the people haven't even

3   got to Step 3.  That's why I tell you, forget about

4   average results because the average effort is really

5   not that much, and if you're here, I'm sure you can

6   already see that.  You are definitely not average

7   anymore.  You are beyond average.  Keep on going.

8   Keep up this momentum.  Okay.

9         So here's what we're going to look at in

10   this step:  the real difference in how wealthy

11   financially free people think compared to those who

12   continuously struggle with money.  I'm sure you've met

13   people like that before, people who never seem to have

14   any money and always seem to -- to struggle with money

15   and always need to borrow money, why do they remain

16   like that.

17         We're also going to look at how decades of

18   mental conditioning have created your current

19   financial situation and how to change all of that

20   conditioning, years and years of it.  How do you

21   change those thinking patterns?

22         Also, we will look at how to end the

23   financial crippling habits of procrastination and fear

24   of making mistakes once and for all.  We will also

25   look at the fuel to your fire, identifying the main



**PX 22**          **FTC-MOBE-001063**

1    driver or your reason why behind building a business

2    and leveraging it to create massive momentum.  You

3    need to have a really big reason why if you want to do

4    exceptionally well in this business.

5         So the first place I want to start is when

6    most of my clients get started and they go through a

7    training program just like this and they decide they

8    want to make a lot of money online through their own

9    online business, one of the biggest challenges that we

10   have is that they have never ran a business before,

11   and they've spent many years of their life working for

12   someone else as an employee.

13        Now, the mind set of an employee is very

14   different to what it needs to be as a business owner

15   if you want to be successful in business.  They're

16   very different.  So this is the first place we're

17   going to start.  So let's think about how most people

18   are raised.  Most people are raised to go to school,

19   get really good grades, work hard at school, don't

20   make mistakes because you'll get penalized if -- if

21   you make a mistake on a test or an assignment.  That's

22   bad.  You're going to get penalized, so don't -- don't

23   ever have the wrong answer, don't ever make mistakes.

24   But get good grades, and then what?

25        Go to university.  And then what?  Go and

1    get a good job in a good, safe big corporation and

2    work your way up the ladder.  Now, there's a few

3    problems with that.  First of all, people spend well

4    over a decade in the education system being taught

5    that the last thing you ever want to do is go and make

6    mistakes and work for yourself.  In fact, most

7    schooling systems don't even talk about the option of

8    becoming an entrepreneur.  They just assume that

9    everyone's going to become an employee, and they train

10    you to become an employee -- to do things, to follow

11    structure, and again, not to make mistakes.

12         And that's about the worse conditioning you

13    could ever have if you want to succeed as an

14    entrepreneur, because as an entrepreneur, it's okay to

15    make mistakes.  In fact, if you're not making lots of

16    mistakes and on a regular basis, then you're not

17    taking action, you're not really in the game.

18         Now, the other thing people are taught is if

19    you want to make more money, then what's the answer?

20    You've got to work harder.  Get a better job?  Work

21    longer hours, get a higher paying job.  In other

22    words, get paid more for trading your time away or

23    trading your life away.

24         That's the worst way to earn money.  Okay,

25    you don't want to earn a living, you want to receive

**PX 22**         FTC-MOBE-001065

8

1    profits.  Okay, that's the big difference between

2    working in a job and having your own high-ticket

3    affiliate marketing business like you're learning

4    about in this training program.

5         One of the first things that we have to do

6    is we have to free our mind of all limiting beliefs

7    that we have around making money online and having an

8    online business.  Let me ask you a few questions.  If

9    you wanted to become a lawyer, what would you need to

10   go and do?  You would need to go to university, get a

11   law degree.  Depending on where you are, that could be

12   five years, it could be six years, but there's a very

13   clear path to becoming a lawyer.

14        What if you wanted to become a doctor?

15   Well, again, you would have to go to university, get

16   very good grades to get into university, get that

17   medical degree, which can take a long time, and again

18   there's a clear path to becoming a doctor.

19        Most professions have a clear path.  But

20   what if -- what if you want to become, say, a multi-

21   millionaire?  What's the clear, step-by-step path to

22   becoming a multi-millionaire?  Well, we're not really

23   taught that in the normal education system.  In fact,

24   most people's training on becoming a multi-millionaire

25   is nonexistent.  They wouldn't have the first clue

**PX 22**                    FTC-MOBE-001066

9

1   because they've never been taught these things.  But

2   here's the point I'm making.  It is teachable.  It is

3   learnable.  Just like it's possible to learn

4   everything you need to know about medicine to become a

5   doctor or about law to become a lawyer, it's possible

6   to learn everything you need to know to become a

7   multi-millionaire.  It's simply you getting the right

8   training and then actually taking action.

9            Well, let me tell you about one person who

10  took action, and we already met John before, but John

11  in California has made over $2.3 million with this

12  system.  Now, he's done that in his first less than

13  four years.  That's so far.  By the time you watch

14  this video, it could be and it will very likely be a

15  lot more money.

16           Now, here's my point.  Do you think that

17  John has a normal, ordinary mind set when it comes to

18  making money and building a business?  Do you think

19  that John thinks like the masses out there?

20  Absolutely not.  He thinks very differently as do all

21  of our success stories.  Anyone who's made over a

22  million dollars with this system, they all think very

23  differently.  And I'm going to introduce you to a few

24  of their thinking patterns in just a moment.

25           Oh, and by the way, if you work out what

**PX 22**            **FTC-MOBE-001067**

10



1    he's made so far, he's averaging over $60,000 a month.

2    How would you like that?  Well, it's possible with the

3    system that you're learning about in these steps.  So,

4    again, make sure you work through these steps, pay

5    attention, work with your coach, because soon you will

6    have the same opportunity right in front of you.

7         Now, the funny thing is John got introduced

8    to this business in September of 2012, and I remember

9    it very clearly.  I was doing my second-ever live

10   event called Add the Nitrous, and that was in

11   California.  John came along.  He had never seen

12   anything like this.  He got involved, and he started

13   making money very early on.

14        Now, at that exact same seminar, we had

15   other people there, offered the same opportunity, who

16   today haven't made anywhere near as much as John.

17   What's the difference?  Is it because John's many

18   times smarter than those average people?  No, it's got

19   nothing to do with that.  Is it because John is many

20   more times more charismatic than those other people?

21   Again, no, that's not the answer.

22        It's because John knows how to think like a

23   millionaire.  Okay, he has the right beliefs, the

24   right thinking patterns, whereas those other people

25   did not.  So it all comes down to a person's mind set.



**PX 22**                    **FTC-MOBE-001068**

11

1    What is going on in their head, what kind of thoughts

2    they're having on a daily basis, on an hourly basis,

3    because that's really what determines all results in

4    life.

5         Conditioning or reconditioning your mind for

6    maximum success in business is critical. Identifying

7    and getting rid of any limiting beliefs from the past

8    is a must. I find that one of the biggest things that

9    holds a lot of people back in this industry is what we

10   call paralysis by analysis. It's the tendency to --

11   to want to get all the answers, want to learn all the

12   information before you ever even take the first step.

13   Okay, and you cannot think like that if you want to do

14   well in this business. You have to be willing to take

15   action, even when you don't have all the answers in

16   front of you.

17        Now, where does this come from? Well, this

18   -- again, this comes from our education system, which

19   punishes people when they make mistakes. In fact, it

20   makes people afraid of making mistakes. And that's

21   very harmful to the aspiring entrepreneur. Okay, so

22   here's what my colleague, Robert Kiyosaki, author of

23   *Rich Dad Poor Dad*, here's what he had to say.

24        He said, "In school we learn that mistakes

25   are bad, and we are punished for making them. Yet, if

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001069**



1    you look at the way humans are designed to learn, we

2    learn by making mistakes.  We learn to walk by falling

3    down.  If we never fell down, we would never walk."

4    It really is the same in business.  And I want you to

5    really understand the significance of that quote

6    because it's so true, it really is.

7         Here's another way of looking at it.  So I'm

8    sure you've heard this before.  Thomas Edison invented

9    the light bulb, so he was asked about it by someone.

10   They said, How did you keep them going when you'd

11   failed over a thousand times to get it right.  And his

12   response was, "I did not fail 1,014 times; I

13   successfully found out what did not work 1,014 times."

14        Now, I told you my story a little bit

15   earlier on.  I told you how I got started in late

16   2008, and I got off to a little bit of a slow start.

17   The only reason that I am here today and have

18   generated well over $100 million in revenue through

19   internet marketing is because I was willing to make

20   more mistakes and fail more often than many of my

21   peers.

22        It's got nothing to do with intelligence or

23   anything like that.  I'm -- I'm a very average guy in

24   those areas.  The only thing I have going for me is a

25   -- a very stubborn persistence where if I want a



**PX 22**                    **FTC-MOBE-001070**



1    result, like if I want to make a lot of money online,

2    I'm going to try a lot of different things, I'm going

3    to take action, I'm going to make mistakes along the

4    way, but that's okay, that's my mentality.

5         So I want you to start thinking like that.

6    It's okay to make mistakes, and it's okay to take

7    action when there's uncertainty in front of you, when

8    you don't have all the answers yet.  It's okay to

9    start taking action, and you should start taking

10   action.

11        So coming back to Robert Kiyosaki, you might

12   know him best for his *Cashflow Quadrant*.  In his book,

13   *Rich Dad Poor Dad*, he talks about it.  And this is

14   really something that I think sums up society really

15   well.  There's four quadrants, okay, and you can

16   divide anyone in the population to belonging in one of

17   these quadrants.

18        So most people are in E.  Now, E stands for

19   employee.  I would say over 90 -- 90 percent of the

20   population would be what you call an employee.  They

21   trade time for money.  Their answer to making more

22   money in life is to work longer hours, okay, or to get

23   a higher paying job.

24        But there's no leverage in that, okay,

25   because the big constraint for them is their time.  No



**PX 22**                          **FTC-MOBE-001071**

14

1   matter what, you're never going to be able to have

2   more than 24 hours in a day.  So they end up working

3   all their life for someone else, and they might like

4   their job.  They might be happy with that, but they're

5   never going to become absolutely rich or financially

6   free.

7           And then, the next best thing in my mind is

8   the sales professional or the self-employed, so that's

9   the S.  Anyone who's in this quadrant is someone who

10  gets paid more in results, rather than just trading

11  time for money.  So for example, let's say you have

12  someone who works on pure commission, they're selling

13  a product.  Well, that person, depending on how good

14  they are, they could make a lot more money than an

15  employee.  In fact, I have some sales professionals in

16  my own company, within MOBE, who make over $300,000 a

17  year, and they are paid on pure commission.

18          So not everyone who's -- who's not an

19  employee is able to get into self-employed or become a

20  sales professional.  But the ones who do, if they have

21  the right training, they can make a lot more money.

22  Now, what this requires is that you let go of the need

23  for certainty.  If you're getting paid on results, you

24  don't have a guaranteed paycheck.  Okay, so if you

25  don't perform, you don't get paid.  Not everyone's

**PX 22**          **FTC-MOBE-001072**

15



```
 1     okay with that.  Personally, I am.  I'm -- I'm a big

 2     believer in getting paid for the results that you

 3     actually bring to the table, rather than trading time

 4     for money.

 5             Now, next up from that we have B.  B is

 6     business owner, business owner or someone who

 7     leverages a system and also leverages other people's

 8     time, other people's money, to go and bring them

 9     results.  So this has a lot more potential as far as

10     income, as far as time freedom, in many areas.

11             So I would classify myself as a business

12     owner.  MOBE is a business.  It is a system.  It makes

13     me money every single day.  It makes a lot of our

14     consultants a lot of money every single day, because

15     we use systems, okay?  So even though we have sales

16     professionals, they are all part of a system, and

17     that's -- that's a business owner.

18             Now, beyond a business owner, you have an

19     investor.  So for an investor, think of Warren

20     Buffett, okay, one of the richest people on the

21     planet.  Warren Buffett, last time I checked was worth

22     over $50 billion.  Well, Warren Buffett owns a lot of

23     different businesses.  He owns either parts of them or

24     he owns some businesses outright.  His company,

25     Berkshire Hathaway, is worth somewhere over $300
```



**PX 22**                    **FTC-MOBE-001073**

16

1    billion.  And he's grown that from really just a very

2    small business when -- when he started out in his

3    investment career, to now being this big giant.

4          Now, that's leverage, okay?  That's

5    leverage, because now you're leveraging other people's

6    systems that they've created out there.  So where

7    everyone should be trying to get to is either becoming

8    a business owner or an investor.  The reason why you

9    want to be on that side of the quadrant, you can make

10   a lot more money, and you can have a lot more time to

11   enjoy your life.  Okay, that's -- that's where maybe

12   less than 3 percent of the population ever gets, but

13   that 3 percent of the population, they have probably

14   over 80 percent, 90 percent of all the money.  That's

15   where you want to be.

16          Here's what Robert Kiyosaki had to say.

17   When people try and make the transition from employee

18   to sales professional, self-employed, over to business

19   owner and investor, one of the big struggles they have

20   is they're afraid to make mistakes.  They're afraid to

21   make mistakes along the way.  And because of that,

22   they're willing to settle for the guaranteed paycheck

23   of being an employee and trading time for money.

24          So they let that -- that fear of failure

25   really hold them back.  Now, here's my question to

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001074**

1     you.  Right now at this point in time, as you're

2     watching this video, if you look at all your income,

3     the money that flows into your life on a daily,

4     weekly, monthly basis, where's it coming from?  Which

5     side of the quadrant?  Are you earning a paycheck as

6     an employee, or are you earning commissions as, say,

7     self-employed or sales professional?  Over 90 percent

8     of people are earning their money this way.  And they

9     have less than 10 percent of the wealth, okay, so

10    they're not making a lot of money.

11           Whereas 10 percent of the people on the

12    other side of the cashflow quadrant, they have what's

13    called passive income.  They hold over 90 percent of

14    all the wealth.  Again, that's the side you want to be

15    on.  If you haven't read *Rich Dad Poor Dad* yet, read

16    it.  It's a great book.

17           Now, how do you make the shift from one side

18    to another?  Well, there's a few limitations that

19    often hold a lot of people back, and -- and really

20    it's all in their mind.  This is all mind set.

21    Limitations are usually mind set, capital, time,

22    education, skill, support, but really it's mostly just

23    mind set.  So, first, you need to fix your mind set

24    before you can change your financial results in life.

25           If you try and change your financial results

18



1    in life, but you still think like an employee, you

2    still want to see everything laid out for you step by

3    step, where you're afraid to take action and make

4    mistakes, if you still think like that and have the

5    wrong mind set, you're never going to get to the right

6    side of the quadrant, okay, so it all starts with mind

7    set first.

8         Now, one of the first big shifts we need to

9    make, if you want to move from employee to business,

10    owner/investors, you have to realize you don't want to

11    be working for your money where you're trading time

12    for money.  Instead, you want to either create or

13    leverage systems that do the work for you.  And,

14    therefore, you're not earning money anymore, you're

15    not earning a wage; you are receiving profits.

16         Jim Rohn had this to say.  He said, "Profits

17    are better than wages.  Wages make you a living.

18    Profits make you a fortune."

19         Another great author that I really respect

20    is T. Harv Eker, and he wrote a book called *Secrets of*

21    *the Millionaire Mind*.  This is the second of three

22    books I'm going to recommend you read.  So there's a

23    few books.  You've got a little bit of extra homework

24    in this step, but, again, if you read these books, if

25    you understand them, and if you take action, you might



**PX 22**                    **FTC-MOBE-001076**

19



1   spend $50 on the books.  But this has the potential to

2   possibly change your financial future forever.  So the

3   best investment you're ever to going to make is always

4   in yourself.  I hope you really know that and you

5   appreciate that.

6          But this book, it's called *Secrets of the*

7   *Millionaire Mind*.  So, again, by T. Harv Eker.  And

8   someone once asked T. Harv, they said, What's the

9   difference between poor people and wealthy people in

10  mind set.  And he listed them all out in the book.  I

11  want to take you through a few of these differences,

12  and as I'm reading these out, I want you to be very

13  honest with yourself and see what side of this table

14  that you're on.  Do you think like poor and middle-

15  class people, or do you think like wealthy people?

16         Now, again -- now, I want to make something

17  clear.  When I say poor and middle class, I'm not

18  judging those people as people.  I'm just describing

19  their financial situation.  So poor and middle class,

20  the first belief they have is they believe that life

21  happens to them.

22         Have you ever met someone like that?

23  They're always a victim.  When you sit down with them

24  for a coffee, they will gladly tell you about all the

25  things that have been happening to them and -- and how



**PX 22**          **FTC-MOBE-001077**

20



1    it's been all beyond their control, and -- and they're

2    just always reacting.  They believe that their results

3    in life, where they are today, is all due to factors

4    outside of their control, the external world.  Other

5    people, other situations, their upbringing,

6    politicians, whoever, their boss, anyone.  They never

7    take responsibility.

8         Whereas financially wealthy people,

9    financially independent and rich people, they believe

10   I create my life.  How much money I have in the bank

11   account right now is completely my fault, okay, it's

12   completely my creation.  There was a time when I had

13   less than $100 in my bank account, back in two

14   thousand and -- this would have been 2009, and I'd

15   started out with my online business, and in the very

16   beginning, I got off to a little bit of a slow start.

17   But even back then, when I had barely any money, I

18   never blamed really anyone else.

19        I didn't -- I didn't ever pass on the

20   responsibility.  I always accepted responsibility, and

21   what that did is that empowered me because I realized

22   that even though I hadn't yet figured out the answers

23   to change my financial situation, I knew it was within

24   my power to do so.  So if you're the kind of person

25   who's always blaming external factors that are outside



**PX 22**                **FTC-MOBE-001078**

21

1   of your control, you're never going to take

2   responsibility for your own financial results in life,

3   okay, so that's the first one.

4        Poor and middle class, they play the money

5   game not to lose.  They're always focused on what they

6   might possibly lose.  They hang onto their money too

7   tightly.  Okay, and I hope you really understand that

8   because to do well as an entrepreneur, I'm not saying

9   that you need to be careless, but you can't clench

10  onto your money where you are so terrified of even

11  losing a small amount that you never take action.  It

12  will paralyze you.  Okay, so you have to be willing to

13  take calculated risks every so often.  And also know

14  that you might make mistakes along the way, but that's

15  okay.

16       Okay, so financially independent and rich

17  people, they play the money game to win.  Rather than

18  focusing on the cost or the investment, they think

19  about what's the return, and that's what gets their

20  attention.

21       Poor and middle class, they want to be rich.

22  Everyone wants to be rich.  They wouldn't buy lottery

23  tickets if they didn't, so everyone wants to be rich.

24  But financially independent, wealthy people, they

25  don't just want to be rich; they need to be rich.

**PX 22**          FTC-MOBE-001079

22

1    They're committed to being rich.  So while everyone

2    else just wants it and dreams about it, people who

3    become financially wealthy, people who end up being in

4    the top 3 percent of all wealthiest people on the

5    planet, to them, they are fully committed to going and

6    getting that result, and there is a big, big

7    difference.

8          Part of the reason why I keep giving you

9    statistics at the start of every one of these steps is

10   because I want to show you what the average person

11   does.  The average person, even though they want to be

12   rich, even though they want to make money online, they

13   want to do well, the average person is not committed

14   to doing well.

15         So if you're still watching here on this

16   step, we're not even halfway through yet, but I want

17   to congratulate you because at least you're here.

18   Some people have already given up, so this shows me

19   that you're at least somewhat committed.  Keep on

20   going.  Commit to finishing these 21 steps at a bare

21   minimum.

22         Okay, a few other differences.  So poor and

23   middle class, they think small, they think of

24   limitations, they wish and they hope.  I hope one day

25   I'll win the lottery.  I hope that I get this job.  I

**PX 22**            **FTC-MOBE-001080**

23

1    hope that I get that bonus.  Financially independent

2    and rich people, they think big, think possibilities,

3    and they dream a lot.  We really do.  I'm always

4    dreaming about the future.  I'm very excited about the

5    future, about the future of MOBE, about the things I'm

6    going to do.

7            So I don't look at the future as -- as being

8    a predetermined thing.  I look at as being, wow,

9    there's so much that I want to do and I want to

10   create.  The possibilities are endless.  So start

11   being really optimistic about what's possible.  Poor

12   and middle class, they focus on obstacles.  So they

13   find all the reasons why they can't move forwards.

14           And this is a big one.  They will say things

15   like, oh, I don't have the money to start a business,

16   or I don't have the time to start a business.

17   Financially independent and rich, they focus on

18   opportunities.  They find a way around problems.

19   Rather than saying I don't have the money, they think

20   how can I find the money.  Rather than saying I don't

21   have the time to start a business because I've got a

22   full-time job, they think, well, how can I find an

23   extra hour or two hours either early in the morning or

24   late at night.  How do I find the extra time?

25           Poor and middle class resent rich and

**PX 22**          **FTC-MOBE-001081**

24

```
 1      successful people.  They resent them.  When they see
 2      them on TV, someone who's doing really well, they
 3      think thoughts like, oh, that person's greedy; that
 4      person, they should give away some of their money to
 5      those less fortunate.  They immediately start thinking
 6      negative or limiting thoughts about people who are
 7      really successful.
 8           But you will find that most really
 9      financially successful people, when they hear about
10      their peers doing well, they think, wow, good on that
11      person.  They're taking action, they're getting
12      results, they're getting what they deserve in life.
13           A few more.  So poor and middle class, they
14      associate with negative and unsuccessful people.  I'm
15      willing to make a bet right now that you might have
16      some people in your life who are not supportive of
17      your aspirations to make money online or to build a
18      business.  Maybe they -- they think you are just
19      outright wasting your time.  Okay, we all have people
20      like that in our lives.
21           Well, people who become financially
22      independent, who become wealthy, they choose to
23      associate with other successful people or other people
24      who are on their path or on the journey to becoming
25      successful.  When I first started out in this industry
```

**PX 22**          **FTC-MOBE-001082**

25

1    -- and you'll -- you'll read all about this in

2    *Limitless*, my book, but when I first started out in

3    this industry, I had friends, I had even family

4    members who were very negative about my ideas to make

5    money online.  They thought I was getting scammed.

6    They thought I was getting conned.  They never made

7    any supportive comments.

8         So after about six months of putting up with

9    this and trying to convince them otherwise, I realized

10   I was never going to convince them, and instead I

11   would just show them.  So I stopped talking about the

12   business with them.  If they -- if they started asking

13   me about the business, I'd just refuse to even talk

14   about it with them.  And what I started to do was I

15   would go to these live training seminars all around

16   the world, and I would meet other aspiring

17   entrepreneurs.  And I started to form my own support

18   network of other people who are like me.

19        Poor and middle class, they think negatively

20   about selling and promoting.  So those are the people

21   who are worried about being sold to, but the

22   interesting thing is people who become financially

23   successful, they don't mind being sold to at all.  I

24   personally, I don't mind being sold to.  I actually

25   quite enjoy it.  I like to watch the process, and I

**PX 22**          **FTC-MOBE-001083**

26

1    want to be sold.  I -- I actually enjoy it.

2              So if you resent people selling to you,

3    well, guess what, when it comes time for you to start

4    promoting or selling or building your own business, if

5    you resent trying to offer value to people in exchange

6    for money, if you resent having that done to you, do

7    you think you're going to be able to do that to other

8    people?  Probably not.  Okay, so you've got to be very

9    careful of that -- of that thinking pattern.

10             Poor and middle class, they are smaller than

11   their problems.  So if they have a problem, they will

12   make their problem or problems into these giant

13   mountains that are just too big for them.  Financially

14   successful people, they're bigger than their problems.

15   They know that this is a challenge right now, but I'll

16   find a way around it, I'll get through this, I'll work

17   it out.

18             Poor and middle class, they are poor

19   receivers.  You try and offer them something, they

20   will say something like, oh, I could never accept

21   that.  Financially independent people, they are

22   perfectly fine with accepting things because they know

23   they deserve it.  It's a different mind set.

24             Poor and middle class, they choose to get

25   paid based on time, whereas financially independent,

**PX 22**                    **FTC-MOBE-001084**



27



1    wealthy people choose to get paid on results.  Poor

2    and middle class think either/or.  I can either do

3    this or I can do that.  I can either have a job and

4    focus on that, or I can try and do this business thing

5    and quit my job and put everything at risk.

6              Financially independent people, they think,

7    well, how do I do both?  How can I do both at the same

8    time?  Okay, they don't force themselves to choose one

9    or the other.  They find creative ways to do more than

10   one thing.

11             So just a few more.  Poor and middle class,

12   they focus on their working income, instant

13   gratification.  Part of the reason why they're not



14   willing to take a chance and build a business is

15   because they would rather go to work or go and do a

16   job where they know exactly what they're going to get

17   paid, even if it's not much.

18             They have that certainty that they're going

19   to get paid, and it's going to be a fixed amount.

20   Okay, so they have that reassurance, that safety net,

21   whereas financially independent and rich people,

22   they're okay to postpone gratification.  They're okay

23   to build something today and take smaller rewards in

24   the short term, knowing that in the long term they

25   will get far bigger rewards.

**PX 22**                    **FTC-MOBE-001085**

28



1       For my first year in internet marketing, I

2   didn't make a whole lot.  I will be completely up-

3   front with you about that.  I really didn't

4   whatsoever.  And if I'd gone and got a job, I probably

5   could have made 50 times what I made with my online

6   business in those first 12 months.  However, I was

7   willing to take much less in the short term because I

8   knew, long term, if I keep at this, I can -- I can do

9   really well.  And, today, I'm glad that I did.  So be

10  willing to postpone your gratification until later.

11      The poor and middle class, they mismanage

12  their money.  They buy liabilities, whereas

13  financially independent, wealthy people, they buy



14  assets.  I see this so many times.  I see people who

15  are afraid or unwilling to invest in business training

16  or invest in businesses -- in other words assets,

17  because they will say things like I don't have the

18  money, yet later on I see them a day later or a week

19  later, and they're out buying things that they don't

20  need, buying new clothes, buying new shoes.

21      So they're willing to spend money on

22  liabilities, things that cost them money and will

23  never make them more money, whereas people who become

24  wealthy, we like to first spend our money on things

25  that will create even more money.  Okay, that's how we

**PX 22**          **FTC-MOBE-001086**

29

1   get our money working for us, rather than always being

2   on that hamster wheel working for the money.

3            Poor and middle class, they work hard for

4   their money, whereas wealthy people have their money

5   work hard for them.  Again, they invest in a business,

6   in someone else's business, in assets.  Their money is

7   doing the work.

8            Poor and middle class, they let fear stop

9   them.  Financially independent and rich people, here's

10  one of the most important ones.  Often, when people

11  hear about a really successful entrepreneur, for

12  someone who's making a lot of money online, they

13  think, wow, that person is so courageous, you know,

14  they took a chance, and they really went and did well.

15  They must be so brave, they must not have any fear

16  whatsoever like me.

17           Here's what you've got to realize, some of

18  the most successful people have just as much or even a

19  lot more fear than you and everyone else.  The only

20  difference is they act in spite of that fear, okay, so

21  for example, my case, there are definitely parts of my

22  business where I have fear and I -- I always had fear.

23  For example, we do a lot of seminars around -- around

24  the whole world.  We've been to probably over about 25

25  countries now.  And when I first started doing



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001087**

30



1    seminars, public speaking was a major, major fear for

2    me.  I didn't want to do it at all.  It was about the

3    last thing on earth I wanted to do.

4            So I never got over that fear.  I still have

5    it to this day, but I've learned to just act in spite

6    of it.  Okay, that's the difference.  And it's the

7    same thing with investing in a business.  You might

8    have fears about it, about this idea of -- of you

9    going full-time into your own business and really

10   taking this seriously.  You might have fears about it,

11   but what's going to determine whether you get results

12   in business or not really is whether you act in spite

13   of that fear.

14           Poor and middle class, they think that they

15   know it all.  They think that they have all the

16   answers already, whereas financially wealthy people,

17   financially independent people are always learning.

18   When they finish school, they don't stop learning.

19   Okay, they're always investing in themself.

20           Later on in these steps, I'm going to tell

21   you about all the investing that I do in my own

22   education.  I can document over half a million dollars

23   that I've invested in training products, consulting,

24   basically my own education over the last six or so

25   years, over half a million dollars.  And I don't stop.



**PX 22**                    **FTC-MOBE-001088**

31



1   Just because I'm getting results and I'm making money

2   online, it doesn't mean I stop investing in myself.

3   So the fact that you're here, congratulations, you're

4   investing in your own education.  That's great.

5          Now, throughout the rest of these steps,

6   you're going to learn about a system, a marketing

7   system which has made a lot of people a lot of

8   money -- commissions from $1,250 right up to $10,000.

9   The system as I've already told you has paid out over

10   $67 million in commissions.

11          You're also going to be trained on how to

12   use that marketing system, and your coach is going to

13   be your greatest asset out of all the training in this

14   program, they really are.  But the one essential

15   ingredient that you need to make all of this work,

16   here's what it is.  You must take full responsibility

17   for your own results.  We will show you the training,

18   okay, we will give you the coaching, but you must be

19   the person to actually take action.

20          Think of it this way.  We're going to give

21   you the car.  Okay, you're going to be sitting behind

22   the steering wheel, but it's not going to go to the

23   destination itself.  You must be the one to actually

24   put your foot down on the accelerator and steer, okay?

25   So just make sure you accept full responsibility



**PX 22**          **FTC-MOBE-001089**

32

1    because that is needed.

2             So the next thing I want to talk about is

3    your why.  What's your why for doing this?  You've got

4    to have a really big why.  The one thing that I can

5    guarantee you, if you're building a business, is

6    you're going to have challenges.  You're going to have

7    small challenges along the way, but every so often

8    you're going to have the big, catastrophic challenges

9    as well.  Believe me, you will, and they never end.

10   That's all part of being an entrepreneur.

11            But as long as you have a strong enough why,

12   a strong enough reason why you're doing all of this,

13   then you will be able to get through all of those

14   challenges.  So I want you to just -- to really think

15   about that right now.  Maybe even pause this video.

16   What's your reason why?  Why are you doing this?  Why

17   is it so important to you to have your own online

18   business, to reach those financial targets that you

19   want to get to, why is that important to you?  It

20   would actually be really good if you could actually

21   pause this and write down some of those reasons why.

22            And also remember this quote:  "He who has a

23   why can endure any how."  It's very true.  Again, if

24   you have a strong enough why, you'll be able to find

25   any way, any method to achieving the result you want.

PX 22                          FTC-MOBE-001090

33



1          Now, as an entrepreneur, you're going to

2     have challenges along the way, and the first challenge

3     will be changing the way you do things and also your

4     own thinking patterns.  And the one thing we know for

5     sure about the human mind is that it doesn't like

6     change; it likes to remain within certain comfort

7     zones.  And it's also really good at -- and it's also

8     very good at rationalizing, okay, coming up with

9     reasons why it has this pre-accepted belief.  So at

10    the moment you try and do something outside of your

11    comfort zone, your mind will start automatically

12    giving you all the reasons why you shouldn't, why it's

13    a bad idea, why you should remain within that comfort



14    zone.

15          So here's an example.  Do you right now have

16    any doubt that eating healthy, nutritious food and

17    having a regular exercising program in place, where

18    you exercise each day or five days a week, do you have

19    any doubt that that's important?  Do you have any

20    doubt that that is the way that you lose weight and

21    you get in great shape?  Of course not.

22          Yet why do most people not do it every

23    single day?  Well, again, it's because their mind

24    rationalizes why they don't need to.  So, for example,

25    let's say you try and start some kind of exercise

34



1    program.  You go down to your local gym, you sign up

2    for a one-year membership, and you have every

3    intention to go and exercise three times a week,

4    Monday, Wednesday, Friday.  And you do it maybe for

5    the first week, and you think, great, I'm making

6    progress, this is going good.

7        But then in your second week, it's Monday,

8    and things are just really busy at work or in your

9    family life, you've got a lot happening, and before

10   you know it, it's time to go to the gym, but you've

11   just got so much going on that your mind says

12   something like, well, it's okay if you take today off,

13   you'll go tomorrow to make up for it.

14       But then Tuesday rolls around, and again,

15   you're busy, and you think, well, I said Monday,

16   Wednesday, Friday; tomorrow's Wednesday; I'll just go

17   tomorrow.  The moment that you start thinking like

18   that, you're already rationalizing why you don't need

19   to continue to go through with it.

20       It's the same with eating really healthy

21   food.  Okay, so you have that decision between eating

22   the healthy food versus the food that tastes really

23   good and maybe it's not that good for you, and you

24   rationalize it by saying something like, well, I

25   deserve it, this one time won't hurt.  Or what's the



**PX 22**          **FTC-MOBE-001092**

35



1    point in eating healthy because the progress is so

2    slow, it's not going to hurt if I have one extra slice

3    of pizza.

4         But what you find is if someone gets in a

5    situation where getting healthy, getting fit, and

6    taking care of themselves now becomes a necessity,

7    finally they're -- they're able to start actually

8    doing all of those regular exercise programs and

9    eating -- eating healthy food.

10        For example, let's say that someone ends up

11   in hospital because they have heart problems because

12   they've been eating bad food and not exercising for

13   the last two decades.  And let's say that the doctor

14   tells them that, look, if you don't make a change, if

15   you continue at this current rate that you're going

16   at, if you don't make some changes, you're actually

17   not even going to make it beyond the next two years.

18        So suddenly it goes from being a want to now

19   being a necessity.  Now you have to get healthy

20   because it's a matter of life and death.  So now you

21   commit to the program.  And you commit to the -- to

22   the program because your why, your why, which happens

23   to be I want to survive, I want to live, it's big

24   enough.  Okay, it's big enough to outweigh all those

25   little rationalizing thoughts that you have that stop



For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001093**

36

1    you from making progress.

2              And you have a similar parallel in business.

3    So you might be coming up with all kinds of

4    rationalizations about why you can't do well in

5    business or why you can't get ahead.  For example,

6    here's a very common one.  People say, well, money, I

7    don't have the money, I don't have the money to

8    advertise, I don't have the money for the right

9    training, I don't have enough money for the right

10   business opportunity.  So their -- their big excuse is

11   lack of money.

12             Really, though, what that is, that's just

13   their brain wanting to keep them within their own

14   little comfort zone.  So a more empowering thinking

15   process is to ask yourself, well, how might I be

16   holding myself back from going and actually finding

17   the money.  If you want it enough and your why is big

18   enough, you will always find a way.

19             Here's another one.  I don't have the time.

20   That's -- that's a big excuse I hear for a lot of

21   people.  Even people who go through these steps, they

22   say, well, I don't have the time to finish these

23   steps.  I don't have the time to do what my coach

24   advises me to do.  I don't have the time to do the

25   things that will make me money in this business.

**PX 22**          **FTC-MOBE-001094**



 1          Well, again, you've got to ask yourself,

 2     well, how might I find the time.  What things am I

 3     doing right now in my day-to-day that I could give up

 4     or I could put on hold for a bit to start my business

 5     so I can have enough time?  Because, really, you are

 6     in complete control over how you spend your time.  No

 7     one else is.  You have 24 hours in a day, just like

 8     me, and how you spend your time is completely within

 9     your control.

10          Now, I know you might have obligations, you

11     might have a lot of responsibilities.  Lots of people

12     do, but still you have complete control over whether

13     you find extra time, even if it's 30 minutes a day, to



14     do this.  You can find the time if you want to badly

15     enough.

16          What I always like to say is you have the

17     same amount of time in your day as millionaires and

18     multi-billionaires have, so really it's a choice:  How

19     do you want to spend your time?

20          Now, if your excuse is about the money and

21     you're saying, well, it's too expensive to get into

22     business, then I might also suggest you ask yourself

23     isn't it more risky long-term not to do the things

24     that are going to move you out of your current

25     financial situation and create the financial results

**PX 22**                      **FTC-MOBE-001095**

38



1    you actually desire in life.

2            Okay, so you can spend the rest of your days

3    being frustrated, looking for the next shiny object

4    that promises you instant riches for no real

5    investment of your time or money online, and there's

6    lots of them out there.  Okay, believe me, there's

7    lots of them out there.  Or you can join and be fully

8    committed to this marketing system which we are

9    revealing to you through these steps, and you can make

10    this the one business that changes everything in your

11    life financially.

12            When you're making the $1,250 commissions,

13    $3,300, $5,500, and even right up to $10,000 on each

14    sale, it doesn't take that many sales to get to where

15    you want to go financially.

16            Now, while we're on the subject of mind set,

17    I want to talk about critics.  So do you have critics

18    in your life right now?  And I asked you this before,

19    but do you have anyone in your life right now who's

20    really not onboard with what you're doing or your

21    aspirations to be an entrepreneur?  So how do you

22    handle them?

23            So, first of all, recognize that no matter

24    what, you're always going to have critics.  And the

25    more successful you become, the more critics you're



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001096**

39

1      going to have.  I have a lot of critics out there, a

2      lot of people who like to criticize me, what I'm

3      doing, my company.  That comes with the territory.

4      You can't find any successful company in the world

5      that doesn't have a lot of critics.

6             Even big companies like Apple, Samsung, any

7      of the biggest companies in the world, if you go on

8      Google and you look for all their critics and their

9      bad reviews on their products or whatever it is, you

10     can find all of that.  So it comes with the territory.

11           Here's my advice, just ignore the critics

12     and do your own due diligence.  Make up your own mind.

13     Don't let other people make up your mind for you.

14     People who become millionaires, they don't listen to

15     what the masses think or the masses do because the

16     masses don't know.  That's why the masses, on average,

17     don't really have a lot of money.  They make their own

18     decisions.  They make their own conclusions, and they

19     make their own decision.  And they take action without

20     needing to get the approval of everyone else.

21           But if you do want to avoid criticism, well,

22     here's the only way.  You can say nothing, you can do

23     nothing, and you can be nothing.  Okay, now, I'm sure

24     that's not what you want, so just accept having

25     critics as all part of the process.

**PX 22**                  **FTC-MOBE-001097**

40

1           Now, when it comes to criticisms of business

2    models, I found this quite interesting.  Franchising

3    has been incredibly successful as a business model.

4    It has been worth many, many billions of dollars.  In

5    the U.S. franchises have produced over $521 billion in

6    revenue, yet did you know that it wasn't that long ago

7    that the whole business model of franchising, and in

8    the first half of the 20th Century, franchising was

9    actually put under legal review.  So when that

10   business model came along, there were a lot of critics

11   of it.  Now it's a lot more accepted, okay, and it's

12   become a very important part of the economy.

13          My point is with what you're learning here

14   with this business model, even affiliate marketing,

15   there's people out there who don't understand it, who

16   are going to be critical of it.  Don't really pay too

17   much attention to what they think or what they say,

18   okay?  It really doesn't matter because if it works,

19   then why not just go with it?  If it's working for a

20   lot of other people, then it can work for you, too.

21          Here's one of my favorite stories about

22   ignoring the critics.  So Fred Smith, the founder of

23   FedEx, he was at Yale University, and this was in

24   1965.  So he's doing his undergraduate degree there,

25   and he wrote a paper for his professor, which actually

**PX 22**          **FTC-MOBE-001098**

41

1      contained an outline for a delivery service that would

2      use a hub and spokes concept, which is what FedEx uses

3      to this day.

4              His professor wasn't impressed, and he told

5      him all the reasons why it wouldn't work, why it was a

6      bad idea.  And for his grade, he gave Fred Smith a C,

7      okay, not an A or a B, but a C.  Well, that hub-and-

8      spoke concept actually formed the backbone of FedEx,

9      and that company is now a multi-billion-dollar

10     company.  It does somewhere over $40 billion in

11     revenue every single year.

12             Now, here's my question to you.  What if

13     Fred Smith had listened to this Yale professor, his

14     critic?  What if he had listened to that critic and

15     not actually started FedEx?  Well, he would be with --

16     with a lot less money today.  And society would also

17     have lost something that's really useful for us, which

18     is the service that FedEx provides.  So, again, don't

19     listen to the critics.

20             You want to immerse yourself with successful

21     people, so get to live events.  We have a lot of live

22     events in MOBE.  You will learn about them as you go

23     through these steps, but if you get a chance to attend

24     a live event, then do it, okay?  Go and meet other

25     people who are on the same path as you.

**PX 22**                    **FTC-MOBE-001099**

42



1        And, also, remember Mobeinspiration.com.  By

2   now, you should have opted in.  If you haven't done

3   it, please pause this video right now and go to

4   Mobeinspiration.com, put in your email address, and

5   get these daily inspirational videos sent to you

6   because this will really help you to have the right

7   mind set to do well in this business.

8        Now, the other important bit of homework I'm

9   going to give you, and I want you to do this every day

10  because this will really, really help you.  We have

11  something called the MOBE Daily PowerUp training call.

12  And it's a short call.  Sometimes it goes for ten

13  minutes, sometimes less, sometimes 20 minutes.  But

14  it's done every single day.  It's in the morning USA

15  time.  If you're outside of America, then it might be

16  some other time.  Regardless, start listening to that

17  call every single day.  Try and be on the live call,

18  but if you can't be on the live call for some reason,

19  then you can listen to the recording.

20       I will put a link to that -- again, it's

21  called the MOBE Daily PowerUp call.  I will put that

22  below this video in the text.  I want you to commit to

23  start listening to that every single day.  Believe me,

24  it's really, really going to help you have the right

25  mind set to do well in this business.  And, also, you

**PX 22**          **FTC-MOBE-001100**

43



1    can find those calls actually on iTunes, too.  So if

2    you want to download them, put them on your phone,

3    then you can.  Then that way you can take them with

4    you.  And in the text below, we'll put a link so you

5    can go and find all of that.

6        So congratulations on completing Step 3.

7    You're doing amazing.  And as a special gift to you,

8    once you complete this step, I am going to send you a

9    copy of my book, *Limitless*, in the mail completely for

10    free.  Now, this book, it will take maybe a week,

11    possibly longer depending on where in the world you

12    are to actually arrive to you.  We will try and get

13    this to you as soon as possible.  All we need you to

14    do is to reach out to your coach, confirm your mailing

15    address, and then we will get this to you in the mail

16    as soon as possible.

17        But when *Limitless* arrives, I want you to

18    start reading it.  I want you to commit to reading at

19    least 10, 15, even 20 pages a day.  If you can read

20    more, great, but read the book because it walks you

21    through my entire high-ticket affiliate marketing

22    business model, and it shows you how you can leverage

23    that same business model for yourself and start making

24    high-ticket commissions.

25        So in the next step, here's what we're going

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**    **FTC-MOBE-001101**

44

1    to do.  We're going to show you how to make earning

2    your first six or even seven figures infinitely easier

3    when you choose the right niche, the right business

4    model, and the right products to promote online.

5    We're going to walk you through all of that.

6            And then in the step after that, we're

7    actually going to show you the second-best business

8    model in the world, why it's so powerful, and also the

9    importance of having scalable systems in your business

10   that you can leverage and that you can make a lot of

11   money with.

12           So here's your action steps.  There's three

13   books that I want you to read.  One is *Limitless*,

14   which once you complete this step will be put in the

15   mail, so that will be arriving pretty soon.  Remember,

16   you also have the audio version of it that you should

17   have been able to download in the previous step.  So

18   if you haven't started listening to it, go back and

19   download it, put it on your phone, take it with you,

20   listen to it in the car or when you're out walking,

21   but start listening to that every day until the book

22   arrives, and then also start reading it.

23           The other book is the *Cashflow Quadrant* by

24   Robert Kiyosaki.  Now, you can either get *Rich Dad*

25   *Poor Dad* or the *Cashflow Quadrant*.  Both are great.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                          **FTC-MOBE-001102**

45



1    Get both if you can.  Very good books.

2              Also, another book I'm going to recommend is

3    *The 4-Hour Workweek*.  Now, this is by Tim Ferriss.

4    This is a really, really good book.  This will

5    challenge a lot of your preconceived notions about

6    what it takes to make a full-time income and also

7    about what a standard workweek looks like.  Okay, so

8    this is a really, really good book, one of the best

9    that I've ever read.  Make sure you get this one.

10   Start reading them all.  Okay, just a few pages every

11   day, but start immersing your mind in this kind of

12   training.

13             Now, the most important action step is I

14   want you to find your why, why are you doing this, why

15   is building this business and reaching your financial

16   targets, which I hope you're discussing with -- with

17   your coach, but why is that so important to you.  And

18   I want you to go deep with this.  I want you to really

19   ask why, okay, on a deep level.  Not just because I

20   want to make some extra money, okay, that's not a -- a

21   really good reason why.  Why do you want to make that

22   extra money?

23             So what I want you to do is ask, well, why

24   is this important; when I have the money, what am I

25   going to do with it; who am I going to do it with; how



**PX 22**              **FTC-MOBE-001103**

46

1    will we enjoy it; how will my life be different.  I

2    want you to go really deep in this thought process and

3    identify what's your real reason why.  Why do you want

4    this so badly.

5             And for those of you who want to go on and

6    potentially become a top earner, I've got some extra

7    training for you, too, in the Top Earner Extra

8    Training section.  So go ahead, watch those videos.

9    There's quite a few of them there, but they're really

10   good content.  This will really take your

11   understanding of this step to a whole new level, so go

12   ahead and watch those as well.

13            Okay, I will see you in the next step.  Keep

14   going.  Don't lose this momentum you've got, and we'll

15   speak soon.

16            **(The recording was concluded.)**

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-001104**

47

<u>CERTIFICATE OF TRANSCRIPTIONIST</u>

       I, Sara J. Vance, do hereby certify that the foregoing proceedings and/or conversations were transcribed by me via CD, videotape, audiotape or digital recording, and reduced to typewriting under my supervision; that I had no role in the recording of this material; and that it has been transcribed to the best of my ability given the quality and clarity of the recording media.

       I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were transcribed; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

DATE:  2/9/2018       *Sara J. Vance*

                      SARA J. VANCE, CERT

**PX 22**       **FTC-MOBE-001105**

# Exhibit N

**PX 22**          **FTC-MOBE-001106**

Exhibit N - Page 1 of 95

FTC-MOBE-001107

PX 22



FTC-MOBE-001108

**PX 22**



Humans have been roaming the planet for many tens of thousands of years.

Modern capitalism—the action of merchants doing business and making profits—has been flourishing since at least the 14th century in Florence, Italy.

This picked up pace further when Europeans started migrating to the Americas (known as "the New World"), known as the New World, opening up commerce on a global scale.

And more so as the Industrial Revolution introduced new manufacturing processes.

Yet never has there been an easier time to get rich than right now today and it's because of one phenomenon: the Internet.

The internet has made it easier than ever before to start your own business and make a lot of money from home (or practically wherever you want).

A few years back, when I was still delivering every single MOBE event, I would put this into good perspective for the audience. I said to them: "Imagine if that far wall on the other side of the seminar room represented the dawn of mankind. And then imagine if where I am standing represented today. And then in between us was an imaginary timeline showing all the years in between."

Then I held up two fingers, just mere millimeters apart, and said: "On that timeline, this tiny distance represents the last 20 years where the internet has been available to the average consumer. Never before has it been easier to get rich beyond your wildest dreams. And you and I just happen to be alive right in the middle of it."

This is true for a few reasons.

Number one, you can receive payments from anyone, anywhere in the world so long as they have a credit card. Fifty years ago this wasn't really possible. It is today.

Number two, with the internet, you have a direct line of communication with several billion people on the planet.

Number three, it's now possible to build a business catering to very specific audiences, in ways that just 20 years ago were not.

If you take a specific audience—like people who want to learn how to knit quilts from home—you may be able to start a business in your local area teaching it, or selling products to this audience, but it will be extremely hard.

Even if you live in a city with 1,000,000 or more people, how many of them are looking for training on how to knit a quilt? It might only be a couple hundred or maybe 1,000 people who would be interested in buying your course—that's if you could somehow identify them (which would be nearly impossible since they'd not exactly be shouting from the rooftops that they wanted to pay a course on knitting quilts).

But now, with the internet, it's entirely possible to build a business that sells training on knitting.

Here's a few examples of people who are doing it:

Cross Stitch Made Easy

Knitting for Profit

FTC-MOBE-001109

**PX 22**



QuickTime Player



## Choosing The Right Niche

What is a "niche?"

In business a niche is "a specialized but profitable section of the market." It's made up of consumers or businesses who share a common interest, desire, or problem. When you sell to those consumers or businesses, you are said to be doing business in that niche.

Choosing the right niche for your business is essential. Some niches offer you the potential to make tens and even hundreds of millions of dollars.

Others will make it difficult to even make a two-figure annual income. Let's take a look at a few important things you need to know to ensure you choose the right niche for your business.

### Motivated Prospects

The first thing you want to look for is how motivated the prospects are to get whatever you're selling.

### Selling Cure, Not Prevention

If you're selling prevention, you'll likely have a hard time making sales. But if you're selling the cure (some kind of "fix") then you'll have motivated prospects looking for you.

For example, if you were selling a course online which taught people different exercises they could do from home to strengthen their core and avoid back pain later in life, you'd have a very hard time making sales.

People who don't yet have the back pain aren't even thinking about it.

But if someone who does suffer from severe back pain, and is searching for a way to relieve the pain, is a motivated prospect. They are looking for what you offer and they want it immediately.

### Accessibility To Prospects

You need to be able to reach the prospects. Not all niches offer you this ability.

Pick a niche where prospects are more likely to go online and search for a solution

Usually when people get a common cold, they typically don't go looking for solutions on how to solve it online, most will try to treat it with common home remedies, like taking over-the-counter medicines, gargling with salt water and drinking hot drinks, etc

### The Right Price Point

Not all niches offer the ability to sell more expensive, higher margin products.

Unless you're a company like Coca Cola, selling products for a low dollars online is a very, very hard way to get rich on the Internet.

Instead, you need to be in a niche where people will pay much higher prices.

In the niche I'm in (which I'll talk about in a moment), there are people willing to pay literally hundreds of thousands of dollars.

In fact, as of today, my most expensive product is a one-year mentorship program. It's $100,000 and many different people have paid me that kind of money for one-on-one consulting.

FTC-MOBE-001110

PX 22

FTC-MOBE-001111

PX 22



Now imagine if you were in a niche where you could sell programs for $100,000. How many sales each year would you need to reach your financial targets?

Not that many.

So in choosing the right niche, make sure you pick one that has the ability to sell higher-priced and higher-margin products.

Small business owners will pay a lot of money for the right solutions, so long as they can see an ROI (Return On Investment). If you can demonstrate to them that what you have will help them make more sales, save a lot of money, or work less, they'll pay a proportionate amount of money to get your solution.

If a business owner is doing over $250,000 per year in sales and you show them how to increase their upsell effectiveness by 10% by selling them a training product on that topic, then you're delivering potentially $25,000 in value (10% of $250,000).

Do you think that the business owner would be willing to pay $10,000 for it?

Of course they would! Who wouldn't pay $10,000 to potentially make an extra $25,000 every year?

**The Wealth Levels Of Your Prospects**

If you want to sell high-ticket products to a market, you also need to first make sure the average prospect in that market has the ability to afford those products as well.

NEXT SECTION: PLEASE CLICK HERE

Step 4 - Training Section #3                +

Step 4 - Training Section #4                +

Step 4 - Training Section #5                +

QuickTime Player

FTC-MOBE-001112

**PX 22**



*Your Business Coach*

Carlos Verdugo

✉ Email:
carlos@mobe.com
☎ Phone:
+1
📅 Schedule A Session
Click Here
💬 Skype:

MOBE WOULD LIKE YOUR FEEDBACK!
CLICK HERE
Business Coach Feedback

Step 4 - Training Section #1
Step 4 - Training Section #2
Step 4 - Training Section #3

# The Ultimate Niche To Get Rich From

Of the many hundreds of niches I rigorously researched before starting MOBE, by far the most attractive one I found was selling to small business owners.

Let me tell you just a few facts about small business owners.

- The small business niche is made of people who are desperately in need of and willing to pay for training
- The vast majority of them fail precisely because they don't have the right training

There's also a bigger purpose to helping the people in this niche.

Entrepreneurs make up the 3% of the population who are responsible for the increased living standards and livelihoods of the other 97% of the masses.

Without entrepreneurs, we wouldn't have cars. We wouldn't have modern flight. We wouldn't have air conditioning and heating. (We wouldn't have the Internet. You wouldn't have almost everything we take for granted which makes our lives easier.

Forty-nine percent of employees in the United States are small businesses.

So not only is this a niche you can make a lot of money in, it's a niche which you can serve and one where you can help to make a massive impact on society.

## The Boom In Online Learning Platforms and The Shift Away From Traditional Education

One of the fastest growing industries of recent times is online learning.

Nowadays, more and more people are looking for alternatives to traditional modes of education (e.g., college). They're starting to take better responsibility for their own education, therefore they are looking for other learning avenues.

They are more pressed for time, want more flexibility in their learning path, and often prefer the option of learning from home rather than going to a classroom every day. This is very apparent, because more and more traditional colleges and universities are offering online courses and degrees.

*CLICK HERE TO VIEW ARTICLE*

According to the article published on Forbes.com, the online learning market was projected to reach $107 billion in 2015.

And according to a report by ReportLinker, a technology company that simplifies how analysts and decision makers get industry data for their business, the global e-learning market is estimated to be $165.36 billion in 2014 and is poised to grow at a Compound Annual Growth Rate of 5.08% to reach $243.8 billion by 2022.

The key factors that are favoring the market growth are flexibility in learning, low cost, easy accessibility, increased effectiveness by animated learning, escalation in number of internet users and growing access of broadband pooled with mobile phones with online capabilities.

There are several big players in this industry.

Learn a New Skill Online on Your Time

Exhibit N - Page 7 of 95

FTC-MOBE-001113

PX 22



**Lynda.com:** Founded in 1995 by computer graphics instructor Lynda Weinman as a supplement to her books and classes, which she initially issued on videocassette. As the web matured, she put her videos online. Lynda.com expanded beyond software and web design, to a wider range of topics. By 2014, the site had revenues of $150 million. The next year, LinkedIn acquired the company for $1.5 billion.

**Udemy.com:** "The Academy of You!" launched in 2010. Though they initially failed to attract investors, before they'd been in business a year, they had 10,000 registered users and easily raised $1 million in venture capital. Over the next five years, the site boasted more than 40,000 courses and had raised another $12 million in funding to expand.

**Clickbank.com:** Tim and Eileen Barber started Clickbank in their garage in 1998, initially selling ebooks and later, video training courses, across very wide range of subject categories created by millions of authors and instructors. The company has sold $3 billion worth of digital training content to 200 million customers in 190 countries, according to their website.

I first saw the potential of these online learning platforms in 2014. MOBE had long since been up and running, but we were limited in that we could only release business training products as fast as I could create them.

It was around that time I had the idea of creating MOBE's own online learning platform, which I'd call "MOBEmarketplace.com." MOBE Marketplace allows any instructor to host their e-learning product on the MOBE platform.

My vision with MOBE Marketplace is for it to become synonymous with online business training, and to become a well-respected alternative to spending several years at university to earn a business degree.

At the time of this writing, there are about 350 products on MOBE Marketplace. My vision is that one day it will have 10,000+ online training programs, covering every single aspect of starting and building a business. Each one of them will make us the

Exhibit N - Page 8 of 95



FTC-MOBE-001114

PX 22



Step 4 - Training Section #4

## Choosing The Right Business Model

A business model is simply the way that a company generates income and makes a profit.

It includes such things as how you get new customers, how you effectively monetizes the customers you have, and how you scale your business.

Many people mistakenly assume that the success of a business is determined by the entrepreneur's intelligence. While that's important, there are also other big factors as well, like the business model they use

I've been able to make a lot of money over the years with my various online businesses—enough that I'll never need to worry about money ever again.

I also have many colleagues and clients who've been able to make millions as well. While I (and they) would love to think our success is entirely due to our smarts, it's not. It's largely due to the niche and the business models we use to make our money.

Not all business models are the same.

Let's go over just a few very profitable business models.

### Franchise

A franchise, like McDonald's, is a near-proven business model. It's not that hard to make a high six- or even seven-figure income running a McDonald's restaurant, if you can afford the multiple six-figure investment to get one. (Don't worry, we'll talk more about the franchise business model in the next step.)

This is part of the reason why there's well over 30,000 McDonald's restaurants around the world: the company has done a really good job of making their business system relatively easy to succeed with.

A farm on the other hand (like the one I grew up on and which my parents still operate to this day) is an extremely poor business model to make good money with.

With a farm you railroad all of your money (or the bank's) upfront on land, machinery, fertilizer, and chemicals to plant the crops. And then close to a year later (and after paying a lot of interest), so long as the weather has been good and insects have not plagued your crops, you then spend a lot more money to harvest your crops and hopefully get a good price.

### Affiliate Marketing

This is one of the more popular mainstream online business models. This is where individual marketers sign on with a company to market their products in exchange for a commission on sales. Although a lot of people have made a lot of money with the typical affiliate marketing model, many new entrepreneurs struggle to make more than $500 in their first six months.

When you get my book (mailess (which should be on it's way to your mailbox right now), make sure you read it, I go into a lot more detail in the opening chapters on different business models and how to choose the best one for you.

NEXT SECTION - PLEASE CLICK HERE

Step 4 - Training Section #5

Step 4 - Top Earners Extra Training

Step 4 - Your Assignment

Congratulations - You have completed Step 4.



Step 4 - Training Section #5

# Choosing The Right Products To Promote

## What Makes A Great Product

**One that is already in demand:** People already have a need for it, and, the problem is already occurring so they are already out there looking

**Provides a solution for an existing problem:** You're selling the cure, not prevention. Remember, we want motivated prospects.

Some of the more suitable product categories to sell online are:

- **Physical products and deliverables:** (Consumer products like computers, phones, clothing, vitamins, etc.)
- **Digital & information products and goods** (Kindle ebooks, software, apps, online games, online training)

With physical products, the pricing formula is simple. You need to know:

- *How much does it cost to have something produced?*
- *What is the price of distribution and fulfillment?*
- *What's your profit margin?*

All this being considered, you then arrive at the retail price of the product or goods to be sold

After that, you can usually only raise your prices by differentiating yourself from your competition. As a result, what most often happens, is you become a victim of fierce competition, and so your profit margin is very thin, thus you rely on a lot of sales to achieve any profit at all.

But with digital and information products, you'll have more room for bigger profit margins.

- You can create the product once, and ship as many as you need. No additional cost to create new ones
- There are minimal online storage costs compared to physical storage
- There are no shipping costs, as everything can be delivered electronically
- You can set your own pricing. No one can compete with your personal stories, knowledge and experience

That's why online training programs are the most ideal products to sell online

## Your Tiered Product Mix—Having The Right Products

Notice that this section is about having products—plural—rather than a single product.

To achieve huge online revenues, one of the most important things to consider is to make sure you have the right products.

As I mentioned in a previous step, you've got to have a series of different products at different price points that you can offer to all customers in order to make the economics (the numbers) of your business work.

MORE taxes money on the initial (front-end) product sales we make to new customers, just about every time.

But we make back all our money (and a lot more) on the back-end, through offering more expensive, more valuable and higher-margin programs.

I hope you understood that lesson I just gave you. Let me say it another way, just to be sure.

Exhibit N - Page 11 of 95

FTC-MOBE-001117

PX 22



Whichever business has the best back-end sales process in place (the best monetization strategy for increasing the amount of money an average customer spends) will always dominate in any niche.

So you have 2 choices:

1. You can either build your own back end (create a lot of more expensive, more valuable, and higher margin programs)

or

2. You can find another business that already has this in place, and leverage their backend.

## Creating Your Own Products

Creating your own product line is a very fulfilling process. But if you have started implementing certain components of the business like building a website, writing copy, reading how to eBooks, you might have even tried creating your own products, then you would've found out that it was very difficult work to do all on your own.

When you are just starting out, take the easy path and choose shortcuts that will get you in the profit zone faster

Throughout the rest of this training, I'll be showing you how to take a massive shortcut and save yourself years of work by choosing option 2 with the MOBE Marketing System.

**NEXT SECTION - PLEASE CLICK HERE**

Step 4 - Top Earners Extra Training                    +

Step 4 - Your Assignment                               +

Congratulations - You have completed Step 4.           +

Meet our members

Exhibit N - Page 12 of 95



FTC-MOBE-001118

**PX 22**

Exhibit N - Page 13 of 95



FTC-MOBE-001119

PX 22



FTC-MOBE-001120

**PX 22**

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

| | |
|---|---|
| MATTER NO. | 1723072 |
| TITLE | MOBE |
| DATE | RECORDED:  SEPTEMBER 21, 2017 |
| | TRANSCRIBED:  FEBRUARY 8, 2018 |
| | REVISED:  MARCH 1, 2018 |
| PAGES | 1 THROUGH 79 |

Step 4_2017-09-21_10-04-28

*C Jones*
*3/28/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001121**

2

1          FEDERAL TRADE COMMISSION

2                I N D E X

3

4     RECORDING:                              PAGE:

5     MOBE Step 4                                4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-001122**