3

1              FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     MOBE                           )   Matter No. 1723072

5                                     )

6     ------------------------------)

7                          September 21, 2017

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-001123**

4

1                    P R O C E E D I N G S

2                -     -     -     -     -

3                Step 4_2017-09-21_10-04-28

4            (Website review with no audio.)

5            MATT LLOYD:  So welcome to Step 4 of this

6    21-step training program.  In Step 4, we're going to

7    look at choosing your million-dollar niche, your

8    business model, and also getting the right products

9    for maximum profit.  So we're starting to really dive

10   into more the -- the hands-on training that's going to

11   show you how -- how you can start getting paid the big

12   commissions in this business.

13           So before I get started, I want to

14   congratulate you.  And I always like to share with you

15   these numbers, because it really just rewards you for

16   taking action and lets you know how well you're doing.

17   So 42 percent of people get to this step.  In other

18   words, more than half the people never even get to

19   this step.  So keep it up, keep the momentum going.

20   You're going to learn a lot in this step.  Let's dive

21   right in.

22           So first of all, here's what we're going to

23   be talking about.  I'm going to share with you why

24   it's easier today, right now, to get rich, to become

25   incredibly wealthy, than it's ever been in the course

PX 22            FTC-MOBE-001124

5

1    of modern capitalism or even just humankind.  And I

2    really want to tell you about that because I want you

3    to understand the opportunity that's in front of you

4    and why it's so important that you take this training

5    seriously.

6         We're also going to look at what is a niche

7    and how do you choose the right one for you where

8    you're going to be able to make the maximum amount of

9    money, the ultimate niche to make enormous profits

10   from.  When I decided to get online and to start

11   trying to make money through the internet, I looked at

12   a lot of different niches.  And the one that I chose,

13   the one that I'm in today, I believe it is the

14   ultimate niche, and I will tell you why I believe it's

15   also the ultimate niche for you if your goal is big

16   commissions and great customers as well.

17        We're going to look at various business

18   models and why they're not all created equally, why

19   some business models will get you to where you want to

20   go much faster than other ones, and, also, why the

21   company that can lose more on the front end will have

22   the most success.

23        So let me first begin just by really

24   painting the picture here of -- of why this is the

25   ultimate opportunity to have the internet in front of

6

1    your fingertips, right now today.  So the internet

2    came out somewhere around 1993.  Before that, it

3    wasn't really possible to sell online and to be able

4    to take credit card payments.  But when you think

5    about the thousands and thousands -- tens of thousands

6    of years that humankind has been around, if you look

7    at that on a -- on a physical scale, right -- pretend

8    for -- for a second that we're standing in a room

9    together and I'm on one side and I'm pointing to the

10   wall across the other side of the room and I'm saying

11   that represents the -- the many thousands of years

12   that humankind has been around, well, right now, you

13   would and I would be in this tiny, little, one- or

14   two-millimeter little segment of time.

15        And we're very lucky because this happens to

16   be the time, right now, where the internet is just

17   starting to boom.  Okay, it really is at the beginning

18   of the -- the rapid stages of growth.  So we have

19   something in front of us right now.  I want you to

20   really understand how -- how powerful and how

21   incredible this opportunity really is.

22        And I'll tell you why, because with the

23   internet, you now have access to potentially billions

24   of people -- billions of people -- people you've never

25   met, people on the other side of the planet who could

**PX 22**             **FTC-MOBE-001126**



1    be awake while you're sleeping in the middle of the

2    night who can now buy your products and send you

3    money.  You can receive payments from anyone anywhere

4    in the world.  You can build a business catering to

5    very specific audiences and actually make a lot of

6    money doing it when just 30 years ago you could never

7    even do that.

8            Here's an example.  Let's say that you

9    wanted to start a business and you chose the niche

10   knitting quilts.  Now, I don't know if you're into

11   knitting quilts, but let's pretend that you were.  And

12   you wanted to put together some kind of training

13   program that was going to show people how to knit

14   quilts and you wanted to sell that in your local city,

15   okay, wherever you live right now.

16           Now, there might be several thousand people

17   in your area who enjoy knitting.  Okay, maybe there

18   is.  But 30 years ago it wasn't really possible to

19   identify who those people were.  Okay, it certainly

20   wasn't anywhere near as easy as it is today.  So you

21   would be constricted to people who were in your

22   immediate local area who you knew were interested in

23   what your business, knitting quilts, actually

24   provided.  You would have a very small audience to

25   market to, and it wouldn't really be possible to make

PX 22                    FTC-MOBE-001127

8

1    hundreds of thousands or millions of dollars per year.

2                But let's look at what the internet has done

3    for us now.  If you want to take that same business

4    and put it online, now you're not constrained anymore

5    to your local area.  Now you're not constrained to

6    your local city.  Now you can actually market to all

7    the people on the planet who have that particular

8    interest knitting.  And how many do you think there

9    are?  There's probably millions of people out there

10   who like to knit.

11               So now what you can do is you can advertise

12   to those people.  Now, there's already people doing

13   this and making a lot of money doing it.  So before I

14   made this video, I did a little bit of quick research,

15   and I looked at some different online businesses that

16   I could find that are selling courses on how to knit.

17   Okay, here's an example one.  This is called Cross

18   Stitch Made Easy.  It sells for $20, how I learned

19   Grandma's secret, okay, that's the hook.

20               Here's another one, Knitting for Profit, six

21   proven and simple ways to make money from your

22   knitting or crochet, whatever that is.  Even if you

23   have no business experience, even if you have no money

24   to start, even if you've never made money from

25   knitting before, and you can get it all for $37.



9



1          Here's another one.  So this is an entire

2    website devoted to different crafts that people can do

3    from home, and look at all the different knitting

4    courses there are on this one website.  It's just

5    incredible.  Lots and lots of them.  And there's even

6    a business that takes it a whole step further.

7    They've developed a niche within a niche.

8          So you've got the knitting niche, but if you

9    go further into that niche, there's also a smaller

10   niche called, in this case, about different stitching

11   that you can use, different styles of knitting.  This

12   particular website, they're actually showing you how

13   to create different patterns with your knitting in



14   their course.

15        So what's my point?  My point is that these

16   people are now making money, and I don't know how

17   much.  They could be making six figures, they could be

18   making a lot more, maybe less, but now they're

19   actually able to build a business around a very small

20   defined niche.  So that's what you have available to

21   you now with the internet.

22        Now, these businesses, not only can they go

23   and find customers, but they can actually recruit

24   affiliates, people who will promote their business for

25   them.  Okay, and they can do that by putting their



**PX 22**          **FTC-MOBE-001129**

10

1    product on an affiliate program.  So here's an

2    example.  This one is called ShareASale.  And if you

3    go to the website, there's lots of different affiliate

4    programs out there, but you can go there, click on

5    "Our Affiliate Program," and you can actually start

6    promoting those knitting courses if you want.

7            Here's another one.  This one is called

8    ClickBank.com.  So there's knitting products listed

9    for sale on ClickBank.com, which I'll talk about in --

10   in just a moment, but my point is here that they're

11   building entire businesses around these really small

12   niches, and also allowing other people to go and

13   promote those really tightly defined niched products.

14           What the internet has done is it's given you

15   global access to just so many different prospects for

16   your business.  And the way that we can identify who's

17   interested, okay, who's actually interested in our

18   product, is through their online behavior.  So, for

19   example, you might be in America right now, and on the

20   other side of the world would be my home country of

21   Australia.  And you might be promoting one of these

22   knitting programs, and you're not going to know who

23   out of the 22 million people in Australia are

24   interested in knitting.  You're not going to

25   immediately know that.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001130**



1          So how do you find that out?  Well, you can
2     look at their online behavior.  So, for example, what
3     are they typing into the search engines.  That's one
4     way of many.
5          Let's say someone goes to Google and they
6     type in "quilt knitting."  Through their online
7     behavior, through the act of actually typing in those
8     words, they are demonstrating that they're interested.
9     So what we could do is we could go and advertise on
10    Google's platform using Google AdWords -- and if none
11    of this makes senses right now, that's okay.
12         After we get through the 21 steps, we'll
13    show you how to start getting traffic with some of
14    these methods.  But we could go and advertise on
15    Google so that when someone takes that action, that
16    action step, and self-identifies as being interested
17    in what we offer, we can show them our ads.  So that
18    way our ads are only showing to people who are
19    interested and most likely to buy.
20         Now, if the internet has done so much to
21    make it so easy for the average person to make money,
22    then why do so many people who try and make money
23    online, why do they still struggle?  Why do they fail?
24    Well, let's talk about a few of the reasons why.
25    First of all, information overload.  In the last seven



12

1    days, if you go and check your email inbox right now,

2    how many different internet marketing gurus have been

3    emailing you, telling you about their product, their

4    launch, their webinar, their new sales video?  How

5    many in the last seven days?

6            I don't know how many you've got, but I'd be

7    willing to take a guess that it's probably over five,

8    it's probably over ten.  For some of you watching this

9    right now, if -- if your email inbox looks anything

10   like mine, it could be many hundreds.  So think about

11   the average person who gets started online.  How could

12   they be expected to succeed when they've got dozens of

13   different people telling them to go in dozens of

14   different directions, and they don't even know where

15   to start?

16           This is what we call information overload,

17   and that's exactly why in a previous step I asked that

18   you put all those emails aside.  You might even

19   unsubscribe from the ones that aren't serving you and

20   focus on one thing at a time, like this training

21   program.  Get through these 21 steps.  So that's the

22   first reason why people struggle, information

23   overload.

24           But besides that, besides just being

25   overloaded and having no focus and trying to spread

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                        **FTC-MOBE-001132**

1    your attention too thin, the other big reason is the

2    wrong niche, the wrong business model, and also the

3    wrong products.  So that's what I want to talk about

4    in this step.  Let's talk about choosing the right

5    niche.

6           So what niche you choose to go into, it's

7    going to have an enormous impact on how much money you

8    make.  So how do we define a niche?  Well, a niche is

9    really just a specialized but profitable corner of the

10   market.  So here's an example, diet preferences in

11   USA, you've got 96 percent of people who you would

12   call standard; you've got maybe 3 percent of people

13   who would be vegetarian, so that's a niche; and then

14   you've got 1 percent who would be what you might call

15   vegan, okay, so, again, a smaller, even more clearly

16   defined niche.

17          Now, the last thing you want to do is try

18   and sell a -- a course on being a vegan to the masses,

19   okay, because you're not targeting the right niche for

20   your offer.  You want to go and find that small niche

21   where your offer is actually going to help them and

22   just target those people.  So that's the first step.

23          Now, the other thing you'll want to look at

24   is the prospects in that niche.  How motivated are

25   they to find the solution or to get your benefit or to

14

1    solve whatever problem they have?  How motivated are

2    they to do that as soon as possible?  This is very

3    important.

4            Right now, as I make this video to you, I am

5    having a few back issues.  My back's a little bit

6    sore, okay?  And it's -- it's okay.  It's not a really

7    big deal, but here's my point.  Right now, I am in the

8    market to be sold different information products,

9    different services, different solutions to relieve

10   back pain.  I have brought a few different pills from

11   the local pharmacy.  I'm trying all kinds of different

12   solutions.  I've been to chiropractors and been put on

13   their stretch machines.

14           And I'm trying all of these different

15   things, yet six months ago, I wasn't spending money on

16   any of that stuff.  Why?  Because even though I knew

17   that I might have back problems in the future, it's

18   been a reoccurring problem, there was no pain at that

19   time, so I wasn't motivated to go and find a solution.

20           And here's the point I'm trying to make.

21   The cure will always sell better than prevention,

22   okay?  And you might want to write that down.  The

23   cure will always sell better than prevention.  You

24   want to be selling a product or a service to a market

25   that right now is experiencing some pain, so they're

**PX 22**            **FTC-MOBE-001134**

15

1    motivated to go and find the solution and to actually

2    do something about it.  In other words, spend money on

3    solutions.

4           The next thing you want to look at is price

5    point.  So when you're choosing the right niche for

6    you, you want to make sure that it can support the

7    price point that's going to allow you to have adequate

8    margins to build a business.  So, in other words, if

9    you can't sell anything for more than, say, a few

10   dollars, well, that might not be the niche for you.

11          For example, let's say you wanted to come up

12   with your own type of cola, like Coca-Cola in a can.

13   Well, you had invented your own flavor of cola, and

14   you wanted to start making it from home and selling

15   it.  Well, traditionally, the price point of cola in a

16   can is under a few dollars.  Now, you could try and

17   sell it for hundreds of dollars per can, but I don't

18   think that would be very successful, okay, unless you

19   got really creative.

20          But the price point, with that kind of

21   business model and that niche, selling cola in a can,

22   that would be very hard for you to build a big

23   profitable business.  The only way that you could be

24   profitable in that kind of business is through massive

25   economies of scale like Coca-Cola, selling to billions

**PX 22**          **FTC-MOBE-001135**

16

1    of people every single year.

2         So you want to pick a niche.  You want to

3    pick a business model where the price point can

4    support you making a living and -- and you doing very

5    well financially.

6         I like to choose niches where I can sell

7    products in the high thousands of dollars, even tens

8    of thousands of dollars.  If I can't sell products for

9    more than, say, $1,000 in a niche, I'm not even

10   interested, okay?  So I want to be able to sell high-

11   ticket to fewer customers but make bigger profits on

12   those customers that I get.  In fact, as of today, the

13   niche that I'm in right now, my record for the most

14   expensive single product that I've ever sold is

15   $100,000.

16        Now, you might wonder, well, what do you

17   possibly sell for $100,000.  That is a mentoring

18   program.  It's a one-year mentoring program, but

19   that's what it is, $100,000.  Now, five years ago, if

20   you'd told me that I'd be able to sell products for

21   $100,000, I wouldn't have even believed that was

22   possible.  Back then, I -- I would barely believe you

23   if you told me that I could sell products for $2,000.

24   But you actually can do that through the internet.

25   You can sell products if you're in the right niche and

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001136**

17



1    you have the right offer and the value is there for

2    tens of thousands of dollars.

3            So I'll tell you what that niche is in just

4    a moment.  But you do want to pick a niche where you

5    can actually add in different products and have an

6    ascension program, an ascension path, where you can

7    sell more expensive products on the back end that are

8    more valuable to your front-end customers, and you can

9    keep on doing it.  Not all niches allow you to do

10   that, but some do.

11           The other thing you want to look at is

12   what's the average wealth level in that niche.  If you

13   try and sell to broke people, then you're going to

14   have a hard time making millions of dollars.  Okay,

15   you need to make sure that you're selling to a market,

16   you're selling to a niche where your audience, they

17   actually have the money to buy your solution.

18   Otherwise, you can't help them, and they can't help

19   support your business either.

20           We need to be able to reach our market.  So

21   just because we have the internet, it doesn't mean

22   that we can reach every single niche.  There are some

23   niches where even through the internet it's hard to

24   reach them.

25           So are you ready to know what I consider the



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-001137**

18

1    ultimate niche is?  Let me tell you it is selling and

2    marketing product solutions to small business owners.

3    And how do I define small business?  Well, any

4    business that has less than 500 employees is defined

5    as small business.  And there are tens of millions of

6    them on the planet.  And this, to me, this really is

7    the ultimate niche.

8         Let me tell you why.  Number one, they

9    really need help.  Most business owners, as you will

10   soon see, have a hard time making money, making a

11   profit, and living the lifestyle that they originally

12   got in business for.  So they have a need and they are

13   desperate to find a solution.  They are willing to

14   spend money on solutions if the right solutions are

15   presented.

16        The vast majority of them fail precisely

17   because they don't have the right training.  So by

18   selling them the right training, not only can we make

19   a lot of money, but we can also do a lot of good.  And

20   while we're on that topic of doing a lot of good,

21   entrepreneurs make up 3 percent of the population, but

22   really they are responsible for the vast majority of

23   innovation in society.  All the wonderful things we

24   enjoy today that 100 years ago people couldn't even

25   imagine, that's all the result of business owners and

**PX 22**        **FTC-MOBE-001138**

19



1    entrepreneurs.  So that's a great market to serve if

2    you're looking at it from a -- having a great cause

3    kind of perspective.

4         Now, if you also look at the workforce, did

5    you know over 49 percent of all employers in the USA

6    are actually small business owners?  So they actually

7    are responsible for providing a lot of jobs in

8    society, close to half of them.  With this niche, you

9    get to make money while you serve society and have a

10   massive impact as well.

11        Now, also, as far as what they're willing to

12   spend to get the right training, to get the right

13   solutions, it's a lot, it really is.  Recently -- this



14   was actually more than a year ago now, but I spent

15   over $120,000 for a piece of software.  Okay,

16   $120,000.  That's a lot of money, because I wanted to

17   get this software for my business, for my company.  I

18   knew that it would help us, so I -- I did the

19   calculations in my head, what would be the return on

20   investment, and I spent $120,000.  Business owners

21   will spend big money if you can demonstrate a good

22   return on investment for that training or that

23   solution.

24        But let's look at the traditional options

25   for business owners if they do want to get the right

**PX 22**                    **FTC-MOBE-001139**

20

1    training.  And the traditional option is your

2    traditional education system -- school, university.

3    If you want to learn about business when you go to

4    university, well, the first thing you will usually get

5    is an undergraduate degree, and then you would get an

6    MBA, master's of business administration.  And this is

7    where you would learn about accounting, finance,

8    management, human resources, all of that stuff to --

9    to actually build a business.

10    Now, before you do that two-year MBA, you've

11    got to do the three-year undergraduate degree.  So

12    typically you could be spending five years of your

13    life if you decide to take the traditional education

14    path to learn about business.  Five years, that's a

15    lot of time.

16    And to get that undergraduate degree, let's

17    have a look at some of the costs.  You can be looking

18    at per-year costs of anywhere from $18,000 right up to

19    $35,000 per year and even much higher.  So after three

20    years, that can be close to $100,000.  And then let's

21    say you want to go and get that MBA, and you want to

22    go to a more prestigious university.  Well, let's have

23    a look at some of the costs.

24    So here are some of the options.  If you

25    decide to go to Columbia Business School in America,

**PX 22**                    **FTC-MOBE-001140**

21



1    which is renowned for being a really great business

2    school, you are looking at a total MBA cost of

3    somewhere over $168,000.  If you decide to go to

4    Wharton, again $168,000.  You've got your Stanfords,

5    your Harvards.  Harvard is at over $158,000 and so on.

6    Berkeley, Duke, all of them over $100,000.

7           So when you add all of this up, to get your

8    MBA, to get your -- your undergraduate degree, we are

9    talking about a multiple, multiple, six-figure

10   investment.  And to me, the far bigger investment is

11   the four or five years of your life.  That's worth a

12   lot more than just a few hundred thousand dollars.

13   This is the traditional path that business owners had

14   to go through if they wanted to get training.

15          But things are shifting.  And in other

16   countries, if you want to go and get that MBA or that

17   university degree, you're still looking at, for

18   example in the U.K., up to 73,000 pounds.  In

19   Australia, up to 95,000 Australian; Canada, Singapore,

20   it's still very expensive.

21          Now, with all of this training, five years,

22   multiple-six-figure investment, well, how much money

23   are these people, these graduates, able to go and make

24   on average.  Well, let's have a look at it.  The

25   average salary for an MBA graduate, well, if they're a



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001141**

22

1    senior finance analyst, could be anywhere from $60- to

2    $98,0000.  Now, I don't know about you, but the idea

3    of spending five years of my life at multiple six

4    figures to be able to make back less than $100,000 per

5    year and still have to pay really high tax rates that

6    you have to pay as an employee, that just makes

7    absolutely no sense.

8            And even if you go on to become a CFO of a

9    big company, we're still looking at maybe up to

10   $212,000 and so forth.  So these numbers, again, for

11   the -- the amount of time and the dollar investment,

12   they're not really that high at all.  I don't think

13   so, at least.  So it's no wonder that business owners

14   and entrepreneurs are getting frustrated with this

15   traditional education path and now they're looking for

16   other options.

17           And this is really where the birth of a

18   whole new industry has recently happened.  There has

19   been a boom in online learning in these last few

20   years, and it's not slowing down.  There's a big shift

21   away from the traditional education path to a more

22   customized, flexible education path where you can get

23   what you need in a much shorter amount of time, rather

24   than spending years of your life getting all this

25   theory when you only might use maybe 4 percent of it.

**PX 22**              **FTC-MOBE-001142**

23

1          And by the way, this is all coming from

2      someone who actually did four years at university, at

3      one of the best universities at Australia, doing a

4      business degree, and also never finished that business

5      degree because I dropped out and I started my online

6      business.  So I've been through these traditional

7      education paths before, and I can tell you that most

8      of what is being taught, most of it is theory by

9      people who've never actually run a business or got big

10     results running a business, so I can definitely

11     appreciate why this shift is happening.

12          Here's an article that Forbes.com wrote, and

13     they -- they talked about how the online learning

14     industry, and this is back in 2015, was on track to do

15     $107 billion in revenue.  $107 billion.  And they said

16     more traditional methods of training or education are

17     not going away, not yet, but organizations of all

18     types, from public schools to corporations, are opting

19     to train and inform via the web.  An online training

20     service for technology professionals announced today

21     that it has closed $135 million in Series B funding.

22          Here's another one.  The global e-learning

23     market was estimated to be $165 billion back in 2014

24     and is poised to grow at a compound annual growth rate

25     of 5.08 percent to reach $243.8 billion by the year

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001143**

24



1    2022.  In other words, this is an industry that is

2    growing very fast and there's a lot of money to be

3    made.

4            Just to prove it to you, there's a company

5    called Lynda.com, and I recommend you go and check

6    this out just for the -- for the lesson.  So Lynda.com

7    is an online learning platform which was started by a

8    lady called Lynda Weinman, and she started this back

9    in 1995, along with her husband, and she started

10   putting together training courses on different things.

11   And at first, she was putting them on VHS cassette

12   tapes, maybe not -- not everyone who's watching this

13   will know what they are.  If you're over the age of 30



14   you -- you will remember VHS cassette tapes.

15           So she started doing that, and then the

16   internet came along, and she started actually putting

17   these courses online.  In 2015, that little company

18   selling just online learning actually sold for over a

19   billion dollars to LinkedIn.com, over one billion

20   dollars.  This was a stay-at-home mom who decided to

21   start a business around e-learning, okay, selling

22   education online, for over a billion dollars.

23           More precisely, it was $1.5 billion, and

24   I'll put a few links to the different articles around

25   this so you can go and read about it, but it's just a

**PX 22**          **FTC-MOBE-001144**

25



1       fascinating story and really demonstrates the size,

2       the potential of this industry.

3               So here's another one.  This one's called

4       youtome.com, similar concept.  So they're selling

5       learning programs or different educational programs

6       delivered through the internet, and this one was

7       founded in 2010, so it's much younger.  So far, they

8       have 11 million students.  They have over 40,000

9       courses in 80 different languages.

10              All the courses, like Lynda, they are

11      available on demand.  So you buy them; straight away

12      you get the training.  And in 2015, youtome raised $60

13      million to grow their online marketplace -- $60

14      million -- with the goal of surpassing their 11

15      million students and 20,000 instructors worldwide in

16      more than 190 different countries.

17              And here's another one.  This one's called

18      ClickBank.com, and you might have heard about this

19      one.  ClickBank has collectively sold billions and

20      billions of dollars, okay?  I don't know the exact

21      number, but I know that they have paid out to the

22      product creators who put their training on the

23      platform, and the affiliates who promote collectively

24      billions of dollars.  So this is big, big business.

25              Here's just a few of ClickBank's different



**PX 22**                    **FTC-MOBE-001145**

26



1   categories, and each category has a lot of different

2   products, but you can find categories on different

3   languages, tech, if you want to learn how to -- to do

4   something online or some technical skill, games,

5   gardening, health and fitness, parenting and family,

6   self-help, all kinds of different categories where

7   online learning is being sold.

8          So all of these different platforms, they

9   are called MOOC, okay, which stands for massive open

10  online course.  A massive open online course, it's a

11  course of study that's delivered to a very large

12  number of people through the internet.  Now, I first

13  really saw the potential of this in 2014.  And around



14  that time, that's when I decided to really change the

15  direction that MOBE was going in and really focused on

16  building our own massive open online course platform

17  really, but we wanted to specialize in one niche only.

18  That was going to be our differentiating factor to all

19  the other ones out there, like Lynda and youtome.

20         So what I'm going to do is I'm going to cut

21  right now to a Mastermind.  This is a Mastermind,

22  again, I did this back in 2014, in the Bahamas, and I

23  want you to watch this.  This is a short segment where

24  I explain why MOBE decided to go in the direction that

25  it's now headed in.  So take a look at this.

1          **(MOBE Mastermind video shown as follows.)**

2                  UNIDENTIFIED MALE:  Now, what I'm excited

3          about is Matt's going to come up here and he's going

4          to talk about not just where we've been but where

5          we're going.  I have to tell you, even I don't know

6          what's coming out of his mouth tonight.  So I'm as

7          excited as you probably are.  I'm going to be hanging

8          on every word he has.  The rest of the evening is for

9          you, and that's going to be presented to you by our

10         founder, Mr. Matt Lloyd.

11                 Are you ready for him?

12                 AUDIENCE:  (Cheers).

13                 UNIDENTIFIED MALE:  Are you ready?  Are you

14         ready?

15                 AUDIENCE:  (Cheers).

16                 MATT LLOYD:  What I want to talk about is

17         where we are going, okay, were are we going as a

18         company.  Up until now, MOBE has -- I mean, let's --

19         let's face it, I started MOBE in 2011.  I got started

20         in this industry late 2008, but it wasn't until 2011

21         that I -- I had the idea for the MOBE license rights

22         program.

23                 And, so, it's been almost three years now,

24         and with where we are, with where we've been, you

25         could call MOBE a teenager, but now we are entering

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001147**

28



1    adulthood, okay, and we have to make some changes, and

2    that's what I'm going to be talking about in this

3    segment.  I'm going to be telling you where we are

4    headed as a company, okay, the future of MOBE.  And

5    this affects all of you because many of you here are

6    partners, you're clients, many of you have invested a

7    lot of time and a lot of money into this company, and

8    there's a lot at stake.  So this affects everyone.  So

9    I've got a few changes, and I think you're going to

10   like these changes.

11          So here's the thing.  I've been doing this

12   now for almost six years, and -- and often people come

13   up to me and they ask me, okay, often colleagues ask



14   me, they say, Matt what is your exit strategy here,

15   okay, what's the long-term plan.  Are you going to

16   keep on building this up and then one day sell it off

17   and -- and have a big payday, or what's -- what's the

18   plan?

19          And here's the deal, my exit strategy is I

20   don't have one.  I'm going to be doing this for a

21   long, long time, okay?  I see myself doing this for

22   the next few decades.  So I'm not looking at exiting

23   anytime soon.

24          **(Applause.)**

25          MATT LLOYD:  Thank you.  I've invested a lot

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001148**

29

1    of time in this, and MOBE has become me.  I mean, I --
2    I am MOBE.  So it's -- it's a part of me.  It's not
3    something that I could ever give up, okay?  So I'm
4    going to be doing this for a long time, and that's why
5    everything that I do and everything that we're trying
6    to work on right now is setting this up so we are
7    around for the long term.  Because, let's face it, a
8    lot of companies in our niche come and go, okay?  You
9    see the flavor of the month all the time.  They rise
10   and they fall.

11          Five years ago, it was a very different
12   industry.  Okay, all the companies that were at their
13   peak, now many of them no longer exist.  And I -- I
14   can't think of anything worse.  So I want to make sure
15   that everything we do sets us up so we are here for
16   the long term.

17          So there's going to be a few changes.  Okay,
18   and I want to walk you through what those changes are
19   now.  So we're going to become an education platform
20   or an e-learning platform.  That's what MOBE will be.
21   And let me explain exactly what that is.  E-learning
22   is basically when you can access training, education
23   programs online.  And e-learning websites, they don't
24   just have two or three or five courses, they've got
25   many, many courses.  And it's huge business, okay?

**PX 22**          **FTC-MOBE-001149**

30

1              More and more these days, people are

2      starting to take responsibility for their own

3      education, okay, and they're starting to seek out

4      other avenues, not just the traditional university,

5      but they're actually going online and they're actually

6      thinking, okay, what do I need to learn, and they're

7      buying training, okay, e-learning programs.

8              2011, $35.6 billion.  Now, it's estimated to

9      be $51.5 billion by 2015.  That's one estimate.

10     Forbes estimates it a little bit higher.  Forbes say

11     that the online learning industry will be a $107

12     billion industry by 2015.  That's huge potential.

13     Okay, that is where we are going.  That's where we

14     want to be.

15             So you might have noticed that a lot more

16     universities these days are transitioning online,

17     okay, they have online programs.  Have you ever heard

18     of online degrees or online MBAs?  It's big, big

19     business.  Okay, more and more universities are having

20     their courses offered online so people can stay at

21     home and they don't have to go the more traditional

22     route and actually go to the university and do

23     classes.  It's more flexible, okay, you can do those

24     classes at home whenever you want, okay, around your

25     own schedule.  So that's the trend, okay, people want

PX 22                    FTC-MOBE-001150

1    that flexibility.

2              Let me tell you this, Arizona State

3    University, 2011, $4.4 million in revenue.  Look at

4    this growth.  This -- this excites me.  2014, that

5    number has reached $94 million.  That's enormous

6    growth, okay, online universities.  More and more

7    you're seeing them.

8              Now, check this out.  You see there's a lot

9    of e-learning platforms coming up more and more these

10   days.  Sites like udemy -- who's heard of udemy here?

11   Okay, a few of you.  Lynda -- Lynda.com, who's heard

12   of that?  This is big business.  I want to show you a

13   few of these companies and where they are going

14   because this is where I've been looking for

15   inspiration, okay, with what MOBE could possibly be.

16             Lynda.com, check this out tonight.  Okay, it

17   was started by a lady called Lynda, okay, Lynda.com.

18   She started this a number of years ago, and basically,

19   you can go to Lynda.com and anything you want to learn

20   you can get access to on this -- on this website.  So

21   they have courses on all kinds of different things --

22   photography, whatever you want really, I mean,

23   whatever little hobby you have.

24             Over 2,900 courses, okay?  So it's like a

25   whole library.  It's like an online library of

PX 22                    FTC-MOBE-001151

32



1    information training programs.  And you'll see it's

2    got a whole bunch of different categories, so again,

3    anything you want to learn, you can go and access on

4    this website, and you can buy their programs.  Now, I

5    don't know if you can read this, but recently they

6    raised $103 million in equity, okay, $103 million.

7    And I just tell you that so you know, this is big, big

8    business.  Some of these companies are doing big

9    numbers, okay?

10    Udemy, very similar.  Udemy's similar to

11    Lynda.com, a lot more courses, though, 18,000 courses,

12    10,000 instructors.  These are people who put their

13    courses on this website, okay?  And if you want to

14    learn something, you go to Udemy.com, and you can

15    search for any topic you like and you can find a

16    product on that topic.  Okay?  So go and check it out

17    tonight.  Actually browse the website, have a look

18    around, and this -- these are what you call e-learning

19    platforms.  Again, it's big business, and it's really

20    starting to pick up.

21    Now, so I was looking at these.  I've been

22    looking at these for the last few months, okay,

23    studying how they've set their business up, studying

24    all their different categories and -- and everything

25    like that.  And if there is one weakness, I think that



**PX 22**        **FTC-MOBE-001152**



1     their weakness is that they are trying to appeal to

2     everyone.  They're trying to have a course for

3     everything you could want, and it's very general.

4          Here's where MOBE is going to be different.

5     MOBE is just going to be around business.  Okay, our

6     courses will only be business.  We will be an e-

7     learning platform, eventually with thousands and

8     thousands of different courses.  Now, these courses

9     will be for small business owners and entrepreneurs.

10    That's going to be our niche.  So if there's a small

11    business owner just starting out, and they don't know

12    how to do something, they don't know how to do

13    Facebook pay-per-click or they don't know how to do

14    email marketing or they don't know how to outsource

15    more effectively, MOBE will be the place that they go.

16         Okay, they won't go to Lynda.com, they won't

17    go to Udemy.com, because they're -- they're general,

18    okay?  They will go to MOBE because everyone will know

19    that MOBE is if you want to learn business, that's

20    where you go, okay?  E-learning on business.  This

21    will be where we focus.  An online marketplace which

22    sells business training products and live events.

23    That's what we will be, okay?  And lots and lots of

24    different products.

25         Now, keep a close eye on this domain.  We



**PX 22**          **FTC-MOBE-001153**

34



1       just brought this domain, Mobemarketplace.com.   This

2       is going to be where we start building this, okay?

3       And eventually we're going to move this to MOBE.com,

4       okay, but you will start to see a lot of different

5       courses that we will offer, and that's where it's

6       going to be.

7               So what kind of topics?  Anything to do with

8       business.  It could be advertising; it could be

9       finance; it could be operations.  It could even be

10      where do you invest your money once you start making

11      money from your business.  Anything to do with

12      business, we will have a product covering that area.

13              And, again, the long-term plan here, we will

14      have thousands and thousands of different products.

15      It will be like an online library, okay?  So it's

16      going to be a lot.  I've got our work cut out for us.

17              Now, here's the other thing.  Here's --

18      here's why that might interest you.  That means you're

19      going to have a lot of different products that you can

20      now promote and earn commissions on, not just four or

21      five -- hundreds, thousands of different products.

22      You get one customer, everything that customer buys

23      from now on you're getting commissions on, okay?

24      Thousands and thousands of products.  And it will all

25      be processed through your affiliate account, okay?



**PX 22**                    **FTC-MOBE-001154**

1        Now, here's the thing.  I mean, as a company

2    founder, just so you know, you know, when you see most

3    direct sales companies, here's the way it works.  The

4    company starts out, they have very fast growth.  And

5    they make their first million and their first 10

6    million and -- and then after that, as they start to

7    build culture, usually what happens is you get a few

8    superstars in the company, your top earners, and

9    sooner or later one of them starts promoting other

10   different programs and products.  Now, the company

11   owner doesn't usually like that.  And why do you think

12   that would be?

13        Yeah, I mean, they've -- they've been

14   building something from the ground up.  They've been

15   building their -- their community, and then someone

16   starts taking members from their community out into

17   other programs, so you can understand why.  But on the

18   other hand, there's another argument that can be made

19   that for -- for you guys, for affiliates, for

20   partners, it's good to have multiple streams of

21   income.  Would you agree?  I mean, some of you, that's

22   -- that's what you want to have.

23        So usually what -- what the company owner

24   does is to stop this, they put in place some very

25   strict rules.  And they say, look, when you come

**PX 22**          **FTC-MOBE-001155**



1    onboard, you've got to sign this agreement, this

2    affiliate or this distributorship agreement, and if

3    you start promoting other programs to your downline or

4    to -- to your team, you can actually be kicked out of

5    the company.  Okay?

6         Now, again, I can understand why they do

7    that.  But having been an affiliate, having been in

8    your shoes, I understand why you don't like that.

9    Now, I've got two options here.  As MOBE turns into an

10   adult and we -- we mature as a company, we can do

11   that.  We can have stricter rules.

12        The other option is we can have so many

13   products, so many front offers on our platform that



14   you don't even need to go outside of MOBE.  You've got

15   so much available to you on the MOBE platform, you can

16   have all your multiple income streams that you

17   wouldn't even think about going outside of MOBE.

18        So that's what we're going to do, okay?

19   Less strict rules, but I'm going to come out with so

20   many products, so many front-end offers, that you have

21   so many different income streams that you're not even

22   going to think about going to other companies because

23   you're going to find it all here.  Okay?  That's the

24   plan.

25        **(Applause.)**


For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555


**PX 22**          **FTC-MOBE-001156**

37

1          MATT LLOYD:  Now, here's the other thing.

2     Not all of the people on your list or not all of your

3     audience are going to resonate with MOBE.  Okay, some

4     people won't, and that's okay.  We're not for

5     everyone.  But for those people, they will resonate

6     with other product creators.  They will resonate with

7     other people who have products, okay?  It's -- it's

8     funny, like I was -- I was just having dinner with

9     a -- with a family, and they were telling me about how

10    they -- they got into this industry several years ago

11    and they've been through all these different

12    companies, which if I named, you would all know these

13    companies, okay?

14          You know, one's a blogging company, hint,

15    hint.  You know which one I'm talking about.  And

16    they've -- they've been through all of that, and they

17    didn't resonate with -- with some guy wearing a

18    singlet and thongs and that wasn't for them.  And they

19    said, Matt, I -- I resonated with you.  So we -- we're

20    now here.

21          Now, again, I'm -- I'm not for everyone.  So

22    some people won't resonate with me, and they'll go for

23    the other company, and that's fine.  Well, what this

24    does, by having other products and other sales

25    funnels, it means that you're not just promoting Matt

**PX 22**                          **FTC-MOBE-001157**

1    Lloyd or a MOBE product.  Now you can promote other

2    products by other product owners or creators, and it

3    means that you've just -- I mean, your chances of

4    making sales now, you've got a much wider audience.

5    And you can offer it all through the MOBE platform,

6    okay?  So I think that's pretty cool.

7         All right.  Now, change number three, I

8    think you're going to like this one.  Some of you

9    definitely will.  You will be able to sell your own

10    products through the MOBE platform.  How would you

11    like to have everyone in this room as your possible

12    affiliates?  Who would like that?

13         **(Cheer.)**

14         MATT LLOYD:  Yeah?  Who would like that.

15         **(Applause.)**

16         MATT LLOYD:  Now, a lot of you don't yet

17    have your own products, so this might not have, you

18    know, a lot of significance to you yet.  But

19    eventually, somewhere down the line, you might want to

20    create your own product.  You might think, look, I've

21    got some knowledge, I'd like to create a product, and

22    I'd like to have a platform to sell it through.  I

23    would like to have affiliates.  I take questions at

24    the end -- thanks.

25         So now you will be able to do that through

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001158**

1    the MOBE Marketplace.  You will be able to put your
2    own product on our marketplace and have other people
3    promote it.  Okay, and I think that's pretty cool.  I
4    think now you will have access to tens of thousands of
5    affiliates.
6          Now, of course we're going to have -- we're
7    going to have some criteria to getting your product
8    listed in the MOBE Marketplace.  Okay, it's got to be
9    up to scratch.  You know, we're going to actual look
10   at the product and make sure it's a good product.  But
11   you will actually be able to put your product here and
12   now have an affiliate network, people who can promote
13   it, and you will get paid royalties.  You will get
14   paid a percentage on every transaction.  So if you
15   have a really, really good product and it sells
16   really, really well, you can do pretty well from it.
17         Okay, so Udemy, for example, have this.
18   ClickBank.com, for example, have this.  Just on Udemy,
19   for example, some of their top-earning product
20   creators have made over half a million dollars per
21   year, putting their products in the marketplace and
22   then other affiliates pick it up and start promoting
23   it.  Okay?  And, again, you're getting residuals on
24   every single transaction of your product.
25         So I know a few of you have your own

**PX 22**          **FTC-MOBE-001159**



1    products.  You should be pretty excited about this.

2    And all of you should be excited about it because now

3    you can promote, again, other personalities, other

4    brands, other products.  So a lot of our top partners,

5    for example, like John, John Chow, John Chow obviously

6    knows how to build a blog.  He's very good at

7    blogging.

8             Now you can be -- you can actually sell one

9    of his products on blogging with his personality,

10   okay?  You might have people on your list who don't

11   resonate with me but resonate with John.

12            And it means you're going to be earning

13   residuals on all of this, too.  So if you have people

14   who are in your team and they start promoting everyone

15   else's products, you're still earning residuals.  It's

16   all done through the MOBE Marketplace.  Okay, so, I'm

17   excited about that because what -- what this means is

18   -- I mean, if -- if there's one limitation right now

19   of -- of how MOBE is set up, we can only bring out new

20   offers as fast as I can create them, okay?

21            So every month or every two months, I come

22   up with a new offer and a new product.  But it takes

23   time, like Traffic Masters Academy, that -- that took

24   a little while to put together, okay?  I had to go and

25   round everyone up, get them to do their part.  Shaqir,



**PX 22**          **FTC-MOBE-001160**

41

1    you took three months to do your part.  It took a long

2    time, okay?  And that was the -- the limitation on

3    that model.

4             With this model, now it's not just about how

5    fast can Matt move.  It's about having potentially

6    hundreds, thousands of people creating products at the

7    same time, creating sales funnels, putting them on the

8    MOBE Marketplace, and now you can promote them.

9    Hundreds, thousands of products.  Think about that for

10   a second.  We will be able to create front-end offers

11   faster than any other company in our niche.  So I'm

12   pretty excited about this.  We're going to move very

13   quickly with this.

14            Now, the other thing as far as products go,

15   here's what we're going to do.  We're going to be very

16   transparent because we're going to allow feedback by

17   the customers.  So Amazon.com, I was reading about

18   Amazon.com and how the company was built a couple of

19   months ago.  And as they were building the company,

20   internally, there was, you know, a big disagreement in

21   the company.  They had the editorial team, and they

22   had the more tech team.  Now, the editorial team

23   wanted to write reviews on every product on

24   Amazon.com.  And, of course, they wanted to write

25   glowing reviews of every single product, because they

**PX 22**                    **FTC-MOBE-001161**

1    thought, well, we'll get more sales that way.

2         Now, the tech team was actually building an

3    algorithm where people could leave real feedback.  So

4    if they thought the product was terrible, they could

5    actually say this product is crap, don't buy it, it's

6    a really bad product.

7         Now, what is better for the customer?  If

8    the customer is buying the product, what would you

9    rather?  Do you want to sugarcoat everything and say,

10   yeah, this is a really great product?  Or would you

11   rather have real reviews?  That's one of the main

12   strengths of Amazon.com.  Okay, if you go to Amazon

13   and you're -- you're thinking about buying a product,

14   you can get real feedback from real people who've

15   actually bought the product.  If it's a good product,

16   it's going to get good reviews.

17        So when you list your product on MOBE.com on

18   our marketplace, if it's a really good product, you've

19   got a good chance of making sales.  If it gets really

20   good reviews and you've got a good funnel, you've got

21   a good chance of making sales.  You can have everyone

22   else promoting it.  If it's a bad product, it's

23   probably not going to sell that well.  So this keeps

24   the quality up.  Okay, this makes sure that only the

25   best products survive, okay?  So it means we have lots

**PX 22**            **FTC-MOBE-001162**

43



1    and lots of new products coming in, lots of new front-

2    end offers, but it's very transparent, okay, in the

3    reviews.  So that's that change.

4              **(Mastermind video concludes.)**

5          MATT LLOYD:  So I hope you enjoyed that.

6    Here's the platform that we created shortly after

7    that.  It's called MOBEmarketplace.com.  You can go

8    and check it out right now to see what it looks like,

9    but this is our version of a Lynda or a Udemy or a

10    ClickBank.  And what makes it really different is it

11    focuses just on entrepreneurs, just on business

12    owners.  We don't have products in health and weight

13    loss or gardening or anything like that.  We just

14    focus exclusively on business training.  That's our

15    one big advantage.

16          So our market, small business owners,

17    millions and millions of them out there, they

18    desperately need this training.  And if they have a

19    choice between going to a platform that is spread out

20    over 500 different categories or one that is focused

21    on just business training and does a really good job

22    of it and also has the live event business training,

23    which one do you think they're going to go to?

24          So that's the vision of where I'm trying to

25    take MOBE, and we're doing really well.  So far at the



**PX 22**          **FTC-MOBE-001163**

44

1    time of filming this, we have many hundreds of

2    products.  Again, we've already paid out $67 million

3    in commissions to our consultants, which is our word

4    for affiliates, but to our consultants who promoted

5    our various business training and who also wanted to

6    earn those high-ticket commissions that we've been

7    talking about.

8          Now, the categories that we have on this

9    website, again, you can go and check it out, but they

10    deal with sales, leadership, management, hiring,

11    scaling, advertising, whether it's paid, whether it's

12    free, whether it's online, whether it's offline, any

13    particular challenge, anything that a business owner,

14    an entrepreneur, might need to grow their business or

15    might need to -- to find a solution to a challenge,

16    all of the training will be provided on

17    MOBEmarketplace.com.

18          So here's an example.  This is Perry

19    Marshall.  He is one of our trainers.  He's created

20    lots of different courses.  You might have heard of

21    Perry Marshall.  He's also a very well known author

22    who's wrote books on Google AdWords, for example,

23    advertising on Google.  So his product is called

24    Double Your Productivity and Your Business This Year,

25    80/20 sales and marketing.  So it's a $499 course.

**PX 22**          **FTC-MOBE-001164**

45

1    Let's say you're a business owner and you just find

2    that you're not productive, you struggle to get things

3    done, and you know that you need training in this

4    area, otherwise, your business won't be able to grow.

5            Well, a consultant, perhaps you, might then

6    go and recommend this product to that business owner.

7    They buy and they pay the $499, and you get paid a

8    commission, and they also get great training.  Now on

9    the back end, there's going to be additional programs

10   that we will offer, our marketing system will offer

11   that customer that you referred and you will get paid

12   the big commissions on.  Now, those big commissions

13   could be anywhere from $1,250, $3,300, right up to

14   $10,000 per sale.

15           Now, these are just some of the programs

16   that will be offered on the back end to your clients.

17   These are our core curriculum training programs.  You

18   will learn more about these as we go through the

19   steps.  More specifically, you will learn how you can

20   market them and how you can earn commissions when we

21   actually sell these to your clients.  You can actually

22   earn right up to $10,000 on just one of them, but more

23   about that later on.

24           So my vision with MOBE Marketplace is that

25   one day we're going to have tens of thousands of

**PX 22**                    **FTC-MOBE-001165**

46



1    different training programs on our platform.  Right

2    now, we're up to about 350 at the time of recording,

3    but it's growing very, very fast.  And once we hit

4    critical mass, then it's going to take off.  So

5    whether we -- we end up like a Lynda.com, I'm not

6    sure, but I definitely know where I'm aiming to take

7    it.  And, to me, I think that it's got enormous

8    potential and enormous promise.  And I also think that

9    the people who get onboard with helping us grow it and

10   promote it can also do extremely well out of it as

11   well.

12           Like I said, we will only ever focus on

13   business training.  We won't ever try and have

14   different categories on our platform.  We only want to

15   serve business owners and entrepreneurs because that's

16   our strength.  So let me show you what sort of person

17   might invest in training from MOBE and how you might

18   actually be able to get paid on -- on referring those

19   clients to us when they buy.

20           So below this video in the text, I'm going

21   to include several examples of different clients who

22   had businesses, they took our training, and they took

23   their business to a whole new level.  So here's one of

24   them.  Her name is Holly Gannon, and she owns a

25   fitness and dance studio in Perth, Australia, my home



**PX 22**                    **FTC-MOBE-001166**

47



 1    city, just by chance.  She was using radio, newspaper

 2    ads, and flyers to drive traffic to her company's

 3    website, and also her Facebook page, but she wasn't

 4    getting any results.  She wasn't getting customers.

 5    She wasn't getting sales.  And she was soon becoming

 6    very frustrated by this.

 7         So she invested in some of our training

 8    programs and learned how to advertise, and some of

 9    those training programs were our Traffic Masters

10    Academy course, the OPT Formula, which stands for

11    other people's time.  That's an outsourcing course.

12    And also several others.  And now her classes are

13    full.  She's getting clients coming in every single

14    day.  Her classes are full, and that's seven days a

15    week.  So this is an example of a client that you

16    might be able to really help through recommending a

17    different MOBE product or a different MOBE service.

18         Here's another example.  This man, his name

19    is Tony Ashpole, and Tony is in the U.K.  He had built

20    up a fairly substantial business in the tax and wealth

21    management industry, and then a health crisis forced

22    him to reevaluate the long days that he'd been putting

23    in at the expense of his health and his family.

24         So he started looking at different options.

25    Now, keep in mind, at that point in time, he was



**PX 22**                    **FTC-MOBE-001167**

48



1   making six figures a year, but he had no life, okay?

2   He was spending all of his time driving to prospects'

3   place of residence and making sales presentations, and

4   he just had no freedom.  So he was cash-rich but he

5   was time-poor.

6           He decided to change that.  He invested in

7   several of our Mastermind training programs, and now

8   his life is completely different.  In fact, let me

9   play a short little segment here of what he had to

10  say.

11          **(Tony Ashpole video played as follows.)**

12          MATT LLOYD:  Hi, guys.  Matt Lloyd here,

13  founder of MOBE.  So right now we are in Jamaica.

14  We've just got done attending a high-level marketing

15  Mastermind with MOBE, training a lot of entrepreneurs.

16  And one of those entrepreneurs is Tony Ashpole from

17  close to London, and he was just telling me his story

18  about his existing business and how he was able to

19  take what he's learned at MOBE so far in the last --

20  how long's it been, about a year?

21          TONY ASHPOLE:  Just over a year, yeah.

22          MATT LLOYD:  Okay.  What he's been able to

23  take, what he learned at MOBE, applied it to his

24  existing business, and he's just got this incredible

25  story.  He now has a business that has given him time



**PX 22**                    **FTC-MOBE-001168**

49



1    freedom.  It's a lot more lucrative.  It's a lot more

2    stress-free.  And I'll let him tell the story, but

3    first of all, Tony, if you could just tell our

4    viewers, what is your existing business --

5                TONY ASHPOLE:  Yep.

6                MATT LLOYD:  -- and -- and what does it do.

7                TONY ASHPOLE:  Okay, cool.  Well, as Matt's

8    already said, my name's Tony Ashpole, and I'm the

9    founder of Connell Corporate Solutions.  We're a

10   wealth management strategy company based in the U.K.

11   that looks after tax mitigation and asset protection

12   for business owners and high-net-worth individuals.

13              I founded the company back in 2005, and

14   whenever you're setting any business up, getting

15   clients is key.  Keeping them is even more important.

16   But when you're starting with nothing and -- and when

17   I go back 11 years, I had no clients.  We had to start

18   from scratch, so it meant buying lists, buying lists

19   of names of accountants, buying sets of accounts of --

20   of successful businesses.

21              I then had to employ tele-sales people.  I

22   then had to spend an absolute fortune on mail shops.

23   And then what was happening is I'm just spending a ton

24   of money.  These tele-sales people are then sending me

25   here, there, and everywhere, all over the U.K. because

**PX 22**          **FTC-MOBE-001169**

50

1    tele-sales, the way they work, they just want to put

2    you in front of people, they don't care.

3           MATT LLOYD:  So they would get paid a

4    commission --

5           TONY ASHPOLE:  Correct.

6           MATT LLOYD:  -- and you're -- you're driving

7    around to all --

8           TONY ASHPOLE:  Yeah.

9           MATT LLOYD:  -- these leads that aren't --

10          TONY ASHPOLE:  Yeah.

11          MATT LLOYD:  -- really qualified to be

12   working with.

13          TONY ASHPOLE:  No, you're exactly right.  It

14   was very much more a blunderbuss approach than -- than

15   a laser approach, if you like.

16          MATT LLOYD:  Sure.

17          TONY ASHPOLE:  So I know my numbers, because

18   before I came out here, I actually looked over over 11

19   years.  I've done the same meeting, and so I do the

20   same presentation.  I've done it about 1,700 times.

21   So I'll do about three of those a week, and that will

22   mean an hour driving there, an hour doing the meeting,

23   an hour [audio break] so I've driven over 154,000

24   miles to attend these meetings over 11 years.

25          Now, this started to do a couple of things.

**PX 22**          **FTC-MOBE-001170**

51

1   It started to affect my health.

2           MATT LLOYD:  Mm-hmm.

3           TONY ASHPOLE:  Okay?  It started to affect

4   the amount of time I spent with my children and my

5   family.

6           MATT LLOYD:  Okay.

7           TONY ASHPOLE:  And it all came to a head

8   when I had a suspected heart attack.

9           MATT LLOYD:  Mm-hmm.

10          TONY ASHPOLE:  So I realized something had

11  to change.  And by luck, would you believe it, I met

12  your company.

13          MATT LLOYD:  How did you first come across

14  MOBE?

15          TONY ASHPOLE:  Okay, well, I look after two

16  of your very, very successful affiliates.

17          MATT LLOYD:  Oh, yes.  Yeah, right.

18          TONY ASHPOLE:  Okay?  So when I looked at

19  what these guys were earning and how they were living

20  their lives, and I looked at me, now we do all right,

21  but these guys were doing all right and were stress-

22  free.

23          MATT LLOYD:  Mm-hmm.

24          TONY ASHPOLE:  So I spoke to both of them,

25  and they told me exactly what they did.  So I -- I

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001171**

52

1    took a slightly different approach.  I -- I bought

2    into MOBE.  I bought into the whole -- the whole

3    thing.  I positioned myself at Diamond from day one.

4    I didn't actually plan to promote MOBE.  What I wanted

5    to use was I wanted to use the products and services

6    that MOBE provided.

7              MATT LLOYD:  Yep.

8              TONY ASHPOLE:  And there were a lot less

9    than there are now.

10             MATT LLOYD:  Okay.

11             TONY ASHPOLE:  Right?  But I applied it to

12    my own business.

13             MATT LLOYD:  Right.

14             TONY ASHPOLE:  Okay?  Now, this was the --

15    this, to me, was absolutely key.  I'd never done

16    anything like webinars before.

17             MATT LLOYD:  Mm-hmm.

18             TONY ASHPOLE:  I'd never advertised.

19             MATT LLOYD:  Okay.

20             TONY ASHPOLE:  Right?  So suddenly I

21    produced -- and this is all from the result of MOBE

22    training, right?

23             MATT LLOYD:  Okay.

24             TONY ASHPOLE:  So I produced two webinars,

25    one for accountants, one for entrepreneurs.

**PX 22**                    **FTC-MOBE-001172**

53

1           MATT LLOYD:  Okay.

2           TONY ASHPOLE:  With that, we've attached

3    a -- a very, very specific questionnaire that when

4    somebody watches the webinar, yeah, they have to fill

5    out a questionnaire afterwards to then gain access to

6    an automated diary that is set to when I'm free, not

7    them.

8           MATT LLOYD:  Mm-hmm.

9           TONY ASHPOLE:  So they select that time.

10          MATT LLOYD:  Yep.

11          TONY ASHPOLE:  And then everything is done

12   on Skype.

13          MATT LLOYD:  Okay.

14          TONY ASHPOLE:  So there's --

15          MATT LLOYD:  So no more driving --

16          TONY ASHPOLE:  Yeah.

17          MATT LLOYD:  -- (inaudible) --

18          TONY ASHPOLE:  There's no more nothing.

19          MATT LLOYD:  -- talking to people.

20          TONY ASHPOLE:  All right?  There's no more

21   tele-sales.

22          MATT LLOYD:  Right.

23          TONY ASHPOLE:  There's no more buying lists.

24   I now advertise on YouTube, on LinkedIn, on Facebook.

25          MATT LLOYD:  Mm-hmm.

**PX 22**                    **FTC-MOBE-001173**

54

1        TONY ASHPOLE:  Very, very direct market.  I

2    -- I only work with people, because people come to me

3    now.  So instead of be -- being the hunter, I've now

4    become the hunted.  So my phone kind of goes two or

5    three times a day or we get emails to say, I've seen

6    your -- I've seen your webinar.

7        MATT LLOYD:  Mm-hmm.

8        TONY ASHPOLE:  We filled out the

9    questionnaire, can we talk.

10       MATT LLOYD:  Now, is this a live webinar or

11   a recorded?

12       TONY ASHPOLE:  No, it's just a recorded, and

13   I just let it run.

14       MATT LLOYD:  Perfect.  Okay, so that's a

15   webinar that you did --

16       TONY ASHPOLE:  Yeah.

17       MATT LLOYD:  -- and those of you watching,

18   you -- I assume you know what a webinar is.  It's

19   basically an online workshop, so you recorded that;

20   now that's playing on auto-pilot?

21       TONY ASHPOLE:  Yes.

22       MATT LLOYD:  Is that every night?

23       TONY ASHPOLE:  Yeah, just -- just, well,

24   every night.

25       MATT LLOYD:  Okay.

55

1          TONY ASHPOLE:  Yeah, what I did, I sat down

2     with a reporter.

3          MATT LLOYD:  Yep.

4          TONY ASHPOLE:  And I got a reporter to

5     interview me --

6          MATT LLOYD:  Okay.

7          TONY ASHPOLE:  -- and ask me questions that

8     people would ask about planning.  And then -- so we

9     did one for accountants --

10         MATT LLOYD:  Okay.

11         TONY ASHPOLE:  -- because accountants have

12    clients that want to introduce me, and then we got

13    business owners, just like you, that --

14         MATT LLOYD:  Right.

15         TONY ASHPOLE:  -- have their own tax issues

16    that sometimes they don't share that with their

17    accountant.

18         MATT LLOYD:  Okay.

19         TONY ASHPOLE:  Because their accountants

20    aren't qualified to do that.  So guys like you are

21    looking for people like me.

22         MATT LLOYD:  Right.

23         TONY ASHPOLE:  Now, you are very few and far

24    between.  Successful guys that make big money are few

25    and far between, but if they can find you on the

**PX 22**          **FTC-MOBE-001175**



1    internet it saves an awful lot of time, effort, and

2    energy.  And that -- that has done a number of things

3    for me.  Using the MOBE processes and techniques has

4    meant that I've got my life back.

5         MATT LLOYD:  Mm-hmm.

6         TONY ASHPOLE:  My health is a million light

7    years from where it was.  Everything's under control

8    now, which is great.

9         MATT LLOYD:  Okay.

10        TONY ASHPOLE:  Productivity in my business

11   has gone up by over 100 percent.

12        MATT LLOYD:  Wow.

13        TONY ASHPOLE:  We were all -- we -- we were

14   doing high six figures; we're now doing over seven

15   figures.  And I'm really -- and, you know, I'm really

16   pleased.

17        MATT LLOYD:  Okay.

18        TONY ASHPOLE:  And I also want to thank you,

19   because without MOBE and everything that you put

20   together, I didn't know if I would be here.

21        MATT LLOYD:  That's great.  That's really

22   great.

23        TONY ASHPOLE:  Okay?  So thank you.

24        MATT LLOYD:  Yeah.

25        TONY ASHPOLE:  I say, if I can shake your