57



1    hand because, yeah, it means a lot.  What -- what

2    you've put together has meant an awful lot.  And if

3    you're watching this here and you've got -- you've got

4    your own business, forget -- even forget about the

5    promotion of MOBE.  Just by using everything they have

6    for building businesses, for getting a laser-driven

7    target, if you want to build a website or you want to

8    build a database, you want to work with the right

9    clients, then MOBE definitely has the products and

10   services.  I wholeheartedly endorse everything about

11   it.

12              MATT LLOYD:  So it sounds like your old

13   business before you got MOBE training and you started

14   applying direct-response marketing tactics and -- and

15   advertising online, it sounds like you were chasing

16   after the leads constantly.  Your telemarketing team

17   would set up the appointment, like you said --

18              TONY ASHPOLE:  Yes.

19              MATT LLOYD:  -- you would drive all the way

20   to them.

21              TONY ASHPOLE:  Yep.

22              MATT LLOYD:  What -- what kind of close rate

23   did you have at that point?  For every appointment,

24   what percentage would you close?

25              TONY ASHPOLE:  It would be one in five.

**PX 22**                    **FTC-MOBE-001177**

58

1           MATT LLOYD:  One in five.

2           TONY ASHPOLE:  Yeah.

3           MATT LLOYD:  So -- okay, so, four of them

4    were a waste of time usually.

5           TONY ASHPOLE:  Yeah, because the market is

6    not everybody makes the kind of numbers that I need to

7    make the planning work.

8           MATT LLOYD:  Okay.  And you didn't have any

9    filtering process in place --

10          TONY ASHPOLE:  No.

11          MATT LLOYD:  -- except what the time

12   marketing rep told you --

13          TONY ASHPOLE:  Right.  Yep, nothing.

14          MATT LLOYD:  So, then, it sounds like you

15   put in place an actual sales funnel, a real customer

16   acquisition process, that would prescreen, prefilter

17   these leads, position you in the process so that,

18   well, by the time they get to you, they see you as

19   a -- a high-value consultant.

20          TONY ASHPOLE:  Absolutely.

21          MATT LLOYD:  Not someone who's getting in a

22   car, driving an hour --

23          TONY ASHPOLE:  Yeah.

24          MATT LLOYD:  -- to come and see them.  It's

25   kind of like if you go to a doctor, you know,

**PX 22**            **FTC-MOBE-001178**

59



1    you're -- you're waiting in the waiting room to see

2    the doctor.

3            TONY ASHPOLE:  Yep.

4            MATT LLOYD:  They don't come and see you;

5    you -- you make an appointment with them --

6            TONY ASHPOLE:  Yeah.

7            MATT LLOYD:  -- and you're on their team --

8    on -- on their time.  So, yeah, we -- we do encourage

9    business owners to do that, to create positioning and

10   to have a filtering process, so you're only talking to

11   the very most qualified leads.  Where did you learn

12   how to do that, Tony?

13           TONY ASHPOLE:  Okay.  In -- in a couple of

14   places.  I learned it with the online training.

15           MATT LLOYD:  Okay.

16           TONY ASHPOLE:  Which was excellent, but I

17   also came to the Titanium seminar in Phuket.

18           MATT LLOYD:  The Titanium Mastermind?

19           TONY ASHPOLE:  Correct.

20           MATT LLOYD:  Okay.

21           TONY ASHPOLE:  The Titanium Mastermind.

22           MATT LLOYD:  Yep.

23           TONY ASHPOLE:  Where obviously I bought some

24   extra time with you.

25           MATT LLOYD:  Yes.



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001179**

60

1              TONY ASHPOLE:  And Steven Bransfield.

2              MATT LLOYD:  Yep.

3              TONY ASHPOLE:  And I learned about how to do

4       webinars there.

5              MATT LLOYD:  Okay.

6              TONY ASHPOLE:  Never done one in my life.

7              MATT LLOYD:  Okay.

8              TONY ASHPOLE:  So what I learned in those

9       five days had a massive impact on my business.

10             MATT LLOYD:  So you took that and then you

11      applied it to your --

12             TONY ASHPOLE:  Yes.

13             MATT LLOYD:  -- existing business.

14             TONY ASHPOLE:  Yes.

15             MATT LLOYD:  Okay.  Now, you -- you said to

16      me before, your business, you started learning how

17      to -- how to market and filter the leads properly, you

18      were doing high six figures.

19             TONY ASHPOLE:  Yeah.

20             MATT LLOYD:  So, you know, you were already

21      quite successful.

22             TONY ASHPOLE:  Yes.

23             MATT LLOYD:  But you also said to me that

24      you were just putting in a lot of time and your health

25      was -- was suffering --

**PX 22**              **FTC-MOBE-001180**

61



1          TONY ASHPOLE:  Yeah.

2          MATT LLOYD:  -- as a consequence.

3          TONY ASHPOLE:  Absolutely.  I -- I could be

4     working anything from 6 [*sic*] to 80 hours a week --

5          MATT LLOYD:  Wow.

6          TONY ASHPOLE:  -- 60 to 80 -- and that's a

7     lot of time.

8          MATT LLOYD:  Yeah, six -- six days a week.

9          TONY ASHPOLE:  Yeah, six days a week.

10         MATT LLOYD:  Yeah, right.

11         TONY ASHPOLE:  And I was flat out, and

12    unfortunately, I love my fishing, I love my golf, I

13    love my kids and my partner, and I -- and all of those

14    were suffering, and my health.

15         MATT LLOYD:  Right.

16         TONY ASHPOLE:  So I had to make a

17    significant change.

18         MATT LLOYD:  And now your business today?

19    How's it doing?

20         TONY ASHPOLE:  It's -- it's great.  I now

21    get Fridays off for fishing.  Wednesday afternoons I

22    play golf with my buddies.

23         MATT LLOYD:  Okay.

24         TONY ASHPOLE:  The business has -- well,

25    I've had 100 percent turnover increase in 12 months.

**PX 22**                    **FTC-MOBE-001181**

62

1          MATT LLOYD:  So you've more than doubled it?

2          TONY ASHPOLE:  Yeah, yeah.

3          MATT LLOYD:  More than doubled, wow.

4          TONY ASHPOLE:  And that's -- and that --

5     I've also got my life back.  I've got my health back.

6     My handicap's coming down.  So it's -- because I've

7     got the right work/life balance now.

8          MATT LLOYD:  Right.

9          TONY ASHPOLE:  Yep.  But I'm only dealing

10    with very, very qualified people that I'm no longer

11    chasing.  And when you're no longer chasing clients,

12    it's a reverse psychology.  The people -- you could

13    charge what -- I could charge what I liked.

14         MATT LLOYD:  Hmm.

15         TONY ASHPOLE:  I still do it very fairly.

16         MATT LLOYD:  Right.

17         TONY ASHPOLE:  But I could, because I am

18    being sought --

19         MATT LLOYD:  Yes.

20         TONY ASHPOLE:  -- yep, I'm very specialized.

21         MATT LLOYD:  So now when you talk to

22    someone, they're -- they're now seeing the value you

23    have, they're making an appointment to talk to you.

24    So before the MOBE training, you said that you would

25    drive out to five different prospects, go to their

**PX 22**          **FTC-MOBE-001182**

63



1    place on their time and maybe get one out of five who

2    would actually end up doing a --

3              TONY ASHPOLE:  Correct.

4              MATT LLOYD:  -- a deal with you.

5              TONY ASHPOLE:  Yeah.

6              MATT LLOYD:  Now when you have an

7    appointment, where they're coming to you and they've

8    been prescreened, prefiltered, they've seen your --

9    your webinar --

10             TONY ASHPOLE:  Yeah.

11             MATT LLOYD:  -- during your sales funnel,

12   how many would you need to talk to now to -- to have a

13   sale.

14             TONY ASHPOLE:  Oh, oh, I close 90 percent of

15   them.

16             MATT LLOYD:  Ninety percent of them now?

17             TONY ASHPOLE:  Yeah.  Oh, yeah, it's a very

18   high closure rate.

19             MATT LLOYD:  Okay.  That's great.

20             TONY ASHPOLE:  I really love it.

21             MATT LLOYD:  That's really good.

22             TONY ASHPOLE:  Yeah.

23             MATT LLOYD:  That's great.  So, Tony, if

24   there's any business owner out there and they're

25   looking at the MOBE education, the MOBE training,

**PX 22**          **FTC-MOBE-001183**

64

1    whether it's training on how to get more leads, how to

2    create proper sales funnels or customer acquisition

3    process like you have, and they're thinking about

4    investing in our training, despite whatever business

5    or field they're in, what -- what advice would you --

6    would you give to that person?

7            TONY ASHPOLE:  Okay, it's the same advice

8    that Warren Buffett gives you about investing.

9            MATT LLOYD:  Mm-hmm.

10           TONY ASHPOLE:  He uses two words, do it.

11           MATT LLOYD:  Okay, do it.

12           TONY ASHPOLE:  Right.  That is exactly what

13   I took onboard.  You do not need to have a ton of IT

14   skills or be a genius with a computer because the

15   online training that I went through is step-by-step.

16   You just watch and do, watch and do.  And then I just

17   outsource that to other people.  I wanted to know how

18   it worked.

19           MATT LLOYD:  Mm-hmm.

20           TONY ASHPOLE:  But it's so straightforward,

21   and it's common sense.

22           MATT LLOYD:  Yeah.

23           TONY ASHPOLE:  You know, you can automate

24   your whole world online.  You can automate your

25   business.  So if you're thinking about doing this,

**PX 22**            **FTC-MOBE-001184**

65

1     absolutely, you know, absolutely yes.

2           MATT LLOYD:  Excellent.  Well, I just want

3     to thank you for being a client.  I appreciate you,

4     and I -- I always love hearing these stories.

5           TONY ASHPOLE:  Yeah.

6           MATT LLOYD:  You went from six figures to

7     seven figures, and you're making a lot more money now

8     --

9           TONY ASHPOLE:  Yeah.

10          MATT LLOYD:  -- but you're working a lot

11    less.

12          TONY ASHPOLE:  A lot less.

13          MATT LLOYD:  So you've got your life back.

14          TONY ASHPOLE:  Yeah, that's what I wanted.

15          MATT LLOYD:  All right.  Well, thanks, Tony,

16    I appreciate you --

17          TONY ASHPOLE:  Thank you, Matt.

18          MATT LLOYD:  -- and anyone else out there

19    watching this, if you're a business owner, you feel

20    like you're working too much and you're getting

21    underpaid and you want to get our life back, invest in

22    MOBE education.  We teach you real strategies that

23    will help you have a more lucrative, fun business

24    where you actually work less but also be able to help

25    a lot more people and also make a lot more money in

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001185**



1    the process.  We'll speak soon.

2              **(Tony Ashpole video concludes.)**

3              MATT LLOYD:  And, also, Tony's been a

4    wonderful client.  He has invested, as of today,

5    somewhere over $70,000, and that's so far, into our

6    training programs.  His return on investment, of

7    course, has been far more than that, so he's extremely

8    happy about that, but my point is not only does MOBE

9    make good money selling training to this person, but

10   they also get an amazing benefit from the training,

11   going from six to seven figures and getting their life

12   back.

13              Let's talk about choosing the right business

14   model.  So after you choose the niche, you've got to

15   choose the right business model.  Now, not all

16   business models are equal.  Not all business models

17   allow you to get to your target level of income as

18   fast and as efficiently as certain others do.

19              So your business model is really just how

20   you generate an income and how you make a profit, so

21   how are you getting your customers, how you monetize

22   the customers you have, and how you scale your

23   business.  A franchise, for example, is a business

24   model.  A franchise like McDonald's.  It's a near-

25   proven business model.  Okay, they wouldn't have got



**PX 22**              **FTC-MOBE-001186**

67



1    to the size they're at if it wasn't proven.  And

2    there's over 36,000 McDonald's outlets around the

3    world.

4              Do you really think that they found tens of

5    thousands of really talented entrepreneurs to run

6    them, or do you think they found ordinary

7    entrepreneurs and they had an amazing, duplicatable

8    system?  Of course it's the latter.  Okay, so

9    franchising is a business model.  We're going to talk

10   about that a little bit later on, but it's a wonderful

11   business model.  And that's because there is a proven,

12   step-by-step system.  There's procedures that you can

13   follow, you know exactly what to do.  There's

14   training, there's support.  So franchises can work

15   extremely well, and you can make a lot of money with

16   them.

17             On the other hand, a farm is not a very good

18   business model.  Now, this is coming from a farmer's

19   son.  I grew up on a -- a wheat and sheep farm in

20   Australia.  Here's a picture of me when I was maybe

21   eight years old.  And my parents to this very day are

22   still on that farm, and even though they love the

23   lifestyle of farming, it's still a struggle, okay?

24   Because if you think about a farm as a business model,

25   well, you outlay your money at the start of the year



**PX 22**                    **FTC-MOBE-001187**

68

1   in equipment, in putting the crop into the ground, in

2   labor, and then you have to wait for the crop to grow.

3        And all the -- all that time, you're

4   incurring costs, you're incurring interest payments on

5   the equipment, you're incurring costs on chemicals to

6   spray the crops.  And -- and also you're taking a huge

7   risk because from planting the crops early in the year

8   to harvesting later in the year, well, if the weather

9   is not good, you can get a very poor crop.  So you

10  outlay all this money up-front, and then a year later,

11  then you have a chance of getting paid some back.

12  It's not a good business model.

13       In a good business model, you get paid up-

14  front.  Your cost of delivery is -- is low.  So you

15  have high margins.  Okay, different business models

16  will get you to -- to where you want to go at much

17  different speeds.  If you want to become rich being a

18  farmer, well, my advice to you is don't be a farmer,

19  go and choose something else, do a different business

20  model.

21       Now, one of the more popular business models

22  is affiliate marketing, and we've already talked about

23  this before, but affiliate marketing, typically

24  online, this is the business model that most people

25  do.  They promote someone else's products or services

**PX 22**          **FTC-MOBE-001188**

69



1    and try and earn commissions.  Now, MOBE has an

2    affiliate program, but it's a very unique affiliate

3    program.

4         It's what I call a high-ticket affiliate

5    marketing program because we actually pay you on the

6    back end.  If you become an affiliate, or the other

7    word, again, is consultant, for MOBE, you can actually

8    get paid on the back end.  And that's where the high-

9    ticket commissions are, anywhere from $1,250 right up

10   to $10,000 per sale.

11        And by the way, when you get a copy of

12   *Limitless*, which by now should be in the mail to you,

13   once you completed Step 3, we would have actually

14   packaged this up, so this should be on the way to you.

15   When you open this book, make sure you read the

16   chapter on business models.  I go a lot more in-depth

17   into how to choose a good one and what actually

18   determines what a good business model is in this book.

19        So, next, let's talk about choosing the

20   right products.  So you've got your niche, you've got

21   your business model.  How do you choose the right

22   products?  Well, first of all, what makes a great

23   product?  Well, number one, it helps if the product is

24   already in demand.  If there's a demand for it, that's

25   going to give you a big head start.



**PX 22**                    **FTC-MOBE-001189**

70



1          Now, ideally, whatever problem that your
2     product solves, that should be happening right now in
3     your prospects' lives, so they've got a problem,
4     they're experiencing some pain, they want to go
5     looking for a solution, so they're motivated
6     prospects.  It really helps if they're motivated to
7     actually buy your product, rather than you trying to
8     market and sell a product to someone who doesn't even
9     recognize they need it.  That's always an uphill
10    battle.
11          Your product should also provide a solution
12    to an existing problem.  You want to sell the cure
13    rather than prevention.  So let's talk about a few
14    different product categories you can sell online.
15    You've got physical products and deliverables; you've
16    also got digital information products.  Physical
17    products, even though you can make a lot of money
18    selling physical products like books, exercise
19    equipment, supplements, those kinds of things, even
20    though you can make good money, the cost of delivery
21    is usually much higher.  So your margins are much
22    smaller.
23          Whereas if you're selling digital products
24    like online video or guides that are delivered by a
25    PDF, like an e-book or even a live seminar -- okay, a



**PX 22**          **FTC-MOBE-001190**



1    live a seminar is not a digital product, but it is a

2    training product where the margins can be higher -- if

3    you're doing that, if you're selling those kind of

4    products, you can make a lot more money.  You've got a

5    lot more margin to play with.

6         If you are going to sell physical products,

7    here are the things that you need to know.  You need

8    to know your production cost, so how much does it cost

9    to have that -- that thing manufactured.  You've got

10   to find a manufacturer if you don't already have one.

11   What is the price of distribution and fulfillment?  So

12   sending it out to people, there's a very real cost

13   there.  Finally, what's your profit margin?



14        Now, also, whatever product you're selling,

15   you better make sure you're the only one selling it

16   and there's no close substitutes, because if there

17   are, well, you can bet you're going to really have a

18   lot of competition that attacks those margins.  Now,

19   on the other hand, if we're selling digital

20   information products, especially on the front end to

21   acquire customers, well, you can create the product

22   one time and ship as many as you like because you're

23   not really shipping it; you're delivering it by an

24   email.  You're sending a user name and a password.

25   The customer still gets a lot of value, okay, but your

**PX 22**                    **FTC-MOBE-001191**

72



1    cost of delivery is minimal.  So we've got high

2    margins, high profits, and also big commissions.

3              You have minimal storage costs, so you don't

4    have to box it all up and store in your -- in your

5    garage.  You just have to purchase some hosting, or if

6    you're promoting someone else, their products, then

7    they will pay for all of that, them, and you won't

8    even have to worry about that.  But these products, if

9    they're hosted online, the cost is just -- it's

10   minimal.  It really doesn't cost much at all.

11             Very low to no shipping costs as well.  And

12   you can set your own pricing.  If you have your own

13   unique digital or information product and no one else



14   has a close substitute, well, you can actually set

15   your own prices, as long as the value is there and you

16   can make a reasonable proposition or argument that

17   here's what the value is and, therefore, this is why

18   it's worth this price, then you can sell for high

19   price points.

20             Many of the products you see on MOBE

21   Marketplace will be under a few hundred dollars, but

22   there's certainly a few there that are in the

23   thousands, and then we have many other programs that

24   we offer on the back end, which you won't necessarily

25   see on MOBE Marketplace, which are a lot more.  Okay,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001192**

73



1    they're much more valuable, they are sold for over

2    $10,000, $20-, even $30,000 each.  But they also pay

3    out enormous commissions, too.  But that's what MOBE

4    is doing on the back end for you.

5           So as a consultant, all you're doing is you

6    are referring people to our marketing systems.  In

7    other words, you're placing ads.  And we're going to

8    show you how to do that as soon as you get through

9    these 21 steps.  Now, you need to be able to have a

10   tiered product mix, as well.  So that means that you

11   could offer cheap products like we do on

12   MOBEmarketplace.com, so lower price point, digital

13   training products.  And then on the back end, we can

14   sell more valuable, more expensive, higher commission

15   products as well.

16          So with MOBE, we actually lose money often

17   on the front end acquiring customers.  If we go and

18   sell like a $50 product, sometimes we might pay $100

19   or even more to get that $50 customer.  And you might

20   wonder, well, why would you ever do that.  It's

21   because we know that our tiered product mix and our

22   back-end sales process is so effective, the numbers

23   are so proven that that $50 customer could soon be a

24   $5,000 or a $10,000 customer later on.

25          It could be weeks, it could be months.  It



**PX 22**          **FTC-MOBE-001193**

74

1    could even be longer.  But we know that our numbers

2    are proven, and as long as we're putting them through

3    our marketing process, that back-end sales process,

4    then we're going to be able to make those economics

5    work.  So the money in this business is made on the

6    back end when you actually offer more expensive, more

7    valuable, and higher margin programs.

8            Now, here's a lesson I want you to remember.

9    In any niche, whichever business can afford to pay the

10   most to acquire a customer wins.  Or another way of

11   putting it is whichever business has the best back-end

12   sales process in place or the best monetization

13   strategy for increasing the amount of money an average

14   customer spends will always dominate in any niche.

15           So knowing how important having an effective

16   back-end sales process is and having those back-end

17   products in the first place, what would you like to

18   do?  Would you like to go and create all that

19   yourself?  And if you would, it's going to take a lot

20   of time, and ask me how I know how.  I've spent years

21   creating them for MOBE.  So that's one option.

22           Or you can go and leverage them from another

23   business.  Now, that could be from MOBE; it could be

24   from something else.  Obviously, I'm going to

25   recommend from MOBE.  But you can actually leverage an

**PX 22**            **FTC-MOBE-001194**

1    already proven back-end process like the one that we

2    have here.

3              Now, by the way, if you found this training

4    helpful talking about choosing a niche, choosing a

5    business model, choosing the right products, I've only

6    really scratched the surface here.  We go a lot more

7    in-depth and also give a lot more extra valuable

8    training program in one of our core curriculum

9    courses, which is called the Silver Masterclass.

10             And, also, the reason why I'm telling you

11   about this is because in an upcoming step, very soon,

12   I'm going to share with you how you can start

13   promoting this same valuable training program.  And

14   every time that we sell it to one of your leads on

15   your behalf, you will actually make $1,250.

16             So here are the action steps for today.  The

17   first thing I want you to do is I want you to write

18   down your understanding of why it's essential to

19   choose the right niche.  Why is it so important that

20   you're in the right niche?

21             And then what I want you to do is identify

22   which niche that you would like to enter to start your

23   online business.  Now, you already know my opinion.

24   My opinion is marketing to small business owners,

25   okay?  That's what I'm going to recommend.  It's up to

**PX 22**                          FTC-MOBE-001195

76

1    you whether you choose that niche or not.  I highly

2    recommend it.  There's big money.  You can do a lot of

3    good, and it's just a great niche.

4             Which products and business model do you see

5    yourself leveraging?  So start to think about some of

6    the answers, and also share this with your coach on

7    your next call.  Now, I want you to go ahead, if you

8    haven't already booked your appointment with your

9    coach, ideally just pick up the phone, call them,

10   leave a voice message if you need, and also send them

11   an email, too.  Let them know you've been through

12   this training and you're ready to go on to the next

13   step.

14            Now, for those of you who want to put in a

15   little bit of extra effort because you're determined

16   to become a top earner at the end of this system,

17   I've got some extra top earner homework for you.  I

18   have a few videos that talk about how you can create

19   your own products.  Even if you don't want to do that,

20   watch the videos regardless because then you will

21   learn what actually goes into creating products and

22   why it's just so much easier to leverage someone

23   else's like MOBE or even some other company and have

24   them do that for you.

25            You'll also learn more about the future of



77

1    the MOBE Marketplace, where we intend to take it.

2    And, also, some more video training on why you need to

3    choose the right business model as well.

4          And just one final reminder.  I know I've

5    already reminded you about this, but I'm going to keep

6    on doing it because it's so important.  If you haven't

7    already subscribed to the daily videos that come from

8    MOBEinspiration.com, please do that now.  I hope

9    you're watching these videos if you are getting them.

10         As you're listening to their stories, as

11   you're hearing us call back these people, tell them

12   about the high-ticket commission they just made, I

13   want you to start imagining what's that going to be

14   like when we're calling you, when you're -- when

15   you get to experience that, okay?  It's a great

16   feeling, and at the end of these 21 steps, we'll

17   show you how to start getting traffic, we'll show

18   you how to start actually ramping up your business

19   and getting results so that you, too, can be getting

20   one of those calls.

21         So coming up in the next step, I'm going to

22   introduce you to the second-best business model in the

23   world in my opinion, and also how to leverage scalable

24   systems to create cash on demand.  And then in the

25   step after that, we are going to look at the ultimate

**PX 22**          **FTC-MOBE-001197**

78

1   business model for you if you want to make $100,000 or

2   more in the next 12 months.  Okay, we'll see you in

3   the next step.

4                **(The recording was concluded.)**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001198**

1                  CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12           I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20                                    *Sara J. Vance*

21      DATE:  3/1/2018         _____

22                             SARA J. VANCE, CERT

23

24

25


For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555


**PX 22**          **FTC-MOBE-001199**

 Gmail

## Step 4 Assignment / Tarea Paso 4
1 message

**Coach Carlos Verdugo** <carlos@mobe.com>                Wed, Sep 20, 2017 at 11:39 AM
To: ▮▮▮▮▮▮▮▮▮

**VERSIÓN EN ESPAÑOL MÁS ABAJO**
-------------------------------------------------------

Hi ▮▮▮▮▮▮▮,

Congratulations on your progress one more time!

Once you have finished watching the video for Steps 4, please reply with your answers to the questions below:

1. What makes the internet the ultimate business opportunity?
2. Write down your understanding of why it's essential to choose the right niche?
3. Why is it important to choose a niche with the potential for high priced products?
4. What is the online training and education niche worth each year?
5. As a MOBE consultant, what niche do we specialise in?
6. What did you like best about Tony Ashbolt's story?
7. What are the benefits of digital products over physical products?
8. Which niche do you think you'd like to enter to start your online business? If you don't know, discuss this with your coach by texting him on Skype .
9. Which products and business model do you see yourself leveraging? Again, if you're not sure, go over it with your coach.
10. Did you listen to the MOBE Daily Power Up call today? What was your biggest take-away?

    If not please click this link -->> http://www.blogtalkradio.com/mobe to go to the recordings and listen to 1 call.

    This is not negotiable and you must listen to 1 call each day to progress through the coaching program.

Keep going!

---

**Tarea Paso 4**

Hola ▮▮▮▮▮,

¡Felicitaciones por su progreso una vez más!

Una vez que haya terminado de estudiar el Paso 4, responda a las siguientes preguntas:

1. ¿Qué hace que Internet sea la mejor oportunidad de negocio?
2. Anote su comprensión de ¿Por qué es esencial elegir el nicho adecuado?
3. ¿Por qué es importante elegir un nicho con el potencial de productos de alto precio?
4. ¿Cuál es el valor o monto de transacciones asociado al nicho de formación y educación online cada año?
5. Como consultor de MOBE, ¿en qué nicho nos especializamos?
6. ¿Qué es lo que más te gustó de la historia de Tony Ashbolt?
7. ¿Cuáles son los beneficios de los productos digitales sobre los productos físicos?
8. ¿Qué nicho crees que te gustaría entrar para iniciar su negocio en línea? Si no lo sabe, consúltelo con su Coach por Skype.
9. ¿Qué productos y modelo de negocio te ves aprovechando? Una vez más, si no estás seguro, consulta con tu Coach.
10. ¿Escuchó la llamada MOBE Daily Power Up hoy? ¿Qué fue lo que más le gusto?

Si no por favor haga clic en este enlace - >> http://www.blogtalkradio.com/mobe para ir a las grabaciones y escuchar 1 llamada.

Recuerde que estas llamadas son en inglés por lo que si no entiende el idioma no es necesario contestar esta pregunta.

¡Sigue Adelante!

Best Regards / Saludos,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: ▮▮▮▮▮▮

# Exhibit O

**FTC-MOBE-001202**

 Gmail

---

## Step 5 Assignment / Tarea Paso 5
5 messages

---

**Coach Carlos Verdugo** <carlos@mobe.com>                Thu, Sep 21, 2017 at 11:46 AM
To:

### VERSIÓN EN ESPAÑOL MÁS ABAJO
-------------------------------------------------------

Hi ███ ,

Now, you have access to Step 5.

Please complete this step and the read through the additional Training Sections #1 to #3, once this is done please complete your Assignment:

Today's action step is a very simple one and requires you to do some research about a franchise model (on the written content on step 5 you'll find some websites with a lot of information about franchises).

I want you to inquire about buying a franchise. Specifically, I want you to look for franchises that have the ability to generate a seven-figure turnover (more than $1 million) each year. Then answer these questions:

1. Which franchise model you selected?
2. What is the required investment to get started?
3. What kind of support do they provide?
4. What kind of ongoing royalties and operating costs do you need to pay?
5. What is the general success rate?

Now that you know about franchises cost and fees, please answer:

How much initial capital (one time share) will you invest in a business, your business that could generates consistently:

• $1,500 a month?
• $5,000 a month?
• $10,000 a month?
• $25,000 a month?

Now we are going to have another call on ZOOM with other students on Step 5, please book me in this calendar so we can have a 10 minutes call and check your progress, ok? (make sure you have submitted your answers before our call)

 Please do not make any appointment you can't attend, make sure to be on a quiet place with good internet connection.

For our call just click on this link to enter the call, remember to do it 5 minutes earlier:

https://zoom.us/j/███

 See you on ZOOM!

---

**Tarea Paso 5**

Hola  ,

Ahora, usted tiene acceso al Paso 5.

Por favor completar este paso y la lectura a través de las secciones de formación adicionales 1 al 3, una vez hecho esto por favor complete su tarea:

Hoy la tarea es bastante sencilla y se requiere hacer una investigación sobre el modelo de negocios de franquicias (En el contenido escrito en el paso 5 encontrará algunos sitios web con una gran cantidad de información sobre franquicias).

Debe investigar acerca de la compra de una franquicia. En concreto, quiero que busque franquicias que tengan la capacidad de generar una facturación de siete cifras (más de $1 millón) cada año. Luego responda a estas preguntas:

1. ¿Qué modelo de franquicia ha seleccionado?
2. ¿Cuál es la inversión necesaria para empezar?
3. ¿Qué tipo de apoyo ofrecen?
4. ¿Qué tipo de costos de operación e inversiones sobre la marcha tiene que cubrir?
5. ¿Cuál es la tasa de éxito promedio de dicha franquicia?

Ahora que ya sabe acerca de los costos y gastos de franquicias, por favor responda:

¿Qué cantidad de capital inicial invertiría usted en su propio negocio si este pudiera generar constantemente:

- $ 1,500 al mes?
- $ 5,000 al mes?
- $ 10.000 por mes?
- $ 25.000 al mes?

Ahora vamos a tener otra llamada en ZOOM con otros estudiantes en el paso 5, por favor agende con este calendario para que podamos tener una llamada de 10 minutos y así revisar su progreso, ok? (Asegúrese de haber enviado sus respuestas antes de nuestra llamada)

Por favor, no hacer ninguna cita que no puede asistir, asegúrese de estar en un lugar tranquilo, con buena conexión a Internet.

El día de su cita simplemente haga clic en este enlace para entrar en la llamada, recuerde que debe hacerlo 5 minutos antes:

https://zoom.us/j/

Nos vemos en ZOOM!

Best Regards / Saludos,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

**PX 22**        **FTC-MOBE-001204**

Case 6:18-cv-00862-RBD-DCI   Document 3-41   Filed 06/04/18   Page 29 of 98 PageID 1303

Exhibit O - Page 3 of 5

Book me and let's get started!
Add me on Skype: ███████

---

██████████████████████████                                          Wed, Oct 11, 2017 at 9:09 AM
To: Coach Carlos Verdugo <carlos@mobe.com>

Carlos,

The answers to Step 5 questions are as follows:
1) Kona Ice
2) $20,000
3) Free trip to HQ for training program, plus additional videos, coaching, mentoring, etc.
4) Ranked #1 by New Franchise magazine in 2013 and highest franchise satisfaction in 2014 and 2015
Initial capital that I would invest $1,500 - $5,000

I will now book our call.  See you on ZOOM!

████
[Quoted text hidden]

---

**Coach Carlos Verdugo** <carlos@mobe.com>                           Wed, Oct 11, 2017 at 9:26 AM
To: ██████████████████████

Hi ████...

Thanks for your assignment, however... you been transfer to another Coach. So you need to look into your inbox or your spam folder for his email and try to get contact with  him so you can resend him your assignment and move forward with your training ok?

Best Wishes


Best Regards,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: ███████


[Quoted text hidden]

---

██████████████████████████                                          Thu, Oct 12, 2017 at 10:25 AM
To: Coach Carlos Verdugo <carlos@mobe.com>

Carlos,
I am disappointed that you are no longer my coach but I understand and hope that my new coach is in the USA and on the east coast because it was definitely difficult to connect with you.
As of now, I have not heard from my new coach.

Regards,

████
[Quoted text hidden]

---

**Coach Carlos Verdugo** <carlos@mobe.com>                           Thu, Oct 12, 2017 at 10:37 AM

PX 22                        FTC-MOBE-001205

To: ██████████████████████

You can ask support for him or she ████ , just go to www.mobe.com/support or you can call support at this number: 844-662-3787.

Best Regards,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: ████████████

[Quoted text hidden]



**PX 22**

FTC-MOBE-001207

# Exhibit P

FTC-MOBE-001208



FTC-MOBE-001209

**PX 22**



FTC-MOBE-001210

**PX 22**

FTC-MOBE-001211

**PX 22**



Franchisees are people who buy into a franchise business and leverage someone else's proven business model. Working with a proven brand and system makes business operations easier and more enjoyable.

In a 2014 survey by Franchise Business Review on franchisees' relationship with their franchisor it was determined

### WHAT IS A FRANCHISE

- 90% enjoy operating their business
- 86% of franchisees enjoy being part of their organization
- 85% feel positive about their affiliation with their franchisor
- 83% respect their franchisor
- 80% feel their franchisor operates with a high level of honesty
- 78% would recommend their franchise brand to others
- 73% would "Do it all over again" if they had the option

All of your life you've been seeing proof of how successful these business owners can be—every time you see a McDonald's.

There are 36,525 McDonald's restaurants around the world today, 21,147 of which are owned and operated by franchisees. (The rest are company-owned or are otherwise licensed.)

Do you really think the success of these individual McDonald's outlets (on average about $2.6 million in revenue per year) is due to the brilliance and talent of the franchisees who operate them?

Do you really think the McDonald's corporation managed to find extraordinary entrepreneurs to run those 21,147 outlets?

Or, could it be more likely that these franchisees are average people, and it's the McDonald's system itself that is brilliant?

Of course it's the latter.

The reason why franchisees are so much more likely to succeed in business than the average start-up is because they have a proven system.

They have step-by-step processes they can follow. As long as they follow the instructions, they have a high likelihood of being successful.

The truth is, some business models are easier to succeed with than others.

I go into a lot more detail on this in the first chapter of Limitless (which you should be receiving soon).

My mentor (and billionaire investor) Warren Buffett has famously said, 'Go for a business that any idiot can run—because sooner or later, any idiot probably is going to run it.'

NEXT SECTION - PLEASE CLICK HERE

Exhibit P - Page 4 of 34

FTC-MOBE-001212

PX 22



Exhibit P - Page 5 of 34

FTC-MOBE-001213

PX 22



FTC-MOBE-001214

**PX 22**



### Step 6 - Training Section #1

### Step 6 - Training Section #2

### Step 6 - Training Section #3

## Leveraging A Proven System: Hypothetical Scenario

One of my favorite businesses of all time is Starbucks (mainly because I love their coffee)

Whenever I am in the world, the first thing I do after breakfast is get my coffee. And every single day I order the same thing: a venti iced latte with four shots of espresso and no sugar. It must also have a cardboard sleeve around it, so the ice doesn't melt so fast.

This habit is so strong that I even changed the ship we sail on for the annual MOBE Leader's Cruise from the 3,500 room Independence of the Seas to the 7,000 room Oasis of the Seas, because it had a Starbucks on board! (Also, it's a much better ship, and our top earners deserve the best).

Now here's my question to you: pretend for a moment you were going to get into the coffee business.

You'd never run a coffee business before but being enthusiastic about how much money you could potentially make, and the idea of being in business for yourself, you decided to open your shop.

The first thing you'd need would be a good location. It would need to have enough foot traffic going by every day to support the business.

Then you'd need to invest in equipment. You'd get yourself a big coffee machine that could make lattes, espressos, cappuccinos, etc.

And of course, you'd need furniture. And staff to help you fill all the orders.

What next? Advertising, of course! If no one has heard of you before, you'll need to get the word out and start promoting your new brand

In the first few days, there would likely be very few customers. But when they did start coming into your store, it would likely be chaos. There would be 100 little things you'd not thought of which you'd need to get.

Imagine where you would be after one week—concerned, possibly, but also optimistic about the future.

Now just imagine that Monday morning, opening your coffee shop for its second week, you noticed a brand new Starbucks coffee shop opening right across the street.

The big Starbucks sign was right there in front of you.

How would you feel in that moment?

How do you think your new coffee business would fare against this more established brand?

FTC-MOBE-001215

Their reality is that you (or anyone else in your position) would be in a lot of trouble.

Even if the person running that Starbucks store were brand new to business, they'd still be much more likely to succeed than you would.

Why?

Because they would be leveraging a proven system.

They would have training on how to run it. They'd have an operations manual full of detailed, documented procedures showing exactly what needed to be done. They'd have proven products. They'd have a proven brand.

Their system was so 'proven' that in 2015, Starbucks had over 23,043 stores worldwide.

Starbucks started in the United States and the corporate head office owns most of the stores in the US and Canada. However they do offer what they call "Licensed Stores" to select airports and grocery stores. But the business model is so successful that they now offer it on a franchise basis for international locations.

When it comes to starting an online business, do you really want to be the start-up first-timer coffee shop operator?

Or do you want to own and operate a Starbucks?

Now franchising is very popular and has dedicated resources for reviews and regulations like www.franchisebusinessreview.com or www.franchise.org the International Franchise Association, the world's oldest and largest organization representing franchising worldwide. There you will be able to search for Franchise opportunities by category, investment or by keyword.



There are also ranking systems like the Franchise 500 compiled by Entrepreneur.com, where you will be able to review the top performing franchises in the United States, along with statistics on initial investments and operational costs.

PX 22



FTC-MOBE-001216

PX 22

FTC-MOBE-001217



PX 22



FTC-MOBE-001218

PX 22



FTC-MOBE-001219

**PX 22**

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1723072

TITLE               MOBE

DATE                RECORDED:  SEPTEMBER 25, 2017
                    TRANSCRIBED:  FEBRUARY 9, 2018

PAGES               1 THROUGH 23

Step 5_2017-09-25_08-36-16

*Carol Jones*
*3/1/2018*

**PX 22**          **FTC-MOBE-001220**

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4        RECORDING:                                PAGE:

5        MOBE Step 5                                   4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    **FTC-MOBE-001221**

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5                                        )

6        -----------------------------)

7                                        September 25, 2017

8

9

10

11            The following transcript was produced from a

12        digital file provided to For The Record, Inc. on

13        January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001222**

4

**P R O C E E D I N G S**

-    -    -    -    -

**Step 5_2017-09-25_08-36-16**

MATT LLOYD:  So welcome to Step 5.  So
you're now starting to get really to the first quarter
of this 21-step training program.  You're doing really
well, keep it up.  In this step, we are going to look
at the second-best business model in the world,
according to me.

I'm going to explain why it's so good and --
and we're going to look at all the elements of what
makes it so good, and then later on I will show you
where you can find those same elements with an online
business model.  We're also going to look at how you
can leverage scalable systems to create cash on
demand.

Now, before we get started with that, did
you know that only 39 percent of people get to where
you are today?  Okay, so, you're in the top 39
percent.  Keep it up, keep on going.  Okay, make sure
you get especially to Step 6, the next one, because
that's where we really get into what business model
can you use to actually start making high-ticket
commissions online, almost immediately, okay?

So here's what we're going to look at in

**PX 22**          **FTC-MOBE-001223**



1    this step.  You're going to discover the power of

2    proven systems and how they can help to make you a lot

3    of money online, the business model which has a higher

4    success rate than just about any other kind, what you

5    can do to avoid failure in your online business, and

6    what you can do to go on to become massively

7    successful in your own online business.  So let's look

8    at the average success statistics of a small business

9    in America.  And I'm going to share with you these

10   statistics, not to depress you or not to make you feel

11   like you don't have a chance to do well, but I want to

12   show you what the reality is because as we talked

13   about in the last step, this is the ultimate niche to

14   sell to.  People need good training on how to do

15   better in business.  But here are these statistics.

16   Did you know that about half of all new establishments

17   survive five years or more, and about one-third of

18   them survive ten years or more.  So that's not a lot.

19   When you think about it, that's not a lot.  Now,

20   that's according to one source.

21          If we look at a different source, this is

22   what we find.  Eight out of ten businesses fail.  Now,

23   this is according to Forbes.  So very different

24   number, and I don't know exactly which one is the

25   exact number, and I don't think anyone does because

PX 22            FTC-MOBE-001224

6

1   lots of businesses start up every day that no one ever

2   hears about, but according to Forbes, they say it's

3   much worse.  They say that eight out of ten

4   entrepreneurs who start a business will fail within

5   the first 18 months, okay?  So not exactly

6   encouraging.  Well, as we talked about in the last

7   step, part of the reason why they fail is because they

8   have the wrong business model.  And, also, as we

9   talked about even earlier on, they have the wrong

10  business mind set.  But when I say they have the wrong

11  business model, what exactly do I mean by that?

12          The fact of the matter is some business

13  models require a much larger up-front investment of

14  both time and also money, and the odds are stacked

15  against you right from the very start.  Either they

16  have small, inadequate margins; the industry as a

17  whole is declining, it's not growing, so you're --

18  you're not part of an upwards trend, okay, you're part

19  of a downwards trend.  And whatever niche you're in,

20  that's the last niche that you want to enter as a new

21  entrepreneur.

22          But mostly it's because people have the

23  wrong business model.  So let's talk about a better

24  business model.  This one category of business models

25  that has a higher success rate than just about any

**PX 22**          FTC-MOBE-001225

7

1    other, and I'm sure you've heard about it.  It is

2    franchising.

3         So you're the potential franchiser; you

4    invest in a business that's provided by a franchisor,

5    that's someone who's developed a business system, and

6    they sell you the rights to use it and leverage their

7    processes, their intellectual property, their brand,

8    their system.  But they basically created a prototype

9    that works in one place; they've tested in other

10   places; and then they hand it to you.  It's like a

11   business in a box.

12        Now, here's a few statistics.  So this one

13   comes from the IFA, the International Franchise

14   Association.  They said, according to previous

15   research, more than 90 percent of franchisees renew

16   their agreement at the end of their contracts.  So

17   what does this tell us?  Well, it tells us that a

18   franchisee, if 90 percent of them say, yes, sign me up

19   for another year or another five years, clearly

20   they're doing okay.  They wouldn't keep on renewing if

21   they were losing money.  And, again, that's 90

22   percent.  That's 90 percent.

23        So contrast this to what we heard from

24   Forbes.  They say 80 percent fail within the first 18

25   months.  Here we are with the franchise business



**PX 22**                    **FTC-MOBE-001226**

8

1    model, over 90 percent are deciding to continue with

2    it and are getting results.

3         So a few definitions.  So a franchisee, as I

4    said before, a franchisee is a person who buys into a

5    franchise business, and they leverage someone else's

6    proven business model.  Here's a survey from way back

7    in 2014, and this one comes from Franchise Business

8    Review.  Okay, and this talks about the business model

9    as a whole.

10        They say that 90 percent of the people they

11   surveyed enjoyed operating their business, over 90

12   percent; 88 percent of franchisees enjoy being part of

13   their organization; 85 percent feel positive about

14   their affiliation with their franchisor; 83 percent

15   respect their franchisor; 78 percent would recommend

16   their franchise brand to others; 73 percent -- and

17   this is the one that I want to read out -- 73 percent

18   would do it all over again if they had the chance or

19   if they were presented with -- with that option -- 73

20   percent.

21        So that's a fairly high success statistic.

22   If you had a 73 percent chance of doing extremely well

23   online and making a lot of money, I'm sure that you

24   would think that's a half-decent number, okay, that's

25   a good number.  Now, all of your life, you've been

**PX 22**                    **FTC-MOBE-001227**

9



1   seeing just how powerful this business model is, all

2   around you.

3           And I'm talking about some of those most

4   well-known brands like Starbucks, McDonald's.  I mean,

5   there's lots and lots of fast-food ones out there,

6   KFC, Pizza Hut.  Depending on where in the world you

7   are, you're going to hear about all different types of

8   them.

9           But franchises, if we look at the industry

10  of different business models, they're everywhere, and

11  that's because they work so incredibly well.  Let's

12  have a look at McDonald's.  So we already discussed

13  McDonald's before, but let's revisit the numbers.



14  Right now, there are over 36,525 McDonald's outlets in

15  the world.  Now, not all of them are actually run by

16  franchisees.  Some are actually owned and operated by

17  the company -- by the company McDonald's itself.  But

18  somewhere over 20,000 of them are actually franchised

19  out.

20          Now, as I asked you before in a previous

21  step, do you think that McDonald's somehow managed to

22  find and identify 20,000 incredibly talented

23  entrepreneurs, and that's why they're successful; or

24  do you think it's more likely that they have a really

25  proven business model that works extremely well, that

**PX 22**                    **FTC-MOBE-001228**

10

1     an ordinary entrepreneur with ordinary, average

2     abilities can plug into it and get results with it?

3            Well, I think it's the latter, okay, and

4     that's because Ray Kroc, when he designed the

5     McDonald's business system, that's what he focused on.

6     That was his product, not the hamburgers, but creating

7     a duplicatable business model that an ordinary person

8     could plug into and have a reasonable chance of doing

9     extremely well.

10           And, also, did you know that the average

11     McDonald's does $2.6 million in revenue per year?

12     Some of them do a lot more than that as well.  So 2.6

13     million in revenue, and they are quite profitable as

14     well.  So the point I'm trying to make here is the

15     reason why a franchisee is so much more likely to

16     succeed in business than your typical startup

17     entrepreneur who wants to do everything by themselves,

18     it's because they plug into a proven system.  That's

19     the one thing I want you to get from this step.

20           If you have an option between creating

21     everything yourself from the ground up or finding a

22     proven system that's already working for lots of other

23     people, go with the proven system, especially when

24     you're brand new, okay, especially when you're

25     starting out.  A good thing about a proven system is

**PX 22**                 **FTC-MOBE-001229**



11

1      that you have a step-by-step process that you can

2      follow.  They tell you exactly what to do.

3           Now, it's up to you whether you go and do

4      the work and you -- you actually follow their step-by-

5      step training, but if you do, then you can expect to

6      get a good result.  That's why they work.

7           Here's one of my favorite quotes, and this

8      comes from Billionaire Investor Warren Buffett.  When

9      Warren Buffett is looking for different businesses to

10     invest in, he looks a lot at the business model and

11     also the industry that that business is in.  He wants

12     simple, easy-to-run businesses because, as he says, he

13     says, "Go for a business that any idiot can run,

14     because sooner or later, any idiot probably is going

15     to run it."

16          So what he meant by that is rather than

17     trying to invest in a business that is dependent on

18     one person or that is dependent on some temporary

19     change in an industry, he wants to invest in a

20     business model that is relatively simple to run,

21     compared to other business.

22          So for example, Warren Buffett would invest

23     in Coca-Cola or Wrigley's Chewing Gum, but he won't

24     invest in Microsoft, even though he's friends with

25     Bill Gates and known him for several decades.  That's

**PX 22**          **FTC-MOBE-001230**

12

1   because the business model of Coca-Cola, Wrigley's

2   Chewing Gum, See's Candy, Shore Carpets or any other

3   business that he's invested in, they are much simpler.

4          And I'm not saying they're easy, but they're

5   much simpler, they're much more predictable, and they

6   are less dependent on the brilliance of a CEO or of

7   the person who's leading that entire company.  They

8   have a business model that keeps them running, even if

9   the -- the management is not incredibly talented, and

10  they can still do reasonably well.

11         Now, an interesting fact about the franchise

12  industry, and I already mentioned this in a previous

13  step, but I always like to bring this up.  When the

14  whole concept of franchising another business was

15  brought out, people ridiculed it.  They actually

16  thought that it was a scam.  They actually put the

17  whole thing up for legal review.

18         Now, it's an accepted part of society.  No

19  one even questions whether a franchise is a legitimate

20  business model or not.  And the funny thing is that

21  same line of thinking that happened with franchises in

22  the very beginning, that tends to happen for a lot of

23  online business models as well.  That's just the way

24  it is.  When there's a new business model that people

25  haven't seen before, often people can question it and



**PX 22**          **FTC-MOBE-001231**

13



1    they don't know whether it's legitimate or not.  So

2    that happens with a lot of new business models.

3         So when you buy into a franchise, what

4    you're really buying into is the ability to use the

5    brand name, the products.  You have them supplying the

6    products through you, their procedures.  You actually

7    get a thick manual that shows every single process in

8    that business.  For example, if you wanted to

9    franchise a McDonald's, not only would you have to

10   read the manual, but you would actually have to go to

11   their training facility, which is called Hamburger

12   University, and I'm not making this up, and there you

13   can actually get a degree in french fries, I believe

14   it is, and hamburgerology.

15        So they actually have their own training

16   facility where they teach you all of their processes,

17   all of their systems so that when you go and operate

18   this business, when you actually set up your

19   McDonald's, you have a very good chance of doing

20   extremely well.

21        Here's another way I want you to look at it.

22   I want you to just put yourself in this hypothetical

23   scenario for just a moment.  Pretend that you wanted

24   to start your own coffee store.  You like coffee, and

25   you decide I want to go and start my own coffee



**PX 22**                    **FTC-MOBE-001232**

14



1   business.

2           So, I, myself, I am a big Starbucks drinker.

3   I have to have my Starbucks every day.  Fun fact for

4   you, every year we have something called the MOBE

5   Leaders Cruise, where we actually go on a big cruise

6   ship and we take all of our top-earning consultants

7   who've made over $100,000 in commissions.  We pay for

8   their entire trip, and they come on this cruise.

9           And I actually chose a ship just because

10  they had a Starbucks on it.  That's how much of a

11  coffee drinker I am.  So, anyway, let's pretend that

12  you wanted to go and open your coffee store, and you'd

13  never done it before.  You knew a thing or two about

14  coffee.  You -- let's say you drink coffee every day,

15  but you have never run a coffee store before.

16          So how would you go about doing that?  Well,

17  first of all, you would have to pick the location.

18  You'd have to make sure that the location has adequate

19  traffic, that there's enough people around that

20  particular area where you're going to have people

21  walking by, foot traffic every day, who can come in

22  and buy coffee from you.

23          You would need to get the equipment.  So

24  you'd need to get the coffee machines to make

25  different types of coffees, lattes, espressos, all the



**PX 22**          **FTC-MOBE-001233**



1        different types there are.  You would need to get

2        tables and chairs if you want to have people sitting

3        there.  The ingredients, the coffee, if you want to

4        provide some food.  Maybe you would need to hire some

5        staff.

6                But here's what I will guarantee you, if

7        you've never run a coffee store before, there's going

8        to be about a thousand things that you haven't thought

9        of, okay?  And even if you think that you have thought

10       of them, even if you think you've -- you've mapped out

11       your own plan of every possible thing that you would

12       need, I guarantee you that in your first few weeks

13       every single moment, I mean every single hour, you

14       would find something and think, oh, I wish I had

15       thought about that, that's a problem.  I've got to

16       find an answer to that.

17               Okay, so you would be learning all of this

18       for the very first time.  And maybe you would be

19       successful.  Maybe your coffee would be a hit, people

20       would love coming in, but then again, maybe it

21       wouldn't.  But let's say that after that first week,

22       you're still getting -- getting comfortable and

23       learning what you're doing.

24               Let's say after the first week, one day

25       you're looking out your glass front, okay, that glass-



**PX 22**                    **FTC-MOBE-001234**

16



```
 1    front wall, and you see a Starbucks logo.  Starbucks
 2    have arrived, and they've decided that they want to
 3    open a coffee store right across the road from you.
 4            Now, how would you feel in that moment?
 5    Well, if you're like I was, if -- if I was going to
 6    start a coffee business, I probably wouldn't feel too
 7    good about that.  I would think, well, whoever is
 8    operating that Starbucks business, they have an
 9    enormous advantage over me.  They have a proven brand,
10    people already know and love Starbucks, so they're
11    going to see the logo and that's enough to get them
12    in.  They have this enormous marketing budget where
13    the company is out there building the brand and
14    promoting the brand and they get to leverage that.
15            Whoever buys into that franchise -- that
16    opportunity to run that Starbucks, they're going to
17    have training.  They're going to have step-by-step
18    training.  And in their training manual, all of those
19    1,000 little things that you didn't think of when you
20    started your coffee store, you can bet that they're
21    all going to be very well-documented in that Starbucks
22    franchise operating manual.
23            So who would you rather be in this
24    situation?  Would you rather be the person trying to
25    build this business on your own, or would you rather
```



**PX 22**                    **FTC-MOBE-001235**



1    be the person who you might be new to business, but

2    you're leveraging a proven system?  You've got

3    training; you've got support; you've got everything

4    that you need to have the maximum chance of success.

5    You would rather be the Starbucks franchisee.

6              Now, why am I telling you this?  Well, as we

7    go through this training program, you're going to have

8    the opportunity to either be a Starbucks franchisee or

9    to be the person who tries to build everything by

10    yourself.  And I want to be very clear, MOBE is not a

11    franchise, and we never claim to be a franchise, but

12    the point I'm making here is that what makes a

13    franchise so successful is that there is a proven

14    system that someone who's brand new can plug into and

15    do reasonably well with.

16              So look for a proven system.  With a proven

17    system, you're going to have training.  You're going

18    to have an operations manual full of detailed,

19    documented procedures showing you exactly what needs

20    to be done.  You're going to have proven products, a

21    proven brand.  You're going to have all of that.

22              And in the case of Starbucks, they right now

23    have over 23,000 -- actually, this is going back to

24    2015 -- but they had 23,000 different outlets that

25    year.  That's how proven the Starbucks business model

**PX 22**          **FTC-MOBE-001236**

18

1   actually is.

2           So what I'm going to do is I want you to go

3   and start looking at different franchise opportunities

4   out there, not because you want to get involved in one

5   of them, but more for the educational experience,

6   okay?  And as soon as you do this and then talk to

7   your coach about it, you will see why this is so

8   beneficial.

9           So the first place that I want you to go to

10   is Franchisebusinessreview.com, and I want you to have

11   a look around at all the different franchise

12   opportunities out there.  What sort of industry are

13   they in?  What do they give you when you buy into

14   their -- their franchise opportunity?  What are the

15   average results?  How much does it actually cost,

16   what's the investment?  You will find some are a lot

17   more than others.  What's the income potential?  All

18   of this kind of information, I want you to start doing

19   your own due diligence.  So that's the first website.

20           The next one I want you to go to is

21   franchise.org, and I'm going to put all of these links

22   in the text below this video as well.  But if you go

23   to this website, you can actually search for different

24   franchise opportunities out there.

25           And the last website I want you to go to is

**PX 22**                    FTC-MOBE-001237

19



1       entrepreneur.com/franchise500.  Now, this one -- this

2       is actually -- according to this website, the top 500

3       franchises.  Now, this is subjective, so just take it

4       with a grain of salt, but have a look at what they

5       rank are the top franchises available.  And just

6       looking here, we can see that some of them, like Jimmy

7       John's sandwiches have an initial investment of

8       $326,000 to $555,000 just to get started.

9               If you want to get a Hampton by Hilton,

10      you're looking at about $4.2 million, right up to $7.8

11      million.  So if you want to get into the hotel

12      business, that's what you could be looking at if you

13      want to leverage a proven business model.

14              What about a Supercuts hair salon?  Well,

15      now you're looking at $144,000 right up to $294,000.

16      A Subway could set you back $117,000 to $263,000.

17      McDonald's is anywhere from $989,000 up to $2.2

18      million.  What about a 7-Eleven?  Surely they -- they

19      must be cheaper, right?  Well, yes, they can be,

20      $38,000 to $1.1 million.

21              Here's a few more.  So you have Pizza Hut.

22      You have Taco Bell, The UPS Store, Papa Murphy's.  The

23      vast majority of them, you're looking at a multiple

24      six-figure investment.  So here's my next question to

25      you.  Why do you think anyone would invest multiple



**PX 22**                    **FTC-MOBE-001238**

20

1    six figures, even multiple seven figures, into a
2    business when they can go and start their own?
3         Well, hopefully, you have the answer.  I've
4    said it many times.  It's a proven system.  Is the
5    proven system worth several hundred thousand dollars?
6    Absolutely it can be.  If it's the right proven
7    system, investing several hundred thousand dollars
8    into the right business can be a very smart
9    investment.  If it wasn't a smart investment, if it
10   didn't offer a good return, there wouldn't be over
11   20,000 people who'd done that with a McDonald's
12   franchise.  Okay, so that's what you've got to look
13   at.
14        So here are your action steps for today.  I
15   want you to inquire about buying your own franchise.
16   And, again, I know you probably have no interest in
17   buying a franchise, although maybe you do after seeing
18   this.  But I want you to do this more for research
19   purposes so you can understand the value of a proven
20   system.  So what is the required investment to get
21   started in different franchise opportunities?  One
22   that possibly is in an industry you might be open to?
23   What kind of support do they provide to franchisees?
24        Once you pay them this money, what do they
25   actually do as far as ongoing support?  What kind of

**PX 22**          **FTC-MOBE-001239**

21

1    ongoing royalties and operating costs do you need to

2    pay?  And, also, what is the general success rate?

3    Now, we've already touched on that, but different

4    franchise opportunities will have different success

5    rates.  Some of them could even be over 90 percent.

6    So I want you to go and do the research on that.

7    Write down your answers, because you're going to need

8    to talk to your coach about what you found.

9           Now, in Step 6, this is where things get

10   really exciting.  Up until this point, we've been

11   talking about mind set, choosing the right niche,

12   business models and so on.  Now we're actually going

13   to talk about you starting to actually generate some

14   high-ticket commissions, very shortly.

15          So on Step 6, I'm going to show you what you

16   can do if you don't have multiple six figures to

17   invest in a franchise opportunity, but you still want

18   to be able to make six figures in commissions as your

19   income potential.  So I will show you that.

20          And then in the step after that, Step 7, I

21   will show you how to set up your own payment account

22   so you can start receiving these high-ticket

23   commissions regardless of where -- where your

24   customers are, whether they're in some country on the

25   other side of the planet and they want to pay by Visa

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001240**

22

1        or MasterCard or American -- American Express.

2                    I'm going to show you how to set up your

3        payment account so you can start taking those

4        payments.  So go ahead, take action, complete the

5        homework for this step, talk to your coach, and I will

6        see you in Step 6.

7                    **(The recording was concluded.)**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**            **FTC-MOBE-001241**

23

1        <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4            I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12            I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20                                 *Sara J. Vance*

21    DATE:  2/5/2018          _____

22                             SARA J. VANCE, CERT

23

24

25

**PX 22**          **FTC-MOBE-001242**

# Exhibit Q

FTC-MOBE-001243

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

| | |
|---|---|
| MATTER NO. | 1723072 |
| TITLE | MOBE |
| DATE | RECORDED:  OCTOBER 16, 2017<br>TRANSCRIBED:  DECEMBER 4, 2017<br>REVISED:  MARCH 8, 2018 |
| PAGES | 1 THROUGH 12 |

TRAINING CALL - WS600347

C. Jones 3/29/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001244**

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4        RECORDING:                              PAGE:

5        Training Call                             4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**              **FTC-MOBE-001245**

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3      In the Matter of:            )

 4      MOBE                         )   Matter No. 1723072

 5                                   )

 6      ------------------------------)

 7                                       October 16, 2017

 8

 9

10

11              The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      November 16, 2017.

14

15

16

17

18

19

20

21

22

23

24

25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**

4

## P R O C E E D I N G S

-    -    -    -    -

**WS600347**

1  
2  
3  
4     CARLOS VERDUGO:  -- learned about different  
5     business models, low-ticket, high-ticket.  We'll learn  
6     about importance of keep tracking numbers so we can  
7     keep our business profitable.  We'll learn about mind  
8     set, niches, franchises, different things.  
9          So on your own words, and I would like to go  
10    one by one, I would like to hear what is the most  
11    important thing that you have learned so far.  It  
12    could be anything, okay?  There's no wrong -- wrong  
13    answer here, but I just want to hear from you what  
14    caught your attention the most.  Okay?  So [REDACTED],  
15    let's -- let's get started with you.  (Inaudible).  
16         MS. JONES:  Can you hear me?  
17         CARLOS VERDUGO:  You need to unmute  
18    yourself.  You're muted.  
19         MS. JONES:  Can you hear me now?  
20         CARLOS VERDUGO:  I can hear you now.  
21         MS. JONES:  Okay.  So the one thing that  
22    I've learned that is very important to me is to be my  
23    own boss, set my own hours --  
24         CARLOS VERDUGO:  Okay.  
25         MS. JONES:  -- and be productive.  

**PX 22**          **FTC-MOBE-001247**

5

1          CARLOS VERDUGO:  Okay.  But what about the

2     content?  From the steps?  From sort of what did you

3     learn about franchises?

4          MS. JONES:  That there's many different

5     franchises out there and some are better than others,

6     and I'm not sure which one that I want to get involved

7     in at the moment.

8          CARLOS VERDUGO:  You do not have to.  No,

9     you don't have to go to any franchise.  This -- there

10    was an exercise just for you to understand that there

11    is -- there is this franchise model most of the people

12    doesn't know that you can go to, okay?  But,

13    [REDACTED], why do you feel that franchises are so

14    successful?

15         MS. JONES:  Well, first, I would think that

16    it has to be a product that consumers want, so -- and

17    then you promote -- you promote the product.  Why are

18    they successful?  Maybe they have a business plan, a

19    model that they follow.

20         CARLOS VERDUGO:  Okay, let me -- let me ask

21    for some help.  Catherine, why -- why do think that

22    the franchises model are so successful?

23         CATHERINE:  Well, I think (inaudible) as the

24    lady said, they are a proven model.

25         CARLOS VERDUGO:  (Inaudible).

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001248**

6

1      CATHERINE:  -- you are actually making an

2    investment on these franchises as well, so, you know,

3    that's important.  I'm sure that you have other

4    investors behind you.

5      CARLOS VERDUGO:  Exactly.  That's the right

6    answer because it is a proven system, right?  With the

7    franchises you -- you -- there's more chances that you

8    succeed on your business because everybody knows the

9    business, okay?  For example, on a restaurant, if you

10   want to start your own restaurant, you not only need

11   to start from scratch creating everything, setting up

12   the kitchen, the space for -- for the dining room,

13   right, everything you need to be created by you.  And

14   after that, if you do that, well, you need to start

15   marketing or promoting your business so you can get

16   some customers.

17      Well, if you go to the business -- to the

18   franchises, with McDonald's for example, they will

19   give you a blueprint, step by step on what you need to

20   do, so their fries will taste the same here on -- in

21   every country in the world.  Same thing with the Big

22   Mac, et cetera.  The McDonald's place will look

23   exactly the same in every part of the world.

24      But beside that, the day you open your

25   restaurant, well, you have plenty of people, you know,

**PX 22**                    **FTC-MOBE-001249**

7

1    consuming the -- the product because everybody knows

2    McDonald's.  They know exactly what -- what they will

3    find.  Despite the quality of the food, which is

4    something we can discuss later, well, it is a good

5    business.  Maybe it's not the best restaurant in the

6    world, but it's a very good business because people

7    know that and love it, right?  So you will be making

8    sales right away.

9          Okay, Catherine, for you, what is the most

10   important thing that you have learned?

11         CATHERINE:  I think the one most important

12   thing is that my mind set needs to be changed to be

13   more of an -- I don't know, like a winner-type person.

14   You know, to really put myself out there and to follow

15   up on, you know, things that I feel are important with

16   this business.  And whether or not I know I'm kind of

17   lacking in my steps, but I'm working at it.  I'm

18   getting better at it.

19         CARLOS VERDUGO:  Exactly.  So -- so how

20   important is the mind set on a business?

21         CATHERINE:  Very important.  Really, at this

22   point, I'm retired now, so I'm kind of out of the

23   corporate world, and now I'm trying to change myself

24   into being like a -- an entrepreneur.

25         CARLOS VERDUGO:  Mm-hmm, exactly, because

**PX 22**              **FTC-MOBE-001250**

8

1    it's so important to change your mind set.  You can

2    have the best product, you can have the best business,

3    the best stories, you want to go physical, but the

4    thing is that if you don't change your mind, if you

5    keep thinking like an employee, you're never going to

6    make it.  You can even fail with -- with the McDonald

7    franchises, right?  You're not going to make it, okay?

8    Great.  Thank you, Catherine.

9              Scott, what about you?

10             SCOTT:  Yeah, I think by far and away the

11    thing that I valued the most out of the training was

12    just the metrics, the numbers, how to track the

13    customer acquisition costs and to make sure that

14    you're remaining profitable, because it is easy once

15    you finally have an info product or a funnel in place

16    to want to go hog wild and throw traffic at it, but

17    you know, I -- I think very, very, very few people are

18    actually disciplined enough to track the metrics.  So

19    that was -- that was good.

20             And then the franchise exercise, I would say

21    obviously, it's just clearly a system.  I mean, I'm

22    definitely not a farmer, but there's a reason last

23    year I broke into the strawberry business and I have

24    25,000 strawberry plants now.  I'm not a

25    horticulturist, but I found somebody that I liked

**PX 22**                    **FTC-MOBE-001251**

9

1       their result, and I just became a good copycat.  I

2       just plagiarized what they did, so systems are -- it's

3       just critical --

4               CARLOS VERDUGO:  Uh-huh.

5               SCOTT:  -- because at the end of the day,

6       everything is a system.  It's all about -- you'll rise

7       and fall on the system that you have in place to work

8       with.

9               CARLOS VERDUGO:  Absolutely.  And, you know,

10      it's critical, the number thing, for -- for bad or for

11      good, it's critical to know your numbers because, you

12      know, if you don't know your numbers, and then I ask

13      you, okay, as coach, how much money you would like to

14      invest to acquire one -- one customer, for example,

15      well, you're not going to -- you're not going to know

16      if it is cheap or expensive if you don't know how much

17      revenue everybody -- I mean, every single customer

18      that you get brings to your business, right?  So you

19      have no idea how much money you can invest in

20      marketing to acquire a new -- a new -- a new customer.

21              Maybe you're -- you're investing so little,

22      so you're not going to get a good one.  So you need to

23      know exactly your -- your sweet spot so you can know

24      exactly if you need to invest more or less to acquire

25      a new customer, right?

**PX 22**                    FTC-MOBE-001252

10

1          SCOTT:  Absolutely.

2          CARLOS VERDUGO:  Okay, great.  Great, guys.

3     So let's keep moving forward.  Right now, just like I

4     did before, I'm going to open not one but two steps.

5     Six and 7 will be open right away.  So just like you

6     did before, I'll be sending my questions, you know,

7     guys.  This time, I'm going to be asking you to make

8     an appointment on a different kind of (inaudible) that

9     will be the strategy session call.

10          That will be a 60-minutes call where you

11     need to go to make that appointment and that call and

12     make sure that for the day you make that appointment,

13     you must be in a quiet place like you are right now

14     with good internet connection and with a pen and a

15     piece of paper because -- because we're going to talk

16     a little bit more about you, your goals, your dreams,

17     how this business work and how you're going to start

18     finally making money.  Okay?

19          Okay, what else?  Any questions from what

20     you have learned so far?

21          UNIDENTIFIED FEMALE:  No.

22          CATHERINE:  Not really.

23          CARLOS VERDUGO:  No?

24          MS. JONES:  No.

25          CARLOS VERDUGO:  Okay.  So, yeah, give me a

**PX 22**          **FTC-MOBE-001253**

11

1      couple of minutes.  I'm going to open 6 and 7, it's

2      very important that you finish 6 and 7 in a -- let's

3      say by Wednesday or Thursday, that will be great.

4      Actually, you can complete it today or tomorrow

5      morning because I do have a spot for this strategy

6      session by -- by Tuesday.  Okay?  So just make sure to

7      keep moving forward, answer my questions before that

8      call, just like you did for Step 5.  See you in a few

9      more days, okay?

10                 UNIDENTIFIED FEMALE:  Thank you.

11                 SCOTT:  Thanks.

12                 MS. JONES:  Thank you.

13                 CARLOS VERDUGO:  Okay, guys.  Have a good

14     day.  Bye-bye.  Keep working.

15                 SCOTT:  Bye-bye.

16                 **(The call was ended.)**

17                 **(The recording was concluded.)**

18

19

20

21

22

23

24

25

**PX 22**                          **FTC-MOBE-001254**

12

1               <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4           I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12           I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20                        *Sara J. Vance*

21      DATE:   3/8/2018      _____

22                    SARA J. VANCE, CERT

23

24

25

**PX 22**        **FTC-MOBE-001255**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

  Plaintiff,

  v.

**MOBE Ltd.**, et al.,

  Defendants.

Case No. _____

**FILED UNDER SEAL**

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE**

**VOLUME II-C**

PX 22  Declaration of Carol Jones (Exhibits R – Y) ........................................................1256

# Exhibit R

**FTC-MOBE-001256**

Exhibit R - Page 1 of 61

FTC-MOBE-001257

PX 22





You've now got a lot of momentum behind you, so don't stop now. Continue to complete the steps, do the exercises, take notes, and soak in as much knowledge as you can!

## Your Most Important Step So Far ... By Far

Everything we've discussed so far has been leading up to this point. This is where you'll finally get the opportunity to leverage what I call "the ultimate business model" and use it to create your first six figure income online.

## How I Took A Proven Successful Model ... And Made It Even More Powerful

As mentioned in the previous step, one of the most successful business models ever created is the **franchise business model**.

Why? Because a franchise takes a proven money-making system, and allows others to leverage it.

If a Subway restaurant outlet makes an owner $250,000 per year in Seattle, it should make an owner $250,000 in Chicago as well (so long as it's in an equally good location), because the Subway business system is **already proven**.

When you buy a franchise, you're buying a license to use an existing name, product or system that will make your business operations easier.

Franchises are systematized and scalable. With a franchise, you are leveraging the franchisor's efforts and the proven systems they have already developed and put in place.

Now I want to be clear: **the MOBE Marketing System is not a franchise**. But there are many similarities between the two different business models:

- Proven system, products and marketing methods.
- Complete process for acquiring and converting leads.
- Well-known and respected brand in online marketing.

That's why becoming a MOBE Consultant is so powerful! It's like owning a franchise (a proven system) but without the six- or seven-figure initial investment, the ongoing franchise and royalty fees, or the routine business operations costs (rent, insurance, inventory, etc.)

The earning potential is as much or more than a franchise without as much of the hard work required to run it.

**NEXT SECTION - PLEASE CLICK HERE**

Step 6 - Training Section #2

Step 6 - Training Section #3

Step 6 - Training Section #4

Step 6 - Training Section #5

Step 6 - Assignment

FTC-MOBE-001258

PX 22



Step 6 - Training Section #1

Step 6 - Training Section #2

## Turn-Key Business System

The MOBE Marketing System is a turn-key system, which means that it's already set up and ready to generate profits. All you need to do is feed the system with leads and **you get commissions for every sale**.

The most common commissions range from $1,250 to $10,000. (Yes, you read that right: $10,000.)

And the best part is, you don't have to do anything but drive traffic:

• No products to create
• No sales system to create
• No customer service/administrative paperwork to worry about
• Back end sales and multiple commission from the same customer

With a turn-key system, you won't have to spend long hours creating a product, developing and testing a sales system, figuring out a multitude of other things, and generally "reinventing the wheel." With MOBE, all you need to do is drive traffic.

In this graphic, Rich Schefren, a respected online marketer, has captured the multitude of hats most entrepreneurs have to wear when starting an online business and getting it to the six- or seven-figure level.

Looks pretty impossible, doesn't it? No one person can build their own business from scratch (they have to handle all these different tasks and functions alone). It's no wonder that most people who try to make money online never generate a commission and end up failing?

When you leverage a proven system like MOBE, it frees you up from the $10/ or $30/hour activities like administrative tasks, paperwork, and customer service, and allows you to spend your time on $1,000/ and even $10,000/hour tasks, like marketing.

This is key because if you only spend a few hours a week on your business, you want to spend it only on top highest paying activities. You can't build a six-figure income doing $10/hour activities.

### It Makes Perfect Sense To Become A MOBE Consultant

Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobe.com

📞 Phone:
+1

📅 Schedule A Session:
Click Here

Skype:

Business Coach
Feedback:

CLICK HERE

Exhibit R - Page 4 of 61

FTC-MOBE-001260

PX 22



As a MOBE Consultant, you can leverage a proven marketing system that handles most of the "low-paying" tasks and functions, so that you can focus on the highest-paying activities.

It's far easier than "going it alone."

MOBE Consultants are entitled to promote the vast majority of products on the MOBE Marketplace, for commissions of as much as 40%.

The MOBE Consultant Program also includes these additional benefits.

• **MOBE Sites**—With this online tool, you can create professional lead capture pages in minutes, with no experience.

• **MOBE Consultant Insider**—This monthly newsletter is delivered to your mailbox, full of training and tips to develop your business, such as how to place ads, how to generate your first commission, and more.

• **MOBE Elite Earners**—Live weekly training webinar with MOBE Consultants who've done hundreds of thousands (or even millions) of dollars in commissions, and how they did it.



- MOBE Consultant private Facebook group, where you can find community and get ongoing support.
- Something you can't get anywhere else: your own professional phone sales team to sell your products for you. It's called MOBE's Sales Partner Program—our phone sales team that follows up with the leads that you generate. We call them up. We qualify them. We sell them MOBE products—our back-end offers that sell for $1,000 and more. And you get the commissions with no extra effort on your part.
- All it requires of you is to promote MOBE products and drive quality traffic to them.

**Traffic Training**

You might be thinking, "But how do I drive traffic?" Following these 21 steps, you will have access to our 30-day traffic training program, which makes the subject simple to understand. We created it specifically for people who are brand-new to internet marketing or who have had no success generating massive amounts of traffic in the past.

While being able to generate quality traffic is a huge factor in online marketing success, there are other areas of business you will need to understand if you're going to scale your business to six figures and beyond.

Step 6 - Training Section #3

**NEXT SECTION: PLEASE CLICK HERE**

FTC-MOBE-001261

PX 22

FTC-MOBE-001262

**PX 22**



Step 6 - Training Section #3

## The MOBE Marketing System

The MOBE Marketing System contains all of the training you will need to be able to use and promote our best selling training programs ... and earn up to 90% commissions.

Yes, 90%.

It's a win-win. Not only do you get access to the training programs yourself, which you will need to grow your own business, but you'll also be able to promote them and pocket up to 90% commissions on every sale.

It's like getting paid to become a smarter entrepreneur and build and grow your own business.

Here is a closer look at the products in the MOBE Marketing System:

## My Email Marketing Empire

The difference between "just getting by" and crushing it with your email marketing is all in how you market to your list... and this course will show you how to manage your 10,000-person list once you have it.

## How To Build A Funded Proposal

How to create a sales funnel for your business to show your customers how you can help them. This program consists of eight modules with step-by-step instructions to get your sales funnel up and running in the shortest amount of time.

FTC-MOBE-001263



**Affiliate Bonus Domination**

**The O.P.T. Formula**

O.P.T. stands for "other people's time." It's over eight hours of content which shows you how to build a team, how to hire an inexpensive virtual assistant to handle the "low-paying" activities in your business so you can focus on the high-paying ones.

Not only will these help you grow your business but, when you will earn a 90% commissions on each of these products when you sell them.

## Bonuses

**Traffic Masters Academy**

The only traffic program on the market that shows you what real affiliates and consultants have done to earn millions of dollars in documented commissions. With this package, you will master the six methods for getting new customers. It also includes daily support—live webinars with a traffic coach. You will never be stuck trying to figure out things on your own.

**PX 22**

Exhibit R - Page 8 of 61

FTC-MOBE-001264

**PX 22**



## MOBE Licensing Kit

Creating your own information product is time-consuming, if not impossible for some. This bonus teaches you how to license other people's products so you can market them and make money without creating anything yourself.

These bonuses pay a 50% commission when you sell them.

Curious to see what results people just like you are getting with the MOBE Marketing System?

Step 6 - Training Section #4

Exhibit R - Page 9 of 61

FTC-MOBE-001265

**PX 22**



Exhibit R - Page 10 of 61

FTC-MOBE-001266

PX 22



more money MOBE makes—period.

**The Silver Masterclass training** is the foundational program of the MOBE Core Curriculum. It is, by far, the most important training we offer. In it, you'll discover how to:

· Identify your strongest money-making abilities
· Pick the right niche for you
· Construct the right business model for that niche
· Create your first "million-dollar offer"
· Instill in yourself the required mindset you need

## Here's What You Get In Silver Masterclass

### SILVER
MASTERCLASS

**Module 1: Entrepreneur Secrets They Don't Tell You**
· What it really means to be an entrepreneur
· The importance of knowing why you want to be an entrepreneur
· The unfortunate reality most entrepreneurs face and how to avoid it
· The top 20 reasons start-up businesses fail

**Module 2: Getting Everything You Want Out of Your Business**
· How to create a custom blueprint of your ideal business and lifestyle
· How to get your business to serve you—not the other way around
· Questions you must ask yourself before you start your business

**Module 3: What Does It Really Take to Build a Big Business?**
· Common characteristics of the world's most successful entrepreneurs and how you can model them

**Module 4: Unlock and Leverage Your Profit-Making Strengths**
· How to build a business around your natural strengths
· Why trying to strengthen your weaknesses is often a waste of time
· How to identify, improve and profit from your personal strengths
· How to cost-effectively staff around your weaknesses

**Module 5: Choosing Your Million Dollar Niche**
· How to choose a meaningful niche you and your team will be excited about
· How to find your niche using niche research tools
· How to find the problem you can best solve
· What benefit can you most powerfully deliver?

**Module 6: Designing and Building Your Lucrative Business Model**
· How to reach your goals faster with the right business model
· What is a business model and why not all business models are created equal
· Choosing the right model for your business and life goals

**Module 7: Choosing and Creating a Winning Product and Offer**
· How to select, create and deliver the right product for your market
· How to create your minimum viable product (MVP)
· How to create an irresistible offer

**Module 8: Hitting (and Exceeding) All Your Financial and Personal Targets**
· How to set goals and milestones and become a more productive and effective CEO of your business
· How to identify and track your key performance metrics
· The importance of reaching your business targets

Click Here

FTC-MOBE-001267

**PX 22**

- Action plan for implementing everything in the Silver Masterclass

## Make $1,250 Commissions

When you purchase and complete the Silver Masterclass training, you will be qualified to receive **commissions of $1,250 for each Silver Masterclass that your leads buy**

It works like this: You drive traffic to MOBE's front-end offers (such as this 21-Step program you're working on). A certain percentage of that traffic will make a purchase. Our phone sales team or live event team will follow up with those customers to find out what their business goals are and how MORE can assist them

Because the Silver Masterclass is such indispensable entrepreneur training, it's our first back-end program—the one that we recommend to anyone who wants to succeed in their own business.

When your leads buy it, you make a $1,250 commission—without having to make so much as one phone call or attend a single event.

## Silver Masterclass Bonuses

When you purchase the Silver Masterclass, you also get these bonuses

- **Done For You Emails**—At some point in your business, you may want to start building your own list. That means writing and sending routine follow-up emails to them. A lot of new marketers struggle to come up with good follow-up marketing ideas on a regular basis. (I certainly did in the beginning.) Our professional copywriting team creates new new emails every day and we send them out to you
- **Silver Inner Circle**—When you purchase Silver Masterclass, you will receive a free month of our value-packed Silver Inner Circle, in both print and pdf. Learn more about the Silver Inner Circle, by visiting www.mobe.com/silver-inner-circle





[To get a full, detailed overview of the Silver Masterclass program, take a few minutes to read this letter at: www.mobe.com/silvermasterclass.]

Once you talk to your coach and decide to enroll in the Silver Masterclass training (and

Exhibit R - Page 12 of 61

FTC-MOBE-001268

**PX 22**



... of course, get the MOBE Marketing System for free) then you'll have the opportunity to go through it. But you browse it for now. Your first order of business is to complete these 21 steps.

**So, here's your chance to get the proven online business system that thousands have paid $2497 for ... free with your Silver Masterclass investment.**

And the investment in Silver Masterclass is also an investment in the future of your business.

It will set the foundation for your success.

So it's a win-win-win offer.

## What's Included

- Eight-Module Training Program
- Certification upon completion of course
- Access to the MOBE Marketing System (a $2,497 value)
- Unlock access to higher back-end commissions on MOBE Marketing System and Silver Masterclass

**Coaching**—Access to Daily Live Webinars with a senior traffic coach.

**Services**—Done For You Emails Get daily, professional marketing emails, which you can copy, paste, personalize and send to your list to promote any products and services you choose. (Retail value $77/mo but free to all Silver Consultants who are paying the $19.95 Consultant fee.)

**Silver Inner Circle (First Month Free)**—Silver Inner Circle monthly publication in print and PDF. The Silver Masterclass also comes with an optional Inner Circle program attached ($27 /mo) and delivers timely articles to get your business off to a good start.

**Get $13.5/month** when one of your leads subscribes to the Silver Inner Circle

## More About Those $1,250 Commissions You'll Be Qualified To Receive

The Silver Masterclass training is one of our most popular courses. It sells incredibly well.

Let's say you get five front-end sales each week for one of our $49 products.

If just one of those buyers (20%) sees the value of the Silver Masterclass and decides to purchase, you'll make $1,250. If you can average those numbers for a month, you'll be making close to $5,000 in back-end commissions.

For a year you'd be make close to $62,000. What could you do with an extra $62,000 per year?

Of course I'm not going to guarantee you'll make that amount, you could make a lot less (or a lot more). It will entirely depend on how well you promote the offer. Later on in this training program, I will show you everything you need to know to promote MOBE products effectively.

All you need to do is implement what I show you.

**Get in touch with your coach today to invest in Silver and get your very own proven business up and running!**

In our next step, you will find out about the single most important process in your entire business (and how to get one in place, fast).

[NEXT SECTION   PLEASE CLICK HERE]

Step 6 - Training Section #5     +

Step 6 - Assignment     +

Exhibit R - Page 13 of 61

FTC-MOBE-001269



**Step 6 : Training Section #5**

## And How Would You Like ME, Matt Lloyd, To Sell For You?

I run quite a few live events every year. These events are packed with valuable content and are 90% pure sales education. And on the last day of the event, I give the attendees a special deal to become MOBE customers.

I know how to sell our programs from stage.

Keep in mind, as the product creator, I've sold well over 1,000 of our Top Tier Programs. If you get your leads to these high quality events, I'll offer them a chance to join us. And if they join, you will get full commissions for every sale!

Nobody else does this.

Plus, we invite your leads into our Facebook Groups where we educate, motivate, and answer any questions they might have. There are a lot of successful MOBE consultants in these groups and they talk about their success and they offer great advice. We promote our Top Tier products in these groups. And when one of your leads buys, you get the commission.

It boils down to this: you bring them to MOBE and we'll do everything we can to sell them high-ticket products... and you cash the commissions.

Phone sales team. Live events. Facebook group. And on and on...

As you can surely see by now, this truly is a Done-For-You Business System. Most people who try to succeed online, struggle mightily because they over-complicate everything.

But we've simplified everything.

All the complicated parts of the system are on our end.

You handle the simple stuff—the promotion. And I'll even show you how to do that in the steps ahead!

Going back to our franchise discussion, it's the "proven system" that makes MOBE so powerful.

You send traffic and then my team and my system goes to work for you. This will generate Top Tier profits that will allow you to earn a very lucrative income and enjoy the lifestyle you've always dreamed about.

MOBE members wake us when they want to. No need for alarms. Many choose to work from their home office, and many like to work from somewhere like Starbucks. Others like to travel the world and work from their laptops. The choice is completely up to you when you run a business like this.

It really couldn't get any better.

**NEXT SECTION - PLEASE CLICK HERE**

**Step 6 : Assignment**

Congratulations - You have completed Step 6.

## PX 22



FTC-MOBE-001270

**PX 22**

Exhibit R - Page 15 of 61



FTC-MOBE-001271

**PX 22**

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1723072

TITLE                    MOBE

DATE                    RECORDED:  OCTOBER 19, 2017
                            TRANSCRIBED:  FEBRUARY 9, 2018

PAGES                   1 THROUGH 46

Step 6_2017-10-19_14-32-20

*C Jones*
*3/28/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001272**