2

1      FEDERAL TRADE COMMISSION

2        I N D E X

3

4   RECORDING:             PAGE:

5   MOBE Step 6             4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**      **FTC-MOBE-001273**

3

1                       FEDERAL TRADE COMMISSION

2

3        In the Matter of:                )

4        MOBE                             )   Matter No. 1723072

5                                         )

6        ------------------------------)

7                                     October 19, 2017

8

9

10

11              The following transcript was produced from a

12       digital file provided to For The Record, Inc. on

13       January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

PX 22                    FTC-MOBE-001274

4

1                           P R O C E E D I N G S

2                            -     -     -     -     -

3                        Step 6_2017-10-19_14-32-20

4              MATT LLOYD:  Hi, there, Matt Lloyd.  And

5        first of all I want to congratulate you on making it

6        this far.  If you're seeing this video, then you're

7        one of the lucky ones.  I'm actually sending you this

8        video.  This is my personal invite to you.  It's my

9        congratulations for making it this far, and I want to

10       invite you to a private, live workshop that I'm going

11       to be doing over the next few nights.  I'm going to be

12       doing it at 7:00 p.m., and then a repeat at 9:00 p.m.

13       in your local time zone.

14              So I'd like to invite you to this live

15       webinar, and here's what you're going to learn.  The

16       live webinar will be focused on how to make $10,000 in

17       as short a time as possible.  I'm going to share with

18       you a business model and exactly what to do, step-by-

19       step, to get $10,000 flowing in as fast as humanly

20       possible.

21              Now, also, this webinar is incredibly

22       important to your progression of the 21 steps, and

23       it's very important that you show up, okay?  So all

24       you have to do is follow the steps below this video,

25       and go ahead, register for the webinar, and then show

**PX 22**                    FTC-MOBE-001275

1    up.  And, again, it's at 7:00 p.m. or 9:00 p.m. your

2    local time.  You get to choose on the registration

3    page.  Okay, so I will see you on the live webinar.

4    I'm excited to share this stuff with you.  I think

5    you're going to love it.  So I'll see you shortly on

6    the webinar.  We'll speak soon.

7              **(Web review with no audio.)**

8         MATT LLOYD:  So welcome to Step 6, and this

9    step, by far, is the most important step that you've

10   encountered up until this point.  This is the step

11   where I'm going to show you how you can realistically

12   generate $100,000 in your first year online when you

13   have the right marketing system.  So let's dive right

14   in.

15       And first of all, less than 36 percent of

16   people make it this far, so you're doing incredible.

17   Keep it up, because when you graduate these 21 steps,

18   you're going to be in a position to start generating

19   these high-ticket commissions.  So in this step, I'm

20   going to share with you a business model that's even

21   more lucrative and far less expensive than the

22   franchise business model we were just talking about.

23       I'm also going to share with you how to

24   leverage the same principles that MOBE has used to

25   grow so incredibly fast in our first decade of

6

1     operation.  When we got started in 2011, we never knew

2     that we would grow so quickly.  We never knew that we

3     would go from doing six figures to seven figures and

4     then seven figures to eight figures annually and go on

5     to generate over $100 million in online sales.

6           I'm going to share with you some of the

7     principles behind why we were able to grow so just

8     incredibly fast.  I'm also going to share with you how

9     you can become a MOBE consultant, so how you can get

10    involved in this business, the same business model

11    that's paid out over $67 million to consultants all

12    around the world so far.

13           I'm also going to share with you how you can

14    leverage one of the best phone sales teams in the

15    industry who will do all of your phone calls for you.

16    You will never have to pick up the phone and call

17    people and try and sell them anything.  Our phone

18    sales team will actually do that for you, and you

19    won't have to come out of pocket to actually have them

20    go to work for you.  In fact, you won't even have to

21    pay them.  That will come out of MOBE's end, so we

22    will actually pay them on commission.  When they

23    generate a sale for you, they are heavily incentivized

24    to see you do really well.

25           I'm also going to share with you why MOBE is

**PX 22**            **FTC-MOBE-001277**

1     one of the fastest growing companies in this industry,

2     and also our goal, which is to become the number one

3     training resource for small business owners and

4     entrepreneurs all around the world.  So when I started

5     MOBE, I looked at all these successful business models

6     around the world and especially in the franchise

7     business model.  And I asked what makes them so

8     successful and how can I duplicate some of what

9     they've got into a new business model or my business

10    model so that I could get their kind of results.

11         And I looked at all the most popular

12    franchises, just like the ones we looked at in the

13    previous step, and I examined, well, how much are they

14    first of all to invest in; what kind of support do

15    they give you; why are they successful.

16         So, for example, I would walk into a Subway

17    store, and I wouldn't look at it like everyone else

18    would who was there to order their sandwich.  I would

19    look it like what makes this business so successful,

20    and I would examine that they had a step-by-step

21    process.  When you walked up and you chose your bread

22    and you chose exactly what sub you want, foot-long,

23    six-inch, all the ingredients, they had a very

24    efficient system for getting the sandwich built to the

25    end of the operation and then collecting the money.

**PX 22**          FTC-MOBE-001278

1           And I would think to myself, okay, so that's

2    part of the reason why they're so successful.  How can

3    we take some of that and use that same model online?

4    How can we build in processes and efficiencies, just

5    like a franchise operation has, into an online

6    business model?

7           As we talked about in the previous step, a

8    good franchise will get very predictable results, even

9    if you have two completely different entrepreneurs

10   running the business, it really doesn't matter, at

11   least it shouldn't matter that much.  For example, if

12   you have a Subway franchisee, and let's say they're

13   operating in Chicago, and you have another one in New

14   York, well, if they're in two areas where they get

15   equal foot traffic, they should -- they should do

16   about the same amount of revenue, okay?  Because it's

17   -- it's not dependent on the entrepreneur.  It's the

18   system, and the system produces predictable results,

19   no matter where they are or other things being equal.

20          What makes a franchise so successful is

21   because when you buy into that franchise, what you're

22   really buying is you're buying a license to use their

23   brand.  You're buying a license to use their systems,

24   their processes, their products.  And all of that has

25   been proven already.  So you're not having to invent

**PX 22**          **FTC-MOBE-001279**

9

1    it from scratch.  So when starting off as an

2    entrepreneur, I always advise people, rather than

3    trying to create everything from scratch, why don't

4    you just go and find a proven system and leverage

5    that?  It is far easier; it's much quicker; and you're

6    also much more likely to succeed as well.

7            The good thing about MOBE is we already have

8    a brand, a system, things that are proven to work.  If

9    it wasn't proven, we wouldn't have paid out $67

10   million in commissions so far.  So when you come on

11   board as a consultant, you're getting to tap into this

12   already proven business model.  Now, I want to make

13   something very clear.

14           MOBE is not a franchise, but our MOBE

15   Marketing System very much has similar elements to a

16   franchise in that there are systems, there are

17   processes in place, there are products that are

18   already provided and done for you.  There's

19   fulfillment processes; there's customer support

20   processes.  So it's got a lot of similarities as a

21   franchise; however, what it doesn't have is the

22   multiple six-figure or seven-figure investment

23   required to get involved.  That's the good thing.

24   That's the good news.  A lot of people like to hear

25   about that.

**PX 22**            **FTC-MOBE-001280**

10

1           The income potential, though, of the MOBE

2    Marketing System, well, you're going to be introduced

3    to a few people who've gone on to make millions of

4    dollars with this business.  The income potential is

5    virtually unlimited.  Now, I'm not making any promise

6    that you're going to go on to generate millions of

7    dollars because I don't know how seriously you're

8    going to take it.  But my point is there is really no

9    ceiling on what you can make with this business.

10          So with the MOBE business model, you'll be

11   using a proven system and proven marketing methods.

12   You'll have a complete process to take your leads

13   through.  And, also, you will leverage a very well

14   known and respected brand in the online marketing

15   industry, just like you would have seen when you get

16   involved with a franchise.

17          So in the previous step, I had you go to

18   websites like this one, franchise.org, and if you went

19   and did the homework and you took action and looked at

20   all the different options available, you would have

21   seen that a big part of the investment in a franchise

22   is getting to leverage the proven brand and the

23   products, the reputation, their processes.

24          So let's look at getting involved with a

25   franchise.  Financial requirements, well, you

**PX 22**                    **FTC-MOBE-001281**

11



1    obviously need the -- the up-front investment, which

2    as you saw, could be six, seven figures, some less,

3    some more.  You also need to have net worth

4    requirements.  A lot of the best franchise companies

5    out there, they won't let you get involved unless you

6    have a certain liquid worth or net worth.  So, for

7    example, if you want to get involved with McDonald's

8    and you financially only have a net worth of $100,000

9    or $50,000, there's no way that you can even get

10   involved in that, even if you could go and find the

11   money to buy a million-dollar McDonald's franchise, if

12   you don't have the minimum net worth requirements, you

13   can't even get involved.



14          So for a lot of people, that's a big

15   drawback.  They won't be able to generate the kind of

16   money that a McDonald's system can generate, but they

17   don't have the net worth.  You also have liquid cash

18   requirements.  So you need to have a certain amount of

19   liquid cash available.

20          Now, the other cost with the franchise is

21   you're going to have ongoing fees, so you're looking

22   at royalties.  If you start -- or when you start

23   generating sales, a percentage of your sales will go

24   back to the franchisor.  Now, that's a fair deal in

25   most cases because they're providing that ongoing



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001282**

12

1    support, the brand, the products, the processes.  But,

2    still, you have to take that into account.

3         So one of the ones you might have seen in

4    the previous step was Supercuts.  Supercuts requires

5    an initial investment of -- with this article, it was

6    $144,400, up to over a quarter-million dollars.  And

7    unless you had a net worth of half a million dollars

8    and liquid cash of $150,000, you couldn't even get

9    involved with a Supercuts.

10        McDonald's, you would need close to liquid

11   cash, $750,000.  I'm guessing if you had $750,000 cash

12   in your bank account, you probably wouldn't be here

13   today.  But who knows, maybe you do.  But the point

14   is, it's quite a bit of money that you need to have

15   before you can even get in the game.

16        Now, besides those costs, you also have your

17   business operating costs as well.  So you have rent,

18   you have furniture, you have insurance, you have

19   utility bills, salaries, inventory, all of that.  And

20   those are ongoing things.  Those are ongoing costs

21   that you always have to be mindful of.

22        Now, when you become a MOBE consultant, you

23   don't have so many of those ongoing costs.  In fact,

24   you have far fewer of them, and they are at a fraction

25   of the cost.  But the good news is, the potential



**PX 22**              **FTC-MOBE-001283**

13



1    income that you can generate with this business model

2    is still almost just as high.  In some cases, it's

3    even higher.

4           Keep in mind, at the current time of

5    filming, the record for the total commissions

6    generated is over $11 million.  And that was done in

7    about three, three and a half years, something like

8    that.  But that shows you that this business model, in

9    the right hands, can generate a seven-figure return.

10   Okay, and again, it's not typical, but it just goes to

11   show that it can generate the same kind of money that

12   a franchise possibly can without having to invest

13   multiple six figures or seven figures to even get



14   started.

15          So just like a franchise, you will have

16   products that you can market and you can sell.  And

17   you can see many of them on MOBEmarketplace.com.  I'll

18   put a link below this video somewhere, but we have

19   products that cover all aspects of building a

20   business:  productivity, traffic, advertising,

21   increasing sales, followup, everything, hiring,

22   outsourcing, all of that.  So you can see our hundreds

23   of products that we have currently.  One day we will

24   have thousands of products on that platform.  That's

25   our goal, but you can go and have a look at all of



**PX 22**                    **FTC-MOBE-001284**

14

1     that.

2            You also have turnkey business systems.  So,

3     for example, you start generating leads, we have

4     followup systems in place where we will start to do

5     email followup, phone followup, webinar followup,

6     direct mail followup, all of that is already built,

7     all of that is already operational.  All you've got to

8     do is focus on generating leads.  Now, once you

9     complete these 21 steps, that's exactly what we're

10    going to be showing you how to do.  We will show you

11    everything you need to know about how you can start

12    getting traffic and generating leads.

13           Now, as long as you focus on getting good

14    qualified leads every single day and on the back end

15    you will be able to make commissions of $1,250,

16    $2,500, $3,300, $5,500, and right up to $10,000 for

17    every single sale, again, on the back end.  Now, those

18    are sales of our core curriculum programs, and I'm

19    going to share with you what they are a little bit

20    later on, but that will all be happening on the back

21    end regardless.

22           Okay, all you have to do is generate leads,

23    and, again, we'll show you how to do that.  So you

24    don't have to create products, and you certainly don't

25    have to go and create the high-ticket products that



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001285**

1   pay out the much bigger commissions either.  You don't

2   have to create the selling system, so you don't have

3   to put together event sales teams, phone sales team,

4   webinar sales team, or systems or any of that.  That

5   has all been done over the last few years by myself

6   and my team.

7          You don't have any customer service, so

8   every single month, we are handling thousands of

9   support tickets.  We are also handling thousands of

10  inbound telephone calls as well for our support

11  center.  You don't even have to get involved in that.

12  We're doing that all on your behalf for your MOBE

13  clients.  So all of that is taken care of for you.

14          This is very much a hands-off business.

15  And, remember, all you need to do is focus on

16  generating qualified leads.  You also get the back-end

17  sales, too.  So once you're certified, you're able to

18  be in a position where you can make those high-ticket

19  commissions.

20          So what I'd like to show you is a series of

21  slides by a marketing guru called Rich Schefren.  And

22  it does a really good point of actually explaining

23  what's involved in a successful online business, okay?

24  So he starts off, when he's delivering this

25  presentation, he says, a successful, seven-figure or

**PX 22**                    **FTC-MOBE-001286**

16



1        even multiple six-figure online business, here are all

2        the individual elements that are required to have --

3        to have it operating at that kind of level.

4                You need to have a content department, you

5        need this, this.  You need to have people who work

6        with your list, okay, so emailing your list, sending

7        it to your list.  Finance.  Technical, like websites,

8        systems, sales, traffic.  Obviously you've got to be

9        placing ads.  Client relationships, legal, compliance,

10       business building, affiliate marketing.  There's a lot

11       of different areas involved.  So he's making the point

12       that this isn't as simple as most people think.

13               But then, this is where it gets -- gets

14       really interesting.  He says, well, we actually need

15       to drill down on each one of these individual

16       compartments.  So, for example, your content strategy,

17       what's involved in your content strategy with a

18       successful online business?  Well, you've got article

19       marketing; you've video marketing; you've got your

20       blog; you've got your free reports; you've got

21       graphics; you've got to create products.

22               There's a lot involved with content.  And

23       even if we look at, for example, products, you've got

24       e-books, you've got physical products, you've got

25       audio products, video products, software, okay?  So



**PX 22**                    **FTC-MOBE-001287**

17



1      this is already looking very complicated.

2              So, then, after that, we go to lists.  So

3      you've got to build an email list, but that includes

4      list-building activities, getting more subscribers,

5      list management, segmenting, deliverability.  And it

6      continues to go through each one of these departments.

7      Finance, what's involved in -- in having a successful

8      or a -- a proper finance department in your business?

9      You've got accounts receivable, accounts payable,

10     taxes, payroll, budgets.  Okay, so if you're looking

11     at this right now and thinking, wow, that's a lot,

12     well, we're not even halfway yet.

13             Technical.  So you've got tracking; you've

14     got software development; you've got computer

15     maintenance; you've got site maintenance, all of that.

16     Within systems, you've got internal systems; you've

17     got software development.  Within sales, you've got

18     copyrighting, which breaks down to e-books, physical

19     books, audios; testing, we have to be always split

20     testing different versions to see which one converts

21     at the highest rate.

22             Within traffic, well, you've obviously got

23     to have traffic to be able to make money online.  And

24     then you've got client relationships, so, for example,

25     getting testimonials, customer service.  MOBE gets



**PX 22**                    **FTC-MOBE-001288**

18



```
 1    thousands of support tickets every single month.  We

 2    have a staff of over 20 people around the world who

 3    handle the tickets, who handle the inbound phone

 4    calls.  So you've got to deal with all of that,

 5    fulfillment and so on.

 6             Market analysis, okay, so adding in upsells,

 7    back ends, niche research, surveys.  You've got

 8    business-building activities, so acquisition of

 9    related businesses, product licensing, legal and

10    compliance, so that's spam, terms of service, FTC if

11    you're in America.  Affiliate marketing, as well, if

12    you have your own affiliate program.

13             So the point is, there's a lot involved in

14    writing a really successful big online business, if

15    you want to do it all by yourself.  Now the typical

16    online entrepreneur, they do want to do it all by

17    themselves.  That's their vision of their business.

18    They want to have this business that they can do

19    themself.  They don't want to hire people, and they

20    don't want to have to get involved with any of that.

21    And, so, what they end up with is something like that

22    looks just like this.  And this is the famous Rich

23    Schefren slide.  So there's you in the middle, with

24    everything that we just went through all on one slide.

25             Now, have a look at it.  How ridiculous does
```



**PX 22**          **FTC-MOBE-001289**

19

1    this seem that you're going to do everything all by

2    yourself?  When you look at it with this viewpoint, it

3    just looks impossible.  And let me tell you something,

4    it just about is.  If you're trying to do all of this

5    yourself, if you're trying to build your entire

6    business from the ground up and you're not leveraging

7    someone else's system, well, this is what you have to

8    look forward to.

9            Okay, this is what I started with when I

10   started MOBE in 2011.  In the very beginning, I was

11   having to do all this.  And you can see why I very

12   quickly started hiring people, and I started getting

13   help in putting in place systems because otherwise no

14   one could do this for the rest of their life.  Okay,

15   it was just way too much work involved.

16           If you try and start your business or build

17   your business all by yourself, this is what you have

18   to look forward to.  So is it any wonder that most

19   people who try and make money online end up failing?

20   Most people who try and make money online aren't able

21   to generate commission and aren't able to -- really

22   able to get their business off the ground.  It's

23   because they're trying to take on way too much

24   themselves, and they're trying to build the whole

25   thing from scratch.  They're not leveraging proven

**PX 22**          **FTC-MOBE-001290**

20

1    systems.

2            And, also, because they're trying to do

3    everything, they're spending their time on $5-per-hour

4    activities, $2-per-hour activities, $10-per-hour

5    activities.  They're trying to spread themselves way

6    too thin in all of these different areas that they

7    could actually outsource to someone else, or if they

8    were leveraging someone else's proven system that

9    already had a team running it, then they wouldn't even

10   have to worry about it.

11           In your business, you want to be spending

12   your time on only the highest-paying activities.  I

13   personally -- I don't do anything in MOBE that pays me

14   less than $5,000 per hour.  Okay, so I don't mess

15   around doing $50-per-hour activities, $100-per-hour

16   activities because it's not worth my time.  Now, you

17   need to work out what your time is worth, and we're

18   going to deal with that in a later step and we'll

19   actually break down what's your annual revenue target,

20   how much money are you trying to make, and, therefore,

21   what does an hour of your time need to be worth.

22           But if you only want to work two hours per

23   day in your online business, and you're spending more

24   time on $10-per-hour activities, there's no way that

25   you're going to build that six-figure income.  But

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001291**



21



1       this is what you have to look forward to if you're

2       going to try and do everything by yourself.  So I'm

3       going to advise you not to do that and instead to

4       leverage a proven system.

5           And, so, I want to talk to you about

6       becoming a MOBE consultant.  When you become a MOBE

7       consultant, you get to leverage a proven system.  Now,

8       let me tell you all about the program.  So here's how

9       it works.  So when you become a consultant, here's

10      what it entails.  So first of all, there's a $19.95-

11      per-month admin fee, and that's for all consultants.

12      That's how we first distinguish whether someone's a

13      consultant or not.  At that level, you are what's

14      considered a noncertified consultant.

15          But what that gets you access to is you can

16      go to MOBEmarketplace.com, and all the products you

17      see on our platform, the vast majority of them you

18      will be able to promote.  Now, they are the cheaper,

19      digital products.  They do pay out much smaller

20      commissions, but you can at least get started in the

21      business.

22          Now, these are quality products, so you will

23      be able to earn money from promoting them, and you'll

24      be able to feel good about promoting them, too,

25      because we only accept products on our platform that

**PX 22**                    **FTC-MOBE-001292**

22



1      are actually good, that actually help our clients.  So

2      here's an example of one of those products.  This is

3      by Perry Marshall.  It's called Double Your

4      Productivity and Your Business This Year.  It sells

5      for $499, and if you promote this as a MOBE

6      consultant, you will actually get a 40 percent

7      commission, so that would be $199.50.

8              And here's another program that you can

9      promote.  This is actually a live event.  It's called

10     the Home Business Summit.  And this one pays a $120

11     commission every time you get someone to buy a ticket

12     and actually show up to the event.

13             Now, as part of the MOBE consultant program,

14     you also get access to what's called MOBE Sites, and

15     this is our lead capture page software where you can

16     actually create lead capture pages from scratch, even

17     if you have no technical experience.  It's just

18     literally drag and drop, what you see is what you get,

19     and it's really easy to use.  So if you want to create

20     professional lead capture pages, you can do so in less

21     than maybe ten minutes.

22             Now, also as part of the MOBE consultant

23     program, every single month we're going to send you

24     what's called the MOBE Consultant Insider.  And we

25     send this to you in the mail, so you'll actually be



**PX 22**                    **FTC-MOBE-001293**

1    able to hold it and read it.  And it's full of

2    training for how to take the business to the next

3    level.  So training on, for example, how to go and

4    place ads, how to generate your first commission.  I

5    write it, but also a lot of our top-earning

6    consultants have featured articles in it, too.  So

7    this will be delivered to your home once a month as

8    part of the MOBE consulting program.

9              Now, this one's really important.  This is

10   called the MOBE Elite Earners.  And the way that this

11   works is every week we do a live training webinar

12   where we bring on some of our top-earning consultants.

13   Some of these people have generated hundreds of

14   thousands -- some of them literally millions of

15   dollars in commissions.  And they come and they share

16   with you, our audience, and all the other consultants

17   in our program what they're doing to get results in

18   their business.  So this is included with the MOBE

19   monthly consultant fee.

20             So in a nutshell, here's what you get with

21   the MOBE consultant program.  You get back office

22   access to all of your affiliate or consultant links.

23   That way you can start promoting.  You get access to

24   MOBE Sites so you can start building your own lead

25   capture pages with no technical experience required.

24



1          You get a monthly copy of the MOBE

2    Consultant Insider sent to your house so you can

3    actually hold it and read through it every single

4    month.  You get the weekly live webinars that the MOBE

5    top earners -- and that's part of the MOBE Elite

6    Earners weekly call.  You get a dedicated sales team

7    working for you on your behalf.  And, also, you get

8    access to the MOBE consulting social community.  So we

9    have private Facebook groups that you can join and you

10   can get support from as well.

11          Now, you will get access to all of this at

12   the end of the 21 steps.  We will then show you how to

13   log in, how to get your links, and how to start

14   promoting.  So when you join the MOBE consultant

15   program, you're getting the majority of these

16   essential five elements that we talked about in the

17   earlier steps.

18          So, for example, you're getting access to

19   funnels.  You're going to have funnels that are

20   already prefilled for you.  You're getting access to

21   our product mix.  So for example, some of the products

22   on MOBE Marketplace you will be able to promote.

23   You're getting access to our filtering processes that

24   will sift and sort through your leads and then

25   recommend the appropriate product for them.  And,



**PX 22**                    **FTC-MOBE-001295**

25



1    also, our followup processes that we have in place, so

2    our email followup, phone followup, direct mail

3    followup.  All of that will be operating behind the

4    scenes for you, helping to make you sales.

5            Now, I want to talk for a minute about the

6    phone followup that we're going to be doing for you.

7    This includes things like lead inquiries, new member

8    strategy sessions, pre-membership coaching calls, the

9    new member marketing plan calls, funding calls, member

10   support calls, customer support calls.  So all of that

11   we're going to be doing for you.

12           Now, do you really want to be involved in

13   that?  Probably not, so that's the best part about

14   this -- well, it's one of the best parts.  We're

15   actually going to be handling that all for you.

16           Now, the phone sales program is what we

17   actually call our Sales Partner Program, and with our

18   Sales Partner program, every time that you generate a

19   lead, our phone sales team is going to follow up and

20   then that's where the back-end selling process

21   actually takes place.

22           Now, you'll notice there's one part of the

23   five essential elements that is left, and that is the

24   traffic part.  So this is the only part that you are

25   responsible for as a MOBE consultant.  You need to be



**PX 22**            **FTC-MOBE-001296**

26

1    getting qualified leads into your business for us to

2    get you sales on the back end.  That is the one thing

3    that you need to do, and that's also the one thing

4    that we don't do for you, okay?  So that's your part

5    of this entire deal.  You've got to be advertising

6    your business, you've got to be promoting.  That's how

7    you're going to be earning big commissions.

8         But, remember, after you complete the 21

9    steps, we're going to show you everything that you

10   need to do to know how to go and place ads and start

11   getting traffic.  We actually have a 30-day traffic

12   training program.  It's incredibly detailed.  It's

13   also tailored towards people who are brand new to

14   this.  So if you've never done this before, or if

15   you've never had success getting massive amounts of

16   traffic, our 30-day program will show you how to do

17   that.

18        Now, you're going to get access to that once

19   you complete these 21 steps, so keep on working with

20   your coach, get through the 21 steps, and then we will

21   show you how to start sending traffic to your MOBE

22   consultant links.  And then that way we can start

23   earning.

24        Now, being able to generate traffic is good,

25   but if you want to take your earnings to the next

**PX 22**          **FTC-MOBE-001297**

27



1    level, then there's a few other areas of your business

2    that you really need to work on.  And I want to tell

3    you what they are.  First of all, I want to tell you

4    how you can get access to all the training you would

5    possibly need for those other areas.  And that is with

6    our MOBE Marketing System.

7         So let me tell you about the MOBE Marketing

8    System, because this is one of our most valuable

9    programs out there.  It is one of our most valuable

10   marketing systems.  It's an enormous asset.  When you

11   have this MOBE Marketing System, it's going to make it

12   so much easier for you to go and start generating your

13   first few commissions.

14        So with the MOBE Marketing System, here's

15   one of the products that you will get access to.  You

16   will actually get access to all the training inside

17   this product, and you will get the resale rights as a

18   licensee.  So let me explain how that works.  First of

19   all, the product's called My Email Marketing Empire.

20   And this is over eight hours of video content that

21   walks you through how to do email marketing

22   effectively.

23        So if you've ever noticed that all the

24   marketing gurus send out a lot of emails, that's

25   because email marketing is one of their biggest



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001298**

28

1     revenue generators.  Once you build up a list of

2     subscribers, as long as you nurture that list and you

3     build a relationship, that list is literally one of

4     the best assets that you could own.  And it's a very

5     unique asset because it is what we call an income-on-

6     demand asset.  In other words, you can type an email,

7     send it out to your list and make a lot of money.

8            Some of the top marketers are able to write

9     up one email, send it out to their list, and make tens

10    of thousands of dollars.  This course will show you

11    everything that you could ever need to know about

12    email marketing.  But on top of that, not only will

13    you be able to promote, but your commissions will be

14    incredibly high.

15           Okay, they will actually be not 40 percent,

16    not 50 percent, 90 percent -- 90 percent commissions.

17    So when you sell this product that retails for $194,

18    you are able to keep 90 percent of the money as your

19    commission.  In other words, you're almost getting the

20    full retail price of the product.  So your commission

21    on this is $174.60.  That's why we said you are

22    effectively licensing this product because you're

23    getting to keep just about all the money from selling

24    it.  So you get access to the training, and you get

25    the resale rights as well.

**PX 22**          **FTC-MOBE-001299**



29

1          Another product that's in the MOBE Marketing

2    System is called How To Build a Funded Proposal.  So,

3    again, this course is over eight hours of video

4    training.  It shows a complete newbie how to set up a

5    marketing funnel from scratch, okay?  Everything they

6    would ever need -- lead capture pages, sales videos,

7    order forms, everything.  Okay, it's all covered in

8    this course.

9          Not only will you get access to the

10    training, but you will be able to sell it and again

11    make the 90 percent commissions.  This is included

12    with the MOBE Marketing System.  This training, this

13    is one of our best training programs.  It's called

14    Affiliate Bonus Domination.  And this training -- it's

15    a video training course -- it explains how you can

16    create your own bonus and then use that bonus as an

17    incentive to get people to buy products through your

18    affiliate links.

19          So in other words, if you're promoting a

20    MOBE product, one of the easiest ways to get fast

21    sales is to create your own bonus and say, hey, if you

22    buy this MOBE product, you'll get this bonus.  And I

23    first started doing this way back in 2011.  I made a

24    lot of money with this strategy.  In this course, I

25    will show you how to do it, okay, even if you've never



**PX 22**          **FTC-MOBE-001300**

30

1      done anything like this before.

2              Now, the retail of this one is $291.  That's

3      what you're going to be able to sell it for.  Okay,

4      but your commission on that is 90 percent.  So you

5      will make $261.90 every time you sell one of these as

6      part of the MOBE Marketing System.

7              Now, another course that you're going to get

8      as part of this program is the OPT Formula.  Now, OPT

9      stands for other people's time.  And this is a course,

10     it's a video course.  Again, over eight hours of

11     content and also a PDF manual (inaudible) and all that

12     included.  And it shows you how to build a team, so

13     how to go and get your first virtual assistant, okay,

14     even if they're going to be working part-time for you,

15     but they can handle all parts of your business that

16     you don't want to handle.  It shows you how to do all

17     of that.

18             And this is training.  These are strategies

19     that I've learned over the last few years.  I now have

20     over 175 staff who work in MOBE.  These are some of my

21     best strategies in this training program.  Now, not

22     only will you have access to it, but you can sell it

23     and your commissions are 90 percent.  So, again, you

24     will make $174.60.

25             By the way, I realize I'm covering a lot



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001301**



1    here.  All of this will be summed up in the text below

2    this video.

3              Now, also, as part of the MOBE Marketing

4    System, you will also get this course as well.  This

5    is called Traffic Masters Academy.  This training

6    program was actually created by some of the top-

7    earning MOBE consultants in the world.  And what I did

8    is I asked them, I reached out to each of them, and I

9    said, would you contribute a 30-minute or 60-minute

10   video where you show your number one traffic method

11   and you explain how you do it.

12             And the ones who said yes, which was the

13   majority of them -- again, these are people who have

14   earned, some of them, over a million dollars in MOBE.

15   They created the content, and it's now in this

16   program, Traffic Masters Academy.

17             So this one has hours and hours of video

18   content from our top-earning partners on exactly what

19   you need to go and do to make the first few

20   commissions in MOBE and also scale up, too.  So you

21   will get access to this training program as part of

22   the MOBE Marketing System.

23             Now, also included is daily support.  So you

24   will get daily training webinars on everything you

25   need to know about traffic.  So, for example, how to



1    do banner ads, how to do solo ads.  All of that is

2    covered, and we have them at multiple times throughout

3    the day.  So whatever time zone you're in, there's

4    bound to be one that's in your time zone,  You'll be

5    able to go along, ask questions, get support.  You

6    will never be left alone to try and figure this out

7    for yourself, okay?  So you will have access to all of

8    this once you complete the 21 steps, but it's included

9    in your MOBE Marketing System.

10            And as an additional product, you will also

11    get the MOBE licensing kit, too.  This will show you

12    how to go and license other products so you can sell

13    them and keep all the money -- or the majority of --

14    of the money as well.  So this course is $297.  You

15    get access to it completely for free when you invest

16    in the MOBE Marketing System.

17            So this entire program retails for $2,497.

18    We've actually been offering this program now for

19    years.  And we've sold over 10,000 of them at this

20    price.  Actually, I should tell you, several years

21    ago, when we first launched it, it was $1,997.  But we

22    -- we actually increased the price to $2,497 well over

23    a year ago.  We have literally sold in the thousands

24    of these.  We're actually up somewhere over 10,000

25    now.

**PX 22**            **FTC-MOBE-001303**

1          Here's my offer to you.  Would you like to

2     get this completely for free?  The MOBE Marketing

3     System, would you like to get it completely for free?

4     I'm going to share with you a way that you can get it

5     completely for free right here, right now, today, on

6     this step.

7          And the reason why I'm going to do this is

8     because I've been in this industry now for -- for

9     close to a decade, and I know that what people want in

10    this industry, what people love, is the idea of being

11    able to make fast commissions for not much work at all

12    and to have automation built into their business.  I

13    understand what people want in this industry.

14         Unfortunately, what people want is not

15    always what they need.  And most people think they

16    know what they need, but they actually don't.  And

17    this is, again, after years and years of experience,

18    seeing thousands of people come into this industry,

19    seeing a lot of them not succeed.  And when I see all

20    of that, I know why, because I've been through the

21    same journey that they're on.

22         So I'm going to make this offer to you, but

23    I'm going to give you what you need in the process.

24    Okay, so let me explain why I'm doing this.  How many

25    people do you know who tried to start some exercise



1  program?  So they've gone and bought the treadmill,

2  whatever other exercise equipment they want.  They put

3  it in their home, and they had the best intentions of

4  using it, and they have for the first week, the first

5  two weeks, they start using it.

6          But they don't see any results, and over

7  time, they use it less and less frequently, and then

8  maybe three weeks later, it's in the corner collecting

9  dust, and they're not even using it.  It happens all

10  the time.  And the same thing happens with different

11  online marketing systems that people buy into or

12  different online marketing products.  They buy them

13  with the best intentions.  They use them for maybe a

14  week, but when they don't see an immediate result,

15  their mind set gets in the way.  And very soon they're

16  on to the next shiny object, and they continue doing

17  this for years and years to come, and they never get

18  ahead, they never get results.

19          Well, I don't want that to happen to you.  I

20  don't want that to happen to you when you get the MOBE

21  Marketing System and for this to be just another thing

22  that you don't use.  So here's what I'm going to do.

23  I have a program which addresses the more fundamental

24  things you need to address if you're willing to

25  experience success in this industry.  I'll tell you

1    about it in just a moment.

2            But my offer to you is if you are willing to

3    invest in that program that you need -- and, again, I

4    know you need this because I've been doing this for a

5    very long time.  This is the program that will help

6    you experience success in this industry.  If you're

7    willing to invest in that system today, then I will

8    give you the MOBE Marketing System, which retails for

9    $2,497 completely for free.  Now, that program is

10   called the Silver Masterclass training.  And this is

11   one of our core curriculum training programs.  This is

12   where all entrepreneurs need to begin.

13           This is the training that if I could get

14   this in the hands of any business owner around the

15   world, whether they're in a  traditional brick-and-

16   mortar business or in a online marketing business, if

17   they had this program, the failure rate of business

18   would be much, much lower.  Okay, it would be

19   dramatically lower.  And I know that's a very bold

20   statement, but this training program addresses first

21   the entrepreneur themself.

22           You see, the reason why people become

23   successful in business, it's not because of the

24   external factors.  That's only part of it, but it all

25   begins with the entrepreneur.  It all begins with what

**PX 22**            **FTC-MOBE-001306**

36



1   is going on inside of their head -- their mind set,

2   how they approach their business, their level of

3   commitment, their goals, their personal

4   accountability, all of those kinds of things.  And

5   that's what I address in the Silver Masterclass

6   training.

7           So let me walk you through what's included

8   with this program.  And by the way, the entire

9   objective of this program, when I create it, it's to

10  show you how to start and grow the right business for

11  you that gives you complete personal and financial

12  freedom.

13          So Module 1 is called Entrepreneurship

14  Secrets They Don't Tell You.  And it shows you the

15  importance of knowing why you want to be an

16  entrepreneur, the unfortunate reality that most

17  entrepreneurs face and how to avoid it, and the top 20

18  reasons that startup businesses fail, and also how you

19  can avoid all of that.

20          In Module 2, which is called Getting

21  Everything You Want out of Your Business, I show you

22  how to create a custom blueprint of your ideal

23  business and lifestyle; how to get your business to

24  serve you, not the other way around; and questions

25  that you must ask yourself before you start your



**PX 22**                    **FTC-MOBE-001307**

1    business.

2             In Module 3, and this is one of the most

3    popular parts of this training program, I show you

4    what does it really take to build a big successful

5    business, what's it really take.  And what I actually

6    do is I look at the common characteristics of

7    successful entrepreneurs around the world, the most

8    successful ones, including multi-billionaires.  What

9    do they have in common in the way that they approach

10   their business, and how can you take these

11   commonalities and adopt them in your own business

12   mentality?  How can you actually do what they do so

13   well?

14            Module 4 is called Unlock and Leverage Your

15   Profit Making Strengths.  The biggest mistake that

16   anyone makes when they start a business is thinking

17   that they need to work on their weaknesses.  So, for

18   example, if they're not good in one particular area,

19   most people are taught, well, you need to go and fix

20   the weaknesses.  And that's the worst advice you could

21   give anyone.  Okay, you don't win by making your

22   weaknesses average.  You win by looking at your

23   natural strengths and making them even better.  That's

24   how you win.  Your weaknesses, you can outsource

25   around that.  You can build systems around that.

**PX 22**                    **FTC-MOBE-001308**

38

1      Your strengths, though, that's how you win

2   in business.  So in this module, I show you how to

3   build a business around your natural strengths; why

4   trying to strengthen your weaknesses is often a big

5   waste of time; how to identify, improve, and profit

6   from your personal strengths, and how to cost

7   effectively staff around your weaknesses.

8      In Module 5, this is called Choosing Your

9   Million Dollar Niche.  We look at how to choose a

10  meaningful niche that you will be excited about; how

11  to find your niche using niche research tools; how to

12  find the problem that you can best solve; and what

13  benefit can you most powerfully deliver in your offer.

14     In Module 6, we'll look at designing and

15  building your lucrative business model.  So we'll look

16  at how to reach your goals faster with the right

17  business model for you and your strengths; what is a

18  business model and why all business models are not

19  created equal; choosing the right model for your

20  business and life goals.

21     In Module 7, we look at choosing a winning

22  product and offer.  So I'll show you how to select,

23  create, and deliver the right product for your market;

24  how to create your minimum viable product; and how to

25  create the ultimate irresistible offer, which is one

**PX 22**          **FTC-MOBE-001309**



1     of the most important parts of business, by the way.

2               In Module 8, we go into detail on how do you

3     hit and exceed your financial and personal targets in

4     business.  So I show you how to set goals and

5     milestones and become a more productive and effective

6     CEO of your business.  I show you how to identify and

7     track your key performance metrics, and also the

8     importance of reaching your business targets.

9               Now, once you complete the Silver

10    Masterclass training, you will be able to become a

11    Silver-certified consultant.  And let me explain what

12    that means.  First of all, you will get a certificate,

13    and you will get the badge, which you can actually

14    display on your website.  Now, when you're out there

15    marketing MOBE, that's really going to help you

16    because your prospects are going to be looking at

17    that, they're going to see that you're a MOBE

18    consultant.

19              And if you are not certified at the Silver

20    level, what they will see is that you are a

21    noncertified consultant, whereas if you've been

22    through the Silver Masterclass training, you'll have

23    the badge, they'll be able to click on it, and they

24    will know that you've been through the training.  It's

25    going to give you a lot more credibility when you're



PX 22                    FTC-MOBE-001310

40

1    out there doing your business.

2            Now, on top of that, every time that MOBE

3    actually sells the Silver Masterclass for you, you're

4    going to be able to make $1,250 on each sale, and

5    you're not going to have to do the phone calls for

6    that.  You're not going to have to do the live event

7    or any of the followup.  All you have to do is send

8    qualified leads through the system.  We will be

9    offering and selling the Silver Masterclass on the

10   back end for you.

11           Now, as a bonus, when you get the Silver

12   Masterclass, also you're going to get access to Done-

13   for-You emails.  Let me explain what this is.  When

14   you start building your business, at some point, you

15   may want to start building your own list because your

16   list is one of your biggest assets.  And in that way

17   you can take 30 minutes a day, an hour a day, to type

18   up an email, send it out to your list, and make money.

19           Most people who are brand new, though, they

20   really struggle with, well, what do I actually write

21   in the email.  And when I first started out in this

22   industry, I really struggled with that.  It would

23   sometimes take me two or three hours just to write an

24   email, and it really wasn't that good back when I was

25   starting out.



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001311**

41

1          So we've actually fixed that problem.  We

2     have a team of copywriters here at MOBE who write the

3     emails.  They write the emails for me and also for

4     other people in MOBE.  And what they do is they write

5     out these emails, which might take them about maybe an

6     hour a day, but then we send these emails to you every

7     single day.  You're able to copy the email, paste it

8     into your system, and then send it out to your list.

9     So it's so much faster.  You don't have to write the

10    emails any more.

11         Now, if you want, and I recommend you do

12    this once you get a little bit more experienced, you

13    can tweak the email so that they sound more like you.

14    They sound like they're -- they're written more in

15    your voice.  So that might take you an extra five or

16    ten minutes a day.  But otherwise, you copy, paste,

17    send out to your list, and you're able to make money

18    with this.

19         So this is called the Done-for-You Daily

20    Email Service.  And you get this included when you

21    become a Silver Mastermind client.  Now, also, as part

22    of the Silver Masterclass, I'm going to give you a

23    free month of my Silver Inner Circle newsletter.  This

24    is a real valuable inner circle newsletter we send to

25    your door every single month.  You're going to get the

PX 22                    FTC-MOBE-001312

42



1    first month completely for free, so you can have it in

2    your hands very soon.  You can read through it, see

3    all the value in it, and every single month, you have

4    the option of being able to continue with that.

5              So again, the Silver Masterclass is all

6    about showing you how to start and grow the right

7    business for you based on your strengths, that gives

8    you complete personal and financial freedom.  Not only

9    will this be incredibly valuable for you, not only is

10   this the trend that you really need right now, but

11   it's also going to be very valuable for your clients.

12   So you're going to be doing a lot of good.

13             Once entrepreneurs go through this product,

14   it just gives them an enormous advantage over all

15   their competitors, and it makes it so much easier for

16   them to succeed.  And, again, you're going to be

17   getting paid $1,250 on each sale that we make for you

18   of this particular program.

19             Now the investment for the Silver

20   Masterclass is $2,497.  So when you take action today

21   and you invest in that program, you invest in

22   yourself.  Like I said before, I'm actually going to

23   give you the MOBE Marketing System with all the

24   training products included completely for free, so

25   they actually come together.  You get the MOBE



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                          **FTC-MOBE-001313**

43



1    Marketing System completely for free.  Again, this is

2    the training program that thousands of people all

3    around the world pay $2,497 for.  You're going to get

4    that with the Silver Masterclass training program.

5           So let's just recap here for a minute.  When

6    you have these five elements in your business,

7    traffic, funnel, filter, followup, and product, then

8    you have everything that you need to succeed.  The

9    MOBE Marketing System is going to give you that.

10          You have all the products that you can

11   promote and earn commissions on, and with the MOBE

12   Marketing System, you also get access to all of these

13   essential additional training programs, plus you can



14   promote them for 90 percent commissions, okay?  So

15   that's My Email Marketing Empire, How to Build a

16   Funded Proposal, Affiliate Bonus Domination, and the

17   OPT Formula.  These ones you can promote for 90

18   percent commissions.

19          You also get access to Traffic Masters

20   Academy, which is all of our top-earning consultants

21   sharing their best secrets on how to get sales, and

22   also the licensing kit as well.  So if you'd like to

23   take advantage of this offer, you should find a link

24   below this video.  Go ahead and invest in the Silver

25   Masterclass training, and you will also get the MOBE

**PX 22**          **FTC-MOBE-001314**

44

1    Marketing System completely for free.

2           And, also, once you've done that, reach out

3    to your coach and let them know.  And if you have any

4    questions, anything that you need to know, you can

5    also obviously reach out to your coach and talk to

6    them, ask them about this as well.

7           So here's your action steps for today.  I

8    want you to review this entire offer.  I know I've

9    gone through a lot.  I want you to read through the

10   text below this video, and you'll find everything's

11   all laid out, what you're getting, and -- and what

12   it's going to do for you.  So review all of that so

13   you're familiar with it.

14          And, also, make sure you really understand

15   what the Silver Masterclass is because this is going

16   to be essential in your own education, but it's also

17   going to be one of your best sellers when you start

18   marketing MOBE.  This is going to be one of your main

19   income streams for when you start making those $1,250

20   commissions each time we sell it for you.

21          And the other thing that I want you to do is

22   I want you to consider that if you decide to go and

23   create all of this on your own, how long do you think

24   that's going to take you?  Six months?  A year?

25   Possibly longer.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001315**

1          So what you're really getting here -- forget

2    about the product.  What you're really getting here is

3    you're getting your time back.  You're not having to

4    go and spend a year of your life trying to figure all

5    of this out for yourself.  You are getting a proven

6    system that's been proven to work, it's a big

7    shortcut, it's going to save you a lot of time.  So

8    really put some thought into that.

9          So coming up in the next step, I'm going to

10   show you the single-most important process in your

11   entire business and how to get one built really fast.

12   So go ahead, reach out to your coach right now.  Talk

13   to them, take action today, get the Silver Masterclass

14   training, and you'll also get the MOBE Marketing

15   System included as well.

16          We'll see you in the --

17          **(The recording was concluded.)**

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-001316**

46

1          CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sara J. Vance, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12          I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20                            *Sara J. Vance*

21   DATE:   2/5/2018         _____

22                            SARA J. VANCE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001317**

# Exhibit S

FTC-MOBE-001318



FTC-MOBE-001319

PX 22

FTC-MOBE-001320

PX 22

**Step 7 - Training Section #1**

Less than 33% of people make it to this step.

## The Most Important Process

What is the most important process for any business? It's the process of acquiring customers—the Customer Acquisition Process (CAP), in which the business identifies prospects and brings them through a step-by-step sequence of "triggering events" that converts them into paying, satisfied customers.

All successful businesses have a CAP in place. When you look at a business that has failed, you are looking at a business which either did not have a CAP in place or had the wrong kind.

If you, as the business owner, must be engaged in ongoing face-to-face contact with prospects in order to convert them to paying customers, you have a problem because this kind of CAP, while valid, is not scalable—in other words, you've only got so many hours in a day. The only way to increase your income is to work more hours, do more presentations, and close more sales. With this kind of CAP, you will always be working and never have time to enjoy the fruits of your labor

I know this from personal experience. As I mentioned in a previous step, back in 2011, when MOBE really started to take off, I went from making a few thousand dollars a month to $15,000, then $45,000, and then $81,000. During that last month, I was working 12- to 14-hour days, on the phone all day, making sales calls. That is the problem when you are directly involved in the customer acquisition process. I'd eventually have had to give up sleeping if I didn't figure out a CAP that would enable me to scale without working more hours.

The solution for anyone in this position (or, better yet, before you find yourself in this position) is to build or leverage a CAP that works independently of you, the business owner—where all you have to concentrate on is driving leads into the CAP and have it convert them into commissions for you. That is what I am going to cover in this step.

## The Stages A Business Goes Through

In the previous Step, we talked about the MOBE Marketing System and I introduced you to the Silver Masterclass. What I want to quickly do here is tell you about the five stages that businesses go through and show how MOBE helps new entrepreneurs and small business owners to navigate these stages so that they can succeed.

**Stage 1: Choosing your niche and business model, approaching your business with the right mindset and leveraging your strengths.**

Silver Masterclass covers the entire process in depth—more than eight hours of video content (plus a manual) that takes you through the entire stage.

Once you get through that stage, you're on to Stage 2

**Stage 2: Building a customer acquisition process that works independently of you, the business owner, so you can focus on lead generation and putting in place the right team.**

This step you're studying now is all about Stage 2

For most businesses at this stage, the owner becomes directly involved in the customer acquisition process: they pick up the phone, handle all the emails, meet face-to-face with clients, and basically get caught up in all the day-to-day operations.

So many entrepreneurs fall into this trap: they break away from the 9-to-5 with the dream of "freedom" only to create a business that traps them into working 70 hours per week—working harder for themselves than they ever did for their boss.



Subscribe & Listen to each call and past recordings.

BlogTalk Radio

🔲 Schedule A Session:
Click Here

Skype:

Commissions Paid Out With This System So Far:

$ 103,011,001

MOBE WOULD LIKE YOUR FEEDBACK!

Business Coach Feedback?

CLICK HERE

🔲 Schedule A Session:
Click Here

Skype:

🔲 Schedule A Session:
Click Here

Skype:

FTC-MOBE-001321

PX 22



By failing to develop or adopt a CAP that functions independently of them, they end up working in the business rather than on it.

These are two of a total of five stages that all business owners should pass through on their journey to financial freedom.

Not all business owners make it through all the stages but the ones who do usually make the most money, and also build businesses that work for them, rather than them being a slave to the business. (We will discuss Stages 3, 4, and 5 in a later step in this course.)

Business owners who keep the five stages in mind are able to eventually get free of their business and spend the rest of their lives doing whatever they love most.

Like MOBE Consultants Bill and Michelle Pescosolido, who both were able to make the transition from non-fulfilling corporate careers to an online business that has so far earned them close to $1 million and which gives them the freedom to travel the world.

**Bill & Michelle Pescosolido Travel the World Thanks to Their Online Business**

WATCH THEIR CASE STUDY BY CLICKING HERE

If you're going to become a successful MOBE consultant, you must know all five stages but the in this Step, I only want to make this point:

Having a CAP which works independently of you is the difference between a

Exhibit S - Page 4 of 50

FTC-MOBE-001322

**PX 22**



WATCH THESE CASE STUDY BY CLICKING HERE

If you're going to become a successful MOBE consultant, you must know all five stages, but like in this Step, I only want to make this point.

**Having a CAP which works independently of you is the difference between a business which frees you, and a business which constrains you.**

## Your Customer Acquisition Process

The ability to acquire a customer at a profit is, in a nutshell, the entire story of success in business.

If you cannot acquire a customer at a profit, you go bankrupt, period.

This may seem fairly obvious, but you'd be surprised how few entrepreneurs grasp this concept as thoroughly as they should.

And this is even more important in the age of the Internet.

Let me explain:

The more profitably you can convert your traffic, the more powerful your business becomes. You can, essentially, dominate your market, because you can afford to pay more for traffic than your competitors can. You can buy up their traffic, leaving them with only the poorest quality traffic.

The lower the quality of the traffic they have to contend with, the higher the cost to convert than your competitors can. You want to be able to pay to get the highest quality traffic you can afford to buy.

So, one of your key goals as an internet marketer is to be able to pay more for traffic than your competitors can. You want to be able to pay to get the highest quality traffic you can afford to buy.

How do you do this?

The only way to do this is by developing a customer acquisition model that converts traffic quickly, inexpensively, and with almost zero labor on your part.

1. Your ads must be more compelling and get more clicks than your competitors'
2. Your landing pages must get more opt-ins than your competitors'
3. Your email marketing must drive more clicks back to your website than your competitors'
4. Your sales pages must convert at a higher rate than your competitors'
5. Your phone team must close more prospects than your competitors'
6. You must spend less time testing, tracking, and managing your sales funnels than your competitors'
7. You must sell products with a higher profit margin than your competitors'

In other words, you must drive any waste or inefficiencies out of your customer acquisition process, and build in as much value and profit into your products, so that your cost for acquiring a customer is lower than your competitors.

If you can do this, then you can afford to buy your competitor's best customers before he or she even sees them.

You can afford to dominate.

But it gets even better. If your customer acquisition process is leaner and meaner than your competitor's, it means you have time to spend on very high-leverage activities, like marketing and high-level strategic planning. This means you can get better and better at the most important aspects of your business while your competitor is stuck wasting time on lower-leverage tasks.

And this means you have time to make your customer acquisition process even more efficient and powerful.

It's a positive feedback loop that leads your business to greater and greater success while your competitor is stuck in a negative feedback loop that leads to failure.

That's how important a powerful customer acquisition process is to your business. It is requirement number one.

NEXT SECTION  PLEASE CLICK HERE

Step 7 - Training Section #2

Step 7 - Training Section #3