Exhibit S - Page 5 of 50

FTC-MOBE-001323

PX 22



**Step 7 - Training Section #1**

**Step 7 - Training Section #2**

# How To Design A World Class Customer Acquisition Process

There are two ways to develop a world class customer acquisition process.

**The first is through rigorous and constant testing.**

World class marketers from the early 1900s until today have been obsessive testers and trackers. They run an A/B split tests on every step in their process.

- They test their ads (and they test every element of each ad)
- They test their lead capture copy
- They test their lead capture design
- They test their sales pages
- They test their phone scripts

The only way to drive all the costs and inefficiencies out of your customer acquisition process is to test and test and test until you are sure you've got your process running so efficiently that it converts customers at a far lower cost than your competition.

And after you've developed a highly-converting, low-cost customer acquisition process, you must continue to test obsessively lest your competition gain ground.

**The second way to develop a world class customer acquisition process is not to develop one at all, but use one that is already working at a world class level and plug your business into that process.**

And this is what MOBE's Gold Masterclass Program shows you how to do.

**Gold Masterclass Program: How to build a 6-figure business that consistently generates sales with a proven "customer acquisition process."**

Having the right customer acquisition process in place is incredibly important. It's the biggest difference between a struggling business that never gets beyond $100,000 per year, and one that goes on to generate multiple millions of dollars a year.

Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobc.com

☎ Phone:
+1 ▮▮▮▮

📅 Schedule A Session:
Click Here

Ⓢ Skype:

**Business Coach Feedback**

MOBE WOULD LIKE YOUR FEEDBACK!
CLICK HERE

☎ Phone:
+1 ▮▮▮▮

📅 Schedule A Session:
Click Here

Ⓢ Skype:

How to Build a 6-Figure Business That Consistently Generates Sales With a Proven 'Customer Acquisition Process'



Exhibit S - Page 6 of 50



And that's because without a customer acquisition process in place that works independently of the entrepreneur, you are destined to be stuck in low-leverage selling activities in order to make sales.

In other words, you must personally talk to your potential clients by email, the phone, or even face-to-face sales.

The ironic aspect of moving to Stage Two, is that many entrepreneurs do not want to stop doing this time-consuming sales work because they see that it directly leads to sales.

But if they are ever to scale their business to high-six figures or even seven figures, they must stop doing all the sales work themselves. If they do not, they become the biggest impediment to their business's growth.

The solution here is to develop a sales process that works independently of whether the founder is involved or not. That is, to create sales funnels that filter and sort the leads, educate them, and put them in front of an automated sales presentations (like a sales video or hire sales staff who can do the selling for them.

## GOLD
### MASTERCLASS

**The Gold Masterclass** will teach you the Customer Acquisition Process secrets I've developed that have generated over $100 million in revenue for my companies in just a few short years. And you'll learn how you can apply them to your business.

**Who will Gold Masterclass Program appeal to (in other words, who will buy the training from you?**

Gold Masterclass will allow you to provide powerful consulting to any business owner who's making sales but feels stuck-stuck increasing their revenue, stuck boosting their profits, stuck spending too much on traffic.

If they answer yes to these questions they are a prime candidate for Gold Masterclass:

- Are you spending more than you're bringing in, and struggling to keep your head above water?
- Have you lost passion for your business and are just going through the motions?
- Has your marketing fallen behind the times?
- Are you leaving money on the table by not selling more to your existing customers?

In Gold Masterclass you (and your consulting clients) get:

- The fundamentals of traffic and conversion
- How to create profitable front-end and back-end offers
- Private mentoring with one of my Customer Acquisition Consultants

And much more (read below)

### Module 1: 1: Designing Your Customer Acquisition

- What is a CAP and why it's the most important asset in your business
- How to design your CAP the right way from the bottom up

### Module 2: How to Create Irresistible Offers

FTC-MOBE-001324

PX 22



- How to create offers that are so good, they effortlessly convert leads to buyers
- Choosing your sales letter format
- The basics of high-converting copywriting
- How to increase the value of your offer

### Module 3: The Fortune is in the Follow Up (Part 1)

- How to advance your sales cycle with the right follow up process
- How to use email to increase the effectiveness of your CAP
- How to use direct mail to convert even more leads to sales
- Case study examples of high-converting CAPs

### Module 4: The Fortune is in the Follow Up (Part 2)

- Advanced follow-up strategies
- How to use webinars, phone follow up, live events, special promotions, and social communities to maximize the effectiveness of your customer acquisition process

### Module 5: Ascension Marketing

- How to increase sales volumes with a tiered product mix
- How to build your back-end, an essential element of any customer acquisition process
- How to use one-time offers, continuity offers, and done-for-you offers to supercharge your CAP
- How to reactivate past customers and book multiple sales

### Module 6: Customer Acquisition Process Tools and Resources

- How to setup and automate your process with the right tools
- How to implement the strategies revealed in Modules 1-5
- How to set up your opt-in pages, sales pages, order pages, and upsells
- How to collect the money, merchant accounts and 3rd party solutions

### Module 7: Filling up the Funnel

- How to begin promoting your customer acquisition process to the masses
- The concept of 'buying customers' explained
- Targeted vs. non-targeted advertising
- Online vs. offline advertising
- Free vs. paid traffic
- How to create your own referral/affiliate program

### Module 8: How to Increase Your Revenue by Optimizing Your Customer Acquisition Process

- Increasing your customer lifetime value
- Key performance indicators for optimizing your CAP
- How to test to improve your sales processes and conversions
- How to improve your sales and credibility through testimonials
- Applying the 80/20 principle to your CAP

You'll walk away with a Customer Acquisition Process that could lead to hundreds of thousands of dollars in sales and a private mentor to help you implement it.

Even just one idea from the Gold Masterclass could generate an extra $25,000 to $50,000 for you or your client's business in the short term

Gold Masterclass is normally $4,997. But keep reading for a very special, limited-time offer.

But first...

**NEXT SECTION - PLEASE CLICK HERE**

Step 7 - Training Section #3                    +

Step 7 - Your Assignment                    +



### And What Kind Of Commissions Will You Earn With Gold Certification?

Your investment in the Gold Masterclass will unlock the Gold Consulting level and allow you to earn commissions on the Gold Masterclass and Gold Inner Circle

Gold Master Class commissions you can earn:

- $2,500 (With sales support)
- $3,250 (When you do your own sales)

As you can see, just one or two sales per month could radically transform your financial life. How much closer to your dreams of time and money independence would you be if you could bank an extra $5000 per month?

**A very limited-time offer to get the $4,997 Gold Masterclass for free (expires in just 5 days):**

My mission with MOBE is to become the #1 training resource in the world for small business owners and entrepreneurs.

To do that, I need as many motivated consultants (like you) as possible to help promote our training programs. I also need as many of our consultants as possible (ideally all of them) to have first-hand experience in the training they're promoting to others, so they can be a **product with the product**.

We believe that our Core Curriculum training is the best of its kind.

And so when you come on board as a MOBE consultant and leverage the MOBE Marketing System, I want you invested into the business. I want you to have some "skin in the game."

I went that, because I know that without it, your chances of success are much lower.

As of now, unless you've already moved forwards on getting the Silver Masterclass (with all the bonuses it comes with), you're $49 invested into the business.

**Your Business Coach**

Carlos Verdugo

✉ Email:
carlos@mobe.com
📞 Phone:
+1
📅 Schedule A Session:
Click Here
Skype:

📅 Schedule A Session:
Click Here
Skype:

MOBE WOULD LIKE YOUR FEEDBACK!
Business Coach Feedback
**CLICK HERE**

Step 7 - Training Section #1

Step 7 - Training Section #2

Step 7 - Training Section #3

FTC-MOBE-001326

PX 22



FTC-MOBE-001327

PX 22

We can agree that when talking about a real business, $49 is an insignificant amount. Just compare it to the amount of money you'd invest into a proven franchise, like some of the ones we discussed in Step 5. You could easily invest hundreds of thousands of dollars. And it would be money well spent, because you would be getting a proven system for generating money.

After having trained thousands of consultants from all around the world, it's my opinion that the more money someone has invested into a business, the more committed and determined they are to make it work.

The numbers also support this.

Every two weeks, MOBE pays all our consultants commissions. I watch many hundreds of thousands of dollars flow out from the company's bank accounts, and into the accounts of our consultants all over the world.

When I look at how that money is distributed, I notice that the majority of it goes to the most highly-certified consultants in the company.

In other words, on average, the Silver and Gold consultants make much more money than the "Non-Certified" consultants do.

I can only explain this by saying that the Gold Consultants have more at stake when building their business, so they take it more seriously than the Silver consultants.

And the Silver Consultants have more at stake than our $49 "Non-Certified" Consultants.

Someone who's only got $49 on the line tends to treat their business like a hobby (and we all know how that usually turns out).

Also, if they are not a product of the product they are promoting, they are far less effective at selling those products.

Potential clients can very quickly pick up on this, and they can also see it all over our order forms which display which consultant made the referral, and what level of certification they have.

So I'm going to make you an extremely generous one-time-only offer, which will help make the decision to become a Silver Consultant really easy for you (and help you be a lot more successful in business in general).

## Here's The Special Offer

This will be offered one time. There will be no special exceptions. There will be no "special cases" where the time limit gets changed.

Right now you are here on Step 7. **The fact that you've made it this far, shows me you're willing to make a serious commitment to this program.** So now I'm going to make a serious commitment to you.

If you position yourself as a Silver Consultant in the next 120 hours, I'm going to offer you the entire Gold Masterclass (a $4,997 program) completely for free.

Not only will you get this invaluable training program, you'll also be able to get certified

00:00:51





Exhibit S - Page 12 of 50



FTC-MOBE-001330

PX 22

Exhibit S - Page 13 of 50



FTC-MOBE-001331

**PX 22**

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE             MOBE

DATE              RECORDED:  OCTOBER 19, 2017
                  TRANSCRIBED:  FEBRUARY 6, 2018

PAGES             1 THROUGH 37

Step 7_2017-10-19_15-22-34

*Carol Jones*
*3/1/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001332**

2

```
1              FEDERAL TRADE COMMISSION

2                    I N D E X

3

4       RECORDING:                        PAGE:

5       MOBE Step 7                         4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**        **FTC-MOBE-001333**

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5                                        )

6        ------------------------------)

7                                   October 19, 2017

8

9

10

11              The following transcript was produced from a

12       digital file provided to For The Record, Inc. on

13       January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001334**

4

**P R O C E E D I N G S**

-    -    -    -    -

**Step 7_2017-10-19_15-22-34**

MATT LLOYD:  So welcome to Step 7.  In this
step, we're going to talk about something really
important.  I'm actually going to share with you the
single-most important process in your entire business
and how to get one of these processes put in place
really fast.  Okay, so this is really important.

And before we get started, less than 33
percent of people actually make it to this step, so if
you're here watching this right now, I congratulate
you because you are here in the top 33 percent.

So here's my question to you, with what you
know about business so far, out of all the processes
involved in any business, what do you think is the
single-most important process?  Can you guess the
answer?  Well, if you can't, the answer is it's your
customer acquisition process.  All successful
businesses have a customer acquisition process in
place.  And let me explain what that is.

It's a step-by-step sequence of triggering
events, I guess you might call it, where you're able
to convert inputs, which would be your leads or
prospects into paying, satisfied customers, in other



**PX 22**          **FTC-MOBE-001335**

5

1    words, our customers with converted commissions and

2    earned profits.  So that process is really important.

3    And most business owners don't really have much of a

4    process whatsoever, and that's part of the reason why

5    most business owners fail.

6         And, also, if your customer acquisition

7    process, if it involves you actually being there, you,

8    the business owner, the entrepreneur and founder, are

9    having to one-on-one talk to the prospects and

10   interact with them to convert them into a paying

11   customer, then you have a problem because it's just

12   not scalable.  The big constraint in that system is

13   your time.  You only have so many hours in a day, so

14   if your business is dependent on you being involved in

15   the sales process, selling customers one-one-one, then

16   you're never going to be able to scale.

17        Now, don't get me wrong.  You can still make

18   six figures if you're doing all the sales yourself.

19   But you're going to be time-poor.  You're going to

20   spend all your time closing deals.  And I know this

21   from personal experience.  In a previous step, I was

22   telling you about how in 2011 my business at one point

23   was doing less than a few thousand dollars a month.

24   Towards the end of that year, I started to experience

25   success.  I had my first $15,000 month, my first



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001336**

```
 1      $45,000 month, and then in January of 2012, my first
 2      $81,000.
 3              So how does $81,000 sound to you?  It sounds
 4      pretty good, right?  But that month I was working
 5      probably 12-, 14-hour days.  I was on the phone for
 6      most of those days.  And I was having to start my
 7      sales calls in the afternoon and then work most of the
 8      night because I was in Australia and I was calling
 9      back prospects who many were in America, so I had to
10      deal with time zones.  So I was working constantly,
11      and I just had no life, I had no time to enjoy the
12      money that I was making.  That's the problem with
13      having you being involved in the customer acquisition
14      process.
15              So our goal here is to build or leverage a
16      proven customer acquisition process that operates
17      independently of you.  And then that way you can focus
18      on driving leads into that system and then having that
19      customer acquisition process.  And, by the way, I'm
20      just going to say CAP from now on.  It's much shorter.
21      But you can focus on driving leads into the CAP and
22      having it convert those leads into commissions for
23      you.
24              So this step we're going to talk about how
25      do you go and develop your own CAP from scratch.  I'm
```

**PX 22**                          FTC-MOBE-001337

1    going to show you exactly how you can go and get all

2    of that training, and also, if you don't want to go

3    and build it all yourself, how you can actually

4    leverage someone else's and just have them do all the

5    work.

6         So in the previous module, we talked about

7    the MOBE Marketing System, and I introduced you to the

8    Silver Masterclass.  Now, the Silver Masterclass is

9    really to help people with stage one of being an

10   entrepreneur.  We talked about this.  Stage one is

11   where you choose your niche, you choose your business

12   model, and you also choose your range of products that

13   you can offer, and you build that entire business

14   around your natural strengths.  So the Silver

15   Masterclass covers that entire process in-depth.  It's

16   over eight hours of video content.  And it also

17   includes a manual as well where it walks you through

18   that entire stage.

19        But once you get through that stage, now

20   you're at stage two.  Stage two is building your

21   customer acquisition process.  Now, what happens with

22   most business owners, once they choose their niche and

23   their business model, they then start working the

24   business, and to make sales, they do get involved in

25   the sales process.  So they pick up the phone, they're

**PX 22**          FTC-MOBE-001338

1    responding to all the emails, all the messages.

2    They're meeting clients face-to-face or driving out to

3    their premises to meet them face-to-face.  And they

4    spend all of their time closing deals rather than

5    overseeing the business.

6           I'm sure you've heard this before, but when

7    you're building a business, the goal is to work on the

8    business and not in it.  And I believe it was Michael

9    Gerber who first said that, author of *The E Myth*.  But

10   what you want to do is you want to focus on overseeing

11   the whole operation and driving leads through your

12   CAP, your customer acquisition process, rather than

13   getting caught up in all of the day-to-day operations

14   and just spending your life consumed by the business.

15          Most business owners, the ironic thing is

16   they actually become a prisoner to the business.  They

17   get in -- into business because they believe the

18   business is going to set them free and give them all

19   the -- the time freedom and money freedom that they

20   want, but they end up working harder for themself in a

21   business than they actually did in a job for someone

22   else.  And we don't want that to -- to happen to you.

23          So how do you avoid that?  Well, again, the

24   customer acquisition process has to be able to operate

25   independently of you.  So take for example Bill and

**PX 22**                          **FTC-MOBE-001339**

9

1    Michelle Pescosolido.   They are from Texas in America,

2    and they're a -- they're a couple of clients of ours

3    who went through this same 21-step training that

4    you're now going through.   Now, at the time of filming

5    this video, they have made about $950,000 in

6    commissions with this same system that you're now

7    learning about.   They're about to cross their first

8    million dollars.   And they've been doing this now for

9    less than two and a half years.

10           But Bill and Michelle have a life of really

11   just complete freedom.   They get to travel the world.

12   They work their own hours.   They obviously work from

13   home.   And they have a lifestyle that they actually

14   once dreamt about.   They have a lifestyle where

15   they're incredibly happy.   What I'm going to do is in

16   the text below, there's a link where you can actually

17   go and watch a video.   It's a case study on Bill and

18   Michelle's life now, and you can see what it's like

19   when you have the right customer acquisition process

20   in place.

21           So the big lesson I want you to get here is

22   having that CAP in place that operates independently

23   of you, the business owner, is the difference between

24   you having a business which frees you or a business

25   which constrains you.   It's really, really important

1    that you have one.

2           Now, your success in business, at the end of

3    the day, it's going to come down to whether you can

4    acquire customers profitably, in other words, can you

5    go out there and spend money to get customers and be

6    profitable.  I know that sounds like common sense.  It

7    sounds like everyone would know that, but the way that

8    most business owners operate, many of them don't.

9    They're out there buying customers, but they're losing

10   money on every transaction.  So the question you want

11   to always be asking is how can I afford to pay more to

12   get a customer.

13          Now, let me tell you why you would want to

14   pay more money to get a customer.  In any niche, you

15   have what's known as targeted traffic, and then you

16   have ever-increasing rings of less targeted traffic.

17   So imagine for a second there's an archery target, and

18   in the middle of that archery target you've got the

19   bull's eye.  That's what we would call the very most

20   targeted traffic.  And then in those outer rings

21   you've got the less targeted traffic.

22          Now, the more targeted traffic that you

23   have, it becomes more expensive.  So if you want to

24   get the very best prospects, you are going to have to

25   pay more money to get those prospects in front of your

1    offer.  But when you can afford to pay more to get

2    them in front of your offer than any of your

3    competitors, then guess what, you've got a huge

4    competitive advantage.  So this is why you want to see

5    how much can I afford to pay to get a customer.

6         Now, how much you can afford to pay depends

7    on, well, what are those customers worth to you.  If a

8    customer is worth only $100 to you, then it doesn't

9    make any sense to be paying $200 to get the customer.

10   You're going to be losing money.  Yet if you only need

11   to pay $50 to get a $100 customer, you're making $50

12   profit on every single one.  So you will happily pay

13   $50 for customers all day long.  You're profitable.

14        So here are some things that you want to

15   focus on when you are developing your customer

16   acquisition process.  The first one is your ads must

17   be more compelling than any of your competitors' ads

18   are.  This is where the entire customer acquisition

19   process begins.  It begins with an ad.  That's the

20   very start of your funnel.  So your ad has to be

21   really good.

22        You want to have a great, compelling

23   headline that's going to get the attention of your

24   prospects so they click on it or they take the action,

25   whether it's they pick up the phone and call the

**PX 22**                    **FTC-MOBE-001342**



1   number, whatever that response mechanism is that you

2   have in place.  But it all starts with the ads.

3   That's the first thing you've got to work on.

4            The second thing is where do they actually

5   land when they click on that ad.  If we're talking

6   about online browsers, they're clicking on your ad,

7   what page do they land on?  That's called your landing

8   page.  And your landing page, with a typical customer

9   acquisition process, has one objective.  And that

10   objective is not to sell the product.  That objective

11   is to get a lead.  That's all you're concerned with.

12            So you want to have that page free of any

13   distracting things like lots of menus or banners.  You



14   don't want to have many distractions at all.  You want

15   to have one purpose for that page, and that is to get

16   their contact details, to get their email address, to

17   get a lead.

18            Once you have a lead, then you can follow

19   up.  Okay, you can actually start to build your own

20   list, which becomes an asset.  So that's the next

21   step.  Now, after that, then you're going to have your

22   followup.  And one of the ways that you're going to

23   follow up online is email followup.  So if you're

24   watching this training right now, then you're probably

25   getting emails from me.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001343**

1        Now, I'm guessing that you've worked out at

2    this point that I'm not writing every single email and

3    sending it to you one-on-one.  Otherwise, I would be

4    writing all day long.  So many of those were actually

5    prewritten emails loaded up into an email auto-

6    responder, and they're sent out based on triggering

7    actions that you take.  So that's part of my followup

8    process.  You want to have the same in your business

9    as well, so you've got to have a good email followup

10   sequence in place.

11       Now, one of the objectives of your email

12   followup is to get people back in front of your offer,

13   so your offer could be a sales video selling whatever

14   product you're promoting.  And most people, when they

15   land on your sales video in the first place, they're

16   not going to buy.  Most people do not buy on the first

17   exposure.  Most people have to see your message at

18   least seven to ten times before they're ready to pull

19   out a credit card and buy.  So your email followup

20   main objective is to get them back in front of that

21   offer in a certain state of mind.  You want them

22   predisposed to buy really, and your email followup,

23   that's what that does.

24       So it really helps if you have a good email

25   copywriter who can write the emails for you or you

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001344**

14

1    develop that skill yourself.  The good thing about

2    being a MOBE consultant is if you're going to be

3    sending us leads, we actually handle a lot of that all

4    for you.

5          Now, speaking of your offer page, or

6    otherwise known as your sales page or sales video,

7    it's got to be able to convert traffic into a buyer

8    better than just about any of your competitors.  So

9    let's say you get 100 people who find your offer page

10   and two of them buy.  You then have a 2 percent

11   conversion rate.  So what determines how well your

12   offer page converts is, number one, a offer itself.

13   So that includes price -- price point; it includes

14   risk reversal, so having it guaranteed; it includes

15   whether they actually want the product or not.  But

16   all of that is incredibly important.  Having your own

17   irresistible offer, that is one of the most important

18   assets you can have in your business.

19         And I'm telling you this from experience.

20   I've had some products that have sold over 10,000

21   copies.  I have one product which sold over 100,000

22   copies over the course of several years.  And all of

23   that was the result of one offer.  Okay, and that

24   offer was something that I actually made on my own

25   computer.  I -- I basically just put a sales letter

**PX 22**                    **FTC-MOBE-001345**

15



```
 1    onto keynote slides.  I recorded a video where I am
 2    reading out the slides, and the whole thing took about
 3    25 minutes.  But that sales video sold well over
 4    100,000 copies of that course, which was under $50.
 5              I got a lot of business from that one offer.
 6    And then the back-end sales from that and were just
 7    incredible.  We made literally tens of millions of
 8    dollars in back-end sales.
 9              Now, another part of your customer
10    acquisition process is you want to have phone
11    followup.  And I see so, so many online business
12    owners who neglect this part of their business, and
13    they just leave a fortune on the table.  When I first
14    started adding phone followup into my business and I
15    started to do it right, that was the big turning
16    point.  That's where I went from a few hundred dollars
17    to thousands of dollars a month and then eventually
18    tens of thousands and then hundreds of thousands and
19    so on.  But I'm just adding in the phone.
20              And I'll tell you why.  The most powerful
21    sales channel is face-to-face.  Okay, so, if you could
22    talk face-to-face with every prospect and you wanted
23    to sell and you were really good at selling -- let's
24    pretend you were -- then nothing could beat face-to-
25    face.  And that's part of the reason why live events
```



**PX 22**          **FTC-MOBE-001346**

1    are so incredible from a sales perspective because

2    even though you've got one speaker and a big audience,

3    it's face-to-face.  But you can't do that to the

4    masses because it's not scalable.  There's only one of

5    you.  So the next best thing from face-to-face is you

6    actually getting on the phone.

7           Now, again, you can't talk to everyone in

8    the masses one-on-one on the phone, but you don't at

9    least have to travel out to every single prospect.

10   You can do that from home.  So you can be making phone

11   calls from home.  Now, I'd like to guess what you're

12   thinking right now.  You probably don't want to be on

13   the phone all day selling.  Well, you don't have to.

14   You can actually leverage a phone sales team and have

15   them do all the calls for you.  I don't want to be on

16   the phone all day either, so that's why I've been

17   making the calls in MOBE, all right, so you can do the

18   same.  You can leverage a phone sales team.

19          But you find that after face-to-face, phone

20   sales is about one of the best sales channels there

21   is, and you're able to customize any solution around

22   what your prospects are looking for.  And that's why

23   the conversions are so much higher.  You're able to

24   sell high-ticket on the phone much better than you

25   ever could with a online sales video, for example.

**PX 22**                    **FTC-MOBE-001347**

17

1            Any program that we've ever sold for over,

2      say, $5,000, I would say that over 98 percent of them

3      have been sold on the phone, okay, not through an

4      online sales video, not through an online sales setup,

5      but one-on-one on the phone.  It's very effective.

6            Now, another really important ingredient in

7      having a high-converting customer acquisition process

8      is you've got to be constantly split testing.  When I

9      say split testing, what I mean is within that whole

10     process, you've got different steps, so you've got

11     like the lead capture page, you've got the sales page,

12     the offer, you've got the order form, you've got the

13     email followup.  Well, what you want to do is at each

14     step you want to be looking for the best version of

15     that step with the highest conversion rate.

16            So, in other words, if you change a sales

17     video and you tweak something slightly, you might bump

18     up the response rate from, say, 2 percent to 4

19     percent, and now you've doubled conversions.  And that

20     might not sound like a lot, but believe me, that could

21     be a lot of money.  So you have to constantly be what

22     we call split testing.  Split testing is where you

23     test two versions of one of those pages or some

24     variable.  You test them against each other and you

25     see which one converts at the highest rate.

**PX 22**                    **FTC-MOBE-001348**

1          Now, again, if you're a MOBE consultant, the

2     good news is you don't have to get involved in split

3     testing.  We actually do that on a day-to-day basis,

4     so you don't need to do that.  But I'm just saying

5     that if -- if you decide to go and build your customer

6     acquisition process by yourself, this is one of the

7     things that you will want to do.

8          Now, the other thing you want to do is you

9     want to be selling products that have a higher profit

10    margin than your competitors, and the reason why this

11    is so important is when you have higher margins, now

12    you've got more money to reinvest back into traffic

13    and spend more aggressively each month in order to

14    drive up your revenue.  And you shouldn't be afraid to

15    spend money on advertising because advertising is not

16    an expense; it's an investment.

17         If I go and outlay $1,000 a month on

18    traffic, I'm fine with that because I know that if I

19    spend $1,000, as long as I have a good customer

20    acquisition process that I'm driving that traffic to,

21    I can turn that $1,000 into $3,000 or into $5,000.  So

22    I look at buying traffic as an investment, and you

23    should do the same.  It really helps when you have

24    high-ticket profit margins on the back end to just

25    make the economics of your entire business work and to



**PX 22**          **FTC-MOBE-001349**

19



1    be profitable.

2          We come back to these five elements, which

3    we touched on in some of the earlier steps, and they

4    are traffic, funnel, filter, followup, product mix.

5    So what we're doing as we constantly improve our

6    customer acquisition process is we're looking at each

7    one of these elements and we're thinking how can we

8    improve it, how can we have a better, for example,

9    funnel in place, how can we have a better filter where

10   the prospects who are most interested searching

11   products and being pulled aside and then marketed to

12   on a more one-on-one basis?

13         How do we have better followup, so better

14   email followup, better phone followup?  How do we have

15   a better product?  So a better mixture of low-ticket,

16   medium-ticket, and high-ticket products.  And how do

17   we get more quality traffic driving into our customer

18   acquisition process so that we can scale up our

19   profits?

20         So hopefully I've made the point by now,

21   having a really good high-converting customer

22   acquisition process in place is essential.  It's the

23   most important thing that you can have before you even

24   attempt to go and try and make money online or in any

25   business.



1          So given that, if you want to go and build

2     your own, then my advice to you is make sure you

3     invest the right amount of time to do it.  It's going

4     to take a lot of time, and it's going to be a lot of

5     hard work, but most importantly of all, make sure you

6     test.  Always be testing, always be tweaking.

7          Test all the things we just talked about.

8     Test your ads, your lead page copy, your lead capture,

9     design, your sales page, your phone scripts, all of

10    that you need to constantly be testing, tweaking, and

11    optimizing because what you're trying to do here is

12    you're trying to build the most efficient selling

13    system that you possibly can so that for every dollar

14    that you spend of traffic, you're able to get the

15    maximum dollar amount back.

16          Now, if you don't want to go and build it

17    all by yourself, another thing that you can do is you

18    can actually find another business and you can

19    leverage theirs, just as MOBE consultants do with

20    MOBE.  They are actually leveraging our customer

21    acquisition process because many of them, they don't

22    want to go and build their own, they don't want to

23    spend years of their life putting together what we've

24    done here at MOBE.

25          So they choose to just drive traffic through

**PX 22**                    **FTC-MOBE-001351**

1       our customer acquisition process, and they know that

2       we are incentivized to get them the highest return on

3       their traffic because that's how we make money as a

4       company.  We only make money when our consultants are

5       making sales.  So a lot of people actually choose to

6       do that.

7               Now, I'd like to introduce you to one of our

8       core curriculum training programs that goes in-depth

9       on how you can create your own customer acquisition

10      process.  And if you have no interest in doing that, I

11      want you to still pay attention because in just a

12      moment I will tell you how you can promote this

13      training program and get paid really big commissions

14      as well.

15              So it's called the Gold Masterclass.  And

16      Gold obviously comes after the Silver Masterclass.

17      It's the next step, but the Gold Masterclass is all

18      about how to build a six-figure business that

19      consistently generates sales with a proven customer

20      acquisition process.  It's over eight hours of video

21      content, and you will learn everything that you need

22      to know about how to put in place a really efficient

23      customer acquisition process.

24              And I do the entire training myself.  I came

25      up with all the content.  It's basically everything

**PX 22**          FTC-MOBE-001352

22



```
 1      that I've learned after generating over $100 million

 2      in revenue through online customer acquisition

 3      processes that I've developed over the last seven or

 4      even eight years.  During the course, there's several

 5      modules.  And in Module 1, let me just walk you

 6      through what it's about.  Module 1 is all about

 7      designing your customer acquisition process.  So it

 8      shows you how to map out the entire thing.  So in

 9      Module 1, we look at how do you design your customer

10      acquisition process.  So lead capture page, sales

11      page, order page, upsells, everything, all the

12      followup sequence, all of that is covered in this

13      module.

14              In Module 2, we look at how do you create an

15      irresistible offer.  So this is really important.  I

16      walk you through everything, how to even write your

17      copy, how to structure the offer, how to make your

18      offer so irresistible that when you get prospects in

19      front of it, they can't help but pull out their credit

20      card and want to spend money with you.  So that module

21      goes in-depth and shows you how to create sales

22      letter.  So it shows you how to write sales letters,

23      the basics of high-converting copyrighting, and also

24      how to increase the value of your offer.

25              In Module 3, we will get followup.  So I'm
```





**PX 22**                    **FTC-MOBE-001353**

23

```
 1    sure you heard this before, the fortune is in the

 2    followup.  Module 3 is all about building up your own

 3    automated followup sequence.  So you'll learn how to

 4    advance your sales cycle with the right followup

 5    process, how to use email to increase the

 6    effectiveness of your customer acquisition process,

 7    how to use direct mail as well, and also case studies.

 8    So we actually show you different case studies of very

 9    successful businesses that have developed their own

10    customer acquisition process, and we look at why are

11    they so effective and how can you take their

12    strategies and adopt them into your own business.

13          In Module 4, we continue with followup, but

14    we go a little bit more in-depth.  So the training is

15    a lot more advanced.  We talk about how to use

16    automated webinars, phone followup, live event

17    followup, special promotions, and also social

18    communities to really increase your conversions.

19          Module 5 is all about ascension marketing,

20    so how do you take the customer who let's say they've

21    spent $20 with you, and how do you turn that customer

22    into a $1,000 customer or into a $10,000 customer or

23    even into a $50,000 customer.  So that's what you call

24    ascension, and this is one thing that I've gotten very

25    good at over the years.  And in this module, I show
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001354**

24

1    you all my secrets.  I show you all my different

2    strategies for how you really bump up those conversion

3    rates from one level of product to the next level and

4    so on.

5         So you learn how to increase sales volumes

6    with a tiered product mix, how to build your back end,

7    how to one-time offers, continuity offers, and also

8    done-for-you offers, and also how to reactivate past

9    customers.  A lot of business owners out there, they

10   have all of these past customers who don't buy from

11   them anymore, and they think, well, they're dead to

12   the business, there's no sense even marketing to them

13   because they've stopped buying.

14        And that's a very bad way of thinking

15   because most past customers, if you market to them the

16   right way, they can be a huge source of revenue, and

17   most businesses, they are just sitting on an untapped

18   goldmine practically of customers in their database

19   that they don't even know about.  So in this module, I

20   show you how to put in place reactivation campaigns

21   and start making more money from them as well.

22        Module 6 is all about the tools and the

23   resources to go and build your customer acquisition

24   process.  So for example, how do you actually build an

25   online sales funnel?  How do you build a lead capture

**PX 22**          **FTC-MOBE-001355**



25

1    page or a sales page or one of those order forms or

2    upsells?  How do you technically do it?  Now, it might

3    sound complicated to you, but it's actually -- it's

4    really not, as long as you have the right tools.

5           And in Module 6 of the Gold Masterclass, I

6    actually give you all the tools that I've used over

7    the years, and if I can use them, then you can, too,

8    because I'm not naturally a very technical guy.  I

9    struggle on the technical side of internet marketing,

10   believe it or not, I really do.  So I show you all the

11   tools that I use and my team has used to build sales

12   funnels over the years.

13          And that also includes how do you collect

14   the money.  So getting merchant accounts, all of that

15   stuff is covered as well.

16          Module 7 is about filling up the funnel.  So

17   this is about how do you go and start generating

18   leads, how do you start going and advertising to the

19   masses so that you can start making more sales.  So we

20   look at the concept of buying customers, targeted

21   versus nontargeted advertising, online versus offline

22   advertising, free versus paid traffic.  We go in-depth

23   on each of these different traffic methods.  We even

24   talk about how to create your own affiliate program so

25   that you can have other people out there bringing you

**PX 22**          **FTC-MOBE-001356**

26



1    customers.  You pay them only when they bring you a

2    paying customer.

3           And then, finally, in Module 8, we talk

4    about how do you optimize your customer acquisition

5    process, so how do you do split testing, what are the

6    KPIs, the key performance indicators.  In other words,

7    what numbers should you be paying attention to when

8    you're looking at how effective your CAP is.  How to

9    test and improve your sales processes and conversions,

10    and also applying the 80/20 principle to your CAP, in

11    other words, just multiplying the results of it and

12    how -- how effective it is at converting.

13           So that's the Gold Masterclass, and as you

14    can see, this -- this program is in-depth training of

15    the most important process a business owner could ever

16    need.  Again, I'm talking about eight hours of

17    detailed video content that I've put together.  It

18    took a long time and many years to learn all of this.

19    This is some of the best concepts that I've learned

20    over these years -- but these are some of the best

21    concepts that I've learned over the years and these

22    secrets can be yours when you get the Gold

23    Masterclass.  So the investment is $4,997.

24           And also when you start promoting this

25    program as a MOBE consultant, that's the investment

27



1    for your clients as well.  Now, here's the part that

2    you might like.  Every single time one of your clients

3    gets this program, which my sales team will be helping

4    to sell it on your behalf, in other words, you won't

5    have to pick up the phone and be selling this one-on-

6    one, but every time we get to a sale, you're going to

7    make a commission of $2,500.  So $2,500 on each Gold

8    Masterclass sale.

9         So this is one of our high-ticket programs.

10   It pays out a high-ticket commission.  You don't need

11   that many $2,500 commissions to start having good

12   weeks.  Now in case you're wondering, well, who's

13   going to buy this from you, who would be interested in

14   this training program, and the answer is any business

15   owner who meets one of the following criteria.

16        If that business owner is spending more than

17   they're bringing in and they're struggling to keep

18   their head above the water, then they're going to be

19   very interested in a course like this.  And that

20   explains most business owners.

21        If they've lost passion for their business

22   and they feel like they're just going through the

23   motions, they'll be interested in this program.  And

24   if they feel like they're leaving money on the table

25   by not selling enough to their existing customers,



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001358**



1   which, again, is probably over 80, 90 percent of all

2   business owners out there, then they're going to be

3   very interested in the Gold Masterclass.

4           And this training program, this really will

5   benefit them because it will teach them how to

6   actually do this properly.  So the Gold Masterclass,

7   again, it's $4,997.  And what I'm going to do right

8   now is I'm going to make you a very special offer, but

9   it's a very special, time-limited offer.  What I'm

10  going to do is if you would like to invest in the Gold

11  Masterclass program, which I highly, highly recommend,

12  then I am going to give you five days where you can

13  actually get the entire training program absolutely

14  for free.

15          So part of the reason why I'm making this

16  special offer where you can save potentially five

17  grand is because I want you as a MOBE consultant to be

18  a product of the product.  And the main training

19  programs that we have make up our core curriculum.

20  These -- these are the five most important training

21  programs that MOBE offers.

22          And the Gold Masterclass happens to be one

23  of them.  So when you invest in this training and you

24  go through it, you're going to know what you're

25  talking about.  When you go out there and you start



29



1    promoting MOBE and start generating these high-ticket

2    commissions, you'll actually have the training that's

3    necessary to know how a business can actually put in

4    place a customer acquisition process.  Again, you will

5    be a product of the product.  So that's why I'm making

6    this offer where you can essentially get it for free.

7         So here's how the offer works.  In the

8    previous step, I was talking about the MOBE Marketing

9    System, okay, and I showed you everything that's

10   included, and I said that if you decided to go ahead

11   and invest in the Silver Masterclass training program,

12   then you would get the MOBE Marketing System for free.

13   So I'm going to make that offer even more irresistible



14   today by offering you the Gold Masterclass as well

15   when you get the Silver Masterclass.

16        So in other words, if you invest in the

17   Silver Masterclass training, which is $2,497, then you

18   can get the Gold Masterclass training program, as long

19   as you do this in the next five days, completely for

20   free.  You will save yourself $5,000.  Okay, so this

21   is my thank-you to you, and it's my way of really just

22   getting this training into your hands so that you can

23   go through it, and when you're out there representing

24   the brand and building your business, you've actually

25   been through the training.  You are a product of the

**PX 22**          **FTC-MOBE-001360**

30

1     product.

2          So if you'd like to take advantage of this

3     offer, go ahead and reach out to your coach right now.

4     Tell them that you want to get the Silver Masterclass

5     training program and also take advantage of this five-

6     day limited offer to get the Gold Masterclass

7     completely for free.

8          Now, if you already did get the Silver

9     Masterclass training, then congratulations, you're

10    also getting Gold for free, okay, so this is just an

11    unexpected bonus for you.  It's my way of saying thank

12    you.

13         Now, here's another hidden benefit of

14    getting the Gold Masterclass with Silver.  When you go

15    out there and you start promoting MOBE and you start

16    placing your ads, which again we're going to show you

17    how to do at the end of this training, people are

18    going to see on your website whether you are Silver-

19    certified or you're Gold-certified or you're not

20    certified at all.

21         Now, what do you think is going to be more

22    powerful, you being a Silver-certified consultant or

23    you being a Gold-certified consultant?  Obviously, if

24    you're a Gold-certified consultant, that's going to be

25    a lot more powerful, it's going to give you a lot more

PX 22          FTC-MOBE-001361



31



```
 1    credibility, and they're going to know that you've

 2    been through this training.  So it's going to be much

 3    better for helping you to make sales.

 4              So that's another benefit of getting the

 5    Gold Masterclass for free as part of this limited-

 6    time, five-day offer.  Like I said, if you've already

 7    gotten the Silver Masterclass, now you're going to get

 8    the Gold Masterclass for free.  So you don't need to

 9    do anything.  That will be added to your back office.

10    So just reach out to your coach anyway and just let

11    them know that you've seen this offer and you're going

12    to take advantage of it.

13              Now, the other thing that you get as part of

14    being a Gold Masterclass client is we're also going to

15    include three one-on-one, 30-minute training sessions

16    where we will go through how to start promoting your

17    customer acquisition process.  So this is with one of

18    our specialized coaches.  They will show you how to go

19    and start placing ads.  And, again, you get these

20    sessions, 30 minutes each, three of them, completely

21    for free with Gold.

22              And another bonus that we're also going to

23    give you, just to help you make sales, is a service

24    called done-for-you articles.  So once you complete

25    these 21 steps and you're ready to start promoting
```



**PX 22**                              **FTC-MOBE-001362**

32



1     your business, one of the strategies will be content

2     marketing.  That's where you're creating your own

3     content and you're putting it out there on -- on the

4     internet.  People read the content, they consume it,

5     and they click on your MOBE consultant link, they go

6     and buy it, and you get paid a commission.

7              So writing articles is one form of content

8     marketing.  Now, you might not be a natural writer.

9     You might not enjoy writing.  So what we actually do

10    is we have a service called done-for-you articles,

11    where we will write articles for you.  And these are

12    articles about business.  They are focused around that

13    sort of category because that's the niche that -- that

14    MOBE is in.  But they're very valuable pieces of

15    content that you can take and you can actually use

16    them as if you wrote them.  In fact, you can list your

17    name as the author.

18             So you'll take these articles that we write

19    for you, you'll go and post them online.  We'll show

20    you how.  You'll put your MOBE consultant link at the

21    bottom of them.  When people click your link and they

22    buy, you get paid a commission.  So that's all

23    included as a bonus with Gold, and that's an ongoing

24    service, too, so you'll be able to get the benefits of

25    that for a very long time.





33



1        Now, the most valuable bonus that comes with

2    the Gold Masterclass is this one right here.  It is a

3    ticket to our free training event which goes from

4    three days, and it's called the Get More Customers

5    Summit.  Okay, so, again, this is three days where we

6    fly in some of the world's top experts when it comes

7    to advertising and getting more customers.  And the

8    way it works is we feature these different experts,

9    and they all focus on a different area.

10        Some of them might focus on getting clients

11    through Facebook; some of them might focus on getting

12    clients through direct mail or radio ads or banner

13    advertising.  So for three days, you will get educated

14    on exactly what you need to go and do to get clients.

15    So you will be notified of when this event is when

16    they schedule the next one here, but it's held at

17    minimum of once a year, and it's a -- it's an enormous

18    event that a lot of our MOBE consultants get to.

19        The retail price of this is $2,997.  With

20    the Gold Masterclass, you actually get that ticket

21    completely free of charge.  So you're going to save

22    yourself about $3,000 getting this with Gold.  And,

23    again, you will get the Gold Masterclass for free if

24    you take advantage of the Silver Masterclass offer.

25    So if you want all of these bonuses, reach out to your

**PX 22**                    **FTC-MOBE-001364**

34



```
 1   coach right now and tell them.  And, remember, you've
 2   got five days to take advantage of this offer.
 3                Another bonus you're going to get is you're
 4   going to get the monthly Gold Inner Circle newsletter.
 5   I'm going to send you the first copy of this
 6   completely free of charge.  So this is our monthly
 7   newsletter where we talk about concepts related to
 8   your customer acquisition process, how you can improve
 9   your sales funnel, how you can improve the whole
10   process and get much higher conversions.  We'll send
11   this to your door every single month, so you get a
12   free month of this, a free one-month trial, with the
13   Gold Masterclass today.
14                So just to sum up, here's what you're
15   getting with the Gold Masterclass.  You're getting the
16   eight-module training program, the Gold Masterclass
17   videos themselves.  You're getting the certification
18   badge upon completion of this course.  You'll be able
19   to unlock the commissions on the Gold level; 5 percent
20   residual and pass-ups on the Gold level; three
21   private, 30-minute consulting sessions.
22                You'll get a ticket to the Get More
23   Customers Summit.  You'll get the done-for-you article
24   services.  And, also, you'll get the Gold Inner Circle
25   newsletter sent to your door.  So you'll actually get
```



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001365**

35

1    one month completely for free.  So all of that today

2    when you take advantage of this special offer.

3         So coming up in the next step, we're going

4    to show you how to set up your payment account so you

5    can start receiving these high-ticket commissions, but

6    every time you sell a Silver and you make $1,250, you

7    can get paid that money.  Every time you sell a Gold

8    and you make $2,500, you can get paid that money.

9    We'll show you how to set up your account so you can

10   start getting those payments every two weeks.

11        Your action steps for this step are quite

12   simple.  I want you to go ahead and contact your coach

13   and tell them if you want to take advantage of this

14   offer right here today and save yourself $5,000

15   getting the Gold Masterclass completely for free.

16   Send them an email; call them on Skype; call them on

17   the phone.

18        But remember it's 120 hours or five days

19   before this offer expires forever.  So please do not

20   procrastinate.  Do it right now before you finish

21   watching the end of this video, and just let them know

22   you want to get the Gold Masterclass included and

23   invest in the Silver Masterclass if you haven't

24   already done that.

25        So go ahead, contact your coach, and I'll



**PX 22**                    **FTC-MOBE-001366**

36

1        see you on Step 8.

2                    **(The recording was concluded.)**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**        **FTC-MOBE-001367**

37

1            CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12            I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:   2/13/2018        *Sara J. Vance*
                              _____

22                            SARA J. VANCE, CERT

23

24

25

**PX 22**            **FTC-MOBE-001368**

# Exhibit T

FTC-MOBE-001369

How To Make $10,000 / Month From Scratch

Friday, 20 October 2017, 7:00 pm
Eastern Time (US and Canada), GMT -4



Matt Lloyd
CEO of MOBE

1  Calendar reminder Set a reminder on your calendar

# CONGRATULATIONS... YOU'VE BEEN REGISTERED!

Your link to the webinar room

https://app.webinarjam.net/live/26589/246bb691f0/1/0

(https://app.webinarjam.net/live/26589/246bb691f0/1/0



Powered by  ✎ WEBINAR JAM (http://dealguardian.net/product/WebinarJam-470/?
hop=MatthewLLoy3501&trackingID1=EWThankYou&page=default)

FTC-MOBE-001370

PX 22

10/20/2017



https://app.webinarjam.net/thankyou/246bb691f0?req=U116448929OBx

Webinar by Matt Lloyd: How To Make $10,000 / Month From Scratch

iCal / Outlook
(https://app.webinarjam.net/icalenc

Google Cal
(http://www.google.com/



FTC-MOBE-001371

10/20/2017

**PX 22**

https://app.webinarjam.net/thankyou/246bb691f0?req=U116448929OBx

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.     1723072

TITLE     MOBE

DATE     RECORDED:  OCTOBER 20, 2017
     TRANSCRIBED:  JANUARY 31, 2018

PAGES     1 THROUGH 103

WEB VIDEO
Mobe Webinar_2017-10-20_20-53-24

*Carol Jones*
2/28/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**     **FTC-MOBE-001372**

2

```
1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4        RECORDING:                                PAGE:

5        MOBE Web Video - Webinar_2017-10-20_20-53-24      4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**                    **FTC-MOBE-001373**

3



1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      MOBE                           )  Matter No. 1723072

5                                     )

6      ------------------------------)

7                                     October 20, 2017

8

9

10

11          The following transcript was produced from a

12   digital file provided to For The Record, Inc. on

13   January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**              **FTC-MOBE-001374**

4

**P R O C E E D I N G S**

-    -    -    -    -

**Mobe Webinar_2017-10-20_20-53-24**

1  
2  
3  
4   MATT LLOYD:   -- build a full-time income
5   with an online business.  So I'm going to show you how
6   to get to $10,000 per month -- or possibly more --
7   with this system tonight.  Okay, so, let's get right
8   into it.
9             I'm going to start out by making you a big,
10   bold promise.  If you are willing to put 90 minutes
11   aside right now and just focus exclusively on
12   everything that I'm about to tell you, the investment
13   that you make here will pay off like no other
14   investment you make this entire month, possibly this
15   entire year, okay?  And I'll tell you why.
16             I've been doing this now for seven years,
17   full-time internet marketing for seven years, and I
18   started in late 2008.  I have made a lot of mistakes.
19   I've learned a lot of things the hard way, but I've
20   also figured out the few things that work and that
21   allow someone to go from making practically nothing in
22   this industry to experiencing just huge amounts of
23   success.
24             I've coached people from $10,000 a month
25   right up to $100,000 a month and beyond that.  So I've

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001375**

5

1    seen people who had never done this before, they came

2    in, they got the right training, and they were able to

3    start utilizing some of the things that I'm going to

4    be sharing with you tonight and that completely

5    transformed their lives.  So, please, give this your

6    full, undivided attention.

7            So a few of the things that I'm going to be

8    sharing with you, number one, we're going to start out

9    by talking about the biggest misconception of this

10   entire industry.  And just about every single person

11   who wants to make money online, they get this part

12   wrong.  Okay, so this alone will be worth you being

13   here tonight.  I'll tell you what that is in just a

14   moment.

15           Number two, I'm going to share with you what

16   caused my business to grow from $700 a month -- this

17   is back in 2011 -- so I'd been at it for a couple of

18   years.  My income was just up and down.  I had what

19   you might call roller coaster income, but I was

20   averaging just $700 a month, practically nothing.  And

21   within an 18-month period, I went from 700 right up to

22   315,000 a month.

23           I'm going to share what exactly I did in

24   that period that allowed me to just scale so

25   incredibly fast, and then also how you can possibly

**PX 22**              **FTC-MOBE-001376**

6

1    take some of these strategies and apply them to your

2    own business.  I should also just mention a few

3    disclaimers here.  Anything that I tell you tonight,

4    I'm not guaranteeing results in any way, shape, or

5    form; however, if you do take these strategies and you

6    apply them, they can have some just amazing effects on

7    your own income.

8              Okay, number three, how do the numbers break

9    down?  So have you ever wondered for you to take an

10   online business or to start an online business and

11   grow it to a million dollars per year, what would that

12   actually look like?  Like, how many products would you

13   have to be selling on the front end?  How many would

14   you have to be selling on the back end?  What would

15   that actually look like?  I used to wonder this when I

16   was starting out, so I'm going to share with you from

17   experience what it does look like.  And what you will

18   realize is that it actually takes a lot less fewer

19   customers than you might imagine, okay?  So I will

20   show you in just a little bit.

21             Number four, where at least half of your

22   monthly revenue should be coming from.  Now, this is a

23   surprise income source that you are likely completely

24   ignoring right now.  I find that most internet

25   marketers are not utilizing this channel.  And in the

**PX 22**                    **FTC-MOBE-001377**

1    years that I've been doing this, if you add in this

2    one channel which I will show you, it can literally

3    double your revenue from one month to the next.  It's

4    very powerful.  Most people don't want to add in this

5    channel because of their -- their feelings around it,

6    they're uncomfortable with it, but I'll show you how

7    you don't even have to do the work.  You can leverage

8    someone else's work, okay?  So I'll talk about that in

9    just a moment.

10          And number five, our plan to pay out $100

11   million in commissions in the near future.  Now, keep

12   in mind, this is not just some pipe dream.  We've

13   actually already paid out over $67 million so far.

14   That's over the last few years, so we are well on our

15   way to reaching that target of $100 million, and also

16   how you can share in some of those earnings.

17          So if that sounds interesting to you, let me

18   know on the comments, and feel free to be commenting

19   all the way through tonight's webinar.  I will be

20   reading them.  I will have an assistant on the line as

21   well.  If I don't get back to every single one of

22   them, we have a lot of people here tonight, so just

23   realize that, but, yeah, definitely interact.  I want

24   to -- I want to make this a two-way thing.

25          So before we get started, one more favor.  I

8

1    don't know where in the world you're watching this.

2    You could be in America, Australia, Asia, the U.K.

3    But if you're like me, you probably have about 10 or

4    20 different tabs open in your internet browser.  You

5    might have Facebook open, gmail, YouTube, who knows

6    what else.

7           So if you do have those tabs open, do me a

8    favor.  I want you to get out of Facebook.  I want you

9    to just log out, at least cross it out.  If you have

10   Skype turned on, please switch it to "do not disturb"

11   or just turn it off completely.  And if you have a

12   phone, please, just put it on silent at least and even

13   just turn it off for the next 90 minutes.

14          Again, I want to stress that I might say

15   something on -- on this webinar like in the next 90

16   minutes, and that might be the one thing that you

17   needed to hear to make all the difference.  And I've

18   had those golden nuggets over the years where someone

19   who was more experienced than I was in building big

20   online business just said one little thing, and it was

21   the turning point for me.  So I don't want you to miss

22   that turning point just because there was some

23   distraction, okay?

24          So we're going to make this quick.  This

25   will go for under 90 minutes now.  But just do me a

**PX 22**          **FTC-MOBE-001379**

9

1    favor, put aside all distractions.  If you have

2    someone else in the house or around you, just maybe

3    let them know that you want to remain undisturbed for

4    the next 90 minutes, and just let's get right into it,

5    okay?

6          All right, so, the first thing I want to

7    begin is just by addressing the big elephant in the

8    room.  And a lot of internet marketing gurus, even

9    though I would never give myself that title, but a lot

10    of them like to hide this fact.  They like to make it

11    sound like it's so easy for everyone to succeed online

12    and most people who try succeed.  And that's just not

13    -- that's not the fact at all.  Most people who try

14    and make money online actually fail.  In fact, it's

15    somewhere over 97 percent.

16          Who thinks that's a big number?  Okay, over

17    97 percent.  Now, here's the good news.  It's not

18    because internet marketing or online marketing doesn't

19    work.  It's because they have the completely wrong

20    approach.  They are trained to do all the wrong

21    unimportant things and neglecting the few important

22    things they should be doing.  So I'm going to share

23    with you what those things are tonight, but that's

24    just fact, 97 percent of people don't succeed online.

25          Making money online is actually really,

**PX 22**           **FTC-MOBE-001380**

10



1   really simple.  Okay, there's just two equations that

2   you need to remember at all times to building a

3   profitable online business.  And I want you to write

4   these down, okay?  I'm going to share with you what

5   they are.  They're going to look like common sense

6   when I show you, but if you can remember these two

7   things and always have these two conditions in place,

8   then you can make a lot of money.

9          Okay, so here's the first one.  You might

10  have even seen this before, but let me explain.

11  Traffic plus conversions equals sales.  Traffic plus

12  conversions equals sales.  So I will break these down

13  in just a moment, but traffic is basically getting



14  people to a website.  It could be your website; it

15  could be someone else's website that you are promoting

16  as an affiliate.

17          Conversions is the ability of that website

18  to have someone pull out a credit card and actually

19  buy.  Now, as long as we have people going to a

20  website and we have a percentage of them being

21  converted, in other words, deciding to buy, now we

22  have sales.  Is that all we need to build a really

23  profitable online business?  It's not, because if you

24  neglect this next part, you can have a business that's

25  bringing in a lot of cash but more cash is flowing out

**PX 22**            **FTC-MOBE-001381**

11

1    at the same time, and you're not making a profit.  And

2    this is all about making a profit.

3              Your goal is to build an online business

4    that is profitable so that you can actually start

5    enjoying life, you can start putting aside all of your

6    money worries.  So you need to have a profitable

7    online business for that to happen.  So here's the

8    second equation I want you to write down.  The sales

9    that you're getting must be greater than your

10   advertising costs and your fulfillment costs.  In

11   other words, what are you overheads to run your

12   business and what are you spending on advertising to

13   generate the traffic.  You need to make sure that your

14   sales are greater than that number.  And as long as

15   they are, now you can make a profit.

16             Now, if we had these two conditions in

17   place, then we have a profitable online business.  But

18   if one of them is out of balance, for example, if you

19   don't have enough traffic going to the website,

20   whether it's your website or someone else's website

21   you're promoting, well, you can't have sales because

22   if no one sees it, no one can buy it.  And if your

23   advertising costs are much more than what you're --

24   what you're actually bringing in, of course, you know

25   -- you don't have a profitable online business.

**PX 22**                    FTC-MOBE-001382

12



1          Okay, so, let's break this down a little bit

2    further.  Number one, what do I mean by traffic.

3    Traffic is just -- just getting visitors to your

4    website.  That's really what it is, getting visitors,

5    people around the world, to click on little ads that

6    you place and get in front of your website.  Now,

7    here's the one thing you must remember.  Not all

8    clicks are created equal.  I see this all the time

9    where different internet marketers out there, they're

10   talking about clicks as if they are a commodity, as if

11   they're all the same.

12          So, for example, Internet Marketing Guru 1,

13   they might say, well, I got a 1,000 clicks at 55 cents



14   each.  And Internet Marketing Guru 2 might say, well,

15   that's -- that's nothing, I got -- I got 1,000 clicks

16   at 40 cents each.  So they start comparing how many

17   clicks they're getting and what costs they're paying.

18          None of that really matters because clicks

19   are not a commodity.  All clicks are different because

20   behind every single click, always remember, there's a

21   real person, there's someone somewhere in the world --

22   they could be on their cell phone, they could be in

23   their office behind their computer -- but there's

24   someone behind that click, and that person is in a

25   certain state of mind, they're at a certain point in

**PX 22**          **FTC-MOBE-001383**

13

1   the buying process, they have certain emotions, fears,

2   impulses.  So not all clicks are created equal.

3          There are situations where I would gladly

4   pay $5 per click or more.  In fact, there are

5   situations where I would gladly pay $10 or more per

6   click.  And there's also situations where I wouldn't

7   even want to pay 10 cents for clicks.  It all depends

8   on the quality of that click -- who was it coming

9   from.  So we always must make sure that we're focusing

10  on quality of clicks, okay?

11         And how do we determine the quality of the

12  click?  Well, the first thing is what are you

13  promoting?  What are you selling?  Where are trying to

14  send traffic to?  If you're trying to send traffic to

15  a website, which is all about weight loss, okay, which

16  promises some -- some kind of benefit in the weight-

17  loss area, well, you don't want clicks from people who

18  are perfectly happy with their weight because they're

19  not motivated to make a change.

20         Okay, so, we need to identify who is our

21  best buyer, okay, who's our best prospect, and how do

22  we get clicks from those people.  Now, I should also

23  mention -- I forgot to say this at the start -- most

24  of you on this live training right now, you are

25  actually in the process of going through our 21-step

**PX 22**          **FTC-MOBE-001384**

14

1    training.  And if you're not, just ignore what I'm

2    about to say, but if you are going through the 21-step

3    training, at the end of your 21-step training, you

4    will then start getting your traffic training.  So we

5    actually show you where to go and place ads,

6    everything that you need to know about traffic.  That

7    is coming after you complete the 21 steps.

8            Okay, but we need to get traffic to get

9    leads, and of course we need leads to get customers,

10   okay?  Now, here's the big mistake, okay, and this is

11   the big mistake that most people make which really

12   messes up their chances of making good money online,

13   okay?  So I really want you to note this one down.

14           It's the fallacy of free traffic.  I see so

15   many people who get started in this industry, they

16   find some website to promote, and then they think to

17   themselves, okay, now I need to focus on getting large

18   quantities of free traffic or really, really cheap

19   traffic.  And in their mind, they think, well, if I

20   can just get a whole lot of traffic to this website,

21   surely some of those people are going to buy.  So

22   their entire focus is always on getting really cheap

23   traffic.  Free is their favorite word.  They like free

24   traffic.

25           Now, who likes free traffic?  On this

**PX 22**          **FTC-MOBE-001385**

1   webinar right now, do me a favor, type in "Do you like
2   free traffic?"  I can already see some comments coming
3   in, people are saying yes.  Of course, yeah, we -- we
4   like the idea of free traffic.  But, really, paid
5   traffic is where it's at.  And I'll tell you why.
6   Number one, free traffic is not usually really free.
7   When people talk about free traffic, they're usually
8   talking about writing articles or blog posts that rank
9   in the search engines.  In other words, SEO, search
10  engine optimization.
11          But is that really free?  Absolutely not.
12  It's not, because to write quality content takes a lot
13  of time.  Now, your time is worth something, right?
14  Okay, so, to create all of this content that's
15  supposedly going to bring us free traffic, it takes
16  time.  To create videos, for example.  I mean, I have
17  YouTube channels that have over one million views, and
18  they've taken years to get up to that point.  And I've
19  created probably close to about 1,000 videos at this
20  point, over the last seven years.
21          Now, I do get traffic from those -- those
22  videos every single day in fairly large quantities,
23  but is it free?  No, it's not because I spent
24  literally, if you added up all the time, I mean,
25  months creating all those videos.  So the idea of free

**PX 22**          **FTC-MOBE-001386**

16

1    traffic, it's not really free.  There's always a cost.

2            And here's my advice to you.  In the very

3    beginning, forget about free traffic.  Forget about

4    free traffic.  Forget about the idea of doing SEO and

5    making a video and having it go viral.  Focus on paid

6    traffic.  Paid traffic because, number one, it's more

7    scalable.  Number two, it allows you to test much

8    faster.  You can go and buy an ad and get results by

9    tomorrow and know whether things are working or not.

10   With free traffic, it's a very slow process.  Okay, so

11   paid traffic is much more scalable.

12           Now, that doesn't mean that you need to have

13   thousands of dollars per month to go and spend on

14   traffic.  It doesn't mean that at all.  When I first

15   started in this industry, back in late 2008, I

16   remember my first traffic sources was advertise --

17   advertising on Google.  I was using what they call

18   Google AdWords or Google pay-per-click ads.  And when

19   I first started out, I was spending about $10, $15 per

20   day.  If I spent over $20 per day, that was a little

21   bit outside of my comfort zone.  So start out with

22   where you're comfortable, but any amount of money,

23   whether it's $5 or $10 a day is better than just

24   wasting a lot of time trying to -- to master free

25   traffic.  Focus on paid traffic.  Much more scalable.

**PX 22**                    **FTC-MOBE-001387**

17

1          Okay, here's another way of looking at it.

2     Let's say your goal is to get to a million dollars a

3     year.  Do me a favor and just type in if that sounds

4     good to you, a million dollars per year, okay?  And

5     what I like to do is I like to work out, all right,

6     what's my annual income target and how much would that

7     be per month.  So a million per year, we're looking at

8     $84,000 per month, right?

9          Now, if we assume that we are working

10    typical standard work hours, then that's going to work

11    out to be somewhere around $350 per hour.  We need to

12    be bringing in about $350 per hour to make that 84,000

13    a month, to become a seven-figure earner.  Now, if

14    your time is worth $350 an hour, do you really think

15    that it makes sense for you to be writing some article

16    that you hope will go viral and bring you a lot of

17    free traffic?  Absolutely not.  Okay, that's -- that's

18    going to be a waste of your time.

19          So all traffic has a cost.  All traffic has

20    a cost.  And rather than focusing on the cost of

21    traffic or what you're outlaying on traffic, here's

22    what I really want you to focus on.  Start focusing

23    more on ROI, return on investment.  That's really all

24    you should care about.

25          If someone says that they have an ad to sell

**PX 22**                    **FTC-MOBE-001388**

18

1    you and it's going to cost you $500, your reaction to

2    that should be, okay, well, what can I potentially

3    make from this traffic source or this ad.  Okay, so

4    you should then start looking at, well, where's the

5    traffic source coming from, what can I expect to

6    generate in terms of clicks, leads, sales, but you

7    should be more focused on ROI.  And I see so many

8    people in this industry, especially people who are

9    brand new, as soon as they hear that price sticker of

10   $500 or whatever that ad is selling for, they

11   immediately think of it as an expense, a big expense,

12   and, oh, no, I should stay away from that.  Okay, that

13   sounds way too expensive for me.

14          Never think of your advertising or your

15   traffic as being an expense.  It is an investment.

16   And there's good investment and there's poor -- poor

17   investment.  Your responsibility as a business owner

18   is to go after the good traffic sources.  And, again,

19   we will teach you how to do that, especially after you

20   get through the 21 steps.

21          Okay, so, the cost of traffic.  In the years

22   that I've been doing this, and even before, long

23   before I was in this industry, the cost of traffic has

24   only really been going in one direction.  Who can

25   guess which direction that is?  I'll give you a hint,

**PX 22**          **FTC-MOBE-001389**



19



1    it's up.  Okay, the cost of traffic is going up.  And
2    I'll tell you why.  The internet as a marketing medium
3    for -- for businesses all around the world, it's more
4    and more in demand every single day.
5          You notice that traditional media channels
6    like radio advertising, direct mail, magazine
7    advertising, print advertising and so forth, it's
8    still in demand, but it's becoming less and less.  A
9    lot of the advertising dollars are shifting more and
10   more, every single year, towards the internet.  And
11   why do you think that is?  The next time you're out in
12   public, have a look around at -- at where everyone's
13   attention is.  Usually you'll notice it's not on
14   what's happening around them.  They've been -- it's a
15   little bit scarier, even if they're sometimes driving,
16   it's not even around what they should be focused on.
17         Most people, when you go out in public,
18   they're looking down at their phones.  Okay, they're
19   looking down at their smart phones.  And what are they
20   -- what medium are they engaged in there?  It's the
21   internet, okay?  So more and more people's attention
22   is shifting towards the internet, and it's becoming a
23   bigger and bigger part of our lives.
24         So advertisers like you and me, we
25   understand this.  More advertising dollars go into



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001390**

20

1    internet marketing, and because a lot more money gets

2    spent, there's a lot more demand for the traffic that

3    is there.  This, in turn, pushes up prices, okay?  So

4    you can see advertising spend for mobile ads -- cell

5    phone ads -- it's gone up.  Okay, it's only going in

6    one direction.

7              And here you can see -- this is a forecast

8    for digital ad sales.  This is what they are

9    forecasting, okay?  So, again, you can see, it is

10   continuing to go up and up.  And cost-per-click

11   prices, so this is what businesses have been paying on

12   average per click.  Now, this data is a little bit

13   old, so it goes back to 2012 and so on, but you notice

14   it's going up and up and up.

15             Now, what does this mean for you and me?

16   The cost of getting traffic is going up.  Is that a

17   good thing or a bad thing?  I actually think of it as

18   a really good thing, and I'll tell you why.  Whatever

19   business in whatever niche can afford to pay the

20   highest amount of money to a -- to acquire a customer

21   will win, okay?  They will outcompete all the other

22   businesses in their niche.

23             And that's what this webinar is going to be

24   about, a large topic that we -- we cover tonight is

25   going to be about how do you really maximize the

**PX 22**                    **FTC-MOBE-001391**

21

1    dollar value of a customer for your business, because

2    if a customer is worth, let's say, $300 to you on

3    average, and that same customer is worth only $100 to

4    another competing business in your niche, who's going

5    to win?  Of course, you're going to win because you

6    can afford to pay a higher price to acquire that

7    customer.

8         If a customer is worth $300 to you, would

9    you be willing to pay $200 to acquire that customer?

10   I hope that everyone right now is typing in yes

11   because, of course, you should pay -- outlay $200,

12   bring in a $300 customer, and you made $100.  Okay,

13   you're still profitable.  Your competitors can't be

14   profitable at those prices.  So rising advertising

15   costs, it's not a bad thing.  It's actually a really,

16   really good thing.

17        Now let's talk about conversion.  So most

18   people who get started online, their attention is

19   focused on traffic, and more specifically on getting

20   free traffic or -- or getting the next viral traffic

21   source.  They do things like they buy into traffic

22   exchanges and all of those kind of crazy things which

23   I'll admit, I did that stuff for at least a year

24   myself when I was starting out.  Okay, so they're

25   always focused on how do I get more traffic or how



**PX 22**                    **FTC-MOBE-001392**



1    do I get really low-cost or, even better, free

2    traffic.

3              This is the wrong place to start.  It is the

4    wrong place to start.  This is not where you want to

5    be focused on.  Instead, you want to be focused on

6    your selling system.  Okay, your sales process.  In

7    other words, your sales funnel.  What's that series of

8    steps that you take a website visitor through when

9    they land on your website to convert them into a

10   paying customer?  That's where you want your focus to

11   be.  Focus on that first, long before you focus on

12   traffic.  And if you will do that, if you will

13   understand what I'm telling you right now, this will

14   make all the difference in the world.  It really will.

15             So here's the question I want you to ask.

16   If I get a visitor to my website, how much is that

17   visitor worth?  Now, who can confidently tell me right

18   now what that number is?  Okay, it's okay if you don't

19   know what it is because most people don't -- really

20   don't have a clue what this number is.  But have you

21   ever really thought about this question?  If I can get

22   a visitor to my website, well, how much do they spend

23   on average.

24             This metric is critical.  Okay, this is

25   critical.  Let me show you how you calculate it.



1    Okay, it's just like this.  Average visitor value --

2    that's the number -- average visitor value is equal to

3    gross sales, so how much revenue came in within a

4    particular amount of time, divided by the number of

5    unique visitors.  So, in other words, let's say you

6    had $500 in sales and you had 500 unique visitors in

7    that same amount of time, it would be $500 divided by

8    500 visitors, which would be $1 per visitor on

9    average.  Okay?  So let's put in some more numbers.

10        And by the way, think of this number --

11   average visitor value -- as the maximum that you can

12   afford to pay for a visitor to your website and still

13   make a profit.  Okay, so how much is the click worth

14   to you?  That's really what you're looking at here.

15        Let's put in some numbers.  Let's say you

16   get 100 unique visitors to your website, and you get

17   one sale of your product.  And your product happens to

18   be $100.  $100 divided by 100 visitors is a dollar.

19   In other words, each of those 100 people, on average,

20   spent a dollar with your business.  Or you can work it

21   out like this.  Okay, so these are the numbers.  It's

22   quite simple.  Okay, so, look at your sales in the

23   past week or the past day.  Choose any fixed amount of

24   time and divide it by how much traffic or how many

25   clicks came to your website.  This will give you this

PX 22                    FTC-MOBE-001394

24

1     number.

2             Now, what we want to be focused on as online

3     business owners is constantly increasing this dollar

4     value per average visitor.  That's where we want to be

5     focused because if each website visitor -- let's --

6     let me ask you a question here.  If each website

7     visitor to your website was worth a dollar, on

8     average, and I was willing to sell you clicks of good

9     traffic, okay, good quality traffic, just like your

10    other former buyers, and I was willing to sell you

11    those clicks for 50 cents each, would you be

12    interested in buying them?

13            Well, hopefully, you say yes, because if you

14    go and buy 1,000 clicks at 50 cents each and they're

15    each worth a dollar on average, well, you're still

16    going to be quite profitable.  You're still going to

17    be making good money.

18            But if I'm -- if I'm only willing to sell

19    you clicks at $2 each and you know that those are your

20    standard-quality clicks or traffic sources, then that

21    doesn't make sense.  Now, you might be thinking, well

22    -- well, Matt, how do I increase this number, like

23    I've got no idea, how do I increase this number?  I'll

24    show you in just a moment, but I will also show you

25    how you can have someone else do this for you, someone

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**             FTC-MOBE-001395

25

1     else who would do all the work for you and constantly

2     improving and maximizing this number.

3               Here's another way of looking at it.  Your

4     website -- okay, and again, I'm talking about the

5     website that you choose to promote, so it could be

6     someone else's that you are promoting as an affiliate.

7     You don't need to have your own website.  But whatever

8     website that you decide to promote, it's a little bit

9     like a vending machine.  I want you to imagine that

10    you -- you were feeling kind of thirsty and you -- you

11    started looking around and you wanted to find a

12    vending machine where you could buy a can of Coke.

13    And you came across this vending machine.

14              Now, it was this old, beaten-down vending

15    machine.  It looked pretty old.  You know, you

16    wondered does this thing actually even work.  But you

17    walked up to it and you see your can of Coke, and it's

18    -- it's a dollar, okay?  And you think, all right,

19    great.  So you take in a dollar, you put it into the

20    little coin slot machine, and you -- you choose the

21    can of Coke, and -- and nothing happens.  For some

22    reason, that -- that can of Coke just remains sitting

23    there, but you hear the change rattle in the little

24    dispenser down below.  So you -- you bend down, you

25    pull out the coins that came out, and this vending

**PX 22**                    **FTC-MOBE-001396**

26



1      machine has taken that one dollar that you put into it

2      and turned it into 90 cents.  So you're a little bit

3      annoyed by this.  You think, hey, what's -- what's

4      going on here.

5                So you put in the 90 cents, back into the

6      vending machine, and -- and this time, because you

7      didn't bring your wallet, you have to choose a cheaper

8      drink at 90 cents, and there just happens to be one,

9      so you choose it.  Once more, you don't get the drink,

10     more coins, okay, coming out of that coin dispenser.

11     But this time, it only returns 80 cents.  And this

12     goes on and on until you start to really run just out

13     of your money.



14               Now, how would you feel about this whole

15     thing?  Would you keep putting money into it?

16     Probably not.  You might put money into it a couple

17     times, but after -- at some point you're going to

18     think, you know what, this -- this is just a waste of

19     time.  Why am I putting money into this and I'm -- I'm

20     not even getting what I want, let alone all my money

21     back.

22               Now, on the other hand, let's pretend that

23     you didn't go to that vending machine.  Instead, you

24     went to this one.  Now, this one looked really nice.

25     This one looked like it -- it was just installed last

**PX 22**                                    **FTC-MOBE-001397**



1   week.  You walk up to it and you put in that dollar

2   note or dollar coin, and you choose your -- your Coke,

3   but for some reason, this one doesn't even give you

4   the Coke.  It gives you more coins back.  You bend

5   down to it to pull out those coins, and now in you

6   hand, there's a $1.20.  You think, whoa, great, an

7   extra 20 cents, okay, great.

8           So you put in the $1.20, and you think, you

9   know what, forget about getting a can, I'm going to

10  get a bottle, okay?  You put in the $1.20 and you

11  choose the bottle.  Once more, you don't get the

12  bottle.  You get more coins.  This time, though, it's

13  a $1.50, and you think, hey, something's going on

14  here.  So you take that $1.50; you put it back in, you

15  get $2 back.  You put the $2 in and you get $3 back.

16  You insert the $3, you get back $4.50.

17          Now, here's my question to you.  If that was

18  you in that situation, how long would you continue to

19  put coins into this vending machine?  Okay, do me a

20  favor and type it in.  Okay, and I can see people

21  typing in right now.  I would stand there for as long

22  as I could.  Someone just said I -- I would stand

23  there for a week straight, I wouldn't sleep.

24          You would be there for as long as you could.

25  You really would because it would appear that you



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001398**

28

1    found some kind of money machine, some kind of machine

2    that prints money on demand.  Well, your website is

3    just like one of these vending machines.  Either you

4    have a website where you go and put money into it, in

5    other words, you spend money on traffic -- that's you

6    putting money into -- and it gives you back more than

7    you inserted or less than you inserted.  Okay, that is

8    your average visitor value.  You put in a dollar to

9    get someone to the website.  If your average visitor

10   value is $2, great, now you have a vending machine

11   like the one on the right.

12          Now, here's what happened when that is the

13   case.  For every dollar that you spend on traffic, now

14   you're making a profit.  So if you are smart, then

15   what you think is, okay, how do I keep on increasing

16   my monthly spend.  If I spent $1,000 on traffic last

17   month and I made a profit, I made $2 back for every

18   dollar I spent on traffic, next month the question you

19   should ask is how do I spend a lot more than $1,000.

20          And I will tell you that kind of mentality

21   was responsible for me going from $700 a month -- this

22   is midway through 2011 -- to getting to over $315,000

23   per month in revenue.  That -- it all came down to

24   that mentality of, all right, I need to -- to get a --

25   a website that allows me to insert a dollar and be

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001399**

29



1    profitable, but as soon as I got that, I was not

2    afraid to spend money.

3              Okay, again, I didn't think of it as an

4    expense; I thought of it as an investment.  I thought,

5    okay, if I can get back $2 for every dollar I spend,

6    then I will gladly spend $10,000 per month.  I'll --

7    I'll gladly spend even more.  As long as I'm

8    profitable, I'm going to stand in front of that

9    vending machine for as long as I can until it stops

10   paying out.

11             So here's my mantra:  Maximize average

12   visitor value and never stop improving it.  If you are

13   not creating the website that you're sending traffic

14   to -- let's say that you are using someone else's

15   website, which I will explain in just a minute.  I

16   will show you that on -- on tonight's webinar.

17             But if you're using someone else's website,

18   you better make sure that this is also their mantra,

19   too, okay?  Because you're spending your time, your

20   money, to advertise for them, you want to make sure

21   that that person who owns the website, this is how

22   they operate, okay, that they are always making their

23   website into a more efficient selling machine.  That

24   way you're going to get the highest return on

25   investment, for whatever money you spend on traffic.



**PX 22**                              **FTC-MOBE-001400**



30

```
1            So this is the holy grail.  This is where we
2       are trying to get to.  If you can make sure that your
3       average visitor value is greater than your average
4       cost per click, now you have a scalable business.  Now
5       you can scale very quickly.  And this is how it's
6       possible for people who are starting out and have less
7       than, say, $100 per month to spend on traffic.  This
8       is how it's possible for those people to go from
9       making, you know, $1,000 a month or less to making
10      $100,000 per month in less than one year.  Okay, it's
11      simply because they get to this point, this situation,
12      and they're able to -- to rapidly increase their
13      advertising from one month to the next and rapidly
14      increase their profits.
15           Okay, so write this down.  To survive and
16      thrive, I need a selling system that converts well
17      enough to pay for the increasing cost of traffic.
18      Okay, and I will show you one tonight.  So if you
19      don't have one right now, that's fine.  I will show
20      you where to find one.  To survive and thrive, you
21      need a selling system that converts well enough to pay
22      for the increasing costs of traffic.
23           Now, here's the big rooky mistake, and I
24      think I already covered this, but I want to make sure
25      it's crystal clear.  A lot of people think, well, let
```



**PX 22**                    **FTC-MOBE-001401**



1   me first learn about traffic.  I will learn how to

2   generate traffic first, and I'll worry about figuring

3   out how to monetize it later.  That's the wrong

4   approach.  Again, focus on the sales system.  Focus on

5   that website and that -- that website's ability to

6   maximize average visitor value.  Find that first, and

7   then you focus on traffic.

8           That's why, again, with our 21-step training

9   we focus more on the business model and the selling

10  system, that part of it, before we teach you traffic.

11  Traffic comes last, okay?  This is the way that you

12  succeed in this business.  Okay, traffic comes second.

13  First, you must focus on conversions; you must focus

14  on getting the right selling system in place.

15          So, who would like to see what a -- a good

16  selling system actually looks like?  Who would like to

17  see one that cranks out consistently millions of

18  dollars per month in revenue?  I'm going to show you a

19  small portion of it, okay?  I'm going to show you a

20  small portion of my sales system just so you can see

21  what it looks like and what goes into building one of

22  these sales systems.  And then I'm going to share with

23  you how you can leverage it so you don't have to do

24  all the work in creating it.  Okay?

25          So let me show you the process that I take



1    my leads through in order to get them to buy from me,

2    okay?  It all starts with an ad, okay, just a little

3    ad.  And the ad can be on social media.  It could be

4    on Facebook, just a tiny, little ad, click here, and

5    I've got something for you, there's some benefit.  It

6    could be a live event, it could be a free video, but

7    there's some benefit for clicking.

8          Now, in your ad, you're not selling the

9    product.  Never try and sell the product in the ad.

10   In the ad, the only thing you are selling is someone

11   clicking the ad.  So offer them an immediate benefit

12   for clicking, okay?  Don't try and sell the product

13   before they even get to the website.  Let the website

14   do that.

15         Okay, the ad could be a banner ad as well,

16   okay?  It doesn't have to be an ad on social media.

17   It could be a banner ad.  It could be a solo ad.

18   Maybe you find someone who's got an email list.  You

19   go to them and you say, can you promote my website,

20   here's my link, and they send it out.  That's

21   otherwise known as a solo ad.  There's good solo ads,

22   and there's certainly bad solo ads out there.  But,

23   again, once you get through the 21-step training, we

24   teach you all of that, okay, how to find the good

25   ones, but it all starts with an ad.

**PX 22**          FTC-MOBE-001403

33



```
 1              It could also just be a blog, okay?  You
 2      have a blog, and this is how you're getting your
 3      traffic.  It could even be direct mail, okay?  I -- I
 4      definitely spend a lot of money on -- on direct mail
 5      every month.  This -- we don't limit ourselves to just
 6      the internet.  Direct mail is also incredibly
 7      powerful.
 8              But here's the next step in our -- our
 9      little sales process.  So the ad gets your attention.
10      The ad gets them to the website.  And on the website,
11      we don't give them everything that they want right up-
12      front.  Instead, we have what's known as a lead
13      capture page, otherwise known as a squeeze page, an
14      opt-in page.  They all mean the same thing.  It's
15      basically a one-page website where we say here's the
16      benefit, and if you want it, I need your email
17      address.
18              Okay, so it's like a friendly bribe.  So you
19      can see this one in the bottom left, it says, "FREE
20      Video Reveals:  'The System Used by Regular People
21      Making 6 Figures Monthly on the Internet and Living
22      the Dot Com Lifestyle.'"  So if they want to see the
23      free video, they have to enter their email address.
24              Now, typically, about one-third of the
25      people who land on these different pages will actually
```



**PX 22**                    **FTC-MOBE-001404**

34

1    opt in.  They will put in their email address.  Why do

2    we do this?  We do this because rarely do people buy

3    on their first exposure.  Okay, so if we have a sales

4    video on the next page that gives them the value and

5    then also makes an offer, rarely are people even going

6    to buy on the next page.

7           So by capturing their contact details, even

8    if it's just an email address, now we can follow up.

9    Okay, now, we actually have that lead so we can send

10   them an email and we can continue to send them an

11   email every day, market to them, build a relationship

12   with them, earn their trust, and eventually make a

13   sale at some point.  It could be a week from now; it

14   could be a year from now.  Okay, but by capturing the

15   contact details, now we're building a list, okay?  And

16   that list actually becomes our most valuable asset.

17          Now, after they opt in, after we've got

18   their contact details, now we're going to give them

19   what they want.  If we promised a video, we give them

20   a video.  If we promised a -- an e-book, we give them

21   the e-book, but we give them what they want.

22          So what you're looking at here, this is a

23   sales video for a course I have called Traffic

24   Generator Pro.  So after they opt in, they watch the

25   video.  Now, it is a sales video, but it also gives

**PX 22**                          **FTC-MOBE-001405**



1  good content at the same time.  Can you provide
2  valuable content and sell at the same time?
3  Absolutely.  Some people think you can't.  You
4  actually can.  And you can actually be providing
5  really great value and selling at the same time.  And
6  there's nothing wrong with that, all the great
7  marketers do it.

8        So that's otherwise known as your conversion
9  page.  At the end of your conversion page, there is a
10 buy-now button, so someone can actually go and buy.
11 They end up on the order page, fill out their credit
12 card details, and the sale is complete.  Then they get
13 the product.  So, for example, those of you going
14 through the 21-step training, this is what happened
15 for you.  You at some point saw an ad, saw a video, or
16 read a letter, decided to buy, and now you've got
17 access to the training, and now you also have a coach
18 that you should be working with.

19       And by the way, if you haven't reached out
20 to your coach, that's the first thing to do, reach out
21 to your 21-step coach, you'll have their contact
22 details in your email when you got involved in the 21
23 steps.  Also when you log into the Members Area, you
24 can see their details, but reach out to them, make
25 sure you're working with them because they're going to



1    be your biggest asset in this whole training process.

2    But that's your product delivery.

3         Now, on the surface, it looks quite easy,

4    but behind it there's a lot of intricate little

5    details about how it all functions.  Here's a screen

6    shot of a small part of our sales funnel, okay?  This

7    is one of our older sales funnels.  The ones that we

8    have today are a lot more advanced than this one, but

9    I'm just showing you this so you can see there's a lot

10   that goes on under the bonnet, okay?

11        So in this case, for example, on the left,

12   you see a new customer comes in; the phone sales team

13   will then follow up.  Now, if they can't make contact

14   with them on the first call, they'll get a task to

15   call them the next day.  And they have multiple call

16   attempts.  If they can reach them, there's different

17   outcomes.  So, again, this is a small part of the

18   sales funnel.

19        Now, you don't necessarily need to go and

20   build all of this.  You can find someone who has and

21   you can leverage their system, but my point is, in

22   order to maximize that average visitor value, this is

23   what's required.  Okay, to get the highest average

24   visitor value, to have a website that can make you a

25   lot of money, these are the kind of things that we



**PX 22**                    **FTC-MOBE-001407**

1       need to do behind the scenes.

2               Now, in addition to that, when they do opt

3       in, there's a whole bunch of emails they're going to

4       start getting.  So here's one of our email sequences.

5       This one is a 45-day email followup sequence, so I

6       wrote all the 45 emails, I put them in where they had

7       a 24-hour delay between each one, and so it went day

8       one, day two, day three and so on.

9               Now, once they get to the end of the 45

10      days, then we add them to our broadcast list and we

11      start contacting them daily with a live broadcast

12      email, but we continue to provide value and try and

13      make a sale to convert our traffic into paying

14      customers.  Okay, so this is part of the selling

15      system.  In fact, this is an enormous part of the

16      selling system, okay, this really is.  Having a good

17      email sequence, this is really important.

18              But it's not just that.  If we go back to

19      this email sequence, I don't know if you can see that,

20      but if you look closely, it's got, like, down there on

21      16 it says step one, MOBE webinar invite campaign,

22      only if not already attended.  So if someone hasn't

23      attended a particular webinar, now they end up getting

24      invited to this special webinar, okay?  And they get

25      invited to it.



**PX 22**               **FTC-MOBE-001408**



38

1          So now we have webinars also in our followup

2     process, too.  And week two they get invited to this

3     webinar; week three they get invited to this webinar.

4     So these are all different multiple points where they

5     can buy something but where they can also get value on

6     the webinar.  Okay, so, maybe they haven't bought

7     anything after four weeks.  They attend this

8     particular webinar and they do okay, but they're

9     different products being offered that have different

10    value propositions.

11          This particular product is all about

12    outsourcing.  It's called the O.P.T. Formula, other

13    people's time.  Maybe someone wants to learn how to



14    hire their first virtual assistant.  So they haven't

15    bought anything from me after five weeks, but they

16    attend this webinar, and they think, you know what,

17    this is exactly what I wanted, I'm going to buy.  The

18    sale is made.

19          And then we also have upsell sequences.  So

20    if they do buy anything, then there's upsells, what I

21    prefer to call additional offers, okay?  They can go

22    through and they can buy the additional offers right

23    then and there by clicking "add to cart," okay?  So

24    this also goes into the selling system as well.

25          Now, behind all of that is a phone team.

**PX 22**          **FTC-MOBE-001409**

39



1    There is a phone team that follows up and calls back

2    our clients, and we find out what they want, what they

3    need, and then whatever they need, we have a program

4    for them, at least for -- for most people we do.  We

5    have programs that go right up to $30,000 and above.

6    We actually have one that goes right up to $100,000.

7    That's for an annual coaching program with myself.

8    And it goes for an entire year, but that's a rare

9    program that we offer.

10         Most -- our -- our main core programs go up

11   to about $30,000 each, and a lot of those are sold on

12   the phone.  So this phone sales process is a huge part

13   of the entire sales process, it really is.

14         Now, you might have been looking at these

15   last few slides and thinking, well, Matt, that's great

16   for you, but this looks like a lot of work, this looks

17   like a lot of work to put together, and how can I

18   possibly do that.  Well, again, I'm going to share

19   with you how you don't even need to do all the work.

20   You can actually leverage my sales system.  Okay, you

21   can leverage it if you want.

22         But here's -- here's the reason why I wanted

23   to show you all of that.  When you had the right sales

24   system in place, you have just a tremendous advantage

25   over anyone else in -- in this industry.  You really

**PX 22**                    **FTC-MOBE-001410**

40



```
 1      do, because number one, you can afford to pay more

 2      than all your competitors for the same traffic because

 3      that traffic is worth a lot more to you.  It has a

 4      much higher average visitor value.

 5              So, for example, with everything that I just

 6      showed you, our average customer value is about 20

 7      times higher than most of our competitors.  They don't

 8      even come close because they don't have very advanced

 9      selling systems in their business; we do.  And here's

10      a big tip to dominating a niche:  It's all about

11      having high-ticket offers.

12              High-ticket offers are more expensive, more

13      valuable programs that you can offer on the back end,

14      okay, to your front-end customers.  That is the

15      secret.  Okay, that -- that made all the difference

16      for me.  When I first understood this lesson, which

17      was late 2011, that was the big turning point that

18      allowed me to scale very quickly.  Okay, it's all

19      about having high-ticket offers.

20              So I said at the start I was going to show

21      you what does a million-dollar business actually look

22      like, and let me show you what it does look like.  And

23      I realize that some of you right now on this webinar,

24      you might -- you might think you're a long way off

25      from ever having a million-dollar-per-year business,
```



**PX 22**                          **FTC-MOBE-001411**



1    but once you start making good money, I mean, once you

2    start getting to $10,000 or more per month, getting

3    from $100,000 per year to a million, it's actually not

4    as hard as you might think.

5            Okay, and the first big barrier that most

6    people go through is getting to the $100,000 or more

7    per year, but once they're able to do that, scaling up

8    to a million dollars or more per year is relatively

9    easy.  Okay, so this is what it looks like.  You start

10   off by having some kind of front-end product.  This is

11   the initial product that you would offer to your

12   customers.  So that's the top row.

13           Let's say that you're offering it at $49.

14   Okay, $49 to buy the product.  And let's say you get

15   60 customers who buy that.  So your total revenue you

16   made from those customers is $2,940, not a lot of

17   money, but if you're advertising online, that at least

18   helps to cover your advertising expense, certainly at

19   least some of it.

20           So then, behind that, you have an upsell.

21   You have some kind of upsell, and from those initial

22   60 customers, let's say that one-quarter of them,

23   which is 15 of them, decide, yes, I want the upsell.

24   I'm going to pay $297 for the upsell, and they buy.

25   Great, you've just made an additional $4,455.



```
 1              Now, behind that, let's say you offer some

 2      kind of continuity.  Continuity means monthly billing.

 3      Okay, you have some kind of offer.  It could be a

 4      inner-circle newsletter or something like that, $97

 5      per month.  And let's say it's at -- at that price

 6      point.  And let's say that 30 of those initial 60

 7      customers say yes, I want it, I want that newsletter.

 8              So, now, you've got recurring revenue coming

 9      in, recurring commissions, okay?  $2,910 per month,

10      that's nice.  Now, behind that, we have what's known

11      as a high-ticket offer.  And our first high-ticket

12      offer, let's say it's at $3,300.  Let's say that ten

13      of our initial 60 customers when we follow up on the

14      phone or someone else follows up on the phone for us

15      and is good at what they do, and if ten of them say

16      yes, that's an additional $33,000.

17              But we don't stop there.  We offer more

18      valuable programs, higher price point, and let's say

19      we go up to $5,500.  Let's say that six people also

20      say yes, I want this one as well.  There's another

21      33,000.

22              And then let's say that we have one $10,000

23      program, and out of those six previous people, one of

24      them say, you know what, I also want the $10,000

25      program.  Now, is there anything wrong with offering
```

**PX 22**          **FTC-MOBE-001413**

43

1    programs that go up to $10,000 and above?  What do you

2    think?  Do you think that's right?  Do you think

3    that's wrong?  How do you feel about that?  Do me a

4    favor and type in, because I'm always interested to

5    hear about this.

6            So I'm reading some of the comments coming

7    in right now, and most people are saying, yes, that's

8    fine, as long as the value is there.  Some people are

9    saying no.  Here's the reality.  If the value is

10   there, then you have every right to charge a price

11   point that supports the value.  And there should be

12   absolutely no guilt, no hesitation to do that.  And if

13   there is, there's something in your mind set that you

14   might want to look at, okay?  And that's all I'm going

15   to say on that.  But if the value is there, then it's

16   perfectly fine to offer a higher price point.

17           There's some people who just -- they -- they

18   always want the premium option.  You know, it's like

19   if you're ever flying somewhere, right, you've got

20   people who -- who want to fly economy, and you've got

21   some people who want to fly business class, and then

22   you've got a few who want to fly first class.

23           I was on a -- a Emirates flight recently,

24   and I found out that I was -- I was flying business

25   class on this flight, and I found out that the first

**PX 22**                              **FTC-MOBE-001414**



1    class to -- to get a ticket on this particular flight

2    was over $25,000, over $25,000.  Now, some people

3    might think, well, who would ever pay $25,000 for a

4    flight.  Well, there's people who want that

5    experience.  They want the luxury.  They -- they --

6    they see the perceived value there.  They want it.

7    They are comfortable with it, with paying that kind of

8    money.

9         So as a business owner, you should give them

10   what they want.  Okay, so if someone wants to buy a

11   $10,000 program for you, if the value is there,

12   absolutely you should offer it.  Okay, and if you're

13   not offering it, you're leaving  a lot of money on the

14   table.

15        So in this case, if we have all of this,

16   which, again, comes from 60 customers, that's $86,305

17   per month.  Will that get us to over a million dollars

18   per year?  Absolutely it will.  Okay, as long as we're

19   doing about 84,000 per month, we're at a million

20   dollars per year.

21        Now, the reason why I'm showing you this is

22   because most people, when they hear those kind of

23   numbers, a million dollars per year or more, they

24   think, well, I'm going to have to go and get thousands

25   of customers every month.  And it's just not true.  If

PX 22              FTC-MOBE-001415

45

1      you have the right sales system, okay, if you are
2      leveraging the right sales system, you don't need that
3      many customers to start making really good money.  You
4      just need to have a good sales system, and also those
5      high-ticket offers on the back end, okay, and that's
6      what you need.
7              Now, by the way, if you want to go and build
8      all of this out yourself, you can usually do something
9      like this, I mean, if you -- if you haven't done it
10     before, it's going to take you one, two years,
11     something like that because you have to create all the
12     products, you've got to create all the websites, the
13     email followups, build the phone teams, all of that.
14     It takes time.  And ask me how I know this.  I know
15     this because I -- I spent years creating what we have
16     here with the MOBE Marketing System.  I spent
17     literally years doing it.
18             So you can do that.  If you don't want to,
19     you can leverage someone else's system, okay?  So the
20     MOBE Marketing System, it essentially gives you this,
21     okay?  It essentially gives you a -- almost like a
22     business in a box.  Now, you still need to put people
23     into the front end, okay?  It doesn't make money for
24     you by itself, but as long as you put people into the
25     front end, like in this case the 60 customers through



**PX 22**                         **FTC-MOBE-001416**

1    the front end, then you can actually make really good

2    money with it, okay, but that's what you got to do.

3    You got to constantly be putting people through into

4    the front end.  In other words, advertise.

5         Now, why is it so important to have a high-

6    ticket offer in your sales system?  Well, let me ask

7    you this way.  What's easier?  Let's say you want to

8    get to $100,000 per year.  Option one is you can sell

9    10,000 e-books at $10 each.  Okay, 10,000 e-books that

10   year at $10 each.  Or option two, to make the same

11   amount of money, you can find ten really good

12   customers who each spend $10,000 with you.  What do

13   you think is easier?  Of course, it's finding ten

14   customers.

15         Now, is it proportionately easier to go and

16   find a $10,000 customer than a $10 customer?  No, I

17   can't -- it -- it is more difficult.  However, it's

18   not as more difficult as you might think.  Okay, a lot

19   of people think that I want to make a $10,000 sale,

20   that's going to take me a long time, that's going to

21   be near impossible.  When you have the right system in

22   place, making a $10,000 sale is actually not that

23   hard.  And please understand that I'm saying this to

24   you right now after having sold many, many thousands

25   of programs at $10,000 and above, okay, over the past

**PX 22**            **FTC-MOBE-001417**



five years at least, since we really started ramping up our business.

Okay, so as long as you have the right systems in place -- you got the phone followup, the email followup, all of that in place -- making a $10,000 sale, it's not as hard as you might think. This is my advice to you. Make sure that whatever sales system you are using has a high-ticket offer. You need to be able to have high-ticket offers in what you do.

Now, what product could you offer to people that is worth thousands of dollars? You might be wondering, well, what -- what are we actually selling here, or what could -- what could I possibly sell that's worth 10 grand or more. Okay, let me give you a few different examples. Number one, you can sell some kind of coaching program. Let's say, for example, you're in the -- the fitness niche, okay? You are selling training on how to get in really good shape, lose weight, be healthy, those kind of things. So you might have your cheaper front-end products, which could be just an information product, it could be a online course which sells for $100.

Some people don't want just the information. Some people want the hand-holding experience. Some

48



1    people want to be coached.  They want to talk to a

2    real person and get the coaching.  Just last night, I

3    paid a guy $2,500 for an hour of his time because even

4    though he had products, what I wanted to learn about,

5    I didn't want to sit through products and sit through

6    videos.  I wanted to actually talk to the guy who

7    created the product, and I was willing to pay a lot

8    more money to actually talk to him and be coached.

9           Okay, so some people, they -- they will pay

10   large dollar amounts for coaching programs.  And if

11   you have an existing business right now, you should be

12   asking yourself, is there some kind of coaching

13   program or hand-holding program I could create that my

14   clients want but they'd also be willing to pay more

15   money for.  Okay, so that's one.

16          Another example of a high-ticket program or

17   product could be a top-tier business opportunity.  It

18   could be some high-end business opportunity that

19   people buy into.  You can always think of a franchise

20   as being in this category.  You know, there's over

21   30,000 McDonald's outlets out there in the world.

22   Last I heard, it was somewhere around 38,000 of them.

23          And if you're going to buy into a McDonald's

24   franchise, depending on where you buy, you are looking

25   at somewhere close to a million dollars.  In some



**PX 22**                          **FTC-MOBE-001419**



1    cases it's a lot more.  If you want to buy into a

2    Subway franchise, I believe it's around $100,000 and

3    upwards.  So those are good examples of high-ticket

4    programs.

5           It could also be a done-for-you service.

6    People will pay a lot more money to have everything

7    done for them, okay, because people don't have a lot

8    of time, they're busy.  So if you can save time, if

9    you can save frustration, those kind of things, people

10   will pay good money for done-for-you services.  You

11   can put together your own 3,000, 5,000, 10,000 or more

12   program with some kind of done-for-you service.  By

13   the way, here's a tip, you don't even need to do all

14   the work.  You can find someone else to do the

15   fulfillment and just pay them and -- and you keep the

16   -- the margin.

17          You could also license other people's high-

18   ticket programs.  Okay, so if you don't have your own

19   high-ticket program yourself, well, you can find

20   someone who does and license theirs.  Okay, that's

21   another thing you can do.

22          Now, at the very start of this training, I

23   said to you that I was going to reveal one marketing

24   channel that most business owners neglect, but if you

25   can add it into your whole business, you can make a



**PX 22**                    **FTC-MOBE-001420**

50



1  lot more money, and here it is:  phone followup.

2  Getting on the phone, calling back your leads, even

3  calling your front-end buyers and selling on the

4  phone.

5       Now, who's excited about doing phone

6  followup?  Who loves the idea of picking up that phone

7  and calling people all day and -- and selling?  Okay,

8  well, judging on the comments, not -- not too many of

9  you like -- like the idea of doing that all day.  I

10 don't blame you because I used to do this.  In the

11 very beginning when I started my online business, I

12 was so desperate to make a sale, I remember in 2009 I

13 was going through a phone book calling business

14 owners, trying to sell my product.  It -- it was

15 terrible.  So I understand, you know, if you don't

16 want to be on the phone all day.  I get it.  Neither

17 do I.

18       But there are some people who love it.  They

19 love to be on the phone all day.  They love selling on

20 the phone.  They love building relationships, helping

21 clients get what they want, that's -- that's what they

22 do.  They love it.  And those people, those are the

23 people that you need to have in your sales system,

24 okay?  You need to have that because if you can add in

25 the phone, the phone is a channel for selling, and

**PX 22**          **FTC-MOBE-001421**



1       it's possible, on the phone, to offer programs that go

2       right up to literally over $100,000 and above.  Okay,

3       those kind of programs can be sold on the phone.

4              And I'll tell you why.  The most powerful

5       marketing channels, you have a one-on-one interaction.

6       So the most powerful marketing channel is really being

7       face-to-face with someone, right in front of them.  If

8       you have the right prospect and you can sit down with

9       them, face-to-face, look them in the eye, that sales

10      channel is far more effective than, say, sending

11      someone to a sales video where they can't see, they

12      can't talk to you, they can't even pause you, okay?

13             So on the phone, what it allows you to do or

14      allows someone else to do for you is to find out the

15      needs, the frustrations, all of that, of a prospect or

16      an existing customer and then present a solution,

17      which is really what they want, at a price point,

18      which might be much higher than what you could get

19      selling just through the internet.

20             So the moment that you can add in a good

21      phone followup into your business, it -- it changes

22      everything.  And this happened for me in 2011.  I

23      started calling back my buyers, people who would buy

24      my product, which was $97 per month.  I had a product

25      at that point.  It was called my Inner Circle Program,



**PX 22**          **FTC-MOBE-001422**

52



```
1     $97 a month.  And I would call back every single

2     buyer, and I would give them between 30 and 60 minutes

3     of consulting on the phone.  And then, if I felt that

4     they needed another program I had or that I was

5     promoting, based on what they told me, then, sure, I

6     would recommend it.

7             But I started to notice that that $97

8     customer, I could help them through offering them a

9     $2,000 program.  And they were glad to buy it; they

10    loved the program.  But I just took a $97 buyer and

11    multiplied their customer value by 20 times, from one

12    short phone call, one 30-minute phone call.  So the

13    moment I saw that, I realized, you know what, I need

14    to build a really good phone sales team.

15            I went and hired my first phone sales rep,

16    then I got my next and then my next, and I built a

17    phone sales team that now has somewhere over 20 people

18    working all around the world.  They work from home and

19    on pure commission, and they follow up with our leads,

20    with our clients.  They help them, they sell them if

21    they feel there's a sale to be made, and it's win/win.

22    Okay, it's win/win for everyone.  The business makes

23    more; the customer gets what they want; and the phone

24    rep also makes a good living from it, too.

25            Now, here's my question to you, what
```



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001423**



1   percentage of our monthly revenue do you believe is

2   sold on the phone.  It is somewhere like 35 to 40

3   percent, and it used to be 50 percent.  It used to be

4   50 percent before we added in some other channels, but

5   it used to be literally half, half of all of our

6   monthly income.  But today it's around 35 to 40

7   percent.  But that's still an incredibly large amount

8   of revenue.  We're talking in the millions, all

9   through the phone.

10      Whatever sales system you decide to

11  leverage, make sure they have a really, really good

12  phone sales channel built into their sales system.

13  That's all I will say.  You don't have to go and hire



14  all the people and manage it.  You don't have to do

15  that.  Just make sure that whoever you are promoting,

16  whatever business you're promoting, make sure that

17  they do that on your behalf.  It's really important.

18  Okay, so we do do that.

19      For our clients who decide to get involved

20  with the MOBE Marketing System, they have our entire

21  phone sales team, really just working for them on

22  their behalf.  If they generate a lead, this is what's

23  happening behind the scenes.  There's an entire phone

24  sales followup process that goes through -- that the

25  leads go through.

**PX 22**          **FTC-MOBE-001424**

54

1          So now that you understand the importance of

2    having a high converting sales system, if you want to

3    make money online, and especially if you want to get

4    to that $10,000 a month or more, who would be

5    interested in seeing how they can leverage the MOBE

6    Marketing System?  I want to tell you a little bit

7    more about the MOBE Marketing System, and I want to

8    tell you about a win/win relationship that I want to

9    start with you where we can both get exactly what we

10   want.  Okay, you can make a lot more money.  You can

11   potentially get to $10,000 a month if you're willing

12   to put in the work and -- and follow the training.

13   And I can also get what I want and it's win/win.

14   Okay, so I want to talk to you about that.

15          And before I do talk to you about that,

16   though, I want to tell you what the three main options

17   are for you getting to $10,000 a month.  I want you to

18   write these down.  Okay, you have three main options.

19   Option number one, if you want to get to $10,000 a

20   month, one way that you could do it is with

21   traditional affiliate marketing.

22          Now, if you're on this training, I'm going

23   to assume that you know what affiliate marketing is.

24   But if you don't, it's -- it's basically you promoting

25   someone else's website.  And when you get traffic to

**PX 22**                    **FTC-MOBE-001425**

55

1     their website and some of that traffic buys the

2     product, you get paid a commission.  Affiliate

3     marketing is a big, big business.  It is a multi-

4     billion-dollar industry.  Companies like Amazon.com,

5     okay, one of the more valuable companies in the world,

6     they use affiliate marketing.  It's a big part of

7     their advertising strategy, having lots of what they

8     might call advertising partners out there promoting

9     their programs, and they pay them a commission for

10    bringing them customers.

11         So you might have heard of websites like

12    ClickBank, for example.  ClickBank allows you to use

13    their platform.  You can promote products on ClickBank

14    and earn commissions.

15         Now, here's typically what it looks like,

16    though.  If you want to promote someone's product as

17    an affiliate, let's say that you're promoting a

18    product and it sells for $300.  Your advertising costs

19    might be $200, right?  So you go and spend $200

20    generating clicks.  It could be on Facebook, it could

21    be some other traffic source.  And you generate a

22    sale; you make $300.

23         Here's -- here's my question to you.  How

24    much profit have you made?  Do me a favor and type

25    that in.  How much profit have you actually made?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**         **FTC-MOBE-001426**



56

1    Now, from some of the comments I'm getting right now,

2    people are saying you've made $100, and it would

3    appear that way on the surface.  But you actually

4    haven't because with traditional affiliate marketing,

5    you're getting paid somewhere from 30 to 40 percent,

6    maybe up to 50 percent of the sales price.  So we're

7    talking about a $300 product.

8         Let's say you're getting paid $150.  That's

9    a 50 percent commission, half of it, right?  Well, you

10   spent $200; you got back 150; have you made a profit?

11   No, you've actually lost $50, okay?  You are in the

12   red.  That's not good.

13        So pros and cons of affiliate marketing.

14   One of the pros is the selling system, it's set up.

15   That's the good part about it.  You don't need to go

16   and build websites or create products.  That part is

17   all done for you, and that's incredibly valuable.

18   That's going to save you so much time.  You know,

19   you're not going to have to create sales videos or

20   hire expensive copywriters or build customer support

21   teams.  That is valuable.

22        But the big con, the big downside of

23   traditional affiliate marketing is that you have small

24   margins.  Okay, you're making little 30, 40, 50

25   percent commissions at most.  And they're on low price



**PX 22**                          **FTC-MOBE-001427**

57



```
1      points, too.  You're usually not promoting anything
2      that sells for more than just a few hundred dollars
3      each.  So it's very hard to get to $10,000 a month
4      with traditional affiliate marketing.  You have to
5      just sell so much.
6              So here's option number two.  Option number
7      two fixes that problem of low margins.  You're
8      actually able to make much higher margins.  Option
9      number two is you go and build all of this, all of
10     this, yourself.  You create the products, you create
11     the sales videos, the email followups; you build the
12     phone team.  You create everything, okay?  You create
13     the entire sales system.
14              Now, if you want to do this, again, you're
15     going to have write sales copy, or find someone who
16     does, and they're not going to be cheap.  You're going
17     to need to know how to create your own products, okay?
18     And creating your own products, I've now created over
19     50 of my own products.  These days, it's not that
20     hard, but I will tell you in the very beginning it was
21     incredibly hard, okay, because I'd never done it
22     before, and it would take literally weeks, sometimes
23     months just to create one information product.
24              How to create a sales funnel.  Well, you're
25     going to have to build all that if you choose this
```



**PX 22**                    **FTC-MOBE-001428**

58



```
1     option.  You're going to have to put all of that

2     together.  You're going to need to get merchant

3     accounts, shopping carts, customer support, deal with

4     refunds, chargebacks, constantly be testing new

5     different offers against each other, different

6     versions of a sales video, for example.  Setting up

7     automated webinars, all of that stuff.  If you choose

8     to create your own products, your own sales system,

9     this is what you have to look forward to.

10            Now, we have a lot of people who do choose

11     that option.  Okay, with my company, MOBE, we have a

12     website called MOBEMarketplace.com.  Think of this as

13     like a ClickBank.  It is our platform.  The difference

14     is all the -- the products, the information products

15     on this platform, they're related to the business

16     training niche.  So the people who put their product

17     on our platform, that's what they do, okay?  They have

18     to go and create all the products, the sales funnels,

19     and every single one of them -- I know many of these

20     people -- they say, this is a lot of work.  It is a

21     lot of work, okay?

22            And most people, they try and do this for

23     themselves from the very beginning.  It's often a

24     terrible mistake because there's just so much to

25     learn.  It's not just traffic.  You have to learn
```



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001429**



1       everything else as well.  So I do not recommend this

2       for the newbie.

3               Here's a funny slide.  This is by a guy I

4       respect a lot called Rich Schefren.  And it's a famous

5       slide he has in one of his presentations.  But there's

6       you in the middle.  If you were to go and do

7       everything in your online business, like create all

8       the products, the customer support, everything, these

9       are all the little individual things that you need to

10      take care of.

11              Now, just looking at this, how ridiculous is

12      it to think that you can do everything yourself?

13      Okay, it's -- it's -- I mean, just about no one could



14      do all of that.  Okay, there's so much work to do.  So

15      this is not the option I recommend.  Okay, this is not

16      the option I recommend.  I don't recommend traditional

17      affiliate marketing.  I do not recommend you creating

18      all this yourself because if you do, your margins are

19      going to be great.  You're going to make 100 percent

20      of the money, okay, from -- from what you're selling.

21      But it's -- it's so much work to build it all from

22      scratch, it really is.

23              So here's what I recommend instead.  This is

24      the third option which if you will utilize this

25      option, it will give you everything you want -- high

**PX 22**                    **FTC-MOBE-001430**



60

1    margins, big commissions, and also a lot of the work

2    is done for you.  A lot of the product creation,

3    customer support, all of that stuff is done for you.

4    And that is called high-ticket affiliate marketing,

5    otherwise known as HTAM.  Okay, high-ticket affiliate

6    marketing.

7         And, in fact, I wrote a book on this called

8    *Limitless*, which you -- you might even have heard of

9    and you might even have it.  This is the book I wrote

10   on high-ticket affiliate marketing.  And it's

11   basically a -- a manual, a guide for how someone can

12   get into the high-ticket affiliate marketing industry

13   and generate big commissions from home.

14        Now, by the way, if you are currently going

15   through the 21 steps, okay, if you've got your login

16   details, reach out to your coach, make sure that you

17   go through those initial few steps, at a bare minimum,

18   because once you complete Step 3, I will send you a

19   copy of this book, a physical copy of the book.  It's

20   over 200 pages.  I will send this to you in the mail,

21   to your home, anywhere in the world, whether you're in

22   Australia, America, Asia.  I will actually send you

23   the book in the mail once you complete Step 3 of the

24   21 steps.

25        Now, if you're not in the 21 steps, I'll



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                     **FTC-MOBE-001431**

1   tell you at the end how you can get into the 21 steps

2   as well.  Okay, but getting back to the high-ticket

3   affiliate marketing model, so we have our front end,

4   okay, this is the front end of the funnel, and we

5   offer inexpensive, valuable products, low risk to the

6   customer.  And then we have a back end.  Okay, the

7   back end refers to our higher priced, more valuable

8   products, which -- which we can market to our front-

9   end customers.

10          With high-ticket affiliate marketing, here's

11  what you're going to love about it.  You can make

12  $1,000-plus per sale.  $1,000-plus per sale.  If your

13  goal is to get to $10,000 a month or more, how many of

14  these sales do you need to get to that goal?  You need

15  ten, okay?  That's it, you need ten.  And how many is

16  that per week?  Well, it's, like, two and -- two and a

17  half, basically.  A little bit more than two.

18          Do you think that you can make two sales --

19  if you have the right sales system, do you think that

20  you can get two sales per week, like one every three

21  days, effectively, and make $1,000 per sale, can you

22  see yourself getting to $10,000 per month or more?  If

23  you have the right sales system, it's possible.  Okay,

24  it definitely is.

25          So here's what the traditional affiliate

**PX 22**          **FTC-MOBE-001432**

62



1    marketing model looks like on the left.  You're

2    getting commissions on front-end sales only.  That's

3    the big downside of traditional affiliate marketing.

4    And on the right, we have high-ticket affiliate

5    marketing.  This is where you're able to make

6    commissions on the back end for no extra work.  Okay,

7    so you're able to make up to $1,000 or more per sale

8    on the back end.

9           High-ticket affiliate marketing keeps you,

10    the affiliate, involved with the back-end sales.

11    Traditional affiliate marketing cuts you out.  Okay,

12    so which of these two would you rather be in?

13    Definitely it's high-ticket affiliate marketing.



14    That's where you want to be.

15           You get the best of both worlds, okay?  The

16    best of traditional affiliate marketing and creating

17    your own systems.  You get high margins, but without

18    all the work creating the products and sales funnels,

19    so it truly is the best of both worlds.

20           Pros.  Margins are good, making good,

21    healthy margins.  And you've also got up to $1,000 per

22    sale, even more.  You don't have to create the

23    products, the sales system that you utilize when you

24    leverage.  It's built for you.  It's ready for use.

25           The cons, I mean, I can't really think of



**PX 22**          **FTC-MOBE-001433**

63



1    too many.  Yes, you still need to generate traffic,

2    but for any online business, you're always going to

3    need to generate traffic, okay?  You're always going

4    to need to do that.  And with the right training,

5    that's -- that's not hard.  Okay?  So there's a lot of

6    good things about high-ticket affiliate marketing.

7    Getting to $10,000 a month, when you're able to make

8    $1,000 per sale or more, it's not really that

9    difficult.

10             I want to show you a few different case

11   studies.  These are people that over the years --

12   these are just some of them.  It's like a tiny, little

13   snippet of -- of all the people that I could show you.

14   But these are people who decided to leverage the high-

15   ticket affiliate marketing system, otherwise known as

16   the MOBE Marketing System, they decided to leverage it

17   and -- and make money with it.

18             Now, we don't call these people affiliates.

19   We actually call them consultants.  But it effectively

20   means the same thing.  So a MOBE consultant is the

21   same thing as a MOBE affiliate, except they have high-

22   ticket on the back end.

23             So, for example, David and Samantha ████,

24   they made a $1,250 commission with this system.  And

25   Linda ███ make a $1,250 sale.  Alic ████, Jeffrey



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001434**

64

1       ████.  Do you notice that the amount, some of them

2       are a little bit higher, $3,300, $8,800?  People from

3       all over the world.  I'm talking America, obviously.

4       That's our -- one of our bigger markets.

5              We have close to half of all our customers

6       there, but also people in the U.K., people in

7       Australia, people all over Asia.  We have people all

8       over the world who have leveraged this system.  Dale

9       ████, 78 years young.  He's already made over $40,000

10      with this high-ticket affiliate marketing system.

11             Kathryn ████, or Katie ████, she had one

12      sale that did over $20,000, okay, or one customer, I

13      should say, who got quite a few different high-ticket

14      offers on the back end.  She made over $20,000 from

15      one sale.  Nimi ████, multiple times.  I mean, all of

16      these people have done this multiple times, but you

17      can see, when the amounts -- this is what they're

18      making per sale.  Okay, so I'm not showing you all of

19      their -- their earnings.  I'm showing per sale on some

20      of their better sales.

21             But when you're making this kind of money,

22      thousands of dollars per sale, getting to $10,000 per

23      month, it's -- it's not really that difficult, it

24      really isn't, okay?  A lot of this has to do with

25      transaction size.

**PX 22**        **FTC-MOBE-001435**

1          Okay, and by the way, I said that I could

2     show you a lot more.  I could literally, for the next,

3     like, five hours, just take you through case studies

4     like that.  We paid out a combined total of over $67

5     million.  So you do the math on that.  $67 million,

6     how many people have made commissions?  It's a lot,

7     okay?  It's a lot.

8          If you want to be introduced to some of

9     these people and find out a little bit more about how

10    they're doing it, just write this down.  Don't --

11    don't go there now, because I want you to focus on

12    this training, okay?  We're almost done, but I want

13    you to -- to write this down and go there after the

14    training.  Go to MOBEInspiration.com.  And if you opt

15    in, if you put in your email address, each day, I'll

16    send you different case studies of people who are

17    making these high-ticket commissions.  Okay?  Now,

18    when you're able to make $1,000 per sale and getting

19    to $10,000 per month, it's quite easy.

20          Here are some people who have been doing it

21    for a while.  Shaqir's been doing it now since early

22    2014.  He really started taking it seriously.  At the

23    time of doing this training, he's done over 3.3.

24    million.

25          Paul ▇▇▇▇ from the ▇▇▇, over $2.3 million.

**PX 22**          **FTC-MOBE-001436**



```
1    John Chow from California, and he also lives in

2    Canada, over 2 million.  Adeline ████ from

3    ████, over 300,000.  Yannick, he's now living in

4    ██, over 226,000.  Nick ███ of the █, over

5    199,000.  Georg from -- I always forget where Georg is

6    from, but he's -- he's from somewhere in Europe, over

7    198,000.

8         Aik Hoon ███ from ████, okay, over

9    169,000.  And Aik Hoon would tell you herself --

10   she -- she will tell you herself that she's not a

11   technical person whatsoever, and that's fine.  She's

12   still been able to make very good money with this.

13        Chris and Susan ████ in the ██, 161K.

14   Ernest ██ in -- in ████ ████, over 116.  So I

15   can go on and on.  Deborah █████, a retired school

16   teacher, had never done anything like this before.  So

17   far, over 73,000.

18        So we have people all around the world

19   who -- who've been able to make these high-ticket

20   commissions.  And this whole thing started, just --

21   just so you know, a little bit of trivia, this started

22   in 2011.  That's when I first created the MOBE

23   Marketing System, okay, which was my system, my high-

24   ticket affiliate marketing system that other people

25   could plug into and use.
```



67

1          And when I did create it, I started making

2     really good money with it.  Okay, this is back in

3     really early 2011.  And people saw that, and they

4     started asking me this.  They said, Matt, what are you

5     doing?  Like how -- how are you getting these kind of

6     results?  And I said, well, I've created a system that

7     allows me to make up to $1,000 per sale, and sometimes

8     even more.  And they said, great, like, how do you do

9     it?  Can you show us how to create it.

10          So I tried to show them, and as soon as I

11    did, they said, this -- I -- I don't want to do that.

12    That looks like a lot of work, okay?  I don't want to

13    do that because I don't want to spend the next year of

14    my life trying to do what you've done, but is there

15    some way that I could use your system.  So I started

16    off by letting people use it.

17          The first guy who I allowed to use it, his

18    name was Troy.  And Troy was from ██████, Australia.

19    So I remember this quite clearly.  Troy, he said,

20    okay, I'll pay you some money to use the system; I

21    said all right, here's what it's going to be.  And he

22    started using it, and he actually generated his first

23    high-ticket commission with it.

24          So he was really happy about that, and I

25    thought, okay, well, maybe I can let some other people

**PX 22**          **FTC-MOBE-001438**

68



1    use it.  So people would actually pay to use the MOBE

2    Marketing System, but then they wouldn't have to go

3    and create all the sales systems that I showed you

4    tonight.  And it completely really -- if I'm being

5    honest with you, this -- it completely took me by

6    surprise.

7           If I went back to 2011 right now, when I

8    created this, if you had asked me, do you think that

9    this is going to go on to pay out over $67 million in

10   commissions over the next few years, I would have just

11   -- I would have laughed.  I wouldn't have thought that

12   was even possible.

13          But it did.  In 2011, things started taking



14   off.  2012, we paid out close to a million dollars in

15   commissions.  And then from 2013, 2014, '15, 2016, it

16   just went up and up and up.  So back then I couldn't

17   have imagined how successful it would be and how many

18   people would make good money with it.  But now over 67

19   million has been paid out.

20          And this is our new goal.  Our goal is to

21   get $100 million in commissions paid out as fast as

22   possible.  Now, we only have another 33 million to --

23   to go until we reach that target.  Once we get to that

24   target, then we'll look at the next big target, which

25   it's actually a billion dollars in commissions paid



**PX 22**          **FTC-MOBE-001439**

69

1    out.

2             But right now we're focused on getting to

3    $100 million in commissions paid out.  Here's my

4    question to you.  Would you be interested in being a

5    part of the next $33 million that we pay out?  Would

6    you be interested in receiving some of that money?  If

7    we train you, will you take this system, the MOBE

8    Marketing System, use it, send clicks to it, do what

9    these other people have done that I introduced you to

10   tonight, will you be prepared to do that so you can

11   actually earn commissions of $1,000 and up?

12            Okay, I want to tell you a little bit more

13   about it.  How are we going to get there?  These are

14   the things that I'm focused on right now.  Leverage.

15   We need the right consultants onboard.  When I say

16   consultants, I'm talking about affiliates.  Remember,

17   that's our word for affiliates.  We need the right

18   people -- and that could potentially be you -- who see

19   the value, are prepared to put in the time effort, and

20   it doesn't require much time at all, I mean, 30

21   minutes a day minimum to start is about what we're

22   looking for, but we need to get the right people

23   onboard who can take this system and help us advertise

24   it.  And in exchange, we'll pay them good commissions.

25            I'm focused on building a team of people,

**PX 22**          **FTC-MOBE-001440**

70



1    serious committed people, motivating them by offering

2    them a share in the rewards.  In other words, offering

3    them the high-ticket commissions of $1,000 or more.

4    MOBE is always looking for new talent to help

5    advertise by utilizing the MOBE Marketing System.  And

6    in exchange, if you're willing to help advertise, I

7    will pay you big commissions of $1,000 and up.

8         Okay, so when you become a MOBE consultant,

9    really you are becoming a MOBE affiliate for our high-

10   ticket affiliate marketing system.  Okay, you leverage

11   the proven MOBE Marketing System, but you don't have

12   to go and create the products, the selling systems,

13   the phone teams.  You don't have to do any of that.

14   All you have to do is generate leads, okay, or

15   generate traffic.  Let me show you.

16        You have all the products you could ever

17   need to -- to promote and earn commissions with.  And

18   really it's just a turnkey business system.  You put

19   leads in the front end, okay, or you pour them into

20   the funnel; and we turn them into high-ticket

21   commissions for you.  Okay, that's what we're very

22   good at.  That's how we paid out the 67 million in

23   commissions.

24        So, again, no products to create.  That's

25   all done for you.  No sales systems to create.  We've



**PX 22**          **FTC-MOBE-001441**

1    already created all of that for you.  No customer

2    service or admin paperwork to worry about.  Get back-

3    end sales, too.  You can make multiple commissions

4    from the same customer.  You get to do all of that.

5            Now, once you get involved with the system,

6    and I'll tell you about the investment in just a

7    moment, but once you get involved with the system and

8    you start utilizing it, there's a MOBE monthly

9    consultant fee as well.  And I'll tell you what you

10   get with that.  So it's 19.95 per month, okay?  Now,

11   you don't need to worry about that until you've

12   completed the 21-step system, okay, because you don't

13   need to even worry about that until you've actually

14   got the training first to know what you're going to

15   do.

16           Most of you on this training right now, you

17   are going through the 21-step training program.  If

18   you're not, in just a moment I'll tell you how you can

19   get involved in that.  But this is a training program

20   where every single day you have a video lesson, you're

21   working with a coach on the phone.  You have a

22   personally assigned coach who knows what they're

23   talking about, they've been doing this business for a

24   long time, and they are training you, getting you

25   ready.

**PX 22**                    **FTC-MOBE-001442**

72

1          Once you complete the 21 steps, then you're

2     able to start going and promoting and start making

3     good money.  We ask that you go through the 21 steps

4     first because we want to train you on exactly what

5     you're going to be doing.  Okay, so the MOBE Monthly

6     Consultant Program is 19.95 per month.  Again, you

7     don't need to worry about that until you're in a

8     position ready to promote, after completing the 21

9     steps.  That could be several weeks from now,

10    depending on how quickly you go through.

11         But for that, here's what you get.  You get

12    your back office access and all of your links; the

13    monthly "Consultant Insider" newsletter, okay, that's

14    delivered to your door.  This is a newsletter which I

15    actually write, and we also have our top-earning

16    consultants write as well.  And we send this to your

17    doorstep every month.  That's included.  Okay, so

18    that's full of really good valuable tips, strategies

19    that you can use to go and make more commissions.

20         Weekly live webinars.  So we're doing live

21    training with our top earners every single week.

22    Okay, you can learn what they're doing and how you can

23    do that in your business, too.  You have the dedicated

24    sales team working on your behalf.  You also have

25    access to the MOBE community, other people, just like



**PX 22**                    **FTC-MOBE-001443**

1     you, who got involved in this program.  Some of them

2     are brand new; some of them have been doing this for

3     over a year and made six figures with it.  But you'll

4     have access to all of those people, okay?

5          And, really, you also have our whole team of

6     staff, which is over 180 staff so far with MOBE,

7     largely a virtual team.  We have staff in America, in

8     the U.K., in Asia, all over the world really.  So you

9     have our whole team effectively running this sales

10    system for you.  And, again, what you're focused on is

11    generating traffic.  So we take you through the 21-

12    step training first, okay, and then you're ready to

13    start generating traffic and start earning really good

14    money.

15          Okay, so who's this for?  Is this for you or

16    not?  I'm -- I'm going to tell you who is this for and

17    who is not for because this is not for everyone.

18    Okay, so let me tell you who it's for.  Number one, if

19    you've been spending the last few months or possibly

20    years struggling online because you've never had your

21    own high-converting sales system, this is for you.

22    It's no wonder that you've been struggling.  You

23    haven't had a high-converting sales system.  This will

24    give you that.  This will instantly give you that.

25          If you're willing to put in a minimum of 30

1     minutes a day sending traffic to your MOBE consultant

2     links -- in other words, your MOBE affiliate links --

3     we train you on how to do this after you complete the

4     21 steps.  The 21 steps will train you on the more

5     fundamental foundational things you need to know, and

6     then we'll train you on the traffic after that.

7              If you don't yet have any of your own

8     products or coaching programs, this is for you.  It

9     gives you all that instantly.  You don't have to spend

10    a year or more creating it all from scratch.  And if

11    you're not yet at the stage where you're ready to set

12    up your own merchant accounts, get a customer support

13    desk, your phone rooms, all of that, and you'd rather

14    my company handles all of that for you, then this is

15    for you.

16             Who is this not for -- not for?  So if

17    you're already making $10,000 or more per month and

18    you already have everything that I've revealed to you

19    tonight, then maybe this isn't for you.  But even if

20    you are, you might consider this as another income

21    stream, okay?

22             If you have your own phone rooms set up,

23    okay, so you have people who are working for you on

24    the phone, selling for you, you've got all of that

25    dialed in and -- and running smoothly, making you

1    $1,000 commissions or more, maybe this isn't for you.

2           But here's the important one.  If you think

3    this is one of those push-button software programs

4    that's going to make you a million dollars by next

5    week, with absolutely no work, I will be very up-front

6    with you and tell you it's not and you shouldn't get

7    this, okay?  For this to work, you will need to

8    actually do some work.  Okay, you will need to send

9    some traffic.  So this is the sales system, but you

10   still need to -- to generate traffic.  I just want to

11   be up-front with you about that.

12          So the program is called the MOBE Marketing

13   System.  And it shows you how to succeed and dominate

14   with an internet business.  It also allows you to

15   generate those high-ticket commissions of $1,000 and

16   up.  The really good thing about this system is not

17   only can you start using it to earn those commissions,

18   but you can learn while you earn.  You can actually go

19   through the training that's provided in it, and you

20   can -- you can educate yourself on everything you need

21   to know about succeeding with an online business.

22          Here's just some of the training programs

23   that are included with it.  So when you get access to

24   the MOBE Marketing System tonight, you will also get

25   access to this course:  "My Email Marketing Empire."

**PX 22**                    **FTC-MOBE-001446**

76



1    This course is over eight hours of video content.  And

2    it shows you exactly how to go and build an email list

3    and then how to monetize that list.

4         The greatest asset that you will develop as

5    an internet marketer is your list.  I'm sure you've

6    heard that before, the money is in the list.  Well,

7    this program will show you everything you need to know

8    about building your own email list and making good

9    money with it.

10        Now, you'll also be able to sell this for

11   $194.  And as part of the MOBE Marketing System, you

12   will be able to earn 90 percent commissions with it.

13   That's $174.60 every time that this is sold.  That's

14   90 percent, okay, so you're getting practically all

15   the money but you don't have to spend all the time

16   creating the product, the sales letters, any of that.

17   So you get access to the products and you can go

18   through it as well.

19        Here's the next one.  This one's called "How

20   To Build A Funded Proposal."  This training program,

21   again, over eight hours of video content, this will

22   show you how to create your own sales funnel, okay?

23   So if you do want to learn how to create your own

24   sales funnel, this video program also has PDF written

25   text as well that you can -- you can print off and



**PX 22**          **FTC-MOBE-001447**

1    read through, it will show you step-by-step exactly

2    how to do that, everything.  And it retails for $194

3    as part of the MOBE Marketing System.  You can also

4    earn 90 percent commissions with it.

5         "Affiliate Bonus Domination."  This one is a

6    really valuable training program.  Again, over eight

7    hours of video content.  This retails for over $291.

8    You can earn 90 percent commissions with it, okay?  So

9    every time that you get a sale, you'll earn over $261.

10   This program is all about how you can promote other

11   products as an affiliate and offer your own bonus as

12   an incentive to buy, even if you don't have your own

13   products yourself.  I'll show you how to still use

14   this strategy.

15        The last time I used this strategy, I was

16   promoting someone's product.  I ended up coming second

17   out of all of their affiliates.  They had many

18   thousands, and this was a major international contest.

19   First prize was an Audi R8 sports car worth over

20   $100,000.  Now, I just -- I just fell short by a few

21   sales, so I came second.  I got a -- a nice Rado [

22   watch.  I definitely wanted the car more, but this

23   program will show you how I did it, okay, and it will

24   show you how you can also do it to promote other

25   people's programs and just make a lot more sales.

**PX 22**            **FTC-MOBE-001448**

78

1      It's a really good program.

2           "The O.P.T. Formula."  So OPT stands for

3      other people's time.  This will show you how to stand

4      out from the competition, maximize your profits by --

5      by actually outsourcing a lot of the work to create

6      your business, by creating irresistible bonus offers,

7      for example.  You can do that even building websites,

8      hiring staff.  So, again, you get to earn 90 percent

9      commissions with this, plus you get access to all the

10     training in the program itself.

11          This is the one, though, that I really want

12     you to pay attention to.  As part of the MOBE

13     Marketing System, you're also going to get access to

14     Traffic Masters Academy.  This is the only traffic

15     program on the market that shows you what real

16     affiliates have done to earn millions of dollars in

17     documented commissions with this same system that I'm

18     telling you about tonight, with the MOBE High-Ticket

19     Affiliate Marketing Program.

20          These are all the top earners in MOBE, okay,

21     and they actually created this program.  They each

22     recorded a module.  There's about eight hours of video

23     content in this.  But you will actually get access to

24     this system yourself.  You can go through all of their

25     training and learn it all, okay?  And as part of this

**PX 22**          **FTC-MOBE-001449**



1    product, you -- you actually get ongoing webinar

2    training, just about every night of the week.

3            This is a really -- really valuable thing

4    because we want to make sure that when you -- when you

5    get started with the MOBE Marketing System tonight

6    that you've got ongoing support, okay?  So even two

7    months from now, you're still getting ongoing support.

8    As part of this program, you get access to all of

9    these webinars for life.  Okay, you get to -- to show

10   up to the webinars, ask any questions you have, get --

11   get direct clearances.

12           So you get access to all of these trainings.

13   Again, they're most nights of the week.  When you take

14   action and you get the MOBE Marketing System, we will

15   give you access to this calendar, though, after you

16   complete the 21-step training, okay, because we want

17   you to focus on the 21 steps first.

18           Here's another product you get, the MOBE

19   Licensing Kit.  This is another product you can sell.

20   This is all about licensing other people's products.

21   So I've made tens of millions of dollars with

22   licensing over the years.  I've licensed some of our

23   own products, for example.  This product will teach

24   you all about that.  Okay, if you want to learn how,

25   it's included.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001450**

80

1           Those are just some of the programs with the

2      MOBE Marketing System.  They are the main ones,

3      though.  Those are the main core programs you get, but

4      you'll notice that -- that many of them pay 90 percent

5      commissions.

6           Now, that's on the front end.  Let's talk

7      about the high-ticket offers, though, that are offered

8      on the back end.  So I'm going to show you, with the

9      MOBE Marketing System, which you -- you're going to be

10     able to get in just a moment, I'm also going to show

11     you how you can make those $1,000 commissions on the

12     back end, and that's with us doing the selling for

13     you.

14          So if you refer someone to one of our -- our

15     lead capture pages and they buy a product, one of the

16     programs we offer on the back end is called 10,000

17     Leads in 100 Days.  This is a program where there's

18     100 videos, and each video goes for anywhere from 5 to

19     15 minutes.  And it shows you literally how I

20     generated over 10,000 leads in less than 100 days.  It

21     shows you where I placed the ad, what the ad said,

22     what I spent on the ad, how many leads I got from the

23     ad, how much profit I made from the ad, everything.

24     This is like you were in -- or you were in my office

25     when I was recording the course, looking over my

**PX 22**             FTC-MOBE-001451

1    shoulder, and seeing exactly where I advertise.

2            Now, when we sell this for you, you actually

3    get a $1,000 commission.  You make $1,000 right away,

4    okay, so that's an example of one of the high-ticket

5    commissions that you can make.

6            Here's another one.  We actually have a

7    film studio, and this is more of a service where if

8    someone gets this service through your link -- let's

9    say you refer a client and they end up purchasing one

10   of our -- our video packages.  These can run up to

11   $10,000 per day.  Your commission on that is $3,333,

12   okay?  So you don't need too many sales of that to

13   start having a -- a great month.

14           Here's another one.  This one's a -- another

15   service we offer.  If you have someone buy this

16   through your link, you actually make $3,333.  It's

17   basically a service where they will write, they will

18   get to co-write a book with me.  And in reality, I --

19   I actually write 99 percent of it, but then they get

20   to use it as if they wrote the book themself with me

21   as my -- as -- as their coauthor.  You'll make a

22   $3,333 commission off this particular service when you

23   have the MOBE Marketing System.

24           Here's another one.  This one's called the

25   "Done-For-You Webinar."  We actually build an



**PX 22**          **FTC-MOBE-001452**

82

1    automated, done-for-you webinar for clients.  If one
2    of your clients gets this, you're going to make a
3    $3,333 commission.  Now, you don't need to remember
4    what all of these program are.  I'm just showing you
5    just a few of them, just so you see these are some of
6    the programs offered on the back end, and these are
7    the kind of commissions that you're able to make with
8    them.
9            Okay, so that's the MOBE Marketing System.
10   Now, the retail value of the MOBE Marketing System is
11   $2,497.  For what it is, it is ridiculously cheap.
12   And just -- just think about that for a second.  If
13   you're able to make $1,000 pure commission or more,
14   which I just showed you you can, you can do more
15   than $1,000 a sale, how many sales do you need before
16   you -- you've covered everything that you -- you paid
17   to get the MOBE Marketing System?  You don't need that
18   many.  You need a few.  You need like three sales,
19   which isn't that hard to get.  As long as you follow
20   our training and you put in the effort, it's really
21   not that hard to get.
22           But I got a question for you.  It's $2,497.
23   If there was a way -- if there was a way, and I'm not
24   yet saying there is -- but if there was a way that you
25   get this entire system for free, and I mean all access

**PX 22**        **FTC-MOBE-001453**

83



1    to those products you're looking at on your screen

2    right now, the ability to earn $1,000 commissions or

3    more, would you be interested?  Would you be

4    interested in getting this for free?

5           Now, I'm getting a lot of comments.  I'm

6    getting a lot of yeses, yeses in capitals.  Okay.  I'm

7    not going to give it to you completely for free, okay,

8    but I am going to give it to you in a way where you

9    are getting it completely for free if you're willing

10   to do something else.  Okay, and let me explain what I

11   mean by that.

12          You ever been up late at night and you --

13   you turn on the TV and an infomercial comes on?  You

14   know those kind.  You know, it could be 2:00, 3:00

15   a.m. in the morning, and you turn it on and there's

16   some fancy new exercise equipment, and there's models

17   who have great bodies and they're -- they're using

18   this -- this piece of exercise equipment, and it just

19   looks so easy.  Okay, they make it look so easy.  And

20   you think, you know what, I'm going to get that, okay,

21   I'm going to get that.

22          So you pick up the phone and you actually

23   order this piece of exercise equipment, or at least

24   you can imagine yourself doing so.  So it arrives in

25   the mail; you start using it; and it's not as easy as



**PX 22**                        **FTC-MOBE-001454**

84

1    they -- they made it sound.  You know, it does require

2    a bit of effort, a bit of work, but still it's -- it's

3    not that hard.  But what usually happens to -- to most

4    people who invest in that fancy piece of exercise

5    equipment, what usually happens to it a month later?

6             What usually happens is if they can fold it

7    up and put it under -- under the bed, they will.  Or

8    it becomes like you see here in the picture, it

9    becomes like a clothes line, which they're not really

10   using that much anymore.  This is what happens.

11            Now, why is this?  Why do people spend money

12   on that fancy piece of equipment that they fully

13   intend to use and then they don't use it?  Is it

14   because the piece of equipment doesn't work?  What do

15   you guys think?  Do you think it's because the

16   treadmill in this case doesn't work and doesn't help

17   someone become more fit?  Of course not.  It's not the

18   treadmill; it's not the piece of equipment.  The piece

19   of equipment works fine.  It's just that the person

20   who is using it wasn't committed enough.  They didn't

21   stick with it.  They didn't have enough discipline,

22   and just bad habits crept in.

23            It all comes back to mind set.  Okay, that's

24   what it is.  It all comes back to mind set and the

25   person using it.  And here's what I don't want, okay?

**PX 22**                    **FTC-MOBE-001455**



1    I don't want you to get the MOBE Marketing System

2    tonight and not use it because that would just be a

3    sad, sad waste of potential.  You have the potential

4    right now to one year from now to have made over

5    $100,000 with the MOBE Marketing System.  Every single

6    one of you on this call -- in fact, you can even do a

7    lot more than that.

8         Now, I can't -- by law, I can't promise you

9    that you're going to do that because I don't know how

10   serious you're going to take it.  I don't know if it's

11   going to be like a piece of exercise equipment that

12   you -- you fold up and put under your bed a week later

13   from now.  But I want to make sure that doesn't

14   happen, okay, because I also know that you've probably

15   bought different internet marketing products before

16   and not used all of them.  The last thing I want is

17   for that to happen with the MOBE Marketing System.

18        This is too valuable for you to get tonight

19   and then not use.  So I want to do everything that I

20   can to make sure that when you get started tonight

21   with the MOBE Marketing System you also have the right

22   mind set, the right discipline, the right approach so

23   that you follow through and you get amazing results

24   with it.  I want you to get amazing results because

25   when you make money with it, I also make money, too.



**PX 22**                    **FTC-MOBE-001456**



1    We make money together, okay, but if -- if you're not

2    getting results, neither am I.  I want to make sure

3    you do really well.

4            So I am going to ask that instead of

5    investing in the MOBE Marketing System you invest in

6    yourself with another program I have which will create

7    long-term success.  Let me tell you about that.  It's

8    called the Silver Masterclass training.  Now, the

9    Silver Masterclass training, this is what it's going

10   to give you, okay?  I understand that you're excited

11   to make the $1,000 commissions and more, okay, that's

12   what you want.  But I'm going to give you what you

13   need through the Silver Masterclass training.  This



14   training will show you mind set secrets, mind set

15   secrets of the world's most successful entrepreneur.

16   So I'm talking about people who become billionaires,

17   how do they think differently from the masses, and how

18   can you adopt some of their mind set secrets as your

19   own.

20           Why entrepreneurs fail and how to ensure you

21   don't make their same mistakes.  Okay, so how to make

22   sure that you actually succeed with this, identifying

23   and then leveraging your natural money-making

24   strengths.  Every single one of you on this webinar

25   right now, you have natural talents, things that you

**PX 22**          **FTC-MOBE-001457**

1    are naturally good at.  You should focus on your

2    strengths and your business, not on making your

3    weaknesses average.  Focus on your strengths.  That's

4    the way you win.  So through this Silver Masterclass

5    training, I'll show you how to do all that.

6              Silver Masterclass training will also give

7    you crystal-clear clarity on your business, your

8    financial life goals, and also will help you map out a

9    plan to achieving them.  Okay, so the Silver

10   Masterclass is really about how to start and grow the

11   right business for you that gives you complete

12   personal and financial freedom.  This is my

13   foundational program, and it's one of the most

14   valuable products I've ever created in the last seven,

15   eight years that I've been doing this.

16             There's eight modules, and Module 1 will

17   show you entrepreneur secrets they don't want to tell

18   you to the importance of knowing why you want to be an

19   entrepreneur.  For example, the top 20 reasons startup

20   businesses fail.  I show you all the mistakes that

21   business owners make so that you can avoid them and --

22   and make sure that you're successful with this system

23   you're getting tonight.

24             Getting Everything You Want Out of Your

25   Business, Module 2.  So we show you how to create a

**PX 22**          **FTC-MOBE-001458**

88



1     custom blueprint of your ideal business and lifestyle.

2     If you could have everything you want in life, what

3     would it be, and then how do you create a business

4     that will get you everything you want.

5          Questions you must ask yourself before you

6     even start your business.  What does it really take to

7     build a big business?  We'll look at the common

8     characteristics of successful entrepreneurs.  How does

9     someone become a multi-millionaire or a billionaire?

10    How do they think differently?  We cover all of that.

11         Module 4, Unlock and Leverage Your Profit

12    Making Strengths.  Module 5, Choosing Your Million

13    Dollar Niche.  Module 6, Designing and Building Your

14    Lucrative Business Model.  Module 7, Choosing a

15    Winning Product and Offer.

16         And Module 8 is all about Hitting (and

17    Exceeding) All Your Financial and Personal Targets.

18    If your goal is to make $10,000 per month or $120,000

19    per year, how are you going to hit those targets?

20    Module 8 will show you.

21         Okay, now, once you go through the Silver

22    Masterclass training, you will also be able to get a

23    certificate and certified badge to -- to display on

24    your website and your marketing material.  And this is

25    worth a lot because this shows that you are a Silver



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001459**

89

1    certified consultant.  Okay, so if someone is thinking

2    about getting a MOBE product through you and they see

3    this badge, it gives you a lot more credibility.

4            Now, also, every time that we sell this

5    program to one of your leads, you make $1,250 per

6    sale.  Also included in it is the done-for-you emails

7    as well.  This is for the -- the monthly consultant

8    people.  You also get this, too.  So if you struggle

9    to write emails to promote your business, every single

10   day my copywriter rights an email that you can copy,

11   paste, send out.  Okay, that's included with it.

12           So that's the Silver Masterclass.  This is

13   an amazing program.  I'm really proud of this program

14   because I put a lot of effort into it, and this is

15   really -- this -- this is -- getting the mind set

16   right, it's -- it's critical, it's critical.  If you

17   have this, if you have the Silver Masterclass, this

18   will help you with the mind set.

19           If you can pair this up with the MOBE

20   Marketing System, now you have everything you need.

21   You've got the system, and you've also got the

22   program, the training program that will show you how

23   to make sure that you don't self-sabotage and buying

24   that piece of exercise equipment that one week from

25   now you're not using.  This program will make sure

**PX 22**                    **FTC-MOBE-001460**

90

1        that you have long-lasting change and that you go on

2        to get amazing results with the MOBE Marketing System.

3                    Okay, so, it's $2,497, the MOBE Marketing

4        System.  I said I'm going to give it to you for free

5        when you invest in the Silver Masterclass.  What I'm

6        doing here is I know you want the MOBE Marketing

7        System, the commissions.  I'm selling you on what you

8        want, but I'm giving you what you need, and that's the

9        Silver Masterclass.

10                   Now, you can get all of this at

11       MOBEsystem.com.  Do me a favor and just go to that

12       website right now, MOBEsystem.com.  Pull up a -- a

13       browser, open a tab, MOBEsystem.com.  Everything that

14       I just went through is there in writing, okay?  So

15       while I'm talking to you, you can fill out your name,

16       email, phone number, country, all of that -- those

17       details.  Just start filling that out right now.  I'm

18       going to keep on going because I'm not done yet.  I'm

19       going to be offering you a few more bonuses, too.  I

20       like to offer fast-action bonuses because people who

21       move fast, people who take action, those are the ones

22       who succeed in business.

23                   So here's what you're getting.  Okay, so far

24       -- this is what you're getting so far.  With the

25       Silver Masterclass, it's $2,497.  That's the value,

**PX 22**              **FTC-MOBE-001461**

1   that's we charge for it.  It's $924 per year for the

2   done-for-you emails.  That part you get for free.  You

3   don't have to pay for the done-for-you emails.  I'm

4   going to give that to you as a free bonus.

5          The other bonus I'm going to give you is the

6   MOBE Marketing System itself, the MOBE Marketing

7   System retails for $2,497.  I'm going to give that to

8   you for free.  Included in that is My Email Marketing

9   Empire, okay, that's the course that you'll be able to

10  earn 90 percent commissions with; How to Build a

11  Funded Proposal; Affiliate Bonus Domination.  The

12  resale rights of all of these programs is worth in the

13  thousands.  I'm going to give you access to those

14  products and the resale rights, all included.

15         Okay, so total value is $28,900.  And if you

16  think about that number for a second, if you're

17  wondering, well, is it really worth that much, well,

18  how long would it take for you to create all of those

19  products -- My Email marketing Empire, Funded

20  Proposal.  Each of them is close to eight hours of

21  video content.  I think they're actually ten hours.

22  It would take literally over a year, okay?  I know

23  because I went through and I created all of it.  It

24  takes a long time.

25         This really is worth over $28,000.  You can

**PX 22**          **FTC-MOBE-001462**

1    get it tonight for 2,497.  Okay, 2,497 when you go to

2    MOBEsystem.com.  Usually there may be a link that

3    appears below this, if my tech guy set it up right, so

4    there should be a link appearing below this right now.

5    You can also just click on that link.  Otherwise, just

6    go to MOBEsystem.com and you can get all of this.

7         Okay, I'm not done yet.  I'm going to give

8    you one more bonus.  I'm going to give you one more

9    bonus because I want to -- I want to remove any excuse

10   for you not taking action tonight.  I am very certain

11   that if you invest in this training, if you get the

12   MOBE Marketing System, which allows you to make those

13   $1,000 commissions and you get the Silver Masterclass,

14   which will help you with all the mind set, it will

15   help you get that critical part of the equation right,

16   with those two programs combined, I am very confident

17   that you can do extremely well with this system.

18        But I want to offer you one more fast-action

19   bonus because I want to remove any excuse from

20   inaction.  I want to see you take action if you -- if

21   you really want this.  I want to also offer you the

22   Gold Masterclass Training Program.  Now, here's how it

23   works.  The Silver Masterclass is our foundational

24   program.  This is one of our main products that we

25   promote because an entrepreneur, the first thing they

**PX 22**          **FTC-MOBE-001463**

93



1   should invest in is their mind set.  They've got to

2   get that part of the equation right.

3          The Silver Masterclass helps them with that.

4   The next program in our core curriculum is the Gold

5   Masterclass Training.  And I want to tell you about

6   Gold.  Gold is more expensive because it's also --

7   it's got so much value packed into.  What's Gold

8   about?  Let me tell you.

9          Gold is all about how to build a six-figure

10  business that consistently generates sales with a

11  proven customer acquisition process.  The customer

12  acquisition processes that I've learned over the last

13  seven, eight years that have generated over $100

14  million in revenue for my companies and also allowed

15  us to pay out over $67 million in commissions, it's

16  all contained in the Gold Masterclass training.

17         Okay, so who is this program for?  Well,

18  when we sell this to one of your leads and you make

19  the commission with it, the people who would be

20  interested would be any business owner who wants to

21  increase their profits, which is practically all of

22  them, okay?

23         So these are the kind of questions we ask.

24  Are you spending more -- more money than you're

25  bringing in and struggling to keep your head above



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001464**



1   water?  Have you lost passion for your business and
2   you're just going through the motions?  Has your
3   marketing fallen behind the times?  Are you leaving
4   money on the table by not selling more to your
5   existing customers?  Those are the kind of questions.
6   If people can answer yes, Gold is for them.
7        Gold has eight modules, okay?  Each module
8   goes for anywhere from 60 to 90 minutes.  All up, this
9   is ten hours of video training, and also it comes with
10  detailed manuals as well.  It is an incredibly
11  valuable program.  It takes you through everything --
12  how to put in place that customer acquisition process,
13  put in place irresistible offers, develop followup

14  strategies, everything.
15        Now, this program, you don't need to go
16  through it right away.  Okay, you can put this aside
17  and focus on the MOBE Marketing System, making money
18  with it, and also I recommend going through the Silver
19  Masterclass.  When you're ready, you'll be able to go
20  through this program.  But in the meantime, we will
21  also be offering this program to your leads, to your
22  clients, and every time they say yes, that they want
23  it and they invest in it, you will make a $2,500
24  commission with it.  Okay?  So it's a more expensive,
25  more valuable program, but it also pays you much



**PX 22**            **FTC-MOBE-001465**

95

1      bigger commissions.  Okay?

2              So that's what Gold is.  Now, Gold retails

3      for $4,997.  It also includes a ticket to a free live

4      event.  Let me do that again.  It also includes a

5      ticket to a live event called the Get More Customers

6      Summit, okay, which is a $3,000 event, a retail value

7      of $3,000.  You get it for free with this program.

8      Okay?

9              So $2,500 commissions you're going to get

10     with this program.  I am going to give you the entire

11     Gold Masterclass training program as a free bonus when

12     you take action tonight and you go to MOBEsystem.com.

13     Okay, you can get all of this together.  It's a one-

14     time offer.  I will offer this tonight.  And this is a

15     special offer I'm doing, and I'm doing this because,

16     again, I want to remove any excuse that you have for

17     not taking action tonight.  I want to just give you

18     everything you're possibly going to need to really get

19     your business off to a fast start and to get to

20     $10,000 a month or more.  Okay, so again, you can go

21     to MOBEsystem.com.

22              I actually laid out all of this in writing

23     on that page, too, MOBEsystem.com, so you can see it

24     all, read through it, and then take action

25     immediately, okay?

**PX 22**                    **FTC-MOBE-001466**

1          Now, another bonus I'm also going to give

2     you, I'm going to give you three private, 30-minute

3     sessions with one of our senior coaches as well.  So

4     they -- they will get on the phone with you.  Our

5     senior business coaches, they -- they have a lot more

6     experience than just our -- our normal business

7     coaches.

8          Our normal business coaches are great.  They

9     can certainly show you how to get to six figures per

10     year, but our senior business coaches, they show you

11     how to take things to the next level.  I'm going to

12     give you three private, 30-minute sessions with a

13     senior business coach.  The way this is -- this will

14     work is as you're going through the 21 steps, these

15     will be given to you in the more advanced steps.

16          On top of that, I'm going to give you done-

17     for-you articles.  This is a service we have where we

18     give you new articles that you can put on your blog or

19     you can use in your marketing.  You don't have to

20     write them.  We actually have our team of content

21     writers writing them for you.  This is normally $97 a

22     month.  This is free, for life, for you, as long as

23     you are in this program that I'm offering you tonight,

24     and you're also covering the monthly consultant fee

25     which you -- you do at the end of the 21 steps.  Okay?

1          Now, the Get More Customers Summit, this is

2     the three-day live event.  It retails for $2,997.  I'm

3     going to give you this -- this event, a ticket to it

4     completely for free with this program tonight.  So

5     when this event comes around, and you will hear about

6     it, we'll send you emails about it and we'll -- we'll

7     give you plenty of notice about it, you will be able

8     to show up and it will be completely free for you if

9     you take action tonight.

10          Okay, now, we normally do this in Las Vegas.

11     We do it just a few times per year.  It is one of our

12     newer events.  But, again, we will give you plenty of

13     notice.  And we have people who fly in from all over

14     the world to attend this event.  I highly recommend

15     you get to it.  But I'm going to give you a free

16     ticket, okay?  And you can use that for up to one

17     year.  Okay, so you get an -- an entire year to use

18     that.

19          Now, here's also what I'm going to do.

20     Tonight, when you take action, I'm also going to give

21     you the Gold Inner Circle for a month for free.  I'm

22     going to give you a free month trial.  Now, this is

23     normally $64 a month.  So it's actually two

24     newsletters.  It includes the Gold Inner Circle

25     newsletter and the Silver Inner Circle newsletter.  I



1    write the content in these personally, okay?  Not --

2    not all of it, because we also have some guest authors

3    as well.  But I write a lot of it myself.  And this

4    arrives in the mail once per month.  So we will send

5    this to your home.

6            I'm going to give you a free trial for one

7    month.  Again, it's normally $64 a month.  I'm going

8    to send this to you in the next 30 days when you take

9    action tonight.  If you decide you want to continue

10   with it, it's 64 per month, but that's completely up

11   to you.  If you decide it's -- it's not for you for

12   whatever reason, let us know, you can cancel it, no

13   obligation.  But, again, I'm going to let you try it

14   for free for one month.

15           Okay, so if you want all of this, go to

16   MOBEsystem.com right now, and you can get it all.

17   It's all there, all laid out on one page so you can

18   see everything.  Take action right now.

19           Okay, so that's the Gold Masterclass.

20   That's what included with the Gold Masterclass.  Now,

21   I'm sure you can see why we actually offer this for

22   $4,997.  That's the retail value on the Gold

23   Masterclass, because there's a lot of value packed

24   into it.  I'm giving you the entire thing for free

25   when you take action tonight at MOBEsystem.com.

**PX 22**          **FTC-MOBE-001469**

99

1          Okay, so, just to go through this again.  So

2     you're going to get everything in the Silver

3     Masterclass.  You're going to get the MOBE Marketing

4     System, which normally sells for $2,497, absolutely

5     free.  And you get everything included in the MOBE

6     Marketing System.  The Gold Masterclass itself, which

7     retails for close to 5,000, you get all of that, too,

8     as well.  You get the Get More Customers Summit

9     ticket.  You have an entire year to use that.  You get

10    a free one-month trial of the Gold Inner Circle as

11    well, everything that you could possibly need.

12          Total retail value of everything you see

13    here is $39,122.  You can get all of this here on

14    tonight's webinar at MOBEsystem.com for 2,497.  Okay,

15    that's it.  It is a complete bargain.  I'm giving you

16    all of this because I want to see you do really,

17    really well.

18          Okay, MOBE consultant, I want to see you go

19    and make a lot of money, have a lot of success, do

20    extremely well.  Everything that you see here will --

21    will allow you to do really well.  You've got the mind

22    set covered with the Silver Masterclass.  The Gold

23    Masterclass is just an incredibly valuable bonus.  You

24    can also make $2,500 commissions on that.  And then

25    all the products included with the MOBE Marketing

**PX 22**                    **FTC-MOBE-001470**

100

1    System, too.

2             There's just a lot here.  I mean, I -- I

3    glanced over a lot of it very quickly just because of

4    time, but there's a lot here, okay?  So that's all at

5    MOBEsystem.com.

6             Remember what we said at the start of the

7    training.  I said to you traffic plus conversions

8    equals sales, and you've got to make sure that your

9    sales is greater than your ad budget, okay?  The most

10   important part of this whole thing is the conversion,

11   okay?  It's the selling system that you have in place.

12   That's where you got to start.  You get that part

13   right, and then just learn how to generate traffic.

14   We're going to show you how to do that when you get

15   through the 21 steps.  And you got everything you need

16   to go and do extremely well in this business.

17            Now, by the way, if you're not in the 21

18   steps yet, what will actually happen is when you go to

19   MOBEsystem.com and you take advantage of the special

20   offer right now, you fill out your details, you -- you

21   go to the next page, you complete it, I'm actually

22   going to reach out to you or have one of my team

23   members reach out to you, and we will actually get you

24   started with the 21 steps.  We'll tell you how to get

25   started.  We'll -- we'll give you the links you need

**PX 22**          **FTC-MOBE-001471**



101



1    to get started.

2            And then you can -- you can also go to

3    through the 21-step training, too.  If you're already

4    in the 21 steps, then take action right now.  Go to

5    MOBEsystem.com.  Take action now, and then reach out

6    to your coach and tell them you took action, okay?

7    Tell them you took action, and then they're going to

8    make sure that through the rest of the coaching they

9    really focus on helping you get results with this

10   program, okay?

11           So just think, you can spend a few years of

12   your life and hundreds of thousands of dollars trying

13   to create all of this, or you can make the smart and

14   easy decision to invest in this special offer and

15   finally start making the money that you deserve.

16           Okay, so get started right now,

17   MOBEsystem.com.  Thanks, everyone.  I truly appreciate

18   you being on the call.  I look forward to meeting you

19   in a future live event.  Love to be able to hand you a

20   big check at one of our live events.  So remember,

21   just focus on doing the things each day which bring in

22   the money.  Our coaches will show you what those

23   things are, but they are placing ads and utilizing

24   this system.  You get everything that you need to do

25   well.  Now all you need to do is consistently go and



**PX 22**                    **FTC-MOBE-001472**

102

1    promote, consistently get traffic, and we'll show you

2    how to do that.

3              Okay, so thanks a lot, everyone.  Take

4    action, and good night.

5              **(The video recording concluded.)**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-001473**

103

1               CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12             I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20                                   *Sara J. Vance*

21      DATE:  1/31/2018             _____

22                                   SARA J. VANCE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**               **FTC-MOBE-001474**

# Exhibit U

**FTC-MOBE-001475**

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE             MOBE

DATE              RECORDED:  OCTOBER 25, 2017
                  TRANSCRIBED:  DECEMBER 4, 2017
                  REVISED:  APRIL 16, 2018

PAGES             1 THROUGH 52

### TRAINING CALL WITH CARLOS VERDUGO
Call_2017-10-25_13-10-49

*Jones*
4-19-2018

For The Record, Inc.
(301) 870-8025 – www.ftrinc.net – (800) 921-5555

**PX 22**                    **FTC-MOBE-001476**

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                                      PAGE:

 5    Training Call with Carlos Verdugo                 4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                       **FTC-MOBE-001477**

3

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      MOBE                           )  Matter No. 1723072

5                                     )

6      ------------------------------)

7                              October 25, 2017

8

9

10

11            The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      November 16, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          FTC-MOBE-001478