4

1                          P R O C E E D I N G S

2                        –      –      –      –      –

3              Training Call:   Call_2017-10-25_13-10-49

4                   (Background chatter.)

5                   UNIDENTIFIED MALE:  (Inaudible).

6                   UNIDENTIFIED MALE:  Yeah.

7                   UNIDENTIFIED MALE:  (Inaudible) oh, sorry.

8       (Inaudible).

9                   CRISPIN [REDACTED]:  Thank you.

10                  UNIDENTIFIED MALE:  (Inaudible).

11                  CRISPIN [REDACTED]:  Sure.

12                  UNIDENTIFIED MALE:  (Inaudible).

13                  CRISPIN [REDACTED]:  Oh, I've been down for

14      some weeks.  I keep sending today like to (inaudible).

15                  UNIDENTIFIED MALE:  Yeah.  (Inaudible).

16                  CRISPIN [REDACTED]:  So for now, much

17      better.  Have you signed your contract?

18                  UNIDENTIFIED MALE:  (Inaudible).

19                  CRISPIN [REDACTED]:  We're having an

20      international conference here.

21                  UNIDENTIFIED MALE:  (Inaudible).

22                  CRISPIN [REDACTED]:  (Inaudible) call.  So

23      we are just waiting for -- I'm -- I'm doing some kind

24      of training, so I'm waiting for the coach to come in.

25                  NATALIE [REDACTED]:  Welcome, everyone.  Can

**PX 22**                              **FTC-MOBE-001479**

5

1    you hear me?

2              CRISPIN [REDACTED]:  Yes.

3              NATALIE [REDACTED]:  Thank you for being on

4    time.

5              CRISPIN [REDACTED]:  Hello?  (Inaudible).

6              NATALIE [REDACTED]:  Your coach will be with

7    you in two minutes, okay?

8              UNIDENTIFIED MALE:  Okay.

9              CRISPIN [REDACTED]:  Okay, thank you.

10             NATALIE [REDACTED]:  Yes, Mrs. [REDACTED], I

11   can hear you loud and clear.

12             You're welcome.

13             Yeah, I got a mister here that is using

14   glasses.  Can you tell me your name, please?

15             I can just read ███████ on the screen.

16             KEITH [REDACTED]:  Keith [REDACTED] here.

17             NATALIE [REDACTED]:  It's Keith [REDACTED].

18   Thank you so much.

19             KEITH [REDACTED]:  You're welcome.

20             **(Pause.)**

21             CARLOS VERDUGO:  Hey, everybody.  How are

22   you today?

23             Hey, who's here?

24             KEITH [REDACTED]:  Hey.

25             CARLOS VERDUGO:  Okay, Crispin, can you hear

**PX 22**          **FTC-MOBE-001480**

6

1     me?

2                    CRISPIN [REDACTED]:  Yeah, I can hear you.

3                    CARLOS VERDUGO:  Okay, great.

4                    Mozart, can you hear me?

5                    MOZART:  Yes, I can hear you.

6                    CARLOS VERDUGO:  Okay.  I guess ███████ is

7     Keith, right?

8                    KEITH [REDACTED]:  Yes.  Here.

9                    CARLOS VERDUGO:  Okay, cool.  I can hear you

10    very good as well.

11                   So let me change your name so I remember not

12    to call you ████████.

13                   Okay, Zidi, can you hear me?  No, Zidi can't

14    hear me.  Oh, what's happening with Zidi?

15                   Well, I hope he can fix -- oh, this message

16    is for Zidi, okay?  For you guys.

17                   Come on, Zidi, you can do it.

18                   Thank you for being on time.  Who else I

19    have here?  It says [REDACTED] is [REDACTED]?  Okay.

20    Okay.  ███████.  Let me change your -- [REDACTED].

21    Your name, [REDACTED].

22                   Yeah, [REDACTED].  Okay, great.

23                   So that's a Latin American last name, right?

24    It's yours?  Or your husband's?

25                   ([REDACTED] not audible.)

**PX 22**                    FTC-MOBE-001481

```
1              CARLOS VERDUGO:  Uh-huh.

2              I guess, if you -- if that's okay with you.

3      If you -- if you -- if you get along with your

4      husband, that's fine.

5              Okay.  Thank you for being on time, and make

6      sure that you are on one place, steady, keep -- with a

7      pen and a piece of paper.  Oh, Christos is joining us.

8      Okay, Christos, can you hear me?  Can you see me good?

9              Christos?

10             Christos, can you hear me, my friend?

11             Yeah, Crispin, do you think that -- that you

12     can stay on the place with no -- I mean a quiet place?

13             CRISPIN [REDACTED]:  Yes.

14             CARLOS VERDUGO:  Please?  Great.

15             CRISPIN [REDACTED]:  Yes.

16             CARLOS VERDUGO:  Okay, so, I'm just waiting

17     for -- for Christos to let me know that you can hear

18     me -- I mean, not Christos -- yeah, Christos.

19     Christos, can you hear me?  Yeah, you're muted,

20     Christos.

21             CHRISTOS [REDACTED]:  I can hear you now,

22     yeah.

23             CARLOS VERDUGO:  There you go.  Okay.

24             CHRISTOS [REDACTED]:  Okay.

25             CARLOS VERDUGO:  So we have a problem with
```

**PX 22**                    **FTC-MOBE-001482**

```
1        Zidi.  Keith.  Okay, almost every -- I think everybody
2        is here, so we can start.  So I'm going to be muting
3        some of you that have noise around, and I'm going to
4        unmute you when -- when the time comes to talk, okay?
5        So I really want to start -- first of all,
6        congratulations on your progress up to Step 7.  Very
7        good.  Good answers.  I received your answer for 6 and
8        7, all of you.  So, Crispin --
9                    UNIDENTIFIED MALE:  (Inaudible).
10                    CARLOS VERDUGO:  Keith, Christos, okay.  And
11        I really want to start --
12                    UNIDENTIFIED MALE:  (Inaudible).
13                    CARLOS VERDUGO:  -- and knowing -- who is
14        it?  Who's talking to me?
15                    CRISPIN [REDACTED]:  Oh, somebody was
16        talking to me.
17                    CARLOS VERDUGO:  Okay.
18                    CRISPIN [REDACTED]:  Yeah.
19                    CARLOS VERDUGO:  Okay, so I really want to
20        start knowing a little bit more about you.  So I'm
21        going to be going one by one.  So let me -- let me
22        see.
23                    Crispin, Crispin, my friend, where are you?
24        Where is your profile?  Let's see, there is too many
25        people today here, which is good.
```

**PX 22**            **FTC-MOBE-001483**

1          Okay, so, Crispin, you are 51.  You are

2   working in ███████, but you are ███████ originally,

3   right.

4          CRISPIN [REDACTED]:  Yes.

5          CARLOS VERDUGO:  Yeah, but what do you do

6   for a living?  I mean, you said that you are working

7   there, but you didn't explain to me what exactly you

8   do.

9          CRISPIN [REDACTED]:  Yeah, actually, I'm in

10  the professional water supply and sanitation, and so

11  here I -- I'm managing a small program in my ██████.

12         CARLOS VERDUGO:  Okay.  Working to supply

13  water for the -- for the people, right?

14         CRISPIN [REDACTED]:  For the -- yes.

15         CARLOS VERDUGO:  For how long have you been

16  doing this?

17         CRISPIN [REDACTED]:  For most -- maybe 27,

18  28 years now.

19         CARLOS VERDUGO:  Wow.  Always in ██████ or

20  different places?

21         CRISPIN [REDACTED]:  Yeah, of course.

22         CARLOS VERDUGO:  Okay, and do you like your

23  job?  Do you enjoy it?  Is it fun?

24         CRISPIN [REDACTED]:  Yes, I do.  And I have

25  a passion for this job, and it's like -- much as it is

**PX 22**                    **FTC-MOBE-001484**

10

1      my daily bread, but I just have a very big passion for

2      the job.

3              CARLOS VERDUGO:  Uh-huh, okay.

4              CRISPIN [REDACTED]:  (Inaudible).

5              CARLOS VERDUGO:  And why -- and why do you

6      think that an online business could be a good fit for

7      you?

8              CRISPIN [REDACTED]:  Yeah, I'm actually

9      looking at the number of years that I've spent

10     working.  You can hardly tell, or you can hardly show

11     something, but, you know, you say, okay, I'll work for

12     20 years or 25 years and this is what I can show the

13     people.  Or it's like all my paychecks and stuff's

14     like from hand to mouth.  You can't even keep

15     something in the bank.

16             CARLOS VERDUGO:  So there is no money left

17     at the end of the month.

18             CRISPIN [REDACTED]:  No, no money left at

19     the end of the month.

20             CARLOS VERDUGO:  Okay.  So, basically, there

21     is just a lot of month at the end of the money.

22             CRISPIN [REDACTED]:  Yes.

23             CARLOS VERDUGO:  Okay.  Okay.  Great, thank

24     you.

25             Who else?  Mozart, my friends.  Finally, we

**PX 22**                    **FTC-MOBE-001485**

1    made it.  Okay, so Mozart (inaudible), what I know

2    about you, you didn't fill out application form,

3    however, you share with me that you are 68 -- 66 years

4    old and that you are a lawyer, right?

5            MOZART:  Right.

6            CARLOS VERDUGO:  A government lawyer.  But

7    that means that you never made a lot of money because

8    you work for the government, so you're a public

9    servant basically, right?

10           MOZART:  (Inaudible).

11           CARLOS VERDUGO:  Okay.  So you have been

12   working for the government for how long?

13           MOZART:  Well, let me see, about 33 years.

14           CARLOS VERDUGO:  How long?

15           MOZART:  About 33 years.

16           CARLOS VERDUGO:  Thirty-three?  Oh, so

17   you're about to retire?

18           MOZART:  Yeah.

19           CARLOS VERDUGO:  Okay.  And why --

20           MOZART:  Which is why I really need your

21   help.

22           CARLOS VERDUGO:  Aah, because -- because you

23   can see your pension will not be enough, so you need

24   to do something --

25           MOZART:  (Inaudible).

**PX 22**          **FTC-MOBE-001486**

12

1          CARLOS VERDUGO:  Okay.  And why an online

2     business instead of other kind of business that you

3     can do from home once your retire or before that?

4          MOZART:  Well, I see the leverage that the

5     internet offers.  And I've been fooling around about

6     it two years trying to find something, always it just

7     information overload, until I -- I saw this here.  I

8     said, wow, okay, someone's going to hold my hand and

9     walk me through that part.

10         CARLOS VERDUGO:  Okay.  Thank you.

11         Okay, Keith.  Keith [REDACTED].

12         KEITH [REDACTED]:  Hey.

13         CARLOS VERDUGO:  It says you're -- it says

14    you're 50, and you're working as a manager on the

15    third shift, right?

16         KEITH [REDACTED]:  Yeah, on the third shift,

17    yes.

18         CARLOS VERDUGO:  On the automotive industry?

19         KEITH [REDACTED]:  Automotive, yes.

20         CARLOS VERDUGO:  Which -- which company?

21    Which brand?

22         KEITH [REDACTED]:  It's [REDACTED].

23         CARLOS VERDUGO:  Okay.  For how long have

24    you been doing this?

25         KEITH [REDACTED]:  I've been doing it 18

**PX 22**          **FTC-MOBE-001487**

13

1    years.

2              CARLOS VERDUGO:  Wow.

3              KEITH [REDACTED]:  Yeah.

4              CARLOS VERDUGO:  All of you guys always stay

5    that long on your job?  The three of you, you're 26

6    years, 33 years, now you're more than 15.  I mean,

7    what's wrong with you guys, right?

8              KEITH [REDACTED]:  Yeah.

9              CARLOS VERDUGO:  Well, I understand that the

10   old part of that was, you know, to stay -- find a good

11   job, stay there and retire.  Today, if you stay more

12   than five years on a place, you're -- are you kidding

13   me, right, because today you -- you move around,

14   you're -- you learn more, you grow --

15             KEITH [REDACTED]:  Yeah.

16             CARLOS VERDUGO:  -- because the -- the

17   market's completely different today.  Okay.  So

18   basically you -- you -- you sleep during the day and

19   you work at night.

20             KEITH [REDACTED]:  Sleep during the day,

21   work at night, yes.

22             CARLOS VERDUGO:  So how's your life -- your

23   family life?

24             KEITH [REDACTED]:  It's not as great as it

25   was when I was on the opposite shift.

**PX 22**          **FTC-MOBE-001488**

1                CARLOS VERDUGO:  Mm-hmm.

2                KEITH [REDACTED]:  But, you know, I had -- I

3    had -- I had taken custody of a three-year-old,

4    actually.  He's three now -- he's four now.  When I

5    took custody of him, he was right at two.  I was on

6    the day shift at that point but had to change shifts

7    because of the -- what it took to get custody of him.

8    So I had to have my day.  Now that all that's

9    resolved, it's kind of hard, you know, night shift.

10              CARLOS VERDUGO:  For sure.

11              KEITH [REDACTED]:  And that's why I was --

12    I've always been looking for something to supplement

13    that --

14              CARLOS VERDUGO:  Okay.

15              KEITH [REDACTED]:  -- to where I can

16    actually get out of working in factories and have more

17    time -- get my time back with my family.

18              CARLOS VERDUGO:  Okay.  So do you think that

19    with an online business you can do that and eventually

20    you can quit your job, right?

21              KEITH [REDACTED]:  Oh, yes.

22              CARLOS VERDUGO:  Okay.  Thank you.

23              Okay, who else?  Christos, my friend.  Let

24    me see.  Where are you?

25              CHRISTOS [REDACTED]:  Hello.  Hello,

**PX 22**           **FTC-MOBE-001489**

15

1     everyone.

2               CARLOS VERDUGO:  So Christos from ▮▮▮▮▮, as

3     you can see by his name.  So Mozart -- Christos, it

4     says that you are 42.

5               CHRISTOS [REDACTED]:  (Inaudible).

6               CARLOS VERDUGO:  And you work on a logistics

7     company, right?

8               Right?

9               CHRISTOS [REDACTED]:  Can you hear me?

10    Because I lost a little bit of connection.

11              CARLOS VERDUGO:  Yeah, I said you work on a

12    logistic company.

13              CHRISTOS [REDACTED]:  Exactly.  I'm in a

14    logistics company.  I'm only four years with respect

15    to all the other people that talked before, only four

16    years, and I -- we work in shifts, too, like Keith.

17    So it's a crazy schedule a little bit, because we work

18    day and then afternoon and the evening.  And

19    (inaudible) time and it's quite difficult.

20              CARLOS VERDUGO:  Okay.

21              CHRISTOS [REDACTED]:  So I'm asking -- I'm

22    answering questions before you -- you ask me, but the

23    reason I would like to join is because I would like to

24    leverage, let's say, the possibility that --

25              CARLOS VERDUGO:  Okay.

**PX 22**          **FTC-MOBE-001490**

                                                                            16

1                    CHRISTOS [REDACTED]:   -- opportunity gives

2        you.

3                    CARLOS VERDUGO:  Okay, great.

4                    And then, [REDACTED], 30 years, unemployed,

5        right?

6                    ([REDACTED] not audible).

7                    CARLOS VERDUGO:   Okay.

8                    Uh-huh.

9                    Okay.  Do you have -- do you have kids?

10                   Two kids?  Okay.  So you are a stay-at-home

11       mom now?

12                   No.

13                   Okay.  So an -- an online business will

14       allow you to stay at home with them and make money

15       from home basically, right?  And anywhere, yeah.

16       Okay.  Thank you.

17                   And Zidi, Zidi, you are from ███████.  You

18       are 22 years old.  You're a -- you're a student.

19       You're studying civil engineering.  So, yeah, that's

20       basically what you do.  You're -- you're a student.

21       Do you have any -- Zidi, do you have any part-time job

22       today or something to make money?

23                   I can't hear you.  You're muted.

24                   No, we can't hear you.  You're muted, Zidi

25                   ZIDI [REDACTED]:  Okay.

**PX 22**                    **FTC-MOBE-001491**

1          CARLOS VERDUGO:  There you go, okay.

2          ZIDI [REDACTED]:  I said no.

3          CARLOS VERDUGO:  So you're -- okay, no,

4    okay.  So you want to start an online business so you

5    can provide some funds, but you would keep studying

6    your career, right?

7          ZIDI [REDACTED]:  Yes.

8          CARLOS VERDUGO:  Okay.  So, guys, for all of

9    you, what if you could do the business that you're

10   looking for basically from home, with a computer,

11   without any employees as a traditional business has,

12   but you will have other people assisting you in

13   running the business, so you have some mentorship?

14   For example, if you decide to join our business, I'll

15   be part of the team that will be working directly with

16   you, but I'm not going to be your boss, I'm not going

17   to be your employer.  We are more like a partnership,

18   like a friendship here.

19          So would something like that be interesting

20   to you?

21          UNIDENTIFIED MALE:  Yes.

22          CARLOS VERDUGO:  Yeah?

23          UNIDENTIFIED MALE:  Uh-huh, yes.

24          UNIDENTIFIED MALE:  Uh-huh.

25          CARLOS VERDUGO:  Okay.  And you know that

**PX 22**          **FTC-MOBE-001492**

18

1    when you work for a company, like some of you do, or

2    even if you have your own business, sometimes you're

3    kind of limited on what are you going to be able to

4    make, or how much the company's going to pay you,

5    right?

6              KEITH [REDACTED]:  Right.

7              CARLOS VERDUGO:  So I want you to write

8    down --

9              UNIDENTIFIED MALE:  Yes.

10             CARLOS VERDUGO:  -- what will be your ideal

11   number, what will be your ideal income on a monthly

12   basis on America dollars, okay?  How much money you

13   would like to make, ideally, but let's keep it

14   realistic, please, because, of course, everybody want

15   to make a million dollars a month, but I guess that a

16   good starting point will be something like two times

17   or three times what are you doing right now, should be

18   a good starting point so you can, you know, do

19   whatever you want with your life, I guess, okay?  So

20   just write down your number, and also write down five

21   things -- five things that you would do with -- with

22   your money.

23             Okay?  For example, what would you do for

24   your family, how your life would be different, what --

25   what will you do about the business or the job you

**PX 22**              **FTC-MOBE-001493**

1   have today.  Maybe you would keep it or you will be

2   quitting, I don't know.  How will you reward yourself?

3   Okay, so write down the number, five things, and I'm

4   going to ask you one by one in three more minutes.

5          **(Pause with some inaudible background**

6   **chatter from at least one line.)**

7          CARLOS VERDUGO:  Okay, guys.  So, Crispin,

8   what about you?  What -- what would be your number,

9   how much money you would like to make in a month?

10         CRISPIN [REDACTED]:  How about 10,000?

11         CARLOS VERDUGO:  Okay, ten grand.  So let's

12   say that we got your income to that point, 10,000 a

13   month, what would you do with this type of money

14   coming in?

15         CRISPIN [REDACTED]:  Initially, if I happen

16   to get this type of money, I would try to help my

17   family members to go back to school.  Some of them

18   have dropped because they really -- they can't afford

19   to send them back to school.

20         CARLOS VERDUGO:  Okay.

21         CRISPIN [REDACTED]:  I'd also -- I'll also

22   continue investing.  I'll also continue investing in

23   the business.

24         CARLOS VERDUGO:  Sure, okay.  What else?

25         CRISPIN [REDACTED]:  Yes.  I should

**PX 22**          **FTC-MOBE-001494**

1      continue, right?

2                    CARLOS VERDUGO:  Just -- yes.

3                    CRISPIN [REDACTED]:  All right.  As -- as --

4      as part of my social responsibility, I thought I could

5      also help my community members to come up with social

6      projects.

7                    CARLOS VERDUGO:  Okay, okay.

8                    CRISPIN [REDACTED]:  Yeah.

9                    CARLOS VERDUGO:  Awesome.

10                   CRISPIN [REDACTED]:  Yeah.

11                   CARLOS VERDUGO:  What will -- what will be

12     your reward?

13                   CRISPIN [REDACTED]:  The reward, I think --

14     I think it's just a passion to help the people because

15     I'm -- I'm looking at, you know, my -- my community.

16     If I'm somebody who has worked for about 25 years and

17     I can't really, you know, tell somebody to say wait

18     for that, and it -- it simply tells that, you know,

19     the people are very poor in my community.

20                   CARLOS VERDUGO:  Yeah.

21                   CRISPIN [REDACTED]:  And, so, we could, you

22     know, come up with some social -- you know, social

23     projects.

24                   CARLOS VERDUGO:  Absolutely.

25                   CRISPIN [REDACTED]:  To help them uplift

**PX 22**                    **FTC-MOBE-001495**

21

1    their lives, yes.

2             CARLOS VERDUGO:  Okay, great.  I just take

3    notes out of that.  So how important it is for you to

4    achieve that, to get to that point?

5             CRISPIN [REDACTED]:  Yeah, I think the most

6    important thing is when you actually follow all the

7    steps, the steps that we are training -- we have been

8    trained, it will be very important, you know, to make

9    sure that you put an emphasis, you know, you have to

10   be enthusiastic, to want, because you have to ask your

11   question, what do you want to achieve at the end of

12   the day.  So that should be the driving -- that should

13   be your driving factor.

14            CARLOS VERDUGO:  Okay, awesome.  Thank you.

15            Mozart, what about you?  What would be your

16   number?

17            MOZART:  Between 10- and 15,000 a month.

18            CARLOS VERDUGO:  Okay, I'm going to write

19   down 12,500.

20            MOZART:  Yeah.  We're talking about

21   initially, right?

22            CARLOS VERDUGO:  Yeah.  I mean, in order to

23   start, right?

24            MOZART:  Are you talking about the final

25   thing we want to get to?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**        **FTC-MOBE-001496**

1    CARLOS VERDUGO:  Absolutely, absolutely, no,
2  there will be -- this will be a process, and as soon
3  as you start the business and you find that sweet spot
4  where you invest one dollar and you get two back, all
5  you need to do is put more money so you can get more
6  back, right?  So it will be a process that you can
7  grow your business.
8        But my question is more like what will be
9  your initial -- the -- the minimum for you to feel
10  comfortable, not the minimum to live --
11    MOZART:  Okay.
12    CARLOS VERDUGO:  -- but the minimum to feel
13  that freedom, right?  Okay, 12-50.
14    MOZART:  Yeah, that's about -- yeah,
15  somewhere between 10- and 15-.
16    CARLOS VERDUGO:  Okay.  So what will you do
17  with this money?
18    MOZART:  The first thing would be, I guess,
19  to -- to reinvest it so the business can keep going.
20    CARLOS VERDUGO:  Okay, awesome.  What else?
21    MOZART:  And -- and pay down all the bills.
22    CARLOS VERDUGO:  Yeah.
23    MOZART:  Then I would have to teach, employ,
24  or set up my children in this business.
25    CARLOS VERDUGO:  Okay.

 1              MOZART:  So that they can, you know, they

 2     don't have to kiss anybody's butt in the future.

 3              CARLOS VERDUGO:  Okay.

 4              MOZART:  Then I'd travel and enjoy myself

 5     with --

 6              CARLOS VERDUGO:  Travel.

 7              MOZART:  -- you know, my sweetheart.

 8              CARLOS VERDUGO:  Uh-huh, uh-huh.

 9              MOZART:  And I'd also give to my -- it's

10     important -- this is important to me, give to my, you

11     know, church, congregation.  So that's -- so that's --

12              CARLOS VERDUGO:  The tithe?

13              MOZART:  -- yeah.

14              CARLOS VERDUGO:  Awesome.  So if you were

15     able to do this, Mozart, you know, reinvest part of

16     the money to the business, pay your bills, show this

17     opportunity to your family, to your kids, you know,

18     travel, and help your -- your church, what would that

19     mean for you?

20              MOZART:  It would mean a whole lot.  These

21     are things I've always wanted to be able to do.  Never

22     somehow -- never found the time or means to do it.

23              CARLOS VERDUGO:  Sure.

24              MOZART:  Something always seemed to happen.

25              CARLOS VERDUGO:  Uh-huh.  It's about --

PX 22              FTC-MOBE-001498

24

1     about time, right?

2              MOZART:  Yeah.

3              CARLOS VERDUGO:  Okay.

4              MOZART:  Because I have not much time left.

5              CARLOS VERDUGO:  Thank you.  Thank you.

6     Thank you, Mozart.

7              Okay, Keith, what about you?  What will be

8     your money -- your number?

9              Zidi, in the meantime, I'm going to keep you

10    muted because there's some noise around you, okay?

11             And also Crispin.  You both will be muted in

12    the meantime.  Thank you.

13             So, Keith, what will be your number?

14             KEITH [REDACTED]:  My number will be 10,000

15    a month.

16             CARLOS VERDUGO:  Okay, ten grand.  What

17    would you do with this money?

18             KEITH [REDACTED]:  Basically help family and

19    friends, and just basically people in general.  That's

20    number one.  Number two, complete the debt-free goal.

21             CARLOS VERDUGO:  Okay.

22             KEITH [REDACTED]:  The ultimate goal to be

23    debt-free so you can actually invest more back into

24    the business.

25             CARLOS VERDUGO:  Okay.

**PX 22**              FTC-MOBE-001499

1              KEITH [REDACTED]:  Number three, travel

2      while working the business.

3              CARLOS VERDUGO:  Okay.

4              KEITH [REDACTED]:  Number four, invest back

5      into the business and show others.

6              CARLOS VERDUGO:  All right.

7              KEITH [REDACTED]:  Number five is improve

8      processes one through four.

9              CARLOS VERDUGO:  Okay.  So if you were able

10     to do this, okay, what would it mean for you?  It's

11     important for you?  It's your priority today, to get

12     to that point so you can do that?

13             KEITH [REDACTED]:  Yes, very important.  If

14     I do these five steps, my time brokeness will be

15     ultimately gone.

16             CARLOS VERDUGO:  Okay, for sure.  Okay, so

17     you'll be quitting your job as well, okay.  Great.

18     Awesome.

19             Christos, what about you?  What would be

20     your number, my friend?

21             CHRISTOS [REDACTED]:  Okay.  Realistically

22     speaking, I believe that if I would start like with

23     $5,000 per month --

24             CARLOS VERDUGO:  Okay.

25             CHRISTOS [REDACTED]:  -- this would give me

**PX 22**              **FTC-MOBE-001500**

1       the opportunity to -- to run this business and invest

2       in it.  So the first thing that I will do will be

3       to -- to quit my job and not in a negative way like I

4       don't want to work anymore, but just to provide for

5       myself more free time so that I can invest back in my

6       business so that I can scale my -- my income.

7               CARLOS VERDUGO:  Okay.

8               CHRISTOS [REDACTED]:  For sure, I will

9       settle some -- some bills that come in the way.  I

10      will help my family, economically speaking, and

11      friends.  And -- and the fifth would be, like, I will

12      travel, either for pleasure or for business.

13              I cannot hear you.

14              I --

15              CARLOS VERDUGO:  I just -- just realized --

16              CHRISTOS [REDACTED]:  Now I can hear you.

17              CARLOS VERDUGO:  -- something happened.

18      Give me one second.  Let me turn -- no, one second.

19              CHRISTOS [REDACTED]:  Now I can hear you.

20              CARLOS VERDUGO:  No, yeah, I was -- I was

21      telling you that if you were able to do all of these,

22      what will it mean for you.

23              CHRISTOS [REDACTED]:  What would this would

24      mean to me?  This would be a self-accomplishment

25      project, let's say, because I believe that like all

**PX 22**          **FTC-MOBE-001501**

```
 1         the other people said, this would help our friends,

 2         our people.  If we can help people makes -- make a

 3         better living and find something that they can work

 4         on, I believe this would be a very inspiring thing, I

 5         do.

 6                   CARLOS VERDUGO:  Okay.  Awesome.  Thank you

 7         very much, Christos.

 8                   [REDACTED], what about you?  What will be

 9         your number?

10                   ([REDACTED] not audible).

11                   CARLOS VERDUGO:  Okay.  What will you do

12         with ten grand?

13                   Awesome.  So is that important for you?

14                   For sure.  By yourself.  It's very important

15         for a family, for sure.  Okay.  Thank you.

16                   Last but not least, my food friend, Zidi.

17         So I just unmuted.  What would be your number, Zidi?

18                   ZIDI [REDACTED]:  Okay, to be in the range

19         of $10,000 to $15,000.

20                   CARLOS VERDUGO:  Okay, just like Mozart.  So

21         $12,500.  What will you do with this money?

22                   ZIDI [REDACTED]:  Okay, what I will do with

23         the money --

24                   CARLOS VERDUGO:  Uh-huh.

25                   ZIDI [REDACTED]:  Huh?
```

**PX 22**                    FTC-MOBE-001502

28

1          CARLOS VERDUGO:  Yeah, what would you --
2     what would you do with this money?
3          ZIDI [REDACTED]:  Okay, I will do the safe
4     house for my parents; then travel.
5          CARLOS VERDUGO:  Okay.
6          ZIDI [REDACTED]:  Get my friend (inaudible).
7     And get myself a car --
8          CARLOS VERDUGO:  Okay.
9          ZIDI [REDACTED]:  -- and also a car also
10    (inaudible) friend (inaudible).
11         CARLOS VERDUGO:  Okay.  Awesome.  Okay,
12    guys.  So based on what you told me, all of you, our
13    business (inaudible) I think it -- based on what you
14    told me, our business could help you.  It will -- it
15    will work for you, okay?  So I really want to go
16    through a few things that you need to take care of
17    when you're going to start a business.
18         First of all, as you saw on the -- on the
19    first seven steps, this is a real business, okay?
20    There is some work that you have to do.  This is not a
21    lottery ticket where you don't have to do anything.  I
22    started doing this business more than three years ago.
23    It was in July 2014.  And I made $2,300 in commissions
24    on my first month, and I become a six-figures earner
25    within my first year.

**PX 22**          FTC-MOBE-001503

1          So what that means for you guys is that you

2     can do the same thing.  You can work from home like I

3     do, you can start part-time basis, and to start making

4     more money, and then you can think maybe quitting your

5     jobs or put more time into this business so you can

6     make it grow, and -- and to start making more money

7     and enjoying your freedom.

8          The reason why this is possible is because

9     we have this very simple step-by-step process with a

10    system that will make the phone calls for you with the

11    sales team that will do all the selling for you, just

12    as you read.  So you don't need to do any of these

13    things yourself, and that is what will allow you to

14    get time for you, for your family, to travel, to help

15    your community, or do whatever you want to do with

16    your time and get your income to rise quickly while

17    you enjoy the quality of life that you have been

18    looking for.  You know what I mean?

19         So do you feel that this is what you have

20    been looking for in online business?  Just put your --

21    your thumb up because you're muted.  Yeah?  Okay,

22    okay.  And this is a question for all of you, very

23    quickly.

24         Crispin, based on what you have seen, what

25    you have learned, what we have talked about, but on a

**PX 22**          **FTC-MOBE-001504**

1    scale from one to ten, where one is that this is not

2    for me kind of business, and the ten is maybe exactly

3    what you have been looking for, where would you rate

4    yourself at?

5         CRISPIN [REDACTED]:  Basically I'll rate

6    myself at ten.

7         CARLOS VERDUGO:  Why so high?

8         CRISPIN [REDACTED]:  Ten.

9         CARLOS VERDUGO:  Why so -- why so high?

10        CRISPIN [REDACTED]:  Yeah, you know, I've

11   been having quite a lot -- quite a number of, you

12   know, similar, you know, kind of businesses, you know,

13   coming in to my inbox and trying to do this, this, and

14   that, other things that have not been worth it, you

15   know, yeah.  But when I got connected to MOBE --

16        CARLOS VERDUGO:  Uh-huh.

17        CRISPIN [REDACTED]:  -- I found out that,

18   you know, this is the most important and most, you

19   know, impetus kind of, you know, business, but, you

20   know, anybody cannot just try to avoid it.

21        CARLOS VERDUGO:  Mm-hmm.

22        CRISPIN [REDACTED]:  It's -- it's very

23   inspiring, looking at the steps and looking at, you

24   know, the details that, you know, we're getting

25   through with the training, it's -- it's actually

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001505**

31

```
 1    awesome.

 2              CARLOS VERDUGO:  Mm-hmm.  Okay, thank you.

 3              And for you, Mozart, what -- from one to

 4    ten, where would you rate yourself at?

 5              MOZART:  Probably nine.

 6              CARLOS VERDUGO:  Okay, which is pretty --

 7    that's pretty high, anyways.  Why so high?

 8              MOZART:  Yeah.  Well, I guess, you know, my

 9    time is pretty limited in trying to learn all these

10    things.  I've been trying for, like I said, two years,

11    and information overload all the time.  And a lot of

12    101 things to do anything online.

13              So at first when I came across MOBE, I -- I

14    don't know, the idea of not having, you know, control

15    bugged me for a while, but then after I thought about

16    it, I said, actually, that just suits my situation.  I

17    don't need to learn all these things right away.  You

18    know, the idea is to get something going.  And this is

19    going to handle all of these other tasks for me,

20    that's just great.

21              CARLOS VERDUGO:  Sure.

22              MOZART:  And even if I can do this high-

23    ticket stuff, why not?

24              CARLOS VERDUGO:  Absolutely.  Okay.

25              MOZART:  And I think, yeah.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001506**

```
1              CARLOS VERDUGO:  Okay, thank you.
2              MOZART:  I saw -- okay.  I'm sorry.  Go
3         ahead.
4              CARLOS VERDUGO:  Okay.  No, it's okay.  The
5         thing is that we have just more --
6              MOZART:  Sure.
7              CARLOS VERDUGO:  -- 30 more minutes, okay?
8         And there is a lot to -- to -- to go through still.
9              Now, Keith, for you, same question, from one
10        to ten, where would you rate yourself at?
11             KEITH [REDACTED]:  Eight.
12             CARLOS VERDUGO:  Pretty high anyways.  Why?
13             KEITH [REDACTED]:  Yeah.  I've always looked
14        -- I've always been looking for something.  I've --
15        I've been with Herbalife.  I've been with Amway.  I've
16        been in World Ventures three times, ASCEA (phonetic),
17        here in the last, I guess, three years ago, and
18        actually MOBE, this is my second round with MOBE.  I
19        had -- the first time I was with MOBE, I was going
20        through the custody of my grandson, like I told you
21        earlier.
22             CARLOS VERDUGO:  (Inaudible).
23             KEITH [REDACTED]:  Yeah, and it was kind of
24        hard, so I actually lost track of it, but I've been
25        looking for it, and then finally I found it, and
```

**PX 22**                    FTC-MOBE-001507

1    that's where I'm at.  This is the best that I've seen.

2              CARLOS VERDUGO:  Okay.

3              KEITH [REDACTED]:  So...

4              CARLOS VERDUGO:  Thank you.

5              Christos, what about you?  What will be --

6    what would you rate yourself at?

7              CHRISTOS [REDACTED]:  I would give a nine.

8              CARLOS VERDUGO:  Okay, also very high.  Why?

9              CHRISTOS [REDACTED]:  Because I can feel

10   that it's a very structured model.  It's a very

11   structured business.  And like -- like other people

12   have said before, that I have gone through MOBE, and I

13   can see the right model with the right business with

14   the right people at the right time.  It's been the

15   right things.  So...

16             CARLOS VERDUGO:  Okay.  Okay, thank you.

17             And, [REDACTED], what about you?

18             ([REDACTED] not audible.)

19             CARLOS VERDUGO:  Okay.  Why a seven, which

20   is a high -- I mean, it's in the upper part of the

21   scale.

22             Okay.

23             Okay, thank you.

24             And, Zidi, what about you?  What would you

25   rate yourself at, between one and ten?

**PX 22**                    **FTC-MOBE-001508**

34

1              ZIDI [REDACTED]:  (Inaudible).

2              CARLOS VERDUGO:  What?

3              ZIDI [REDACTED]:  I said (inaudible) again.

4              CARLOS VERDUGO:  From what you have seen and

5      learned.  Where would you rate yourself at -- self at,

6      where one is that this is not for me and ten, exactly

7      what you have been looking for.

8              ZIDI [REDACTED]:  Would be nine.

9              CARLOS VERDUGO:  Nine?

10             ZIDI [REDACTED]:  (Inaudible) that I'm not

11     hearing you clearly.

12             CARLOS VERDUGO:  Sorry, I don't understand

13     what you said.

14             ZIDI [REDACTED]:  I'm not -- I'm not hearing

15     you clearly.  I'm not hearing you clearly.

16             CARLOS VERDUGO:  Okay.  Ten.

17             ZIDI [REDACTED]:  I am --

18             CARLOS VERDUGO:  So you're breaking up

19     (inaudible) my friend.

20             ZIDI [REDACTED]:  (Inaudible).

21             MOZART:  He says he's not hearing you

22     clearly.

23             CARLOS VERDUGO:  What?

24             MOZART:  He says he's not hearing you

25     clearly.

**PX 22**              FTC-MOBE-001509

1          CARLOS VERDUGO:  Yeah, because it's

2    breaking.  Zidi, I'm going to stop your video because

3    you -- your connection is not good.

4          Okay, so, guys, what I'm going to do now,

5    I'm going to share my screen with you.  So let me know

6    when you --

7          ZIDI [REDACTED]:  (Inaudible).

8          CARLOS VERDUGO:  -- let me know when you see

9    my screen, please.  Okay, share screen.  Can you see

10   my screen now?

11         UNIDENTIFIED MALE:  Yes.

12         CARLOS VERDUGO:  Okay.  So I want you to

13   draw a line in the middle of your paper so you can

14   have two columns.  The left column will have as the

15   title regular affiliate, and the right column, silver

16   masterclass, which is the level -- the -- the system

17   you learned on Step 6.  I really want to show you the

18   difference between working this business in two

19   different scenarios, okay?  Doing exactly the same

20   thing, you will have different result based on your

21   position.

22         So first question for you guys, what is the

23   most important thing that we need to do as an

24   affiliate?  Once you finish the training and you're

25   ready to go, we need to do one thing, the most

**PX 22**          FTC-MOBE-001510

```
 1      important thing.  It doesn't matter the level you are
 2      because it's set to stay as a regular affiliate, go to
 3      the silver or even higher, we all need to do one
 4      thing.  What is that?
 5                ([REDACTED] not audible.)
 6                CARLOS VERDUGO:  Exactly.  Well done,
 7      [REDACTED], yeah.  I mean, get leads, right?  That's
 8      what you need to do.  Send leads to the -- to the
 9      sales (inaudible).  That's it, get leads.  How?  Well,
10      driving traffic.  And by the way, we're going to teach
11      you how you can drive traffic in many different ways.
12      Okay, that's covered.
13                Now, probably you realize that you're
14      somebody else's lead, right?  Someone put a campaign
15      out there.  I don't know if you received an email,
16      maybe you watch a video, you're clicking about it, I
17      have no idea, but the thing is that something caught
18      your attention, and here we are having this
19      conversation after a week or so working this program,
20      right?  So as you can see, this works and it works
21      very good.
22                Now, do you remember what -- what -- you saw
23      this offer in front of your eyes on your screen for
24      this 21-step program, which is, by the way, a front-
25      end product.  How much did you pay?
```

1          CRISPIN [REDACTED]:  Forty-nine.

2          CARLOS VERDUGO:  That's right, $49.  Okay,

3     so, as you can see, again, this is a front-end

4     product.  Do you remember at the beginning of the

5     training, we talked about the front end and the back

6     end?  The front end is basically the bite or the hook,

7     so you can acquire a customer, right?  So a good

8     front-end product should be something very appealing,

9     easy to sell, and the customer should get that feeling

10    that what they got out of those $49 worth more than

11    that.

12          I don't know if you agree with me, but when

13    I ask this to other students, they said that for sure

14    that what they have learned so far worth more 49.  But

15    do you agree with that?

16          UNIDENTIFIED MALE:  Yes.

17          CARLOS VERDUGO:  Yeah, because you receive

18    this 21-step program, some webinars, a very handsome

19    and nice coach -- no just kidding, but the whole

20    thing, right, for 49 bucks, is a good deal.  And on

21    top of that, you have the refund guarantee that if at

22    some point you think that this is not for you or maybe

23    you change your mind or whatever, we can refund your

24    money.  So it's a no-brainer.  But it's very easy to

25    sell.  Right?

**PX 22**          FTC-MOBE-001512

1          So, remember, your process with this offer,

2     did you apply -- did you buy immediately or did you

3     think about it?  Okay, so, it is easy.

4          Now, our top affiliates -- oh, no, one more

5     thing.  Today, today, you do have a business with MOBE

6     without investing anything else.  Okay?  Just for you

7     to know.  Today, you are on the left column.  You are

8     a regular affiliate.  Why?  Because you bought a

9     front-end product so you can receive commissions on

10    the front end.  Okay?

11         So, now, let's say that you decide to stay

12    on the left column as a regular affiliate.  You'll

13    finish your training; you'll learn how to drive

14    traffic; you'll receive your webpage as a link,

15    everything, and you start promoting.  And somebody

16    buys this $49 product because of you.  Out of those

17    $49, how big your commission will be?

18         No one?

19         CHRISTOS [REDACTED]:  (Inaudible) 90

20    percent.

21         CARLOS VERDUGO:  Ninety percent, you think?

22    As a regular or as a silver?  I'm asking as a regular,

23    okay?  We're talking about -- today, you're a regular.

24    If you stay in this position and somebody buys the

25    front-end product, how big your commission will be?

**PX 22**          **FTC-MOBE-001513**

39

```
 1              CRISPIN [REDACTED]:  It's 40 percent.

 2              CARLOS VERDUGO:  Fifty?

 3              CRISPIN [REDACTED]:  Forty.  Forty.

 4              MOZART:  I think it's 50.

 5              CRISPIN [REDACTED]:  Forty.

 6              CARLOS VERDUGO:  Yeah, okay, you're right
```

Mozart, it's 50.  So the business you guys have today,

it is 50 percent on the front end.  Now, if you are a

silver and you get a -- a lead paying 49, it is what

Christos mentioned, which is 90.  Okay?

Now, between you and me, 24, 44, nobody's

going to get rich out of -- out of those low

commissions, right?  Remember that the real business

is not on the front end, it's on the back end.  So the

thing is that there's people -- there's some

affiliates even losing money on the front end because

they're making money on the back end.

Now, our top affiliates, those guys that are

making hundred of thousands of dollars a month, they

are driving massive traffic.  They are getting hundred

and even thousand of those $49 buys every single

month.  Of course, they have a lot of experience,

probably they have their own team working the traffic

for them, so that's why.

But you guys, you don't have that experience

**PX 22**          **FTC-MOBE-001514**

1      yet.  Okay, so you would be starting more like a

2      newbie, from the beginning, so -- as a beginner.  So

3      let's do some guessing here.  Let's say that you

4      finish the whole 21-step program, you receive your

5      training on traffic, you learn how to drive traffic in

6      many different ways, you receive your webpages, your

7      link, your system, everything in place, and you're

8      ready to go.

9              How many -- Crispin, you first -- how many

10     of those $49 buyers you think that you can make --

11     that you can get on a regular day?  One, two, five,

12     ten, 20, I don't know, 50?

13             CRISPIN [REDACTED]:  Yeah, maybe -- maybe

14     ten.

15             CARLOS VERDUGO:  Ten?  Well, that would be

16     300 a month, okay, great.

17             Mozart, what about you?

18             You're muted, Mozart.

19             MOZART:  Yeah, I'd say about ten, too.

20             CARLOS VERDUGO:  Okay, great.

21             Keith, what about you?

22             KEITH [REDACTED]:  I would say ten.

23             CARLOS VERDUGO:  Okay.

24             Christos?

25             CHRISTOS [REDACTED]:  Yeah, I believe so,

**PX 22**           FTC-MOBE-001515

```
 1    too.

 2                CARLOS VERDUGO:  Okay.

 3                [REDACTED]?

 4                ([REDACTED] not audible.)

 5                CARLOS VERDUGO:  Ten -- ten as well?

 6                Okay.  So we all agree that ten would be a

 7    good number to start with, right?  And, Zidi, what

 8    about you?  How -- how many front-end buyers you think

 9    -- you think that you can get on a day?

10                ZIDI [REDACTED]:  Ten.

11                CARLOS VERDUGO:  Okay, ten --

12                ZIDI [REDACTED]:  Ten, ten.

13                CARLOS VERDUGO:  Okay, thank you.

14                Okay.  All ten.  You know what, good

15    numbers, because you know that when you work an online

16    business, you can -- you will be reaching thousand or

17    even ten -- tens of thousand people at the same time,

18    so why not think that some of them will be interested

19    on your product?  So that's perfectly fine, very

20    achievable.

21                But you know what, I really want to set up

22    your expectations very low, because today, we are

23    working on a spreadsheet, right?  So today we can put

24    any numbers in here.  So and we can become

25    millionaires today on our spreadsheet, but then you
```

**PX 22**          **FTC-MOBE-001516**

42

1    need to make it happen, right?  So the real challenge

2    will be to find a business model where you can --

3    where you can make money out of low numbers because,

4    of course, every single business will work with high

5    numbers, but what about low numbers?

6         So you know what, I'm going to say that

7    you're going to get not even one a day.  And we'll say

8    two every three days.  That will be 20 in a month,

9    right?  Are you following me?

10         KEITH [REDACTED]:  Yes.

11         CARLOS VERDUGO:  Okay?  So with 20 front-end

12   buyer [sic] a month, not 100, 20, as a regular

13   affiliate, you will be making around $500; and as a

14   silver, around $900.  It's still far away from those

15   ten -- $12,500 or $5,000 that Crispin want to make a

16   month, far away.  Right?

17         Now, every time that you get -- bring a new

18   customer that you -- when somebody buys this $49

19   because of you, they will be assigned to a coach.  It

20   could be me, or it could be any of the other coach,

21   just any coach that we have around the world.  So

22   basically what I'm doing with you is what I'm going to

23   be doing for you later.  So basically we're going to

24   work with them, we're going to help them to move

25   forward, we're going to call them, we're going to have

**PX 22**          **FTC-MOBE-001517**

43

1       this meeting, we're going to make sure that they

2       understand the whole thing, and then we're going to

3       talk about the business.

4                   They will learn about the silver

5       masterclass, just like you did.  So do you remember

6       how much the silver masterclass is?

7                   CHRISTOS [REDACTED]:  2497.

8                   CARLOS VERDUGO:  That's right, 2497.  Almost

9       $2,500, right?  Now, again, today, you are a regular

10      affiliate.  So if you (inaudible) if you get a lead,

11      you will be making 50 percent.  We're going to work

12      with your people, and what's going to happen when we

13      made a sale for you -- remember that we're going to

14      make the sales for you -- so when we sell this silver

15      masterclass packet for 2,497 to one of your leads and

16      you are a regular affiliate, okay, how big your

17      commission would be?

18                  UNIDENTIFIED MALE:  Thirty percent.

19                  CARLOS VERDUGO:  Fifty, okay?  And as a

20      silver?

21                  UNIDENTIFIED MALE:  Thirty, thirty.

22                  CARLOS VERDUGO:  Huh?

23                  UNIDENTIFIED MALE:  I believe 30 percent?

24      I'm not sure.

25                  CARLOS VERDUGO:  You said 30.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001518**

44

1               UNIDENTIFIED MALE:  Yes.

2               CARLOS VERDUGO:  As a regular.

3               UNIDENTIFIED MALE:  Yes.

4               CARLOS VERDUGO:  Okay.  Anybody else?  Any

5       other idea?  (Inaudible).

6               CRISPIN [REDACTED]:  I think of...

7               CARLOS VERDUGO:  Crispin, go ahead.

8               CRISPIN [REDACTED]:  Yeah, I think of 40.

9               CARLOS VERDUGO:  Forty, is that regular?

10              CRISPIN [REDACTED]:  Yes.

11              CARLOS VERDUGO:  And -- okay.  Well, Mozart,

12      what do you think?

13              MOZART:  The commission for regular?

14              CARLOS VERDUGO:  Yep.

15              MOZART:  It stays at 50 percent, doesn't it?

16              CARLOS VERDUGO:  So just -- just like the

17      front end, you -- you think?

18              MOZART:  Well, for the silver masterclass, I

19      know he said 1,250 or something.  So I guess --

20              CARLOS VERDUGO:  Okay, but as a -- as a

21      regular?  Or as a silver?

22              MOZART:  No, I assume that's a silver.

23              CARLOS VERDUGO:  As a silver, exactly.

24      Okay.  Well, sorry to disappoint you guys, but the

25      right answer is that if you're a regular affiliate and

**PX 22**          FTC-MOBE-001519

1    we made a sale as a -- as a silver masterclass to one

2    of your leads, your commission will be nothing.  Why?

3    Because we can receive commissions only on the same

4    level we are or below.

5            So if we made a sale on the product higher

6    than the level you are, we're going to pay a

7    commission, but not for you.  It will be a person --

8    we're going to pay that commission to your sponsor.

9    So basically you will be working for somebody else,

10   right?

11           But, now, if you are a silver, you can

12   receive the commission.  That will be for you.  So

13   here is where you're going to receive that 1,250 that

14   you saw on Step 6.  So as you can see, this is our

15   real commission, the big money, right?  The other --

16   the other one are just small -- small money, but this

17   one, if they're -- the one that really counts.

18           Now, let's go back to this part of the

19   table.  Our top coaches, including me, we are

20   converting pretty good from the front end to the back

21   end.  Depending on the way of traffic, we can convert

22   up to 20 percent.  So if you provide 20 front-end

23   buyers, we can sell three, four, or five silver

24   masterclass to your people.  Okay?  But, again, to --

25   to set up your expectations low, let's say that we

**PX 22**                    **FTC-MOBE-001520**

46

1   convert only 10 percent; 10 percent out of 20 will be

2   two.  Right?

3           So look at this -- this commission because

4   with less than one front-end buyer a day, and we make

5   -- making only two sales for you on the whole month,

6   okay, as a regular affiliate, you would be having a

7   few-hundred-dollar business, and as a silver, a few-

8   thousand-dollar-business.

9           Now, all of you -- congratulations for that,

10  by the way.  All of you mentioned that you would be

11  reinvesting money to the business.  For sure, that's

12  the only way you can keep your business going and

13  growing, right?  But as a regular affiliate, there's

14  not too much room to invest anything here.  But as a

15  silver, eventually out of 3,400, you can keep 2,000,

16  and you can reinvest 1,400.

17          Now, let's go one step higher.  What if you

18  -- after a couple of weeks, your campaign will be

19  improving.  You will be getting more experience, your

20  numbers will be rising.  So what if you can get one

21  front-end buyer a day and we making 10 percent, three

22  sales for you.  Well, we're halfway where most of you

23  want to be, except by -- by Crispin because that's the

24  goal for Crispin, but Crispin, one front-end buyer a

25  day, we're making three sales for you, and that's it,

**PX 22**                    FTC-MOBE-001521

1    that's your goal.  Low numbers, not 300.

2              I mean, 300 is something that you can do,

3    guys, but it would be a process.  My point is that you

4    don't need to wait to get to 300 a month to start

5    making money.  You will start making money very soon,

6    but you must be in the right position on your

7    business.

8              Now, if we doubled this, of course, two

9    leads a day, it will be 60 converting 10 percent, and

10   that's what most of you mentioned as a goal.  But I

11   know that probably this will be a good starting point

12   for most of you, right?

13             Now, what you -- as you saw in Step 6, with

14   the silver masterclass, you will receive all the

15   steps, all the content, all the training that you will

16   need to set up your business properly, including the

17   second part of your coaching, because without the

18   silver, I only can be your coach up to Step 8.  But

19   with the silver -- by the way, we are almost there.

20   Today, I'm going to open Step 8 for you.

21             But with the silver, I will introduce you to

22   your next top-tier coach.  He's a seven-figures

23   earner, used to be my coach as well.  Today he's my

24   friend and my mentor.  And he will be working with you

25   one-on-one from Step 9 to 21, helping you to set up

**PX 22**                    **FTC-MOBE-001522**