1     right your business, to build a business so we can

2     make sure that you start getting sales and commissions

3     in the next few weeks.

4           Now, the second thing that you need to take

5     care of when you're going to start an online business

6     is all this technical stuff that for most of the

7     people is like trying to learn Chinese, right?  The

8     webserver, landing pages, how to respond, there's

9     tracking system, sales (inaudible).  Well, the good

10    news is that it is included.  Everything will be done

11    for you.  You don't need to build any website,

12    nothing.

13          So as you can see, this is more like a

14    business on the box, where as soon as you finish your

15    training, you will be ready.  You just plug it into

16    the system and start making money.

17          Now, as you saw in Step 7, the next level

18    after the silver is the gold masterclass.  That

19    includes more training, more content, bigger

20    commissions, and a third coach working with you on

21    traffic.  So as soon as you finish your training with

22    the 21-step program and also the traffic, you will get

23    access to a coach that would help you to set up your

24    first campaign so you can start getting the leads

25    right away.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001523**

49

1           Gold masterclass is almost 5,000, right?

2      4,997.  And the reason why we are talking about this

3      now is because as you saw in Matt's offer, on Step 7,

4      if you invest on your business on the silver level,

5      we're going to give you the gold for free.

6           Okay?  So any questions about the starting

7      capital, guys?

8           No?  Okay?  So what we need to do now --

9           UNIDENTIFIED MALE:  Yes -- yes.

10          CARLOS VERDUGO:  What we need to do now,

11     guys, is basically we need to make a decision of which

12     kind of business you -- you're going to go or you're

13     going to start.  Of course, this is more like a one-

14     on-one conversation, a more private conversation

15     because we need to -- probably you would share your

16     financial situation or all this stuff.

17          So what I'm going to do, I'm going to be

18     having a two-minutes call with all of you one-by-one,

19     but stay in this call because I'm going to put you

20     guys on hold in this call.  Stay there.  I'm going to

21     start with Crispin, then Mozart, Keith, Christos,

22     [REDACTED], and Zidi, in that order.  So don't hang

23     up.  Stay on the hold room, and I'll be pulling you

24     out one by one.  Okay?

25          Okay, wait for -- wait for me, please.

**PX 22**                    **FTC-MOBE-001524**

```
 1                KEITH [REDACTED]:  All right.

 2                (Call placed on hold.)

 3                CARLOS VERDUGO:  Hey, [REDACTED].

 4                ([REDACTED] not audible.)

 5                CARLOS VERDUGO:  Hey.  Sorry for the -- the

 6      waiting, but people were asking me for -- for the

 7      silver.  Okay, so any questions about the starting

 8      capital?

 9                Mm-hmm.

10                Okay, that's up to you.  Remember, this is

11      all about mind set.  If we make two sales for you,

12      you'll get your money back.

13                I mean, in any business, you need to invest

14      money to make money, right?  And this return of your

15      investment is very high, 50 percent commission, that's

16      great.  So it's up to you.  If you want to start maybe

17      as a regular affiliate, that will be a long way with

18      small commissions, or with the same effort, you will

19      be making more money.  So it's up to you.

20                So what -- what do you want to do,

21      [REDACTED]?

22                Without the silver?

23                Okay.  So as soon as I finish my next call,

24      because I'm already late, I'm going to send you the

25      order form so you can get the -- the silver with the
```

PX 22                    FTC-MOBE-001525

```
 1      gold for free.   Now, pay attention and two things.

 2      First, please use the same email address that you used

 3      for the 21-step program.

 4              And then also if the payment doesn't go

 5      through the first attempt, that's fine because of the

 6      amount and international transaction probably, so just

 7      call your bank, let them know that you're doing the

 8      payment, and they will authorize the payment and then

 9      run the form again.   Okay?   And let me know when it's

10      done so I can call support and ask them to send the

11      agreement and put the products and bonuses on your

12      account.   Okay?

13              Awesome.   I'll be waiting for your message,

14      because you will be receiving -- my email, like, in an

15      hour or so, okay?

16              Awesome.   See you soon.   Bye-bye.

17              You're welcome.   Bye-bye.

18              (The call was ended.)

19              (The recording was concluded.)

20

21

22

23

24

25
```

**PX 22**                    **FTC-MOBE-001526**

52

1                CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5      foregoing proceedings and/or conversations were

6      transcribed by me via CD, videotape, audiotape or

7      digital recording, and reduced to typewriting under my

8      supervision; that I had no role in the recording of

9      this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of

11     the recording media.

12            I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were

15     transcribed; and further, that I am not a relative or

16     employee of any attorney or counsel employed by the

17     parties hereto, nor financially or otherwise

18     interested in the outcome of the action.

19

20

21     DATE:   4/16/2018            _Sara J. Vance_

22                                  SARA J. VANCE, CERT

23

24

25

**PX 22**                    **FTC-MOBE-001527**

# Exhibit V

**PX 22**

**FTC-MOBE-001528**

Gmail - Silver Order Form with Gold for free                                      Page 1 of 2
Case 6:18-cv-00862-RBD-DCI    Document 3-45    Filed 06/04/18    Page 7 of 99 PageID 1629
Exhibit V - Page 1 of 24

 Gmail

## Silver Order Form with Gold for free

3 messages

---

**Coach Carlos Verdugo** <carlos@mobe.com>                        Wed, Oct 25, 2017 at 2:24 PM
To:

Hi ███, according to our conversation, I'm sending this order form where you can get the Silver and the Gold
included for free. Let me know when it's done so I can ask support to work on your accounts and system.

Pay attention on 2 things:

1. Use the same email address on that form that you used for the 21 steps program
2. If the payment does not go through at the first attempt (which is fine), just call your bank and ask for
authorization and then run the form again.

https://mobe.com/forms/silvergold1-div2-monthly-gic-new/order.php

I'll be waiting for your message on Skype or email about the purchase.

See you soon!

Best Regards,

Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype:

---

                                              Wed, Nov 1, 2017 at 12:07 PM
To: Coach Carlos Verdugo <carlos@mobe.com>

Carlos,

Sorry for the delay but I was able to purchase the Silver which included the Gold for free.
Waiting for my next instructions.

[Quoted text hidden]

---

**Coach Carlos Verdugo** <carlos@mobe.com>                        Wed, Nov 1, 2017 at 6:46 PM
To:

Great ███, now I need you to sign up the AGreement that was sent to you by email and let me know when it's
done, ok?
Did you finished step 8 already?

Best Regards,

Carlos Verdugo V.
Senior Business Coach

Case 6:18-cv-00862-RBD-DCI   Document 3-45   Filed 06/04/18   Page 8 of 99 PageID 1630
Exhibit V - Page 2 of 24

carlos@mobe.com

Book me and let's get started!
Add me on Skype: ████████

[Quoted text hidden]

PX 22                    FTC-MOBE-001530



**Need help with your order?**
**1-844-662-3787**

MŌBE

# The POWER of The Silver Masterclass
# A $100 MILLION Paid To Consultants Like You!

## Your Journey Begins Right Here...

Dear Consultant & future Success Story :

I want to congratulate you on your fine decision to get started creating your online business NOW with MOBE.

Now is the time and the Silver Masterclass is what each and **EVERY one of my TOP earners** have completed before going on to make their fortune.

I'm proud to say we have paid out over **$100 MILLION** to good people just like you thus far... and we pay out up to $1 MILLION to our consultants each week!

I must admit I'm quite proud of this fact – and I am quite proud of the impact my course is making on the world – and will make for you.

My entire staff of more than **300 people and I wish you great success**, and please know we'll do everything in our power to ensure your success.

Plug in.

Listen to your coaches.

Follow their advice.

...and take action and you too could be one of our NEXT big success stories.

Warmest wishes from us all.

PX 22

FTC-MOBE-001531

Exhibit V - Page 4 of 24



**Need help with your order?**
**1-844-662-3787**

## P.S. Here's what you get...

✓ **In-Depth Training Program:** You'll have access to an in-depth, eight module online training program covering 15 different topics that you can watch from the comfort of your home. Each training session will last about 45-60 minutes and you'll get more 'real world' knowledge in each hour than you would learn in months of reading books or attending college classes.

✓ **Lifetime Access to Updated Training and Notes:** You will have lifetime access to the training and notes in our online member's area that you can access at any time. In the member's area. We'll also post the speaker's notes and additional written materials. Think of this as a permanent library of materials you can review whenever you want.

✓ **Silver Certification:** After passing the (easy) quizzes, you'll get an official badge and certificate. Your Silver Certification allows you to apply for our Gold Masterclass, where you'll learn how to build a profitable business by getting a Customer Acquisition Process in place.

✓ **Bonus Coaching & Training Materials:** You will get daily access to live training webinars hosted by my fully certified Silver Masterclass Coaches where you can learn about new traffic methods and how to implement them in your business. In addition you will have access to bonus online training programs covering essential training on: Email Marketing, Outsourcing, Affiliate Contests, Traffic, Licensing and Marketing Funnels.

## Plus you also will get the Gold Masterclass and the MOBE Marketing

**PX 22**

FTC-MOBE-001532

Exhibit V - Page 5 of 24



**Need help with your order?**
**1-844-662-3787**

✓ **Silver Certification:** After passing the (easy) quizzes, you'll get an official badge and certificate.
Your Silver Certification allows you to apply for our Gold Masterclass, where you'll learn how to
build a profitable business by getting a Customer Acquisition Process in place.

✓ **Bonus Coaching & Training Materials:** You will get daily access to live training webinars hosted
by my fully certified Silver Masterclass Coaches where you can learn about new traffic methods
and how to implement them in your business. In addition you will have access to bonus online
training programs covering essential training on: Email Marketing, Outsourcing, Affiliate Contests,
Traffic, Licensing and Marketing Funnels.

**Plus you also will get the Gold Masterclass and the MOBE Marketing
System at no extra cost!**

**FREE**
month of

**Silver & Gold Inner Circle**
Newsletter with the Tuition Reimbursement Program!

*What.... you mean you want to give students their tuition back?*

▲ Identify Your Ideal Customer
▲ Build Profitable Sales Funnels
▲ Choosing The Right Business Model
▲ The Truth About Traffic

**100% Tuition Reimbursement Program.**

*"My CFO Thinks I'm Crazy To Give You
100% of Your Tuition Back!"*

**PX 22**

**FTC-MOBE-001533**

Exhibit V - Page 6 of 24



**Need help with your order?**
**1-844-662-3787**

**100% Tuition Reimbursement Program.**

*"My CFO Thinks I'm Crazy To Give You
100% of Your Tuition Back!"*

Your purchase includes a 1 year tuition
reimbursement incentive for making five qualified
sales during 12 month of active inner circle
subscription

Click Here to get more details

**Feedback from some
of our previous Silver
Masterclass clients:**

*"Hello, I am Daryl Adams and I
am a Diamond Member of
MOBE. I would like to personally
congratulate you for becoming a
Silver Masterclass Member. As a
quick testimonial, I went through
the Silver Masterclass and I
received training that generated
$11,250 in 90 days because I*

▲ **Identify Your Ideal Customer**
▲ **Build Profitable Sales Funnels**
▲ **Choosing The Right Business Model**
▲ **The Truth About Traffic**
▲ **Fundamentals Of Conversion**
▲ **Create Winning Front End Offers**
▲ **Email Marketing & The Value Of Your
List**

**Step 1—Enter Your Personal And Billing Details
Below ...**

**Personal Info**

First Name                    Last Name

Email Address

Phone Number

**Billing Address**

Address Line 1

Address Line 2

**PX 22**

FTC-MOBE-001534

Exhibit V - Page 7 of 24



## Feedback from some of our previous Silver Masterclass clients:

"Hello, I am Daryl Adams and I am a Diamond Member of MOBE. I would like to personally congratulate you for becoming a Silver Masterclass Member. As a quick testimonial, I went through the Silver Masterclass and I received training that generated $11,250 in 90 days because I implemented my coaches training as I learned it. Overall, my coach informed me about purchasing the largest traffic package, which contained 36 MTTB's. As a result, I generated several Silver sales."

Daryl Adams
Las Vegas, USA

"It was that instance when we enrolled in the Silver Masterclass at mobe.com which facilitated us to grow as

---

Need help with your order?
**1-844-662-3787**

First Name                    Last Name

Email Address

Phone Number

**Billing Address**

Address Line 1

Address Line 2

City

United States              >       Select State         >

Postal Code

✓ Shipping Address same as Billing

## PLEASE SELECT ONE OF THE FOLLOWING:

### Monthly Inner Circle Newsletter

✓ FREE! Get your FREE 30-day trial to my award winning Silver & Gold Inner Circle newsletter and also qualify to receive my Tuition Reimbursement Program. After 30-days you will be billed just $64 per month.

### Annual Inner Circle Newsletter

☐ BEST DEAL! Get 4 months FREE - When you go "annual" for my award winning Silver & Gold Inner Circle newsletter. You'll also qualify to receive my Tuition Reimbursement Program - You'll receive 12 months. SAVE $256, and ensure you're

FTC-MOBE-001535

**PX 22**

Exhibit V - Page 8 of 24



PLEASE SELECT ONE OF THE FOLLOWING:

**Monthly Inner Circle Newsletter**

☑ FREE! Get your FREE 30-day trial to my award winning Silver & Gold Inner Circle newsletter and also qualify to receive my Tuition Reimbursement Program. After 30-days you will be billed just $64 per month.

**Annual Inner Circle Newsletter**

☐ BEST DEAL! Get 4 months FREE - When you go "annual" for my award winning Silver & Gold Inner Circle newsletter. You'll also qualify to receive my Tuition Reimbursement Program - You'll receive 13 months. SAVE $256 and ensure you're active to receive your Tuition Reimbursement Program. Pay $512 TODAY. Just pay one time $512, billed annually.

Credit Card info

Credit Card #
CVV Code
Expiration    01 (Jan)    2017

VISA    DISCOVER

| Silver Masterclass | $2,497 |
| Shipping | $0.00 |
| Sales Tax | $0.00 |

Shipping Address same as Billing

Need help with your order?
**1-844-662-3787**

package, which contained 36 MTTB's. As a result, I generated several Silver sales."

Daryl Adams
Las Vegas, USA

"It was that instance when we enrolled in the Silver Masterclass at mobe.com which facilitated us to grow as entrepreneurial people, and allowed us to generate enough income to live life by our own rules. By joining the Silver Masterclass, we were able to set up a strong business, which is on track to help us to be financially sound for the rest of our lives. Being certified for Silver Masterclass, we learned about the new traffic methods and implemented them in our business. In addition the Silver Masterclass taught us about the essential training on: Email Marketing, Outsourcing, Affiliate Contests, Traffic, Licensing and Marketing Funnels. The Silver Masterclass provided us the 'mental foundation' for our business allowing us to flourish our skills."

FTC-MOBE-001536

PX 22

Exhibit V - Page 9 of 24



FTC-MOBE-001537

PX 22

Exhibit V - Page 10 of 24

MŌBE

# Silver Masterclass Order Success

Thank you

ORDER#

## Items Ordered

| Product | Price | Qty. | Amount |
|---|---|---|---|
| (603) Silver Masterclass with Inner Circle | $2,497.00 | 1 | $2,497.00 |

| | |
|---|---|
| SubTotal: | $2,497.00 |
| S & H: | $0.00 |
| Grand Total: | $2,497.00 |

## Billing Information

## Shipping Information

FTC-MOBE-001538

**PX 22**



FTC-MOBE-001539

PX 22

 Gmail

███████████████████████████████████

---

## Thanks For Your Purchase

1 message

---

**mattlloyd@mobe.com** <mattlloyd@mobe.com>                    Wed, Nov 1, 2017 at 12:00 PM
To: ████████████████████

**Hi ███████,**

**Thank you for placing your recent order.**

**Please find the summary of your order below.**

| | |
|---|---|
| **Order Number:** | ████████████ |
| **Order date:** | 11/01 12:01pm |
| **Shipping Address:** | ████████████████████ |
| | US |
| **Billing Address:** | ████████████████████ |
| | US |
| **Phone Number:** | █████████ |
| **Email:** | █████████████████ |

### Items in Order:

| Name | Quantity | Price |
|---|---|---|
| (603) Silver Masterclass with Inner Circ | 1 | $2,497.00 |

### Totals:

| | |
|---|---|
| **Sub Total:** | $2,497.00 |
| **Shipping:** | — |
| **Grand Total:** | $2,497.00 |

You will receive your details for your product access within the next hour. If
you have not received your product access details within the next hour
please call our support desk at 1-844-662-3787.

## PX 22                                            FTC-MOBE-001540

Case 6:18-cv-00862-RBD-DCI   Document 3-45   Filed 06/04/18   Page 19 of 99 PageID 1641

Exhibit V - Page 13 of 24

**PX 22**

FTC-MOBE-001541

 Gmail

---

## Congratulations on enrolling in the Silver Masterclass

1 message

---

**Matt Lloyd** <mattlloyd@myonlinebusinessempire.com>
Reply-To: mattlloyd@myonlinebusinessempire.com
To: 

Wed, Nov 1, 2017 at 12:16 PM

---

Hi ███,

Congratulations on enrolling in the 'Silver Masterclass.'

This is my premier program - reserved for my most dedicated students.
The investment is much higher than my other programs, and for good reason.

As a licensee, you'll now be able to market my products and sales funnels as
your own, and will keep 90% of the up front sales price. You will also receive
up to $1,250 for EACH backend sale that my team closes for you.

Right now, my team is on standby, ready to get you completely set up.

But first, I need you to complete the Silver Masterclass agreement, and send it
back to me.

Basically, it outlines the agreement, and protects your rights, and mine.

You can access the agreement online (using the link below). Simply fill out
the form and then hit the "submit" button at the bottom of the agreement.

Then, my team will go ahead and get you set up with your training and give you
access to the entire Silver Masterclass program as well as the MOBE Marketing System.

Click the link below NOW to complete the agreement:

https://mobe.com/agreements/agreement_silver.php?cid=

Next, I need you to verify your shipping address...

Here's what I have on file:

United States

Is this correct? If so, great.

If not, please just take 30 seconds to update your address by
clicking the link below:

https://mobe.com/agreements/agreement_silver.php?cid=███

Thanks. Again, I promise to only send you useful training once
in a while - no junk mail.

It's great to have you as part of the MOBE team,

 **PX 22**     **FTC-MOBE-001542**

Matt Lloyd

***NOTE: Please do not reply directly to this email, instead go to:
http://mobe.com/support

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
MOBE Ltd., B1-28-8, Soho Suites at KLCC,, No. 20 Jalan Perak, Kuala Lumpur 50450

**PX 22**      **FTC-MOBE-001543**

 Gmail                                    ████████████████████

## Silver Masterclass Enrollment Agreement With Gold Bonus between MOBE and ███████████████ is Signed and Filed!

1 message

**MOBE** <echosign@echosign.com>                         Wed, Nov 8, 2017 at 2:27 PM
Reply-To: MOBE LTD <agreements@mobe.com>
To: "███████████" <███████████>, MOBE LTD <agreements@mobe.com>





### Silver Masterclass Enrollment Agreement With Gold Bonus between MOBE and █████████ is Signed and Filed!

From: MOBE LTD (MOBE)
To: ███████████ and MOBE LTD

Attached is a final copy of **Silver Masterclass Enrollment Agreement With Gold Bonus**.

Copies have been automatically sent to all parties to the agreement.

You can view **the document** in your Adobe Sign account.

Why use Adobe Sign:

- Exchange, Sign, and File Any Document. In Seconds!
- Set-up Reminders. Instantly Share Copies with Others.
- See All of Your Documents, Anytime, Anywhere.

To ensure that you continue receiving our emails, please add echosign@echosign.com to your address book or safe list.

📄 **Silver Masterclass Enrollment Agreement With Gold Bonus - signed.pdf**
488K

**PX 22**                                    **FTC-MOBE-001544**

# Silver Masterclass Enrollment Agreement
# With Gold Bonus

This Masterclass Enrollment Agreement (Enrollment) made between

("Student") and MOBE Ltd., with an address of B1-28-8, Soho Suites at KLCC, No. 20 Jalan Perak, 50450, Kuala Lumpur Malaysia ("MOBE").

Student hereby desires to acquire and MOBE agrees to provide to Student the Silver & Gold Masterclass programs, with all the benefits and limitations herein contained and according to the terms and provisions established below.

In consideration of the mutual promises contained in this agreement, the parties agree as follows:

• The Silver & Gold Masterclass programs and related products are educational in nature.

• Any communications with MOBE may be monitored or recorded, and I expressly consent to allow MOBE to contact me by phone, email, and/or sms or text message.

• Your spouse or any other partner(s) support you in entering into the Silver & Gold Masterclass programs.

• To the best of your knowledge and in good faith, there are no foreseeable circumstances that would inhibit you from participating in this program.

• You understand the financial commitment you are making today by entering into this Enrollment Agreement, and your financial obligations will not prevent or inhibit your participation.

• Prior to this date, you were comfortable with your conversations with MOBE and agree that you are entering into this Enrollment without any duress from any representative at MOBE. You represent that you enter into this Enrollment of your own free will and accord and that you have had ample opportunity to consult with an attorney or other specialist prior to entering into this Enrollment.

• I agree that no specific claims of future earnings through the program, or otherwise, have been guaranteed by any representative of MOBE.

• This Enrollment Agreement is subject to the Consultant Agreement, Compensation Plan, Terms and Conditions, Non-Solicitation Policy, Income Disclosure Policy, and Income Disclosure Document, each of which is incorporated herein by reference.

• To qualify for commissions or bonus programs like MOBE Motors or MOBE Vacations, I must maintain the $19.95 monthly Standard Consultant Fee as described in the Consultant Agreement & Compensation Plan.

## SECTION ONE

### PRODUCT HIGHLIGHTS
Upon Student's execution of this Enrollment and tender of full tuition payment, Student is hereby granted access to the following:

Silver Masterclass
  a) Lifetime access to an 8 module online training program that will show how to choose the right business model based on your strengths and weaknesses and how to select the right niche and business model that can work for you with lifetime access to updated content.
  b) MOBE Marketing System, which includes: Affiliate Bonus Domination, OPT Formula, How to build a funded proposal, Traffic Masters Academy, MOBE License Kit, and live webinars.
  c) One month free access to the Silver Monthly Inner Circle, which has an ongoing monthly fee of $27 should I choose to continue to receive the benefits after the free month.
  d) For full details visit the Silver Masterclass webpage: https://mobe.com/silvermasterclass/

**PX 22**

FTC-MOBE-001545

## Silver Masterclass Enrollment Agreement
## With Gold Bonus

Gold Masterclass
  a) Lifetime access to an 8 Module online training program that will show you how to build a 6-figure business that consistently generates sales with a proven "customer acquisition process."
  b)  3 Gold private 30-minute traffic coaching sessions, access to done for you articles, get more customers summit.
  c) One month free access to the Gold Monthly Inner Circle, which has an ongoing monthly fee of $64 should I choose to continue to receive the benefits after the free month.
  d) For full details visit the Gold Masterclass webpage: https://mobe.com/goldmasterclass/

**SECTION TWO**

**ACCESS & AUTHORIZED GUESTS**
Student agrees and understands that the cost of the Silver & Gold Masterclass includes access for one person and a single guest.  If student would like someone else to attend with them, then an additional fee will apply.

**SECTION THREE**

## TUITION REIMBURSEMENT PROGRAM

This purchase includes a 1 year tuition reimbursement incentive for making five qualified sales during the next 12 months. The terms of the incentive are as follows: (1) Five qualified sales must be completed within 1 year from purchasing, meaning you have 365 days from the date you sign this agreement. Qualified sales do not include any sales passed up. (2) You must maintain an active Inner Circle Subscription for all 12 months at the Mastermind level you are applying to get reimbursed, and your Inner Circle Subscription must start the same month you purchase. You are responsible for making sure your Inner Circle Subscription is active and paid for appropriately each month. A prepaid annual subscription will also qualify. (3) All 5 sales must be legitimate sales and not request a refund or otherwise ask for a return of their tuition payment. (4) All sales must originate from different IP addresses and you must otherwise qualify for commission as a MOBE consultant. (5) The Tuition reimbursement applies to Silver & Gold Masterclass, Titanium Mastermind, Platinum Mastermind, and Diamond Mastermind training programs. (6) Once the 5 qualified sales per level are met, Student must agree to become a video testimonial by attending a SuperCharge Summit or Mastermind Event at their own expense to tell their story.  Student will sign the appropriate talent release(s). Once these 6 requirements have been met, Consultant must fill out and complete the submission of their qualifying deals on or before the expiry date at: http://www.mobe.com/SalesSubmissions. Once the 6 requirements have been met, MOBE will take no longer than 6-months to ensure all sales are legitimate to account for refunds and chargeback before paying out the Tuition Reimbursement.

- This offer only applies to new Masterclass or Mastermind purchases that are fully funded within 30 days of putting down a deposit toward the purchase.  The Tuition Reimbursement Program does not apply retroactively to any prior Masterclass or Mastermind purchases.

- The amount reimbursed is limited to the amount actually paid by Consultant to MOBE.  In the event a Consultant received a credit for commissions, a MOBE money discount at an event, or

# Silver Masterclass Enrollment Agreement
# With Gold Bonus

other any adjustment to the retail price, the reimbursement amount will be limited to the amount paid.

- Failure to do any of the above will void this offer. There are no exceptions.

- Each qualifying sale must be conducted in compliance with all applicable federal, state, and local laws.

- This offer is void where prohibited by law.

The 5 Qualifying Sale Tuition Reimbursement Program is not an unconditional promise of reimbursement. Student must comply with all rules and requirements specified in order to qualify for reimbursement. The 5 Qualifying Sale Tuition Reimbursement Program is subject to change or revision at any time.

Any dispute regarding this 5 Qualifying Sale Tuition Reimbursement Program will be governed by the laws of the State of Delaware, without regard to its conflict of laws provisions, and Student consents to the jurisdiction in Malaysia in connection with any Arbitration as required through the relevant Mastermind, Affiliate or Consultant Agreement.

### SECTION FOUR

### SPEAKERS/CONFIDENTIALITY

Student understands that during the Silver & Gold Masterclass programs MOBE will provide speakers who may convey invaluable education that is for Student's discreet use only. Student hereby acknowledges and agrees not to record, copy, transcribe, transmit, or distribute, either directly or indirectly (in any manner or form) any of the information or content of the Event. Student also agrees to maintain all information strictly confidential and to not disclose such information to any third party in any manner.

### SECTION FIVE

### RELEASE AND INDEMNIFICATION

Student agrees to release, indemnify, defend, and hold harmless MOBE, and its respective successors, assigns, personal representatives, officers, directors, and employees, for, from, and against all manner of causes of actions, lawsuits, liens, debts, dues, damages, claims, judgments, executions, attorneys fees, costs, and demands of every nature, kind or description whatsoever, either at law or in equity, or otherwise, arising out of, or in any manner connected to Students participation in this Enrollment or the Silver or Gold Masterclass.

### SECTION SIX

### SALES ARE NON-REFUNDABLE

Student hereby purchases the Silver & Gold Masterclass programs listed above and agrees to all terms, conditions, and rules related to the Silver & Gold Masterclass as announced and modified by MOBE in their sole discretion.

STUDENT UNDERSTANDS AND AGREES THAT ALL PURCHASES ARE NON-TRANSFERABLE AND NON-REFUNDABLE; ALL SALES ARE FINAL.

# Silver Masterclass Enrollment Agreement
# With Gold Bonus

**SECTION SEVEN**

**NONUSE**

Non-use of the Silver or Gold Masterclass programs shall result in a forfeiture of the entire amount paid for this Enrollment. Any such forfeiture shall relieve MOBE of any liability or obligation of performance relating to the Enrollment and Student affirmatively represents not to initiate a chargeback request.

**SECTION EIGHT**

**RESPONSIBILITY OF THIRD PARTIES - AFFILIATES**

MOBE has developed education focusing on marketing and training to allow people who choose to implement the strategies learned from the Event to market their own business, as well as earn commissions as an affiliate marketing other business' products, services and information. MOBE is not responsible for Student's results. Student releases MOBE from any claims of loss for any marketing strategies Student initiates. It is Student's sole responsibility to determine which marketing strategies Student will implement for their business. MOBE offers education and insights in a number of forms, but it is up to the Student to perform. MOBE is not responsible if a Student does not make sales or generate any commissions. If Student wants to qualify for commissions, bonuses, contests, or other incentives as a MOBE Consultant, Student must maintain the $19.95 monthly Standard Consultant Fee as described in the Consultant Agreement & Compensation Plan.

**SECTION NINE**

**INCOME DISCLAIMER**

Income illustrations are only for educational purposes and are not intended to serve as a guarantee of income. Success in this business requires hard work, dedication and good sales skills. The average Consultant generates less than $700 per year in commissions, although it should be noted that the average Consultant does not place ads to consistently promote programs for longer than 1 month. Some Consultant within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. You understand and agree that the value you will derive from the Event, products and/or services, will be in direct proportion to your level of effort, comprehension, individual monetary investments, business experience, expertise, desire, and willingness to take action on the education provided in the training programs. Therefore, MOBE has not, cannot, and will not make any guarantee of success, whether implicit or implied. You understand that the information provided by MOBE is educational in nature and is not intended to be legal, accounting, or tax advice. You are responsible for your own financial decisions and should consult your own legal, accounting, and tax advisors before making your financial decisions. A copy of MOBE's Income Disclosure along with current earnings statistics is available HERE.

**SECTION TEN**

**RIGHT OF MODIFICATION**

Student understands and agrees that the purchase of this Enrollment is subject to acceptance by MOBE. MOBE reserves the right to refuse any purchase. MOBE may, at any time, change or modify the contents of Silver or Gold Masterclasses, without prior notice. You will be notified if and when this happens as expeditiously as possible.

**SECTION ELEVEN**

**MEDIATION, MANDATORY BINDING INDIVIDUAL ARBITRATION; VENUE**

STUDENT AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS AND DELAWARE LAW WILL APPLY.

FTC-MOBE-001548

# Silver Masterclass Enrollment Agreement
# With Gold Bonus

In the event that the parties to this Enrollment Agreement dispute the terms, application of the terms, or performance hereunder, the parties hereto agree, as a condition precedent to filing or pursuing any legal remedy (including but not limited to making a public complaint on any website, filing suit in any court or arbitration, or initiating a credit card chargeback dispute), the parties agree to participate in mediation services as determined by MOBE management (Mediation fees to be shared by the Parties mutually). If the Parties are unable to come to a mutual agreement in mediation then the Student agrees to participate in binding arbitration in accordance with the American Arbitration Association and under the Commercial Arbitration Rules. Student and MOBE agree that all hearings may be held telephonically. Such arbitration will be final and binding on Company and Student and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each party will pay their own costs and attorney's fees. Notwithstanding the arbitration provision contained herein, MOBE will have the right to seek specific performance, including the right to be granted preliminary injunctive relief of Student's obligations (payment, defamation, breach of contract) hereunder or relating hereto.

MOBE may seek injunctive relief without having to post any bond or other security to the Court. Student is aware that through this provision he or she is specifically waiving rights to dispute ANY refund request or charges (credit card or other payment method) or payments made to MOBE until an Arbitrator has granted a final decision specifically granting a return of any or all payments or fees made to MOBE.

If the foregoing dispute resolution mechanism is not employed prior to making a public complaint, or filing a lawsuit in any Court, the party making such complaint without first employing this alternative resolution procedure will be responsible to the other party for liquidated damages in the amount of $25,000.

## SECTION TWELVE

### NON-DISPARAGEMENT
Student and MOBE mutually agree that their personal and professional reputations are important and should not be impaired by either Party after this agreement is executed. Student and MOBE agree they will not publicly, privately, or anonymously make any comment, oral or written, or take any action which disparages, defames, or places MOBE or its past and present officers, directors, employees, and affiliates in a negative light. If this agreement is violated, the defamed or disparaged party has the right to seek immediate court intervention in connection with Section 11 above. Student grants permission for MOBE to provide this Enrollment to any third party where defamatory comments have been made to immediately have those comments removed until the AAA process described in Section 11 has granted a full and final ruling regarding the dispute(s).

## SECTION THIRTEEN

### MISC.
(a) Student cannot assign this Enrollment Agreement, but MOBE will be allowed to assign its rights and obligations hereunder to its affiliates, successors and assigns.

(b) This Agreement can only be amended by the mutual agreement of the parties.

(c) The Parties agree to keep the terms of this Enrollment Agreement confidential.

(d) This Enrollment Agreement will not be construed against its drafter, and Student acknowledges that it has had the opportunity to have legal counsel review this Enrollment Agreement.

(e) Upon Company's request, Student will do or cause to be done such further acts or things as Company may reasonably request to carry out the intent of this Enrollment Agreement.

(f) No failure or delay by either party in exercising any right, power or privilege hereunder will operate as a waiver.

(g) If any provision of this Enrollment Agreement is found to be invalid, all of the remaining provisions of this Enrollment Agreement will nonetheless remain in full force and effect.

# Silver Masterclass Enrollment Agreement
# With Gold Bonus

(h) This Enrollment Agreement embodies the entire understanding of the parties, and supersedes all prior negotiations, understandings and agreements with respect to the subject matter of this Enrollment Agreement.

(i) This Enrollment Agreement may be executed in counterparts.

## SECTION FOURTEEN

### ATTORNEY FEES; COSTS

Student agrees to pay any and all costs, including without limitation reasonable attorneys' fees, incurred by MOBE as a result of any violation of these terms and conditions by Student or any other dispute between Company and Student. In the event any portion of this Enrollment Agreement at any time, for any reason, are determined to be void or superseded, the remaining portions of the foregoing Enrollment Agreement and the provisions of this paragraph shall survive.

## SECTION FIFTEEN

### OUTSIDE CLAIMS

Any claims or promises made by any party that is not outlined in this agreement is not the responsibility of MOBE and is not grounds for a refund or other compensation.

By signing below, you agree to this entire Enrollment Agreement. Your digital signature is equivalent to a handwritten signature as provided in The Federal E-Sign Act.

**Signature:** ███████████

**Email:** ███████████

**PX 22**



**citi**

| Account Number | Statement Date | Total Amount Due |
|---|---|---|
| ▬▬▬▬▬▬ | 11/15/2017 | Not an Invoice. For your records. |

For telephone or address change on travel cards, please place an X in the parentheses and make the
desired changes on the reverse side.( )

---

# CITIBANK CARD

**CARD STATEMENT**

| Previous Balance | Credits | New Charges | Total Activity |
|---|---|---|---|
| $0.00 | | $2,521.97 | $2,521.97 |

Invoice Date
11/15/2017

FOR CUSTOMER SERVICE CALL 1-800-248-4553 OR WRITE Citibank P.O. Box 6125 Sioux Falls, SD 57117
OUTS DE THE U.S. AND CANADA CALL COLLECT 904-954-7314

| Agency Name: | Account Number |
|---|---|
| Accounting Code/Cost Center | |
| Billing Office Id: | Agency/Org Id: |
| Discretionary Code: | Tax Exempt#: |
| Single Purchase Limit: $0.00 | Cycle Purchase Limit: $0.00 |

| Sale Date | Post Date | MCC Code | Reference Number | Description | Total Amount |
|---|---|---|---|---|---|
| ***********************************************************NOTICE MEMO ITEM(S) LISTED BELOW*************************************************** | | | | | |
| 11/01/2017 | 11/02/2017 | 5399 | 74662557305002061319357 | 1 | AW                          UK  MOBEHELP.COM8446623787 | $2,497.00 |
| 11/01/2017 | 11/02/2017 | 0000 | 74662557305002061319357 | 2 | FOREIGN TRANSACTION FEE | $24.97 |
| *************************************************TOTAL AMOUNT OF MEMO ITEM(S): | | | | | **$2,521.97** |

Citi is committed to the reduction of paper. Within the Commercial Cards business, you can switch to online statements now by registering your card on CitiManager at
https://home.cards.citidirect.com/CommercialCard/Cards.html. Thanks to hose who already access statements online, together we are saving 2,170 trees each year through this
initiative alone.

Account management made easier:  Online statements & CitiManager Mobile offer 24/7 access, security, and mobility.  Log in at www.citimanager.com/login and click Go Paperless
under the Statement tab.

Sign-up for email or text message alerts to know when your statement is ready to view.  When on the go, access your account and recent activity through your mobile device at
www.citimanager.com/mobile

Memo Section

Approval Section

CARDHOLDERS SIGNATURE

**PX 22**

Page 1 of 1

**FTC-MOBE-001551**
APPROVING OFFICIAL SIGNATURE (Except Travel)

**Account Requests**

CHANGE OF ADDRESS OR TELEPHONE NUMBER

Street Address _____

City, State _____

ZIP _____

Home Phone _____

Business Phone _____

## Payment Information

- Enclose your check or money order payable in U.S. dollars to Citibank, N.A. with this payment coupon, but do not staple or tape them together.
  Please do not send cash.
- Write your account number on the front of your check or money order.
- Please make sure the entire Cit bank address appears through the window of your remittance envelope.
  If we receive your mailed payment in proper form at our processing facility by 5:00 p.m. Eastern Time, it will be credited as of that day.
- Payments, adjustments, and charges received after the date indicated on the front as "Statement Date" will appear on your next statement.

**Mail your payment in the envelope provided, or send your payment to:**

Cit bank, N.A.
P.O. Box 78025
Phoenix, AZ 85062-8025

**You may send your payment via overnight mail to:**

Cit bank, N.A.
Attn: Payment Processing Center 78025
1820 E. Sky Harbor Circle South STE 150
Phoenix, AZ 85034

## Account Inquiries

**In case of error or questions about your bill:** If you think the Billing Statement is incorrect, or if you need more information about a transaction, write to us on a separate sheet at the address specified on the front of this statement as soon as possible. Please notify us no later than 60 days after the date of the bill on which the error or problem first appeared. Disputed amounts may be deducted from "Total Payments Due" after you notify CITI of disputed items.

**In the letter, please give us the following information:**

- Your name and account number. For Centrally Billed Accounts, please include the Agency name and individual account number.
- The dollar amount of the suspected error.
- Describe the error and explain the reason for the error; if more information is needed about an item, please describe it to us.
- **Merchant disputes:** If the Agency or Cardholder was unsuccessful in attempting to resolve a problem with a merchant concerning the quality of goods or services purchased with the CITI Government card, we may be able to help if we are notified in writing within 60 days of the date of the charge.
- In the letter to us, please explain in detail the dispute and the results of the attempt to resolve it with the merchant. The letter must include the amount involved, **and must be signed by the individual Cardholder. We will notify you of the results of our efforts.**
- If you returned merchandise and received a credit slip which has not yet been posted, please allow 30 days from the date it was issued. If it has not been posted to the Account by then, forward a copy of the credit slip to us at the billing dispute address specified on the front of the statement. Along with the copy of the credit slip, please include a letter (**signed by the individual Cardholder**) stating that credit was not received. If a credit slip was not issued, please request one from the merchant. If the merchant refuses, please write to us and explain the details.

- On non-disputed or any other matter shown by CITI not to be in error, CITI may charge the Agency or Cardholder the fee specified in the Cardholder Account Agreement for each copy of any document the Agency or Cardholder requests, such as duplicated periodic statements, transaction slips, and the like.
- Please save your charge receipt.
- **Mail billing inquiries to:**

  Citibank, N.A.
  PO Box 6125
  Sioux Falls, SD 57117-6125

- **Telephone inquiries through CITI Customer Service, 24 hours a day, 7 days a week:**
- **Toll-free:** 1-800-790-7206
- **Call Collect:** 904-954-7850

### Information about your CITI Government Card Account

**Report Lost or Stolen Card Immediately:** Our telephone lines are open every day, 24 hours a day. Call the Customer Service number listed here or specified on the front of the statement immediately (day or night). After you notify us, you will not be liable for any unauthorized use of your Card.

From within the Continental U.S.:
**Toll-free:** 1-800-790-7206
From outside the Continental U.S.:
**Call Collect:** 904-954-7850

# Exhibit W

**FTC-MOBE-001553**

Exhibit W - Page 1 of 26



㉑ Step System

DASHBOARD | 21 STEPS | 30-STEP TRAFFIC MASTERY | DAILY TRAINING | Need Help? Call 1-844-662-3787

Welcome

## Step 8:

"How To Quickly and Easily Get Paid Your High-Ticket Commissions With MOBE (Plus How To Get Ongoing Support While Building Your Business)"

### Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobe.com

☎ Phone:
+1

📅 Schedule A Session:
Click Here

Skype:

**What You'll Discover In This Step:**

- How to get paid your MOBE commissions with eWallet
- How to setup your eWallet account
- Corporate structures and how they can save you money
- Where to get daily and weekly support for your new business

Difficulty level:

BEGINNER

Video Time:
17    MINUTES

In this video I'm going to show you how to get paid quickly and easily in MOBE.

㉑ Step System

**STEP 8**
WHAT YOU HAVE PASSED SO FAR

STEP **8**

FTC-MOBE-001554

PX 22



### (21) Step System

8

## How To Quickly And Easily Get Paid Your High-Ticket Commissions With MOBE (Plus How To Get Ongoing Support While Building Your Business)

More Training and Resources

**Step 8 - Training Section #1**

Congratulations! Less than 30% make it to step 8!

## How To Receive Your High-Ticket Commissions From MOBE Once You Start Promoting

This is often the favorite step for a lot of consultants, and I can understand why. Today, we'll be setting up your account with MOBE so we can transfer your money over to you once you start earning commissions.

We use a system called eWallet for paying out all commissions (more than $67 million to date).

Think of eWallet as being like MOBE's own internal PayPal system. Once you have set up your eWallet account (which should not take you more than 15 minutes), we'll be able to send your commissions to you, and you'll be able to transfer them to any bank account you want.

You can even get a special type of credit card that is connected to your eWallet account, so you can start immediately spending the money once you get your commissions.

### Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobe.com

☎ Phone:
+1

📅 Schedule A Session:
Click Here

Skype:

MATT LLOYD ONLINE

## Register For The 'Daily Power Up' Training Call:

**Roger Salam**

Subscribe & Listen to each call and past recordings:

MOBE Daily PowerUp Call

## Commissions Paid Out With This System So Far:

FTC-MOBE-001555

PX 22

**Step 8 - Training Section #1**

Congratulations! Less than 30% make it to step 8!

# How To Receive Your High-Ticket Commissions From MOBE Once You Start Promoting

This is often the favorite step for a lot of consultants, and I can understand why. Today, we'll be setting up your account with MOBE so we can transfer your money over to you once you start earning commissions.

We use a system called eWallet for paying out all commissions (more than $67 million to date).

Think of eWallet as being like MOBE's own internal PayPal system. Once you have set up your eWallet account (which should not take you more than 15 minutes), we'll be able to send your commissions to you, and you'll be able to transfer them to any bank account you want.

You can even get a special type of credit card that is connected to your eWallet account, so you can start immediately spending the money once you get your commissions.

The first step in setting up your account is to enter your email at the website pictured below. Please use the same email address you use to login to this training program.

### EWallet Sign Up

Email

[                    ]

[Submit]

Done? You should receive an email with the subject line, "eWallet Registration" in about 10 minutes from now.

## Your Business Coach

**Carlos Verdugo**

✉ Email:
carlos@mobe.com

☎ Phone:
+1

📅 Schedule A Session:
Click Here

Skype:

**Roger Salam**

Subscribe & Listen to each call and past recordings:

MOBE Daily PowerUp Call

## Commissions Paid Out With This System So Far:

## $ 103,011,050

**□ More Training and Resources**



FTC-MOBE-001556

PX 22

FTC-MOBE-001557



## Your Business Coach

**Carlos Verdugo**

✉ Email:
**carlos@mobe.com**

📞 Phone:
+1

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:



Done? You should receive an email with the subject line, "eWallet Registration" in about 10 minutes from now.

Your login details will be inside that email.

To access your eWallet account, just login to www.mobe.globalewallet.com and follow the steps to finish the sign up process.

If you don't receive an email after 10 minutes, it may be because you've already signed up in the past. In this case, use the "Forgot Password" link.

Of course, once you log in, don't expect to see any commissions just yet. That will come after you complete this entire program, get your MOBE consultant links, and start promoting.

## Corporate Structure

As you start generating more and more income with your business, you will find that your taxes will go up also.

In episode 105 of Ask Matt Lloyd, I talk about how I learned that lesson the hard way.

You can watch it at: www.askmattlloyd.com or hit the play button below:



You'll hear me talk about structuring your business for maximum tax efficiency, from the viewpoint of how I did it.

PX 22



You'll hear me talk about structuring your business for maximum tax efficiency, from the viewpoint of how I did it.

You'll hear me talk about the extra several hundred thousand dollars I paid in tax due to not having the right structure from the start.

I also talk about how to find really good accountants who'll be able to help you in this area

I highly recommend you watch it and contact your coach for additional information that might be more relevant to your situation and geographic location.

## Daily Support & Training

Now that you're a MOBE Consultant, you can also join our private Facebook group.

Please don't invite anyone into this group unless they themselves are a MOBE Consultant. Just request approval, and you'll be granted access within 24 hours.

There you will be able to meet other MOBE Consultants and share your questions, comments and successes.

**NEXT SECTION - PLEASE CLICK HERE**

Step 8 - Training Section #2

Step 8 - Training Section #3

Step 8 - Top Earners Extra Training

Step 8 - Your Assignment

Congratulations - You have completed Step 8.

Meet our members

### Your Business Coach

Carlos Verdugo

✉ Email:
carlos@mobe.com

📞 Phone:
+1

🗓 Schedule A Session:
**Click Here**

💬 Skype:

FTC-MOBE-001558

PX 22



**Step 8 - Training Section #1**

**Step 8 - Training Section #2**

## MOBE Is Different

If you've been involved with systems that promised you the world but never delivered, realize this is different.

One of the reasons this system work—and what makes MOBE in general unique and powerful—is the daily support and mentoring we offer.

Most systems make big promises. But after you purchase and go all in with them, there is no daily support, no help when you need it, and no sense of community.

MOBE is different. We've got an extremely active support group full of dedicated MOBE Consultants from all over the world who you can communicate with.

We've got world-class daily training to help keep you on track to success.

Get plugged into our community and support system and to start attending our daily support calls and training calls.

In addition to the MOBE community and support team, it is important that you surround yourself with supportive people.

Make sure you have your family involved as well. When they get passionate about the opportunity here and what it can do to your and their lives, you'll only become successful that much faster with a solid home support system and having people who believe in you.

## Training Schedule

Once you complete the 21 steps and have access to your back office as a Silver or Gold Masterclass member, you will see a tab at the top that says Daily Training. When you click it, it will display a calendar. You will see anywhere from one to 10 training and support sessions scheduled almost every day.

---

*Your Business Coach*

Carlos Verdugo

✉ Email:
carlos@mobe.com

☎ Phone:
+1 ▇▇▇▇

📅 Schedule A Session:
**Click Here**

Skype: ▇▇▇▇

MOBE Daily PowerUp Call

**Commissions Paid Out With This System So Far:**

**$ 103,011,069**

MOBE WOULD LIKE YOUR FEEDBACK!

Business Coach Feedback:

**CLICK HERE**

FTC-MOBE-001559

PX 22



Exhibit W - Page 7 of 26

FTC-MOBE-001560

PX 22



### Step 8 - Training Section #3

## Get Your MOBE Business Off To A Fast Start

Listen in as some of our top earners and Platinum members show you the exact steps to take in your first few weeks to achieve maximum momentum and results in your MOBE business.

Whether this is your very first day as a new MOBE Standard Consultant, or you're a veteran looking for a quick refresher, these fun, relaxed Monday night gatherings are the place to be to get all your questions answered. Friendly voices, straight answers, and insights you can act on for immediate results.

Each "Getting Your MOBE Business Off To a Fast Start" presentation includes training and live Q&A.

## Traffic Masters Academy Daily Training

As a Silver Masterclass Member you will now have access to our Traffic Masters Academy Daily Traffic Webinars. The live webinars cover topics like:

- Traffic Fundamentals
- PPC (Pay-Per-Click)
- The Power of YouTube
- Solo Ads
- Banner Ad Marketing
- Blogging Secrets
- Warm Market Traffic
- Direct Mail
- PPV

Each webinar will be run by one of my expert Traffic Coaches, who will field every single question and answer them in detail.

You'll be able to get all of your questions answered on any topic you like

## The Daily Power-Up

I encourage you to attend the Daily Power-Up calls that you have access to through the 21 steps. You will find a link at the top of the screen that says "Daily Training" and they will show you an extremely important call you can attend each day that will keep you motivated and on track.

This is a very important training to attend. Each day, this short training will get you in the right mindset to build your business and to focus on income-producing activities.

FTC-MOBE-001561

## PX 22



*Your Business Coach*

**Carlos Verdugo**

✉ Email:
carlos@mobe.com

☎ Phone:
+1

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

relationships, spirit, and lifestyle.

The Daily Power-Up training takes place live Monday through Thursday at 11:00 AM EST.

You can also access past training calls by going to www.mobeoffice.com.

Or call (323) 375-3223 at 11am EST. No pin or access code is required to join the call.

**NEXT SECTION - PLEASE CLICK HERE**

Step 8 - Top Earners Extra Training      +

Step 8 - Your Assignment      +

Congratulations - You have completed Step 8.      +

👥 Meet our members

© Copyright 2017 - MOBE - All Rights Reserved

**PX 22**

Contact Support | Reviews | Terms & Conditions | Income Disclosure | Privacy



*Your Business Coach*

Carlos Verdugo

✉ Email:
carlos@mobe.com

☎ Phone:
+1

📅 Schedule A Session:
Click Here

Skype:

MOBE Daily PowerUp Call

Commissions Paid Out With
This System So Far:

**$ 103,011,075**

MOBE WOULD
LIKE YOUR
FEEDBACK!

Business Coach
Feedback:

CLICK HERE

Step 8 - Training Section #1

Step 8 - Training Section #2

Step 8 - Training Section #3

Step 8 - Top Earners Extra Training

**Top Earner** Extra Training:

Watch Episode 105 of Ask Matt Lloyd and contact your coach for more details on what
business setup options might work for you.

Do you have the right corporate structure in place to grow your business? If not,
mention this to your coach and they can help recommend a resource for your area.

NEXT SECTION - PLEASE CLICK HERE

Step 8 - Your Assignment

**PX 22**

FTC-MOBE-001563

FTC-MOBE-001564



PX 22

*Your Business Coach*

Carlos Verdugo

✉ Email:
carlos@mobe.com

📞 Phone:
+1

📅 Schedule A Session:
**Click Here**

Skype:

• Familiarize yourself with where you can get daily training and support. Attend the Daily Power-Up training call every day moving forwards (if you need to set yourself a reminder on your phone or calendar, then do so; this training is too important to miss).

• After you listen to your first call, talk to your coach and share with them your biggest takeaway.

We're glad to have you plugged into our training, and will see you in the next step, where you will learn about the final three stages a business owner goes through on their path to millions.

**NEXT SECTION - PLEASE CLICK HERE**

Congratulations - You have completed Step 8.

🚶 Meet our members



*Your Business Coach*

Carlos Verdugo

✉ Email:
carlos@mobe.com

📞 Phone:
+1

🗓 Schedule A Session:
Click Here

☎ Skype:

MOBE Daily PowerUp Call

**Commissions Paid Out With This System So Far:**

**$ 103,011,226**

MOBE WOULD LIKE YOUR FEEDBACK!

Business Coach Feedback:

CLICK HERE

Step 8 - Training Section #1

Step 8 - Training Section #2

Step 8 - Training Section #3

Step 8 - Top Earners Extra Training

Step 8 - Your Assignment

## Action Steps

- Create your eWallet account, and once you're able to log in to your back office, send your coach an email and let them know.

- Familiarize yourself with where you can get daily training and support. Attend the Daily Power-Up training call every day moving forwards (if you need to set yourself a reminder on your phone or calendar, then do so; this training is too

FTC-MOBE-001565

**PX 22**

FTC-MOBE-001566

PX 22



*Your Business Coach*

Carlos Verdugo

✉ Email:
carlos@mobe.com

📞 Phone:
+1

📅 Schedule A Session:
Click Here

Skype:

MOBE Daily PowerUp Call

## Commissions Paid Out With This System So Far:

$ 103,011,239

MOBE WOULD LIKE YOUR FEEDBACK!

Business Coach Feedback:

CLICK HERE

---

Step 8 - Training Section #1                          +

Step 8 - Training Section #2                          +

Step 8 - Training Section #3                          +

Step 8 - Top Earners Extra Training                   +

Step 8 - Your Assignment                              +

Congratulations - You have completed Step 8.          −

## Congratulations on completing Step 8—Great job!

◄ Congratulation! You have completed this step

Now, it's time to contact your coach please. He/She will unlock your next step.

If for any reason you have any issues accessing the steps or video training in this 21 Step System or any of our other training programs, please contact our support team at mobe.com/support or call 1-844-662-3787.

👥 Meet our members

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE             MOBE

DATE              RECORDED:  NOVEMBER 8, 2017
                  TRANSCRIBED:  FEBRUARY 5, 2018

PAGES             1 THROUGH 13

Step 8_2017-11-08_13-51-46

*Carol Jones*
*3/1/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001567**

2

```
 1              FEDERAL TRADE COMMISSION

 2                    I N D E X

 3

 4      RECORDING:                        PAGE:

 5      MOBE Step 8                          4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**                    **FTC-MOBE-001568**

3

 1                    FEDERAL TRADE COMMISSION

 2

 3       In the Matter of:              )

 4       MOBE                           )   Matter No. 1723072

 5                                       )

 6       ------------------------------)

 7                                   November 8, 2017

 8

 9

10

11            The following transcript was produced from a

12       digital file provided to For The Record, Inc. on

13       January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**FTC-MOBE-001569**

4

**P R O C E E D I N G S**

- - - - -

**Step 8_2017-11-08_13-51-46**

4    MATT LLOYD:  So welcome to Step 8.  This is

5  often the favorite step for a lot of consultants

6  coming through this training program because this is

7  where we talk about how you actually get your money,

8  how do you actually get those high-ticket commissions

9  that you're making when you promote our marketing

10  system and also our products, and how do you get them

11  into your bank account.

12        So I'm going to show you how to quickly and

13  easily get paid your high-ticket commissions with

14  MOBE, plus also how to get ongoing support for your

15  business after you get through these 21 steps.  So

16  I'll show you how to get plugged into our support

17  system, get our traffic training, our business setup

18  training, all of that after you complete the 21 steps.

19        And before we begin, I always like to

20  congratulate you on making it this far.  Did you know

21  that less than 30 percent of people make it to this

22  step?  So two-thirds of people don't follow through

23  and even get to this step.  You're in the one-third

24  that actually does.  So congratulations, keep on

25  going, commit to getting to the very end of this

**PX 22**                    **FTC-MOBE-001570**

5

1     training program, all 21 steps.

2             Here's what you're going to discover in this

3     step.  I'm going to show you how to get paid your MOBE

4     commissions.  Those are commissions of $1,250, $3,300,

5     $5,500, even right up to $10,000 and how you actually

6     get those commissions into your bank account; how to

7     set up your eWallet account -- I will explain what

8     eWallet is in just a moment; and also where to get

9     daily and weekly support after you complete these 21

10    steps.

11            Let's talk about how do you actually receive

12    the commissions.  The system we use is something

13    called eWallet.  Now, you might not have heard of

14    eWallet before, but eWallet is kind of like our

15    internal PayPal system.  Think of it as, like, MOBE's

16    version of PayPal.  And what it allows you to do is

17    you can set up your own eWallet account, and then

18    every two weeks, when we pay out all of our consultant

19    partners around the world, we send the money directly

20    into their eWallet accounts, and then they're able to

21    link their eWallet account to their bank account.

22            Now, also, the other really cool thing about

23    eWallet is that you can get an eWallet credit card,

24    okay?  So this is a card that actually connects to

25    your eWallet account.  So let's say that you've got

**PX 22**                    FTC-MOBE-001571

6

1    $10,000 in commissions sitting in your account, you

2    could actually take this card and go and start

3    spending that money, without even having to transfer

4    it into your bank account if you wanted to. So it's

5    very reliable.

6         Now, how do you actually set up your eWallet

7    account? Well, it's very easy. Below this video in

8    the text you're going to see a form, and what I want

9    you to do is I want you to use the exact same email

10   address that you used to log into this training course

11   you're watching right now. Use the same email address

12   -- that's important -- and fill out that form, and

13   then follow these steps to set up your eWallet

14   account. So, again, you will see that below this

15   video in the text instructions.

16        And when you do fill out that form with your

17   email address, you're going to have to wait about five

18   minutes, and then you should get a confirmation email.

19   So go and check your email inbox. Give it about five,

20   ten minutes, and then it should arrive and the next

21   steps will be there.

22        Now, once you get that email confirmation,

23   it's going to have a link, and that link is

24   https://mobe.ewallet.com. When you go to that link,

25   and I'll put that link below in the text as well so

**PX 22**            **FTC-MOBE-001572**

7



1    you can click on it, but when you go that link, use

2    the same email address, and also use the same password

3    that you set up and log in.  And then you will be able

4    to look around and see how eWallet works.

5            So as soon as you make a commission, which

6    you'll be able to do once you get through all these 21

7    steps, you'll start promoting your links.  When people

8    buy our products, you'll get paid your commission

9    every two weeks.  We pay the commissions into your

10    eWallet account, and then that's how you get your

11    money.

12            So let's talk about where you're going to

13    get ongoing support after you get through these 21

14    steps, because that's very important.  You've now set

15    up your business, you're ready to -- to really get

16    things ramped up, you've completed all 21 steps, then

17    what?  Well, after you get through these 21 steps, you

18    are going to begin your traffic training.  We're going

19    to show you how to start promoting your MOBE

20    consultant links with our traffic training so you will

21    want to get through all of that.  But even after that,

22    where do you then go for ongoing support?

23            Well, we actually have regular training

24    webinars, and we do them many times a week.  And you

25    will be able to go and attend these training webinars

**PX 22**                    **FTC-MOBE-001573**

1    absolutely free.  The other really cool thing we do is

2    we have a private, invite-only Facebook community for

3    each level of our clientele.  So, for example, let's

4    say you are a Silver Masterclass member, once you get

5    through all 21 steps, you will be invited to our

6    private, members-only Facebook community.

7            And inside that community, you will see

8    thousands of other members in this program who are

9    just like you.  They're wanting to build their own

10   high-ticket affiliate marketing business.  Some of

11   them are brand new.  Some of them have been doing it

12   for years and years.  Some of them are about to

13   generate their first commission, they're just getting

14   started.  Others have made hundreds of thousands of

15   dollars.  And they're from all around the world.

16           So you can network with them.  You can ask

17   them your questions.  You can ask them for their --

18   their advice.  You can even offer advice to some of

19   them as well.  So, again, you will be invited to that

20   group after you complete the 21 steps.

21           So as for the daily training calls, you're

22   going to get access to them, again, after you complete

23   the 21 steps.  And we have training calls on all the

24   different traffic methods, on getting your business

25   off to a fast start, lots of different topics.  So



**PX 22**          **FTC-MOBE-001574**

9

1    once you get through the 21 steps, you will be sent a

2    calendar.  And on that calendar, it will have all the

3    different training calls.  You just pick the one that

4    you want to register for, and you show up.

5         Now, some of them are completely free.  And

6    I'll tell you about one of the free ones right now.

7    Others are actually for our paid clients.  So, for

8    example, if you are a Silver Masterclass member, then

9    you will get access to all of them.  That's one of the

10   benefits of having the Silver Masterclass.

11        Once you do complete these 21 steps, one of

12   the first training calls that I want you to go ahead

13   and register for, it's called Getting Your MOBE

14   Business off to a Fast Start.  So that's like an

15   orientation call.  When you're about to start

16   promoting, what exactly should you do, well, we talk

17   about that on this weekly training call.  So you'll

18   want to attend that one.

19        We also have what's called our Traffic

20   Masters Academy training calls, and they are most

21   nights of the week, and they cover everything from

22   pay-per-click advertising, video marketing, solo ads,

23   blogging, banner ads.  Everything you need to know

24   about traffic is covered on those training calls.  So

25   the good thing about the MOBE marketing system is



**PX 22**                    **FTC-MOBE-001575**

10



1    you're never left alone.  You're always going to have

2    training.  It's just up to you to plug into our

3    support community and get on those training calls.

4    But as long as you do, as long as you're proactive,

5    and as long as you implement what we show you, then

6    you can do extremely well.

7         Now, the one training call that I do want

8    you to start attending right now as you're going

9    through these 21 steps is the Daily Power Up Call.

10   And I believe we talked about this one in an earlier

11   step, but the Daily Power Up Call, it's done most days

12   of the week.  You will find details on it in the text

13   below, but this call, it ranges from 10 to 20 minutes

14   long.  It's about everything to do with business, mind

15   set, even relationships and things like that.  And

16   it's a really important call because it's going to get

17   you in the right frame of mind to build your business.

18   So make sure you're attending that every single day as

19   often as you can, even while you're going through

20   these 21 steps.

21        So I told you this was going to be a short

22   step, and it is.  We're already at the end of it.  So

23   in the next step, we're going to go a little bit more

24   in-depth on a very different concept.  We're going to

25   talk about setting ambitious revenue targets.  So how



**PX 22**                    **FTC-MOBE-001576**

11



1   much would you like to make in the next six months?

2   How much would you like to make in the next 12 months?

3   I'm going to ask you to get very clear on that and to

4   really push yourself outside of your comfort zone.

5   And then working with your coach, we're actually going

6   to help you come up with a plan to achieve those

7   ambitious revenue targets.

8           Now, the action steps for today, it's quite

9   simple.  What I want you to do is I want you to go

10  ahead, create your eWallet account, and then once

11  you've logged into your eWallet account and it's all

12  working, send an email to your coach and just let them

13  know that you've done it, okay?  Make sure you're

14  staying in constant contact with your coach and you're

15  telling them that you're getting through these steps

16  and also asking your questions, too.

17          Just know that you will be able to get daily

18  training once you complete these 21 steps, and also

19  while you are completing these 21 steps, as in right

20  now today, I want you to go ahead and I want you to

21  register for the Daily Power Up Training Call.  That's

22  really important.  So go ahead and register for that

23  right now.  You will find details on how to register

24  in the text below.

25          And for the future Top Earner Extra



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

## PX 22

FTC-MOBE-001577

12

1       Training, I have a short video for you where I talk

2       about using the right structure with your business.

3       Now, this video, if I'd had this advice several years

4       ago, I probably would have saved myself over $100,000.

5       So this might be something that you want to check out.

6       It's all about setting up the right structure for your

7       business right from the very start.  And you'll see

8       why in the video, why that's so important.

9                   **(Scene change.)**

10                  MATT LLOYD:  Hey, guys, welcome to another

11      episode of Ask Matt Lloyd.  So today's --

12                  **(The recording was concluded.)**

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**            **FTC-MOBE-001578**

13

<u>CERTIFICATE OF TRANSCRIPTIONIST</u>

        I, Sara J. Vance, do hereby certify that the foregoing proceedings and/or conversations were transcribed by me via CD, videotape, audiotape or digital recording, and reduced to typewriting under my supervision; that I had no role in the recording of this material; and that it has been transcribed to the best of my ability given the quality and clarity of the recording media.

        I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were transcribed; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.



DATE:  2/5/2018     _____

        SARA J. VANCE, CERT

**PX 22**        **FTC-MOBE-001579**

# Exhibit X

FTC-MOBE-001580

Gmail - Marlon Nuqui, your next Top Tier Coach!                    Page 1 of 1
Case 6:18-cv-00862-RBD-DCI    Document 3-45    Filed 06/04/18    Page 59 of 99 PageID 1681
Exhibit X - Page 1 of 10



## Marlon Nuqui, your next Top Tier Coach!
1 message

---

**Coach Carlos Verdugo** <carlos@mobe.com>                    Wed, Nov 8, 2017 at 8:36 PM
To: ▇▇▇▇▇▇▇▇▇▇▇▇
Cc: Marlon Nuqui <marlon@mobe.com>

Hi ▇▇▇,

Congrats on registering for your Silver/Gold! PLEASE READ EVERY WORD OF THIS…

Your Level 2 Senior Coach Marlon Nuqui will now move you forward with the rest of the steps and coaching moving ahead.

He has been very influential to countless entrepreneurs worldwide and is one of the Head Coaches here at MOBE.

Marlon is a full time online entrepreneur, 7 figure earner and has worked with and helped thousands take their businesses to new heights. Marlon is one of my favorite personal mentors and you're going to love working with him.

IMPORTANT! COMPLETE THE NEXT 5 INSTRUCTIONS EXACTLY:

1. Make an appointment with Marlon immediately! Make sure you are in a quiet place where you will be undisturbed, on SKYPE and ready to take notes at your appointment time. PLEASE DO NOT SCHEDULE AN APPOINTMENT THAT YOU CANNOT ATTEND, Marlon's time is very valuable.

Book here ▇▇▇▇▇▇▇▇▇▇▇ (Schedule for the 1st Call New Member orientation)

2. Add Marlon to Skype now his user ID is: ▇▇▇▇▇▇

3. I've unlocked step 7-9. Finish to step 9 before your appointment with Marlon.

4. VERY IMPORTANT: You are going to start receiving automated emails regarding mobeoffice.com and Silver and Gold etc. I want you to disregard those emails until you finish the 21 steps. It is very important that you only focus on the 21 steps first until Marlon advises you otherwise.

5. Watch these 2 videos about Marlon: https://21stepbusiness.com/members/coach/marlon-nuqui/

It was a pleasure working with you!

To your success,


Carlos Verdugo V.
Senior Business Coach
carlos@mobe.com

Book me and let's get started!
Add me on Skype: ▇▇▇▇▇▇

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1723072

TITLE                    MOBE

DATE                    RECORDED:  NOVEMBER 17, 2017
                           TRANSCRIBED:  JANUARY 30, 2018

PAGES                  1 THROUGH 9

WEB VIDEO
Intro to Marlon_2017-11-17_11-35-08

*Carol Jones*

*2-28-2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                          **FTC-MOBE-001582**

2

1                        FEDERAL TRADE COMMISSION

2                             I N D E X

3

4    RECORDING:                                           PAGE:

5    MOBE Web Video – Intro to Marlon                       4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    FTC-MOBE-001583

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5                                        )

6        ------------------------------)

7                                        November 17, 2017

8

9

10

11             The following transcript was produced from a

12       digital file provided to For The Record, Inc. on

13       January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                  **FTC-MOBE-001584**

4

**P R O C E E D I N G S**

-    -    -    -    -

### Intro to Marlon_2017-11-17_11-35-08

MATT LLOYD:  Hi, there.  My name's Matt
Lloyd, and recently you got one of my online training
programs.  And, in fact, at this point, if you're
getting this video, you're probably about halfway
through it.  And I wanted to make this video, first of
all, just to thank you for getting the training
program, but also I wanted to introduce you to your
coach.  Now, this particular coach, you're very lucky
to be working with this coach because they are
definitely one of our very best, and I say that in all
seriousness.

Marlon.  Marlon Nuqui.  Marlon got started
with us in -- this would have been about 2012 now.  He
was there right at the beginning.  MOBE actually
started in 2011 officially.  Marlon was one of our
very first coaches.  And so he's been with us for a
very long time.  He has coached literally at this
point -- it must be thousands -- thousands of our
clients from all over the world.

And what people love about Marlon is his
style.  His coaching style, it's very laid back and
easy to work with him, and that's the one thing that

**PX 22**          **FTC-MOBE-001585**

5

1    really stands out about Marlon from just about all of

2    our coaching clients.  It doesn't matter what your

3    background is, what your experience level is, whether

4    you just got started with online marketing or whether

5    you're experienced, Marlon will be able to help you

6    with where you are, and he'll be able to take you to

7    where you want to get.  Okay?

8         So whatever your -- your financial

9    aspirations are, with this sort of business, let's say

10   you want to make six figures or multiple six figures,

11   even beyond that, Marlon's going to be able to help

12   you get to that level.  And like I said, he's got a

13   lot of experience, okay?  So he's been with us for a

14   long time, and I fully trust Marlon to do a great job

15   coaching you.

16        Now, Marlon lives in ██████████ with his

17   wife and two kids.  He's also an investor and an

18   advisor to big businesses on the side of what he does

19   with his full-time role coaching here at MOBE.  So my

20   advice is when Marlon reaches out to you, take his

21   training seriously, be responsive.  If he advises you

22   to do something, again, he's advising you with your

23   best interests at heart and through his knowledge,

24   after all these years in this business.  So take his

25   training very seriously.



**PX 22**          **FTC-MOBE-001586**

6

1          Get a hold of Marlon right now.  His contact

2      details should have been sent to you.  Either I would

3      have sent an email to you with them, Skype, email, all

4      of that, or someone else would have.  Reach out to him

5      right now and make sure you also say hi to him from me

6      as well.  Okay?  We'll speak soon.

7          MARLON NUQUI:  Hi, I'm Marlon Nuqui, and if

8      you're watching this video, it means I chose to work

9      with you one-on-one.  Let me tell you a little bit

10     about myself.  I'm a full-time online entrepreneur,

11     and I belong to the small percentage of the people in

12     the world who actually have the freedom to live the

13     lifestyle I choose.

14          But it wasn't always like that.  You see, I

15     was a college dropout who lost everything in the real

16     estate crash.  It was devastating.  I had to start all

17     over, get a job, and become a slave to Corporate

18     America, all while trying to raise a young family.

19          After a few years in Corporate America, I've

20     had enough.  I remember that exact moment when I told

21     myself that I'm done living this way.  There is no way

22     I was going to do this for the next four years.  That

23     very moment I made a commitment to myself.  No more

24     asking the boss to have time off just so I can be with

25     my wife and kids, no more having only two weeks of



**PX 22**          **FTC-MOBE-001587**

7



1       vacation the whole year, and no more just getting by.

2               It was time to make a major change.  I knew

3       deep inside that there was a better way.  So I

4       searched and searched and searched online to find a

5       solution.  I was determined, but it wasn't easy.  In

6       fact, the first year or so, I tried to figure out

7       everything on my own, and I only made a measly $600

8       the whole time.

9               It wasn't until I worked closely with

10      several mentors that I gained success.  They taught me

11      the systems, business models, roadmaps, and formulas

12      to get me to the fast lane of prosperity.  And soon I

13      was a seven-figure earner able to design my life.  I'm

14      able to make money from home or anywhere there's an

15      internet connection on my laptop.  I'm able to travel

16      the world several times a year with my wife and kids.

17      I was able to buy my wife her dream car and able to

18      pay my parents' mortgage.

19              But the best part is I'm here for my family

20      all the time.  For the past several years, with the

21      experience and knowledge that I've gained, I've been

22      able to take thousands of people's lives and

23      businesses to the next level.

24              I help them build businesses from scratch to

25      having the ability to make six-figure and even seven-



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001588**

8

1    figure incomes.  What I do is take my students step-

2    by-step on exactly how to build a profitable business

3    online the right way.  I help them overcome what's

4    prevented success in the past.  I give them the mind

5    sets to success, how to set up and implement the best

6    systems, how to make the highest profit margins, and

7    how to run your business efficiently while still

8    enjoying your life.

9            And that's what I want to do for you.  I

10   want you to reach your goals.  I want you to achieve

11   freedom.  I want you to live the life that most people

12   only dream of.  In fact, I made it my mission to

13   impact as many people as I can and create the

14   lifestyle of their dreams.  Imagine how you would feel

15   if you were able to do whatever you want whenever you

16   want.

17           So if you're ready to make a change in your

18   situation and ready for a worthwhile journey, reach

19   out to me.  I'm here to help.

20           **(The video recording concluded.)**

21

22

23

24

25

**PX 22**        **FTC-MOBE-001589**

9

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Sara J. Vance, do hereby certify that the

5         foregoing proceedings and/or conversations were

6         transcribed by me via CD, videotape, audiotape or

7         digital recording, and reduced to typewriting under my

8         supervision; that I had no role in the recording of

9         this material; and that it has been transcribed to the

10        best of my ability given the quality and clarity of

11        the recording media.

12             I further certify that I am neither counsel

13        for, related to, nor employed by any of the parties to

14        the action in which these proceedings were

15        transcribed; and further, that I am not a relative or

16        employee of any attorney or counsel employed by the

17        parties hereto, nor financially or otherwise

18        interested in the outcome of the action.

19

20                              *Sara J. Vance*

21        DATE:  1/30/2018      _____

22                              SARA J. VANCE, CERT

23

24

25

PX 22        FTC-MOBE-001590

# Exhibit Y

FTC-MOBE-001591



FTC-MOBE-001592

PX 22

FTC-MOBE-001593



**Step 9 - Training Section #1**

Congratulations! Less than 29% make it to step 9!

In previous steps, we looked at the first two stages of building a business:

Stage 1: Choosing your niche and business model, approaching your business with the right mindset, and leveraging your strengths.

Stage 2: Creating a customer acquisition process that works independently of you, the business owner, so you can focus on lead generation and putting in place the right team.

**Most entrepreneurs don't complete stages 3, 4, and 5. Because of this, they never become free of their business but remain a slave to it until they either burn out, or the business fails.**

Now, in Step 9, we're going to look at the final three stages (that's five all up) of the business-building process that we teach here at MOBE.

The entrepreneurs who do complete those final three stages are the wealthiest, happiest, and enjoy the most freedom.

If you want to achieve complete financial freedom (which I hope is your main goal), then it's imperative that you master these stages.

Even if these stages seem a long way off, and you believe you should focus all of your attention on just getting your first few sales, it's important to remember to always **build your business with the end in mind**.

Think five or even 10 years into the future. What is your end goal with your business? Those fail to plan, plan to fail. So know what you're working towards.

So let's begin with Stage 3 ...

NEXT SECTION - PLEASE CLICK HERE!

**Step 9 - Training Section #2**

**Step 9 - Training Section #3**

MATT LLOYD ONLINE

**Register For The 'Daily Power Up' Training Call:**

**Roger Salam**

Subscribe & Listen to each call and past recordings:

MOBE Daily PowerUp Call

**Commissions Paid Out With This System So Far:**

**$ 103,010,990**

MOBE WOULD LIKE YOUR FEEDBACK!

Business Coach

**PX 22**

FTC-MOBE-001594

PX 22



Step 9 - Training Section #2

## Stage 3: Scaling Through Consecutive Revenue Ceilings

A wise mentor once gave me this advice:

*"The things you do to get your business to six figures, will not get you to seven figures. And the things you do to get your business to seven figures, will not get you to eight figures."*

What he meant was that at each stage of growth in your business, your focus, day-to-day activities, organization, and mindset must completely change.

In the very beginning stages of starting a business, the typical entrepreneur wears all the hats: sales, product creation, tech, fulfillment, customer support, finance, and many others.

This is often required (although not for people who leverage the MOBE Marketing System, as a lot of these roles are handled by my team), and the lone entrepreneur doing all of those roles can build a business to multiple five and even six figures. But operating that way will not get the entrepreneur to seven figures and will certainly not allow them to get free of the business.

If you want to scale your company to seven figures and beyond, you'll have to learn how to **delegate**. You must put systems in place and leverage them, so you're not doing all the work.

Here's an image that shows the different roles that an entrepreneur can go through.

MOBE

Notice that the more successful the entrepreneur and their company become, the less time they spend on "technician" work and the more time they spend on managing, investing, and other higher leverage work.

MOBE provides training on how to effectively scale your company (regardless of the niche you're in) in our Titanium Mastermind training program.

## The Titanium Mastermind Program

The Titanium Mastermind gives you access to over 15-days of customized live training that will help you scale your business. Everything you'll learn about how to scale your annual revenue to higher levels is based on real-world experience. The trainers we fly in have all personally found their way through the five-figure, six-figure, seven-figure, and

Your Business Coach

Carlos Verdugo

Email:
carlos@mobe.com

Phone:

Schedule A Session:
Click Here

Skype:

---

Commissions Paid Out With
This System So Far:

$ 103,010,994

---

MOBE WOULD
LIKE YOUR
FEEDBACK!

CLICK HERE

Skype:
cverdugoy

Case 6:18-cv-00862-RBD-DCI   Document 3-45   Filed 06/04/18   Page 73 of 99 PageID 1695

Exhibit Y - Page 4 of 79

FTC-MOBE-001595

**PX 22**

some even eight figure revenue levels.

The training takes place at the Sunset Del Mar Resort in Costa Rica and other similar locations.

The core curriculum, which was developed by Matt Lloyd, is divided into a core **3-day program plus 5 additional 3-day bonus summits that cover more advanced topics like Traffic, Conversion, Leverage, Sales and Joint Ventures.**

As a Titanium Mastermind member, **you'll get a complementary 4-night stay at the resort during the core training program, for you and a guest,** which includes accommodation, food, drinks, activities as well as local airport pickup and drop-off.

To maximize your stay in Costa Rica, the bonus summits are tagged as 3-day events before and after the core training for a total of 9-days of training at each Titanium Mastermind event.

The bonus summits will rotate at each Titanium Mastermind. For example one mastermind will feature the Traffic and Joint Venture Summits another will feature the Sales, Leverage and/or Conversion Summits.

You may wish to fly back to attend the rest of the summits in person at a future date or you may also watch through live streaming from your home. As a Titanium Mastermind member you will have access to all future live streaming events so you can keep your skills up-to-date.

*(When booking your flights and hotel reservations, make sure to include extra days for the summits)*

Previous Titanium trainers have included high-profile business leaders.



https://21stepsclass.com/members/business-coach-feedback/

Exhibit Y - Page 5 of 79

FTC-MOBE-001596

PX 22





FTC-MOBE-001597

PX 22



FTC-MOBE-001598

**PX 22**



core training plus 5 additional 3-day bonus summits)

• Complimentary 4-night stay at the Sunset Del Mar Resort for you and guest, including food, beverages, activities and car transportation to and from the hotel in Costa Rica

• Access to Titanium-level commissions, 5% residuals and pass-ups

• Certification upon completion of course

**2. Consulting**

Five private 30-minute consulting sessions with a Senior Business Coach

**3. Done For You Videos**

Content videos made for you to used in your own video marketing. Put them on your blog, send them to your list, or create training programs with pre-scripted, high-quality video content created in the MOBE studios. (Retail value $147/mo but free to Titanium Consultants who are paying the $19.95 Consultant fee.)

**4. Bonus Summit Events ($15,000 Value)**

Each Summit is a separate, full three-day event. The event portion of these bonus summits is free when you join Titanium and are usually tagged before and after the core training program. (Note: You are responsible for lodging and expenses during the bonus summits.)

**Traffic Summit (Value $2,997):** At this event, real 'in-the-trenches' traffic experts reveal traffic secrets that could easily double, triple, or even quadruple your current traffic volume every month.

FTC-MOBE-001599

**PX 22**

FTC-MOBE-001600

**PX 22**



### Your Business Coach

Carlos Verdugo

✉ Email: carlos@mobe.com
📞 Phone:
🗓 Schedule A Session:
**Click Here**
🔵 Skype:

**CONVERSION SUMMIT**

**Conversion Summit (Value $2,997):** Here, we'll break down everything about increasing conversions into great detail so you'll understand the framework of a high-converting sales funnel that can increase your conversions by 10-fold or more

**LEVERAGE SUMMIT**

**Leverage Summit (Value $2,997):** At Leverage, you'll learn how to outsource and leverage systems and people to grow a seven-figure online business–and why not outsourcing will actually cost you more money in the long-run than doing everything yourself

**SALES SUMMIT**

**Sales Summit (Value $2,997):** You'll discover how sales and marketing work hand in hand, and how you can use a consultative selling approach to increase your sales closing abilities and truly skyrocket your income.

At the "Sales Summit" Bonus Event, we will go into greater depth on these topics and show how you too, can use a consultative selling approach to increase your sales and closing techniques that can truly skyrocket your income.

**JOINT VENTURE SUMMIT**

**Joint Venture Summit (Value $2,997):** You'll meet many of our top speakers and top earners and connect with other MOBE Consultants and you'll find out how you can use these connections to cross-promote each other's work or provide more value when combining your efforts and resources.

**5. Inner Circle Membership (optional, first month free)**

- Titanium Inner Circle monthly newsletter in print and PDF
- MOBE's "Ask the Expert" Titanium Series in audio (mp3 or CD). These are monthly live interviews with the most talented and successful experts in important areas of online marketing strategy and business-building.
- Learn more about the Titanium Inner Circle, by visiting   www.mobe.com/titanium-inner-circle.



FTC-MOBE-001601

**PX 22**



You get all this, and $3,300 commissions, and you never have to do any selling ...

As a lifetime member of Titanium Mastermind, you not only get to attend the Titanium Mastermind event, but you have permanent resale rights to the program and will make $3,300 commissions on every Titanium Mastermind membership our sales team sells for you.

Once again, keep this in mind: we will be offering this program on the back-end for you through our Sales Partner team, so to get these extra Top Tier commissions, you don't have to do anything extra.

It's the ultimate form of leverage and really boosts up the economics of your business because your earning potential is now much higher, even though you're not working more.

As we talked about in previous steps, it's not necessarily what you "do," it's what you "own." With Titanium, you will own a a tried-and-true system that works for you. That's the definition of working much smarter, not harder.

For details on what's included with the Titanium Mastermind:

CLICK HERE TO GO TO THE TITANIUM MASTERMIND PAGE

And to see details on the next upcoming Titanium Mastermind you can attend:

CLICK TO GO TO THE TITANIUM MASTERMIND DETAILS PAGE

## The Bill Gates Cash "Problem" You Should Aspire To

As you begin to scale your business, your profits should increase rapidly, along with your cash reserves.

Bill Gates' goal when building Microsoft was to have enough cash on hand to cover an entire year's worth of operating expenses. Once he had accumulated that cash, any extra cash on hand could be invested into other assets (like buying up other companies, or investing in real estate like his luxurious home).

BILL GATES HOUSE

Worth $123 M +
24 bathrooms
7 bedrooms
6 kitchens
23 car garage



At some point you'll have the (very nice) problem of having more cash on hand than your business needs to continue growing. This is where your money becomes your greatest tool in accumulating even more wealth. Instead of always working for your money, your money can begin to work for you.

You'll have entered Stage 4 ...

**NEXT SECTION. PLEASE CLICK HERE!**

https://21stedbusiness.com/members/business-coach-feedback/

**QuickTime Player**

FTC-MOBE-001602

PX 22

FTC-MOBE-001603

PX 22



Step 8 - Training Section #2

Step 9 - Training Section #3

## Stage 4: Investing Your Business Profits To Put Your Money To Work For You (Rather Than You Working For Your Money)

One of the best speakers I ever saw once said, *"In your life, you should have two businesses: your primary business and your money management business."*

Why is this so important?

It's because keeping and multiplying your money is as important as making it. It's what creates profound and lasting wealth. This viewpoint, and the secrets and strategies for carrying it out, are what separate the rich from the merely comfortable and the super-rich from the merely rich.

And make no mistake: the ability to make your money work for you and grow begins with a certain viewpoint—the kind that millionaires and billionaires possess, and which you too can develop.

### The Platinum Mastermind Program

The Platinum Mastermind gives you access to over 20-days of customized live training that will help you maximize your prosperity inside and out.

You will gain the secrets of some of the brightest minds on the planet on the topics of wealth, marketing, and personal development. (You'll also have the exclusive rights to market this same program, and make $5,500 commissions per sale, but I'll get to that a bit later.)

The training takes place at the Sunset Del Mar Resort in Costa Rica and other similar locations.

The core curriculum, which was developed by Matt Lloyd, is divided into a one **5-day program plus five additional 3-day bonus summits** that cover more advanced topics like prosperity mindset, asset protection and investing in the stock market, precious metals and real estate.

As a Platinum Mastermind member, **you'll get a complementary 6-night stay at the resort during the core training program, for you and a guest,** which includes accommodation, food, drinks, activities as well as local airport pickup and drop off. All you have to do is get there with your partner. Then immerse yourself in five days of millionaire consciousness with true masters of the money game.

To maximize your stay in Costa Rica, the bonus summits are tagged as 3-day events before and after the core training for a total of 11-days of training at each Platinum Mastermind event.

The bonus summits will rotate at each Platinum Mastermind. For example one mastermind will feature the Asset Protection Summit and Precious Metals Summit another will feature the Prosperity Mindset, Stock Market and/or Real Estate Investing Summit.

You may wish to fly back to attend the rest of the summits in person at a future date or you may also watch through live streaming from your home. As a Platinum Mastermind



FTC-MOBE-001604

PX 22



...member you will have access to all future free streaming events so you can stay informed on the latest investing and asset protection strategies.

*(When booking your flights and hotel reservations, make sure to include extra days for the summits)*

As a Platinum Mastermind member, you will be guided by the wealthiest and most powerful mentors to maximize your prosperity inside and out. Some of them are big names you'll recognize right away while others like to keep a low profile, but all have coached many students just like you into becoming multi-millionaires. They will bring you to understand:

- The greatest and most hidden wealth secrets that Fortune 500 CEO's have traveled and paid small fortunes to hear. (The main reason "the rich get richer" is they get access to information like this.)
- How to magnetize yourself to passive-wealth opportunities that bring you starting amounts of income with little time involved. (Easy, effortless income can fall right in your lap if you just know these four places to look.)
- The way to obtain complete and personal freedom in every area of your life—financially, mentally, and spiritually. Our mentors will transform your consciousness so you succeed in all of your goals with minimal effort

Your wealth-building can begin right at registration with the opportunity to make $5,500 commissions. In only twenty sales you will make six-figures and the retreat will make your climb to seven-figures simple and natural.

**"What if I (or my clients) don't yet have a lot of money to invest or a business that's generating large profits? Will the Platinum Mastermind training be useful for us?"**

Absolutely yes.

The time to learn about compounding wealth through investing, and protecting wealth through proper asset protection strategies is right at the start of your entrepreneurial journey

The earlier on you can learn about these strategies, the better.

I started learning about investing many years before I even started MORE

In fact, before I dropped out of university in 2009, and became a full-time internet marketer I was already reading investing books and learning about the great investors of our time, like Warren Buffet

Back then I didn't have a lot of money to invest, but I know that one day I would, and it was best if I started educating myself on the investing strategies of the rich long before I'd need the training

The first asset class I began to invest in was the stock market. Every month I'd invest a small amount of money. At the Platinum Mastermind, you'll learn exactly which stocks I invested in and what my strategy was (a strategy I still follow to this day).

The next asset class I invested in was precious metals–more specifically, gold bullion.

By this stage, my business was generating consistent profits every month so I committed to putting a percentage of my earnings into gold–Australian Kangaroos, Canadian Maple Leafs, and American Gold Eagles.

FTC-MOBE-001605

**PX 22**

The next asset I invested in was real estate. More billionaires have been created from real estate investing than any other asset class.

The first property I bought was a very large office space immediately after that. I invested in a large penthouse apartment with one of the best views in downtown Kuala Lumpur, Malaysia.

Shortly after, I began buying up smaller apartments, and then I purchased my very first resort in South America (25 rooms, with zoning approved to add another 50 rooms in the near future).

The point I'm making here is to have an investing strategy in place long before you start making millions of dollars. As your business grows and produces more profits for you, you'll use that strategy to put your money to work and earn you passive returns.

## Don't Make The One Big Mistake I Made Starting Out

In the early days of MOBE, I failed to get the asset protection advice I needed. And it cost me more than one hundred thousand dollars in additional taxes.

If I'd had the proper training, like you'll get at the Platinum Mastermind, it all could have been avoided.

Make no mistake about it once you accumulate a lot of money, there are unscrupulous people out there who will try and find ways to get at it-especially if you live in America, where lawsuits are extremely commonplace.

Also, because business profits are taxed at a very high rate in many countries, learning the advanced tax strategies we teach at Platinum might be the best business money you ever make. These strategies are perfectly legal and could help you put thousands—or hundreds of thousands—of dollars back in your pocket.

All wealthy people arrange their affairs so they are as tax-efficient as possible. If your goal is to be wealthy, you must understand tax strategies backward and forward. It's part of the job.

You'll learn everything you need to know to cut your tax bill and protect your assets at the Platinum Mastermind.

## Plus You Get Free Access To Nearly $15,000 In Additional Platinum Summit Events

Here is quick glance at what you get:

### 1. Event & Commission Qualifications

- Access to over 20 days of customized core training and bonus summits (5-day core training plus 5 additional 3-day bonus summits)
- Complimentary 6-night stay at the Sunset Del Mar Resort for you and guest, including food, beverages, activities and our transportation to and from the hotel in Costa Rica
- Access to Platinum-level commissions, 5% residuals and pass-ups
- Certification upon completion of course

### 2. Business Consulting

Eight 30-minute private consulting sessions with a Senior Business Coach, who will help you set up your traffic campaigns and get your business off to a fast start.

### 3. Bonus Summits ($15,000 Value)

Now, you will learn a ton of wealth-building secrets at the main Platinum Mastermind, but we can't cover everything about these topics in just five days. That's why I've added five Bonus Events that go into much greater depth.



FTC-MOBE-001606



**REAL ESTATE INVESTING**
SUMMIT

**Real Estate Investing ($2,997 Value):** At this special event, you will learn how to invest in real estate the right way, which property types to avoid, and how to create passive income without using your own cash. (This is one of the best-kept secrets of the ultra-wealthy.)

**PRECIOUS METALS INVESTING**
SUMMIT

**Precious Metals Investing Summit (Value $2,997):** At this event, you'll learn how to invest in precious metals, including less obvious metals like platinum and palladium. You'll also learn about stocks and mutual funds that hold shares in mining companies, exchange traded funds (ETFs) that hold bullion (bulk metal valued by weight), antique coins, and newly minted coins.

**STOCK INVESTING**
SUMMIT

**Stock Investing Summit (Value $2,997):** At this special event, you'll learn how the stock market of the 21st century has changed, how you should approach your portfolio from a "big picture" view and how to analyze specific stocks and companies. Other topics may include: fundamental and technical analysis, the index method, dividend stocks, foreign markets, and how to determine a company's value by future performance, cash flow, and revenue.

**PROSPERITY MINDSET**
SUMMIT

**Prosperity Mindset Summit (Value $2,997):** Prosperity starts with the proper mindset and you can't achieve lasting wealth without it. At this special event, you'll learn how to "reprogram" your mind for success and approach everything in life with an abundance mindset.

**ASSET PROTECTION**
SUMMIT

**Asset Protection Summit (Value $2,997):** At this special event you'll learn about common and little-known tax savings strategies and how to take advantage of them to keep an extra 15% (or more) of your money. Topics may include: creative retirement planning, charitable donations, tax credits, deductions, self-employment options, and legal tax shelters.

**4. Bonus Training (free access to the following events)**

**PX 22**

QuickTime Player

FTC-MOBE-001607

PX 22

Exhibit Y - Page 17 of 79



FTC-MOBE-001608

PX 22



FTC-MOBE-001609

PX 22

FTC-MOBE-001610

PX 22



Step 9 - Training Section #3

Step 9 - Training Section #4

### Stage 5: The End Game: Your Exit Strategy

**How To Achieve Your Big Payday (And Turn All Your Knowledge Into A Lucrative New Business)**

Someone once said to me, *"The only reason to start a business, is to eventually be able to sell it."* When I first heard this said, I completely disagreed.

I loved my business so much, and working in it every day had become such a huge part of my life, that I couldn't imagine a life where I wasn't involved in the day-to-day running of it. But as my understanding of business matured, I realized I'd lost sight of the end game.

Being 'busy' became an end in itself and my desire to remain involved in the day-to-day operations (to micromanage) was preventing me from scaling to the next level.

When Ray Kroc was building McDonald's, he never saw himself standing behind a grill and flipping burgers for the rest of his life. There was always an end in mind, to get to a point where the business itself was the product, and worked so well even without his involvement that he could sell the business system to others.

Through this way of thinking, he became fabulously rich.

Mark Cuban is another entrepreneur I have a lot of respect for. In the late '90s he sold AudioNet to Yahoo for $1.7 billion in Yahoo stock. This one big sale made him very rich. He then promptly sold that stock when he saw the tech bubble approaching.

AudioNet was the perfect exit strategy business. It was not a business 'fixer upper' but a lucrative business throwing off cash that Yahoo believed they could take and scale to higher levels. In fact, if you watch 'Shark Tank', the TV show on which Cuban regularly appears, you'll notice a pattern: the Sharks don't want businesses that will require them or their people to work hard to make more profitable. Rather, they are looking for businesses that are already running smoothly, making very good profits, that they can scale to the next level by investing their cash.

They are looking to buy money-making systems. Sound familiar?

You should structure your business in such a way that a shark would be interested in investing in or buying it.

Someone like billionaire investor Warren Buffett would be right at the end of the spectrum.

Even though his company has an ownership stake in See's Candies, you don't see him go to the chocolate factory to mix the ingredients together. Even though he owns a large stake in Dairy Queen, you don't see him serving people their food in the drive-through.

Every day, those businesses are making him profits, and putting more cash in his bank accounts. He is completely free of those businesses. That's because he understands that the purpose of a business is to make money for the owner—that's it.

On a personal note, my goal with MOBE is not to sell it off at some point, but to

Exhibit Y - Page 20 of 79

FTC-MOBE-001611

continue to build it as if it were going to eventually sell it.

In other words, I'm constantly working on creating a company that can run and flourish independently of whether I'm there.

**"Should I (or my clients) even be thinking about an exit strategy when we are just starting out? Will the training at the Diamond Mastermind be useful to us?"**

Again, even if you're brand-new and have yet to make your first sales, the Diamond Mastermind will be very useful to you.

If from the very beginning you build your business with the end in mind—as if you'll one day sell it—I guarantee you that you'll be more strategic in everything you do, you won't end up becoming a slave to your business (like most entrepreneurs do) and you'll be able to look forward to the biggest payday of your life.

## The Diamond Mastermind Program

In the first part of Diamond Mastermind, we cover how to create a successful exit strategy and get the maximum price for your business.

But what happens after that? What are you going to do? Retire? If you're an entrepreneur, probably not.

The remainder of Diamond Mastermind is about how to take the knowledge you've acquired (by going through the five stages and creating a successful online business) and turn it into a consulting and information marketing business that caters to your niche.

It's high-level training that covers product creation, seminar/webinar planning, brand-building, positioning yourself as an authority in your industry.

**Here is quick glance at what you get:**

**1. Event & Commission Qualifications**

- Complimentary access for you and a partner to attend a Diamond 10-day, 11-night mastermind retreat
- Certification upon completion of course
- Unlock commissions on the Diamond Level—**$10,000 for each sale**

**2. Business Coaching**

Twelve private 30-minute sessions with a MOBE Traffic Coach

**3. Diamond Inner Circle (optional, first month free)**

- Learn more about the Diamond Inner Circle, by visiting: www.mobe.com/diamond-inner-circle.



**PX 22**

For details on what's included with the Diamond Mastermind!



CLICK HERE TO GO TO THE DIAMOND MASTERMIND PAGE

And to see details on the next upcoming Diamond Mastermind you can attend

CLICK TO GO TO THE DIAMOND MASTERMIND DETAILS PAGE

Each time MOBE sells the Diamond Mastermind program to one of your clients, you as a consultant will make $10,000.

NEXT SECTION - PLEASE CLICK HERE

Scroll the content in the selected area

Stop

FTC-MOBE-001612

PX 22

Exhibit Y - Page 22 of 79

FTC-MOBE-001613

**PX 22**



Step 9 - Training Section #6

# The MOBE Curriculum And The Five Stages

So now that you've seen the final three stages entrepreneurs go through on their path to achieving financial freedom, let's take a look at how all five stages correspond to the MOBE Curriculum.

**Stage 1/Silver Masterclass:** Coming up with your business idea, choosing your business model, creating your minimum viable product, leveraging your strengths, and the mindset required to become a top performing entrepreneur.

Your training for this stage: www.mobe.com/silvermasterclass.
Your commissions when we sell this training to your clients: $1,250

**Stage 2/Gold Masterclass:** Creating and leveraging a "customer acquisition process" that's able to operate independently of the business owner (in other words, you don't need to be involved in the sales process)

Your training for this stage: www.mobe.com/goldmasterclass.
Your commissions when we sell this training to your clients: $2,500

**Stage 3/Titanium Mastermind:** Scaling your company by leveraging other people's time and efforts (building your team), creating systems, processes, and putting in place proper budgeting and forecasting.

Your training for this stage: www.mobe.com/titaniummastermind.
Your commissions when we sell this training to your clients: $3,300

**Stage 4/Platinum Mastermind:** Putting your free cashflow to work in venture asset classes (outside of your business, so you can begin to create true financial freedom (in other words, have your money work for you rather than you always working for it).

Your training for this stage: www.mobe.com/platinummastermind.
Your commissions when we sell this training to your clients: $6,500

SILVER
MASTERCLASS

GOLD
MASTERCLASS

TITANIUM
MASTERMIND

PLATINUM
MASTERMIND

DIAMOND

Exhibit Y - Page 23 of 79

FTC-MOBE-001614

PX 22





FTC-MOBE-001615

**PX 22**



# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE             MOBE

DATE              RECORDED:  NOVEMBER 13, 2017
                  TRANSCRIBED:  FEBRUARY 9, 2018

PAGES             1 THROUGH 54

Step 9_2017-11-13_15-03-55

*C Jones*
*3/28/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001617**

2

1                          FEDERAL TRADE COMMISSION

2                                I N D E X

3

4        RECORDING:                                          PAGE:

5        MOBE Step 9                                            4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001618**

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5                                        )

6        -----------------------------)

7                                  November 13, 2017

8

9

10

11             The following transcript was produced from a

12       digital file provided to For The Record, Inc. on

13       January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

PX 22              FTC-MOBE-001619

4

**P R O C E E D I N G S**

-    -    -    -    -

**Step 9_2017-11-13_15-03-55**

MATT LLOYD:  So welcome to Step 9.  In this
step, we're going to talk about the final three stages
that your business goes through on its path to the
exit strategy where you can have the biggest payday of
your life.  And before we get started, just know that
29 percent of people make it this far, so you're one
of them.

All right, so here's what we're going to be
talking about in this step.  First of all, I'm going
to share with you Stage 3, which is scaling your
business using processes and systems.  And I know that
probably doesn't sound that exciting, but if you want
to take your company from six figures to seven figures
and seven figures to eight figures and even beyond,
then these are the kind of things that you do need to
start learning about.

Stage 4 is all about investing, so how do
you create passive cash flow.  How do you get out of
just constantly working for more money and have your
money start working for you.  And the whole point of
being in business is to eventually achieve financial
freedom.  That is one of your main goals, at least it

**PX 22**          **FTC-MOBE-001620**

5

1     should be.

2           And in Stage 5, we're going to talk about

3     your exit strategy, so what's that end goal of your

4     business.  What's the whole point of building the

5     business in the first place?

6           So you might remember we already covered

7     Stage 1, and Stage 1 was choosing your niche and

8     business model, approaching your business with the

9     right mind set and leveraging your strengths.  So that

10    was Stage 1.  Stage 2 was creating your customer

11    acquisition process that works independently of

12    you, so you're not having to be involved in all of

13    the sales calls and the face-to-face sales

14    presentations.  It works independently of you, and

15    then that way you can focus on driving more leads

16    through the system.

17          Now in this step we're going to talk about

18    the final three stages.  And most business owners

19    never get to these final three stages.  Most business

20    owners don't even get to Stage 2, okay?  So if you

21    invested in the Gold Masterclass training program,

22    you're going to learn about Stage 2 and how to do that

23    properly.

24          Most business owners don't even get there.

25    So you're going to have a huge advantage after you get

**PX 22**           **FTC-MOBE-001621**