1    through this step.  You're going to know how to get

2    through all five stages.  You will find that out of

3    all entrepreneurs in the world, the fact of the

4    matter is most of them aren't making that much money,

5    most of them aren't that successful.  And it's just a

6    case of the 80/20 principle, but it's even more

7    skewed.

8         You will find that maybe 3 percent of all

9    entrepreneurs have over 90 percent of all the results.

10   They are the most successful.  They make the most

11   money.  They have the most time freedom.  And they

12   have the best lives.  So what separates the masses of

13   entrepreneurs from that small minority who achieves

14   what everyone else is trying to get to?

15        Well, a big part of it is that the

16   successful ones are thinking five, ten years down the

17   track.  They are thinking about what is the end goal

18   that I have in mind.  So these final three stages are

19   essential to get to that point.

20        So let's talk about Stage 3.  So this is

21   about you scaling your business and other

22   entrepreneurs doing the same through the different

23   revenue levels.  A wise mentor once told me this.  He

24   said, Matt, the things that you do to get your

25   business to six figures are very different to the

**PX 22**              FTC-MOBE-001622

7

1    things that you do to get to seven figures.  And the

2    things that you do to get your business to seven

3    figures are very different to the things you do to get

4    to eight figures.

5          Now, I know that might sound really obvious,

6    but it's very true.  If you continue to do the same

7    things that you're doing right now in your business

8    operations, your business, it's not going to scale to

9    the next revenue level.  It's going to keep on getting

10    a predictable constant result, okay?

11          So if you are stuck at, say, five figures

12    and you want to start making over $100,000 per year,

13    that's going to require that you change what you're

14    doing on a day-to-day basis.  You change your thought

15    patterns, you change how you're approaching everything

16    in your business, otherwise you're going to remain

17    stuck.

18          When I look at the growth of MOBE, for

19    example, for us to go from five figures to six figures

20    to seven figures and even to eight figures and beyond,

21    what we had to do was we had to change the way that we

22    were running the entire company, the structure of the

23    company, what I was doing on a day-to-day basis had to

24    dramatically change.

25          What I used to do three years ago in front

**PX 22**          **FTC-MOBE-001623**

8

1    of my computer is very, very different to what I do

2    now.  I find I spend my time on completely different

3    things at this level.  So all entrepreneurs need to do

4    that, including you.  That's what you need to learn at

5    Stage 3.

6            So in the very beginning stages of

7    starting a business, the typical entrepreneur wears

8    all the hats.  So they're doing sales, product

9    creation, tech fulfillment, customer support, finance,

10   and many other things.  And we identified that slide

11   by Rich Schefren in an earlier step, and it

12   demonstrates just how crazy that is when someone's

13   trying to do everything in their business and they're

14   trying to take it all on.  It's just too many hats for

15   any one person to wear.

16           Now, this is often required in the very

17   beginning, although it's not really required for

18   people who are leveraging the MOBE Marketing System,

19   but for other entrepreneurs, it is.  Okay, and in the

20   very beginning, when they are getting their business

21   off the ground, they do need to learn how to do most

22   of these different things, just like I had to when I

23   was first starting out.

24           However, you've got to get yourself out of

25   the operations and doing all of those different hats

**PX 22**          **FTC-MOBE-001624**

9

1     as soon as possible, otherwise, you become the biggest

2     constraint in the entire system.  And the constraint

3     is that there's only one of you and there's only so

4     many hours in your day.  You can't do it all if you

5     want to build a big company.

6            So if you want to scale your company to

7     seven figures and beyond, then you have to learn how

8     to delegate.  You must put in place systems, and

9     then you must leverage them.  So here's a great

10    slide, and again, I've got to give full credit to

11    Rich Schefren.  What this shows is that over time,

12    if you want to scale your business, there's four

13    different main roles that you're going to play.  And

14    at each stage, as your company gets bigger and you

15    start to make more money and you start to become more

16    and more successful, you start to spend your time in

17    different stages.

18           So, for example, in the very beginning, the

19    first category is investor/business owner.  Well, the

20    startup entrepreneur who has an idea, they're not yet

21    investing in other companies usually.  They're not

22    even really focused on that.  They are just focused on

23    getting their business off the ground.  So they're

24    spending very little time as an investor or business

25    owner.

**PX 22**            **FTC-MOBE-001625**

10

1    In fact, they're also spending very little

2    time in the president/business builder role.  They are

3    spending a bit of time in the manager/coordinator

4    role.  But most of their time is spent in the

5    employee/technician role.  In other words, they're

6    doing everything.

7    So if a customer orders something, they're

8    taking the order, they're processing the credit card,

9    they're then walking over to the fulfillment place,

10   they're getting the product, they're walking back to

11   the customer.  They are doing everything.  They're

12   doing the accounting; they're doing the tech; they're

13   doing the finance.  They are the main technician in

14   the business.  Again, that's okay in the very

15   beginning.

16   As the business begins to mature, as it

17   begins to grow and to scale, well, what they need to

18   do in order for that to happen is they need to start

19   to spend less time as the employee technician.  And

20   they need to spend less time doing all the operations.

21   So they want to design processes, systems, and then

22   put people into those roles so they can leverage their

23   time while giving them what they want, and then can

24   start to focus more time on being a manager or

25   coordinator, in other words, delegating.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-001626**

1    And then you will notice that as they begin

2    to become more and more successful, even that role as

3    a manager/coordinator, they need to spend less time

4    doing that.  So, for example, in MOBE right now, we

5    have over 170 staff.  We have over seven main

6    divisions, and each main division has a manager.

7    So I'm not actually involved in managing

8    our phone sales or our traffic sales or our live

9    event or tech or finance or customer support.  I'm

10   not managing those.  I have managers in place who

11   do manage those divisions, and then I manage the

12   managers.  Otherwise, I would have 170 people

13   reporting to me, and there's no way that I could

14   focus on what I need to focus on.

15   So the point I'm trying to make here is that

16   as you scale, where you spend your time and your main

17   role in your business needs to change.  And if it

18   doesn't change, you're not going to scale.  So we go

19   into this in-depth at the Titanium Mastermind.  In

20   fact, especially this slide, we really break it down

21   and we show you how to get out of that role of being

22   stuck as the employee and the technician.

23   So speaking of the Titanium Mastermind,

24   the main objective is to show you how to scale your

25   annual revenue to higher and higher levels, so how do



**PX 22**          **FTC-MOBE-001627**

12



1    you scale your business.  So the Titanium Mastermind

2    is a four-night, all-inclusive retreat held at a

3    resort in exotic destinations around the world.

4    Everything you will learn about how to scale your

5    annual revenue to higher levels is based on real-world

6    experience.

7         The trainers we fly in have all navigated

8    their way through five-figure, six-figure, seven-

9    figure and even beyond eight-figure revenue levels.

10   Now, these are people who were once sitting in your

11   exact same position.  They had an idea for a business,

12   they were starting out from scratch, but they were

13   able to grow that idea into companies that went on to

14   generate annual revenues of $10 million, $20 million,

15   $50 million, some of them literally in the billions of

16   dollars per year.

17        And you might even get to meet some of those

18   people once you attend the Titanium Mastermind.  They

19   know exactly what you need to do to get to the next

20   level in your business, and that's regardless of

21   whether you're just starting out and you need to make

22   your first few sales or whether you're already

23   operating a six-figure enterprise.  And they know this

24   because they've been through the same things that

25   you're going through right now.  So every challenge to

**PX 22**                    **FTC-MOBE-001628**



1    scaling that you're having and will have in the near

2    future, they've overcome.

3            So when it comes to getting trainers for the

4    Titanium Mastermind, we only get people who can teach

5    from direct, real-life experience.  So previous

6    speakers have included Kevin Harrington from *Shark*

7    *Tank*.  Kevin is the inventor of the infomercial, an

8    original shark on ABC TV's *Shark Tank* and as-seen-on-

9    TV pioneer.  He's one of the most successful

10   entrepreneurs of our time.

11           Russ Whitney built a seminar business in the

12   real estate industry to annual revenues of $250

13   million with over 2,000 employees and over 60,000

14   seminar attendees every single month.

15           The late Fred Catona was famous for helping

16   launch Priceline.com and growing it to a $20 billion

17   valuation in just 18 months through the power of

18   radio.  Fred's agency was the first to focus solely on

19   radio as a direct-response medium.  He was also

20   instrumental in the success of FreeCreditReport.com,

21   Disney Online, and others.

22           Another one of our Titanium trainers is Joe

23   Sugarman.  So Joe's a legendary marketer most famous

24   for selling over 20 million pairs of BluBlocker

25   sunglasses.  He's also written many best-selling books,



**PX 22**                    **FTC-MOBE-001629**

1   including *Triggers* and *Advertising Secrets of the*
2   *Written Word*.

3          Other Titanium trainers have included Mark
4   Hansen, Dave Van Hoose, Larry Benet, Curtis Bloome,
5   Mike Koenigs, Mike Hill, Lisa Grossman, Chris Lakey,
6   Jeff Gardner, Kate Buck, John Lee, Marshall Silver,
7   Raymond Aaron, Craig Simpson, and also Ken McArthur.

8          Now, as for where we host the Titanium
9   Masterminds, we like to choose some of the most exotic
10  locations we can find.  So, for example, we have been
11  to the Bahamas, where we actually stayed at the Grand
12  Atlantis Resort, over 4,000 rooms.  We've actually done
13  several Titanium Masterminds in Thailand, including
14  Phuket and also Pattaya.  We've also been to Mexico,
15  where we went to Puerto Vallarta, and another time
16  where we were at Cabo San Lucas.  We've also done
17  Titaniums in the Dominican Republic as well.

18         As for where we will go in the future, only
19  time will tell, but we like to take you to the most
20  grand, exotic places that you can imagine, the kind of
21  places where you would actually want to go and take a
22  holiday.  Each destination is carefully selected to
23  immerse you in luxury, abundance, and prosperity
24  thinking.  So here's a sneak peak of what the Titanium
25  Mastermind is actually like.

1      **(Titanium Mastermind video played as**

2      **follows.)**

3              MATT LLOYD:  Hey, guys, Matt Lloyd here.  We

4      are here in the Bahamas, about to begin our Titanium

5      Mastermind for 2014 at the Atlantis Resort.  We're

6      actually starting tonight, so over the next few hours,

7      we actually have 350 people arriving from all over the

8      world.  So what I want to do in this video is I want to

9      take you behind the scenes and show you what goes into

10     putting on a Mastermind of this size.

11             So the first step that we do is we select the

12     country that we're going to do the Mastermind in.

13     We've done Masterminds in Cabo San Lucas, Mexico,

14     Fiji, Costa Rica, all over the world.  So the first

15     thing we do is we choose the country.  We usually

16     have four or five different countries we're looking

17     at.  Once we've chosen the country, so in this case

18     we chose the Bahamas, the next job is I actually fly

19     there and I get to go and test out all the resorts.

20     I get to stay in the resorts, I test out the food,

21     the activities.  I see how they -- they treat their

22     guests.  I make sure it's the right size for our --

23     our type of Mastermind.

24             And once I've chosen the resort, then the

25     negotiations begin.  So the resort I settled on here

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001631**



16



1    was the Atlantis Resort.  I'd never been here before.

2    I'd actually heard about it, so when I arrived, I was,

3    you know, immediately just amazed by the sheer size of

4    it.  It's got to have at least 3,000 rooms.  And

5    behind me, I don't know if you can see all of that,

6    but there's this enormous water park.  It's the

7    biggest water park I've ever seen.  So as I saw this

8    place, I thought, that's it, that's where we're doing

9    Titanium.

10   So the next step is we start to plan out the

11   entire Mastermind minute by minute.  Titanium's

12   actually three days and four nights.  It's actually

13   really five days when you think about it, people arrive

14   and, of course, the day that they leave.  So it's a

15   long Mastermind.  There's a lot happening.  We have a

16   lot of speakers coming in, so it's really important

17   that we schedule everything, and we literally do break

18   it down minute by minute.

19   We map everything out, we know where

20   everyone's going to be at certain times, and we get the

21   entire team on the same page so that when we actually

22   show up, everyone knows what's going on.  So it's

23   pretty crucial that the team behind me, when I'm

24   putting one of these on, is -- is a really great team.

25   And I'm very fortunate in that regard.  For example, we



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-001632**

17



1    have our event planners.  They handle all the

2    negotiations of the registration process and all

3    the details like that.  So they take care of that

4    for me, and that -- that's a huge burden off my

5    shoulders.

6              We bring in probably at least, for this

7    Mastermind, maybe 15 other staff, and we have some of

8    our managers here.  We have a lot of our coaching team.

9    Our traffic coaches fly down as well so they can

10   actually meet some of their clients.  Our phone sales

11   reps as well, we always make sure they're here.  And,

12   of course, we always like to invite our top affiliates

13   in the company, the people who are really making it

14   happen.

15             What's really important for these Masterminds

16   is the video and the photos that we get from them, so

17   we fly in three or four videographers, and we also have

18   a full-time photographer here, so they're capturing the

19   entire Mastermind -- film, video.  And then we're able

20   to actually use that to promote upcoming Masterminds in

21   the future.  We're able to put those photos and videos

22   on our sales pages and allow our partners, our

23   affiliate partners, to make more sales because then

24   people can see what actually -- what does one of these

25   Masterminds look like.  So they come in.



**PX 22**                    **FTC-MOBE-001633**

18

1        We have our entire audiovisual crew.  They

2    come in, too.  They set up the stage, and the stage

3    design is really, really important because that's going

4    to be the look and feel of the actual Mastermind when

5    people are in the seminar room.  So we build that.

6    That usually takes about a day to put together, and the

7    set came out looking really, really nice this time

8    around.  So we're very fortunate to have them on our

9    team.

10        Now, like I said before, this resort has over

11   3,000 rooms in it, and we actually have about 300 of

12   those just for our MOBE Titanium members.  So the

13   Atlantis staff, they know that we're coming and they're

14   ready for us.

15        Now, tonight, we've got something special

16   planned.  We're actually going to have the welcome

17   dinner.  We always like to have a big show, just to --

18   to kick off the event.  There's going to be fire,

19   there's going to be entertainment, so we're quite

20   excited for that.

21        Now, as far as the speakers go, the speakers

22   are pretty much the most important thing with the

23   Mastermind because these are the people that our

24   clients are learning from.  So for this Titanium

25   Mastermind, and just to remind you, Titanium is focused



**PX 22**        **FTC-MOBE-001634**

19



1   on direct-response marketing and business building.

2   That's the overall theme.  So we have speakers flying

3   in who specialize in, for example, radio advertising.

4   One of our speakers actually helped launch

5   Priceline.com, a multi-billion-dollar company now,

6   using radio ads.

7        Another one of our speakers operated one of

8   the biggest seminar businesses in the early 2000s in

9   the USA.  It has -- they had over 60,000 people

10  attending every single month, and he was doing a

11  quarter-billion dollars in revenue every year, a

12  million dollars net every week.  So these are the kind

13  of people that you get to learn from when you come to

14  Titanium.

15       And we have other speakers talking about

16  outsourcing, social media, anything to do with

17  getting new clients and maximizing the value of --

18  of your existing customers.  We've got you covered.

19  Now, the keynote speaker at this one is Kevin

20  Harrington.  Now, I'm sure you've heard of Kevin.

21  He's actually on the -- the hit TV show *Shark Tank*.

22  Okay, if you hadn't seen *Shark Tank*, definitely

23  watch it.

24       But Kevin's coming in.  This is a guy who

25  sold over $4 billion worth of products through TV



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001635**



1    infomercials and other mediums.  So he's going to be

2    presenting, and we're actually going to be having a

3    little miniature *Shark Tank* on stage here at Titanium

4    where three attendees get to actually come up on stage

5    and pitch their business idea.  And if Kevin likes it,

6    he might invest.

7            So as I mentioned before, Titanium is three

8    days, but we don't spend three days in the seminar

9    room.  We actually break it up a little bit.  So on day

10   two, that afternoon, we actually -- we take a little

11   bit of a break and we actually go and do activities.

12   Now, we have a water park on our doorstep, so when it

13   comes to activities, people have a lot of choice.  Some

14   of them will choose to go swimming with dolphins, so

15   they'll be able to do that for the first time.

16           There's also literally walking with sharks.

17   You can actually walk in this big aquarium, and you

18   have these sharks swimming around you.  And there's

19   snorkeling, there's going down -- I don't know if you

20   can see behind me, but there's a whole river park where

21   you can go down on a tube.  There's enormous slides.  I

22   mean, it's just -- it's a playground.  You can do

23   whatever you want here, and it's a lot of fun.

24           So as you can see, an incredible amount of

25   planning and -- and execution goes into actually



**PX 22**                    **FTC-MOBE-001636**

1    putting on a Mastermind, especially a Mastermind of 350

2    people.  These take at least half a year to put

3    together, and the reason why we've -- we really go to

4    the effort of making it special and really good is

5    because, let's face it, people invested a significant

6    amount of money to actually come to the Titanium

7    Mastermind, and I want it to be something that they

8    remember for a long, long time, literally ten years

9    down the track, that they remember their time at the

10   Titanium Mastermind.

11        So if you haven't been to a Titanium

12   Mastermind yet, get to the next one.  There's nothing

13   more valuable for your business than getting around the

14   leaders and the speakers here in our community and

15   learning directly from them.  So go ahead, get your

16   Titanium Mastermind ticket.  I look forward to seeing

17   you at the next one and greeting you here, and we'll

18   speak soon.

19            **(Titanium Mastermind video concludes.)**

20        MATT LLOYD:  Now a very common question I get

21   from a lot of our clients and consultants is, well,

22   Matt, what if I haven't even generated my first sale

23   yet?  Why would I want to learn all about scaling a

24   company from five to six and six to seven figures and

25   seven figures and even beyond that?  Why would I want

22



1    to learn that if I still need to generate my first big

2    commissions?

3              And, again, my answer always comes back to

4    begin with the end in mind.  Okay, so even though

5    you might not yet be ready for that stage, you know

6    that you want to take your company through all five

7    stages -- and, again, I'm going to share with you the

8    remaining stages in just a bit, but you know that

9    you're trying to get to the end.  So when you get this

10   information, when you get this training, it's going to

11   help you.

12             With myself, I continue to invest in my

13   training, and I'm always learning about companies that



14   are ten times, 100 times bigger than MOBE, multi-

15   billion-dollar companies, and what the founders of

16   those companies, who are still running them, are

17   actually going through to get their company to the next

18   level.  They might be at a few billion dollars per

19   year, and maybe they want to go to over $10 billion per

20   year.

21             So you might say, well, why would you

22   learn that because you're not yet even at a billion

23   dollars per year, but my thinking is one day I would

24   love to get to that level.  That's where I'm aiming

25   for, that's where I would like to be at some point.

**PX 22**          **FTC-MOBE-001638**

23



1    So when I do get to near that level, the training

2    that I've received from these people who -- who are

3    just so far ahead, it's going to be very useful.  It's

4    going to be stored in my mind, and I will be able to

5    draw upon that knowledge to help continue to scale my

6    company.

7            And it's the same with all of our training.

8    Just because you feel that you are not yet ready for it

9    doesn't mean that you shouldn't move forwards with it.

10   When you get that training, about the next few stages,

11   it's -- it's going to do nothing but help you scale

12   your business.

13           So with the Titanium Mastermind, you're going

14   to get access to the three-day, which is actually four

15   nights, all expenses paid, Mastermind itself.  You'll

16   also get access to the Titanium-level commissions,

17   which are $3,300, and that's every time that we sell it

18   for you on your behalf with our sales system.  So

19   that's not you having to pick up the phone and sell it.

20   We are automatically already doing that in our back-end

21   sales process.

22           And that also includes certification upon

23   your completion of the actual Mastermind.  Now,

24   included with Titanium, you also get five additional

25   coaching sessions with one of our senior traffic



**PX 22**                    **FTC-MOBE-001639**

24



1    coaches.  So they will sit down with you once you

2    complete these 21 steps, and they will share with you

3    how to start advertising the business and how to start

4    getting results.

5              And also included with Titanium, this is

6    really valuable for our consultants.  You get access to

7    a service called Done-for-You videos.  Now, normally,

8    Done-for-You videos is valued at $147 per month, but

9    you don't have to pay anything for it because it's

10   actually included.  So what is it?

11             Well, one of the things that you're going to

12   learn about after these 21 steps is video marketing,

13   and not necessarily you getting in front of a camera,

14   there's other ways that you can do video where you

15   don't have to do that.  But you will learn how to

16   promote your business through platforms like YouTube,

17   Vimeo, and so forth.

18             And what this service does is this actually

19   gives you the videos already scripted out, all the

20   slides are already there, ready to record, so 90

21   percent of the work is done for you.  You just take

22   these Done-for-You videos, record them, we'll show you

23   how to do that, and then you can use them to promote

24   your business.

25             Now, possibly the most valuable part of the

**PX 22**                    **FTC-MOBE-001640**

25

1      Titanium Mastermind program is all the access that you
2      get to the additional Titanium summits, so I want to
3      tell you about them.  There's over $15,000 in
4      additional value here.  And added all up, there's over
5      15 days of training.  Now, you don't have to do it all
6      in one go.  In fact, we recommend you don't.  We
7      recommend you spread it out over time.
8            But let me tell you about some of these
9      summit events.  So the first one is the Traffic Summit.
10     This is a three-day live event which retails for
11     $2,997.  Again, this is included with the Titanium
12     Mastermind, so you won't have to pay that.  Now, when
13     we sell this on your behalf to one of your clients, you
14     make a $1,500 commission.
15           Now, the Traffic Summit is about exactly what
16     it sounds like.  It's all about traffic, advertising
17     online, so learning about things like pay-per-click,
18     banner advertising, solo ads, retargeting, SEO.
19     Anything you could ever want to know about promoting
20     your business online is covered at this three-day
21     summit.  And the people who are teaching you include
22     traffic millionaires, people who have made millions of
23     dollars online with different traffic methods.  In
24     fact, some of them are even our top-earning
25     consultants, and they show you how they get traffic to

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001641**

26

1    their MOBE consultant links.

2              The next three-day summit you get access to

3    also retails for $2,997.  That is the Conversion

4    Summit.  Now, the conversion Summit is all about how do

5    you convert more of the traffic that you're getting

6    into sales.  This is a really, really important topic,

7    and that's why this is also three days.  Now, when we

8    sell this for you, again, you make $1,500.  In fact,

9    those prices and commissions are standard for all the

10   summits that I'm about to tell you about.

11             But the Conversion Summit is where you learn

12   things like email copywriting, crafting irresistible

13   offers, creating bonus packages, anything to increase

14   the amount of your leads or the percentage of your

15   leads that actually follow through and buy from you.

16             Now, the Leverage Summit is all about how to

17   get more done with less, so how to leverage other

18   people's time, how to leverage systems, how to add in

19   automation.  This is a really great topic when it comes

20   to scaling.  So, for example, in my life, I have a rule

21   that I don't like to do any work that doesn't have an

22   ongoing payoff.

23             So, for example, what I'm doing right now,

24   this is work to me, it's fun work, I like doing it, but

25   I know that I'm recording this and I'm going to use



**PX 22**                    **FTC-MOBE-001642**

27

1      this for a very long time, years and years and years.

2      So everything that I do on my day-to-day business, I

3      look for the leverage.  And it's a very different way

4      of thinking, but it's -- it's a common way of thinking

5      among all top performers.

6            You're not going to find anyone who's a

7      multi-millionaire who hasn't learned how to leverage

8      their resources.  So at this three-day training, that's

9      what you'll learn about.

10            The next summit you get access to is the

11      Sales Summit.  This is also a three-day summit.  This

12      is where you learn to sell.  Now, I know that many

13      people watching this are automatically saying, well,

14      Matt, I don't want to sell, I don't want to learn how

15      to sell, I don't like to sell, I don't like to be sold.

16      But you know what, if you want to make a lot of money

17      in business, one of the most important skills that you

18      will ever have is knowing how to communicate the

19      benefits of a product, of a service, effectively so

20      that people want to actually move forwards.

21            And you can't look at sales as a bad thing.

22      Okay, you actually have to learn to love sales.  One of

23      the best things that I ever did when I was starting my

24      online business is I went and took a commission-only

25      telemarketing job.  And I did this for about three

**PX 22**            **FTC-MOBE-001643**

28

1    months, where I would have to call back people on

2    behalf of a certain phone company in Australia, and I

3    would have to try and get them to sign back up with

4    that phone company.

5         And we were paid on pure commission.  So if

6    you didn't learn how to sell effectively, you would go

7    hungry, you wouldn't get paid.  It was one of the best

8    things I ever did because I learned how to effectively,

9    again, communicate benefits to a prospect.  And when I

10   did start my online business, a lot of those sales

11   skills transferred over to the marketing.  So this is a

12   really good training event where you will be taught how

13   to sell, but not in a high-pressure overcoming

14   objections kind of way.

15        You will be taught what we call a more

16   conversational based approach to selling where it's

17   not involving high pressure or manipulation.  It

18   actually involves asking the right questions at the

19   right time to uncover needs and then recommending a

20   solution that fits that person and that will actually

21   help them.

22        Also included with Titanium is the Joint

23   Venture Summit.  Learning how to joint venture, in

24   other words, find strategic partners where a win/win

25   collaboration can come out of it, this is one of the

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001644**

29

1    most important skills to getting ahead in business.    I

2    would not be where I am today without knowing how to do

3    joint ventures.    In fact, I look at all of our MOBE

4    consultants, especially our top-performing consultants,

5    as being joint ventures.

6            And many of our top consultants, who've

7    literally brought in millions and millions of dollars,

8    I actually approached those people, and together we

9    actually put together the deal.    And because of that,

10    we both made a lot of money.    So knowing how to joint

11    venture with people, knowing how to approach them, even

12    people who are much further ahead of you in business

13    and -- and might have a much bigger business than you,

14    this is one of the most important skills you could ever

15    learn.

16            Now, also with the Titanium Mastermind,

17    you're going to get a free month of the Titanium Inner

18    Circle.    So we will actually send this to you where you

19    live.    You'll be able to try it out for a full month

20    completely for free and see what you think of it.

21            Now, included in that envelope with the Inner

22    Circle will be a audio product.    That will usually be a

23    CD or on a USB drive, but it's a recording of our

24    monthly "Ask the Expert" Titanium series.    This is

25    where we find people who are just at the top of their

**PX 22**                    **FTC-MOBE-001645**



30



1    game in marketing, and we interview them, record it,

2    and then send it to you so you can listen.

3            So like I said before, the Titanium

4    commissions are $3,300.  You can see how they fit in

5    with the Silver and Gold, and you'll notice that one

6    Titanium commission is -- is almost as much -- is

7    almost as much as a Silver and Gold commission

8    combined.  So this really takes your earnings to the

9    next level.

10           Now, a common question that we get from a lot

11   of new consultants is, well, what do I need to do as a

12   Titanium consultant.  Well, it's not necessarily about

13   the extra things you'll be doing.  It's more about what

14   you now own.  Now you have a Titanium business; you're

15   able to earn the Titanium commissions, so you have a

16   much more profitable system.

17           So for more details on what the Titanium

18   Mastermind is, you can go to

19   www.mobe.com/titaniummastermind.  And to see details of

20   the next upcoming Titanium, you can go to

21   www.mobe.com/titaniumdetails.

22           Now, one of the things that you want to do as

23   you're growing your business is always be looking for

24   how do you take the extra cash that your business is

25   generating and then invest it in other places where



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001646**

31

1    it's able to bring you a much higher return.  Now, a

2    general rule of thumb is you want to get your business

3    to the point where you have enough cash in the bank

4    where for the next six months all of your operational

5    costs are covered.  So if something did happen, then

6    you've got enough cash in the bank to -- to actually

7    keep the business going.

8          Bill Gates, for example, used to have this

9    rule with Microsoft.  And in his case, he would say he

10   wants to have enough cash for an entire year.  Now,

11   once he got to the point where he did have enough cash,

12   he started to invest it.  He started to invest in other

13   things outside of Microsoft.  For example, in real

14   estate.  And one of the investments he made was

15   obviously his own home, which you can see right here.

16   It's a $123 million home.  It looks very nice.

17         But this is just a great example of a

18   successful entrepreneur.  They built their business up

19   to a certain point.  It's generating extra cash flow

20   above what the business requires, and now they start to

21   look for other investment opportunities.  And this is

22   exactly what Stage 4 is all about.  Stage 4 is about

23   investing profits of your business, putting your money

24   to work for you, rather than you or your business

25   always working for the money.



**PX 22**                    **FTC-MOBE-001647**

32

1          One of the best speakers that I ever saw, he

2     said this line.  He said, In your life, you should have

3     two businesses:  your primary business and your money

4     management business.  So in other words, your business

5     should be generating your cash flow; however, you

6     should look at your cash, the assets that you're

7     building up, as a secondary business.  And you should

8     be looking at how do you maximize the return of your

9     assets.

10         Do you have cash sitting in the bank not

11     earning interest and just being lazy money?  Or are you

12     putting that money to work?  Are you putting that

13     wealth to work so that eventually you don't have to

14     just always be working for your money.  Your money

15     starts to work for you.  Most people have over 95

16     percent of their attention focused on the first

17     business, which is getting the money, but they

18     completely just ignore the second business.

19         Most people have absolutely no investment

20     strategy.  That's why most people spend their entire

21     lives on a hamster wheel always working for more

22     money or always operating their business just to make

23     more money.  They rarely get to the stage where

24     they're able to walk away from everything and have

25     their assets making them enough money by themselves

**PX 22**          **FTC-MOBE-001648**

33



1    that their wealth is growing and that they are

2    completely free.  And that should be your goal.  Okay,

3    that's my goal.  That should be the goal of all

4    entrepreneurs.  And that is exactly what the Platinum

5    Mastermind is all about.

6           Now, at the Platinum Mastermind, you will be

7    guided by the wealthiest and most powerful mentors to

8    maximize your wealth.  You will gain the secrets of

9    some of the brightest minds on the planet on the topics

10   of wealth, marketing, and personal development.  You'll

11   also have exclusive rights to market this same program

12   and make $5,500 commissions per sale.  Okay, but I'll

13   talk about that a little bit later on.

14          The Platinum Mastermind event includes your

15   hotel, food, drinks, entertainment, everything.

16   Everything is all-inclusive, just like the Titanium

17   Mastermind, except instead of four nights, Platinum is

18   actually six nights.  Platinums are held at four- and

19   five-star resorts all around the world.

20          You will learn things about the greatest and

21   also most hidden wealth secrets that Fortune 500 CEOs

22   have traveled and paid small fortunes to hear.  How to

23   magnetize yourself to passive wealth opportunities that

24   bring you startling amounts of income with little time

25   involved (easy effortless income can fall right into





For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001649**

34



1    your lap if you just know where to look).

2            Now, as for where we host the Platinum

3    Masterminds, again, we take you to some of the nicest

4    places on the planet.  So we've been to places like

5    Fiji, actually twice now.  We've been to places like

6    Kota Kinabalu in Malaysia.  We've been to Curacao, and

7    also the Canary Islands in Spain.  And also down to

8    Costa Rica, too.

9            Now, a common question I get -- and this is

10   just like the question we had before about Titanium --

11   people like to ask, well, Matt, if I don't yet have a

12   lot of cash, if I don't yet have a lot of assets, does

13   it really make sense for me to learn about investing?

14   Does it really make sense for me to learn about how do

15   I protect my wealth?

16           And I understand the question, and I

17   understand where it's coming from because at one point

18   in my life when I didn't have a lot of money, I thought

19   why do I need to learn about investing.  But then I

20   realized that even when you're starting out from

21   scratch and you don't yet have a lot of wealth, you

22   want to start learning about this because when wealth

23   comes, especially within your business, it can come

24   very, very fast.

25           Remember how I told you about the rapid



**PX 22**                    **FTC-MOBE-001650**

35

1    growth of MOBE from 2011, and within 18 months we were

2    doing hundreds of thousands of dollars per year?

3    That's how fast all of this can happen.  So you want to

4    start learning about investing.  You want to start

5    learning about protecting your wealth very soon.  In

6    fact, you want to start learning about it right from

7    the very start.

8           Now, in my own case, I started learning about

9    investing on the stock market way back in probably

10    around 2008, 2009.  That's when I really got serious

11    about it.  And I started investing every single month

12    into different stocks in Australia.  So I started to

13    learn these principles even when I didn't have a lot of

14    money to invest.  In the very beginning, I would only

15    invest, say, $50, $100 at a time.  These days, it's a

16    lot more.

17           And then from there, about two years later, I

18    started learning about precious metals.  So

19    specifically in my case, I focused on gold.  I don't

20    have a lot of silver, but I do invest frequently in

21    gold bullion.  So I started learning about different

22    coins, different bars, where to buy it from, when to

23    buy it, how to store it.  And now this is a very

24    important part of my investment strategy.

25           Now, the next asset class that I moved to was

**PX 22**           **FTC-MOBE-001651**

36

1    real estate.  So I started to invest in small

2    apartments.  And this first begun in Asia, and then I

3    actually invested in commercial property, so office

4    space.  And then from there I actually went on to

5    invest in my very first resort property as well.  The

6    point I'm making here is that you should have an

7    investing plan in place long before you start making

8    millions of dollars from your business.

9            Now, if I haven't sold you on the concept

10   yet, then perhaps this will.  One of the mistakes I

11   made when I was first starting out is I didn't learn

12   how to properly set up my business so that it was as

13   tax-efficient as possible.  And I'm not talking about

14   doing anything illegal with paying tax that you owe,

15   but any business can be set up so that it's tax-

16   efficient, you pay the minimum legal required amount of

17   tax.

18           Now, in the very beginning, when I first

19   started my business, I didn't even have a corporation.

20   I had the wrong structure set up.  And I ended up

21   paying 45 cents in the dollar when I first started

22   making real money.  I'm talking about hundreds of

23   thousands of dollars per month.  And I was paying way

24   more tax than I needed to.  In fact, I actually went on

25   to pay over $100,000 in additional tax because I had

**PX 22**                    **FTC-MOBE-001652**

37

1   the wrong structure.

2            Now, if I had been to a Platinum Mastermind

3   way before all of that, then I would have learned the

4   lesson.  I would have known I need to get proper

5   advice and get the right structure in place.  Now, I

6   want to make a point.  You don't need to necessarily

7   know how to set all of this up.  In fact, it's better

8   that you just know the right people to go to.  And one

9   of the benefits of coming to a Platinum Mastermind is

10  that we will help get you connected to the right

11  people.

12           So just to recap, the Platinum Mastermind is

13  five days of training.  It's six nights, all expenses

14  paid in a very nice resort, four- and five-star, some

15  of the best resorts around the world.  It also includes

16  the certification upon completion.  So you will be able

17  to call yourself a Platinum-certified consultant.  And,

18  also, you will be able to unlock commissions on the

19  Platinum level.  This means that every time that our

20  marketing sales systems sell a Platinum Mastermind for

21  you, you will make a $5,500 commission.

22           Now, included in Platinum, you actually get

23  eight business coaching sessions as well, and that's

24  with a MOBE traffic coach, so they will show you how to

25  start going and placing ads and getting more leads.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-001653**

38



1    Now, this is in addition to the five that you get with

2    the Titanium Mastermind.  So in total, if you had both

3    programs, it would be the five plus the eight, which

4    would be 13.

5         But the most valuable part of the Platinum

6    Mastermind is all the additional summits that you get

7    access to, just like the summits that are included with

8    the Titanium Mastermind, these summits are each worth

9    $2,997, and they each pay you a $1,500 commission when

10   we sell them for you to your referred clients.

11        So let me tell you about the first one.  It's

12   the Real Estate Investing Summit.  If you've always

13   wanted to learn how to invest in real estate, which is

14   one of the most important investment strategies of the

15   wealthiest people on the planet, then this three-day

16   training summit will show you everything that you need

17   to know, from buying your first property to then

18   renovating big projects to possibly even acquiring your

19   own resort.  I will actually show you the case study of

20   how I was able to get my very first resort.  You will

21   learn about all of these sort of things at this three-

22   day summit.

23        And then there's the Precious Metals Summit.

24   So this is where you will learn about investing in

25   gold.  And this is a really popular one because a lot



**PX 22**                    **FTC-MOBE-001654**

39

1     of people like the idea of having gold, but they don't

2     know where to go and buy it, how to make sure they're

3     not overpaying.  So you will learn all of that at this

4     three-day summit.

5          And then there's the three-day Stock

6     Investing Summit, and this is all about investing in

7     the stock market, or as we say in Australia, the share

8     market.  So if you've ever wanted to buy a piece of a

9     company but you don't know anything about all of that

10    stuff, well, this is what we show you at this three-day

11    training.

12         You will learn how the stock market of the

13    21st Century has changed; how you should approach your

14    portfolio from a big-picture view; how to analyze

15    specific stocks and companies.  You'll learn about the

16    index method, dividend stocks, and how to properly

17    determine a company's value by looking at the financial

18    statements.

19         And I just want to make clear that all of

20    these summits are tailored towards the beginner to the

21    intermediate.  So if you don't know anything about

22    investing in the stock market, don't worry, okay?

23    Neither do a lot of people who actually attend these

24    training events.  That's the whole point.  We actually

25    show you what you need to learn, even if you're brand

**PX 22**          **FTC-MOBE-001655**

40

1    new.

2            Now, at the Prosperity Mindset Summit, this

3    is where we actually look at your mind set.  And this

4    really is one of the most important parts of how

5    wealthy a person becomes because it all starts in the

6    mind.  This is where we show you how to reprogram your

7    mind for success and approach everything in life with

8    an abundance mind set.  You can't achieve and maintain

9    wealth without the proper mind set, so it's really

10   important.

11           And then from there, we actually go to the

12   Asset Protection Summit.  Now, this is all about how to

13   protect your assets and also how to arrange your

14   affairs so that you are as tax-efficient as possible.

15   You'll learn about common and little-known tax-saving

16   strategies and how to take advantage of them to keep

17   more of your money.

18           Most importantly, this summit will also teach

19   you how to protect your assets.  The one thing that I

20   can assure you, if your plan is to become a millionaire

21   and to go and make a lot of money, at some point the

22   odds are that you are going to have someone try and

23   take away some of your money.  That's just a fact,

24   okay?  In the world that we live in, with a lot of

25   lawsuits, especially in America, that is fact.  So

**PX 22**                    **FTC-MOBE-001656**

41



```
 1     learning about asset protection and arranging your

 2     affairs so that your assets are safe, it's really,

 3     really important.  And it's especially important that

 4     you learn this before you have the wealth.  You want to

 5     learn this at the very beginning.

 6           Now, also included with the Platinum

 7     Mastermind is the Home Business Summit.  Now, this is

 8     our three-day training event.  It's one of our most

 9     popular live events, and we do these all over the

10     world.  We've done them in America, Australia, the

11     U.K., China, Malaysia, Amsterdam, probably about ten

12     other countries that I'm forgetting right now.

13           But this is one of our main customer

14     acquisition events, so this is also a great event that

15     you can promote as a MOBE consultant and make a lot of

16     money with.  But you also get to go and attend it, and

17     you don't have to pay for the ticket.  So that's just

18     another bonus of Platinum.

19           But in addition to that, this is the one

20     event that you really want to get to as a MOBE

21     consultant.  This is called the Super Charge Summit.

22     And this is a three-day live event.  We do these in

23     America, in the U.K., in Australia.  We've done them in

24     Singapore, Malaysia, all over the world really, but

25     they are a rarer event, usually held one, twice, three
```



**PX 22**        **FTC-MOBE-001657**

42

1       times a year.  And this is the only three-day event of

2       its kind that is focused 100 percent on you making more

3       money as a MOBE consultant.

4              In fact, we fly in the very top-earning

5       consultants in the world, in MOBE, and they teach you

6       exactly what they do to make so much money.  So this is

7       all about how to generate traffic, how to increase your

8       conversions in MOBE, everything that you could possibly

9       need to know about making more money as a MOBE

10      consultant.

11             Now, all the training is tailored towards a

12      beginner to an intermediate level.  So if you're brand

13      new, this is perfect.  And you can check out what Super

14      Charge is all about by going to superchargesummit.com.

15             Now, also included with the Platinum

16      Mastermind is you will get the Platinum Inner Circle

17      for one month completely for free.  So this is our

18      monthly newsletter where we talk about increasing your

19      wealth and also protecting your wealth.  Along with

20      that, you will get the "Ask the Expert" Platinum

21      interview series.  And, of course, one of the best

22      parts of being a Platinum consultant is you will be

23      able to make $5,500 every time that we sell a Platinum

24      Mastermind to one of your clients.

25             Now, if you don't implement the first four

**PX 22**          FTC-MOBE-001658

43



1    stages that we've just been through, then all you're

2    going to have is a job.  So it's really important that

3    you go through them.  Remember, the purpose of a

4    business is to free you.  Your business should not

5    require that you be there involved in the day-to-day

6    operations 24/7.  At some point, you should actually be

7    able to take time off and the business continues to run

8    by itself.

9            And where you're actually trying to get to is

10   what I call the holy grail.  This is the fifth stage,

11   okay, and this is the last stage out of the five-stage

12   process.  This is what we call your exit strategy, how

13   to achieve your big payday and also turning your

14   knowledge that you've accumulated in building your

15   business through those first few stages into an

16   information marketing business.

17           Someone once said to me the only reason to

18   start a business is to eventually sell it, and when I

19   first heard that, I actually really disagreed with it.

20   I thought to myself, no, the reason to start a business

21   is because you enjoy doing it.  But as I built my

22   business over the years, I've actually seen some truth

23   in this statement.

24           And I'm not saying that you shouldn't enjoy

25   your business, but your business is a means to an end.



**PX 22**                    **FTC-MOBE-001659**

44



1   And the end is that you should be able to live your

2   life however you want.  You should be able to spend

3   your time with whoever you want.  You should be

4   completely financially free, and whether you show up to

5   work or not should be a choice.  If you don't, your

6   business should continue to operate in your absence.

7   So that is where you're trying to get to as a business

8   owner.

9          And if you look at some of the most famous

10  entrepreneurs on the planet like the late Ray Kroc, the

11  guy who started McDonald's, when he first started

12  McDonald's in 1955, he didn't see himself standing

13  behind the grill 12 hours a day flipping hamburger

14  patties.  What he saw was a vision where one day he

15  would have these McDonald's outlets all around the

16  world running independently of him.  He wouldn't even

17  have to be there.  So he focused on building the

18  perfect business system that other people could plug

19  into and experience results.  In other words, these

20  business systems would run by themselves.  He wouldn't

21  have to be there.

22         Mark Cuban is another entrepreneur that I

23  have a lot of respect for.  Cuban got massively rich

24  through one big sale.  In the late '90s, he actually

25  sold AudioNet to Yahoo! for $1.7 billion in Yahoo!



**PX 22**                    **FTC-MOBE-001660**

45

1    stock.  Then he promptly sold that stock when he saw

2    the tech bubble approaching.  AudioNet was the perfect

3    exit strategy business, a business that did not require

4    the purchaser to come in and make big changes.

5            So you will see Mark Cuban is often on the TV

6    show *Shark Tank*, and you'll notice a pattern.  When

7    he's investing in a business, just like the other

8    sharks, he's not looking for a business where he's

9    going to have to get involved in the operations and

10   help fix it up.  He wants a good business that he can

11   advise but from a distance, and that business will run

12   by himself [*sic*] and make him money as the owner,

13   without him having to get really directly involved in

14   those operations.

15           So that's how you want to look at business.

16   That's why we call this Stage 5 because this is --

17   again, this is the end stage.  This is where we're all

18   trying to get to as entrepreneurs.  Now, even if you're

19   just starting out and you haven't generated your very

20   first few sales, you still want to begin with the end

21   in mind.  So, yes, this still does apply to you if you

22   are brand new.  If you're brand new, you should still

23   learn about how to pull off an exit strategy because

24   one day that's where you want to be.  So you should

25   definitely be learning about how to do this.

**PX 22**          **FTC-MOBE-001661**

46



1           Now, that's what our Diamond Mastermind is

2    all about.  The Diamond Mastermind is actually 10 days,

3    11 nights, at five-star resorts, some of the nicest

4    resorts around the world.  We've done Diamond

5    Masterminds before in Bali, Indonesia, in Jamaica, and

6    also in Cancun, and Playa del Carmen in Mexico.

7           Now, the first part of the Diamond Mastermind

8    is all about the actual exit strategy, so getting your

9    business to a stage where it's ready to sell, starting

10   to look for buyers, and how to get the maximum price.

11   Okay, so how to have that really big payday.  But then

12   after that, what are you going to do?  Are you going to

13   retire?  If you're an entrepreneur, you probably don't

14   have retirement in your blood.  You want to be in

15   business because that's what you love to do.

16          So what we actually teach for the remainder

17   of the Diamond Mastermind is how do you take that

18   knowledge that you've built up from starting a business

19   from scratch, from an idea, through to the customer

20   acquisition stage, scaling it, six, seven, eight

21   figures and beyond, investing the cash flow of that

22   business, and then having the exit strategy, how do you

23   take that information, that knowledge that you built

24   up, and turn that into another business, consulting

25   your former colleagues in that industry?



**PX 22**                    **FTC-MOBE-001662**

1          So in other words, how do you take your

2     knowledge and build an information marketing business

3     around it.  That includes creating products.  That

4     includes possibly doing your own seminar.  That

5     includes building your brand, turning yourself into a

6     guru for that industry.  This is high-level training,

7     but this is where you want to be.

8          And, also, as a MOBE consultant, a lot of

9     what you learn about the branding and building the

10    information marketing business, it's perfect for what

11    you need as a MOBE consultant.  In fact, every single

12    top-earning consultant, as you'll soon see in the

13    upcoming steps in this program, they all build brands

14    around themself.  They all sell themself first, and

15    then they sell MOBE on the back end.  So the Diamond

16    Mastermind is going to give you everything that you

17    need to know to go and do that.

18          So, again, the Diamond Mastermind is all-

19    inclusive.  That means that all 11 nights are paid for,

20    food, drinks, entertainment, everything.  Once you

21    complete it, you will also get certified, so you will

22    be able to market yourself as a Diamond-certified

23    consultant in MOBE.  And that's something that really

24    has a lot of prestige.  That has a lot of weight behind

25    it.  If someone is thinking about getting started in

**PX 22**                    **FTC-MOBE-001663**

48



1    MOBE and they know that you're a Diamond-certified

2    consultant, that goes a long way.  That adds a lot of

3    credibility.

4            Now, on top of that, what a lot of our

5    consultants really like, what their -- their favorite

6    part is, every time that we sell a Diamond Mastermind

7    for you, you make $10,000.  You make a $10,000

8    commission.  And I've got to tell you that when you

9    experience what that's like, to make a $10,000

10    commission in one day, that's a -- it's just a total

11    game-changer.  So you get that with the Diamond

12    Mastermind.

13            You also get an additional 12 traffic

14    coaching sessions.  So, again, this is in addition to

15    the ones that you get as a Titanium Mastermind client,

16    as a Platinum Mastermind client.  You get this on top

17    of that.  So that's 5 plus 8 plus another 12.  You're

18    actually going to end up with 25 training sessions just

19    from Titanium, Platinum, and Diamond.

20            Now, you'll also get a free month trial of

21    the Diamond Inner Circle as well.  So that will be sent

22    out to where you live.  And as you can see here, this

23    is what it looks like in the funnel.  So you've got

24    Silver, Gold, Titanium, Platinum, and then the $10,000

25    Diamond commission will come after that.



**PX 22**                    **FTC-MOBE-001664**

49

1        So now that you've seen the final three

2    stages that entrepreneurs go on on their path to

3    financial freedom, let me show you how they correspond

4    to the MOBE curriculum.  So the Silver Masterclass is

5    all about coming up with your business idea, choosing

6    your business model, creating your minimum viable

7    product, leveraging your strengths, and the mind set

8    required to become a top-performing entrepreneur.  Your

9    commissions when we sell this training to your clients

10   will be $1,250.

11       And from there, we then go to the Gold

12   Masterclass program.  So Gold is all about creating and

13   leveraging a customer acquisition process that's able

14   to operate independently of the business owner.  In

15   other words, you don't need to be involved in the sales

16   process.  So every single time that we sell a Gold

17   Masterclass program to one of your clients, you make a

18   $2,500 commission.

19       And I just want to remind you that if they

20   come through this same process that you're now going

21   through, and they take that special offer on Step 7,

22   where they've invested in the Silver Masterclass within

23   five days of hitting Step 6, they will get the Gold

24   Masterclass for free.  So in that case, there wouldn't

25   be a commission, but you would still make the $1,250 on

**PX 22**                    **FTC-MOBE-001665**

50

1    the Silver.

2              And then from there we go to the Titanium

3    Mastermind, which is all about scaling.  You'll learn

4    how to scale your company by leveraging other people's

5    time and efforts, which is building your team, creating

6    systems, processes, and putting in place proper

7    budgeting and forecasting.  Now, your commissions when

8    we sell a Titanium Mastermind to one of your clients

9    will be $3,300.

10             And, also, I want to just tell you that at

11   the time of filming right now, we have actually sold

12   now over 2,000 Titanium Mastermind programs.  So we've

13   had a lot of people come through this program, and

14   every single one of them who's -- who's actually -- and

15   every single one of them who's actually come to the

16   Titanium, they've stayed at the resort, they've gone to

17   the training, they've loved it.  It is one of our most

18   highest rated training programs.

19             Now, from there, you then learn how to put

20   your cash flow to work with the Platinum Mastermind.

21   So this is where we show you how to invest in various

22   asset classes outside of your business so that you can

23   actually create true financial freedom.  In other

24   words, have your money work for you, rather than you

25   always working for your money.



**PX 22**                    **FTC-MOBE-001666**

51

1          Now, your commission when we sell a Platinum

2     Mastermind will be $5,500.  And we've actually now sold

3     over 1,000 Platinum Masterminds.  So, again, this is

4     also a very popular training program.

5          Now, finally, we reach Stage 5, the holy

6     grail.  This is where you learn about your exit

7     strategy and then starting an information marketing

8     business where you can actually consult other people in

9     your industry.  And this is actually taught at the

10    Diamond Mastermind.

11         Now, when we sell a Diamond Mastermind to one

12    of your leads, then you will actually get a $10,000

13    commission, and to date, we've actually sold over 500

14    Diamond Masterminds.

15         So the MOBE core curriculum was designed to

16    take an entrepreneur from starting out having really no

17    idea what they're doing, all the way through to the end

18    of their business.  So these five training programs

19    will give you everything that you could possibly need

20    to do really well in business.

21         So action steps for today, here's what I want

22    you to do.  I want you to go through all the links that

23    we have in the text.  I've covered a lot in this step.

24    This step was a really big one.  We talked about all

25    the different Masterminds, but we also talked about all

**PX 22**          **FTC-MOBE-001667**

52

1     the individual summits.

2             Now, each one of them has its own link, which

3     you will find in the text below, and the link will take

4     you to the sales letter for each program so you can

5     read exactly what's in it, what are the tangible things

6     that you get, what are the benefits, why you would want

7     to get it.  I want you to take some time and just go

8     through all of them because, again, you're going to be

9     marketing these programs.

10            These are the core curriculum programs, so

11    they will get a lot of your attention once you get

12    through the 21 steps.  It's really going to help if you

13    know what they are and what's included in each one.

14            And then what I want you to do is I want you

15    to go to www.mobe.com/mastermind/schedule.  And this

16    will show you the next 12 months of our Masterminds

17    that we're going to be having in MOBE.  So you will be

18    able to get an updated list of which countries we're

19    going to, what the dates are, what the hotels are,

20    everything that you could possibly need.  And then you

21    will be able to decide which Titanium, which Platinum,

22    which Diamond you want to attend.  You'll also be able

23    to start to decide which of the summits you would like

24    to attend.

25            Now, obviously, this is a lot of training.

**PX 22**          **FTC-MOBE-001668**

53

1    So don't worry.  You don't have to do it all in the

2    next one or two months.  You will have a lot of time to

3    go through all of that.  I will put the details below

4    this video in the text.

5            So coming up, we're going to look at setting

6    ambitious revenue targets as a MOBE consultant and how

7    do you make sure that you hit those revenue targets.

8    So go ahead, reach out to your coach, take action, and

9    I'll see you in the next step.

10           **(The recording was concluded.)**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**            **FTC-MOBE-001669**

54

1      <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4            I, Sara J. Vance, do hereby certify that the

5      foregoing proceedings and/or conversations were

6      transcribed by me via CD, videotape, audiotape or

7      digital recording, and reduced to typewriting under my

8      supervision; that I had no role in the recording of

9      this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of the

11     recording media.

12           I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were transcribed;

15     and further, that I am not a relative or employee of

16     any attorney or counsel employed by the parties hereto,

17     nor financially or otherwise interested in the outcome

18     of the action.

19

20                                    *Sara J. Vance*

21     DATE:  2/5/2018          _____

22                                 SARA J. VANCE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001670**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

      Plaintiff,

      v.

**MOBE Ltd.**, et al.,

      Defendants.

Case No. _____

**<u>FILED UNDER SEAL</u>**

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**<u>WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE</u>**

**VOLUME II-D**

PX 22  Declaration of Carol Jones (Exhibits Z – HH).....................................................1671

# Exhibit Z

FTC-MOBE-001671

Exhibit Z - Page 1 of 5

FTC-MOBE-001672

PX 22



Exhibit Z - Page 2 of 5

FTC-MOBE-001673

PX 22

# Congratulations On Your Investment In The Silver and Gold Masterclasses!

## Read the short letter below to learn about the contents of your training package (including a Surprise Bonus Gift)... and how to take the "next step" in your journey to financial freedom.

Dear Masterclass Member,

Thank you for purchasing the Silver Masterclass, and investing in training that will give you a strong mental foundation for your business!

As promised, we've also included the Gold Masterclass training (retail value of $4,997) absolutely FREE as a bonus for being a fast action-taker.

In the enclosed package, you will find printed training materials and video recordings for both Masterclasses. In the Silver Masterclass training, we reveal proven Mindset and Productivity strategies that have propelled countless people to success in life and business.

In the Gold Masterclass training, you will learn a Customer Acquisition Process that you can apply to *consistently* generate sales and build a 6-figure business.

What you learn in these courses will help you no matter what business you're in — whether you're an Affiliate Marketer, or own a brick and mortar business like a restaurant or hair salon.

There's a lot here, so take your time going through everything. You will want to go through it a couple times to fully absorb it. As you do, ask yourself "How can I apply this in my business *imme-diately?*" The biggest factor that separates our most successful students (who make 6 or 7-figures) from everyone else, is that they learn and *apply* quickly.

For your convenience, the programs are also available online in your back office. You should have received your login details by email. If you're not sure how to login, please contact my support team at: **www.mobe.com/support.**

Your purchase has also unlocked additional perks and benefits like our daily traffic webinars and three private one-on-one coaching sessions which you can learn more about in your back office.

FTC-MOBE-001674

**PX 22**

# The Next Step in Your Journey To Financial Freedom

By joining this Masterclass, you've taken an important step, and I want to congratulate you for that. But that step is just one of *many* on your path to personal and financial freedom…. a path that is littered with the "bodies" of failed entrepreneurs who failed to fully commit to their goals.

At this point, you're at a critical crossroad. You need to decide how serious you are about achieving your goals. Do you *really* want to succeed? Are you "fully in" or are you just dipping your toe in the water?

I hope you're ready to fully commit, because (to be brutally honest) that's what it takes. I've seen too many well-meaning people get started, and then quit at the first obstacle, or get distracted and wander off track.

To fully commit to your business, we have 3 high-level Mastermind Programs in MOBE called Titanium, Platinum, and Diamond that represent the "next steps" in your journey.

I'll tell you a bit more about those programs in a minute, but first I want to tell you a story of how I stood at a similar crossroad in 2009, and how I chose the path that led to massive success.

---

Also, I thought I'd surprise you and include another free gift with your package. This Surprise Bonus normally retails for $997, but it's included here absolutely free as my gift to you.

This bonus training is called *Inside the Mind of a $150 Million Earner* and it includes transcripts from my Ask Matt Lloyd video series. This daily series has been running since 2014, when I started selecting questions from MOBE clients around the world, and answering them in short video segments. I cover everything from traffic to business-building strategies, content marketing, time management, overcoming challenges, promoting MOBE, and much more.

The response to these videos has been so powerful, that I decided to transcribe, edit, and supple-ment them with extra training, tips, and examples. Then, we put everything into a 250-page manual (included here with your Masterclass trainings for free). I hope you enjoy it!

**NOTE:** If you're currently going through our 21-step training program online, and learning how to promote MOBE, then you should focus on the 21 steps first and then come back to this course and bonus training later. Your MOBE Coach is your most important resource so make sure to follow their advice first.

FTC-MOBE-001675

# Why My First Mastermind Was
# A Major Turning Point

The year was 2009. MOBE didn't exist yet, and I was a young affiliate for another company. This company had a mastermind program that cost $24,000 US and I was considering joining it.

At that time, $24,000 US (about $38,000 Australian) represented all the money I could put together, and everyone advised me against it.

All my friends and family told me it was a bad idea, but I didn't listen to them, for one simple reason.... they weren't successful.

The truth is, most people do not have what it takes to be successful. They have a bad financial mindset, and they are unwilling to take the risk required to have more than an average (or below-average) income.

Personally, I didn't want a life of financial mediocrity. So, I went against the grain, and did the opposite of what average (mediocre) people do. I took my own path, found the money for the mastermind, and invested the $24,000.

It was one of the best decisions I ever made.

That first mastermind (which was held in Fiji) was an eye-opening experience. I met and hung out with financially successful people who had an abundant world view.

Until then, I was so used to hearing people complain about a lack of money, that I got used to it. It was life-changing to hear people talk openly about prosperity.

When I left Fiji, I was even more motivated about my business than I had been before. I spent the next 2 years learning more, applying more, and pushing myself more, and that that became the foundation for MOBE, which has now generated over $154 million in sales.

Who knows where I would be if I had followed the advice of my friends and family, and skipped that mastermind. I may not be at the helm of an incredibly successful international business, and I may not be writing this letter to you now.

Today, you're at a similar crossroad. I strongly encourage you to take the path to success, and invest in the higher level MOBE Masterminds.

PX 22

Exhibit Z – Page 5 of 5

FTC-MOBE-001676

PX 22

If you haven't heard of these Mastermind Programs before, they're called Titanium, Platinum, and Diamond and they will teach you how to master the higher-level stages of your business:

**Stage 3:** Scale to 7 Figures and Beyond (Titanium)
**Stage 4:** Create Passive Income With Investments (Platinum)
**Stage 5:** Sell Your Business for a Massive Payday (Diamond)



These Mastermind Programs are all live events, held at tropical locations like the Bahamas, Costa Rica, Fiji, and Cabo San Lucas. They are held at luxurious resorts with full amenities, beautiful views, fine dining, and impeccable service.

In these luxurious settings, you will learn from multi-millionaires, business and investment experts, and some of the best speakers and trainers in the world. You will have opportunities to network with influential people, and make friends with fellow entrepreneurial-minded attendees.

I encourage you to attend one of these Masterminds. It could change your life and launch your business, just like my first mastermind did for me.

# How To Apply For The Titanium, Platinum, and Diamond Masterminds

If you want to learn more about the Titanium, Platinum, and Diamond Masterminds, then bring it up on your next call with your MOBE Coach. Your coach will be able to answer your questions, and tell you how to get started.

Best,

*[signature: Matt Lloyd]*

Matt Lloyd

**P.S.** I'll leave you with a quote from Warren Buffett, who said, *"The best investment you can make is in yourself."* You've made an investment in this Masterclass, and you should be congratulated for that. I hope this training helps you, and I look forward to possibly seeing you at one of our live events in the future.

# Exhibit AA

FTC-MOBE-001677

**OFFICIAL TRANSCRIPT PROCEEDING**

**FEDERAL TRADE COMMISSION**

| | |
|---|---|
| MATTER NO. | 1723072 |
| TITLE | MOBE |
| DATE | RECORDED:  NOVEMBER 20, 2017<br>TRANSCRIBED:  NOVEMBER 23, 2017 |
| PAGES | 1 THROUGH 13 |

Call1_Marlon_11.20.2017

*CJ 1-9-2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**

FTC-MOBE-001678

```
 1                FEDERAL TRADE COMMISSION

 2                     I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Call1_Marlon_11.20.2017                   4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001679**

3

1                   FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5        ------------------------------)

6                                       November 20, 2017

7

8

9

10             The following transcript was produced from a

11     digital file provided to For The Record, Inc. on

12     November 20, 2017.

13

14

15

16

17

18

19

20

21

22

23

24

25

PX 22                    FTC-MOBE-001680

4

1                    P R O C E E D I N G S

2               -      -      -      -      -

3                 Call1_Marlon_11.20.2017

4          MARLON:  -- (inaudible) letting you know I'm

5     your senior coach.  Did you get that info?

6          MS. JONES:  Yes, I did.

7          MARLON:  Okay, good.  So I'm your senior

8     coach.  I'll be the one working with you one-on-one

9     directly.  And what I actually do, ▮▮▮▮, is I pick

10    out a few members each week that I pick to work with

11    one-on-one directly.  So I actually picked you out of

12    the crowd to work with you and train you one-on-one if

13    you'd like that.

14         MS. JONES:  Good.

15         MARLON:  Okay?  So before I move you forward

16    and get you started, I'm going to ask you a few

17    questions so I can get to know more about you to train

18    you better.

19         MS. JONES:  Okay.

20         MARLON:  Okay?  So let me start out by

21    asking you, ▮▮▮▮, what was like the main reason or

22    reasons that you wanted to start a business instead of

23    focusing on what you've been doing?

24         MS. JONES:  Well, I've been working a lot of

25    long hours and --

**PX 22**                    **FTC-MOBE-001681**

5

1           MARLON:  Okay.

2           MS. JONES:  -- I like the concept of being

3      able to spend more time with my family and --

4           MARLON:  Okay.

5           MS. JONES:  -- taking them on trips and

6      paying some of my debt down.

7           MARLON:  Okay.  So with what you're doing

8      now, you're not able to spend the time with the family

9      that you want, go on trips, and be debt-free.

10          MS. JONES:  That's correct.  And I'd like

11     to --

12          MARLON:  Okay.

13          MS. JONES:  -- I would like to have -- buy a

14     house instead of living with my parents.

15          MARLON:  Okay.  Okay.  So, I mean, how long

16     have you been living your life that way, not having

17     the kind of income you want, time, and --

18          MS. JONES:  It's been quite --

19          MARLON:  -- being in debt?

20          MS. JONES:  -- it's been quite a long time.

21     Many years.

22          MARLON:  Okay.  So living your life that way

23     all these years, has it had an impact on you?

24          MS. JONES:  It has.  It's kind of

25     depressing.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                          FTC-MOBE-001682

6

1              MARLON:  Mm-hmm, yeah.  So, I mean, why is

2      that important for you to have more time, freedom, et

3      cetera?

4              MS. JONES:  Well, I think it is a -- it

5      would be a good show for my children --

6              MARLON:  Okay.

7              MS. JONES:  -- instead of being dependent

8      upon my parents.

9              MARLON:  Right.  How does that make you feel

10     to be always depending on your parents?

11             MS. JONES:  I don't like it.

12             MARLON:  Yeah.

13             MS. JONES:  Because --

14             MARLON:  It's time to make a change

15     possibly.

16             MS. JONES:  Yeah.  I'm under their roof, I'm

17     under their -- their rules, so --

18             MARLON:  So why now?  Why is it important to

19     make a change now?

20             MS. JONES:  Because my children are getting

21     a little older and --

22             MARLON:  Okay.

23             MS. JONES:  -- I -- I think that they need

24     to see that their parents are being responsible.

25             MARLON:  Right.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              FTC-MOBE-001683

```
 1              MS. JONES:  So --

 2              MARLON:  So -- so what's your goal, ███? 

 3    Like if you thought about it, how much would you want

 4    to make per month ultimately that's going to allow you

 5    to really live the life you want?

 6              MS. JONES:  I think ten -- starting 10,000 a

 7    month.

 8              MARLON:  Not starting.  How much do you want

 9    to make ultimately is the question?

10              MS. JONES:  Oh, ultimately?

11              MARLON:  Mm-hmm.

12              MS. JONES:  In the end?

13              MARLON:  Yeah.  How much -- yeah.  How much

14    -- to live the life that you really want, how much do

15    you really want to make?

16              MS. JONES:  Oh, that's hard to say for a

17    person that's never had much.

18              MARLON:  Well, if you thought about it.

19              MS. JONES:  Pay -- pay off -- pay off a

20    house, buy a couple of cars.

21              MARLON:  No, how much -- how much do you --

22              MS. JONES:  How much --

23              MARLON:  -- want to make per month is the

24    question.

25              MS. JONES:  How much per month?
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001684**

```
 1              MARLON:  Mm-hmm.

 2              MS. JONES:  Between say $50- and $100,000.

 3              MARLON:  Okay, which one, 50 or 100?

 4              MS. JONES:  I'd have to go with 100.

 5              MARLON:  Okay, so write that down on a blank

 6      sheet of paper.  I earn $100,000 per month income.

 7              MS. JONES:  Okay.

 8              MARLON:  Okay.  And make sure you see -- put

 9      that somewhere where you see that goal several times a

10      day so it will fuel your daily actions.  100K a month

11      here is very achievable.  I don't know if you saw our

12      October leader board, but we have members making over

13      half a million just in October itself.

14              So let's say we help you get to 100K a

15      month,  ████  .  How would your -- how would your life

16      be different than it is now?

17              MS. JONES:  Well, I'd be able to move out of

18      my mother's -- my parents' house.

19              MARLON:  Okay.

20              MS. JONES:  I'd be able to purchase a car or

21      two.

22              MARLON:  Okay.

23              MS. JONES:  Be able to let my kids decorate

24      their own bedrooms.

25              MARLON:  Okay.
```

**PX 22**                    FTC-MOBE-001685

```
 1              MS. JONES:  Pay off my debts.

 2              MARLON:  Okay.

 3              MS. JONES:  And take a trip.

 4              MARLON:  Yeah.  So how would it make you

 5    feel to accomplish all those goals?

 6              MS. JONES:  Amazing, totally amazing.

 7              MARLON:  In what way?

 8              MS. JONES:  I would feel -- feel free.

 9              MARLON:  Yeah.

10              MS. JONES:  That I wasn't constrained by

11    other people and I could come and go as I please.

12              MARLON:  Yeah, I like that.  So I appreciate

13    you sharing that with me.  It's going to help me train

14    you better for sure.  So let me give you instructions

15    on how to move forward here.  You finished Step 9,

16    right?

17              MS. JONES:  Yes, I did.

18              MARLON:  Okay.  So I'm going to go ahead and

19    unlock Step 10.  Moving forward, make sure you're just

20    doing one step per day.

21              MS. JONES:  Okay.

22              MARLON:  Okay?  It's more important for me

23    that you go through these steps slowly so you're

24    actually learning the material.  So when I get you

25    started, you know what's going on with your business
```

**PX 22**                      FTC-MOBE-001686

1    rather than too quickly where you're not remembering.

2    So just one step per day.

3           MS. JONES:  Okay.

4           MARLON:  Focus only on the 21-step training,

5    okay?  Silver, gold, back office, disregard those for

6    now.  I'll let you know when to start those at the

7    appropriate time.  For now, focus only on the 21-step

8    training, okay?

9           MS. JONES:  Okay.

10          MARLON:  Now, just to give you an overview,

11   you're going to go over -- well, before the overview,

12   you're listening to J.T. DeBolt's recorded calls,

13   correct?

14          MS. JONES:  Yes.

15          MARLON:  Okay, listen to one per day.  I'm

16   going to have you go through several audio books.  The

17   first one is called the 10X Rule.  I'm going to send

18   you the link here on Skype.  Download this book today

19   and make sure you're listening to as many chapters as

20   you can per day.

21          MS. JONES:  Okay.

22          MARLON:  All right?  Now, most important

23   thing you'll to do is we need to have a three to five-

24   minute checkup call every day, Monday through Friday,

25   so I know what you're learning and so I can progress

**PX 22**                    FTC-MOBE-001687

1      you in the system.  Because if I don't hear from

2      someone I'm working with one-on-one, it means I can

3      actually never get you started.  So if you go back on

4      to my calendar, I'll put it here on Skype, it's the

5      second option down, the one-on-one appointment.  Make

6      a one-on-one appointment for tomorrow, okay?

7              Now, just to give you an overview, you're

8      going to go over some steps with me, about seven to

9      ten appointments.  And then at that point, we're going

10     to have what's called your business plan.  And in your

11     business plan, that's where I'm going to officially

12     start you.  So I want you to start thinking about that

13     now.  But here's what we're going to cover, okay?

14             In your business plan, we're going to go

15     through specifically what your 30, your 60 and your

16     90-day income goals are.  We're going to go over those

17     very specifically and how to reach them.  We're also

18     going to cover the compensation plan.  And we'll go

19     over how you make profits in your business every month

20     as a silver, titanium, platinum, and diamond member

21     according to your monthly numbers.

22             And then after that is when you'll start

23     working on traffic, placing ads to make sure your

24     leads get into your system for the (inaudible) to make

25     you profits.  Okay?

**PX 22**                    **FTC-MOBE-001688**

```
 1                    MS. JONES:  Okay.
 2                    MARLON:  So are you ready to make some
 3         profits?
 4                    MS. JONES:  Yes, absolutely.
 5                    MARLON:  Okay.  So you'll do well.  The
 6         members I work with do exceptionally well, I'll tell
 7         you that.  So Step 10, okay, 10X Rule audio book.
 8         Make sure you listen to a J.T. call and make sure we
 9         have a one-on-one appointment for tomorrow to give me
10         an update on what you learned.
11                    MS. JONES:  Okay.
12                    MARLON:  Okay?
13                    MS. JONES:  Sounds good.
14                    MARLON:  So keep up the good work and we
15         will talk tomorrow.  Looking forward to working with
16         you.
17                    MS. JONES:  You, too, Marlon.
18                    MARLON:  Okay, take care now.
19                    MS. JONES:  Thank you.  Bye-bye.
20                    MARLON:  Bye.
21                    (The call was concluded.)
22                    (The recording was concluded.)
23
24
25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**

FTC-MOBE-001689

13

1                       CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Elizabeth M. Farrell, do hereby certify

5     that the foregoing proceedings and/or conversations

6     were transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12            I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:  11/23/2017        _____

22                             ELIZABETH M. FARRELL, CERT

23

24

25

**PX 22**                          **FTC-MOBE-001690**

Gmail - Thank you!                                                    Page 1 of 1
Case 6:18-cv-00862-RBD-DCI   Document 3-46   Filed 06/04/18   Page 72 of 98 PageID 1793
Exhibit AA - Page 14 of 14

 **Gmail**

---

# Thank you!

1 message

---

**Coach Marlon** <mailer@scheduleonce.com>                    Mon, Nov 20, 2017 at 10:36 AM
Reply-To: "marlon@mobe.com" <marlon@mobe.com>
To: ▮▮▮▮▮▮▮▮▮▮

Hey it is Marlon, just wanted to say THANK YOU for your time today. Just a reminder...1 step per business day, 1 Power Up Call recording from JT Debolt per day http://blogtalkradio.com/mobe, as many chapters as you can on the 10x Rule audio book (link in your Skype messages). Sign up for www.mobedaily.com as well. Also do not forget to make an appointment for next biz day for the daily 1 on 1 check up call here http://meetme.so/Marlon use 1 on 1 calendar if you did not yet... (DO NOT Book appointments more than one appointment in advanced, only book 1 appointment for next business day and that is it. Thanks.) Talk soon. Thanks again, Marlon

# Exhibit BB

**PX 22**          **FTC-MOBE-001692**

Exhibit BB - Page 1 of 58



FTC-MOBE-001693

**PX 22**

Exhibit BB - Page 2 of 58

FTC-MOBE-001694







*...and Smashing Through Them*

**PX 22**

Exhibit BB - Page 3 of 58



Step 10 - Training Section #1

Congratulations! Less then 28% make it to step 10!

# The Goal Setting Habit

In my office, I have a huge TV screen that sits right in front of my desk. On it, is an enormous online dashboard, which displays all my key metrics. It's right in front of me and is so big that I can't help but look at it constantly throughout the day. This constant measurement keeps me focused and on track.

## The Long-Term Perspective

Most people who try and make money online are barely thinking two weeks into the future. Everything they do is short-term.

They're only interested in something if it promises a short-term pay off. Because of this, they are always sucked into the allure of programs that promise instant riches (like the ones that tell you that you can make a million dollars by next week with their "secret software").

It's ironic, because their short-term thinking guarantees that in the long term, they'll never create a substantial income.

For instance, if you can focus on getting just two front-end customers a week (which is not difficult), then you can finish the year with over 100 of them.

From those 100 customers, it's possible to have at least 20 of them upgrade, with you geting commissions of $1,250 - or as much as $25,000).

From those 20 clients, it's possible to have at least half of them upgrade again, paying you another $33,000 (10 x $3,300).

And from those, at least six should upgrade further (paying you another $33,000).

If just three of those six then upgrade, you'd make another $30,000.

That's $121,000 in back-end commissions, from just 100 customers simply by finding two customers each week to buy a training course just like this one.

So, I'm going to encourage you to take a long-term perspective with this business, and to think not just 12 months into the future, but five years into the future.

How much money would you need five years from now to be truly happy?

And, more importantly, how much are you willing to invest to make that a reality?

**NEXT SECTION- PLEASE CLICK HERE**

*Your Business Coach*

Marlon Nuqui

✉ Email:
marlon@mobe.com

📞 Phone:
1-

📅 Schedule A Session:
**Click Here**

Skype:
**Click Here**

Skype:

1-

📅 Schedule A Session:
**Click Here**

Skype:

Schedule A Session:
**Click Here**

Skype:



MOBE WOULD
LIKE YOUR
FEEDBACK!

Business Coach
Feedback:

**CLICK HERE**

FTC-MOBE-001695

**PX 22**

Exhibit BB - Page 4 of 58



*Your Business Coach*

**Marlon Nuqui**

✉ Email:
marlon@mobe.com

☎ Phone:
1

📅 Schedule A Session:
**Click Here**

Skype:
—

Skype:

Skype:

📅 Schedule A Session:
**Click Here**

Skype:

📅 Schedule A Session:
**Click Here**

Skype:

📅 Schedule A Session:
**Click Here**

Skype:

📅 Schedule A Session:

Step 10 - Training Section #2

# Setting (And Getting) Goals

"*A man without a goal is like a ship without a rudder.*"—Thomas Carlyle

This step is going to be a really important lesson.

It's about re-establishing exactly where you want to go. How much money you'd like to make. The daily lifestyle you want for yourself.

It's truly different for everybody, as we all have different hopes, dreams and aspirations in life.

All successful entrepreneurs will tell you how important it is to "set goals."

MOBE focuses more on "*goal getting*" than goal setting.

Both are important though. We'll help you to set your own goals, and then our focus will be on helping you "get" them.

We want to help you get your goals in the fastest, easiest, most systematic way possible.

Establishing goals is not something we can do for you. To be sure, you must set goals before you can get them.

However, "goal getting" involves more than just setting goals and then hoping for

**PX 22**

**FTC-MOBE-001696**

FTC-MOBE-001697

success.

Three specific behaviors have been proven to drive effective goal getting:

- Setting specific dates for each goal (down to the day)
- Chunking down goals into a series of smaller steps and setting a specific deadline for each one (What's the best way to eat an Elephant? One bite at a time. Chunk it down!)
- Reviewing your written goals regularly and measuring your progress (Measure, adjust where needed, and set the next goal and deadline)

Let's spend a few minutes to break things down here and find out exactly what you really want to achieve. More importantly, let's work backwards from that point to see exactly how you can and will do it.

## Work It Out Backwards

Think of it like this: Let's say you wanted to lose five pounds (or 2.25 kilos). That's your end goal. And you'd like to lose that weight in seven days. Now we've got something to work with: a goal with a specific date—a deadline.

One pound is roughly 3,500 calories. Five pounds would then be 17,500 calories.

To lose five pounds then, basically you'd have to use up 17,500 calories from your body. So you'd look at your diet and see that maybe right now, on a typical day you eat 4,000 calories. Over seven days then, if you ate only 1,200 calories a day instead of the current 4,000, you'd lose over five pounds right there.

So you begin with the end in mind, and then work backwards to get a solid plan of attack. This approach is absolutely necessary to achieve our goals.

But let's say you want to hyper-blast the fat from your body. Well, then you can use exercise to drop even more fat.

So to avoid going too deep here, since this is just an example (I'm not advocating exercise advice), if you jogged an hour a day, then you'd likely burn off another five pounds or so. But get this: if you lifted weights a few days a week, it would drastically boost your metabolism and you'd burn calories all day long. While you work, sit and watch TV, and yes, even while you sleep, you'd be burning calories! It's a true weight loss regimen in which you use leverage (metabolism) to lose weight more quickly with less effort.

Once you get a firm and clear goal in mind, then you can start to get a real plan together. And, as you can see, there are several different routes that can get you to your goal.

Some will be easier to do, but will take much longer. Some may require more investment on your part, but will get you to your goal extremely fast, and much easier, which is what most of us want.



PX 22

Exhibit BB - Page 6 of 58

FTC-MOBE-001698

## Think Bigger

If you want to learn how big success happens, it usually comes in quantum leaps, not in tiny little increments.

You want growth to go like this: $0, to $1,000, to $5,000, to $30,000, to $100,000.

Not from: $0, to $50, to $250, to $500, to $1,000.

Don't think "I just want to replace my job income." That won't cause you to think and act any differently than you always have. Take that number and bump it up 10X.

What this does is shift your mindset into a whole different gear. You realize that you can't do that by working as you may be now. You can't do it by simply working harder. So, you start to think in terms of leverage, finding systems and ways to be 10x more effective with less effort.

Einstein said that insanity is *"doing the same thing over and over again and expecting different results."*

So, if you're not making the kind of money you want and don't yet have the kind of lifestyle you like to have, you need to start thinking much bigger

Let's say that you want to earn $100,000 your first year.

That breaks down to roughly $8,333 a month, or $277.75 dollars a day.

Simply breaking it down that way makes it much more real and more attainable, doesn't it?

So what are our options to hit the goal? Exactly how many sales will it take us to get there?

By looking at the basic economics of it, we arrive at these numbers.

- **Silver Masterclass**—100 sales at $1,250 commission will earn you $125,000. So roughly two sales a week will get you there—just two sales a week. Is that doable? Totally.

And when your Silver Masterclass customers upgrade to our additional back-end programs, the revenue really begins to expand:

- **Additional Back-End Program #1**—With 100 Silver Masterclass sales, if 20 of them upgrade to Back-End Program #1 ($3,300 commission each), it would be around $191,000. See what's happening? We're beginning to learn the power of leveraged systems—earning more money with half the sales.
- **Additional Back-End Program #2**—If half of those 20 Program #1 upgrades then upgrade to Back-End Program #2 ($5,500 commission each), it would be around the $246,000 mark. (You'll actually exceed it after residuals, etc.)
- **Additional Back-End Program #3**—If only three of your Program #2 upgrades decided to upgrade to our Back-End Program #3 (which pays a $10,000



PX 22



commission on each) and you will exceed $300,000 after residuals, etc.

And remember, bigger sales don't require any extra work. MOBE's phone sales team and the MOBE system do all the big lifting for you.

So the next step is to simply find out how many clicks, or how much quality traffic you would need to get that amount of sales. If for example, for every 100 new leads, you're getting one sale, then you know that you'll need to drive about 200 new leads a week to get to your goal of two sales per week.

We'll be talking about the traffic end of things and exactly how you'll do this in later steps, so stay tuned for that.

**NEXT SECTION - PLEASE CLICK HERE**

FTC-MOBE-001699

**PX 22**

Exhibit BB - Page 8 of 58



Step 10 - Training Section #3

## Your Personal Accountability Program

One thing our students have been having great success with in "getting" their goals is having their own personal accountability program.

Research shows us that managing your day correctly and being accountable to yourself on an 'hour by hour' and 'daily' basis is going to get you to your goals a lot faster. Making things happen is the first step towards your success.

The next is making the right things happen.

## Personal Goal Worksheet

### Goal Worksheet

**How Many Hours Per Week Will You Be Working Your MOBE Business?**

**What Level Of Monthly Income Do You Need To Reach In Order To Achieve Your Biggest Goals?**

**Accomplish Monthly Goal By?**

Our goal workshoot is the start of this process for you. Throughout the training, refer back to this worksheet to assess your progress.

If you're like many people, you'll use this worksheet for a week or two, get really good results, and then you'll begin to get distracted by too much "stuff" and shiny objects. You'll forget what you're working towards and what you should be doing. You'll start to work on the unimportant stuff.

I've coached many students, so I'm just being realistic based on my experience. It happens a lot. Don't let it happen to you. Use this foreknowledge I gave you and prepare for distractions.

### Your Business Coach

**Marlon Nuqui**

✉ Email:
marlon@mobe.com

☎ Phone:
1-

📅 Schedule A Session:
Click Here
Click Here

Skype:

📅 Schedule A Session:
Click Here
Click Here

📅 Schedule A Session:
Click Here
Click Here

Skype:
Click Here

Skype:
Click Here

Skype:
Click Here

Skype:
Click Here

Skype:
Click Here

Skype:
Click Here

**FTC-MOBE-001700**

**PX 22**

FTC-MOBE-001701

**PX 22**



Carve out a few minutes each day to look at your goal worksheet. Be determined to accomplish your goals and don't let it fall by the wayside.

You might also find this short segment from one of our last Supercharge Seminars very useful. In it, I interview several of our current Platinum Members, and ask them about their motivation for going Platinum, how they set goals, and how they achieved the results they've had so far.



NEXT SECTION - PLEASE CLICK HERE

Exhibit BB - Page 10 of 58



## Step 10 - Training Section #3

### Step 10 - Your Assignment

# Action Steps

Today I want you to get clarity on what exactly your financial targets will be as a MOBE consultant after you complete this training program:

- What is your ambitious revenue target for the next three months?
- What is your ambitious revenue target for the next six months?
- What is your ambitious revenue target for the next 12 months?
- Finally, what is your ambitious revenue target for the next five years?

Please put a lot of thought and consideration into your answers. Set targets that will stretch and inspire you.

Then, send an email to your coach!

In The Next Step. You'll learn how to use the most powerful marketing asset you're ever going to have—your story. We'll talk about how becoming a "product of the product" can go a long way toward establishing your credibility!

**NEXT SECTION - PLEASE CLICK HERE**

**Congratulations - You have completed Step 10.**

👥 Meet our members

## Your Business Coach

**Marlon Nuqui**

✉ Email:
marlon@mobe.com

📞 Phone:

📅 Schedule A Session:
**Click Here**

📞 Skype:

### Commissions Paid Out With This System So Far:

# $ 103,011,479

MOBE WOULD LIKE YOUR FEEDBACK!

**FTC-MOBE-001702**

**PX 22**

Exhibit BB - Page 11 of 58

FTC-MOBE-001703

PX 22



*Your Business Coach*

Marlon Nuqui

✉ Email:
marlon@mobe.com

☎ Phone:

📅 Schedule A Session:
Click Here

📅 Schedule A Session:
Click Here

Skype:
Click Here

Skype:
Click Here

Skype:

FEEDBACK!
Business Coach
Feedback:
CLICK HERE

Congratulations - You have completed Step 10.

## Congratulations on completing Step 10!

GO TO NEXT STEP - STEP 11

If for any reason you have any issues accessing the steps or video training in this 21 Step System or any of our other training programs, please contact our support team at mobe.com/support or call 1-844-662-3787.

📺 Meet our members

© Copyright 2016 - MOBE – All Rights Reserved

Contact Support | Reviews | Terms & Conditions | Income Disclosure | Privacy

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

|  |  |
|---|---|
| MATTER NO. | 1723072 |
| TITLE | MOBE |
| DATE | RECORDED:  NOVEMBER 20, 2017<br>TRANSCRIBED:  FEBRUARY 9, 2018 |
| PAGES | 1 THROUGH 47 |

Step 10_2017-11-20_12-05-02

C James
3/28/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**     **FTC-MOBE-001704**

2

1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4     RECORDING:                                    PAGE:

5     MOBE Step 10                                     4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:            )

4        MOBE                         )   Matter No. 1723072

5                                     )

6        ------------------------------)

7                                 November 20, 2017

8

9

10

11            The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25



**PX 22**          **FTC-MOBE-001706**

4

1                    P R O C E E D I N G S

2                 -     -     -     -     -

3              **Step 10_2017-11-20_12-05-02**

4            MATT LLOYD:  So welcome to Step 10.   In this

5       step, things get really exciting because this is where

6       we talk about setting big goals, setting big,

7       ambitious revenue targets and then breaking them down

8       into small, daily action steps.

9            And this is really, really important in your

10      business.  Most people are not anywhere as specific as

11      they need to be with having goals in their business.

12      When I'm out there doing live events with MOBE, I like

13      to ask the audience.  I like to say, what's your

14      annual income goal?  How much would you like to make

15      12 months from now from your business?

16            And often I get answers like, well, I want

17      to make multiple six figures, or $300,000 would be

18      nice, or $500,000 would be nice.  And often I can tell

19      that the people haven't really given a lot of thought

20      to their answer.  And then when I ask them, well, how

21      much is that per month, how much is that per week, or

22      how much is that even per day, most have no clue.

23      They've never worked it out.  So if you don't know

24      exactly what you need to be doing on a daily basis to

25      hit your targets, then it's very unlikely that it's

**PX 22**          **FTC-MOBE-001707**

5



1    going to happen.

2              So in this step, that's what we're going to

3    be talking about.  And, also, just so you know, less

4    than 28 percent of people make it this far.  So if

5    you're still with us, congratulations, you're doing

6    really, really well.  So in this step, here's what

7    we're going to be talking about.  Number one, goal

8    setting.  So setting ambitious goals and then actually

9    hitting those targets.

10              It's all well and fine to have big,

11   ambitious revenue targets, but if you don't have a

12   clear day-by-day plan to actually achieve them, then

13   they don't really matter that much.

14              The importance of thinking big.  Most people

15   think way too small.  Most people, not just in

16   business, but in life, I believe that most people

17   don't even scratch the surface of what they are truly

18   potential of.  And I think that most people who decide

19   that they want to start a business online have no idea

20   as to what they are truly capable of.

21              And I'm also telling you this from

22   experience because if you -- if you had asked me back

23   in late 2008 when I got started in this industry, if

24   you'd asked me what I wanted to actually achieve and

25   what I thought I was capable of, I would have told you

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001708**

6

1    a -- a fairly big number because I was quite

2    ambitious.

3            But if you had told me that by -- by this

4    time, at the time of recording, that we would have

5    generated over $100 million in revenue, there's no way

6    that I would ever have believed you because that would

7    have been so outside my comfort zone that I -- I

8    wouldn't have thought that was possible.

9            The reason why I tell you that is I want you

10   to pick a big, ambitious revenue target for how much

11   you want to make in your first year as a MOBE

12   consultant.  There's no point setting a small target.

13   It's really not that inspiring.  Pick a big, ambitious

14   target, and then you can feel inspired by it and

15   you've got something to really strive towards.

16           And then last of all we're going to talk

17   about true accountability, so how do you build

18   accountability into your business.  Without

19   accountability, the essential things won't get done.

20   And most of us are not that good at holding ourselves

21   accountable, so I'm going to address that in this

22   step.

23           Now, before I get started, I'm going to help

24   to hold you accountable.  Are you reading *Limitless*

25   every single day?  You should have received that book,



**PX 22**            **FTC-MOBE-001709**

7

1    or you should be getting it very soon.  It's

2    definitely in the mail, if it's not already in your

3    hands.  But once you've got that book, I really want

4    to make sure that you're reading it every single day,

5    and if you haven't yet received it in the mail,

6    remember, you can still go and download it and you can

7    be listening to the audio version.  And that was back

8    on Step 2.

9             So make sure you're listening to that for at

10    least 10, 15 minutes a day, bare minimum, and just

11    filling your mind with all of this information because

12    it's just -- it's -- it's going to do nothing but help

13    you reach your targets.

14             All right, so the first thing I want to talk

15    about is let's say you get in a car and someone tells

16    you that they want you to drive somewhere.  What's the

17    answer that you're usually going to come back with?

18    You're going to say, well, where would you like me to

19    drive.  And if they can't answer you, would you feel

20    comfortable just driving around for the next three or

21    four hours?  Probably not.  You want to know exactly

22    where you're going.

23             Yet most people in their life and their

24    business, that's how they approach it.  They don't

25    really know where they're going, they don't have very

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001710**



8

1    clear goals.  They don't know how much they want to

2    generate per year, per month, per week, per day.

3    They've got this vague general idea of, oh, I just

4    want to do really well, or I just want to make enough

5    money to be comfortable.

6          But when you don't have specifics involved,

7    when you don't have specificity involved with your

8    actual targets, then you've got no chance of actually

9    achieving them.  It's like getting in the car and

10   trying to arrive at a destination.  If you haven't

11   been told exactly where that destination is in

12   relation to where you are today, you've got no chance

13   of ever arriving there.  So it's really important that

14   we get crystal-clear about what it is that you want to

15   achieve in the next 12 months.

16         So the first thing that you need to do is

17   you need to set a date.  So after you pick your goal,

18   how much money you'd like to make in the next 12

19   months.  Well, what will the date be exactly 12 months

20   from now.  And I want you to write that down.  I want

21   you to pause this video right now, write down what

22   that date is going to be, and how much you've made in

23   an ideal world, okay?

24         And I want you to put aside any limitations

25   or self-imposed limitations you think you might have,

**PX 22**          FTC-MOBE-001711

9

1    and just -- I want you to imagine for a second that if

2    you can get this business up and running and if it can

3    achieve everything that you want it to achieve, 12

4    months from now, how much money would you have liked

5    to have made.

6            And then what I want you to do is I want you

7    to take that number, divide it by 12, okay, and that's

8    going to give you your monthly target.  Now, that's an

9    average number.  So usually the way your business will

10   grow, it's not going to grow in a perfectly linear

11   fashion, okay, a straight line.  It's going to grow

12   usually in an exponential function.  And what that

13   means is it will start off a little bit slower than

14   you would like, but once it gets some momentum, it

15   will grow much faster.

16           So when you work out that monthly target,

17   understand that that is a linear number, that's an

18   average of what you're going to be achieving for the

19   next 12 months.  It's unlikely that in the very next

20   30 days you're suddenly going to be at that average

21   monthly target, but you're going to work your way up

22   to that over the 12 months.

23           Now, then what I want you to do is I want

24   you to take that annual income target, and I want you

25   to divide it by 365.  Now, here's why we want to do

**PX 22**          **FTC-MOBE-001712**

10

1     that.  That's going to give us our average daily

2     revenue or, in your case, commissions that you need to

3     be generating.  Now, then, I want you to work out,

4     well, how many productive hours a day do I have to

5     spend on my business.

6           Now, only you can answer this, and I'm

7     talking about productive hour days.  And I'm talking

8     about productive hours.  I'm not talking about just

9     sitting in front of your computer and being busy and

10    checking Facebook and going on YouTube and checking

11    email.  I'm talking about productive hours that you

12    can actually put into building the business.

13          So let's say that you've got three

14    productive hours per day.  You're willing to invest

15    three hours a day into going and placing ads and

16    promoting your business.  Well, then, you want to take

17    that daily target, that average number, and divide

18    that by three productive hours.  And that's going to

19    tell you how much on average an hour of your time

20    needs to be worth when you sit down to work on your

21    business.  Okay?

22          And then that will act as a guideline to

23    know whether you should be doing a certain activity or

24    not.  Let's say, for example, that you want to

25    generate, on average, $1,000 a day.  Okay, let's just

**PX 22**          FTC-MOBE-001713

11



1    pretend that's your goal.  And let's say that you've

2    got four productive hours per day to invest into --

3    into your business.  Well, you go $1,000 divided by

4    four hours, and that means that each one of those

5    hours needs to be $250 per hour.

6              So if you're doing $5 or $10-per-hour work,

7    then you want to stop doing that work immediately.

8    Okay?  But without having that dollar-per-hour target

9    of $250, you won't know how to screen whether you

10   should be doing an activity or not.  You won't know

11   whether certain activities are worth your time or not.

12   So that's why that number is really important.

13             In my own day-to-day business operations,

14   when I'm running MOBE, I am very conscious of what

15   activities I'm -- I'm doing, okay?  And I certainly

16   don't waste time on $5-, $10-, even $100-per-hour

17   activities.  I have other people who handle that, and

18   I focus on the much higher dollar-per-hour activities.

19             So Step Number 2 is really what I just said,

20   it's taking that big goal and then breaking it down

21   into a monthly, a daily -- you can also do weekly if

22   you like.  I like to do monthly and daily.  And then

23   decide how many days that you actually want to put

24   into your -- your work week as well.  So do you want

25   to be working five days a week?  Do you want to be

**PX 22**                    **FTC-MOBE-001714**

12



1    working three days per week?  Seven days per week?

2    It's up to you.

3           Personally, I'm more of a seven-day-per-week

4    kind of guy because I don't consider any of this work.

5    I love to do it.  But it's up to you.  A lot of our

6    MOBE consultants, they will work maybe a few days per

7    week, and then they get to enjoy their lifestyle.

8           So Step 3 is that once you work out what

9    these actual daily targets are and the monthly targets

10   are, you need to be reviewing them on a very regular

11   basis because here's what most people do wrong.  Most

12   people, they go to seminars, and the speaker is

13   talking about how you've got to set goals and you've

14   got to write them down.  And they go through all the

15   exercises, but then they get home and they never

16   review their goals.  So what's the point?

17          What you need to do is you need to be

18   constantly reviewing the goal.  And the more that you

19   do this, the better.  So what I actually do is my

20   month, I actually have it broken down as to how much

21   revenue I need to be generating from each division

22   within the company, okay?  But I haven't -- I have an

23   overall number that I'm trying to hit every single

24   month, okay?

25          And then what I do is I put that on a



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001715**

13

1     spreadsheet, I take a photo of it, and then I have

2     that photo saved on my phone, so every time I look at

3     my phone, I'm seeing what my monthly revenue target

4     is.  And I can't help but see it, like at least 20

5     times a day.  So I've got this constant reinforcement

6     of what my goal is 20 times a day, and that keeps me

7     focused.  It keeps me on track.

8          And what I used to do, before I started

9     doing that on my phone, I would actually write down my

10    goals on one of those little sticky notes, and I would

11    put the sticky note on the side of my computer screen

12    so that when I sat down to work every single day at my

13    computer, I would see exactly what I was trying to do.

14    I would see how many front-end sales I needed to get,

15    how many back-end sales that would result in, and I

16    knew exactly what I was aiming for every single day.

17         I'll tell you a quick little story.  When I

18    got started in this industry, one of the first live

19    events I ever went to was in Sydney, Australia, and

20    this was in 2009.  And it was for the top-tier direct

21    sales company that I was involved in at the time.

22    Okay, this is long before MOBE ever got started.

23         And I remember I was at that seminar, and I

24    was sitting next to one of the founders of that

25    company, and he was from America.  They had -- they

**PX 22**            **FTC-MOBE-001716**

14

1   had flown in, and he didn't know who I was.  I

2   certainly wasn't one of the top earners.  I had barely

3   generated my first sale.  So I was a -- what you would

4   call a complete newbie in that company.  I was just

5   getting started.

6          And I was a little bit starstruck being next

7   to the founder, so I got all the pictures and so on.

8   And I noticed that as -- as we're sitting there

9   together, he's -- he's wearing this big, Super Bowl-

10  like ring.  It looks like one of those big diamond

11  rings you see that the Super Bowl guys wear.  So he

12  sees me looking at it, and he tells me about it.

13         And he says that this ring -- this ring is

14  something you get when you sell 100 units of the

15  front-end product in that company.  And the ring, who

16  knows what it would have been worth, probably a few

17  thousand dollars, but to my 21- or 22-year-old eyes,

18  it looked like, wow, that's the -- the ultimate ring,

19  I would love to get that, not because I wanted the

20  ring, but because I wanted what it represented.  I

21  wanted the symbol, the recognition of having got those

22  100 sales.

23         So he said, would you like to try it on.

24  And I said, sure, I'd love to.  So he takes it off; I

25  put it on -- onto this very finger right here; and I

**PX 22**          **FTC-MOBE-001717**