15



1    took a picture of it with my phone.  And what I did

2    for about a year after that, I was walking around with

3    my phone, and that picture was -- was always on my

4    phone.  So I would constantly see my target of this

5    ring.  And it just really kept me focused, it really

6    did.

7              When I -- when I would find myself getting

8    distracted in the business or things weren't really

9    going my way or I had a little challenge, I would

10   always look back at that ring and it would keep me on

11   track to what my goal actually was.  So that's just a

12   little story to demonstrate why you want to have these

13   just constant reinforcements of what is your goal, and

14   you want to be looking at it all throughout the day.

15             So in this section, I want to encourage you

16   to think much bigger than you've ever thought before.

17   So whatever number you wrote down for your 12-month

18   target, I want you to go back and look at that number

19   and really just challenge yourself, can you do better,

20   can you see yourself doing even better than that.

21             So, for example, let's say that your goal

22   was to make $250,000 in the next 12 months, and maybe

23   you think that that's already thinking big.  Maybe

24   you've never generated more than, say, $100,000 per

25   year.  So $250,000 in relation to the $100,000, it



16



1    seems like a really, really big, ambitious target.

2    But instead of comparing that big number with what you

3    are used to or the best that you've ever achieved in

4    your life, I want you to start comparing yourself to

5    people who played at an even bigger level.

6            One thing that I found really useful and I

7    continue to find really useful is when I was starting

8    out with my online business, around the same time I

9    started to get really into reading autobiographies,

10   and I would read these -- these autobiographies by

11   billionaires and famous entrepreneurs, and I would

12   learn all about how they built their companies and

13   where they started, all of the little challenges they



14   had along the way, and where they are today.

15           So I would read about people like Warren

16   Buffett, Bill Gates, the late Kerry Packer in

17   Australia, a multi-billionaire, and I would just learn

18   about how their thought process, their level of

19   thinking, was so much higher than the regular

20   population.  And I thought to myself, you know what,

21   if they can do it, at some point in their life, they

22   were where I was.  They were starting out, they were

23   new in business, they'd never done this before.  They

24   had these big dreams.  If they can do it, then maybe

25   it's possible that I can do it.



1          So I started to compare my dreams and my --

2      my revenue targets to what they were actually

3      thinking.  And I found that they're thinking at a

4      billionaire level, or at least a multi-millionaire

5      level in the beginning.  And I started to push myself

6      to think at that level as well.  So instead of aiming

7      for, say, $200- or $300,000 per year, I started to

8      think, well, what if I was to push myself and aim for

9      $500,000 per year.  What if I was to push myself and

10     aim for, say, $1,000,000 per year?  And I just found

11     that goal much more inspiring.  So I want you to do

12     the exact same thing.

13          Now, here's the one thing that I can assure

14     you.  If you pick this big, ambitious target and then

15     you don't change what you're currently doing, you

16     don't change your thinking patterns, it's not going to

17     happen by itself.  One of my favorite quotes is by

18     Albert Einstein, and he says, "The definition of

19     insanity is doing the same thing over and over and

20     expecting a different result" or a different outcome.

21     And most people, that's how they're operating.

22          Most people, when they pick these big,

23     ambitious revenue targets of, say -- let's say they

24     pick $250,000 per year, they get excited about that,

25     but then they keep on doing the exact same thing every

PX 22                    FTC-MOBE-001720



18

```
1     day.  They keep thinking with the same self-limiting
2     thoughts.  They keep telling themself, oh, I can't do
3     it because of this or because of that.  I don't have
4     the time; I don't have the money.  Here -- here's my
5     situation.  So unless you change your thinking, you're
6     not going to change the outcome.
7            When I was building MOBE, it's funny,
8     because every single year of our rapid growth in the
9     beginning, and even today we're still rapidly growing,
10    but every single year, my thinking had to change.  And
11    I found that when my thinking didn't change we would
12    hit a revenue ceiling.  So, for example, my first few
13    years in this industry learning about -- about
14    internet marketing, my thinking was yielding me a
15    result that really wasn't that much at all, okay,
16    because I had very limited thinking.
17           But about two years into this industry, in
18    my very young twenties, I started to think
19    differently.  I just had a big mental shift.  And in
20    2011, I came close to doing $100,000 total that year.
21    But in 2012, I went to over a million dollars in
22    revenue.  And the funny thing is, all throughout the
23    years, I would hit these monthly ceilings where I
24    couldn't get over that monthly amount.
25           So, for example, in the start of 2012, I
```



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001721**

19

1    couldn't get over $100,000 in revenue per month.  I

2    would try, but no matter what, I always seemed to fall

3    short.  So I thought to myself, well, there's

4    something that I'm doing right now that is keeping me

5    at the current level.  I need to make a shift

6    somewhere in my thinking.

7         So for example, at the start of 2012, my --

8    my limiting thought process was that I have to be

9    doing all of the sales.  I have to be doing all of the

10   phone sales.  And because of that, I was working

11   incredibly long hours.  I was making a lot of money,

12   but the big constraint was my thinking that I had to

13   do all the sales.  And the problem was there's only

14   one of me, and I only had so much time in a day.

15        So around March, my thinking changed and I

16   realized, no, I don't have to do all the sales, I can

17   actually build a phone sales team and find people even

18   better than me at it, and they'll do it, I'll pay them

19   a commission, now I've freed up all my time.  And I

20   can focus back on the marketing.  And as soon as I did

21   that, that's how we were able to get to over $100,000

22   per month.

23        And, again, every single time we got to that

24   revenue ceiling, I had to change some way of thinking,

25   okay?  And it -- it just never stops.  So you really



**PX 22**          **FTC-MOBE-001722**

20



1    need to look at what are your thought processes, what

2    are your thought patterns that are holding you where

3    you are right now, and what do you need to do to make

4    those adjustments.

5            So what we're going to look at now is a few

6    different scenarios of how you might get to that

7    target.  Let's say that you still want to get to that

8    $100,000, and let's say that you are positioned, you

9    are certified at the Gold Masterclass level.  In other

10   words, you're a MOBE consultant, you are Gold-

11   certified.  You've gone through the 21 steps, you've

12   got the Silver Masterclass at Step 6, you took

13   advantage of the offer at Step 7 where you also got

14   the Gold Masterclass included, and you go and start

15   marketing the business.  You go and start generating

16   leads, which you do from just placing ads, getting

17   traffic.

18           And let's say that we sell 80 Silver

19   Masterclass units for you.  Well, you're making $1,250

20   on every sale.  Multiply that by 80 and you're at

21   $100,000 in commissions.  Now, let's just assume for a

22   second here that you are also Titanium-certified.  And

23   let's have a look at some more numbers.  What I'm

24   going to do here is instead of getting 80 Silver

25   Masterclass sales, let's assume that you only were to

**PX 22**                          **FTC-MOBE-001723**

21



1    get 70, okay?  So from Silver, you would make $87,500.

2    I'm leaving out the Gold commissions here because I'm

3    assuming that in all of those 70 people who got

4    Silver, they also got the Gold Masterclass as part of

5    that unique special offer that we have on Step 7.

6          Okay, now, out of those 70 people, let's

7    assume that 20 of them were to go forwards and get the

8    Titanium Mastermind.  Now, the Titanium Mastermind,

9    you're making $3,300 on every single sale, and MOBE is

10   selling that for you.  Our sales teams, our sales

11   process is taking care of all of that for you.  This

12   is not any extra additional work on your part.  So 20

13   units, 20 times $3,300, that's an extra $66,000 for no



14   additional effort on your part.  Total commissions

15   would now be $153,500.  Okay, so it makes an enormous

16   difference.

17          But let's assume for a second here that you

18   were Platinum-certified, and you're marketing the

19   business, and let's be more conservative on the front

20   end.  Let's assume that you only had 60 Silver

21   Masterclass sales, so from those, you would have made

22   $75,000.  And let's assume that one out of four those

23   got the Titanium Mastermind, which is $3,300, so

24   that's an extra $49,500.

25          And let's assume that roughly half of those

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001724**

22



1    Titanium Mastermind clients decided to get the

2    Platinum Mastermind.  Well, that's seven units.  Seven

3    times $5,500 is $38,500.  So now our total would

4    actually be at $163,000.  A lot more money.  Again, no

5    additional effort because all these back-end sales are

6    being done for you by MOBE.  That's part of what we do

7    with the MOBE Marketing System.

8            And here's another scenario.  Let's pretend

9    for a second that you were only to get 50 Silver

10   Masterclass sales; however, you were Diamond-

11   certified.  So, in other words, on the back end, you

12   also had the Diamond Mastermind commissions.  So from

13   those 50 Silver Masterclass sales, assuming that they

14   all took advantage of the offer and got Gold

15   Masterclass included, you would make $62,500.

16           Now, let's assume that roughly one out of

17   four of those people were to get the Titanium

18   Mastermind, so that's 13 units.  That's an additional

19   13 times $3,300, the Titanium commission.  So that's

20   an additional $42,900.

21           Let's assume that you had about five

22   Platinum Mastermind sales from that.  That's an

23   additional $27,500.  And then let's assume that out of

24   those five Platinum Mastermind sales, two of them also

25   got the Diamond Mastermind, which is a $10,000





23

1    commission.  So now your business has done $152,900

2    with really less effort on the front end.  You've got

3    less Silver Masterclass sales.

4         So another way of looking at it is this.

5    Let's say that your goal is to sell over $100,000 per

6    year.  In fact, your goal was to do even better than

7    that.  And let's say that you're confident that once

8    you start marketing and you start learning how to

9    drive traffic, which, again, we're going to show you

10   after the 21 steps, that you can get at least 100

11   Silver Masterclass sales.

12        So you go and start promoting the business,

13   and in a year, you're able to get 100 sales.  That

14   means that, on average, you're doing about two units

15   per week, and then you got two weeks left over of the

16   year when you can go on holiday and -- and do whatever

17   you want to do.  So that's 100 units.  Now, you're

18   making $1,250 on each Silver Masterclass.

19        Now, the reason why I've got Silver and Gold

20   is because the people who are getting the Silver

21   Masterclass, I'm assuming they're also taking

22   advantage of the Gold Masterclass offer because they

23   took action within five days, so they're getting that

24   included, which, again, you would have seen on Step 7.

25        So they made $125,000 just from selling



**PX 22**     **FTC-MOBE-001726**

24

1    those programs, Silver and Gold together.  In addition

2    to that, the back-end sales process then comes into

3    play.  And I'm assuming here that one out of five, on

4    average, of those Silver Masterclass members and Gold

5    Masterclass members decide to upgrade and invest in

6    themselves and get the Titanium Mastermind.  So,

7    therefore, we have 20 units.

8           Now, each time you make a Titanium

9    Mastermind sale, you're making $3,300 for the

10   commission.  Again, that's us selling it for you.

11   You're not having to get involved in the sales

12   process.  If you choose to, then you can actually make

13   an even bigger commission if you want to handle all

14   the phone sales and do all of that.

15          Talk to your coach about that option if --

16   if that is something you want to do.  But 20 units

17   times $3,300 equals $66,000.  So that's no extra work.

18   And I want you to just really note the significance of

19   this.  Without Titanium, you made $125,000 in this

20   scenario.  With Titanium, you made an extra $66,000.

21   So that's like an additional increase of 50 percent

22   without any additional work.  Okay, you didn't have to

23   do anything extra to get that money.  That's just

24   back-end profits.

25          From there, let's say that those 20 Titanium

**PX 22**                    **FTC-MOBE-001727**

25



1       Mastermind members decide to invest in the Platinum

2       Mastermind program.  They decide that they want to

3       learn all about investing the cash flow of their

4       business into various asset classes like real estate,

5       the stock market, precious metals.  They want to work

6       on their wealth prosperity mind set, those kind of

7       things, so they invest in the Platinum Mastermind

8       program, and ten of them do that.

9           Well, Platinum, you're making $5,500 on each

10      unit.  You have ten units in this scenario.  That's an

11      additional $55,000 in commissions.  So now instead of

12      making $125,000 just from Silver and Gold, now you've

13      actually made a total of $246,000.  That's almost a

14      quarter-million dollars.  So our results are now

15      almost -- they've almost literally doubled, okay, just

16      from those back-end sales of Titanium and Platinum.

17      But it gets even better.

18          Let's say that out of those ten Platinum

19      Mastermind sales that you had, let's say that just

20      three of those people -- just three -- decide to go

21      ahead and get the Diamond Mastermind program.  They

22      decide that they want to learn everything about exit

23      strategy, about building your own information

24      marketing business, branding themselves, all of that

25      kind of training.  They're -- they're ready for the



**PX 22**          **FTC-MOBE-001728**

26



1    Diamond level, and they decide to invest in that

2    program.

3          Now, keep in mind, it might not be straight

4    away.  Perhaps they take three months to make that

5    decision as to going through our marketing process,

6    attending our live events, talking to one of our sales

7    reps, and so on.  But let's say that in the long term,

8    three of those Platinum Mastermind members go to

9    Diamond.  Well, on each Diamond Mastermind sale,

10   you've made $10,000 in this scenario.  So from three

11   units, that's an additional $30,000.  Again, no extra

12   work.

13         So now our total is $276,000.  $276,000.

14   Now we really are at over one-quarter of a million

15   dollars.  Most of that money in this scenario was made

16   on the back end, as it is in any business, but

17   especially as a MOBE consultant.  So I hope you can

18   just really see the power in having these back-end

19   commissions and also in you not having to do the extra

20   work to make them.

21         That's the beauty of MOBE.  That's why we've

22   paid out over $67 million in commissions.  Most of

23   that money has actually come from Titanium, Platinum,

24   Diamond, and other additional back-end training

25   programs, but mostly from these ones.  So that's the



1    power of having high-ticket commissions on the back

2    end.

3              Now, regarding setting really ambitious

4    targets, it's okay if you don't know how you're going

5    to hit that target.  Okay, it really is okay.  There

6    was a time when -- when I was really scaling MOBE in

7    those first few years when I hadn't yet passed $10

8    million per year in annual revenue.  And I used to

9    look at figures like that and I used to think, wow,

10   that -- that looks like a mountain in front of me.

11   That looks like it's near impossible to get over.  How

12   am I going to ever achieve that target?

13             And what I would do, though, is that around

14   December, leading up to the -- to the new year, I

15   would start to think about, well, if I took away all

16   limitations, what would I like to accomplish?  And I

17   would really push myself to dream on a big level.  If

18   I wanted to hit, like, $5 million in annual revenue, I

19   would think, you know what, what if I was to aim for

20   $10?  Or what if I was to aim for $15?

21             And then I would think to myself, well,

22   hypothetically, if I was to do that, well, then, what

23   kind of plan would I need to put in place?  What kind

24   of marketing strategy would I need to put in place?

25   How many front-end units would I need to sell every



28

1    day to actually hit those numbers?  And I would start

2    to visualize myself actually being able to do that.

3            So my point is it's okay if you don't know

4    all the little specifics of how you're going to hit

5    this target.  The most important thing is you be extra

6    ambitious in picking that target so you've got

7    something that really excites you and you feel good

8    waking up every morning, sitting in front of your

9    computer, that you're working towards this really big

10   target, and when you achieve it, how amazing you're

11   going to feel.  You're able to think about that.

12           Now, once you get through these 21 steps and

13   you begin your traffic training, that's when we're

14   going to show you how to start getting clicks to your

15   links, and then also how to start generating leads.

16   So once you've worked out what your annual revenue

17   targets are, we then work backwards, and we're able to

18   work out how many leads do you need to be getting and

19   how many clicks do you need to be getting to get those

20   leads.  Okay?  So all of that will be covered, and

21   then that way you know exactly how many ads you need

22   to go and place every day, where you need to place

23   those ads, what your marketing budget needs to be, and

24   you have clarity on what you need to do.

25           Now, somewhere below this video, you're also

**PX 22**                    **FTC-MOBE-001731**

29



1    going to find a goal worksheet.  I want you to go

2    ahead and fill that out.  It's going to ask you a few

3    questions.  So, for example, it's going to ask you how

4    many hours you can put into your business, what are

5    your annual, monthly, daily targets, why are those

6    goals so important to you.  So you will find that

7    below the video.  I want you to actually fill that out

8    and send the answers to your coach, and we'll actually

9    have the answers automatically sent on to your coach

10   as well, and then you can talk about that on your next

11   coaching call.

12          So what I'm going to do for you now is I'm

13   going to play a short video.  This video was recorded

14   way back in 2015.  So it's an older video.  I'm going

15   to show you a short little segment of it, and in this

16   video, I was actually recording some training on how I

17   set big goals for myself, and then how I'm able to

18   stay very focused on achieving those goals by having

19   them in front of me and having that constant

20   reinforcement.  So take a few minutes, watch this

21   video, and then I'll be right back.

22                **(MOBE video shown as follows.)**

23          MATT LLOYD:  I want to show you something

24   that I believe is the secret behind consecutive record

25   months.  Okay, just move the camera over here, have a



**PX 22**          **FTC-MOBE-001732**

30

1    look at this.  You see this big TV?  I had this put in

2    because this is actually how I stay on track.  Let me

3    -- let me actually just walk over here, and I'm going

4    to show you what this is.

5              So this TV, this is connected to this little

6    laptop here.  Okay, this is where I work every single

7    day.  This little laptop is connected to here.  And

8    what this is, this is my dashboard.  Let me walk over

9    here.  This is my dashboard.  So this is where all of

10   our key metrics for the -- for the company are.

11             And probably about 30 to 50 times a day, I'm

12   looking at this.  Okay, this is the main tab on my

13   dashboard.  Let me just give you an overview, okay?

14   So, again, this is the numbers of my business, okay,

15   related to sales and our key metrics, okay?  Every

16   business has key metrics.  You need to know what your

17   key metrics are, and most importantly you need to be

18   measuring them.  Most people aren't measuring them.

19   If you don't measure something, you can't improve it,

20   okay?

21             So over here we have revenue.  Okay, this is

22   our revenue tab.  And this is where I spend most of my

23   time.  This is another revenue tab measured slightly

24   differently, the same thing.  This measures our

25   traffic sales.  This is all about our affiliate

**PX 22**                    **FTC-MOBE-001733**



1  department, so for example, leads coming from the

2  affiliates.  Ratios, okay, so in any business, you

3  have your -- your funnels, where you have your front-

4  end, your back-end products.  And with MOBE, as you

5  probably know, we have a whole suite of products,

6  okay?  So between each product, you have your upsell

7  rates or what we call our ascension percentages, and

8  those are very important metrics, so I measure that.

9         Even our phone reps, okay, I'm measuring

10  each phone rep, their individual sales and seeing

11  who's the strongest, who do we allocate the most leads

12  to.  I'm watching all of that.

13         But, by far, this is the one that I spend

14  the most time on, okay?  Now, this is quite easy for

15  you to duplicate in your own business.  Let me explain

16  how it works.  This measures cash collected from the

17  start of every single month.  So right now, we're in

18  May, okay, we're about 13 days into May.  And what --

19  what really drives me is having -- having record

20  months, okay?  So if I set a record month, in terms of

21  cash collected, the very next month, my goal becomes

22  about beating that.  Okay, that becomes the new

23  baseline, the previous record month.

24         So I'm always measuring myself against that,

25  and I'm always focused on that.  That's why we

32



1       continue to grow.  So what I can do here -- just zoom

2       in here -- this -- this -- I can actually input any

3       date I like.  So right now, it's 2012, to the 31st of

4       May, 2015.  So what this does is it tells me how much

5       cash a week collected in that period, and then it also

6       tells me year to date, how much cash have we collected

7       from January 1st, 2015, until today.  So I can see

8       exactly where we are as far as today's revenue, okay?

9       So, again, that's 2014, 2015.

10              Now, this, this is the most important thing.

11      This is the thing that I'm watching 30, 50 times a

12      day.  So this shows me cash collected from the 1st of

13      this month, okay, down to the last dollar.  So I'm



14      watching that every single day.  I'm watching that go

15      up every single day.  This is the key metric.  This is

16      what I watch.  You see that arrow?  When that's green,

17      I'm happy, okay, because that means that we're on

18      track to have a record month.

19              Our previous record month wasn't actually

20      last month.  It was the month before that, so it was

21      March.  March was our very best month.  So what this

22      does is let's say today we're on the 13th day of the

23      month, okay?  This actually works out how much cash

24      have we collected from this month, and it extrapolates

25      it out to the end of the month, okay?  So the end of

33



1    the month would be the -- the end of May.  So this

2    number here divided by 13 days so far, multiplied by

3    30 days or 31 days, gives what we are projected to do

4    by the end of the month.

5         Now, if we -- if our sales go down for the

6    next 17 days, then we're not going to reach this

7    target.  But as long as we keep our current rate of

8    sales going, this is where we will finish.  And then

9    it takes this number and it compares it to our

10   previous best record month, which in this case is

11   March.  And it tells me are you above that or are you

12   below it.

13        Right now, we are 23.9 percent above our

14   previous best record month ever, okay, in the history

15   of the company.  So I'm very happy.  I love seeing

16   that.  You know, growing from -- from one month to the

17   next, growing by 23.9 percent, that's -- that's

18   enormous.  Okay, if you -- if you add that all up over

19   a year, it's going to compound upon itself, and the

20   yearly annual growth would be enormous, okay?  So if

21   we can -- if we can grow month by month, by almost 24

22   percent, I'm extremely happy.

23        Now, sometimes, the month will get off to a

24   very slow start.  And this number here, projected,

25   will be below our previous record month.  And this



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001736**

34



1    will actually show me, it might say something like you

2    are negative 10 percent, you're on track to do 10

3    percent less than your previous record month.  And

4    that would be a red arrow pointing down.  So, again,

5    as long as this is green, I'm happy.

6                    **(MOBE video concludes.)**

7                MATT LLOYD:  So I hope you enjoyed that, and

8    I just want to make it very clear.  You don't need to

9    go and buy a big, flat-screen TV.  You don't need to

10   have that fancy dashboard software or anything as

11   complicated as that.  All you need to do is know what

12   is your yearly, monthly, daily target.  And then if

13   you want, you can also work out how many front-end



14   units, so for example, how many Silver Masterclass

15   sales do you need to be selling every single week to

16   hit your calls.

17                And if you don't know the exact answers to

18   that, talk to your coach about it.  That's exactly

19   what your coach is here for, okay?  So they will help

20   you work out what those numbers are.  The important

21   point I wanted to make is just you need to be

22   reviewing those goals on a daily basis.  Okay, the

23   more times per day, the better.

24                Now, I use this in other areas of my life,

25   too.  There was a time in 2012 and also in 2013 when I

**PX 22**                    **FTC-MOBE-001737**

35



```
 1    first started doing live events in MOBE, and at the
 2    time I was living in Australia.  And most of my live
 3    events were happening in America because that's where
 4    a lot of our customers were.  So I would be flying
 5    across to the other side of the -- the planet, and I
 6    would be staying there for a few weeks, doing my live
 7    events, visiting our -- our top MOBE consultants over
 8    there, and just masterminding with them.
 9             And my living habits, my eating habits,
10    weren't exactly conducive to staying fit and healthy.
11    So that's a delicate way of saying I put on quite a
12    bit of weight, more than I would have liked.  And I
13    realized that I needed to do something about this.  I
14    knew that I was going to be traveling around the world
15    a lot.  I was going to be doing a lot of live events
16    in the future, so I thought I need to really start
17    taking care of my health.
18             So the first thing I did is I realized,
19    well, I need to identify where I am now, and I need to
20    identify where I want to be and start reviewing the
21    numbers so I could track either the improvement or I
22    could also see if I was on a downward spiral and going
23    in the opposite direction.  So I started weighing
24    myself every single day.  Okay, I would actually get
25    on the scales, I would see in kilograms how much I
```

**PX 22**          **FTC-MOBE-001738**

36



```
1    weighed, and then I would write it down on my phone.

2    So I would write the date and then I would write how

3    many kilograms I weighed.

4            So, for example, I can tell you at the

5    current time of filming, I weigh somewhere around 79.4

6    kilograms, okay?  So I know exactly what I weigh

7    because I'm reviewing it every single day.  So I

8    started doing this, and what happens when you're

9    reviewing your goals and you're looking at the numbers

10   every single day, the awareness starts to be there in

11   your unconscious mind so that when you're making

12   decisions throughout the day, you are making the right

13   decisions.  So let me explain that.

14           At one point, I was weighing in the high 80

15   kilograms, so I was somewhere around 89 kilograms.

16   And I had got myself in that situation, which really

17   isn't that bad, but to me I just wanted to be fit and

18   healthy, more for the business, but I'd got myself in

19   that situation because I kept making the wrong

20   decisions.  Okay, I kept eating bad food, chocolate,

21   ice cream at the wrong time of the day, like late in

22   the night.  And I stopped exercising on a regular

23   basis.  So all throughout the day I was making the

24   wrong conscious decisions.

25           But now that I was aware of my weight,
```

37



1    because I had weighed myself the night before, I

2    started to have that awareness alter my decisions.

3    So, for example, if I was offered dessert, I would now

4    be aware of my weight the previous night, and I would

5    say, you know what, I'm going to pass.  So it's -- I

6    would start to make the right decisions.  When I would

7    not feel like exercising, when I would not feel like

8    going for a run, my awareness of where I was in weight

9    would influence that decision, and I would think, you

10   know what, no, I actually need to go for a run today,

11   okay, I -- I can't take the easy way out, I need to do

12   the things that I need to do if I want to see an

13   improvement.

14           And what I found is that over time I started

15   to actually watch this trend, and it started to go

16   down.  Now, sometimes, it still goes up.  When I go on

17   the road, it tends to go up for a while, but because

18   I'm checking it every day, it stays at a level that

19   I'm comfortable with.

20           This transfers to all areas of your life,

21   including money, especially with money.  So that's why

22   I just -- I keep on saying it, and I know I sound

23   redundant when I -- I keep on repeating myself, but

24   you've got to be tracking this stuff every single day.

25   Peter Drucker puts it like this, "What gets measured

**PX 22**                 **FTC-MOBE-001740**

38



1    gets managed."  If you're not measuring, you're not
2    going to manage the result, okay, you're not going to
3    improve it.
4            Now, there's a great quote by Bill Gates I
5    want to read out to you.  He says, "Most people
6    overestimate what they can do in one year and
7    underestimate what they can do in ten years."
8    Basically, what he's saying is that most people
9    overestimate what they can do in the short term.  They
10   pick these big, ambitious revenue targets like I want
11   to make $50,000 in the next 30 days.  And then when
12   they don't hit that target, they feel disappointed,
13   and they lose hope, they lose momentum, and they start
14   to believe that they can't do it.
15           And my advice to you and the same advice
16   that Bill Gates is saying is that you've got to
17   realize that in the short term, it's okay to be a
18   little bit more conservative, but in the long term,
19   you should be ambitious because if you add up all the
20   daily consistent action steps that you take, one year
21   from now, that's a lot of action, okay, that's a lot
22   of action steps that you've been taking every single
23   day.  Most people, their -- their time horizon for
24   achieving goals is way too short.  It's way too short.
25           So instead of thinking where do you want to



39

1    be just in 30 days from now, I want you to be thinking

2    where do you want to be one year from now, two years

3    from now, even five years from now. How much money

4    would you have liked to have made five years from

5    today with your online business to be truly happy?

6    Would it be a million dollars? Would it be $2

7    million? What would that number be for you? That's

8    how far I want you to be thinking out, five years from

9    today.

10          And then the more important question is what

11   are you willing to invest to make that a reality. So

12   if you really do want to, say, hit $2 million five

13   years from now, what are you prepared to invest --

14   time, money, emotionally -- into a business to make

15   that a reality? Because if you're not willing to

16   invest anything, then you already know this. It's not

17   going to become a reality. These things don't just

18   happen by themselves. So what are you willing to

19   invest into the business to get this outcome and to

20   truly transform your life? Only you can answer that,

21   but I want you to talk about these kind of things with

22   your coach.

23          So let's talk for a second about keeping

24   yourself accountable, and the truth is that most of us

25   struggle to hold ourselves accountable. In fact, this

**PX 22**                    **FTC-MOBE-001742**

40



1   is one of the big reasons why a lot of people struggle
2   in business.  A lot of people, they come from an
3   employee background where they've always worked for
4   someone else.  And when -- when you work for someone
5   else, you have a -- a preset time that you have to
6   show up, preset time for morning break, for lunch, for
7   afternoon break, and when you go home.
8           You have a boss; you have someone who
9   delegates work to you; you know what you are meant to
10  be doing, or hopefully you do; and there's structure
11  to your whole organization, your whole day.  Well,
12  when you start a business, it's nothing like that
13  because now you have complete freedom.  And that can
14  be a blessing.  For most entrepreneurs, that's --
15  that's the first thing they see, they see the blessing
16  of being free, but it can also be a curse because many
17  entrepreneurs, many people, when they're left to their
18  own accord, they are not very good at keeping
19  themselves accountable.  They're not very good at
20  having discipline.  So, for example, when that alarm
21  clock goes off in the morning, they're not very good
22  at -- at getting up on time to start the business.  Or
23  when their favorite TV show is on, they're not very
24  good at having the discipline to say, no, I've got to
25  work on the business.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001743**



41



1           So how do you keep yourself accountable?  So

2    I'll tell you a few different ways that I do it

3    myself.  Number one, what I like to do is I like to

4    leverage my audience to help keep me accountable, so

5    I'm talking about my prospects, my clients, even my

6    consultants like you.  So, for example, I will

7    announce what I would like to achieve with MOBE.  I

8    will announce that I'm launching a new product.  I

9    will announce that I am launching a new contest for

10   our consultants where they can win a lot of money.

11          And then, because I've announced it and a

12   lot of people have now seen what my intention is, now

13   I have to live up to it, because if I don't, I'm not

14   going to look good, okay?  So I'm going to look bad.

15   I'm going to look like someone who doesn't follow

16   through.  So that's one way that I hold myself

17   accountable.

18          Now, you might say, well, Matt, that's great

19   for you, you've got clients.  What if I'm just getting

20   started.  What you can still do is you can still use

21   people who are in your life who you enjoy sharing

22   these kind of things with, and you can announce to

23   them your goals.  So, for example, some of our

24   consultants, once they decide what their annual

25   revenue target is, they will tell their friends, the



**PX 22**                    **FTC-MOBE-001744**

42



1    ones who support their dreams as an entrepreneur, they

2    will share with them what their goals are, and that

3    helps to keep them accountable.

4         But at the end of the day, I will say this.

5    The only person who can really keep you accountable is

6    you, okay?  So you have to develop, even if you don't

7    have it right now, you have to develop self-discipline

8    over time, because no one's every going to do this for

9    you.  Okay, at the end of the day, it's all going to

10   come down to are you willing to take the action steps.

11        But what I find is when you're reviewing

12   your goals every single day, that helps to keep you

13   accountable because you're constantly filling your

14   mind with what you want to achieve and, therefore, it

15   keeps you focused, and you make the right decisions.

16   You decide to focus on building the business, rather

17   than going and doing that other thing that might offer

18   some short-term gratification, but long-term isn't

19   going to get you where you want to go.

20        And the other person who can help to keep

21   you accountable is your coach.  Tell your coach what

22   you would like to achieve with this business.  They

23   will help to keep you accountable, and so will the

24   next coaches that you work with in MOBE.

25        Also, the MOBE consultant community.  After



**PX 22**          **FTC-MOBE-001745**

43

 1    you get to the end of these 21 steps, you're going to

 2    be invited to join a private Facebook group with all

 3    of our other MOBE consultants in, and there's

 4    literally thousands of them from all around the world

 5    in this group.  What I encourage you to do is when you

 6    get in that group, share your goals with them.  Tell

 7    them -- tell all of them -- here's what I would like

 8    to achieve with my business in MOBE.  And you will

 9    find that they're all on the same path as you, so they

10    will be very supportive of where you're looking to go

11    with the business.

12         So here's the action steps for today.  What

13    I would like you to do is to write down what are your

14    ambitious financial targets.  How much would you like

15    to have generated as a MOBE consultant in the next 12

16    months, in the next six months, the next three months,

17    even the next month.  And also I want you to think

18    ahead.  I want you to think how much would you have

19    liked to have made five years from today?  What number

20    would make you happy and why?  Why is that important

21    to you?

22         Now, the other thing that I want you to do,

23    and you might need the help of your coach to do this,

24    whatever those goals are, I want you to break it down

25    to what you need to be doing on a daily basis.  So,

**PX 22**                    **FTC-MOBE-001746**

44



1    for example, how many Silver Masterclass sales do you

2    need to be making on a daily basis to hit that annual

3    commissions level?

4         And for the top earner extra training, I'm

5    going to advise that you definitely do this.  Here's

6    what I want you to do.  This will be one of the most

7    valuable exercises that you ever could do, so I really

8    hope you actually take the time.  I want you to spend

9    maybe 30 minutes, an hour, and I want you to write two

10   or three pages about what your life would be like if

11   you had reached that annual commissions level 12

12   months from now.  So if you had generated all of this

13   money that you're looking to make, well, what kind of



14   impact would that have on your life?

15        And don't just say, well, I'd be able to pay

16   off my debts and I'd be happy.  I want you to go way

17   deeper than that.  Okay, I want you to actually write

18   out what a typical day would look like one year from

19   now if you had got that result.  So what time would

20   you wake up, how would you feel, what kind of things

21   would you do?  Would you be on holidays?  Would you be

22   helping out family with what they need?  What would

23   you actually do, and how would that make you feel?

24        The reason why we do this, this is called

25   future pacing.  And it's basically you imagining

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001747**

yourself in your future situation that you've created with your business. And what this does is it gives you something to work towards where there's an emotion or emotions attached to it. So if you're only saying to yourself that I want to generate, say, $300,000 12 months from now, there's not a lot of emotion around that number, $300,000.

But if you actually take the time to write out and to visualize exactly how that's going to change your life, like what an actual typical day would look like if you've got that result and you imagine yourself in that future scenario and how good that's going to make you feel, now that $300,000 number becomes something that has emotions attached to it and it's far more powerful. Okay, so, again, I really encourage you to do this. You don't have to if you don't want. You can just go on to the next step, but if you do this, your chances of actually taking action and doing well in this business will be so much higher.

So coming up in the next step, I'm going to show you how you can become a product of the product and possibly be featured on MOBE.com as one of our success stories. So keep up the momentum, you're getting through this training program. I can't wait

46

1  to see you graduate and get through all 21 steps, and

2  I'll see you in the next step.

3          Go ahead and also contact your coach.  Let

4  them know what you thought of this step, and share

5  with them your annual revenue goals as well.

6          **(The recording was concluded.)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-001749**

47

1          <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12          I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20                              *Sara J. Vance*

21    DATE:   2/12/2018    _____

22                              SARA J. VANCE, CERT

23

24

25

**PX 22**          **FTC-MOBE-001750**

# Exhibit CC

FTC-MOBE-001751

# OFFICIAL TRANSCRIPT PROCEEDING

# FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE             MOBE

DATE              RECORDED:  DECEMBER 4, 2017
                  TRANSCRIBED:  JANUARY 29, 2018
                  REVISED:  FEBRUARY 22, 2018

PAGES             1 THROUGH 8

### VIDEO CALL WITH MARLON
2nd Call Marlon

*Carol Jones*
*Redacted*
3/5/2018

## For The Record, Inc.
(301) 870-8025 – www.ftrinc.net – (800) 921-5555

**PX 22**        **FTC-MOBE-001752**

2

```
 1                    FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4      RECORDING:                              PAGE:

 5      Video Call with Marlon                    4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**                    FTC-MOBE-001753

3

```
1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       MOBE                           )   Matter No. 1723072

5                                      )

6       -----------------------------)

7                                      Date Unknown

8

9

10

11            The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25
```

PX 22                         FTC-MOBE-001754

4

<div align="center">

P R O C E E D I N G S

-    -    -    -    -

2nd Call Marlon

(Background voices inaudible.)

(Connection chimes.)

</div>

1
2
3
4
5
6    MS. JONES:  Hello, Marlon.
7    COACH MARLON:  Hello, [REDACTED]?
8    MS. JONES:  Yes.
9    COACH MARLON:  How you doing?
10    MS. JONES:  I'm doing fine.  How are you?
11    COACH MARLON:  Good.  Is everything okay?  I
12    haven't heard from you in two weeks.
13    MS. JONES:  Yeah, there -- we -- I've had a
14    lot of family issues lately.
15    COACH MARLON:  Mm-hmm.
16    MS. JONES:  So I was kind of off the grid.
17    COACH MARLON:  So -- so are you ready to
18    move forward?
19    MS. JONES:  I am.
20    COACH MARLON:  Okay.  So did you get started
21    on 10 -- 10X audio book?
22    MS. JONES:  I did.
23    COACH MARLON:  Okay.  What chapter are you
24    on?
25    MS. JONES:  I'm on Chapter 5.

<div align="center">

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**

</div>

5

1           COACH MARLON:  Okay, okay.  So you should be

2    doing a few chapters per day, you don't want to get

3    behind there.

4           MS. JONES:  Right.

5           COACH MARLON:  Okay?  So keep going through

6    that.  You like it so far?

7           MS. JONES:  I do.

8           COACH MARLON:  Okay.  So what did you get

9    from the last JT DeBolt call you listened to?

10          MS. JONES:  Oh, my gosh, it was so -- it was

11    a couple weeks ago.

12          COACH MARLON:  So you need to -- you need to

13    listen to one today.

14          MS. JONES:  Yes.

15          COACH MARLON:  You got a lot of catching up

16    to do, so maybe listen to a couple.  You know how to

17    access those, right?

18          MS. JONES:  Yes, I do.

19          COACH MARLON:  Okay.  So what did you get

20    from Step 10?

21          MS. JONES:  A lot of information, useful.

22          COACH MARLON:  Mm-hmm.

23          MS. JONES:  I have to be more motivated and

24    just move forward.

25          COACH MARLON:  No, what did you get from it

**PX 22**          **FTC-MOBE-001756**

1    specifically, Step 10?  You need to redo it?

2              MS. JONES:  I probably do.

3              COACH MARLON:  Okay.  So, yeah, I can't move

4    you forward unless you can portray to me what we want

5    you to learn in each step.  So you need to redo Step

6    10, okay?  And make sure you take notes so you can

7    digest it.  Remember, your business plan around seven

8    to ten more appointments.  You're -- you're quite a

9    bit behind, so you have some catching up to do.  You

10   don't want to fall too far behind some more.

11             So remember, your business plan, at that

12   point, we're going to go over your 30-, 60-, 90-day

13   income goals.  We're going to go over the compensation

14   plan.  We're going to go over the exact percentages of

15   income you'll make in your business every month as a

16   Silver, Titanium, Platinum, and Diamond member

17   according to company numbers.

18             Then after that, then you'll start working

19   on traffic to make sure your leads come into your

20   system and the phone team to make your profits.  So

21   you got to redo Step 10.  You got to listen to a few

22   chapters of the 10X audio book, and you got to listen

23   to a couple of JT DeBolt recordings to catch up.

24             MS. JONES:  Well, Step -- didn't Step 10

25   talk about these events that people were invited to

**PX 22**              **FTC-MOBE-001757**

7

```
1        and --
2                    COACH MARLON:  No.  It was not.
3                    MS. JONES:  Okay.
4                    COACH MARLON:  So you got to redo Step 10,
5        ██████
6                    MS. JONES:  Okay.
7                    COACH MARLON:  All right.  Talk to you
8        tomorrow.  Make sure you make a one-on-one for
9        tomorrow.
10                   MS. JONES:  Okay, thank you.
11                   COACH MARLON:  Okay, thanks.
12                   (The video call was concluded.)
13                   (The recording was concluded.)
14
15
16
17
18
19
20
21
22
23
24
25
```

**PX 22**                    **FTC-MOBE-001758**

8

1       CERTIFICATE OF TRANSCRIPTIONIST

2

3

4               I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12              I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20                                    *Sara J. Vance*

21      DATE:   2/22/2018           _____

22                                  SARA J. VANCE, CERT

23

24

25

**PX 22**                          **FTC-MOBE-001759**

# Exhibit DD

FTC-MOBE-001760

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1723072

TITLE               MOBE

DATE                RECORDED:  DECEMBER 12, 2017
                    TRANSCRIBED:  JANUARY 29, 2018
                    REVISED:  MARCH 8, 2018

PAGES               1 THROUGH 9

### VIDEO CALL WITH MARLON
Marlon_2017-12-12_13-39-10

*C Jones*
*3/29/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001761**

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4      RECORDING:                                   PAGE:

 5      Video Call with Marlon                          4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**          **FTC-MOBE-001762**

3

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:              )

4      MOBE                           )   Matter No. 1723072

5                                     )

6      ------------------------------)

7                                 December 12, 2017

8

9

10

11            The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

PX 22          FTC-MOBE-001763

4

<center>**P R O C E E D I N G S**</center>

<center>-    -    -    -    -</center>

<center>**Marlon_2017-12-12_13-39-10**</center>

```
 1                    P R O C E E D I N G S

 2                    -    -    -    -    -

 3              Marlon_2017-12-12_13-39-10

 4          COACH MARLON:  Hey, [REDACTED], how you

 5   doing?

 6          MS. JONES:  (No audio.)

 7          COACH MARLON:  Good, thanks.  You back in

 8   town now?

 9          MS. JONES:  (No audio.)

10          COACH MARLON:  Okay, good.  So last time we

11   spoke, I had you redo Step 10.  Did you finish that?

12          MS. JONES:  (No audio.)

13          COACH MARLON:  Okay, what'd you get from it?

14          MS. JONES:  (No audio.)

15          COACH MARLON:  Mm-hmm.

16          MS. JONES:  (No audio.)

17          COACH MARLON:  Okay, yes.

18          MS. JONES:  (No audio.)

19          COACH MARLON:  Good.

20          MS. JONES:  (No audio.)

21          COACH MARLON:  ████████, mm-hmm.

22          MS. JONES:  (No audio.)

23          COACH MARLON:  Right.

24          MS. JONES:  (No audio.)

25          COACH MARLON:  Mm-hmm.
```

<center>**PX 22**          **FTC-MOBE-001764**</center>

5

1          MS. JONES:  (No audio.)

2          COACH MARLON:  Mm-hmm.

3          MS. JONES:  (No audio.)

4          COACH MARLON:  Right.

5          MS. JONES:  (No audio.)

6          COACH MARLON:  Perfect.  Okay, good.  So

7    what chapter are you on now in the 10X audio book?

8          MS. JONES:  (No audio.)

9          COACH MARLON:  What -- what chapter are you

10   on?

11         MS. JONES:  (No audio.)

12         COACH MARLON:  Mm-hmm.

13         MS. JONES:  (No audio.)

14         COACH MARLON:  Mm-hmm.

15         MS. JONES:  (No audio.)

16         COACH MARLON:  Five or six.  Okay, you

17   should be through a -- a lot more actually, so catch

18   up on that today and make sure you're doing a few

19   chapters per day.

20         MS. JONES:  (No audio.)

21         COACH MARLON:  Okay.  What'd you get from

22   the last JT Debolt call you listened to?

23         MS. JONES:  (No audio.)

24         COACH MARLON:  Mm-hmm.

25         MS. JONES:  (No audio.)

**PX 22**                    **FTC-MOBE-001765**

6

1          COACH MARLON:  Yeah.  No, no, no.  You got
2     to listen to only the JT Debolt calls.  You got to go
3     backwards.  Do not listen to the Roger calls, only the
4     JT Debolt calls.
5          MS. JONES:  (No audio.)
6          COACH MARLON:  Yeah.  So if you go directly
7     to the website, it goes -- it's only JT calls.  Do you
8     know -- do you know how to access that?  I'll send you
9     the link here on Skype.
10         MS. JONES:  (No audio.)
11         COACH MARLON:  Okay.  So you got to listen
12    to one per day of the JT calls moving forward.
13         MS. JONES:  (No audio.)
14         COACH MARLON:  No, there's -- there's
15    hundreds of them, so you might be looking in the wrong
16    place.  So make sure you're going to the correct
17    website.  Carlo should have sent you that.  So, okay,
18    so I'm -- I'll be traveling back home tomorrow, so I
19    won't be available for a one-on-one.  Make sure you
20    make one for Thursday.
21         MS. JONES:  (No audio.)
22         COACH MARLON:  Okay, I'm going to go ahead
23    and unlock 11 and 12.  Catch up on the 10X audio book
24    and the JT Debolt calls.  Your business plan,
25    remember, seven to ten more appointments.  So

**PX 22**          **FTC-MOBE-001766**

1     remember, at that point, we're going to go over your

2     30-, 60-, 90-day income goals specifically and how to

3     reach them.

4            We'll also be going over the compensation

5     plan.  And we'll go over the exact percentages of

6     income you'll make in your business monthly as a

7     Silver, Titanium, Platinum, and Diamond member,

8     according to the company percentages.  And then after

9     that is when you'll start working on traffic to make

10    sure your leads come into your system for the phone

11    team to make you profits.

12            MS. JONES:  (No audio.)

13            COACH MARLON:  Mm-hmm.

14            MS. JONES:  (No audio.)

15            COACH MARLON:  Mm-hmm.

16            MS. JONES:  (No audio.)

17            COACH MARLON:  The percentages, the average

18    percentages.  Nothing -- nothing is guaranteed here.

19    This is a business, not a job.  I mean, the only

20    guarantee is if you have a job and you make a salary,

21    right?  So we can't guarantee you anything here.  It's

22    a business, so we're -- we're going to go over the

23    percentages, the average percentages here in the

24    company, like I said.  Mm-hmm.

25            MS. JONES:  (No audio.)

**PX 22**          **FTC-MOBE-001767**

8

1           COACH MARLON:  No, the average percentages

2      of what you will make as a Titanium, Platinum, and

3      Diamond member, according to the company averages.

4           MS. JONES:  (No audio.)

5           COACH MARLON:  Mm-hmm.

6           MS. JONES:  (No audio.)

7           COACH MARLON:  Okay.

8           MS. JONES:  (No audio.)

9           COACH MARLON:  Any other questions?

10          MS. JONES:  (No audio.)

11          COACH MARLON:  Okay.  Well, keep up the good

12     work.  You got a little bit of catching up to do.

13     You're behind a week, so let's talk for sure Thursday,

14     okay?

15          MS. JONES:  (No audio.)

16          COACH MARLON:  Okay.  Take care.

17          MS. JONES:  (No audio.)

18          COACH MARLON:  Okay, bye.

19          **(The call was concluded.)**

20          **(The recording was concluded.)**

21

22

23

24

25

**PX 22**                    **FTC-MOBE-001768**

1        CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12           I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:   3/8/2018        _Sara J. Vance_____

22                            SARA J. VANCE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001769**

# Exhibit EE

FTC-MOBE-001770





**Step 11 - Training Section #1**

Congratulations! Less than 27% make it to step 11.

## You Are Your Greatest Success Story

The fastest way to learn something, is to teach it ....

Knowing what you're selling, and having experienced it, who do you think is best suited to sell a business training product? Someone who's never even used the product and is not willing to do whatever it takes to get the information ... or someone who's made the investment and is applying the training?

I think it's an easy choice, don't you?

In this step, I want to demonstrate to you to the amazing power of becoming what I call a product of the product

If you live in the USA, you may remember Sy Sperling, the earliest President of Hair Club for Men, a network of hair replacement organizations. Sy did commercial after commercial on television as his own official company spokesman for years. He had a nice head of hair, and his commercials always ended with him showing a photo of himself, most bald, saying, "I'm not just the president of Hair Club for Men, I'm also a client!"

MOBE has thousands of similar success stories, ranging up to our recent first (but not last) $10 million-dollar earner and, well .... me. I consider myself as possibly the greatest example of MOBE success.

My point here? It's simple:

*All great companies that sell transformative change do so by showing their greatest success stories.*

These are their testimonials—or as I prefer to call them, their Case Studies.

Companies that sell "rags to riches" transformation love to show people who were once broke and near homeless who got the transformative program and went on to become financially free. While MOBE isn't intended as this kind of program, it's had a similar effect for many as they built their businesses.

Companies that sell weight loss transformation like to show thin people beside photographs of themselves, 30, 50, even a 100 or more pounds ago. Often, they pose with their old "fat clothes" to show how much weight they've lost.

### Your Business Coach

**Marion Nurqui**

✉ Email:
marion@mobe.com

📞 Phone:
1

📅 Schedule A Session:
Click Here

Skype:
Click Here

Skype:
Click Here

Skype:
Click Here

### Commissions Paid Out With This System So Far

1

📅 Schedule A Session:
Click Here

Skype:
Click Here

Skype:

📞 Phone:
1

📅 Schedule A Session:
Click Here

Skype:
Click Here

Skype:
Click Here

To me, the most effective ones are the ads where the now-thin person can actually stand in one leg of the jeans they wore before they lost all that weight.

Think Jerry Craig, Weight Watchers, even silly products like Thighmaster and Buttmaster. That kind of customer-spokesmodel testimonial can make you a mint.

And have you ever watched late night infomercials? They're some of the best demonstrations of how to effectively market and sell a product you'll ever see.

Each time they run one of these infomercials (with many of them being run by the multi-billion dollar company Guthy-Renker) an enormous amount of money is on the line, so they go and put enormous effort into getting it right.

You'll notice that in every single great infomercial—literally every one—they feature transformation stories.

When you become a MOBE Consultant, the most powerful marketing asset you're ever going to have is *your* story. The greater your business transformation is in the near term future, the more effectively you'll be able to market the MOBE business training programs.

If you can talk about how much you've learned from our core curriculum training programs (from the Silver Masterclass right up to the Diamond Mastermind) it will be **incredibly powerful** in helping other business owners feel more comfortable in making a buying decision.

Having experience in the product you're recommending goes a long way towards establishing your credibility.

For example: if someone was to recommend a restaurant to you, and then you found out they'd never even had a meal there, would you take their recommendation seriously? Of course not. How could they tell you how great something is if they'd never been through it?

If someone told you about how great a particular make and model of a car was, and about how well it handled, yet they'd never even sat inside of one of these cars, let alone driven one, would you value their opinion? Probably not.

Consumers are more skeptical these days than ever before. That's why you being a "product of the product" when it comes to the MOBE training programs will go a long way towards how successful you are as a MOBE Consultant.

**NEXT SECTION - PLEASE CLICK HERE**





## How I Started In This Industry, Got My First High-Ticket Sale, And Made $15,200 In A Single Day

Take a look at these screenshots!

Since that day all those years ago, I've been fortunate enough to have generated revenues of **well over $100 million**. In some of my best days, over $500,000 in sales have been generated.

Yet none of those days come even remotely close to how exhilarating and incredible it felt to have that first $15,200 day. That's because before that day, even though I knew making that kind of money was possible for others, I didn't know it was possible for me.

I will tell you this: the very first high-ticket commission you make will be one of the best days of your life, because you'll prove to yourself that it's possible

When I had that first $15,200 day, it was the result of a long process of hard work—and I'm not talking about 40-day weeks, but much more than that. I often worked as long as 16-18 hours a day, seven days a week.

I literally started at the bottom. It was 2008, I was 22 years old. I knew nothing about starting and scaling a business.

I had very little experience running a real business, unless you count the potato stall I started at age 10, or the lawn-mowing business I started during my years at college as real businesses. I knew how to use the Internet, but I knew nothing about even the most basic of online marketing processes.

I had to hire a computer science student to teach me how to build websites and lead capture pages, how use autoresponders, and the like. The program I first got involved with taught you none of that. You had to learn it on your own or fail.

Most of the people I started out with in my first Internet marketing company failed. I was the only one to make it through the first year, because I refused to give up—and I

*Your Business Coach*

Marlon Nuqui

✉ Email:
marlon@mobe.com

📞 Phone:
1-

📅 Schedule A Session:
Click Here

Skype:

## Commissions Paid Out With This System So Far:

✉ Email:
marlon@mobe.com

📞 Phone:
1-

📅 Schedule A Session:
Click Here

Skype:

Skype:

📅 Schedule A Session:
Click Here

Skype:

marlon@mobe.com

📞 Phone:
1-

📅 Schedule A Session:
Click Here

FTC-MOBE-001774

**PX 22**

FTC-MOBE-001775

burned all my bridges behind me.

I quit all my other jobs and even quit school. It was teaching me nothing about business I didn't already know from experience.

I made a decision to become a "product of the product" early on. I invested large amounts of money—literally my life's savings—into my education. I kept only enough to keep me going for a few months.

I didn't earn one single, solitary dollar for nine months. Even when I did start earning, it took a long time for me to get good at it. It took me weeks to make another sale, then weeks more to make a third. It was two years before I even started to make decent money of the type the average Australian could make working in a regular job.

But I knew the potential of the type of work I was doing, and truly believed it was possible to make tremendous amounts of money. I knew I was on the verge of that kind of money.

In 2010, I was still promoting that program I had invested in and the beginning, and there came a point where all my hard work and discipline paid off. I had a prospect buy not just one of my products, but several. The total commission came to $15,200 US.

I didn't make any other sales that day. I didn't need to. I had just earned three times more in a day than most people earned in two months.

I didn't make sales like that every day. In fact, it was a long time before I made a single sale that large again. And honestly, most of that money went right back into the business. But I was on my way.

The very first business mastermind I ever went to was in 2010, in Fiji. It was $9,000, which was a lot of money to me back then (and always will be, really). Traveling there was also one of the first international trips I'd ever taken as well. You could say I was far out of my comfort zone!

But it was also one of the most profitable things I ever did for my business.



Also in 2010, I can recall traveling to Las Vegas for another event and actually sharing a hotel room to save money. Let's just say I don't have to worry about that anymore.



marion@mobe.com

**PX 22**



Mine was an incremental process in which small efforts compounded into a huge profit over a long period. Consider what would happen if you started with a penny and were able to double the amount you had every day for 30 days.

You'd start with 1 cent, then go to two cents, 4 cents ... after ten days you'd have $5.12. No big deal, right?

But keep doubling until 31 days have passed, and you'll have *$10.7 million*, a respectable sum in anyone's book!

That's an extreme example, but it demonstrates the value of compounded interest, and how all the little things we teach you to do in MOBE can eventually build up to astonishing success.

For me it began in late 2011. I had a $7,000 month, so I decided to try to beat that month. The next month I exceeded $15,000. And the month after that, MOBE, which was still a baby, made $45,000! By January 2012 we broke $81,000 in one month.

A lot of people wonder how I did that. Easy. I reinvested proportionately larger amounts of money into my traffic campaigns and resisted the urge to blow my income on expensive things, the way a lot of newly successful marketers do.

By the end of 2012, MOBE was earning $415,000 a month. I accomplished that by making myself a product of my product—the best possible spokesperson for MOBE.

That's the kind of success you can also find when you make yourself the product of your product and sell your story. I want to show to how to do the same thing.

In fact, my complete MOBE curriculum process doesn't just tell you how to make money, it tells you how to keep it and build on it.

Soon, you'll be introduced to the MOBE success system, the first of a series of five courses and summits that also includes the Gold Masterclass, the Titanium Mastermind, the Platinum Mastermind, and the Diamond Mastermind. Each teaches you different aspects of building your business and maintaining your fortune.

If you want to maximize your success, you need to get involved in all five of the MOBE Core Curriculum programs. Once you do, you'll now be in a position to consult and advise with established business owners on how they can get to the next level.

How much you charge for that is completely up to you and now comfortable you are with the value you can provide.

These days, I charge $100,000 for my year-long mentorship program, which includes a five-hour, 1-on-1 meeting with me in my office.

Back in 2009 when I was starting out, I wouldn't have been able to charge those kinds of rates because I had very little proper business training. I never would have dreamed I would be able to someday charge those kinds of fees.

You'll have a tremendous advantage over me, because you'll have gone through the MOBE business training by then.

**NEXT SECTION  PLEASE CLICK HERE**



### Step 11 - Training Section #3

## "How Can I Advise With And Consult Business Owners Who Make More Money Than Me?"

Look at it this way: My mechanic makes a lot less money than me, but when I'm driving down the highway, I'm sure glad I paid for his services and took his advice.

If you wear glasses, you may make lots more money than the optometrist does—but they're the expert on optics, so you'd best listen to their suggestions.

Even the barista behind the bar at Starbucks is probably more of an expert at making different kinds of coffee drinks than you are.

This may come as a surprise to you, but just because someone makes more money than you in business, it doesn't mean they know more about business than you do. It's more about experience and knowledge than money.

As controversial as this sounds, in my opinion most business owners are not even real business owners.

Most are operating under the illusion they run a real business, when in fact all they've done is created for themselves a job. In some cases, it's a high-paying job, and they may make multiple six figures.

But even those making good money never have any time to enjoy it, because they're so caught up in the operations. It would be more accurate for such people to call themselves "self-employed" rather than "business owners."

The reason this happens in the first place is because most are very good at doing the thing their business does.

In fact, they're so good at it, at some point they decided they could do it better than their boss, and they quit to go start their own business.

Because it's the main thing they know how to do, most end up being heavily involved in the operations of their business. They end up spending most of their time in fulfillment:

- If they own a restaurant, they spend a lot of time making the food.
- If they own a gardening business, they spend a lot of time mowing the lawns.
- If they own a plumbing business, they spend a lot of time unblocking toilets and fixing leaking pipes.

*Your Business Coach*

**Marlon Nuqui**

✉ Email:
marlon@mobe.com

📞 Phone:

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

Ⓢ Skype:
**Click Here**

Ⓢ Skype:

FTC-MOBE-001777

**PX 22**



As a result, many business owners know very little about actually growing a business. Just because some may make good money, that still doesn't mean they know how to run and effectively scale a business.

One of your roles as a MOBE consultant will be to recognize what stage they're at, and to be able to recommend the best product, service, or mastermind for them.

So if you can see they want to get their business online, but don't even have a website yet, then you will be able to go and find a product that teaches how to make websites.

**Do you need to know all the answers before you start recommending different resources?**

Of course not!  That's like someone who works at a bookstore being expected to have read every single book in the store (many thousands of them) before recommending a book to a customer.

All you need to know is what category they are looking for, and then how to find the best resource in that category for them. We will show you how to do this.

That said, you should know as much as you can about MOBE, which is why we recommend that you go through the entire curriculum, from Silver Masterclass to Diamond Mastermind.

But don't worry, you can, and you should, earn while you learn!

NEXT SECTION - PLEASE CLICK HERE

FTC-MOBE-001778

FTC-MOBE-001779

**PX 22**



Step 11 - Training Section #2

Step 11 - Training Section #3

Step 11 - Your Assignment

## Action Steps

- When getting certified as a MOBE Consultant, where do you see yourself being? A Platinum consultant? A Diamond consultant? Can you see the advantages of each level? Draw up the classic positive/negative list. Take a pad and pen and draw a line right down the middle. I did this when I first got started with a Top Tier program, and it made a tough decision for me become very easy to make. I've never looked back since I'm not saying this is the determining factor here, but it is quite helpful.

- List all of the positives you can think of getting started with MOBE. The commissions you'll be getting, training and mentors, all the leverage points, etc.

- Then list any drawbacks that you can think of.

- Report back to your coach after the next step with any breakthroughs from today's step, and make sure you're registered for the Webinar that's coming up.

**NEXT SECTION - PLEASE CLICK HERE**

Congratulations - You have completed Step 11.

Meet our members

### Your Business Coach

**Marlon Nuqui**

✉ Email:
marlon@mobe.com

☎ Phone:

📅 Schedule A Session:
Click Here

Skype:

Commissions Paid Out With
This System So Far:

**$ 103,011,155**

MOBE WOULD
LIKE YOUR
FEEDBACK!



Congratulations - You have completed Step 11.

## Congratulations on completing Step 11!

In Step 12: Discover the many sales channels MOBE has in place to monetize your leads and get you paid big commissions.

And then, in Step 13, you'll be shown how to get access to the necessary funding required to build your business and create your desired earning levels.

**GO TO NEXT STEP - STEP 12**

If for any reason you have any issues accessing the steps or video training in this 21 Step System or any of our other training programs, please contact our support team at mobe.com/support or call 1-844-662-3787

**Your Business Coach**

Marlon Nuqui

✉ Email:
marlon@mobe.com

📞 Phone:
1

📅 Schedule A Session:
Click Here

Skype:
Click Here

Skype:

📅 Schedule A Session:
Click Here

Skype:

Click Here

Skype:
Click Here

Skype:
Click Here

Skype:

**CLICK HERE**

👥 Meet our members

**PX 22**

Exhibit EE - Page 11 of 51

Contact Support | Reviews | Terms & Conditions | Income Disclosure | Privacy

© Copyright 2018 - MOBE - All Rights Reserved

FTC-MOBE-001781

PX 22

# OFFICIAL TRANSCRIPT PROCEEDING

# FEDERAL TRADE COMMISSION

MATTER NO.          1723072

TITLE               MOBE

DATE                RECORDED:  DECEMBER 14, 2017
                    TRANSCRIBED:  FEBRUARY 9, 2018

PAGES               1 THROUGH 40

Step 11_2017-12-14_7-58-41

3/28/2018
C Jones

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001782**

2

```
 1              FEDERAL TRADE COMMISSION

 2                   I N D E X

 3

 4   RECORDING:                            PAGE:

 5   MOBE Step 11                              4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**              **FTC-MOBE-001783**

3

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:                )

4      MOBE                             )   Matter No. 1723072

5                                       )

6      ------------------------------)

7                                    December 14, 2017

8

9

10

11           The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**            **FTC-MOBE-001784**

4

1          **P R O C E E D I N G S**

2              -    -    -    -    -

3          **Step 11_2017-12-14_7-58-41**

4          MATT LLOYD:  So welcome to Step 11, and in

5      this step, we're going to talk about you becoming a

6      product of the product and how that will help you sell

7      a lot more product as a MOBE consultant.  Before we

8      get started, I want you to know that less than 27

9      percent of people make it this far, so keep it up.

10     You're doing amazing.

11          So here's what we're going to be talking

12     about in this step.  I'm going to share with you how

13     to establish your credibility, even when you're brand

14     new and you've never done this before, you're just

15     getting started.  I'm going to show you how to

16     solidify your belief in the products that you're

17     actually marketing, and then I'm going to show you how

18     to become a walking testimonial, a walking case study

19     for the products that MOBE actually offers.

20          Let me ask you a question.  Who do you think

21     is the best person to sell a product?  Do you think

22     that it's someone who's used the product, consumed the

23     product, they've gone through it, they've benefitted

24     from it, they've used it the way it's intended to be

25     used and they've experienced that transformation, or



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001785**

5

1    do you think it's someone who's never used the product

2    before in their life?  Now, the answer is pretty

3    obvious.  Obviously it's the person who's actually

4    consumed the product.  They are like a walking

5    testimonial.  And all great sales presentations

6    feature case studies.  In fact, I'm going to share

7    with you some of them in just a moment.

8          So in this step, I'm going to talk to you

9    about becoming a product of the product.  Now, the

10   first question I want to ask you, this is a question

11   which a well-known speaker actually once asked an

12   audience, and I happened to be in the audience.  He

13   said, What is the most powerful sales device in the

14   world?  And everyone in the world started putting up

15   their hand and calling out answers.

16         They started saying things like, well, it's

17   an irresistible offer, or it's a great headline, or

18   it's a great price.  And what he actually said was

19   none of those answers are correct; the most powerful

20   form of selling, the most powerful selling device, is

21   a case study.  In other words, a demonstration that

22   the product actually delivers the benefits that it's

23   promising, a real-life demonstration.

24         So all great sales presentations feature

25   this.  And, in fact, if you want to see some of the

**PX 22**          **FTC-MOBE-001786**

6

1    best sales presentations, I'll tell you what I'd like

2    you to do.  Tonight, late at night, if you're still

3    up, I want to you to turn on the TV and I want you to

4    watch some of the infomercials.  Some of those

5    infomercials -- in fact most of them -- are some of

6    the best examples you can ever get of how to sell

7    product really well.

8            And you'll notice that they are just

9    testimonial after testimonial.  They have the before

10   shots; they have the after shots.  They have live

11   demonstrations of the product, and it's actually doing

12   what it's designed to do.  But you're seeing right

13   before your very eyes proof that it actually works.

14   That's what people want to see because people in this

15   day and age are more skeptical than ever, okay, they

16   really are.  So they want to see proof -- undeniable

17   proof -- that it actually works.

18           Here's a famous example, and if you're in

19   the USA, you might remember this one.  I believe this

20   was showing around in the 1980s, and there was a guy

21   called Sy Sperling who started a company called Hair

22   Club for Men.  And when he started out, this was a

23   company that was for men who were going bald, and he

24   wanted to -- to help them out with that.  And he,

25   himself, was going through that.  So he started Hair

**PX 22**            **FTC-MOBE-001787**

7

1    Club for Men, and he didn't have a very big budget.

2    So in the very beginning, he couldn't afford to hire

3    actors or anything like that to star in his TV

4    commercial.  So what he actually did is he filmed a

5    short TV commercial.  In fact, I'm going to play it

6    for you right now.  It goes for about a minute, so

7    let's play that, and then we'll come right back.

8              **(Hair Club for Men video shown as follows.)**

9              NARRATOR:  He came up with the idea of doing

10   a TV commercial, which at the time was revolutionary.

11   I don't think there was a hair replacement company

12   doing a TV commercial.

13             SY SPERLING:  This was the time when Frank

14   Perdue started doing his own commercial.  And Victor

15   Kiam started doing his own commercial.  And I said, if

16   they can do it for chickens and electric shavers, I'll

17   do one for hair.

18             NARRATOR:  The first two commercials that I

19   remember were 60-second commercials.  There was a

20   client filmed and the client was horseback riding and

21   playing tennis and jogging and doing, you know, active

22   things.  And it was a pretty slick commercial.

23             SY SPERLING:  My original plan was to do the

24   commercial we planned on, and at the very end, I'll

25   just do a talking head spot.

**PX 22**          **FTC-MOBE-001788**

8

1          SY SPERLING (RECORDED):  I'm not only the

2     Hair Club President, but I'm also a client.

3          SY SPERLING:  It was kind of like an

4     insurance policy for the first spot.  If the first one

5     didn't work, we would try that one as the -- as an

6     alternate.

7          NARRATOR:  I remember being in the room and

8     we viewed the two commercials.  The Sy commercial, we

9     looked at that and it looked a little amateurish.  I

10    mean, he was kind of stiff at the time and --

11         FEMALE COMMENTER:  You know, I'm Sy

12    Sperling, President of the Hair Club for Men.

13         NARRATOR:  And he wasn't used to speaking in

14    front of a camera, and he looked like Tom Carvel, if

15    you remember the Tom Carvel commercials.

16         SY SPERLING:  When I went on TV, I'm not a

17    professional spokesperson by no means, but I memorized

18    the spot, I'm not only the Hair Club President, I'm

19    also a client, and the rest was history.

20         NARRATOR:  We aired that pretty slick

21    commercial, and it didn't do as well as we had hoped.

22         SY SPERLING:  The first one, the originally

23    planned commercial, plumbed out.

24         NARRATOR:  We pulled the plug on that

25    commercial and decided to air the one that looked a

**PX 22**          **FTC-MOBE-001789**

9

1    little amateurish, the one he starred in.  And it --

2    it was remarkable.  I mean, the leads just went

3    through the roof.

4              That Hair Club was kind of like, you know,

5    Got Milk?  You know, it just -- for some reason,

6    people just remembered that line.

7              CARTOON:  I'm not only the Academy

8    President...

9              SY SPERLING:  Not only the President of the

10   Hair Club for men.

11             M&M CHARACTER:  I'm also a client.

12             SY SPERLING:  Wow, who would have ever

13   dreamed that it would have worked that well?

14             FEMALE COMMENTER:  I think it really caught

15   on because back then, you know, all commercials were

16   very stereotyped, perfect people with perfect voices.

17   Then you have Sy Sperling get on, and he's not

18   professionally trained, it's not slick, he's not Mr.

19   Perfect.

20             GERALDO RIVERA:  It was obvious that he

21   wasn't an actor or professional performer when he did

22   those spots, but they were so charming.

23             MALE COMMENTER:  They were so disarming.  He

24   was the guy next door.  You really were rooting for

25   this guy to succeed.

**PX 22**            **FTC-MOBE-001790**



10

1        SY SPERLING:  I personified the bald man who

2    wanted to do something about his hair.

3        NARRATOR:  And I think it was just extremely

4    credible that -- that the guy that founded the company

5    had the product.

6            **(Hair Club for Men video concludes.)**

7        MATT LLOYD:  So the famous line you would

8    have heard at the end of that is, I'm not just the

9    President of Hair Club for Men; I'm also a client.

10    And what that did, that little extra five seconds

11    where he's holding the picture up and you can see what

12    he used to look like and what he now looks like, that

13    is incredibly powerful.

14            People saw that, people connected with that,

15    because it just seems so authentic.  He just seemed

16    like a down-to-earth guy, and there he was showing

17    that he had actually benefitted from the product that

18    he was actually promoting.

19            Now, can you imagine if he had never had

20    that problem, if he had never had male pattern

21    baldness before, then do you think that the clients,

22    men who were struggling with that, would be able to

23    relate to him?  Absolutely not.  But as soon as they

24    could see what he actually looked like before he

25    actually had the treatment, then they knew this guy



**PX 22**            **FTC-MOBE-001791**

11

1   has been through what I'm going through right now.  He

2   now has the outcome that I want; therefore, they

3   credit him with the solution automatically.

4          That's the same way it's going to be in your

5   business.  When you can show that you've invested in

6   yourself, that you've understood the training, that

7   you are actually a walking product of the product,

8   that's a very powerful thing to use in your marketing.

9          Another great example is any company that

10  sells a rags-to-riches kind of program.  So you will

11  notice that in all the great sales presentations for

12  any product that talks about making money, there's

13  always a rags-to-riches story, okay, that's a

14  centerpiece of that product.

15         So I've done a lot of products in this

16  industry where I'm showing people how to make money

17  online with internet marketing and those kind of

18  things.  And whenever I'm putting together a sales

19  video, I always feature a case study, okay?  So

20  sometimes it's me and I talk about how when I first

21  started out I didn't have a very big budget, but other

22  times I will have some of our top consultants.

23         So I will show when they got started, they

24  were struggling, they weren't making money, and now

25  here they are, making all this money.  They've got the

**PX 22**          **FTC-MOBE-001792**

12



```
1     MOBE Motors car, they're living the lifestyle, and

2     that's a very powerful form of marketing.

3              There's also companies that are in the

4     health and fitness industry.  So you will notice that

5     they always have before and after pictures of the

6     weight loss transformation.  Okay, so here's a few

7     pictures you can see before and after, and Jenny

8     Craig, for example, a very well-known weight loss

9     company, they're always showing case studies.  They're

10    always showing their clients who went through the

11    program and got the result.  It's the same with Weight

12    Watchers and also products like ThighMaster, all of

13    those kind of programs will always feature success

14    stories.

15             So when you're out there and you're being

16    the ambassador for the product, if you can show the

17    transformation that you've been through, it's just

18    incredibly powerful.  So when you become a MOBE

19    consultant, the most powerful form of marketing is you

20    showing that you've invested in the core curriculum

21    training programs and you've got the benefits that

22    they've promised, or you're on the way to getting the

23    benefits that they promise.

24             Okay, so when you can talk about how you

25    went to the Titanium Mastermind and you learned about
```



**PX 22**                    **FTC-MOBE-001793**

13



1    scaling, and now you're actually taking those

2    strategies, applying them into your business, and

3    you're starting to get results, that's incredibly

4    powerful, it really is.  In fact, MOBE has thousands

5    of success stories, and what I want to do is I want to

6    play you a short little segment here from people who

7    invested in themselves, they invested in the training,

8    and listen to some of the results that they got.

9                    **(MOBE testimonial video shown as follows.)**

10           MALE TESTIMONIAL:  Everything that you need

11   to be able to get your business up and running is done

12   for you.  And this system is transforming my life.

13   It's giving me the time freedom, location freedom, and

14   financial freedom to be able to live my life in

15   retirement the way I want to, on my own terms.

16           MALE TESTIMONIAL:  Everybody is trying to

17   help everybody else.  There's no competition here.

18   This group of people have come together, and they are

19   all there for the group.

20           MALE TESTIMONIAL:  Let me tell you, these --

21   these millionaires, these six-figure earners, their

22   level of conversation that they have is just -- it's

23   on another level.  And when they start to give you

24   their ideas, you get -- you get to see how they think,

25   and it really elevates your thinking to another level



14

1       and gets the creative juices flowing.

2               MALE TESTIMONIAL:  You're the average of the

3       five people that you surround yourself with.  You

4       know, I get to surround myself with people that are

5       doing tens of millions of dollars or hundreds of

6       millions of dollars when I come to these Masterminds.

7       And guess what that does to me.  It -- it raises my

8       financial (inaudible).

9               FEMALE TESTIMONIAL:  To me, being here at

10      this Mastermind actually is incredible because what

11      I've been seeing from the people that you have here is

12      that it's a lot of people from all over the world,

13      people that are wise, people that really want to go

14      somewhere, and a lot of people that have absolutely

15      reached epitome.  And, you know, they totally believe

16      that there is no limit.  And that is my belief as

17      well, so congrats, MOBE, for getting such incredible

18      people here at Mastermind.

19              MALE TESTIMONIAL:  Before I came online, I

20      did not know what to expect.  And within my first 14

21      months, I made a grand total of $200 online, and --

22      and I was thinking, well, did I make the right

23      decision leaving corporate.  And what happened is the

24      system I'm using now, the main difference is I have a

25      mentor, I've got a blueprint, I've got a path I need

**PX 22**          **FTC-MOBE-001795**

15

1    to follow.

2         And within just a little more than two years

3    full-time with this system, I've made close to

4    $700,000.  And that's from making $200 the previous 14

5    months prior.  And I'm just so amazed.  We're right

6    now in the middle of a beautiful resort.  I've got my

7    wife and my two kids with me.  Just this year, because

8    of the system that I'm using, I've been able to visit

9    places like Bali, Indonesia, Curacao, Dominican

10    Republic, and Thailand.  It's just -- it's just been

11    amazing.

12         FEMALE TESTIMONIAL:  It's truly a Mastermind

13    situation.  Not only are we Masterminding with

14    ourselves and with awesome people from around the

15    world that are very, very smart entrepreneurs with the

16    same mind set as myself, but the speakers have been

17    just totally phenomenal and the value that we're

18    getting from the speakers is something that I can

19    actually go back and use for my business, even

20    different parts of my life with regards to investing

21    and -- and building my -- my entrepreneur mind set is

22    all -- has been increased.

23         MALE TESTIMONIAL:  Firstly, we got amazing

24    knowledge.  We got knowledge on how to drive traffic,

25    how to generate leads, how to convert better.  We got

**PX 22**          **FTC-MOBE-001796**



16

1    -- we met incredible people who are doing amazing

2    businesses, we'll be forming joint ventures.  We had

3    the opportunity to hang out with movers and shakers,

4    people who came here from different parts of the

5    world, from U.S., from Australia, from U.K.  And

6    combined, they made over a couple hundred millions of

7    dollars, if not even a billion dollars.

8        MALE TESTIMONIAL:  There's been no time in

9    human history where an everyday person like myself can

10   start a business for a very small capital investment

11   and use today's technology, the internet,

12   telecommunications, and very easy-to-use and easily

13   accessible systems that can be implemented immediately



14   to allow me to reach a global marketplace and have my

15   company's products, services being marketed to now a

16   worldwide audience.

17        And I can do that very effectively, very

18   affordably, and that is going to allow me the ability

19   to travel the world with my family and -- and take my

20   children on adventures that they would not otherwise

21   be able to experience if I was stuck in a corporate

22   job or a traditional business that was -- you know,

23   that required me to be just locally established.  So

24   this has really opened up time, you know, money, and

25   location options for myself and my family.  And for

**PX 22**            **FTC-MOBE-001797**

17

1    that, I'm really grateful.

2                    **(MOBE testimonial video concludes.)**

3              MATT LLOYD:  Now, here's another way of

4    looking at it.  Let's say that a friend recommended a

5    restaurant to you, and they told you how great the

6    food was and how great their experience was and how

7    well they were treated.  And just pretend at the end

8    of that interaction, what if you turned to them and

9    you said, have you actually been to the restaurant,

10    and they said no.

11              Would you believe a single word that they

12    had said?  Absolutely not because they haven't

13    actually gone and experienced it.  In fact, you would

14    be thinking, well, how are you recommending this to me

15    if you haven't even visited that restaurant?  Why are

16    you telling me about how great it is if you, yourself,

17    are not willing to actually go there and eat the food?

18              So in a way it's the same as in this

19    business.  Here's another way of looking at it.  Let's

20    pretend that you were looking for a car to buy and the

21    person who was selling it to you, and they were

22    telling you about how great it is and how great it

23    handles and how great it takes corners and -- and how

24    great it accelerates, if you said to them, well, have

25    you, yourself, actually driven the car?  And they said

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-001798**