18

1    to you, well, no.  Then again, would you take anything

2    that they're saying to you seriously?  Absolutely not

3    because they haven't even experienced the product.

4            Now, if they can tell you from experience,

5    let's say if they'd actually gone and done a test

6    drive or if they actually happened to own that car and

7    they're telling you how great it is, that's far more

8    powerful because you know this person actually knows

9    what they're talking about.  They've actually

10   experienced the product.

11           Well, again, it's the same in this industry.

12   People who get ahead, people who do really well, they

13   first invest in the training themselves, they set the

14   example, they lead by example, and then they set that

15   expectation that others can follow them in their

16   footsteps.

17           Speaking of which, I want to tell you about

18   how I first got started in this industry.  So you've

19   already heard a little bit of the story.  I got

20   started in late 2008.  I knew absolutely nothing about

21   internet marketing, and my first few months were a bit

22   of a struggle.  Okay, I'll just be completely honest

23   with you about that.  I got off to a little bit of a

24   slow start.  And part of it was because I didn't have

25   a coach, I didn't have direction.  There was nothing

**PX 22**          **FTC-MOBE-001799**



19

1    like this program that you're going through right now

2    back in those days.  You had to build all your own

3    websites, you had to do all of your own phone sales.

4    You didn't have anything that -- that MOBE provides to

5    its consultants like we do.

6          So when I was starting out, all I could do

7    was really invest in myself and learn these skills,

8    entertain the knowledge.  And that's exactly what I

9    did.  I started spending a lot of my money on

10   training, on events, on products, because I knew that

11   the more valuable that I could make myself, the more

12   knowledgeable that I could be about these solutions to

13   my prospects, then the better that I would be able to

14   market and that I would be able to sell them.

15         So here's a picture of me when I first

16   started out.  You can see this is my bedroom, and this

17   was my office in Perth, Australia.  And I worked out

18   of that bedroom for about one year before I moved into

19   another one and did the exact same thing.  But back in

20   those days, again, I didn't have a lot of results

21   behind me.  In fact, I didn't really have any results.

22   I hadn't made a lot of money.

23         But the one thing that I knew that I could

24   do is if I kept on reading books, if I kept on

25   investing in the right training and learning from the

**PX 22**                    **FTC-MOBE-001800**



1    right people, then that was going to help me build my

2    business.

3          So one of the very first big investments I

4    ever made was in a Mastermind, and that Mastermind was

5    in Fiji, of all places, which just so happened to be

6    the first place that we ever did a Mastermind in MOBE,

7    which was in 2013.  That was a Platinum.  And here's a

8    few pictures.  This is, again, me back in 2010,

9    attending my first Mastermind.  This particular one

10    happened to be $9,000, and I also invested in another

11    one at the same time, which was $15,000.  But this was

12    the very first one.

13          So I remember showing up to that Mastermind.



14    Again, I didn't have a lot of results behind me.  I

15    was still quite new to the business, but I knew that

16    if I could experience this Mastermind, which I

17    happened to be promoting, if I could actually go and

18    learn the training that they were teaching, then when

19    I got home, I would be able to promote it, I would be

20    able to -- to talk about it, and I would be able to

21    tell others how great it was from experience, not from

22    what I'd read on the sales page, but from actually

23    experiencing the product.  And I just knew that that

24    would be very powerful.

25          And it paid off because shortly after that,



**PX 22**          **FTC-MOBE-001801**

21



1   what you're looking at here, this is the original

2   email that came into me.  I've actually saved it, and

3   I have blurred out the -- the company name, but this

4   sale, you can see it was for $9,055.  And I didn't get

5   to keep all of that.  My commission on that for this

6   company, because I was doing all the phone sales and

7   everything, I actually got a $5,000 commission on

8   that, $5,000 U.S., which was a lot of money.

9        But at the same time, my client happened to

10  get the next program, the same one that I had invested

11  in as well.  And that one was $15,055.  So they

12  actually bought both of them at the same time.  Now,

13  of this amount, I got a $9,000 commission.  So total

14  was $9,000 plus $5,000, $14,000 U.S.  Back in those

15  days, that was about $15,600 Australian.

16       And I remember that moment incredibly

17  clearly.  I remember that moment I -- I even remember

18  the particular apartment that I was living in, the

19  room where I was when I actually experienced that

20  sale.  And I remember just feeling so good because I

21  just made more money -- I made more than $15,000 in a

22  single day.  And that was more than I'd made in any

23  prior, like, two months ever, in my entire life.  In

24  one day, I'd made over $15,000.

25       .    So I really needed the money at the time



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001802**

22

1   because, again, I had been building the business and

2   being new, I -- I had got off to a little bit of a

3   slow start, but when that money came in, when I

4   actually experienced that, there was really no better

5   feeling.

6          The funny thing is from that day, MOBE

7   obviously started a few years later, and we've gone on

8   to generate well over $100 million in revenue.  We've

9   had days where we do hundreds of thousands of dollars

10  in revenue.  That's really not a big deal these days.

11  But no day, even today, at the level we're at comes

12  even remotely close to that very first day where I

13  experienced my very first high-ticket commissions.

14         So the point I'm trying to make here is that

15  this wouldn't have happened.  I wouldn't have been

16  able to get that sale if I couldn't have explained to

17  my prospect on the phone what those programs were

18  actually like.  There's no way that she would have had

19  the confidence to buy them from me if I, myself,

20  didn't have the confidence to even invest in them.

21         I hope that makes sense to you because even

22  though as a MOBE consultant, you're not necessarily

23  going to be on the phone talking to people about the

24  Masterminds, in your marketing, you will be

25  communicating these kind of things.  You will be

PX 22                              FTC-MOBE-001803

23



1 talking about the fact that you are a Platinum

2 consultant, you are a Diamond consultant.  After

3 you've attended the Masterminds, you will be able to

4 talk about them.  You will be able to show photos of

5 them.  You will be able to talk about what you learned

6 from the speakers.

7   So when you've actually consumed the product

8 and you can use that in your marketing, it's just an

9 amazing leverage tool.  It really is.  It really helps

10 you to -- to promote them and to get those sales.

11   So what you're looking at here, this is a

12 two-year period that shows the growth of MOBE.  So

13 MOBE started in 2011, and you can see in the very

14 beginning, we weren't doing that much, but towards the

15 end of that first two-year period, we were doing over

16 a million dollars a month.  And these days we do

17 obviously a lot more.

18   Now, all of this that you're looking at,

19 which has gone on to be, again, over $100 million in

20 revenue and over $67 million paid out to our

21 consultants, this is all a result of me continuing to

22 invest in myself.  You can't sell high-ticket programs

23 if you're not willing to invest in them.  That's just

24 a fact, okay?  Or at least I should say you can't sell

25 them remotely as well.



**PX 22**    **FTC-MOBE-001804**

24



1            But when you can actually talk about the
2     story of how you went and invested in those programs,
3     even though maybe it was a bit of a stretch, maybe you
4     didn't initially have the money to do it, so you had
5     to be a little bit resourceful, but when you can tell
6     that story, it's really, really powerful.  And it
7     gives others confidence to follow in your footsteps.
8            So if you listen to a lot of these success
9     stories on MOBE Inspiration, and I'll -- I'll put
10    the link below as well and some videos you can check
11    out -- but you will notice that just about every
12    person there who's making the high-ticket commissions,
13    they've all invested in those training programs and
14    they've been willing to actually go to them and
15    experience the training.  So it really helps them get
16    these sales coming in.
17           So after you graduate from these 21 steps,
18    you are going to be positioned at either a Silver,
19    Gold, Titanium, Platinum, or Diamond consultant level.
20    And, again, what do you think is going to be the most
21    powerful?  If you can say that you're a Diamond
22    consultant, do you think that that's going to really
23    help you in your marketing?  Absolutely it is,
24    especially when you can show that Diamond-certified
25    consultant badge on your website.  Other people will

**PX 22**            **FTC-MOBE-001805**

1    see that, and it will just give them confidence that

2    if they're going to get involved in MOBE, if they're

3    going to invest in our training program, you're the

4    consultant to work with.

5        So here's a short presentation where I talk

6    further about this --

7        **(MOBE video shown as follows.)**

8        MATT LLOYD:  I want you to imagine that this

9    is your website, and instead of me, that's you.  Okay,

10   you've got your own branding photo there.  Now, right

11   below your photo is your certification level.  Let's

12   say that you are a Diamond-certified partner.  Your

13   badge will be displayed right there.

14       Now, if someone doesn't know what that

15   means, they'll be able to click on that Diamond-

16   certified, and they'll be able to go and see what the

17   core programs are and what you have to do to get

18   certified.  Right there on your website will be all

19   the core products of MOBE -- Silver, Gold, Titanium,

20   Platinum, Diamond.  These will all be your affiliate

21   links.

22       So let's say that they're on your website

23   and they see that you're Diamond-certified and they

24   hover over Diamond.  They'll see what Diamond's about.

25   They'll click on read more, and it will take them to

1    that brand new sales letter for Diamond.  And it's

2    going to be your affiliate link.  Okay, so it's all

3    tracked back to you.  But this will be a professional

4    website.

5          Now, here's the other really cool part.

6    Who's ever started a blog and you start writing blog

7    posts but after a week you kind of lose your momentum?

8    Who's got a blog out there that you haven't updated in

9    over a month?  Be honest.  Yeah, most of us.  I do,

10   too.  Okay, Matt Lloyd's blog, that hasn't been

11   updated in a while.

12         Well, we're going to fix that for you.

13   You'll notice that on MOBE.com every single day,

14   without fail, we release three brand new blog posts.

15   What we're going to do is we're going to custom code

16   your websites so that all of our blog posts

17   automatically are fed onto your website.  In other

18   words, your website updates every single day with

19   brand new content.

20         But within --

21         **(Applause.)**

22   MATT LLOYD:  Thank you.  Within -- within

23   each piece of content, you'll notice that pieces of

24   content, at the end, they will usually recommend a

25   product.  So let's say that piece of content, it's all

27



1    about Facebook pay-per-click.  Well, at the end of

2    that article, we go and recommend a product on the

3    MOBE Marketplace about Facebook pay-per-click.  We're

4    going to do the same thing on your website.  But it's

5    going to be your affiliate link.

6            So in other words, you just have this never-

7    ending stream of new content coming out, which can get

8    you sales.  When people come to your website, it looks

9    professional.  Okay, it looks all very professional.

10   And, again, this is just a mockup.  It's going to look

11   way better than this.  This is a rough mockup.  Yours

12   will look way better.  But they'll see exactly what

13   your certification level is.

14           Now, let's say they don't know what Diamond-

15   certified means.  They click on it.  And it's then

16   going to take them to a new page showing all the

17   different certification levels.  And they will be able

18   to see that you've got certified at Diamond and what

19   Diamond is.  They'll be able to see your -- the date

20   that you got certified at Diamond.  They'll be able to

21   see what you need to do to get certified as a Diamond

22   partner.  They'll see when you did your Platinum, when

23   you did your Titanium, when you did Gold, everything.

24   It's like a time line that shows your -- your

25   education steps that you went through.

**PX 22**            **FTC-MOBE-001808**

1          Now, let's say that someone's thinking about

2     working with you, or they're thinking about coming

3     onboard with MOBE as an affiliate partner.  Do you

4     think that if you're certified at Diamond that's going

5     to help with your credibility?  Absolutely, okay?  And

6     it's going to be right there in front of them.

7     They're going to land on your homepage, and your level

8     will be right there, whether you're Diamond, whether

9     you're Silver, whether you're Gold.  It's right there

10    in front of them.

11          This will also increase your conversions

12    because as people come onboard and they get started

13    with you, as you go and build your own affiliate team,

14    think about this for a second.  I get started with

15    you, and I see that you're Diamond-certified, is that

16    a good first impression?  Absolutely.

17          Now, if I'm thinking about going Diamond and

18    I know that you're Diamond, you just set the example

19    for me to follow.  But what if you're only Silver?  If

20    you're only Silver, it doesn't -- it doesn't look that

21    good.  Okay, it will still give you a little bit of

22    credibility, but it doesn't look as good.

23          So it means that as people go through our

24    marketing process, they're seeing this, they see that

25    you're Diamond and they think, you know what, I want



29



1    to be Diamond, too, because I'm going to have this

2    website built for me, and I want to be able to show

3    everyone that I am a Diamond-certified partner within

4    MOBE.  It means that you're going to get a lot more

5    upsells in your business.  This will dramatically

6    increase your conversion rates.

7        Now, up here in the menu, if they click

8    on product -- remember, this is all on your own

9    website -- if they click on products, every single

10   product within MOBE -- on our MOBE Marketplace, and

11   there's currently hundreds of them, you're going to

12   have them all on your website.

13       And below every single product, there's



14   going to be a link.  That's going to be your affiliate

15   link.  You won't have to waste any time trying to set

16   this up.  It's all done for you as part of our new

17   partner program.

18       **(Applause.)**

19       MATT LLOYD:  So now as a MOBE consultant,

20   you're talking to a business owner, and they -- they

21   tell you what their -- their struggle is.  And let's

22   have a look.  Let's say that they tell you that they

23   are struggling to give sales presentations.  So you go

24   to your products tab or you recommend they go to your

25   products tab and your professional website, and there

**PX 22**            **FTC-MOBE-001810**

1    just so happens to be a product that's related to

2    giving good sales presentations.  They click it, they

3    buy, you get paid.  Okay, now that person's -- they're

4    in your business, okay?

5         So it's the same with the events.  What

6    you're going to see is a lot more events come through

7    MOBE.  We're going to start adding a lot more summits,

8    and we're going to add them to our Mastermind levels.

9    So Titanium right now includes three summits.  It's

10   soon going to include a lot more.

11        We're going to make each Mastermind level

12   much more valuable, add more training, more content,

13   which means that there's more training to go through

14   to get certified, but we -- we don't want it -- we

15   don't want it to be too easy to get certified.  We

16   want people to actually have to go through the

17   training, learn a lot, and really earn that

18   certification badge.

19        So you're going to be going back to school

20   soon.  Okay, you're going to -- you're going to have

21   exams --

22        **(Applause.)**

23        MATT LLOYD:  No.  I'll -- I'll make them --

24   I won't make them too hard, but they -- they really

25   will test your understanding, okay?  But all of that's

**PX 22**                    **FTC-MOBE-001811**

31



1    going to be there.  And then you're going to have the

2    "About Me" section.  So you'll be able to write your

3    own little bio, you can get your own little photo like

4    that done.  You will have a contact section.  They'll

5    fill this out, you'll be able to get leads.

6            Now, the other thing that we're going to do,

7    as you -- as you get certified at the higher levels,

8    your website will change.  You're going to get

9    additional features.  So, for example, let's say

10   you're Silver.  Okay, let's say you've Silver.  You're

11   going to get a standard website, kind of like the one

12   I just showed you.  But if you're willing to upgrade

13   to Gold, then your website will be upgraded.  It's

14   going to have a few more features now.

15           So, for example, you will be able to start

16   embedding different affiliate links and creating

17   different residual income streams.  And as you upgrade

18   to the higher levels, let's say you become Diamond,

19   you're going to get access to things like much more

20   templates.

21           You'll be able to completely customize your

22   website and create something with your own color

23   scheme, your own design.  You'll be able to choose

24   from lots of different templates so that no one else

25   out there, no other MOBE consultant, has your website.



**PX 22**                    **FTC-MOBE-001812**

32



1     Yours will be completely unique.  But that will be

2     available at -- at the higher levels, at Diamond.  But

3     you'll be able to do all kinds of things.

4             MOBE Sites, that we're going to completely

5     renovate that and make that so much more powerful.

6     And as you get to the higher levels, you're going to

7     get more and more features.  You'll be able to create

8     lots of different lead capture pages, everything.

9     Okay, so that's another reason why you want to go

10    Diamond.

11            Okay, so the upgrade to MOBE Sites, you

12    won't need to upgrade if you're Diamond.  You'll get

13    everything plus a whole lot more.  We're going to

14    completely renovate the whole thing.  Oh, and I'm glad

15    you brought that up, because I want to show you one

16    other thing we're working on.

17            Check this out.  We're going to give you a

18    brand new back office.  And this back office will

19    absolutely kill what we have right now.  What we have

20    right now is just -- it's -- it's okay, but it's kind

21    of outdated.  And I've been wanting to do this for a

22    very long time.  And I just didn't have -- I didn't

23    have the -- the tech resources that I needed to get it

24    done.  That's going to change this year.  We are

25    rebuilding an entire new tech team, and they're going



**PX 22**          **FTC-MOBE-001813**

33



1   to be working with me in the offices in Kayol

2   (phonetic) no more -- you know, we'll still have some

3   virtual staff on our tech team, but the core is going

4   to be right in the office working with me.

5          So your new dashboard, it's going to have

6   everything.  Your commissions, all of your stats,

7   everything displayed so it's easy to understand, you

8   know, how much traffic you're getting, how many leads

9   you're getting, how many commissions you've got,

10  everything.  This living, breathing dashboard, all

11  your key stats, completely customizable, fully

12  integrated with HasOffers, with our tracking program.

13         You know how right now you log into MOBE

14  Office, then you've got to go to HasOffers, and then

15  you've got to go to MOBEaffiliatesupport.com, and then

16  you've got to go to your 21-step back office, and

17  everything's spread out.  It's not -- it's not really

18  user-friendly, especially for someone who's brand new.

19  That's going to change.  We're going to have

20  everything in the exact same place.  You log into one

21  membership site --

22         **(Applause.)**

23         MATT LLOYD:  -- and it's all there.  So at

24  the bottom of your back office -- and, again, this is

25  a mockup we threw together.  It's going to be much

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001814**

34



1    better than this.  But everything's going to be here.

2    Announcements from me, so important announcements, so

3    you -- you don't miss them.  Daily training calls.

4    Where do you get access to all the different training

5    calls.  Event schedules.  All your affiliate links.

6    All your reports, calendar.  Our team members, who

7    they are, their names.  You can email them at the

8    click of a button.  But it's all here right in your

9    back office.  Landing pages, everything.  All in the

10   one place.  Okay?  So this is going to be really,

11   really cool.

12              **(MOBE video concludes.)**

13        MATT LLOYD:  Now, a common question that I



14   get, especially from new consultants, is, Matt, once I

15   go out there and I start promoting the MOBE business

16   and I start recommending different MOBE products as a

17   consultant, how do I advise business owners or how can

18   I communicate to business owners who are more

19   successful than me, who are making more money than me?

20             And this is a really good question because I

21   used to struggle with this when I first started out.

22   In fact, in my mind, when I first started out, I -- I

23   used to think, well, I haven't made any money yet, so

24   how do I go out there and tell people to get these

25   programs and how great they are, especially when those



**PX 22**        **FTC-MOBE-001815**

1   people might be more successful in business than me.
2   But here's what you have to realize, and this is
3   something I've learned over the years.

4        Most business owners, even the ones who are
5   making good money, many of them are actually not
6   really that good at business.  Okay, and I know that's
7   a pretty bold statement, but let me explain why.
8   Typically most business owners are actually people who
9   did a job, were really good at doing the thing, and
10  then decided to start a business around it.  So, for
11  example, you might have a restaurant owner who used to
12  be a chef, and they're very good at making food, at --
13  at cooking food, at serving food.  So they decide to
14  start a business around that skill.

15       And because they're so good at it, they are
16  able to experience some success.  So maybe they're
17  able to make six figures per year.  But they're always
18  in the business.  And what they really created is a
19  job.  It's a self-created job.  And their employer is
20  themselves.  So they're working for themselves, but at
21  the end of the day, it's still a job.  If they don't
22  show up, money is not going to come in so freely.

23       But a real business isn't dependent on the
24  entrepreneur or the founder actually showing up and
25  doing the work.  A real business is where you create a

**PX 22**              **FTC-MOBE-001816**

36



1    system around fulfilling that thing that you used to

2    be really good at.  Or maybe, in fact, you're not even

3    really good at it and you find other people who are.

4    And that's really a common thread throughout the MOBE

5    core curriculum.  The whole point of getting into

6    business is so that you don't have to be there 12

7    hours a day, 7 days a week doing all the work.  A

8    business is meant to free you; it's not meant to

9    constrain you.

10          So even these people who might be making six

11   figures per year, even these people still need advice,

12   they still need training.  And if you've been through

13   the MOBE core curriculum training, you actually



14   understand more about business than most of them do.

15   Okay, they know how to do the thing that they do

16   really well, but they don't necessarily know how to

17   build a successful business.  They don't know how to

18   scale a business, whereas you've had the training and

19   you can therefore recommend the resources like the

20   Titanium Mastermind, Platinum Mastermind, and Diamond

21   Mastermind.

22          Now, once you've been through the MOBE

23   curriculum training, you will be able to recognize

24   very quickly where someone is at in building their

25   business.  So you'll be able to recognize whether

37



1    they're just at the start, whether they are struggling

2    with scaling their business, so therefore perhaps

3    Titanium Mastermind would be great for them.

4         You'll be able to recognize if they're

5    getting close to an exit, therefore the Diamond

6    Mastermind would be something you recommend.  But once

7    you've been through the training, you will be able to

8    recognize it in other businesses.

9         So the action steps for today, here's what I

10   want you to do.  Number one, when getting certified as

11   a MOBE consultant, where do you see yourself being?

12   Do you see yourself being a Platinum consultant, a

13   Diamond consultant?

14        And I'm talking about 30 days from now, and

15   I'm also talking about one year from now.  So I want

16   you to write down your answers, and I want you to

17   communicate that to your coach.  Where do you see

18   yourself being in this entire program.  Do you see

19   yourself being a Diamond-certified consultant?  And,

20   also, why.  Why do you see yourself being at that

21   level?

22        I want to ask you, can you see the

23   advantages of being at certain levels.  So, for

24   example, can you see the advantage of being a Diamond-

25   certified consultant over, say, a Titanium-certified

**PX 22**                    **FTC-MOBE-001818**



1    consultant.  And then what I want you to do, I want
2    you to draw up a classic positive-versus-negative
3    list.  And here's what I want you to do.
4            I want you to write down under the positives
5    all the positives around investing in the core
6    curriculum training programs that MOBE offers.  So,
7    for example, Titanium, Platinum, and Diamond.  What
8    are the benefits you're going to get, how's that going
9    to enhance your ability to consult, how's that going
10   to enhance your ability to be a MOBE consultant and to
11   make more money?  I want you to write down all of
12   those positives.  So think about the training and
13   mentors you'll get, the commissions you'll be able to
14   make, and also the system you'll be able to leverage
15          And then what I want you to do is I want you
16   to list any drawbacks, if you can think of any.  Okay?
17   So that would be in the negative column.  And then I
18   want you to take that and show that to your coach on
19   your next call.
20          So that's it for Step 11.  In Step 12,
21   here's what I'm going to show you.  In Step 12, you
22   will discover the many sales channels that MOBE has in
23   place to monetize your leads and get you paid big
24   commissions.  And then in Step 13, you'll be shown how
25   to get access to the necessary funding required to



39

1    build your business and create your desired earning

2    level.

3            So go ahead, reach out to your coach, do the

4    action steps, and I will see you in just a moment.

5            **(The recording was concluded.)**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001820**

40

CERTIFICATE OF TRANSCRIPTIONIST

1
2
3
4        I, Sara J. Vance, do hereby certify that the
5   foregoing proceedings and/or conversations were
6   transcribed by me via CD, videotape, audiotape or
7   digital recording, and reduced to typewriting under my
8   supervision; that I had no role in the recording of
9   this material; and that it has been transcribed to the
10  best of my ability given the quality and clarity of
11  the recording media.
12       I further certify that I am neither counsel
13  for, related to, nor employed by any of the parties to
14  the action in which these proceedings were
15  transcribed; and further, that I am not a relative or
16  employee of any attorney or counsel employed by the
17  parties hereto, nor financially or otherwise
18  interested in the outcome of the action.
19
20                         *Sara J. Vance*
21  DATE:   2/5/2018      _____
22                        SARA J. VANCE, CERT
23
24
25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**        **FTC-MOBE-001821**

# Exhibit FF

FTC-MOBE-001822

FTC-MOBE-001823



## Step 12:

*"Understanding The Selling Systems MOBE Has In Place To Get You Paid"*

**What You'll Discover In This Step:**

- How MOBE uses many different follow-up strategies to generate commissions on autopilot after you refer clients. These include email, webinar, direct mail, phone sales, traffic sales, and live event channels
- The importance of always adding more communication channels into your marketing to more effectively reach, engage, and sell to your audience

Difficulty level:    BEGINNER

Video Time:    54    MINUTES

In this video I'm going to show you how to get access to even more opportunities.

**Your Business Coach**

Marlon Nuqui

✉ Email:
marlon@mobe.com

☎ Phone:
1-

📅 Schedule A Session:
Click Here

Skype:

**PX 22**



FTC-MOBE-001824

**PX 22**

FTC-MOBE-001825

**Step 12 - Training Section #1**

Congratulations. Less than 26% make it to step 12!

One of my strategic objectives in running MOBE is to always be adding more communication channels to our marketing so that we can maximize conversions for our MOBE Consultant partners.

When MOBE first started in 2011, we only had email follow-up. Shortly after that, we added webinar follow-up. Then phone follow-up. And then direct mail follow-up, and also live event follow-up

We have a lot more communication channels these days, but in this step I'll be focusing just on the main ones we use to make you sales.

## The MOBE Email Follow-Up Process

Email marketing is the most powerful online source of commissions for our Consultant partners who send us leads and clients.

**Here's how it works:**

At the end of this 21-Step training, you will get your MOBE Consultant links and you will also learn how to place ads, either from one of our traffic training programs or from a MOBE traffic coach.

Often, your ads will be going to one of the MOBE lead capture pages, which may look something like this:



When someone clicks on one of your ads, what they are really clicking is your MOBE

### Your Business Coach

**Marlon Nuqui**

✉ Email:
marlon@mobe.com

☎ Phone:
1

🗓 Schedule A Session:
**Click Here**

Ⓢ Skype:

✉ Email:
marlon@mobe.com

☎ Phone:
1

🗓 Schedule A Session:
**Click Here**

Ⓢ Skype:

**PX 22**



**marlon@mobe.com**

✉ Email:
marlon@mobe.com

📞 Phone:
1-

📅 Schedule A Session:
**Click Here**

Skype:

**marlon@mobe.com**

📞 Phone:
1-

📅 Schedule A Session:
**Click Here**

Skype:

📞 Phone:
1-

📅 Schedule A Session:
**Click Here**

Skype:

Consultant link, which drops your "cookie" on their internet browser. (A "cookie" is a tiny piece of code, which tracks your referrals. When they buy, the cookie ensures that the commission is accurately credited to you.)

Once they "opt-in" (enter their email address), they'll be added to MOBE's email database, which currently has more than 700,000 subscribers. We'll then send email follow up messages to them that contain valuable content and also promote our various online offers.

When people buy the products offered in these emails—even if it's many months after you generated the lead—you'll still be credited for the sale and receive your commission.

That buyer is then locked to you. Even if they click on some other consultant's link after that first sale, all of their future purchases will be credited to you. This is how we protect the integrity of knowing who to pay the MOBE Core Curriculum commissions to ($1,250, $2,500, $3,300, $5,500, and $10,000).

## The MOBE Event Sales Process

The MOBE events division is a vital part of our company. We are after all an education company, and many of our more advanced trainings (like the Titanium, Platinum, and Diamond Masterminds) are live events.

We don't just do live events on the back-end though; we also host them as a major part of our customer-acquisition strategy. In fact, there's hardly a weekend that goes by when MOBE is not hosting a three-day training and sales event somewhere in the world. From Sydney to LA, to London, to Hong Kong, our events truly are global.

As a consultant, you can promote these events and give your clients an amazing experience. You can also make a lot of money because, after having done many hundreds of these events, our event teams have become very effective at both delivering great training and helping people to obtain more of it.

Now I want to be clear: our live training events are not "pitch-fests" (where speakers try to sell you something every 90 minutes for three days straight.) When you attend your first one, you'll see how much value is provided.

**So here's how the model works:**

We host Preview events called the I.M. Freedom Workshop ("I.M." stands for "Internet Marketing") in various cities across the globe. They last about two hours and cover the basics of online affiliate marketing and the HTAM concept. You, as a MOBE Consultant, can promote these. When people register for the event, you'll be able to see them as a lead in your consultant back office.

**FREEDOM** WORKSHOP

PX 22



Exhibit FF - Page 5 of 77

FTC-MOBE-001827

At the end, attendees are invited to a three-day training event where they can learn a lot more. This event, called The Home Business Summit, is similar to the 21 Steps you're going through now, except the content is more in-depth, and is presented in-person. We also offer Home Business Summit attendees the MOBE Core Curriculum training programs (Silver Masterclass up to Diamond Mastermind).

As long as you were the consultant who referred the client to the Preview event, they will be looked to you, so if they buy anything at the three-day training, you'll get paid commissions on it.

A lot of the highest paid MOBE Consultants send 1/3 to 1/2 of their traffic to live event promotions, because they can be very lucrative. The conversion rates between core programs (e.g. from Titanium to Platinum, and Platinum to Diamond) are also much higher than any other marketing funnels we have.

Just listen …

Diamond Member Joseph Park Gets 2 Sales Totaling $4550!





Joseph Park
Diamond Member

$4,550

Diamond Consultants Al & Carol Monteiro Triple their ad Spend and Earn $5,800





PX 22

FTC-MOBE-001828

**PX 22**



Skype:

Skype:
Schedule A Session:
**Click Here**

Skype:

## Al & Carol Monteiro
### Diamond
## $5,800

The other main events where additional sales are also made are the Masterminds themselves. When you attend any of our international Mastermind events, there will be a small segment where we talk about our additional training programs.

Many clients enjoy the current Mastermind they're at so much, that they decide they want to continue their education with us and invest in our more advanced training. If any of these clients were referred by you, you'll get paid the commission.

The highest commission you can earn from a single sale made at a live event is $25,000 (for the exclusive one-year mentorship program I offer).

NEXT SECTION · PLEASE CLICK HERE



**Step 12 - Training Section #2**

# The MOBE Webinar Sales Process

Another major commission source for MOBE consultants is all the webinars we host. In any given week, we promote more than 50 different webinars to our list (which is made up of buyers referred by Consultants just like you)

You will not see the majority of these, as they are promoted by strategic segmentation of our lists based on prospects' geography and past buying behavior

In all of these webinars, the hosts give valuable training on a number of different topics, from getting more traffic, to increasing conversions, to creating your first product. Just about all aspects of building a business are covered. They also offer a wide range of MOBE training programs (which you'll find on www.MOBEmarketplaoec.com).

If one of your clients attends one of these webinars and buys, you'll get paid a commission.

Every Thursday we do a major sales webinar which all MOBE Consultants can promote as well. The majority of the commissions paid out from these webinars ranges from $200 to more than $3,300.

*Your Business Coach*

**Marion Nuqui**

✉ Email:
**marion@mobe.com**

📞 Phone:
1-

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

📅 Schedule A Session:
**Click Here**

FTC-MOBE-001830

PX 22



When we first started leveraging this sales channel, we found out the hard way that promoting lower-priced products on webinars was a waste of time.

Regardless of whether you promote the Thursday webinar or not, MOBE will still send emails to your clients and encourage them to attend these. Once you've referred enough clients to us, don't be surprised if you start seeing commissions show up each week that you weren't expecting.



FTC-MOBE-001831

**PX 22**

## The Direct Mail Sales Process

Chances are you've received some direct mail from MOBE, so you've seen this channel used firsthand already.

For many of the biggest information marketing businesses on the planet, direct mail is a huge source of new business. For example, financial newsletter publisher Agora Inc. (which currently does over $200 million in annual sales) gets a huge portion of its sales from direct mail.

MOBE typically invests between $15,000 and $50,000 in direct mail to promote our live Preview events.



But we also use direct mail to promote these events to your online buyers, using geographic list segmentation. For example, let's say you promoted one of our $49 products online, and a person from Los Angeles bought it. Even if they did not purchase any back-end programs at that time, we would still send them a direct mail piece when we do one of our Preview events there. If they then go to the event and make a purchase, you'd get paid.

This works extremely well, and is continuously going on in the background to make you additional commissions.

We'll be following up with the clients you refer, to offer them the next Core Curriculum program (e.g., if they have the Gold Masterclass, we'll encourage them to get the Titanium Mastermind). We also use direct mail to promote our front-end online funnels, as well as our live events.

Remember, once you refer a client to MOBE, you are "locked in" as their referring



FTC-MOBE-001832



consultant for life. This means that if they purchase a program from us two years after buying through one of your links, you'll still get paid your commission.

This is something that needs to be experienced firsthand to really appreciate how amazing it is.

We have consultant partners who've unexpectedly made an extra $5,500 or even $10,000 commission, years after their original referrals.

In all the years I've been marketing online, I've never seen another company that does this. Most won't even pay you on back-end sales, let alone pay you on back-end sales made years later after you've forgotten about those referrals.

## The Phone Sales Process

MOBE achieved its first $50 million in gross revenue primarily through the telephone. It's been (and continues to be) an incredibly powerful medium for us.

In the beginning, I did all the phone sales calls on behalf of all our consultants. I contacted the front-end buyers, gave them some consulting, and then offered one of the two back-end programs I had at the time, which sold for $1,997. Each time I made a sale, I paid $1,100 to the Consultant.

By January 2012, I was doing so many sales calls that I couldn't focus on running the company. It was at that stage that I began to build the MOBE Phone Sales Team. Today, that team is made up of dozens of sales professionals from around the world who've generated tens of millions of dollars in commissions for our consultants.

Because they are also paid on commission, if the sales team isn't making sales for you, then they are not making money either. So it's a great partnership, in which both your interests and theirs are aligned.

**Here's how the process works:**

The phone sales team only calls back front-end buyer leads. This is because a buyer lead is 10x more responsive to new offers than non-buyers are.

Let's say that as a MOBE consultant, you promote the sales page for *Limitless* at *www.mobe.com/limitless.*



PX 22





When someone buys the book, it generates a buyer lead. This triggers a "task" in our customer relationship management (CRM) software, which goes to one of our phone sales professionals who is in the same time zone as the buyer. They call back the buyer, find out how else we may be able to serve them and then, if appropriate, offer them one of our many programs.

You will get paid a commission on whatever they sell.

If the phone sales professional doesn't reach the client on the first try, they'll try again every 24 hours for up to five days before assigning the client an "unreachable" status, at which point an email follow-up campaign will be triggered to try and re-establish contact with the client so we can get them on the phone.

Here's a photo of some of our phone sales professionals at a Platinum Mastermind in Costa Rica, while everyone else was enjoying the event, they were still calling back clients!

## "What If I Want To Handle My Own Phone Sales—Can I Do That And Earn Bigger Commissions?"

The short answer is yes—as long as you are a Diamond Certified Consultant.

PX 22



The majority of consultants prefer to have our professional phone sales team handle the sales calls for them, knowing they'll be able to get much higher conversion rates on average and enjoy a "hands-off" approach to phone follow up. But if you're adamant about doing all your own phone sales to your own prospects, you can.

The current phone sales commissions MOBE pays on the core curriculum products is 30%. Here are the actual amounts:

- **Silver Masterclass:** Your commissions with Phone Sales Assistance = $1,250/without = $1,625
- **Gold Masterclass:** Commissions with Assistance = $2,500/without = $3,250
- **Titanium Mastermind:** Commissions with Assistance = $3,300/without = $4,800
- **Platinum Mastermind:** Commissions with Assistance = $5,500/without = $8,000
- **Diamond Mastermind:** Commissions with Assistance = $10,000/without = $13,500

Handling your own phone sales can increase your earnings but the trade-offs that you'll be spending a lot of your time on the phone, having most people say "no" to you. Depending on how many leads you're getting, it could be close to a full-time role. Is the extra work really worth the additional 15 percent? Only you can answer that.

Here are some questions to consider before making a decision:

- Am I interested in taking the time to answer a potential new client's questions?
- Am I intimately familiar with the various MOBE product lines and compensation plans?
- Do I feel confident asking for the sale, especially a $10,000 or $20,000 sale?
- Do I completely understand the process for getting started with the MOBE system?
- Am I comfortable with all aspects of the MOBE system—the back office, sales funnels, training webinars, etc.?
- Am I ready to lead a team in this business?
- Am I available during normal business hours and sometimes also early in the morning or in the evening?

To this day, the majority of our million-dollar-earning consultants leverage the MOBE phone sales team, and just focus on generating new leads.

Regardless of what you decide, once you get certified as a Diamond Consultant you will receive a bonus training program (normally sold for $4,997) called "How To Make High Ticket Sales On The Phone," which will show you how to sell high-ticket without fear, anxiety, or resistance. It's designed for people who are new to selling on the phone, and is crafted around MOBE's more expensive training programs (e.g. the Platinum Mastermind).

**Full disclosure:** This training program refers to "MLR" which was the predecessor of

FTC-MOBE-001835

**PX 22**



Click Here

Skype:

Customer Account:
Click Here

Skype:

Schedule A Session:
Click Here
Click Here

Skype:

the Silver Masterclass program, and also has the old pricing of the core curriculum products. It was also made before the Diamond Mastermind was introduced.

However the principles of the training are still as relevant today as they ever were, and extremely effective too. Every single staff member who joins the MOBE phone sales team has to complete this training before they ever start working with your clients.

Even if you don't plan on making calls yourself, this program will still increase your ability to effectively communicate, build relationships, and even close large deals.

### "How I Got Paid $14,050 For One Customer Using The 21 Step System . . ."

In this video, you'll hear Diamond Mentor Terry Lamb talking about how he made a $14,050 commission when one of his clients was going through the 21-Step system, and he was making his own sales calls.



NEXT SECTION PLEASE CLICK HERE



### Step 12 - Training Section #3

# The Traffic Coaching And Sales Process

Depending on what level of MOBE Core Curriculum products you enroll in, you may get some one-on-one traffic coaching sessions included. This is where you'll be able to get on Skype and learn exactly what you need to do to promote your MOBE links, generate leads, and make sales.

Each traffic coach is proficient in all the major traffic sources (Facebook PPC, solo ads, etc.) but they specialize in one method. All of them are successful Platinum and Diamond MOBE Consultants themselves and some have generated multiple six figures so far. They're here to help new Consultants get set up, place their first ads, and become profitable.

You'll have a chance to work with your traffic coach once you complete these steps, and are ready to start promoting. They will show you some free traffic methods but will focus on paid traffic methods, since these are much faster, and are also scalable.

Along the way they may recommend a few of MOBE's trusted traffic sources. (Full disclosure: these companies are separate from MOBE and I am co-owner of a few of them.)

Although there are no guarantees with these (or any) traffic sources, we have seen many MOBE Consultants get amazing results utilizing them. Your traffic coach will also be able to show you some methods you can use to maximize the ROI you get with them.

Here are just two of these traffic sources:

WeSellClicks.com

PX 22

FTC-MOBE-001836

FTC-MOBE-001837

**PX 22**



**Marlon Nuqui**

✉ Email:
**marlon@mobe.com**

📞 Phone:

📅 Schedule A Session:
**Click Here**

Skype:

---

📞 Phone:

📅 Schedule A Session:
**Click Here**

Skype:

✉ Email:
**marlon@mobe.com**

---



WeSellGoodTraffic.com





Again, they only recommend these traffic sources because many of our consultants have had good results using them.

The good news is that whenever one of your leads becomes a MOBE client and buys traffic from these sources, you'll get paid a 5 to 10% commission.

For example, if they purchase the "Producer" traffic package from WeSellGoodTraffic.com, you'll get paid a $750 commission. Percentage-wise, these commissions are smaller than many of our other programs, because the cost of fulfilment on traffic is so much higher.

A word of advice: before you buy traffic from any source, ask your traffic coach for their



**FTC-MOBE-001838**

opinion. There are companies out there that have targeted new MOBE consultants. Some are outright scams. So always talk to your MOBE traffic coach before you buy.

Also, there's only one traffic agency which can offer you MOBE buyer leads (WeSellGoodTraffic.com), so be especially wary of anyone else who says they can generate buyer leads for you.

## "Are You Interested In Joining One Of The MOBE Sales and Coaching Teams and Earning A Very Lucrative Income?"

For Diamond consultants who have a talent for either live event or phone sales (and the numbers which demonstrate that talent), we offer an exclusive opportunity to join the MOBE Sales Teams.

Being part of these teams puts you in a position to be able to earn a very lucrative income—upwards of $20,000+ a month once you work your way into one of the more senior positions (although this is not average).

The current record for a sales team member's annual income is more than than $460,000. (Again, this is not typical; I just want you to see what's possible)

If you're interested, start as a MOBE Consultant and leverage our experienced MOBE sales teams to generate your first sales. Once you're making $15,000 or more a month and have steady cash flow, you might want to start handling your own sales. When you've done that for a few months and can demonstrate results, then you can apply to be on the sales teams.

If there's one thing I'm proud of, it's how effectively MOBE uses all of these different channels to get our training programs into the hands of the entrepreneurs who need them and to get big commissions paid to consultants like you.

As long as you put quality prospects into our marketing systems, you can do very well (We'll cover more on how to do this in an upcoming step.)

This is how MOBE has paid out well over $60 million to date. My commitment to you is to never stop improving all of these sales channels and to always look for others we can add in as well.

## The Importance Of Always Adding More Communication Channels To Your Marketing To More Effectively Reach, Engage, And Sell To Your Audience

At some point, after you start promoting and have made your first few commissions, you will want to start building your own email list—an asset which you can continuously market to for the rest of your life, and make an income from. When you're ready for this, one of our MOBE traffic coaches will be able to help you set it all up.

**PX 22**

FTC-MOBE-001839

**PX 22**



But a word of advice: don't build your business around just one marketing channel (like email) because, as direct marketing legend Dan Kennedy says, "One is the most dangerous number in business." Here's an episode of "Ask Matt Lloyd" where I explain why this is so important:



Though this is very important, during the early stages of your MOBE Consultant business, focus only on learning and mastering one source of traffic and let MOBE handle all the follow up, until you've started generating your first commissions.

For more details visit: www.mobe.com/diamondmastermind.

**NEXT SECTION - PLEASE CLICK HERE**

FTC-MOBE-001840

PX 22



Step 12 - Top Earners Extra Training

## Top Earner Extra Training:

**Live Events:**

When is it time for me to do my first live event?

Your first live event cost $1,000 per ticket and you ended up selling 46 tickets. How did you do this?

Which MOBE Mastermind event is the right one for me?

Considering your introverted nature, how did you get so comfortable speaking in front of live audiences?

How do I get good at delivering sales presentations?

What plans do you have for live events in the future?

How do you choose such amazing resorts for your masterminds and why are they so important?

What do you do to get over your fear of speaking from the stage?

How do I prepare for my first live event?

If I'm about to do my first live event at a hotel, what tips do you have for getting as many perks as possible?

How many Titanium Masterminds have you done—and what's the long term plan with that live event?

When you are putting on a major live event, how do you mentally prepare yourself?

How can I be considered to be a featured speaker or trainer at a MOBE event?

NEXT SECTION - PLEASE CLICK HERE

*Your Business Coach*

**Marlon Nurqui**

✉ Email:
marlon@mobe.com

☎ Phone:
1

📅 Schedule A Session:
Click Here

Skype:
Click Here

Skype:
Click Here

Business Coach Feedback:

MOBE WOULD LIKE YOUR FEEDBACK!

CLICK HERE



FTC-MOBE-001841

**PX 22**





FTC-MOBE-001842

**PX 22**

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.      1723072

TITLE           MOBE

DATE            RECORDED:  DECEMBER 14, 2017
                TRANSCRIBED:  FEBRUARY 9, 2018
                REVISED:  MARCH 1, 2018

PAGES           1 THROUGH 57

Step 12_2017-12-14_9-01-43

C Jones
3/28/2018

**PX 22**          **FTC-MOBE-001843**

2

1                        FEDERAL TRADE COMMISSION

2                              I N D E X

3

4          RECORDING:                                      PAGE:

5          MOBE Step 12                                       4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001844**

3

1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       MOBE                           )   Matter No. 1723072

5                                      )

6       ------------------------------)

7                                  December 14, 2017

8

9

10

11           The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**            **FTC-MOBE-001845**

4

1              **P R O C E E D I N G S**

2                 -    -    -    -    -

3            **Step 12_2017-12-14_9-01-43**

4            MATT LLOYD:  So welcome to Step 12 of the

5    21-step business system.  In this step, we're going to

6    be talking about understanding the selling systems

7    that MOBE has in place to get you paid.  So as you

8    will soon discover, we have a lot of different sales

9    channels that are always working on the back end.

10   It's completely auto-pilot.  You don't have to get

11   involved, but these selling systems are responsible

12   for what's paid out the $67 million in commissions so

13   far.

14           Now, just so you know, less than 26 percent

15   of people get to this step, so keep on going.

16           Here's what we're going to be talking about

17   in this step.  I'm going to share with you, number

18   one, how MOBE uses many different followup strategies

19   to generate commissions on auto-pilot after you refer

20   clients, and then I'm going to share with you the

21   importance of always adding in more communication

22   channels in your business.  Now, again, MOBE is

23   already doing this for you a lot, but you won't have

24   to get too involved in that.  We're already doing it

25   for you.



**PX 22**           **FTC-MOBE-001846**

5

1          So one of the main things that I focus on

2     when running MOBE is making our overall selling system

3     as efficient as possible because I know that you as a

4     consultant, you have a lot of options as to where you

5     want to send your traffic.  You could go and promote

6     any other affiliate program out there, and I know that

7     the way that we're going to keep you loyal is to make

8     sure that for every dollar that you spend in traffic,

9     we get you the maximum return.  So I'm always working

10    on additional communication channels to add in to help

11    you get increased conversions.

12         So right now, here's some of the ones that

13    we do.  I want to walk you through these, just so you

14    know how powerful this system is on the back end.  So

15    one of the main ones that we are doing is email

16    marketing.  And as I said in a previous step, email

17    marketing is still, by far, one of the most important

18    followup strategies that an online business can have.

19    It is true that email marketing as a medium, the

20    responsiveness is going down, and it has gone down

21    compared to where it was, say, five or even ten years

22    ago, but it's still incredibly powerful.

23         And as of today, MOBE has over 700,000 email

24    addresses on our list.  And every time that we send

25    out an email, we experience a huge surge of revenue.

PX 22                    FTC-MOBE-001847

6

1      Most of that is actually paid out in commissions to

2      our consultants, people like you, but, still, it's one

3      of our main revenue drivers.  So each time that you

4      refer a lead to us, we already have a prewritten auto-

5      responder sequence in place.  And that's for every one

6      of our funnels.  And there's a lot of them.

7           So, for example, that means you send us a

8      lead; we're going to send out an email day one, day

9      two, day three, day four and so forth.  And when we

10     promote the links, our links are not affiliate links.

11     So, in other words, our links don't override your

12     cookies.  Now, I want to be very clear on that just so

13     you know that if you send us a lead, you've got the

14     last touch.  It's what we call the last touch in this

15     business.  That means that your cookie was dropped on

16     their browser.

17          As long as they don't click on anyone else's

18     link, you will always get credit for the sale.  So

19     please don't ever think that if you send a lead to

20     MOBE and we send out emails that our cookies will

21     override your cookies.  It doesn't work like that.  In

22     fact, we don't use cookies in our own email followup

23     sequence.  We do that because we want to make sure

24     that you get paid for any referral that you send to

25     us.



**PX 22**          **FTC-MOBE-001848**

7

1          Now, in case you're wondering when you get

2     your consultant link so you can start promoting, as

3     I've already mentioned, you will get all of that as

4     soon as you get to the end of these 21 steps, okay?

5     So the way it looks is you get to the end of the 21

6     steps, and we actually have a surprise for you.  We do

7     have a few extra steps as a surprise bonus.  You will

8     learn about that a little bit later on.  But once you

9     complete those, then you will be able to get access to

10    your back office, and you will see all of your

11    affiliate links, or what we call your consultant

12    links, right there for you.

13         Then you will go and simply start placing

14    ads, and each time someone clicks on one of your ads,

15    what they're really clicking on is your link.  So the

16    cookie is dropped, and then when they buy, whether

17    it's right away or whether it's a week later or three

18    months later, as long as your link was the very last

19    one they clicked on, they've still got your cookie.

20    So you would then get the commission credited to you.

21    That commission could be a front-end commission of,

22    say, $44.  It could be one of the back-end commissions

23    right up to $10,000, okay?  So that's the importance

24    of getting your links out there and just always

25    promoting.

**PX 22**                         **FTC-MOBE-001849**

8

1          Now, many of your consultant links, they

2     will go to a lead capture page that looks just like

3     one of these.  And, again, we have many, many dozens

4     of these.  You'll also get access to something called

5     MOBE Sites at the end of these 21 steps where you can

6     go and build your own lead capture pages and start

7     building your list, if you want.

8          Now, each time that someone clicks on one of

9     these links and they opt in, meaning they put in their

10    email address, then what happens is we have a

11    prewritten email followup sequence, which looks a

12    little bit like this.  You can see day one, day two,

13    day three and so on.  And we will be following up on

14    your behalf trying to get you a conversion.  Now, as

15    soon as they do buy, they will be presented with one-

16    time offers, or what you might call upsells.  And

17    that's not on every one of our funnels, but on many

18    of our front-end sales, they might pay, say, $50 or

19    $100.

20         Immediately after, they will get presented

21    with additional offers, and I just want you to know

22    that whatever they buy, you will always get paid

23    commissions on.  That's one of the beautiful things

24    about the MOBE consultant program.  Regardless of --

25    of how long it's been since you referred a client to

**PX 22**          **FTC-MOBE-001850**

9

1     us, whatever they buy over their life, you will

2     credited on.  Now, the moment they do make their very

3     first purchase -- so in other words, as soon as they

4     pull out a credit card and buy a product, whether it's

5     a $10 product, a $49 product or a $2,000 product, that

6     customer is then locked to you for life.  So that's

7     how our compensation plan works.

8              And the reason why we do that is if you

9     refer someone to us and you're the one who actually

10    gets them to buy, okay, not just browse and look but

11    actually buy, then we want to make sure that that

12    customer, all their future purchases, actually go to

13    you for the commissions.

14             Otherwise, you might refer a customer to us,

15    but if they click on someone else's link a month later

16    and then they buy, say, the Titanium Mastermind, that

17    $3,300 commission could end up going to another

18    consultant.  So when we designed the -- the program

19    and the compensation plan, we wanted to protect you

20    for any clients that you refer to us.  So, again, the

21    moment that you refer someone to us, they pull out a

22    credit card and they buy, that customer is locked to

23    you for life, and that never changes.

24             The next major followup communication

25    channel we have, and it's also one of our most very

**PX 22**              **FTC-MOBE-001851**



10



1    important ones, is the live event sales process.  So

2    MOBE is really a live event company.  We are an online

3    company, but we also do a lot of live events all

4    around the world.  We've done them all over America,

5    Australia, the U.K., Asia, and we're now expanding

6    into many other different markets as well.  So we

7    truly are a worldwide company.  The last time I

8    checked, we are in about 45 different countries, so

9    we're always getting new clients from countries that

10   I've barely heard of, and we're going to continue

11   expanding where we do our live events.

12          Now, we don't just do live events on the

13   back end, like our Masterminds.  We also use live

14   events as a major part of our customer acquisition

15   strategy.  In fact, there's hardly a weekend that goes

16   by when MOBE is not hosting a three-day training and

17   sales event somewhere in the world, from Sydney, to

18   LA, to London, to Hong Kong.  Our events truly are

19   global.

20          Now, as a consultant, you can promote these

21   events and give your clients an amazing experience.

22   You can also make a lot of money because after having

23   done many hundreds of these events, our event teams

24   have become very effective at both delivering great

25   training and helping people to obtain more of it



**PX 22**                    **FTC-MOBE-001852**

11

1    through buying our programs.

2              Now, I want to be clear.  Our live event

3    trainings are not just pitch fests where different

4    speakers come in and try and sell you something every

5    90 minutes for three days straight.  When you attend

6    your first one, you'll see how much value is truly

7    provided.

8              So here's how the model works.  We start off

9    with a live preview event.  And this is a shorter

10   event.  It's -- it's less than two hours, and what we

11   do is we target a particular city, and we go to a part

12   of that city, and we will usually choose about three

13   or four different hotels.  And we stay in each hotel

14   for one day.  We do two preview events in each hotel

15   over the three or four days.  So we might end up doing

16   six to eight of these preview events.

17             People show up to the preview event.  We

18   then deliver a presentation.  We teach them what

19   affiliate marketing is.  We explain the model.  And

20   then we explain the advantages of doing high-ticket

21   affiliate marketing, what we specialize in with the

22   MOBE consultant program.  So we invite them to our

23   three-day training event, which right now is called

24   the Home Business Summit.

25             They come to that usually 7 to about 14 days

**PX 22**          **FTC-MOBE-001853**

12



1    later.  It's usually held on a Friday, Saturday, and

2    Sunday.  And at that event, we show them everything

3    that they need to know about building a successful

4    high-ticket affiliate marketing business online.  Now,

5    of course, we really focus on the MOBE consultant

6    program.  We explain to them the advantages of

7    becoming certified in Silver, Gold, Titanium,

8    Platinum, and even the Diamond programs.  And if you

9    refer people to these events and they end up buying,

10   then you're going to get all the commissions, okay?

11   So that's how the live event sales process really

12   works.

13            Now, a lot of our very highest paid MOBE



14   consultants, they will usually send about half of

15   their traffic promoting the live event funnels and the

16   other half promoting the online funnel.  So they like

17   to spread it between the two.  And by doing this, the

18   live event funnel, it often has greater conversion

19   rates when you're talking about ascension, but the

20   downside of it is that it's limited to a specific

21   geographic area.  For example, it might be in LA, so

22   you can't really promote that to leads in Australia.

23   It's just way too far away.

24            So then you promote the online funnels as

25   well, which can be promoted anywhere.  And the online



**PX 22**          **FTC-MOBE-001854**

13

```
 1     funnels are incredibly powerful as well.  So a lot of
 2     our MOBE top consultants, that's also their focus,
 3     too.  And, of course, as I previously mentioned, we
 4     have something called the Super Charge Summit.  This
 5     is a three-day live training event.
 6          This one's really important to both promote
 7     and attend.  I can't stress that enough.  You've got
 8     to get to a Super Charge Summit at some point in the
 9     near future because this is the one event that we
10     offer where the three days are just focused on making
11     more money as a MOBE consultant.  So you will learn
12     everything about traffic, increasing conversions.  And
13     all the training is tailored towards the person who's
14     brand new or the person who's more at an intermediate
15     level.  Okay, so you've got to get to a Super Charge
16     Summit.
17          Now, the other main events where a lot of
18     sales are made are the actual Mastermind training
19     programs themself.  So, for example, the Titanium
20     Mastermind, Platinum Mastermind, and Diamond
21     Mastermind.  Now, when you attend these Mastermind
22     trainings, 99 percent of it, it's just pure content.
23     But, yes, of course, we do recommend that people who
24     attend those, if they haven't yet been to a Platinum
25     or a Diamond, we are going to mention that, we are
```

**PX 22**                    **FTC-MOBE-001855**