1    going to promote those because that's what we're here

2    for.  We are here to get as many entrepreneurs through

3    our core curriculum training programs as possible.

4         So the good thing is when you're promoting

5    these events, even on the back end, we're still making

6    sales for you.  In fact, often you will have the

7    experience as a consultant, you might refer someone to

8    our programs, and let's say that they invest in the

9    Titanium Mastermind, and they end up attending it

10   eight months later, okay?  So you made the money, you

11   made the commission promoting that, and we got you the

12   sale on the back end, but then eight months later,

13   they attend the Titanium Mastermind, they love it so

14   much, as many of them often do, that they decide to

15   further invest in the Platinum and even the Diamond

16   Mastermind trainings.

17        So in that case, eight months later, you've

18   just made an additional five-and-a-half thousand

19   dollars and possibly an additional $10,000 Diamond

20   commission.  Okay, so that's the beauty of -- of MOBE.

21   We -- we will always make sure that you get paid on

22   the back end, and it doesn't matter whether that sale

23   is made to your client 30 days later or two years

24   later.  You will always get paid.  That customer is

25   locked to you for life.

**PX 22**            **FTC-MOBE-001856**

15



1        So what I want to do is I want to show you a

2    few examples of people who have made money from

3    promoting the MOBE live events.  Have a listen to

4    these.

5        MOBE REPRESENTATIVE:  So, yeah, you guys had

6    a pretty good week.  You had, man, a couple of event

7    sales.  You had MLR and -- two MLRs and one Titanium,

8    so I have you just with the event at $5,800 in

9    commission, so that's -- that's awesome.

10        AL MONTEIRO:  That is fantastic.  That is

11    great news.

12        MOBE REPRESENTATIVE:  So what did you guys

13    do to promote this event in particular, Al, both you

14    and Carol?

15        AL MONTEIRO:  Yeah, you know, between me and

16    Carol, Carol actually specializes on social media, so

17    she did Facebook advertising.

18        MOBE REPRESENTATIVE:  Oh, good.

19        AL MONTEIRO:  So she had, you know, a few

20    ads placed for -- you know, she (inaudible) the

21    conversions of the ads placed for the (inaudible)

22    workshop, and we got a -- you know (inaudible)

23    registrations from that.

24        MOBE REPRESENTATIVE:  Okay.

25        AL MONTEIRO:  And, yeah, I think one of

16



```
 1      those probably -- you know, I haven't had a chance to
 2      look at my back office yet because I'm on vacation --
 3               MOBE REPRESENTATIVE:  That's okay.
 4               AL MONTEIRO:  But you told me about it.  I
 5      mean, that's a great surprise.  I knew the one person
 6      who went MLR.  He was from my -- an ex-colleague of
 7      mine, so, you know, he had been watching me and
 8      basically said, look, you know, Al, I want to have
 9      what you're doing these days, you know, I need to pass
10      from, you know, the corporate life into an
11      entrepreneurship life.  And I said, yeah, I can help
12      you and guide you.
13               You know, at the end of the day, you've got
14      to do the work, but at the same time, I can introduce
15      you to a system and learn how -- you know, let you
16      know how to kind of work that and give you the
17      guidance and training.
18               MOBE REPRESENTATIVE:  Yeah.
19               AL MONTEIRO:  So as part of my bonus
20      package, I said I'll spend four hours with you to kind
21      of explain things to you (inaudible) provided you do
22      the steps, you know?
23               MOBE REPRESENTATIVE:  Oh, I like that.
24      That's good.
25               AL MONTEIRO:  Exactly, yeah.
```



**PX 22**                    **FTC-MOBE-001858**

17

1        MOBE REPRESENTATIVE:  Good.

2        AL MONTEIRO:  So that's -- that's -- that's

3   why, you know, I do my own, like, you know, sort of

4   coaching program of sorts.

5        MOBE REPRESENTATIVE:  Yep.

6        AL MONTEIRO:  To -- to guide them through.

7   Because, you know, at the end of the day, I do want to

8   see them succeed.  You know, that's the most important

9   thing.

10        MOBE REPRESENTATIVE:  Yeah, absolutely.

11        AL MONTEIRO:  Because -- so -- so, you know,

12   if you can tell them, you know, what (inaudible) or

13   avoid and what to do and stuff (inaudible) open to

14   accept it, to actually -- to get it started.  So,

15   yeah, yeah.  So I -- I'm really excited about that.

16        MOBE REPRESENTATIVE:  Awesome.  Do you

17   remember, Al, what you -- what you guys had spent on

18   traffic, let's say, for that one event?

19        AL MONTEIRO:  I think -- our whole budget

20   campaign -- I mean, campaign was about 300 bucks.  I

21   mean, we tried something new as well, a (inaudible)

22   campaign.

23        MOBE REPRESENTATIVE:  Yeah.

24        AL MONTEIRO:  Plus I've been doing, you

25   know, a bunch of other things, just experimenting, you

**PX 22**                    **FTC-MOBE-001859**



18

1    know, spreading out the ad dollars across different --

2              MOBE REPRESENTATIVE:  Yeah.

3              AL MONTEIRO:  -- traffic methods just to see

4    which one works.

5              MOBE REPRESENTATIVE:  Yeah.

6              AL MONTEIRO:  And, obviously, Facebook is

7    still very popular, but at the same time, I don't want

8    to get, you know, comfortable just doing that.

9              MOBE REPRESENTATIVE:  Yeah.

10             AL MONTEIRO:  Carol is also looking at

11   different ways, like, you know, Twitter advertising

12   and stuff.  So we're experimenting with different

13   things.  So the overall ad budget, I think, was around

14   1,500 bucks.

15             MOBE REPRESENTATIVE:  Good.

16             AL MONTEIRO:  And that's because we extended

17   ourselves and we're not -- you know, it was more of an

18   experiment as opposed to, you know, trying to see what

19   the (inaudible) would be.

20             MOBE REPRESENTATIVE:  Yeah.  Well, no,

21   that's good, then, because, you know, and then you got

22   to look at the big picture with this stuff, too.  And,

23   so, we're looking at $1,500 of -- of ad spend and you

24   got $5,800 in commissions back.  So that's a

25   tremendous return on investment in any industry, in

**PX 22**            **FTC-MOBE-001860**

1      any business.  So I think that --

2                AL MONTEIRO:  Absolutely.

3                MOBE REPRESENTATIVE:  -- yeah, that's --

4      that's the important thing to learn here.  So -- and

5      then obviously when you find that method that will

6      work, well, then, of course, you can -- you can scale

7      it up and you can tighten up the -- you know, the

8      bolts on how much we're actually spending on the one

9      particular ad.  So -- but, you know, that's -- that's

10     what's great about high-ticket is you -- even though

11     you guys were experimenting, you still -- you still

12     walked away with a profitable campaign, so that's

13     great.

14               AL MONTEIRO:  Yeah, that is awesome.  And,

15     you know, like Matt says, you know, hey, you know, put

16     the money, take some of the profits, and fly to the

17     next campaign, you know --

18               MOBE REPRESENTATIVE:  Yeah.

19               AL MONTEIRO:  -- in addition to that, you

20     know, like we said.  You know, we -- we also tried to

21     expand our ad by getting to other areas that we do not

22     have (inaudible) that's where -- our way of we're

23     getting out of the comfort zone.

24               MOBE REPRESENTATIVE:  That's awesome.

25               AL MONTEIRO:  Yeah.

**PX 22**                    **FTC-MOBE-001861**

20

```
 1              MOBE REPRESENTATIVE:  Well, awesome.  Well,
 2     I'll let you continue on your vacation down in Jamaica
 3     there, but good work.  Wanted to get a quick word, see
 4     what you guys have been doing, and keep up the good
 5     work, okay?
 6              (New testimonial as follows.)
 7              MOBE REPRESENTATIVE:  You made $4,550.
 8              FEMALE:  (Inaudible).
 9              JOSEPH PARK:  Oh, really?
10              FEMALE:  Wow.  Oh.
11              JOSEPH PARK:  That's awesome.
12              MOBE REPRESENTATIVE:  So you had some people
13     that attended an event recently.
14              JOSEPH PARK:  Oh, okay.
15              MOBE REPRESENTATIVE:  Yeah.
16              JOSEPH PARK:  Yeah, I -- I brought some
17     people in.
18              MOBE REPRESENTATIVE:  Yep, so they attended
19     an event, and one of your -- one of your leads
20     upgraded to Titanium.  So you made three thousand --
21              JOSEPH PARK:  Oh, that's awesome.
22              MOBE REPRESENTATIVE:  -- so you made a
23     $3,300 sale, plus a $1,250 sale, all at once.
24              JOSEPH PARK:  Oh.  Wow.  That's awesome.
25              MOBE REPRESENTATIVE:  Yeah.  So you'll see
```

**PX 22**          FTC-MOBE-001862

21



1    that now in your -- in your back office.  So, now,

2    you're a Platinum member with MOBE, right?

3              JOSEPH PARK:  I'm Diamond member.

4              MOBE REPRESENTATIVE:  Oh, you're Diamond

5    now?  Okay, excellent, excellent.  And then so how did

6    you get to -- so how did you get a lead to -- to

7    attend an event?  What did you do exactly?

8              JOSEPH PARK:  Facebook.  Facebook marketing.

9              MOBE REPRESENTATIVE:  Good for you.  Okay.

10   Did you have some experience doing that before, before

11   MOBE?

12             JOSEPH PARK:  Yeah, I did.  I've been doing

13   it for the past 15 years.

14             MOBE REPRESENTATIVE:  Oh, excellent, okay,

15   good.  So then you just got into a different, you

16   know, new affiliate program and used your skills that

17   you learned and then leveraged some high-ticket sales?

18             JOSEPH PARK:  Yeah.

19             MOBE REPRESENTATIVE:  That's awesome.

20             JOSEPH PARK:  (Inaudible).

21             MOBE REPRESENTATIVE:  That's -- that's not a

22   bad start, right?

23             JOSEPH PARK:  Yeah, yeah.

24             MOBE REPRESENTATIVE:  Excellent.

25             JOSEPH PARK:  (Inaudible) my first

**PX 22**               **FTC-MOBE-001863**

22

1    commission.

2              MOBE REPRESENTATIVE:  Oh, okay, excellent.

3              JOSEPH PARK:  Yeah, so I -- I need to

4    (inaudible) last -- last month.

5              MOBE REPRESENTATIVE:  Okay.  Oh, really?

6    This must --

7              JOSEPH PARK:  Yeah.

8              MOBE REPRESENTATIVE:  -- (inaudible) some

9    events?

10             JOSEPH PARK:  Yeah.  Yeah.

11             MOBE REPRESENTATIVE:  Okay.

12             JOSEPH PARK:  So the only person (inaudible)

13   email, you know, called in.

14             MOBE REPRESENTATIVE:  Yeah.

15             JOSEPH PARK:  I don't remember (inaudible)

16   you know, couple other people as well.

17             MOBE REPRESENTATIVE:  Well, there you go,

18   yeah.  I didn't see that yet.  I just -- just was

19   pulling up your profile here right now, but, no,

20   that's awesome.  Yeah, I hadn't spoken to you before,

21   so --

22             JOSEPH PARK:  Yeah.

23             MOBE REPRESENTATIVE:  -- I saw your name

24   came up in the commission report, so I wanted to give

25   you a call and see what you've been up to.  So

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-001864**

23

1     awesome.

2          JOSEPH PARK:   Oh.

3          MATT LLOYD:   Now, another major commission

4     channel for you is going to be the MOBE live webinars.

5     We do a lot of live webinars.   And what I love about

6     the live webinars are they are event-based, okay?   So

7     that's really important.   When you promote something

8     and it's event-based, your prospects are scheduling

9     that time on their calendar.   They're actually showing

10    up and it's live, so they can't pause it.

11          One of the problems with a sales video is

12    someone can pause it and say I'm going to go and make

13    myself a cup of coffee, and then they never come back

14    and they finish it.   So they don't get a chance to

15    buy, and you as the consultant don't get a commission.

16    So with live event selling, they can't pause it.

17          So by doing webinars, they schedule this

18    time where they're going to show up and give their

19    attention for 60 minutes, maybe 90 minutes, possibly

20    longer, and they're going to watch a training and also

21    be offered something at the end.   So you as a MOBE

22    consultant, you can promote any one of these live

23    webinars and also get paid from them.

24          Now, we will do one major live webinar every

25    single week that you can promote.   So that one truly

PX 22          FTC-MOBE-001865

24



1    is live.  However, all throughout the week, every

2    single night, we are also doing automated live

3    webinars.  Now, an automated live webinar is actually

4    a recording, but it's played live, so they can't pause

5    it.  So they might schedule it for 9:00 p.m. in their

6    local time.  They show up, it's a recording but it

7    feels like it's live, so they actually schedule the

8    time, they show up, and then they see whatever we're

9    promoting, and they can buy.

10           Now, the programs that we're promoting on

11   these live webinars range from anywhere from, say,

12   $2,000 right up to -- I think the maximum is about

13   $30,000 at this point, which means that they pay out



14   enormous commissions if you invite someone to one of

15   these webinars and they end up buying, okay?  So these

16   are really powerful marketing assets that you want to

17   utilize.

18           Now, again, you're going to get access to

19   all of these at the end of the 21 steps.  Now, just so

20   you know, even if you don't promote these live

21   webinars, we're going to be doing it for you to your

22   leads.  So whatever leads that you refer to MOBE, we

23   will actually segment them and we will promote

24   webinars in their local time zone.  So, for example,

25   let's say that you're marketing on Facebook, someone

**PX 22**          **FTC-MOBE-001866**

25



1    clicks one of your ads, they go to a MOBE lead capture

2    page, they opt in.  That's a lead that you referred to

3    us.

4            One month later, we might be doing a

5    webinar, and we will segment all the different

6    countries on our list.  So that Australian lead that

7    you referred to us, they're going to get an email that

8    says, this is just for Australian people.  We're doing

9    this webinar at, say, 9:00 p.m. Sydney time, would you

10   like to come.  So your leads in America wouldn't get

11   that email, but your Australian lead does.  They end

12   up going to the webinar in their local time zone.  It

13   feels like it's just for them because it's in their



14   time zone, and in a way, it is.  And then they end up

15   buying, and you would actually get the commission on

16   that.

17           Now, just to stress in all of these

18   webinars, we're not just selling the whole time.  We

19   are giving valuable training, so we're showing them

20   things like how to get more traffic, how to increase

21   conversions, how to create your first product,

22   everything that they need to know about building a

23   business.

24           The majority of the commissions that we pay

25   out from these webinars will range from about $200

**PX 22**                    **FTC-MOBE-001867**

26

1     right up to usually about $3,300 on the higher level,

2     although, the maximum commission that we've ever paid

3     out from promoting a webinar is $25,000.  You will

4     learn more about that program at a later step and how

5     you can get paid promoting it.

6             So here's an example of one of the programs

7     that we might promote on a live webinar.  This is

8     Perry Marshall's product about productivity.  So you

9     can see what the registration page looks like right

10    here, and the product being promoted is his 80/20

11    sales and marketing course.  This is a $499 course.

12    When we sell it for you, you will get paid a $199.50

13    commission.

14            Here's a few examples of people who promoted

15    these webinars and then got paid the commissions.

16            **(MOBE testimonial video shown as follows.)**

17            NATE RIO:  Hey, guys, Nate Rio here again

18    from MOBE, another edition of MOBE Inspirations.

19    Today, we're going to call over to the U.K.  It's Mr.

20    Craig McDavid.  Now, what Craig has done was he

21    promoted our weekly webinar series.  Each week we do a

22    live weekly webinar where we bring on a top affiliate

23    and we get an understanding as to what they're doing

24    to make all these MOBE commissions.

25            So what Craig has done is somebody, one of

**PX 22**                    **FTC-MOBE-001868**

27

1    his clients, was on the call, on the -- the live

2    weekly webinar and bought the product at the end of

3    the webinar, and for that, Craig received a 40 percent

4    commission.  That's $399 or so.  So we're going to

5    give Craig a call and give him the good news.

6             Hey, is this Craig?

7             CRAIG MCDAVID:  Hello.

8             NATE RIO:  Hey, Craig, it's Nate Rio from

9    MOBE.  Can you hear me?

10            CRAIG MCDAVID:  Hi there (inaudible) how are

11   you?

12            NATE RIO:  Hey, pretty good.  Hey, I wanted

13   to call real quick.  I got you on -- on the line here

14   for MOBE Inspiration.  I wanted to congratulate you.

15   You got a $400 sale from this week's MOBE -- MOBE

16   weekly webinar.

17            CRAIG MCDAVID:  Fantastic, thank you.

18            NATE RIO:  Yeah, so the way that that works,

19   I don't -- a lot of our affiliates don't know, which

20   is why I wanted to get you on the phone here today.

21   So one of your clients, somebody you had signed up for

22   some MOBE programming in the past, had logged on to

23   this week's --

24            CRAIG MCDAVID:  (Inaudible).

25            NATE RIO:  -- webinar, and as you know, when

**PX 22**                    **FTC-MOBE-001869**

28



1    you promote the MOBE weekly webinar and as you know,

2    when you promote the MOBE weekly webinar, you get a 40

3    percent commission.  So with a 997 product, you earned

4    about $399.

5              CRAIG MCDAVID:  (Inaudible) that's

6    fantastic.  Thank you.  I (inaudible) but I wasn't

7    sure if anybody had actually registered.  I was

8    (inaudible) on Friday.

9              NATE RIO:  Okay.

10             CRAIG MCDAVID:  But I didn't see any

11   registration, so that's great.  That's good news.

12   Thank you.

13             NATE RIO:  Yeah, that's -- that's -- that's

14   what we're all about, man.  So, yeah, just wanted to

15   call and give you the good news, and, yeah, keep

16   promoting, doing what you're doing, and hopefully

17   you'll hear from me again in the near future, okay?

18             CRAIG MCDAVID:  (Inaudible) yeah, that's

19   fantastic.

20             NATE RIO:  Excellent, man.  Well, hey,

21   congrats.  Good job, and remember to promote the

22   webinars and we'll get you some more commissions.

23   Okay?

24             CRAIG MCDAVID:  Yeah, absolutely.  Yeah,

25   thanks very much.



**PX 22**                    **FTC-MOBE-001870**

1          NATE RIO:  Okay, take care, Craig.  Have a

2     good one.  See you now.

3          CRAIG MCDAVID:  Okay, thank you.  Cheers,

4     mate.  Bye.

5          NATE RIO:  So, guys, that's a good example

6     of another way to get commissions with MOBE now.  I

7     know a lot of you, when you get through your training

8     programs, you're looking at promoting the 21-step

9     system or maybe some of the live events.  There's also

10     a huge opportunity to get into a niche where not a lot

11     of other people are promoting, so you're -- you're

12     going to be promoting different products and -- and

13     still making a good commission.  And that is our

14     weekly webinar.

15          So you go into your back office, and you'll

16     find the link for the live weekly webinar, and then

17     also for the replay.  So in Craig's case, he got 40

18     percent commission out of the offer of $1,000.  So

19     that's another good way to start making some easy

20     commissions with MOBE.  So that's another edition for

21     MOBE Inspiration.  It's Nate Rio signing out, and

22     we'll see you next time.

23          **(New MOBE Inspiration.)**

24          NATE RIO:  So, now, one thing that was --

25     was pretty neat and I was -- you know, as you

**PX 22**          **FTC-MOBE-001871**

30



1    remember, when I came in the -- the room there to help

2    out with some of your affiliate questions was we

3    actually uncovered that you had gotten a sale from one

4    of our webinars.  So without even knowing --

5             MARYLYN POYNTER:  Mm-hmm.

6             NATE RIO:  -- you had received a sale of

7    about $798 -- was it $798, right?

8             MARYLYN POYNTER:  No, no, that's fine, yeah.

9             NATE RIO:  So tell us a little bit about

10   what that was from.

11            MARYLYN POYNTER:  Well, I hadn't gone back

12   into the back office (inaudible) JD Debolt, that's his

13   right name?

14            NATE RIO:  Right, yep.

15            MARYLYN POYNTER:  (Inaudible) happened

16   (inaudible) one of his products got sold.

17            NATE RIO:  Correct.

18            MARYLYN POYNTER:  Where I must have sent a

19   link out.  Somebody logged to my link and got hold of

20   whatever they wanted to get in my -- in the MOBE

21   Marketplace.

22            NATE RIO:  Yeah.

23            MARYLYN POYNTER:  And bought it -- bought it

24   to my link.  And --

25            NATE RIO:  That's right.

**PX 22**            **FTC-MOBE-001872**

31

1           MARYLYN POYNTER:  (Inaudible).

2           NATE RIO:  Yeah.  So -- so, yeah, what had

3   happened, to explain how that works for anybody

4   listening to this, which is you had somebody that you

5   brought into the MOBE business whether they got on

6   with MTTB or MOBE License Rights or any other product,

7   and then what happens is they're now tagged to you for

8   life, okay?

9           MARYLYN POYNTER:  Yeah.

10          NATE RIO:  So you're their sponsor.  So

11  they're essentially your subaffiliate.  So now that

12  person signed up for our weekly webinar, and that week

13  we had JT DeBolt.  And he had a -- you know, a full-on

14  two-hour training, and then he had a product at the

15  end for anybody that wanted to join with him and team

16  up and -- and work on something.  Okay, so what had

17  happened then was your client had boughten that

18  product, and then because they were tagged to you, you

19  got the commission of -- of the $800, so that's how

20  that worked.

21          MARYLYN POYNTER:  That's amazing because,

22  you know, your -- even (inaudible) on your own funnel

23  --

24          NATE RIO:  Mm-hmm.

25          MARYLYN POYNTER:  -- and some -- somehow,

**PX 22**                          **FTC-MOBE-001873**

1    you know, somebody joins and you -- you never know

2    what they're going to buy.

3              NATE RIO:  Exactly, yep.

4              MARYLYN POYNTER:  And then you go in your

5    back office and think, oh, my gosh, how did that

6    happen.  So thanks for explaining a bit.

7              NATE RIO:  Yeah, that's -- because it's

8    always good to get -- to get those sales.

9              **(New MOBE Inspiration.)**

10             NATE RIO:  All right, Nate here, back again

11   for MOBE Inspiration.  In this call, we want to call

12   over to Diamond Consultant Dale Bundy.  Dale lives

13   over in the Fullerton area in California, and Dale is

14   a pretty interesting story.  He's in his seventies.

15   I'm not sure his exact age.  We'll grab him here on

16   the call.  But Dale just got his first Diamond sale.

17   That means for somebody with no experience with online

18   marketing or affiliate marketing, he just made

19   $10,000.

20             So it's a pretty significant sale, so let's

21   get him -- let's get him on the phone.  I have a

22   feeling he already knows about the -- the commission,

23   but not 100 percent sure, so let's get him on the

24   phone here and, yeah, chat with him real quick.

25             DALE BUNDY:  Hello.

33

```
1              NATE RIO:  Hey, Dale.  Nate Rio.  How are

2      you?

3              DALE BUNDY:  Good, good, Nate.  What's up?

4              NATE RIO:  Hey, man, wanted to call and

5      congratulate you on your Diamond sale.

6              DALE BUNDY:  Not only that, but she took the

7      sad -- P thing, I got a commission on that, too.

8              NATE RIO:  Oh, awesome.  Well, that's

9      another, what 400 bucks, right?

10             DALE BUNDY:  Yeah, she's a -- she's an

11     action taker.

12             NATE RIO:  Cool.  There you go, awesome.

13             DALE BUNDY:  Yeah.  Yeah, she started

14     February -- she moved almost as fast as I did.

15             NATE RIO:  Yeah.

16             DALE BUNDY:  She started February 18th,

17     and by April, two months, she was -- she was Diamond,

18     so --

19             NATE RIO:  Well, there you go.

20             DALE BUNDY:  Yep.

21             NATE RIO:  That's awesome.  So -- so, Dale,

22     I have you on for -- for MOBE Inspiration here real

23     quick, so I am recording the call.  Yeah, wanted to --

24     you know, you're quite the inspirational story that we

25     like to -- we like these types of story at MOBE, as --
```

**PX 22**                    **FTC-MOBE-001875**

1    as you know --

2              DALE BUNDY:  Uh-huh.

3              NATE RIO:  -- because, you know, with --

4    with our affiliate partner program, you know, it gives

5    people like yourself the opportunity to, you know,

6    even with -- with little background with online and

7    marketing and things like that, you know, you're --

8    you're starting to have success.  So -- so tell us a

9    little bit about your story with -- and how you found

10   MOBE and, you know, kind of where you're at today.

11             DALE BUNDY:  Okay, sure.  I -- I'm retired.

12   I'm 78.  I retired about -- oh, about six, seven years

13   ago.

14             NATE RIO:  Mm-hmm.

15             DALE BUNDY:  Got into a number of things

16   that -- trials and tribulations and time and money,

17   and just kept trying and trying.  I tried different

18   things, different gurus, and there was nothing really

19   ever there.  And then one day in November, early

20   November of last year, I opened up an email, it says

21   millionaire wants to partner with you.

22             NATE RIO:  Nice.

23             DALE BUNDY:  And it was 49 bucks.  I said,

24   well, shoot, I spent more than that on other programs

25   and saw right away that it had some real substance and

**PX 22**                    **FTC-MOBE-001876**

35



1   some real training and -- and whatnot.  The training

2   was good.  I had -- you know, I had been already doing

3   internet marketing for about five or six years with

4   little success.

5          NATE RIO:  Yeah.

6          DALE BUNDY:  But I immediately went to MLR,

7   flew back from LA to the East Coast to do a HBS, went

8   Diamond there.

9          NATE RIO:  Oh, nice.

10         DALE BUNDY:  And so there I am.

11         NATE RIO:  Excellent.  Well, that's awesome.

12  So you said you're, what -- you're how old now?

13         DALE BUNDY:  Yeah, I'm -- I'm getting ready

14  to go on Tuesday morning to Jamaica, man.

15         NATE RIO:  That's awesome.

16         DALE BUNDY:  Diamond.

17         NATE RIO:  Oh, but I was asking, Dale, how

18  old are you, you said?

19         DALE BUNDY:  Oh, I'm -- I'm 78.

20         NATE RIO:  Goodness, that's awesome.  So 78

21  years old, just -- just being a rock star in affiliate

22  marketing.  So, no, that's great.  Yeah, and I -- you

23  know, we -- and I've been kind of watching you, you

24  know, with your sales.  And, you know, you started

25  off, you got a couple sales here and there, you bought

**PX 22**          **FTC-MOBE-001877**

36



1    some traffic, and then now, you know, your leads are

2    starting to take off.

3            So, yeah, well, you know, we'll get you --

4    obviously you're -- you've learned so much in the

5    past couple months, I can see that, and I can see

6    the progress you're making on your blog and things

7    like that.  So you're definitely an action taker,

8    and I think that's a big lesson for people to see,

9    you know?

10           DALE BUNDY:  Yes.

11           NATE RIO:  No excuses, you just kind of go

12   and you just start implementing, so that's awesome.

13   Cool.

14           Well, hey, I know it's -- yeah, you're

15   getting ready to get down to Jamaica if you haven't

16   left already, so again, I wanted to call and

17   congratulate you, get a quick word, and hope to be

18   chatting more with you soon, okay?

19           DALE BUNDY:  You bet.

20           NATE RIO:  All right, Dale.  Take --

21           DALE BUNDY:  I'm looking forward to seeing

22   you sometime in the next month or two back at your

23   place.

24           NATE RIO:  Oh, absolutely, yeah, we'll see

25   you over here in Malaysia.  All right.

**PX 22**            **FTC-MOBE-001878**

37

1          DALE BUNDY:  Okay.

2          NATE RIO:  Take care, Dale.

3          DALE BUNDY:  Mm-hmm.  Bye.

4          NATE RIO:  Bye.

5          All right, what an inspirational story.  If
6    that doesn't make you feel good, I don't know what
7    does.  So Dale Bundy, Diamond consultant over in
8    California.

9          Now, to explain, so Dale got a Diamond sale,
10   that's $10,000 commission, and he also got -- his
11   client bought a webinar package.  We do a weekly
12   webinar here at MOBE, where we'll do about an hour-
13   and-a-half training and teach you how to do some
14   skills.  And then also there will be a product, and if
15   one of your clients buys that product at the end of
16   the webinar, you also earn a 40 percent commission.
17   So Dale got an extra 398, about $400 from that
18   product.

19         So, yeah, in a week's time, he earned
20   $10,398.  So awesome job, 78-year-old Dale Bundy out
21   of Fullerton, California, with a high-ticket affiliate
22   commission.

23         So that's Nate again for MOBE Inspiration.
24   Keep chugging along.  Hopefully I'll be talking to you
25   in the near future.  All right, take care.

**PX 22**          **FTC-MOBE-001879**

38



1          **(MOBE Inspiration segment concludes.)**

2          MATT LLOYD:   Now, another major

3     communication channel that we have in our marketing,

4     and this really separates us from a lot of other

5     online companies, is we go for the offline traditional

6     media of direct mail.  Okay?  And a lot of companies,

7     and I'm not just talking about in our industry, but in

8     any industry, have really backed off on the direct

9     mail and focused on just online media.

10          And in my -- in my opinion, that's a huge

11     mistake because if you think back 10, 15 years ago,

12     when you went to your mailbox, you got a lot more junk

13     mail than you probably do today.  So because of that,

14     now, people are starting to pay more attention to

15     marketing that actually arrives in their mailbox.

16          So when you refer us a lead and that lead

17     ends up buying a product, they're added to our buyers

18     list.  We're going to start following up with direct

19     mail.  We'll promote different programs, give them

20     value, and if they buy, you will get paid the

21     commission.

22          Now, chances are you've already received

23     some direct mail from MOBE, so often we're promoting

24     live events, different products, and you can see

25     exactly what it looks like.  In fact, here's an



**PX 22**          **FTC-MOBE-001880**

39



1   example of some of the mailing pieces that we've used

2   to promote our preview events and also our three-day

3   live events as well

4          So this particular piece, this is what you

5   call a check letter.  It comes with a check, and we

6   explain that it's not a real check, but we say this is

7   what it could look like if you're making a commission

8   with this system.  If you would like to learn how to

9   do this, come along to our free live event in your

10  local area, and here's how you can register.

11         So any leads that you refer to us, they're

12  going to be receiving pieces of mail just like this,

13  and as long as that lead is a customer who's credited

14  to you, in other words they've bought a product and

15  you got the front-end commission, then all the back-

16  end commissions from the -- from the programs that

17  they buy at the live event would actually result in

18  big commissions to you.

19         So here's an example of someone who was on

20  our list.  They were a client, and at that point, they

21  had invested in the MOBE License Rights Program.  Now,

22  that's an old product that we once had, and the Silver

23  Masterclass went on to replace that.  But this guy had

24  bought that program many years ago.  And then he

25  actually got a piece of mail promoting what we call



**PX 22**          **FTC-MOBE-001881**

40

1   our Super Charge Summit, one of our three-day live

2   events, and he was living in Las Vegas.  And rather

3   than tell you about it, I'm just going to play the

4   segment where I discovered this live on stage at one

5   of our Platinum Masterminds, so have a look.

6           **(Super Charge Summit video played as**

7   **follows.)**

8           MATT LLOYD:  Who is right now promoting our

9   events, our live events?  Who's doing that?  You're

10  promoting IM Freedoms?  Okay, how are you promoting

11  them right now?  Facebook?  Okay, anyone else doing

12  something different?  Is anyone doing direct mail?

13          Okay, let me ask the question differently.

14  Oh, you are back there?  Excellent.

15          Let me ask you this.  Who is here today as a

16  result of going to a Home Business Summit?  Put up

17  your hand.  Okay.  Quite a few of you.

18          Now, out of those people with their hand up,

19  who got something in the mail and that's why you

20  decided to go to an IM Freedom?

21          Okay, you did.  Now, what did you get?

22          AUDIENCE MEMBER:  A letter from you.

23          MATT LLOYD:  You got a letter from me?

24  Okay, did it have a check at the top?  Did you get

25  that one?  Okay, it had some other design.  Where --

**PX 22**                    **FTC-MOBE-001882**

41



1    and where are you based?

2              AUDIENCE MEMBER:  Las Vegas.

3              MATT LLOYD:  Las Vegas.  Okay, was that last

4    year?

5              AUDIENCE MEMBER:  No, that was in -- in

6    April.

7              MATT LLOYD:  Oh, that was just a few months

8    ago, okay.  So you are actually here right now because

9    what I did is I promoted the IM Freedom event in Las

10   Vegas.  And here's what we do, okay?  And I want you

11   guys to -- to really pay attention to this because I

12   want to teach you something about direct mail, okay,

13   and how to do it.

14              First of all, direct mail is very scalable.

15   Every single big information marketing seminar

16   company, they leverage direct mail.  And the people

17   doing it at a high level, they keep it very quiet,

18   because they don't want people to know how much

19   they're making.  But direct mail is incredibly

20   scalable, and you get access to a whole new audience

21   because a lot of the -- the people out there don't go

22   online that much.  So if you can master direct mail,

23   there's big profits to be made, there really are.

24              So here's how it works.  You've got a Home

25   Business Summit.  So pretend this is a hotel.  It





**PX 22**                    **FTC-MOBE-001883**

42



1    could be the Hilton, it could be the Hyatt, and this

2    is Las Vegas, okay, or any city that we go to.  Here's

3    what we do.  About -- about two weeks before the IM

4    Freedoms begin, the IM Freedom workshops, we identify

5    smaller little pockets or suburbs around this -- this

6    central place where we do the Home Business Summit.

7    And what we do is we send out our direct mail to

8    people who live within a -- an area around this hotel,

9    this one, and this one.  Okay?

10           Now, this could be a -- you know, a five-

11   mile radius, okay?  But it's just this area right

12   here.  And what we do is we actually rent the list of

13   addresses of people's homes' addresses.  But do you

14   think we send it out to just people who happen to live

15   in the area, or do you think we have more targeting?

16   More targeting, of course.

17           What we do is we make sure that people live

18   within a certain area, but also we only send those

19   pieces of mail to people who have a past buying

20   behavior of similar programs.  So maybe they've been

21   to some real estate investing seminar.  Okay, maybe

22   they bought some other product that has to do with

23   financial freedom.

24           Let me ask you, so you got one of my pieces

25   of -- of mail.  Have you ever been to another seminar



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001884**

43

1    before?

2              AUDIENCE MEMBER:  Yeah, Robert.

3              MATT LLOYD:  Robert?  Kiyosaki?  Okay, all

4    right.  So we might have rented a list, one of Robert

5    Kiyosaki's old lists, okay, and that's how we actually

6    got the data -- sorry, got the postcard to your house.

7              AUDIENCE MEMBER:  You know, but I was

8    actually in MLR (inaudible).

9              MATT LLOYD:  Oh, you were already MLR?

10             AUDIENCE MEMBER:  (Inaudible).

11             MATT LLOYD:  Okay, then, you probably came

12   from our own internal list.  Here's another thing

13   we're doing, just so you all know.  We've started

14   doing this recently.  And this means a lot more

15   increased conversions for you.  Who has MTTBs right

16   now?  Put up your hand nice and high.  Okay, a lot of

17   you.

18             Now, who would love to see more of those

19   MTTBs upgrade?  Yes, of course you would.  What we've

20   started doing is mailing our own internal list, right,

21   so those -- those letters, we -- we're actually

22   sending them to anyone who brought a product from MOBE

23   who's from that particular city, and they live within

24   a certain radius.  So you -- you got MLR in November

25   of last year, and therefore we actually sent you that

PX 22                    FTC-MOBE-001885

44

1    letter.  Now, you were only MLR at that point.

2              AUDIENCE MEMBER:  It was in 2013.

3              MATT LLOYD:  Yep.  In 2013.  Wow, a long

4    time ago.  So you were a stubborn buyer.

5              **(Laughter.)**

6              MATT LLOYD:  Because it took you from 2013.

7    When -- when did you get Titanium, Platinum?  Super

8    Charge?

9              AUDIENCE MEMBER:  On the 10th of April.

10             MATT LLOYD:  This year?  Okay.  Now, it took

11   him three years before he was ready to get Titanium

12   and Platinum.  Diamond.  Diamond, let's give him a big

13   round of applause for that.  Okay.

14             **(Applause.)**

15             MATT LLOYD:  Now, who's -- who's your

16   sponsor, by the way?  Do you know who referred you

17   to MOBE?

18             AUDIENCE MEMBER:  No, he never did

19   contact --

20             MATT LLOYD:  Okay, you don't know who it is?

21             AUDIENCE MEMBER:  It came off the internet.

22             MATT LLOYD:  Is it -- is it -- okay.  Well,

23   we'll -- we'll work that out later.  But there's

24   someone out there -- and let's think about this.  If

25   they're Diamond, let's think about what -- what do

**PX 22**                          **FTC-MOBE-001886**

45

1    they make from that.

2              AUDIENCE:   (Various responses.)

3              MATT LLOYD:   $10,000 plus three -- what's

4    that?

5              AUDIENCE MEMBER:   (Inaudible) the Diamond.

6              MATT LLOYD:   What's that?   They weren't

7    Diamond, so it actually passed up to me, did it?

8    Well, thank you very much.

9              **(Laughter.)**

10             MATT LLOYD:   Okay, so someone missed out on

11   a $10,000 commission.   But let's say that they had

12   been Diamond.   They -- they had been intelligent and

13   smart and thought, okay, I want to be positioned right

14   from the very start.   They would have got 10,000, plus

15   five and a half from Platinum, plus 3,300.   That's

16   $18,800.   Now if we hadn't sent you that letter in the

17   mail, and we'd spent about $2 to send you that, a

18   stamp and the printing and the pieces of paper, it

19   would have cost us about $1.50, $2.   If we hadn't sent

20   out that piece of mail, he never would have gone to

21   the event, and he wouldn't be here today.   And someone

22   wouldn't have made $18,800.   Think about that for a

23   second.

24             AUDIENCE MEMBER:   My wife would be happy.

25             MATT LLOYD:   Your wife?   Okay.   Is she here?

**PX 22**             **FTC-MOBE-001887**

46



1    Next time, bring her, so she'll be happy once she

2    comes here.  Okay, all right.  That's funny.  All

3    right.

4         So, anyway, what we're doing, guys, is we

5    are mailing our own internal list, which means

6    increased conversions for you.  So, anyway, when we go

7    and do this, these -- these mailings, this is not

8    simple.  This is actually quite complicated.  I've

9    been doing it now for about two years.  Made a lot of

10   money, also lost some money along the way, too,

11   figuring it out.  But now we have figured it out, and

12   it's working very well.

13        Who would like me to do all of this for you?

14   Manage the direct mail campaigns for you?

15              **(Super Charge Summit video concludes.)**

16        MATT LLOYD:  Now, a big part of our focus in

17   all followups will be increasing ascension among your

18   clients.  Let's say that you have someone who

19   purchases the Silver Masterclass and the Gold

20   Masterclass.  One of our main objectives as a company

21   from our marketing is to follow up and have them get

22   our Titanium, Platinum, and Diamond Mastermind

23   programs.  So if that's your client, then you can

24   expect us to be following up to help you get those

25   additional back-end commissions, $3,300, $5,500, and

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001888**

47



1    right up to $10,000 on the Diamond Mastermind.

2            Now, the next major communication channel

3    that we use is phone followup.  And out of all the

4    different marketing mediums that we have, the phone is

5    by far one of our most important and it is the one

6    that really launched MOBE in the very beginning.  So

7    what actually happened was when I launched MOBE in

8    2011, what made all the difference was when I added in

9    the phone followup in late 2011.  That's how the

10   company went from doing a few thousand dollars a month

11   -- within about six months, we were doing over

12   $100,000 a month, and then it just went up and up and

13   up from there.

14           And in the very beginning, it all started

15   off with just phone followup.  And then after that I

16   added in the live events, the direct mail, and all of

17   that.  But we actually have a fairly large team now of

18   phone sales reps and phone consultants all around the

19   world, and in various programs.  They're working with

20   your clients, they're giving them value, they're

21   helping them, but they're also recommending various

22   programs along the way.  Whatever they recommend, if

23   the client buys, you get paid the commission on the

24   back end.

25           Now, the title that we use to describe our

**PX 22**                    **FTC-MOBE-001889**

48

1      phone sales channel is our Sales Partner Program,

2      okay?  And the way that this works is they are heavily

3      incentivized to get you commissions.  Many of our

4      sales professionals are paid on straight commission.

5      So in other words, if they're not getting you sales,

6      then they're not making money either.

7              And part of the reason why I structured it

8      like this is I wanted to have our sales team be

9      heavily incentivized to get you results and to have

10     their interests aligned with yours.  So here's how it

11     works.  The phone sales team will only call back your

12     front-end buyers.  So in other words, you've got to

13     get a sale before that phone sales channel actually

14     begins.

15             Now, the reason why we do this is because if

16     you're just calling back leads who haven't yet bought

17     a program, then the leads aren't really that

18     qualified.  So what you want to do is you want to

19     focus on promoting our front-end products like, for

20     example, this 21-step business system that you're

21     going through right now, and then we are going to

22     follow up with your leads, and we're going to try and

23     get you some sales.

24             So here's an example of another sales

25     channel that we have.  When you promote this book

**PX 22**              **FTC-MOBE-001890**

49



1     *Limitless*, which is less than $10, shipping and

2     handling, and I think it goes to about $18 or $20 if

3     you're international, but what happens is we will send

4     this book out to your client, and we will actually

5     give them access to the first few steps in this

6     program, not all the steps, but the first few.

7           And then our phone sales team will actually

8     back your client and start working with that lead.

9     They will help them get up and running, and they will

10    also recommend various programs in the process.  And

11    if they buy, you get paid a commission.  So this is

12    often a really good funnel that you can promote as a

13    consultant.

14          Now, the phone sales team that we have, like

15    I said before, they are international, so they're in a

16    lot of different countries.  Part of the reason why

17    we've done this is because we try and actually give

18    one of your leads a rep who's in their time zone and

19    ideally within their country.  So, for example, if you

20    get a client and they happen to be from, say, London

21    in -- in the U.K., we would try and assign that client

22    to one of our U.K. phone coaches.  And then that way

23    they've got that same accent, they're on the same time

24    zone, and they can connect a little bit better.

25          Now, you might be wondering, well, what if I



**PX 22**          **FTC-MOBE-001891**



1    want to do my own phone sales.  And in my experience,

2    most consultants don't.  Most consultants would rather

3    that we handle that for them, and they would rather

4    just sit back and -- and let us do that for them so

5    they can get paid the commission.  However, if you are

6    good at phone sales and you do enjoy that and you do

7    want to do that as part of your business, the good

8    news is you can actually get paid even bigger

9    commissions.

10            So here are the splits.  So with our Sales

11    Partner Program, you can see that, for example, if

12    you're promoting the Silver Masterclass and you sell

13    it yourself -- that means that you are acting as the

14    phone coach -- then you would actually get $1,625.

15    You actually get an additional 15 percent of the gross

16    amount.  And it's this way for all of our core

17    curriculum programs.

18            So if you sell a Gold Masterclass, you can

19    get paid $3,250, Titanium, $3,800, but you can see all

20    the numbers right here.  Again, this is only if you

21    want to do the phone sales yourself.  If you don't

22    tell us that, then we will actually assume that you

23    don't want to do the phone sales, and we will just do

24    it for you automatically.

25            Now, to decide if you do want to do the



**PX 22**            **FTC-MOBE-001892**

51



1    phone sales, here are some questions that you might

2    want to ask yourself.  Number one, are you interested

3    in taking the time to answer a potential new client's

4    questions?  Are you intimately familiar with the

5    various MOBE product lines and compensation plan?  Do

6    you feel confident asking for the sale, especially if

7    it's a $10- or $20,000 sale?

8            Do I completely understand the process

9    for getting started with the MOBE system?  Am I

10   comfortable with all aspects of the MOBE system, like

11   the back office, sales funnels, training webinars, et

12   cetera?  Am I ready to lead a team in the business?

13   Am I available during normal business hours and

14   sometimes also early in the morning or the evening?

15   So do you want to be doing all of that?

16           Now, if you don't, then my advice is just

17   let us do that for you.  Of the $67 million that we've

18   paid out in commissions, I would say that over 75

19   percent of it has been consultants who chose to just

20   let us do the selling for them, and all they did was

21   focus on getting front-end buyers so that we could

22   follow up.

23           Now, if you do choose to do the phone sales,

24   then I'm going to recommend this course for you.  This

25   is free with the Diamond Mastermind, and this is a



**PX 22**        **FTC-MOBE-001893**

52

```
 1      surprise bonus.  So if you've already invested in the

 2      Diamond Mastermind program, as I'm sure many of you

 3      have at this stage, you're going to get this $5,000

 4      product completely for free.

 5              It's called the MOBE Natural Selling

 6      Approach, How to Make High-Ticket Sales on the Phone.

 7      And this program has almost ten hours of video

 8      training which shows you how to sell our programs and

 9      also other high-ticket programs on the phone, without

10      high pressure, without having to even overcome

11      objections, and without feeling uncomfortable about

12      the whole process.  Again, this is the Natural Selling

13      Approach, so it's mostly based on just asking the

14      right questions at the right time and using what they

15      call a consultive selling process.

16              Now, we also have phone sales in our traffic

17      division, too.  So what actually happens is once you

18      complete the 21 steps, you may have the opportunity to

19      work with one of our traffic coaches.  Now, they're

20      going to show you everything that you need to know

21      about getting traffic to -- to promote your MOBE

22      consultant links, but if you choose to invest in any

23      of our recommended traffic services, then -- now

24      they're going to recommend various different traffic

25      strategies, and they're going to do the same thing for
```

**PX 22**                    **FTC-MOBE-001894**

53



1   your clients.  So if your clients choose to invest in

2   any of our traffic programs, then you could also get

3   paid more commissions from that as well.

4        So, for example, they may recommend a

5   service like this.  It's called WeSellClicks.com, and

6   this is an online advertising agency -- full

7   disclosure, I do have an interest in this company --

8   and there's also WeSellGoodTraffic.com, which actually

9   sells buyer leads, okay, not just clicks but actually

10  buyer leads.  And you can go to any one of those

11  websites.  I will put the links below so you can go

12  and check them out.  And you can also see other MOBE

13  consultants who've used those services who've made

14  very good commissions using them.

15       So not only do you want to use those

16  services to possibly build your MOBE consultant

17  business, but every time that your clients use them,

18  your clients who are also consultants, you're going to

19  be getting paid even more commissions.  Now, just a

20  word of advice, be very careful when you complete

21  these 21 steps about who you buy traffic from.  Always

22  look for successful case studies, so in other words,

23  testimonials.  If they don't have any testimonials,

24  then -- then it's likely that their traffic doesn't

25  convert, but even if they do have testimonials, you



**PX 22**        **FTC-MOBE-001895**

54



1   still need to be a little bit careful.

2          Now, in particular, if anyone ever tells you

3   that they can get you MOBE buyers or buyer leads, then

4   in all likelihood, they're lying to you.  And that's

5   because no one can actually give you MOBE buyers

6   unless MOBE as a company agrees to move the buyers

7   under someone else, which we don't do except for the

8   buyers that we generate through our corporate

9   advertising accounts that we then offer through

10  WeSellGoodTraffic.com.  That's about the only agency

11  out there where you can buy buyer leads and have them

12  be legitimate.  So just be very careful of that.

13         And I recommend, if you're not sure whether

14  you should buy traffic or not from a particular

15  source, always ask your MOBE traffic coach because

16  they know what's legitimate, what's not, and they will

17  be able to advise you.  Now, if you are interested in

18  possibly joining the MOBE sales team, and I'm talking

19  about live event sales teams, phone sales teams, any

20  of our sales teams, what we are looking for are

21  consultants who ideally they're at a Diamond level,

22  they're in the business, that they've got some results

23  under their belt.

24         But if you are interested in that, then when

25  you get to the end of the 21 steps, ask your traffic



**PX 22**                    **FTC-MOBE-001896**

55



1    coach about that, and they will be able to advise you

2    where you can go and apply for a role.  But, again,

3    minimum requirements are you're a Diamond consultant

4    and you are experiencing some success yourself with

5    the business.

6          So action steps for today.  I want you to

7    decide do you want to do the phone sales for your

8    business or not.  Would you rather let us handle that

9    for you?  And if you don't know yet, ask your coach

10   about it, ask them what they recommend.  But my advice

11   to you is just let us do that for you, at least until

12   you've generated your first $10-, $20,000 in

13   commissions.  At that point, if you decide that you do

14   want to get involved with the phone sales, then

15   absolutely you can.

16         And, also, if you're a Diamond consultant,

17   then you are going to get this program included.  It's

18   called the MOBE Natural Selling Approach.  This should

19   be in your back office once you complete these 21

20   steps.  At that point, I then do want you to go

21   through it and start to learn about it.  Even if you

22   don't want to do the phone sales yourself, this

23   program will still help you in your everyday life.

24         So coming up in the next step, I'm going to

25   share with you how you can get access to various



**PX 22**          **FTC-MOBE-001897**

56



1    funding sources to build your business so you don't

2    ever have to have that excuse I don't have the money

3    to build my business because as an entrepreneur, you

4    should always be looking for various ways to find the

5    money to grow your business.

6            In the next step, I'm going to share with

7    you a few ways that you can do that, and then after

8    that, in Step 14, I'm going to share with you all the

9    different rewards that we have for you when you

10   perform as a MOBE consultant.  And this includes cars,

11   cruises, Rolex watches, platinum and diamond rings,

12   things like that.  So I'll share that with you in Step

13   14.



14           But otherwise, go ahead, review the top

15   earner extra training section as well.  I put some

16   more videos for you there.  Otherwise, go ahead, reach

17   out to your coach, and I will see you in the next

18   step.

19           **(The recording was concluded.)**

20

21

22

23

24

25



**PX 22**                    **FTC-MOBE-001898**

57

1            <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4        I, Sara J. Vance, do hereby certify that the

5 foregoing proceedings and/or conversations were

6 transcribed by me via CD, videotape, audiotape or

7 digital recording, and reduced to typewriting under my

8 supervision; that I had no role in the recording of

9 this material; and that it has been transcribed to the

10 best of my ability given the quality and clarity of

11 the recording media.

12        I further certify that I am neither counsel

13 for, related to, nor employed by any of the parties to

14 the action in which these proceedings were

15 transcribed; and further, that I am not a relative or

16 employee of any attorney or counsel employed by the

17 parties hereto, nor financially or otherwise

18 interested in the outcome of the action.

19

20

21 DATE:  3/1/2018          *Sara J. Vance*

22                 SARA J. VANCE, CERT

23

24

25

**PX 22**          **FTC-MOBE-001899**

# Exhibit GG

FTC-MOBE-001900

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.          1723072

TITLE               MOBE

DATE                RECORDED:  DECEMBER 18, 2017
                    TRANSCRIBED: DECEMBER 29, 2017
                    REVISED:  MARCH 8, 2018

PAGES               1 THROUGH 10

WS600366:  Telephone Contact with Marlon

*CJones*
*3/29/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001901**

2

1                          FEDERAL TRADE COMMISSION

2                                  I N D E X

3

4          <u>RECORDING</u>:                                              <u>PAGE</u>:

5          Telephone Call from Marlon                                    4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    **FTC-MOBE-001902**

3

1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       MOBE                           )   Matter No. 1723072

5       -------------------------------)

6                                          December 18, 2017

7

8

9

10              The following transcript was produced from a

11       digital file provided to For The Record, Inc. on

12       December 18, 2017.

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    **FTC-MOBE-001903**

4

1                    P R O C E E D I N G S

2                -     -     -     -     -

3             TELEPHONE CONTACT FROM MARLON

4          MS. JONES:  Today is December 18, 2017.  The

5    time is approximately 10:40 a.m.  This is Carol Jones,

6    Federal Trade Commission investigator.  I'll be

7    receiving a call from Marlon Nuqui.  Begin recording.

8    _____

9          MS. JONES:  Hello, Marlon?

10         MR. NUQUI:  Hey, [REDACTED], how you doing?

11         MS. JONES:  I'm doing fine.  How are you?

12         MR. NUQUI:  Good, thanks.  I haven't heard

13   from you in a while.  You okay?

14         MS. JONES:  I'm fine.  You weren't available

15   Thursday or Friday morning, so I set up this

16   appointment.

17         MR. NUQUI:  Yeah, Thursday I was -- well,

18   Thursday I was available in the mornings.

19         MS. JONES:  Well, I -- it wasn't on the

20   scheduler, so...

21         MR. NUQUI:  Okay.

22         MS. JONES:  It was blacked out.  So,

23   anyway...

24         MR. NUQUI:  Yeah.  So you're not available

25   in the evenings?

**PX 22**                    FTC-MOBE-001904

5

 1                    MS. JONES:  Not on -- not Friday, I wasn't.

 2                    MR. NUQUI:  Okay.  All right, so, did you

 3          finish 11 and 12?

 4                    MS. JONES:  Yes.  So it gave me a chance to

 5          catch up, so I finished up 11 and 12.

 6                    MR. NUQUI:  Okay.  What did you get from

 7          those two?

 8                    MS. JONES:  So 11 was establishing

 9          credibility.

10                    MR. NUQUI:  Mm-hmm.

11                    MS. JONES:  As a MOBE consultant, I'll be

12          able to recognize what the customer -- what stage the

13          customer is in and be able to recommend the best

14          product and service.

15                    MR. NUQUI:  Okay.  How about 12?

16                    MS. JONES:  Step 12 is -- was about

17          different strategy -- strategies and to --

18                    MR. NUQUI:  Mm-hmm.

19                    MS. JONES:  -- generate commissions after

20          client -- after clients are referred.

21                    MR. NUQUI:  Mm-hmm.

22                    MS. JONES:  And, so, it talked about the

23          different avenues of communication and -- and how

24          to --

25                    MR. NUQUI:  Mm-hmm.

**PX 22**                    **FTC-MOBE-001905**

6

1            MS. JONES:  -- sell -- phone sales, email,

2      webinars, direct mail, and how traffic sales and how

3      to process the sales.

4            MR. NUQUI:  Mm-hmm.  Okay, good.

5            MS. JONES:  So...

6            MR. NUQUI:  Okay, good.  So I'll go ahead

7      and unlock 13.  Where are you at now on the 10X audio

8      book?

9            MS. JONES:  That's where I was able to

10     progress a little bit farther.

11           MR. NUQUI:  Okay.

12           MS. JONES:  So I'm on Chapter 11.

13           MR. NUQUI:  Eleven, okay.  So you're not

14     even halfway.  So do as many chapters as you can per

15     day.

16           MS. JONES:  Right.

17           MR. NUQUI:  Okay.  And how about the JT

18     call?

19           MS. JONES:  JT --

20           MR. NUQUI:  Have you listened to one?

21           MS. JONES:  Yes, I have.  I've listened

22     to --

23           MR. NUQUI:  Mm-hmm.

24           MS. JONES:  -- several about achievements

25     and this is -- all these -- the book and --

**PX 22**            **FTC-MOBE-001906**

7

```
1              MR. NUQUI:  Mm-hmm.

2              MS. JONES:  -- the radio and even the steps

3    are pretty much --

4              MR. NUQUI:  Mm-hmm.

5              MS. JONES:  -- all about the same thing,

6    motivation and how to make yourself a success.

7              MR. NUQUI:  Okay, good.  All right, so good,

8    good job.  So I'll go ahead and unlock Step 13, okay?

9    Make another one-on-one appointment for tomorrow.

10   Your business plan will be next week.  Later on this

11   week I'll give you the exact date -- date and time for

12   it.  But just a reminder, on your business plan, at

13   that point, we're going to go over your 30-, 60-, 90-

14   day income goal, specifically how to reach them.

15             MS. JONES:  Right.

16             MR. NUQUI:  We'll also go over the

17   compensation plan.  We'll go over the exact

18   percentages of income you'll make in your business

19   monthly as a silver, titanium, platinum, and diamond

20   member according to the company percentages.  And then

21   after that's when you'll start working on traffic to

22   make sure your leads come into your system for the

23   phone team to make your profits.

24             MS. JONES:  Okay.

25             MR. NUQUI:  Okay?  All right.  Well, keep up
```

**PX 22**          **FTC-MOBE-001907**

8

1    the good work.  You're doing great --

2                    MS. JONES:  Well --

3                    MR. NUQUI:  -- and I will talk for sure

4    tomorrow.

5                    MS. JONES:  Is there -- is there any way you

6    can open 13 and 14?  I'm going to be out of town until

7    next Wednesday.

8                    MR. NUQUI:  So you're not going to be

9    available this whole week to talk?

10                   MS. JONES:  That's correct.

11                   MR. NUQUI:  Okay.  Yeah, I'll open 13 and

12   14.

13                   MS. JONES:  Okay, and then I --

14                   MR. NUQUI:  And then we'll -- and then we'll

15   talk next week.

16                   MS. JONES:  -- as -- as soon as I can, I'll

17   schedule for Wednesday.

18                   MR. NUQUI:  Okay, yeah, I won't be available

19   to look at until probably Monday.  You probably can't

20   book until next Wednesday until Monday.

21                   MS. JONES:  Right.

22                   MR. NUQUI:  ▮ the calendar only allows

23   four days in advance.  Well --

24                   MS. JONES:  Right, that's --

25                   MR. NUQUI:  -- happy holidays to you and

**PX 22**          **FTC-MOBE-001908**



9

1      yours.  Merry Christmas.

2              MS. JONES:  You, too.  Merry Christmas.

3              MR. NUQUI:  So your -- your business plan

4      will probably be in two weeks, then, okay?

5              MS. JONES:  Okay.

6              MR. NUQUI:  Okay.

7              MS. JONES:  Sounds good.

8              MR. NUQUI:  Merry Christmas to you and

9      yours.

10             MS. JONES:  You, too, Mario.

11             MR. NUQUI:  Appreciate it.

12             MS. JONES:  Marlon.  Bye-bye.

13             MR. NUQUI:  Take care.

14             **(The call was concluded.)**

15             MS. JONES:  This is Carol Jones.  I finished

16     the taping session.  I made a mistake of calling him

17     Mario instead of Marlon.  Maybe he didn't catch it,

18     but -- so this concludes the taping session.

19             **(The recording was concluded.)**

20

21

22

23

24

25

**PX 22**              **FTC-MOBE-001909**

10

CERTIFICATE OF TRANSCRIPTIONIST

I, Sara J. Vance, do hereby certify that the foregoing proceedings and/or conversations were transcribed by me via CD, videotape, audiotape or digital recording, and reduced to typewriting under my supervision; that I had no role in the recording of this material; and that it has been transcribed to the best of my ability given the quality and clarity of the recording media.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which these proceedings were transcribed; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

DATE:  3/8/2018

*Sara J. Vance*

SARA J. VANCE, CERT

**PX 22**            **FTC-MOBE-001910**



FTC-MOBE-001911

PX 22

Step 13 - Training Section #1

In the last section, you gained clarity on exactly what you're looking to achieve financially as a MOBE Consultant.

I asked you to think about your financial targets, and to really push yourself to think big.

Now, in this step, you're going to show me, and yourself, how serious you are about making those dreams a reality.

What I've learned over the last eight years of teaching entrepreneurs how to succeed in business is that they all want to make a lot of money. They all want to live the good life.

But not all of them are prepared to do what's required to make this a reality. In fact, most of them aren't.

They almost look at business success like it's winning the lottery: it'll happen or it won't, and nothing they can do will change that

## Nothing Could Be Farther From the Truth

If you want what the **top 1% of the wealthiest people** have, then you've got to be willing to do what the other 99% of people won't do.

And most people are not willing to invest in a business.

Most people want something for nothing … and that's why they never get ahead.

I'm going to introduce you to several famous entrepreneurs whom you've no doubt heard of. All of them are billionaires, and are incredibly successful.

**Every single one of them was at one point where you are today**; they needed to find the resources necessary to get started.

Keep in mind: none of them had resources to start a business in the beginning …

*but none of them let that get in their way either.*

Most struggling entrepreneurs think that "lack of money" is the biggest thing holding them back.

As you'll soon see, that's not the case.

## If You Need Money For Your Business, And You're Truly Serious About Finding It, Then You Can Get It.

Let's define the word "entrepreneur." An entrepreneur is someone who gets paid to



Your Business Coach

Marlon Nuqui

✉ Email:
marlon@mobe.com

📞 Phone:
1▬▬▬▬▬▬

🗓 Schedule A Session:
Click Here

Skype:
▬▬▬▬▬

Skype:
▬▬▬▬▬

$ 103,011,149

🗓 Schedule A Session:
Click Here

Skype:
▬▬▬▬▬

🗓 Schedule A Session:
Click Here

Skype:
▬▬▬▬▬

🗓 Schedule A Session:
Click Here

Skype:
▬▬▬▬▬

🗓 Schedule A Session:
Click Here

**PX 22**

FTC-MOBE-001913

**PX 22**

Solve problems

How serious those problems are and the degree to which others want to see them solved will determine how much money the entrepreneur is paid.

If they solve a big enough problem, they can be paid billions of dollars. It happens more often than you might think.

Here are just a few examples you may know of:



**Reed Hastings**, the billionaire creator of Netflix, solved the problem of having to pay late fees for DVDs. He solved the problem of having to take time to drive all the way to the video rental store and rent out a DVD that was in all likelihood scratched, and wouldn't play properly. He provided a solution where you could go online, find exactly what you were looking for, and instantly stream the movie right into your home.



**Steve Jobs** of Apple solved the problem of having to buy music albums with 15 songs on them, just to get the one song you wanted in the first place, by inventing iTunes.



**Howard Schultz** of Starbucks solved the problem of not having a wide selection of quality coffee available to cater to people who place a lot of importance on their daily coffee.

All around you, you can see examples of enormous businesses that were built by entrepreneurs, who all started out in your shoes, but came up with great solutions.

Skype:

Schedule A Session:
Click Here

Skype:

Schedule A Session:
Click Here

Schedule A Session:
Click Here

Skype:

Schedule A Session:
Click Here

Skype:
Click Here

Skype:
Click Here

Skype:
Click Here

Click Here

Skype:

Click Here

Skype:
Click Here

Skype:

Skype:
Click Here

Skype:

Skype:



And one of the problems they all solved somewhere along the way was a lack of money.

Many of them had bigger ideas for their businesses in the beginning than they could fund with the limited resources they had access to, so they had to solve that problem first, and go and find the money

If they had not been able to solve that problem, then today we wouldn't have Netflix. We wouldn't have Starbucks, or iTunes, or many of the things we take for granted.

Just like those entrepreneurs found you, you'll soon discover that a lack of money is just a temporary problem.

With some creativity, it's very easy to solve. I don't expect you to agree with me just yet, but wait until I show you a few ways it can be done

**NEXT SECTION - PLEASE CLICK HERE**

FTC-MOBE-001914

**PX 22**

FTC-MOBE-001915

**Step 13 - Training Section #2**

# Building A Business Is Much Easier When You Have Access To Funding

When you have funds available, you can hire people to do the things in your life you'd rather not be doing, so you can focus on the highest revenue generating activities possible—and the activities that give you the most enjoyment when you're not working.

When you have the funds available, you can invest money much more aggressively into your advertising, to dramatically increase the rate at which you scale your commissions monthly earnings.

You've no doubt heard many times that the only way to MAKE money is to SPEND money. That's especially true in marketing.

When I first started out, I spent what I could afford on marketing, maybe $20 a day. Whenever I raised that amount and bought more traffic, I made more sales.

I took that lesson seriously to heart.

These days, I invest literally hundreds of thousands of dollars a month on advertising. As a result, I have over a million dollars a month in revenue flow back into my accounts

One of my mentors—a guy who I've invested over $80,000 with on consulting so far and who now lives in a castle in Scotland—once built a company from scratch to having a valuation of over $400 million.

He told me that the founder of a company should be focused on just 2 things:

1. Raising capital (getting the use of "other people's money"), and
2. Driving revenue

**Everything else, he says, can be delegated.**

*"Where there's a will, there's a way."*—Traditional English Proverb

*Your Business Coach*

**Marlon Nuqui**

✉ Email:
**marlon@mobe.com**

📞 Phone:
1 ▮▮▮▮▮▮

📅 Schedule A Session:
**Click Here**

Skype:
▮▮▮▮▮▮

📞 Phone:
1 ▮▮▮▮▮▮

📅 Schedule A Session:
**Click Here**

Skype:
▮▮▮▮▮▮

**marlon@mobe.com**

📞 Phone:
1 ▮▮▮▮▮▮

📅 Schedule A Session:
**Click Here**

PX 22



Very few of the famous billionaire entrepreneurs you know today had enough funds to start their business in the beginning.

In fact, many had to borrow money from friends and family, load up credit cards, get bank loans, sell things they didn't need, and do **whatever it took** to get their hands on the necessary capital to grow their business.

A lack of money never stopped them from building the business of their dreams.

Here are a few reasons most new business owners need funding:

- Advertising. Yes, there are low budget ways you start promoting your business, but if you want to scale to doing the big numbers you will need to be willing to invest in advertising
  - Outsourcing
  - Inventory / equipment
  - Training

One of the first clues to me as to whether someone is going to succeed in business is how easily they're stopped by challenges.

For me, a lack of money is just a temporary challenge. There have been times in my life where I barely had the money to pay for next week's rent … but if I needed to raise some funds for my business, I'd somehow find a way. For others, a lack of money stops them dead in their tracks. I've seen people like this be stopped over a few measly thousand dollars before, and I know right away they didn't have what it takes.

That may sound harsh, but it's the truth.

When it comes to investing in your business training and setting yourself up to be the most knowledgeable MOBE Consultant you can be, you may be thinking there's no way you can afford the Titanium, Platinum, or even Diamond Mastermind training programs.

But have you really explored all the available resources?

The fact is, there are **billions of dollars** looking for a home.

As you've gone through the previous steps, you've no doubt realized that entrepreneurs think differently than the masses.

The masses say "there's no way," and then keep on with their humdrum way of life.

Entrepreneurs know that there is always options. We think: Abundance.

PX 22

FTC-MOBE-001917

PX 22



I CAN'T AFFORD THIS.

HOW CAN I AFFORD THIS?

CHANGE YOUR WORDS.
CHANGE YOUR LIFE.

RICH DAD

Your big goal here is to get **fully certified in MOBE** as a Diamond Consultant, and to then get yourself into profit as fast as possible.

And when you're making commissions of $3,300, $5,500, and $10,000 per sale, it doesn't have to take you very long!

The point here is to get you to start to think of lack of funds as being **a temporary problem** that can be solved through some research and creative solutions.

If you're still at a loss, then talk to your coach and ask them for some ideas about funding.

NEXT SECTION - PLEASE CLICK HERE



FTC-MOBE-001919

PX 22



Step 13 - Training Section #2

Step 13 - Your Assignment

Congratulations - You have completed Step 13.

## Congratulations on completing Step 13!

Coming Next: In Step 14. Things are about to get really exciting. I'll show you all the extra perks of being a MOBE Consultant, including getting giant checks, gold bars, piles of cash, cars, platinum and diamond rings, cruises, and Rolex watches!

And then, in Step 15, you will learn about how to create residual income streams and receive passive high-ticket commissions with the MOBE Compensation Program.

**GO TO NEXT STEP - STEP 14**

If for any reason you have any issues accessing the steps or video training in this 21 Step System or any of our other training programs, please contact our support team at mobe.com/support or call 1-844-662-3787.

Meet our members

*Your Business Coach*

Marlon Nuqui

✉ Email:
marlon@mobe.com

📞 Phone:
1

📅 Schedule A Session:
**Click Here**

Skype:

Commissions Paid Out With This System So Far:

**$ 103,011,309**

MOBE WOULD LIKE YOUR

# OFFICIAL TRANSCRIPT PROCEEDING

# FEDERAL TRADE COMMISSION

MATTER NO.      1723072

TITLE           MOBE

DATE            RECORDED:  DECEMBER 18, 2017
                TRANSCRIBED:  FEBRUARY 13, 2018
                REVISED:  MARCH 1, 2018

PAGES           1 THROUGH 98

Step 13_2017-12-18_12-23-34

C Jones
3/28/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001920**

2

1                       FEDERAL TRADE COMMISSION

2                          I N D E X

3

4          RECORDING:                                    PAGE:

5          MOBE Step 13                                     4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       MOBE                           )   Matter No. 1723072

5                                      )

6       ------------------------------)

7                                 December 18, 2017

8

9

10

11            The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-001922**

