4



1                    P R O C E E D I N G S

2                    -    -    -    -    -

3              **Step 13_2017-12-18_12-23-34**

4        MATT LLOYD:  Hey, guys.  Welcome to Step 13.

5    So in this step, I'm going to share with you how you

6    can get access to large amounts of money, large

7    amounts of cash to use to build your business.  And

8    this is really, really important because as an

9    entrepreneur, someone once said to me, it's not about

10   being a person of resources; it's about being a

11   resourceful person.  So I will explain more on that as

12   we go on.  Less than 25.5 percent of people ever make

13   it this far, so keep it up.  You're doing amazing.

14        So here's what we're going to be talking about

15   in this step.  I'm going to share with you how to get

16   access to large amounts of funds to start and maintain

17   your business, reasons why you need financing, what do

18   you actually need it for, and why lack of money should

19   never, ever, ever be an excuse to build your business.

20        So in previous steps, I asked you to get

21   really clear on what it is you want out of your

22   business and also what it is you want out of life, and

23   now I'm going to ask you, how serious, how committed

24   are you to actually making those changes?  What are

25   you prepared to actually go and do?  I asked you to

**PX 22**          **FTC-MOBE-001923**

5

1    think about your financial targets and to really push

2    yourself to think back.

3         What I've learned over the years is that all

4    entrepreneurs, they want to make it big, but the truth

5    is, not all of them -- in fact, the majority of them

6    -- are not really willing to do what's required.  They

7    almost look at business success like it's winning the

8    lottery, like it might happen or it might not, and

9    that nothing that they do can change that, and nothing

10   could be further from the truth.  If you want what the

11   top 1 percent of the wealthiest people have, then you

12   have got to be willing to do what the other 99 percent

13   of people won't do, and most people are not willing to

14   invest in their business.  They are just not willing

15   to do what's actually required.

16        So what I want to do is I want to introduce

17   you to some famous entrepreneurs in this step who did

18   do what is required and show you where they are now.

19   Now, every single one of them was at a point where you

20   are today.  They needed to find the resources

21   necessary to get started, and keep in mind that none

22   of them had the resources that they needed in the very

23   beginning, but none of them let that get in their way

24   either.

25        Before I introduce you to these people, let's

**PX 22**          **FTC-MOBE-001924**

6

1     actually look at what does the word "entrepreneur"

2     actually mean?  An entrepreneur is someone who gets

3     paid to solve problems.  That's really what we're in

4     the business of doing.  We solve problems, we solve

5     challenges, and then other people buy our products,

6     our services, to get those solutions.  So lack of

7     funding, that's just a challenge, and if you can't

8     solve that challenge, then really you're not thinking

9     like an entrepreneur should.  We should always be

10    thinking, how do you overcome challenges and how do

11    you solve problems?  The most famous entrepreneurs

12    solve really big problems, and that's why they can get

13    paid up to billions of dollars.

14          So here's just a few examples of famous

15    entrepreneurs you might recognize, like Warren

16    Buffett, Michael Jordan, Donald Trump, Mark

17    Zuckerberg, Elizabeth Holmes, Richard Branson, and

18    many others.  One of my favorite stories is that of

19    Reed Hastings.  He's a billionaire, the guy who

20    started Netflix, and solved the problem of having to

21    pay late fees for DVDs.  That was a big problem for a

22    lot of people who would go back to the video rental

23    store, they would hand in their DVDs, and they would

24    get penalized with a late charge.  He came up with the

25    service Netflix, where late fees, they were just a

**PX 22**                    **FTC-MOBE-001925**

7



1    thing of the past.  You would never have to put up

2    with that, and because of that, he's now a

3    billionaire.  That was one of the main problems that

4    he solved.

5        Steve Jobs of Apple, he solved the problem of

6    having to buy music albums with 15 songs on them just

7    to get the one song that you wanted in the first place

8    by inventing iTunes.  Here's another example.  Howard

9    Schultz of Starbucks, he solved the problem of not

10   having a wide selection of quality coffee available to

11   cater to people who had a more discerning taste in

12   their coffee.  So, again, these are just examples of

13   challenges and problems that entrepreneurs faced, and

14   like I said before, if you can't solve the challenge

15   of not having enough money, then that's not a good

16   sign.  It's just a challenge that you have to find

17   creative ways to solve.  That's all it is.

18       Now, by the way, I just want to address

19   something.  If you think that this step about raising

20   money and being a resourceful person is just here

21   because I want you to find the money to invest in our

22   core curriculum training programs, I just want to

23   address that.  Number one, yes, that's part of it.  I

24   think that our core curriculum training programs will

25   give you what you need to go and build your business,



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001926**

8



1    but it's much, much bigger than that, because even

2    putting MOBE aside, if you want to be an entrepreneur,

3    if you have big dreams about this business that you're

4    going to build, at some point, you are going to have

5    to solve this challenge of not having enough money.

6    All entrepreneurs go through this.  So this step, it's

7    bigger than just investing in MOBE.  It's way beyond

8    that.  It's about investing in your business and doing

9    whatever it takes -- whatever it takes -- to actually

10    go and find the funding, to find the resources to

11    bring your idea to life.

12        Now, you might be wondering, well, what do you

13    need this money for?  Well, number one, if you want to

14    build a team, it's going to be very important.  You

15    cannot build a big business all by yourself.  Now, in

16    the very beginning, yes, you can bootstrap, you can

17    play a lot of different roles, and you can do it, but

18    at some point you are going to need to bring on

19    additional help.

20        For example, MOBE today wouldn't even be 1

21    percent the size it is today if I didn't have a team.

22    I have a team of over 175 people behind me who do a

23    lot of the things that you see that MOBE as a company

24    puts out there, and I just couldn't do it without

25    them, okay?  So I needed funding to actually build



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001927**

9

1     that team.

2           Now, if you are a MOBE consultant, you don't

3     have to do a lot of the different parts in building an

4     online business.  You don't have to create products.

5     You don't have to be doing live events.  You don't

6     have to be doing so much customer support.  We're

7     doing a large amount of that for you, but I'm talking

8     about business in general, you do need to build a

9     team, you will need funding to do that, especially if

10    you want to take it to the seven-figure, eight-figure

11    level, and above.

12          You're also going to need funding for your

13    advertising.  Now, there are free traffic strategies

14    out there that, really, they just require your time.

15    We will share those with you in the 30-step traffic

16    training which you complete after these 21 steps, but

17    if you want to reach your goals, your income targets

18    in MOBE, it's a lot faster when you have some funding

19    to invest into your advertising.  So that's another

20    reason why you need to come up with funding.  You need

21    to advertise.  No business can grow without

22    advertising, without getting leads coming in the front

23    door.

24          And also, it really helps when you have the

25    funds to invest in your own training.  Even today, at

**PX 22**                    **FTC-MOBE-001928**

10

1    this level, MOBE -- it's done over $100 million in

2    sales, and even though we have had a lot of success, I

3    still continue to invest in my own education.   In

4    fact, I spend a lot more today than I did right in the

5    beginning, way more, and every single year that we

6    grow, I invest more and more money into my own

7    self-education.

8         Here's an example of someone I've paid a lot

9    of money to for consulting, this man who you can see,

10   he's giving me this certificate right here.   I

11   graduated from his castle experience, which is like a

12   seven-day training boot camp, and the investment to

13   even go to this was about $22,000, and you can see

14   there's me in front of his castle.   Notice the

15   Rolls-Royce and the Ferrari in the back.   This is a

16   man who built a company to having a valuation of over

17   $400 million.   So I paid him a lot of money -- not

18   just for that castle experience, but also for some

19   ongoing consulting -- to figure out, well, what do I

20   need to do to take my company to the next level?   So

21   being able to come up with the funding to invest in

22   yourself is also incredibly important.

23         Warren Buffett is a multibillionaire, one of

24   the wealthiest people on the planet.   He said that the

25   most valuable investment you ever make is in yourself.

**PX 22**          FTC-MOBE-001929

11



1    Now, my belief is that if you want to come up with the

2    money badly enough, you will always find a way, okay?

3    Never underestimate how strong human will can be when

4    there's a big enough desire.  In fact, at some of our

5    live seminars, I often tell a short little story just

6    to really make a point.

7         I say to them, I want you to pretend that

8    somehow you were diagnosed with a life-threatening

9    disease, and you only had seven days to live, and

10   there was no cure for it.  Now, I want you to pretend

11   that five days into that, you're starting to panic,

12   because you have got 48 hours left to live, and you

13   get a phone call, and the phone call is coming from



14   your doctor.  He tells you, "I've got great news.

15   Some scientist in some other far-away country, they

16   have discovered this miracle cure, and with one

17   injection of this miracle cure, you would be -- you

18   would be set for life.  You would actually be able to

19   go on living, and this disease would go away." So you

20   have got 48 hours to live.

21        And then they tell you that, "The bad news is,

22   this injection, this shot, is going to cost you

23   $40,000.  It's going to cost you $40,000.  You need to

24   come up with $40,000 if you want to get cured and

25   live." Now, you have 48 hours.  Would you be able to

For The Record, Inc.

(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001930**

1    find the $40,000?  The truth is, if your life depended

2    on it, absolutely, you would.  So as you can see, it's

3    never a question of if you can come up with the

4    funding.  The question is always is the desire strong

5    enough.  That's what it all comes down to in the end.

6         One of the first clues to me as to whether

7    someone is going to succeed in business or not is how

8    easily they are stopped in the event of challenges.

9    So as soon as a small challenge comes along, do they

10   start whining and saying, "Oh, I can't do this, I

11   can't move forward," or do they think like a true

12   entrepreneur and think, "Okay, how do I find a way

13   around this challenge?  How do I go around it, over

14   it, under it?  What's the solution here?"  True

15   entrepreneurs will always find a way.

16        Even for me, when I was starting out, I

17   remember a time when I had run out of money and I

18   couldn't afford to go and advertise online, and I even

19   remember a day -- this would have been back in maybe

20   2009 -- when I wanted to buy a coffee, and I had about

21   a dollar in my wallet -- I am not joking here -- I had

22   a dollar in my wallet and I had my credit card, and my

23   credit card had about $2.50 left on it.  And I

24   remember having to ask the person behind the till to

25   take my dollar and then to put the rest on my credit



**PX 22**          FTC-MOBE-001931

13

1    card, and feeling a little bit embarrassed about that,

2    but I just tell you that story because there was a

3    point in time where that's how I was living.  I was

4    literally living paycheck to paycheck, and I could

5    barely afford to pay for the next week's rent.

6         But even back then, I didn't let that stop me

7    from building my business.  I would find ways to come

8    up with the funding.  Back in those days, I took extra

9    jobs gardening and mowing lawns and doing things like

10   that just to get cash coming in so that I could afford

11   to advertise my business.  That's how I got my online

12   business off the ground.  Here's a great quote by

13   Robert Kiyosaki.  He says, "Instead of saying I can't

14   afford this, a better thing to say, a better thing to

15   ask is, how can I afford this?"  He says, "Change your

16   words and you will change your life."

17        Take, for instance, Fred Smith of FedEx.  He's

18   now worth billions of dollars, and at one point, he

19   had an idea that people would be willing to pay more

20   for overnight delivery.  So here's an example.  Jeff

21   Bezos, the guy behind Amazon.com, a multibillion

22   dollar company, one of the largest companies in the

23   world, at one point he didn't have the funding to

24   build his business.  He actually had to go and raise

25   money from his in-laws to be able to get Amazon off



**PX 22**                    **FTC-MOBE-001932**

14

1      the ground.  If you get a chance to read the

2      autobiography of Jeff Bezos, I highly recommend it.

3              He tells the whole story of in those early

4      days, he really had to bootstrap to even be able to

5      pay staff, to get the business off the ground, but

6      look at where he is today.  Again, all famous

7      entrepreneurs have gone through this.  They had to at

8      some point get creative and find ways to raise the

9      money.

10             The most important thing, though, is that you

11     are open to ideas.  You approach this with an open

12     mind.  What I sometimes see people do is they think,

13     oh, I can't come up with the money, and they just

14     close their mind.  They don't even start looking for

15     ways to go and find the money.  So you have got to

16     keep your mind open.  Trust me, there's billions of

17     dollars out there looking for a home.  You just have

18     to be creative enough to find the ways to raise the

19     money.

20             So what I'm going to do now is I'm going to

21     play a short segment from one of our live event

22     trainings where we were talking about this very topic,

23     and I want you to listen to all the different ideas

24     that the speaker has for how you can raise money to

25     start your business.

**PX 22**                          **FTC-MOBE-001933**

15

1          (Video recording.)

2          UNIDENTIFIED MALE:  So the thing is, credit

3    cards are designed to do what?  Make massive profits

4    for banks, okay?  Do we like bankers?

5          AUDIENCE:  No.

6          UNIDENTIFIED MALE:  Don't they say their Ws

7    funny?  Anyway, so, the banking industry, the credit

8    card system is designed to lure you in, make it easy

9    for you to borrow money, and then get yourself into

10   lots of debt, okay?  Do you know how much money the

11   banks take in overdraft fees every year?  Something

12   like $30 billion.  $30 billion from people who don't

13   have any money.  How crazy is that?  How can that be

14   legal?

15          But this is the way it works.  They are going

16   to set you up with a credit card that's going to start

17   getting you into easy money, and then you are going to

18   start buying -- wasting money with it, buying doodads,

19   buying liabilities, stuff that's going to cost you

20   money, and then it's never going to actually pay you

21   back.  Thank you very much.  Then it's never going to

22   actually pay you back.

23          Now, what's going to happen then?  They are

24   going to run up the interest rates, and it's going to

25   cost you a small fortune.  You'll end up being



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001934**

16

1    bankrupt and losing your house and everything.  That's

2    great for the banks, isn't it?  Who would like to play

3    them at their own game and use their money for your

4    advantage?  Who'd like to do that?  Good stuff.

5         Well, what I am going to teach now, this is a

6    subject that I teach on the Home Business Summits.

7    This is the three-day training.  This is one of the

8    first things we do, because a lot of people come to

9    us, and they come to it -- this is the experience we

10   have had through the events.  People come to us at the

11   end of the weekend and say, "Listen, I'd love to get

12   more involved, but if you'd have taught me this on day

13   one, I would have been in a better position to do it."

14   So I'm doing this through your experience, through the

15   feedback that we have had from people, people want to

16   know this early days.

17        If you've got access to money that you can

18   invest in your business, what could you potentially do

19   with that right now?  What would -- what could you

20   invest it?

21        AUDIENCE:   (Inaudible).

22        UNIDENTIFIED MALE:  Buying traffic, marketing

23   your business, okay?  And if you invest into your

24   business, what's that going to do for you?  Make

25   money, okay?  So on that basis, would it be good to

**PX 22**            **FTC-MOBE-001935**



17

1    borrow money if it's going to make you money?  Cool.

2            You could borrow money and go and by yourself

3    a plasma screen telly with it, for example, couldn't

4    you?  Who's bought a big fancy plasma screen telly in

5    the last year or so?  Be honest.  Who's bought one of

6    these?  Brilliant.  How much did it cost you?

7            AUDIENCE:  (Inaudible).

8            UNIDENTIFIED MALE:  Five hundred something.

9    How much did yours cost you?

10           AUDIENCE:  Six hundred pounds.

11           UNIDENTIFIED MALE:  Six hundred pounds.  Now,

12   that's what it cost -- that's what you paid for it.

13   What did it actually cost you, though?  Think about

14   it.  How much time do you spend watching your TV?

15   Everybody, I'm talking to you all now, okay?  Because

16   for every hour that you all spend in doing that,

17   you're not building your business, and I value my team

18   at least a thousand to $2,000 per hour.  So think

19   about that, how much time you're spending watching the

20   telly, and that's what your time is costing you.

21   That's what it's actually costing you to watch the

22   telly.

23           One of my coaches said to me, just to motivate

24   you, just to keep you focused on your dreams, who here

25   has got dreams and goals and desired?  Be honest.

PX 22          FTC-MOBE-001936



1    Who's got those?  And have you got pictures of those

2    kind of things, the beaches, the cars, the houses, the

3    lifestyle?  Brilliant.  Get them printed off, okay,

4    and get a beach towel.  Get yourself a big beach

5    towel.  You have all got one of these, yes?  And

6    attach your pictures to the beach towel.  Then what

7    you do is hang the beach towel on your telly, over the

8    top of it like that, okay?  So you're looking at your

9    goals and dreams.

10         And next time you want to watch Deadenders or

11    Procrastination Street or Celebrity Who Wants to Get

12    out of the Jungle, or whatever it's called, you've got

13    to push your dreams and goals and desires out the way

14    so you can watch that drivel.  Is that good stuff or

15    great stuff?  That's good.

16         So who wants some more money and some more

17    time, straight away?

18         AUDIENCE:  Sure.

19         UNIDENTIFIED MALE:  Good.  Sell your telly.

20    I'm not kidding you.  That's a good way of doing it.

21         So who would like free money?  Say yes.

22         AUDIENCE:  Yes.

23         UNIDENTIFIED MALE:  Perfect.  I spent about

24    $20,000 on my own education a few years ago, and I

25    learned from the author of this book, Rich Dad, Poor

**PX 22**        **FTC-MOBE-001937**



1    Dad.  Has anybody read Rich Dad, Poor Dad?  Yeah?

2    Robert T. Kiyosaki is a financial expert, but he's

3    very different to most people, and I like the 1

4    percent.  I like the different kind of stuff.

5         I ran the London Marathon about five or six

6    years ago -- about five years ago it was now -- and

7    the coach that taught me how to do that teaches people

8    different than most -- different than 99 percent of

9    most coaches.  She has a very, very different way of

10   doing things, and I like that.  I like to be the 1

11   percent.  I like to be different to everybody else,

12   because I'm a bit weird like that.  Nothing scares me

13   more than being normal.

14        So this guy says, if you want to be rich, you

15   have got to think big.  You have got to think

16   differently, okay?  And a lot of people follow the

17   same kind of pattern as everybody else because it's

18   normal.  Stop being normal.  You'll end up like normal

19   people, and that's scary, okay?

20        So what he said, there was an event similar to

21   this that was televised, and there was a lot of

22   financial experts on the -- on this stage, and there

23   was a lady that came out of the audience who got

24   herself into a lot of debt using credit cards, okay?

25   And everybody had the same piece of advice to her.



**PX 22**          **FTC-MOBE-001938**

20

1    What do you think that advice was?

2              AUDIENCE:  Go bankrupt.

3              UNIDENTIFIED MALE:  Not go bankrupt, but to do

4    what with your credit card?

5              AUDIENCE:  Cut it up.

6              UNIDENTIFIED MALE:  Cut it up.  They actually

7    got her on stage with some scissors and started

8    chanting, "Cut it up, cut it up, cut it up," and

9    they're all -- everybody's chanting, and all these

10   financial experts are doing the same thing.  Now,

11   Robert Kiyosaki was like this (indicating), just stood

12   to one side shaking his head, and the emcee noticed

13   this.  He said, "Robert, I notice you're not partaking

14   in this.  Have you got a different view?"  He says,

15   "Absolutely, I have."  He says, "With respect, it's

16   not the lady's credit card that's at fault.  It's the

17   lady.  It's the lack of education."  He sat right

18   about where you are now, okay?  So he said, "Lack of

19   education and lack of knowledge with it."

20             He says, "I love my credit card," and he pulls

21   out his platinum credit card, okay.  Everybody say, "I

22   love platinum."

23             AUDIENCE:  "I love platinum."

24             UNIDENTIFIED MALE:  That's for you, too.  All

25   right, so he did that, and he put it on the table.  He

**PX 22**          **FTC-MOBE-001939**

21

1   says, "Try cutting that up."  He had a platinum credit

2   card.  Guess what it was made out of?

3          AUDIENCE:  Platinum.

4          UNIDENTIFIED MALE:  Actual platinum, okay?  So

5   he's got an actual platinum credit card made out of

6   platinum.  He said, "Try and cut that bad boy up,"

7   okay?  And he kissed it, and he loved it, and he said,

8   "It's with this credit card that I've got myself

9   financially free, and if you allow me to teach the

10   lady how to use a credit card, I will show her how to

11   make -- become financially free within the next 12

12   months."  Would you like to know what he told her?

13          AUDIENCE:  Yes.

14          UNIDENTIFIED MALE:  Okay, and this is the

15   subject.  This is actually amazing.  Anybody recognize

16   this fellow here?

17          AUDIENCE:  (Inaudible).

18          UNIDENTIFIED MALE:  James Caan, formerly from

19   Dragon's Den, yes?  A similar kind of story.  Robert

20   Kiyosaki got started in business because of his credit

21   cards.  James Caan, exactly the same.  He was trying

22   to impress a woman.  Lance, this is what we do, isn't

23   it?  Yeah?  So he was trying to impress his girlfriend

24   at the time, who is now his wife -- so it worked, so

25   guys this is a good idea, get with this one, okay?

**PX 22**          **FTC-MOBE-001940**

22

1    She said, "I want to get into business."  She's into

2    fashion.  "I want to set up my own shop."

3           So he said -- he's giving her the big

4    (inaudible), he was trying to impress her in the early

5    days, and he said, "I'll finance it," you know,

6    pretending he's got all this money.  "I'll finance for

7    you.  Not a problem.  You go and get the shop."  So

8    she did.  Within a couple of weeks, she went out and

9    got the premises and says, "All right, I'm ready to

10   go, I need to get 30,000 pounds to get started."  He

11   went, (indicating).  He committed to something he's

12   not got, but he didn't want to lose face.  So what did

13   he do?

14           AUDIENCE:  Credit card.

15           UNIDENTIFIED MALE:  Credit cards.  He raised

16   the whole lot in credit cards.  He put it into a

17   business, and the business was a success, so he's paid

18   the credit cards off and then some, and he is what he

19   is today because of that initial investment, okay?

20           So what I want to do is I just want to

21   challenge your mind set a little bit, because a lot of

22   people have this limiting belief about credit cards.

23   Those of you that have had problems in the past with

24   your credit cards, it's not the credit card's fault.

25   It's your fault.  Whose fault is it?

**PX 22**          **FTC-MOBE-001941**

23

1           AUDIENCE:  Mine.

2           UNIDENTIFIED MALE:  Your fault, always.  Okay,

3      good.  And acknowledge that, that because you've

4      played by the bank's rules, you've done what the bank

5      wants you to do.  So that's why you get yourself into

6      trouble, because it's deliberately set up that way,

7      but if you can play them at their own game, you can

8      invest their money into your business to make massive

9      profits.

10          Who here -- let me just position this

11     correctly now -- who here would borrow money -- let's

12     say you have got no money at all.  Who here has got no

13     money, but if they could borrow enough money to go

14     Diamond, they would do?  Just a show of hands.

15          (Show of hands.)

16          UNIDENTIFIED MALE:  Okay.  So let's say you've

17     got no money.  The only way you can get positioned at

18     Diamond, just for argument's sake, you need to borrow

19     56 to 80,000 pounds, whatever it is, from somebody

20     else.  Would you borrow that money at 100 percent

21     interest?  Who would do that?  One person.  Smart.

22     You have been through the training before.  You have

23     seen this, yeah?  Okay, that's the right answer.

24          See how most of you said, "Oh, no."  Why is

25     that?  Why do you say no to that?

**PX 22**                    **FTC-MOBE-001942**

24

1        AUDIENCE:  (Inaudible).

2        UNIDENTIFIED MALE:  Scary, good, okay, that's

3    true.  So -- but you think it's about sometimes being

4    brave, not being reckless, but you have got to do

5    something -- is it uncomfortable?

6        AUDIENCE:  Yes.

7        UNIDENTIFIED MALE:  Yeah.  So you have got to

8    do things that are uncomfortable sometimes, haven't

9    you?  Okay.  So would it be a good idea to borrow

10   50,000 pounds or dollars at 100 percent interest over

11   12 months?

12       AUDIENCE:  Not if you can't afford it.

13       UNIDENTIFIED MALE:  Not if you can't afford

14   it.  So you are already focusing on having to repay

15   the debt.  So you already conceive a mind set, and

16   it's exactly what the banks want it to be, so you are

17   already thinking that you have got to then service the

18   debts, haven't you?  Okay, I am going to change that

19   mind set right now, okay, because who's going to pay

20   it back?

21       AUDIENCE:  You are.

22       UNIDENTIFIED MALE:  You are, or he is.  He

23   just put his hand up.  He is going to pay it back for

24   you, okay?  So this is the key thing, okay?

25            Let me ask you this question:  Let's just say

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-001943**

25

1    you did do that today and you've committed to borrow

2    50,000 and pay it back.  If it's 100 percent interest,

3    how much do you have to write a check for in a year's

4    time?  A hundred thousand, okay.  So let's say you did

5    that today, but you got positioned at Diamond today,

6    and then you apply what we're teaching you this

7    weekend.  What are you going to make over the next 12

8    months?  How much are you going to make?  A million?

9    400,000?  Is that more than a hundred thousand?

10            AUDIENCE:  Yes.

11            UNIDENTIFIED MALE:  Okay.  So if it's a

12    million, is that actually ten times more than a

13    hundred thousand?  So on that basis, would it have

14    been a good idea to borrow 50,000 to pay back 100 to

15    make a million?  Hello?  Is that a good idea?  Is that

16    (inaudible)?  Obviously, I would.  It is, isn't it?

17    So who would do that now on that basis?  Now you know

18    that.

19            Write this down.  Don't ask the price of the

20    shovel when you're digging for gold.  It's as simple

21    as that.  It doesn't matter what something costs.

22    Look at it from a wealthy point of view.  Rather than

23    the consumer thinking, oh, that's going to cost me

24    some money on a monthly basis or whatever, look at it

25    from an investment point of view.  What's the bigger

**PX 22**                    **FTC-MOBE-001944**

26



1    picture?  Do you think there's any big businesses out

2    there that got started without borrowing money?  Not

3    really.  Who wants to just mess about with this

4    business and just make a few pounds, their pocket

5    money?  Nobody.  You're in the right room.

6            Who wants to go big with this and make some

7    big, big difference?  Okay, so you've got to do

8    something big.  It's not going to come from free

9    traffic.  It's not going to come from you just playing

10   about with it.  You have got to step up and you have

11   to do this properly.  So if you do it properly and

12   treat it like a big business, what are you going to

13   have to do with your business?  Commit, invest in it,

14   be brave, be bold.  If you invest into something, what

15   are you then going to do with your business?  You are

16   going to make it work, aren't you?  You are going to

17   give it right, because you now know you've committed

18   to something.

19           If we give you Diamond positioning for free,

20   what would you then go and do with it?  Very little,

21   to be honest with you, because you have not committed

22   to it.  So you have got to have some skin in the game.

23   So if you commit in this way, it gives you a lot more

24   motivation to do well.

25           So let me just explain how this works.  So who



**PX 22**                    **FTC-MOBE-001945**

1   would borrow -- if you could, if it made that kind of

2   difference -- $50,000 at 100 percent interest?  Yeah,

3   you'd all do that.  So you now get the concept of the

4   benefit -- some of you, and all of you put your hand

5   up then -- so some of you got the concept of borrowing

6   money to invest in your business, yeah?  Okay.

7           Let me ask you another question.  Who would

8   borrow $50,000 or pounds today at naught percent?

9   Show of hands?

10           (Show of hands.)

11           UNIDENTIFIED MALE:  Okay, that's cool.  So

12   there's more people doing that.  You're still focusing

13   on the cost, though, all right?  Come away from that.

14   But what I will do right now is show you how you can

15   do just that.  Would you like to know how to borrow as

16   much money as you want, for as long as you want it, at

17   naught percent?  Who would like to do that?  Say yes.

18           AUDIENCE:  Yes.

19           UNIDENTIFIED MALE:  Cool.  Stick with me on

20   this one.  I'm reading your body language.  I can

21   sense what's going on.  Listen, I'm reading your

22   minds.  I know what's going on.  Some of you, your

23   minds have already left the building.  Some of you are

24   thinking this section is not for me, and I recognize

25   that because that was me who sat in this room about

PX 22            FTC-MOBE-001946

1     five or six years ago, and I thought, this doesn't

2     apply to me.  I've gotten myself into lots of debt,

3     some people I know have done the same thing as well,

4     I'm not going to listen, but he went on and on and on

5     about it for a while, and I suddenly took a bit of

6     stock of this, and I thought, hang on a minute, I'm

7     broke, this is a multimillionaire that's teaching me.

8     I'm not in a position to judge whether this is right

9     or wrong.  I need to listen to what he's doing.  So

10    (inaudible).

11        And if somebody is successful, they've done

12    something, copy what they've done, because it must

13    work.  Does that make sense?  So stick with me on this

14    one, and I want you to pick this up, because this is

15    high value, and if you apply this, it's going to make

16    a huge difference, isn't it, Peter?

17        PETER:  Yeah.

18        UNIDENTIFIED MALE:  Yeah.  It has made a

19    massive difference to Peter's life right now.  Who's

20    been through this training with me in the past?  Who's

21    experienced this?  Who's had a positive result on

22    their credit file as a result of it as well?  All the

23    same people.  The same hands went up.  Did you see

24    that?  So everybody that's gone through this training

25    that just put their hands up has also made a positive

**PX 22**                 **FTC-MOBE-001947**

1    improvement to their credit file as well.

2         So I want to teach you two things.  I want to

3    show you how you can get a hold of interest rate

4    credit.  Who here has got a bad crediting rating that

5    you know of?  Who knows they've got a bad credit

6    rating?

7         (Show of hands.)

8         UNIDENTIFIED MALE:  Okay, great stuff.  We're

9    going to show you how to improve that as well.  So we

10   are going to do both things right now.  Excited?

11        AUDIENCE:  Yes.

12        UNIDENTIFIED MALE:  Good.  You better be.

13        All right.  So step number one is I want you

14   to know what your credit score is.  Who can tell me

15   what their credit score is right now?  Well done.

16   203, that's good.  Spot on.  There's quite a lot of

17   you, actually.  You need to know, first of all, above

18   everything else, what is your credit score?

19        Now, who can tell me the name of any credit

20   reference agencies that are out there right now?

21        AUDIENCE:  Experian.

22        UNIDENTIFIED MALE:  Experian is one.

23        AUDIENCE:  Equifax.

24        UNIDENTIFIED MALE:  Equifax is another.  And

25   Callcredits is the other one, okay?  So there's three

**PX 22**          **FTC-MOBE-001948**



1       credit reference agencies here in the UK, and each of

2       those carries factual information, historical

3       information about your credit file.  So if you've ever

4       borrowed money, it will show up there.  If you're

5       borrowing money right now, it will show up there.  If

6       you've even played for credits in the past, it will

7       show up there as a search being made, okay?

8               Every time a credit company will look at your

9       credit file, it will register that search.  It's what

10      we call a footprint, okay?  You don't want to have too

11      many of those, because it impacts on your credit

12      score.  If you've got too few as well, if you've never

13      had any credit search, it shows that you're not

14      active.  So it's good to have one or two searches a

15      month, every month, because it shows you're active

16      with what you're doing, okay?

17              Secondly, is it good to have lots of debt,

18      lots and lots of different credit commitments?  Is

19      that good or bad?

20              AUDIENCE:   (Inaudible).

21              UNIDENTIFIED MALE:  It's good, okay?  The more

22      you've got, the better it is, providing you're doing

23      what?  Maintain the payments, okay?  If you were to

24      lend ten pounds to your best mate and they never give

25      you it back, are you going to lend them any more

**PX 22**                    **FTC-MOBE-001949**

31

1    money?

2              AUDIENCE:  No.

3              UNIDENTIFIED MALE:  No.  If you lend ten

4    pounds to your best mate and they give you 15 back,

5    you say thanks, what would you then do?

6              AUDIENCE:  (Inaudible).

7              UNIDENTIFIED MALE:  Do you want some money?

8    Do you want some more?  You see where I'm going with

9    this.  You think about that, because I will come back

10   to that.

11             So it's good to borrow money as long as you

12   are maintaining the payments.  Credit lenders, anybody

13   who's going to lend you money, want to know that

14   you're responsible with money, that you will pay back

15   whatever they've given you in the first place with

16   interest, and they're happy to do that because they

17   can make some profits out of you, okay?

18             So what I want you to do is go into

19   checkmyfile.com.  This is homework for tonight for you

20   all, okay?  So this evening, I want you to go into the

21   website checkmyfile.com.  Checkmyfile.com is not a

22   credit reference agency, but it's a portal that gives

23   you access to the three credit reference agencies I

24   just mentioned.  So rather than registering for each

25   through all three of them individually, you can do it

**PX 22**            FTC-MOBE-001950



32

1       all through this one site.  So it saves you time.

2       It's also free for 30 days, and thereafter, you pay

3       about six or seven pounds per month, okay, or you can

4       do 20 pounds every quarter.

5            There are free versions out there of different

6       sites, but they only register with one of the credit

7       ratings agencies.  So, again, don't ask for the price

8       of the shovel when you're digging for gold.  This is

9       the best one.  This is the one that you use, okay?  So

10      you are going to do this, yes?

11           AUDIENCE:  Yes.

12           UNIDENTIFIED MALE:  You are going to do this,

13      and I want to know tomorrow that you've done it.  When

14      you go into checkmyfile.com, this is pretty similar to

15      what it looks like.  It's changed a little bit now,

16      but if you have a look on there, you have got a little

17      section on the top.  Do you see where it says, "Find a

18      credit card"?  You'll see that's at the top, the third

19      bullet along from the left-hand side, it says "Find a

20      credit card."

21           That is really, really good, because if you

22      want to get a new credit card and your credit score is

23      less than perfect, the problem with going to the mass

24      market is if you apply for what would be considered

25      the best credit card out there and your credit score

**PX 22**              **FTC-MOBE-001951**

33



1   is not quite good enough, they are going to decline

2   you.  They are going to say no.  So you are then going

3   to have to go to somebody else, and every time you do

4   that, you have a search, and if you are going to three

5   or four places, it now makes you look desperate, so

6   nobody is going to lend to you, okay?

7        What this button does, once you've registered

8   on here, instead of having to go through that kind of

9   process, it will give you a list of the credit cards

10  most likely to accept you in your current

11  circumstances.  So even if your credit score is really

12  bad, if you want to get hold of a new credit card,

13  this is where it's going to teach you how to do it.

14  Does that make sense?  Okay, cool.

15        So who here has got a credit card?  Show of

16  hands.

17        (Show of hands.)

18        UNIDENTIFIED MALE:  Awesome.  Loads of you.

19  Who's not got a credit card?

20        (Show of hands.)

21        UNIDENTIFIED MALE:  Okay.  Well done.  You're

22  avoiding that kind of debt.  But what is your first

23  task tonight?

24        AUDIENCE:  Get a credit card.

25        UNIDENTIFIED MALE:  Get a credit card.  Get

**PX 22**                    **FTC-MOBE-001952**

34

1     uncomfortable, get a credit card, okay?  You don't

2     have to spend it.  Guess what, if you don't spend

3     anything, it's not going to cost you any money, but

4     you are going to thank me later for doing this.  So

5     what I want you to do as your homework -- it's about

6     three people, I think that's all -- go to your own

7     bank, contact them and say, "I'd like a credit card,

8     please."  Now, you've probably not got one because you

9     don't borrow money.  Would that be a fair comment?

10    How old are you?

11              AUDIENCE:  Twenty-three.

12              UNIDENTIFIED MALE:  Same age as me.

13    Brilliant, okay?

14              (Laughter.)

15              UNIDENTIFIED MALE:  I'm 21 (inaudible), you

16    know (inaudible).

17              Okay, so go get a credit card.  Go to your own

18    bank, okay, and I'll show you why in a short while.

19    So who here has got more than three credit cards?

20              (Show of hands.)

21              UNIDENTIFIED MALE:  Keep your hands up if

22    you've got five or more.

23              (Show of hands.)

24              UNIDENTIFIED MALE:  Ten or more?

25              (Show of hands.)

**PX 22**                    **FTC-MOBE-001953**



1          UNIDENTIFIED MALE:  Okay.  So you have all got

2     somewhere between five and ten credit cards.  Awesome.

3     Your goal -- I want you to all have at least two,

4     ideally three credit cards, okay?  So write this down.

5     Your goal over the next few weeks, months, or whatever

6     it's going to take you, I want you to have two or

7     three credit cards, and you will see why in a short

8     while, okay?

9          So step one for you, go into checkmyfile, find

10    out what your credit score is.  The optimum score is

11    999.  There's three credit reference agencies, and you

12    might have a different score with each one, because

13    some credit files, if you've missed the odd payments,

14    it might not register with all three agencies.  So if

15    you have got a low score with one, but it's quite high

16    with another, it would make sense to know which one to

17    then apply to, if that makes sense.  So check out what

18    you've got.  There's quite often mistakes on here, so

19    go through every single entry in there and make sure

20    it's all accurate.

21         If your score is less than 999, you need to do

22    something towards making it improved.  If you're not

23    borrowing money, it's not going to be 999.  The only

24    way it's going to be up there is if you've got regular

25    borrowings and you're servicing it and you're on time

**PX 22**          FTC-MOBE-001954

36

1    and you never miss a payment.  So it's important to

2    have the flow of money moving, okay?  Everybody okay

3    with this so far?

4         AUDIENCE:  (Inaudible).

5         UNIDENTIFIED MALE:  Good, right.  So what we

6    are going to do is we are going to look at getting a

7    new credit card.  Who here has got bad credit and

8    knows that if they applied for a credit card, it's

9    going to get declined?

10        (Show of hands.)

11        UNIDENTIFIED MALE:  Okay.  Your job then is to

12   improve your credit score.  This next slide is for you

13   and you only.  You want to do any one of these -- I'll

14   tell you what the one is at the bottom, you can't see

15   it, because it's come up as a link, it's difficult to

16   see.  So these are called credit builder credit cards.

17   Now, I want you to understand that credit cards are

18   the fastest way to make a difference to your credit

19   file, either good or bad, okay?  So if you want to

20   improve your credit score, use credit cards.  If you

21   miss any payments, it's going to affect your score

22   quicker than anything else.

23        Now, credit builder credit cards are

24   especially designed for people with poor credit, okay,

25   and they will actually impact your credit score twice

**PX 22**                    **FTC-MOBE-001955**



```
 1      as fast, okay?  So they are really powerful.  The

 2      problem with these is they are going to be high

 3      interest rates, so the purpose for these cards is not

 4      to borrow money, but instead, to use it to borrow

 5      money and move money around, as you'll see, okay?

 6              So what I want you to do is write these down

 7      if you've got poor credit.  So Capital One, now,

 8      Capital One is a credit card company as opposed to a

 9      bank that has credit cards, and there's a subtle

10      difference between the two, and they have a range of

11      credit cards from the platinum, top-end stuff, down to

12      your standard cards, right down to your poor credit

13      cards as well.  So you can all apply to this and they

14      will give you the card that's best suited to you in

15      your circumstances.  So that's the top button.

16              If they won't accept you, then Equicard, part

17      of the Halifax group, they are more likely to.  Now,

18      the next one is Vanquis.  Remit Card is actually part

19      of Vanquis anyway, but Vanquis is a credit card

20      company.  If they don't accept you, then nobody will,

21      okay?  It's one of those type of companies.

22              When you apply for this, you might get a

23      credit limit of 50 pounds.  It's not going to be a

24      huge amount of money, and the interest rate could well

25      be 60 percent, but does that matter?  No.  The reason
```



**PX 22**          **FTC-MOBE-001956**

38

1     why is because you're not going to borrow money on

2     this.  You are going to use it, but you are not going

3     to keep any balances on there, and that's important,

4     okay?

5           Now, the bottom one is mycashplus.co.uk.  Now,

6     this is a super, super supreme one.  Mycashplus.co.uk

7     is guaranteed acceptance.  No matter who you are or

8     what your credit rating is, these will guarantee to

9     give you an acceptance (inaudible).  It's not actually

10    a credit card, so you can't borrow money on it.  You

11    have to prepay money onto it.  It's called a prepaid

12    card.  So you have to have the money there in the

13    first place before they send it to you.  That sounds a

14    bit bizarre.  Why would you do that?

15          Well, it's also going to cost you five pounds

16    a month to have it, okay?  So if you're so bad you

17    have not even got a bank account, for example, then if

18    you want to make transactions over the phone or

19    through the internet, then you can actually preload

20    this card, and it's like a MasterCard that you can use

21    over the phone.

22          So that's one of the reasons for doing it, but

23    the biggie -- and this is what you need -- for

24    repairing your credit file, they will also have a

25    service, which is free, which is called the credit

**PX 22**                    **FTC-MOBE-001957**



1    builder service, and what you can do is you can get

2    them to send you a credit agreement.  So you apply for

3    the credit builder service, and what they will do is

4    they will send you through the post a written credit

5    agreement which you sign to say that they are going to

6    lend you 60 pounds, and you are going to pay that back

7    over 12 months at a rate of five pounds per month,

8    okay?  That's what you do.  That's what you sign up

9    to.

10          Now, the card is going to cost you five pounds

11    per month regardless, but by signing that agreement,

12    what it does is it actually registers it with the

13    credit reference agencies, so it shows that you have

14    borrowed some money, and every time you make a

15    payment, it increases your score.  So you see how that

16    works now?  So this is great stuff, it's useful.  So

17    no matter who you are, you can all do something now.

18          So, when you go shopping right now, how would

19    you buy your things?  What do you use to pay for your

20    shopping and your fuel and food and all that kind of

21    stuff?

22          AUDIENCE:  (Inaudible).

23          UNIDENTIFIED MALE:  Debit card, okay.

24    Cashpoint card.  So what I want you to do is I want

25    you to write down on a piece of paper right now "debit



**PX 22**          **FTC-MOBE-001958**

40

1    card."  Write the word "debit card" down, okay?

2    Everybody do this.  I want you to change the letters

3    around once you've done this, because I want to help

4    you remember why it's not good for you, because if you

5    make a payment with your debit card, what's going to

6    happen?  Where's the money going to come from?

7    Straight from your bank accounts.  And what difference

8    will that make, if any, to your credit score?

9            AUDIENCE:  None.

10           UNIDENTIFIED MALE:  Nothing at all.  What I

11   would prefer you to do is when you go to your

12   supermarket now -- in fact, let me just make sure you

13   all qualify for this.  This is only going to work if

14   you use either fuel or food on a regular basis.  Who

15   uses either of those items?  Any kind of fuel or food?

16   Okay, we all qualify then.

17           So you will go shopping, yeah?  You go to

18   Tesco or whatever for your food.  What are you going

19   to use now?  Not your debit card.  What are you going

20   to use instead?  Your credit card.  Why?  The reason

21   being is when you pay with your credit card, when you

22   put your PIN number in, the money will be lent to you

23   by the credit card company.  So you have borrowed

24   money.  It could only be 50 pounds or 100 pounds, it's

25   going to be a small amount of money.  When they lend



**PX 22**          **FTC-MOBE-001959**

41

1    you the money, you have entered into a credit

2    agreement.  You can then pay that money off just five

3    days later, okay, using your debit card, pay that

4    money off.  What does that do, do you think, to your

5    credit rating?

6            It's increasing.  Why?

7            AUDIENCE:  (Inaudible).

8            UNIDENTIFIED MALE:  You paid it off.  So you

9    borrowed money and you paid it off, okay?  So they

10   lend you 50 pounds, you've paid it off.  So that's

11   going to improve your credit score, and you can do

12   that month-in, month-out, right?  You have all written

13   down the word "debit card."  Yeah?  So change the

14   letters around.  What does it spell?  It starts with

15   B, then the letter A, (inaudible) debit card, and then

16   D, and then a space --

17           AUDIENCE:  Bad credit.

18           UNIDENTIFIED MALE:  Bad credit, you have got

19   it, C-R-E-D-I-T.  So it actually spells -- if you move

20   the letters around, it actually spells bad credit.

21   Can you see that?  Moving this stuff around.  So use

22   that as a reminder as to why debit cards are no good

23   for you.  So instead of using your debit card to pay

24   for stuff, use your credit card.  The reason being,

25   you're borrowing money, you're paying it back, it's

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001960**



42

1    improving your credit score.  Is that useful?  You

2    should all do that.

3         Who here has got multiple businesses, for

4    example?  Let me give you another reason why you

5    should do it.  Okay, if you've got three or four

6    businesses and you're just using your debit card or

7    even one credit card, when your expenses come in -- so

8    you're going out and doing different things for your

9    different businesses, you're spending things on your

10   business on a day-to-day basis using your debit card

11   or whatever.  When the receipts come in, your

12   accountant is then going to sort of assign which

13   expenditure to which business.

14        If you've got five businesses, have five

15   credit cards -- personal credit cards, not business

16   ones, and I'll explain -- but five personal credit

17   cards.  So business one, use credit card number one;

18   business two, use credit card number two.  So when

19   your statement comes in, you know exactly which

20   business it is going to be assigned to, so it's an

21   accountant's friend as well.

22        There are also some benefits and reasons for

23   you doing this, and by the way, use a personal credit,

24   not a business credit card, if you have got a limited

25   company.  Why?

**PX 22**          **FTC-MOBE-001961**

43

1          AUDIENCE:  (Inaudible).

2          UNIDENTIFIED MALE:  It's not a liable thing,

3     but what's going to happen to -- the business credit

4     card, where does the credit score get affected there?

5     On the business.  So that's no good for you as an

6     individual.  It's a great way -- if you have got a

7     business card and you need to borrow some money, use

8     it to borrow some money, but don't use that for your

9     day-to-day expenditures.  It's not going to make a

10    difference to your credit score, okay?  Everybody okay

11    with this so far?

12         AUDIENCE:  Yeah.

13         UNIDENTIFIED MALE:  Yes, you are.  Okay,

14    anybody struggling with this?  Let me know, because

15    I'll go over it again.

16         So what I want you to do is think about

17    spending your money -- day-to-day money on a credit

18    card and then pay it off straight away.  So it is just

19    an extra step in your day-to-day living.  So you are

20    still buying the same stuff, use your credit card and

21    pay it off.

22         What I don't want you to do is use your credit

23    cards to go and buy fancy new plasma screen TVs, cars,

24    holidays, and lifestyle stuff that is not going to pay

25    you back.  They are liabilities.  You are only going

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555



**PX 22**                    **FTC-MOBE-001962**

44

1    to buy assets with it, stuff that you are going to

2    keep on there, okay?

3              So if you've got a credit limit of 500 pounds

4    and you're using 400 pounds of it -- you can all spend

5    400 pounds in a month, can't you?  Yes?  If you were

6    to phone that credit card company up and say, listen,

7    my credit limit is not big enough, is there any chance

8    you can make it bigger, what are they likely to say if

9    you're maintaining your payments?  Of course they

10   would.  Why not?  You're using it.  You're responsible

11   for that limit, so they want you to get yourselves

12   into more debt, so they are going to raise the limit

13   up.

14             Let's say you've got a credit limit of 20,000

15   pounds, but you don't use it, so you've got 20,000

16   pounds available.  If you phone them up and say could

17   I have 50,000 pounds, please, what are they likely to

18   say?

19             AUDIENCE:  No.

20             UNIDENTIFIED MALE:  No.  In fact, has anybody

21   ever had a 20,000 pound or more limit and you've not

22   used it and then they've reduced it?  They have

23   actually taken that limit off you?  Who has had that

24   happen to them?

25             (Show of hands.)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001963**

45

1          UNIDENTIFIED MALE:  So write this down, "Use

2     it or lose it," because if you're not using the

3     facility, you are going to have it taken away from

4     you.

5          Now, I know some of you are still fairly

6     nervous about that -- and so certainly standard, by

7     the way -- but I want you to remember this, and write

8     this one down:  "It's better to have it and not need

9     it than to need it and not have it," okay?  Banks will

10    only ever lend you money when you don't need it.  As

11    soon as you need it, they are not interested anymore.

12    Does this make sense?  So they will take it away from

13    you.

14         Do you know -- there's a certain date in the

15    month.  Do you know when they will actually reduce

16    that credit limit?  If you have got a 20,000 limit and

17    you don't use it, they are going to take it away from

18    you.  Do you know when they do that?  It's always the

19    same.

20         AUDIENCE:   (Inaudible).

21         UNIDENTIFIED MALE:  Nobody.  It's the day

22    before you need it, always.  Why is that?  I don't

23    know how they know this, but they all seem to do that,

24    okay?  It's true.

25         So get it out there and use it.  Get it out

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001964**

46



1    there and use it a lot.  Now, we can all spend three

2    or four hundred pounds a month to get you to your

3    500-pound limit, can't you?  Could you -- if you had a

4    20,000-pound limit, could you then spend 18, 19, 20

5    thousand pounds a month and pay it off?  You can all

6    spend it, I'm sure, but could you then pay it off

7    again?  Could you do that?

8            Yes, you can.  I'll show you how.  If you had

9    three credit cards and each of them have got a credit

10   limit of 20,000 pounds on them, how much have you got

11   in total?

12           AUDIENCE:  Sixty.

13           UNIDENTIFIED MALE:  Sixty.  So could you use

14   all of those in one month and pay it off?  How would

15   you do that?

16           AUDIENCE:  (Inaudible).

17           UNIDENTIFIED MALE:  Spot on.  You have seen

18   this before.  I need three willing volunteers.  Who's

19   it going to be?  You have got to be sexy.  Come on

20   (inaudible).  I want three sexy people.  Bring your

21   credit cards with you.  We have got a terminal as

22   well.  Don't worry.  Bring your PIN number.  I'm

23   joking, we are not going to do that really, but bring

24   your credit cards, (inaudible).

25           So we have three sexy people.  Brilliant.

**PX 22**                    **FTC-MOBE-001965**

1    Let's give these people a round of applause.  Awesome.

2    Well done.

3              (Applause.)

4              UNIDENTIFIED MALE:  Yeah, bring your credit

5    cards, okay?  So -- it's very brave of somebody to

6    come up on stage with their credit cards, isn't it?

7    But I like it.  I appreciate the trust.

8              Okay.  So what I want to do now is I want to

9    treat this as if this is just you individually.  I'm

10   speaking to every single one of you now one on one,

11   and these three people -- or not three people, but

12   your three credit cards that I said that you would all

13   get, okay, so this is going to be your transaction.

14             Did you know, by the way, that you can

15   transfer money between credit cards?  Did you all know

16   this?  Does it have to be your credit card?

17             AUDIENCE:  No.

18             UNIDENTIFIED MALE:  No.  So any one of you --

19   and feel free to come up to me afterwards -- you can

20   transfer your balance onto my credit card.  Feel free,

21   okay?  And I will allow anybody to do that if it's

22   going to help you, okay?  So we have three people

23   here, and this is going to be a case today -- this is

24   something that you're going to do yourself.  So these

25   are your three credit cards.  So what I want you to

**PX 22**          **FTC-MOBE-001966**

1    do -- and it could be three different people, it could

2    be three friends, but just get the concept here.  So

3    what I want you to do is I want you -- we have got a

4    microphone, actually?  Has anybody got a microphone?

5    So what I want you to do is introduce who you are and

6    the name of your credit card, okay, what the credit

7    limit is, and how much you've got available on there.

8         So if it's with Barclay card, it's a Barclay

9    card, it's got a 10,000-pound limit, you've spent

10   8000, so you have got 2000 pounds available, and when

11   they read this out -- when they read this out, I want

12   you to all write these numbers down, okay, because we

13   are going to do some sums on this.  So this is a

14   little bit of advanced math now, okay?  So we are

15   going to stretch your mind just a little bit.

16        So, Karen, what's your name?

17        KAREN:  Karen.

18        UNIDENTIFIED MALE:  Well done.  (Inaudible).

19   So who's your credit card, what's your limit, and how

20   much have you got available?

21        KAREN:  I have got Capital One card, and I

22   have got 1500 limit and I think I'm up to about 900.

23        UNIDENTIFIED MALE:  Okay.  So how much have

24   you got available?

25        KAREN:  So 600.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001967**

1          UNIDENTIFIED MALE:  Six hundred.  Can you all

2    write this down?  Okay, so we have got 600 pounds.

3    1500-pound limit, spent 900, 600 pounds available.

4    Thank you, Karen.

5          So, Farham, what's your name?

6          FARHAM:  My name is Farham.

7          UNIDENTIFIED MALE:  Correct, well done.

8          Okay.  So what have you got?

9          FARHAM:  I have a Tesco club card, credit

10   card, and I have got a 2000-pound limit.

11         UNIDENTIFIED MALE:  Okay.

12         FARHAM:  And I have spent 1900 on it.

13         UNIDENTIFIED MALE:  1900.  So how much are you

14   got available?

15         FARHAM:  A hundred.

16         UNIDENTIFIED MALE:  A hundred pounds left.

17   Okay, perfect.

18         So, we have all got this so far, yeah?  How

19   much have we got so far available?

20         AUDIENCE:  Seven hundred.

21         UNIDENTIFIED MALE:  Seven hundred, spot on.

22   And, Karen, what's your name?

23         KAREN:  Karen.

24         UNIDENTIFIED MALE:  Well done.  They're good

25   at these.

**PX 22**          **FTC-MOBE-001968**

50

1          KAREN:  Mine's Tesco bank.

2          UNIDENTIFIED MALE:  Okay.

3          KAREN:  I have 7000 available, and I do what

4     you've just been saying.  I pay mine off every month

5     by minimum order.

6          UNIDENTIFIED MALE:  So it's a 7000 limit,

7     you've got 7000 available.

8          KAREN:  Yes.

9          UNIDENTIFIED MALE:  Awesome.

10         KAREN:  I spend around seven, eight hundred

11    pounds a month on food and petrol.

12         UNIDENTIFIED MALE:  Brilliant.  And then you

13    pay it off straight away.  So you do that exactly as

14    we teach, which is brilliant.

15         So, everybody, how much have we got?  So this

16    is just one person, this is just you with your three

17    credit cards.  How much have you got available in

18    total?  Who can tell me?

19         AUDIENCE:  7,700.

20         UNIDENTIFIED MALE:  7,700.  Are you all okay

21    with this?  Okay.  What would you prefer that figure

22    to be?

23         AUDIENCE:  (Inaudible).

24         UNIDENTIFIED MALE:  20,000.  This is how we're

25    going to do it, because what we're going to do, we're

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001969**

51

1  going to phone these credit cards up and we're going

2  to say, listen, can you increase the limits?  But

3  before we do that, we have got to make sure that we're

4  using it.

5       Now, Karen here has got a limit of 7,000.  How

6  much does she use on a monthly basis?

7       AUDIENCE:  Eight hundred.

8       UNIDENTIFIED MALE:  Only 800.  So are they

9  likely to increase it?

10       AUDIENCE:  Yeah.

11       UNIDENTIFIED MALE:  Maybe, maybe not, because

12  she's not using it right up to the limit.  Why would

13  they increase it if she's only using seven or eight

14  hundred pounds?  She's only using 10 percent of the

15  credit facility, so what could she do instead?

16       AUDIENCE:  (Inaudible).

17       UNIDENTIFIED MALE:  Use the whole lot.

18  Exactly right.  And this is not what she's going to

19  do.  She's not going to spend seven or eight thousand

20  pounds on food.  Look at her, okay, that's never going

21  to happen, is it?  Okay, so -- or fuel, okay?

22  (Inaudible), that's another thing, but (inaudible) I

23  don't know, okay?

24       But could Karen pay off one of their credit

25  cards or, indeed, both of them?  Okay.  So how much do

**PX 22**          **FTC-MOBE-001970**

52

1    you need to pay off your credit card (inaudible)?

2              AUDIENCE:  Nineteen hundred.

3              UNIDENTIFIED MALE:  Nineteen hundred.  How

4    much could she pay off of that?

5              AUDIENCE:  A whole lot.  All of it.

6              UNIDENTIFIED MALE:  All of it?  More.  Could

7    you pay off more than is actually outstanding?

8              AUDIENCE:  Yes.

9              UNIDENTIFIED MALE:  Yes.  We could be actually

10   in credit.  Did you know you can pay off more than is

11   outstanding.  So what's his credit limit?

12             AUDIENCE:  Two thousand.

13             UNIDENTIFIED MALE:  Two thousand.  He's

14   borrowed 1,900.  How much is she going to pay on his

15   credit card?

16             AUDIENCE:  Two thousand.

17             UNIDENTIFIED MALE:  Two thousand, maybe a

18   little bit more.  Could she pay $2,500?

19             AUDIENCE:  You'll see.

20             UNIDENTIFIED MALE:  You'll see in a minute,

21   2 ½ -- if she was to pay 2 ½ thousand -- by the way,

22   most credit cards allow this, not the credit builder

23   ones, they generally don't do that, but most credit

24   cards allow this.  Sometimes you've got to phone them

25   up first to let them know, but maybe Farham was to go

**PX 22**          **FTC-MOBE-001971**

53



1    and buy something for 2 ½ thousand pounds.  If he's

2    only got a 2,000-pound limit, he can't do that unless

3    he puts 500 on it first.  He's now got 2 ½ thousand

4    available.  Does that make sense?

5          So he's going to phone them up and say,

6    listen, I'm about to pay 2 ½ thousand off of my credit

7    card.  Once his credit card (inaudible) going to say?

8    (Inaudible), he is going to be happy, because they

9    have lent him 1,900 pounds, and what's he done?  He's

10    paid it back and then some.  So they are going to be

11    happy with that.

12          Do you remember your friend, you lent them a

13    tenner and they paid it back 15 quid, you are going to

14    want them to borrow more money, aren't you, because

15    it's easy money for you.  Same thing's happening here

16    right now.  So they're going to say, listen, that's

17    quite a big sort of difference, what's going on, okay?

18    What's the question they're going to ask?

19          AUDIENCE:  Why do you need the money?  Why do

20    you want to use the money?

21          UNIDENTIFIED MALE:  Maybe, but it's not so

22    much about that at this stage.  They're just bothered

23    about the flow of money.  They're not bothered about

24    where it's coming from.  That's the key thing.  Would

25    you like to increase the limit?  So they will



**PX 22**          **FTC-MOBE-001972**

54

1    probably -- they will probably contact you now and

2    say, would you like to make your limit even bigger?

3    And you go, duh, yeah.  That's why I've done it, okay?

4

5            So, (inaudible), are you happy that Karen paid

6    off your credit card?

7            AUDIENCE:  Absolutely.

8            UNIDENTIFIED MALE:  Perfect.  I am not going

9    to ask Karen because it doesn't matter, okay?  So,

10   that's cool.  You're feeling comfortable about this.

11   Very generous of you.

12           And then what about yourself?  How much are

13   you spending on this credit card over here?

14           AUDIENCE:  (Inaudible).

15           UNIDENTIFIED MALE:  Nine hundred.  So how much

16   could we pay off that credit card?

17           AUDIENCE:  All of it.  The other

18   (inaudible) --

19           UNIDENTIFIED MALE:  Yeah, so she can top it

20   off even more.  So we've got the facility over here to

21   pay off both of these credit cards and then some.  So

22   how much is Farham's credit card going to be?

23           AUDIENCE:  2,500.

24           UNIDENTIFIED MALE:  Well, you have paid off

25   2 ½ thousand, but the credit card will probably pay a

**PX 22**          **FTC-MOBE-001973**

55

1       little bit bigger than that.  So what are they likely

2       to give you a credit limit of it?

3               AUDIENCE:  Five thousand.

4               UNIDENTIFIED MALE:  Five thousand?  Maybe

5       more, okay?  So let's say 5,000.  Are we all happy

6       with 5,000?  So we increased it by 3,000.  And is it

7       current?  Yeah.  So what was your credit limit again?

8       Remind me.

9               AUDIENCE:  Fifteen hundred.

10              UNIDENTIFIED MALE:  Fifteen hundred, and

11      you're using 900.

12              AUDIENCE:  Yeah.

13              UNIDENTIFIED MALE:  How much is Karen going to

14      pay off her credit card?  Two thousand, say, okay?

15      The same conversation.  What's her credit limit now

16      going to be?

17              AUDIENCE:  Three -- three --

18              UNIDENTIFIED MALE:  Three, four, five thousand

19      probably again, so it's probably going to be double or

20      more, something like that.  So we've now got all this

21      money available over there.  What can we now do, a

22      third time?  Can we pay the money back to Karen?

23              You would be happy to get your money back,

24      wouldn't you, Karen?  Okay?  So what we're going to do

25      now is we're going to pay how much back onto Karen's

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-001974**

56



1    card?  Because she had a limit of 8,000, remember.  We

2    have now got 5,000 all paid off, all clear and free.

3    So we could put 7,000 onto her credit card.  So we

4    have actually now overpaid her credit card, so she's

5    got quite a lot of money available, and then we can

6    keep doing the whole thing over and over again.

7          I want you to understand that credit cards,

8    they are not bothered where the money's coming from or

9    whether it's -- where it's going.  It's about the flow

10   of money.  That's all they're bothered about.  If

11   money's moving, they can -- they've got the ability to

12   move things about and raise limits and so on.

13         So could this happen?



14         AUDIENCE:  How quickly would you do this?

15         UNIDENTIFIED MALE:  How quickly would you do

16   this?  Every five days, okay?  These things, five days

17   to clear, that's typically how long it's going to

18   take.  So could you do this two or three times in a

19   month?

20         AUDIENCE:  Yeah.

21         UNIDENTIFIED MALE:  Yeah.  And every time you

22   do that, it's likely to do what to your credit limit?

23   So how much money have we got?  How much did we have

24   available before, $7,700, yeah?  So how much is

25   Karen's card going to -- from 7,000, what would it put



**PX 22**          **FTC-MOBE-001975**

57

```
1       it up to?

2                 AUDIENCE:  Ten, 11.

3                 UNIDENTIFIED MALE:  Right.  Peter, what was

4       your credit card when you started?  You said it

5       before.

6                 AUDIENCE:  Three thousand.

7                 UNIDENTIFIED MALE:  Three thousand, and it

8       went up to?

9                 AUDIENCE:  Fifteen, and then it went to 20.

10                UNIDENTIFIED MALE:  Twenty.  So it went from

11      3,000 to 15,000 to 20,000 by doing this exact same

12      exercise.

13                AUDIENCE:  (Inaudible).

14                UNIDENTIFIED MALE:  Okay, well, because you

15      didn't use it, yeah?  Okay, so there's a lesson there

16      as well.  So, his has gone from 3,000 to 15,000 to

17      20,000.  So what's Karen's going to go to,

18      potentially?  At least 20,000, maybe, okay?  And that

19      credit card might go up even more.  So, potentially,

20      what could that combined credit limit be right now?

21                AUDIENCE:  Fifty thousand.

22                UNIDENTIFIED MALE:  Fifty thousand, maybe,

23      okay, who knows?  It's going to be somewhere between

24      probably 20 and 30, 40 thousand pounds, something like

25      that, just by moving money around, okay, and making a
```

**PX 22**                    **FTC-MOBE-001976**

1    cheeky phone call to the credit card company.  Good

2    stuff or great stuff?

3            AUDIENCE:  Great stuff.

4            UNIDENTIFIED MALE:  Should we give these

5    people a round of applause?  Well done.  Awesome.

6    Thank you.  Well done.

7            So can you see the power in why you need to be

8    moving money around now?  Now, I've worked in call

9    centers before.  I understand how these things work.

10   What happened is when you phone the credit card

11   company up, it's your local call center based in

12   India, and they will be answering the phone on behalf

13   of multiple credit cards, and they'll be plugged into

14   a computer screen (inaudible), okay, and when you

15   phone a particular number, it will reach it through to

16   the operator that's been (inaudible) the longest,

17   because it's a real efficient system.

18           And they'll answer the phone with, "Hi, thanks

19   for calling," and then it will flash up on the screen,

20   "Barclay card, Julie speaking, how can I help you?"

21   Then your details come up because you've gone through

22   the security checks, and it will have a whole history

23   on there of your last three conversations, and it will

24   have a few stats about your credit card.  So it will

25   have all sorts of the bits of information about what

**PX 22**                      FTC-MOBE-001977

1     the credit limit is and everything about you as well.

2          The last three conversations you had with

3     them, there will be a small -- like a Twitter message,

4     with two lines of information, just a brief summary of

5     what the last call was about, okay?  That's important

6     to know.  So what's going to happen is that when you

7     phone them up, they are going to know a little bit

8     about previous conversations, and they're all going to

9     see everything about what your credit card is about.

10    So we'll come back on to that in a couple of minutes.

11         So once you have got your credit card and you

12    start moving money around, what I want you to do is

13    make sure that you've got a good suite of credit

14    cards.  I want you all to aim to have at least two,

15    but ideally three credit cards, okay?  So if you've

16    only got one at the moment, get another one.  That's

17    your homework for tonight, okay?  This is nervous, I

18    know, but, listen, it's not going to cost you anything

19    if you don't use it.

20         Karen?

21         AUDIENCE:  (Inaudible).

22         UNIDENTIFIED MALE:  You can absolutely do it

23    between your own cards or other people's cards.  Is

24    there going to be a balance transfer thing when you do

25    this?

**PX 22**          **FTC-MOBE-001978**

60

1          AUDIENCE:  Yes.

2          UNIDENTIFIED MALE:  Yes.  What did I say

3     before?  Don't ask the price of the shovel when you're

4     digging for gold, okay?  That is, don't sweat the

5     small stuff.  A lot of people focus on the little

6     things.  That's why you're playing small, okay?

7     You're going to make -- if you're going to make a

8     million dollars over the next 12 months, is it worth

9     incurring a few thousand dollars' worth of fees and

10    charges along the way?  Of course it is, yeah.  So

11    just look at the bigger picture.  Don't focus on the

12    cost.  Focus on the value of this.

13          So what I want you to do is focus on getting

14    some credit cards.  If your credit score is really

15    good, then the best place to go for me is

16    moneysupermarket.com, okay?  You probably can't see

17    that on the top, but moneysupermarket.com is a price

18    comparison website.  You can buy car insurance on

19    there, house insurance, personal loans, credit cards,

20    all sorts of different things.  So you are going onto

21    here and you are going to click on the "Finance"

22    section, and then under the "Finance" section, you are

23    going to click on "Credit Cards," and then there's

24    lots of different categories of credit cards that you

25    can get.

**PX 22**          **FTC-MOBE-001979**

61



1           Does anybody know what those categories are?

2     Different categories -- see, I'm just testing you

3     (inaudible), that's why, okay?

4           AUDIENCE:  Percentage rates.

5           UNIDENTIFIED MALE:  Okay, percentage rates.

6     So you have purchase credit cards, you'll have no

7     percent balance transfer credit cards, you'll have

8     cash-back credit cards, all these different types of

9     things.  What is the one thing that we're looking for

10    at the moment, do you think?

11          AUDIENCE:  Zero percent.

12          UNIDENTIFIED MALE:  Zero percent on balance

13    transfers, okay?  So who's carrying a debt at the

14    moment on a credit card?  Who's already got money

15    outstanding?  What's the interest rate you're paying

16    on that?

17          AUDIENCE:  Zero.

18          UNIDENTIFIED MALE:  Zero.  Well done.

19          AUDIENCE:  Zero, zero.

20          UNIDENTIFIED MALE:  Any advances on zero?

21    Who's paying interest on the credit cards?  How much?

22    You don't even know.  Interesting, okay.

23          AUDIENCE:  12.9.

24          UNIDENTIFIED MALE:  12.9, okay.  (Inaudible)?

25          AUDIENCE:  30 to 40 percent.

**PX 22**          **FTC-MOBE-001980**

62

1          UNIDENTIFIED MALE:  Thirty to 40 percent.  So

2      you are paying interest on your money.  Thirty to 40

3      percent is almost half of the money you borrowed,

4      you're paying back in interest.  Think about how much

5      money that's going to add up to.

6          So if you go for a no percent balance transfer

7      card, how much is your money going to cost you now?

8          AUDIENCE:  Nothing.

9          UNIDENTIFIED MALE:  Nothing.  So if you've got

10     a credit card already carrying debt, could you

11     transfer that balance from where it is onto a no

12     percent balance transfer card?  Of course you can, and

13     that's your first job.  You are going to do that to

14     save you some interest.  I'm going to save you some

15     money straight away.

16          Could you pay off personal loans with that?

17     Could you pay off your mortgage with that?  Why not?

18     If you've got enough of a credit limit, you can now

19     convert your mortgage into an interest-free credit

20     agreement.  How cool is that?  Okay.

21          AUDIENCE:  They do limit you.

22          UNIDENTIFIED MALE:  Who limits you?

23          AUDIENCE:  The credit card companies.

24          UNIDENTIFIED MALE:  Do they?

25          AUDIENCE:  Yes.  (Inaudible).

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001981**

63



1          UNIDENTIFIED MALE:  Right, just hold your

2     thought.  Stop.  Stop your language.  Time out.  Be

3     careful what you say.  You have got to watch your

4     language nowadays, because you are leading yourself

5     into a limiting belief situation right now.  The

6     person -- the person who taught me this used to be

7     broke, okay?  He now has 40 credit cards.  One of

8     those credit cards has a limit of 1.4 million pounds.

9     Don't tell me you get limits.  I'll show you why you

10    get limits, but I'll show you how to achieve -- how to

11    overcome those as well, okay?  So it's a limiting

12    belief that you've got there, because just lack of

13    understanding --

14          AUDIENCE:  But (inaudible) they told me I

15    couldn't have it.

16          UNIDENTIFIED MALE:  That's because you did it

17    wrong.  I'll show you what to do.  I'll show you what

18    to do, okay?  Stick with me on this one.  I know where

19    you're coming from, but I just don't want to go down

20    that way, okay?  So you can get as much money as you

21    want, for as long as you want, for as low as you want

22    as well, okay?  Just get this concept, and you have

23    got to go through the process of using it heavily,

24    okay?

25          So the first thing to do is get yourself a



**PX 22**          **FTC-MOBE-001982**

64

1    naught percent balance transfer card.  Balance

2    transfer any debts that you have got already onto that

3    credit card.  Typically, how long would that naught

4    percent balance transfer last for?

5            AUDIENCE:  Eighteen months.

6            UNIDENTIFIED MALE:  More.  It's nearly four

7    years now.  If you do a search -- if you go into

8    moneysupermarket.com -- this is another homework for

9    you, write it down.  This is something else you're

10   going to do.  You're going to be busy tonight.  Just

11   say you're going to be busy.  Go to

12   moneysupermarket.com and search for the best naught

13   percent balance transfer credit card and see how long

14   you can get.  Thirty-six months, 40 months, and close

15   to 48 months, right at the moment.  People are

16   desperate to lend money out to you, organizations are.

17

18           Why would somebody -- why would a credit card

19   company or a bank want to give you so much money at

20   naught percent?  What's going to happen at the end of

21   the three years for normal people?

22           AUDIENCE:  (Inaudible).

23           UNIDENTIFIED MALE:  You know it.  You stick

24   with it.  The interest is going to go up, and some

25   people don't even know what interest rate they're

**PX 22**                    **FTC-MOBE-001983**

1   paying, because the banks have just fooled you into

2   thinking you're safe.  So you're just making your

3   regular payments, life gets in the way, and

4   la-la-la-la, and you just pay (inaudible) payments.

5   It's part of life now, isn't it?  It's normal.

6   Everybody does the same thing.

7        Take control of the situation, guys.  Who's

8   responsible for this, by the way?

9        AUDIENCE:  You are.

10       UNIDENTIFIED MALE:  You are.  Have an internal

11  locus of control.  We talk about this in the three-day

12  event.  Have control for your own things.  Let me just

13  give you a bit of -- a word of warning here and a bit

14  of disclaimer.  It's your responsibility to be really

15  organized with this.  You must get organized.  Have a

16  spreadsheet in place, okay?  Get a list of dates of

17  all the credit cards you've got, the limits, the

18  dates, when payments are due, and so on.

19       Put entries in your diary so you never miss a

20  payment.  Set up the minimum monthly payments to come

21  out, so at least by default, if you forget to make a

22  payment, it's going to come out.  It's your

23  responsibility.  If you get this wrong, it will screw

24  up your credit file quicker than anything else.  If

25  you get it right, it will improve it quicker than

**PX 22**                    **FTC-MOBE-001984**

66

1    anything else as well.

2            A quick question?

3            AUDIENCE:  I do from direct debit so

4    (inaudible).

5            UNIDENTIFIED MALE:  Yeah, that's what I just

6    said, yeah?  You set it up on a regular basis.  But

7    what we're going to do is we're going to move it more

8    and more -- more often than that, okay?  Good stuff or

9    great stuff?

10           The last question.  Hold your questions, we'll

11   do questions at the end.

12           AUDIENCE:  Is this still good when you are

13   more or less maxed out your credit?

14           UNIDENTIFIED MALE:  Yeah.  I am going to show

15   you that one as well, okay?  So if you have totally

16   maxed out your credit cards -- the thing is, if you've

17   got three or four credit cards and you've got a total

18   combined limit of 50,000 pounds and you've borrowed

19   50,000 pounds, which is where you're at -- and I don't

20   know what the amount is, okay -- so you have got a

21   debt ratio that's quite high, a one-to-one debt ratio,

22   okay?  So you're 100 percent committed.  Lenders like

23   don't like that for obvious reasons, okay?

24           So what you need to do is you need to get that

25   down to about 50 percent.  So what's the quickest way

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001985**

67

1    of doing that?  Well, you could pay off half the debt,

2    couldn't you?  But that's difficult, because if you

3    could have done that in the first place, you probably

4    wouldn't have got into debt.

5        What would be the other way of doing it?

6    Increase your?  Credit limit.  So if you've got a

7    combined credit limit of 50,000 and you're borrowing

8    50,000, if you go through the process that I'm going

9    to teach you right now, you can get the credit limit

10   increased to potentially 100,000, and if you get your

11   limit to 100,000, you're borrowing 50,000, you've only

12   got 50 percent debt ratio.  Does that make sense?  So

13   they are more inclined to lend to you moving forward

14   as well, okay?  Are you getting this now?  Is this

15   starting to sort of sink in?

16       So, some people are still nervous, I sense

17   that, but some of you, the penny is starting to drop,

18   okay?  So you need to take control.  What I want you

19   to do is get a spreadsheet -- get a piece of paper --

20   in fact, get yourself a blank piece of paper right

21   now.  Everybody get a blank piece of paper, because I

22   am going to get -- myself and the coaches -- the

23   coaches are trained in this as well.  We will work

24   with you on this one.  If you want us to, let us help

25   you with this, okay?

**PX 22**          FTC-MOBE-001986



68

1    I want you to write down at the top of your

2    piece of paper "My Credit Card Strategy," okay, and

3    we'll coach you through this.  I am going to give you

4    some homework tonight, so if you do this, I'll work

5    with you tomorrow.  Any one of you can come and speak

6    to me tomorrow.  This is an ideal thing to go through

7    the VIP events as well, by the way.  So write at the

8    top, "My Credit Card Strategy."

9         Now, what I want you to do is write down,

10   "Credit Card Number 1," okay, and write down who it

11   is, and then all the details, the limit, the balance,

12   payment dates, interest rates, okay?  Then leave a

13   space.  Then credit card number 2, and so on, or do

14   one per piece of paper, but I want you to get a whole

15   sort of summary of all the credit cards that you've

16   got.  So go through this and do this as your homework,

17   okay?  So you need to know what the limit is, how much

18   you're borrowing, and what the credit -- what the

19   interest rates are, because we are going to change

20   this.  We are going to improve it in every case, okay?

21   So you're going to do that as your homework.

22        So what we're going to do is always have a

23   combination of two or three credit cards.  Once you've

24   got three credit cards, you can now do what I've just

25   taught on stage using these three lovely people, the

**PX 22**          **FTC-MOBE-001987**

1    two Karens, okay, and -- that's exactly what you're

2    going to do.  It's that simple.  It just makes sense.

3        So what you need to be doing is getting

4    organized, knowing where your credit cards are up to,

5    making the balance transfers between each one, and

6    each time you do that, it's going to show that you're

7    a responsible borrower, because you have overpaid what

8    you've borrowed in the first place.  Yes?

9        So you are going to start off by just using

10   your credit cards regularly, rather than your debit

11   cards, and then once you start to do that on a regular

12   basis, you are going to start using it up to the

13   limit.  So you are going to start increasing your

14   limits all the time.  If you don't use it, you are

15   going to lose it, and Peter has just explained now.

16   So what is your credit limit now?  It went from three

17   to 15 to 20, and today it is?

18        AUDIENCE:  I think it's 12 --

19        UNIDENTIFIED MALE:  Come back down to 12.  So

20   you have not used the 20, so they have got a little

21   bit nervous and they have taken it off of you again.

22   So you have got to use it or lose it, guys, okay?  So

23   stay on this.  You have got to keep moving the money

24   around.  Don't go out and buy things that's going to

25   cost you money, but keep balance transferring it,

**PX 22**          FTC-MOBE-001988

70

1    because otherwise, you are going to lose that

2    facility.

3            Now, Scott said this before, but how often

4    does the deal of a decade come around?

5            AUDIENCE:  Every single day.

6            UNIDENTIFIED MALE:  Every single day.  Now,

7    imagine this.  You have an opportunity to invest in a

8    property deal, okay?  And the guy that taught me this

9    had exactly the same experience.  He had the

10   opportunity to buy a piece of land, which he did, for

11   about 240,000 pounds Sterling in the UK, okay?  He

12   bought a plot of land.  How did he pay for it?  With

13   his credit cards.  He did nothing with it for two

14   years, and he knew the town boundary was going to

15   expand, and when it did, he then got planning

16   permission on it.

17           When he got planning permission on it, he then

18   -- he got planning permission, okay, that was the

19   first thing, and then he sold that same plot of land

20   to Persimmon Homes for 8.4 million pounds.  Think

21   about this, guys.  So when you're thinking about, oh,

22   I don't need to do it, right, have a word with

23   yourself.  You might not need to do it right now, but

24   if you have that opportunity come by in the future and

25   you didn't do this and you wish you had done it, then

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001989**



1    you would be kicking yourself, wouldn't you?  So if

2    you have the opportunity to invest in something that's

3    going to grow like that, then you want it to be there

4    for it.  Does this make sense?  So do this.  It makes

5    absolute sense to do this.  If you don't, you are

6    going to kick yourself for doing it.

7          So what you are going to be aiming to do is

8    take your credit cards, get a portfolio of credit

9    cards, and then you want to start to upgrade them as

10   well.  Now, I've talked about credit build accounts.

11   They're right at the bottom.  Standard credit cards

12   are what most people's got.  Who's got the credit

13   cards now?  Just take your credit cards off -- take

14   your credit cards out and show me what you've got.  I

15   want to know what type of credit cards we've got,

16   okay, because there's also different ones out there.

17   I'm going to give you some great examples of what's

18   good.

19         So who's got a credit card?  Wave it in the

20   air and show me -- tell me what we've got.  What have

21   we got over there?  So that's MasterCard with --

22         AUDIENCE:  M&S.

23         UNIDENTIFIED MALE:  M&S?  Brilliant, okay.  We

24   have got a Barclay card Visa.  Is that platinum?  I

25   think it is.  We have got a platinum card.  We like

**PX 22**          **FTC-MOBE-001990**

72

1    platinum.  We have got a Halifax one there, yeah,

2    MasterCard.

3              AUDIENCE:  MasterCard.

4              UNIDENTIFIED MALE:  Perfect.  And the one

5    behind the gold one, what's that?  HSBC.  It's not a

6    gold card.  It's just cold in color.

7              AUDIENCE:  It's just a Visa.

8              UNIDENTIFIED MALE:  It's just a Visa, a

9    standard Visa, okay.

10             What have you got there?

11             AUDIENCE:  Barclay's.

12             UNIDENTIFIED SPEAKER:  A Barclay's?  Okay.

13   Halifax MasterCards?

14             AUDIENCE:  Platinum MasterCard.

15             UNIDENTIFIED MALE:  Platinum MasterCard as

16   well, okay?  See, I'm getting excited with platinum,

17   okay?  Everybody all need to say, "I love platinum."

18             AUDIENCE:  I love platinum.

19             UNIDENTIFIED MALE:  Okay.  Why do we love

20   platinum so much?  Platinum cards are like a standard

21   card, but generally you get higher limits, lower

22   interest rates, better transfer fees, and a few more

23   benefits that comes along with it as well, okay?

24             There's one better than a platinum card.  Does

25   anybody know what that is?  It's the black cards and

**PX 22**                    **FTC-MOBE-001991**

```
 1    the diamond cards, okay, freedom cards.  So different
 2    banks call them different things, okay?  I call them
 3    the diamond cards, because diamond is a freedom-type
 4    card, isn't it?  It's the type of the range.  So if
 5    you've got a diamond card rather than a standard card
 6    or a platinum card, you get massive limits.  This is
 7    where you get seven-figure limits or unlimited limits
 8    sometimes as well.  You get all sorts of perks and
 9    benefits.  Has anybody got one of these cards, a black
10    card or freedom card or anything like that?  Has
11    anybody got one?  Would you like to get one of these?
12    Would you like to know how?
13           You need to have a perfect credit score, okay,
14    and you need to have an income of at least 70 or 80
15    thousand pounds come in or 70 or 80 thousand pounds in
16    the bank.  How's that?
17           AUDIENCE:  I've got a black card with T-24.
18           UNIDENTIFIED MALE:  T-24.  I don't know that
19    one.  Who's that?  Which is the lender?  Who's that?
20           AUDIENCE:  (Inaudible).
21           UNIDENTIFIED MALE:  Okay.  I don't know about
22    that one.  That's cool.  So T-24.  That's a new one to
23    me.  NatWest has a great one, it's call the NatWest
24    black card, and I've coached people a lot of times,
25    and typically what happens is the first person I coach
```

**PX 22**          FTC-MOBE-001992

1    just went to the bank manager and said, "I want to

2    apply for a black card," a bank manager in NatWest.

3    What did the bank manager say, do you think?

4          AUDIENCE:   (Inaudible).

5          UNIDENTIFIED MALE:   Exactly.   What black card?

6    Even the bank manager didn't know it existed, okay?

7    I've had another girl, she was actually a stripper,

8    oddly enough, she makes 20,000 pounds a month, okay?

9    She came to the training, but she didn't realize that

10   she is not always going to have a body, so she needs

11   to invest in stuff.   So she went to a bank and said,

12   he said, "How did you even know about this?   It's by

13   invitation only."   So if you want to apply for

14   something and somebody says it's by invitation only,

15   what would you then say?

16         AUDIENCE:   (Inaudible).

17         UNIDENTIFIED MALE:   Invite me.   Send me an

18   invitation so I can apply for it, okay?   So you have

19   got to be a bit cheeky with this, and you've got to

20   ask for things sometimes.   If you don't ask, you don't

21   get.   But if you've got yourself a diamond card, then

22   you get a concierge service with it, and my friend was

23   telling me this story, and it's quite funny, because

24   he's got a daughter.

25         Remember when Take That relaunched a few years

**PX 22**          **FTC-MOBE-001993**

75

1    ago, about four or five years ago?  And all the girls

2    were going mental for it.  Ladies, who went mental for

3    Take That a few years ago?  You know who you are,

4    okay?  I can spot you, okay?  Well, the tickets sold

5    out within about 15 minutes, didn't they, okay?  Well,

6    this -- my friend's daughter phones his -- on his

7    black card, phones the concierge service up, says,

8    "I'd like to order some tickets for the Take That

9    concert that's now fully sold out."

10         "Yes, madam, of course.  No problem.  Where

11    would you like them delivered to," okay?

12         So she bought eight tickets.  There's a 20

13    percent surcharge, okay, so you are paying the

14    privilege for this, so she got eight tickets.  She

15    only needed two, so what did she do with the other

16    six?

17         AUDIENCE:  Sold them.

18         UNIDENTIFIED MALE:  Sold them at 200 percent

19    markup.  So she got hers for free, okay?  So there's

20    always sorts of things.  If you wanted something right

21    now, if you wanted a pizza delivered to your lap from

22    the concierge service, they will organize it.  So

23    there's all sorts of benefits that come with this.  So

24    have a bit of fun with it.  It just gets you upgrades

25    in airports, VIP lounges, business class upgrades, and

**PX 22**                  **FTC-MOBE-001994**

76

1     all sorts of things.

2          Now, the other thing to consider is as you're

3     making your day-to-day purchases on a daily basis,

4     we've talked about balance transfer card and why you

5     need that.  I want you to also think about having a

6     purchase card, okay?  So you are going to get another

7     credit card -- you might have it already -- or a new

8     one that you are going to use to buy stuff with, okay?

9     What's the interest rate going to be on your purchase

10    card?

11         AUDIENCE:  Zero percent.

12         UNIDENTIFIED MALE:  Nope.  They are going to

13    charge you something.

14         AUDIENCE:  (Inaudible).

15         UNIDENTIFIED MALE:  It could be.  Actually, it

16    doesn't matter what it is, okay?  But there will be a

17    charge to it, because your purchase credit cards will

18    have an interest rate attached to them, but why does

19    that not matter?

20         AUDIENCE:  (Inaudible).

21         UNIDENTIFIED MALE:  Maybe you are going to pay

22    it off.  How are you going to pay it off?

23         AUDIENCE:  (Inaudible).

24         UNIDENTIFIED MALE:  By balance transfer it to

25    your no percent cards, but if you do need to buy

**PX 22**          **FTC-MOBE-001995**

1    something new, that you need to keep a balance for

2    whatever reason, buy it with your purchase card and

3    transfer it onto your balance transfer card so you've

4    got it at naught percent.  Why do it that way?  Why

5    would you use that purchase card?  What incentives

6    would you get for using the card?

7        AUDIENCE:  Because your credit rating

8    (inaudible).

9        UNIDENTIFIED MALE:  Credit rating is one, but

10   what else?  Cash back.  These cards give cash back

11   and/or points.  What do points make?

12       AUDIENCE:  Prizes.

13       UNIDENTIFIED MALE:  We know it.  So get

14   yourself cash-back deals as well.  So anything that

15   you need to spend on a daily basis, why not get cash

16   back at the end of the year as well, because it's not

17   going to cost you anything in interest.  Now, think

18   about this.  You could use this for your petrol at

19   Tesco.  You could use your club card points as well

20   and just double up your points all the time.  Just

21   think about what you can get as a benefit.

22       So think about this.  We're going to get a

23   range of credit cards now.  You are going to have a

24   purchase credit card and a naught percent balance

25   transfer card, at least one, okay?  You can now move

**PX 22**            **FTC-MOBE-001996**

78



1    money around the (inaudible).  You only need two to

2    start doing this process.  You are going to use your

3    credit cards because it's going to improve your credit

4    card, and you are going to use it right up to your

5    limits, because the more you do that, the bigger your

6    credit limit is going to go, okay?  So I want you to

7    play with your credit limits all the time, okay?  So

8    you are going to play with your cards every month.

9    You are going to do this.

10          Now, what's going to happen to your credit

11   limits when you keep playing with them?

12          AUDIENCE:  (Inaudible).

13          UNIDENTIFIED MALE:  Yeah, it's going to get

14   bigger, isn't it, okay?  So the more you play with it,

15   the bigger it gets.  Remember that.  Naughty people.

16   We've got the right audience in here, okay?  Never

17   knew it, okay?  So I know exactly what -- so you are

18   going to remember this, yeah?  That's the key thing.

19   So keep playing with your credit cards every single

20   month, okay?  Live stream, silly world, okay.

21          So, remember, with your credit limit, you have

22   got to use it or lose it.  If you don't use it, it's

23   going to go like (inaudible) right now.  So what I'm

24   going to do, I'm going to set you a challenge right

25   now.  Who is up for a challenge?  Who's going to do



**PX 22**                    **FTC-MOBE-001997**

1    this?  I want more commitment than this, because if

2    you are not all going to do it, I am not going to tell

3    anybody how to do this, okay?

4         Okay, so if -- who's going to do this?  You

5    have got to keep your hands up.  Keep your hands up.

6    Have a look around the room.  If there's somebody next

7    to you without their hands up, go like that in their

8    ribs, because I'm not going to teach you until all

9    hands are up.

10        UNIDENTIFIED MALE:  Hey, Chris.  I'll bet you

11   you'll get everybody to raise their hand if you put

12   some money reward behind it.

13        UNIDENTIFIED MALE:  Oh, could do I that?

14        UNIDENTIFIED MALE:  I think we can arrange

15   that.

16        UNIDENTIFIED MALE:  How much money?

17        UNIDENTIFIED MALE:  A hundred dollars.

18        UNIDENTIFIED MALE:  A hundred dollars, okay.

19        UNIDENTIFIED MALE:  Five hundred dollars.

20        UNIDENTIFIED MALE:  Five hundred dollars to

21   who can do the best of what he's about to tell you.

22   Now how many would be willing to try for 500?

23        UNIDENTIFIED MALE:  So just do this.  It's not

24   going to cost you any money.  It might take you five

25   minutes.  You could expand your credit limit, you

**PX 22**          **FTC-MOBE-001998**

80



1    never have to use it, it's not going to use it, it's

2    not going to cost you any money, and you could make

3    $500.  Who wants to do this?  Yes?  Yes, yes.  Right,

4    I want you to commit to this, because if you do this,

5    it's going to do two or three things.

6         First of all, it's going to improve your

7    credit limits, credit rating, give you far more

8    opportunities to invest in stuff.  It could be through

9    MOBE, it could be through anything else.  It doesn't

10   have to be for this, but you can see where we're going

11   with this.  There is no sort of hidden agenda here,

12   but do this because it's for your own benefit because

13   you never know when the deal of a decade is going to

14   come along and hit you right in front of your face, do

15   you?  Okay.

16        Secondly, you are going to take away $500 MOBE

17   money as well.  Can't say fairer than that.  So what I

18   want you to do is I want you to think about what I've

19   just covered there, and I want you to go into

20   negotiation mode now and start thinking about how you

21   can improve the credit cards you've currently got.  So

22   before you're applying for any new ones, let's see if

23   we can improve the ones you've got right now, because

24   if your credit card at the moment is charging you an

25   interest rate, okay, is there a risk to that company

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-001999**

81

1    that you could take your business elsewhere what's

2    going to give you naught percent?  So what might they

3    do to keep your business?

4           AUDIENCE:  Decrease your --

5           UNIDENTIFIED MALE:  Decrease your interest

6    rates and also increase your limits as well.  That's

7    what we're going to go and do now.  So everybody get

8    your credit cards out and just have a look on the back

9    of your credit cards.  I want you to look at the phone

10   number that's on there, because I am going to save you

11   some money for the phone call as well.

12          Now, this is about stepping out of your

13   comfort zone, guys.  I am going to reward those that

14   do this.  We did this in a group half this size, okay,

15   and between us, over a lunch break, on a Friday, and

16   it was about six months ago, in this hotel --

17   different room -- we raised about 240,000 pounds

18   between us, okay?  I want to increase that.  I want to

19   do more than that.  I reckon we can raise easily

20   300,000 pounds by you guys just making a phone call.

21          You are not going to spend this, okay?  You

22   are not going to use it, and it's not going to cost

23   you any money.  I want to send you the challenge,

24   okay?  Are you up for this?  There's a lot of people

25   still looking very negative with their arms folded,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-002000**

82



1     right?  If you're feeling nervous about this, what

2     should you do?  Do it anyway, okay?  JFDI, stop

3     messing about, okay?

4          By the way, generally, sometimes people come

5     up to me with excuses as to why they can't do this as

6     well.  Just so that you know, there's about 56 excuses

7     people have come up with in the past.  You'll be

8     pleased to know, I have an answer for every single one

9     of them, okay?  Save your time.  Just do it anyway,

10    all right?

11         Step one is you are going to get your credit

12    cards out.  Everybody get your credit cards out.  Is

13    there a phone number on the back of it?

14         AUDIENCE:  Yes.

15         UNIDENTIFIED MALE:  Customer Service.  Is it

16    something like 0898, like a premium rate number?

17         AUDIENCE:  0834.

18         UNIDENTIFIED MALE:  0834, fine.  Does it also

19    say if you're outside of the UK, call this number, and

20    it will be plus 44 and then 100 -- all right, drop the

21    44, add a zero, and you have got a local rate call

22    number.  Make sense?  So that's going to save you a

23    little bit of money.

24         Another way would be going to a website called

25    saynoto0870.com.  Has anybody heard of this one?



**PX 22**                    **FTC-MOBE-002001**

83

1    Saynoto0870.com, and it's a website that has got a

2    whole database of phone numbers.  So if you've got an

3    0870 number, which is a premium rate number, if you

4    phone that, it's going to cost you quite a lot of

5    money per month -- per minute, especially on a mobile

6    phone, but if you put that number into the website, it

7    will tell you the landline equivalent that will get

8    you through to the same department.  How cool is that?

9

10   So is anybody here going to or planning to use

11   the excuse, "but I've not got the credit card with

12   me"?  There you are, right, okay.  No excuse.  Go onto

13   saynoto0870, if it's a Barclay card, put the name of

14   the company in there, and it will give you the list of

15   the free phone numbers that you can call, okay?  So

16   that's not a valid excuse.  Yeah, saynoto0870 --

17   saynoto0870.com, okay?  So you either put the number

18   in there that you've got or the name of the company,

19   it will show you the number.

20   And then what you are going to do is I am

21   going to give you a script to go through now.  So you

22   are going to actually pick up the phone, so the person

23   at the other end of the phone or the other end of the

24   company, and you are going to go through this

25   particular script, so I want you to take good notes

**PX 22**                    FTC-MOBE-002002

84

1    now, because you are all going to do this.  When are

2    you going to do this?

3           AUDIENCE:  Now.

4           UNIDENTIFIED MALE:  Right now, before you

5    leave the hotel.  Commit to this.  The doors are being

6    locked.  If you want coffee, now's the time, okay?

7    You are going to either have to pay us cash as a bribe

8    or make the phone call to get out of the company --

9    get out of the hotel, okay?  I'm messing, we're not

10   that bad, but do it.  Commit to it before you go,

11   because you never know what's going to happen.

12          So I want you to phone the company up, okay?

13   And what's the sexiest word in the world?  Your own

14   name, okay?  So use it.  So let's pick a name.  Let's

15   say Lucy.  Lucy is going to pick up the phone right

16   now, okay?  So you're going to phone the number that's

17   on the back of your credit card, and Lucy's going to

18   answer the phone and say, "Hi, Barclay Card, Lucy

19   speaking, how can I help?"  And you're going to say,

20   "Hi, Lucy, how are you today?"  Be pleasant.

21          I'll tell you why you do this, because

22   remember, every call that you make, okay, they leave

23   notes on the call history about the previous

24   conversations.  When I did this very same exercise, I

25   was actually on hold for 20 minutes waiting to get

**PX 22**                    FTC-MOBE-002003

85

1    through to my credit card company, and after 20

2    minutes, they picked up the phone, read the notes, and

3    hung up on me, because last time, I was Mr. Angry,

4    because they had made a mistake.  They had missed a

5    payment, and I had incurred some fees as a result of

6    it.

7            Actually, whose fault was it really?  It was

8    mine, but I was blaming them.  So I was ripping shreds

9    into them and complaining and shouting.  I was

10   Mr. Angry.  So the notes must have said something

11   like, "Oh, my God, this guy got up on the wrong side

12   of the bed.  What an angry man."  So whoever picked up

13   the phone after 20 minutes of me waiting didn't want

14   to deal with an angry man, so they hung up on me,

15   okay?  So be pleasant.

16           The next person that came along, he was a bit

17   more bold and brash, he thought, "I'll take him on,"

18   so I had somebody who was a bit arrogant with me next

19   time, but I started to become nice, and then as soon

20   as that bad call comment disappeared, you're in

21   business then, okay?  So be nice with these people.

22           So, "Hi Lucy."  She says, "Hi, how can I help

23   you today?"  I say, "I'm calling about my credit card.

24   Can you tell me what the annual fee is, please, Lucy?"

25   Okay, so write this down.  The first question is,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-002004**

1    "What is the annual fee?"  Because a lot of credit

2    card companies will charge an annual fee, typically 50

3    pounds a year or something like that, okay?  And you

4    are going to use these words.  When she says it's 50

5    pounds, you'll say, "Can you waive that for me,

6    please, Lucy," or "Can you take that off?  Can I not

7    pay that?  Please get rid of it."

8         So on her computer screen, it will say your

9    name, the name, the credit card details, and if

10   there's a fee, and then there will be a little

11   indicator underneath, "Can she waive it?  Yes or no."

12   So you're just making her job real easy for her by

13   using the same words that's on the screen, okay?  So

14   she's going to ask -- sorry, you're going to ask, "Can

15   you waive it," and she is going to say "Yeah," or what

16   might she say?

17        AUDIENCE:  No.

18        UNIDENTIFIED MALE:  Possibly, okay?  What do

19   you say if she says no to anything as well, by the

20   way?

21        AUDIENCE:  (Inaudible).

22        UNIDENTIFIED MALE:  Maybe, or just ask the

23   question why.  Don't go "Why," because that's rude,

24   but "Can you tell me why that is?"  Okay, and if

25   there's a reason that she can't do it that you can

**PX 22**                    FTC-MOBE-002005

1    maybe overcome, it could be that she's not authorized

2    to do that, in which case you then say --

3             AUDIENCE:  "Can I talk to your supervisor?"

4             UNIDENTIFIED MALE:  Yeah, "Put me through to

5    the person who can," okay?  So it could also be, when

6    you are having this conversation -- has anybody ever

7    experienced the situation where you meet somebody for

8    the first time and you just don't like them?

9             AUDIENCE:  Yeah.

10           UNIDENTIFIED MALE:  Happens all the time,

11    doesn't it?  The same can happen over the phone, can't

12    it?  So if that person just doesn't like you, you're

13    not going to get anywhere with them.  Maybe they've

14    just been dumped by their girlfriend, okay?  Maybe

15    they're just about to go on their lunch break and they

16    can't be bothered speaking to you.  Maybe the timing

17    is just wrong.  It could be they're brand new in the

18    company and they're not actually authorized to do

19    anything just yet.  Identify this, and if you're just

20    not getting on very well, hang up and redial, okay?

21    You'll get through to somebody that's a bit happier.

22        So, you are going to go through, "Can you tell

23    me what the annual fee is?"  Yeah, "Can you waive that

24    for me, please?"  "Yeah, no problem."  The fee is now

25    gone.  True story.  This happened.  Somebody made this

**PX 22**            **FTC-MOBE-002006**

1    phone call, and the credit card company said, Lucy

2    said, "I can only reduce it by 15 pounds a time."  So

3    you know what I did?  Three calls.  I hung up,

4    redialed, 15 pounds, redialed, 15 pounds, so we got it

5    reduced by 45 pounds with three phone calls, okay?  So

6    that's one way of doing it.

7         So what's she then going to say to you?  Once

8    she's waived that fee and taken the fee off, what's

9    she going to say next?  "Is there anything else I can

10   help you with?"  Yes.  "Yeah, there is actually,

11   Lucy."  The next question is, "Can you tell me what

12   the APR is or the annual interest rate, please?"  So

13   you are going to ask her what the annual interest rate

14   is, and she's going to say that it's 19.9 percent or

15   26.9 or whatever it is, and you're going to ask the

16   following question, which is what?

17         AUDIENCE:   (Inaudible).

18         UNIDENTIFIED MALE:  "Can you reduce that for

19   me, please?"  Okay, so "Can you reduce the interest

20   rates?"  And she might say, "What would you like it to

21   be?"  And you're going to say --

22         AUDIENCE:  Zero.

23         UNIDENTIFIED MALE:  -- "Naught percent,

24   please."  Okay?  Why would you do that?  Well, you'll

25   say, "Well, listen, I'm shopping around at the moment,

**PX 22**                    **FTC-MOBE-002007**

89

1    and other credit cards are offering naught percent.

2    If you don't give it to me, why would I stay to you

3    when I could go to somebody else?"  So make them

4    realize they are going to lose the business.  Don't be

5    hard with them.  Negotiate if you want to.

6         She might say, "Listen, I can't reduce it down

7    to naught percent, but I can give you 9.9 percent."

8    That's cool as well, okay?  You have made an

9    improvement.  You've halved the money that you're

10   paying out.  So just see what you can do with this,

11   okay?  So you are all going to do this, yes?  So you

12   are going to go through, "Just reduce the interest

13   rate for me, please, Lucy.  Thank you."

14        She is then going to say -- what's she going

15   to say?  "Is there anything else?"  She is going to

16   start getting (inaudible), but she is going to ask

17   you, "Is there anything else?"  "Yeah, can you tell me

18   what the credit limit is, please, Lucy?"  Okay, so

19   she's going to tell you the credit limit is 15,000,

20   5,000, 8,000, whatever it is.  So you are going to

21   ask?

22        AUDIENCE:  Can you increase?

23        UNIDENTIFIED MALE:  "Can you increase that for

24   me, please, Lucy?"  And she might say, "Yes, let's

25   increase it to 20,000," just like that, and it

**PX 22**          FTC-MOBE-002008

1   happens, okay?  She might more likely say, "What would

2   you like it to be?"  What would you say then?

3          AUDIENCE:  (Inaudible).

4          UNIDENTIFIED MALE:  A hundred thousand pounds,

5   please, Lucy.  Now, you laughed.  She might laugh as

6   well, but go big on this one, okay?  Push them as much

7   as you can.

8          Now, I always used to train this and say, "Ask

9   for a hundred thousand," for two reasons.  First of

10  all, you never know, you might get it, and it's

11  happened before.  Number two, it's pushing you outside

12  of your comfort zone.  Who would feel slightly

13  uncomfortable asking for that much money?  Good,

14  that's why you do it, okay?  So push yourself hard on

15  this one.  Don't be soft.

16         I'll tell you why.  We had an example where we

17  did this before just lunch, and after lunch, we had to

18  review, how did you get on with your credit card?  And

19  there was this guy who sat right in the front where

20  Mark is, and he had a right long face on him, and I

21  said, "What's up with you?"  He says, "I did what you

22  said."  I said, "Well done."  He said, "Me limit went

23  from 20,000 to 50,000 in five minutes."  I said,

24  "That's fantastic.  Why the long face?"  He says,

25  "Because I asked for 50,000, and they gave it to me

**PX 22**                    FTC-MOBE-002009

1    like that, and I might have had 100 had I asked,"

2    okay?  And that's true.  So ask the question.  You

3    never know.

4           So I would like to maybe say, "Well, what's

5    the best -- what's the most I can do right now," okay?

6    So what could they then say?  What are they likely to

7    say?  If you want to increase your limit by quite a

8    lot, what are they going to ask you?

9           AUDIENCE:  What do you want it for?

10          UNIDENTIFIED MALE:  What do you want it for?

11   Exactly right.  So if you say something like -- you

12   can't lie, first of all.  I don't want you to lie.  I

13   don't want you to make anything up.  You've got to be

14   consistent in your answers across all calls that you

15   make as well, because it's all recorded, between

16   organizations.  Look, the kind of things that score

17   quite highly -- and I'm not putting words into your

18   mouth -- but when you apply for different things or

19   when you're using it for different purposes, it has a

20   different scoring field on their system, and the best

21   one is home improvements, just so that you know, okay?

22

23          Let me ask you a question.  Whether you're

24   renting or not, if you make a lot of money with this

25   business, are you likely to improve your home?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              FTC-MOBE-002010

1        AUDIENCE:  Yes.

2        UNIDENTIFIED MALE:  So you are not lying, are

3    you?  Okay, and it doesn't have to be your own home as

4    well.  Think about it.  You could use it for

5    education.  Education is key.  Are you going to use it

6    for education?  Maybe, that's a good thing.  A lot of

7    people borrow money to educate themselves.  So

8    whatever it's for, that's what you put in there.

9        So you give them a real reason.  Don't say

10   it's for business, because it's a personal credit

11   card.  They are not going to like that.  Definitely

12   don't say it's for investment.  That's against money

13   laundering regulations anyway, so you can't use it for

14   those kind of things.  So home improvements,

15   education, that's the key thing, or maybe even paying

16   off other debt, so consolidation is a good reason for

17   it as well.

18       By the way, if you are applying for a balance

19   transfer card, going back, they might ask you as

20   you're applying for it -- and I'll encourage you,

21   rather than to apply -- let's just sort of backtrack a

22   little bit.  When you are applying for a balance

23   transfer card, rather than applying online, which is

24   what they want you to do because it's cheaper for them

25   as a company, if you can phone them up and do the

**PX 22**                    FTC-MOBE-002011

1    application over the phone, that's better, because

2    they might ask you, do you have a balance that you

3    want to pay off already?  If you have, you tell them,

4    and they might give you a credit limit that's slightly

5    bigger so that you can satisfy another debt.

6         If you have not get debt already, okay, and go

7    for a balance transfer card, do a balance transfer of

8    money into a bank account.  So even if you are not

9    carrying debt, could you transfer a balance straight

10   away into a bank account?  Yes, you could, and there's

11   two or three credit cards that will allow you to do

12   that.  Virgin is one, MBNA is another.  They might be

13   a good one for you to go to, okay?

14        So coming back to this, you are going to ask

15   what the credit limit is.  You are going to ask to

16   have that increased.  Now, it's going to go one of two

17   or three ways.  They might just say yes straight away,

18   because they have got a profile of you.  If you are

19   using your credit card heavily, as I've taught you to

20   do -- you've not been doing that necessarily yet, but

21   when you are doing it, it will be much easier -- but

22   if you are using your credit card heavily, they might

23   just increase your credit limit, and that's fine.

24        The second thing that might happen is they

25   might have to do a credit search.  Is that okay as

**PX 22**                    **FTC-MOBE-002012**

94



1   well?  It is, but they've got to ask your permission

2   first.  Don't have any more than one or two in a

3   month, okay?  So, unfortunately, we're right at the

4   start of a month right now, so you can only do one or

5   two now for the rest of this month, but if they are

6   going to do a credit search, that's cool, okay?  But

7   don't have any more than one or two of these at any

8   one time.

9        Now, they might -- if you ask for 50,000 or

10  100,000, they might even say, "Well, I'm not

11  authorized to do that."  So what would you say?  Can I

12  please speak to somebody who is?  They might have to

13  put you through -- transfer you through to a different

14  department.  So just listen to what they're saying and

15  go with what they're saying.  Listen to what is being

16  said.

17       Now, they might say, "I'm not authorized to do

18  that.  I can only authorize up to a certain amount."

19  Say, "What could you give me today?"  Just use these

20  words, "What could you give me today?"  See what you

21  can get out of it straight away, okay?

22       Now, another true example of something that's

23  happened here, somebody did this -- I was coaching,

24  and, in fact, it was this hotel and this room, as it

25  happened, and as I was coaching them, they phoned the



**PX 22**                    **FTC-MOBE-002013**

95

1   credit card company -- I forget the name of the

2   company now -- but they had a limit of 3,000 pounds,

3   and they made the phone call, and they went through

4   the script, and they asked for a hundred thousand, and

5   they said, "No, I can't do that.  All I can give you

6   is 8,000."  So he has gone from 3,000 to 8,000.  Not

7   bad, yeah?

8         He then hung up the phone and redialed

9   straight away, the same call center, except it went

10  through to a different person, and said -- the same

11  scripts, "Can I have a hundred thousand pounds,

12  please?"  And they said, "No, I can't do that, but

13  you've got 8,000 already" -- and he's thinking, yeah,

14  I know, I've just done that -- "all I can do is give

15  you another 8,000."  So he went -- I know your

16  questions, I can read your mind, okay?  He's gone from

17  3,000 to 8,000 to 16,000 in two calls in less than

18  five minutes.  Good stuff or great stuff?  This could

19  happen for you as well.

20        (End of video recording.)

21        MATT LLOYD:  So I hope that gave you some

22  ideas.  Now, also what you can do is you can talk to

23  your coach and ask them, are there any recommended

24  financing sources available?  And MOBE as a company,

25  we actually work with several different companies that

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002014**

1     help people come up with the money to actually invest

2     in their business.  So your coach will be out to give

3     you all the details, and what I'm going to do is below

4     this video in the text, I will put instructions on how

5     you can actually apply and see if you qualify, too.

6           So that's it for this step.  In Step 14, I'm

7     going to share with you all of the extra perks and

8     rewards that we offer you as a MOBE consultant when

9     you get sales.  I am going to share with you how you

10    can get a car, how you can get invited to luxury

11    cruises, luxury holiday retreats.  I'll show you all

12    of that in Step 14.  Then in Step 15, I'm going to

13    share with you how you can make residual income in

14    this business, and I will also share with you a case

15    study of a MOBE consultant who made over $1 million in

16    residual income with our business.

17          So today's action steps are, I want you to

18    watch a video that I put below which shares with you

19    some more additional mind set training from me about

20    raising money for your business, and then I want you

21    to talk to your coach and ask them for their ideas,

22    because they do this all day long.  They know all the

23    different ways to raise money to start a business.

24    They will have a lot of ideas for you.  So tell them

25    what your situation is and ask them, do they have any

**PX 22**                          FTC-MOBE-002015

97

1      ideas for you?

2              So that's it.  Go ahead and complete these

3      action steps, and I will see you in Step 14.

4              **(End of recording.)**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**              FTC-MOBE-002016

98

1            CERTIFICATE OF TRANSCRIPTIONIST

2

3

4         I, Susanne Bergling, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12         I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21

22

23    DATE:   03-1-2018              *Susanne Bergling*

24                      SUSANNE BERGLING, RMR-CRR-CLR

25

**PX 22**              **FTC-MOBE-002017**

# Exhibit HH

**FTC-MOBE-002018**

Exhibit HH - Page 1 of 58



# Step 14:

"MOBE Rewards: Giant Checks, Gold Bars, Piles Of Cash Cars, Platinum and Diamond Rings, Cruises, and Rolex Watches"

**What You'll Discover In This Step:**

- How to drive the car of your dreams and let MOBE make the payments
- What it takes to put a MOBE Rolex on your wrist
- Why no one can buy a ticket to attend the MOBE Leaders Cruise
- MOBE Milestones and Inspirations—what they are and how we acknowledge them

**Your Business Coach**

Marion Nuqui

Email:

FTC-MOBE-002019

**PX 22**



FTC-MOBE-002020

**PX 22**



### Step 14 - Training Section #1

Less than 25% of people make it to Step 14—Keep up the great work!

## The Many Ways MOBE Rewards It's Consultants

One of the major sources of new business for MOBE is from our Consultants—people just like you.

Even though the company spends a lot of money buying traffic and split-testing our sales funnels to make sure they convert at the highest possible rates, consultants are still essential to our business model

Considering that more than three billion people now use the Internet everyday with a significant percentage of them being interested in business, and considering that MOBE has barely generated over 100,000 customers, there's an enormous market out there for all of us.

Our current client base is just a drop in the ocean of the potential clients out there.

To help reach as many of them as possible, we need active consultants who are trained in how to promote our programs effectively. And we need them motivated to produce results. That's why MOBE has one of the most generous rewards programs in this industry for its top-producing consultants.

Once you have completed all the steps in this training, you'll be in a position to start promoting and earning some of them

## How To Have MOBE Pay The Monthly Lease Payments For You On The Vehicle Of Your Dreams

This is one of the most popular reward programs we have. Who wouldn't love being able to drive their dream vehicle, and have someone else pay for it?

When I first started MOBE, this program was called the "MOBE Chrysler" program. A Chrysler car you don't need to pay for is nice, but people weren't too excited. So I

### Your Business Coach

**Marlon Nuqui**

✉ Email:
marlon@mobe.com

📞 Phone:

📅 Schedule A Session:
**Click Here**

**Click Here**

### Commissions Paid Out With This System So Far:

📞 Phone:

📅 Schedule A Session:
**Click Here**

📅 Schedule A Session:
**Click Here**

FTC-MOBE-002022



changed it to the "MOBE Mercedes" program; and for at least two years that's what it was called. But not everyone wanted a Mercedes. So in 2015, we changed it to the "MOBE Motors" program. As long as the vehicle has an engine in it and is driven by a person, it's eligible.

We've had people who wanted to get Harley Davidson motorcycles, and even small airplanes. One of our Diamond members even got himself a boat!

Getting your own MOBE Motors car is not hard at all. It's based on a points system and depending on how you're positioned in MOBE, you can get your own brand new car with just a few sales each month.

It's my goal to have as many of our MOBE Consultants driving their own MOBE Motors cars as possible. Not only is it great marketing for the company but for the Consultants who drive the car of their dreams, nothing communicates "success" more effectively to potential clients.

Plus, for many of our Consultants who got involved in MOBE without the support of friends and family (this may include you), nothing is more satisfying for them then pulling up in their driveway in a brand new car to the looks of disbelief!

To see dozens of different MOBE Motors video stories, and for more details on the (easily achievable) requirements to get the car of your dreams, go to www.MOBEmotors.com.



How You Can Get The Vehicle Of Your Dreams...
Without Having To Pay For It!

## The Top Earner Rings And More

There are four categories of Consultant earning accomplishments that MOBE

PX 22

acknowledges with Top Earner Kings. Each of the first three categories is subdivided into four levels. The last category is a single item and it's pretty special.

## The Six Figure Club

- Earning Level: Blue Sapphire
- Required Earnings: $100,000
- Metal: 10K White Gold and Diamonds with Blue Sapphire center stone
- Value: $2,500

- Earning Level: Emerald
- Required Earnings: $250,000
- Metal: 14K White Gold and Diamonds with Emerald center stone
- Value: $3,500

- Earning Level: Ruby
- Required Earnings: $500,000
- Metal: 16K White Gold and Diamonds with Ruby center stone
- Value: $4,500

- Earning Level: White Diamond
- Required Earnings: $750,000
- Metal: 18K White Gold and Diamonds with Diamond center stone
- Value: $5,500

## The Seven Figure Club

- Earning Level: Black Diamond
- Required Earnings: $1,000,000
- Metal: Platinum and White Diamonds with Black Diamond center stone
- Value: $10,500

- Earning Level: Yellow Diamond
- Required Earnings: $2,500,000
- Metal: Platinum and White Diamonds with Yellow Diamond center stone
- Value: $13,500

- Earning Level: Blue Diamond
- Required Earnings: $5,000,000
- Metal: Platinum and White Diamonds with Aqua Blue Diamond center stone
- Value: $16,500

- Earning Level: Alexandrite
- Required Earnings: $7,500,000
- Metal: Platinum and White Diamonds with natural Alexandrite gemstone
- Value: $20,000

Schedule A Session:
**Click Here**

Schedule A Session:
**Click Here**
Skype:
**Click Here**

Schedule A Session:
**Click Here**

Schedule A Session:
**Click Here**

Schedule A Session:
**Click Here**
Skype:

Schedule A Session:
**Click Here**
Skype:

Schedule A Session:
**Click Here**



**PX 22**

Exhibit HH - Page 6 of 58

FTC-MOBE-002024

PX 22

Click Here

Skype:
**Click Here**

Skype:
**Click Here**

Skype:
Schedule A Session.
**Click Here**

Skype:
**Click Here**

Skype:





## The Eight Figure Club

- Earning Level: Gold and Diamond Rolex
- Required Earnings: $10,000,000
- Metal: 24-Karat Gold
- Value: $65,000

To get into the **Eight Figure Club** is the most exclusive honor that can be bestowed upon a MOBE Consultant. It's extremely difficult to do, and to date only one MOBE Consultant has done it.

When you reach the required earnings for any of the above rings or the Rolex watch, you'll be invited to attend one of our live events and be rewarded it live on stage, in front of all your peers.

NEXT SECTION - PLEASE CLICK HERE

Case 6:18-cv-00862-RBD-DCI   Document 3-50   Filed 06/04/18   Page 103 of 111 PageID 2127



*Your Business Coach*

Marlon Nurqui

✉ Email:
**marlon@mobe.com**
☎ Phone:
⊞ Schedule A Session:
**Click Here**

✉ Email:
**marlon@mobe.com**
⊞ Schedule A Session:
**Click Here**
Skype:

**Commissions Paid Out With This System So Far:**

**$ 103,011,335**

Feedback:

**CLICK HERE**

**FTC-MOBE-002025**

Step 14 - Training Section #2

# The MOBE Leaders Retreat



7:06

**NOTE:** Due to limited internet access on cruise ships and lack of accessibility once the cruise leaves the harbor, many of our consultants have requested that we replace the MOBE Leaders Cruise mentioned in this lesson above with a reward program at a location where they can have better internet access and the flexibility to arrive and leave at will. With that in mind, we have moved this reward program to the Sunset Del Mar Resort in Costa Rica and other similar locations in the future.

This event is reserved for only the highest-earning MOBE Consultants in the entire world. Many of them are multi-millionaires, and every single one of them has built their MOBE business using different traffic sources and different methods.

One conversation at poolside (or the bar) could result in dozens of Titanium, Platinum, or even Diamond sales in the following year.

Consultants can't buy their way on to the MOBE Leaders Retreat, they can only earn their way by producing over $100,000 in commissions.

For more details (and to see videos and photos of previous cruises) go to:
https://mobe.com/leadersretreat

## Monthly Consultant Contests And Prizes

Every single month, MOBE puts on major Consultant contests to see who can produce the most sales of one of our programs. All consultants can enter.

**PX 22**

FTC-MOBE-002026

**PX 22**





📧 Email:
**marlon@mobe.com**
📞 Phone:
➕ Schedule A Session:
**Click Here**
Skype:

📧 Email:
**marlon@mobe.com**
📞 Phone:
➕ Schedule A Session:
**Click Here**
Skype:

➕ Schedule A Session:
**Click Here**
Skype:

📞 Phone:
➕ Schedule A Session:
**Click Here**
Skype:

Each contest offers anywhere from $15,000 to $50,000 in prizes on average.

To date, MOBE has given away over $872,000 in bonuses and prizes to its consultant partners.

The prizes can be anything. In the past, we've given away all-expenses holidays to some of the most exotic places on earth, gold and platinum coins and bars, expensive Swiss watches, jet skis, curved flat-screen home cinema TV screens, and a whole lot more. We have a lot of fun coming up with creative prizes each month to motivate you.

Here's an example of the first $50,000 cash contest I did, way back in December 2012 (I'd never even seen $50,000 in cash before that moment.)

**Matt Lloyd Is Giving Away $50,000 Cash …**



And here are some more recent videos around different product launches MOBE has done, with some very cool prizes on offer:

**The Ultimate Dot Com Lifestyle Contest**

**Traffic Generator Pro $15,000 Contest**



(By the way, you may be wondering why we always offer a set of Steak knives' for last place. If you've seen the movie Glengarry Glen Ross, you'll get the joke.)

A word of advice: do not make the mistake of thinking you have no chance of doing

FTC-MOBE-002027

Exhibit HH - Page 9 of 58

well in one of these contests. Many new Consultants mistakenly think they don't stand a chance against our top-earning Consultants, so they don't even try to do well.

The truth is that, a lot of the time, many of our top-earning Consultants don't even know there's a contest going on. (I don't know why. Maybe they're too busy enjoying life. Perhaps the prize money is insignificant to them.) So often there is very little competition.

Here's an example of Consultants who, with less than three months of experience in our Consultant program, made it into the Top 10 of a major contest:

Getting into the Final Top 10 of any one of these contests will bring you a major amount of exposure in the industry. Even making it into the Top 20 is a major achievement that you should celebrate and leverage.

Along with your certification level (e.g. being able to say you're a "Titanium," "Platinum," or "Diamond" in your marketing), the second-best thing to use in your marketing is your results of having made it onto the Top Earner leaderboards.

And if you need just one more reason why you should get involved in these monthly contests, it's because with the majority of them we include an "Everybody Can Win" section.

For example, if you make your very first sale of a particular product, you'll get an extra $100 Paypal'ed to you. Or, if you make just three sales of a particular product, your commissions for those sales will be doubled.

If you'd like to see a history of just some of the contests we've held, as well as who the winners were, click the image below:





PX 22

FTC-MOBE-002028

Step 14 - Training Section #3

# Get Featured On The Monthly MOBE Leaderboards

We offer several highly valuable programs that many of our members subscribe to. And they stay members for a long time because of the value we offer them. If you promote and successfully sell these programs, you will receive 50% commissions.

One such program is MOBE's "Done-For-You Emails," which delivers high quality, unique daily emails to our subscribing consultants. These are custom-written marketing messages and content that offer our different programs. You and your partners can simply copy and paste these into your auto-responder each day and send them out to your list. You get residual commissions for this each month people continue with the program. (Retail $77/month with 50% payout commissions.)

These kinds of "continuity" programs (we have many of them) really add up as you can see. Having even just 100 people in these programs will give you a nice monthly residual and base income.

More products and programs are in the making ...

# Be Featured In An Episode Of MOBE Inspiration

As often as possible, we like to surprise our MOBE Consultants around the world with a phone call to them about a commission they just made, before they even know about it.

We record these calls and then feature them in our "MOBE Inspiration" success stories (with the Consultants' permission, of course).

I used to personally make all these phone calls myself, but I had to stop because there were way too many. Now I have a team in place to do the calls instead. Even still, we can't always keep up with the number of people making commissions, so we tend to focus on the Consultants who just made their very first high-ticket commission.

Every day, an email is sent out to MOBE Inspiration subscribers so they can see and be inspired by their fellow Consultants' (many of whom are brand new to the business) success stories. Nothing is more encouraging than continuously hearing about your peers making their very first big commissions (except perhaps you making your very first big commission).

*Your Business Coach*

**Marlon Nuqui**

✉ Email:
marlon@mobe.com

☎ Phone:

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

$ 103,011,441

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

📅 Schedule A Session:
**Click Here**

Ⓢ Skype:



CLICK HERE



📅 Schedule A Session:
**Click Here**

Ⓢ Skype:

**Click Here**

Ⓢ Skype:

PX 22

Exhibit HH - Page 11 of 58



**Recent Inspirational Stories:**



To start getting the MOBE Inspiration emails, go to www.MOBEInspiration.com and subscribe now. (It's free.)

## Be Featured In An Episode Of MOBE Milestones

Every time a MOBE Consultant reaches a big milestone, I record a video in the MOBE Film Studio and congratulate them.

The major milestones are as follows: $10,000, $25,000, $50,000, $75,000, $100,000, $250,000, $500,000, $750,000, $1,000,000, $2,500,000, $5,000,000, $7,500,000, and $10,000,000.

Since one of our MOBE Consultants has now crossed the $10,000,000 milestone (you'll find out who in a later step), I'm going to have to start recording these videos for the $25,000,000 milestone tool

## Receive Major Recognition On Stage At The Super Charge Summit Live Events

For me, the most important and rewarding part of running MOBE is seeing our partners get results.

I still get a thrill out of picking up the phone and calling an unsuspecting partner who's never spoken with me before, and telling them that they've just made a $5,500 Platinum commission!

At some of our live events, I like to bring some of our partners up on stage and present them with a big check, to recognize their efforts. Here's a video taken from one of our Super Charge Summit:



**PX 22**

FTC-MOBE-002029

FTC-MOBE-002030

**PX 22**





If you look closely, you'll notice that although these are all talented people, they are still just ordinary people. They have nothing that you don't.

This should be a very empowering realization: it means, that if they can do this, then so can you.

**NEXT SECTION - PLEASE CLICK HERE**



FTC-MOBE-002031

PX 22



## Action Steps

You've seen a lot of the different rewards and prizes we offer to top performing MOBE consultants. I hope you're excited about receiving some of them in the future.

So a big part of today's action steps will be to start visualizing yourself enjoying some of them.

• Make sure you've subscribed to MOBEInspiration.com. It's free, and each day you'll be inspired by new MOBE Consultants who've made their first high-ticket commissions and explain how they did it.

**Recent Inspirational Stories:**

• Find out about the upcoming MOBE Consultant contests.

### Your Business Coach

**Marlon Nuqui**

✉ Email:
**marlon@mobe.com**

☎ Phone:

📅 Schedule A Session:
**Click Here**

Skype:

📅 Schedule A Session:
**Click Here**

Skype:
**Click Here**

Skype:
**Click Here**

📅 Schedule A Session:
**Click Here**

Skype:

Get **FREE** Daily Inspirational MOBE Videos

Step 14 - Your Assignment

FTC-MOBE-002032

PX 22

FTC-MOBE-002033

**PX 22**

Schedule A Session:
**Click Here**

Skype:
**Click Here**

Skype:
**Click Here**

Skype:
**Click Here**

Skype:



- Go over the consultant leaderboards and see what's possible in this business.
- Make it your goal to get a giant check on stage at a future Super Charge Summit. Visualize yourself being called up on stage at a live event and being presented with it. What's the number on your check?



- The most important Action Step of the day (and I challenge you to be in the less than 10% of people reading these words who will actually go do this) is to choose what your MOBE Motors car is going to be. Put price aside for a moment and decide the make, model, and color of car you have always dreamt about driving. If you could have any car you want, which would you choose?

Now, what are you going to need to do to make these things a reality? That's what you need to discuss with your business coach on today's call with them.