Congratulations - You have completed Step 14.

## Congratulations on completing Step 14!

Coming Next In Step 15: How exactly are the commissions paid out in MOBE? How do you earn residual income? Just how profitable can getting a single customer really be? Find out next.

And then in Step 16, you'll be shown what you actually need to start doing to make money as a MOBE Consultant, once you complete this training program.

**GO TO NEXT STEP - STEP 15**

If for any reason you have any issues accessing the steps or video training in this 21 Step System or any of our other training programs, please contact our support team at mobe.com/support or call 1-844-662-3787.

Meet our members

## Your Business Coach

**Marlon Nuqui**

✉ Email:
**marlon@mobe.com**

☎ Phone:

⊞ Schedule A Session:
**Click Here**

Ⓢ Skype:
**Click Here**

Ⓢ Skype:
**Click Here**

Ⓢ Skype:

Ⓢ Skype:
**Click Here**

Ⓢ Skype:

⊞ Schedule A Session:
**Click Here**

Ⓢ Skype:
**Click Here**

Ⓢ Skype:
**Click Here**

Ⓢ Skype:

FTC-MOBE-002034

**PX 22**

Exhibit HH - Page 17 of 58



Contact Support | Reviews | Terms & Conditions | Income Disclosure | Privacy

© Copyright 2018 - MOBE - All Rights Reserved

FTC-MOBE-002035

PX 22

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE             MOBE

DATE              RECORDED:  DECEMBER 18, 2017
                  TRANSCRIBED:  FEBRUARY 13, 2018
                  REVISED:  MARCH 1, 2018

PAGES             1 THROUGH 41

Step 14_2017-12-18_13-20-39

*C Jones*
*3/28/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002036**

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4      RECORDING:                                    PAGE:

5      MOBE Step 14                                     4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    FTC-MOBE-002037

3

1          FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     MOBE                           )   Matter No. 1723072

5                                     )

6     ------------------------------)

7                             December 18, 2017

8

9

10

11          The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-002038**

4

## P R O C E E D I N G S

-    -    -    -    -

### Step 14_2017-12-18_13-20-39

MATT LLOYD:  So welcome to Step 14.  In this
module, we're going to talk about the fun part of
MOBE, which is all the perks and all the rewards that
you can get when you get sales.  So I'm going to share
with you how to get big checks, how to get invited to
the cruise, how to win gold watches and all kinds of
amazing things, including how to get your own car that
MOBE pays for.

And just a reminder, less than 25 percent of
people ever get this far.  So if we had four people in
a room, you would be the top person as far as getting
through this training.

Okay, so here's what we're going to talk
about.  Number one, I'm going to share with you how to
drive the car of your dreams and let MOBE make the
payments, what it takes to put a MOBE gold Rolex on
your wrist, how to get on the annual MOBE Leaders
Cruise, the different earning levels, and the
corresponding MOBE rings that you can get, and the
many other ways that MOBE rewards its consultant
partners.

So just so you know, ever since we started

**PX 22**          **FTC-MOBE-002039**

5

1    MOBE, one of our main sources of business has been

2    from consultant partners just like you.  In fact,

3    today, over 45 percent of all of our revenue comes

4    from MOBE consultants just like you and thousands of

5    them out there around the world.

6         So our consultants are incredibly important

7    to us.  Without them, we wouldn't be anywhere near the

8    size we are today.  So that's why we just go above and

9    beyond in rewarding our consultant partners.  I like

10   to just give all kinds of perks to motivate you to do

11   well and to really just help you celebrate your

12   success.

13        And considering that there's over 3.4

14   billion people on the internet, right now we are just

15   a drop in the ocean.  There's still enormous potential

16   out there, and we want to just help to motivate you to

17   help us and take all of our products and our services

18   and get a lot more clients.

19        Now, to help us reach as many of those $3.4

20   billion people as possible, we need active consultants

21   who are trained in how to promote our programs

22   effectively, and we also need them motivated to go and

23   produce results.  That's why MOBE has one of the most

24   generous rewards programs in the industry for its top-

25   producing consultants.

**PX 22**                    **FTC-MOBE-002040**

6

1              So the first one that I want to tell you

2      about, and it's also our most popular one, and it's

3      called the MOBE Motors Program.  And with this

4      program, if you make enough sales every month, we will

5      actually pay the lease payments on a car of your

6      choice.  And you can literally choose any car you

7      want.

8              In fact, we've even had consultant partners

9      who didn't want a car and they wanted to go and get a

10     boat.  So as long as it has a motor in it and it

11     requires someone to actually sit in it and drive it,

12     you can actually earn it through our MOBE Motors

13     Program.  We've had people want to get Harley-

14     Davidsons before.  We even had a Diamond consultant

15     want to get a small plane.

16             So what I want to do now is I want to share

17     with you a video which explains what the MOBE Motors

18     Program is all about.  Let's have a look.

19          **(MOBE Motors Program video shown as**

20     **follows.)**

21             MATT LLOYD:  Hey, guys, Matt Lloyd here.

22     I've got a quick question for you.  If you could have

23     any car in the world, which car would you choose?

24     What would be the car of your dreams?  Now, you might

25     have told yourself that that car was just a dream and

**PX 22**              **FTC-MOBE-002041**

1    you would never be able to own it, but what if there

2    was a way?  What if there was a way where someone else

3    would actually pay for that car and you would just get

4    to drive it around?

5         Well, there actually is a way.  So MOBE is

6    launching a brand new incentive program for its

7    affiliate partners where if you get enough sales

8    each month, you can actually qualify for a car.

9    So how's it all work?  Well, if you're a MOBE

10   affiliate partner, all you need to do is go and

11   promote our products, services, live events, and

12   every time you get a sale, you will actually earn

13   points.

14        So once you get enough points, you then

15   qualify for the car.  And then all you have to do is

16   go down to your local dealership, just like I'm here

17   at one right now, choose the car of your dreams, pick

18   it up, and then MOBE will actually pay the monthly

19   payments for you.

20        So chances are you've been involved in

21   marketing or some form of business now for several

22   months, possibly years.  You've put in a lot of work.

23   Now it's time for you to reward yourself.  You've

24   always wanted a particular car, so why not get that

25   car?  With the MOBE affiliate program, you can do just



8

1          that.

2                    Now, if you're not a MOBE affiliate partner,

3          then look somewhere below this video for details on

4          how you can get started.  So let's go and have a look

5          at some of the different cars that you might get.

6                    This is a Porsche 911 Turbo.  Let's go and

7          see how she handles.  This Porsche is also a

8          convertible, so let's take the top down.

9                    I've always wanted to actually drive one of

10         these.  Never been in one before, and they handle

11         really well.  It's a smaller car.  It's definitely for

12         those of you who you're either single or just have no

13         kids.  Probably not well-suited for those of you with

14         kids, but, you know, if you're looking for a nice,

15         little sporty car, you can't go past a Porsche.

16                   Another car you might consider is the

17         Ferrari California.  Let's go and take it for a drive.

18                   Awesome car, awesome ride.

19                   If you're looking for something a little bit

20         bigger, this might be right up your alley.  This is a

21         Cadillac Escalade.  Let's go for a drive.

22                   I'd always heard about these, never been in

23         one before.  Really nice car.  Big car.  If you've got

24         a family, this would be perfect for you.  You can put

25         about five kids back there, so you might also check

**PX 22**                         **FTC-MOBE-002043**

9

1      out one of these, too.

2              So another car that you can get is the BMW

3      i8.  Now, currently, they only made 80 of these, and

4      if you want to get one of these, they're somewhere

5      around $250,000 U.S.  Let's go and take it for a spin.

6              If you can't hear it, the reason is it's

7      actually part electric.  I've never been in one of

8      these.  I think I like it.

9              The other option is you can go for something

10     a little bit more conservative like a BMW M3.  Now,

11     this is a lot more conservative than some of the other

12     cars we've looked at, but, you know, if you're looking

13     for something a little bit more modest, this is a

14     great fit.

15             Or maybe you'd prefer something like this, a

16     Nissan GT-R Track Edition.  This is one of the fastest

17     cars in production today.  We're about to take this to

18     a -- a long straight and see what it can do.  Whoa,

19     that's quick.  That's very quick.

20             So this is a Rolls-Royce Phantom.  I've

21     always wanted to drive one of these.  Come check

22     this out.  Just come close.  One of my favorite

23     things about it, it's pure luxury.  Just have a look

24     in there, the woodgrain, every little detail.  You

25     just -- you feel wealthy sitting in this car.  Another

**PX 22**          **FTC-MOBE-002044**

10

1    thing I like is how the back doors open, too.  Check

2    that out.  Imagine that, someone driving you around in

3    a car like this.

4          Now, personally, my favorite is the SLS AMG,

5    the one I'm sitting in now.  And my favorite thing I

6    like about it is actually the doors.  I just think it

7    -- it looks cool.  So as you can see, this is very,

8    very sporty.  It's got a huge bonnet, huge engine in

9    there, 6.3 liters, 0 to 60 miles per hour in 3.6

10   seconds.  That is very, very fast.

11         Now, keep in mind, I've just shown you a

12   few of the choices that you can make, but your --

13   your options here are wide open.  Choose any car you

14   want.  As long as you have enough points each month,

15   you can get that car.  And just so you know, it

16   doesn't matter where in the world you live.  If you're

17   in MOBE and you're a MOBE affiliate partner and you've

18   got enough sales each month, you, too, can qualify for

19   the car.

20         And let me actually introduce you to a few

21   of our MOBE affiliate partners who've got their free

22   car.  There's John Chow from California.  He got

23   started with us in late 2012.  In his first two years,

24   he crossed a million dollars in commissions.

25         And then there's David Gilkes from my side

**PX 22**          **FTC-MOBE-002045**

1    of the world.  David actually comes from Perth,

2    Australia.  In fact, when David had earned his free

3    car, I actually called him up personally, and I told

4    him he should go down to the local Mercedes

5    dealership.  I knew he wanted a Mercedes.  And we

6    went down there together.  We took a photo of the car

7    that he wanted.  Two weeks later, he was driving that

8    car.

9           And then there's Rob Paris from Sweden.

10    He'd never done affiliate marketing before MOBE.  He

11    came onboard, and in his first year, he got the car.

12           We also have partners from places like

13    Chile.  For example, we have Carolina Millan, a young

14    lady who before MOBE had never done really well with

15    affiliate marketing.  She came onboard, and in her

16    first three years, she's crossed over $300,000 in

17    commissions.  She's also got a very nice brand new

18    Mercedes-Benz.

19           And then there's Mike Lee from the U.K.

20    When Mike received his free car with the MOBE Motors

21    Program, he actually didn't need it.  He already had a

22    car, so he decided to give his free car to his wife

23    instead.

24           And then there's Bill and Michelle

25    Pescosolido from Texas.  In their first year in MOBE,

**PX 22**           **FTC-MOBE-002046**



1    they made several hundred thousand dollars in

2    commissions, and when they got the free car with the

3    MOBE Motors Program, they decided to get a brand new

4    Mercedes-Benz.

5         We also have Jun Jin Lee (phonetic), a guy

6    in his young twenties, originally from China, now

7    living in New York.  MOBE was his first successful

8    online marketing business.  He'd never done internet

9    marketing before MOBE, came onboard, he's already·

10   generated several hundred thousand dollars in his

11   first couple of years, and he's just doing better and

12   better.

13        I could show you many more.  For example,

14   Degin Smith (phonetic) from Washington, Robbie

15   Gonzalez, also from America, and Clinton Lewis from

16   Las Vegas.  So as you can see, there's a whole lot of

17   different people around the world who've earned their

18   free car.  Now it's your turn.  All you have to do is

19   go and make sales in MOBE.  Just promote our products,

20   services, live events, earn those points, and you'll

21   get your car.  And I really look forward to giving you

22   the keys of that car and helping you make your dream a

23   reality.  We'll speak soon.

24        **(MOBE Motors Program video concludes.)**

25        MATT LLOYD:  So I hope you enjoyed that,



1       and I hope you're excited about getting the car of

2       your dreams.  So here's how it actually works.  To

3       earn the points, all you need to do is go and make

4       sales.  Every $1,000 in commissions that you earn

5       as a MOBE consultant equals one MOBE Motors point.

6       Now, to qualify for the first lease level, you need

7       five points.  So that's $5,000 in commissions.

8               And I don't know if that sounds like a lot

9       to you, but it's really not that much at all.  One

10      Diamond Mastermind sale would actually pay you for two

11      months' worth at this level of lease payments.  Now,

12      you can see, if you start earning bigger numbers, if

13      you can get up to $25,000 per month, which, again, is

14      not really that much in the scheme of things.  It's a

15      new Titanium, Platinum, and maybe a Diamond Mastermind

16      sale.  Then at that level, you would actually have 25

17      points, and that would qualify you for a $3,000-per-

18      month lease.  And with that amount of money, you can

19      get a really, really nice car.

20              One of my favorite cars that I've seen so

21      far has been a Ferrari.  One of our Diamond

22      consultants actually qualified, and they chose -- and

23      because they were earning at a fairly high level, they

24      went and got a white Ferrari.

25              Now, you might be wondering, well, how many

14



1    people have qualified for the MOBE Motors Program.

2    We've had a lot, a lot of people in countries all

3    around the world.  What I would like you to do right

4    now is I want you to pause this video and go to

5    MOBEMotors.com.  And on that page, you can actually

6    see lots of different videos of different consultants

7    around the world, and you can see what car they chose

8    to get.

9         Now, in addition to the MOBE Motors Program,

10   one of the other perks that we have is at each

11   different earning level, we actually buy you a ring.

12   Now, it's a very special ring, and there's different

13   types of the ring depending on what earning level

14   you're at.



15        So what I'd like to do is I'm going to take

16   you to a segment that I did at a previous Super Charge

17   Summit in Las Vegas, and I'm going to share with you

18   in that segment all the different rings that we have

19   on offer and what's required to actually get one.

20        **(MOBE Super Charge Summit video shown as**

21   **follows.)**

22        MATT LLOYD:  Okay, the next big innovations

23   that we're doing, our rewards program.  So we have the

24   Six Figure Club.  This is where once you cross your

25   first $100,000 you actually get the ring.  Now, I



15



1   don't have it here, but I actually just decided on

2   this in the last few days.  We're going to introduce a

3   brand new club, and it's going to be called the Five

4   Figure Club, okay?

5           So to get into the Five Figure Club, you

6   just need to cross $10,000.  Easy to do.  That's like

7   one all-in sale.  And then you, too, will get a ring.

8   That's going to be a slightly scaled down ring.  It

9   won't be as fancy as -- as the more expensive rings,

10  but you'll still get a ring, okay?  So --

11          **(Applause.)**

12          MATT LLOYD:  And when you do get your ring,

13  they're going to bring you up here on stage, we're

14  going to celebrate you, we're going to recognize you,

15  you'll be able to use that in your marketing.  So

16  make it a goal to get to your first $10,000 in

17  commissions.  Now, when you do cross six figures, when

18  you do get to your first $100,000, this -- these are

19  the new rings.  New rings.  I think you're going to

20  like this.

21          So you cross $100,000.  You're now in the

22  Six Figure Club.  And your ring, this is what it's

23  made out of.  It's made out of 10-karat white gold.

24  It's got real diamonds, not -- not those fake cubic

25  zircona diamonds, the real thing, okay?  The real



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002050**

16

1    thing, they're real diamonds.  And it's got a blue

2    sapphire center stone.  So you're going to get that at

3    $100,000.

4         Now, in the past, you would get a ring at

5    $100,000, and then you would have to wait until you

6    got to a million dollars to get the next one, to get

7    your next level of recognition.

8         That's going to change.  Now you cross the

9    first $100,000, and then when you get to $250,000,

10   you get another ring, okay?  Now, this one is

11   emerald.  Emerald Six Figure Club ring.  This is no

12   longer 10-karat white gold.  This one is 14-karat

13   white gold, more valuable.  And the emerald, the

14   green emerald inside it, is more valuable than the

15   sapphire.

16        From there, you go to the ruby Six Figure

17   Club ring.  Now, I know that for the guys I know it

18   looks a little bit feminine, but in -- in real person,

19   believe me, it looks more masculine.  Now, this one is

20   16-karat white gold.  So you notice they get more and

21   more valuable.  This ring by itself is worth almost

22   $5,000.

23        You cross $750,000, and now you go to an 18-

24   karat white gold.  So, again, it becomes more and more

25   valuable.  This one has a clear diamond in the middle.

**PX 22**                    **FTC-MOBE-002051**

17

1    It's worth $5,500, has your name engraved on it, all

2    that.

3           By this stage, you've got four rings.  All

4    right, soon you're going to be wearing these rings on

5    both hands.

6           **(Laughter.)**

7           MATT LLOYD:  Okay, like a rapper or

8    something.

9           **(Laughter.)**

10          MATT LLOYD:  No.  And what I recommend you

11   do is you only wear one, you wear the highset level.

12   You keep the others at home or you give it to your

13   wife or your husband, but I -- personally, you won't

14   see me showing up with ten rings on.  I'll -- I'll

15   just wear one.  Mine right now is getting melted down

16   into the new design.  That's why I'm not wearing mine.

17          Yes?

18          AUDIENCE:  (Inaudible).

19          MATT LLOYD:  They will have the new logo,

20   absolutely, yeah.  They -- they're about to be made

21   right now.

22          Now you cross a million dollars.  Now you're

23   in the Seven Figure Club.  And at the Seven Figure

24   Club, suddenly we don't mess around with white gold

25   anymore, we go to the platinum.  Platinum, more

**PX 22**                    FTC-MOBE-002052

18

1      valuable than gold.  Okay, it's a heavy, dense metal,

2      incredibly valuable.  Very expensive, platinum.

3             And this ring's made out of -- out of solid

4      platinum, and it has a black diamond in the middle.

5      Now, a black diamond, these are quite rare.  This ring

6      itself, mainly because of that black diamond, it's

7      worth $10,500.  Okay?  And these are not easy to get.

8      You've got to cross a million dollars.  You've got to

9      make it into the Seven Figure Club.

10            But from there, you keep on promoting.  And

11     once you cross 2.5 million, then we go to this one.

12     This one is also platinum, and this is a yellow

13     diamond.  Now, yellow diamonds -- natural yellow

14     diamonds, not the fake ones, these are incredibly

15     rare.  Okay, they're very hard to find.  They're also

16     incredibly expensive.  This ring is worth $13,500.

17            Now, from there, once you cross $5 million,

18     then you're going to go to an aqua blue diamond Seven

19     Figure Club ring.  These almost don't exist.  Aqua

20     blue diamonds are very, very hard to find.  And these

21     -- these will be high-quality diamonds, too.  This

22     one's worth $16,500, just the ring itself.

23            Now, from there, we go to 7.5 million.  And

24     what do you think comes next?  I couldn't find a more

25     valuable diamond, so we actually had to change the

**PX 22**            **FTC-MOBE-002053**

19

1    stone to something even rarer than diamonds.  And

2    that's called alexandrite.  Now, I don't know if

3    you've ever heard of this stone.  It's so rare you

4    probably haven't even heard of it, but this stone,

5    natural alexandrite, its properties are so unique that

6    you'll be looking at it and its color will change

7    right before your very eyes.  It's one of the most

8    rarest gemstones that occurs in nature.

9            Okay, and again, it's a natural occurring

10   gemstone, extremely rare, only found in some parts of

11   the world, very hard to mine.  This ring is worth over

12   $20,000, okay?  So 7.5 million.  So right now, there's

13   only one person who's getting this ring, and who's

14   that?  Darren Salkeld.  Okay, so Darren will get one

15   soon.

16           **(MOBE Super Charge Summit video concludes.)**

17           MATT LLOYD:  So the good thing about getting

18   a ring is it's a symbol of recognition.  You show up

19   to a live event or a MOBE Mastermind, people will

20   notice the ring, they will see it, they're going to

21   ask you about it, and it's just a really good thing to

22   aim for.  I told you the story in a previous step

23   about how when I started out in this industry, I was

24   with another company, and the founder was wearing one

25   of these rings and he let me try it on.  So I took a

**PX 22**                    **FTC-MOBE-002054**

20



1    picture of it on my hand, and I carried that around in

2    my iPhone for about almost a year.  And I would look

3    at that several times a day and it kept me focused.

4    So you can do the same thing with the rings that we

5    offer here at MOBE.

6           What I'd like to do is I want to show you a

7    few segments where we've actually given out these

8    rings on stage at our live events so you can see what

9    it's going to be like when you get your ring.

10          **(MOBE live event video shown as follows.)**

11          MATT LLOYD:  About two years, I had the idea

12   of -- well, it actually wasn't my idea.  So here's the

13   thing.  We all know the story.  I started with a

14   company, and I had a ring.  And I really desperately

15   wanted that ring.  So when I started MOBE, I thought,

16   why not have a ring of our own, a ring that you could

17   aspire to, and once you achieve the target of $100,000

18   or a million dollars, you would get one of these

19   rings.  And by the way, we just added that in, too.

20          Once you make your first $100,000 in MOBE,

21   you actually get a ring.  Now, the reason why this is

22   so important is, you know, for someone to actually

23   really get focused about their business and to put in

24   the work and to go and generate $100,000 in

25   commissions, that takes a lot of effort.  That takes a

**PX 22**                    **FTC-MOBE-002055**



1    lot of commitment.  And anyone who crosses that target

2    deserves our recognition and our applause.

3           Now, we actually have a few people in this

4    room who have crossed that target.  Company-wide,

5    we've got a lot of people who've crossed that target.

6    But in this room, who actually made the effort to get

7    here to the Bahamas, we have a few of them.  And what

8    I want to do in this next segment, I want to bring

9    them up here on stage and I want to recognize these

10   people.

11          These people are really leading the company

12   as far as partners go.  These are the people that you

13   should -- you should learn from you should model,

14   because what they're doing is working.  Okay, so what

15   I would like to do is recognize them each one by one.

16   If I call out your name and you're one of the people,

17   I'd like you to come up here on stage.  And I actually

18   have a whole bunch of rings, actually ten rings, and I

19   would like to present you with your ring.  And I would

20   like everyone to really applaud these people because,

21   again, they've really put in the work to get to where

22   they are.

23          So the first person that I would like to

24   actually bring up here and recognize for the $100K

25   Club -- again, you do $100,000 in commissions, and you



**PX 22**          **FTC-MOBE-002056**

22

1    get this new ring.  It's made out of silver and

2    diamonds and a very special diamond in the middle, a

3    rare type of diamond that represents wealth.  The very

4    first -- first person I would like to bring up is

5    Brian Price.

6                   **(Applause and music.)**

7                   MATT LLOYD:  (Inaudible) Brian.  There you

8    go.  All right.  So Brian, I actually met Brian in

9    2011.  Brian was actually one of my first MOBE License

10   Rights members.  And Brian actually had the first big

11   result in MOBE.  He made an MLR sale, and he made some

12   other sale, and in a one-week period, he generated

13   $1,100.

14                  Now, back then, that was enormous.  No one

15   had ever done that before.  So Brian's testimonial, he

16   was on my affiliate sign-up page for about two years

17   after that, but Brian was one of the first.  He's now

18   on the -- the corporate team.  Just so you know, in

19   several weeks, he will be the general manager of MOBE

20   as well.

21                  **(Applause and cheers.)**

22                  MATT LLOYD:  All right.  So thank you,

23   Brian.  All right.  Stay up here.  Stay up here.  I

24   want you -- I want you all up here.

25                  The next person that I would like to bring

**PX 22**                      **FTC-MOBE-002057**

23

1    up for the next $100K ring, this guy really came out

2    of nowhere.  And until this morning, I had actually

3    never met him.  But I recognized the name because --

4    because one of the things I do is I'm always looking

5    at the sales in MOBE, and I'm always looking at who's

6    making sales.  And I started seeing this guy's name

7    pop up over and over, MLR, MLR, MLR, just several a

8    day on some days.  And I met him for the first time

9    this morning.  This guy's really making it happen.

10   Zach Crawford, please come up here on stage.

11          **(Music.)**

12          MATT LLOYD:   $200,000 in commissions.

13          Thank you.  There you go.  All right.

14          So here we go next.  Okay.  Yeah, it's

15   there.  And you -- you got to wear it, too.  Okay?

16   You got to wear it all the time.  Never take it off.

17          The next person that I would like to bring

18   up, now this guy actually came onboard in MOBE about

19   18 months ago.  And I actually spoke to him on the

20   phone, and he took a little bit of convincing to come

21   to Titanium and Platinum.  He was a stubborn MLR at

22   first.  He made over 50 MLRs as an MLR before going to

23   Titanium and Platinum.  So this guy came out of

24   nowhere.  In his first month, he was generating

25   something like 50 MLRs.  I forget the exact number.

**PX 22**          **FTC-MOBE-002058**

24



1           But he came out of nowhere, and he actually

2    -- he won an affiliate contest where I was offering --

3    I believe the amount was around $15,000.  It might

4    have even been $20,000.  And he didn't really know if

5    it was real until I wired him the money.  And then he

6    knew it was very real.  But I've been very impressed

7    by him and he's recently crossed over a quarter-

8    million dollars.  Please welcome to the stage Terry

9    Lamb.

10           **(Applause.)**

11           MATT LLOYD:  Well done, Terry.

12           TERRY LAMB:  Thank you.

13           MATT LLOYD:  There you go.  All right.

14           So the next person, and let me just really

15    make sure I've got this right.  Just had a quick peak.

16    You didn't see that.  No, so the next person is

17    actually a couple.  And like I said before, I've been

18    very impressed with how fast they've risen in our

19    community.  They had a month where they did over

20    $100,000 in commissions.  And they work as a team.  If

21    there's any couples in the room, one of your greatest

22    assets is having two people to run the business

23    because each of the two has their different strengths

24    and their different weaknesses.  And we all have a

25    different strength and a different weakness.

**PX 22**                    **FTC-MOBE-002059**

25

1          Now, this couple, they work the business

2     together.  One of them's very good at traffic; one of

3     them is very good at conversions.  Okay, and that is

4     Bill and Michelle Pescosolido.  Please welcome them to

5     the stage.

6          **(Applause.)**

7          MATT LLOYD:  Now, Michelle is actually going

8     to get to wear the ring.  Well done.  There you go.

9     Thank you, Bill.  Bill is going to get the million-

10    dollar ring when they cross that target.  Well done,

11    guys.

12          All right.  Now, who do we have up next?

13    All right.  Now, this lady, you know, a couple years

14    ago, before we had the phone team, I was actually the

15    phone team.  And I used to do all the phone calls.

16    And the way MOBE used to work is I had the Inner

17    Circle Program, which was $97 per month.  And if they

18    bought that, they got a free 30-minute consult with

19    me.  And the consult was I would actually -- it was

20    still valuable, but it would actually turn into a

21    pitch for the MLR.  Okay, and that's -- that's what I

22    started doing at first.  So I would offer value, and

23    then I would transition into offering the MOBE License

24    Rights program.

25          So one day I had this buyer, and she's all

**PX 22**          **FTC-MOBE-002060**

26

1      the way from Chile, and I had never even heard of

2      Chile.  I thought what -- what is Chile.  And I -- I'm

3      talking to her, and she -- she was -- I'll be honest

4      with you, when I first spoke to her, I didn't think

5      she was going to do it, but we're talking, I'm

6      explaining the business.  She decides to do it.

7            Now, for a couple weeks, I don't really see

8      much, but then I start noticing sales coming in from

9      this lady, and they're really starting to pick up.

10     And I think, wow, she's actually really promoting

11     this.  Shortly after that, she goes Titanium and

12     Platinum.  And then that's when things really started

13     to pick up.  Since coming onboard, this young lady has

14     done over a quarter-million dollars in commissions.

15     She's also got a free Mercedes.  So I'd like you to

16     welcome to the stage Carolina Millan from Chile.

17                    **(Applause.)**

18            MATT LLOYD:  Well done.  There you go.  All

19     right, excellent.  There's Carolina, by the way.

20            Okay, the next guy that I would like to

21     bring up, this guy is -- is the definition of fast

22     growth.  He actually came to the last Titanium

23     Mastermind in Cabo, really just to -- he actually came

24     in at the wholesale rate, okay, just to check it out.

25     He wasn't yet a partner.  And he came onboard.  He

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                        FTC-MOBE-002061

27

1        looked at it, and he said I want to be a part of this.

2                He'd actually made over a million dollars in

3        another company in our niche.  The guy was at the time

4        25 years old.  Okay, younger than me.  And he got

5        onboard in MOBE.  And out of nowhere, he just starts

6        cranking out $100,000 months.  Now, he just turned 26,

7        and in the time that he's been onboard, he's actually

8        done over $800,000 in commissions.  So please welcome

9        all the way from London, from London in the U.K.,

10       Shaqir Hussyin.

11               **(Applause.)**

12               MATT LLOYD:  Make sure you wear that ring.

13       Well done, Shaqir.

14               All right.  Now, the next guy I want to tell

15       you about, this is why getting to Masterminds is just

16       so, so important.  A couple years ago, I go to this

17       Mastermind.  It's four grand.  It's in San Diego.  And

18       in order to go to this Mastermind, you have to be

19       doing decent numbers, okay, in your business, and then

20       you got invited.  Now, I had just started doing pretty

21       well in MOBE.  And one day this guy reaches out to me

22       and says, you know, you should go to this Mastermind.

23       Not everyone can go, but I think you would be able to

24       go.

25               So I thought, well, okay, you know, I

**PX 22**                    FTC-MOBE-002062

1    might be able to meet a few people.  And I said how

2    much is it.  And he says, well, it's $4,000.  And I

3    say, well, what do you get with that.  He's like,

4    well, you get to go and hang out on the beach for a

5    day or two and -- and meet some people in the

6    industry.  And I -- I doubted whether I should go or

7    not.  I decided to go.

8            Well, my first impression was I see this big

9    tent on the beach.  I'm walking up, and I see this guy

10   and I recognize the face because I -- I'd seen his

11   blog.  And I sit down, and he starts telling me

12   immediately how to get your product ranked number one

13   on ClickBank using some fairly secret methods.  And we

14   actually had to sign an NDA, so he was very open about

15   how to do it.  So I'm listening to him, and I'm

16   thinking that's great.

17           A week later, I'm doing a big affiliate

18   contest for MOBE, and I'm offering $10,000 for whoever

19   can get the most sales.  And I remember this guy who

20   I'd just met a week ago.  I didn't really know him at

21   the time, but I send him an email and I say, hey, you

22   know, would you like to make $10,000.  I put that out

23   there as bait, okay?  I don't really tell him much

24   more than that.  He replies back, yeah, what do I have

25   to do.  And I say, well, I'm actually doing this

**PX 22**                    **FTC-MOBE-002063**

```
1    contest.  If you promote, you win $10,000.  You've got
2    to sell as many as these $10 e-books as possible.
3            About four days later, he wins the contest.
4    Okay, he comes along, picks up his $10,000 in cash.
5    Ever since then, he has just been consistently, month
6    in, month out, cranking out sales.  He averages
7    somewhere around $100,000 a month, and it's very
8    passive.  This guy is the definition of, you know, the
9    whole online lifestyle.
10           He doesn't work that hard.  Okay, he doesn't
11   work that many hours in a day, but he's able to make
12   very good money and have a really good lifestyle.  And
13   I'm very thankful for having him as part of our
14   community.  And that person is John Chow.  John Chow,
15   please come up here.
16           (Applause.)
17           MATT LLOYD:  Now, John actually -- John
18   actually gets two rings, because he crossed the
19   Million Dollar Club, he actually gets the 100K Club.
20   Well done.  Well done, Sally.  You can have that one.
21   Well done, John.  You can have your million-dollar
22   ring.  Sally likes that.  All right.
23           So John's done almost $1.3 million in
24   commissions, and how long's it been?  About two years,
25   something like that.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**

30

1          So I have one final person that I would like

2     to bring up here, and it's actually not just one

3     person.  This is actually a team.  Now, this team, I

4     was first introduced to these guys late last year.

5     And they had their own system, and they were promoting

6     some other company that -- that company, you know,

7     wasn't doing that well, but they had a really good

8     system and a really good team.  So we start talking.

9          And after several months of going back and

10    forth, they came onboard.  They've been onboard for

11    ten months.  Okay, for ten months.  There's actually

12    five of them, and let me tell you about these five

13    guys.  Here's the team.  Okay, the company is called

14    Red Shift Digital Marketing.  In ten months, they've

15    done $1.8 million in commissions.  Is that big or

16    what?  In ten months.

17              **(Applause.)**

18              MATT LLOYD:  Yeah, definitely.  Now, this --

19    this is what is possible when you get a really good

20    team of people working together towards one goal.  I

21    mean, $1.8 million in ten months, they will cross $2

22    million in their first year.  So, you know, if anyone

23    ever questions what's the potential of MOBE, well, now

24    you know, look, we've had people make $2 million -- or

25    soon -- $2 million in their first 12 months, okay?

**PX 22**                    **FTC-MOBE-002065**

1          Now, like I said, there's five guys.

2     There's Darren, there's David, there's two Mikes, and

3     there's Jason.  And they couldn't all make it this

4     weekend, but one of them is here, and his name is

5     Darren Salkeld.  Darren, if you could come up and

6     accept your million-dollar ring on behalf of the team.

7     Please come to the stage.

8          **(Applause.)**

9          MATT LLOYD:  Well done.

10         DARREN SALKELD:  Thank you very much.

11         MATT LLOYD:  Thank you very much.  There you

12    go.  Two rings.

13         So, guys, one final round of applause for

14    all of these leaders.

15         **(Applause and music.)**

16         MATT LLOYD:  All right.  So, guys, make a

17    decision.  Make a decision that at the next Mastermind

18    you're actually going to be up here getting your ring.

19    Remember what we talked about this morning.  Have a

20    goal and create the conditions that lead you towards

21    getting that goal that make it inevitable.  So decide

22    what you want.  If you want the 100K ring, if you want

23    the million-dollar ring, put a deadline of -- on it,

24    and make it your mission to actually be up here at the

25    next event, and I'd love to hand you a ring.

**PX 22**          **FTC-MOBE-002066**

32

1          **(MOBE live event video concludes.)**

2          MATT LLOYD:  Now, for one time the top level

3     with the ring was the seven-figure level where if you

4     made over a million dollars you would get the platinum

5     ring.  And then people started crossing a million

6     dollars, so I had to come up with another level.  And,

7     so, I came up with another level of seven-figure ring

8     which you would get to when you got to $2.5 million.

9     And then people started crossing that level, so I had

10    to go to the next level, which was $5 million.  And

11    ever time they would cross that barrier, I would have

12    to offer another reward.

13          Now, the truth is I never thought that

14    anyone would make more than $10 million in commissions

15    as a MOBE consultant because I thought $10 million,

16    that's a lot of money.  But it turns out someone

17    actually did get to that level.  So I had to introduce

18    a brand new level, which was called the eight-figure

19    level.  And once you became an eight-figure earner, in

20    other words you made the $10 million, here's what you

21    actually would get.

22          **(Video shown as follows.)**

23          MATT LLOYD:  So in MOBE we have something

24    called the Eight Figure Club, where if you do over $10

25    million in commissions, we will actually reward you

**PX 22**                    **FTC-MOBE-002067**

33

1    with a $60,000 President's Rolex watch.  It's 24-karat

2    gold, and it's encrusted in diamonds.

3            Getting into the Eight Figure Club is not

4    easy, but it is possible.  And the reward is truly

5    magnificent.

6            **(Video concludes.)**

7            MATT LLOYD:  And you'll notice that I'm

8    actually wearing my eight-figure watch right now.

9    These are not easy to get.  Again, only one consultant

10   so far at the time of recording has actually got one

11   of these, and I hope to see a lot more consultants

12   cross that barrier.  The good thing is we now know

13   that it's possible.  So you know it's possible, too.

14   Someone's gone and done it.  That means that they took

15   a series of action steps that led them to that, and

16   therefore other people can do it, too.

17           Now, when you cross $100,000 in commissions

18   as a MOBE consultant, another little perk that we give

19   you is we invite you to our annual MOBE Leaders

20   Cruise.  Now, the MOBE Leaders Cruise is held at the

21   end of each year, and what we actually do is we get on

22   a cruise ship, and these usually go for about seven

23   nights.  It's all-expenses-paid, and you can bring a

24   guest, too.  So you show up and you get on the cruise

25   ship, which holds thousands and thousands of people.

**PX 22**          **FTC-MOBE-002068**

1    It's like its own little world on this cruise ship.

2    And then we sail down to Mexico, we go to other

3    countries like Curacao, and then we go back to

4    America.

5         And as we get bigger, we will likely hold

6    these in different parts of the world.  So the great

7    thing about this cruise is you have to earn your way

8    into the cruise.  So anyone who's on the cruise is a

9    top performer.  You get to rub shoulders with the very

10   best of the best out of all the MOBE consultants in

11   the world.  And, of course, I'll be on the cruise,

12   too, so I look forward to seeing you there.  Make it

13   your goal.

14        A lot of our consultant partners, when they

15   get started, they go and look at the details for the

16   next cruise, which you can see at

17   MOBE.com/leaderscruise, and then they make that their

18   goal to be on the cruise by the end of the year.  And,

19   in fact, what I'm going to do for you right now is I'm

20   going to play for you the promo video for the MOBE

21   Leaders Cruise.  So have a look.

22        **(MOBE Leaders Cruise video shown as**

23   **follows.)**

24        MATT LLOYD:  Hey, guys.  Matt Lloyd here.

25   So as you know, I love to reward our partners in MOBE.



1    We have some of the biggest commissions the industry's

2    ever seen.  We have the MOBE Motors Program where

3    we'll actually get you the car of your dreams.  And

4    this year, we're going to be introducing the MOBE

5    Leaders Cruise.  Before I decided to host the MOBE

6    Leaders Cruise, I actually came to this cruise, and I

7    checked it out.  It was my first time on the cruise

8    and I was blown away.  I mean, there's so many

9    different things for you to do.  It's like a whole

10   city on -- on the water.

11          So let me tell you about some of the

12   activities that you'll be able to do when you actually

13   get on the ship.  You'll be able to surf the waves on

14   the FlowRider.  Hopefully you will have a -- a little

15   bit more success than I did.

16          So there's rock climbing.  You'll be able to

17   play a round of mini golf.  Or you could even go and

18   see a show.  There's even an ice skating rink on the

19   ship.  The rooms are really, really nice as well, but

20   you're not going to be spending very much time in

21   them.  You've got shopping.  You've got entertainment.

22   There's even a casino.

23          And the nightlife on this cruise is amazing.

24   There's lots of bars.  There's a few nightclubs as

25   well.  So, believe me, we're going to have a very,

**PX 22**                    FTC-MOBE-002070

36



1   very good time.

2             There's also going to be a few stops along

3   the way, where we'll actually be stopping at different

4   ports, getting off, seeing a few different countries

5   before we return home.  This cruise ship is enormous.

6   There's so many different things for you to do that

7   you're not going to have one moment where you're

8   bored.

9             And if you bring your kids, they will love

10  it.  They will never forget this experience, and

11  neither will you.

12            So who's it for?  So basically this cruise

13  is only for the leaders in MOBE.  If you haven't met

14  the other top leaders in MOBE, this will be your

15  chance.  You'll be able to form lifelong connections,

16  have relationships with these people.  But I'm just

17  going to tell you from my own experience.  I've been

18  to mastermind events like this before where one single

19  connection -- literally one single connection -- went

20  on to be worth millions of dollars.  And this will be

21  no different for you.

22            So for several hours each day, we're going

23  to be having training sessions, but most of the days

24  will be spent networking.  That's where you're going

25  to get most of the value out of this program.  You'll



**PX 22**                    **FTC-MOBE-002071**



1    be able to hang out, have a cocktail or two, and just

2    share your best tips for increasing traffic,

3    increasing conversions, and really getting the

4    commissions up even higher in MOBE.

5            In the several years that MOBE has been

6    launched, we have tens of thousands of partners.  So

7    if you take all of those partners and you were to find

8    the best of the best, the top earners, the people

9    making the most commissions, those are the people that

10   you're going to meet when you actually come to the

11   MOBE Leaders Cruise.

12           And what makes this Mastermind different

13   from any other Mastermind is you actually can't just



14   buy your way into this one.  You have to earn a spot

15   in this Mastermind.  Basically, you have to have made

16   over $100,000 or more in commissions in MOBE to be

17   eligible to attend.  So you know that everyone who's

18   going to be here is -- I mean, they -- they know what

19   they're doing.  They've been doing this business for a

20   while.  They all have established businesses, and the

21   -- the actual masterminding, getting to rub shoulders

22   with these people, networking with them, it's just

23   going to do wonders for your business.

24           So the whole point of this Mastermind is

25   that you will walk away from this with tips, with

38



1    strategies, with techniques that you didn't think of

2    before that you can apply in your business and get it

3    to the next level.  Let's say that your business is in

4    the low six figures.  Once you actually attend this

5    MOBE Leaders Cruise and you -- you meet all the other

6    top leaders in MOBE, you pick their brain, you learn

7    what they're doing, you will be able to go home, apply

8    those strategies in your business and watch your

9    commissions rise.

10           So what kind of things are you going to be

11   talking about?  We're going to talk about traffic, and

12   we're going to talk about conversions.  And if you're

13   making six figures right now in your MOBE business,

14   we'll show you how to get to high six figures or

15   possibly even seven figures.  And some of our top

16   earners in MOBE have done over that.  In fact, there

17   will be people on this cruise who've made several

18   million dollars in commissions in their first year

19   within MOBE.  So you'll have a chance to sit down with

20   these people, find out what they're doing.

21           So if you were to ask me how do you get your

22   business to the next level, a large part of that comes

23   down to the relationships that you have.  Some of the

24   top relationships that I've had in MOBE have resulted

25   in millions of dollars.  In fact, our top five highest



1      earning affiliates, most of them I met at live events.

2      I met them at Masterminds like this.  So when you

3      actually come to a Mastermind like this, if you get

4      just one connection from this, just one connection,

5      that can literally result in millions of dollars.  So

6      you should never pass up an opportunity like this to

7      get around the other top earners, the super

8      affiliates.

9             So it's a famous book you've probably heard

10     of, it's called *Think and Grow Rich*.  And basically

11     the story goes Napoleon Hill was commissioned by a guy

12     called Andrew Carnegie who in today's inflation-

13     adjusted dollars would be worth about $310 billion.

14     So after studying this multi-billionaire for years and

15     years, Napoleon Hill discovered that the single factor

16     that Carnegie attributed to his wealth more than

17     anything was masterminding, okay, getting around other

18     people who were thinking the same level as him and

19     strategizing, finding out how they could take their

20     business to the next level.

21            That's exactly what we're going to be doing

22     with you at the MOBE Leaders Cruise.  So if you've

23     made over $100,000 in MOBE, consider this your formal

24     invite to join me on the MOBE Leaders Cruise.  If you

25     haven't yet reached that target, go and do that as

40

1    soon as you can, get those commissions, make at least

2    100 grand, and then I will be inviting you, too, to

3    join us here.  I can't wait to see you here.  We'll

4    speak soon.

5                    **(MOBE Leaders Cruise video concludes.)**

6                    **(The recording was concluded.)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002075**

41

1          <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12         I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20                          *Sara J. Vance*

21    DATE:   3/1/2018     _____

22                         SARA J. VANCE, CERT

23

24

25

**PX 22**          **FTC-MOBE-002076**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

      Plaintiff,

      v.

**MOBE Ltd.**, et al.,

      Defendants.

Case No. _____

**FILED UNDER SEAL**

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND
MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**VOLUME II-E**

PX 22  Declaration of Carol Jones (Exhibits II – PP)......................................................2077

# Exhibit II

**FTC-MOBE-002077**

# OFFICIAL TRANSCRIPT PROCEEDING

# FEDERAL TRADE COMMISSION

MATTER NO.          1723072

TITLE               MOBE

DATE                RECORDED:  DECEMBER 29, 2017
                    TRANSCRIBED:  JANUARY 29, 2018
                    REVISED:  FEBRUARY 22, 2018

PAGES               1 THROUGH 9

VIDEO CALL WITH MARLON
WS600368.wma

*Carol Jones*
*Redacted*
3/5/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002078**

2

```
 1                  FEDERAL TRADE COMMISSION

 2                       I N D E X

 3

 4     RECORDING:                              PAGE:

 5     Video Call with Marlon                     4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**          **FTC-MOBE-002079**

3

```
 1                    FEDERAL TRADE COMMISSION

 2

 3        In the Matter of:              )

 4        MOBE                           )  Matter No. 1723072

 5                                       )

 6        ------------------------------)

 7                                       December 29, 2017

 8

 9

10

11              The following transcript was produced from a

12        digital file provided to For The Record, Inc. on

13        January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25
```

PX 22            FTC-MOBE-002080

4

1          P R O C E E D I N G S

2              –    –    –    –    –

3          **VIDEO CALL WITH MARLON – WS600368**

4              MS. JONES:  This is Carol Jones.  I'm an

5      investigator with the Federal Trade Commission, and

6      this is a taping session.  I am waiting for Marlon

7      Nuqui to contact me via Skype.  Today is December

8      29th, 2017, and the time is approximately 11:09 a.m.

9      As soon as I receive a call from Marlon, I will start

10     recording.

11     _____

12             MS. JONES:  Hello?  This is [REDACTED].

13         **(No response.)**

14             MS. JONES:  Hello?  Marlon?

15         **(No response.)**

16             MS. JONES:  Hello?  Marlon?

17             COACH MARLON:  Hey, [REDACTED].  How you

18     doing?

19             MS. JONES:  Sorry.  Thank you.  I'm doing

20     well.  I -- I thought I had the speaker issue fixed.

21             COACH MARLON:  Yeah, I'm not sure what's

22     going on.  You had a good Christmas?

23             MS. JONES:  I did.  How about you?

24             COACH MARLON:  Oh, very good, thanks.  All

25     right, so last time we spoke, you were still going

**PX 22**          **FTC-MOBE-002081**

1          through the 10X audio book.  What chapter are you on

2          there?

3                    MS. JONES:  In the book, the 10X?

4                    COACH MARLON:  Right.

5                    MS. JONES:  Rule?  I'm done.

6                    COACH MARLON:  Okay, good.  So the most

7          important thing is you implement what you learned

8          there.  Have you gone through the *Secrets of the*

9          *Millionaire Mind* already?

10                   MS. JONES:  Yes.

11                   COACH MARLON:  And their cash flow quadrant?

12                   MS. JONES:  Yes.

13                   COACH MARLON:  Okay, good.  So the next book

14         you're going to read is called *The Power of*

15         *Consistency*.  This is going to allow you to correct

16         and architect your lifestyle (inaudible) there.

17                   What did you get out of Steps 13 and 14?

18                   MS. JONES:  Okay, so, hang on, I'm writing a

19         note.  So 13 was about accessing -- how to access --

20         access funding sources.

21                   COACH MARLON:  Uh-huh.

22                   MS. JONES:  To finance my business.

23                   COACH MARLON:  Uh-huh.

24                   MS. JONES:  And 14 was how to earn extra

25         perks and rewards as in cars, trips --

**PX 22**              **FTC-MOBE-002082**

1          COACH MARLON:   (Inaudible).

2          MS. JONES:   -- checks, commissions, and how

3     to make a residual income.

4          COACH MARLON:   Uh-huh.   Okay, good.   And

5     I'll go ahead and unlock 15 for you to do over the

6     weekend.

7          MS. JONES:   Okay.

8          COACH MARLON:   Okay?

9          MS. JONES:   All right.

10         COACH MARLON:   Let me -- let me give you the

11    date and time for your business plan.   You got a pen

12    and paper?

13         MS. JONES:   I do.

14         COACH MARLON:   Okay, write this down.   So

15    when I do business plans, [REDACTED], I do them with

16    about five to ten people at a time.   And they're from

17    all over the world, different countries, different

18    time zones.   So basically when I set a time, I

19    basically have to set a time when everyone has to

20    arrange their schedule to make sure they're available

21    at that time.

22         So your business plan is going to be next

23    Thursday, the 4th, January 4th, at 9:00 a.m. Eastern,

24    about an hour.   Make sure you're available.

25         MS. JONES:   January 4th at 9:00 a.m.?

**PX 22**                    **FTC-MOBE-002083**

1          COACH MARLON:  Uh-huh.

2          MS. JONES:  Okay.

3          COACH MARLON:  So remember, at that point,

4     we're going to go over your 30-, 60-, 90-day income

5     goals specifically and how to reach them.  We're also

6     going to cover the compensation plan, but we'll go

7     over how you make profits in your business every month

8     or the Silver, Titanium, Platinum, and Diamond member

9     according to our company percentages.  And then after

10    that's when you'll start working on traffic to make

11    sure your leads come into your business for the phone

12    team to make your profits.  Okay?

13         MS. JONES:  Okay.

14         COACH MARLON:  So Step 15 over the weekend.

15    Make sure we have a one-on-one appointment for Tuesday

16    and Wednesday of next week.  Very important because I

17    have some assignments in preparation for your business

18    plan.

19         MS. JONES:  Okay.

20         COACH MARLON:  Okay?  And Monday is new

21    year, so have a good weekend and happy new year's and

22    talk to you in 2018 on Tuesday, okay?

23         MS. JONES:  Okay.  Happy new year.

24         COACH MARLON:  Thanks so much.

25         MS. JONES:  Bye-bye.

**PX 22**          FTC-MOBE-002084

8

1              COACH MARLON:  Take care now.  Bye-bye.

2          **(The video call was concluded.)**

3          _____

4              MS. JONES:  This concludes the taping

5     session.

6          **(The recording was concluded.)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-002085**

1          <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12          I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20                                    *Sara J. Vance*

21    DATE:   2/22/2018          _____

22                               SARA J. VANCE, CERT

23

24

25

**PX 22**                    **FTC-MOBE-002086**

Exhibit II - Page 10 of 53

FTC-MOBE-002087

PX 22



Exhibit II - Page 11 of 53



**Step 15 - Training Section #2**

# Residual Income You Receive From Selling Our Continuity Programs

Remember, you will also receive monthly 50% commissions on the monthly Inner Circle membership fees for anyone that signs under you.

Consultant membership fees are:

- Silver Inner Circle: $27/month
- Gold Inner Circle: $64/month
- Titanium Inner Circle $121/month
- Platinum Inner Circle $198/month
- Diamond Inner Circle: $295/month

So you get to pocket $13.5/month, $32/month, $60.50/month, $99/month or $147.50/month in residual income depending on your certification level, and what products you sold.

## The Power Of "Positioning"

Today I'm going to talk further about the economics of this business. I'll reveal to you some additional perks from being "positioned" from the very beginning.

Being fully positioned from the very beginning can prove to be a very lucrative decision for you.

I'm also going to talk about how to leave money on the table by not being positioned as either a Titanium, Platinum or Diamond member. This one is important and should not be missed.

This is going to be exciting ...

In earlier steps we've talked about how much additional money you make from getting positioned as a Titanium, Platinum and Diamond partner right from the very beginning. Getting these much higher commissions, that more than triple your income from the same efforts, isn't a question of "if" it will happen. It will. Without a doubt, our numbers prove that.

A certain number of every set of Silver Masterclass clients that get involved will step up and see the value of becoming a Diamond member. They'll want the additional training, they'll understand the positioning that comes along with being able to say they're "Diamond Certified" when promoting MOBE products to clients, and they'll want all the bonus tools that come with Diamond and make promoting MOBE infinitely easier

*Your Business Coach*

**Marlon Nurqui**

✉Email:
marlon@mobe.com

⊞ Schedule A Session:
**Click Here**

Ⓢ Skype:
**Click Here**

recordings:

⊞ Schedule A Session:
**Click Here**

Ⓢ Skype:

## This System So Far:

⊞ Schedule A Session:
**Click Here**

Ⓢ Skype:

⊞ Schedule A Session:
**Click Here**

Ⓢ Skype:

Exhibit II - Page 12 of 53

FTC-MOBE-002089

PX 22

But there are a few other very powerful components of the MOBE compensation plan which make increasing your earnings much easier.

Watch the Compensation Overview video for full details:



Copyright MOBE | All Rights Reserved

## MOBE Consultant Memberships And Compensation Plan

**DOWNLOAD THE MOBE COMPENSATION PLAN**

Finished watching?

Next, you'll want to download the official MOBE Compensation Plan.

Once you've had a chance to read it over, we're going to have some fun.

Several times per year, MOBE hosts a three-day live training called the Super Charge Summit.

This is specifically for MOBE Silver Certified Consultants and above, and is all about one thing: **How to make more money promoting MOBE.**

The entire training is about different methods you can use to generate traffic, get more leads, and also increase your conversions.

We fly in some of our top earning Diamond Certified Consultants to train you and reveal their secrets.

We also play a game where everyone gets to test their understanding of the MOBE compensation plan:

In this game, a hypothetical scenario is explained to the crowd, which features 3 imaginary people and a series of sales which each one of them makes.

At the end the audience is asked to guess the total amount of commissions each person has made.

Whoever guesses the right answer wins the prize.

Schedule A Session
**Click Here**

Skype:

Exhibit II - Page 13 of 53

FTC-MOBE-002090

**PX 22**

Below you'll see a recording of one of these games.



Go ahead and watch it right now. Before I reveal the answer to the audience, pause the video and see if you can guess the answer.

So how did you do?

Did you guess the right answers?

If you did, congratulations—out of a room of over 100 Silver Masterclass Consultants, no one guessed the right answer!

Now to demonstrate what can happen when you get certified at the higher levels in MOBE from the beginning, watch this video and see what happened to Diamond Member TJ Rohleder:



Because TJ was certified as a Diamond member, he made $20,000 passively. All because the person he referred chose not to get certified at the Diamond level, and so



Exhibit II - Page 14 of 53

the Mastermind commissions from his customers passed by him, and went to TJ ...

Not only that, but TJ will now make 5% residuals on the gross sales of his new Titanium and Platinum certified Consultant.

## So What's The Lesson Here?

If one of your new Silver Masterclass members purchases the Gold, Titanium, Platinum, or Diamond Mastermind programs and you yourself are not certified in those programs, then the commissions on each one will "pass up" to the person who referred you, and who is certified on those levels.

Not only that... but all future commissions from that member and those he enrolls will go to your referring Consultant as well.

That's one reason why I say it's not always about what you "do," it's what you now "have" when you're certified as a Platinum or Diamond Partner.

It's important you know what's at risk by not being fully certified in the MOBE core curriculum products.

Of course, some might say they want to get a few sales first, to just "test the waters" and make sure they can do this, before they go ahead and get certified at the Platinum or Diamond levels.

**The potential problems with this are as follows:**

1) Your prospects will look at your own certification level, and are more likely to feel comfortable buying our more advanced, higher-priced programs (like Diamond) from you if you're certified at those levels.

2) You never know who your next Consultant client will be. If they end up getting fully certified, and their clients get fully certified, you'll be missing out on some large Mastermind commissions.

**NEXT SECTION - PLEASE CLICK HERE**



Exhibit II - Page 15 of 53



## Step 15 - Training Section #1

Congratulations! Less than 25% make it to step 15.

This is an exciting step, because it's where we discuss how you're going to get paid from promoting MOBE, and also how to make everyone's favorite type of income: *residual income.*

## Residual Income You Receive From Introducing "Consultants" To Us

Although most of your referrals will likely be only clients (meaning they buy our training programs to apply to their existing businesses), many of them will also be interested in becoming a MOBE consultant like you, given the lucrative income opportunity that's available.

As an incentive to help you find top producing Consultants and get them on board, we pay you 5% of their gross sales.

In other words, if you introduce a MOBE Consultant to us who ends up becoming the next top producer, you can potentially make a lot of money!

How much money? Well, one of our Consultants referred just one Consultant to us and made over $1,000,000.

Here's Jashin's story:

For example, if you introduce a new MOBE Consultant to us, and they go on to

**Your Business Coach**

**Marlon Nuqui**

Email:
marlon@mobe.com

Schedule A Session:
Click Here

Skype:
Click Here

Skype:

Skype:
Click Here

Skype:
Click Here

Skype:
Click Here

Skype:
Click Here

Skype:

FTC-MOBE-002092

**PX 22**

Exhibit II - Page 16 of 53



produce, then on every one of their Core Curriculum product sales, you'll make the following residual commissions:

- Silver Masterclass: +$125
- Gold Masterclass: +$250
- Titanium Mastermind: +$500
- Platinum Mastermind: +$833
- Diamond Mastermind: +$1,500

If just one of their clients was to get all the above Core Curriculum programs, you will make $3,208 without lifting a finger

It adds up fast!

**NEXT SECTION - PLEASE CLICK HERE**

FTC-MOBE-002093

PX 22

Exhibit II - Page 17 of 53



FTC-MOBE-002094

PX 22

Exhibit II - Page 18 of 53

FTC-MOBE-002095

PX 22



- Watch this video of Diamond Certified Consultant Carolina Millan (who's now generated over $500,000 in commissions with MOBE) explaining the importance of positioning. Carolina had planned on getting fully certified from the very start, but delayed making the final decision. By putting off the decision for just 24 hours, it ended up costing her a Titanium commission ($3,300) and a Platinum commission ($5,500). This is why it's so critical that you fully understand the compensation plan and get fully certified before you start promoting. However this story has a happy ending. Just five weeks later from making that video, she made this one below:





- $11,000 commissions flowed into Carolina's eWallet account in just 24 hours, using the same marketing system you're learning about now. That was from 2 Titanium Mastermind sales, and a Platinum Mastermind sale. In the video you'll hear Carolina explain exactly how she got those sales—with 2 of them being direct pass ups, and therefore totally unexpected.

- Discover what the wealthy billionaires have learned about Masterminds (and what you might be missing out on). Register for this webinar with Matt Lloyd!

Exhibit II - Page 19 of 53

FTC-MOBE-002096



**PX 22**

**Step 15 - Your Assignment**

**Congratulations - You have completed Step 16.**

## Congratulations on completing Step 15—Great job!

Coming Next In Step 16. What exactly do you need to do to start making money as a MOBE Consultant, once you complete this training program? You'll be shown.

And then in Step 17, we'll transition into various follow-up methods you can use to take your earnings to the next level ...

**GO TO NEXT STEP - STEP 16**

If for any reason you have any issues accessing the steps or video training in this 21 Step System or any of our other training programs, please contact our support team at mobe.com/support or call 1-844-662-3787.

Meet our members

Your Business Coach

Marlon Nuqui

✉ Email:
marlon@mobe.com

☎ Phone:

⊞ Schedule A Session:
☎ Phone:

⊞ Schedule A Session:
☎ Phone:

⊞ Schedule A Session:
☎ Phone:

⊞ Schedule A Session:
☎ Phone:

⊞ Schedule A Session:
Click Here
☐ Skype:

**FEEDBACK!**
Business Coach Feedback:
**CLICK HERE**

© Copyright 2018 · MOBE · All Rights Reserved

Contact Support | Reviews | Terms & Conditions | Income Disclosure | Privacy

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

|            |                                                              |
|------------|--------------------------------------------------------------|
| MATTER NO. | 1723072                                                      |
| TITLE      | MOBE                                                         |
| DATE       | RECORDED:  DECEMBER 29, 2017<br>TRANSCRIBED:  FEBRUARY 13, 2018 |
| PAGES      | 1 THROUGH 34                                                 |

Step 15_2017-12-29_12-10-35

*Carol Jones*

*3/1/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002097**

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4        RECORDING:                                    PAGE:

5        MOBE Step 15                                     4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-002098**

3

1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       MOBE                           )   Matter No. 1723072

5                                       )

6       ------------------------------)

7                                          December 29, 2017

8

9

10

11            The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

PX 22                    FTC-MOBE-002099

4

**P R O C E E D I N G S**

-    -    -    -    -

**Step 15_2017-12-29_12-10-35**

1    MATT LLOYD:  So welcome to Step 15.  In this

2    step, I'm going to share with you the part that you've

3    probably been wanting to hear about, and that is how

4    do you get paid.  So I'm going to go over the MOBE

5    compensation plan.  I'm also going to make sure that

6    you fully understand how it works.

7         In my experience, after having been doing

8    this for years and years, most MOBE consultants do not

9    fully understand and do not fully appreciate the power

10    of our compensation plan and why you want to get fully

11    certified.  So I'm going to explain that in this step.

12    Please pay very close attention because you really

13    need to understand how it works.  Some people who

14    haven't understood how it works have missed out on

15    some very big commissions.  So it's really important.

16         So specifically, here's what I'm going to

17    share with you.  Number one, how do you create

18    multiple income streams by promoting MOBE programs;

19    and, number two, how do you receive passive, high-

20    ticket commissions from $1,250 right up to $10,000 by

21    selecting the right certification level from the very

22    start.

**PX 22**          FTC-MOBE-002100



1          I'm also going to share with you some case

2     studies of MOBE consultants who made the right and the

3     wrong decisions as far as what level they got

4     certified at.  We'll share with you how one MOBE

5     consultant made over $1 million in completely passive

6     residual commissions, and also how do you work out

7     exactly how many front-end sales do you need to get to

8     reach your target.  So, for example, if your target is

9     $250,000 in commissions in the next 12 months, how

10    many front-end buyers will you need to go and get.

11         So the first thing I want to about is the

12    residual income in MOBE.  So as a consultant, you're

13    going out there and you're promoting our products.

14    And most people who buy our products are likely

15    already business owners, or they're aspiring

16    entrepreneurs, and they're going to take their

17    training, and they're going to use it on their

18    business.

19         But every so often, you're going to have

20    people who buy those training programs who decide, you

21    know what, I really like this training, I want to

22    promote, how do I do that.  And then that's where

23    they're introduced to our consultant program, just

24    like you're getting introduced to it through these 21

25    steps.  They come onboard as a consultant.  They get

**PX 22**               FTC-MOBE-002101

6

1    certified at a certain level, and then they start

2    placing ads, they start producing.

3           Well, we actually incentivize you to go and

4    find really good consultants who will become top

5    producers.  And we do that by paying you 5 percent of

6    all of their sales, and I'm talking about 5 percent of

7    their gross sales, not their commissions, but of their

8    gross sales.  So in other words, if they sell a

9    product and let's say it's $10,000, you would actually

10   get paid 5 percent of the $10,000, the gross retail

11   amount, not the commission amount that they make, but

12   the $10,000 sales price.  So you end up getting paid a

13   lot more than you might think.

14          Now, 5 percent might not sound like a lot,

15   but it can really start to add up fast, especially if

16   that consultant that you refer ends up becoming a top

17   performer.  So here's an example from one of our

18   Diamond consultants.  His name is Jashin, and this is

19   a segment from one of our Super Charge Summits, where

20   he explains, and I also explain, too, how he was able

21   to make over $1 million as a MOBE consultant, just

22   making one referral to the right person.  Have a look.

23          **(MOBE Super Charge Summit video shown as**

24   **follows.)**

25          MATT LLOYD:  Hey, guys.  Matt Lloyd here.

**PX 22**                    **FTC-MOBE-002102**

7

1     So right now, I am in Spain on one of the Canary

2     Islands for the Platinum Mastermind 2016.  And I

3     wanted to make a video and just really congratulate

4     one of our top affiliates, someone who's a Diamond

5     member.  They got started in 2014.  And they actually

6     just crossed a major, major milestone.

7           His name is Jashin Howell, and Jashin has

8     just crossed $1 million commissions.  Jason actually

9     got started at the beginning of 2014, so it hasn't

10    even really been that long.  It's just been a little

11    bit over two years.  Already a million dollars in

12    commissions.  He's just doing amazing.  Jashin is from

13    Arizona, and about ten years ago -- a little bit over

14    ten years -- in fact, it was back in 2002, he was

15    actually doing auto glass.  That was the -- the

16    industry he was in, so nothing to do with internet

17    marketing.

18          He stumbled across this industry, got

19    involved, and is actually an incredibly talented guy

20    when it comes to generating traffic in very large

21    quantities, and also just making high-level

22    connections.  So, Jason, I just want to give a big

23    shout-out to you and really just thank you for

24    everything that you've done here in MOBE and all the

25    connections that you brought to the team.  I

**PX 22**          **FTC-MOBE-002103**



8

1    appreciate you very much, and I'm looking forward to

2    seeing you cross your second million.  So, Jashin,

3    thanks a lot.

4            **(MOBE Super Charge Summit video concludes.)**

5            MATT LLOYD:  Okay, so let's have a look at

6    how the numbers break down with our core curriculum

7    training programs.  So if you sell a Silver

8    Masterclass program, you're going to get paid $1,250.

9    But if someone on your direct team, that's someone who

10   you actually referred to the business, if they sell a

11   Silver Masterclass program, you would actually get

12   paid $125.

13           Now, if they were to sell a Gold Masterclass

14   program, you would actually get paid $250.  And if

15   they sell a Titanium Mastermind, you would get paid

16   $500.  If they sell a Platinum Mastermind, you would

17   actually get paid $833.  And if they sell a Diamond

18   Mastermind training program, you actually get paid

19   $1,500.

20           Now, let's say that one of their clients

21   ends up getting all of our core curriculum training

22   programs, guess how much you would make, and this is

23   completely passive, by the way.  You didn't have to do

24   anything besides get that one consultant onboard to

25   make this money.  You would actually make $3,208.

**PX 22**                    **FTC-MOBE-002104**

9

1          Now, you might be asking, well, does this

2    happen often, and the answer is yes, it actually does

3    happen on a very regular basis.  Every single sale

4    that's made in MOBE, someone's getting the 5 percent

5    residual.  Always remember that.  So of the $67

6    million in commissions that we've paid out, a lot of

7    it has come from the 5 percent.

8          Now, you can also make residual income from

9    promoting our monthly continuity Inner Circle training

10   programs.  And the commission you make on those is a

11   giant 50 percent.  So that's month after month that

12   you can count on those commissions coming in.

13         Now, here's a breakdown of the various

14   levels.  So you can see you have the Silver Inner

15   Circle Program, which pays you $13.50 per month.

16   Again, it might not sound like a lot, but after a

17   year, that starts to add up.  And if someone goes

18   right up to the Diamond Inner Circle level, you're now

19   getting a passive $152 per month.  That's from every

20   client that you have.  So if you have ten clients who

21   are paying that every month, that's close to $1,520

22   per month that you can count on.

23         Just ask yourself, how much is that going to

24   be after one year if they all keep on paying for the

25   next 12 months.  It's going to really start to add up

**PX 22**          **FTC-MOBE-002105**



1     to quite a bit.

2              Now, what I want to talk about next is the

3     power of positioning yourself at the right

4     certification level.  And this is really, really

5     important because as you will soon see in this example

6     I'm going to share with you, if you don't get fully

7     certified, there are certain disadvantages.  And

8     number one is you could end up leaving a lot of money

9     on the table.

10             So before I show you that segment, here's

11    what I want you to go and do.  I want you to go to

12    mobe.com/compensation.  I want you to go ahead and

13    pause this video right now, go and download the PDF

14    guide, and I'll probably put it in the text below this

15    video as well, but go and download that guide, and

16    then watch the video which explains our compensation

17    plan, and then make sure you fully understand it.  And

18    then we'll take you to a segment of one of our live

19    events, and I'll share with you what it actually looks

20    like in real life.

21             Okay, so I hope you went and did that.  If

22    you didn't, again, please pause this and go and have a

23    look.  It's your business, so you really need to

24    understand how you get paid and how it all breaks

25    down.  What I want you to do now is I want you to



1   watch this segment, and this is taken from one of our

2   previous three-day events.  It's a Super Charge

3   Summit.

4          And what I do is I actually play a game

5   where I'm explaining a certain scenario, and people in

6   the audience, they have to guess what they think each

7   person in that scenario ended up making in

8   commissions.  And whoever wins gets a prize.  So I'm

9   going to share that with you now.

10          As I'm explaining the scenario, I want you

11   to pause the video and see if you can guess the right

12   answers.  If you can, I'll be surprised because a lot

13   of people get it wrong.  But if you can, I'll also be

14   quite impressed.  So let's have a look at that.  See

15   if you can guess the right answers, and then we'll

16   come back.

17          **(MOBE Super Charge Summit video shown as**

18   **follows.)**

19          MATT LLOYD:  So to wake you up after lunch,

20   what we're actually going to be doing is I'm about to

21   give away $1,000 cash.  Who wants it?  Who wants it?

22          AUDIENCE:  Yeah!

23          MATT LLOYD:  Okay.  Normally we get a few

24   people running up.  What we're going to do, it's

25   $1,000.  It's special cash.  It's called MOBE Money,



12



1        $1,000 of cash MOBE Money.  And the way that you win

2        this is we're going to play a game.  We're going to

3        play a game and test your understanding of the

4        compensation plan.

5              Very few people fully understand the comp

6        plan within MOBE.  Most people think they do, but they

7        don't understand where the real residual income comes

8        from.  Who thinks on a scale of one to ten, with ten

9        being you completely understand it, and one being you

10       have absolutely no idea, who would be over a seven?

11       Raise your hand.

12             Okay, so about maybe one-third of you.  Who

13       would be below a five?  Okay.  Well, even if you

14       think you don't understand it, at least have a go.

15       The way this is going to work is I'm going to take

16       you through a hypothetical scenario, and then we're

17       going to ask -- let's make it five people.  The first

18       five people up here on stage with the answers, we're

19       going to have them, read out the answers, and whoever

20       is closest will win $1,000 cash.  Okay?  MOBE Money,

21       which is more valuable.

22             Okay.  Let's go.  So it's time to test your

23       knowledge of the comp plan.  First of all, I want you

24       all to write down this link:  mobe.com/compensation.

25       There's a video there where we take you through the



**PX 22**                     **FTC-MOBE-002108**

13

1    entire compensation plan, and you can also download

2    the guide, the compensation plan guide.

3              Who has MLR sales in your back office that

4    are not yet Titanium, Platinum, or Diamond?  Who's got

5    a few of those?  Okay.  For you guys, let me give you

6    a little secret.  What you can do is you can reach out

7    to them by email or Facebook and send them this link,

8    okay, mobe.com/compensation.  You want to do that

9    because if they're a MLR and they haven't fully

10   understood the comp plan, the video takes them through

11   how it works.  And it also explains to them why they

12   want to get fully positioned from day one.

13             It explains the consequences of delaying

14   getting fully positioned.  And once they see that,

15   that is often one of the -- the triggering factors as

16   to why they're going to go Titanium and Platinum.

17   Okay, so if you have MLRs that aren't converting,

18   they're not ascending, send them this link.

19             Okay.  First of all, let's talk about the

20   biggest misunderstanding of the comp plan.  Most

21   people think they understand the residual income, but

22   they don't.  How do you make residual income within

23   MOBE?  Tell me how.

24             AUDIENCE:  (Inaudible).

25             MATT LLOYD:  The 5 percent.  You get 5

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002109**

14

1     percent of the production of your team members.  Now,

2     is that 5 percent of the commissions or 5 percent of

3     their gross sales?

4             AUDIENCE:  Gross sales.

5             MATT LLOYD:  Gross sales.  So, for example,

6     you saw Jashin Howell up here on stage, done over

7     $800,000 in commissions.  That's from the 5 percent of

8     all the money that Red Shift has made.  It's not the 5

9     percent of the 9.3 million in commissions.  It's the 5

10    percent of their gross sales.  And how much do you

11    think that is by now?  It would probably be about,

12    yeah, $18, $20 million.

13            So what's 5 percent of $18 million?  It's a

14    lot.  Okay, it's almost a million bucks.  That's how

15    he's made all that money.  So most people think that's

16    where the residual income comes from, but it's

17    actually not.  The residual income are the pass-up

18    sales.  Okay, it's the pass-up sales.  Who in this

19    room has passed up a commission?  Be honest.  Who's

20    done that before?  You've passed up a couple of

21    commissions?  Anyone in this room?

22            Back there, Sharika, how much have you

23    passed up?

24             SHARIKA:  (Inaudible).

25             MATT LLOYD:  10,000?  Was that a -- what was

**PX 22**           **FTC-MOBE-002110**

1   that, a Diamond or Titanium?  Okay.  So how -- how did

2   that happen?  You got an MLR sale, and then you got a

3   Titanium and Platinum.  And then they went Diamond,

4   did they?

5           SHARIKA:  Yes.

6           MATT LLOYD:  Are you Diamond now?

7           SHARIKA:  Yes.

8           MATT LLOYD:  Good.  Okay.  Who's -- who's

9   your Diamond sponsor?

10          SHARIKA:  (Inaudible).

11          MATT LLOYD:  Who?

12          SHARIKA:  Darren.

13          MATT LLOYD:  Darren, okay, Darren Selkeld.

14  So you contributed to his 9.4 million, okay?  So

15  you -- now, what -- what was your check again?  It

16  was 14?  Let's think about that for a second.  Had

17  Sharika been positioned at Diamond, which she already

18  is now, but had she made that decision a little bit

19  faster, she wouldn't be at $14,000, she'd be at

20  $24,000.  She would have made almost double the amount

21  of income.

22          Now, would it have taken her any extra

23  effort to make that money?  None whatsoever.

24          How did that Diamond happen?  Was that an

25  event sale or a phone sale or what?

**PX 22**                     FTC-MOBE-002111

1        SHARIKA:  Event sale.

2        MATT LLOYD:  Okay, so they came to an event,

3    and then they got Diamond at that event.

4        SHARIKA:  They were an MLR (inaudible).

5        MATT LLOYD:  They went to a Home Business

6    Summit, and then they got Diamond there.  Okay.  All

7    right.  Well, that's never fun.  It's never fun

8    passing up a $10,000 commission.  But now Sharika's at

9    Diamond.  Thanks, Sharika.  So now she's never going

10   to have to do that again.

11       Anyone else?  Yes.

12       AUDIENCE:  I just upgraded to Diamond, and

13   my sponsor passed up the commission to you.

14       **(Laughter.)**

15       MATT LLOYD:  Your sponsor passed up the

16   commission to me.  Well, thank you very much.  So

17   you're -- you're now a Platinum?

18       AUDIENCE:  I was a Platinum.  I just

19   upgraded --

20       MATT LLOYD:  You were a Platinum, and now

21   you're a Diamond.  And what -- what did you pass up to

22   me?  Was it a -- oh, it was a Diamond commission.

23       AUDIENCE:  Yeah.

24       MATT LLOYD:  Thanks.

25       **(Laughter.)**

**PX 22**          FTC-MOBE-002112

17

1          MATT LLOYD:  I guess my flight, hotel stay,

2     everything's covered by you.  Thank you very much.

3     That's so kind of you.

4          Okay.  Now, would you like to be the person

5     who people are passing up commissions to?  Imagine

6     that.  Imagine waking up and having a $10,000

7     commission in your back office that you weren't

8     expecting, because someone on your team delayed making

9     that decision.  Well, it happens every single day.

10    And all of our top earners, like John Chow, I mean, I

11    wish -- I wish he was in the room right now because I

12    would ask John Chow, I would say, John, you've made

13    $2.1 million, how much of that has come from pass-ups.

14    And he would tell you a lot.

15          Every so often, we'll -- we'll post on -- on

16    John's Facebook wall.  I like to congratulate people

17    on their -- on their Facebook wall, every time they

18    get a commission.  I used to do it for every

19    commission, but then it was just too many, so we -- we

20    cut it off at $1,000.  But every time you make a

21    commission of over $1,000, I post on your wall.

22    Actually my -- my assistant does because we -- we have

23    so many people that we do it for.

24          But a lot of the commissions that we post on

25    John Chow's wall, they're actually pass-up

**PX 22**          **FTC-MOBE-002113**

18

1    commissions.  John's gone and built this big, wide

2    organization.  He's got so many people on his team.

3    And he'll have people who six months or a year later,

4    they'll be attending an event, like a Super Charge or

5    a Home Business Summit or a Titanium.  And at that

6    point, they'll make the decision to get Platinum or

7    Diamond, and that will pass up to him.

8            So that's the real residual income within

9    MOBE.  It's not the 5 percent.  Five percent's nice,

10    but it's the pass-up commissions.

11           All right, so I want you to write down these

12    rules.  These are the few simple rules within the comp

13    plan that really provide the power of the comp plan,

14    the residual income.  All right?  And here's the first

15    rule.  A person can earn commissions only on those

16    MOBE Membership sales that he or she is personally

17    qualified to sell.

18           Okay, so in other words, if you are Diamond,

19    you're in a position to be able to earn the

20    commissions on Diamond, which is how much?  $10,000.

21    I mean, imagine that for a second.  One Diamond

22    commission, $10,000 in one day.  That's a great day.

23    Would that make you happy?  Those are good days.

24    Okay, so that's the first rule.

25           The second rule is, when a person buys --

**PX 22**                    **FTC-MOBE-002114**



1    this -- this one rule, this has made MOBE affiliates a

2    fortune, and no one understands the significance of

3    this until they pass up some commissions.  But when a

4    person buys their very first MOBE product -- whether

5    it's Limitless, IM Revolution, the e-book, MLR,

6    Traffic Masters Academy, whatever it is, but the

7    moment that they actually buy a product, their MOBE

8    License Rights, Titanium, Platinum, and Diamond

9    sponsors are set in stone.  Now, when I say set in

10   stone, I mean it.  They don't change forever.  Five

11   years from now, 20 years from now, they're still the

12   same.  They never change.

13         This is where a lot of people get themself

14   into trouble because a lot of people have the mistaken

15   belief that if they go and build a MOBE team, okay, a

16   team of affiliates, they think to themselves, I'm

17   going to quickly upgrade to Titanium or Platinum

18   before my new customer does.  By that point, it's too

19   late because that customer, they've already bought

20   their first MOBE product.  So you're not going to be

21   their Platinum sponsor if you don't have Platinum or

22   you didn't have Platinum before they bought, okay?  So

23   this is why positioning is so important.

24         Rule number three, every MOBE License Rights

25   -- Titanium, Platinum, and Diamond member -- gets 5

**PX 22**                    **FTC-MOBE-002115**

20

1       percent commissions on the gross sales made by those

2       whom they personally sponsor.  So in other words, if

3       you're like a Jashin and you go and sponsor Darren,

4       you're going to make -- I mean, you're going to be set

5       for life, pretty much.

6              If you go and sponsor the next top earner

7       in MOBE or one of the next top earners, I mean, you

8       can -- you can look forward to a six-figure yearly

9       income just from their production.  And that's why I

10      said to you yesterday, it's so important that you

11      focus on quality versus quantity.  Okay, I would

12      rather have one producer on my team than 50 people who

13      are lazy and don't produce.  Okay?

14             So you're not looking to recruit the masses

15      here.  You're looking for quality.  And what do I mean

16      when I say quality?  Well, you're looking for people

17      who are hardworking.  You're looking for people who

18      are okay with promoting.  Not everyone's okay with

19      promoting.  Some people you meet, they are natural

20      promoters.  They're very good at talking to people,

21      they're very good at selling, they're very good at

22      putting themself out there and promoting.

23             And even if you're not that good at it, if

24      you can find a team of promoters, even just one, the

25      money that you can make from your residual income, it

**PX 22**                    **FTC-MOBE-002116**

21

1    can be quite significant.  Okay?

2            So here's the scenario, and ignore that

3    $500.  It's $1,000.  But here's what it is.  The first

4    person to correctly name the commissions on each of

5    these four characters I'm about to introduce you to

6    gets $1,000 cash.  Now, what we're going to do is if

7    we have a tie, we're going to settle it with rock,

8    paper, scissors.

9            **(Laughter.)**

10           MATT LLOYD:  Seriously, we will.  Sometimes

11   we do have ties.  And if everyone gets it wrong, which

12   often happens, too, then we're going to see who has

13   the closest answer.  And it's going to be based on you

14   as the character.  So there's four characters, and

15   you're going to name how much each character made.

16   Even if you get them all wrong, whatever the amount is

17   for you, if you're the closest and everyone else is

18   wrong, you still win the $1,000 cash.  So someone's

19   going to win the money.

20           All right, so is everyone ready?  You're

21   going to need pen, paper.  You're going to want to

22   write this down as I go through it.  Here's what I

23   recommend you do.  Draw four columns on your page.

24   I'm going to tell you the names of the four characters

25   in just a moment, but you're going to have these four




**PX 22**          **FTC-MOBE-002117**

1    characters, and each event, each sale, I want you to

2    write down how much in commissions they made.

3         Here's the first one, you.  You're one of

4    the characters, and so is a guy called Jerry.  So

5    write down you and Jerry.  So you become an MLR member

6    through a guy called Jerry.  And Jerry happens to be a

7    Diamond member.  So write down who got the MLR

8    commission, who received that.  Write that down.

9         Okay.  So that's pretty simple.  Three days

10   later, you get your first sale, a lady called Susanne

11   gets MLR from you.  So Susan buys MLR.  She buys it

12   through your link.  That MLR commission, how much is

13   it?

14               AUDIENCE:  (Inaudible).

15               MATT LLOYD:  $1,250.  So who gets that

16   commission?

17               AUDIENCE:  (Inaudible).

18               MATT LLOYD:  Write it down.  Don't call the

19   answer out.  You don't want to create more

20   competition.

21         Two days later, Susan then goes and promotes

22   a Home Business Summit.  There's a Home Business

23   Summit in a local area.  And Susan's brand new to the

24   business.  She doesn't really know how to promote

25   online, but she starts handing out flyers, putting

**PX 22**          FTC-MOBE-002118

1    little flyers at a local supermarket, calling people

2    she knows.  She doesn't really know what she's doing,

3    but she just knows she needs to promote.  And she

4    actually starts selling tickets.

5              Now, I'm going to help you out a little bit

6    here.  When you sell a Home Business Summit ticket,

7    the commission is $120.  So Susan sells 15 tickets,

8    okay?  Fifteen times 120.  Who gets all those

9    commissions?  Write that down.  So Susan's one of the

10   other characters.

11             Now that weekend, just six days later,

12   Susan's at the Home Business Summit.  It starts Friday

13   morning, 8:30 a.m.  She shows up, and her 15 customers

14   are there.  She introduces herself.  You don't have to

15   do that if you don't want, but sometimes you can go to

16   these events and meet your customers if you want.  And

17   they sit through the entire thing, the entire Home

18   Business Summit presentation.  And they're introduced

19   to the affiliate marketing program of MOBE.

20             And out of those 15, one of them gets fully

21   positioned at Diamond.  When I say fully positioned,

22   that means MLR, Titanium, Platinum, and Diamond.  What

23   are the commissions, and who makes all of them?

24             Another two get positioned at Platinum.

25   That means they get MLR, Titanium, and Platinum.  Who

**PX 22**                    **FTC-MOBE-002119**

24

1     gets the commissions on those two?  And then another

2     one, her name happens to be Helen, Helen only gets

3     MLR.  Who gets the commission there?

4           Okay, now, from there, you're watching all

5     of this in your back office.  Because, remember you --

6     you get 5 percent of the residual income from your

7     team.  And you happen to be seeing this.  You log into

8     your back office one day, and you're making residual

9     income.  You can see some activity.  You've got some

10    producers on your team.  And when you see this, you

11    think, wow, this -- this is working.  And this gives

12    you that confidence to go Diamond.

13          Now, you already knew that you were going to

14    go Diamond, but this -- this tips you over the edge.

15    You go Diamond.  So who gets that commission?  Don't

16    yell it out.  Write it down.

17          Five days later, Helen goes and promotes

18    MTTB, makes her first sale.  And the lady happens to

19    be called Mary.  So what's the commission on MTTB?

20    It's -- let's call it $44.  Who gets that commission?

21    Helen's really excited by this.  She's never made a

22    commission in her life.  This is her first online

23    sale.  She's at MLR, but she decides she's going to

24    get Platinum -- sorry, she decides she's going to get

25    Titanium.  Who gets that commission?

**PX 22**          **FTC-MOBE-002120**

25

1          Mary, the MTTB buyer, she starts going

2      through the 21 steps.  Now, every so often, guys,

3      you're going to have someone go through those 21 steps

4      and they get it.  Okay, they see the big picture, and

5      they think this is what I want to do.  And they get

6      fully positioned from the very start.  That's actually

7      what we call a full-boat sale.  Well, actually, in

8      this case, not fully positioned, but she gets up to

9      Platinum.  So she's get MLR, Titanium, and Platinum.

10     Who gets all of Mary's commissions?

11         Helen is now even more excited.  She was

12     Titanium, but now she goes Platinum.  Who's a little

13     bit lost?  Yes, we -- we will go back one last time.

14     I purposely designed this so it's -- it's not easy.

15     But if anyone gets this right, I'm going to be very

16     impressed.

17         Okay, final thing that happens.  Susan, the

18     lady who had 15 people at the Home Business Summit,

19     she's now seen enough, and she also gets fully

20     positioned at Diamond.  Who gets that commission?

21     What I want you to do is I want you to add up all

22     of those commissions and tell me how much did those

23     four characters make.  How much did they each make?

24     So add up your total.  You got 30 seconds more.  And

25     the first five people up on stage -- not right now,

**PX 22**          FTC-MOBE-002121



26

1    okay -- 25 seconds more.  Add up all your totals.

2    You've got to have all your totals added up before you

3    come up here.  Okay, the first five people only.

4            And then I just need someone to write down

5    the answers.  Steve -- going to be you, Steven?  Good.

6            Okay.  So add up your totals.  If you think

7    you have the answer, come on up.  The first five only

8    for $1,000 cash.

9            Okay.  We have our number one.  We have our

10   number two.  Have a go, guys.  It's for $1,000 cash.

11   One more person left, if you're quick.  Okay.

12   Actually, four, five.  Have we got five or six?  Five,

13   good.

14           Okay.  So let's see.  So how do you guys

15   feel?  Do you think you've got the -- the right

16   answer?

17           CONTESTANTS:  No.

18           MATT LLOYD:  No?  Do you think you're

19   completely wrong?  Okay.  All right, well, let's find

20   out.  So what I'm going to do is we're going to have

21   each person go through, and here's what I want you to

22   do.  I want you to read out your answer, so just speak

23   into the mic.  And you guys can be writing down their

24   answers as we go.  But I want you to tell me how much

25   has each person made in this order:  Jerry, you,

**PX 22**                    FTC-MOBE-002122

27

1    Susan, and Helen.

2              So I want you to say your name and then tell

3    me how much -- Jerry, you, Susan, Helen, in that exact

4    -- in that exact order.  And Steven's going to write

5    it down, too.

6              MIKE:  I'm Mike.  Jerry made $38,250.

7              MATT LLOYD:  Let me repeat that, so $38,250

8    for Jerry.

9              MIKE:  I made $1,875.

10             MATT LLOYD:  Okay.

11             MIKE:  Susan made $27,300.  And Helen made

12   $44.

13             MATT LLOYD:  What do you guys think?  Is he

14   correct?

15             AUDIENCE:  No.

16             MATT LLOYD:  No?  We'll see.  Maybe he is.

17   Okay, and, Mike, that was Mike.

18             Okay.

19             LYNN:  Okay, my name is Lynn.  Jerry,

20   $58,000; me, $2,500; Susan, $1,800; and Helen, $1,250.

21             MATT LLOYD:  Okay.  And that's Lynn, right?

22   Lynn?  Okay, great.  Yep.

23             KEVIN:  Hi, I'm Kevin.  Jerry made $66,800.

24   I made $1,250.  Susan made $4,300.  And Helen made

25   $4,594.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002123**

28

1          MATT LLOYD:  Helen -- Helen made how much?

2          KEVIN:  $4,594.

3          MATT LLOYD:  Okay.

4          Okay, yep.

5          UNIDENTIFIED FEMALE:  All right, Jerry,

6     $26,550.  Me, $13,055.  Susan, $1,250.  Helen, $44.

7          MATT LLOYD:  $44, okay.

8          Go ahead.

9          LOUANN:  Louann.  Sorry, I have allergy

10    issues.  But Jerry made $75,375.  I made $6,660.

11    Susan made $3,050.  And Helen made $44.

12          MATT LLOYD:  Okay.  Now, have a look at

13    these answers.  They vary from -- what's the lowest?

14    For Jerry, Jerry ranges from $38,000 to about $70,000.

15    So we're talking about a pretty big difference here.

16    Would you agree?  It's quite important we get this

17    right, because Jerry, that's -- that's over $30,000 on

18    the line.

19          All right, would you like to see the answer?

20          AUDIENCE:  Yes.

21          MATT LLOYD:  Okay.  So I'm going to take you

22    through it step by step, each event.  Let's have a

23    look.

24          Here's what happened.  Okay, so I've broken

25    it up into the four characters and the event.  The

**PX 22**                    **FTC-MOBE-002124**

29

1    first thing that happened was Jerry made an MLR

2    commission, $1,250.  That's from you buying, so we can

3    see Jerry there.  We can see there Jerry there at

4    $1,250.  Okay, that's easy, we all knew that.

5         Three days later, you got your first MLR

6    sale.  That was to Susan.  Okay, so you made $1,250.

7    Jerry made $125.  Why?

8         AUDIENCE:  Five percent.

9         MATT LLOYD:  That's the 5 percent -- 5

10   percent of the MLR, which is $2,500, it's $125.  Okay?

11   So Jerry just made his 5 percent.

12        Now, from there, two days later, Susan is

13   promoting the Home Business Summit and sells 15

14   tickets.  So we go 15 multiplied by $120.  And Susan

15   actually made $1,800, okay, in Home Business Summit

16   ticket commissions.

17        Now, from there, just six days later, the

18   Home Business Summit event happens.

19        AUDIENCE:  (Inaudible).

20        MATT LLOYD:  Yeah, there -- there is

21   actually meant to be a 5 percent on the Home Business

22   Summit, and I'm going to have to have a word to my --

23   my finance guy who I sent these slides to last night.

24   I've got to talk to Athra (phonetic) about that.

25        So we're just going to ignore that for now,



**PX 22**            **FTC-MOBE-002125**

1    but that's okay.  We'll factor that in later.  Right,

2    yeah, Jerry just got robbed.

3          Six days later, so the Home business Summit

4    happens.  We have four people buy out of those 15.

5    One of them gets Diamond, okay?  That means they get

6    Titanium, Platinum, Diamond.  Two of them get

7    Platinum, and another, Helen, gets MLR.

8          So here's what happened on that.  Susan

9    actually made $5,000.  Why $5,000?

10          AUDIENCE:  (Inaudible).

11          MATT LLOYD:  There's four MLR sales, because

12   one guy got MLR, two of them got Platinum, one got

13   Diamond.  But the ones that got Platinum and Diamond,

14   they have to buy MLR first.  So four times $1,250 is

15   five grand.  Susan made five grand.  You made $500.

16   Why?  That's your 5 percent.  So 5 percent of an MLR

17   is $125, multiplied by four people is $500.

18          Jerry, a happy guy, he made $36,400.  Now,

19   that's from -- that's from the Titaniums, the

20   Platinums, and a Diamond.  Now, you see all this

21   success in your back office.  For example, you saw the

22   $500, and you think, wow, this is working, people are

23   actually upgrading.  I'm going to go ahead and I'm

24   going to get Diamond as well, so that means that you

25   get Titanium, Platinum, and Diamond.  That adds up to

**PX 22**             FTC-MOBE-002126

1   $3,300 plus $5,500 plus $10,000, gives us the $18,800.

2   That's a good payday for Jerry.   Jerry's happy.

3           Five days later, Helen promotes MTTB and

4   gets her first buyer, a lady called Mary.   So Helen

5   makes $44.   Susan makes $2.45.   That's at 5 percent.

6   Now, that might not get you very excited, but when you

7   start seeing those little $2 residual commissions, you

8   know that there could be a future Mastermind sale

9   coming.   Okay?

10          So Helen's real excited to have made her

11  first sale, decides to get Titanium just a couple days

12  later.   And that $3,300 commission goes to who?   To

13  Jerry.   Why does it go to Jerry?   Because at the time

14  that Helen made her very first purchase, her sponsor

15  was not yet Titanium.   And their Titanium sponsor

16  happened to be Jerry.   So even though they went and

17  got Titanium before, it doesn't matter.   Sponsors are

18  set in stone.   They never change.   So that $3,300

19  commission passed up, okay, and Jerry got that,

20  completely residually.

21          And you notice that pass-up commissions can

22  happen several levels deep.   In other words, you might

23  have people on your immediate front line, and maybe

24  they don't pass up commissions to you, but maybe their

25  people do or the people of their people.   Every so

**PX 22**          FTC-MOBE-002127

32



1   often, John, John Chow, he gets a pass-up commission

2   and it comes from about three or four levels deep.

3   And those -- those are the best ones because you don't

4   even see them coming.  Like the people on your front

5   line, sometimes you'll see those coming, but when

6   they're four levels deep, I mean, that's -- that's

7   when the really true residual income comes in.

8          Okay.  Mary then completes the first -- the

9   21 steps.  She's one of those people who just gets it.

10  She gets Titanium, Platinum, MLR, Diamond, all of

11  them.  So Mary is complete -- she's directly under

12  Helen.  The MLR commission of $1,250 goes to Helen.

13  Susan gets $125.  That's the 5 percent.  You get the

14  Titanium and Platinum, which is $8,800 for both.

15         Jerry gets $1,333.  What's that?  That's 5

16  percent.  That's 5 percent of a Titanium and a

17  Platinum.  Okay.  Now, from there, Helen's even more

18  excited.  Helen goes ahead, gets Platinum.  The

19  Platinum commission passes up to Jerry, 5,500.  How do

20  you think Jerry feels at this point?  Jerry is having

21  a very good couple of weeks.  Jerry's happy.

22         And then Susan, the lady who had 15 people

23  at the Home Business Summit, she's now seen enough.

24  And she gets fully positioned.  That means she gets

25  Titanium, Platinum, and Diamond.  We're talking



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002128**

33

```
1      $3,300, $5,500, and $10,000 -- $18,800 all up.

2              So how much has Jerry made all up?

3      $85,508.  You've made $10,550.  Susan has made

4      $6,927.  And Helen has made one thousand, two

5      hundred, and ninety --

6              (The recording was concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**            **FTC-MOBE-002129**

34

<u>CERTIFICATE OF TRANSCRIPTIONIST</u>

1

2

3

4          I, Sara J. Vance, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12          I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20                                   *Sara J. Vance*

21   DATE:   2/14/2018        _____

22                           SARA J. VANCE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                              **FTC-MOBE-002130**

# Exhibit JJ

**FTC-MOBE-002131**