# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.      1723072

TITLE           MOBE

DATE            RECORDED: JANUARY 3, 2018
                TRANSCRIBED: JANUARY 29, 2018
                REVISED: MARCH 8, 2018

PAGES           1 THROUGH 10

VIDEO CALL WITH MARLON
WS600369.wma

*C Jones*
*3-28-2018*

**PX 22**          **FTC-MOBE-002132**

2

1                    FEDERAL TRADE COMMISSION

2                         I N D E X

3

4        RECORDING:                              PAGE:

5        Video Call with Marlon                    4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    **FTC-MOBE-002133**

3



1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     MOBE                           )  Matter No. 1723072

5                                    )

6     ------------------------------)

7                              January 3, 2018

8

9

10

11          The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002134**

4

1         P R O C E E D I N G S

2              -    -    -    -    -

3         VIDEO CALL WITH MARLON – WS600369

4              MS. JONES:  This is Carol Jones.  I'm an

5    investigator with the Federal Trade Commission in

6    Washington, DC, and this is a taping session.  Today

7    is January 3rd, 2018, and the time is approximately

8    10:39 a.m.  I will be receiving a Skype call from

9    Marlon Nuqui, and I will begin recording when he

10   telephones me through the internet.

11   _____

12             MS. JONES:  Hello?  This is [REDACTED].  Is

13   this Marlon?

14             COACH MARLON:  Hey, [REDACTED].  How you

15   doing?

16             MS. JONES:  I'm doing fine.  How are you?

17             COACH MARLON:  Good.  You -- you can't tell

18   who's calling you?

19             MS. JONES:  Yes, I can.

20             COACH MARLON:  Oh, okay, because you asked

21   is this Marlon, and it would show it's me.

22             MS. JONES:  Oh, no.  I just -- that's how I

23   answer the phone.

24             COACH MARLON:  Oh.  Oh, oh, okay.  Did

25   you -- so, you -- you needed actually to make an

**PX 22**          FTC-MOBE-002135

5



1    appointment yesterday because I had some important

2    assignments that were due today.  So I got like three

3    hours' worth of assignments that you need to complete

4    before 2:00 p.m. your time.  Are you going to be able

5    to do that today?

6            MS. JONES:  Well, when I logged in, you only

7    had like two openings in the late afternoon.

8            COACH MARLON:  Uh-huh.

9            MS. JONES:  So what -- what are the

10   assignments?

11           COACH MARLON:  Are you going to be able to

12   do them?  If not, I've got to reschedule your business

13   plan to next week.

14           MS. JONES:  I won't know until you tell me

15   what -- how much time I'm going to have to --

16           COACH MARLON:  (Inaudible) three hours.  I

17   just told you, it was three hours.

18           MS. JONES:  Three hours.  I will try.

19           COACH MARLON:  (Inaudible).  I can't have

20   you try.  You either have to do it or not.  Can you

21   get three hours of -- of work done by 2:00 p.m. today

22   your time?

23           MS. JONES:  I will most certainly try.

24           COACH MARLON:  It's either you can or

25   you can't, because if you can't do it, I'm not

**PX 22**            **FTC-MOBE-002136**

6

1        going to have you -- I'm not even going to give you

2        the assignments and we'll reschedule you to next

3        week.

4                    MS. JONES:  Then reschedule to next week.

5                    COACH MARLON:  Hey, look -- yeah, because --

6                    MS. JONES:  You know?

7                    COACH MARLON:  -- (inaudible) it's either

8        you do it or you don't.

9                    MS. JONES:  Well, I know that, but you

10       had me reading all these books and these -- these

11       radio blogs and everything else.  You know, from

12       what --

13                   COACH MARLON:  But what does that have to do

14       with today's assignments for three hours?

15                   MS. JONES:  From what -- from what I

16       understood --

17                   COACH MARLON:  (Inaudible) assignments.

18                   MS. JONES:  -- from what I understood, I go

19       through the 21 steps.

20                   COACH MARLON:  Yeah, and you still have to

21       do that, but --

22                   MS. JONES:  And then --

23                   COACH MARLON:  -- this is a totally

24       different thing, [REDACTED].

25                   MS. JONES:  I understand, but every --

**PX 22**                    **FTC-MOBE-002137**

7

1          COACH MARLON:  Okay, so listen, [REDACTED],

2     listen.  In order for you to be on tomorrow's business

3     plans, there were assignments that were due today.  So

4     I can give you those assignments today and you can be

5     on tomorrow's business plan, but they have to be done

6     before 2:00 p.m. your time, because that's when I'm

7     leaving the office.  Okay?  So that has nothing to do

8     with your assignments prior to this, [REDACTED], so

9     I'm not sure why you're even bringing that up.

10          Or, actually, you know what, it's going to

11     be 5:00 p.m. your time.  You're -- you're three hours

12     ahead of me.  So can you finish it by 5:00 p.m. today?

13          MS. JONES:  I could finish it but I'm not

14     going to be able to call.

15          COACH MARLON:  Well, we don't need a call.

16     I need you to finish that assignment and I'll give

17     you -- I'll email you the instruction on how the

18     webinar is going to work.

19          MS. JONES:  Okay.

20          COACH MARLON:  Okay?  So I'm going to send

21     you an email.  It's going to be titled "Business Plan

22     Prep."  There's going to be three things you'll need

23     to do in there.  First of all, there's two videos at

24     the top.  And they're about two hours long combined,

25     so you got to make sure you have those done first.

**PX 22**          FTC-MOBE-002138

1          The second thing in that email is there's a

2    document attached to the email called the business

3    plan document.  There's two things you got to do in

4    that document.  First of all, I'm going to ask you

5    three questions.  I ask those same three questions to

6    all my new people.  You don't have to write them down

7    (inaudible) okay, just be short and specific.

8          Second thing in that email -- or in that

9    document and then your 30-, 60-, 90-day income goals.

10   Save that document and email it back to me by 5:00

11   p.m.  Once I receive that, I'm going to email you back

12   the instructions on how the webinar is going to work

13   for tomorrow morning, 9:00 a.m.

14          MS. JONES:  Okay.

15          COACH MARLON:  Okay?  The third thing in

16   that email, there's an article you're going to read

17   and take notes.  Okay?  So I'll send you that email.

18   Have them done by 5:00; make sure you have that

19   document back to me so I can email you the

20   instructions on how the webinar is going to work for

21   tomorrow morning.

22          MS. JONES:  Okay.

23          COACH MARLON:  Okay.  See you in the

24   morning.

25          MS. JONES:  Okay.  Thank you.

**PX 22**                    **FTC-MOBE-002139**

9

1              COACH MARLON:  Okay.  Thanks.

2              **(The video call was concluded.)**

3       _____

4              MS. JONES:  This concludes the taping

5       session.

6              **(The recording was concluded.)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**            FTC-MOBE-002140

10

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12              I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20                                    _Sara J. Vance_

21      DATE:   3/8/2018      _____

22                                    SARA J. VANCE, CERT

23

24

25



## Biz Plan Prep
3 messages

---

**[Coach] Marlon** <marlon@mobe.com>                                                              Wed, Jan 3, 2018 at 10:44 AM
To: ████████████████

Hi ████,

1a. Please watch this video first: https://mobe.wistia.com/medias/33gsax7z30

1b. Please watch this video next: https://mobe.com/fastlane-instant-replay  (Do Not Complete the form after Video)

2. Click on the document attachment and complete questions 1-3 and 30-60-90 day goals on the document attached. Then save the document and email back to me the completed document so I can review.

3. Read this article and take notes: https://www.linkedin.com/pulse/great-wealth-hoax-grant-cardone

4. Make sure you understand how you can get 100% of your Tuition reimbursed for Titanium, Platinum and Diamond for a Limited Time. Click here: https://mobe.com/tuition-reimbursement/

Talk soon,

**Marlon Nuqui**
Master Senior Business Coach
About me:
https://21stepbusiness.com/members/coach/marlon-nuqui/
Phone: ████████████
Skype: ████████

---

📄 **Biz Plan Doc -MOBE - 1-1.docx**
13K

---

████████████████████                                                                             Wed, Jan 3, 2018 at 2:04 PM
To: "[Coach] Marlon" <marlon@mobe.com>

Marlon,

I have completed each of the steps as requested. The attachment contains my answers to include the 30, 60, and 90 day goals.

My notes from #3 above is:  Use debt to build my income and business.  Focus on my income and not the debt.

████████

[Quoted text hidden]

---

📄 **Biz Plan Doc -MOBE - 1-1.docx**
16K

---

## PX 22                                                                         FTC-MOBE-002142

**Marlon Nuqui** <marlon@mobe.com>

To: ████████████████████

Wed, Jan 3, 2018 at 4:06 PM

Hey ████,

Please register for the business plan webinar for tomorrow here NOW (must register day before webinar, not day of):

https://app.webinarjam.net/register/21203/4e31d5a458

Once you register you will receive an email with the link to enter the webinar. Make sure you enter the webinar on time, because I will start right on time.

There is going to be 8-9 of you on the webinar but I only participate with 3 of you out loud to keep the call at an hour or less.

So what I do is pick names out of a hat of who I ask questions to out loud and who is going to be in listen only mode...

You're going to be one of the lucky ones, you'll be in listen only mode... I'm not going to drill you with questions for an hour =)

After the webinar I'm going to call everyone back to talk one on one.

Talk tomorrow.


**Marlon Nuqui**
Master Senior Business Coach
About me:
https://21stepbusiness.com/members/coach/marlon-nuqui/
Phone: ██████████████
Skype: █████████
[Quoted text hidden]

<Biz Plan Doc -MOBE - 1-1.docx>

**PX 22**    FTC-MOBE-002143

## OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE              MOBE

DATE               RECORDED:  JANUARY 3, 2018
                   TRANSCRIBED:  JANUARY 30, 2018
                   REVISED:  FEBRUARY 22, 2018

PAGES              1 THROUGH 23


EMAIL VIDEO
1.3.2018 Email Video_mobe.wistia.com


*Carol Jones*
2/28/2018


For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002144**

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4        RECORDING:                              PAGE:

 5        MOBE Email Video                          4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002145**

3

1                    FEDERAL TRADE COMMISSION

2

3       In the Matter of:              )

4       MOBE                           )   Matter No. 1723072

5                                      )

6       ------------------------------)

7                                      January 3, 2018

8

9

10

11              The following transcript was produced from a

12      digital file provided to For The Record, Inc. on

13      January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**              **FTC-MOBE-002146**

4

```
 1              P R O C E E D I N G S
 2          -    -    -    -    -
 3        1.3.2018 Email Video_mobe.wistia.com
 4        MATT LLOYD:  Hey, guys, Matt Lloyd here.
 5   So I wanted to make this video for you.  I'm actually
 6   at a resort here in Costa Rica, and this is a resort
 7   that I actually invested in quite recently, and we've
 8   been renovating.  And it's called the Sunset del Mar.
 9   And I wanted to make this video and explain to you
10   the next level in your education with the MOBE
11   business.
12            So I'm going to take you through our
13   Masterminds.  Now, our Masterminds are invite-only,
14   and they start off with the Titanium Mastermind.  Now,
15   we've had thousands of people all around the world
16   attend one of our Titanium Masterminds.  They are
17   three days in length, three days training, four
18   nights, all-inclusive.
19            So what's Titanium about?  The Titanium
20   Mastermind is all about scaling your business to the
21   next level.  But what you learn at Titanium is about
22   how to bring in hundreds, possibly even thousands, of
23   new leads and clients every single week, so basically
24   the same strategies that I've used in my own companies
25   to generate many tens and millions of dollars in
```

**PX 22**          FTC-MOBE-002147

5

1   business.  So that's the very first thing we're going

2   to teach you.

3           And this should be your number one focus as

4   an entrepreneur -- getting new business.  So at

5   Titanium, you'll learn about how to scale your

6   marketing with the three pillars of traffic,

7   conversion, and also leverage.

8           Now, let's talk about traffic.  So traffic

9   is the lifeblood of any online business.  You need a

10  lot of it, but most of the training out there, it's

11  either outdated or misleading.  At Titanium, you'll

12  learn exactly what's working right now, in the

13  industry, today, to get quality traffic and leads

14  which result in actual sales.

15          And then we're going to train you on how to

16  turn that traffic into sales by maximizing your

17  conversion.  So our speakers will educate you on

18  exactly what you need to go and do.  Then you will

19  learn how to work less and make more money through

20  leverage.  Now, when I say leverage, I'm talking about

21  leveraging other people's time and also leveraging

22  other people's money.

23          We will show you these leverage strategies,

24  and this is where you're able to take your business

25  from a six-figure level to seven figures and possibly



**PX 22**                    **FTC-MOBE-002148**

6

```
1     eight figures and beyond.  So it's all about using
2     systems, automation, and also outsourcing to make more
3     money and accomplish more with less.
4          UNIDENTIFIED MALE:  One of the greatest
5     lessons I have learned from the Titanium Mastermind is
6     that if you want to create wealth, there's two things
7     you need to build.  The first is your credibility; and
8     the second is your visibility.  MOBE will help you
9     build both.
10         MATT LLOYD:  Now, you've probably studied
11    some of these topics before, but here's what's
12    different about Titanium.  You'll be learning directly
13    from some of the best marketing minds on the planet
14    in an educational and training setting.  And our
15    Titanium Mastermind is known in this industry for
16    setting the bar high when it comes to pure educational
17    value.
18         UNIDENTIFIED MALE:  (Inaudible) it's been an
19    incredible experience to be able to learn from other
20    successful entrepreneurs from all over the world, from
21    all walks of life.  In fact, we had one guy on stage
22    who's generated over $13 million in his first two
23    years with the business, and to be able to network, to
24    come away from home to a place like this from my
25    normal daily routine to implement new strategies for
```


**PX 22**                    **FTC-MOBE-002149**

7

1    generating more traffic and to increase wealth, you

2    know, they say power is the application of knowledge.

3         MATT LLOYD:  So just to give you an idea of

4    our previous speakers, which we've had at many dozens

5    of Titanium Masterminds we've done all over the world

6    in the past, we've had, for example, Kevin Harrington.

7    Now, you might know Kevin Harrington.  He's the

8    inventor of the infomercial.  He's also one of the

9    original sharks on the hit TV show, *Shark Tank*, okay,

10   one of my favorites.  And he's also one of the

11   pioneers of the "As Seen on TV" brand.  He's been

12   involved in product launches that have resulted in

13   sales of over $4 billion nationwide.

14        We've also had people like Gavin Michaels,

15   the outsourcing king.  We also had the late Fred

16   Ketona, one of the legends in the radio marketing

17   industry.  People like Ted Thomas, who's generated

18   tens of millions of dollars in the real estate

19   industry.  Stephen Michael Miller and marketing

20   legends like Joe Sugarman who came up with the

21   BluBlocker sunglasses, and also Mike Keenigs, just to

22   name a few.  We've actually had a lot more lot

23   speakers.  We've had many.

24        Now, at Titanium, you will learn and train

25   directly with these speakers.  There is no one better



**PX 22**          **FTC-MOBE-002150**

1     on the planet to learn marketing from than our

2     speakers at the Titanium Mastermind, period.

3          NEW UNIDENTIFIED SPEAKER:  There's so much

4     at this Mastermind that we've had that I -- I call --

5     I used to call it information overload.  Now I call

6     it information opportunities because everything that

7     I've learned here in just a couple days will catapult

8     me light years ahead of what I ever thought was

9     possible.

10          MATT LLOYD:  Titanium is about both training

11    and networking.  Even with an online business, your

12    personal connections are one of the most important

13    factors to your success.  And meeting and working with

14    high-level people, in-person will open doors you

15    didn't know existed, allow you to create more

16    profitable partnerships, and catapult you forward

17    faster than any online training.

18          And it's not just the trainers you get to

19    meet with and shake hands with; it's also your fellow

20    Titanium Mastermind members.

21          UNIDENTIFIED FEMALE:  It is just amazing the

22    people you can connect with.  You never know who your

23    next person you're going to get involved with and how

24    far they will take you.

25          MATT LLOYD:  Some of these members, like,

PX 22          FTC-MOBE-002151



1    for example, John Chow, are seven-figure entrepreneurs

2    in their own right.  So your fellow attendees, some of

3    them, have generated millions of dollars in this

4    industry.  Many of them also are brand new.  So if

5    you're new, that's okay.  We've got a wide mixture of

6    people at different levels in business.

7           So that's the Titanium Mastermind, and

8    that's the entry level in all of our three main

9    Mastermind programs.  Now, the next level, slightly

10   more advanced, is the Platinum Mastermind.  Now, the

11   Platinum Mastermind is actually five days and six

12   nights, and Platinum is all about what do you actually

13   do when your business is producing cash flow with the

14   cash.  And what you should do is invest in assets.

15   Now, those asset classes can be real estate, can be

16   precious metals.  It can be in stocks; it can be in

17   bonds.

18          So at Platinum, what we do is we teach you

19   different strategies that you can use to make your

20   money work for you, instead of you always working for

21   your money.  Now, Platinum, just like Titanium, it's

22   all-inclusive.  And, in fact, all of our Masterminds

23   are all-inclusive for two.  So you can bring either a

24   business partner or a spouse.  But if you want to

25   bring a guest, as long as they are a business partner

**PX 22**          **FTC-MOBE-002152**



1    or a spouse, they're all covered in the Mastermind

2    investment.

3           Now, the Platinum Mastermind has one very

4    simple goal in mind, and that is to help you achieve

5    financial freedom, because, really, why else are we in

6    business?  What's the point of starting and building a

7    business if it's not to create financial freedom and

8    just allow you to be free from having to trade time

9    for money for the rest of you life?

10          One of our Platinum clients here, Donna, we

11   were just talking.  We were actually making a video on

12   something completely unrelated.  And I was asking her

13   about her business that she -- she has right now.  So

14   she represents a health company, and you see what

15   she's learned from MOBE -- from our training.  She's

16   actually taken that other business and completely just

17   skyrocketed her results.  So I wanted to ask her all

18   about that.

19          So, first of all, Donna, can you tell me

20   about that business?  What were you doing before you

21   got MOBE training, and then what's the result been

22   after?

23          DONNA:  Okay, so, before the MOBE training,

24   we were doing face-to-face presentations where you had

25   to be directly with the people.

**PX 22**                    **FTC-MOBE-002153**

11

1        MATT LLOYD:  Okay.

2        DONNA:  We decided to take our business

3    overseas and move out of the country.  And we moved to

4    a country where we did not speak the language.  So, of

5    course, we desperately needed to learn how to generate

6    leads online.  And, so, we bumped into Matt Lloyd's

7    program, and just using the -- the techniques that you

8    share with us --

9        MATT LLOYD:  Mm-hmm.

10        DONNA:  -- we were able to take a struggling

11    online business and reach the level -- the first

12    leadership level, and we're on our way to our second

13    leadership level.  To reach that level, you are at

14    $145,000.

15        MATT LLOYD:  All right, so you're saying

16    with -- with the training you got from MOBE, learning

17    how to market online, that's what it's been worth so

18    far?

19        DONNA:  Absolutely, yes.

20        MATT LLOYD:  You see, most people, when it

21    comes to money, have very, very limiting beliefs about

22    how to make money, how to keep money, and how to make

23    your money work for you.  Most people have been taught

24    all the wrong things, and that is why most of society

25    struggles with money.  Most of society never achieves



**PX 22**        **FTC-MOBE-002154**

12

1    financial freedom.

2            So what we do at Platinum is we start with

3    your mind set because everything starts with mind set.

4    If you have the wrong mind set, you can get all the

5    right training at the world, but it won't make one

6    ounce of a difference.  So you need to have the

7    foundations in place.

8            Now, at Platinum, you're going to be getting

9    direct access to the brightest minds in wealth

10   creation and protection on the planet.  There is no

11   other event in this world with as much expertise about

12   wealth creation in one place.  The caliber of speakers

13   at the Platinum Mastermind is at the highest level.

14           Past speakers have included Ken Minkus, John

15   Lee, one of the best speakers on the planet, T.J.

16   Rolletta who built an enormous information marketing

17   business, Roger Salam who sold thousands of homes,

18   Paul O'Mahoney, who's made millions of dollars online,

19   Adam Holland, who's a funnel expert when it comes to

20   building online businesses, Robert Rollin, Dr. Don

21   Burnham, Simon Fagan, who specializes in international

22   asset protection, and many, many more.  So that's the

23   Titanium and Platinum Masterminds.

24           The highest level Mastermind program we

25   have, which is strictly invite-only, is the Diamond

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002155**

13

1    Mastermind.  Now, Diamond is a ten-day Mastermind.

2    It's long.  It's long, it's intense, and you get more

3    value out of Diamond than any other event you've ever

4    been to in your life.  Diamond is about the most

5    important asset you can have in your business, and

6    that is your customer acquisition process.

7          Now, this customer acquisition process is

8    branded around you.  Diamond is all about branding you

9    and allowing you to experience what we call attraction

10   marketing.  Now, attraction marketing is when your

11   prospects, when your clients come to you, when you no

12   longer have to chase after them.  And it's achieved

13   through positioning devices and having a very powerful

14   self-branded sales funnel.

15          UNIDENTIFIED FEMALE:  This Diamond

16   Mastermind is different than any of the other

17   masterminds that I have attended simply because of the

18   content that we're learning.  We're getting really in-

19   depth with how to build a funnel, you know, how to

20   engage with your audience.  The information that you

21   get here, it all ends up coming around and connecting

22   together.

23          MATT LLOYD:  A good sales funnel can be

24   worth millions and millions of dollars.  In fact, my

25   very best sales funnel has been worth tens of millions

**PX 22**          **FTC-MOBE-002156**

1       of dollars to me.  So that's the value of a great

2       sales funnel.  At Diamond, we show you the anatomy of

3       a great sales funnel, and then we show you and we will

4       actually help you create your own custom branded sales

5       funnel using our experience.  Now, that's our

6       experience from having done this for years and years

7       and having generated many tens of millions of dollars

8       through our own sales funnels with our own companies.

9                   UNIDENTIFIED MALE:  Because, again, you're

10      picking up on the energy, and everybody just kind of

11      gives you the information to help you succeed.  They

12      don't want to hold anything back.  They want to see

13      you succeed so that way you can bring other people in

14      and help those other people succeed by doing, you know

15      -- or what you've been doing, you know, making

16      yourself replicatable, you know, duplicating what

17      you're doing.

18                  MATT LLOYD:  Now, just so you know, out of

19      all the consultants in MOBE, by far the most

20      successful consultants are the Diamond Mastermind

21      consultants.  And that's because they have the

22      knowledge and they have the sales funnel which they

23      get from attending the Diamond Mastermind.

24                  So the Diamond Mastermind, we work on

25      building your entire sales funnel from start to

**PX 22**                           FTC-MOBE-002157

15



1    finish.  By the time you get home, you will know how

2    to start sending traffic directly to it and start

3    profiting from it.

4         Now, we actually work directly with you,

5    one-on-one, to help you build your first sales

6    funnels.  So all of your videos, your photos, your

7    lead capture page, your sales videos, your sales

8    pages, your automated webinars, your email followup

9    sequences, all of that stuff, if you have no idea

10   about how to do any of it right now, that's fine

11   because we show you how to do it at the Diamond

12   Mastermind, and we help you actually execute and get

13   it done.

14        **(Scene change.)**

15        MATT LLOYD:  Hi, guys, Matt Lloyd here,

16   founder of MOBE.  So, right now, we are in Jamaica.

17   We've just got done attending a high-level marketing

18   mastermind with MOBE, training a lot of entrepreneurs.

19   And one of those entrepreneurs is Tony Ashpole from

20   close to London, and he was just telling me his story

21   about his existing business and how he was able to

22   take what he's learned at MOBE so far in the last --

23   how long's it been, about a year?

24        TONY ASHPOLE:  Just over a year, yeah.

25        MATT LLOYD:  Okay.  Well, he's been able to



**PX 22**          **FTC-MOBE-002158**



```
1    take what he learned at MOBE, applied it to his
2    existing business, and he's just got this incredible
3    story.  He now has a business that has given him time
4    freedom, it's a lot more lucrative, it's a lot more
5    stress-free, and I'll let him tell the story, but
6    first of all, Tony, if you could just tell our
7    viewers, what is your existing business and --
8             TONY ASHPOLE:  Yep.
9             MATT LLOYD:  -- and what does it do.
10            TONY ASHPOLE:  Okay, cool.  Well, as Matt's
11   already said, my name's Tony Ashpole, and I'm the
12   founder of Connell Corporate Solutions.  We're a
13   wealth management strategy company based in the U.K.
14   that looks after tax mitigation and asset protection
15   for business owners and high-net-worth individuals.
16            MATT LLOYD:  How did you first come across
17   MOBE?
18            TONY ASHPOLE:  Okay, well, I look after two
19   of your very, very successful affiliates.
20            MATT LLOYD:  Oh, yes.
21            TONY ASHPOLE:  Okay?
22            MATT LLOYD:  Yeah, right.
23            TONY ASHPOLE:  So when I looked at what
24   these guys were earning and how they were living their
25   lives, and I looked at me -- now, we do all right --
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002159**

17

1    but these guys were doing all right and were stress-

2    free.

3                MATT LLOYD:  Mm-hmm.

4                TONY ASHPOLE:  So I spoke to both of them,

5    and they told me exactly what they did.  So I -- I

6    took a slightly different approach.  I -- I bought

7    into MOBE.  I bought into the whole -- the whole

8    thing.  I positioned myself at Diamond from day one.

9    I didn't actually plan to promote MOBE.  What I wanted

10   to use was I wanted to use the products and services

11   that MOBE provided --

12               MATT LLOYD:  Yep.

13               TONY ASHPOLE:  -- and there were a lot less

14   then than there are now.

15               MATT LLOYD:  Okay.

16               TONY ASHPOLE:  Right?  But I applied it to

17   my own business.

18               MATT LLOYD:  Right.

19               TONY ASHPOLE:  Okay?  Now, this was -- this

20   -- this, to me, was absolutely key.  I'd never done

21   anything like webinars before.

22               MATT LLOYD:  Mm-hmm.

23               TONY ASHPOLE:  I'd never advertised, right?

24               MATT LLOYD:  Okay.

25               TONY ASHPOLE:  So suddenly I've produced --

**PX 22**                    **FTC-MOBE-002160**

18

1  and this is all from a result of MOBE training, right?

2          MATT LLOYD:  Okay.

3          TONY ASHPOLE:  So I've produced two webinars

4  -- one for accountants and one for entrepreneurs.

5          MATT LLOYD:  Okay.

6          TONY ASHPOLE:  With that, we've attached a

7  very, very specific questionnaire that when somebody

8  watches the webinar, yep, they have to fill out a

9  questionnaire afterwards to then gain access to an

10  automated diary that is set to when I'm free, not

11  them.

12          MATT LLOYD:  Mm-hmm.  Okay.

13          TONY ASHPOLE:  So they select that time.

14          MATT LLOYD:  Yep.

15          TONY ASHPOLE:  And then everything is done

16  on Skype.

17          MATT LLOYD:  Okay.

18          TONY ASHPOLE:  So there's --

19          MATT LLOYD:  So no more driving --

20          TONY ASHPOLE:  Yeah, there's no more

21  nothing.

22          MATT LLOYD:  (Inaudible) people.

23          TONY ASHPOLE:  Right?  There's no more tele-

24  sales.

25          MATT LLOYD:  Right.

**PX 22**          **FTC-MOBE-002161**

1           TONY ASHPOLE:  There's no more buying lists.

2    I now advertise on YouTube, on LinkedIn, on Facebook.

3           MATT LLOYD:  Mm-hmm.

4           TONY ASHPOLE:  Very, very direct market.  I

5    -- I only work with people, because people come to me

6    now, so instead of be -- being the hunter, I've now

7    become the hunted.

8           MATT LLOYD:  Diamond is all about

9    implementation, getting a lot of this done while you

10   are there during the ten days.

11          UNIDENTIFIED MALE:  I am basically a

12   beginner.  I've gained a lot of theoretical knowledge,

13   but, again, it's always the bits and pieces and how do

14   you put those together, how do you find the missing

15   pieces.  But that's why we as beginners need these

16   masterminds more than ever.  And these masterminds are

17   geared towards us on our level.  And it's through

18   these masterminds that we will together be raised up

19   to the next level.

20          MATT LLOYD:  Now, you also get our complete

21   branding package.  Now, we will have our professional

22   photographer and videographer here.  So while we're

23   here at the resort, we're going to give you a

24   professional photo shoot, on the beach, around the

25   resort, and you're going to look incredible, and then

PX 22

FTC-MOBE-002162

20



1    you're going to be able to use those branding pictures

2    all in your marketing.

3           We'll also be building your blog and your

4    own TV channel for you.  Your sales videos, we will

5    help you script, record, edit, and get them online.

6    So if you've never done any of this before, that's

7    okay.  Most people who come to a Diamond Mastermind

8    are actually new at this.  They've been qualified,

9    we've interviewed them, they've been accepted into the

10   training program, but they come along, not having a

11   whole lot of experience.  So that's okay if you're

12   brand new.  Just -- I want you to be aware of that.

13          UNIDENTIFIED MALE:  One of the biggest

14   things I've discovered about these Mastermind events

15   is that you really need to attend them to develop the

16   enthusiasm, to make the contacts.  I've really come to

17   appreciate the need for mentorship, for coaching.  And

18   that's one of the biggest things you can really attain

19   from attending an event like this.

20          MATT LLOYD:  We purposely keep the Diamond

21   Mastermind small, intimate, and exclusive.  So don't

22   expect to show up and see hundreds of people here.  We

23   actually keep them very small so that you get a lot of

24   one-on-one attention from our training team.

25          So there you have it, that's what the

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002163**

21

```
 1      Titanium, Platinum, and Diamond Mastermind training
 2      programs are all about.  So what I want you to do now
 3      is decide which one you think might be right for you
 4      and which one you would like to apply for.  And then
 5      what you need to do next is you need to get with one
 6      of our success coaches and schedule an appointment
 7      with them, and then sit down with them and talk about
 8      options.
 9             What I've found over the years is that the
10      people who are most committed to their business from
11      day one -- okay, from day one -- the people who fully
12      commit from day one are the people who become
13      successful.  The ones who just want to dip their toe
14      in the water, they never make it in this industry.
15             When I first started in this industry, I
16      fully committed from day one.  I actually made a
17      $40,000 investment.  This was at the start of 2009,
18      before I'd ever made my very first sale, and I'm
19      thankful that I did because I had so much on the line.
20      I had everything invested into my business, and I came
21      in at the very highest level I could in that previous
22      business.  I treated it like a business where I had
23      everything on the line because I did.
24             So decide what level of education is right
25      for you.  Talk to one of our success coaches.  And,
```

**PX 22**                    **FTC-MOBE-002164**

22

1     again, I hope you're enjoying the event there.  I hope

2     to speak to you soon.

3             **(The video recording concluded.)**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-002165**

23

1            CERTIFICATE OF TRANSCRIPTIONIST

2

3

4            I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12            I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:   2/22/2018              _Sara J. Vance_

22                                      SARA J. VANCE, CERT

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-002166**

# Exhibit KK

**FTC-MOBE-002167**

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

| | |
|---|---|
| MATTER NO. | 1723072 |
| TITLE | MOBE |
| DATE | RECORDED: JANUARY 3, 2018<br>TRANSCRIBED: FEBRUARY 1, 2018<br>REVISED: FEBRUARY 22, 2018 |
| PAGES | 1 THROUGH 106 |

WEB VIDEO
Video_1.3.18 email_mobe.com_fastlane-instant-replay

*Carol Jones*
*3/1/2018*

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002168**

2

1                       FEDERAL TRADE COMMISSION

2                         I N D E X

3

4      RECORDING:                                        PAGE:

5      MOBE Web Video - 1.3.18

6      email_mobe.com_fastlane-instant-replay              4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    **FTC-MOBE-002169**

3

1                    FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5                                        )

6        ------------------------------)

7                                       January 3, 2018

8

9

10

11              The following transcript was produced from a

12       digital file provided to For The Record, Inc. on

13       January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    **FTC-MOBE-002170**

4

1              P R O C E E D I N G S

2                 -    -    -    -    -

3       **Video_1.3.18 email_mobe.com_fastlane-instant-replay**

4              MATT LLOYD:   Okay, so I want to welcome you

5       to tonight's webinar.   The topic is how to take your

6       earnings in MOBE to the next level, so how to start

7       getting additional $3,300 commissions right up to

8       $10,000 on the back end with no additional effort.

9              Now, if you're on this live webinar, I am

10      assuming that you are going through the 21 steps.   So

11      you're working with a business coach, likely a senior

12      business coach.   You're going through the steps;

13      you're learning about the MOBE consultant program; and

14      you're very likely going to get involved.   At the end

15      of the 21 steps, you're going to learn about how to

16      get traffic and how to start building your business.

17             Well, on this webinar, I'm going to share

18      with you how to get paid a lot more per customer.   I'm

19      also going to share with you the one thing that once I

20      introduced it into my own life, it just had an amazing

21      impact on my business.   So I'll tell you what that is

22      in the first about ten minutes, in fact.

23             So I want to start off by asking you just a

24      few questions.   And I should also mention, we're going

25      to go for about 90 minutes, so I'm going to try and

**PX 22**              **FTC-MOBE-002171**

5

1    keep this as fast as possible, around 90 minutes,

2    that's about my target.  But I want to start off by

3    asking a few questions.  And do me a favor, just type

4    in, as I'm asking you these questions -- I won't read

5    out all the answers, but I am looking at your answers

6    as I go.

7            So who's ever wondered what it would be like

8    if you had a business where you were making enough

9    money everyday that if you wanted to travel, if you

10   wanted to travel to Paris, or if you wanted to travel

11   Australia or America or any country that you like, any

12   destination you like, you could just go online, book

13   your flight, book a hotel, you wouldn't even have to

14   look at the prices?  Who would love to have that

15   freedom, the freedom to just travel where and when you

16   like with who you want?

17           For me, when I first got started in this

18   industry, this was one of my main motivations.  I

19   wanted to have complete freedom to travel.  For other

20   people, it's not so much about travel; it's about

21   being able to spend more time at home with your

22   family.

23           So who on this webinar right now, this is

24   your main motivating factor?  You're getting into this

25   business because you want to be able to spend more

**PX 22**          **FTC-MOBE-002172**

6

1    time at home with your family, not have to go to work

2    every day, not have to worry about the bills, all

3    that's taken care of, but you'd be able to just spend

4    as much time as you like at home with your wife, your

5    husband, your kids, your grandkids, take them wherever

6    you want, and just treat them, let them live the good

7    life.

8            Or maybe it's just about the excitement.

9    For some of us, it's really just about that thrill,

10   that thrill of being able to make those big-ticket

11   commissions.  The first big-ticket commission I ever

12   made was in early 2010, and that was a $15,200

13   commission.  That was Australian dollars.  I remember

14   that moment very clearly because I really needed a

15   sale at that point.  It came in from one customer, two

16   back-end sales, and all up it was $15,200.

17           And once I experienced that thrill, then I

18   knew that I wanted to be in the industry of top-tier

19   direct sales for the rest of my life.  Whatever your

20   motivations are, whatever your -- you're in this

21   business for, here's my promise to you.  By the end of

22   this training, you're going to know how to generate

23   additional $3,300, $5,500, and even $10,000

24   commissions in your MOBE business with no additional

25   effort required on your part.  Okay, that's my promise

**PX 22**        **FTC-MOBE-002173**

1    to you.

2            So I want to start off by asking you, who's

3    read this book?  If you've read this book, do me a

4    favor and just type in yes, I've read the book.  It's

5    called *Think and Grow Rich* by a guy called Napoleon

6    Hill.  This book, it says there on the cover, over 15

7    million copies sold worldwide.  I think they're

8    actually getting closer to 20 million now.  It's just

9    been incredibly successful.  And they've done very

10   little marketing for it.

11           So the story goes that Napoleon Hill, in the

12   early 1900s, Napoleon Hill was commissioned by a guy

13   called Andrew Carnegie.  And Andrew Carnegie, I'll

14   tell you a little bit about him in just a moment, but

15   he was an incredibly wealthy person.  But he was also

16   very -- very enthusiastic about personal development

17   and -- and people creating their own financial

18   situation and getting ahead in life.

19           So he actually met Napoleon Hill, and he

20   said, would you study me?  Would you study me?  Would

21   you study my -- my friends?  I'll introduce you to

22   some of the most successful people in the world, and

23   would you study us with the purpose of writing a

24   guide, writing some kind of training material where

25   ordinary people who want to have everything that I've

8

1    got, they want to have the good life, they want to

2    have the financial means to do whatever they want,

3    with this guide, they could take what we do, our

4    success secrets, implement them into their own life,

5    and they, too, could be incredibly successful.

6        So Napoleon Hill wrote this book.  If you

7    haven't read this book, this is essential reading,

8    literally like don't do it right now because we're on

9    this webinar, but as soon as this webinar is over, go

10   to Amazon.com and just order this book.  More

11   millionaires attribute their success to this book over

12   any other book ever written.

13       Okay, I guarantee that if you talk to anyone

14   who's made a lot of money and you ask them what's been

15   the most influential book you've ever read, literally

16   somewhere over like 50 percent of them, they're going

17   to say this particular book.  So it is really a good

18   book.

19       So here's how the book defined what a

20   Mastermind is.  And when Napoleon Hill was

21   interviewing Andrew Carnegie, he asked, What single

22   thing has been important to your success than any

23   other, Andrew Carnegie said the concept of

24   masterminding.  So that's where Napoleon Hill heard

25   about it.  And he defined it as a meeting of people on



**PX 22**            **FTC-MOBE-002175**

9



1    a similar level where they come together with a

2    definite purpose of taking their collective lives to

3    the next level.  Okay?

4          And just FYI, Andrew Carnegie was worth, if

5    you adjusted for inflation, he was actually worth over

6    $310 billion in today's money.  $310 billion.  That's

7    like several times what Bill Gates is worth.  So if

8    you think Bill Gates is wealthy, he had nothing on

9    Andrew Carnegie.  So this man was incredibly wealthy.

10         But here's the official definition.  Now,

11   this is in the book.  So he says it's a "coordination

12   of knowledge and effort, in a spirt of harmony,

13   between two or more people for the attainment of a

14   definite purpose."  What this means is have you ever

15   noticed that sometimes when you get together with

16   someone who's operating on a similar level to you,

17   okay, and I mean mentally, and you're coming up with

18   ideas on how to take things to the next level in some

19   aspect of your life, when you have two people

20   together, sometimes you have the case of one plus one

21   equals three or more.

22         Okay, you just have this situation where

23   you're able to come up with ideas, manifest ideas, and

24   just think on almost a higher level.  Well, that can

25   be applied to business.  If you can find people who

**PX 22**                    **FTC-MOBE-002176**

1     are operating on a similar level to you or even

2     several levels above and you can talk about business

3     and how to get to the next level, that, too, can allow

4     you to just do incredible things.

5          So why Mastermind?  Well, number one, being

6     involved in a Mastermind is about the -- the quickest

7     way that I know to fast track your success, because

8     when you can get around other people who've already

9     been there, done that, they've already achieved that

10    milestone that you're looking to achieve, now you're

11    learning from their experience versus you learning

12    through expensive trial and error.

13         So I'll introduce you in just a moment to a

14    few of my mentors and people that I Mastermind with,

15    but these are people who have gone on to make hundreds

16    and hundreds of millions of dollars, and they're

17    operating at the next level that I want to get to.  So

18    by -- by being around them, some of that almost rubs

19    off on me.  And I'll show you how you can do that in

20    just a moment.

21         So you can fast track your success.  True

22    learning is experiential.  You know, sitting behind

23    your computer and watching video training programs,

24    that's valuable.  Okay, that's definitely valuable.

25    But at a certain point, you really have to actually

**PX 22**          **FTC-MOBE-002177**

11

1   get out of your house and get into a proper Mastermind
2   where you can sit across someone face-to-face, someone
3   who's -- they're operating at the next level.  By
4   actually being there in the experience, it's just so
5   much more powerful.  It really is.

6        Last of all, it's almost like you have your
7   own board of directors to go to when you belong to a
8   high-level Mastermind.  When you are part of this
9   Mastermind, if you ever have a challenge in your
10  business or a particular goal, you can't go and ask
11  your normal friends and family because they haven't
12  done this before, okay?  They've never built an online
13  business to the level that you want to be at.  So you
14  need people to go to, and that's what your Mastermind
15  is for.

16       So let me introduce you to one of the
17  Masterminds that I go to, and this is just one of
18  them.  There's actually a lot.  This is a picture of
19  me not that long ago, and behind me is an ancient
20  castle, which a very wealthy man, the man who actually
21  runs this Mastermind, he actually owns.  He owns the
22  castle and all the grounds around it.  And the Rolls
23  Royce, the Aston Martin, the Ferrari that you see
24  behind me, those are all his cars, okay?  He doesn't
25  drive them, by the way.  He hasn't driven in several

**PX 22**          **FTC-MOBE-002178**

1    decades.   Someone else drives him around, but they're

2    his cars.

3         So I went to this Mastermind.   There must

4    have been about 20 others there.   The buy-in was about

5    $22,000 U.S.   I ended up investing another $60,000 in

6    consulting with this guy.   And this is what it looked

7    like.   Every day for about -- this was for about

8    seven, eight days.   We would all get together in this

9    room, and we would Mastermind.   We would talk about

10   how do we take our businesses to the next level.

11        And what I said before, I said one plus

12   one can sometimes equal three when you get around

13   the right company, and you're coming up with new

14   ideas, different strategies in your business.   That's

15   definitely true.   If you've ever been in a room like

16   this, sometimes when you're operating your business,

17   you can't see what you need to do to get to the next

18   level.   But when you have other people who they're at

19   a similar level or several levels above, suddenly it's

20   quite clear.   You can get ideas from people on exactly

21   what you need to do to get to the next level, okay?

22        So this is the guy who runs it.   He has

23   built companies that have sold for over $400 million,

24   and that was in the mining and oil space, the gas and

25   oil space.   So he's been incredibly successful in

**PX 22**          **FTC-MOBE-002179**

13

1     business. So when you Mastermind, make sure that you

2     -- you're getting in the right Mastermind where you

3     are going to have people who are several levels above

4     you in terms of business success. Okay, that's --

5     that's how you're going to get to the next level.

6     They're going to push you.

7           Now, sometimes I get people who they -- they

8     hear all of this, and they say, well, Matt, that's

9     great, I want to be in a Mastermind, I see the value

10    in being in a Mastermind, but right now, I just don't

11    have the money, I don't feel like it's the right time,

12    I'm brand new. I'm just starting out. I'll get

13    involved in a Mastermind later.

14          Now, here's my advice to that. Don't put it

15    off. If you're going to do this, do it from the very

16    start. If I could go back to -- to late 2008 when I

17    got started in this industry, the one thing that I

18    would have done differently is I would have got into a

19    mastermind from the very start because I used to think

20    like this.

21          I used to say to myself, well, once I start

22    making money, then I'll invest in the mastermind. I'd

23    heard about these masterminds, and they were like

24    $50,000 or more per year. And I thought, wow, I would

25    love to be in those masterminds, but right now, I just

**PX 22**          **FTC-MOBE-002180**



1    -- I can't make that investment.  And I would tell

2    myself all the reasons why I couldn't.

3            If I could go back in time, my thinking

4    would be completely different.  The very first thing

5    that I would do is think how can I find the money to

6    invest in one of these masterminds, because the

7    quickest path for me from -- from getting from where I

8    am today, starting out in this business knowing

9    nothing, to going on to make six, seven, eight

10   figures, is to get around other people who've already

11   done it.  Those are the people that I need to be

12   associating with.  And even if I have to invest a

13   decent amount of money to get in -- into their

14   company, it's worth it.  Okay, it's always worth it.

15   So do it sooner than later.  Try and do it from the

16   very start.

17           Don't think of reasons why you can't; think

18   of ways that you can.  Okay, this is the difference

19   between successful entrepreneurs and -- and

20   entrepreneurs who struggle.  The ones who struggle

21   can always tell you all the different reasons why

22   they can't.  I can't afford it; I don't have time; I

23   just -- I can't come up with the money right now.

24   It's just -- the situation is not -- it's not the

25   right time and place for it.

**PX 22**                    **FTC-MOBE-002181**

15

1          Whereas successful entrepreneurs, they're

2     more resourceful.  They always find a way.  They

3     think, okay, how do I make the time for this.  Or how

4     do I find the funding to move forward with this.

5     Because they can see the value in it.

6          Now, I want to ask you a question.  And feel

7     free to just type this in as I'm going.  But if

8     someone asked you, why has MOBE grown so quickly.  USA

9     MOBE consultant or soon-to-be a MOBE consultant as

10    soon as you get through the 21 steps, if someone asked

11    you, this company, MOBE, why do you think it's growing

12    so quickly, how would you answer?  Okay, what would

13    your answer be?

14         I'll tell you the two main answers.  Number

15    one, masterminding.  Okay, myself getting around the

16    right people and learning from them.  That has been

17    incredibly valuable.  But number two is that we've

18    always been very generous with our consultants in

19    paying out commissions.  My philosophy from the very

20    start was how do I create a business system, a company

21    where we are paying out the maximum amount of

22    commissions that we possibly can.  We're still being

23    profitable, but we are pushing everything as far as we

24    can go with our margins and paying out the maximum

25    that we can.  And that's been our goal from the very

**PX 22**          FTC-MOBE-002182

16



1   beginning.

2            Our big goal, as soon as possible, is to get

3   -- is to actually get to $100 million in commissions

4   paid out.  Okay, this has actually been my goal now

5   for the last two years.  Now, right now, we're at over

6   $67 million in commissions paid out.  Most of that has

7   come in in the last two years, so we've got not that

8   much more to go, about $33 million to go.  And then

9   after we get to the $100 million, then we will --

10  we'll think, all right, what's the next level.  Okay,

11  I think it's going to be a billion dollars in

12  commissions.  But that's going to take a little while

13  to get to.

14           But that's our goal, $100 million in total

15  commissions paid out to MOBE consultants around the

16  world, people just like you, as soon as you get

17  through the 21 steps.  And here's one of the ways that

18  we do that.  We have these Mastermind programs, which

19  I'm going to tell you more about, but here's the

20  commissions that they pay out.  Every time that we get

21  a sale for you of our Mastermind programs, you're

22  making anywhere from $3,300 on a Titanium Mastermind

23  right up to $10,000 on a Diamond Mastermind.

24           What separates these masterminds from any

25  other masterminds in the industry is that you can earn



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**            **FTC-MOBE-002183**

1    enormous commissions for promoting them.  Any other

2    mastermind that you go to, you're not going to be able

3    to earn money promoting the mastermind.  And that's

4    usually the first thing that you want to do because

5    when you become a part of the mastermind, you love it

6    so much that you ask yourself, how do I bring my

7    friends to this, how do I bring other people that I

8    know in business to this so that they can get the same

9    amount of value as I'm getting.

10          Well, with our Masterminds, we encourage

11   that.  In fact, we like it because one of our main

12   advertising sources is through referral marketing.  So

13   if you bring anyone to the Masterminds, these are the

14   commissions that you're getting.  But don't think that

15   you have to sell them.  You actually don't have to

16   sell them directly yourself.  All you have to do is

17   continue to do what you're already doing as a Silver

18   and Gold MOBE consultant, okay?

19          So once you reach the end of the 21 steps,

20   you're going to start to learn about generating

21   traffic.  And you're going to go out there, and you're

22   going to be getting sales of the 21 steps and sales of

23   many other programs that we have.  On the back end, we

24   are going to be offering the Masterminds and you won't

25   even have to get involved in that one-on-one sales

**PX 22**                    **FTC-MOBE-002184**

18



1     process.  We do all of that for you.  But these are

2     the commissions that you will actually be in a

3     position to make, okay?

4          Now, not only can you promote these, of

5     course, you'll want to get involved in them because

6     once you do get involved in the right Mastermind,

7     that's how you get to freedom.  So I'll tell you about

8     each Mastermind and how in particular they're going to

9     help different aspects of your business in just a

10    moment.

11         Now, there's really five steps that we teach

12    here at MOBE.  And you would have been learning about

13    these as you have been going through the 21 steps.  I

14    want to just quickly recap what they are because it's

15    important.  The first stage is you as an entrepreneur,

16    or your clients, who are also aspiring entrepreneurs,

17    they come up with a business idea, choose their

18    business model, and they create a minimum viable

19    product.  Okay, so that's your first version of a

20    product.  So you launch that.

21         The second phase, where you go to the next

22    level, okay, you've got a few sales and you want to

23    take your earnings, your revenue to the next level, is

24    you create an independently operating customer

25    acquisition process, or I just call that a CAP.  It's



**PX 22**                    **FTC-MOBE-002185**

19

1    about the most important asset in your entire

2    business.  All successful businesses focus on

3    improving their core customer acquisition process.

4          In MOBE, one of our core acquisition

5    processes is the 21 steps that you're going through.

6    In fact, we have many of them, many of these different

7    core sales processes, but the 21 steps that you're

8    going through, you're actually experiencing one of

9    them right now as you go through it.

10          Now, from there, then, our third phase is

11   scaling through consecutive revenue ceilings.  So

12   you've got that customer acquisition process in place.

13   Now you're getting sales coming in without you having

14   to be there.  It's operating independently of you.

15   And you start to get into the multiple five figures of

16   revenue every year.  So multiple five figures, that's

17   $50,000 to $90,000 per year.

18          But at some point, you're going to want to

19   take things to the next level.  You're going to ask,

20   well, how do I start creating a six-figure or

21   multiple-six-figure revenue channel here.  So if you

22   want to cross $100,000 in commissions, what do you

23   do?  And then here's the thing, I guarantee it, I

24   guarantee that everyone on this live training right

25   now, once you experience what it's like to make

**PX 22**          FTC-MOBE-002186

20

1    multiple six figures per year, your business is

2    making, say, $300,000 per year, once you get to that

3    level, you're going to want to go to the next level,

4    okay, seven figures, so over a million dollars per

5    year.

6          And it's not so much out of -- out of the

7    money or greed or anything like that.  It's simply for

8    the challenge.  Okay, that's what it is, and this

9    happened to me as well.  I thought that once I started

10   generating multiple six figures, hundreds of thousands

11   of dollars, that I would be satisfied.  However, when

12   I got to that level, I realized, I've still got a -- a

13   long way to go, I think I can do a lot better.  Can I

14   get to seven figures?

15         So it became more of a -- a personal

16   challenge just to see whether I could do it or not,

17   rather than -- than doing it for the financial

18   reasons.  So the same thing will happen to you.  So

19   that's what we call scaling, and learning how to scale

20   through these different revenue ceilings, it's a

21   skill, and there's very specific things that you can

22   do to get from one level to the next.

23         Now, after that, what's going to happen is

24   your business is up and running, you're making more

25   and more money, okay, and you're continuing to scale.

**PX 22**                    **FTC-MOBE-002187**

1       At a certain point, you've got profit coming in so

2       fast that it's -- it's coming in faster than you need

3       it to invest back into your business.  So you have all

4       -- all of this excess cash laying around, and what do

5       you do with it?

6              Well, some people will -- will go and find

7       ways to spend it all.  You -- you might do that in

8       the short term.  I don't recommend that in the long

9       term.  So what do you do with it?  Well, you start

10      investing it.  You look at your second business.

11      Now, your second business is your investments.

12      Your first business is your primary business that

13      you're doing right now.  So if you're going through

14      the 21 steps, it's going to be your MOBE consultant

15      business.

16             But your second business is you investing

17      your wealth, okay, and having your wealth earn you a

18      return.  So if you can earn -- and I'm just doing 20

19      percent on your money this year, in the next 12

20      months, well, that 20 percent, that makes up your

21      second business.  Most people in society, they spend

22      all of their lives focused on the first business.

23             And for most people, it's their job and

24      they're trading time for money.  That's why they never

25      get out -- out of the rat race.  If you want to get

**PX 22**                    **FTC-MOBE-002188**

21

in so

you need

have all

what do

and find

at in

e long

start

ss.

s.

that

through

sultant

vesting

n you a

doing 20

12

your

ey spend

ess.

and

they never

to get

22

the rat race permanently, you need to have that

business up and running, earning you a return

ving your money working for you as opposed to

ways just working for your money.

Now, after that, the final stage is your

trategy.  And this is one which confuses a lot

ple because when they hear me talk about this,

ay, well -- well, Matt, what if I love this

ss so much that I -- I don't ever want to sell,

to continue doing this business?

The point of this stage is to not

arily sell your business for that big payday,

's to get the business to a point where it could

d if you wanted it to.  In other words, running

tely independently of you, you've got proper

s, proper procedures in place, so that things

ue to run without you being there.  If you want

l it, you can; if you don't, you don't have to.

u have the option.

The whole reason why we get into business is

day be free of the business, and -- and that's

int of the business.  The business is there to

s.  The business is not there to constrain us.

r most business owners, that's exactly what ends

pening.  Their business constrains them and they

**PX 22**          **FTC-MOBE-002189**

23



1     become a slave to their business.  They work harder in

2     their business than they -- they ever did in a job for

3     someone else.  And, now, that's okay in the short

4     term, but long term, that's not where you want to be.

5     Otherwise, there's no point to get into business in

6     the first place.  So that's what this final stage is

7     all about.

8          And then after you do that, after you're in

9     a situation where you can exit your business, well,

10    then, what do you do after that.  Well, you go back to

11    business owners who are in your industry who are

12    trying to do the same thing that you've already

13    successfully done, and you can actually start a

14    business, either consulting or selling to them.

15         You don't have to do consulting if you don't

16    want, but you can definitely start an information

17    marketing business advising them and -- and get paid

18    very good money for it.  And you can also take a

19    percentage of their businesses for the consulting

20    arrangement.

21         So I'll go into all that in a little bit

22    more detail in -- in just a bit, okay?  But all of

23    those five things, you will notice that every core

24    product in the MOBE core curriculum corresponds to one

25    of those five stages.  So you have the Silver at the



**PX 22**                    **FTC-MOBE-002190**

24

1    first stage, which goes to the Gold Masterclass.   So
2    I'm assuming that if you're on this live training
3    right now, you, at a bare minimum, you've got those
4    two programs.  And then they flow into the Titanium
5    Mastermind, which flows into the Platinum Mastermind,
6    and then the Diamond Mastermind is all about the exit
7    strategy and building a very lucrative information
8    marketing business.
9         Now, I should also mention with the Diamond,
10   building that lucrative information marketing business
11   with the things that you will learn at that
12   Mastermind, they can be immediately applied to your
13   MOBE consultant business.  So that's a very popular
14   program among MOBE consultants.
15        So here's a few challenges that a lot of
16   people are facing in this industry, in the industry of
17   internet marketing.  And as I'm reading these out, do
18   me a favor.  Just -- if you can relate to any of
19   these, just type in and let me know.
20        Here's one, people have been in this
21   industry for a while, and they're still not making
22   money with it.  They're still not making money with
23   internet marketing, and they've tried lots of
24   different things.  So if you've tried lots of
25   things and -- and not had a whole lot of success,

**PX 22**                    FTC-MOBE-002191

25

1    first of all, you're not alone.  I went through that

2    as well, as do many of our -- our coaches and many

3    of our -- our successful consultants.  But do me a

4    favor, just type in if you can relate to that

5    statement.  You're still not making money with

6    internet marketing.

7           What about this one?  My commissions are too

8    small.  I've tried other programs before, and they

9    paid tiny, little commissions of $10, $20, $50, small

10   commissions that don't really make a difference in the

11   whole scheme of things.

12          The third challenge, I don't have a coach or

13   I don't have the right mastermind.  I don't know who

14   can -- who can show me what exactly I need to do.

15   Well, the solution is our Mastermind, it's the

16   Titanium, Platinum, and Diamond Mastermind.  And I

17   want to spend some time talking about what each one is

18   and how it's going to help you get to the next level

19   in your business.

20          First of all, what's different about the

21   MOBE Masterminds?  Number one, quality.  Okay, quality

22   of Masterminds.  If you ask anyone who's attended a

23   MOBE Mastermind, and we've now done -- I believe we've

24   done close to 20 of them.  We've been doing them now

25   for over four years, all over the world, a different

**PX 22**                        **FTC-MOBE-002192**

1    country every single time.

2            But if you ask anyone who's ever been to

3    a -- either a Titanium, a Platinum, or a Diamond

4    Mastermind, what's it like?  Truly, what's it like?

5    What's the result like?  What are the trainers like?

6    What's the caliber of the average person who attends

7    one of these Masterminds like?  They will tell you

8    that it's just -- it's incredible.  Okay, so number

9    one is the quality.

10            Number two, these actually work.  Not only

11    are people going to these Masterminds and getting a

12    lot of training that they can apply to their existing

13    business, whether they're a MOBE consultant or in a

14    completely different industry; but also in addition to

15    that, they're able to actually make money while

16    attending the Mastermind by bringing other people.

17    Okay, in other words, they can have MOBE actually

18    selling these Masterminds to their clients, and they

19    can make money when they actually show up.

20            They're able to make $3,300, $5,500, and

21    right up to $10,000 commissions on these Masterminds,

22    as long as they refer a front-end buyer.  I'll tell

23    you specifically how those commissions are made in --

24    in just a moment.

25            Training, accommodations, food, drinks,

**PX 22**            FTC-MOBE-002193

27

1  entertainment, that's all included.  Any other

2  mastermind that you go to in this industry, very, very

3  rarely will they include all of these.  In fact, you

4  would be lucky if -- if they covered just a few meals.

5  At a MOBE Mastermind, everything for you is covered.

6  All you have to do is show up.  That's it, you

7  literally just show up.  You get on a plane and you --

8  you land at the airport in the -- whatever country

9  we're doing these in, and then we'll pick you up from

10  the airport.  From that point on, everything is on us

11  -- food, drinks, entertainment, everything.  You can

12  almost just put your wallet away.

13         Now, also with these Masterminds, we also

14  include coaching and done-for-you components.  So I'll

15  explain what they are in just a moment, but there's

16  bonus additional ongoing training.  You show up to the

17  Mastermind, you get a lot of training, but then what

18  do you do after that?  Well, we actually will hold

19  your hand, and we will actually show you how to

20  implement what you learned through our coaching.

21         Now, a few common myths about Masterminds,

22  and these are important that we -- we address these.

23  Number one, a lot of people think that Masterminds are

24  so expensive and who's ever going to be able to afford

25  to even attend one.  And I'm talking about from the

**PX 22**                    **FTC-MOBE-002194**

 1      perspective of marketing the Masterminds to other

 2      people.  I mean, you probably already know this, but

 3      most masterminds, you're talking about $25,000 and

 4      upwards.

 5              One of the masterminds that I have a lot of

 6      my friends in is -- it's actually $100,000 per year.

 7      And the people who are in that mastermind gladly pay

 8      it, by the way.  They're seven-figure earners, so to

 9      them, if they can get one strategy that allows them to

10      -- to get to the next level, then $100,000 is really

11      not a big deal to them.

12              But most people when they're -- when they're

13      thinking about getting involved in the Mastermind or

14      promoting them, they think, well, who's ever going to

15      -- to invest in a Mastermind?  How am I going to be

16      able to earn commissions promoting a Mastermind at

17      those kind of price points?  And here's what you're

18      going to realize.  If people want to move forward with

19      the program and they can see the value, they'll just

20      about always find a way.

21              I've seen people who had -- literally didn't

22      even have two pennies to rub together, who got

23      involved in a Mastermind, not specifically a MOBE

24      Mastermind, but I'm talking about the concept in

25      general.  They got involved in a mastermind because

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002195**

29

 1    they could see the value of being around seven- and

 2    eight-figure earners, even though they were completely

 3    new.  They knew that that was the fastest path to

 4    getting to the next level.

 5          So my point is people will always go and

 6    find the money if they want to badly enough.  They

 7    just -- they will.  Okay, and I can tell you that

 8    after -- after having done this now for over seven

 9    years.  I've seen it, even with our MOBE programs.

10    People who want to get involved with our programs, if

11    they want it badly enough, they will always go and

12    find the resources.

13          Now, here's another common myth.  Isn't a

14    mastermind just another internet marketing event?  The

15    answer is no.  If you've ever been to an internet

16    marketing event, they're valuable, but they're nothing

17    like a mastermind.  Your typical internet marketing

18    event, you show up and you've got speaker after

19    speaker after speaker.  Each speaker might talk for

20    about 60 minutes.  And often they're selling

21    something, too, so just nonstop for two or three days,

22    you're getting delivered different sales pitches.

23          That can be valuable, but a mastermind is

24    nothing like that.  You see, mastermind, it's more

25    participation-based.  Okay, so, you show up into the

**PX 22**          **FTC-MOBE-002196**



1 room; you're not just sitting there passively

2 receiving training and having someone talk at

3 you.  You're actually getting involved.  Okay,

4 you're getting pushed a little bit outside of

5 your comfort zone, and that's good.  That's what you

6 need.

7   Okay, so I want to talk to you about five

8 prosperity principles.  And you're going to want to

9 pick up a pen and write some of these down, so just

10 find a pen, find a piece of paper.  I'm going to go

11 through all five of these.  So here are the five.  I'm

12 going to go through them one-on-one, okay, so don't

13 worry about writing them down just yet.  Let's start

14 with the very first one.

15   The very first one is know what you want.

16 Okay, know what you want.  And this is a photo from

17 our Titanium Mastermind in the Bahamas in 2014.  And

18 we had close to 300 people attend this Titanium

19 Mastermind.  It was a -- a really big one, and it was

20 the -- the only one we held that year.  These days, we

21 actually do three Titanium Masterminds per year or

22 more.  Okay, we had over 300 people there.  And we

23 stayed at the Atlantis resort in the Bahamas, one of

24 the biggest resorts there, somewhere over 4,000 rooms.

25   And I invited all of these people up on

**PX 22**      **FTC-MOBE-002197**

1    stage, and they were receiving the first MOBE rings.

2    Now, you might have heard of the MOBE rings, but

3    basically we give out a ring every time you achieve a

4    certain level of recognition.  So we have the five-

5    figure ring; we have the six-figure ring; and we have

6    the seven-figure ring.  And then once you cross eight

7    figures, you actually get a watch, a very nice gold

8    and diamond Rolex watch.

9           So these were the very first people to ever

10   receive MOBE rings.  And from left to right, you can

11   see there's John Chow.  I'll tell you a little bit

12   about him in just a moment.  His ring was a seven-

13   figure ring, so he had just crossed a million dollars.

14          The guy next to him had crossed 100,000.

15   The guy next to him had just crossed a million dollars

16   as well.  The guy on the very far right, he'd also

17   crossed a million dollars.  But everyone else had

18   crossed six figures.  And the little girl, she is

19   actually the daughter of John on the very left, so

20   she's wearing the 100K or six-figure ring, while he's

21   wearing the seven-figure ring.

22          And this is the old design.  The designs we

23   have now are much nicer than this, but here's a photo

24   of those original rings, okay, what some of them look

25   like, and this is the old seven-figure ring, made out

**PX 22**                    FTC-MOBE-002198

32



1        of pure platinum.

2                Now, why do I show this to you?  Well,

3        every single person who got invited up on that stage

4        and in front of everyone and received their ring, when

5        they got onboard as a MOBE consultant, they knew what

6        they want, okay?  They could tell you exactly what

7        they wanted.

8                If I asked you this question right now, if

9        I asked you how much do you want to make in the next

10       12 months, can you tell me exactly what that number

11       is?  Can you tell me how much that is per month?

12       Can you tell me how much that is per week, or even

13       per day?  Can you tell me that with -- with the amount

14       of hours that you can devote to your business, on

15       average each day, can you tell me exactly what your

16       time needs to be worth, what you need to be generating

17       per hour?

18               If you can't, then you have some work to do.

19       And I would -- I would highly recommend you talk to

20       your coach about that.  But you need to get very clear

21       on exactly what you want, okay, knowing exactly what

22       you want.  This is the first thing.  Anyone who's

23       successful in business, they know what they want.

24       Okay, they know exactly what they want.

25               When I'm building MOBE, I have a dashboard



**PX 22**          **FTC-MOBE-002199**

1    on one of my sites where I can go to this dashboard

2    and I can see all of my main metrics.  I can see my

3    revenue for this month; I can see what I'm projected

4    to do; I can see number of leads; I can see how much

5    revenue for this year; I can see what are our targets;

6    are we 14 percent below where we need to be; are we 22

7    percent above.  I have exact numbers in front of me,

8    okay, so I know exactly what I'm aiming for.

9            This is the first step.  If you want

10   something in life, especially in business, if you want

11   to reach a certain target, you need to know exactly

12   what you're aiming for.  Otherwise, you can't hit it,

13   okay?  So that's the very first thing.  So an example

14   of that is what kind of house do you want.  Most

15   people, if you ask them these kind of questions, like

16   what kind of house would you like or -- or what kind

17   of car would you like to drive, they can't tell you,

18   they can't tell you.  They just say, oh, I'd like a

19   big, nice, two-story house in, you know, a nice

20   neighborhood.  But you need to get a lot more specific

21   than that.

22           If you actually go and pick out the exact

23   house that you would want, and you took a photo of

24   that, and if you could go and see it, that would also

25   be a big help, too.  But if you took a photo of it and

**PX 22**                    **FTC-MOBE-002200**

34



1    you looked at that every single day, I guarantee you

2    that your chances of actually acquiring that house

3    would go up dramatically because it's that mental

4    reinforcement that you are looking at it every single

5    day, you're focused on it.

6         When I got started in this industry, I went

7    to a live event in 2009.  Okay, this was for the

8    company that I was with.  And you might have heard

9    this story before, but I'll -- I'll tell it again

10   anyway.  So I'm sitting there at a VIP lunch.  This

11   event's in -- in Sydney, Australia.  And I'm sitting

12   next to one of the cofounders of this company that I

13   was in.

14        And I notice he's wearing this big diamond

15   ring, and he catches me looking at it, and he says,

16   this ring, you actually get this when you reach 100

17   sales of our first product, which was about $1,700

18   each.  When you get to 100 sales, you actually get

19   this ring.  And he says would you like to look at it.

20   And I say sure.

21        And he takes it off, and I put it on my --

22   on my finger, and it's about five sizes too big, but

23   I'm looking down at it, and I take a photo on my

24   iPhone of -- of it on my hand, and then I saved that

25   photo on the screen saver on my phone, and for the

**PX 22**          **FTC-MOBE-002201**

35



1    next year, I carried that around with me.  So every

2    time that I would look down at my phone, I would see

3    that ring, and I would be reminded, that's my target,

4    100 sales of that front-end product.  That was my

5    target.

6          So you want to do the exact same thing.  You

7    want to do it with your house, with your car,

8    especially with the MOBE Motors Program.  You can have

9    just about any car that you want and have MOBE pay for

10   it, if only you will get enough sales every month.

11   And you don't even need that many sales.  You can see

12   all of that at MOBEMotors.com.

13          But I've noticed that people who come

14   through the 21 steps, the ones who are the most

15   successful, especially when it comes to getting that

16   car, those are the people who actually do the exercise

17   that we recommend, which is to go down to your local

18   car yard, the one that's got your dream car, and

19   actually take it for a test drive and go and get the

20   photos with it.  We've had people who they've been

21   going through the 21 steps, and they decided that they

22   wanted to get a brand new BMW, for example.  And they

23   picked out the exact model, the exact color.

24          They go to the BMW dealership and they get

25   the photos, and then they put that up on their vision



**PX 22**          **FTC-MOBE-002202**

1      board.  And they're looking at it every single day.

2      Now, some people might say, oh, that's -- that's a

3      little bit hokey, you know, that stuff doesn't work.

4      It does work.  Okay, it does work, because when you're

5      constantly looking at something, when you are

6      constantly focused on it, even if you believe that

7      it's way beyond your reach, okay, even if you believe

8      that you'll never have it, as long as you're looking

9      at it every single day, your mind starts to go to work

10     on how to acquire it.  Okay, it starts to do it even

11     in the background.

12             So when you start obsessing over something,

13     when you start looking at it and just seeing it every

14     single day, it's going to help you get it.  So know

15     what you want.  What exactly would your ideal life

16     look like?  While you're going through these 21 steps,

17     I invite you to -- to dream.  I invite you to dream

18     and just to look at possibilities that maybe over the

19     last few years or even the last few decades you've --

20     you've closed your mind off to because you thought

21     that you could just never have those things.

22             I want to encourage you to reconsider that

23     because the truth is you can have everything that you

24     want, you really can.  And I'm -- I'm telling you that

25     from experience.  I'm telling you that from just --

**PX 22**          **FTC-MOBE-002203**

37

1       from the last seven years of my own life.  I started

2       out in this industry, just like you, I mean, where you

3       are right now.  I was going through a similar process

4       for some other company.  And I -- I wondered, can I

5       really do this, can I really have all these things

6       that -- that they're telling me and that I want.

7               It really is possible, okay, but first, your

8       mind must be open to the possibilities.  And, second,

9       you need to have crystal-clear clarity on exactly what

10      it is that you want and you want your ideal life to

11      look like.

12              So here's an example, Diamond Consultant

13      John Chow.  Now, John is originally from Canada, now

14      lives in California, and I think he's in L.A. or

15      Irvine, somewhere around there near L.A.  So John was

16      one of the first MOBE Motors recipients.  He actually

17      got a Mercedes Benz, and this was in 2013.  And then

18      he upgraded to a Jaguar, okay.  You see, he started

19      getting more points and wanted to upgrade the car.

20      That was after about a year and a half.  And then

21      recently he upgraded to a Tesla.  And he actually kept

22      the Jaguar, so now he's got the -- both cars.

23              But John Chow, John's made a lot of money.

24      I mean, he's made -- here it is here.  Let me just

25      show you this so you can see how much he's made.  This

**PX 22**               **FTC-MOBE-002204**

38

1    is John's first check.  This is an old photo.  This is

2    from way back in 2013.  But he was one of the first

3    people to ever cross $100,000 as a MOBE consultant.

4    Back in those days, that was a lot.

5            Okay, and then July 2013, he crossed

6    $206,000.  Four months later, he was at over $400,000.

7    Another six weeks later, $470,000.  Then he crossed a

8    million in 2014, one of the first to ever do it.

9    After that, 1.6.  And, now, now he's at something like

10   2.3 million or 2.4 million or something like that.

11   This -- this photo is from back in April 2016.  So

12   even there he was at 2.1 million.

13           Here's my question to you.  Do you think

14   that someone like John is just getting these -- these

15   results by accident?  Do you think that he just got

16   lucky and he went and placed a few ads online and now

17   he's making all this money?  Or do you think that

18   someone like John had a plan?  He had a plan on

19   exactly what he wanted.  He knew exactly what he

20   wanted, and then he got to work on making that plan a

21   reality.  Someone like John knows exactly what he

22   wants.  He's got that clarity, and that's what you

23   need to have.

24           Prosperity principle number two -- write

25   this down -- join the right mastermind.  In other

**PX 22**                    **FTC-MOBE-002205**



1    words, get around the right people.  Surround yourself

2    with successful people who have what you want to have.

3    Don't surround yourself with people who are going

4    nowhere, okay?  Don't do it because they will hold you

5    back.

6         And it's not -- it's not you being selfish

7    doing this.  It's not you excluding them or saying

8    that they're not good enough to -- to be around you

9    anymore.  It's you realizing that you only get one

10   life, and you don't have time to waste on people

11   who -- who want to hold you back.  You need to get

12   around the right people who are where you want to be.

13        If you do this one thing, if you only take

14   away one thing from this website, but if you look at

15   all the people that you're associating with right now,

16   who do you think you spend the most time with?  Think

17   about that right now.  Who do you spend the most time

18   with, the five people that you spend the most time

19   with.  And if you take those five people -- let's talk

20   about it from a business standpoint -- how successful

21   are they in business?  What kind of numbers do they

22   bring in every single month?  How successful are they

23   in life with their families, with any area that you

24   like, relationships?

25        But specifically, since we're talking about



**PX 22**          **FTC-MOBE-002206**

1    business here, let's talk about that.  How successful

2    are they in business?  And if they're not that

3    successful, then it doesn't mean that you have to cut

4    them off, but you're here, you're going through these

5    21 steps because you're unsatisfied with where you are

6    financially in life or with the way that you're living

7    your life right now.  Maybe you're making good money

8    but you're having to work way too hard for it.

9           So you want a certain result.  You want to

10   be more successful in business.  You want to have a

11   business that you can do online from home that's going

12   to allow you to have everything that you want.  The

13   first step is you need to get around people who've

14   already gone and done that.  You need to get around

15   people who are already making $100,000 or more in

16   their own online business.

17          If you get around those people, it's going

18   to make everything so much easier.  I mean, just

19   imagine for a second, imagine if that -- if you had to

20   go to some kind of boot camp, imagine that you were --

21   you were living in a dormitory for a month.  And

22   imagine there were five other people in that

23   dormitory, and they were handpicked by myself, and

24   every single one of them was making a minimum of

25   $100,000 per year with an online business.

1          Some of them, maybe they were making over a

2      million dollars per year.  But if I put you and them

3      in this one area, and you had to live with these

4      people for over one month, do you think that some of

5      what they have would rub off on you?  Absolutely, it

6      would.  Okay, so that's how this principle works.  If

7      you surround yourself with people who just complain,

8      they're always broke, they're going over in business,

9      well, then, what do you think is going to happen in

10     your life and with your business?  It's not going to

11     help.  So get around the right people.

12          The fastest way to do that, if you don't

13     know these people, if you don't know seven-, eight-

14     figure earners, if you don't have them in Rolodex,

15     then it's easy.  Find a mastermind where they all go

16     to because these people love going to masterminds, and

17     then join the mastermind, buy your way in.  That's

18     what you got to do.  Learn from other people's

19     mistakes.  When you go to these masterminds, the good

20     thing is you get to learn from their mistakes.  When I

21     go to masterminds, that's one of the -- the main

22     reasons why I go, because I realize that making your

23     own mistakes can be very expensive.  So if I can find

24     other people in business and especially my industry

25     who have made costly mistakes and they can tell me

**PX 22**          **FTC-MOBE-002208**

42

1    what they are, I know which ones to avoid.  So it just

2    saves you a lot of money.

3              And, also, when you go to these masterminds,

4    they pay for themselves.  They pay for themselves

5    because you're able to meet people there and put

6    together joint venture deals.  John Chow, for example,

7    the guy I just showed you, I met John on a beach in

8    San Diego in 2013.  There was a private mastermind,

9    and for some reason, they held it on a beach in a big

10   tent, and it went for a couple of days.

11             And about maybe 25 people were invited to

12   it, and I was one of the people.  It was one of the

13   first real masterminds that I ever went to.  And I met

14   John for the first time.  A week later, I reached out

15   to him and he came onboard and promoted an e-book in

16   MOBE.  And that was his -- his entry into MOBE.  But

17   that one strategic alliance between John and me has --

18   has made us both many millions of dollars, him and

19   myself.  That all came from a mastermind.  So do you

20   think that mastermind, which cost me $4,000, do you

21   think it paid for itself many times over?  Absolutely,

22   it did.

23             The other good thing about being in the

24   right mastermind is you've got accountability.

25   Successful people will help to hold you accountable.

**PX 22**          **FTC-MOBE-002209**

43

 1      They will.  You will meet at -- at the first

 2      mastermind.  You all share each other's goals -- your

 3      goals, they share theirs.  And then at the next, when

 4      you show up, because you want to be doing this on a

 5      regular basis, you'll be able to hold each other

 6      accountable.  Say, hey, did you implement that -- that

 7      strategy in your business.

 8              So here's another guy that I met.  I met

 9      Shaqir from London.  I actually met him at a

10      mastermind in Mexico as well.  Now, he's made over $2

11      million as a MOBE consultant -- actually over 2.8

12      million.  I -- I believe I'm actually wrong on that.

13      I think he actually just crossed $3 million not that

14      long ago.  But in this quote, this is what he said, he

15      said, "The brand new strategies I learned from Matt

16      and his educational training programs" -- he's

17      referring to masterminds there -- "have added an extra

18      $2.8 million in verified commissions whilst being able

19      to travel all over the world."

20              Shaqir spends a lot of money going to

21      masterminds, and I know that for a fact because I -- I

22      go to some of the same ones.  Okay, we -- we both go.

23      We -- we are both mastermind and education junkies.

24      We continue to invest in our own education.

25              Prosperity principle number three, follow

**PX 22**                    **FTC-MOBE-002210**

44

1    the right plan and strategy.  Develop systems, prepare

2    marketing, get sales, fulfill orders.  The huge

3    advantage you have is that as a MOBE consultant, so

4    much of this is done for you.  Now, you've got to do

5    the marketing.  You've got to get the referrals.  In

6    other words, promote our front-end products.  But once

7    you do that, we take care of everything from that

8    point.  All the back-end sales processes, we're

9    actually taking care of.  And I'll show you those in

10   just a moment.

11          So who's heard of the 80/20 principle,

12   otherwise known as the Pareto's principle?  This was

13   from a -- an economist, an Italian economist, Vilfredo

14   Pareto.  And he came up with the 80/20 rule.  He

15   noticed that when he was studying income -- income

16   equality, he noticed that about 20 percent of the

17   population in his country was making about 80 percent

18   of all the money.  And, so, he -- he extended his

19   studies, and he started looking at other countries,

20   and he was fascinated because that rule seemed to hold

21   true.  Eighty percent of the revenue or the income was

22   being made by just one out of five people.

23          So I'm sure you've heard about that, 80

24   percent of the results can be caused by 20 percent of

25   the factors; 20 percent of the factors will also cause

**PX 22**                    **FTC-MOBE-002211**

1   80 percent of the problems.  So it can be looked at

2   both ways.  But have you heard of the 4 percent club?

3   Okay, the 4 percent club, let me tell you about this.

4   You've got the 80/20 rule, okay, so you've got that 20

5   percent that produces 80 percent of all the results.

6   However, if you take that 20 percent, okay, so those

7   top-performing people who belong in that 20 percent,

8   and you do 80/20 on the 20 percent, you will find that

9   you have the 4 percent club.

10          Now, out of those top 20 percent, 4 of them

11  -- 4 of those 20 people, will produce 80 percent of

12  the results of that top 20 percent.  That's the 4

13  percent club, and those are the people who produce

14  just about all the results.  Okay, they produce just

15  about all the results.  And here's my question to you.

16  As a MOBE consultant, where do you belong?  Where do

17  you belong?  Do you belong in the top 20 percent, or

18  do you belong in the top 4 percent club?

19          Here's one guy who decided he belonged in

20  the top 4 percent club.  So his name is Darren

21  Salkeld, and Darren actually got onboard in 2013.  I

22  remember it quite clearly.  I was in a hotel.  I was

23  in Thailand, and I was there looking at resorts for a

24  mastermind.  And I was introduced to Darren.  We were

25  talking on Skype.  He decided to come onboard shortly

**PX 22**          **FTC-MOBE-002212**

1     after that as a MOBE consultant, of course, as a

2     Diamond consultant, and he started promoting.

3            As of today, as of doing this right now, he

4     just crossed over $12 million in commissions.  He's

5     our number-one earner, okay, by quite a long shot,

6     too, with over $12 million in commissions.  Now, that

7     puts him on average to do about $3.5, $4 million per

8     year.  Every single week, we send his commissions to

9     him by bank wire.  When you start making that kind of

10    money, we don't even use eWallet anymore.  We just

11    wire you the money because it's -- it's beyond what --

12    what we can do really with eWallet in a -- in a timely

13    manner.  But we -- we wire it every single month into

14    his -- every single week into his account, and it's --

15    it's usually close to $100,000 or more each time, each

16    week.

17           So here's why I'm showing you this.  Do you

18    think that someone like Darren understands the value

19    of being in the right mastermind?  This is a guy who

20    invests just an insane amount compared to the ordinary

21    person on his own personal education.

22           And by the way, if you ever want to meet

23    people like Darren, John, Shaqir, all these people,

24    the one place that you can meet them is at the MOBE

25    Masterminds, okay, because they -- they continually



47

1    come back.

2                Prosperity principle number four, find a

3    coach that's been where you want to go.  Don't try and

4    find all the answers yourself, because you don't need

5    to.  Find someone who's already been there, done that.

6    They can see beyond your current vision of what's

7    possible and what's needed, and use our certified

8    Diamond coaches.  We actually have coaches on our

9    staff who are Diamond consultants who know exactly

10   what you need to do to be successful in this business.

11               Work with them.  Be coached by people

12   actively marketing the business.  Don't be coached by

13   people who aren't even marketing MOBE, okay, because

14   they're not -- they're not going to know exactly what

15   you need to do to get to the next level.  Find people

16   who are doing this every single day.

17               Here's another person.  So Adeline Sugianto,

18   she's one of our Diamond consultants.  Adeline came to

19   her first Mastermind, it was our Platinum Mastermind

20   in Costa Rica, in May of 2014.  And I remember when

21   she came to that Mastermind because she was from

22   Sydney, Australia.  She now lives in Indonesia, and

23   she was quite new.  She was quite new to the industry.

24   She had graduated university not that long ago.  She

25   was working in the solar industry.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**           **FTC-MOBE-002214**

1          So she was brand new as a MOBE consultant,

2      and she actually came to that mastermind on the other

3      side of the world and asked -- she asked me, and she

4      was asking all the top earners there, what exactly do

5      I need to do to get to the next level.  What -- what

6      do I need to do to make this start working?  And

7      unlike a lot of people, she actually took action.  She

8      implemented just about every single thing that I told

9      her and other top-earning consultants told her.

10          This check was for over $250,000, but this

11      is an old check.  Now she's somewhere close to over

12      $300,000.  I don't think she's even 30 years old yet,

13      okay?  She'd never made that kind of money before in

14      her life, never.  And she's been doing incredibly

15      well.

16          Prosperity principle number five is that you

17      automate and you outsource.  So there's a difference

18      between being an entrepreneur and having a job.

19      Having a job means that you're doing the work.  Being

20      an entrepreneur means that you create systems that do

21      the work for you, okay, it's not about working harder,

22      longer hours and doing more.  It's about leveraging

23      systems.

24          So you automate with systems and you're

25      always asking the question, what can I outsource



**PX 22**          **FTC-MOBE-002215**

1    today.  What am I doing right now that I don't need to

2    be doing?  So I started asking this question back in

3    2010.  I used to do all the phone sales for MOBE, and

4    this is one of the first things that I realized I

5    needed to outsource.  If MOBE as a company was going

6    to get to the next level, I couldn't be doing every

7    single phone call.  So I started to build our phone

8    sales team.

9         With our direct mail, we do a lot of direct

10   mail.  We follow up with your leads; we help you get

11   sales; and when they buy from our direct mail, you, of

12   course, get paid.  But I was writing all of our direct

13   mail.  So one of the first things I asked was, how do

14   I outsource this?  How do I find brilliant copywriters

15   who can do all of this for me?  Always be asking the

16   question, what can I outsource today?  What am I

17   currently doing that's not worth what my time needs to

18   be worth if I'm going to get to that next level?

19   Okay, always be asking that question.

20        And then you do what you love.  You do what

21   you're really good at, what you are naturally strong

22   at, and you enjoy life.  Things that you don't like

23   doing, the things that are important but you still

24   don't like doing, you outsource those, you get someone

25   else to do those.  You don't have do the things that

**PX 22**          **FTC-MOBE-002216**

50

1   you're not naturally good at.  You focus on your

2   strengths.

3          Now here's a fundamental truth.  If we're

4   talking about marketing high-ticket programs in the

5   back end, here's -- here's something which might be a

6   little bit confronting for some people to -- to hear.

7   But this -- this is something I've noticed ever since

8   I got into this industry in -- in late 2008.  If

9   you're not willing to invest into high-ticket programs

10  -- I'm talking about masterminds, I'm talking about

11  just any programs that -- that allow you to take your

12  business to the next level -- you're going to have a

13  really hard time selling high-ticket.  And I'm just

14  telling you that's -- that's just a fact, it is.

15  Because I've seen people before get involved in

16  this -- in this business who weren't willing to make

17  that investment.

18         They had reasons, they had excuses, and --

19  and often they're things like, oh, I don't have the

20  money or I don't have the time, which aren't really

21  valid if you're an entrepreneur.  As an entrepreneur,

22  you -- you find a way around those things.  That's

23  what we do.

24         But they had reasons why they couldn't go

25  ahead and -- and make that investment in themselves.

**PX 22**          **FTC-MOBE-002217**

51

 1     And then they try and market those programs just to

 2     earn a commission to other people.  And it's -- it's

 3     almost like other people can sense it.  They can sense

 4     if you yourself are not willing to make that

 5     investment.  It's almost like they don't want to buy

 6     from you.

 7            And I realized this very early on.  In 2009,

 8     when I got started with that first company, they were

 9     selling masterminds on the back end.  And I had the

10     opportunity at a live event to make that investment.

11     It was March 2009.  I was in Sydney at the Hyatt

12     Hotel.  I remember it very clearly.  And one of the

13     cofounders of that company, he's talking about their

14     high-ticket programs in the back end, and I had to

15     make a decision, do I invest in these programs, which

16     I'm hoping to be able to earn good commissions from,

17     or -- or not.

18            And I had to really think long and hard

19     about it, but I decided to move forward with it, even

20     though it was an enormous investment on my part.  In

21     Australian dollars back then with the -- with the

22     global financial crisis, it was $38,000.  Okay, the

23     exchange rate definitely wasn't in my favor.  So it

24     was $38,000, pretty much every penny that I had saved

25     up until that point.

**PX 22**              **FTC-MOBE-002218**

1              And, so it wasn't a decision that I took

2      lightly.  But looking back on it, it was the best

3      decision that I ever made because when I turned around

4      and started marketing those programs, I could say that

5      I myself had made that investment.  And I find that

6      when people are going through the 21 steps and they

7      decide that they want to be a MOBE consultant, if --

8      if they can say that they are a Platinum or a Diamond

9      certified consultant, once they start promoting,

10     that's enormous.

11             It's enormous because people are going to

12     look at what did you yourself do.  Were you willing to

13     make that investment yourself?  If you're willing to

14     make that investment yourself and you can plaster that

15     across your marketing, that's going to go a long way

16     towards you getting those back-end conversions.  It

17     really will, okay?

18             Now, the good news is you're not going to

19     have to actually be closing those deals, though.  You

20     -- you don't have to be on the phone selling Titanium,

21     Platinum, and Diamond Masterminds.  Our phone sales

22     team, they're going to be doing it for you.  Our

23     webinars are going to be doing it for you, okay, for

24     your -- to your leads.  Our direct mail process; our

25     live events sales process, too.  Okay, so if someone

**PX 22**                    **FTC-MOBE-002219**

53

1    ends up going to a MOBE live event, then, absolutely,

2    we're going to talk about our Mastermind programs.

3         If they buy, you get paid.  You get paid one

4    of the commissions of $3,300, right up to the $10,000

5    on a Diamond.  By the way, the commissions are

6    cumulative.  They're actually sold together.  So in

7    other words, you could get a $3,300 commission on

8    Titanium; $5,500 on Platinum; and $10,000 on Diamond.

9    And all up you would have $18,800 from one single

10   referral.

11        Now, if you're wondering, does that actually

12   happen, it happens all the time.  Okay, it happens all

13   the time.  And that's why sometimes you will -- you

14   will see a MOBE testimonial or a MOBE case study, and

15   someone's just made over $10,000 in one day.  Well,

16   that's how, okay, because one of their -- their

17   referrals ended up getting two or more of our

18   Mastermind programs.

19        Okay, so, you might be wondering, well,

20   then, what do I need to focus on for this to happen,

21   for me to start making these commissions.  Your only

22   role in this entire thing is that you focus on filling

23   the funnel.  Okay, you focus on filling the funnel.

24   We had a guy called Paul Lynch from the U.K., and he's

25   crossed over $2 million in commissions.  He's one of

**PX 22**          **FTC-MOBE-002220**

54

1    our Diamond consultants.  I've never met Paul in my

2    life.  I've spoken to him one time on Skype.  That's

3    it, one time.  And the only time I ever spoke to him

4    was to congratulate him for crossing a million

5    dollars.  And this was in -- I think this was in early

6    2015.

7              So I called Paul up.  I called him up on

8    Skype, and I congratulated him.  By the way, you can

9    find a recording of that, I believe, on YouTube.  Just

10   -- just search for "Matt Lloyd calls Paul Lynch," and

11   you might even be able to hear that.  But I called him

12   up and I congratulated him.  And I said to him, Paul,

13   what's your secret?  For anyone listening to this

14   recording right now, what is your secret?

15             And he said, Matt, I focused on filling the

16   funnel.  That's it.  I focused on filling the funnel.

17   His only focus was promoting the 21 steps and just

18   filling up the funnel.  He didn't focus on getting

19   involved in the back-end sales process or any of that.

20   He just focused every single day on getting $49 sales.

21   That was his entire focus.  He knew that if he could

22   just get a minimum number of $49 sales every day, then

23   the rest would take care of itself, and it does.

24             Just like Chris and Susan Beesley as well.

25   They're also Diamond consultants and also from the

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002221**

1   They're also Diamond consultants and also from the

2   U.K.  They are in their sixties.  They will tell you,

3   I mean, the reason why they're involved in this

4   system, they don't want to be on the phone all day

5   making these sales.  They would rather just leverage

6   our systems and have -- have our systems make those

7   sales for them.

8            Now, Chris and Susan, they actually crossed

9   $100,000 in their very first year as MOBE consultants.

10  And they did that very deliberately because they set

11  themself the goal of getting on the MOBE leaders

12  cruise.  Once a year, we -- we go on a big cruise ship

13  for seven nights.  It goes down to Mexico and Curacao,

14  and all of our top earners get invited.  It's all

15  expenses paid for two.  They made it a goal for

16  themselves to cross that $100,000, and they went and

17  did it.

18           Now, I want you to note this down.  Okay, I

19  want you to note this down.  When you have the

20  Mastermind programs being offered on the back end,

21  here's what the numbers will usually look like, on

22  average.  Now, I'm not guaranteeing any numbers here,

23  but this is what it will look like on average across

24  the board.  For every four Titanium Mastermind sales

25  you have, on average, you're usually going to have two



56

1     Platinum Mastermind sales.  And for every two Platinum

2     Mastermind sales, you're going to have usually around

3     one Diamond Mastermind sale.

4                So, in other words, about -- maybe about

5     eight Titanium Masterminds to get a Diamond Mastermind

6     sale.  Now, sometimes it's higher, sometimes it's

7     lower.  It depends on a lot of factors, especially

8     quality of your leads.  But here's -- here's why I'm

9     sharing this with you.  Let's say you wanted to make

10    an extra $400,000, okay, an extra $400,000 per year.

11               One way that you could do it without any

12    extra work would be if you were getting enough Silver

13    and Gold Masterclass sales, these programs would be

14    offered on the back end, and if you could just get

15    four Titanium Masterminds every month, this is what it

16    would -- would back out to.  So you can see that from

17    the four Titanium Masterminds, $3,300 each, that alone

18    would be a $13,200-per-month income stream.

19               And then behind that, you would have $11,000

20    per month just from Platinums.  And then behind that,

21    you would have $10,000 a month from the Diamond

22    Mastermind sale.  So after 12 months, you've got 12

23    Diamond Mastermind sales for $120,000.

24               Now, if you were doing these numbers, would

25    it make financial sense if you could hit these numbers



**PX 22**                    **FTC-MOBE-002223**

1   to make that investment in Titanium, Platinum, and

2   Diamond?  Do me a favor and just type that in.  If you

3   think from a financial standpoint if you were hitting

4   these numbers, would it make sense to make that

5   investment?

6           And I'm seeing quite a few people type in

7   yes, which is good, that's the right answer.  Of

8   course it would if -- if it meant that you were going

9   to make an extra $400,000 per year, absolutely.  Okay,

10  that would be a great investment.  But, again, I want

11  to make it very clear.  This isn't going to just

12  happen by itself.  Okay, don't think that by investing

13  in these programs you're going to just suddenly start

14  making an extra 400,000 per year.  What it requires on

15  your part is that you do what I said that -- that Paul

16  Lynch advised.  You focus on filling the funnel.

17          Now, here's the good news.  Once you get

18  through the 21 steps, that's what we're going to focus

19  on training you on, how to get traffic so that you can

20  consistently fill -- fill up the funnel.  The first

21  thing that you want to do, though, is you want to get

22  your business all set up.  Okay, you want to decide

23  right from the very start, am I looking to create

24  Titanium, Platinum, and Diamond income streams, or am

25  I willing to pass up all that money and -- and lose

PX 22          FTC-MOBE-002224

58

1    out.

2              So that's why we cover this in the 21 steps

3    while you're getting your business set up, and then

4    after the 21 steps, then we show you how to start

5    generating the traffic.  Okay, now once you're doing

6    that, then you just repeat.

7              Now, here's the thing.  Even if you only did

8    two Titanium sales per month, you would still get a

9    Platinum sale from that, so you'd be looking at 6,600

10   from the Titaniums, $5,500 from the Platinum.  Okay,

11   so it's still close to an extra $12,000 per month or

12   an extra $145,000 per year.  Okay?  So it's also good

13   to have those more conservative numbers in as well

14   because it's going to take some time to ramp this up.

15   Okay, it's not going to happen from day one.

16             Here's another one of our Diamond

17   consultants.  So Deborah Robertson, she's a retired

18   school teacher.  She'd never done anything like this

19   before.  And she said, I've already made over $71,945

20   in my spare time.  Okay, so I show you these.  I'm

21   showing you a lot of these because I want to just

22   inspire you and show you that this is real, as long as

23   you are willing to take this business seriously.

24             Okay, if you're working with your business

25   coach and you're -- you're doing what they -- the

**PX 22**              FTC-MOBE-002225



1    assignments they advise you to do each day and you're

2    watching the lessons, you're taking this seriously,

3    this business can truly change your life.  Okay, you

4    have something very powerful in front of you.  How

5    much you make with it, though, it's going to come down

6    to, number one, where you position yourself in our

7    comp plan; and, number two, what do you do on a day-

8    to-day basis to build your business.  Okay?

9            Now, what happens when you make your first

10    Mastermind commission?  I want to just play this for

11    you, just really also for your entertainment.  So

12    sometimes several years ago, we started making a lot

13    of Mastermind sales, and I decided I wanted to

14    congratulate people and just surprise them on the

15    phone.  So I started calling them.  Every time I would

16    see a Mastermind sale come in and I would say, hey,

17    congratulations, you just made $3,000, because back

18    then, Titanium used to only pay $3,000.  We actually

19    increased the commission.  Now it's 3,300.

20            But I would call them back and I would

21    congratulate them.  Now I can't do that because

22    there's just way too many people to call, otherwise, I

23    would be on the phone all day.  So now I have other

24    people doing those -- those calls.  But when you make

25    your first Mastermind commission, this -- this is



**PX 22**            **FTC-MOBE-002226**

60

1     roughly what you can expect.

2          I'm going to play a short little recording

3     here.  This is myself calling back one of our Diamond

4     consultants, Scott Smith.  He is from Perth,

5     Australia, my -- my home town.  And this was the first

6     big commission he made with our program.  So I sent

7     him a message on Skype.  I said, hey, Scott, do you

8     mind if I just call you about something.  And I didn't

9     tell him, and this is the recording.  Have a listen to

10    this.

11          **(Skype recording played as follows.)**

12          MATT LLOYD:  All right, so, guys, I am about

13    to call one of our Platinum members.  His name is

14    Scott Smith, and Scott is actually in Perth,

15    Australia, where I'm from, and I'm going to call him

16    now and just tell him some good news.

17          SCOTT SMITH:  Yeah, mate.

18          MATT LLOYD:  Hi, Scott, how you doing?

19          SCOTT SMITH:  I'm all right.  Yourself?

20          MATT LLOYD:  Pretty good.  Scott, I've only

21    got a minute.  I'm reading this, by the way.  I hope

22    you don't mind.

23          SCOTT SMITH:  No, no, that's fine.

24          MATT LLOYD:  Yeah, what -- what do you think

25    I'm calling you about?

**PX 22**              **FTC-MOBE-002227**

1          SCOTT SMITH:  Well, it's definitely not to

2     take me to dinner, so I'm not sure.  I've never had a

3     call before, so I'm a tiny bit nervous.

4          MATT LLOYD:  Okay.  Well, I'm calling you to

5     tell you that you just made $8,000.

6          SCOTT SMITH:  Ooh -- oh, you're recording.

7     Really?  (Inaudible).

8          MATT LLOYD:  Yeah.

9          SCOTT SMITH:  You're dealing with a plumber

10    here, so (inaudible) are you joking?

11         MATT LLOYD:  No, I'm serious.  You got a

12    Titanium and Platinum.  We just -- we just found out

13    from the phone rep.

14         SCOTT SMITH:  Oh, wow.  (Inaudible) girls in

15    the background.  Woo-hoo.  I'm trying to refrain and

16    restrain a bit.  Yeah, wow.  That's insane.

17         MATT LLOYD:  Yeah, it's great.

18         SCOTT SMITH:  Oh, mate.  Oh, I'm numb.  I'm

19    shaking.

20         MATT LLOYD:  Yeah.  I'll -- I'll call you

21    back after this and I'll tell you who it was, but,

22    yeah, one of our level two reps got it just now --

23         SCOTT SMITH:  Oh.

24         MATT LLOYD:  -- just found out.  So, yeah,

25    it's great.

**PX 22**                    **FTC-MOBE-002228**

1          SCOTT SMITH:  Oh, mate, you're awesome.  I

2     never thought I'd ever get this sort of success

3     straight out of the bag, and -- and all; I've started

4     from scratch with this one as well.  So I'm touched.

5     (Inaudible) and I've done that from scratch.  So --

6          **(Skype recording ends.)**

7          MATT LLOYD:  Okay.  So you just heard that.

8     I mean, I even -- listening to it now, it's been years

9     since I made that call, but there's nothing more

10    exciting than making your first high-ticket

11    commission.  And I remember when I made my first one,

12    I made 15,200 Australian in one day.  There's no

13    better feeling.  So when you get your very first

14    Titanium, Platinum, or even Diamond $10,000

15    commission, you're probably going to get a call just

16    like that.  Okay, it will be from someone in -- in

17    MOBE headquarters will call you and we'll say

18    congratulations, you just made a $10,000 commission.

19    Okay?

20          Now, here's another person who has also

21    recently started getting a lot of these calls.  Her

22    name's Aik Hoon Chan.  She's from Singapore.  And Aik

23    Hoon, the first thing that she will tell you is that

24    she is not a technical person when it comes to the

25    internet marketing.  And the reason why I love telling

**PX 22**          **FTC-MOBE-002229**

63

1     people that is because it proves that you don't have

2     to be -- she's crossed over $100,000 in commissions --

3     actually, I think she's over $200,000.

4          She's -- she's done incredibly well.  She's

5     got the MOBE Motors car.  And this is an old photo of

6     her getting her check on stage.  But Aik Hoon has done

7     incredibly well.  She continually is investing in her

8     own education, getting to live events, getting

9     involved in Masterminds, and it's paying.

10         Okay, Dale Bundy you've already met.  We

11    introduced you to Dale, 78 years young.  Dale, I

12    called him to congratulate him on making a $10,398

13    commission, and that was also on the back end with, I

14    believe, two Mastermind programs combined.  And they -

15    - they were -- they paid it off over a week or

16    something like that.  So he made over $10,000 on that

17    particular day.

18         I would love to -- to share all these with

19    you, and I could literally spend the entire webinar

20    just showing these case studies, which I'm not going

21    to do because I think you -- you understand the point,

22    but if you go to MOBEinspiration.com, you should be

23    getting these videos every single day.  If you're not,

24    please do this now.  Just go to MOBEinspiration.com

25    and opt in, put in your email address.



**PX 22**          **FTC-MOBE-002230**

64

1       But every single day, when we call back

2    people and we congratulate them on making a -- a

3    Mastermind commission, we record it, and we actually

4    put it here on this website.  And as you're going

5    through the 21 steps, it's good to be listening to

6    these just to keep yourself in the right mind set, to

7    realize that you really can do this.  People are doing

8    it from all over the world.  People who don't have

9    anything that you don't have yourself.  If they can do

10    it, then you can, too.

11       Okay, so for the first time in the history

12    of the direct sales industry, you can have the best

13    closers in the industry working for you.  You can have

14    training on how to get the leads.  After the 21 steps,

15    we'll take you through that.  You have the chance to

16    make $3,300, up to $10,000 commissions, without any

17    additional work on your part.  And this is not part of

18    the Gold Masterclass program as well.  I want to be

19    clear on that.  If you are a Silver or Gold

20    Masterclass client, this is the next level, okay?  So

21    making these commissions is the next level.  And

22    getting involved with Titanium to Diamond is how you

23    do that.

24       Okay, just like Diamond Consultant Carolina

25    Millan.  She got started way back in 2012, and this is

**PX 22**          **FTC-MOBE-002231**



1    a very old photo from 2013, her first big check

2    $20,000.  She's from -- again, she's from Chile.  And

3    so she didn't come to this live event, it was too far

4    to travel.  So her next check was for over $37,000 a

5    few months later, again 2013.  She still did not show

6    up to the live event to collect it.

7          Finally, I got her to attend the live event

8    with this amount.  This was enough money for her to

9    justify the flight, and she -- she got over $72,000 at

10    this live event.  And from there, it just continued to

11    go up and up.  She got her six-figure ring, crossed

12    $400-, crossed $500,000.  So now she's well on her way

13    to her first million dollars as a MOBE Diamond

14    consultant.

15          Here's my question to you.  I've shown you a

16    lot of success stories.  Will you be the next MOBE

17    success story?  Some of you watching this right now

18    you're -- you're sitting behind your computer,

19    somewhere around the world.  It could be on the other

20    side of the planet, listening to my voice right now,

21    and you're nodding your head up and down and saying,

22    yes, I'm going to be one of those people.  If they can

23    do it, so can I.

24          Okay, and that really is true, but you've

25    got to set that intention from the very start.  Okay,

1    you've got to set the intention, are you going to be a

2    Platinum certified consultant?  Are you going to be a

3    Diamond certified consultant?  You set that

4    expectation with yourself, and then you live up to it.

5             Okay, so I want you to picture this.  I want

6    you to picture yourself six months from now.  You're a

7    Diamond certified consultant.  You're making good

8    money in your business.  You just received a call from

9    someone here at MOBE headquarters, and they

10   congratulated you on making $5,500 on a Platinum

11   Mastermind commission.  And you think, great, okay,

12   this month is going really well.  That's the second

13   one I've had so far this month.  I've had some

14   Titaniums as well.  Soon I'm going to get a Diamond

15   commission of $10,000.  Everything is going really

16   well.

17            Okay, financially, you're in a completely

18   different situation that you're in right now.  And I

19   want you to picture that for a second because the more

20   that you can hold this image in your mind of what that

21   life will be like, the better motivation you're going

22   to have to go and build your business.  Okay, you've

23   got to keep that -- that vision of what your life will

24   be like once you're positioned as a Diamond certified

25   consultant.  Once you're making this good money,

**PX 22**          **FTC-MOBE-002233**



1    you've got to have that vision, very crystal clear,

2    that's going to actually serve as your motivation

3    throughout the day, okay?

4           So let me tell you about how you're going to

5    get involved in these programs.  So the first program

6    is the Titanium Mastermind.  Titanium is all about how

7    to scale your annual revenue to higher levels.  So how

8    to not just get to six figures, but how to get to

9    seven figures, eight figures, and beyond.

10          Now, I want to be very clear.  What you

11   learn at the Titanium Mastermind is applicable to any

12   business.  So when you show up to any MOBE Mastermind,

13   the training is not just for MOBE consultants, okay?

14   It's not like it's all tailored around making more

15   money as a MOBE consultant.  It's actually tailored

16   around small business in general.  So whether you're a

17   hairdresser, whether you're a mechanic, whether you

18   have an online business, or some offline business, you

19   will be able to take this training and apply it to

20   your business, whatever industry you're in, and you

21   will be able to scale your revenue.  That's how our

22   Masterminds are set up, okay, they are for all small

23   business owners in any different category because most

24   of your clients, that's -- they're going to be in

25   industries across the board, okay?  They're not all

**PX 22**                    FTC-MOBE-002234

1    going to be MOBE consultants doing what we're doing,

2    high-ticket affiliate marketing.

3    So I want to show you a short little video,

4    and then I'll be right back.  A short video that

5    explains what Titanium is about, and it just shows you

6    what it's going to be like when you attend.  Let's

7    have a look.

8    **(MOBE Titanium video shown as follows.)**

9    MATT LLOYD:  Over the course of four nights,

10    you're going to be masterminding with some of the top

11    marketers on the planet and all of your fellow

12    Titanium members.  Once you arrive, we'll pick you up

13    from the airport, you and your spouse or your business

14    partner.  The ticket is actually for two people.  It's

15    all-inclusive, all expenses paid, literally

16    everything.  Your accommodation, food, entertainment,

17    drinks, it's all included.

18    So what are you going to be learning when

19    you come to the next Titanium Mastermind?  We've done

20    Masterminds in Cabo San Lucas, Mexico, Fiji, Costa

21    Rica, all over the world, really, and I've always

22    wanted to do a Mastermind here in the Dominican

23    Republic.  So I flew in a few days ago for the first

24    time to begin planning out the whole event.

25    I've been looking at all the different

1      resorts, testing out the food, the activities.  I see

2      how they treat their guests, and I make sure that it's

3      the right size for our type of Mastermind.  I only

4      choose the best because our Titanium members deserve

5      the best.

6              So think of Titanium as being part holiday.

7      It's a chance for you to treat yourself.  You've been

8      working hard, and think of this as your luxury

9      getaway.  You'll be in excellent company, too.  With

10     the speakers we fly in, you'll be masterminding with

11     some of the best marketers on the planet.  These are

12     people who've sold hundreds of millions of dollars, in

13     some cases billions of dollars of their products and

14     other people's products, not just through the

15     internet, but through all kinds of different marketing

16     mediums.

17             In the past, we've had marketers like Joe

18     Sugarman, Mike Keenigs, Kevin Harrington.  And I'm

19     always trying to bring you the very best trainers I

20     can find.  So expect to learn from some very

21     successful business leaders when you show up. And

22     believe me, I know from experience, some of my most

23     profitable joint ventures have come from people I met

24     attending masterminds like this.

25             I'm talking about partnerships that have put

**PX 22**          **FTC-MOBE-002236**



1    hundreds and hundreds of thousands of dollars in my

2    pockets and in their pockets, too.  The same thing can

3    happen for you, too.  It's why you want to make sure

4    you get to this Mastermind.  So whatever you do, do

5    not put this off until one day.  One day never comes.

6    Do whatever you need to do to get your ticket to

7    Titanium Mastermind, book your flight, and show up.

8            It's very rare that you get to come to a

9    place like this and spend a few days with several

10   hundred other entrepreneurs.  And it's rarer still

11   that you also get to have multiple million-dollar

12   earners teaching you, sharing with you insider

13   strategies and getting to really rub shoulders with

14   them in this kind of environment.  It just doesn't

15   happen that often.  This one event will have more

16   impact in your business than any other you've ever

17   attended.  I promise you that.

18            **(Titanium Mastermind video concludes.)**

19            MATT LLOYD:  So there you have it.  I hope

20   you can see yourself at the next Titanium Mastermind.

21   We do three of these per year, minimum.  Okay?  Now,

22   if you want more details, write this down:

23   MOBE.com/titaniumdetails.  MOBE.com/titaniumdetails.

24   And you can get the dates and the location of the next

25   Titanium.  And when you come to Titanium, it's four

1    nights all expenses paid for one person, okay?  So

2    four nights, all expenses paid.  That's your food,

3    drinks, entertainment.  You just show up to the

4    airport, and then we'll pick you up from there.  And

5    everything's covered, okay?  From that point on, we --

6    we cover what you need.

7          Now, you're also going to get access to the

8    Titanium-level commission, so that's $3,300, and you

9    become a Titanium certified consultant upon

10   completion.  This is one of the main reasons why it

11   makes sense.  When you can go out there into the

12   marketplace and say you are a Titanium certified

13   consultant, it just has a lot -- a lot more

14   credibility behind it than you saying that you're just

15   a Silver or a Gold certified consultant, okay?  So

16   you'll be able to say you're Titanium certified.

17         You're making the additional $3,300

18   commissions.  So it suddenly means that if you're

19   making Silver and Gold commissions every month, now

20   it's extra found money that didn't require any extra

21   work because you -- you already had the lead flow

22   there.  Okay, it's already being offered to your leads

23   in the back end regardless.  The only difference is

24   are you in a position to capture those commissions.

25   But when you attend the Titanium Mastermind, when you

**PX 22**          **FTC-MOBE-002238**

1     from the very start.

2              Now, included with Titanium, you also get

3     five private 30-minute, one-on-one sessions with a

4     MOBE traffic coach.  Now, this will happen after you

5     get through the 21 steps.  You complete the 21 steps,

6     you're going to get an additional five one-on-one

7     sessions with a MOBE traffic coach.  We provide this

8     because we want to give you every possible advantage

9     you could need when it comes to going and generating

10    traffic and getting your business up and running.

11             So you won't be left alone.  You actually

12    have someone who will work with you, and you'll set

13    yourself an appointment with them, and you can do

14    these goals every week, every two weeks, every month.

15    That's going to be up to you, but they will show you

16    how to start generating traffic.

17             Okay, you also get the done-for-you videos.

18    So we'll be sending you done-for-you videos on a

19    regular basis.  You can take these videos and you can

20    actually use them in your marketing.  Now, this is for

21    people who are in the monthly MOBE consultant program,

22    which is 19.95 per month.  That will be at the end of

23    the 21 steps.  If you decide you want to come onboard

24    as a MOBE consultant, there is the monthly consultant

25    fee.  And I already told you about that earlier on in

**PX 22**          **FTC-MOBE-002239**

1    fee.  And I already told you about that earlier on in

2    the 21 steps.  But I also just want to make that

3    crystal clear.

4            But with that, you will also get the done-

5    for-you videos, okay, which covers that more than --

6    than a hundredfold.  If you use these videos and go

7    and use them for your marketing, they're going to

8    really help you.

9            Here's what makes Titanium incredible.  When

10   you get involved in the Titanium Mastermind, you're

11   not just getting the Mastermind itself.  You're

12   getting access to the Titanium curriculum of live

13   events.  And there's a lot of live events included.

14   You don't have to go to them all at one time.  Okay,

15   you actually have these -- with these programs, you

16   have a lifetime access to attend -- to attend one of

17   them.  So if you can't get to the Leverage Summit,

18   which I'll tell you about in just a moment, for

19   another nine months, that's fine.  Okay, that's

20   completely fine.  But you will get the ticket for

21   every single one of these included with your Titanium

22   Master mind (inaudible).

23            So let me tell you about each of these live

24   events.  You have the Traffic Summit.  The Traffic

25   Summit is a $3,000 event.  Actually, it's $2,997.

**PX 22**          **FTC-MOBE-002240**



1    That is the retail ticket price.  Now, if we sell this

2    for you to one of your leads, you're going to make

3    $1,500.  That's your commission, so that's nice.

4         But what's nicer is actually attending the

5    live training.  This is three days of traffic

6    training.  Okay, so you have some of the best traffic

7    experts coming in.  We fly them in from all over the

8    world, and you are sitting there for three days and

9    they're showing you all of their secrets, okay?  So

10   that's the traffic summit.  You won't have to pay for

11   this if you're a Titanium Mastermind client.  You

12   actually just show up and -- and get it for free.

13        You get the Conversion Summit.  The

14   Conversion Summit is all about how do you increase

15   your conversions.  So getting traffic is nice; this is

16   how you bump up your earnings per click, okay, how

17   you're able to convert better.  This is also a $3,000

18   live event.  You get to attend this for free as a

19   Titanium Mastermind member.

20        You've got the Leverage Summit.  The

21   Leverage Summit is all about how to get more done with

22   less, how to outsource, how to use automation.  This

23   is -- is definitely related to scaling.

24        You've got the Sales Summit, so how to

25   increase sales, whether you're selling or you have



**PX 22**        **FTC-MOBE-002241**

1    staff who are selling.  Again, all of these are

2    applicable to any business, whatever industry you're

3    in.  This will help you -- all of them will help

4    you -- if you're a MOBE consultant, but if your main

5    income source is not going to be promoting the MOBE

6    events or the MOBE programs and you're just buying

7    them because you want to get the -- the education, as

8    many of our -- our clients do, all of this, this will

9    be applicable to you in any industry.

10           And then you have the Joint Venture Summit.

11   This is also a $3,000 event included with the Titanium

12   Mastermind.  This is all about how to do big joint

13   ventures.  So if you want to get the attention of

14   someone who's making seven, eight figures per year,

15   they've got an enormous list, a lot of influence in

16   their industry, and you want to partner with them and

17   do some kind of joint venture, you will learn how to

18   do that, among other things, at the Joint Venture

19   Summit.

20           Okay, so all of that's included with the

21   Titanium.  Also, we're going to give you a free month

22   of the Titanium Inner Circle Newsletter.  So if you're

23   already getting the Silver and Gold Inner Circle

24   Newsletter, these -- this one here, the Titanium Inner

25   Circle, this will be included for the first month for



1    free, okay?  And included in that is a CD or a audio

2    file.  Sometimes we put it on a USB stick instead.

3    It's called the "Ask the Expert" Titanium Series.  So

4    that's included as well.

5            So that's Titanium.  Titanium is great.

6    Titanium is all about scaling.  For some of you,

7    though, you already know you want to be at the

8    Platinum Mastermind level.  So let me tell you about

9    Platinum.  Platinum is where you're going to be guided

10   by the wealthiest and most powerful mentors to

11   maximize your wealth.  Platinum is six nights.  It's

12   all about investing.

13           Now, you may be thinking or you might be

14   wondering, what if I don't have a lot of money to

15   invest right now.  Then that means it's the perfect

16   time for you to learn about investing.  You want to be

17   in a situation where you know what to do with your

18   money before you get it, when it comes to investments,

19   rather than having money come in so fast and then

20   unexpectedly sitting in your bank account and you

21   don't know where to invest it.

22           People who find themself in that situation

23   often end up doing what?  They spend the money.  It

24   slips through their fingers because they don't know

25   where to put it.  They don't know where to invest it.



**PX 22**            **FTC-MOBE-002243**

1       So you want to get this training before the money

2       comes.

3               So let me tell you about what the Platinum

4       Mastermind will do for you, and I'm going to show you

5       a short little video.

6               **(MOBE Platinum video shown as follows.)**

7               MATT LLOYD:   So the Platinum Mastermind is

8       an all-inclusive, six-night retreat in paradise with

9       one simple goal:  to help you grow and protect your

10      wealth.  Most people go through their lives and they

11      never come close to achieving true financial freedom.

12      And it's not because they can't or because it's

13      difficult.  It's because they don't have the right

14      beliefs, habits, and behaviors when it comes to money.

15      And Platinum is all about changing that.

16              Speaking from personal experience, I can

17      tell you that once I made these changes, money became

18      very abundant, and my life changed forever.  Platinum

19      will show you how to make your money work for you,

20      rather than you working for your money.  Now, in order

21      to do this, we're going to train you on two things.

22      The first is we're going to give you the right mind

23      set; and the second is we're going to give you the

24      right tools when it comes to creating wealth.  Tools

25      like learning how to invest in real estate, in the

**PX 22**        **FTC-MOBE-002244**





1    stock market, precious metals, and various other asset

2    classes.   So we're going to show you all of that at

3    Platinum.

4             Combined with a good asset protection

5    strategy, you'll be able to create a very secure

6    future for you and your family.   Now, as far as the

7    Platinum trainers go, we're going to be flying in some

8    of the brightest minds on the planet when it comes to

9    creating and growing your wealth.   They're going to be

10   talking to you about various different asset classes,

11   and I myself will be talking in-depth about getting

12   the mental foundations in place to create true wealth

13   and the same principles I used to become financially

14   free by age 25.

15            Not only will you learn from the Platinum

16   trainers, you will rub shoulders with them at the

17   meals, by the pool, and at the bar.   You can ask them

18   questions one-on-one that you don't want to ask in

19   public.   And who knows what gem they'll share with you

20   to trigger a turning point in your life.

21            Not only will you be able to network with

22   the speakers, but you'll also be able to network with

23   your fellow Platinum attendees as well.   I've seen

24   connections come out of these Masterminds that have

25   led to six- and seven-figure deals, so don't



**PX 22**          **FTC-MOBE-002245**

1    underestimate the value of this.

2          Now, you might be wondering at which resort

3    this event is going to be taking place.  Well, I came

4    here last year to start looking at all the different

5    resorts, and the one I settled on was the Shangri La.

6          After hosting Masterminds in resorts all

7    over the world, I can honestly say that the rooms here

8    are some of the nicest I've ever seen.  The first

9    thing I like to test when I'm looking at the rooms are

10   the beds.  No matter how nice the room is, if the bed

11   is uncomfortable, you're not going to be happy.  And

12   these ones are just right.

13             **(Titanium Mastermind video concludes.)**

14          MATT LLOYD:  All right, so there you have

15   it.  That's the Platinum Mastermind.  It's five days,

16   six nights.  The six nights are all expenses paid.

17   Now, these are held at really nice, incredible, four-

18   and five-star resorts around the world.  We've done

19   Platinum Masterminds in -- in Costa Rica, Curacao,

20   Malaysia.  We've done them in -- I mean, I think we've

21   been to about six or seven different countries now

22   with Platinum Masterminds.  Fiji twice.  I forget all

23   of them now.  We've been to so many different places.

24          But you'll be able to attend the Platinum

25   Mastermind.  It's all expenses paid for one person --

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002246**

80

1    food, drinks, entertainment, all of that.  After you

2    complete the Platinum Mastermind, you will also be

3    able to say that you are a Platinum certified

4    consultant.

5         Now, if you decide to get involved in

6    Platinum right now, you can still say that you are a

7    member of Platinum, okay, so you can still tell people

8    that you're a Platinum member, a Platinum consultant.

9    But once you've actually been to the Mastermind, then

10   you will have a chance to get certified, okay, and

11   we'll tell you more about that a little bit later on.

12   You can also talk to your coach about that.

13        But when you get involved with Platinum, you

14   unlock the Platinum commissions, and they are $5,500.

15   Now, included with Platinum is an additional eight

16   private, one-on-one coaching sessions with a MOBE

17   traffic coach.  Now, I just told you that you get --

18   you get five of these with Titanium.  You get an

19   additional eight with Platinum.  They're not

20   cumulative.  They -- they are actually separate.  So

21   if you decide to get Titanium and Platinum, you would

22   end up with 13 one-on-one sessions.  And you can

23   spread them out over one per week, so you'd get

24   through those in about three months, but you'd have

25   that ongoing support, which I know is what a lot of

**PX 22**          **FTC-MOBE-002247**



81

1    people need and want.  They want that ongoing support

2    so they know exactly what to do to get results in

3    their business.

4           Now, with the Platinum Mastermind, you also

5    are getting access to the Platinum curriculum of live

6    training events.  So you attend the Platinum

7    Mastermind, but then you will have the -- the

8    opportunity to also attend the Platinum live events

9    like the Real Estate Investing Summit, the Precious

10   Metals Investing Summit.  Let me tell you about some

11   of these events.

12          So, for example, the Real Estate Investing

13   Summit, this is a three-day live event.  It normally

14   sells for $2,997.  Now, if we sell any of these for

15   you, you're going to make $1,500.  At the Real Estate

16   Investing Summit, you're going to learn all about how

17   to invest in real estate -- residential real estate,

18   commercial estate.  All of these trainings are

19   tailored towards people who've never done these

20   strategies before.  But even if you have done these

21   strategies before, there still is more advanced

22   training that will be covered.  Okay, so there's

23   something for everyone when you attend these live

24   training events.

25          I, myself, I got involved in real estate not

**PX 22**          **FTC-MOBE-002248**

1    really that long ago.  So I'm not one of the main

2    trainers at this conference.  I actually bring in

3    people who -- who do this for a living and do it on a

4    very big scale.  But I started investing in real

5    estate not that long ago.  I invested in my first

6    resort.  I have invested in quite a bit of commercial

7    property across Asia, so offices and so on.  Some very

8    nice apartments, too, so some residential as well.

9         But I've started investing more and more of

10   my money into -- into real estate, just because it's a

11   -- it's just a good long-term asset class to be in.

12   And if you look at the *Forbes* -- the *Forbes* top 100

13   wealthiest people on the planet, you probably already

14   know this.  Many of them made a significant amount of

15   their money through real estate.

16        Now, in addition to that, you also get

17   access to the Precious Metals Investing Summit.  Now,

18   this one's one of my favorites.  I don't know if

19   you've ever invested in gold or silver before, but I

20   got into investing in gold, and I'm talking about the

21   physical gold bullion itself, okay?  Not -- not

22   options on it or anything like that, actually buying

23   the physical gold that you can hold.  And I started

24   investing a fairly significant amount several years

25   ago, and I've been doing it ever -- ever since.

**PX 22**                    **FTC-MOBE-002249**

83

1          But at the Precious Metals Investing Summit,

2     we show you exactly where to go if you want to start

3     investing in precious metals, how to avoid overpaying,

4     how to make sure that you're paying fair reasonable

5     prices, everything you could ever want to know.  So a

6     lot of people are -- are wary of investing in gold or

7     silver because they don't understand it, okay?  But

8     once you attend any of these -- these live events,

9     you're going to get a very good solid grounding on --

10    on exactly what you need to do.

11          And, again, the people teaching you, not

12    just here, but at any MOBE live event, we don't bring

13    in speakers who teach for a living but never do.

14    Every single speaker that we ever put in front of you,

15    these are people who -- who actually do this, do these

16    strategies in their own life, and they know what

17    they're talking about.

18          So I have even done segments before at the

19    Precious Metals Investing Summit, and I don't claim to

20    be an expert, but I've -- I've invested some pretty

21    significant amounts into precious metals.  So for

22    someone who's brand new at it, I -- I tell them

23    exactly where to go, how to get started, all the --

24    the fears and concerns that I had when I was new to

25    investing in gold.  So if you want to learn how to do

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002250**

84

1       that, we'll show you.

2              The Stock Market Investing Summit.  So if

3       you want to invest in stocks, in different companies,

4       we show you that as well.  Now, any advice that we

5       give to you, you always want to go and check with your

6       own -- your own experts, of course, go and talk to

7       your own accountant and qualified financial advisors.

8              At these live trainings, we show you -- the

9       speakers show you what -- what they're doing in their

10      own life.  Okay, so they share what they do, and then

11      it's up to you if you want to go and model them.

12      That's -- that's completely on you.  But at the Stock

13      Investing Summit, we teach specifically a concept

14      called value investing.  And this is what one of my

15      main mentors, Warren Buffett, the famous billionaire

16      investor, this is what he uses, and he learned from

17      his mentor, Benjamin Graham, okay?  So this is what we

18      teach at the Stock Investing Summit.

19             Now, we also have the Prosperity Mind Set

20      Summit as well.  I recommend that you attend this one

21      first, if you can, before any of the other ones.  This

22      is all about mind set.  It's three days on wealth

23      prosperity mind set.  And you might think, well, what

24      -- what could you possibly cover in three days.  Well,

25      we -- we can talk about this for weeks because this is

**PX 22**                    **FTC-MOBE-002251**

85

1    just such a critical part of becoming financially

2    free, getting the mind set right.  So you also have

3    access to that.

4           And then you have the Asset Protection

5    Summit.  Here's the one thing that I can guarantee

6    you.  You start making really good money, and I'm

7    talking multiple six, multiple seven figures.  At some

8    point, you're going to have a situation where your

9    assets could be in jeopardy because some individual or

10   something is coming after your -- your wealth that

11   you've worked so hard to achieve.

12          And I don't want to alarm you, and you

13   probably have already heard about it, you're aware of

14   that.  But my point is, from the very start, even

15   before you've started making all of this money, you

16   need to be thinking from the very start, how am I

17   going to protect my assets that I'm working so hard

18   for for myself and for my -- my family's future.

19          So often people say they -- they say, Matt,

20   this is great, but I don't -- I don't yet have a lot

21   of money, so why -- why would I start learning about

22   offshore banking and -- and legal structures I can use

23   to protect my -- my wealth, why would I do that right

24   now, I don't have any money yet to -- to do that for.

25          And I say, well, that's -- that's exactly

**PX 22**              **FTC-MOBE-002252**

1    why you need to be doing this right now, okay?

2    Because you don't want to be getting this training

3    after you've acquired some money.  I'll tell you a

4    quick story.

5            In 2009, when I started really getting

6    serious about this business, about internet marketing,

7    I didn't set myself up with the right corporate

8    structure from the very start.  So I was operating a

9    sole proprietorship in Australia.  And I didn't really

10   care because I wasn't making a lot of money in the --

11   in the beginning.  So I didn't have a lot of money to

12   pay taxes on.

13           But when I did start making money, it came

14   in so fast, so rapidly, that I was just scrambling to

15   keep up.  And the last thing on my mind was taxes and

16   bookkeeping, okay?  I was just focused on growing the

17   business and keeping up.  So I ended up getting a

18   bookkeeper finally to try and get all the taxes in

19   order, and I ended up paying several hundred thousand

20   dollars in additional taxes that I wouldn't have

21   needed to pay if I had had the right corporate

22   structure from the very beginning, which would have

23   cost me less than $2,000 at the very start.  That one

24   mistake ended up costing me hundreds of thousands of

25   dollars, just from my ignorance of not knowing this

**PX 22**          FTC-MOBE-002253

1     back when I started.

2             So I share that with you just so you know

3     that, again, you want to get this training from the

4     very start.  Don't be the person who says, oh, I'll

5     wait six months or a year from now before I get the

6     training.  Get the training from the very start.

7             Now, at Platinum, you also get a

8     complimentary ticket to the Home Business Summit.

9     It's a three-day live event that we do.  So we do that

10    all over the world.  If you're in America, we -- we do

11    that from state to state, so it probably won't be that

12    long before we -- we do come to your state.  But we

13    also do them in Australia, the U.K., across Asia, and

14    we're -- we're constantly expanding into other

15    markets, too.  So you'll have a free ticket to attend

16    that.

17            And this is the one that I think you'll be

18    interested in, a free ticket to attend the Super

19    Charge Summit.  Now, this is a three-day live training

20    event.  The -- the content is a little bit more

21    advanced than what's taught at the Home Business

22    Summit.  This is three days focused specifically on

23    what you need to do as a MOBE consultant to take your

24    earnings to the next level.  And the people who teach

25    you at the Super Charge Summit are our top earners.

**PX 22**          **FTC-MOBE-002254**

1     They are the people who have made over a million

2     dollars and above.  We fly them in and they're --

3     they're teaching you for three days.

4              Now, there's also the Platinum Inner Circle.

5     You get to try this out for the first month for free

6     with the Platinum Mastermind.  So that's -- you're

7     going to love that.  That will arrive at your doorstep

8     every month.  That includes the "Ask the Expert"

9     Platinum Series as well.

10             With Platinum, you're making $5,500.  Now,

11    your Platinum income stream will usually match your

12    Titanium income stream because, on average, you're

13    usually selling around two Titaniums for every

14    Platinum, okay?  So they -- they roughly match each

15    other.  So it's like having an additional Titanium

16    income stream basically.  And it adds a lot more to

17    your -- to your revenue every single month, provided

18    that you're sending through the front-end buyers.

19    Remember that.  It's your job to focus on filling the

20    funnel.  As long as you do that consistently every

21    month, then there's no reason why you can't experience

22    the back-end commissions.

23             Now, all of this is great, but part of the

24    reason why you get involved in business is to want to

25    get free of it, to have this life of -- of true

1    financial freedom.  And it's all very good to -- to

2    dream about it, but not many business owners actually

3    get to live it, not many business owners actually

4    achieve that reality.  And that's what the Diamond

5    Mastermind is all about.  Diamond is about creating a

6    real business that you can be in a position to sell if

7    you want, and not just creating another job for

8    yourself.

9          Okay, your business should not require you

10   to be constantly chained to it day to day.  In the

11   very beginning, it usually is like that, okay, but at

12   some point, you're meant to be able to get free of the

13   business.  That is the whole objective.  Never lose

14   sight of the objective.  Okay, remember that from the

15   very start.

16         The whole reason you get in business is for

17   it to free you rather than for it to constrain you.

18   So that's exactly what the Diamond Mastermind is all

19   about, okay?  It's about your exit strategy; it's

20   about the end game, how to achieve your big payday.

21         We -- we have people who -- who come and

22   speak at the Diamond Mastermind who sold their

23   companies for $50 million and above.  These are people

24   who know how to build companies; they know how to --

25   how to actually exit them.  And these are strategies

**PX 22**          **FTC-MOBE-002256**

90



1    that you -- you might think are so far beyond where --

2    where you are right now that they're not really

3    relevant to you.

4         But, again, I say to you, it's better to get

5    this training from the very start, so you know what

6    your end game is, rather than waiting until you get to

7    that situation and not knowing what to do.  I mean,

8    I'm -- I'm constantly reading biographies and

9    autobiographies of billionaires and -- and just

10   learning what do they do at that level.

11        And even though I'm -- I'm not at that level

12   yet myself, I don't just discard that training and

13   say, oh, well, I'll -- I'll start learning about that

14   once I -- once I'm a billionaire.  I don't -- I don't

15   think like that.  I think instead, I want to learn

16   from people, and I want to learn the kind of training

17   that's at the level that I aspire to, that I'm trying

18   to get to.  Okay, and I want to learn about it today

19   so that when I do get close to that level, I know what

20   I -- what I need to do, okay, and that's the approach

21   that I recommend you have.

22        So I'm going to play for you a short video

23   which explains what the Diamond Mastermind is all

24   about.

25             **(MOBE Diamond video shown as follows.)**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002257**



1          MATT LLOYD:  Hi, there.  My name's Matt

2     Lloyd, and I want to tell you about our most recent

3     Mastermind we did here in Bali, Indonesia, the Diamond

4     Mastermind.  Bali's one of the most beautiful

5     countries I've ever been to, and when I first saw it,

6     I knew immediately I wanted to do the Diamond

7     Mastermind here.  The people here are incredibly

8     friendly.  This is very much a tourism-orientated

9     country, so when you come here, they treat you like a

10    king.

11          Now, of course, the Diamond Mastermind is

12    all-inclusive.  That means food, drinks,

13    entertainment, accommodation, everything is covered.

14    Attendees just arrive; we take care of everything from

15    that point.

16          Now, attendees get to experience Bali.  Now,

17    if you don't know already, the Diamond Mastermind is

18    where we work with our clients over ten days to create

19    the most important asset in their business, their

20    sales funnel.  Your sales funnel is by far the most

21    important asset in your business.  I mean, think about

22    it.  This is how you attract, retain, and have your

23    customers ascend to your higher value, more expensive

24    programs.

25          So it really is the heart and center of your

**PX 22**                    **FTC-MOBE-002258**

92

1    business.  A good sales funnel can literally be worth

2    millions of dollars, and our Diamond clients get that.

3    That's why some of them flew in as far as 35 hours

4    just to be here with us.

5         The reason why they do this is they

6    understand the value of having a high-converting sales

7    funnel that's going to bring them customers on auto-

8    pilot.  So that's why they make the investment, and

9    that's why they're here.

10        One of the most valuable things that people

11   get from coming to Diamond is we actually create their

12   first information product with them, so that when they

13   leave, they now have an e-book, they now have a high-

14   converting sales video and sales letter that they can

15   send their traffic to and get sales.

16        Now, we also set up an automated sales

17   webinar that people can promote.  It plays

18   automatically every single night, making them sales

19   for their own high-ticket coaching program.  The other

20   thing that our Diamond clients get is we fly in our

21   top videographers and our photographers, so we craft

22   an entire branding package around them.  I'm talking

23   professional branding videos, professional photo

24   shoots, the whole experience ready to brand them for

25   maximum success.

**PX 22**                    **FTC-MOBE-002259**

1          **(Diamond Mastermind video concludes.)**

2          MATT LLOYD:   Okay, so there you have it.

3     You can see that the Diamond Mastermind is -- is a

4     whole level above.   The Titanium and Platinum is nice.

5     They're held at incredible resorts.   Diamond takes

6     things up a notch.   Now, Diamond is 11 nights, all

7     expenses paid for one person.   That's food, drinks,

8     entertainment for 11 nights, and here's one of the

9     main reasons that a lot of people do Diamond besides

10    obviously the training they -- they get, but if

11    someone is a MOBE consultant, how powerful do you

12    think it is if they can say to others they are a

13    Diamond certified consultant?   It's incredibly

14    powerful because there is nothing above a Diamond.

15    Diamond is the pinnacle, okay?   And once you get to

16    Diamond, that's it.   There's no other -- other program

17    or certification level.   Diamond is the very top.

18          You will notice that all of our top-earning

19    consultants, I mean, some of the ones that I've been

20    showing you tonight, for example, all of them are

21    Diamond consultants, okay, because they understand

22    that in their marketing, if they can say they're --

23    they are a Diamond certified consultant, that's

24    incredibly valuable.   Okay, that just has a lot of

25    credibility; it carries a lot of weight.   If someone

**PX 22**          **FTC-MOBE-002260**



1   is thinking about getting started with you and -- and

2   someone else who's a MOBE consultant, and they know

3   you're a Diamond certified consultant and that other

4   person is only a Gold certified consultant, who do you

5   think they're going to want to work with?  You,

6   because you're a Diamond certified.  They want to work

7   with the Diamond.

8          Again, Diamond is all about your exit

9   strategy.  And someone once said to me, they said,

10  Matt, the only reason to start a business is to

11  eventually be able to sell it.  When I first heard

12  that, I actually disagreed with them.  I thought,

13  well, no, you should start a business that you're

14  passionate about, but what they actually meant was

15  that you want to create a business which is sellable

16  if you decide to sell it.

17         Now, if you decide to keep it because you

18  love it so much, just like I do with MOBE, then that's

19  great.  But when you can actually be in a position

20  where the business could be sold if you wanted, that

21  means that you created systems, processes, in your

22  business so that it runs independently of you.  You

23  become free of the business  Okay?

24         Now, I want to talk to you about what do you

25  do after you close the sale.  So after your big exit



**PX 22**          **FTC-MOBE-002261**

1    strategy, what's the next step?  Well, do you enjoy

2    your time off?  Of course you do, that's what you do

3    for a length of time, but then after that, maybe you

4    get bored.  So what do you do?  You start a new

5    business.

6          Most of us, we're entrepreneurs, and it's in

7    our blood.  We love to start businesses; we love to

8    grow businesses.  And that's why we're in this game.

9    So after you sell your business, then what you can do

10   is you can start a very lucrative consulting and

11   information marketing business in your particular

12   industry.  And I'm not talking about just internet

13   marketers.  I'm talking about any business type in any

14   different industry.

15         So at Diamond we will show you how to go and

16   start a very lucrative information marketing business.

17   And we show you how to get paid a lot of money as a

18   consultant if you would like to do that.  And I'm

19   talking about $5,000 and up per hour, okay, that kind

20   of money.  I'm not talking about a few hundred dollars

21   per hour.  I'm talking about a high-level consultant.

22         But, really, a significant portion of

23   Diamond is about how to turn this intellectual capital

24   that you've acquired through building your business

25   and whatever industry you're in into an information

**PX 22**          FTC-MOBE-002262

1    marketing business where you have your own training

2    products.  Okay, so we show you how to do that.

3            Now, when you take action and you get

4    certified at the Diamond level, you invest in the

5    Diamond Mastermind, you also get 12 private, one-on-

6    one traffic coaching sessions.  This is in addition to

7    what you get with Titanium, with Platinum.  This is on

8    top of that.  So with all of them, you will end up

9    with close to 25 traffic coaching sessions.  If you're

10   doing them every week, that means for the next 25

11   weeks or almost half a year, you're going to have

12   someone in your corner helping you place ads and

13   filling up the funnel.

14           Okay, so for Diamond certified consultants,

15   they have that ongoing support.  Now, you can ask your

16   coach about additional services that are applicable to

17   your business and that are included with Diamond, but

18   I'll just tell you about a few of them.  You also get

19   the Diamond Inner Circle monthly newsletter, so you'll

20   get to try this.  There's five Inner Circle

21   newsletters that go from Silver up to Diamond.  So

22   once you go Diamond, you're going to get all five of

23   them.  And they all come in one booklet every month.

24   Okay, so there's a lot to read there, but over a

25   month, you can get through it and -- and these are

**PX 22**                    FTC-MOBE-002263

1     incredibly valuable.  When they show up to your

2     doorstep every month, make sure you save these, make

3     sure you read them and read a few pages every night.

4          Now, included in the Diamond Mastermind is

5     also some really valuable three-day live training

6     events, and I'm just going to show you some of them.

7     Now, included in the Diamond Mastermind is also access

8     to several three-day live training events like the

9     Webinar Creation Summit, Product Creation Summit,

10    Affiliate Marketing Summit.

11         All of these live three-day summits, these

12    are at the next level, okay, so they all retail for

13    $3,000.  At this one, for example, the Event Creation

14    and Speaker Summit, you will learn how to do your own

15    live events.  So when you start your own information

16    marketing business, how to do your own live events.

17         Now, maybe you have no -- no intention right

18    now of ever speaking on stage and doing your own live

19    events.  You don't have to speak on stage.  I don't

20    speak on many stages at our MOBE live events.  They

21    all run separately than me.  You will learn how to do

22    that in your own information marketing business.

23         The Affiliate Creation Summit, this is where

24    I -- I show you how to create an incredible affiliate

25    program where you have other people out there

**PX 22**          **FTC-MOBE-002264**

1   promoting you, your brand, your products, your

2   services.  And you only pay them when they bring you

3   sales.  I don't reveal these secrets anywhere else,

4   but you will learn them at this live training event.

5           These secrets have allowed MOBE to -- to now

6   have done over $100 million in sales.  This -- this

7   alone is worth what you would invest to get -- to get

8   Diamond, this -- this one event alone.

9           You've got the Webinar Creation Summit,

10  Product Creation Summit.  You will learn how to create

11  products fast, even if you've never done it before;

12  how to get -- how to actually also get paid up-front

13  before you do the work as well.

14          So I want you to talk to your coach because

15  your business coach, and I don't have time to go

16  through all of this right now, so I'm going to skip

17  through this pretty quickly, but your business coach

18  will be able to tell you how to get over $20,000 worth

19  of free bonuses with Diamond.  Just reach out to your

20  business coach after this and just say Matt said on

21  the live training that I can get $20,000 worth of

22  bonuses with Diamond for free, how do I do that, and

23  they will tell you.

24          But let me quickly show you some of these.

25  This is one of the $10,000 bonuses, which you can

**PX 22**                    **FTC-MOBE-002265**

99



1     potentially get with Diamond again.  Talk to your

2     business coach about this, but this allows you to be

3     cobranded with me and promote the 21 steps.  The same

4     process that you're going through right now, you'll be

5     able to promote to other people and be cobranded on

6     the sales letter, as if you are a co-creator in the

7     program.

8            We also have the Automated Selling Machine.

9     This is where you and I together, we create a webinar.

10    Now, it's actually automated and it's playing every

11    single night, selling the Silver and Gold programs.

12    And then all you have to do is promote the link.  We

13    build the entire thing for you, and if people buy, you

14    get paid the Silver and Gold commissions.

15           You have the Done For You EBook.  This is a

16    $10,000 service we provide where you get to coauthor

17    an e-book with me.  Now, in reality, I'm writing it

18    and you're putting your name on it and your story in

19    the -- in the introduction, but it's as if we -- we

20    cowrote this book together.  And what do you think

21    that does for your credibility, your positioning?

22           I mean, you can see there in the bottom

23    right corner, there's Deborah Robinson, the retired

24    school teacher.  She got the book done with me, and

25    she was able to then go out there into the marketplace



**PX 22**           **FTC-MOBE-002266**

100

1    and say I cowrote this book with Matt Lloyd.  Do you

2    think that helped her make sales in MOBE?  Absolutely.

3            Okay, so talk to your business coach about

4    how you can get access to any of these $10,000 bonuses

5    that I'm now showing you.  This one here includes 100

6    personalized *Limitless* books, where it's got your MOBE

7    consultant link printed on every second page.  And you

8    just hand out the books.  People read the book; they

9    go to the link; and if they buy, they get into our --

10   our funnel; you get all the commissions.

11           This one's incredibly valuable.  This is the

12   recordings of a $100K consult that I did with people

13   who invested $100,000 in a one-year mentorship program

14   with me.  And we recorded the entire consulting

15   sessions.  So you can actually get the recordings.

16           This one here is the MOBE Film Studio

17   Package.  So you come to the film studio, and for one

18   day, all of our staff, our film studio staff, are

19   focused on you, making whatever videos you want,

20   everything.  It can be lead capture page, videos,

21   sales videos, product videos and we coach you through

22   it all.  So even if you've never done it before, as

23   most of our clients haven't, they've never done these

24   kind of film studio days before, we work with you,

25   okay?

**PX 22**                    FTC-MOBE-002267

101

1          So there's actually a few different $10,000

2     bonuses here, too many to go through right now.

3     Again, talk to your business coach about what they are

4     and how you can get some of them for free.  And they

5     will tell you all about that.  So at the Diamond

6     Mastermind, you're making those additional $10,000

7     commissions on the back end.  This is your third back-

8     end stream.  Okay, you've got Titanium, Platinum,

9     Diamond, and they will average out to be about the

10    same across the board.

11         Okay, now, the Diamond conversions can often

12    take a little bit longer, but they do come through.

13    So you've got to also look at the conversions on the

14    back end over a six-month, one-year time period.

15    Sometimes you have the experience where one of your

16    referrals might upgrade to Diamond, and you get a

17    $10,000 commission six months after that person

18    originally came in.

19         It happens all the time.  It's like a fine

20    wine that ages, okay?  There's a certain amount of

21    time that your -- your leads will often go through

22    before you see those back-end conversions come in.

23    But over time, they will average out.

24         Now, also, keep in mind that any consultant

25    that you introduce to MOBE -- so that's a person who



**PX 22**          FTC-MOBE-002268

1   decides to promote the business and not just consume

2   the products -- you're earning 5 percent of their

3   gross sales.  So, for example, if they go and get a

4   Diamond sale and you're a Diamond certified

5   consultant, you just made a passive $1,500 commission.

6   So this can add up.

7           In fact, one of our million-dollar earners,

8   a guy by the name of Jason Howe, he made over a

9   million dollars from getting the 5 percent of one

10  other consultant, whose name is Darren Salkeld.  So

11  Darren went and did over $12 million in commissions.

12  Jason collects 5 percent of the gross sales, okay, not

13  just the commissions that Darren makes, of the gross

14  revenue that he brings in.  So he made over a million

15  dollars that way.  So the 5 percent, it can

16  potentially add up to be a very substantial amount.

17          So if any of this at all sounds like it

18  might be of interest to you, if you -- if you think

19  right now that, you know what, I -- I can see myself

20  potentially being a -- a Titanium or Platinum,

21  possibly even a Diamond, certified consultant, I can

22  see myself at the live event, getting the training, if

23  you can see yourself attending one of these

24  Masterminds, here's what you need to do.

25          Go to PartnerWithMobe.com right now.

**PX 22**          **FTC-MOBE-002269**

1     Just -- just pull that up right now.  It's not going

2     to cost you anything to apply.  You don't even need

3     your credit card, so just put your credit card away

4     for a bit, you don't need that to, and apply, okay,

5     because we -- even if you want to buy the Diamond

6     Mastermind or the Platinum Mastermind, we don't let

7     just anyone buy into it.  Now, we actually will talk

8     to you on the phone first.  We will make sure that

9     you're a good fit for the program, and also the

10    program is a good fit for you.  So it's win/win on

11    both sides.

12         And if you think you might be interested,

13    let's have a conversation about it.  So go to

14    PartnerWithMobe.com, apply, it will take you about

15    five minutes, and we can talk about it, okay, and we

16    can decide do you belong at the Diamond level, do you

17    belong at the Platinum level.  We can -- we can

18    actually talk about that.

19         What I want you to also do is go to

20    mobe.com/compensation later.  Okay, you don't have to

21    do this right now.  For now, just go to

22    PartnerWithMobe.com first.  But also write this URL.

23    This is the compensation plan, and this explains

24    everything as far as the commission amounts that I've

25    gone over tonight.  Mobe.com/compensation.

104

1       Okay, so go ahead, apply for your free

2   strategy session at PartnerWithMobe.com, and let's

3   talk about do you belong at one of the MOBE

4   Masterminds.  So ask yourself, are you worth the

5   investment, because that's really the investment that

6   you're making here.  If you decide that -- that you're

7   going to go forward with the Diamond Mastermind after

8   having a conversation with us and we both decide

9   there's a good fit, you're really making the

10  investment in yourself.

11      And as Warren Buffett says, the famous

12  billionaire investor, he says, the best investment you

13  will ever make is always in yourself, and it's so

14  true.  Self education is where it's at.  That's where

15  fortunes are made.  Always invest in yourself first,

16  okay, and that's what you're investing in when you get

17  involved with our Mastermind.

18      So take action now and go to

19  PartnerWithMobe.com.  So our business coaches look

20  forward to having a conversation with you about this,

21  and, guys, I want to thank you for -- for being here

22  on the live webinar.  I appreciate every single one of

23  you.  Keep on working with your business coach.  Keep

24  on going through the 21 steps.

25      Just focus every single day, going through

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**       **FTC-MOBE-002271**

105

1    business coach.  Just make sure you're maintaining

2    that -- that constant contact with your business

3    coach.  Again, thanks a lot, and I look forward to

4    seeing you at a MOBE Mastermind in the near future.

5    Speak soon.

6                    **(The video recording concluded.)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    FTC-MOBE-002272

106

1        <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3

4             I, Sara J. Vance, do hereby certify that the

5        foregoing proceedings and/or conversations were

6        transcribed by me via CD, videotape, audiotape or

7        digital recording, and reduced to typewriting under my

8        supervision; that I had no role in the recording of

9        this material; and that it has been transcribed to the

10       best of my ability given the quality and clarity of

11       the recording media.

12            I further certify that I am neither counsel

13       for, related to, nor employed by any of the parties to

14       the action in which these proceedings were

15       transcribed; and further, that I am not a relative or

16       employee of any attorney or counsel employed by the

17       parties hereto, nor financially or otherwise

18       interested in the outcome of the action.

19

20

21       DATE:  2/22/2018              _Sara J. Vance_

22                                  SARA J. VANCE, CERT

23

24

25

**PX 22**                    **FTC-MOBE-002273**

# Exhibit LL

**FTC-MOBE-002274**

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.      1723072

TITLE           MOBE

DATE            RECORDED:  JANUARY 4, 2018
                TRANSCRIBED:  JANUARY 29, 2018
                REVISED:  FEBRUARY 22, 2018

PAGES           1 THROUGH 45

BusinessPlanWebinar_2018-01-04_9-50-21

*Carol Jones*

2/28/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002275**

2

1                    FEDERAL TRADE COMMISSION

2                        I N D E X

3

4        RECORDING:                                    PAGE:

5        Business Plan Webinar with Marlon               4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-002276**

3

1                         FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5                                        )

6        ------------------------------)

7                                        January 4, 2018

8

9

10

11              The following transcript was produced from a

12    digital file provided to For The Record, Inc. on

13    January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-002277**

4

1               **P R O C E E D I N G S**

2                   -     -     -     -     -

3           **BusinessPlanWebinar_2018-01-04_9-50-21**

4           COACH MARLON:  Good afternoon.  So before --

5   real quick, before we jump into the specific business

6   plan, what I'm going to do is -- there's an echo.

7   Hold on.  Let me see where that's coming from.

8           Hello?  Can you guys hear an echo?  Okay,

9   it's better now.

10          All right, so real quick, before we jump

11  into the specific business plan, what I'm going to do

12  is I'm going to have -- I'm going to do a little bit

13  different -- do it this way.  I'm going to ask --

14  well, before that, let's do -- let's do it this way.

15  So real quick, what I'm going to do before we jump

16  into the business plan, I want each of you guys just

17  to come out in the front of the group.  Fifteen

18  seconds or less, I want you guys to tell us who you

19  are, where you live now, and -- and what you -- what

20  you do for a living and why you started your business

21  here.

22          So let's -- let's do ladies first.  Let's

23  start with Beverly.

24          BEVERLY:  Yes, my name is Beverly

25  [REDACTED].  I live in St. Louis, Missouri.  I am

**PX 22**          **FTC-MOBE-002278**

1       currently retired, and I started the business -- or

2       the business so that I can help my kids and go see my

3       children in Australia.

4                   COACH MARLON:  Awesome.  Good.

5                   And, Kimberly, how about you?

6                   KIMBERLY:  Okay.  My name is Kimberly

7       [REDACTED].  I'm from the Statesville, North Carolina,

8       and I'm a registered nurse.  And I got into the

9       business because I'm getting married in September, and

10      I was looking for a way to help pay for the wedding

11      and then my fiancé and I wanted to travel and be able

12      to live independently necessarily from working as a

13      nurse going ahead in the future.

14                  COACH MARLON:  Uh-huh, good.  Thank you.

15                  And, Jonathan, how about you?

16                  JONATHAN:  I'm Jonathan [REDACTED].  I'm

17      currently in Richmond, Virginia from -- from New

18      Mexico.  I started the business just to get time

19      freedom and financially secure to help give my kids a

20      better life.

21                  COACH MARLON:  Oh, I like that, good.

22                  Okay, so real quick, before we jump into the

23      business plan, I wanted to do it a little bit

24      different this time.  What I'm going to do is ask you

25      guys a few questions.  And when I ask you guys these



```
 1      questions, just answer back to me on the scale of one
 2      to ten, okay?  One -- one being that you're not sure
 3      about it; ten being that you're pretty sure about it.
 4      Okay?
 5              So my first question to each of you is if
 6      you see yourself down the road -- not now, but if you
 7      see yourself down the road wanting to keep all those
 8      profits, do you feel like you can call back your leads
 9      who are waiting for you to call them, interview them,
10      and invite them and take them the first six steps,
11      just like what your first coach did with you guys.
12      Scale of one to ten, let's start with Jonathan this
13      time.
14              JONATHAN:  As of now, probably like a three.
15              COACH MARLON:  Three, yeah.  You know,
16      that's good.  Yeah, we'll keep you in the sales
17      partnership program for now and let the phone team do
18      it, because they do a really good job.  A lot of our
19      members, probably like 95 percent of them, stay in the
20      sales partnership program.
21              Kimberly, how about you?
22              KIMBERLY:  Yeah, probably the same, about a
23      three or so.
24              COACH MARLON:  Great, okay, yeah, we'll keep
25      you in the sales partnership program as well.
```

**PX 22**          **FTC-MOBE-002280**

7

1          And, Beverly, how about you?

2          BEVERLY:  Three also.

3          COACH MARLON:  Okay, good, yeah.  And we'll

4     keep all of you guys in the sales partnership program.

5              So question number two, and this has to do

6     if you ever decide if you wanted to call your own

7     leads.  If not, we can do it for you.  So do you feel

8     that you can follow up with your leads after they've

9     gone through the first six steps and invite them to

10    purchase the Silver Masterclass to start their

11    business with you?

12             We'll go in the same order, Jonathan, on a

13    scale of one to ten.

14         JONATHAN:  I would stay at a three.

15         COACH MARLON:  Okay.  Yeah, you'll be in the

16    sales partnership program.

17         Kim, how about you?

18         KIMBERLY:  Yeah, probably about the same,

19    the three or four maybe.

20         COACH MARLON:  Okay, yeah, like I say, we'll

21    keep you in the sales partnership program anyways.

22         Beverly?

23         BEVERLY:  I'd go with three as well.

24         COACH MARLON:  Okay.  Yeah, sales

25    partnership program, good.

**PX 22**                    **FTC-MOBE-002281**

1          So -- so last question on this part, are you

2     clear on how to enroll a new person when they would

3     like to purchase Titanium, Platinum, and Diamond

4     Mastermind factor from you?  We'll go with -- we'll go

5     in the same order.  Jonathan, scale of one to ten.

6          JONATHAN:  About a four.

7          COACH MARLON:  A four?  Okay.  Yeah, I mean,

8     the coach does that for you anyways, but if you wanted

9     to (inaudible) your profits, we could eventually teach

10    you that down the road, but it's pretty simple, but

11    the coach will do that for you anyways.

12         Beverly, scale of one to ten?

13         BEVERLY:  I'll go with a three again.

14         COACH MARLON:  Three?  Okay.  Same thing.

15         Kimberly, how about you?

16         KIMBERLY:  Yeah, probably a three.

17         COACH MARLON:  Oh, three, okay.  Yeah, we'll

18    keep you guys all in the sales partnership program.

19         So let -- let's jump into your business plan

20    now, okay?  You guys might want to consider taking

21    notes from here on out, okay?  When I say take notes,

22    I would -- I would take very shorthanded notes.  You

23    don't have to write down every single word that I say,

24    okay?  So let's jump into three main principles, okay,

25    three main principles of running your business here,

9

1     three main principles.

2              Okay, so, number one is vision (inaudible).

3     Number one -- number one (inaudible).  Okay?  And

4     number two is plan of action.  Two is plan of action.

5     Number three, and you might want to abbreviate this,

6     the -- number three, the purpose of your business --

7     the purpose of your business is helping other people

8     solve their problems.

9              So the purpose of your business is helping

10    other people solve their problem.  Okay, so let's --

11    let's talk about each one of these.  So number one, as

12    far as your vision, the question has to be asked

13    because all of you guys have been on a training for a

14    couple weeks now.  You've been on JT's call

15    (inaudible) steps.

16             But the question has to (inaudible) you

17    know, where do you want to be in your business here.

18    Is this going to be something that you're going to be

19    here where you just want to make a few extra hundred

20    dollars every now and then, or is this going to be

21    your business where you're eventually involved full-

22    time for the next three, five, ten years or however

23    long you want to run your business.

24             Kimberly, let's -- let's start with you.

25    What's your vision (inaudible)?

CJ
2/28/2018

**PX 22**          **FTC-MOBE-002283**

1           KIMBERLY:  I would like to make it my

2       primary source of income.  You know, I do enjoy

3       nursing, but I would love it if I could do that as I

4       wanted to as opposed to feeling beholden on that to be

5       my first income.

6           COACH MARLON:  Good, very good.

7               Beverly, how about you?  What's your vision?

8           BEVERLY:  Yeah, it's definitely going to be

9       my main personal business as being -- I mean income

10      because I'm retired and Social Security just doesn't

11      cut it.

12          COACH MARLON:  Okay.  And, Jonathan, what's

13      your vision?

14          JONATHAN:  Primary source of income, that

15      working as a C&N, my back's only going to last so

16      long.

17          COACH MARLON:  Yeah.

18          JONATHAN:  Yeah.

19          COACH MARLON:  Good.  Very good.

20              All right, so number two, what's your plan

21      of action?  How are we going to get each of you to

22      that point?  And that -- that's why I'm doing the

23      business plan is because I'm going to build each of

24      you a very specific plan of action to follow up, okay?

25              Number three, here's what I always want you

**PX 22**          **FTC-MOBE-002284**



1    to remember, okay?  The only reason why you have a

2    business here is because of what?  It's to help other

3    people solve their problems, right?

4            BEVERLY:  Mm-hmm.

5            COACH MARLON:  Now, what are people's

6    problems in society today?  Now, why would they

7    respond to one of our ads that -- when you set up

8    traffic and why would they look for a business?  You

9    know, what are people's problems?  People, they want

10   to make more money, right?  You know, if you thought

11   about it, how many people in the world want to make

12   more money?  Okay?  A lot of people, they want more

13   fulfillment, they want more -- a more fulfilling life.

14   And, third, a lot of people, they want to have more

15   time.  Okay, time to be with their family (inaudible)

16   time to pursue (inaudible).  And if (inaudible) --

17           (Echoing.)

18           COACH MARLON:  How many people do you think

19   in our society fall into one of those categories

20   (inaudible)?

21           Just guess.

22           JONATHAN:  Just about everybody.

23           COACH MARLON:  Pretty much, right?  Yeah,

24   so, *Entrepreneur Magazine* said it's about 98.9 percent

25   of the civilized population (inaudible) so 99 percent.

**PX 22**                          **FTC-MOBE-002285**

12



1    So, guys, realize when someone's responding to -- to

2    your ad, and they're looking for a business, they

3    obviously have some of those problems, otherwise they

4    wouldn't be out there searching to start their own

5    online business, right?  I always want you guys to

6    keep that in the background of your mind.  Okay?

7         Now -- now, write this down.  The fast lane

8    to a million, okay?  So this is the formula.  Scale

9    times magnitude equals the fast lane of wealth, okay?

10   Scale times magnitude equals wealth.  So, scale, when

11   I say scale, that means that that's your reach, you

12   know, how many people you can actually market your

13   business to.  So, for instance, let's say you just

14   have a local business and you're just in one city.

15   You got to look -- look at that as like it's a pond,

16   okay?

17        Now, if you're able -- if you're able to

18   market to your whole country, you can look at that

19   like it's a lake.  Now, if you're able to market to

20   the whole world, now that's the ocean, okay?  So with

21   your business, you could market internationally to the

22   whole world, right?  So you -- so it's like you have

23   access to the whole ocean.

24        Now, magnitude, magnitude is the profit --

25   the profit size, okay?  You can have small products

**PX 22**                    **FTC-MOBE-002286**

13



1    that make you $50 to, let's say, 1,000, right?  Or you

2    can have products that could make you 5,000, up to

3    20,000 and up.  That's magnitude, okay, your profit

4    margin size.

5          So write -- write this down.  These are --

6    this is millionaire math, okay?  This is ten different

7    ways that you can reach a million dollars.  You can

8    either -- you can have a -- a salary of $50 --

9    $50,000, but it's going to take you 20 years.  You can

10   have a salary of -- a salary of $100,000, that will

11   take you ten years.  You can have a salary of $250,000

12   a year, that will take you four years.  Okay?  You can

13   earn $114 an hour for every hour of the year, okay?

14   Or you can -- you can have 5,000 people buy a $200

15   product, you can have 2,000 people buy a $500 product,

16   10,000 buy $100 product, or you can have 1,000 people

17   buy $1,000 product.

18         So let's look at this millionaire math as a

19   -- as a MOBE consultant.  Okay?  So as a -- as a

20   Silver member receiving $1,250 profits, to 800 people,

21   that will make you seven figures, a million dollars.

22         Or you can receive $20,000 profits, and all

23   you would have to do is -- is get 50 people.  Okay?

24   So that's if you're -- if you're a Diamond member, you

25   could market, you know, 1,250 from Silver, 3,300



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002287**

14

1    Titanium, 5,500 Platinum, plus the 10,000 for Diamond.

2    That's 20,000 -- a little bit over $20,000 per person,

3    and you would only have to do that to 50 people who

4    want to get started with you, and that's a million

5    dollars right there.  Okay?

6          So that's what I'm talking about when I say

7    scale times magnitude and how you can get to $1

8    million the quickest way possible.  Okay?

9          So let -- let's jump into -- let's jump into

10   your goals, okay?  You guys got all that written down?

11         KIMBERLY:  Yeah.

12         COACH MARLON:  Okay.  Let's jump into goals.

13   So, now, here's how I want to structure your goal,

14   okay?  I don't want to count the last two weeks of you

15   guys being on the training calls as part of your 30-

16   day mark because you guys have just been going through

17   the training, but I do want to count and start the 30-

18   day mark when your leads start coming into the system

19   and the phone team starts calling your lead because at

20   that point that's when you're going to start making

21   profits.

22         So what will happen is roughly the way our

23   schedule will look like starting today.  It's going to

24   take you about a week to finish up the remaining

25   steps.  At that point, I'm going to assign over a

**PX 22**                    **FTC-MOBE-002288**

1      traffic coach who's going to set up your ads.  That

2      means your leads will come in shortly after.  Phone

3      team's going to start calling your lead and taking --

4      taking them through the same steps as you did in

5      making those Silver profits.  So, really, you're

6      really not going to start your 30-day mark, let's say,

7      realistically.  The soonest would be the end of next

8      week.  So 30 days from that point, where do you want

9      to be financially in your business.

10           So, Kim, you said 30 days, 25,000?

11           KIMBERLY:  Yes.

12           COACH MARLON:  Sixty days, 60,000, and 90

13      days, 100,000.  So -- so good.  So where do you want

14      to be for your annual income your first 12 months?

15           KIMBERLY:  Oh (inaudible) I was going to say

16      a cool million in a year.

17           COACH MARLON:  That's right, yeah.  So if

18      you're at 100,000 a month around -- at 90 days, you're

19      going to be on pace for 1.2 million.  You okay with

20      that?

21           KIMBERLY:  Yep.  I'm part of that.

22           COACH MARLON:  Write that down.  So good.

23           So, Beverly, you said 30 days, 15,000; 60

24      days, 40,000; 90 days, 75,000.  Where do you want to

25      be your first 12 months?

1          BEVERLY:  Well, I would like to be, you

2    know, at least the 750,000 mark.

3          COACH MARLON:  Okay, yeah, that's about

4    right.  You'll be a little bit over 800- at that pace.

5    Is that okay?

6          BEVERLY:  Yes.

7          COACH MARLON:  Okay, so write that down,

8    800K.  We -- we just got to make sure it

9    mathematically adds up, so that's perfect.

10          Jonathan, you said 30,000 for 30 days;

11    60,000, 60 days; and 100,000, 90 days.  Where do you

12    want to be annually your first 12 months?

13          JONATHAN:  1.2 would be nice.

14          COACH MARLON:  That's right, yeah.  That's

15    perfect math, good.  So write that down, 1.2 your

16    first 12 months.  Okay, good.

17          So let's go back to Kimberly here.  Okay, so

18    Kimberly, let's say we got you to $25,000 your first

19    30 days here in your business.  What are you going to

20    do to reward yourself?

21          KIMBERLY:  To reward myself?

22          COACH MARLON:  Mm-hmm.

23          KIMBERLY:  Well, I'd like to use a lot of

24    that money to pay for our wedding, so that's kind of

25    the reward --

**PX 22**                    **FTC-MOBE-002290**

1          COACH MARLON:  Right.

2          KIMBERLY:  -- but then also I want to

3     reinvest it (inaudible) Titanium Mastermind.

4          COACH MARLON:  Well, I mean, for you to

5     reach 25,000, you'll -- you'll need to be Titanium

6     your first --

7          KIMBERLY:  Right.

8          COACH MARLON:  -- (inaudible) in order for

9     you to reach that.  So that -- not -- not business-

10     wise, a reward.  So your wedding would be the reward?

11          KIMBERLY:  Yes.

12          COACH MARLON:  Okay.  So -- so good.  So, I

13     mean, how would that -- how would that make you feel?

14          KIMBERLY:  It would be amazing to be able to

15     pay for it and just have it, you know, have it paid

16     for, have no debt (inaudible) just, you know, enjoy

17     the experience and have it -- have money not be an

18     issue.  That's -- that's really what I'm looking for.

19          COACH MARLON:  Okay, good.  So 60 days, now

20     you're up to $60,000 per month.  What are you going to

21     do to reward yourself then?

22          KIMBERLY:  Actually, we're looking at buying

23     a horse trailer.  It's a living-quarters horse

24     trailer.  We want to be able to travel and go to

25     different state parks and take our horses and just

```
 1        kind of live out -- live out like that.
 2                COACH MARLON:  Nice.  So what would that
 3        mean for you personally?
 4                KIMBERLY:  Freedom.
 5                COACH MARLON:  Yeah.
 6                KIMBERLY:  You know, yeah, that authority to
 7        do what you want to do when you want to do it.
 8                COACH MARLON:  Right.  Good.  So your first
 9        year, you've reached $1.2 million.  How do you see
10        your life being maybe different than it is now?
11                KIMBERLY:  Oh, it would be completely
12        different, you know?  I mean, to be able to travel, do
13        whatever we want, and just not have any other money
14        worries anymore.
15                COACH MARLON:  Okay.  Good.
16                So, Beverly, let's go to you.  So, Beverly,
17        your first 30 days, you'd reach $15,000.  What are you
18        going to reward yourself?
19                BEVERLY:  Go see my son and daughter-in-law
20        in Australia.
21                COACH MARLON:  Good.  What would that mean
22        for you personally?
23                BEVERLY:  I would be so elated because
24        they've been over there for (inaudible) years and only
25        get to come home every couple of years.
```

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002292**

19

1          COACH MARLON:  Right.  I like that, good.

2          Now, 60 days, you're up to $40,000 per

3  month.  What are you going to do to reward yourself

4  then?

5          BEVERLY:  Pay off all my bills.

6          COACH MARLON:  Be debt-free.

7          BEVERLY:  And then I would be like Kimberly,

8  where I'd be just totally free of -- and would be able

9  to do whatever I want.

10          COACH MARLON:  Yeah.  How would that make

11  you feel?

12          BEVERLY:  I -- I would be beside myself.

13          COACH MARLON:  Mm-hmm, good.  So your first

14  year, we -- you got to $800,000.  How -- how do you

15  see your life being different then it is now?

16          BEVERLY:  Well, my focus on -- on getting in

17  the business was to help my children and

18  grandchildren, and to be able to do that would be just

19  out -- outstanding.  And I just -- I would be

20  overwhelmed.

21          COACH MARLON:  Awesome.  Okay, good.  I like

22  that.  So good.

23          So, Jonathan, your first 30 days, you've

24  reached $30,000.  What would you do to reward

25  yourself?



**PX 22**          **FTC-MOBE-002293**

1              JONATHAN:  I would reinvest and try --

2              COACH MARLON:  Not -- not -- not into

3    business, a reward.  How would you reward yourself?

4              JONATHAN:  I don't know.

5              COACH MARLON:  If you thought about it, how

6    would you reward yourself?

7              JONATHAN:  I'd probably take a little

8    vacation somewhere I've always wanted to go.

9              COACH MARLON:  Where would you go?  Be

10   specific.

11             JONATHAN:  Egypt.

12             COACH MARLON:  Oh, man, that's one of my

13   bucket lists is to see the pyramids.

14             JONATHAN:  Yeah.

15             COACH MARLON:  Yeah, I mean, what would that

16   do for you personally to take a vacation in Egypt?

17             JONATHAN:  It would, you know, lift those

18   ceilings and let you know anything is possible.

19             COACH MARLON:  Very good.  Good.  Now -- I

20   like that.  Sixty days, you're up to 60,000 per month.

21   How would you reward yourself then?

22             JONATHAN:  I would take my kids on a cruise.

23             COACH MARLON:  Awesome.  So how will that

24   make you feel to be able to take your kids on a

25   cruise?

**PX 22**                    FTC-MOBE-002294

21

```
 1              JONATHAN:  Just that extra to show them, you
 2      know, how hard work pays off and if you really put
 3      your mind to things you can make them work.  And
 4      there's reward in that.
 5              COACH MARLON:  Nice.  Very good.  All right,
 6      now your first year, you hit $1.2 million.  How -- how
 7      do you see your life being different with that kind of
 8      income coming in?
 9              JONATHAN:  In every way, time-free, job
10      stress, just -- I wouldn't know how to feel.
11              COACH MARLON:  Feeling good, though, right?
12      Good.
13              JONATHAN:  Yeah.
14              COACH MARLON:  So, okay, guys, how -- how do
15      you guys feel about your goals here?  You guys feel
16      good?
17              KIMBERLY:  Uh-huh.
18              BEVERLY:  Mm-hmm.
19              COACH MARLON:  Okay, good.  So let's --
20      let's go into a specific plan of action now, okay, to
21      -- to make sure you achieve them during those time
22      frames.  And what I would like for you guys to do is
23      write down the word "smart" on a piece of paper, like
24      you're smart, S M A R T.  And then underneath smart,
25      write 1 through 5 vertically like you're writing five
```

**PX 22**                    **FTC-MOBE-002295**

22



1    sentences.  So write down smart and then one through

2    five like you're writing five sentences.  And each of

3    these letters stand for a different word.  Okay,

4    number one, S, stands for specific.  S stands for

5    specific.

6            Number two, M, stands for measurable.  M

7    stands for measurable.  Number three, A stands for

8    achievable.  A stands for achievable.  Number four, R

9    stands for relevant.  R stands for relevant.  And

10   number five, T stands for time.  T stands for time.

11   Now, let's -- let's talk about each one of these.

12           Okay, number one, your goals have to be

13   very specific.  You know what are your goals, why do

14   you want to achieve your goal?  And then how are you

15   going to achieve them down to a daily basis.  And let

16   me give you an example of that, okay?  A long time

17   ago, 1953, Harvard, they did a study with their

18   graduating class that year on goal-setting.  And they

19   found out each student that graduated there was only 3

20   percent -- 3 percent of their students had actually

21   wrote down their goals in very specific terms, 3

22   percent.

23           And they concluded the study 20 years later

24   in 1973 with the same group of people that are now 20

25   years older at that point.  And what they found is



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                          **FTC-MOBE-002296**

23



1    that that same 3 percent that wrote down their goals

2    in very specific terms 20 years before, that same 3

3    percent 20 years later were financially worth more

4    than the other 97 percent of the whole class combined.

5    So do you guys see the power behind setting specific

6    goals?

7               BEVERLY:  Yeah.

8               KIMBERLY:  I do.

9               COACH MARLON:  Okay, good, so I want to make

10   sure you understand that.  Okay.  So number two stands

11   for measurable.  Are all your goals measurable?  And

12   MOBE kind of does that for you, okay?  Because we have

13   a tracking system that's getting all your numbers, so

14   it's called Has Offer (phonetic).  So that's -- that's

15   part of what we provide for you is a tracking system.

16   You're getting all your numbers, the exact numbers

17   that are coming in, the exact profit margins, the

18   percentages, the conversions, everything.  Okay?  And

19   your traffic coach will help you with that.

20               And number three, A, stands for achievable.

21   A stands for achievable.  Now, are your goals here

22   that you guys set achievable?  Let's go over each of

23   them.  Kimberly, you said 25,000 your first month;

24   60,000, second month; and 1.2 million for the year.

25               Beverly, 15,000 first month; 40,000 in 60

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC-MOBE-002297

24

1     days; and 800,000 in your first year.

2              And, Jonathan, 30,000 first month; 60,000 in

3     60 days; with 1.2 million for the first year.

4              Now, those are -- those are achievable

5     because they've been done before, so they are very

6     achievable.  And, you know, there's this -- in fact,

7     it was also in 1950, back then, you know, no one -- no

8     one has ever ran a four-minute mile before, and

9     everyone thought it was impossible until this guy

10    named Roger Bannister or the first person to ever run

11    a mile -- a mile in four minutes.  And then once he

12    did it, that same year, 20 other people ran a four-

13    minute mile.

14             And why do you think that is?  It's because

15    they -- they saw in their mind that it was achievable

16    and someone else had done it, so they went ahead and

17    did it, too, okay?  So all of your goals are very

18    achievable because it's done -- it's been done before,

19    and I'm going to show you exactly what you need to do

20    if you would like to make that -- that kind of money

21    running your business here, okay?

22             So let's see, number -- number four is

23    relevant.  Okay?  Are you doing what's relevant in

24    your business?  And everyone on this webinar is doing

25    a great job.  Things like staying in touch with your



**PX 22**          **FTC-MOBE-002298**



1    coach daily with questions, being on JT DeBolt's

2    training calls, listening to -- to The 10X Rule, et

3    cetera, or watching hours and hours of American Idol

4    reruns every night.  That's not so relevant in this

5    business, right?  You see what I mean?  So do what's

6    relevant in your business.

7         T stands for time, okay?  So what is the

8    time frame?  When do you want to achieve these goals,

9    and we've already discussed this, and that's why I had

10    you guys write your goals in very specific time

11    frames, okay?  So moving forward, make sure you write

12    your goal very specific, just like this, okay?

13         So, okay, good, so let's -- let's do this.

14    We're going to go over some principles, and then we'll

15    go through four things that top income earners do in

16    their business, our compensation plan, and then we'll

17    -- I'll talk with each of you guys one-on-one

18    afterward.

19         So write this down.  Write down Be Do Have,

20    Be Do Have.  Underneath Be Do Have, write 1, 2, 3

21    vertically like you're writing some sentences, because

22    each of these words stand for something.  Number one,

23    Be, means be the leader first.  Be the leader first.

24    And who's a leader in MOBE?  It's a Titanium,

25    Platinum, and Diamond member, right?  So you have to



**PX 22**          **FTC-MOBE-002299**



1    think like a successful Titanium, Platinum, and

2    Diamond member right when you're starting, so you're

3    being the leader first in your mind.  Okay?

4           Number two is doing what other leaders are

5    doing.  Doing what other leaders are doing.  Okay?  So

6    number three, if you're doing what other leaders are

7    doing, and you're -- and you're being the leader

8    first, what -- what should you have?  The same

9    results, right?  You should have the same exact

10   results.  All right, it would -- it would be

11   impossible not to -- in doing what other leaders are

12   doing, there's really no gray area there.  It's like a

13   recipe.  You should have the same results, right?

14          Now, I'm going to tell you, some of your

15   members that start here, not very many of them, but

16   some of your members, they won't think this way, okay?

17   I -- I was kind of one of them when I first got

18   started.  Looking back when I first got started over

19   five years ago, I was thinking more like an employee

20   (inaudible) rather than a business owner.  So when I

21   first started, I'd make, you know, comments to my

22   sponsor who was actually Matt at that time.  I'd say

23   things like, oh, I hope this works out for me, you

24   know, like it's working out for you.  I'm hearing all

25   these people on the training calls, so once I prove to



**PX 22**          **FTC-MOBE-002300**

27

1   myself that I can do this business, then I'll get

2   positioned.  Then I'll be a leader.  Right?

3          So looking back at that, I was thinking more

4   like the employee was thinking rather than the

5   business owner.  And looking back, it's kind of like I

6   had one foot in the door of my business and one foot

7   outside of the door of my business.  But can you see

8   when you think like that how it could have a negative

9   impact on your business?

10          KIMBERLY:  Yeah, it will

11          BEVERLY:  Yes.

12          COACH MARLON:  Yeah, so luckily I listened

13   to Matt and I got positioned before I got started.

14   Otherwise, I -- I wouldn't be where I am today.  So

15   thank you, Matt.  So it's kind of like -- I mean,

16   let's say you bought a McDonald's franchise, right,

17   and if you bought a McDonald's franchise, are you

18   going to put one foot in the door and one foot out and

19   just kind of try it out and see how it's going to work

20   out and be timid, or are you going to put both feet in

21   your store, open up your doors wide, and run it like a

22   real business?

23          I mean, do you see the difference in the --

24   what the results would be?

25          KIMBERLY:  Yes.

**PX 22**          **FTC-MOBE-002301**

28



1             BEVERLY:  Yes.

2             JONATHAN:  Yes.

3             COACH MARLON:  A lot more success, right?

4       So just like running any type of business, you -- you

5       have to be dedicated.

6             Now, let's go over four things that top

7       income earners do in their business.  Four things that

8       top income earners do in their business, four main

9       things.  Number one is personal development, okay?

10      Underneath personal -- personal development, I want

11      you to -- to write down read at least half an hour on

12      personal development per day, or listen to half an

13      hour of audio.  Right?  So if you study the most

14      successful people in the world, they're -- they're

15      readers, always learning.

16            They actually asked Bill Gates and Warren

17      Buffett the same question.  They asked them -- and

18      they didn't know each other's answer -- but they asked

19      them both if you had any super power, what would your

20      super power be.  And, oddly enough, they both said I

21      want to be the fastest readers in the world.  So I

22      would probably say super strength or -- or walk the

23      walls or something, right, and they said fastest

24      readers in the world.  So that just goes to show you,

25      you know, personal development is very important.



**PX 22**                              **FTC-MOBE-002302**

29



1          So number two is plug into the system.  So

2     plug into the system.  And here's what I mean by

3     plugging into the system.  Never miss, you know, JT's

4     calls; make sure you're on the correct steps; you're

5     on the right trainings in MOBE, et cetera.  Like I

6     said, everyone here is doing a great job of that, so

7     just keep it up.

8          Now, underneath number two, write this down,

9     write down top leaders go to all the big events.  Top

10    leaders go to all the conferences.  So you'll see them

11    at Titanium, Platinum; you'll see them at Diamond.

12    They're at all the big events.



13         Number three, top earners build their Silver

14    teams.  Top earners build their Silver teams.  Here --

15    here's what I mean for -- with that, okay?  I mean,

16    you guys are going to start placing the ad and your

17    leads will come in, the phone team will call and make

18    your Silver sales for you.  That, in turn, builds your

19    Silver team.  And your teams are very important.

20    We're going to go over that in a little bit, okay?

21    But top earners build their Silver teams.

22         Number four, this is probably the most

23    important principle of running a business here.  Top

24    leaders are committed to their business and their

25    vision.  Top leaders are committed to their business



**PX 22**                    **FTC-MOBE-002303**



1    and their vision.  Okay?  Now, underneath number four,

2    I just want you to jot down this sentence.  Cultivate

3    the expectation of leadership.  Cultivate the

4    expectation of leadership.

5            Now, guys, what -- what do you think that

6    means?  What does that mean in you, on the surface,

7    cultivate the expectation of leadership?  Anybody?

8            KIMBERLY:  To me that means, like, being an

9    example for others --

10           COACH MARLON:  Yeah.

11           KIMBERLY:  -- like leadership, especially if

12   you're not, like, in an appointed leadership position.

13           COACH MARLON:  Right.

14           KIMBERLY:  If you act like a leader and set

15   that example, then that puts you in that position.

16           COACH MARLON:  Exactly.  You're right, good.

17   Yeah, it means planting the seed in your mind right

18   now that you're already a leader before you even

19   start.  And who's a top leader in the business?  It's

20   a Titanium, Platinum, and Diamond member, right?  You

21   guys, you know, you probably heard in the -- the

22   training videos that you have to be a Titanium,

23   Platinum, and Diamond member within your own business.

24   Otherwise, you're pretty much working for your

25   Titanium, Platinum, and Diamond sponsors.  You're like

**PX 22**                    **FTC-MOBE-002304**

31

1      -- you're like having some kind of -- type of lower-

2      paying job.

3              Now, what I'm going to do is go over some

4      percentages, okay, of your income, and you might want

5      to write these down.  So just going over -- going over

6      your goals, Kimberly, 25,000 your first month, 1.2

7      million your first year; Beverly, 15,000 your first

8      month, 800,000 your first year; Jonathan, 30,000 your

9      first month, 1.2 million your first year.

10             About -- about 90 percent of that.  I think

11     it was, like, 89.6, but you're welcome to round it off

12     to 90.  It's about 90 percent of your income will come

13     from Titanium, Platinum, and Diamond conference

14     profits, not your Silver profits.  So about 90 percent

15     of your income is going to come from Titanium,

16     Platinum, and Diamond Mastermind profits, not your

17     Silver profits.

18             Okay?  And you guys have all gone through

19     Step 15 on how the compensation plan works, but what I

20     want to do is go through it with you briefly now.  You

21     know, your Silver profits that the phone team makes

22     for you, you're going to use those profits to maybe

23     pay off a full bills and maybe a car payment, the

24     necessities, then you're going to -- you're going to

25     use a big portion of it back into your advertising to



**PX 22**                    FTC-MOBE-002305

32

1    keep your business running.  That's pretty much it.

2    You don't really profit too much at the Silver level.

3        Now, at the Titanium and Platinum -- the

4    Titanium and Platinum conference profits that the

5    phone team makes for you, that's going to buy you the

6    things you want to do, okay?  That's going to, Kim, be

7    able to pay for your wedding and have that horse

8    trailer and travel.  Beverly, being able to travel

9    back and forth to Australia to see your son and

10   daughter and be totally debt-free and help your kids

11   and grandkids.  Jonathan being able to vacation to

12   places like Egypt, take your kids on a cruise, and

13   being -- having that time freedom.  Do the things you

14   want to do in your life and help the people that you

15   want to help.

16       And be -- and your Diamond Mastermind

17   profits that your phone team makes on your behalf,

18   that's going to build your retirement income.  That's

19   going to build your wealth.  Okay?

20       So, now, every -- everybody on this webinar

21   has actually qualified as a Silver member.  So right

22   when your leads come into the system, the phone team

23   makes a Silver profit, you're going to earn $1,250 of

24   that as your profit.  Okay?

25       Now, here's how to get qualified as a

**PX 22**                    FTC-MOBE-002306



1    Titanium member.  Now, your Titanium conference --

2    write this down -- it's $9,997.  Okay, 9,997.  You'll

3    receive a $3,300 profit every time one of your Silver

4    members wants to make profit as a Titanium member when

5    they start their business with you.

6            And what's you guys' understanding of what

7    the -- the Titanium Mastermind actually is, the

8    conference and what you learn there?  Real quick.

9            JONATHAN:  Kind of the building blocks.

10           COACH MARLON:  Yeah, so it's like -- yeah,

11   right, building blocks.  So it's going to teach you at

12   the conference advanced marketing strategies, right?

13   So it's basically an advanced marketing conference.

14   So what Matt does, he brings in world-renowned

15   marketers that teach you how to market anything.  So

16   it's how some of our members go from making like, say,

17   10- to 20,000 a month up to 50,000, even up to six

18   figures per month like a lot of our affiliates do here

19   at MOBE.  So if you choose to purchase your own

20   Titanium conference, the company automatically

21   qualifies you to make profits as a Titanium member

22   right away.  Okay, right away, you don't have to

23   attend to make the profits.  You -- right when you

24   purchase, you can make profits right away.  Okay?

25           Now, here's how to get qualified as a

**PX 22**                    **FTC-MOBE-002307**



1    Platinum member in your business.  Now, I'll tell you,

2    like, being a Platinum member, that's about 40 percent

3    of your monthly income every month.  So, Kimberly,

4    25,000 first month, 1.2 million first year; Beverly,

5    15,000 first month, 800,000 your first year; Jonathan,

6    30,000 your first month, 1.2 million your first year.

7    About 40 percent of that will come directly from your

8    Platinum profits.

9         Now, your Platinum conference is -- write

10   these down -- $16,677.  $16,677.  You will receive a

11   $5,500 profit every time one of your Titanium members

12   wants to make profits as a Platinum member when they

13   start their business with you.  The Platinum

14   conference is a little bit different.  So what's your

15   guys' understanding of what Platinum is?

16        Anyone?  Number?  Scale?  What -- Titanium

17   is scale.  Platinum is actually --

18        BEVERLY:  Wealth managing.

19        COACH MARLON:  Well, exactly, that's right.

20   So it's a wealth-building conference.  You're going to

21   learn how to invest your money that you're making

22   here, how to keep it safe, how to invest it wisely and

23   keep it going for you residually, passively.  But

24   that's what true freedom is, right?  Having income

25   coming in where you don't have to do anything.  You

PX 22                    FTC-MOBE-002308



```
 1    don't even have to lift a finger.
 2              So and that's what -- that's what Platinum
 3    does for you, right?  True freedom.  So if you choose
 4    to purchase your own Platinum conference, the company,
 5    MOBE automatically qualifies you to make profits as a
 6    Platinum member right from the start.  Okay?  And I
 7    tell you, as a Platinum member, about 56 percent --
 8    roughly one out of two of your members -- will want to
 9    be a Platinum member when they start their business
10    with you.  Okay?
11              So here's how to get qualified as a Diamond
12    member (inaudible).  Now, the Diamond Mastermind --
13    write this down -- it's $29,997.  $29,997.  You will
14    receive $10,000 profits every time one of your
15    Platinum members wants to make profits as a Diamond
16    member when they start their business with you.
17    Roughly about 25 percent -- one out of every four --
18    will want to be a -- a Diamond member when they start
19    with you.  Okay?
20              So here's a frequently asked question that I
21    just wanted to go over.  A lot of people ask it.  A
22    lot of people ask if I want to be a Diamond member can
23    I just go straight to Diamond.  And you can't skip,
24    okay?  You have to be -- you have to be Titanium
25    before you can be Platinum.  You have to be Platinum
```



**PX 22**                    **FTC-MOBE-002309**

1    before you can be -- before you can be Diamond.

2            So you can't skip.  So a lot of -- a lot of

3    -- if you want to be straight to Diamond, a lot of

4    your members, they'll just purchase all three right

5    away to be positioned in that Titanium, Platinum, and

6    Diamond right when they get started.  Okay?

7            So, okay, so does everyone have that

8    document that I had you print out?  At the bottom it

9    says three registers.  Go ahead and pull that document

10   out and in front of you so you can write on it.  And

11   if -- if you don't have the document, you can just

12   write all of this out, but have that -- put that

13   document out in front of you so you can write on it.

14           Okay, got it?

15           KIMBERLY:  I have it.

16           JONATHAN:  Yeah.

17           COACH MARLON:  Okay.  So, good.  So write

18   this down.  Above where it says Silver, write down the

19   name Jeremy above where it says Silver.  And write

20   down -- above where it says Titanium, Platinum, and

21   Diamond, I want you to write a sponsor's name.  The

22   sponsor's name is Lehman, L E H M A N, Lehman.  Okay?

23           So, now, what I'm going to do is I'm going

24   to give you guys an example of what happened to my --

25   my mentor.  His name is Jeremy.  He's like one of the

**PX 22**                    **FTC-MOBE-002310**



1    top 50 income earners in the whole home-based

2    industry.  But when he first started in doing this

3    type of business about nine years ago -- well, and

4    obviously, nine years ago, when he got started in this

5    kind of business now, there was no MOBE.  Okay, MOBE

6    didn't exist nine years ago.  MOBE's been around about

7    five years, something like that.

8         So when he started doing this type of

9    business, he started with a very similar company that

10   had an identical compensation plan that MOBE has now.

11   So what I want to do is when I give you these numbers,

12   I'll give it you in MOBE terminology rather than the

13   previous company's terminology.  That way you know



14   what I'm talking about.  Okay?

15        So when he first started doing this type of

16   business, his sponsor's name was Lehman.  Lehman never

17   really explained to him on how to make money in the

18   compensation plan, but -- but what Jeremy was telling

19   me, it was his own fault.  Realistically, looking

20   back, he -- he wasn't on the proper training calls

21   that clearly went over how the compensation plan

22   worked for whatever reason.

23        So when he first started, kind of without

24   knowing any better, he just started out at the Silver

25   level, the first level.  In his first month, he had a

**PX 22**          **FTC-MOBE-002311**



1      total of six people that joined the business and

2      purchased first-level Silver from him.  Now, what I'm

3      going to do is I'll give you the six names of those

4      people, and I want you to write down their names

5      underneath where it says Silver one through six.

6      Okay?

7                So number one is Lyle.  Okay, number one is

8      Lyle.  Number two is Darla.  Number two is Darla.

9      Number three is Susan.  Number three is Susan.  And

10     Number four is Douglas.  Number four is Douglas.

11     Number five is Dave.  Number five is Dave.  And number

12     six is Tim.  Number 6 is Tim.

13                So these are the first six people and the

14     actual names of the people that joined and purchased

15     Silver from him.  Now, at this point, guys, what --

16     now, at this point, whose Titanium, Platinum, and

17     Diamond team were all these six people on now?

18                BEVERLY:  Lehman's.

19                COACH MARLON:  Lehman, yeah.  Why -- why not

20     Jeremy?

21                BEVERLY:  Because (inaudible).

22                COACH MARLON:  Right.  Right.  He wasn't

23     positioned right before he got started.  So -- so,

24     guys, right when someone becomes a customer, right

25     when they hit the system, even before they purchase

**PX 22**                    **FTC-MOBE-002312**



1    Silver, and right when people come into the system,

2    they're automatically tagged and assigned and locked

3    forever.  Matt calls it set in stone.  They're set in

4    stone who their Titanium, Platinum, and Diamond

5    sponsors are for life.

6           But right when they -- they click and enter

7    the information and click the submit button, Jeremy

8    automatically lost them to Lehman at the second,

9    third, fourth level -- Titanium, Platinum, and Diamond

10   -- forever.  Okay?

11          Now, just guess, out of these six people,

12   how many do you think wanted to make profits as a

13   Titanium, Platinum, and Diamond member when they

14   started their business?

15          BEVERLY:  (Inaudible).

16          COACH MARLON:  Yeah, I mean, there was

17   actually -- in Jeremy's case, there was actually four

18   that -- that became Titanium and Platinum right away

19   and two that became Diamond.  And -- and guess who

20   made all the profits?

21          KIMBERLY:  Lehman.

22          COACH MARLON:  Right.  So -- so the first

23   month, yeah, Lehman made all the profits, right?  So -

24   - so out of those four people that got positioned at

25   Titanium, Platinum and two at Diamond, Lehman -- well,

**PX 22**          **FTC-MOBE-002313**



```
 1    Jeremy made 7,500, and Lehman made because four of
 2    them got positioned at Titanium, Platinum and two at
 3    Diamond, he made $55,200.  Okay?
 4           Now, I'm going to give you the names of
 5    those four people that got positioned at Titanium and
 6    Platinum.  I'll have you write their names one through
 7    four, and then under Diamond, there's going to be two
 8    people there.  And, you know, back then, nine years
 9    ago, Jeremy got positioned -- I mean, he was doing all
10    the work, but back then, there was no MOBE.  So he was
11    doing all the work.  They don't -- they didn't have
12    traffic coaches like we have now.  They didn't have a
13    phone team to call your own leads.  So he was doing
14    all this work himself, and -- and -- and Lehman was
15    profiting from all the work that he was doing because
16    he wasn't positioned.  And -- and needless to say, I
17    mean, Jeremy wasn't a real happy camper that first
18    month.
19           So underneath where it says Titanium and
20    Platinum one through four, write down -- it was Lyle.
21    Write down Lyle.  Under Titanium and Platinum, number
22    one.  Number two, write down Darla for Titanium and
23    Platinum.  Write down Darla.  Number three, write down
24    Susan.  Number three, write Susan underneath Titanium
25    and Platinum.  And number four, write down Dave for
```

PX 22            FTC-MOBE-002314

41

1    Titanium and Platinum.

2              And then underneath Diamond, number one,

3    write Susan.  And then number two, write Dave under

4    Diamond.  Now, under -- or by Dave's name or

5    underneath, write -- draw a little line underneath

6    Dave's name, and then write down the name Donna.

7    Write down Donna, okay?

8              Now -- now, guys, on the compensation plan

9    (inaudible) it's not the Titanium, Platinum, and

10   Diamond members within your own business that -- I

11   mean, believe it or not, it's not -- it's not the

12   $3,300, $5,500, and $10,000 profits that you have to

13   pass up that really, really hurt you.

14             It's actually the people that you have to

15   pass up that really, really hurt you because not only

16   do you lose at 3,300, 5,500, and 10,000 profits from

17   each member, but then you also lose that person.  You

18   lose that person's team, and you lose what that

19   person's team does and the residual income from what

20   that person and what that person's team does forever.

21             And let me give you an example of that.  So

22   you see how I had you write down Donna's name

23   underneath Dave?

24             UNIDENTIFIED FEMALE:  Uh-huh.

25             COACH MARLON:  So -- so when Dave first



**PX 22**                    **FTC-MOBE-002315**

42

1    started and he went through the system, he purchased

2    Silver.  Well, the first person that purchased Silver

3    from him, her name was Donna, okay?  So the first

4    person that came in and purchased with Donna purchased

5    Silver, so of course he made a $1,250 profit, right?

6    And -- but a couple weeks later, when Donna understood

7    how she made money in the compensation plan, she also

8    wanted to make profits as a Titanium, Platinum, and

9    Diamond member in her business.

10             Now, besides Dave, who would receive the 5

11   percent passive income when Donna started having her

12   business and having people in her business purchase

13   Titanium, Platinum, and Diamond through her?  Would it

14   be Lehman, or would it be Jeremy?

15             JONATHAN:  Lehman.

16             BEVERLY:  Lehman.

17             COACH MARLON:  Right, yeah.  Exactly.  At

18   this point, you know, Jeremy -- Jeremy is only

19   qualified at Silver.  So that's right.  So -- so when

20   someone becomes a customer, or even before they

21   purchase Silver, they're automatically assigned and

22   locked to their Titanium, Platinum, and Diamond

23   sponsors for life.  So right when they hit the system,

24   he automatically lost those profits to Lehman forever.

25             Now, just because Jeremy waited about four

**PX 22**                              **FTC-MOBE-002316**

43



1  and a half weeks to get started and he got positioned

2  at Titanium, Platinum, and Diamond at that point, just

3  -- just off of those six people that he passed up, he

4  passed up a little bit over $180,000 his first year to

5  Lehman. And that's just the first year. Imagine for

6  the lifetime, just from those people and those teams

7  how much he passed up. And that's a true story, and -

8  - and that's how -- that's how you make profits in the

9  compensation plan.

10        Okay, so, now, guys, what I need to do is I

11  need to call each one of you guys back one-on-one.

12  Probably about ten minutes with each of you. If you

13  guys need to be either called sooner or later, just



14  send me a message on Skype. What I'll do is I'll

15  probably call Australia and Asia first because it's --

16  for some people, it's like midnight right now. I'll

17  call them first, but give me about -- give me about

18  five minutes to call the first person back. I'm

19  starving. I'm going to go have a protein shake real

20  quick. I didn't have breakfast. And I'll call --

21  I'll start calling back in about five minutes, okay?

22        KIMBERLY:  Okay.

23        BEVERLY:  Okay.

24        COACH MARLON:  So awesome business plan,

25  guys. I'll talk to you guys in a little bit, okay?

**PX 22**                    **FTC-MOBE-002317**

44

```
1              GROUP:  Okay.

2              COACH MARLON:  Thank you so much.  Okay,

3       take care.

4                    (The video call was ended.)

5                    (The recording was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PX 22            FTC-MOBE-002318

45

1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4             I, Sara J. Vance, do hereby certify that the

5       foregoing proceedings and/or conversations were

6       transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12            I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:   2/22/2018           _Sara J. Vance_

22                                  SARA J. VANCE, CERT

23

24

25



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-002319**

# Exhibit MM

**FTC-MOBE-002320**

# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.      1723072

TITLE           MOBE

DATE            RECORDED:  JANUARY 4, 2018
                TRANSCRIBED:  JANUARY 29, 2018
                REVISED:  FEBRUARY 22, 2018

PAGES           1 THROUGH 14

Marlon Call After Webinar_2018-01-04_10-17-29

Redacted
3/5/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**           **FTC-MOBE-002321**

```
 1                  FEDERAL TRADE COMMISSION

 2                       I N D E X

 3

 4       RECORDING:                           PAGE:

 5       Video Call with Marlon                 4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**                    FTC-MOBE-002322