3

1                     FEDERAL TRADE COMMISSION

2

3        In the Matter of:              )

4        MOBE                           )   Matter No. 1723072

5                                        )

6        ------------------------------)

7                                     January 4, 2018

8

9

10

11              The following transcript was produced from a

12       digital file provided to For The Record, Inc. on

13       January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    FTC-MOBE-002323

4

1                    P R O C E E D I N G S

2                    –    –    –    –    –

3        **Marlon Call After Webinar_2018-01-04_10-17-29**

4                    MS. JONES:  Hello?

5                    **(No response.)**

6                    MS. JONES:  Hello

7                    COACH MARLON:  Hey, [REDACTED].  How you

8        doing?

9                    MS. JONES:  Hey, I'm fine.  How are you?

10                   COACH MARLON:  Good, thanks.  You were on

11       the whole webinar, right?

12                   MS. JONES:  Yes, I was.

13                   COACH MARLON:  Okay, good.  I hope I didn't

14       bore you to death.

15                   MS. JONES:  No.

16                   COACH MARLON:  I had my protein shake, so

17       I'm ready to go now.

18                   MS. JONES:  Well, good.

19                   COACH MARLON:  So before I move you forward,

20       [REDACTED], I know we went through this briefly there

21       in your business plan, but what are your thoughts

22       about making profits as a Titanium, Platinum, and

23       Diamond member in your business?

24                   MS. JONES:  Well, I think that's a great

25       idea.

**PX 22**                              **FTC-MOBE-002324**

1          COACH MARLON:  Mm-hmm.

2             MS. JONES:  But on the other hand --

3          COACH MARLON:  Mm-hmm.

4             MS. JONES:  -- I haven't made anything in

5       the Silver, Gold --

6          COACH MARLON:  Mm-hmm.

7             MS. JONES:  -- where I'm at.

8          COACH MARLON:  Yeah, you haven't even gotten

9       started marketing yet.

10             MS. JONES:  No.

11          COACH MARLON:  So when you start marketing

12       -- I mean, the reason I'm asking, [REDACTED], is

13       because you're going to finish up the steps and start

14       marketing soon.  But if you started marketing at the

15       level you're at now, like you heard, you would lose

16       all your leads.  They'd be tagged and assigned to your

17       Titanium, Platinum, Diamond sponsors forever.

18             So if you wanted to keep those profit and

19       teams and residuals, et cetera, when the -- the phone

20       team makes those profits for you, you want to be

21       positioned as high as you can before you start

22       marketing, if that makes sense.

23             So you just want to -- you're okay with

24       passing up 90 percent of your profits to your sponsor

25       forever, and residuals?

**PX 22**          **FTC-MOBE-002325**

1           MS. JONES:  No, I'm not, but I -- I'm not

2      exactly sure who my sponsor is.

3           COACH MARLON:  Why -- why does that matter

4      who your sponsor is?

5           MS. JONES:  Well, because -- well, it's just

6      who -- am I working for somebody?  Is that how you're

7      putting it, that --

8           COACH MARLON:  If -- if you don't position

9      yourself at the higher levels, you're passing up your

10     profits to your sponsor, whoever brought you in,

11     whoever you -- whose link you clicked on at the

12     beginning.

13          MS. JONES:  Oh, that would be Carlos, I

14     guess.

15          COACH MARLON:  Okay.  So you're Titanium,

16     Platinum, Diamond profits and residuals would go to

17     whoever your sponsor is at those levels forever.  So,

18     I mean, it's up to you.  You can start at Silver/Gold

19     if you'd like, but just -- you have to understand that

20     you will never make profits at the Titanium, Platinum,

21     Diamond level on all those people that's come in on

22     all the marketing you're spending.  Does that make

23     sense?

24          MS. JONES:  Right, but I'm not making any

25     money now --

**PX 22**                    **FTC-MOBE-002326**

7

1    COACH MARLON:  Mm-hmm.

2    MS. JONES:  -- at the level I am.

3    COACH MARLON:  Right.  So are you -- are you

4 okay with passing up 90 percent of your profits,

5 residuals, et cetera, on all the marketing you're

6 spending -- you're going to spending?

7    MS. JONES:  No.

8    COACH MARLON:  So do you want to make

9 profits at a Titanium/Platinum/Diamond level?

10    MS. JONES:  I do, but I also want to expand.

11    COACH MARLON:  Mm-hmm.

12    MS. JONES:  So I want to make the -- the

13 most that I can.

14    COACH MARLON:  Okay, so then you would

15 need to be a Diamond member to make the most that

16 you can.

17    MS. JONES:  That's what I'm understanding.

18    COACH MARLON:  Uh-huh.  So what -- what

19 avenue do you have to find the funding to be Titanium,

20 Platinum, and Diamond?

21    MS. JONES:  We haven't talked about this.

22    COACH MARLON:  Mm-hmm.  Who hasn't talked

23 about it?

24    MS. JONES:  You and I.

25    COACH MARLON:  Well, I'm asking now.

**PX 22**      **FTC-MOBE-002327**

8

1          MS. JONES:  Well, see, and then I maxed out
2     one of my cards --
3          COACH MARLON:  Mm-hmm.
4          MS. JONES:  -- on the -- the Silver/Gold.
5          COACH MARLON:  Okay.
6          MS. JONES:  I'm not sure where I would get
7     the funding.
8          COACH MARLON:  Mm-hmm.  I mean, if you did
9     have the funding, would it be something that you would
10    do?
11         MS. JONES:  I believe so.
12         COACH MARLON:  Why?
13         MS. JONES:  No, I believe I would.
14         COACH MARLON:  Yeah, why?
15         MS. JONES:  If -- if I had -- if I had an
16    avenue that --
17         COACH MARLON:  Mm-hmm.
18         MS. JONES:  -- that was resourceful.
19         COACH MARLON:  Yeah, why -- why -- why would
20    you do it?
21         MS. JONES:  Because I have to continue with
22    the goals that I set.
23         COACH MARLON:  Right.  So, I mean, here's
24    what your people are going to do, [REDACTED], to find
25    the funding for Titanium, Platinum, and Diamond when

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**          **FTC-MOBE-002328**

9

1    they start with you, because maybe like 20 percent

2    of your people have the funding just laying around,

3    but for the most part, they don't have the funding

4    either.

5         The ones who don't, they -- they go out

6    there and go to their bank or lending institution,

7    but, in fact, MOBE, we have a third-party lending

8    company.  And they lend to our members as long as

9    your credit score is at least 650 and above per co-

10    signer.  But as long as it is, it's 0 percent for 12,

11    up to 24 months, so a lot of your members will use

12    our third-party lending company because there's no

13    interest.

14         Some of your members, they'll borrow from

15    their, like, 401(k)/IRA, retirement and investment

16    accounts.  Some will split it up on multiple credit

17    cards.  There was this lady named Susanne.  She was a

18    retired school teacher.  She borrowed a little bit of

19    the money from her family, but the rest of it she

20    split up on five or six different credit cards.  And

21    she said she made, like, 19-, 20,000 her first month.

22    So a lot of your members will use credit cards.

23         So do you have any of those avenues

24    available?

25         MS. JONES:  I could -- I could call one of

**PX 22**          **FTC-MOBE-002329**

10

1     my other credit card companies and see what would be

2     available.

3              COACH MARLON:  Mm-hmm.

4              MS. JONES:  If not, then I would definitely

5     look into the MOBE credit card option.

6              COACH MARLON:  Mm-hmm.  MOBE credit card

7     option?

8              MS. JONES:  Yeah, didn't you say MOBE had a

9     credit card option, zero financing?

10            COACH MARLON:  Third -- I didn't say

11    anything about a credit card.

12            MS. JONES:  Oh.

13            COACH MARLON:  I said a third-party lending

14    company.

15            MS. JONES:  Oh.  Oh, okay.  Well, that -- to

16    me, that's the same thing.

17            COACH MARLON:  Okay.  So -- well, then, do

18    that for your homework.  I mean, if you did call your

19    credit card company, how much do you think they'd -- I

20    mean, what's your limit there?

21            MS. JONES:  Oh, I don't know.  Now?

22            COACH MARLON:  I mean, to get to Diamond,

23    it's like 56,000.

24            MS. JONES:  Right.

25            COACH MARLON:  So one credit card could --

**PX 22**               **FTC-MOBE-002330**

11

1    could open up to that much?

2              MS. JONES:  I'm not sure.

3              COACH MARLON:  I've never heard of that,

4    unless it was, like, American Express and you got it

5    paid off next month.

6              MS. JONES:  Right.

7              COACH MARLON:  Uh-huh.  So what do you think

8    you should do?

9              MS. JONES:  Well, if I can't get more on the

10   credit card, maybe I can look at my boyfriend's credit

11   card, and if not, then I guess the last option would

12   be to consider using the third-party lending company

13   through MOBE.

14             COACH MARLON:  Mm-hmm.  Why would that be a

15   third option and not first?  I mean, if you up your

16   credit card, you're going to have interest on it,

17   right?  So why --

18             MS. JONES:  Oh, that's true.

19             COACH MARLON:  -- not use the 0 percent?

20             MS. JONES:  I -- yeah.  I didn't think about

21   that.  So, yeah, I guess, then, the best one would be

22   to look into the third-party lending company.

23             COACH MARLON:  Okay, so let's -- let's do

24   this for your homework.  I'm going to send you an

25   email.  It's going to be titled "My OPM Application."

**PX 22**                    FTC-MOBE-002331

12

1       Go ahead and submit that application, okay, today.

2       You'll get an answer within 24 hours.  And if you get

3       approved, you'll get your funding within two weeks

4       usually.

5               MS. JONES:  Okay?

6               COACH MARLON:  Okay?  And then I'll go ahead

7       and unlock Step 16, and then make another one-on-one

8       for tomorrow.  Let's see where you're at then.

9               MS. JONES:  Okay.

10              COACH MARLON:  Okay?

11              MS. JONES:  All right.

12              COACH MARLON:  Any -- any questions about

13      that?

14              MS. JONES:  I don't think so.

15              COACH MARLON:  Okay.  So I'll send you that

16      email.  Go ahead and submit it, and it doesn't hurt

17      your credit or anything.  It's a soft pull.  But

18      you'll get an answer within 24 hours, and then I'll go

19      ahead and unlock 16, okay?

20              MS. JONES:  Okay.

21              COACH MARLON:  Okay, [REDACTED].  Talk to

22      you tomorrow.

23              MS. JONES:  Thank you.

24              COACH MARLON:  You're welcome.  Have a good

25      day.

**PX 22**          FTC-MOBE-002332

13

1          MS. JONES:  You, too.  Bye-bye.

2          COACH MARLON:  Okay.

3          **(The video call was concluded.)**

4          **(The recording was concluded.)**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**                    FTC-MOBE-002333

14

## CERTIFICATE OF TRANSCRIPTIONIST

1

2

3

4          I, Sara J. Vance, do hereby certify that the

5     foregoing proceedings and/or conversations were

6     transcribed by me via CD, videotape, audiotape or

7     digital recording, and reduced to typewriting under my

8     supervision; that I had no role in the recording of

9     this material; and that it has been transcribed to the

10    best of my ability given the quality and clarity of

11    the recording media.

12          I further certify that I am neither counsel

13    for, related to, nor employed by any of the parties to

14    the action in which these proceedings were

15    transcribed; and further, that I am not a relative or

16    employee of any attorney or counsel employed by the

17    parties hereto, nor financially or otherwise

18    interested in the outcome of the action.

19

20

21    DATE:   2/22/2018          *Sara J. Vance*

22                              _____

                              SARA J. VANCE, CERT

23

24

25

**PX 22**          **FTC-MOBE-002334**

 Gmail                                    ████████████████████

---

## My OPM Application
1 message

---

**[Coach] Marlon** <marlon@mobe.com>                    Thu, Jan 4, 2018 at 10:17 AM
To: ████████████████████████

Hey ████ ,

Go to https://www.myopmnow.com enter in your Name, Email and phone number.. Then you will be taken
to creditnav. To get your 3 reports and FICO Scores. Complete your info and do the $1 trial use PROMO
CODE: trial366


After you complete that process you need to send an email with the info below to:
Laura@myopmnow.com

Title of Email: Your Name and Phone number

Email must include:

-creditnav.com Username and Password
-Full Name (as is in MOBE system)
-Email address (as is in MOBE system)
-Phone Number
-Coaches name: Marlon Nuqui

Then you will receive correspondence from them usually by next business day within normal business
hours.

Reply back to this email as well once you've sent to them so I know to follow up.

Thanks,

P.S. always check your junk email and or spam. Sometimes our correspondence ends up there until you
add us as a contact in your email..


**Marlon Nuqui**
Master Senior Business Coach
About me:
https://21stepbusiness.com/members/coach/marlon-nuqui/
Phone ████████████
Skype: ██████████

# Exhibit NN

**FTC-MOBE-002336**





PX 22                    FTC-MOBE-002338

steadily water the seeds, nurture them, support their growth, and keep the weeds out.

As you grow your MOBE business, you'll be doing something very similar. As you plant the seeds into our system (generate traffic), you'll want to continue to support those seeds to help them grow (you'll want to follow up).

Most of the follow-up will be handled for you through things like the system you're a part of right now. We'll be doing all the follow-up methods mentioned in a previous step: phone follow-up, live event follow-up, webinar follow-up, email follow-up, direct mail follow-up, and more.

But as you scale your own earnings and get more comfortable with your marketing, you can also start to add on your own follow up into the mix to help nurture leads through the process.

For example, you can put together a basic email follow-up sequence to encourage people to complete their training. You can also use the many email sequences that we have set up, all designed to add value, to help grow and nurture your leads into Top Tier sales.

So: how are you going to attract these leads?

**NEXT SECTION - PLEASE CLICK HERE**





**Step 16 - Training Section #2**

In this step, I'll show you a number of different but effective methods you can use to drive traffic into MOBE. And when you become a MOBE Consultant, if you're not yet already, you'll have immediate access to full trainings on how you can do this, step by step.

I recommend you select one—and only one—of these methods and focus on it until you're an expert and bringing in lots of traffic with it. Then, if you want to, you can try another traffic method.

Many online marketers stick to one or two traffic methods that work for them for their entire careers.

## Facebook Traffic

Many of our partners are generating sales from using paid Facebook traffic. You design an ad, write a good headline and call to action, set a daily budget you're comfortable with, and then you drive that traffic into our system.

The key is to always track, test and have more than just one ad at a time going. If you stay at this method and keep improving, you'll begin to see some great results.

Instagram is now owned by Facebook and you can place ads on Instagram directly from your Facebook advertising account. Your ads will show up as sponsored posts and can be targeted to a specific demographic.

## Banner Ads

These are ads that you can purchase that will be placed on well known websites and blogs. Some of these sites have many hundreds of thousands of views a month, or more, so you'll be getting massive exposure to your banner

You will find many dedicated networks that will connect you with sites that are specific to your offers. You will learn more about this in your traffic training.

You want your ad to be clean and stand out from all the rest. Depending on the position of the ad, you can even make it look like it's a part of the website, which can yield great results.

Banner Ads are a tried and true method for getting quality traffic into our funnels. At MOBE we provide you with a wide selection of banner ads you can start with.

And what's nice about them is you can arrange special pricing for long-term deals when you find a site that's converting very well for you, and you can literally have dozens of ads up, all working for you and bringing in steady leads.

---

### Your Business Coach

**Marlon Nuqui**

✉ Email:
**marlon@mobe.com**

📞 Phone:

🗓 Schedule A Session:
**Click Here**

Ⓢ Skype:
**Click Here**

Ⓢ Skype:
**Click Here**

🗓 Schedule A Session:
**Click Here**

Ⓢ Skype:

🗓 Schedule A Session:
**Click Here**

Ⓢ Skype:

**Business Coach**

🗓 Schedule A Session:
**Click Here**

Ⓢ Skype:

**1-707-514-0630**

🗓 Schedule A Session:
**Click Here**

Ⓢ Skype:



## Solo Ads

This method is the backbone of many of our partners successfully growing their MOBE businesses. They've been around for years, and still work extremely well.

In fact, one of our top five Consultants specialized in solo ads and has built a successful Solo Ads Agency.

There are a lot of shady solo ad sellers, but as a community, we're able to give training and recommendations to you so that this will not be an issue.

Basically here's what a solo ad is: you go to a marketer who has a list of email subscribers and, for an agreed-upon fee, he agrees to send you a certain amount of clicks (traffic in most cases).

He sends an email out to his list promoting the link that you gave him. Usually you'll get 40% or more of these clicks onto your list to market and sell to.

So if you buy 100 clicks for $35 dollars, you might get 45-65 quality leads that go into your email lists or into our funnels, etc. When you continue to build the relationship with them (your follow-up), a percentage will purchase a front-end offer, like the 21 Steps, and you will make a commission on each sale.

A percentage will end up as Top Tier Partners and you'll get the commission on each back-end purchase they make. This is a powerful way to build your list and grow your business steadily and reliably.

## Start a Cash-Sucking Blog

You can start writing a blog, adding helpful new entries once or twice daily and begin to rank high in the search engines for high traffic keywords targeted to our business.

This is how one of our top five Consultants has made most of his money, via SEO (Search Engine Optimization) positioning. He was writing his blog long before he got involved in MOBE, but once he did, he started making money hand over fist with us—literally millions of dollars.

Now, a caution here: it may take a little time to do this, and it's only scalable to a certain point, so it's not our favorite method to use right out the gates.

But, if you've got the time to set this up, it can yield some incredible results—and it's a good idea to have your own blog anyway for relationship building.

## Direct Mail

Our in-house traffic agency (which we'll talk about in a second) already sends direct mail to many of our subscribers and leads, and we've been getting back some great results.

Direct mail works especially well because fewer people are doing it these days, compared to the past. So when a potential customer gets a letter or postcard, rather than an email, it really stands out and makes an impact.

FTC-MOBE-002341

PX 22



## Warm Market

Your warm market is a great source of leads. There are many people in your personal network that might be interested in your offers. You can reach out to them directly, or lead by example and show them how you are building your online business.

If you review the back section of my book *Limitless*, you will meet many of our members and learn how they made their commissions.

For example Chan Aik Hoon from Singapore who has made well over $144,385 by working her warm market or Ron and Rhonda Keenan who have made over $54,725 in their first year without any advertising.

## MOBE Recommended Traffic Agency

We've got our own traffic agency, so you can be getting quality and reliable traffic right from us. More details can be found at our site, WeSellClicks.com.







# OFFICIAL TRANSCRIPT PROCEEDING

## FEDERAL TRADE COMMISSION

MATTER NO.        1723072

TITLE             MOBE

DATE              RECORDED:  JANUARY 8, 2018
                  TRANSCRIBED:  FEBRUARY 13, 2018
                  REVISED:  FEBRUARY 22, 2018

PAGES             1 THROUGH 33

Step 16_2018-01-08_10-32-32

*Carol Jones*

3/1/2018

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                **FTC-MOBE-002345**

2

```
 1              FEDERAL TRADE COMMISSION

 2                     I N D E X

 3

 4     RECORDING:                          PAGE:

 5     MOBE Step 16                           4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**          **FTC-MOBE-002346**

3

1                     FEDERAL TRADE COMMISSION

2

3          In the Matter of:              )

4          MOBE                           )   Matter No. 1723072

5                                         )

6          ------------------------------)

7                                         January 8, 2018

8

9

10

11              The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     January 25, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002347**

4

**P R O C E E D I N G S**

- - - - -

**Step 16_2018-01-08_10-32-32**

1

2

3

4   MATT LLOYD:  Hey, guys.  Welcome to another

5   episode of "Ask Matt Lloyd."  So we are here in the

6   studio today with one of our Diamond clients, Brady

7   Lynn (phonetic) --

8   MS. LYNN:  Hi.

9   MATT LLOYD:  -- (inaudible) America.  She's

10   got the question for today.

11   MS. LYNN:  So, Matt, tell me, how long do you

12   say it takes for someone, someone like regular person,

13   to master a traffic strategy?

14   MATT LLOYD:  Okay.  So if you pick a traffic

15   strategy like Facebook pay-per-click or Silhouettes,

16   how long, on average, should it take you to get really

17   good at it?  The answer is it really depends, but I

18   would say, at a minimum, if you're prepared to invest

19   one to two hours a day and really focus that on that

20   one particular traffic method and don't get distracted

21   trying to learn five others, then after -- I mean,

22   after a month, you should have a fairly good

23   understanding of the basics.  After two months, you

24   should be getting decent.  After three months, you

25   should be good, okay?

**PX 22**          FTC-MOBE-002348

1          Now, let me explain that when I say that you

2     need to put in an hour a day, I'm talking about not

3     just learning or reading a book or watching the

4     course, I mean actually applying and actually going

5     and doing it.  I find a lot of people, when they want

6     to learn how to do a particular traffic method, their

7     first thing is they'll go buy a course, and then

8     they'll try to learn everything about it, and then

9     they might go buy another course, okay, and they just

10    keep on learning, okay, and I think that the biggest

11    teacher -- the most effective teacher is always

12    experience.

13          So the way that I would do it is let's say I

14    wanted to learn how to do Facebook pay-per-click.  I

15    would go and attempt to do it myself first.  I would

16    spend some money.  I would probably lose some money if

17    I didn't know what I was doing, but I would actually

18    go and try and do it first, because then when I

19    actually buy the course, okay, I would then go buy a

20    good course from somebody who really knows what

21    they're doing.  Then when I'm going through that

22    course, I have a frame of reference, okay, of what I'm

23    reading, what I'm learning, okay?  I actually have

24    real world experience that I can relate it to.

25          If you haven't actually gone and attempted to

**PX 22**          **FTC-MOBE-002349**

6

1    do something and you're just learning from theory,

2    then that's surface-level learning, okay?  It doesn't

3    really sink into your mind because you can't relate it

4    to actually having done it.

5         MS. LYNN:  Always do it first before you

6    learn.

7         MATT LLOYD:  Yeah, exactly.  I mean, it's

8    like -- I used to -- when I was in my late teens, I

9    joined a boxing gym, and for a while I wanted to learn

10   how to do boxing, okay?  So a sport like boxing, you

11   can read about it all day long, you can go and buy

12   books on it, and you can try to learn all the

13   different punches and everything like that, but until

14   you actually get in that boxing ring and there's

15   another opponent who's actually coming at you and

16   throwing punches, that it's a very, very different

17   thing, okay?

18        And it's the same with anything.  It's like --

19   I mean, even if you were trying to learn a musical

20   instrument, you wouldn't try and learn the piano by

21   reading books --

22        MS. LYNN:  Reading, right.

23        MATT LLOYD:  -- on how to play the piano.  You

24   would actually go on and do it, and then you would --

25   then you would read about it or you would get a

**PX 22**            FTC-MOBE-002350

1    teacher, and then you would attempt to redo it again,

2    adjust your approach.  That's the fastest way of

3    learning.

4         So provided you're willing to have a heavy

5    bias for taking action and actually doing that traffic

6    method, I would say that between two to three months,

7    if you're putting in one hour a day of focused work,

8    then you should be able to get pretty good at it.

9         MS. LYNN:  Well, that is very good to know.

10   Thank you.

11        MATT LLOYD:  You're welcome.

12        All right.  So if you have a question for me,

13   go to askmattlloyd.com, and you can ask it there.

14   (Inaudible).

15        (Pause.)

16        MATT LLOYD:  Hey, guys.  Welcome to Step 16.

17   So in this step, I'm going to share with you how you

18   can start promoting the business and start actually

19   earning commissions.  Now, I am not going to go too

20   far into the details, because after you get through

21   these 21 steps, that's when your official traffic

22   training begins and we go into a lot more details

23   there, but I am going to give you an overview just so

24   you know -- have a rough idea of what it is you're

25   going to be doing once you're ready to start promoting



**PX 22**          **FTC-MOBE-002351**

8

1     the business.

2             Now, before we get into it, less than 24.5

3     percent of people make it this far.  So keep on going.

4     You are almost at the end.

5             So here's what I'm going to be sharing with

6     you specifically.  Number one, I'm going to share with

7     you the very basics of traffic, so just concepts of

8     targeted business, untargeted traffic, what we're

9     looking for and the right kind of prospects for this

10    business, those kind of ideas.

11            I am going to show you a few of the most tried

12    and true traffic methods that we know.  I'm also going

13    to share with you the traffic agency that MOBE

14    recommends.  So what do we recommend to new clients,

15    new consultants, when they are trying to get their

16    business up and running?  And also I am going to share

17    with you several key resources to further refine your

18    promotion practices.

19            So I want to begin with this quote:  "From a

20    small seed, a mighty trunk may grow."  In this

21    business, you have got to understand that what you're

22    really doing is you're going out there and you are

23    planting seeds, and then you are nurturing those

24    seeds, and the analogy that I like to give people is,

25    it's almost like you're planting an oak tree seed, and

**PX 22**          **FTC-MOBE-002352**

9

1    that oak tree seed, it starts off being a very small

2    seed, but over the years, it can grow into a mighty

3    oak tree.

4           Well, when you go out there and you start

5    promoting this business, for example, you start

6    promoting the 21 steps, you might start off by getting

7    a client at $49, so a front-end client.  That's a

8    seed.  So that client represents the seed.  Now, in

9    the very beginning, you haven't made a lot of money

10   from that one transaction.  You've made, maybe, $44,

11   something like that, but over time, if you help to

12   nurture that seed or that lead, that client, you help

13   to guide them along, you help to encourage them, you

14   continue to market to them, then over time, they can

15   eventually grow into a Diamond Mastermind client, and

16   you can end up getting close to $20,000 in

17   commissions.  So they can actually grow into a giant

18   oak tree.

19          Now, just like the growth of that oak tree, it

20   does require patience.  Now, fortunately, it's not

21   decades and decades of time.  Often, it can be a

22   matter of months, but my point is, it does require

23   some patience.  So once you get to the end of these 21

24   steps, you start promoting and you get your first few

25   sales, don't expect to get upgrades within just a

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**           **FTC-MOBE-002353**



1    matter of days, okay?  It's going to take time, but

2    believe me, if you get enough front-end clients, then

3    you will start to see those back-end commissions

4    coming in.

5         Now, those back-end commissions are going to

6    look just like this.  You are going to get your first

7    Silver commission of $1,250.  You may then see a Gold

8    commission of $2,500.  Keep in mind, we are going to

9    offer the Gold Masterclass to your clients at Step 7

10   if they take action and invest in the Silver

11   Masterclass.  In that case, if we do give them Gold

12   for free, just like we perhaps gave you, then there

13   won't be a commission on that, but you still get the

14   Silver Masterclass commission.

15        Now, after that, you'll see your Titanium

16   commissions start to come in, your Platinum, and then

17   your Diamond Mastermind commissions.  Not everyone who

18   gets the Silver Masterclass program will end up

19   getting Diamond, but over time, if you get enough of

20   those front-end sales, enough of those Silver

21   Masterclass sales, then eventually, yes, you will

22   eventually start to see your first Diamond Mastermind

23   commission.

24        Now, keep in mind, when you are getting leads,

25   initially you are not going to have to follow up with



**PX 22**          **FTC-MOBE-002354**

1    them.  They are going to be opting in to our lead

2    capture pages, and MOBE will be following up with the

3    emails and all the other communication channels, but

4    as you build your business, at some point you really

5    want to start to build your own list.  So then, in

6    that case, you will need to get your own lead capture

7    page, and we provide the tools for you to do that as

8    part of the monthly consultant fee.  And so you will

9    be able to create your lead capture pages, start

10   building your list, and then start handling your own

11   followup yourself.

12          So, for example, you can put together a basic

13   email followup sequence to encourage people to get

14   into these 21 steps and also encourage them to

15   complete the 21 steps as well.  So I'm going to give

16   you a few different options for getting the first few

17   leads coming in, and, again, I'm going to be very

18   general here.  Keep in mind that after you get through

19   these 21 steps, then we go into a lot more detail.

20          So the first advertising method that I'm going

21   to recommend is Facebook traffic, and there are

22   several ways that you can promote on Facebook.  Number

23   one, you can do pay-per-click ads.  So you know how

24   when you're on Facebook and you see those little ads

25   on the side?  Well, some advertiser is paying for

**PX 22**          FTC-MOBE-002355

12

1    those ads, and every time you click on the ad, the

2    advertiser is actually paying for that click.  Now,

3    they could be paying 40 cents; they could be paying a

4    dollar.  It depends on a number of different factors.

5         Now, those ads could actually be your ads

6    going to your consultant links, so that when people

7    click them, they go to one of our websites.  If they

8    end up buying, that's how you will generate your first

9    commission.  Now, the other thing that you can do is

10   you can just share your links in your news feed.  So,

11   for example, you could just do a post right now, and

12   you could share that you're going through this

13   program, share what kind of experience that you're

14   having, and if you had your consultant link -- which

15   you will get at the end of the 21 steps -- you would

16   then have that link in the post.  People would click

17   that link, go to our website, and if they end up

18   becoming a lead and buying, you just got yourself a

19   sale.

20        Now, the other thing I recommend you do with

21   Facebook is you create your own communities or your

22   own groups.  So if you go to Facebook right now, you

23   can actually look in the menu, and you'll see

24   "Groups," and below that, you will see "Create a

25   Group."  So you could create a group.  It's only going

**PX 22**          **FTC-MOBE-002356**



13

1     to take you just a few minutes, and you could actually

2     start inviting your leads, your prospects, and

3     building an audience into your own group, just like I

4     do in marketing to my clients.  So when you get to the

5     end of these 21 steps, we are going to invite you into

6     the MOBE Facebook groups, and then you can see how we

7     do it, and you can go and model it yourself.

8           Banner ads, so you can also use banner

9     advertising.  Now, this was one of the earliest forms

10    of advertising online.  It still works today, and

11    here's how it does work.  When you get a banner ad and

12    you put it on someone else's website, you're

13    effectively renting out virtual real estate.  So every

14    time that you click on a banner ad, you're actually

15    clicking some business' banner -- they put it there,

16    they're likely paying for it to be there -- and you

17    then go to their website.  Well, you could do the

18    exact same strategy.

19          Now, you might be wondering, well, where do

20    you get the banner ads from?  Well, if the banner ads

21    look just like this, you can see them all here, here's

22    just a small sample of some of the banner ads that we

23    provide to you as a MOBE consultant.  Now, again, you

24    are going to get access to all of these once you

25    complete the 21 steps.  Now, banner ads come in

**PX 22**          **FTC-MOBE-002357**

14

1    standard sizes, and we give you all those standard

2    sizes, so you don't have to worry about customizing

3    them or anything like that.

4          The next question you probably have is, well,

5    how do you find different websites to place the banner

6    ads actually on?  That's a good question.  What you do

7    is you actually put yourself in the shoes of one of

8    your prospects.  So, first, we want to identify, well,

9    who's a good prospect for this sort of business?

10   Let's say, for example, you are promoting this 21-step

11   business system.  Who do you think would be a good

12   prospect for this kind of training?

13         Well, obviously, it's someone who wants to

14   learn how to make money online, someone who is tired

15   of earning small commissions or no commissions at all,

16   someone who maybe doesn't want to sell.  They want to

17   have a company that has a sales force which will

18   actually sell for them, just like we do, someone who's

19   business-minded, and also someone who's got money to

20   actually invest into a business.

21         If somebody can't afford to get into a

22   business, then you can't really help them unless

23   they're willing to be resourceful enough to go and

24   find the money.  So then you ask yourself, well, what

25   kind of things would this prospect be searching for on

**PX 22**                        FTC-MOBE-002358



15

1    the search engines?  So, in other words, if they go to

2    google.com and they're looking at the search bar, what

3    do you think they're going to type in?  They're going

4    to type in something like "How to make money online"

5    or "Make money online now" or "Training on how to make

6    money" or "Online affiliate marketing."  It could be

7    literally hundreds or thousands of different keywords.

8         Now, each keyword that they type in tells you

9    a little bit about what's going on in their head.  So,

10   for example, if they type in something like "affiliate

11   marketing strategies," then you know that they are

12   familiar with affiliate marketing.  That's someone who

13   didn't just get started five minutes ago because they

14   are a little bit further along in that education

15   process.  They already know the term "affiliate

16   marketing," so that tells you a little bit about that

17   prospect.

18        So after you go searching for those keywords,

19   you are going to look at all the search engine results

20   on page 1, page 2, page 3, but mostly on page 1.  You

21   are going to click on each one of those links, and

22   you'll be taken to the websites that are raking for

23   those particular keywords.  And then what you're going

24   to do is you're going to look for banner ads on those

25   websites.

**PX 22**            FTC-MOBE-002359



1        Now, if you see a banner ad, that tells you

2    that they at least accept banner ads or banner

3    advertising from other businesses.  So then you see

4    whether they actually sell advertising, and normally

5    they will have a link that says something like

6    "Advertise here" or "Advertise with us."  It might be

7    down at the very bottom, could be somewhere in the

8    menu, but you are going to look for it, and if they

9    do, then they will tell you what their rates are to

10   post a banner ad on their website.

11       So you'll go ahead, you'll pay what their

12   rates are.  It could be $10, could be a lot more,

13   really depends on how much traffic they're getting and

14   also the quality of the traffic.  Sometimes it makes

15   perfect sense to pay hundreds of dollars for a banner

16   ad, and other times it wouldn't make sense to pay $20

17   for a banner ad.

18       Now, if any of this is confusing you, don't

19   worry, because, again, we go into depth after the 21

20   steps, and also you will have a traffic coach if you

21   qualify for those extra traffic coaching sessions

22   after those 21 steps.

23       So then your banner ad will show up on those

24   websites, and when the prospects are going and

25   searching for solutions and searching for keywords,

**PX 22**        **FTC-MOBE-002360**

17

1    they click on those websites, and then they see your

2    banner ad.  They click it.  What they're really

3    clicking is your consultant link, and then if they end

4    up buying a product from MOBE, you've got a

5    commission.  The customer is now locked to you, and if

6    they upgrade and you, yourself, are certified at the

7    higher levels, then you could end up making a Titanium

8    commission, a Platinum commission, even a Diamond

9    commission in one run.

10       Solo ads.  So solo ads is also another very

11    popular form of marketing.  You have to be a little

12    bit careful with solo ads, and what I am going to do

13    is I am going to put some extra additional training in

14    the text below this video about solo ads and how to

15    avoid overpaying and possibly getting ripped off, but

16    let me tell you about how solo ads work.

17       So different marketers out there build their

18    own list.  For example, I, as the founder of MOBE, I

19    have a list of over 700,000 email addresses.  Now,

20    lots of other marketers also have lists, and what you

21    can do is you can approach them, and if they are

22    willing to sell a solo ad, which means they're willing

23    to send out an email to their list with your link in

24    it and recommend that people go to your link and buy

25    whatever product you're promoting, then you can

**PX 22**           **FTC-MOBE-002361**



1    actually get a lot of traffic to your link with that

2    method.

3        Now, you have to be careful.  Number one, it

4    comes down to the size and the responsiveness of their

5    list.  If they don't have that many subscribers and if

6    they don't have subscribers that click the link or

7    even open the email, then you might not get much

8    traffic from it.  But the good thing about doing a

9    solo ad is that, in a way, it gives you access to

10    someone else's list.

11        Now, as far as what you're going to pay for

12    the solo ad, that really depends.  Again, it depends

13    on the quality, the quantity of the list, a number of

14    different factors, but some solo ad vendors, they are

15    going to charge you for how many clicks they send to

16    your consultant link.  Others will charge you just a

17    fixed up-front fee to send the email.  So it really

18    depends.

19        Now, another method you can use is starting

20    your own blog.  So, for example, one of our very top

21    earning consultants, John Chow, has a blog, and he's

22    made millions and millions of dollars in MOBE over the

23    last few years.  Now, a lot of that has come from

24    traffic that he's got through his blog.  Now, if you

25    do sell in a blog, keep in mind it is a long-term

**PX 22**                    **FTC-MOBE-002362**

19

```
1    strategy, okay?  So you're not going to start a blog

2    and then start getting a whole lot of traffic within a

3    week.

4            It's going to take time.  It requires both

5    consistency from you -- you've got to be writing,

6    you've got to be cranking out content -- but also

7    persistence, too.  Again, it's not going to happen

8    overnight.  So you have got to be regularly posting

9    content every single day.

10           Now, the good news is, if you're getting the

11   MOBE done through your articles, if you are a Titanium

12   certified consultant, then you can take that content,

13   stick it on your blog, modify it slightly so it's more

14   personalized to you, and there's your blog post for

15   the day.  That's it.

16           Now, when you blog, on the side, you can have

17   banner ads.  Again, you can get those from us, and

18   when people click your banner ads, really, they're

19   clicking your MOBE consultant link, or you can write

20   the blog post and you can recommend the MOBE

21   consultant link right there.

22           In fact, you could start a blog, and the first

23   blog post could be a review of this 21-step business

24   system.  You could write about your experience, go

25   into detail about the whole process, and then at the
```

**PX 22**                    **FTC-MOBE-002363**

20



1    very end, you would have your consultant link, people

2    would click on it, they would pay the fee to get in,

3    and then you would have someone going through these

4    same exact steps that you're going through right now.

5         Now, another thing you can do is you can go to

6    direct mail.  Don't assume that just because people

7    think that this is an online business that you are

8    only limited to online marketing.  You're not.  In

9    fact, don't think of yourself as an internet marketer.

10   Start to think of yourself as a direct-response

11   marketer.  You can use offline and online strategies.

12   I recommend that, long term, you are going to use

13   both.  Direct mail still works, but you do need to

14   know what you're doing.  Direct mail will come down to

15   choosing the right list and having the right mail

16   piece.

17        Now, this is a more advanced strategy, and the

18   up-front investment is a lot higher than your typical

19   online mediums, but what we occasionally do from time

20   to time is MOBE will put together a direct-mail co-op,

21   so what that means is we might go and spend $30,000 as

22   a company, promoting one of our live events, and to do

23   that, we send out a bunch of postcards in the area.

24   We might end up sending out, like, 30,000 different

25   postcards.

**PX 22**            **FTC-MOBE-002364**

1          Now, what you can do is you can share in the

2     co-op.  For example, you could put in a $5,000 share.

3     So of the total $30,000 invested, $5,000 would

4     actually be your money.  Therefore, you would have

5     $5,000 worth of postcards, and on your postcards, we

6     would have your MOBE consultant link.  People get the

7     postcard, they go to your link, they show up to the

8     event, and they are credited to your account.  If they

9     end up buying at the event, you actually get all the

10     upgrade commissions, all the different Mastermind

11     commissions, potentially, on the back end.

12          Now, another option that you should also

13     consider is your wall market.  Now, I don't know how

14     you feel about that.  Some people don't like the idea

15     of approaching friends and family, and you certainly

16     don't need to do that to succeed in this business.  I

17     certainly didn't want to do that when I first started;

18     however, with a little bit more experience under my

19     belt, looking back in hindsight, I kind of wish I had,

20     and I'll tell you why.  Let me tell you a short little

21     story.

22          So back when I got started online, my first

23     few years, I did get off to a little bit of a slow

24     start.  There didn't exist any system like MOBE that

25     you had -- you didn't have phone sales teams and live



```
 1    event teams that could actually work for you.  You

 2    didn't have these big elaborate systems like MOBE has

 3    and what we provide you.  So I had to do everything by

 4    myself.

 5          And I remember at one point in late 2009, I

 6    was actually sharing an apartment in Perth City,

 7    Australia, with another guy.  We ended up becoming

 8    friends.  He was in the mining industry, and I was

 9    doing my online business.  So he would go to work each

10    day.  I'd stay in my bedroom -- that was my office

11    back then -- and I'd work on this online business.

12          And occasionally, from time to time, he would

13    ask me about it.  He would say, "What is it exactly

14    that you do?"  And I had a bit of a hard time

15    explaining it.  I just said, "Well, I promote

16    different products online," and I was a little bit

17    vague about it because, to be honest, I didn't think

18    he would be one bit interested in what I was doing.

19    He was making over six figures per year, so over

20    $100,000, and here I was, I was struggling just to get

21    my first few sales coming in.  So I didn't think he

22    would have any interest whatsoever.

23          Now, eventually, I moved out of that

24    apartment, and he actually moved to another country,

25    and we lost touch.  We didn't speak for years, but
```

**PX 22**          FTC-MOBE-002366

1    then one day I decided that I wanted to relocate to

2    Asia.  I wanted to get access to Asia as a market

3    because I could see the potential, so I picked one of

4    the closest locations to where I lived, which was

5    Perth, Australia, and I ended up moving to Kuala

6    Lumpur, of all places, and that was purely because it

7    was close and, again, I wanted to do a lot more live

8    events in Asia.

9         So when I moved to Kuala Lumpur, just by pure

10   chance, I saw on Facebook one day that he was living

11   in the exact same city.  I sent him a message, and I

12   said, "Hey, we should meet up."  We did, and by that

13   stage I was making a lot more money.  MOBE was doing

14   really well.  We were doing something like over $40

15   million in sales per year at that point, and so now I

16   was much more open to talking about it.

17        And so a couple of months later, MOBE was

18   doing a live event here in Kuala Lumpur, and I wasn't

19   at the live event, but he saw it advertised on

20   Facebook, and he sent me a message, and he said, "Can

21   I go?"  And I said, "Sure."

22        He goes to the live event, learns all about

23   our programs, about Titanium, about Platinum, about

24   Diamond, and he sends me a message after, and he says,

25   "I want to invest in this business.  I want to get

**PX 22**                     **FTC-MOBE-002367**



1    involved.  How do I do it?"  So I said, "Okay, well,

2    you can come on board.  Here's the different

3    programs."

4         So within about a week, he had actually come

5    on board as a fully fledged Platinum Mastermind

6    member.  Now, from that, I make somewhere over $10,000

7    in commissions, and it was one of the easiest sales I

8    ever made.

9         So we were out one night having a few drinks,

10   and he turns to me and he says, "Matt, why didn't you

11   tell me about this industry and this business back

12   when we were living together in Perth, Australia?"

13   And I just told him, "Well, I didn't think that you

14   would ever be interested."  And he said, "Well, why

15   would you assume that?"  And I really had no answer.

16   I guess I just thought that he was already successful

17   in his job, and he wouldn't be interested in some

18   little business that I was doing where I wasn't really

19   making a lot of money at the time.

20        Now, if I could go back in time, then, of

21   course, I would have introduced him to the business.

22   So the moral of the story is don't ever make judgments

23   about who is and who isn't interested.  The worst

24   answer you are going to get is they are going to say,

25   "No, not interested," so you will just move on, but a



**PX 22**          **FTC-MOBE-002368**

1    lot of people, when they start out in this business,

2    there is so much low-hanging fruit available in their

3    own network that they really should be reaching out to

4    those people and just saying, "Hey, would you like to

5    have a look at this system?"

6         Part of the reason why a lot of them don't do

7    it is because they mistakenly assume that they haven't

8    made a sale yet, so, therefore, they're probably going

9    to get asked, "Well, how much money have you made,"

0    and they won't have a good answer, or they want to go

1    and make some money first, they want to go and make

2    some commissions first and just prove that it works.

3         Let me tell you something, your results do not

4    matter for anyone that you bring into the business.

5    How much money they make will be completely 100

6    percent up to them.  It's not going to be because

7    you're a top earner or you made $50,000 already.  Your

8    results really don't matter.

9         And to prove that, let me tell you another

0    quick story.  Back when I first got into this

1    industry, I had a choice between two different people

2    and two different companies.  Now, the companies were

3    pretty much the same kind of concept.  They both

4    sold -- they were both what you would call high-ticket

5    affiliate marketing or top-tier, they both had

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**              **FTC-MOBE-002369**

1    Masterminds on the back end, but the two different

2    people I had to choose from, one was a

3    $50,000-per-month earner and the other had never made

4    a single sale in her life.

5          I ended up going with the lady who had never

6    made a sale in her life -- which I didn't even know at

7    the time, I found about three weeks later, and I

8    didn't really care that much -- and I ended up doing

9    reasonably well in this industry.  So her results had

10    no impact on how successful I was, just as those

11    people in your wall network, their results really have

12    nothing to do with your results.  So don't withhold

13    this business from people who might be interested.

14    Instead, send them an email or just send them a

15    message and say, "Hey, I want to talk to you about

16    something.  Have a look at this."

17          Here's a great example of someone who's done

18    that very well.  So her name is Aik Hoon Chan, she is

19    from Singapore, and she's a Diamond certified

20    consultant.  So far, she's made over $144,000.  She's

21    also qualified for the MOBE Motors car, and she will

22    happily tell you herself, she is not an internet

23    marketer.  What she's really good at is just

24    connecting with people in their everyday life and then

25    just introducing them to business through a normal

**PX 22**        **FTC-MOBE-002370**

1    conversation.

2          So my point is you don't need to be really

3    good at the technical online marketing side of things.

4    You just need to be able to look for opportunities in

5    your everyday life, when you meet people, and if you

6    feel that someone might be a good fit for the

7    business, they are business-minded, they sound like

8    they're a little bit entrepreneurial, or they're

9    really unhappy in their job or with how much money

10   they're making, then just introduce them to the

11   business.  Send them to your link and just say, "Hey,

12   take a look at this."

13         Now, another thing that you can look at is

14   wesellclicks.com.  Now, this is a traffic agency that

15   I have an interest in, so I'm just telling you that to

16   be completely up front with you, but you can actually

17   buy clicks from this agency, and the clicks will be

18   sent to one of your lead capture pages.  So you might

19   want order something like 4000 clicks, for example,

20   and you might get something like 1000 to 1500 leads.

21   And don't quote me on that, that depends on what's on

22   your lead capture page and how good it is.  Your

23   traffic coach will be able to help you with that.  But

24   use this option if you are looking to build your own

25   list.

**PX 22**                    FTC-MOBE-002371

1    If you don't want to build your own list in

2    the very beginning, another option you might look at

3    is wesellgrouptraffic.  Now, this is different.

4    Instead of buying clicks, what you're actually buying

5    are buyer leads.  So these are people who have already

6    taken out their credit card, paid for the 21-step

7    system, and within 24 to 48 hours, we then transfer

8    them under your account, and then if they upgrade, you

9    get all the commissions on the back end if you are

10   positioned at those high levels.

11   Now, if you want to see what kind of results

12   that people have actually got who have gone and bought

13   these buyer links, go to wesellgoodtraffic.com -- go

14   there right now -- and look at the case studies in the

15   menu, and then you can see exactly whether people are

16   making money or not and what kind of money.  So go

17   have a look at that right now.

18   Now, just a reminder, once you get to the end

19   of these 21 steps, you are going to get access to our

20   traffic training calendar.  So just about every single

21   night of the week, we are holding different traffic

22   training webinars where you can come along, you can

23   ask your questions, you can get trained by our traffic

24   coaches.  So make sure when you get to the end of

25   these 21 steps, you go ahead and you register, and you




**PX 22**                        FTC-MOBE-002372

1    show up and you watch those.

2         And just as a reminder, once you complete

3    these 21 steps, that's when the real traffic training

4    begins.  So you are going to find there's 30 steps.

5    Every single step has videos and training.  My advice

6    is go through the traffic training first, go through

7    all of it first, and then I want you to pick the one

8    traffic method which resonates with you the most, and

9    then you focus on that.  Focus on that until you can

10   consistently generate 30 to 50 clicks a day.

11        Now, last of all, your main asset with getting

12   your traffic flowing is your traffic coach.  So

13   depending on which program you have invested in up

14   until this point, whether it's the Gold Masterclass,

15   Titanium, Platinum, or the Diamond Mastermind, you are

16   going to get a certain number of sessions with one of

17   our traffic coaches.  Now, all of our traffic coaches

18   are Platinum and Diamond certified consultants.  So

19   just like you, they're actually in the business.  They

20   are getting traffic every single day.  Anything that

21   they teach you is being taught from experience.

22        Now, some of them have even earned over six

23   figures in this business, too.  So these are people

24   who know what they're talking about.  They will get on

25   Skype with you, and they will be able to show you

30

1    exactly what to do with whatever traffic method you

2    want to learn.

3         So what I want you to do right now is I want

4    you to start planning what you're going to do when you

5    get to the end of these 21 steps.  Review your income

6    goals and look at how many sales you want to get each

7    week to achieve them.  See what method you think is

8    going to resonate with you.

9         Now, maybe you haven't seen enough traffic

10   methods yet, but if you think that, for example,

11   Facebook might be right up your alley, then start

12   getting interested in learning about Facebook traffic

13   training.  Again, complete these 21 steps first, but

14   then you will get that training.

15        And then what I want you to do is on your next

16   call with your coach, share with your coach what

17   traffic method you think you might want to do at this

18   point, and they will also be able to give you some

19   ideas, too.

20        So here are your action steps for today:  What

21   I want you to do is I want you to go through all the

22   different videos that I have below in the text.  Now,

23   I am going to put in a lot because there's quite a lot

24   to cover even when it comes to the basics of getting

25   traffic, but I want you to review as many of them as

**PX 22**                    FTC-MOBE-002374

31

1     possible.

2          I also want you to go to askmattlloyd.com --

3     that's spelled with two Ts and two Ls -- and I want

4     you to subscribe, because every single day I send out

5     a video where I answer a question on marketing and I

6     teach you everything that I know.  So that's every

7     single day, that's completely for free.

8          And then last, if you haven't yet finished

9     reading Limitless, keep on reading it, and if you go

10    to the contents, I do have several chapters that are

11    devoted specifically just to promoting and just to

12    getting traffic.  So make sure you're reading that as

13    well.

14         Now, for the future top earners who are

15    watching this, I've also put in a lot of additional

16    training for you, so look out for that section.

17    Otherwise, I will see you in the next step where we

18    are going to be talking about followup, so how to

19    increase your conversions.  And then in Step 18, I'm

20    going to share with you all the branding secrets of

21    the top-earning consultants in this business and also

22    how you can possibly align yourself and leverage a

23    $100 million brand in this industry, which if you're

24    brand new, it's going to give you a huge head start.

25    So that's going to be covered in Step 18.

**PX 22**                    FTC-MOBE-002375

32

1          Otherwise, reach out to your coach, and I will

2     see you in the next step.  Speak soon.

3          **(End of recording.)**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PX 22**          **FTC-MOBE-002376**

33

CERTIFICATE OF TRANSCRIPTIONIST

1

2

3

4      I, Susanne Bergling, do hereby certify that the

5    foregoing proceedings and/or conversations were

6    transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12      I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21

22

23   DATE:  02-22-2018          _____

24                             SUSANNE BERGLING, RMR-CRR-CLR

25

**PX 22**            FTC-MOBE-002377



## [Request received] Request Full Refund

2 messages

---

**MOBE Support** <support@mobesupport.zendesk.com>                 Wed, Jan 24, 2018 at 2:23 PM
Reply-To: MOBE Support <support+███████@mobesupport.zendesk.com>
To ████████████████████████████

# Please type your reply above this line #

**Ticket #█████: Request Full Refund**

Your request (#██████) has been received, and is being reviewed by our support staff. We will respond to you within 24 hours, thank you.

To add additional comments, reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests.████

---

████████, Jan 25, 3:23 AM +08:

I paid $49 for Steps 1-21 which are locked & controlled by coach. I paid another $3,497 silver/gold to learn that I will not have my own niche business but selling MOBE products. Now my coach wants me to pay $55,000 to purchase the diamond mastermind and I have not earned any money. I want a full refund.

**This email is a service from MOBE Support.**

---

**SP Customer Support - Ivan G. (MOBE Support)** <support@mobesupport.zendesk.com>     Thu, Jan 25, 2018 at 6:01 AM
Reply-To: MOBE Support <support+███████@mobesupport.zendesk.com>
To: ████████████████████

# Please type your reply above this line #

**Ticket #█████: Request Full Refund**

Your request (#██████) has been updated. Reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests.████

---

**SP Customer Support - Ivan G., Jan 25, 7:01 PM +08:**

Hello ██████,

We have received your refund request regarding your MOBE Silver & Gold Masterclass.
Please note that there are no refunds for this product. I have included the section of your signed agreement that clearly states the no refund policy.

SECTION SIX.

**PX 22**                                            **FTC-MOBE-002378**

SALES ARE NON-REFUNDABLE

Student hereby purchases the Silver & Gold Masterclass programs listed above and agrees to all terms, conditions, and rules related to the Silver & Gold Masterclass as announced and modified by MOBE in their sole discretion.

STUDENT UNDERSTANDS AND AGREES THAT ALL PURCHASES ARE NON-TRANSFERABLE AND NON-REFUNDABLE; ALL SALES ARE FINAL.

Attached is your signed agreement in case you need to reference it in the future.

MOBE Support is here to help if you ever need it.

Thank you.

Best regards,

Ivan G
MOBE Customer Support

Attachment(s)
Silver Masterclass Enrollment Agreement With Gold Bonus_encrypted_ (7).pdf

----------------------------------------------------------------

**, Jan 25, 3:23 AM +08:**

I paid $49 for Steps 1-21 which are locked & controlled by coach. I paid another $3,497 silver/gold to learn that I will not have my own niche business but selling MOBE products. Now my coach wants me to pay $55,000 to purchase the diamond mastermind and I have not earned any money. I want a full refund.

**This email is a service from MOBE Support.**

# Exhibit OO



█████████████████████████████████ >

---

## [Consultants] Extra tips to help you get more mileage from your own email marketing
1 message

---

**Matt Lloyd** <mattlloyd@mobe.com>                                    Wed, May 16, 2018 at 12:37 AM
Reply-To: Matt Lloyd <mattlloyd@mobe.com>
To: ██████████████████████████ >

---

Former security guard made $52,304 promoting MOBE on Twitter, with zero ad spend - find out how, May 17th @ 11am EST.  **Enrol Here!**



Hey,

I know there's a lot of people reading this who don't consider themselves good writers or don't like to write.

If that's you, then you might be tempted to outsource your email marketing to a copywriter.

Before you even think about doing that though , **watch this video.**



## Holidays To Fiji And Major Cash Prizes, Just For Making A Short Video (Seriously, This Is Easy To Win)!!!

## You Can Now GET INCREDIBLE PRIZES for sharing your 'results' testimonial in a 'non-MOBE-consultant' business!



This contest is particularly for clients who've used our training to improve their existing business.

It doesn't matter what that business is - if you've got ANY results from applying a MOBE training to that business (eg. more leads, more sales, better hires, better systems, etc) then we'd love to hear your story.

See the amazing prizes **here.**

## PX 22

FTC-MOBE-002381

The final testimonials will be featured on the home page of the new **www.mobe.com**

## The Super Charge Summit In Singapore, May 18th - 20th, Is Coming Up!



The Super Charge Summit is a place where for three power-packed days Top Earners spill the beans to a privileged 120 member audience lucky and smart enough to be there. During those three days you can expect to uncover the tips and strategies of how to double, triple and even QUADRUPLE your monthly income, even if you are new to MOBE.

At the event, I'm also going to have our top trainers, partners, and coaches walking around and answering questions. They will be there ready and willing to help take your business to the next level. These people have a lot of experience up their sleeve, and they will be sharing it just in this event exclusively for YOU!

Are you still waiting for something? **Register NOW** for a Super Charge Summit near to you! No time to waste, the more you procrastinate, the more you delay your own success.

### Email Swipe Of The Day:

### Copy, Paste And Send This Right Now To Get More
### 21 Step System Sales



**Price Point:** $49

**Commission:**
Standard consultants will make 50% commissions ($24.50/sale)
Silver to Diamond consultants will make 90% commissions ($44.10/sale)

## PX 22                       FTC-MOBE-002382

Watch the sales video here: **https://www.laptoplifestylebusiness.online/letterh-a-1/**

**Just copy this message and share it with your email list to get more sales of this program:**

============

**SUBJECT: Why the corporate world is NOT for everybody**

Hey [FIRST NAME],

I don't know about you, but the corporate world is NOT for me.

It suits some people, and I'm not judging them. But I made the decision some time ago that I wanted to get out of that world for good, and start my own business instead.

These are the 4 reasons I made that decision:

1) The myth of "job security"

Again, I'm not judging anyone who prefers to work in a job. Some people like their job, and that's great.

But if you choose to stay in a job because it makes you feel more "secure," that's a very BAD reason to stay in your job. Because you are NOT secure in a job.

I know a friend who got let go from a position he'd held for 5 years. He didn't see it coming at all. And it doesn't matter whether you're young, old, in an entry-level position or a senior one, whether you've been in the position for years or weeks. No job is "secure."

2) The boredom of the corporate world

Finding a job is one thing. Finding a job I can actually get excited about is another thing.

I've been through many corporate positions that have not turned out as I expected. Sure, they've paid the bills, but they've also bored me to tears.

One of the reasons I started pursuing online business is I felt so much more of a connection to it than I ever did with a job. Every morning I wake up excited, passionate about what I do and eager to get to work!

3) The corporate world is a massive time-suck

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 62 of 123 PageID 2488

Exhibit OO - 4 of 76

In the corporate world, I'd work 8 to 10 hours every day. Add on travel time, and that's virtually half of the day gone.

But now I have an online business where it's possible to work only 1 or 2 hours a day and still make more money than my corporate job!

To be honest, I don't even care that much about the money. Getting more time on my hands is the real reward.

4) The humiliation of losing a job

If it wasn't bad enough that my friend lost his job as a total surprise, here's what made it worse. He was let go from his job on a phone call – and I can just imagine how humiliating that must be.

But this just fuels my fire to inspire more people to escape the corporate rat race and start their own businesses.

If that's something you want to do, I highly recommend you check out the Laptop Lifestyle System. [INSERT YOUR AFFILIATE LINK]

I've been involved with this system for a while now, and I can't imagine ever wanting to go back to the corporate world again.

I have the potential to make more money than my corporate job while working fewer hours, I don't have to commute, and I love what I'm doing.

When you watch this video, [INSERT YOUR AFFILIATE LINK] you'll hear about Carolina Millan's story. She used to be a bored corporate worker in Chile before she took the plunge of starting her own business.

She's gotten amazing results with the Laptop Lifestyle System [INSERT YOUR AFFILIATE LINK] and so can any one of us.

Just click here to find out more. [INSERT YOUR AFFILIATE LINK]

Talk to you soon,

[INSERT YOUR NAME]

============

Here are your tracking links for the Laptop Lifestyle System:

**PX 22**          FTC-MOBE-002384

OPTIN: http://track.mobetrack.com/aff_c?offer_id=1888&aff_id=Your-Consultant-ID

LETTER (HYBRID): http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=Your-Consultant-ID&url_id=4228

LETTER (Video): http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=Your-Consultant-ID&url_id=4234

LETTER (Written): http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=Your-Consultant-ID&url_id=4236

ORDER: http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=Your-Consultant-ID&url_id=4230

You can find tracking links for this and other offers **in your backoffice.**

Remember to **adjust statements in your email according to what is true for you**, make it more attractive by inserting pictures, videos and generally bringing more life to your writing!

## Exclusive Elite Earners Call With MOBE Top Elite Coach - Greg Gephart
## May 17th @ 11am EST

### Discover How Greg Earned $52,304 On Twitter With Zero Ad Spend

Greg has been an accomplished IT Network/Security engineer for 20+ years including receiving numerous awards and certifications from industry giants such as Microsoft and Cisco while managing many of the fortune 100 companies networks and automating many of their processes.



But in 2015, after earning multiple 6 figures/year, the lack of time freedom presented him with a choice to be his 'my own boss' and take control of his family's future instead of making millions for someone else.

Greg is married to Tiesha and has three kids. He found internet marketing and later became one of MOBE's top Elite Business Coaches.

Greg will be showing us how he earns free leads daily by using Twitter's automation campaigns.

Join us for the live call with Greg Gephart by registering **HERE**.

### MOBE Success Story Of The Day:

### Diamond Consultant Pat Dunn Earns $6,600



Diamond Consultant Pat Dunn was a career nurse before joining Mobe, she used to train nurses and



did research on health works and also started a consultancy. Pat came across MOBE through a Facebook ad.

Pat shares advise about what to focus more on and her 2018 goals.

Pat has been promoting IMF workshops to get traffic.

Tune in **HERE** to find out more about Pat Dunn success!


## Don't Miss The Fiji Masterminds Still In 2018 - Filling Up Fast!

### You Can Now Attend Titanium Masterminds In Fiji - Book Your Spot



At the **Titanium Mastermind**, you'll learn how to scale your existing business to a completely new level.

For more information, see the **details here!** Mark your calendar for one of these dates NOW!

\* NOTE: Attendance is limited to the first 30 registered attendees.

=======================================================================

### You Can Now Attend Platinum Masterminds In Fiji - Book Your Spot



At the **Platinum Mastermind,** you'll discover how to invest and protect the wealth you're accumulating through your business.

For more information, see the **details here!** Mark your calendar for one of these dates NOW!

\* NOTE: Attendance limited to the first 30 registered attendees.

=======================================================================

### First Diamond Mastermind In Fiji In May 2018 - Book Your Spot



At the **Diamond Mastermind,** we'll co-create a lot of high-end marketing assets you can use to build your business.

## PX 22

**FTC-MOBE-002386**



For more information, see the **details here!** Mark your calendar for one of these dates NOW!

\* NOTE: Attendance limited to the first 30 registered attendees.

## Here's What Is Covered In May's Inner Circles - Freshest Knowledge Not To Be Missed

Here are some the topics that will be covered in the next batch of Inner Circle newsletters we're about to mail out to clients all over the world

**Consultant Insider**

- What's new at MOBE.com—and the benefits these changes will bring to YOUR business
- A behind-the-scenes look at MOBE's top-earners retreat at Sunset Del Mar
- The latest MOBE Inspirations and their tips, tricks and must-tries to maximize success

**Silver Inner Circle:**



Join Today And Begin To Lay The Foundation For Your Own Million-Dollar Business

- Learn Matt's *ultimate* secret to success—a secret that might surprise you…
- How close is "too close" when it comes to friends and colleagues
- Why marketing is *so weird,* and how to leverage the dysfunction in your business
- Breaking bad habits, including strategies for overcoming your biggest hurdles
- The latest from Costa Rica and Fiji, plus a peek at upcoming events, the Masterminds and more

*Enroll **HERE** for your Silver Inner Circle.*

**Gold Inner circle:**



Gold Inner Circle Is The "Board Of Directors" You Need To Kick Your Revenue In High Gear



- How to delegate for success and the importance of well-defined process, roles, and responsibilities in your sales process
- How to maximize your upsell potential through video production
- Maximizing your price—what you need to know about the Value/Benefit Equation
- Everything you need to know about Instagram Pods, including why you need to be part of one
- How Ben Franklin learned to write, and what we can all learn from the process

PX 22                    FTC-MOBE-002387

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 66 of 123 PageID 2492
Exhibit OO - 8 of 76

Enroll **HERE** for your Gold Inner Circle.

**Titanium Inner Circle:**



Crash Through The Income Ceiling With Titanium Inner Circle

- How to find, engage and activate top talent for your business
- What makes a good, un-sleazy lead magnet, plus how to fix a high bounce rate
- Six simple steps to turn a long landing page into a microsite
- Get your vendors to work *with* you and not just *for* you
- The secrets to finding more top-notch affiliates *fast*

Enroll **HERE** for your Titanium Inner Circle.

**Platinum Inner Circle:**



Platinum Inner Circle Arrives Every Month ... Crammed With Wealth-Building Ideas

- Building banker relationships and why they matter *now*
- Choosing the right team to execute your million-dollar ideas
- Raising your self-esteem so you can start dancing in the rain
- Is there a downside to DRIVE?
- How to invest like Warren Buffett—without a Buffett budget…

Enroll **HERE** for your Platinum Inner Circle.

**Diamond Inner Circle:**



Stay Informed With Diamond Inner Circle

- The power of private equity and how it can impact your business
- What to look for in an "exit CEO" and why you need one
- Four common delegating mistakes you're probably making *right now*
- A better marketing framework for better marketing success
- How to crowdfund like a viral marketing master

Enroll **HERE** for your Diamond Inner Circle.

Talk soon. And remember...

Nothing pays out like MOBE!

Matt

# PX 22

FTC-MOBE-002388



Share this content...

  

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: **http://mobe.com/support**

**Your daily dose of inspiration for building your MOBE affiliate business:**
**http://mobeinspiration.com**

**How To Get MOBE To Promote Your Product: http://mobemarketplace.com/instructors/**

**MOBE is now hiring - details here: http://mobe.com/joinourteam**

**My TV Channel: http://mattlloyd.tv**

**My Blog: http://www.mattlloydsblog.com/**

**Access all your MOBE products and partner tools here: http://mobeoffice.com**

**Attend the next live MOBE event here: http://mobeevents.com**

**Join my Facebook community here: https://www.facebook.com/groups/mattlloyd/**

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2017 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

**PX 22**       **FTC-MOBE-002389**

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 68 of 123 PageID 2494

Exhibit OO - 10 of 76

**PX 22**              FTC-MOBE-002390

 Gmail                                                    ████████████████████ >

---

## update from Fiji
1 message

---

**Matt Lloyd [MOBE Daily]** <mattlloyd@mobe.com>                    Mon, May 7, 2018 at 6:22 AM
Reply-To: "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>
To: ████████████████████ >

---

The world through my eyes for a day.



START YOUR BUSINESS        SCALE YOUR BUSINESS        GROW YOUR WEALTH

MOBE Daily #220

**"When dealing with people, remember you are not dealing with creatures of logic, but with creatures of emotion."**

**~ Dale Carnegie**

Hey,

It's been a *long* day.  I've been out on Serenity Island seeing how the renovations are coming along.  All the furniture is being installed right now, along with the air conditioners, the wooden decking, the new basins and vanity cabinets, the lights, the gardens, some electrical cabling... and a whole lot more.

The island is like a busy bee hive, with construction workers running in every direction trying to get the place 'ready enough' for the small group arriving in a few days.  It will be far from perfect.  But there's nothing like having a looming deadline to get people to move faster and get things done.

**PX 22**                                                **FTC-MOBE-002391**

Anyway, I got a lot of footage today through my phone, and posted it all to my instagram stories.  Add me there, and then click my little profile photo video and you'll see everything (as if you were seeing it through my eyes).

Let's get into today's lesson... which is of course about sales.  A lot of these emails lately have been about sales, because at the end of the day, all other business functions pale in comparison to sales.

Sales are like the legs of the table - without them, the whole thing comes crashing down really fast.  So never lose sight of those activities which bring in the money (few others you hire on  your journey will ever be able to appreciate this truth the way you as the founder will).

When you're speaking to a prospective client... in person, on the phone, or via an online sales message, they and you both know that you're trying to get them to spend money. But there's something you need to do before you ask for the sale. And it's an important part of the selling process.

Every politician understands and uses this secret. And you can begin cashing in with it immediately in your business.

Here's the secret: *You can't move people into action before you move them with emotion.* The heart must come before the head. First touch their heart, then you can get their money.

So that's where you'll need to direct your primary selling message. Your job is to get their heart to see and believe that the benefits you're offering are so much better than the money in their wallet.

Of course, you have to honestly and sincerely make them a solid offer; to provide them good value for their dollar. But to get them to truly buy into what you're offering them, you have to penetrate their heart. Accept the fact that all selling is the transfer of emotion. People buy for emotional reasons first, and then back those reasons with sound logic to justify their purchase.

It's easy to see why it's so important to win their hearts before you can win their wallets. But most small business people just don't realize how skeptical, cynical, and apathetic even the best prospects in their marketplace are. With competition at an all-time high, too many marketers start hyping it up with bigger and bolder [fake] promises... Prospects start to tune out all advertising messages. Suddenly, it takes

## PX 22                                    FTC-MOBE-002392

much more effort to win someone's business. Once you realize that emotion is the easiest way to reach them, you can begin to build your case as to why they should spend their hard-earned money with you.

You have to start with the premise that prospects are extremely apathetic and skeptical. They have an incredible amount of built-in sales resistance that causes them to distrust everything you say. Strategies that aim at the heart are designed help to break down those walls of skepticism.



**The 5-Step Formula For Being Number 1**

Whenever you make a decision, there's always another possible decision you could have made instead. And out of those two decisions, one is better than the other.

For example, if you place $150,000 into a specific investment, you are always giving up the opportunity to invest it somewhere else.

Every dollar you spend or invest has an opportunity cost. Stephen Michael Miller explains more in this video, filmed at the Real Estate Investing Summit during the Titanium Mastermind in the Dominican Republic.

**PX 22**                    FTC-MOBE-002393

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 72 of 123 PageID 2498

Exhibit OO - 14 of 76



**Do You Have the Right Personality For Marketing?**

The reason many people struggle with marketing is they have a weak personality.

Marketing is all about personality. If you don't have any personality, you will just blend in and not stand out from your competitors. If you do have a personality, you will go far.

In this video, filmed at the Super Charge Summit in London, Shaqir Hussyin shares his top tips for building the right kind of personality for marketing.



**PX 22**                    FTC-MOBE-002394

Gmail - update from Fiji                                                                    Page 5 of 7
Case 6:18-cv-00862-RBD-DCI    Document 3-53    Filed 06/04/18    Page 73 of 123 PageID 2499
Exhibit OO - 15 of 76



### Don't Forget the Opportunity Cost of Investing

Whenever you make a decision, there's always another possible decision you could have made instead. And out of those two decisions, one is better than the other.

For example, if you place $150,000 into a specific investment, you are always giving up the opportunity to invest it somewhere else.

Every dollar you spend or invest has an opportunity cost. Stephen Michael Miller explains more in this video, filmed at the Real Estate Investing Summit during the Titanium Mastermind in the Dominican Republic.

Talk soon!

Matt Lloyd





### HOW TO ESCAPE THE RAT RACE AND
### MAKE MONEY ONLINE IN THE NEW ECONOMY



## PX 22                                         FTC-MOBE-002395

Gmail - update from Fiji
Page 6 of 7
Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 74 of 123 PageID 2500
Exhibit OO - 16 of 76



Learn how to create a substantial income in your spare time working from home…
without the need to create or ship products, deal with customers, setup websites, hire
staff, or start a merchant account.

**A new "limitless" life awaits … but you have to take the first step.**
**CLICK HERE TO LEARN MORE**

  

**SHARE THIS CONTENT...**     

# LET'S CONNECT!

We are all busy but hopefully we can connect on the platform that's most convenient for
you.

  

 

**PX 22**           **FTC-MOBE-002396**

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 75 of 123 PageID 2501
Exhibit OO - 17 of 76

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:** http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam>

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2018 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

                                                        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >

---

## When picking a target market, focus on those in pain
1 message

---

**Matt Lloyd [MOBE Daily]** <mattlloyd@mobe.com>                    Tue, May 1, 2018 at 3:46 PM
Reply-To: "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >



START YOUR BUSINESS     SCALE YOUR BUSINESS     GROW YOUR WEALTH

MOBE Daily #214

*"We see our customers as invited guests to a party, and we are the hosts. It's our job every day to make every important aspect of the customer experience a little bit better."*

*~ Jeff Bezos*

Hey,

What I'm about to tell you goes against the grain of almost everything you've been taught about marketing. And yet, it could be worth a fortune to you if you can deploy it successfully. Before I explain this concept, you have to understand a couple of universal facts about people:

1)  People buy in a vacuum.

2)  Happy people buying from you is not going to pay the rent.

Every psychologist knows the latter, and builds his or her practice on that principle.

Many of my clients ask, "What's the fastest, simplest, and easiest way to make millions of dollars?" Other than the fact that they need to sell big-ticket products and

**PX 22**                    **FTC-MOBE-002398**

services, I always tell them, "Don't focus on the products and services. Focus on the market." In a nutshell, a market represents a reachable group of people with something in common that causes them to buy certain types of products and services.

If you want to make millions, look for huge markets full of people with enormous problems.

Then learn as much as you can about those problems, and then find or develop products or services that solve them. You're looking for a very unhappy group of people who are in physical or emotional pain, so you can help alleviate their pain in return for their money.

In addition to being in some kind of pain, you also want customers who are insatiable in their desire to find a solution to their pain. People who will repeatedly buy from you for years. And this is why you don't want "happy" customers: The last thing you want are people who are fully satisfied, because there's no need for them to come back and do more business with you. Some markets are better than others, but you'd be surprised at the huge numbers of insatiable customers in many markets. Think about the pharmaceutical market, the diet market, the "Internet Marketing" market that we serve, and many others.

There are plenty of markets filled with insatiable people who continually purchase and repurchase products and services that they hope will fulfill their desires. Think about where you can find such a market. Where do huge numbers of people have major problems that are causing them some form of physical or emotional pain, pain that they're actively trying to alleviate? Then focus on finding and developing products and services that can help them.

This is the kind of strategy I teach each month in MOBE Advantage. Right now you can get a trial membership for just the cost of shipping and handling. Claim your free month here.

+++++

# Important Announcement Which Affects MOBE Clients And Consultants:





Over this coming week, the home page of mobe.com will be changing dramatically to something much better.

The goal is to consolidate a bunch of our websites to be in one place.

www.mobeoffice.com, www.mobemarketplace.com, https://consultants.mobe.com, and www.mobeaffiliatesupport.com will all be in the one place - accessible with one login.

When the new custom-coded website is live, you'll just go to www.mobe.com and login to access all the above.

All your courses and your consultant back office will be in the one place, accessible with one login.

(The only back office we won't be moving, is the 21 Steps back office)

The new website is currently located at https://beta.mobe.com/ (go take a look).

As soon we finish our beta testing phase this week, we'll move it to the home page of mobe.com

For now, I'd like to get your feedback on this new site, and particularly accessing your MOBE courses through it.

So if you're a MOBE client, please go to https://beta.mobe.com/ right now and login. Use your exact same login as your www.mobeoffice.com logins - you do not need to sign up as a new member.

And if you don't know your login details, but you've bought a program from us before, use the 'forgot password' link.

Then I'd love to get your feedback on the new site.

Specifically, I'd like to know:

- Can you access all your courses in the new back office? If any are missing, tell me which ones.

**PX 22**                    FTC-MOBE-002400

- How do you like the navigation? What can we do to make the site more user friendly?
- And then if you can leave some reviews on the courses you've bought that would be great too. Just go into 'My Courses,' pick the course, then you'll see the Review button.

Email me at workwithmattlloyd@gmail.com and put 'New site feedback' in the subject line.

I won't be able to respond to every email, but, I will personally read all of them. Please be specific with your feedback, just so we can fix anything quickly that's not working.

And then later this week, once we've ironed out any bugs, we'll move the new site to be located at mobe.com



**Getting Your Daily Method of Operation in Place**

Unproductive people with lackluster results approach each day carelessly. They just "go with the flow" and every day ends with a different result.

Productive people who get results have a daily method of operation.

## PX 22                          FTC-MOBE-002401

Every day, they know exactly what they need to get done. They have their tasks prioritized and scheduled, and their routine is strictly governed.

In this video, filmed at the Titanium Mastermind in Phuket, Thailand, JT DeBolt talks about how to get your daily method of operation in place.



**Build Your Business as if You Would Franchise It**

One of the most important lessons you can learn on your road to building a successful business is to build a "franchise prototype."

In other words, you should build your business as if you were about to franchise it – even if you never do go on to franchise it.

The reason is that you will end up with a more efficient, more profitable and less stressful business that allows you more freedom in your life.

In this video, I explain the value of building a "franchise prototype."

WHERE TO STORE YOUR PRECIOUS

**PX 22**      **FTC-MOBE-002402**



**Where to Store Your Precious Metals Investments**

You've heard about the dangers of storing your money with banks.

As an alternative, you can take your cash and invest it in precious metals. You have a physical asset that retains its value and keeps up with inflation. Gold in particular is very compact and you can store it in small spaces without it being obvious.

In this video, filmed at the Platinum Mastermind in Costa Rica, Max Wright recommends some resources for storing your precious metals investments.


Talk soon!

Matt Lloyd



*Matt Lloyd*

**Are you reading the Inner Circle each Month?**

**PX 22**                    FTC-MOBE-002403



**The April Titanium Inner Circle included these features....**

• What 21st-century leaders know—and do—to build a business
• How to hire a high-level financial leader, and what you need to know about this mission-critical role
• How to stop overcomplicating things and DO WHAT WORKS
• Using advanced targets and triggers to bolster your popups
• Easy tips for boosting your conversion rates this year
• How to improve your vendor relationships so they work WITH you—not for you

**CLICK HERE TO LEARN MORE**

  

**SHARE THIS CONTENT...**     

# LET'S CONNECT!

**PX 22**                **FTC-MOBE-002404**

Gmail - When picking a target market, focus on those in pain    Page 8 of 9
Case 6:18-cv-00862-RBD-DCI    Document 3-53    Filed 06/04/18    Page 83 of 123 PageID 2509
Exhibit OO - 25 of 76

We are all busy but hopefully we can connect on the platform that's most convenient for you.

  

 Want to Try Our Number One Marketing System That Pays You **$1,250, $3,300 & $5,500?**  **TRY NOW**

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:** http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam>

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 84 of 123 PageID 2510

Exhibit OO - 26 of 76

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2018 MOBE, Ltd.

Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.

(You can also send your request to **Customer Care** at the street address above.)

**PX 22**    **FTC-MOBE-002406**



>

## The most important lesson to get off the hampster wheel: "Income follows _____"

1 message

**Matt Lloyd [MOBE Daily]** <mattlloyd@mobe.com>                    Sun, Apr 29, 2018 at 6:08 AM
Reply-To: "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>
To:                                        >

**How I Run 3 Multi-Million-Dollar Companies While Getting 9.25 Hours of Sleep a Night**



START YOUR BUSINESS     SCALE YOUR BUSINESS     GROW YOUR WEALTH

MOBE Daily #212

**"It's not how much money you make, but how much money you keep, how hard it works for you, and how many generations you keep it for."**

**~Robert Kiyosaki**

Hey,

As I type this email to you right now, I'm in a coffee shop on a Sunday afternoon in a major city in Asia, looking out the window as people walk by.

People are scurrying around, busily going about their lives, trying to make a living.

Most of them will never get off the hamster wheel.  They'll be running for the rest of their lives - chasing that income, and spending it almost as fast as it's coming in.

The fundamental difference between them and wealthy people, is that wealthy people figure out exchanging time for money is a poor way to get rich.

## PX 22                              FTC-MOBE-002407

Because you're trading the single most important things you have; your time and your energy.  Both of which you only have a very small quantity to give away each day.

Wealthy people figure out that *income follows assets*... and then put all their focus on acquiring assets.

Either they outright buy them, or they make them from scratch by starting a business.  Or both.

As my primary business has matured over the years, I've put an increasing focus on acquiring other assets - many of which are in completely different fields, unrelated to MOBE.

And I want to touch on this today with you, because if you're like most entrepreneurs, you've got all your focus only on the one asset - your business.

And that's fine.  In fact that's what I recommend you do, until your business is making more than enough money to sustain itself.

Ideally, you want to get to a point where you have at least six months' business expenses available in the bank before you start to consider investing your profits in other things.

One of the very first assets I became interested in was gold bullion. It's considered one of the safest investments on the planet, depending who you ask, so I started spending a set amount of monthly profits on gold bullion coins.  American Eagles, Australian Kangaroos, Canadian Maple Leafs.

Around the same time, I also started investing in index funds with a company called Vanguard. I would put fixed amount into those once a month, and till this very day I continue to do that.

(What's an index fund? Investopedia has all the answers.)

These days – as you might have noticed – I'm into real estate and resort investing. I think that physical land is probably one of the most foolproof ways you can invest your money, whether you choose to develop the property or not. I've talked about this before, in "8 Reasons You Should Invest in Land." ! I recently renovated an entire resort in Costa Rica and am currently working on a new resort location on my Fijian island (Serenity Island). The investment is huge, but it's going to be worth a lot once it's up and running.

## PX 22

FTC-MOBE-002408

Case 6:18-cv-00862-RBD-DCI    Document 3-53    Filed 06/04/18    Page 87 of 123 PageID 2513
Exhibit OO - 29 of 76

My advice to you is just start investing.

I'm not saying be reckless about it - but, you need to get into the practice of putting money into other assets and then measuring their performance, so you can build a portfolio of strong assets that pay you every month.

That's the only way you'll ever get off the hamster wheel completely and be free.



**How to Profit from Your Story of Adversity**

Adversity becomes whatever you make of it.

If you've lived through adversity, there's no reason it needs to be a liability to you. It can be an asset that you profit from.

Not only does adversity give you the strength to handle the problems that business and life throw at you, but a story of overcoming adversity can be an effective sales device when you share it with others.

In this video, filmed at the Traffic Summit during the Titanium Mastermind in the Dominican Republic, Tom Beal talks about how to profit from your story of adversity.

**PX 22**    **FTC-MOBE-002409**

Case 6:18-cv-00862-RBD-DCI    Document 3-53    Filed 06/04/18    Page 88 of 123 PageID 2514

Exhibit OO - 30 of 76



**Instagram Marketing 101**

Instagram, as a social media marketing channel, is different from Twitter, Facebook and YouTube.

How? It's more personal. You can only upload photos to Instagram from your phone, not from your desktop or laptop.

That means it's a perfect way to show your followers that you're a normal human being.

In this video, filmed at a Bonus day during the Titanium Mastermind in the Bahamas, Carolina Millan gives you some tips for effective marketing on Instagram.



**PX 22**     **FTC-MOBE-002410**



**Why You Should Be Checking Your Credit Score**

If you don't know your credit score, that needs to change.

Your ability to raise finance for your business and get approved for credit cards depends on your credit score. Once you know what your score is, you will know to what extent you need to work on it to improve it.

In this video, filmed at the Super Charge Summit in London, Chris Rowell shares a resource that will report your credit score back to you.


Talk soon!

Matt Lloyd







**PX 22**    **FTC-MOBE-002411**

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 90 of 123 PageID 2516

Exhibit OO - 32 of 76



  

**SHARE THIS CONTENT...**      

## LET'S CONNECT!

We are all busy but hopefully we can connect on the platform that's most convenient for you.

  





You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at:
http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:**
http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam>

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2018 MOBE, Ltd.

Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.

(You can also send your request to **Customer Care** at the street address above.)



██████████████████████████ >

---

## Breaking those ceilings

1 message

---

**Matt Lloyd [MOBE Daily]** <mattlloyd@mobe.com>                    Fri, Mar 16, 2018 at 6:53 AM
Reply-To: "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>
To: ████████████████████████ >

In the next few weeks I'm going to reveal a *major* new change with MOBE - and I think many people reading this newsletter are going to <u>love</u> it.  Our tech team is just finishing the coding, then we'll pick a lauch date.  Stay tuned for details...



START YOUR BUSINESS        SCALE YOUR BUSINESS        GROW YOUR WEALTH

MOBE Daily #170

*"Strategy is a commodity, execution is an art."*

*~ Peter F. Drucker*

Hey,

One thing all entrepreneurs notice is that there are ceilings in their business.

I'm talking revenue ceilings.



Think of them as blocks... levels they just can't get past, no matter how much extra work they do.

For some those ceilings can be at 2k / month.

For others, 20k / month.  Or even 200k / month.

When you reach your revenue ceiling, the solution is *not* to work a lot harder.

Hard work helps.  But making those big leaps from one revenue level to the next, where you can literally double in size from one month to the next is not a result of working 2x harder.

So what's the answer?

Here's a few pointers...

Start doing much bigger and more aggressive media buys. It might be scary to outlay bigger amounts of money, but if you place a limit on your media spend, you'll place a limit on your revenue too.

These days at MOBE, we spend well over a million dollars per month on media buys, and as a result we do a lot more than that each month in revenue.

Your revenue will increase in direct proportion to what you spend on media. If you double your media spend, you'll probably double your revenue.  Assuming your sales processes and infrastructure can keep up.

I know that sounds blatantly obvious, but it really is the shortest path. Just put your foot down on the pedal.

The second thing you can do is duplicate yourself and build a real team.

These days, MOBE has over 300 team members around the world. But it started off with just me.

Somewhere around the stage where I was making over 10k / month I hired a customer service person and a phone sales rep.  Then I hired someone for finance and I kept building it up from there. Eventually, I was hiring so many people that I had to hire an HR manager to do the hiring.  I just couldn't keep up with all the interviews (and my skillset was better suited to focussing on marketing and sales).

Don't hire for the sake of hiring, though. Do it to free up your time to focus on the revenue producing activities, whenever you find it being taken up by a less important activity.

Hire someone to do admin and book keeping. These jobs are essential for any business to run, but they don't directly bring in the revenue.

# PX 22                                    FTC-MOBE-002415

Then, you can spend more of your own time on revenue producing activities such as doing sales webinars, creating new products and offers, doing bigger media buys and looking at the results.

As you scale up your media buys, you're going to be getting more and more leads to speak to. Hire a phone sales rep to do the initial calls with your leads, screen them and filter through only the best leads, which you then speak to yourself.

This is exactly how I did it with MOBE. I used to do all the phone sales calls myself, calling back my non-buyer leads and selling my $97 product. Then, for those who bought the $97 product, I would sell a $2,000 product.

Eventually, I hired a phone sales rep to do all the $97 sales for me. He didn't convert as well as I did, but it freed up a lot of my time to focus on higher-level tasks. I still got on the phone with the buyer leads to sell my $5,000 coaching program, but there were a lot fewer of those leads.

Eventually, we grew so big that I replaced myself altogether on the phone sales team.

These days, I have a very capable team of sales professionals and getting on the phone with leads is a distant memory.

So those are some things you can do to break through the ceilings in your business. Do bigger and bigger media buys, then as your volume increases, start replacing yourself in all the key roles.

I go into a lot more details on these things each month in 'MOBE Advantage.'  Here's a few of the other things I talked about in March's issue:

- Learn the secrets to hiring the most talented people and firing the ones who drag their feet and cost you money
- See why "perfect" is a bad word in business, and why aiming for perfection only pushes it further away
- Get the inside scoop in benchmarking your latest direct mail campaign (yes, "snail mail" still works)
- Discover simple strategies for building a business that functions from anywhere, allowing you the freedom to travel and live the lifestyle you want
- Get expert insights for bringing down your bounce rate and driving more sales (that you can implement and profit from within hours)

## PX 22                                   FTC-MOBE-002416

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 95 of 123 PageID 2521
Exhibit OO - 37 of 76

To join the club, go to www.mobeadvantage.com and let me know your mailing address.  First issue is free (just pay the shipping).



**Feed Your Mind Like You Feed Your Body**

Everyone, whether they do it or not, knows the importance of feeding their body the right food. We all know that the food we put into our bodies has an immense influence on our quality of life.

Most people, however, don't realize that feeding their minds is exactly the same. The information that you feed your mind has an equally immense influence on your quality of life.

What do you feed your mind? Do you feed it with the right education, or with negative friends and the mainstream media?

In this video, filmed at a Supercharge Summit in London, Russell Whitney talks about the right way to feed your mind.



**PX 22**                              **FTC-MOBE-002417**

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 96 of 123 PageID 2522
Exhibit OO - 38 of 76



**Why Passion is Essential to Social Media Marketing**

Think about the marketers you follow on Facebook or YouTube. Do you get the sense that they're only in it for the money, or do they have a genuine passion about what they talk about?

Of course, they have a genuine passion. Otherwise, you wouldn't be following them. No one wants to follow a marketer who's only going through the motions of social media because they feel they have to.

Getting your message across on social media starts with having a genuine passion for whatever it is you're talking about.

In this video, filmed at the bonus day prior to the Titanium Mastermind in the Bahamas, Michelle and Bill Pescosolido talk about the importance of passion to social media marketing.



**PX 22**                          **FTC-MOBE-002418**

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 97 of 123 PageID 2523

Exhibit OO - 39 of 76



**How Asset Protection Has Changed Over Time**

The definition of asset protection has changed over time.

In the old days, wealthy people would protect their money because they didn't want to pay their taxes, or because there was a threat of someone suing them simply to get their money.

The way they'd protect their money is by hiding it away in an offshore jurisdiction, where the money could not be tracked to them.

These days, asset protection has changed. To hear Richard Watson explain how, watch this video, filmed at the Platinum Mastermind in Fiji.


Talk soon!

Matt Lloyd






**Looking forward to attending a MOBE Mastermind event?**



**PX 22**                          **FTC-MOBE-002419**

https://mail.google.com/mail/u/0/?ui=2&ik=d38e8a87c7&jsver=GAFHaMvshdw.en.&cbl=gmail_fe_180506.0...   5/20/2018



**[CLICK HERE](#)** **To see for Details, Select a Date, and Register!**

  

**SHARE THIS
CONTENT...**

    

# LET'S CONNECT!

We are all busy but hopefully we can connect on the platform that's most convenient for
you.

  




You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:** http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2018 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 100 of 123 PageID 2526
Exhibit OO - 42 of 76

 Gmail                                                                ▮▮▮▮▮▮▮▮▮▮▮▮ >

---

### [Consultants] Here's how you can convert your cautious leads into buyers of the 21 Step System
1 message

---

**Matt Lloyd** <mattlloyd@mobe.com>                                    Wed, Feb 28, 2018 at 9:09 AM
Reply-To: Matt Lloyd <mattlloyd@mobe.com>
To: "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >



Hey,

Have you ever gotten a prospect who's been "on the fence" about paying their $49 application fee and starting the 21 steps?

If you're like most consultants, you've experienced this a number of times. Some people are extra cautious and they just won't spend any money unless they know EXACTLY what they're getting and why they should care.

When you get a "cautious" prospect, you need to be ready with an answer about how beneficial it is for a new business owner like them to go through the 21 steps.

Tell them they're going to get tremendous value for a $49 investment. They'll learn about business mindset, how to start generating leads and building their list, and even some basic concepts of wealth preservation. The best part is, they're going through it with a coach, so they are getting one-on-one assistance all the way along.



**Watch this video** to hear me fully explain the value of the 21 steps.

Take some notes and commit them to memory. Then you'll be ready with a solid answer whenever a prospect asks you whether the 21 steps are worth doing.

**PX 22**                                      **FTC-MOBE-002422**

## The MOBE Advantage Contest Is OVER - Keep Promoting To Get More Leads (And Monthly Commissions Of $118.80 Residually...)

The contest to promote **MOBE Advantage** is now officially OVER. However, since the clients that signed up with you now still have 1 month of trial to decide whether they want to continue, we will only publish the final Top 10 consultants at the beginning of April.



Meanwhile you can check out once again the **prizes worth $20,000+ in total here** (with a free all-inclusive holiday in CR or Fiji AND $2,000 cash bonus as 1st prize), and start getting excited about the results that will be revealed in 1 month's time.

Keep promoting MOBE Advantage to get more signups and sales and receive residual commissions of almost $120/month. You can find all the marketing materials to promote MOBE Advantage **HERE**.

## Email Swipe Of The Day:

## Copy, Paste And Send This Right Now To Get More 21 Step System Sales



**Price Point:** $49

**Commission:**
Standard consultants will make 50% commissions ($24.50/sale)
Silver to Diamond consultants will make 90% commissions ($44.10/sale)

Watch the sales video here: **https://www.laptoplifestylebusiness.online/letterh-a-1/**

**Just copy this message and share it with your email list to get more sales of this program:**

============

**Subject: Too many tasks on your plate? (free yourself with this)**

Dear [FIRST NAME],

The first rule of thumb if you feel there is too much on your plate in your side business is to follow the K.I.S.S. principle: Keep. It. Simple. Silly.

Now I know this is easier said than done. Life isn't "simple" for most of us. YET… That's why I recommend you run a "Presence Driven" side business. It can help keep it MORE simple. And it can get the sales zinging your way in a rush.

Are you open to getting a flood of sales, while having less and less on your plate? Well, here's what I mean…

Presence is really just being in the moment.

If you're eating dinner with your family, it's NOT dinner with everyone buried in their cell phones, or with everyone staring up at the TV watching Netflix in a semi-zombie state…

See, if they were PRESENT, that's 30 to 60 minutes of quality family time and conversation they could have had. The TIME was there. They just didn't capitalize on it.

Yep, it's hard. We're tired. We just want to unwind after a hard day. But one will make us much more happy and fulfilled in the long run, with just a bit more focus and intent.

Making sense?

So, if we say you're a "Present Affiliate", then you'll focus only on what counts. And you'll be in the moment doing what you need to, day after day.

If you've got 30 minutes a day to do this business, then you are intent on what needs to be done… task by task… until you get it done.

Yes, you'll need to follow the required steps… But this business can be simple and lucrative, while you do this part-time. And in prospect, you might as well want to make it your full-time gig, living a beautiful laptop lifestyle.

If you're ready to see your business to take off even faster, I have a great opportunity for you today.

It's called **The Laptop Lifestyle System** [INSERT YOUR AFFILIATE LINK], and it has paid regular people like you over $103 million in commissions.

The system was designed for normal people (like you), gives you a coach, and teaches you how to get leads online.

The company behind this system builds the websites, fulfills the products, and sells your leads into higher priced programs that you continue getting commissions on – for life.

And every time our phone team closes a sale, you could make BIG commissions of $1,250, $5,500, or $10,000 per sale… and sometimes more!

You'll be shown one core task. And it won't be too hard to do. You're just one step away from changing your life and financial future forever.

# PX 22

FTC-MOBE-002424

You open to that?

**Click here for all the details.** [INSERT YOUR AFFILIATE LINK]

Talk to you soon,

[INSERT YOUR NAME]

============

Here are your tracking links for the Laptop Lifestyle System:

OPTIN: http://track.mobetrack.com/aff_c?offer_id=1888&aff_id=Your-Consultant-ID
LETTER (HYBRID): http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=Your-Consultant-ID&url_id=4228
LETTER (Video): http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=Your-Consultant-ID&url_id=4234
LETTER (Written): http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=Your-Consultant-ID&url_id=4236
ORDER: http://track.mobetrack.com/aff_c?offer_id=1884&aff_id=Your-Consultant-ID&url_id=4230

You can find tracking links for this and other offers **in your backoffice**.

Remember to make your email more attractive by inserting pictures, videos and generally bringing more life to your writing!


## Coming Up Next For Titanium To Diamond Members:

## Catch The Leverage Summit Online On February 26-28

When you upgrade to the mastermind level, your benefits include the main Mastermind events as well as each of the 3 day Summit training events for each level that occur immediately before and after each Mastermind. (i.e. a Titanium member will have access to all Titanium Summits, and a Platinum member will have access to both the Titanium and Platinum Summits)

Additionally, we are live streaming these events for Mastermind positioned customers to watch for free!

Right now we are in the middle of the **Titanium Leverage Summit** **(26-28 February)**, and you can still catch the last day on live stream TODAY. We begin at 9am CST and go until 5pm each day.



John Raspa, one of the leading experts in funnel building and optimisation in the online marketing niche, will be on stage sharing his secrets and strategies of leveraging your funnels and making the most out of them.

## PX 22

**FTC-MOBE-002425**

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 104 of 123 PageID 2530

Exhibit OO - 46 of 76



If you are a Titanium, Platinum or Diamond member, you can access the live stream from your MOBE Office **HERE** (you need to be logged in to see the live stream).

## New Resources For Your Instagram Marketing

I've started giving away the videos that I'm using to create my Instagram Stories, so that you can download them and use in your own Stories, and then direct your viewers to the link in your BIO on Instagram, where in turn you can place your own sales links and take people further through the funnel and make them buy from you.

The videos will appear on our **MOBE Consultants YouTube channel** (make sure to subscribe). Here are the videos from today, 28th of February:

**PART 1** & **PART 2**

**Here is a short tutorial** on how to download the videos using a browser extension.



Download these videos right now to get more leads from Instagram and earn more commissions on the front- and backend.

## MOBE Success Story Of The Day:

### Diamond Consultant Andrea Mendonca Earns $21,843

Diamond consultant Andrea Mendonca, who is also a MOBE coach, started her 2018 with a BANG: one of her WSGT buyers upgraded straight to Diamond, and another lead who attended an IM Freedom Workshop decided to upgrade to Platinum. What's remarkable about the second sale is that this client wasn't convinced at IMF, but then one phone call changed everything: the client finally



attended the HBS and that's where the magic happened. Andrea has ambitious goals of crossing the $200k line in commissions in 2018, and she does have all the chances to make that happen!

Want to know more about how she's doing it? Listen to the full call with Andrea Mendonca **HERE**.

# PX 22                    FTC-MOBE-002426

# Hong Kong... Miami... London... Get Ready For The 3 Days Of Money-Making Training At Our Next Super Charge Summits!

## + Fiji Mastermind Schedule For 2018 Announced!



We have several Super Charge Summits coming up - our signature 3 day training devoted exclusively to teaching you how to make more money in MOBE.

Any consultant that's ever attended a Super Charge will tell you that this is an experience you have to catch at least once in your lifetime. Here are the confirmed summits on the upcoming schedule:

Hong Kong - March 16-18, 2018:  **REGISTER HERE**!
Miami - March 30-April 1, 2018:  **REGISTER HERE**!
London - April 27-29, 2018:  **REGISTER HERE**!

=====================================================================

### You Can Now Attend Titanium Masterminds In Fiji - Book Your Spot NOW!



At the **Titanium Mastermind**, you'll learn how to scale your existing business to a completely new level.

In order to meet the demands for the Titanium Mastermind, we will have lots of Titanium dates to pick from in 2018. AND the schedule for Fiji has already been added.

For more information, see the **details here**! Mark your calendar for one of these dates NOW!

* NOTE: Attendance is limited to the first 30 registered attendees.

=====================================================================

### You Can Now Attend Platinum Masterminds In Fiji - Book Your Spot **NOW**!



At the **Platinum Mastermind,** you'll discover how to invest and protect the wealth you're accumulating through your business.

In order to meet the demands for the Platinum Mastermind, we will have lots of Platinums to pick from in 2018. AND the schedule for Fiji has already been added.

For more information, see the **details here**! Mark your calendar for one of these dates NOW!

## PX 22

**FTC-MOBE-002427**

\* NOTE: Attendance limited to the first 30 registered attendees.

==================================================================

**First Diamond Mastermind In Fiji In May 2018 - Book Your Spot NOW!**



At the **Diamond Mastermind** we'll co-create a lot of high end marketing assets you can use to build your business.

In order to meet the demands for the Diamond Mastermind, we will have several Diamonds to pick from in 2018. AND the schedule for Fiji has already been added.

For more information, see the **details here**! Mark your calendar for one of these dates NOW!

\* NOTE: Attendance limited to the first 30 registered attendees.

## Attention All Titaniums To Diamonds Who Positioned Prior To 2018:

## If You Haven't Yet, Take Advantage Of My Exclusive Offer To Get Your FREE Mastermind Box When You Sign Up For Inner Circle

Before we were never shipping out any physical box with your Titanium, Platinum and Diamond learning materials. We have now brought these products to life, and we are simply giving them away to all Titanium, Platinum and Diamond members who have paid for their Masterclasses.

We will ship them to you for FREE! The only condition is that you sign up for the 30-day Inner Circle Newsletter free trial.



You can try all of these juicy marketing tips, strategies and secrets through the Masterclass Inner Circle Newsletter for the first month without obligation. And meanwhile, let me send you YOUR Masterclass physical product absolutely free right now, which includes 5 days of the most life-changing information I could possibly share with you.

If you haven't yet taken advantage of this invaluable offer, catch this opportunity **HERE**.

## Done For You Funnels:

**PX 22**

FTC-MOBE-002428

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 107 of 123 PageID 2533
Exhibit OO - 49 of 76

## Take The Headache Off Yourself And Let The Pros Do It For You For Boosted Results

About a year ago we identified the need to help our new consultants set up their own branded funnels and give them the jump start they needed going forward. Most important, we built the program to save our consultants time and money.

Why are branded funnels so important? When you combine a custom branded funnel with a proven sales machine like MOBE's 21-Step System it can be the foundation for a sustainable and profitable business.

What is my team going to build for you?
- Funnel strategy creation to ensure you get the desired results from your new funnel
- A customized Facebook business page to brand your authority and market from
- 3 Custom Funnels with bridge pages and 3 fully branded email sequences for each



funnel. We are also including a 4th follow up series for your buyers.
- All graphics, landing page copy, follow-up copy ... done for you!
- All "techie" connections and integration between systems is setup for you
- You will be guided along for every step of the way, working DIRECTLY with us to ensure your funnel runs flawlessly...
- And much much more!

Would your life change? If you answered YES, then go secure your spot and have my team build you an amazing machine that could potentially change your entire strategy that you are currently on now. This service would cost at least $3-$5k using some of the other online resources.… I want you to spend your money on marketing and working towards a profitable business.

Check out my Done For You Funnel Service **HERE**.

Talk soon. And remember...

Nothing pays out like MOBE!

Matt

PX 22                    FTC-MOBE-002429

Case 6:18-cv-00862-RBD-DCI    Document 3-53    Filed 06/04/18    Page 108 of 123 PageID 2534



Share this content...

  

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: **http://mobe.com/support**

**Your daily dose of inspiration for building your MOBE affiliate business:** **http://mobeinspiration.com**

**How To Get MOBE To Promote Your Product:** **http://mobemarketplace.com/instructors/**

**MOBE is now hiring - details here: http://mobe.com/joinourteam**

**My TV Channel:** **http://mattlloyd.tv**

**My Blog:** **http://www.mattlloydsblog.com/**

**Access all your MOBE products and partner tools here:** **http://mobeoffice.com**

**Attend the next live MOBE event here:** **http://mobeevents.com**

**Join my Facebook community here:** **https://www.facebook.com/groups/mattlloyd/**

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2017 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

## PX 22

**FTC-MOBE-002430**

**PX 22**

FTC-MOBE-002431

 Gmail



---

**Read this if all your money is being kept with the banks**

1 message

---

**Matt Lloyd [MOBE Daily]** <mattlloyd@mobe.com>                    Fri, Feb 16, 2018 at 10:58 PM
Reply-To: "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>
To:

---

Making money is great.  But protecting and preserving it is another thing.  And the banks are not as safe as most people assume. Here's a list of US banks which have failed since 2008.

Read on for my advice about keeping everything you've worked so hard for...

START YOUR BUSINESS        SCALE YOUR BUSINESS        GROW YOUR WEALTH

MOBE Daily #143

*"You must begin to understand, therefore, that the present state of your bank account, your sales, your health, your social life, your position at work, etc., is nothing more than the physical manifestation of your previous thinking. If you sincerely wish to change or improve your results in the physical world, you must change your thoughts, and you must change them IMMEDIATELY."*

*~ Bob Proctor*

Hey,

If you're content with having the entirety of your money sitting in cash in the bank, you might want to rethink that strategy.

First of all, you're going to get terrible returns. You already know this.

A typical "high-interest" bank account will pay you 1% per annum, which is not even enough to keep up with inflation.

**PX 22**                    **FTC-MOBE-002432**

Some banks around the world are now even offering a <u>negative interest rate</u>.  That means you have to pay *them*, for the 'privilege' of letting them lend your money out.

The days of getting good returns leaving your money in a high interest account are long over.

Secondly, even if the money is insured by the government, it's not always as safe in banks as you might think. Banks fail quite often around the world, and if you search the news you'll see what I mean.  Just check the link in the header of this email for a list of US bank failures since 2008.

You should be investing in other asset classes.

We talk a lot about these asset classes and go into extensive detail at our <u>Platinum Mastermind.</u>

Some asset classes are intangible, like buying stocks or shares of companies. Others are real tangible objects, like precious metals or art.

Personally, I'm a big fan of investing in Gold.

It's small for it's value and extremely portable (which means it can be hidden easily), and when transferred can be kept very anonymous.

If you're wondering where you should buy the Gold from, that's easy.  You can buy from Apmex.com, or, just google your cities name + Gold Bullion Dealer.

Eg.  'Los Angeles Gold Bullion Dealers' - then pick a dealer who's been around for at least 10 years.  There prices should be close to that offered on Apmex.  Stay away from 'Numismatic' Gold, like rare collectible coins.  Unless you're a true expert in that area, you'll probably overpay.  Stick with 'bullion,' which is where you're just paying for the metal and a small premium for the machinery costs to stamp the coins.

With any precious metals, you need to take storage very seriously.

The biggest threat is having it all stolen.

So spread it out in multiple places, and put it in non-obvious places.

The *worst* place would be in a safe in your house.  That's the first place a burglar is going to look.

**PX 22**          **FTC-MOBE-002433**

Case 6:18-cv-00862-RBD-DCI    Document 3-53    Filed 06/04/18    Page 112 of 123 PageID 2538
Exhibit OO - 54 of 76

The main line of defense though is you keeping quiet about it.

If you casually mention or even hint to anyone you have a collection, they might tell someone.  Even those you most trust in this world should not be trusted to keep these things secret; eventually, just about everyone talks.  I know that sounds pessimistic but it's true.

In my view, you can't be too paranoid, even with your most trusted friends and family members.

For storage you can always look at private vaults.  There's many thousands of them around the world.

If you go to Google right now, pick any major city and search for "private vault storage," you'll find a bunch of options.

They can be huge steel vaults.  They can be underground.  They can have lasers and eye scanners, like something out of Mission Impossible.



Some of them are really high tech and go to great lengths to protect what's inside.

If you have a small amount of gold, you could rent a small safety deposit box at one of these private vaults. These might be about a foot long, a couple inches high, and about 4 inches wide.

Depending on where in the world you are and the level of security, you could pay anywhere from a few hundred bucks, to over $1,000 a year for this.  If you're only storing 5k or so of Gold, then it would not be worth it.

But if you're storing over 100k, they maybe for you it is.

Just remember though that the private vault is a private business - someone owns it. That always carries a risk, because what if that business goes bankrupt? Or, what if it's family-owned, and someone in the family is tempted to get access to what's being stored.

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 113 of 123 PageID 2539

Exhibit OO - 55 of 76

Sounds far fetched but these things have happened before.  So always pick a private vault storage facility where there's a long history and track record.  Don't pick the new private vault business which sprang up last year.

Next, check the location.  Is there a police station nearby?  Is it in a jurisdiction where the laws around private property protection are strict and well established?  Or is it still the Wild West with a lot of corruption? If the latter, stay away. Pick cities in well developed economies with very developed laws.

Next, how do set up your private vault account? Do they allow you to pay cash, or do they want you to pay by credit card?

As a general rule of thumb, if you are storing something extremely valuable in a private vault, don't pay by credit card. You're after anonymous storage here.  You and you alone is the only person who needs to know.

Of course, you can always opt to not use vaults and safes, and just dig a hole in the backyard.



There's a lot more I can teach you about storing your wealth and making sure it's protected for you and your family's future.

Some of these things, I'd rather not say publicly.

 But I do freely explain them in each month's issue of 'MOBE Advantage,' not just with precious metals, but with stocks, real estate, and other asset classes.  Let me send you the first month's issue for free and you can find out these secrets.  Just tell me where to send it at the link above.



**PX 22**

**FTC-MOBE-002435**

Gmail - Read this if all your money is being kept with the banks        Page 5 of 9
Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 114 of 123 PageID 2540
Exhibit OO - 56 of 76



### Internet Marketing is a Profession

We all know there's no such thing as a turn-key system where you refresh your screen and more money comes in. One-press buttons and magic pills don't really exist.

However, a lot of internet marketing and business products are being marketed that way.

When you realize that internet marketing is a profession and you start treating it as a profession, your business will change immediately.

In this video, filmed at the Diamond Mastermind in Bali, Indonesia, Marcin Marczak explains what it means to treat internet marketing as a profession.



**PX 22**          **FTC-MOBE-002436**

Case 6:18-cv-00862-RBD-DCI    Document 3-53    Filed 06/04/18    Page 115 of 123 PageID 2541

Exhibit OO - 57 of 76

### Why Passion is the Secret to Selling

Isn't it frustraing and confusing that you're doing all the things you're told to do, and you're still not making any sales?

Yet the top earners will do the same things and get drastically different results.

They place ads. You place ads. They send emails. You send emails. They make videos. You make videos. They make millions. You make little to nothing.

Their secret is to show passion throughout their marketing. Do you show any passion?

In this video, filmed at the Traffic Summit during the Titanium Mastermind in the Dominican Republic, Darin Adams explains why passion is the secret to selling.



### Creating Lead Magnets is Easy

A lead magnet is a small piece of value that solves a specific problem in your market, offered in exchange for contact information.

You need lead magnets. People are not stupid. They won't give you their email address only because you want to pitch them.

**PX 22**       **FTC-MOBE-002437**

However, they will give you their information if they can get some kind of instant gratification. A lead magnet does that.

In this video, filmed at the Conversion Summit prior to the Platinum Mastermind in Kota Kinabalu, Malaysia, Shaqir Hussyin shows you how easy it is to create lead magnets.

Talk soon!

Matt Lloyd



## The 10 Questions
## You Absolutely Must Ask
## Before Choosing a Home-Based Business



**PX 22**

**[CLICK HERE](#) TO LEARN MORE**

  

**SHARE THIS CONTENT...**
    

# LET'S CONNECT!

We are all busy but hopefully we can connect on the platform that's most convenient for you.

  



You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at:
http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:**
http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 118 of 123 PageID 2544

Exhibit OO - 60 of 76

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam>

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2018 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)



&gt;

---

**Creating million dollar assets out of thin air Vs. buying them**
1 message

---

**Matt Lloyd [MOBE Daily]** <mattlloyd@mobe.com>      Wed, Feb 7, 2018 at 2:08 AM
Reply-To: "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>
To: &gt;

---

Time's up! In a few days, I'll publicly announce the name of my new island, and share who won the
[$10,000 cash prize.](#)



START YOUR BUSINESS     SCALE YOUR BUSINESS     GROW YOUR WEALTH

<u>MOBE Daily #133</u>

*"Opportunities come infrequently. When it rains gold, put out the bucket, not the thimble"*

*~ Warren Buffett*

Hey,

Following up from yesterdays email, I want to continue talking to you about investing.

A mentor once told me, '*income follows assets.*'

So if you want to build multiple streams of income over your lifetime, you must be focused on acquiring multiple assets.

Most people, just like Robert Kiyosaki explains in 'Rich Dad, Poor Dad,' spend their entire lives continuously acquiring liabilities. That's why they never get ahead.

**PX 22**      **FTC-MOBE-002441**

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 120 of 123 PageID 2546
Exhibit OO - 62 of 76

People who become wealthy don't necessarily make a lot more money then those who struggle (at least initially) - but they choose to spend that money buying *assets*.

In my case, the first really significant asset I ever owned, was MOBE.

I didn't buy MOBE - it was created out of thin air.  Through taking my ideas and then putting them into action day-by-day, the business started to form.  There was no genius to doing this - it was just stubborn relentless persistence, and staying very focused.

It's possible for you to do the same thing; to create a very valuable asset from absolutely nothing.

But it takes a lot of time.

If you're in a rush, it's much faster to just start buying assets now.

My advice is to concentrate your bets.  Take your time to find the truly great investment opportunities (like I talked about yesterday), instead of spreading yourself too thinly over lots of 'average' assets.

Then, when you are ready to get your second major asset, pick one that can support and be fed by the first.

In my own personal case with investing in a resort in Costa Rica, it ended up being the perfect complimentary asset to MOBE.

You see, MOBE already had a lot of live events and masterminds going on around the world - and we were spending a fortune to put them on!

Example; the 2nd Titanium Mastermind we ever did was in the Bahamas in 2014, at the Atlantis Resort (which has over 4,000 rooms).  We had something like 300 people there – clients, guests, event staff... a lot of people.

When it was all said and done, that event ended up costing close to half a million dollars!

For many years, we did a lot of masterminds just like that... and every few months, I'd watch the cash drain out of our accounts to pay for it all.

$200,000, $300,000, $400,000+... every single time.

**PX 22**                    **FTC-MOBE-002442**

Sometime in 2015 I thought to myself, it would be really cool to have our own training facility / resort and save all that money.

I had no idea how to go about acquiring one, but one of my mentors at the time knew a lot more about real estate investing than me.

So the two of us flew to Costa Rica, where he used to own a lot of property.

We ended up going to several resorts for sale, including a really run-down old resort, which was the one I ended up buying.

It took over one year to get the deal done, and then easily another year to get it to the renovated stage it's now at.

Even if it never made really good money from outside guests, the amount of money that it would save MOBE would pay for itself.

In hindsight, I was very naive and ignorant of the cost to run a resort. I've gotten a real education about that over the last two years.

I had no idea what a generator would cost (or that I even needed to have one as back-up for when the power went out). There goes $45,000.

Or the costs to cover all the old concrete paths in a much nicer broken rock finish. There goes $150,000.

Or the price of landscaping, and to put roll-on grass over 8 acres of property? There goes another $100,000.

My initial idea was to spend $300,000 on the renovation, tops.

So far it's cost MILLIONS.

But it's now a world class destination to host our masterminds in, and it's become a very valuable asset.

MOBE feeds the resort with business, helping to stabilize the revenue and keep the occupancy rates high.

Over time as more rooms are added, the resort will be less dependent on MOBE for new business.  Eventually it will be able to support itself financially and become a lucrative business in it's own right.

## PX 22          FTC-MOBE-002443

Case 6:18-cv-00862-RBD-DCI   Document 3-53   Filed 06/04/18   Page 122 of 123 PageID 2548
Exhibit OO - 64 of 76

Again, the goal for your 2nd major asset purchase should be to find one which can be supported (and support) the 1st.

They can be in diverse industries, but they'll each have a much higher ROI if you can have them all support one another.

By the way, if you liked this anecdote, I go a lot more into detail on how to invest in my brand-new print newsletter, 'MOBE Advantage.'

Not just with real estate investing - but I also share how I invest in the stock market, Gold bullion, and much more.

Once you're a client of 'MOBE Advantage' you'll get my in-the-trenches business lessons delivered to your doorstep every month, as well as wisdom from my mentors and colleagues.

I'd like to send you the first month's issue completely for free.  It will be ready to send soon - for now I'm just compiling a list of people who are interested.  If you're one of them, send me a message on Facebook here.



**Less Thinking, More Action!**

Do you suffer from analysis paralysis?

In other words, do you spend hours and hours trying to plan everything out perfectly before you ever take any action?

Although it's great that you have pride in what you do and you want to achieve big, you need to be realistic. Often, the time you'll lose while thinking will cost you more than the mistakes you'd make if you just took action.

In this video, filmed at the Platinum Mastermind in Curacao, Ed O'Keefe gives some advice for perfectionists who spend too much time thinking and not enough time executing.



**Try a New Online Ad Format**

New has a limited time. The fanfare dies down and what was new becomes settled and eventually becomes old.

When new online ad formats come out, don't miss the boat. If you get in on them while they're still new, you can get a higher than usual ROI.

This is because Google and Facebook subsidize their new ad units. They will invest a lot to help the new ad unit become a success and encourage advertisers to start using them. This means a lower price and a higher ROI for you.

## PX 22

**FTC-MOBE-002445**