Case 6:18-cv-00862-RBD-DCI    Document 3-54    Filed 06/04/18    Page 1 of 112 PageID 2550
Exhibit OO - 66 of 76

In this video, filmed at the Titanium Mastermind in Phuket, Thailand, Mike Hill shares some newer ad formats that are worth trying.



**Powers of Attorney Explained**

One major area of asset protection is what happens to your money in the event of your death or if you become incapacitated.

You probably want your money to pass on to your successors and not go to waste towards some expense you don't want. Durable powers of attorney can protect your assets by granting someone else the power to make decisions on your behalf.

There are two types of durable power of attorney: for finances and for health care. In this video filmed at the Real Estate Investing Summit during the Titanium Mastermind in the Dominican Republic, Stephen Michael Miller gives an example of both types.

Talk soon!

Matt Lloyd



**PX 22**                    **FTC-MOBE-002446**

Case 6:18-cv-00862-RBD-DCI   Document 3-54   Filed 06/04/18   Page 2 of 112 PageID 2551

Exhibit OO - 67 of 76





**Looking forward to attending a MOBE Mastermind event?**



**CLICK HERE To see for Details, Select a Date, and Register!**

      

**SHARE THIS CONTENT...**         

# LET'S CONNECT!

**PX 22**    FTC-MOBE-002447

We are all busy but hopefully we can connect on the platform that's most convenient for you.

  




You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:** http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service: http://mobe.com/doneforyouemails/

Exhibit OO - 69 of 76

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2018 MOBE, Ltd.

Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.

(You can also send your request to **Customer Care** at the street address above.)

PX 22                        FTC-MOBE-002449





---

**Finding the money (to buy an island) and $0 - $100,000, a How-To guide...**
1 message

---

**Matt Lloyd [MOBE Daily]** <mattlloyd@mobe.com>                    Thu, Oct 26, 2017 at 3:01 AM
Reply-To: "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>
To: ███████████████████████ >

START YOUR BUSINESS      SCALE YOUR BUSINESS      GROW YOUR WEALTH

> *"You are your greatest asset. Put your time, effort and money into training,*
> *grooming, and encouraging your greatest asset." -- Tom Hopkins*

Hey,

Let's talk about finding the money - one of the most important skills you have can
have as an entrepreneur.

The bigger your vision in business, the more money you'll need to be able to raise.

There are extremely *few* billionaires who got to that level without seeking external
financing at some point in their carreers.

Most people have an aversion to debt (I know I certainly did when starting out), but
not all debt is bad.

Debt taken on to finance a business is ok, as long as you have a very clear plan on
what you're going to do to make that business profitable, and a timeframe to pay back
the loan.

So learning to ask others (banks, friends and family, etc) for money is something you
should not shy away from.

There was a time where I was very opposed to borrowing money to fund my business, and preferred to do it out of only cash.

These days though, I've embraced borrowing money to fund big business ideas when I have a well thought out plan.

Like the island I am purchasing here in Fiji, where I am now.

For more than 1 year, I've been working on this deal.  Once it settles (about 7 days away) I'll show you some photos.



It's going to cost MANY times what I paid for my **Costa Rica resort**—and that's just for the land! The 200 room resort I intend to build on the island over the next 5 years will cost a whole lot more.

We're talking multiple 8 figures and beyond.

Do you think I have all that cash to fund this project just sitting in my bank accounts?

Of course not! I'm well off, but not that well off!

Yesterday I signed off on a loan for the initial purchase and renovation.

My point is, resourcefulness is a skill you need to develop over time, and will be needed on a regular basis throughout your entrepreneurial journey.  No matter what level you're at - whether you're running a 5 figure business or a 9 figure business, raising money is something you'll always need to do.  **Here's a video** I did about 'finding the money' a couple years back which you should watch.

On to today's issue...





### The Best Marketing Method In The World

What's the difference between selling and marketing?

Selling is simply speaking with someone and helping them to buy. However, your success rate with selling depends on who you're selling to.

Someone who already understands how your product or service can help them will be a much easier sale than someone who's never heard of your business before.

That's where marketing comes in. Marketing allows you to attract the right kind of customers and filter out the good leads from the bad.

In **this video,** filmed at a **Platinum Mastermind** in Costa Rica, T.J. Rohleder reveals his best marketing method to make selling a breeze.

**PX 22**                    **FTC-MOBE-002452**

### $0 - $100,000 How To Guide

When your business is at $0, you do all the roles yourself. You are the sales department, the accounting department, the tech department and the customer service department.

As overwhelming as it may sound, you can handle it. You don't have that many customers to service.

But what happens once your business grows to $10,000 a month, and you have too many customers to handle yourself?

In **this video**, I talk about the changes we implemented at MOBE that allowed us to scale from a small company into a larger one.



### What "The System" Has Planned For Your Retirement

If you're reading this, you're not an average person. You're someone who wants to take control of your financial future without depending on "the system."

Most people remain average. They prefer to depend on academia, employers and the government to help them through life.

They look forward to retirement as their reward for a life of hard work. But does "the system" view retirement in the same way?

In **this video**, filmed in Costa Rica at a **Platinum Mastermind**, Nik Halik reveals the true function that retirement plays in "the system."

**HOW TO ESCAPE THE RAT RACE AND
MAKE MONEY ONLINE IN THE NEW ECONOMY**



Learn how to create a substantial income in your spare time working from home…
without the need to create or ship products, deal with customers, setup websites, hire
staff, or start a merchant account.

**A new "limitless" life awaits … but you have to take the first step.
CLICK HERE TO LEARN MORE**

Talk soon!

Matt Lloyd



**PX 22**        FTC-MOBE-002454





        

**SHARE THIS**
**CONTENT...**         

## LET'S CONNECT!

We are all busy but hopefully we can connect on the platform that's most convenient for you.

        

    Want to Try Our Number One Marketing System
That Pays You **$1,250**, **$3,300** & **$5,500**?    

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at:
http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

## PX 22    FTC-MOBE-002455

**Your daily dose of inspiration for building your MOBE affiliate business:**
http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:** http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam>

**Access all your MOBE products and partner tools here:** http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:** https://www.facebook.com/groups/mattlloyd/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use
them, you can use this service: http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products.
Often, I like to pass along testimonials of atypical results from my top achieving members.
Please don't assume you'll duplicate their results It takes hard work, dedication, and
persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2017 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

**PX 22**          **FTC-MOBE-002456**

# Exhibit PP

**FTC-MOBE-002457**

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2

                 FEDERAL TRADE COMMISSION

 3

 4

 5

      MATTER NO.      1723072

 6

      TITLE          MOBE

 7

      DATE          RECORDED:   DECEMBER 4, 2017

 8                   TRANSCRIBED:  MAY 15, 2018

 9    PAGES          1 THROUGH 20

10

11

12              JT EPISODE 53_2017-12-04_14-16-02

13

14

15

16

17

18

19

20

21

22

23

24            For The Record, Inc.

25      (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4       RECORDING:                              PAGE:

 5       JT EPISODE 53_2017-12-04_14-16-02         4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:            )

 4     MOBE                         )  Matter No. 1723072

 5                                  )

 6     -----------------------------)

 7                                  December 4, 2017

 8

 9

10

11          The following transcript was produced from a

12     digital file provided to For The Record, Inc. on May

13     8, 2018.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2                     -   -   -   -   -

 3           JT EPISODE 53_2017-12-04_14-16-02

 4           ANNOUNCER:  Blog Talk Radio.

 5           JT DEBOLT:  Hello, my friends, JT Debolt

 6    with you today from the MOBE Daily Powerup Call.

 7    Great to be with you on a Thursday morning as we close

 8    out another big week.  In fact, we close out a month

 9    here on the MOBE Daily Powerup Call.  And before we

10    get to that, I just want to say good morning, good

11    afternoon and good evening, whatever time it is for

12    you no matter where you might be tuning in from on the

13    big blue marble, thank you for joining me here each

14    and every single Monday through Thursday at 11:00 a.m.

15    Eastern, especially over the past 58 months.  Man, it

16    has been an amazing almost five years here with the

17    MOBE Daily Powerup Call.

18           And as I've kind of mentioned throughout the

19    week, this is my final call.  This past week has been

20    my final week and this is the final call that I will

21    be leading here as the MOBE Daily Powerup Call.  For

22    sure, this call will continue, but this will be my

23    last ride and I'm grateful that you're with me here

24    today as we fly this last flight in the cockpit of

25    what I call the MOBE Daily Powerup Call.
```

**PX 22**                                    FTC-MOBE-002461

1          It's been an amazing five years.  I have to

2     tell you that I'm deeply humbled.  I'm coming to you

3     with a heart full of gratitude.  And, certainly, I

4     will miss this show.  I will miss the time that I get

5     to spend with my high altitude buddies here in the

6     MOBE community.  The last five years have been very

7     exciting for me.  They've meant a ton to me and -- you

8     know, I've met some friends.

9          And I want to say just a quick shout-out if

10    I can to a few people that have been remarkable to me.

11    Some of these names you will know; some you may not.

12    But they have made -- not just made it great for me,

13    they've made it possible for me to bring this show to

14    you.  They have been a huge -- a huge asset to me,

15    sort of as an alliance, but they've also been dear

16    friends, dear friends that have supported me,

17    supported this message and helped make the MOBE Daily

18    Powerup Call great.

19          Number one, the first person I wanted to

20    thank is TG Thomas.  A lot of you guys know TG.  He's

21    one of our amazing coaches here.  He and Marlon and

22    all the coaches are fantastic.  But TG and I have had

23    -- you know, made kind of a closer bond.  We've been

24    good friends.  And I continue to pray for him and his

25    family.  They are in Houston, Texas, dealing with,

**PX 22**          FTC-MOBE-002462

1    obviously, Hurricane Harvey or Tropical Storm Harvey,

2    whatever that has been classified.  But amazing guy,

3    dear friend and been remarkable.

4           Susan Zanghi, you probably know Susan.  She

5    is Matt Lloyd's right-hand person.  She has been an

6    amazing person in my life, a dear friend, and somebody

7    who has supported the MOBE Daily Powerup Call.  She's

8    also support JT Debolt and I really -- you know, I

9    wouldn't be here as long as I've been here if it

10   weren't for Susan.

11          My dear friend, Brian Price, Brian used to

12   be -- I guess you could call him the COO of MOBE for a

13   very long time.  And he's the one that really helped

14   me create a platform here with the MOBE Daily Powerup

15   Call.  He was kind of my brain trust, the guy I bounce

16   ideas off of.  And to this day, he's a dear friend of

17   mine.

18          Glynis Brooks and Laurel McClain, they used

19   to run the live events for MOBE and, man, I got to

20   tell you, they're two of the greatest ladies.  They

21   still do some stuff behind the scenes for -- if you

22   ever go to the Titanium Masterminds, which I encourage

23   you to do, or the Platinum Masterminds or any of those

24   big, high-level masterminds that MOBE promotes and

25   produces.  Just two amazing ladies that have been

**PX 22**                          FTC-MOBE-002463

1    instrumental in my life.

2            And, of course, I would be remiss if I

3    didn't mention the great Matt Lloyd.  In fact, none of

4    us would be here without Matt Lloyd.  This would not

5    be possible.  His vision, his drive, his absolute

6    passion for what he does and the people he does it for

7    is the reason why we don't just have the MOBE Daily

8    Powerup Call, but why we have MOBE, period.

9            And I'll tell you kind of a funny story.  He

10   had his first live event called Add the Nitrous back

11   in October of 2012, so almost five years ago, and a

12   mutual connection of ours suggested that I emcee his

13   event.  He was looking for an emcee.  And so this

14   person, a great guy, said, hey, you should -- you

15   should call JT Debolt.  And so he connected the two of

16   us and Matt and I had a conversation.

17           Matt flew me out to San Diego.  We did Add

18   the Nitrous, it was a great event.  And we're sitting

19   in the back of the room and he said, I'm thinking

20   about doing a high-level mastermind in Fiji.  Would

21   you be open to going to Fiji to speak and emcee?  And

22   I was like, is this a trick question?  You're going to

23   fly me to Fiji to emcee your event?  The answer is

24   absolutely yes.  And from there, that moment, that

25   conversation sparked the MOBE Daily Powerup Call.

**PX 22**                         **FTC-MOBE-002464**

1    That's actually where we began what is now known as

2    the MOBE Daily Powerup Call.

3              So it's been a really cool ride.  I've had

4    some of the most fun experiences in my entire

5    entrepreneur career from ziplining in Costa Rica and

6    paddle boarding in the Caribbean to just hanging out

7    with really cool people.  So I want to just say thank

8    you to the MOBE community.

9              You know, the thing about this, this show

10   you -- a lot of times people think, hey, man, JT, I

11   got a lot out of the content, I got a lot out of what

12   you talked about the other day, and I certainly

13   appreciate that.  I think that's -- you know, for me,

14   it definitely warms my heart to hear that.  But I have

15   to step aside and be kind of -- you know, give credit

16   where credit's due.  This show is really about you.

17   You guys, you -- you the listeners, the people that

18   have been listening from day one and the people that

19   are just listening today for the first time have been

20   the reason why this show is here.

21             You've also been the inspiration, the spark

22   for the message, because I listen.  I listen to what's

23   challenging you, I listen to what is important to you.

24   And having had so much experience working with

25   entrepreneurs as a personal coach, coaching

**PX 22**                    FTC-MOBE-002465

1   entrepreneurs, coaching executives, coaching athletes,

2   people that are really going after it big-time in

3   life, I can get a sense for what's important to you.

4   If you weren't that open about it, if you weren't

5   going after your dreams, I would have nothing to talk

6   about.

7          So really the lifeblood of the MOBE Daily

8   Powerup Call has been and always will be you.

9   Remember that.  Continue to come to the show, continue

10  to listen.  It doesn't matter who's giving the

11  message.  This message is for you.  It's about you.

12  And really it's about taking you to that next level.

13         The MOBE Daily Powerup Call as far as I'm --

14  as my -- you know, my involvement with it has always

15  been about being your best, about pushing the end of

16  the envelope to be your absolute best in business and

17  life, waking up every single day with a belief that

18  what you are doing matters.  And it's okay -- listen,

19  you're going to be surrounded by people who -- and you

20  probably have experienced this -- people who don't

21  necessarily align with your values, your vision, your

22  mission or your why.  These may even be people that

23  are close to you.

24         Here's the key to it:  You have to be your

25  best every single day.  That's it.  It's not about

**PX 22**          FTC-MOBE-002466

1    convincing them, it's not about pulling them along or

2    pushing them or kicking them in the butt or having

3    them kick your butt, it's about you kicking your own

4    butt.  It's about you believing in yourself to be your

5    best.

6          And I think that's one of the most important

7    themes that we've had throughout the last 58 months,

8    almost 5 years of the MOBE Daily Powerup Call, is --

9    one of the most important themes is being your best.

10    And if you listen to any of the past recordings -- by

11    the way, I've got some questions from folks that say,

12    hey, are these archived, can we listen to them?  And

13    the answer is absolutely yes.  You can find them on

14    iTunes if you look up MOBE Daily Powerup Call.  If you

15    search for that, you'll find it on iTunes.  You can

16    download all of them and put them on your MP3 player,

17    or you can simply go to BlogTalkRadio.com/MOBE, M-O-B-

18    E.  If you do that, you can get all the past

19    recordings at least for I think the last four years,

20    whenever we transitioned over to Blog Talk Radio.

21          And what you'll find is, you know, there's

22    recurring themes.  We talk a lot about being your

23    best.  Another theme that we talk quite a bit about is

24    doing whatever it takes to accomplish the mission.

25    And I don't mean, you know, being unscrupulous and

1    cheating people and hosing people over.  I'm talking

2    about doing whatever it takes, finding that grit

3    inside of you, you know, finding that desire, finding

4    that push, finding that whatever it takes, that

5    resourcefulness to get the mission accomplished.

6           And the thing that I love about that is

7    that for a lot of people that have reached out to me,

8    they've said, JT, that message is what landed for me,

9    I just -- I was at the brink, I was ready to throw in

10   the towel, and you came out and shared that message,

11   and now I'm ready to kick it into that next gear and

12   take it to the next level.  And here's what's

13   beautiful.  I actually don't just hear it from you, I

14   also hear it from your coaches.

15          What that tells me is we have an amazing

16   team here.  The coaches are bringing people to the

17   calls, the people are showing up to the calls, JT

18   Debolt shows up and delivers the calls, and we

19   continue to march shoulder to shoulder as a team, as a

20   unified front to create success for people in their

21   entrepreneurial dreams.  And those people like you

22   that are out there building your entrepreneurial

23   dream, you are setting the tone for an entire world.

24          Now, think about this.  There's not ever --

25   not everybody is cut out to be an entrepreneur.

1    You've heard me say this before.  But just like

2    nobody's -- not everybody's cut out to be an athlete,

3    not everybody's cut out to be an actor or a musician,

4    we can watch those people, those musicians, those

5    athletes, those actors and think, man, that's a

6    beautiful thing and take inspiration from that and get

7    value from that.

8              Well, guess what?  The same goes for

9    entrepreneurship.  So if you are here, you fit into

10   that echelon of excellence where the people that

11   aren't necessarily cut out for entrepreneurship will

12   look at you and be inspired by your example.  They

13   will benefit from the work that you do in the world,

14   both in your business and as a direct result of your

15   business.

16             As you begin to have the financial abilities

17   to do things like give back, create foundations for

18   things and create nonprofits and do whatever it is

19   that you want to do, that will be the kind of thing

20   that will set the tone for the world.  So do not

21   underestimate what you are doing here as an

22   entrepreneur.  Remember, it's worth doing whatever it

23   takes to accomplish the mission because the mission is

24   so precious, it's so special, it's so amazing.

25             Another theme that you'll probably hear if

```
 1    you listen to all the archives and hopefully if you
 2    listen to future calls with future presenters, is it's
 3    about being true to yourself.  At least as far as my
 4    involvement has been as the host of MOBE Daily Powerup
 5    Call, it's been about being true to yourself, building
 6    a business according to your values, your vision, your
 7    mission, your why, not somebody else's.  And that
 8    means being clear on who you are.  You have to be
 9    clear.  You have to understand who you are and what
10    you truly want from life in order to be true to that.
11    That's one of the most amazing things you can do in
12    life, period.
13            Think about the people that look up to you.
14    Maybe you have children, grandchildren, nieces,
15    nephews.  Maybe you have spouses.  You've got partners
16    in life and business.  You've got, you know, siblings.
17    People that look up to you because they say you are an
18    example of what it means to be a great person.  The
19    reason that's possible is by being true to yourself.
20    People don't -- they don't follow or admire, they
21    don't listen to frauds, at least not for very long.
22            They might be duped in the beginning, but
23    they won't be after the true colors show -- come true.
24    And if you're true to yourself as an entrepreneur, you
25    will always have a plethora of leads.  If you're true
```

**PX 22**                    FTC-MOBE-002470

1    to yourself, you will always have great conversions of

2    those leads into customers and you will also have

3    customers for life, people that will -- even if they

4    stop working with you will say, you know what, that

5    was one of the best experiences I've ever had in

6    business.  But it takes being true to yourself.

7         And that's been a recurring theme here in

8    the MOBE Daily Powerup Call, something that I've been

9    very proud of, but also something that means the world

10   to me and me -- I know means the world to many of you.

11   So continue that.  Continue to carry that torch.

12        And then I would say overall, probably one

13   of the biggest, if not the most recurring theme -- and

14   it almost flows through every single message; it

15   doesn't matter if it was a Monday call or a Thursday

16   call as I sent you off into the weekend for something

17   to chew on, something to think about -- was about

18   defining personal excellence and then living up to it.

19   Your personal excellence.  What that means to you?

20   Not just about how much money you make, not just about

21   what your brand is, not just about what colors you

22   have on your website or, you know, the customer avatar

23   that you're looking to serve, not about that stuff.

24   I'm talking about the whole enchilada, how you define

25   your personal excellence, what it means to you to show

1    up and give your 100 percent best every single day.

2              And here's the beautiful thing.  As I've

3    said many times, there are days where you don't feel

4    like it.  There are days where you feel like just

5    total crap.  You're tired, you're sick, maybe even

6    hung over, right?  Or perhaps you're sore, perhaps

7    you're recovering from an injury or an illness.  And,

8    yet, you still show up to the day.  And if all you

9    have in the tank is 50 percent of a tank, but you give

10   all 50 percent, then you have given 100 percent

11   because you gave 100 percent of what you had.

12             And you know what, if you give 50 percent,

13   but you give all of the 50 percent you have and a

14   person standing next to you gives 70 percent, but they

15   have 100 to give, then you gave more because you gave

16   100 percent of 50.  They only gave 70 percent.  And

17   that's what I'm talking about about personal

18   excellence, holding yourself to higher standards, not

19   impossible standards, but holding yourself to a higher

20   standard and saying I'm worth it, the world is worth

21   it, and I'm going to give all that I have to the world

22   that deserves this.  That, my friends, is personal

23   excellence.

24             How do you define personal excellence?

25   That's the real question.  What does it mean to you?

**PX 22**                    FTC-MOBE-002472

1    And how will you carry it forth in your business and

2    your life?

3            One of the perhaps most exciting things I

4    see in all the years I've been working specifically

5    with entrepreneurs is to watch a person light up, to

6    watch a person come to life, sometimes for the first

7    time, sometimes for the first time in many years,

8    where they have a realization, an ah-ha moment, that

9    not only can they do this, not only will they do this,

10   but they must do this.  They must do it because it

11   feels right, because they finally found something that

12   they can hold onto, something they can believe in.

13           And when that something that they can

14   believe in, that something is their own business, and

15   they realize that that business is an extension of

16   themselves, then not only do they believe in that

17   thing, they believe in themselves.  To me, that's one

18   of the most remarkable moments that we can have in

19   life is to see somebody light up like that.

20           You may have seen this in the past.  You may

21   have seen this in your own life with somebody dear to

22   you.  Maybe you've seen it in a child who figures out

23   their passion for music or sports or writing or

24   whatever it is and you see them light up.  It's almost

25   like they open that present on Christmas morning or

1    whatever, you know, their birthday.  You see them open

2    that up and you see -- you see the joy in their eyes.

3    Here's the beautiful thing is it's possible any day

4    for anybody.  And the thing I love about

5    entrepreneurship is entrepreneurship is so rich, so

6    fertile with all of those times and opportunities for

7    that to happen.

8         If you are still looking for that moment,

9    stay with it.  If you are still looking to have that

10   moment, you can have many of them.  You don't have to

11   have just one; you can have many of them.  And what's

12   even more -- what's I would say more powerful than

13   even experiencing it for yourself, although it's kind

14   of difficult because the choice between this and what

15   I'm about to say, it's kind of hard to -- it's kind of

16   hard to say.  But the only thing that I can say that

17   compares, let's say that, maybe it's not about being

18   better or less powerful, but certainly it compares to

19   lighting up yourself, is to have -- is to help

20   somebody else light up, to give them the pathway to

21   find their own "oh-my-gosh-this-is-amazing" moment.

22        And that's what I think we do here as

23   entrepreneurs.  That's why I say so often that

24   entrepreneurship is leadership.  And if you can lead

25   somebody from where they are to where they want to be,

**PX 22**                    FTC-MOBE-002474

1   if you can lead them from pain into comfort or at

2   least into feeling better, if you can lead them out of

3   darkness and into light, as an entrepreneur, man, I

4   can't think of a better way to do that.

5           My friends, here's the simple truth.  This

6   has been an amazing journey for me.  I hope it's been

7   valuable to you.  I can't even begin to tell you how

8   much it's meant to me and, sadly, I feel like I got

9   the better end of the deal.  I feel like because I had

10  so much experience with so many amazing people like

11  you that I just, sort of as a sponge, got to soak it

12  up and I -- I only can hope that I was able to give

13  you guys the best that I had to give each and every

14  single Monday through Thursday at 11:00 a.m. Eastern,

15  and then somehow that would translate into you going

16  out and doing big things, great things in your

17  businesses and in your lives.  If that's the case for

18  you, then I'm grateful.

19          I will miss this show.  I will miss the

20  opportunity to come out and see you guys Monday

21  through Thursday at 11:00 a.m. Eastern.  I will not be

22  far, though.  You can still follow me over at

23  FlywithJT.com.  You'll get regular updates from me.

24  You can also go over to Facebook.com/flywithJT.  I do

25  a lot of Facebook Lives.  In fact, I'll be doing one

**PX 22**          FTC-MOBE-002475

```
 1     this afternoon.  And it's a great way to stay

 2     connected with me and me with you.

 3              I appreciate each and every single one of

 4     you.  I'm grateful for the opportunity to come at you

 5     each and every single Monday through Thursday at 11:00

 6     a.m. Eastern for the last almost five years.  Thank

 7     you so much for being there.  Thank you for being an

 8     amazing group of folks.  But, more importantly, thank

 9     you for living true to yourself, thank you for

10     pursuing your mission.  As a mission accomplishment

11     specialist, it means the world to me and I hope it

12     means the world to you.

13              Until our cross -- paths cross -- until our

14     paths cross again, remember, no matter what course you

15     fly in life, fly high, fly fast and fly far.  This is

16     JT Debolt signing off for the last time here on the

17     MOBE Daily Powerup Call.  I appreciate each and every

18     single one of you.  Take care.

19              (The recording was concluded.)

20

21

22

23

24

25
```

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Elizabeth M. Farrell, do hereby certify

5       that the foregoing proceedings and/or conversations

6       were transcribed by me via CD, videotape, audiotape or

7       digital recording, and reduced to typewriting under my

8       supervision; that I had no role in the recording of

9       this material; and that it has been transcribed to the

10      best of my ability given the quality and clarity of

11      the recording media.

12              I further certify that I am neither counsel

13      for, related to, nor employed by any of the parties to

14      the action in which these proceedings were

15      transcribed; and further, that I am not a relative or

16      employee of any attorney or counsel employed by the

17      parties hereto, nor financially or otherwise

18      interested in the outcome of the action.

19

20

21      DATE:  5/15/2018

22                         ELIZABETH M. FARRELL, CERT

23

24

25
```

**PX 22**                    **FTC-MOBE-002477**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

      Plaintiff,

      v.

**MOBE Ltd.**, et al.,

      Defendants.

Case No. _____

**<u>FILED UNDER SEAL</u>**

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**<u>WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE</u>**

**VOLUME II-F**

PX 22  Declaration of Carol Jones (Exhibits QQ – UU) ...................................................2478

PX 23  Declaration of Maria Bazan .................................................................................2523

PX 24  Declaration of Ahmad Kamil Mohd Yusop (filed in *MOBE Ltd. v. Digital Altitude, LLC, et al.*, No. 16-cv-05708 (C.D. Cal.)) ............................................2528

PX 25  Declaration of Matt Lloyd McPhee (filed in *MOBE Ltd. v. Digital Altitude, LLC, et al.*, No. 16-cv-05708 (C.D. Cal.)) ............................................2569

PX 26  Declaration of Tyson Hottinger (filed in *MOBE Ltd. v. Digital Altitude, LLC, et al.*, No. 16-cv-05708 (C.D. Cal.)) ...........................................................2574

# Exhibit QQ

FTC-MOBE-002478

```
 1              OFFICIAL TRANSCRIPT PROCEEDING

 2

                   FEDERAL TRADE COMMISSION

 3

 4

 5

     MATTER NO.      1723072

 6

     TITLE          MOBE

 7

     DATE           RECORDED:  JULY 16, 2017

 8                  TRANSCRIBED:  MAY 9, 2018

 9   PAGES          1 THROUGH 7

10

11

12          RUSS WHITNEY VIMEO 2018-03-20_10-51-42

13

14

15

16

17

18

19

20

21

22

23

24             For The Record, Inc.

25     (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

```
 1                   FEDERAL TRADE COMMISSION

 2                        I N D E X

 3

 4     RECORDING:                              PAGE:

 5     Russ Whitney Vimeo 2018-03-20_10-51-42        4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                   FEDERAL TRADE COMMISSION

2

3    In the Matter of:            )

4    MOBE                         )  Matter No. 1723072

5                                 )

6    -----------------------------)

7                                 July 16, 2017

8

9

10

11           The following transcript was produced from a

12   digital file provided to For The Record, Inc. on May

13   2, 2018.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    P R O C E E D I N G S

2                      -    -    -    -    -

3           RUSS WHITNEY VIMEO 2018-03-20_10-51-42

4              (Music playing.)

5           RUSS WHITNEY:  Hi, my name is Russell

6    Whitney, and I've been teaching students worldwide how

7    to become financially free through multiple streams of

8    income, whether that's real estate investing, stock

9    investing and, currently, what I specialize is in

10   internet marketing.

11           In today's market space, financial literacy

12   has been one of the biggest challenges and that's why

13   I came aboard MOBE almost three years ago.  I saw what

14   Matt had was absolutely what the world needed, was

15   financial literacy and internet marketing.  In today's

16   market space, internet marketing has just gone

17   by storm.  Just this month alone, there's been more ad

18   spend on the internet than TV.  That's the first time

19   ever in history.

20           So I started to learn Matt's strategies and

21   skills of how to properly and effectively market

22   online.  In the past three years with MOBE, I've made

23   over a little bit a million dollars.  Also, in the

24   past four months, with my business partner, we made

25   over 600,000 in commissions in the MOBE market space.
```

**PX 22**                    **FTC-MOBE-002482**

1        Here's what I really love about Mobe as MOBE

2   has provided me with an amazing business where I can

3   generate money from anywhere in the world.  Not only

4   that, one of the best things about MOBE is the

5   education and knowledge that they truly provide.  Not

6   only do they provide business education, marketing

7   education, but after you make money in business, where

8   do you park it?  Do you park it into real estate?

9   What is the right investment opportunity?

10       So what MOBE has also provided me is a

11  lifestyle that most entrepreneurs and people in the

12  world really want to have.  That's time freedom and

13  location freedom.  I've been able to travel the world.

14  Just last year alone, I flew over 500,000 miles, and

15  I've been to many different countries and every state

16  in the United States.  MOBE has provided that for me

17  and it's a lifestyle that I've always wanted.  I want

18  to be able to travel the world, I wanted to be able to

19  see new locations.  And a lot of people are not able

20  to enjoy that.

21       Also, what MOBE provides, unlike any other

22  type of business that's out there on the internet, is

23  they provided me with a brand new car that I'm going

24  to show you here in just a little bit.  I just want to

25  take a special thank you to Matt Lloyd and what he has

1    helped do for myself and my family with the MOBE

2    system.

3                (Music playing.)

4                RUSSELL WHITNEY:  So MOBE has provided me

5    with an amazing lifestyle.  I've been able to travel

6    the world and see places I could have never imagined

7    before.  Not only has MOBE been able to give me that

8    lifestyle, but it's also provided me a business where

9    I can truly make money from anywhere in the world.  I

10   highly recommend you go ahead and invest your time,

11   education and knowledge into Mobe and learning their

12   platform and system.

13               (The recording was concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4             I, Elizabeth M. Farrell, do hereby certify

 5     that the foregoing proceedings and/or conversations

 6     were transcribed by me via CD, videotape, audiotape or

 7     digital recording, and reduced to typewriting under my

 8     supervision; that I had no role in the recording of

 9     this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of

11     the recording media.

12             I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were

15     transcribed; and further, that I am not a relative or

16     employee of any attorney or counsel employed by the

17     parties hereto, nor financially or otherwise

18     interested in the outcome of the action.

19

20

21     DATE:  5/9/2018

22                         ELIZABETH M. FARRELL, CERT

23

24

25
```

**PX 22**                    **FTC-MOBE-002485**

# Exhibit RR

FTC-MOBE-002486

1               OFFICIAL TRANSCRIPT PROCEEDING

2

                FEDERAL TRADE COMMISSION

3

4

5

        MATTER NO.       1723072

6

        TITLE           MOBE

7

        DATE            RECORDED:  NOVEMBER 20, 2015

8                        TRANSCRIBED:  MAY 9, 2018

9       PAGES           1 THROUGH 6

10

11

12        RUSSELL WHITNEY EXPOUNDS ON HIS EXPERIENCE WITH

                MOBE AND AFFILIATE MARKETING

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25       (301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4       RECORDING:                              PAGE:

 5       Russ Whitney Expounds...                   4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    FEDERAL TRADE COMMISSION

2

3     In the Matter of:              )

4     MOBE                           )   Matter No. 1723072

5                                    )

6     ----------------------------)

7                                    November 20, 2015

8

9

10

11          The following transcript was produced from a

12     digital file provided to For The Record, Inc. on May

13     2, 2018.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                 P R O C E E D I N G S
 2               -     -     -     -     -
 3   RUSSELL WHITNEY EXPOUNDS ON HIS EXPERIENCE WITH MOBE
 4                 AND AFFILIATE MARKETING
 5           OREST HALIV:  How you doing?  This is Orest
 6   O. Haliv of OrestOHaliv.com.  I'm here with Russell
 7   Whitney.  Russell, just -- Russell, would you explain
 8   to me how long you've been with MOBE and your
 9   experience with them?
10           RUSSELL WHITNEY:  Yes, I've been with MOBE
11   since January of last year and have been working with
12   Matt.  Originally, when I came aboard I came on to
13   just help him build out of his events.  I was involved
14   in one of the largest companies that train students
15   financially around the world where we did over $250
16   million a year.  Matt asked me to come before and help
17   him build out his training, his education programs,
18   and I did.
19           When I did, I saw his marketing system and
20   his affiliate program, and for me as a business owner
21   and an entrepreneur, I'm always looking at new
22   opportunities.  This was a great way to create time
23   freedom.  It was a great way to market from the
24   comfort of your own home where you can make big profit
25   commissions.
```

**PX 22**                    FTC-MOBE-002490

1          I was always told about affiliate marketing

2     and it was always small dollar items.  So when I

3     looked at it, the other ways of affiliate marketing,

4     to me, it never appealed.  It just seemed like you

5     would have to sell a lot in order to gain a lot of the

6     capital.  With the MOBE system, what's great about it

7     is off of one client, you could get anywhere from a

8     1,000 up to $20,000 in commissions out there off of

9     one single client.

10          Also, the beauty of the MOBE system and

11     working with Matt Lloyd is the financial education

12     that you receive and obtain.  He's got financial

13     education on every aspect of business, investing, 4X,

14     precious metals, real estate investing and stock

15     investing.

16          So that's how I joined with MOBE, and the

17     reason why I'm here is because I truly genuinely

18     believe in the product and it's a great way to help

19     people make and earn a living from the comfort of

20     their own home while gaining financial freedom and

21     education at the same time.

22          OREST HALIV:  Thank you very much, Russell.

23          RUSSELL WHITNEY:  Yes, sir.

24          OREST HALIV:  Take care.

25          (The recording was concluded.)

**PX 22**                    FTC-MOBE-002491

```
 1                 CERTIFICATE OF TRANSCRIPTIONIST

 2

 3

 4              I, Elizabeth M. Farrell, do hereby certify

 5     that the foregoing proceedings and/or conversations

 6     were transcribed by me via CD, videotape, audiotape or

 7     digital recording, and reduced to typewriting under my

 8     supervision; that I had no role in the recording of

 9     this material; and that it has been transcribed to the

10     best of my ability given the quality and clarity of

11     the recording media.

12              I further certify that I am neither counsel

13     for, related to, nor employed by any of the parties to

14     the action in which these proceedings were

15     transcribed; and further, that I am not a relative or

16     employee of any attorney or counsel employed by the

17     parties hereto, nor financially or otherwise

18     interested in the outcome of the action.

19

20

21     DATE:  5/9/2018

22                        ELIZABETH M. FARRELL, CERT

23

24

25
```

**PX 22**                         FTC-MOBE-002492

# Exhibit SS

**FTC-MOBE-002493**

1            OFFICIAL TRANSCRIPT PROCEEDING

2

                  FEDERAL TRADE COMMISSION

3

4

5

     MATTER NO.      1723072

6

     TITLE          MOBE

7

     DATE           RECORDED:  DATE UNKNOWN

8                    TRANSCRIBED:  MAY 24, 2018

9    PAGES          1 THROUGH 5

10

11

12     RUSSELL WHITNEY CONGRATULATIONS ON MOVING FORWARD

13

14

15

16

17

18

19

20

21

22

23

24            For The Record, Inc.

25    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

**PX 22**                    **FTC-MOBE-002494**

```
 1                    FEDERAL TRADE COMMISSION

 2                       I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Russell Whitney Congratulations on Moving Forward   4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PX 22**                    **FTC-MOBE-002495**

```
 1                     FEDERAL TRADE COMMISSION

 2

 3     In the Matter of:            )

 4     MOBE                         )  Matter No. 1723072

 5                                  )

 6     -----------------------------)

 7                                     Date Unknown

 8

 9

10

11           The following transcript was produced from a

12     digital file provided to For The Record, Inc. on May

13     21, 2018.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                P R O C E E D I N G S

 2                 -    -    -    -    -

 3       RUSSELL WHITNEY CONGRATULATIONS ON MOVING FORWARD

 4            RUSSELL WHITNEY:  Hi, this is Russell

 5     Whitney, the director of events, and I just wanted to

 6     personally take the time to congratulate you on moving

 7     forward in your MOBE business.

 8            We are dedicated to your success.  My

 9     success coaches and also your phone coaches are here

10     for any questions you have.  I look forward to seeing

11     you at one of our future events.  And, again, make

12     sure you follow the path that we have already paved

13     for you and make sure you follow our step-by-step

14     processes.  If you do, you can become one of our next

15     six and seven figure earners literally within the next

16     six months to one year.

17            Congratulations and welcome aboard.

18            (The recording was concluded.)

19

20

21

22

23

24

25
```

**PX 22**                    FTC-MOBE-002497

```
1                CERTIFICATE OF TRANSCRIPTIONIST

2

3

4           I, Elizabeth M. Farrell, do hereby certify

5    that the foregoing proceedings and/or conversations

6    were transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12          I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:  5/24/2018

22                     ELIZABETH M. FARRELL, CERT

23

24

25
```

# Exhibit TT

FTC-MOBE-002499

```
 1                OFFICIAL TRANSCRIPT PROCEEDING

 2

                      FEDERAL TRADE COMMISSION

 3

 4

 5

       MATTER NO.      1723072

 6

       TITLE          MOBE

 7

       DATE           RECORDED:  SEPTEMBER 1, 2017

 8                     TRANSCRIBED:  MAY 9, 2018

 9     PAGES          1 THROUGH 7

10

11

12       2017-9-1 TWEET - MATT LLOYD CONGRATULATES RUSSELL

                    WHITNEY 2018-04-18_11-12-53

13

14

15

16

17

18

19

20

21

22

23

24              For The Record, Inc.

25     (301) 870-8025 - www.ftrinc.net - (800) 921-5555
```

PX 22                    FTC-MOBE-002500

```
 1              FEDERAL TRADE COMMISSION

 2                   I N D E X

 3

 4    RECORDING:                          PAGE:

 5    2017-9-1 Tweet - Matt Lloyd Congratulates

 6    Russell Whitney                        4

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    FEDERAL TRADE COMMISSION

 2

 3      In the Matter of:           )

 4      MOBE                        )   Matter No. 1723072

 5                                  )

 6      -----------------------------)

 7                                      September 1, 2017

 8

 9

10

11            The following transcript was produced from a

12      digital file provided to For The Record, Inc. on May

13      2, 2018.

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                P R O C E E D I N G S

 2                   -    -    -    -    -

 3      2017-9-1 TWEET - MATT LLOYD CONGRATULATES RUSSELL

 4                WHITNEY 2018-04-18_11-12-53

 5           MATT LLOYD:  Hi, everyone, Matt Lloyd here,

 6      founder of MOBE.  So I wanted to make this video and

 7      just congratulate and give some recognition to one of

 8      our top MOBE consultant partners.  He is a diamond

 9      consultant and his name is Russell Whitney.

10           So I first met Russell way back in -- I

11      think it was 2015.  We've been working together for a

12      number of years and Russell actually came on board to

13      help with our live events division.  He's had a

14      tremendous impact on that entire division.  We've now

15      scaled up to doing events all over the world.  Many in

16      the U.S., every week, in the U.K., all over Asia,

17      Australia.  So he's had a huge impact on that

18      division.

19           So after a while, Russell decided he

20      actually wanted to become a MOBE diamond consultant

21      partner himself and actually start promoting the

22      business.  So he ended up partnering with Steven

23      Bransfield and, together, they just crossed $1 million

24      in commissions.  They're actually up to about $1.3

25      million at the time of filming this video and they've
```

**PX 22**                    FTC-MOBE-002503

1    actually done over $1 million so far this year, so in

2    a little bit over 200 days.  So they are doing

3    extremely well.

4              They're promoting both the live events and

5    also the online 21 steps.  In their best week, they've

6    done something like $80,000 in commissions.  So they

7    are doing some incredible numbers.

8              So Russell's had a big impact on that

9    partnership and also just bringing out our mentoring

10   program.  So one of our top-selling programs, it's the

11   most in-demand program because it gets people results,

12   is our mentoring product line.  So we have the group

13   mentorships, we also have the one-on-one mentorships

14   and we have our most exclusive mentoring program,

15   which is actually 18 months where you come back to the

16   resort six times.

17             So, originally, the idea of doing mentoring

18   programs, that was actually from Russell.  So he

19   really just kind of led that whole development.  He

20   said we needed to do it.  And, at first, I wasn't so

21   sure about it, just from a logistics standpoint.  So,

22   now, those mentoring programs are one of our top

23   sellers and they actually also have the highest

24   success ratio as well.

25             The people who do the mentorship programs

**PX 22**          **FTC-MOBE-002504**

1    usually are on the leader boards and they dominate the

2    top 20 MOBE consultant partners.  So, thanks, Russell,

3    for that.

4              So, anyway, I just wanted to make this video

5    to say thanks to Russell, to congratulate him.  He's

6    doing some incredible numbers.  I expect, at this

7    rate, they're going to get to their second million

8    dollars in the next five, six months, tops.  And I

9    think -- I think that they will get to $5 million

10   within maybe a year and a half, something like that.

11   They are picking up the pace and they're just doing

12   some incredible numbers right now.

13             So, thanks, Russell, congratulations, and

14   we'll speak soon.

15             (The recording was concluded.)

16

17

18

19

20

21

22

23

24

25

**PX 22**                      **FTC-MOBE-002505**

```
1                    CERTIFICATE OF TRANSCRIPTIONIST

2

3

4              I, Elizabeth M. Farrell, do hereby certify

5    that the foregoing proceedings and/or conversations

6    were transcribed by me via CD, videotape, audiotape or

7    digital recording, and reduced to typewriting under my

8    supervision; that I had no role in the recording of

9    this material; and that it has been transcribed to the

10   best of my ability given the quality and clarity of

11   the recording media.

12             I further certify that I am neither counsel

13   for, related to, nor employed by any of the parties to

14   the action in which these proceedings were

15   transcribed; and further, that I am not a relative or

16   employee of any attorney or counsel employed by the

17   parties hereto, nor financially or otherwise

18   interested in the outcome of the action.

19

20

21   DATE:  5/9/2018

22                     ELIZABETH M. FARRELL, CERT

23

24

25
```

**PX 22**          **FTC-MOBE-002506**

# Exhibit UU

FTC-MOBE-002507

## Jones, Carol

**From:** kristine cervantez ▮▮▮
**Sent:** Saturday, April 21, 2018 5:13 AM
**To:** Kim, Sung; Jones, Carol
**Subject:** Fwd: $100k to $1 million a month - steps required

Carpe Diem

Begin forwarded message:

> **From:** "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>
> **Date:** April 20, 2018 at 10:50:17 PM PDT
> **To:** Kristine Cervantez ▮▮▮
> **Subject: $100k to $1 million a month - steps required**
> **Reply-To:** "Matt Lloyd [MOBE Daily]" <mattlloyd@mobe.com>

29 days to go.  Will I see you **here**?



MOBE Daily #205

*"It's your habits ... and it's routines that set you free. The particular one that John D Rockefeller talked about and that we encourage is that, in Cleveland, then he started the company, he and his brother and his co-founders would walk to work every morning and they would walk home at night and he realized that the real decisions, the real things that got figured out to dominate the industry were figured out on those walks.  So when he moved the company from Cleveland to New York City, even*

FTC-MOBE-002508

*though his inner circle changed, he made sure that they lived near enough to each other, close enough to Standard Oil's new headquarters, that he could continue to walk to work with his team and walk home every day and he structured a daily luncheon with his nine directors. And they got this talk time that was critical for them to figure out what to do to run the business. By the way, I think it's interesting that folks say 'You could do that a hundred years ago but what about the 21st century?' Well, my good friend Adam Lashinsky, when he wrote the book on Steve Jobs, discovered that Steve had a similar routine – he had lunch almost every day with Jonathan Ive and/or his team. Design, obviously, was the key to Apple's success so he put his time where the focus was in the company so it didn't surprise me that the guy who's built the largest market capital company on the planet today had exactly the same daily routine as John D Rockefeller."*

**~ Verne Harnish**

Hey,

Ok, so over the last few days I've been talking to you about scaling... getting from $1k / month to $10k / month.  Then we talked about having $100k months, which hopefully is the minimum you're looking at in building your business.  Not only is it possible, but, it's much easier than most people think, IF they focus on the right leverage points and have the right business model.

Yesterday I talked about building out your back-end programs, and building the right team around you.

So to hit 7 figures a month - the big million a month - what comes next?

I'll answer by explaining how we did it here at MOBE.

From the day I got 100% serious about building a big business and built up my first real momentum, it took about 18 months to have a $100,000 month.

At that point I had about 15 staff members, and the whole operation was being run on Skype.

We had all these Skype groups going on, and it was just a big chaotic mess.  We were making everything up as we went along, one day at a time.

I'd decide to do a massive sales webinar on Monday morning, and Tuesday night I'd be hosting it.  Or I'd decide to launch a new product, and that afternoon I'd be selling it as a live coaching program.

Live events had been added into the mix, and I was adding in more higher-value back-end programs as I went. But still, I couldn't seem to make it past about $250,000 per month for almost an entire year.

I was very grateful for how things were going - but, I never want to have to accept a limit (hence where the name of my book **Limitless** would later come from).

Around that time, there was this 3 day seminar running every week in Sydney, which claimed to "bring organization to the chaos" for fast growth company's like mine.

I put it off for months before finally caving, paying the $15,000 entry fee and deciding to attend.

I even flew in my main manager of operations from L.A to attend it with me.  One day one, the facilitator took him and me through an exercise, which was to label all the different divisions and functions / roles inside the company, and to write the name of the person responsible for each area.

What immediately became apparent, is that my name showed up at the top of just about every division.

The answer to our growth ceiling was staring me right in the face, in a way I could now see very clearly: I was trying to control too many facets of the company, and because I only had around 15 hours of time to work on the

business each day, I was the the constraint.  I was holding the whole enterprise back from growing.

It was just like Verne Harnish says in his book, *Scaling Up:* "Letting go and trusting others to do things well is one of the more challenging aspects of being a leader of a growing organization."

So I had to get comfortable with letting other people manage different divisions, and be responsible for delivering the results.

There was no way we could grow unless I embraced this.

There were a few other really valuable lessons I learned that weekend as well; one of them was this idea that everyone in the company has a theoretical "hat." Or a clear function.  This is nothing new - if you've worked for big company's before you'll know about this. A "hat" is just a way to refer to someone's specific job description.  And up until that point, I was wearing way too many hats, while some employees were wearing very few. None of us had clear functions - everyone seemed to do a bit of everything.  There needed to be real organization and structure put in place if MOBE was to grow.

Based on those 3 days of training, a lot of changes were made. I created divisions for sales, administration, finance and other departments. I put managers in charge of each of those, then set up regular meetings between managers and myself. To this day I still do two weekly meetings with our managers to keep to up to speed on progress being made, and to work through the challenges.

Another thing which really exploded our growth and took us to over $1m / month, was to greatly expand our sales division. Up until that point there was only about five phone sales people in MOBE.  That division soon grew to closer to 15 people, and i made sure the pipeline of buyer leads also kept up.  We started spending a lot more money on marketing each month.

**FTC-MOBE-002511**

Sales grew really quickly - we went from close to 600k in a month to over 1m the next month.  We continued to do a lot of sales contests / offer bonuses and have daily leaderboards to motivate the sales team.  And we started tracking sales performance for each rep much more closely as well.

Number crunching was essential to the process. I worked backwards from $1 million to see how many front-end buyers I'd need per month, and per day to hit our targets.  And from that I could calculate what we'd need to spend on ads.

To get those million dollar months, we'd need to spend hundreds of thousands of dollars per month on ads.  So the stakes went up, but so did the rewards.

**Consistent million-dollar months don't happen by accident. They are the result of careful planning, a significant marketing spend and talented salespeople.**

And, they are the result of having well thought-out and constructed back-end sales processes.  Here's a good article on eConsultancy about this: "10 Powerful Examples of Upselling Online."

Stay tuned for tomorrow... we'll talk about going from $1m / month to having $10 million months.

---

FTC-MOBE-002512



**4 Reasons You Should Get a Blog**

Is it worth getting a blog for your business?

The answer is yes. A blog is less expensive and stressful to start than you probably think, it can help you to make sales and offer many benefits to your business, and it has distinct advantages over other platforms such as social media.

In this video, filmed at the Super Charge Summit in Las Vegas, Nevada, John Chow gives you 4 reasons you should get a blog.



**In Business, You Can't Do Everything Yourself**

For a long time, I resisted hiring in my business. I wanted to do everything myself.

If there was technical work to be done, I would teach myself how to do it. I built websites myself, and I even tried to work out how to use Photoshop.

After a while, I realized this was no way to build my business. I had to stop trying to do everything myself and be willing to hire staff.

In this video, I explain why.



**The Best Jurisdictions to Do Your Banking**

You should be very careful trusting banks. When banks become insolvent, which happened in 2008 and is likely to happen again, your capital is at risk.

However, some jurisdictions have better laws than others to protect depositors from losing their capital.

In this video, filmed at the Platinum Mastermind in Costa Rica, Max Wright explains why keeping your money in the bank can be a very fragile

situation, and where you are best off opening a bank account for the lowest risk.

Talk soon!

Matt Lloyd





**Are you reading the Inner Circle each Month?**



**Here's what you will see in the April Diamond Inner Circle:**

- Discover the power of packaging to *sell*—even if you *never* plan to leave your business
- Creating a legal checks system and why it matters
- Limiting information overload starting NOW
- Why your customers *don't care* about your products and services (really…)



- Five keys to crowdfunding success

**CLICK HERE** TO LEARN MORE

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:**

http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:**

http://mobemarketplace.com/instructors/

**MOBE is now hiring - details here:** http://mobe.com/joinourteam>

**Access all your MOBE products and partner tools here:**

http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:**

https://www.facebook.com/groups/mattlloyd/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service:

http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2018 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur 50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

## Jones, Carol

| | |
|---|---|
| **From:** | kristine cervantez ███████████████ |
| **Sent:** | Sunday, April 22, 2018 6:49 PM |
| **To:** | Kim, Sung; Jones, Carol |
| **Subject:** | Fwd: Invitation: MOBE Super Charge Summit @ LAS VEGAS - May 25th - May 27th 2018 |

Carpe Diem

Begin forwarded message:

> **From:** Qasim Zaheer <qasim@mobe.com>
> **Date:** April 22, 2018 at 12:57:43 PM PDT
> **To:** ███████████████
> **Subject: Invitation: MOBE Super Charge Summit @ LAS VEGAS - May 25th - May 27th 2018**

Hi Kristine,
I hope this email finds you in great health and spirit.
You thought by now you'd been making higher commissions in MOBE. You've tried your best to

follow the advice in **The MOBE Marketing System**. But even though you've seen occasional

success, you're not experiencing the steady growth you expected. At the same time, you know

you could be doing a lot better because you've  seen other top MOBE Partners ...

Here is a great opportunity for you to be in the company of some MOBE's top consultants and success coaches, which will give you a great chance to interact and learn their best kept money making secrets.
If you need help with your funnels, getting quality traffic, making conversions, or ANY other "sticking point" that you're struggling with ... Our team will be there to spend time with you until we get it figured out.
**Main focus points:**
- Daily routine of top MOBE earners.  ( What do they do differently from everyone else)
- How to get more traffic.
- How to scale.
- How to get more leads.
- How to make buying decisions.







| **Shaqir Hussyin** | **Adeline Sugianto** | **Ernest Lim** |
|---|---|---|
| $2,929,028 | $282,587 | $111,407 |

The details for the **Supercharge Summit (SCS)** are as follows:

## Las Vegas, NEVADA

**The details are as follows:**
**Location:** SLS Las Vegas, 2353 Las Vegas Blvd S, Las Vegas, NV 89109
**Date:** Friday May 25th - Sunday May 27th 2018
**Time**: 9 AM - 5 PM

After learning and having fun all day, everyone's invited to the bar – where Top MOBE Earners, other attendees, and celebrity guests will have a couple drinks and get relaxed.This is where you might just walk into a conversation that results in a deal that makes you tens of thousands of dollars.
Reserve your seat right now and benefit of your FREE Ticket.

## Act NOW before it is sold out!

If you come to the Supercharge Summit, and don't feel like you get at least $5,000 worth of value, then We will **refund** the ENTIRE price of your ticket right there on the spot.

## It is time to Boost your MOBE Business and make a TON of commissions; YOU MUST ACT NOW

# The one-time fee for The Supercharge Summit is only $497.

Simply reply to this email and I will arrange a call to get you signed up to this event.

I look forward to hearing back from you at your earliest convenience!

**Simply reply to this email and I will arrange a call to get you signed up to this event**

--



Qas Zaheer | Live Events Unit
**M** +13107344842
**E** qasim@mobe.com
**Skype** qasvzaheer@gmail.com
**Facebook** MOBE Live Events

**PX 22**                    **FTC-MOBE-002519**

## Kim, Sung

| | |
|---|---|
| **From:** | kristine cervantez <■■■■■■■■■> |
| **Sent:** | Wednesday, May 02, 2018 1:00 PM |
| **To:** | Kim, Sung |
| **Subject:** | Fwd: What IFS is not |

Carpe Diem

Begin forwarded message:

> **From:** Matt Lloyd <mattlloyd@mobe.com>
> **Date:** December 17, 2017 at 5:40:35 AM PST
> **To:** "■■■■■■■" <■■■■■■■■■>
> **Subject: What IFS is not**
> **Reply-To:** Matt Lloyd <mattlloyd@mobe.com>

To ensure delivery to your inbox, please add mattlloyd@mobe.com to your address book.
If you do not wish to receive future emails, then click here. To view this message in a browser click here.



I spend a lot of time telling people what IFS IS...so I thought I'd send a brief messages explaining...

What IFS is NOT...

1. It's not a get-rich-quick scheme. You will make a commission in the first 30 days if you follow my 21 steps. That's all I'm promising. Plenty of folks have made very high 5- and 6- figure incomes and a few have even made over a million dollars. I've paid out over $40,000,000 in commissions.

But, all I'm promising you is a way to make commissions THIS month.

2. Multi-level or network marketing. You CAN make money if people join under you and make sales. But your income is not dependent on their success.

You do not need a "downline" to succeed.

3. It's not a make-a-list-of-your-family-and-friends and annoy them with

pitches and pushy emails. You don't have to do any of that with IFS.

4. It's not a system that requires you to use your garage or spare bedroom to warehouse product. No inventory required.

5. It's not a program that requires you to build websites, set up ecommerce, or know anything at all about online marketing. Sometimes I think people who don't know ANYTHING about online business do better with IFS because they haven't developed the bad habits and mindsets that some hardcore online "biz oppers" have!

6. It's not a system that requires calling people on the phone. We have programs where we'll actually do that for you! And if we do, we'll close the sales for you!

That's what IFS is NOT. To find out more about what it IS...

http://www.internetfunnelsystem.com/letter-2/

Talk soon,



Matt Lloyd

Share this content...

  

You're getting this email because you subscribed to my list at some point...if you no longer want to hear from me, there's a link right at the bottom you can use to unsubscribe.

**SUPPORT:** If you have a question or comment, contact support at: http://mobe.com/support

**Got a question for Matt Lloyd? Ask him here:** http://askmattlloyd.com

**Your daily dose of inspiration for building your MOBE affiliate business:** http://mobeinspiration.com

**Get Traffic For Your Business:** https://wesellgoodtraffic.com

**How To Get MOBE To Promote Your Product:**
http://mobemarketplace.com/instructors/

**MOBE is now hiring** - **details here:** http://mobe.com/joinourteam

**My TV Channel:** http://mattlloyd.tv

**My Blog:** http://www.mattlloydsblog.com/

**Access all your MOBE products and partner tools here:**
http://mobeoffice.com

**Attend the next live MOBE event here:** http://mobeevents.com

**Join my Facebook community here:**
https://www.facebook.com/groups/mattlloyd/

**License MOBE's products and sales funnels here:**
http://mobe.com/licenserightsprogram/

**Copyright Notice:** All of the emails and content I send to you is copyright protected.

If you'd like to have my team write your emails for you, with our legal permission to use them, you can use this service:
http://mobe.com/doneforyouemails/

**Disclaimer stuff to state the obvious:** I'm a marketer - I promote my own products. Often, I like to pass along testimonials of atypical results from my top achieving members. Please don't assume you'll duplicate their results It takes hard work, dedication, and persistence to make it in this industry (but believe me, it's worth it!).

Copyright © 2016 MOBE, Ltd.
Our address is Soho Suites at KLCC B1-PH, Jalan Perak, Kuala Lumpur
50450, Malaysia

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)

# PX 22

FTC-MOBE-002522

## DECLARATION OF MARIA BAZAN
### Pursuant to 28 USC § 1746

I, Maria Bazan, have personal knowledge of the following facts and matters discussed in this declaration. If called as a witness, I would testify as follows:

1.  I am employed at the Federal Trade Commission (FTC) as a paralegal for the Bureau of Consumer Protection in the Division of Marketing Practices. My work address is 600 Pennsylvania Ave. NW, Washington, D.C. 20580.

2.  I visited the USPTO's website (http://tmsearch.uspto.gov) on May 24, 2018 and used their Trademark Electronic Search System (TESS) to look up the term "MOBE Ltd" using the field "Owner Name and Address". This search yielded 11 results, which are described in paragraphs 4-14 of this declaration.

3.  I accessed all of the documents listed in paragraphs 4-14 of this declaration by clicking on the TSDR button for each of the results and then clicking on the "Documents" tab found in their respective pages.

4.  The first result from this query was "MOBE" (SN: 87184288, RN: 5272735). For this item, I viewed the trademark's Registration Certificate, Statement of Use, and TEAS Application.  I certify that **PX 61** is a true and correct copy of these documents.

5.  The second result from this query was "My Online Business Education (SN: 87006046, RN: 5229288). For this item, I viewed the trademark's Registration Certificate, Statement of Use and TEAS Application. I certify that **PX 62** is a true and correct copy of these documents.

6.  The third result from this query was "BTAM" (SN: 86949057, RN: N/A). For this item, I viewed the trademark's Statement of Use, an Outgoing Office Action from November 7, 2017, a response to the Office Action from March 29, 2018, an Extension to file SOU from April 3,

2018, and the TEAS Application. I certify that **PX 55** is a true and correct copy of these documents.

7.  The fourth result from this query was "Digital Millionaire System" (SN: 86843085, RN: N/A). For this item, I viewed the trademark's Statement of Use, an Outgoing Office Action from January 12, 2017, a Notice of Abandonment from August 11, 2017, and the TEAS Application. I certify that **PX 56** is a true and correct copy of these documents.

8.  The fifth result from this query was "HTAM" (SN: 86923557, RN: 5088458). For this item, I viewed the trademark's Statement of Use, Registration Certificate, and TEAS Certificate. I certify that **PX 57** is a true and correct copy of these documents.

9.  The sixth result from this query was "Big Ticket Affiliate Marketing" (SN: 86949073, RN: N/A). For item, I viewed an Outgoing Office Action from July 6, 2016, a Notice of Abandonment from February 2, 2017, and the TEAS Application registered for this trademark. I certify that **PX 54** is a true and correct copy of these documents.

10. The seventh result from this query was "Patriot Funnel System" (SN: 86843073, RN: 5088248). For this item, I viewed the trademark's Statement of Use, Registration Certificate, and TEAS Application. I certify that **PX 63** is a true and correct copy of these documents.

11. The eighth result from this query was "45 Minute Paydays" (SN: 86808208, RN: 5079502). For this item, I viewed the trademark's Statement of Use, Registration Certificate and TEAS Application. I certify that **PX 53** is a true and correct copy of these documents.

12. The ninth result from this query was "MOBE" (SN: 86733045, RN: 569840). For this item, I viewed the trademark's Statement of Use, Registration Certificate, and TEAS Application. I certify that **PX 59** is a true and correct copy of these documents.

13. The tenth result from this query was "MOBE" (SN: 86733067, RN: N/A). For this item, I viewed the trademark's TEAS Application and a Notice of Abandonment from October 11, 2016. I certify that **PX 60** is a true and correct copy of this document.

14. The last result from this query was "Internet Funnel Systems" (SN: 86808251, RN: N/A). For this item, I viewed the trademark's TEAS Application, an Outgoing Office Action from December 11, 2015, and a Notice of Abandonment from July 20, 2017. I certify that **PX 58** is a true and correct copy of these documents.

15. I visited Quebec's online Enterprise Register (https://www.registreentreprises.gouv.qc.ca/RQAnonymeGR/GR/GR03/GR03A2_19A_PIU_Re chEnt_PC/PageRechSimple.aspx?T1.CodeService=S00436&Clng=F&WT.co_f=22cd70073d056 05a41a1527183735170) on May 24, 2018, searched for "9336-0311 Quebec", and clicked on the record number (1171564231) for an entity called "9336-0311 Québec inc". I certify that **PX 67**, which was captured on May 6, 2018, is a true and correct copy of the record that was available on this database for "9336-0311 Québec inc" when I visited the website.

16. I visited the Australian Business Register's ABN Lookup (https://abr.business.gov.au/) on May 24, 2018, searched for "MattLloydPublishing", and selected the first result, called "MattLloydPublishing.com PTY LTD". I certify that **PX 69** is a true and correct copy of the PDF summary of the "Current Details" page listed for MattLloydPublishing.com PTY LTD on the ABN Lookup site and the company's record on the Australian Securities and Investments Committee website (https://connectonline.asic.gov.au/RegistrySearch/faces/landing/panelSearch.jspx?searchText=16 2580770&searchType=OrgAndBusNm&_adf.ctrl-state=sol628cqj_32).

17. I visited the United Kingdom's online Companies House registry (https://beta.companieshouse.gov.uk/) on May 25, 2018, searched for "Mobe Pro", and clicked on the first result, called "MOBE Pro Limited". I certify that **PX 70** is a true and correct copy of the documents listed in this website for Mobe Pro Limited under the company's filing history.

18. I ran a second query on the U.K. Companies House registry for "Business Education Training" and clicked on the first result, called "Business Education Training Ltd". I certify that **PX 74** to this declaration is a true and correct copy of the documents listed in this website for Business Education Training Ltd under the company's filing history.

19. I visited the website for the Mauritian government's official company search database (http://companies.govmu.org/English/Pages/default.aspx), called the Companies and Businesses Registration Integrated System or MNS Online Search, on May 23, 2018. In this database, I ran a query for "Mobe Online" and got one result for a company called "Mobe Online Ltd.". I certify that **PX 72**, which was captured on May 16, 2018, is a true and correct copy of the Mobe Online Ltd registration information that was available when I visited the MNS Online Search.

20. I visited the Florida Department of State corporation search page (http://search.sunbiz.org/Inquiry/CorporationSearch/ByName) on May 24, 2018, searched for "Shark Speaker LLC", and clicked on the first result. I certify that **PX 75** is a true and correct copy of Shark Speaker LLC's Florida Secretary of State filings, including its Articles of Incorporation and its Annual Reports for 2016 and 2017.

21. I visited North Carolina's Secretary of State website (https://www.sosnc.gov/search/index/corp) on May 24, 2018, searched for the term "geer up", and selected a result for a company called "Geer Up Marketing LLC". I certify that **PX 76** is a

**PX 23**

FTC-MOBE-002526

true and correct copy of a printout of the record available for Geer Up Marketing LLC on the North Carolina's Secretary of State website.

22. On May 29, 2018 I visited the website https://www.regus.ma/en-gb/virtual-office/malaysia/kuala-lumpur/kuala-lumpur-sentral-cimb. I certify that PX 98 is a true and correct copy of the website that I captured on May 29, 2018.


I declare under penalty of perjury, that the foregoing is true and correct.

Executed on May 29, 2018.

Maria Bazan

**PX 23**                    FTC-MOBE-002527

1 | Tyson K. Hottinger (CA State Bar No. 253221; E-Mail: thottinger@mabr.com)
2 | C. J. Veverka (admitted *pro hac vice*; E-Mail: cveverka@mabr.com)
   | R. Parrish Freeman (admitted *pro hac vice*; E-Mail: pfreeman@mabr.com)
3 | Quincy J. Chuck (CA State Bar No. 307857; E-Mail: qchuck@mabr.com)
4 | Maschoff Brennan Laycock Gilmore Israelsen & Wright PLLC
   | 20 Pacifica, Suite 1130
5 | Irvine, California 92618
6 | Telephone:  (949) 202-1900
   | Facsimile:  (949) 453-1104
7 |
8 | Attorneys for Plaintiff and Counterdefendant MOBE LTD.

9 |                    **UNITED STATES DISTRICT COURT**

10 |                   **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOBE LTD., a Malaysian company, | Case No. CV16-5708 PA (KSx) |
| Plaintiff, | **DECLARATION OF AHMAD KAMIL MOHD YUSOP** |
| vs. | |
| Digital Altitude LLC, a Delaware limited liability company, Michael Force, an individual, | Hon. Percy Anderson United States District Judge First Street, Courtroom 9A |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

**PX 24**

FTC-MOBE-002528

1                    **DECLARATION OF AHMAD KAMIL MOHD YUSOP**

2            I, Ahmad Kamil Mohd Yusop, declare and state as follows:

3            1.      I am currently employed as the Director of Law & Commerce Trust Limited

4    ("Law & Commerce"), a Labuan trust company registered with the Labuan Financial

5    Services Authority ("LFSA").  I am a trust officer approved by LFSA and have held the

6    position with Law & Commerce in Labuan since 2004.

7            2.      The matters set forth in this declaration are based upon my own personal

8    knowledge and the records maintained by Law & Commerce, and if called upon to do so

9    could and would testify competently thereto.

10           3.      Labuan is one of the three federal territories of Malaysia.  Federal territories

11   in Malaysia refer to areas directly governed by the federal government of Malaysia, as

12   opposed to Malaysian states with their own state governments.  Federal territories in

13   Malaysia include the capital city of Kuala Lumpur, and Labuan, one of the financial

14   capitals of Malaysia.

15           4.      It is common and proper to refer to a company registered in Labuan as a

16   Malaysian company.

17           5.      The LFSA is the government entity responsible for the registration of

18   companies in Labuan, including the determination of whether a Labuan company is in

19   good standing and is listed on the register of Labuan companies, and of managing and

20   regulating registered Labuan trust companies.

21           6.      Law & Commerce is a registered Labuan trust company.  A list of registered

22   Labuan Trust Companies is available at https://labuanibfc.com/areas-of-business/95-

23   158/labuan-service-providers/list-of-labuan-trust-companies.html. Attached as **Exhibit**

24   **A** is a true and correct copy of this website.

25           7.      Law & Commerce formed MOBE Ltd. as a Labuan company on July 1,

26   2014.  All requirements to properly form and register MOBE Ltd. as a Labuan company

27   were followed and complied with.  Attached as **Exhibit B** is a true and correct copy of

28   the certificate of incorporation of MOBE Ltd. ("MOBE").

                                            1

                                    **PX 24**

FTC-MOBE-002529

8.  Law & Commerce is the registered trust company for MOBE, and has been continuously from the date of formation to the current date.

9.  Law & Commerce provides a registered office for MOBE, in full compliance with all relevant statutes, rules, and regulations, and has provided this registered office continuously from formation to the current date.

10.  MOBE maintains all required books and records in this registered office, and is in full compliance with all relevant statutes, rules, and regulations, continuously from formation to the current date.

11.  The LFSA will not issue a Letter of Good Standing unless all requirements of Labuan law are met.

12.  Attached as **Exhibit C** is a true and correct copy of a Letter of Good Standing certifying that MOBE is in good standing dated March 3, 2017.

13.  Attached as **Exhibit D** is a true and correct copy of a Letter of Good Standing certifying that MOBE is in good standing dated June 2, 2017.

14.  MOBE was in good standing on August 1, 2016. The LFSA maintains a register of companies that are in good standing and have not been stricken off the register.

15.  I have reviewed historical records of the LFSA and MOBE's appeared on the annual list of companies in good standing as of March 31, 2015, September 30, 2015, and December 22, 2016 with Law & Commerce as the registered trust company.

16.  A current listing of Labuan companies in good standing is available at: https://labuanibfc.com/list-of-companies.html. Using MOBE's company number and name to search, the following is provided:

2

**PX 24**

FTC-MOBE-002530

| List of Labuan Companies | 📠 ☐ | 🏢 Labuan Companies |
|---|---|---|

Updated as 22 Dec 2016

⊙ FAQs

Company Number

LL10885

Company Name

MOBE Ltd.

[Search]

Result

| Company No | : LL10885 |
|---|---|
| Company Name | : MOBE Ltd. |
| Company Address | : Level 2, Lot 19 |
| | Lazenda Commercial Centre |
| | Phase 3 |
| | FederalTerritoriesOfLabuan |
| | Malaysia |
| Trust Company Name | : Law & Commerce Trust Limited |

This information is only available for a company that is in good standing and has not been stricken from the register.

17. Labuan companies are governed by the Labuan Companies Act 1990. Attached as **Exhibit E** is a true and correct copy of the Labuan Companies Act 1990.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 16th day of June 2017.

_____
Ahmad Kamil Mohd Yusop

3

**PX 24**

FTC-MOBE-002531

# EXHIBIT A

FTC-MOBE-002532

Language: ENGLISH | MANDARIN

LOGIN | REGISTER

Search



ABOUT LABUAN IBFC   AREAS OF BUSINESS   LEGISLATION & GUIDELINES   RESOURCE CENTRE   MEDIA & INVESTOR ALERTS   EVENTS   FAQS   CONTACT US

Highlights: Regulatory Updates: The Implementation of Foreign Account Tax Compliant Act (FATCA) in Malaysia

# Areas of **Business**

Discover the wide range of business and financial services available in Labuan IBFC

Home > Areas of Business > Labuan Service Providers > Trust Companies and Ancillary Services > List Of Labuan Trust Companies

## Financial Services

Banking
Insurance
Leasing
Factoring
Money Broking
Commodity Trading
Credit Token Business
Company Management Business
Malaysia International Ship Registry
Capital Markets
Wealth Management

## Labuan Structures

Labuan Companies
Protected Cell Companies

## List of Labuan Trust Companies



| LIST OF LABUAN TRUST COMPANIES AS AT 7 APRIL 2017 | |
|---|---|
| 1 | AL-AMAN TRUST SERVICES LIMITED |
| 2 | ALIFLAILA TRUST LTD |
| 3 | ALPADIS TRUST (LABUAN) LTD. |
| 4 | AMANAH RAYA (LABUAN) LIMITED |
| 5 | AMS TRUST COMPANY LIMITED |
| 6 | ASIATRUST LIMITED |
| 7 | BANK ISLAM TRUST COMPANY (LABUAN) LTD |
| 8 | BAXIAN TRUST (LABUAN) LIMITED |
| 9 | BBS TRUST INT'L LIMITED |
| 10 | CIMB TRUST LIMITED |

### Download

- List of Labuan Trust Companies - Revoked & Surrendered as at 2 February 2017
- List of Active Approved Auditors as at 24 February 2016
- List of Active Approved Liquidators as at 29 May 2015
- Schedule for Trust Officer Examination and Interview for 2017
- Procedures for the Examination and Interview Session for Labuan Trust Officer

**PX 24**

FTC-MOBE-002533

**Partnerships**

**Labuan Service Providers**

**Trust Companies and Ancillary Services**

- About Labuan Trust Companies
- List of Labuan Trust Companies
- List of Active Approved Auditors
- List of Active Approved Liquidators
- List of Insurance Managers
- List of Underwriting Managers
- List of Legal Firms

**Client Charter and Related Guidelines and Circulars for Labuan Trust Companies**

**Operational Requirements**

**Application Forms**

**Regulatory Reporting**

⊙ FAQs

| | |
|---|---|
| 11 | CORPORATE SERVICES TRUST CO LTD |
| 12 | CP TRUST CO LTD |
| 13 | ERNST & YOUNG TRUST LTD. |
| 14 | GFS LIMITED |
| 15 | HANS ADVISORY & TRUST CO LTD |
| 16 | IFS TRUST LABUAN LIMITED |
| 17 | INDAH TRUST LIMITED |
| 18 | INTEGRATED AGENTS TRUST LTD. |
| 19 | ITMC FIDUCIARY LIMITED |
| 20 | KENSINGTON TRUST LABUAN LIMITED |
| 21 | KPMG LABUAN TRUST COMPANY LIMITED |
| 22 | LABUAN BORNEO TRUSTEES LIMITED |
| 23 | LABUAN INS INTERNATIONAL TRUST LTD |
| 24 | LAW & COMMERCE TRUST LIMITED |
| 25 | MULTI TRUST LTD. |
| 26 | NOBLEHOUSE INTERNATIONAL TRUST LTD. |
| 27 | PACIFIC TRUSTEE LABUAN LTD |
| 28 | PB TRUST (L) LTD |
| 29 | PORTCULLIS TRUSTNET (LABUAN) LIMITED |
| 30 | RHB INTERNATIONAL TRUST (L) LTD |
| 31 | SEDGLEY MANAGEMENT SERVICES LTD |
| 32 | SHEARN SKINNER TRUST COMPANY LTD. |

PX 24

FTC-MOBE-002534

| 33 | SIGNATURE TRUST LTD |
| 34 | SITITRUST & ADMINISTRATOR LIMITED |
| 35 | SOAS TRUST LIMITED |
| 36 | TMF TRUST LABUAN LIMITED |
| 37 | TRICOR TRUSTCO (LABUAN) LTD. |
| 38 | TRISTAR MANAGEMENT LIMITED |
| 39 | TRUST LABUAN TAX INC |
| 40 | VISTRA TRUST (LABUAN) LIMITED |
| 41 | WELD ASIA TRUST (LABUAN) LTD |
| 42 | ZICO TRUST LIMITED |
| 43 | ZRC INTERNATIONAL TRUST INC |

**Main Links**

About Labuan IBFC
Areas of Business
Legislation & Guidelines
Resource Centre
Media & Investor Alerts
Events
FAQs
Contact Us

**Regulator**



**Follow Us**



**Friends of Labuan IBFC**




Copyright © Labuan IBFC   Disclaimer | Privacy
This website is best viewed using the current versions of Internet Explorer (11.0 and above), Firefox, Chrome, Safari or equivalent browser software.

**PX 24**

FTC-MOBE-002535

Case 2:18-cv-05005-FMO-KS Document 155-54 Filed 06/19/17 Page 9 of 178 Page ID #:3591

# EXHIBIT B

FTC-MOBE-002536

**LABUAN FINANCIAL SERVICES AUTHORITY**

Financial Services Authority

# LABUAN FINANCIAL SERVICES AUTHORITY

## FORM 7

**Labuan Companies Act 1990**
**(Subsection 15(5))**

Company No.:

**LL10885**

**CERTIFIED TRUE COPY**

_____
Authorised Representative of
**LAW & COMMERCE CORPORATE SERVICES LTD.**
**Resident Secretary**

## CERTIFICATE OF INCORPORATION OF A LABUAN COMPANY

This is to certify that **MOBE Ltd.** is incorporated under the Labuan Companies Act 1990 on and from the **1st** day of **July**, in the year of **2014** and that the company is a company limited by shares.

Given under my hand and seal this **1st** day of **July**, in the year of **2014**.



**(ESSAH ABDUL MANAF)**
For the Labuan Financial Services Authority
Federal Territory of Labuan
Malaysia

(LABUAN INTERNATIONAL BUSINESS AND FINANCIAL CENTRE)

**CONFIDENTIAL**

**PX 24**

MOBE0010476
**FTC-MOBE-002537**

**FORM 13**

*Labuan Companies Act 1990*
(Subsection 43(1))

CERTIFIED TRUE COPY

Authorised Representative of
LAW & COMMERCE CORPORATE SERVICES LTD.
Resident Secretary

Company No.:

LL10885

### RETURN OF ALLOTMENT OF SHARES

MOBE Ltd.

The shares referred to in this return were allotted on the 01st day of July, in the year of 2014.

| Shares Allotted | | | Details of Shares | | |
|---|---|---|---|---|---|
| | | | Ordinary | Preference | Others (Specify class) |
| 1. | | Number of shares issued | 100 | - | - |
| 2. | | Shares paid in cash: | | | |
| | (a) | Number of shares issued subject to payment wholly in cash | 100 | - | - |
| | (b) | Total amount agreed to be considered as paid on those (i.e. the above) shares which have been deemed issued as fully paid up in cash | USD100.00 | - | - |
| 3. | | Shares paid in consideration other than cash: | | | |
| | (a) | Number of shares issued as fully paid up otherwise than in cash | - | - | - |
| | (b) | Total amount, if any, agreed to be considered as paid on those (i.e. the above) shares which have been deemed issued as fully paid up otherwise than in cash | - | - | - |
| 4. | | Shares partly paid | | | |
| | (a) | Cash: | | | |
| | (i) | Number of shares issued as partly paid up to the extent of the currency in which the shares are denominated per share | - | - | - |
| | (ii) | Total amount, if any, agreed to be considered as paid on those (i.e. the above) shares which have been issued as partly paid up to that extent | - | - | - |
| | (iii) | Total amount, if any, agreed to be considered as unpaid on those shares | - | - | - |

| Shares Allotted | Details of Shares | | |
|---|---|---|---|
| | Ordinary | Preference | Others (Specify class) |
| (b) Otherwise than in cash: | | | |
| (i) Number of shares issued as partly paid up to the extent of the currency in which the shares are denominated per share otherwise than in cash | - | - | - |
| (ii) Total amount, if any, agreed to be considered as paid on those (i.e. the above) shares which have been issued as partly paid up to that extent | - | - | - |
| (iii) Total amount, if any, agreed to be considered as unpaid on those shares | - | - | - |

Particulars of the allottees of the share so allotted and the number and classes of shares allotted to them are as follows:

| Full Name and Address/ Registered Office | Nationality/ Place of incorporation | I/C No./Passport No./ Registration No. | Number of Shares Allotted | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Ordinary | | Preference | | Otherwise | |
| | | | Cash | Others | Cash | Others | Cash | Others |
| Matthew Lloyd McPhee<br><br>22 Mercury Street, Carlisle, Perth, WA 6101, Australia. | Australian | N2549219 (Passport No.) | 100 | - | - | - | - | - |

Summary of share capital and shareholder after the allotment of shares:

| Share Capital (currency and amount) | | | | |
|---|---|---|---|---|
| Type | Ordinary | Preference | Otherwise | Total |
| Issued | 100 | - | - | USD100.00 |
| Paid-up | 100 | - | - | USD100.00 |

| Shareholders | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Full Name and Address/ Registered Office | Nationality/ Place of incorporation | I/C No./Passport No./ Registration No. | Number of Shares Allotted | | | | | |
| | | | Ordinary | | Preference | | Otherwise | |
| | | | Cash | Others | Cash | Others | Cash | Others |
| Matthew Lloyd McPhee<br><br>22 Mercury Street, Carlisle, Perth, WA 6101, Australia. | Australian | N2549219 (Passport No.) | 100 | - | - | - | - | - |

Dated this 02nd day of July, in the year of 2014.

*for* **LAW & COMMERCE CORPORATE SERVICES LTD.**

Authorised Signature

.........................................

*Resident Secretary*

| Lodged in the office of the Labuan Financial Services Authority in Labuan by - | | For Registry's Use |
|---|---|---|
| Name : | LAW & COMMERCE TRUST LIMITED | Date of Registration |
| Address : | Level 2, Lot 19, Lazenda Commercial Centre, Phase 3, 87007 Labuan F.T. Labuan Malaysia. | Receipt No.: |
| Telephone No.: +6 (087) 421644    Fax No.: +6 (087) 421646 | | Checked By : |

# FORM 23

*Labuan Companies Act 1990*
(Subsection 85(2))

**CERTIFIED TRUE COPY**

Authorised Representative of
**LAW & COMMERCE CORPORATE SERVICES LTD.**
**Resident Secretary**

Company No.:

LL10885

## NOTICE OF SITUATION OR CHANGES OF REGISTERED OFFICE

MOBE Ltd.

To
Director General
Labuan Financial Services Authority,
Labuan, Malaysia.

The above-named Labuan company gives notice that with effect from the 01st day of July, in the year of 2014.

*(a)     its registered office will be situated at:
LEVEL 2, LOT 19, LAZENDA COMMERCIAL CENTRE, PHASE 3, 87007 F.T. LABUAN, MALAYSIA.

*(b)     Its registered office has changed from =
.......................................... to = ..........................................................

*for* LAW & COMMERCE CORPORATE SERVICES LTD.

Dated this 02nd day of July, in the year of 2014.

Authorised Signature

..................................................
Resident Secretary

* Delete whichever is inapplicable.
= Insert full address

| Lodged in the office of the Labuan Financial Services Authority in Labuan by - | | For Registry's Use |
|---|---|---|
| Name : | LAW & COMMERCE TRUST LIMITED | Date of Registration |
| Address : | Level 2, Lot 19, Lazenda Commercial Centre, Phase 3, 87007 Labuan F.T. Labuan Malaysia. | Receipt No.: |
| Telephone No.: +6 (087) 421644          Fax No.: +6 (087) 421646 | | Checked By : |

**CONFIDENTIAL**          **PX 24**          MOBE0010480
**FTC-MOBE-002541**

**FORM 25**

*Labuan Companies Act 1990*
(Subsection 94(5))

**CERTIFIED TRUE COPY**

Authorised Representative of
**LAW & COMMERCE CORPORATE SERVICES LTD.**
**Resident Secretary**

Company No.:

LL10885

### RETURN ON PARTICULARS AND CHANGES OF DIRECTORS AND SECRETARIES

MOBE Ltd.

1.   The particulars are as follows:

| Full Name | Designation | Address/ Register Office | Nationality/ Place of incorporation | NRIC No./ Passport No./ Registration No. | Date of Birth (if individual) | # Nature of Appointments Change/Cessation and Effective Date |
|---|---|---|---|---|---|---|
| Matthew Lloyd McPhee | Director | 22 Mercury Street, Carlisle, Perth, WA 6101, Australia. | Australian | Passport No.: N2549219 | 28 January 1987 | Appointed with effect from 01 July 2014 |
| Woo Sau Ming | Secretary | 3 Jalan SS1/15, Kg. Tunku, 47300 Petaling Jaya, Selangor Darul Ehsan, Malaysia. | Malaysian | NRIC No.: 620616-05-5286 | 16 June 1962 | Appointed with effect from 01 July 2014 |
| LAW & COMMERCE CORPORATE SERVICES LTD. | Resident Secretary | Level 2, Lot 19, Lazenda Commercial Centre, Phase 3, 87007 F.T. Labuan, Malaysia. | Incorporated in F.T. Labuan | Company No.: LL05103 | ............... | Appointed with effect from 01 July 2014 |

Dated the 02nd day of July, in the year of 2014.

for LAW & COMMERCE CORPORATE SERVICES LTD.

Authorised Signature
....................................
Resident Secretary

* Delete whichever is inapplicable
+ Insert designation, i.e. Director , Corporate Director, Alternate Director, Secretary, Resident Secretary, Joint-Secretary.
# For new companies state "Appointed with effect from date of incorporation".
** Applicable to Labuan protected cell company only.
NOTE: Particulars of existing directors need not be notified in subsequent form.

| Lodged in the office of the Labuan Financial Services Authority in Labuan by - | For Registry's Use |
|---|---|
| Name :   LAW & COMMERCE TRUST LIMITED<br>Address :   Level 2, Lot 19, Lazenda Commercial Centre, Phase 3, 87007 Labuan F.T. Labuan Malaysia.<br>Telephone No.:   +6 (087) 421644        Fax No.:   +6 (087) 421646 | Date of Registration<br>Receipt No.:<br>Checked By : |

CERTIFIED TRUE COPY



Authorised Representative of
LAW & COMMERCE CORPORATE SERVICES LTD.
Resident Secretary



## Labuan International Business & Financial Centre

### Labuan Companies Act 1990

### Memorandum & Articles of Association

of

# MOBE Ltd.

### Company No: **LL10885**

### Incorporated on the 01st day of JULY, 2014

Trust Company;

**LAW & COMMERCE TRUST LIMITED**
Level 2, Lot 19, Lazenda Commercial Centre
Phase 3, 87007 F.T. Labuan, Malaysia
Tel: +6 087 421644    Fax: +6 087 421646
Website: www.simplyoffshore.com



**CONFIDENTIAL**

**PX 24**

Duty (Exemption) Order 2000 Dated
17/01/2000 P.U. (A) 9

## MEMORANDUM OF ASSOCIATION

**CERTIFIED TRUE COPY**

### MOBE Ltd.

Authorised Representative of
LAW & COMMERCE CORPORATE SERVICES LTD.
Resident Secretary

1.  The name of the Company is **MOBE Ltd.**

2.  The registered office of the Company will be situated in the Federal Territory of Labuan, Malaysia.

3.  The objects for which the Company is established are to engage in any activity that is not prohibited under any law for the time being in force in the Federal Territory of Labuan including but not limited to:

    (1)  carrying on any business, other than a business which is prohibited by the Labuan Companies Act, 1990 or its amendment or the regulations from being carried on, which may seem to the Company capable of being conveniently carried on or calculated directly, or indirectly to enhance the value of or render profitable any of the Company's property or rights.

    (2)  carrying on the business of holding of investments in land property and other immovable property, including such movable properties as securities, stock, shares, loans, deposits, debenture bonds, notes, obligations and every other kind and description on its own behalf in any part of the world so long as they are not prohibited by or under the Labuan Companies Act, 1990 or the regulations or otherwise by any written law of Malaysia.

    (3)  carrying on the business and activities of investment holding, international trading, consultancy services, venture capital, management, import & export, property development, marketing and research and to render management, industrial, commercial, technical, financial, secretarial, public relations, industrial relations and other related services to any person, firm or corporation engaged in any business, trade of activities and to trade generally.

    (4)  acting as a holding company and holding participation in other companies and to buy and sell shares and participation in other companies.

    (5)  carrying on, establishing, promoting, developing and managing all or any of the business of investors, capitalists, financiers, promoters, concessionaires, general commission agents, brokers, merchants, importers, exporters, indentures, buying agents, arrangers and dealers in goods, commodities and products of all kinds and to carry on and execute all kinds of financial, commercial and trading transactions whether as principals, agents or otherwise.

    (6)  carrying on the business of advertising contractors and agents; acquiring and disposing of advertising time, space or opportunities in any media; undertaking advertising and promotional campaigns of every nature; acquiring and providing promotional requisites of every kind and description; and carrying on any other business which may be use fully carried on in connection with such business; and acquiring and undertaking the whole or any part of the business, property, and liabilities of any person or company carrying on business as such contractors or agents, or any other business which may be usefully carried on in connection therewith.

1

**CONFIDENTIAL**

**PX 24**

(7) entering or be a party to any transaction or document, acquiring, holding, disposing of or dealing with any information or rights or property of any kind, acquiring, holding, disposing of or dealing with the whole or any of the undertaking of any other company.

(8) disposing of or otherwise dealing with the whole or any part of its undertaking or business.

(9) assuming any duties, obligations or liabilities, acquiring any rights or interests, providing or procuring provision of any services.

(10) lending, procuring its registration or recognition in any place outside Labuan, creating and extinguish rights and interests, issuing shares, debentures and options, and taking shares, debentures and options and redeeming and forfeiting the same.

(11) employing or retaining persons in and about its business or the business of any other company or person, taking out insurance of all kinds whether over property or rights of the Company or not.

(12) promoting any other company, making gifts, donations and wagers which may lawfully be made, whether the same may, or may not, be for the purpose of advancing its business.

(13) by way of settlement or other dealing or disposition, giving the right to a person not a member of the Company to share in the whole or any part of its gains or profits to the exclusion of its members, provided that in exercising such power no distribution of gains or profits shall be made pursuant to such settlement, disposition or other dealing which would exceed the amount properly distributable as a dividend or properly capable of being returned as capital surplus were such distribution to some or to all of the members of the Company.

(14) doing any of the things which it may do in association with any other person and as principal or agent or as trustee or for its own behalf.

(15) promoting any other business, doing all such things as are incidental or conducive to the exercise of the powers of Company.

(16) doing all other things which are not prohibited by or under the Labuan Companies Act, 1990 or the regulations or otherwise by any written law of Malaysia.

4. **EXCLUSIONS**

(I) The Company may not, unless licensed or approved:
   (a) carry on business with a resident of Malaysia;
   (b) carry on banking or Insurance business;
   (c) carry on business in the Malaysia currency except for defraying its administrative and statutory expenses ;
   (d) carry on shipping operations in Malaysia; or
   (e) carry on any business of a trust company.

2

MOBE0010484
**FTC-MOBE-002545**

(ii) For the purposes of Clause 4 (i) (a), the Company shall not be treated as carrying on business with persons resident in Malaysia if;

    (a) it makes or maintains deposits with a person carrying on business within Malaysia;

    (b) it makes or maintains professional contact with any counsel and attorney, accountant, book-keeper, trust company, management company, investment adviser or other similar person carrying on business within Malaysia;

    (c) it prepares or maintains books and records within Malaysia;

    (d) it holds, within Malaysia, meetings of its directors or members;

    (e) it acquires or holds any lease of any property for the purpose of its operation or as accommodation for its officers or employees; or

    (f) it hold shares, debt obligations or other securities in a company incorporated under this Act in a domestic company, or it holds shares, debt obligations or other securities for the purposes of a transaction entered into in the ordinary course of business in connection with the lending of money.

5. The shares in the Company shall be issued in any currency other than Ringgit Malaysia.

6. The shares shall be of no par value and divided into such number of classes and series as the Company shall by special resolutions from time to time determine and until so divided shall comprise one class and series.

7. The Company shall by special resolutions have the power to issue any class or series of shares that the Company is authorised to issue in its capital, original or increased, with or subject to any designations, powers, preferences, rights, qualifications, limitations and restrictions.

8. Members of the Company shall be liable to the Company for the amount unpaid on their shares but their liability as members is limited to the amount, if any, unpaid on the shares held by them.

9. The Company shall by special resolutions have the power to amend or modify any of the conditions contained in this Memorandum of Association and to increase or reduce the capital, to consolidate or sub-divide the shares into shares of larger or smaller amounts and to issue all or any part of the original or any additional capital as fully paid or partly paid shares, and with any special or preferential rights or privileges, or subject to any special terms or conditions and either with or without any special designation, and also from time to alter, modify, commute, abrogate of deal with any such rights, privileges, terms, conditions or designations in accordance with the Articles for the time being of the Company or in any way which may be permitted by law.

3

Authorised Representative of
LAW & COMMERCE CORPORATE SERVICES LTD.
Resident Secretary

I, the undersigned subscriber to this Memorandum of Association whose name, address and description is subscribed, am desirous of forming a Labuan company in pursuance of this Memorandum of Association, and I respectively agree to take the number of shares in the capital of the Company set opposite my name:

| Name and address of subscribers | Number of shares subscribed |
| --- | --- |

**MATTHEW LLOYD MCPHEE,**
22 Mercury Street, Carlisle,
Perth, WA 6101,
Australia

\*\*100\*\*

Australian Passport No. : N2549219

**MATTHEW LLOYD MCPHEE**

---

**Total number of shares subscribed**

**ONE HUNDRED ONLY**

---

The above signature witnessed by :

| | | |
| --- | --- | --- |
| Full name | : | Woo Sau Ming |
| Address | : | No. 3, Jalan SS1/15, Kg. Tunku, 47300 Petaling Jaya, Selangor Darul Ehsan, Malaysia. |
| Passport No. | : | A24299198 |

Dated this : **3 0 JUN 2014**

4

Exempted from stamp duty No Stamp
Duty (Exemption) Order 2000 Dated
17/01/2000 P.U. (A) 9

**ARTICLES OF ASSOCIATION**

**MOBE Ltd.**

CERTIFIED TRUE COPY

Authorised Representative of
LAW & COMMERCE CORPORATE SERVICES LTD.
Resident Secretary

## INTERPRETATION

1.  Reference in these Articles to the Act shall mean the Labuan Companies Act, 1990. The following Articles shall constitute the Articles of the Company. In these Articles words and expressions defined in the Act shall have the same meaning and unless otherwise required by the context, the singular shall include the plural and vise versa, the masculine shall include the feminine and neuter genders and references to persons shall include corporations and all legal entities capable of having a legal existence.

## SHARES

2.  Every person whose name is entered as a member in the share register being the holder of shares, shall without payment, be entitled to a Certificate signed by a Director and a Secretary or by any two Directors, under the Common Seal of the Company, specifying the share or shares held and the par value thereof, provided that in respect of a share, or shares, held jointly by several persons the Company shall not be bound to issue more than one certificate, and delivery of a certificate for a share to one of several joint holders shall be sufficient delivery to all.

3.  If the certificate is worn out or lost it may be renewed on production of the worn-out certificate, or on satisfactory proof of its loss together with such indemnity as the directors may reasonably require. Any member receiving a share certificate shall indemnify and hold the Company and its officers harmless from any loss or liability which it or they may incur by reason of wrongful or fraudulent as or representation made by any person by virtue of the possession of such certificate.

## SHARE CAPITAL AND VARIATION OF RIGHT

4.  Subject to the provisions of these Articles, the unissued shares of the Company (whether forming part of the original or any increased capital) shall be at the disposal of the Directors who may offer, allot, grant options over or otherwise dispose of them to such persons at such times and for such terms and conditions as the Directors may determine.

5.  Without prejudice to any special rights previously conferred on the holders of any existing shares or lass of shares, any share in the Company may be issued at a premium or with such preferred, deferred or other special rights or such restrictions, whether in regard to dividend, voting, return of capital or otherwise as the Directors may from time to time determine.

6.  Subject to the provision of the Act shares may be issued on the terms that they are redeemable or, at the option of the Company, are liable to be redeemed on such terms and in such manner as the Directors before or at the time of the issue of the shares may determine.

1

**PX 24**

7.  The Directors may redeem any such shares at a premium.

8.  If at any time the share capital is divided into different classes of shares, the rights attached to any class (unless otherwise provided by the terms of the shares of that class) may, whether or not the Company is being wound up, be varied with the consent in writing of the holders of not less than three-fourths of the issued shares of that class and of the holders of not less than three-fourths of the issued shares of any other of shares which may be affected by such variation.

9.  The rights conferred upon the holders of the shares of any class issued with preferred or other rights shall not, unless otherwise expressly provided by the terms of issue of the shares of that class, be deemed to be varied by the creation or issue of further shares ranking pari passu therewith.

10. Except as required by law, no person shall be recognised by the Company as holding any share upon any trust, and the Company shall not be bound by or be compelled in any way to recognise (even when having notice thereof) any equitable, contingent, future or partial interest in any share or any interest in any fractional part of a share or (except only as by these Articles or by law otherwise provided) and other rights in respect of any share except an absolute right to the entirety thereof by the registered holder.

11. The Directors shall have power to issue options over unissued shares upon such terms and conditions, as they shall think fit.

12. Subject to the restrictions of these Articles, shares shall be transferable but every transfer shall be in writing in the usual common form or in such other forms as the Directors shall from time to time approve, and shall be left at the office accompanied by the certificate of the shares to be transferred and such other evidence (if any) as the Directors any reasonably require to show the right of the transfer or to make the transfer.

13. The instrument of transfer of any share shall be executed by or on behalf of the transferor, and the transferor shall be deemed to remain the holder of the share until the name of the transferee is entered in the register of the members is respect thereof.

14. The Directors may, in their discretion, and without assigning any reason thereof, refuse to register a transfer of any share to any person of whom they do not approve, and they may also refuse to register a transfer of any share on which the Company has a lien. If the Directors refuse to register a transfer they shall within one month after the date on which the transfer was lodged with the Company send to the transferee notice of the refusal in accordance with the provisions of the Act.

15. The Company shall be entitled to charge a fee not exceeding one dollar ($1.00) on the registration of every transfer.

16. The registration of transfer may be suspended at such times and for such periods as the Directors may from time to time determine, provided always that such registration shall not be suspended for more than thirty (30) days in any year.

## TRANSMISSION OF SHARES

17. The personal representative, guardian or trustee as the case may be of a deceased, incompetent or bankrupt sole holder of a registered share shall be the only persons recognised by the Company as

2

CONFIDENTIAL

**PX 24**

MOBE0010488
**FTC-MOBE-002549**

having any title to the shares. In the case of a share registered in the names of two or more holders, the survivor or survivors, and the personal representative, guardian or trustee, as the case may be, of the deceased, incompetent or bankrupt, shall be the only persons recognised by the Company as having any title to share but they shall not be entitled to exercise any rights as a member of the Company until they have proceeded as set forth in the following two Articles.

18. Any person becoming entitled by operation of law or otherwise to a share or shares in consequence of death, incompetence or bankruptcy of any member may be registered as a member upon such evidence being produced as may reasonably be required by the Directors. An application by any such person to be registered as a member for all purposes shall be deemed to be a transfer of shares of the deceased, incompetent or bankrupt member and the Directors shall treat it as such.

19. Any person who has become entitled to a share or shares in consequence of the death, incompetence or bankruptcy of any member may, instead of being registered himself, request in writing that some person to be named by him be registered as a transferee of such share or shares and such request shall likewise be treated as if it were a transfer.

## ALTERATION IN CAPITAL

20. Subject to the terms of Special Resolution passed by the Company for the purpose of increasing the authorised capital of the Company, such increased capital may be divided into shares of such respective amounts, and with such rights or privileges (if any) as the Company thinks expedient.

21. Any capital raised by the creation of new shares shall be considered as part of the original capital, and shall be subject to the same provisions as if it had been part of the original capital.

22. The Company may by Special Resolutions: -

(a) consolidate and divide all or any of its share capital into shares of larger amount then its existing shares;

(b) cancel any shares which, at the date of the passing of the resolution, have not been taken or agreed to be taken by any person and diminish the amount of the shares so canceled ;

(c) sub-divide its shares or any of them into shares of any amount than is fixed by the Memorandum of Association and so that subject to the provisions of these Articles, the resolution whereby any share is sub-divided may determine that as between the holders of the shares resulting from such sub-division one or more of the shares may have such preferred or other special rights or be subject to any such restrictions as compared with the other or others as the Company has power to attach to unissued or new shares ;

(d) subject to any confirmation or consent required by law, reduce its authorised and issued share capital or any capital redemption reserve fund or any share premium account in any manner.

23. The Directors may convene meetings of the members of the Company at such times and in such manner and places as the Directors consider necessary or desirable, and they shall convene such a meeting upon the written request of members holding not less than one-tenth of the total paid-up capital of the Company. Any notice required to be given to any member shall also be given to any option holder in the same way as for a member.

3

24. Seven (7) day's notice at the least, specifying the place, the day and the hour of the meeting and the general nature of the business to be conducted shall be given in manner hereinafter mentioned such persons whose names on the date the notice is given appear as members in the share register of the Company.

25. A meeting of the members shall be deemed to have been validly held, notwithstanding that it is held in contravention of the requirement to give notice in Article 24, if notice of the meeting is waived by ninety (90) percent majority of the members having a right to attend and vote at the meeting

26. The inadvertent failure of the Directors to give notice of a meeting to a member, or the fact that a member has not received the notice, does not invalidate the meeting.

## PROCEEDING AT MEETING OF MEMBERS

27. No business shall be transacted at any general meeting unless a quorum of members is present at the time when the meeting proceeds to business, two (2) members present or by proxy shall be a quorum provided always that if the Company has one (1) shareholder on record the quorum shall be that one (1) members present in person or by proxy.

28. If within half an hour from the time appointed for the meeting a quorum is not present, the meeting shall be dissolved.

29. The Chairman, if any, of the Board of Directors shall preside as Chairman at every General Meeting of the Company, or if there is no such Chairman, or if he is nor present within fifteen (15) minutes after the time appointed for the holding of the meeting or is unwilling to act, the members present shall elect one of their members to be Chairman of the meeting.

30. The Chairman may, with the consent of the meeting, adjourn any meeting from time to time, and from place to place, but no business shall be transacted at any adjourned meeting other than the business left unfinished at the meeting from which the adjournment took place.

31. At any meeting a resolution put to the vote of the meeting shall be declared on a show of hands by a simple majority unless a poll is (before or on the declaration of the result of the show of hands) demanded :-

    (a)   by the Chairman; or

    (b)   by any member or members present in person or by proxy and representing not less than one-tenth of the total voting rights of all the members having the rights to vote at the meeting.

32. Unless a poll is duly demanded, a declaration by the Chairman that a resolution has, on a show of hands, been carried, and an entry to that effect in the book containing the minutes of the proceedings of the Company, shall be sufficient evidence of the fact, without proof of the member or proportion of the voted of the votes recorded in favour of or against such resolution.

33. If a poll is duly demanded it shall be taken in such manner as the Chairman directs, and the result of the poll shall be deemed to be resolution of the meeting at which the poll was demand for a poll may be withdrawn.

4

CONFIDENTIAL

**PX 24**

MOBE0010490
**FTC-MOBE-002551**

34.    In the case of an equality of votes, whether on a show of hands, or on a poll, the Chairman of the meeting at which the show of hands takes place, or at which the poll is demanded, shall be entitled to a second or casting vote.

## VOTES OF MEMBER

35.    At any meeting of members whether on a show of hands or on a poll every holder of a voting share present in person or by proxy shall have one (1) vote for every voting share of which he is the holder

36.    A resolution which has been notified to all members for the time being entitled to vote and which has been approved by a majority of the votes of those members in the form of one or more documents in writing or by telex, telegram, cable, facsimile or other written electronic communication shall forthwith, without the need for any notice, become effectual as a resolution of the members.

37.    If a committee be appointed for any member who is of unsound mind he may vote by his committee.

38.    If two or more persons are jointly entitled to a share and if more than one of such persons shall vote in person or by proxy at any meeting of members or in accordance with the terms of Article 35, the vote of that person whose name appears first among such voting joint holders in the share register shall alone be counted.

39.    Votes may be given either personally or by proxy.

40.    The instrument appointing a proxy shall be produced at the place appointed for the meeting before the time for holding the meeting at which the person named in such instrument proposes to vote.

41.    An instrument appointing a proxy shall be in such from as the Chairman of the meeting shall accept as properly evidencing the wishes of the member appointing the proxy.

42.    The instrument appointing a proxy shall be in writing under the hand of the appointor unless the appointor is a corporation or other form of legal entity other than one or more individuals holding as joint owners in which case the instrument appointing a proxy shall be in writing under the hand of an individual duly authorised by such corporation or legal entity to execute the same.  The Chairman of any meeting at which a vote is cast by proxy so authorised may call for a naturally certified copy of such authority which shall be produced within seven (7) days of being so requested or the vote or votes cast by such proxy shall be disregarded.

## CORPORATION ACTING BY REPRESENTATIVES AT MEETINGS

43.    Any corporation or other forms of legal entity which is a member of the Company may by resolution of its directors or other governing body authorise such person as it think fit to act as its representative at any meeting of the members or any class of members of the Company, and the person so authorised shall be entitled to exercise the same powers on behalf of the corporation which he represents as that corporation could exercise if it were an individual member of the Company.

CONFIDENTIAL    **PX 24**    MOBE0010491
**FTC-MOBE-002552**

## DIRECTORS

44. Subject to any subsequent amendment to change the number of Directors, the number of the Directors shall be not less than one or more than seven.

45. The first Director shall be **Matthew Lloyd McPhee.**

46. Each Director holds office until his successor takes office or until his earlier death, resignation or removal.

47. A vacancy in the Board of Directors may be filled by a resolution of members or of majority of the remaining Directors.

48. Until Directors are appointed the subscribers to the Memorandum of Association shall have the power to act as Director (s).

49. A Director shall not require a share qualification, but nevertheless shall be entitled to attend and speak at any meeting of the members and at any separate meeting of the holders of any class of shares in the Company.

50. A Director may by written appointment under his hand, deposited at the Registered Office of the Company from time to time appoint another Director or any other person to be his alternate. Every such alternate shall be entitled to be given notice of meetings of the Directors and to attend and vote as a Director at any such meeting at which the Director appointing him is not personally present and generally at such meeting to have exercised all the powers, rights, duties and authorities of the Director appointing him. Every such alternate shall be entitled to be given notice of meetings of the Directors and to attend and vote as a Director at any such meeting at which the Director appointing him is not personally present and generally at such meeting to have exercised all the power, rights, duties and authorities of the Director appointing him. If undue delay or difficulty would be occasioned by giving notice to a Director of a resolution of which his approval is sought in accordance with Article 75, his alternate (if any) shall be entitled to signify approval of the same on behalf of that Director. The remuneration of an alternate shall be payable out of the remuneration payable to the Director appointing him and shall consist of such portion of the last mentioned remuneration as shall be agreed between such alternate and the Director appointing him. A Director by writing under his hand deposited at the Registered Office of the Company may at any time revoke the appointment of an alternate appointed by him. If a Director shall die or cease to hold the office of Director, the appointment of is alternate shall thereupon cease and terminate.

51. The Company may by resolution, fix the emoluments of Directors in respect of services rendered or to be rendered in any capacity to the Company. The Directors may also be paid such traveling, hotel and other expenses properly incurred by them in attending and returning from meetings of the Directors, or any committee of the Directors or meetings of the members, or in connection with the business of the Company as shall be approved by resolution of the Company.

52. Any Director who, by request goes or resides abroad for any purposes of the Company or who performs services in the opinion of the Company go beyond the ordinary duties of a Directors, may be paid such extra remuneration (whether by way of salary, commission, participation in profits or otherwise) as shall be approved by the resolution of the Company.

53. The Company may pay to a Director who at the request of the Company holds any office (including a directorship) in, or renders services to any company in which the Company may be interested, such

6

remuneration (whether by way of salary, commission, participation in profits or otherwise) in respect of such office or services as shall be approved by resolution of the Company.

54.    The office of Directors shall be vacated if the Director :-

   (a)    is removed from office by a resolution of members or by a resolution of Directors; or

   (b)    Becomes bankrupt or makes any arrangement or composition with his creditors generally; or

   (c)    Becomes of unsound mind, or of such infirm health as to be incapable of managing his affairs; or

   (d)    Resigns his office by notice in writing to the Company.

55.    (a)    A Director may hold any other office position of profit under the Company (except that of auditor) in conjunction with his office of Director, and may act in a professional capacity to the Company on such terms as to remuneration and otherwise as the Company shall arrange.

   (b)    A Director may be or become a director or other officer of, or otherwise interested in any company promoted by the Company, or in which the Company may be interested, as a member or otherwise, and no such Director shall be accountable for any remuneration or other benefits received by him as director or officer or from his interest in such other company. The Directors may also exercise the voting powers conferred by the shares in any other company held or owned by the Company in such manner in all respects as they think fit, including the exercise thereof in favour of any resolutions appointing them, or any of their number, directors or officers of such other company, or voting or providing for payment of remuneration to the Directors or officers of such other company. A Director may vote in favour of such voting rights in manner aforesaid, notwithstanding that he may be, or about to become, a Director or officer of such other company, and as such in any other manner, or may be, interested in the exercise of such voting rights in manner aforesaid.

   (c)    No Director shall be disqualified by his office from contracting with the Company, either as vendor, purchase or otherwise, nor shall any such contract or arrangement entered into by or on behalf of the Company in which any Director shall be in any way interested be liable to account to the Company for any profit realised by such contract or arrangement, by reason of such Director holding that office or of the fiduciary relationship thereby established. The nature of a Director's interest must be declared by him at the meeting of the Directors at which the question of entering into contract or arrangement, or shall become interested in a contract or arrangement after it is made, he shall forthwith after becoming so interested advice the Company in writing of the fact and nature of his interest. A general notice to the Directors by a Director that he is member of a specified firm or company, and is to be regarded as interested in any contract or transaction which may, after the date of notice, be made with such firm or company shall (if such Director shall give the same at a meeting of the Directors, or shall take reasonable steps to secure that the same is brought up and read at the next meeting of the Directors after it is given) be a sufficient declaration of interest in relation to such contract or transaction with such firm or company. A Director may be counted as one of a quorum upon a motion in respect of any contract or arrangement which he shall make the Company, or in which he is so interested as aforesaid, and may vote upon such motion.

7

**PX 24**

## MANAGING DIRECTORS

56   (a)   The Directors may from time to time appoint one or more of their body to the office of managing director for such period and such terms as they think fit and, subject to the terms of any agreement entered into in any particular case, may revoke any such appointment. A Director so appointed, shall not while holding that office, be subject to retirement by rotation or be taken into account in determining the rotation of retirement of Directors, but his appointment shall be automatically determined if he ceases for any cause to be a Director.

  (b)   A managing director shall, subject to the terms of any agreement entered into in any particular case, receive such remuneration (whether by way of salary, commission or participation in profits, or partly in one way and party in another) as the Directors may determine.

  (c)   The Directors may entrust to and confer upon a managing director any of the powers exercisable by them upon such terms and conditions and with such restrictions as they may think fit, and either collaterally with or to the exclusion of their own powers, and from time to time revoke, withdraw, alter, or vary all or any of those powers.

## OFFICERS

57   Any person may hold more than one office and no officer needs be a Director or member of the Company. The officers shall remain in office until removed from office by the Directors whether or not a successor is appointed.

58.   Any officer who is a body corporate may appoint any person as its duly authorised representative for the purpose of representing it and of transacting any of the business of the officers.

## POWERS OF DIRECTORS

59.   The business of the Company shall be managed by the Directors who may pay all expenses incurred preliminary to and in connection with the formation and registration of the Company, and may exercise all such powers of the Company as are not by the Act or by these Articles required to be exercised by the members subject to any delegation of such powers as may be authorised by these Articles and to such requirements as may be prescribed by a resolution of the members; but no requirement made by a resolution of the members; but no requirement made by a resolution of the members shall prevail if it be inconsistent with these Articles nor shall such requirements invalidate any prior act of the Directors which would have been valid if such requirement had not been made.

60.   The board may entrust to and confer upon any director or officer any of the powers exercisable by it upon such terms and conditions and with such restrictions as it thinks fit, and either collaterally with, or to exclusion of its own powers, and from time to time revoke, withdraw, alter or vary all or any of such powers. The directors may delegate any of their powers to committees consisting of such member or members of their body as they think fit; any committees formed shall in the exercise of the powers so delegated confirm to any Articles that may be imposed on it by the Directors.

61.   The Directors may from time to time and at any time by power of attorney appoint any company, firm or person or body of persons, whether nominated directly or indirectly by the Directors, to be the attorney or attorneys of the Company for such powers, authorities and discretions (not exceeding those vested in or exercisable by the Directors under these Articles) and for such period and subject to

8

CONFIDENTIAL    **PX 24**    MOBE0010494
**FTC-MOBE-002555**