such provisions for the protection and convenience of persons dealing with any such attorney as the Directors may think fit and may also authorise any such attorney to delegate all or any of the powers, authorities and discretions vested in him.

62. Any Director who is a body corporate may appoint any person its duly authorised nominee for the purpose of representing it at Board Meetings and of the business of the Directors.

63. All cheques, promissory notes, drafts, bill of exchange and other negotiable instruments and all receipts for monies paid to the Company, shall be signed, drawn, accepted, endorsed or otherwise executed, as the case may be, in such manner as the Directors shall from time to time by resolution determine.

64. The Directors may exercise all the powers of the Company to borrow money and to mortgage or charge its undertakings, property and uncalled capital or any part thereof, to issue debentures, debenture stock and other securities whenever money is borrowed or as security for any debt, liability or obligation of the Company or any third party.

65. The continuing Directors or sole continuing Director may act notwithstanding any vacancy in their body, save that if the number of directors shall have been fixed at two or more persons and by reason of vacancies having occurred in the Board there shall be only one continuing director he shall be authorised to act alone only for the purpose of appointing another director.

## PROCEEDINGS DIRECTORS

66. The meetings of the Board of Directors and any committee thereof shall be held at such place or places as the Directors shall decide.

67. The Directors may elect a Chairman of their meetings and determine the period for which he is to hold office; but if no such Chairman is elected, or if at any meeting the Chairman is not present at the time appointed for holding the same, the Directors present may choose one of their number to be Chairman of the meeting.

68. The Director may meet together for the dispatch of business, adjourn and otherwise regulate their meetings as they think fit. Questions arising at any meeting shall be decided by a full majority of votes; in case of any equality of votes, the Chairman shall have a second or casting vote. A Director may at any time summon meeting of the Directors. If the Company shall have only one Director the provisions hereinafter contained for meetings of the Directors shall not apply but such sole Director shall have full power to represent and act for the Company in all matters and in lieu of minutes of a meeting shall record in writing and sign a note or memorandum, shall constitute sufficient evidence of such resolution for all purposes.

69. A Director shall be given not less than seven (7) day's notice of a meeting of the Directors.

70. Notwithstanding Article 69 above, a meeting of Directors held in contravention of that Article shall be valid if a full majority of the Directors entitled to vote at the meeting have waived the notice of the meeting.

71. The inadvertent failure to give notice of a meeting to a Director, or the fact that a Director has not received the notice, does not invalidate the meeting.

9

72.  (a)  The quorum necessary for the transaction of the business of the Directors may be fixed by the Directors and unless so fixed shall be two, a Director and his appointed alternate Director being considered only one person for this purpose, PROVIDED ALWAYS that if there shall at any time be only a sole Director the quorum shall be one.

   (b)  If within half an hour from the time appointed for the meeting a quorum is not present the meeting shall be dissolved.

73.  Any one or more members of the Board of Directors or any committee there of may participate in a meeting of such Board or committee by means of a conference telephone or similar communications equipment allowing all persons participating in the meeting to hear each other at the same time. Participation by such means shall constitute presence in person at a meeting.

74.  A resolution approved in writing by a majority of the Directors for the time being entitled to receive notice of a meeting of the Directors of the Directors or of a committee of the Directors and taking the form of one or more documents in writing or by telex, telegram, cable or other written electronic communication shall be as valid and effectuates if it had been passed at a meeting of the Directors of such committee duly convened and held, without the need for any notice.

## INDEMNITY

75.  Subject to the provisions of the Act and of any other statute for the time being in force every Director or other officer of the Company shall be entitled to be indemnified out of the assets of the Company against all losses or liabilities which he may sustain or incur in or about the execution of the duties of his office or otherwise in relation thereto, and no Director or other officer shall be liable for any loss, damage or misfortune which may happen to, or be incurred by the Company in the execution of the duties to his office, or in relation thereto.

## SECRETARY

76.  The Secretary shall in accordance with the Act be appointed by the Directors for such term, at such remuneration, and upon such conditions as they think fit, and any Secretary so appointed may be removed by them. The first Secretary shall be LAW & COMMERCE CORPORATE SERVICES LTD.

## SEAL

77.  The Directors shall provide for the safe custody of the common seal of the Company. The common seal when affixed to any instrument, except as provided in Article 3, shall be witnessed by a Director or any other person so authorised from time to time by the Directors. The Directors may provide for a facsimile of the common seal and approve the signature of any Director or authorised person which may be reproduced by printing or other means on any instrument and it shall have the same force and validity as if the seal had been fixed to such instrument and the same had been signed as hereinbefore described.

10

## DIVIDENDS AND RESERVES

78. The Directors may by resolution approved by a full majority declare a dividend but no dividend shall be payable except out of the profit of the Company, or in excess of the amount recommended by the Directors.

79. Dividends may be declared and paid in money, shares or other property.

80. (a) In computing the profit for the purpose of resolving to declare and pay a dividend, the Directors may include in their computation the net realised appreciation of the assets of the Company.

    (b) The Directors may deduct from any dividend or other moneys payable to any Member on or in respect of a share all sums of money (if any) presently payable by him to the Company on account of calls or in connection therewith.

    (c) The Directors may retain any dividend or other moneys payable on or in respect of a share on which the Company has a lien and may apply the same in or towards satisfaction of the debts, liabilities or engagements in respect of which the lien exists.

81. The Directors may from time to time pay to the members such interim dividends as appear to the Directors to be justified by the profit of the Company.

82. Subject to the rights of holders of shares entitled to special rights as to dividends, all dividends shall be declared and paid according to the par value of the shares in issue.

83. The Directors may, before recommending any dividend, set aside out of the profits of the Company such sums as they think proper as a reserve or reserves which shall, at the discretion of the Directors, be applicable for meeting contingencies, or for any other purpose to which the profits of the Company may be properly applied, and pending such application may, at the like discretion, either be employed in the business of the Company or be invested in such investments as the Directors may from time think fit.

84. If several persons are registered as joint holders of any shares, any of them may give effectual receipt for any dividend or other monies payable on or in respect of the share.

85. Notice of any dividend that may have been declared shall be given to each member in manner hereinafter mentioned and all dividends unclaimed for three (3) years after having been declared may be forfeited by the Directors for the benefit of the Company.

86. No dividend shall bear interest against the Company.

## BOOKS AND RECORDS

87. The Company shall keep such accounts and records as the Directors consider necessary or desirable in order to reflect the financial position of the Company.

88. The Company shall keep minutes of all meetings of Directors, members, committees of Directors, committees of officers and committees of members, and copies of all resolutions consented to by Directors, members, committees of Directors, committees of officers and committees of members.

11

**PX 24**

MOBE0010497
**FTC-MOBE-002558**

  
89. The books, records and minutes required by Article 87 and 88 shall be kept at the registered office of the Company or at such place as the Directors determine, and shall be open to the inspection of the Directors at all times.

90. The Directors shall from time to time determine whether and to what extent and at what times and places and under what conditions or Articles the books, records and minutes of the Company or any of them shall be open to the inspection of members not being Directors, and no member (not being a Director) shall have any rights of inspecting any book, record, minute or document of the Company except as conferred by Law or authorised by resolution of the Directors.

## AUDIT

91. The Directors my by resolution call for the accounts of the Company to be examined by an auditor or auditors to be appointed by them at such remuneration as may from time to time be agreed.

92. Every auditor of the Company shall have the right of access at all times to the books of account and vouchers of the Company, and shall be entitled to require from the officers of the Company such information and  as he think necessary for the performance of his duties.

93. The report of the auditor shall be annexed to the accounts upon which he reports, and the auditor shall be entitled to receive notice of, and to attend, any meeting at which the Company's audited profits and loss account and balance sheet is to be presented.

## NOTICES

94. Any notice, information or written statement required to be given to members shall be served:-

    (a)     by fax and mail (airmail service if available) addressed to the member whose name and address has been given for service of notice or

    (b)     in the absence of an address for service being given, or if the notice, information or written statement cannot be served for any other reason, by publishing to notice, information or written statement in the Gazette and in newspaper in the place where the Company has its principal office.

95. All notices directed to be given to the members shall, with respect to any share to which persons are jointly entitled, be given to whichever of such persons is named first in the share register, and notice so given shall be sufficient notice to all the holders of such share.

96. Any notices, if served by post, shall be deemed to have been served within 15 days of posting, and in proving such service it shall be sufficient to prove that the letter containing the notice was property dressed and put into the post office.

## WINDING UP

97. If the Company shall be wound up, the liquidator may, in accordance with a resolution approved by a full majority of members, divide amongst the members in specie or in kind the whole or any part of the

12

**PX 24**

assets of the Company (whether they shall consist of property of the same kind or not) and may for such purpose set such value as he deems fair upon any property to be divided as aforesaid and may determine how such division shall be carried out as between the members of different classes of members, the liquidator may vest the whole or any part of such assets in trustees upon such trusts for the benefit of the contributors as the liquidator shall think fit, but so that no member shall be compelled to accept any shares or other securities whereon there is any liability.

98. The Company may, if approved by a full majority of members, opt for simplified winding up under the Act and thus be governed by the provisions of the Act and regulations made thereunder.

99. (a) Whenever any difference arises between the Company on the one hand and any of the members, their executors, administrators or assigns on the other hand touching the true intent and construction or incidence or consequences of these presents or of the Act touching everything done or executed, omitted or suffered in pursuant of the Act or touching any breach or alleged breach or otherwise relating to the premises or to these presents or to any Act affecting the Company or to any of the affairs of the Company such difference shall, unless the parties agree to refer the same to a single arbitrator, be offered to two arbitrators, one to be chosen by each of the parties to the difference and the arbitrators shall, before entering on the reference, appoint an umpire.

(b) If either party to the reference makes default in appointment an arbitrator either originally or by way of substitution (in the event that an appointed arbitrator shall die, be incapable of acting or refuse to act) for ten (10) days after the other party has given him notice to appoint the same such other party may appoint an arbitrator to act in the place of the arbitrator of the defaulting party.

## AMENDMENT TO ARTICLES

100. The Company may alter or modify the conditions contained in these Articles as originally drafted or as amended from time to time by a Special Resolution of the Company, approved by full majority.

*[This part is intentionally left blank]*

13

**PX 24**

MOBE0010499
FTC-MOBE-002560

Authorised Representative of
**LAW & COMMERCE CORPORATE SERVICES LTD.**
**Resident Secretary**

I, the undersigned subscriber, whose name and address, am subscribed hereunder and as the subscriber hereby agree to the foregoing Articles of Association.

| Name and address of subscriber | Signature |
|---|---|

**MATTHEW LLOYD MCPHEE,**
22 Mercury Street, Carlisle,
Perth, WA 6101,
Australia

Australian Passport No. : N2549219

**MATTHEW LLOYD MCPHEE**

---

The above signatures witnessed by :

Full name     :    Woo Sau Ming
Address       :    No. 3, Jalan SS1/15,
                 Kg. Tunku, 47300 Petaling Jaya,
                 Selangor Darul Ehsan, Malaysia.

Passport No.    :    A24299198

Dated this :    3 0 JUN 2014

14

**CONFIDENTIAL**

**PX 24**

MOBE0010500
**FTC-MOBE-002561**

# EXHIBIT C

FTC-MOBE-002562



## LEMBAGA PERKHIDMATAN KEWANGAN LABUAN
## (LABUAN FINANCIAL SERVICES AUTHORITY)

Our Ref: **LCA/ROC/LL10885**

03 March 2017

David Crerar
Borden Ladner Gervais
1200 Waterfront Centre, 200 Burrard St
PO Box 48600, Vancouver, BC
V7X 1T2
Canada

Dear Sir/Madam,

**LETTER OF GOOD STANDING**
**MOBE Ltd.**

We refer to your application dated 28 February 2017.

2.      Based on Labuan Financial Services Authority's records (Labuan FSA), we confirm that the above Labuan company:

   i.       was duly incorporated/registered under the Labuan Companies Act 1990 (LCA 1990) on **01 July 2014**;

   ii.      is still on the register of Labuan company under the Act and there is no outstanding fees or compound due and payable to Labuan FSA under LCA 1990;

   iii.     has not submitted to Labuan FSA articles of merger, consolidation or take over that have not yet become effective;

   iv.      has not submitted to Labuan FSA arrangement or reconstructions under Part VII of LCA 1990;

   v.       is not in the process of being wound up, liquidated, ceased business or transfer of domicile to other jurisdiction;

   vi.      no proceedings have been initiated to strike the company off the

**CONFIDENTIAL**                    **PX 24**                    **FTC-MOBE-002583**

Case 2:18-cv-09502-FMO-FFM  Document 105-3  Filed 09/19/17  Page 39 of 73  Page ID #5879



LL10885
Page 2/2

register; and

vii.    insofar as is evidenced by the forms or documents filed with Labuan
FSA under LCA 1990, the company is still in existence.

3.    The above information is provided based on the relevant forms or document
made available to Labuan FSA by the respective trust company lodged or submitted
to Labuan FSA pursuant to the requirement under LCA 1990 as of the date of this
letter. Labuan FSA should not be made or held liable for any loss or damage
suffered by any person by reason of any error or omission by the trust companies in
making such lodgement or submission to Labuan FSA.

4.    This letter is intended for the use of the addressee only and shall not be
disclosed to any other person than the addressee in whatever form, manner and
medium. This letter contained privileged information that is confidential and any
person who has obtained the information pursuant to this letter shall comply with
section 149 of the LCA 1990.

With kindest regards.

For and on behalf of
Labuan Financial Services Authority

**Essah Abdul Manaf**
Head
ROC Unit

149183

**PX 24**

# EXHIBIT D

FTC-MOBE-002565



# LEMBAGA PERKHIDMATAN KEWANGAN LABUAN
## (LABUAN FINANCIAL SERVICES AUTHORITY)

Our Ref: **LCA/ROC/LL10885**

06 June 2017

Tyson Hottinger
Mashoff Brennan
20 Pacifica, Suite 1130
Irvine CA
92618
United States

Dear Sir/Madam,

**LETTER OF GOOD STANDING
MOBE Ltd.**

We refer to your application dated 02 June 2017.

2.      Based on Labuan Financial Services Authority's records (Labuan FSA), we confirm that the above Labuan company:

    i.      was duly incorporated/registered under the Labuan Companies Act 1990 (LCA 1990) on **01 July 2014**;

    ii.      is still on the register of Labuan company under the Act and there is no outstanding fees or compound due and payable to Labuan FSA under LCA 1990;

    iii.      has not submitted to Labuan FSA articles of merger, consolidation or take over that have not yet become effective;

    iv.      has not submitted to Labuan FSA arrangement or reconstructions under Part VII of LCA 1990;

    v.      is not in the process of being wound up, liquidated, ceased business or transfer of domicile to other jurisdiction;

    vi.      no proceedings have been initiated to strike the company off the

Tingkat 17, Menara Pejabat Utama, Ujana Kewangan, Jalan Merdeka, 87000 Wilayah Persekutuan Labuan, Malaysia.
Tel: (+60 87) 591 200 Faks: (+60 87) 453 442

CONFIDENTIAL                                                                                                 MOBE0010503

PX 24

FTC-MOBE-002566



LL10885
Page 2/2

register; and

vii.     insofar as is evidenced by the forms or documents filed with Labuan FSA under LCA 1990, the company is still in existence.

3.     The above information is provided based on the relevant forms or document made available to Labuan FSA by the respective trust company lodged or submitted to Labuan FSA pursuant to the requirement under LCA 1990 as of the date of this letter. Labuan FSA should not be made or held liable for any loss or damage suffered by any person by reason of any error or omission by the trust companies in making such lodgement or submission to Labuan FSA.

4.     This letter is intended for the use of the addressee only and shall not be disclosed to any other person than the addressee in whatever form, manner and medium. This letter contained privileged information that is confidential and any person who has obtained the information pursuant to this letter shall comply with section 149 of the LCA 1990.

With kindest regards.

For and on behalf of
Labuan Financial Services Authority

**Essah Abdul Manaf**
Head
ROC Unit

164171

**CONFIDENTIAL**                                              MOBE0010504

## PX 24

FTC-MOBE-002567

# EXHIBIT E

FTC-MOBE-002568

1  Tyson K. Hottinger (CA State Bar No. 253221; E-Mail: thottinger@mabr.com)
   Kirk R. Harris (*pro hac vice* forthcoming; E-Mail: kharris@mabr.com)
2  Mark W. Ford (*pro hac vice* forthcoming; E-Mail: mford@mabr.com)
3  Quincy J. Chuck (CA State Bar No. 307857; E-Mail: qchuck@mabr.com)
   MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSEN & WRIGHT PLLC
4  20 Pacifica, Suite 1130
   Irvine, California 92618
5  Telephone:  (949) 202-1900
6  Facsimile:   (949) 453-1104

7
   Attorneys for Plaintiff MOBE, LTD.
8
9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12
   MOBE, LTD., a Malaysian company,          Case No. 2:16-cv-05708-FFM
13
                    Plaintiff,               **DECLARATION OF MATT LLOYD**
14                                           **IN SUPPORT OF MOBE'S  MOTION**
15          vs.                              **FOR  PRELIMINARY**
                                             **INJUNCTION**
16
   Digital Altitude LLC, a Delaware limited
17 liability company, Michael Force, an      HON. FREDERICK F. MUMM
   individual,                               UNITED STATES MAGISTRATE JUDGE
18                                           ROYBAL COURT, COURTROOM 580
                    Defendants.
19
20                                           Date:    September 6, 2016
                                             Time:    10:00 a.m.
21                                           Place:   Courtroom 580

22
23              <u>**DECLARATION OF MATT LLOYD**</u>

24        I, Matt Lloyd, declare:

25        1.      I am the CEO and founder of MOBE.  MOBE stands for My Own Business
26 Education.

27

28

            FTC-MOBE-002569

2.    The matters set forth in this declaration are based upon my own personal knowledge and the records maintained by MOBE.  If called upon to do so, I could and would competently testify to the matters set forth herein.

3.    I submit this declaration in support of MOBE's Motion for Preliminary Injunction in the above-captioned action (the "Action").

4.    MOBE teaches people how to launch, run, and grow their own highly successful businesses using the many services and tools provided by MOBE, including one of its signature products "My Top Tier Business System" ("MTTB System").  The MTTB System provides a step-by-step method for new business owners to rapidly build and grow a successful online business, and includes educational materials on topics such as obtaining funding for a business and generating traffic to a website.

5.    The MTTB System allows MOBE to provide its business knowledge and experience to people whom it would otherwise take years to develop and hone.  By following the MTTB System, business owners can jump start their businesses and create tremendous success.

6.    Initial access to the MTTB System is sold for $49.00, after which customers are presented with offers to purchase further MOBE products and training materials.  These additional materials are integral to MOBE's overall system and business plan and are sold to customers who have already initially purchased access to the MTTB System.

7.    Because of this structure, the MTTB System is the essential precursor to all of the revenue MOBE generates.  Indeed, the MTTB System is so significant to MOBE's business that it is offered at a discount (i.e., as a loss leader) in order to provide a platform for selling other MOBE products and services.  Thus, the economic value of a purchase of the MTTB System is not measurable and far exceeds the initial $49.00 entry price.  Because customers are highly motivated to refer additional customers to the MTTB System through a lucrative referral network and compensation structure, MOBE actively encourages MTTB System customers to refer additional customers to MOBE

**PX 25**

who in turn purchase additional products and services from MOBE. This loss of market share and opportunity cannot be measured or compensated for by money damages.

8.      The additional products offered by MOBE include memberships that provide customers extensive coaching, systems, and support in building their online businesses, multiple networking and mentorship opportunities, and opportunities to earn commissions for referring other customers to MOBE. These MOBE memberships are sold at different levels, at different prices. For example, MOBE's Diamond memberships are sold at $29,997 and require an investment of about $60,000 in training and further include ongoing payments of $297 a month. Other MOBE products cost up to $100,000. Before these purchase options are available, one must purchase the MTTB System.

9.      I grew up on a farm in a small town of 25 people in Western Australia. I spent years developing and finally founding MOBE. I spent over four years in the trenches learning about top tier affiliate marketing, and eventually developing MOBE and the MTTB System.

10.      In April, 2013, I was able to capitalize on years of dedication and hard work by finalizing the written materials for the MTTB System in the form of twenty-one separate documents ("21 Step Documents"). Each of these documents correspond to a step in the 21 step MTTB System. I wrote the 21 Step Documents in "script" format so they could be introduced and taught to customers through a video and slide program.

11.      In September 2013, after I had finalized the 21 Step Documents, I was approached by Michael Force ("Force"), who was at that time an existing sales representative for MOBE. Force was looking for a way to make more money and inquired if there was anything he could assist with. I agreed to allow Force to help with two discrete tasks: (1) creating presentation-type slides for each of the 21 Step Documents; and (2) making videos incorporating the slides and using the 21 Step Documents as the script ("2013 21 Step Videos").

12.      I wanted the presentation slides to appear in the 2013 21 Step Videos to help summarize and highlight central portions of 21 Step Documents. I worked with Force to

finalize the slides and the 2013 21 Step Videos during a one-week business seminar that MOBE was hosting in Mexico during September 2013. It was a good opportunity for me to work face-to-face with Force and provide him specific instructions to implement the 21 Step Documents through the 2013 21 Step Videos.

13.     Once I had educated Force and provided him with the key portions of the 21 Step Documents for inclusion in the slides, the creation of the 2013 21 Step Videos was simple because I had already written an entire script for each video. Force simply had to read the script (i.e., the 21 Step Documents) as the narrator.

14.     I formatted each of the 2013 21 Step Videos similarly, all starting off with an introduction summarizing the upcoming step and then transitioning to the substantive portion of the step using the slides and narration from the 21 Step Documents. The videos then conclude with an assignment, such as setting goals. While there are some minor variations, this general format is consistent throughout the 2013 21 Step Videos.

15.     I maintained complete creative control over the creation of the 2013 21 Step Videos. I alone ultimately approved the videos for upload to MOBE's website. Force had no authority to approve any creative aspects of the 2013 21 Step Videos, he simply implemented the materials that I provided him and did so pursuant to the detailed instructions that I provided him.

16.     After the 2013 21 Step Videos were uploaded to the MOBE website in October 2013, Force continued to perform discrete tasks for MOBE. I soon noticed a significant decline in Force's work product and discovered that Force was "outsourcing" some of the new projects he was supposed to be working on personally. Force also became non-responsive for long periods of time, which combined with the poor work product, forced MOBE to part ways with Force in about March 2014.

17.     In June 2014, shortly after Force's departure from MOBE, I created a new set of presentation-style slides ("2014 21 Step Slides") and videos ("2014 21 Step Videos") for the MTTB System. I selected different excerpts from the 21 Step Documents to use in the new slides and I arranged the slides in a different way. I also

1 added significant amounts of new material to the MTTB System using newly recorded
2 audio with his own voiceovers.
3     18. Subsequent to the creation of the 2014 21 Step Slides and 2014 21 Step
4 Videos, I continued to revise, edit, and add new material to the MTTB System, which
5 required further updates the 2014 21 Step Slides and 2014 21 Step Videos to reflect these
6 changes. The current version of the MTTB System videos ("Current 21 Step Videos"),
7 which are presently active and being used on MOBE's website, contain all revisions,
8 edits, and new material added to the MTTB System.
9     19. After Force and MOBE parted ways, Force started a competing business
10 called Digital Altitude LLC ("Digital Altitude"). Digital Altitude first launched its
11 website on in or about May 2016, long after Lloyd's creation of the new 2014 21 Step
12 Slides and Videos. Indeed, the first historical capture of Digital Altitude's website is
13 June 1, 2016.
14     20. Force has stated to me that he has "insiders" at MOBE that are feeding him
15 MOBE's information. For example, below is an excerpt from an email that I received
16 from Force:
17 I find it odd you think your the only one who has fans and or spy's on the inside... I get alerted every time you do anything. And your NOT the only one has
18 compiled hundreds of hours boiler room recordings, chats, emails, IM's, screenshots from disgruntled members, and compiled entire company processes from google docs.
19
20     21. Force has stated to me that he is judgment proof. For example, below is an
21 excerpt from an email that I received from Force:
22 I'd be happy to be done with you and this conversation. Fwd to your shady lawyer... could care less as they are the biggest liars on earth. Waste of time as there is nothing you can get from me. Have multiple citizenships, have no registered companies in the U.S. and hold no assets in the U.S. Good luck.
23
24     I declare under penalty of perjury under the laws of the United States that the
25 foregoing is true and correct.
26     Executed this 4th day of August 2016.
27
28                  Matthew Lloyd McPhee

**PX 25**         **FTC-MOBE-002573**

1  Tyson K. Hottinger (CA State Bar No. 253221; E-Mail: thottinger@mabr.com)
2  Kirk R. Harris (*pro hac vice* forthcoming; E-Mail: kharris@mabr.com)
   Mark W. Ford (*pro hac vice* forthcoming; E-Mail: mford@mabr.com)
3  Quincy J. Chuck (CA State Bar No. 307857; E-Mail: qchuck@mabr.com)
4  MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSEN & WRIGHT PLLC
   20 Pacifica, Suite 1130
5  Irvine, California 92618
6  Telephone:  (949) 202-1900
   Facsimile:  (949) 453-1104
7
8  Attorneys for Plaintiff MOBE, LTD.

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                WESTERN DIVISION

12

| | |
|---|---|
| MOBE, LTD., a Malaysian company, | Case No. 2:16-cv-05708-PA-KS |
| Plaintiff, | **DECLARATION OF TYSON K. HOTTINGER IN SUPPORT OF MOBE LTD.'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| Digital Altitude LLC, a Delaware limited liability company, Michael Force, an individual, | |
| Defendants. | HON. PERCY ANDERSON<br>UNITED STATES DISTRICT JUDGE<br>FIRST STREET, COURTROOM 9A |
| | Date:   May 8, 2017<br>Time:   1:30 PM<br>Place:  Courtroom No. 9A |

**PX 26**

FTC-MOBE-002574

# DECLARATION OF TYSON K. HOTTINGER

I, Tyson K. Hottinger, declare:

1.     I am a member in good standing of the State Bar of California, admitted to practice before this Court, a member of the law firm Maschoff Brennan Laycock Gilmore Israelsen & Wright PLLC (the "Firm"), and an attorney of record for MOBE[1] in the Action.

2.     The matters set forth in this declaration are based upon my own personal knowledge and the records maintained by the Firm, to which I have access in the course of fulfilling my duties for the Firm and its clients, including MOBE.  If called upon to do so, I could and would competently testify to the matters set forth herein.

3.     In the Declaration of Matt Lloyd in Support of MOBE's Motion for Preliminary Injunction, filed August 4, 2016, as ECF No. 14-2 in the above-captioned case (hereinafter, "Lloyd Decl."), Mr. Lloyd describes "21 Step Documents." (Lloyd Decl., ¶ 10.) The copyrights associated with each of the 21 Step Documents have been duly registered with the United States Copyright Office. True and correct copies of the Certificates of Registration associated with each are collected and attached hereto as **Exhibit 1**.

4.     The table below lists the contents of **Exhibit 1** and the Copyright Registration Number respectively assigned to each of the scripts which together comprise the 21 Step Documents.

| The 21 Step Documents | Copyright Registration Number |
|---|---|
| Original Step 1 | TX0008295358 |
| Original Step 2 | TX0008295354 |
| Original Step 3 | TX0008295351 |

---

[1] Capitalized terms shall have the same meaning as those specifically defined in MOBE's Memorandum in Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

**PX 26**

FTC-MOBE-002575

| The 21 Step Documents | Copyright Registration Number |
|---|---|
| Original Step 4 | TX0008295349 |
| Original Step 5 | TX0008295343 |
| Original Step 6 | TX0008295339 |
| Original Step 7 | TX0008295336 |
| Original Step 8 | TX0008295335 |
| Original Step 9 | TX0008295338 |
| Original Step 10 | TX0008295340 |
| Original Step 11 | TX0008295346 |
| Original Step 12 | TX0008295350 |
| Original Step 13 | TX0008295353 |
| Original Step 14 | TX0008295355 |
| Original Step 15 | TX0008295369 |
| Original Step 16 | TX0008295368 |
| Original Step 17 | TX0008295367 |
| Original Step 18 | TX0008295364 |
| Original Step 19 | TX0008295363 |
| Original Step 20 | TX0008295372 |
| Original Step 21 | TX0008295360 |

5.     Mr. Lloyd also describes in his declaration "2014 21 Step Slides." (Lloyd Decl., ¶ 17.) The copyrights associated with each of the 2014 21 Step Slides have been duly registered with the United States Copyright Office. True and correct copies of the Certificates of Registration associated with each are collected and attached hereto as **Exhibit 2**.

6.     The table below lists the contents of **Exhibit 2** and the Copyright Registration Number respectively assigned to each of the scripts which together comprise the 2014 21 Step Slides.

| The 2014 21 Step Slides | Copyright Registration Number |
|---|---|
| 2014 Step 1: How to make 6-figures in your first year with a top tier direct sales business model. | TX0008300808 |

**PX 26**

FTC-MOBE-002576

| The 2014 21 Step Slides | Copyright Registration Number |
|---|---|
| 2014 Step 2: Discover the missing ingredient 99% miss in business success. | TX0008300456 |
| 2014 Step 3: How to unlock your millionaire mind. | TX0008300445 |
| 2014 Step 4: Why 85% of franchises succeed while most other businesses fail. | TX0008300441 |
| 2014 Step 5: What is even more lucrative than a franchise model? | TX0008292837 |
| 2014 Step 6: How to license a proven and profitable online business. | TX0008292854 |
| 2014 Step 7: How to get the expert support you need to succeed. | TX0008300452 |
| 2014 Step 8: How to get paid quickly and easily with MOBE. | TX0008292940 |
| 2014 Step 9: How to get $3000 commissions with no extra work. | TX0008300455 |
| 2014 Step 10: How to get $5000 commissions with no extra work. | TX0008300267 |
| 2014 Step 11: How to get new Mercedes Benz paid for every month ... and other perks. | TX0008300265 |
| 2014 Step 12: How the phone sales team makes you money 24/7. | TX0008300450 |
| 2014 Step 13: How the MOBE team helps you build your business everyday. | TX0008300274 |
| 2014 Step 14: How to make 5x more money without any additional work. | TX0008300328 |
| 2014 Step 15: How goals are the GPS to your success. | TX0008300280 |
| 2014 Step 16: How to create success faster with helping hands. | TX0008300460 |
| 2014 Step 17: How to finance your new business venture. | TX0008293230 |
| 2014 Step 18: How to get steady streams of traffic, 24/7. | TX0008300474 |
| 2014 Step 19: How to get access to even more opportunities. | TX0008300471 |
| 2014 Step 20: Discover your why and manifest your success for life. | TX0008293243 |
| 2014 Step 21: Discover a special one-time offer, you don't want to miss. | TX0008293236 |

**PX 26**

FTC-MOBE-002577

7.    Attached hereto as **Exhibit 3** is a true and correct copy of relevant pages from the transcript of the Rule 30(b)(6) deposition of defendant Digital Altitude, taken April 6, 2017, in which defendant Michael Force served as the designated witness for all noticed topics.

8.    Attached hereto as **Exhibit 4** is a true and correct copy of MOBE's response to Digital Altitude's Amended Request for Production No. 20.

9.    Attached hereto as **Exhibit 5** is a true and correct copy of MOBE's response to Digital Altitude's Amended Interrogatory No. 6.

10.    Attached hereto as **Exhibit 6** is a true and correct copy of MOBE's response to Digital Altitude's Amended Interrogatory No. 7.

11.    Attached hereto as **Exhibit 7** is a true and correct copy of MOBE's response to Digital Altitude's Amended Interrogatory No. 8.

12.    Attached hereto as **Exhibit 8** is a true and correct copy of Facebook messages from Mr. Force to a MOBE affiliate and customer between October 2014 and November 2016.  The messages include the following statements, among others:  "we are serious business people and we only choose to partner & work with the reputable and the best, that is why we chose to work with you when you first reached out to use via Facebook IM . . ."

13.    Attached hereto as **Exhibit 9** is a true and correct copy of email chain between Digital Altitude and a MOBE customer.

14.    Attached hereto as **Exhibit 10** is a true and correct copy of Digital Altitude deposition exhibit no. 29.

15.    Attached hereto as **Exhibit 11** is a true and correct copy of Digital Altitude deposition exhibit no. 30.

16.    Attached hereto as **Exhibit 12** is a true and correct copy of Digital Altitude deposition exhibit no. 31.

17.    Attached hereto as **Exhibit 13** is a true and correct copy of Defendants amended initial disclosures.

**PX 26**

FTC-MOBE-002578

1        18.    Attached hereto as **Exhibit 14** are true and correct copies of a contract

2 executed by Jeremy Miner and a corresponding acceptance page showing Ryan Jaten and

3 Jeremy Miner accepted the terms and conditions of MOBE's agreements.

4        19.    Attached hereto as **Exhibit 15** is a true and correct copy of a video sent by

5 Mr. Lloyd to Mr. Force detailing changes for Mr. Force to make to some of MOBE's

6 materials.  This video was exhibit 5 to Digital Altitude's deposition.

7        20.    Attached hereto as **Exhibit 16** are a true and correct copies of emails to

8 MOBE's customer and affiliates containing Digital Altitude solicitations.

9      I declare under penalty of perjury under the laws of the United States that the

10 foregoing is true and correct.

11      Executed this 17th day of April 2017.

12                                */s/ Tyson K. Hottinger*

13                                Tyson K. Hottinger

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PX 26**

FTC-MOBE-002579

# EXHIBIT 1

Exhibit 1 Page 6
FTC-MOBE-002580

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Seyh Clagett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-295-358**
**Effective Date of Registration:**
July 21, 2016

---

**Title** _____

Title of Work:   Original Step 1

**Completion/Publication** _____

Year of Completion:   2013
Date of 1st Publication:   June 21, 2013
Nation of 1st Publication:   Australia

**Author** _____

- Author:   Mobe, Ltd
  Author Created:   text
  Work made for hire:   Yes
  Domiciled in:   Malaysia

**Copyright Claimant** _____

Copyright Claimant:   Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

**Limitation of copyright claim** _____

Material excluded from this claim:   text

New material included in claim:   text

**Rights and Permissions** _____

Organization Name:   Maschoff Brennan
Name:   Kirk Harris
Email:   kharris@mabr.com
Telephone:   (435)252-1360
Address:   1389 Center Drive
Suite 300
Park City, UT 84098 United States

**Certification** _____

Page 1 of 2

**PX 26**

Exhibit 1 Page 7
**FTC-MOBE-002581**

**Name:** Mark Ford
**Date:** July 21, 2016



FTC-MOBE-002582



# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyly Clayoth*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-295-354**

**Effective Date of Registration:**
July 21, 2016

## Title

**Title of Work:** Original Step 2

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 9
FTC-MOBE-002583

**Name:**  Mark Ford
**Date:**  July 21, 2016



**PX 26**

Exhibit 1 Page 10
FTC-MOBE-002584

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**TX 8-295-351**

**Effective Date of Registration:**
July 21, 2016

*Kayn Teyle Claypoll*

Acting United States Register of Copyrights and Director

## Title

| | |
|---|---|
| Title of Work: | Original Step 3 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | June 21, 2013 |
| Nation of 1st Publication: | Australia |

## Author

| | |
|---|---|
| • Author: | Mobe, Ltd |
| Author Created: | text |
| Work made for hire: | Yes |
| Domiciled in: | Malaysia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Mobe, Ltd |
| | B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | text |
| New material included in claim: | text |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Maschoff Brennan |
| Name: | Kirk Harris |
| Email: | kharris@mabr.com |
| Telephone: | (435)252-1360 |
| Address: | 1389 Center Drive |
| | Suite 300 |
| | Park City, UT 84098 United States |

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 11
FTC-MOBE-002585

**Name:**   Mark Ford
**Date**:   July 21, 2016



**PX 26**

Exhibit 1 Page 12
**FTC-MOBE-002586**



# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Teigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-295-349**

**Effective Date of Registration:**
July 21, 2016

## Title

**Title of Work:** Original Step 4

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 13
FTC-MOBE-002587

**Name:**   Mark Ford
**Date:**   July 21, 2016



**PX 26**

FTC-MOBE-002588



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-295-343

**Effective Date of Registration:**
July 21, 2016

## Title _____

**Title of Work:** Original Step 5

## Completion/Publication _____

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author _____

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant _____

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Rights and Permissions _____

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification _____

**Name:** Mark Ford
**Date:** July 21, 2016

Page 1 of 2

**PX 26**

Exhibit 1 Page 15
**FTC-MOBE-002589**

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 35 of 116 PageID 2696
Case 2:16-cv-00376-PPXRS   Document 335   Filed 00/17/17   Page 31 of 114 Page 16
#:4309





# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-295-339**

**Effective Date of Registration:**
July 21, 2016

## Title _____

Title of Work: Original Step 6

## Completion/Publication _____

Year of Completion: 2013
Date of 1st Publication: June 21, 2013
Nation of 1st Publication: Australia

## Author _____

- Author: Mobe, Ltd
  Author Created: text
  Work made for hire: Yes
  Domiciled in: Malaysia

## Copyright Claimant _____

Copyright Claimant: Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim _____

Material excluded from this claim: text

New material included in claim: text

## Rights and Permissions _____

Organization Name: Maschoff Brennan
Name: Kirk Harris
Email: kharris@mabr.com
Telephone: (435)252-1360
Address: 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification _____

Page 1 of 2

**PX 26**

Exhibit 1 Page 17
FTC-MOBE-002591

| | |
|---|---|
| **Name:** | Mark Ford |
| **Date**: | July 21, 2016 |



**PX 26**

Exhibit 1 Page 18
FTC-MOBE-002592

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-295-336**

**Effective Date of Registration:**
July 21, 2016

## Title _____

**Title of Work:**   Original Step 7

## Completion/Publication _____

**Year of Completion:**   2013
**Date of 1st Publication:**   June 21, 2013
**Nation of 1st Publication:**   Australia

## Author _____

• **Author:**   Mobe, Ltd
**Author Created:**   text
**Work made for hire:**   Yes
**Domiciled in:**   Malaysia

## Copyright Claimant _____

**Copyright Claimant:**   Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim _____

**Material excluded from this claim:**   text

**New material included in claim:**   text

## Rights and Permissions _____

**Organization Name:**   Maschoff Brennan
**Name:**   Kirk Harris
**Email:**   kharris@mabr.com
**Telephone:**   (435)252-1360
**Address:**   1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification _____

Page 1 of 2

**PX 26**

Exhibit 1 Page 19
**FTC-MOBE-002593**

**Name:** Mark Ford
**Date:** July 21, 2016



**PX 26**

Exhibit 1 Page 20
FTC-MOBE-002594

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-295-335
**Effective Date of Registration:**
July 21, 2016

## Title

| | |
|---|---|
| Title of Work: | Original Step 8 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | June 21, 2013 |
| Nation of 1st Publication: | Australia |

## Author

| | |
|---|---|
| • Author: | Mobe, Ltd |
| Author Created: | text |
| Work made for hire: | Yes |
| Domiciled in: | Malaysia |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Mobe, Ltd |
| | B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | text |
| New material included in claim: | text |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Maschoff Brennan |
| Name: | Kirk Harris |
| Email: | kharris@mabr.com |
| Telephone: | (435)252-1360 |
| Address: | 1389 Center Drive |
| | Suite 300 |
| | Park City, UT 84098 United States |

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 21
**FTC-MOBE-002595**

Case 6:18-cv-00862-RBD-DCI  Document 3-55  Filed 06/04/18  Page 41 of 116 PageID 2702
Case 2:16-cv-00275-PAKS  Document 3-51  Filed 06/27/17  Page 47 of 170  Page ID
#:4315

**Name:**  Mark Ford
**Date**:  July 21, 2016



**PX 26**

**FTC-MOBE-002596**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-295-338**

**Effective Date of Registration:**
July 21, 2016

## Title

Title of Work: Original Step 9

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: June 21, 2013
Nation of 1st Publication: Australia

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

Copyright Claimant: Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

Material excluded from this claim: text, photograph(s)

New material included in claim: text, artwork

## Rights and Permissions

Organization Name: Maschoff Brennan
Name: Kirk Harris
Email: kharris@mabr.com
Telephone: (435)252-1360
Address: 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 23
FTC-MOBE-002597

**Name:**   Mark Ford
**Date:**   July 21, 2016



**PX 26**

FTC-MOBE-002598

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 44 of 116 PageID 2705
Case 2:18-cv-00862-RBP-PKS Document 3-51 Filed 06/21/17 Page 20 of 114 Page ID
#:4318

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kam Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-295-340

**Effective Date of Registration:**
July 21, 2016

---

## Title

**Title of Work:** Original Step 10

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1ˢᵗ Publication:** Australia

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 25
FTC-MOBE-002599

Case 2:16-cv-08370-PARKS   Document 335   Filed 06/14/17   Page 21 of 174   Page ID
#:4319

**Name:** Mark Ford
**Date:** July 21, 2016



**PX 26**

FTC-MOBE-002600

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kaye Teigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-295-346
**Effective Date of Registration:**
July 21, 2016

## Title _____

|  |  |
|---|---|
| Title of Work: | Original Step 11 |

## Completion/Publication _____

|  |  |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | June 21, 2013 |
| Nation of 1st Publication: | Australia |

## Author _____

|  |  |
|---|---|
| •   Author: | Mobe, Ltd |
| Author Created: | text |
| Work made for hire: | Yes |
| Domiciled in: | Malaysia |

## Copyright Claimant _____

|  |  |
|---|---|
| Copyright Claimant: | Mobe, Ltd |
|  | B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia |

## Limitation of copyright claim _____

|  |  |
|---|---|
| Material excluded from this claim: | text, photograph(s) |
| New material included in claim: | text, photograph(s) |

## Rights and Permissions _____

|  |  |
|---|---|
| Organization Name: | Maschoff Brennan |
| Name: | Kirk Harris |
| Email: | kharris@mabr.com |
| Telephone: | (435)252-1360 |
| Address: | 1389 Center Drive |
|  | Suite 300 |
|  | Park City, UT 84098 United States |

## Certification _____

Page 1 of 2

**PX 26**

Exhibit 1 Page 27
**FTC-MOBE-002601**

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 47 of 116 PageID 2708
Case 2:16-cv-00237-PPS Document 335 Filed 06/21/17 Page 23 of 114 Page ID
#:4321

**Name:** Mark Ford
**Date**: July 21, 2016



**PX 26**

**FTC-MOBE-002602**

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 48 of 116 PageID 2709
Case 2:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 48 of 116 PageID 2709
#:4322

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-295-350

**Effective Date of Registration:**
July 21, 2016

## Title

**Title of Work:** Original Step 12

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s)

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 29
FTC-MOBE-002603

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 49 of 116 PageID 2710
Case 2:16-cv-00270-PKS   Document 3-35   Filed 06/24/17   Page 49 of 174   Page ID
#:4323

**Name:**   Mark Ford
**Date**:   July 21, 2016



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-295-353

**Effective Date of Registration:**
July 21, 2016

## Title

**Title of Work:** Original Step 13

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 31
FTC-MOBE-002605

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 51 of 116 PageID 2712
Case 2:16-cv-00270-PPS   Document 3-5   Filed 06/27/17   Page 27 of 104   Page ID
#:4325

**Name:** Mark Ford
**Date:** July 21, 2016





# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Tayh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-295-355

**Effective Date of Registration:**
July 21, 2016

---

## Title

**Title of Work:** Original Step 14

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 33
FTC-MOBE-002607

Case 6:18-cv-00862-RBD-DCI  Document 3-55  Filed 06/04/18  Page 53 of 116 PageID 2714
Case 2:16-cv-09270-P-PKS  Document 9-51  Filed 06/24/17  Page 39 of 114  Page ID
#:4327

**Name:**  Mark Ford
**Date**:  July 21, 2016



**PX 26**

FTC-MOBE-002608

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 54 of 116 PageID 2715
Case 2:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 56 of 116 PageID 2715
#:4328

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-295-369

**Effective Date of Registration:**
July 21, 2016

---

## Title
_____

**Title of Work:** Original Step 15

## Completion/Publication
_____

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author
_____

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant
_____

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim
_____

**Material excluded from this claim:** text, photograph(s)

**New material included in claim:** text

## Rights and Permissions
_____

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification
_____

Page 1 of 2

**PX 26**

Exhibit 1 Page 35
FTC-MOBE-002609

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 55 of 116 PageID 2716
Case 2:16-cv-00237-PP-KS   Document 3-35   Filed 02/17/17   Page 31 of 114   Page ID
#:4329

**Name:**   Mark Ford
**Date**:   July 21, 2016



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Tzyl Clyytt*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-295-368

**Effective Date of Registration:**
July 21, 2016

---

## Title

Title of Work: Original Step 16

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: June 21, 2013
Nation of 1st Publication: Australia

## Author

- Author: Mobe, Ltd
  Author Created: text
  Work made for hire: Yes
  Domiciled in: Malaysia

## Copyright Claimant

Copyright Claimant: Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

Material excluded from this claim: text, artwork

New material included in claim: text

## Rights and Permissions

Organization Name: Maschoff Brennan
Name: Kirk Harris
Email: kharris@mabr.com
Telephone: (435)252-1360
Address: 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

PX 26

Exhibit 1 Page 37

FTC-MOBE-002611

Case 2:16-cv-00270-P-KS Document 39-1 Filed 06/27/17 Page 53 of 174 Page ID #:4331

**Name:** Mark Ford
**Date:** July 21, 2016



**PX 26**

Exhibit 1 Page 38
**FTC-MOBE-002612**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-295-367**

**Effective Date of Registration:**
July 21, 2016

## Title

**Title of Work:** Original Step 17

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**Name:** Mark Ford
**Date:** July 21, 2016



Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 60 of 116 PageID 2721
Case 8:16-cv-00862-RBP-AKs Document 3-55 Filed 06/24/17 Page 36 of 116 Page ID
#:4334

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-295-364

**Effective Date of Registration:**
July 21, 2016

## Title

**Title of Work:** Original Step 18

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 1 Page 41
FTC-MOBE-002615

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 61 of 116 PageID 2722
Case 2:16-cv-03767-PA-KS Document 3-35 Filed 06/24/17 Page 87 of 114 Page ID
#:4335

**Name:** Mark Ford
**Date:** July 21, 2016



**PX 26**

**FTC-MOBE-002616**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-295-363
**Effective Date of Registration:**
July 21, 2016

---

## Title _____

Title of Work: Original Step 19

## Completion/Publication _____

Year of Completion: 2013
Date of 1st Publication: June 21, 2013
Nation of 1st Publication: Australia

## Author _____

- Author: Mobe, Ltd
  Author Created: text
  Work made for hire: Yes
  Domiciled in: Malaysia

## Copyright Claimant _____

Copyright Claimant: Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim _____

Material excluded from this claim: text

New material included in claim: text, artwork

## Rights and Permissions _____

Organization Name: Maschoff Brennan
Name: Kirk Harris
Email: kharris@mabr.com
Telephone: (435)252-1360
Address: 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification _____

Page 1 of 2

**PX 26**

Exhibit 1 Page 43
**FTC-MOBE-002617**

**Name:** Mark Ford
**Date:** July 21, 2016



**PX 26**

FTC-MOBE-002618

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-295-372

**Effective Date of Registration:**
July 21, 2016

## Title

**Title of Work:** Original Step 20

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 21, 2013
**Nation of 1st Publication:** Australia

## Author

• **Author:** Mobe, Ltd
**Author Created:** text
**Work made for hire:** Yes
**Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**Name:** Mark Ford
**Date**: July 21, 2016



**PX 26**

Exhibit 1 Page 46
**FTC-MOBE-002620**

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 66 of 116 PageID 2727
Case 8:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 62 of 116 PageID
#:4340

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-295-360
**Effective Date of Registration:**
July 21, 2016

## Title _____

|  |  |
|---|---|
| **Title of Work:** | Original Step 21 |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | June 21, 2013 |
| **Nation of 1ˢᵗ Publication:** | Australia |

## Author _____

|  |  |
|---|---|
| • **Author:** | Mobe, Ltd |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Malaysia |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Mobe, Ltd |
|  | B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia |

## Limitation of copyright claim _____

|  |  |
|---|---|
| **Material excluded from this claim:** | text |
| **New material included in claim:** | text, photograph(s) |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | Maschoff Brennan |
| **Name:** | Kirk Harris |
| **Email:** | kharris@mabr.com |
| **Telephone:** | (435)252-1360 |
| **Address:** | 1389 Center Drive |
|  | Suite 300 |
|  | Park City, UT 84098 United States |

## Certification _____

Page 1 of 2

**PX 26**

Exhibit 1 Page 47
FTC-MOBE-002621

**Name:** Mark Ford
**Date**: July 21, 2016



**PX 26**

Exhibit 1 Page 48

FTC-MOBE-002622

# EXHIBIT 2

Exhibit 2 Page 49
FTC-MOBE-002623

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-300-808**

**Effective Date of Registration:**
July 13, 2016

## Title _____

**Title of Work:**   2014 Step 1: How to make 6-figures in your first year with a top tier direct sales
business model

## Completion/Publication _____

**Year of Completion:**   2014
**Date of 1st Publication:**   July 21, 2014
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Mobe, Ltd
**Author Created:**   text
**Work made for hire:**   Yes
**Domiciled in:**   Malaysia

## Copyright Claimant _____

**Copyright Claimant:**   Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim _____

**Material excluded from this claim:**   photograph(s), artwork

**New material included in claim:**   text

## Rights and Permissions _____

**Organization Name:**   Maschoff Brennan
**Name:**   Kirk Harris
**Email:**   kharris@mabr.com
**Telephone:**   (435)252-1360
**Address:**   1389 Center Drive
Suite 300
Park City, UT 84098 United States

Page 1 of 2

**PX 26**

Exhibit 2 Page 50
FTC-MOBE-002624

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 70 of 116 PageID 2731
Case 2:16-cv-02766-PARS Document 3-55 Filed 06/24/17 Page 46 of 116 Page ID 2731
#:4344

## Certification

|  | |
|---|---|
| **Name:** | Mark Ford |
| **Date:** | July 13, 2016 |

**Correspondence:** Yes



**PX 26**

FTC-MOBE-002625

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Cayle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-300-456

**Effective Date of Registration:**
July 13, 2016

---

## Title

**Title of Work:**   2014 Step 2: Discover the missing ingredient 99% miss in business success

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   July 21, 2014
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Mobe, Ltd
  **Author Created:**   text
  **Work made for hire:**   Yes
  **Domiciled in:**   Malaysia

## Copyright Claimant

**Copyright Claimant:**   Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim

**Material excluded from this claim:**   photograph(s), artwork

**New material included in claim:**   text

## Rights and Permissions

**Organization Name:**   Maschoff Brennan
**Name:**   Kirk Harris
**Email:**   kharris@mabr.com
**Telephone:**   (435)252-1360
**Address:**   1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 72 of 116 PageID 2733
Case 2:16-cv-03070-PAKS   Document 35-1   Filed 02/17/17   Page 73 of 174   Page ID
#:4346

**Name:**   Mark Ford
**Date**:   July 13, 2016

**Correspondence:**   Yes



**PX 26**

**FTC-MOBE-002627**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Tayle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-300-445

**Effective Date of Registration:**
July 13, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | 2014 Step 3: How to unlock your millionaire mind |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | July 21, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ● **Author:** | Mobe, Ltd |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Malaysia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | photograph(s), artwork |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Maschoff Brennan |
| **Name:** | Kirk Harris |
| **Email:** | kharris@mabr.com |
| **Telephone:** | (435)252-1360 |
| **Address:** | 1389 Center Drive
Suite 300
Park City, UT 84098 United States |

## Certification

Page 1 of 2

**PX 26**

Exhibit 2 Page 54
FTC-MOBE-002628

**Name:**   Mark Ford
**Date**:   July 13, 2016

**Correspondence:**   Yes



**PX 26**

FTC-MOBE-002629

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Zayle Clappth*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-300-441**
**Effective Date of Registration:**
July 13, 2016

---

## Title

**Title of Work:** 2014 Step 4: Why 85% of franchises succeed while most other businesses fail

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 21, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 76 of 116 PageID 2737
Case 2:16-cv-02705-PARS   Document 35-1   Filed 02/27/17   Page 52 of 114   Page ID
#:4350

| | |
|---|---|
| **Name:** | Mark Ford |
| **Date**: | July 13, 2016 |

**Correspondence:**   Yes



**PX 26**

FTC-MOBE-002631

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clapett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-292-837**

**Effective Date of Registration:**
July 13, 2016

## Title _____

**Title of Work:** 2014 Step 5: What is even more lucrative than a franchise model?

## Completion/Publication _____

**Year of Completion:** 2014
**Date of 1st Publication:** July 21, 2014
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant _____

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim _____

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text, photograph(s)

## Rights and Permissions _____

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification _____

Page 1 of 2

**PX 26**

Exhibit 2 Page 58
**FTC-MOBE-002632**

| | |
|---|---|
| **Name:** | Mark Ford |
| **Date**: | July 13, 2016 |



FTC-MOBE-002633

**PX 26**

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Feyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-292-854

**Effective Date of Registration:**
July 13, 2016

---

## Title

**Title of Work:** 2014 Step 6: How to license a proven and profitable online business

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 21, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text, photograph(s)

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 80 of 116 PageID 2741
Case 2:16-cv-02705-PARS   Document 3-35   Filed 06/24/17   Page 86 of 114   Page iD
#:4354

**Name:**  Mark Ford
**Date**:  July 13, 2016



**PX 26**

Exhibit 2 Page 61
**FTC-MOBE-002635**



# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-300-452

**Effective Date of Registration:**
July 13, 2016

## Title _____

Title of Work: 2014 Step 7: How to get the expert support you need to succeed

## Completion/Publication _____

Year of Completion: 2014
Date of 1st Publication: July 21, 2014
Nation of 1st Publication: United States

## Author _____

- Author: Mobe, Ltd
Author Created: text
Work made for hire: Yes
Domiciled in: Malaysia

## Copyright Claimant _____

Copyright Claimant: Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim _____

Material excluded from this claim: photograph(s), artwork

New material included in claim: text

## Rights and Permissions _____

Organization Name: Maschoff Brennan
Name: Kirk Harris
Email: kharris@mabr.com
Telephone: (435)252-1360
Address: 1389 Center Drive
Suite 300
Park City, UT 84108 United States

## Certification _____

Page 1 of 2

|  |  |
|---|---|
| **Name:** | Mark Ford |
| **Date**: | July 13, 2016 |

**Correspondence:**  Yes





# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Feyle Clayott*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-292-940

**Effective Date of Registration:**
July 13, 2016

## Title

| | |
|---|---|
| **Title of Work:** | 2014 Step 8: How to get paid quickly and easily with MOBE |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | July 21, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Mobe, Ltd |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Malaysia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mobe, Ltd |
| | B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | photograph(s), artwork |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Maschoff Brennan |
| **Name:** | Kirk Harris |
| **Email:** | kharris@mabr.com |
| **Telephone:** | (435)252-1360 |
| **Address:** | 1389 Center Drive |
| | Suite 300 |
| | Park City, UT 84098 United States |

## Certification

**PX 26**

Exhibit 2 Page 64
FTC-MOBE-002638

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 84 of 116 PageID 2745
Case 2:16-cv-00270-PARS   Document 35-1   Filed 06/21/17   Page 80 of 174   Page ID 745
#:4358

**Name:**  Mark Ford
**Date**:  July 13, 2016



**PX 26**

Exhibit 2 Page 65
FTC-MOBE-002639

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leyle Clayell*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-300-455

**Effective Date of Registration:**
July 13, 2016

---

## Title
_____

　　　　　　**Title of Work:**　2014 Step 9: How to get $3000 commissions with no extra work

## Completion/Publication
_____

　　　　　　**Year of Completion:**　2014
　　　　**Date of 1st Publication:**　July 21, 2014
　　**Nation of 1st Publication:**　United States

## Author
_____

　　　　　• **Author:**　Mobe, Ltd
　　　**Author Created:**　text
　**Work made for hire:**　Yes
　　　　**Domiciled in:**　Malaysia

## Copyright Claimant
_____

　　　**Copyright Claimant:**　Mobe, Ltd
　　　　　　　　　　　　　　B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim
_____

　**Material excluded from this claim:**　photograph(s), artwork

　**New material included in claim:**　text

## Rights and Permissions
_____

　　**Organization Name:**　Maschoff Brennan
　　　　　　　　**Name:**　Kirk Harris
　　　　　　　**Email:**　kharris@mabr.com
　　　　　　**Address:**　1389 Center Drive
　　　　　　　　　　　Suite 300
　　　　　　　　　　　Park City, UT 84098 United States

## Certification
_____

Page 1 of 2

**PX 26**

Exhibit 2 Page 66
FTC-MOBE-002640

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 86 of 116 PageID 2747
Case 2:16-cv-00237-P-PKS Document 3-35 Filed 00/27/17 Page 82 of 170 Page ID
#:4360

**Name:** Mark Ford
**Date**: July 13, 2016

**Correspondence:** Yes



**PX 26**

**FTC-MOBE-002641**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Feyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-300-267**

**Effective Date of Registration:**
July 13, 2016

## Title _____

**Title of Work:**   2014 Step 10: How to get $5000 commissions with no extra work

## Completion/Publication _____

**Year of Completion:**   2014
**Date of 1st Publication:**   July 21, 2014
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Mobe, Ltd
  **Author Created:**   text
  **Work made for hire:**   Yes
  **Domiciled in:**   Malaysia

## Copyright Claimant _____

**Copyright Claimant:**   Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim _____

**Material excluded from this claim:**   photograph(s), artwork

**New material included in claim:**   text

## Rights and Permissions _____

**Organization Name:**   Maschoff Brennan
**Name:**   Kirk Harris
**Email:**   kharris@mabr.com
**Telephone:**   (435)252-1360
**Address:**   1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification _____

Page 1 of 2

**PX 26**

Exhibit 2 Page 68
FTC-MOBE-002642

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 88 of 116 PageID 2749
Case 2:16-cv-00276-PKS   Document 535   Filed 06/24/16   Page 84 of 116 Page ID
#:4362

**Name:** Mark Ford
**Date:** July 13, 2016

**Correspondence:** Yes



**PX 26**

**FTC-MOBE-002643**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Engle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-300-265

**Effective Date of Registration:**
July 13, 2016

---

## Title _____

**Title of Work:** 2014 Step 11: How to get new Mercedes Benz paid for every month ... and other perks

## Completion/Publication _____

**Year of Completion:** 2014
**Date of 1st Publication:** July 21, 2014
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant _____

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim _____

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions _____

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

Page 1 of 2

## Certification

**Name:** Mark Ford
**Date:** July 13, 2016

**Correspondence:** Yes



**PX 26**

Exhibit 2 Page 71
FTC-MOBE-002645

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-300-450**

**Effective Date of Registration:**
July 13, 2016

---

## Title

Title of Work:  2014 Step 12: How the phone sales team makes you money 24/7

## Completion/Publication

Year of Completion:  2014
Date of 1st Publication:  July 21, 2014
Nation of 1st Publication:  United States

## Author

- **Author:**  Mobe, Ltd
  **Author Created:**  text
  **Work made for hire:**  Yes
  **Domiciled in:**  Malaysia

## Copyright Claimant

Copyright Claimant:  Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim

Material excluded from this claim:  artwork

New material included in claim:  text

## Rights and Permissions

Organization Name:  Maschoff Brennan
Name:  Kirk Harris
Email:  kharris@mabr.com
Address:  1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 2 Page 72
FTC-MOBE-002646

Case 2:16-cv-00270-P-PKS   Document 35-1   Filed 06/21/17   Page 88 of 114   Page ID
#:4366

**Name:** Mark Ford
**Date:** July 13, 2016

**Correspondence:** Yes



**PX 26**

FTC-MOBE-002647

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Tergle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-300-274

**Effective Date of Registration:**
July 13, 2016

## Title
---

Title of Work: 2014 Step 13: How the MOBE team helps you build your business everyday

## Completion/Publication
---

Year of Completion: 2014
Date of 1st Publication: July 21, 2014
Nation of 1st Publication: United States

## Author
---

- Author: Mobe, Ltd
Author Created: text
Work made for hire: Yes
Domiciled in: Malaysia

## Copyright Claimant
---

Copyright Claimant: Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim
---

Material excluded from this claim: photograph(s)

New material included in claim: text

## Rights and Permissions
---

Organization Name: Maschoff Brennan
Name: Kirk Harris
Email: kharris@mabr.com
Telephone: (435)252-1360
Address: 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification
---

Page 1 of 2

**PX 26**

Exhibit 2 Page 74
FTC-MOBE-002648

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 94 of 116 PageID 2755
Case 2:16-cv-00237-PA-RCS   Document 335   Filed 06/17/17   Page 94 of 116   Page 12755
#:4368

**Name:**  Mark Ford
**Date**:  July 13, 2016

**Correspondence:**  Yes



**PX 26**
FTC-MOBE-002649

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-300-328**
**Effective Date of Registration:**
July 13, 2016

## Title

**Title of Work:** 2014 Step 14: How to make 5x more money without any additional work

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 21, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

Page 1 of 2

**PX 26**

Exhibit 2 Page 76
FTC-MOBE-002650

**Name:** Mark Ford
**Date:** July 13, 2016

**Correspondence:** Yes



**PX 26**

**FTC-MOBE-002651**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-300-280**

**Effective Date of Registration:**
July 13, 2016

## Title _____

**Title of Work:**   2014 Step 15: How goals are the GPS to your success

## Completion/Publication _____

**Year of Completion:**   2014
**Date of 1st Publication:**   July 21, 2014
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Mobe, Ltd
  **Author Created:**   text
  **Work made for hire:**   Yes
  **Domiciled in:**   Malaysia

## Copyright Claimant _____

**Copyright Claimant:**   Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of  copyright claim _____

**Material excluded from this claim:**   photograph(s), artwork

**New material included in claim:**   text

## Rights and Permissions _____

**Organization Name:**   Maschoff Brennan
**Name:**   Kirk Harris
**Email:**   kharris@mabr.com
**Telephone:**   (435)252-1360
**Address:**   1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification _____

Page 1 of 2

**PX 26**

Exhibit 2 Page 78
**FTC-MOBE-002652**

Case 6:18-cv-00862-RBD-DCI   Document 3-55   Filed 06/04/18   Page 98 of 116 PageID 2759
Case 2:16-cv-02705-PRKS   Document 3-55   Filed 06/24/17   Page 98 of 116   Page ID
#:4372

Name: Mark Ford
Date: July 13, 2016

Correspondence:     Yes



**PX 26**

FTC-MOBE-002653

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-300-460

**Effective Date of Registration:**
July 13, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | 2014 Step 16: How to create success faster with helping hands |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | July 21, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Mobe, Ltd |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Malaysia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mobe, Ltd<br>B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | photograph(s), artwork |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Maschoff Brennan |
| **Name:** | Kirk Harris |
| **Email:** | kharris@mabr.com |
| **Telephone:** | (435)252-1360 |
| **Address:** | 1389 Center Drive<br>Suite 300<br>Park City, UT 84098 United States |

## Certification

---

Page 1 of 2

## PX 26

Exhibit 2 Page 80
**FTC-MOBE-002654**

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 100 of 116 PageID 2761
Case 2:16-cv-00878-PARKS Document 3-55 Filed 06/04/18 Page 90 of 116 PageID 2
#:4374

|  |  |
|---|---|
| **Name:** | Mark Ford |
| **Date**: | July 13, 2016 |

**Correspondence:**   Yes



Case 6:18-cv-00862-RBD-DCI Document 35-1 Filed 06/04/18 Page 101 of 116 PageID 3762
Case 2:16-cv-08067-BP PAKS Document 35-1 Filed 06/04/18 Page 91 of 116 Page 13
#:4375



# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-293-230

**Effective Date of Registration:**
July 13, 2016

---

## Title
_____

Title of Work: 2014 Step 17: How to finance your new business venture

## Completion/Publication
_____

Year of Completion: 2014
Date of 1st Publication: July 21, 2014
Nation of 1st Publication: United States

## Author
_____

- Author: Mobe, Ltd
  Author Created: text
  Work made for hire: Yes
  Domiciled in: Malaysia

## Copyright Claimant
_____

Copyright Claimant: Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim
_____

Material excluded from this claim: photograph(s), artwork

New material included in claim: text

## Rights and Permissions
_____

Organization Name: Maschoff Brennan
Name: Kirk Harris
Email: kharris@mabr.com
Telephone: (435)252-1360
Address: 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification
_____

Page 1 of 2

**PX 26**

Exhibit 2 Page 82
FTC-MOBE-002656

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 102 of 116 PageID 2763
Case 2:16-cv-00578-PAKS Document 3-51 Filed 04/11/17 Page 92 of 116 PageID 3
#:4376

**Name:** Mark Ford
**Date:** July 13, 2016



**PX 26**

FTC-MOBE-002657

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay Peyly Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-300-474
**Effective Date of Registration:**
July 13, 2016

## Title _____

Title of Work: 2014 Step 18: How to get steady streams of traffic, 24/7

## Completion/Publication _____

Year of Completion: 2014
Date of 1st Publication: July 21, 2014
Nation of 1st Publication: United States

## Author _____

- Author: Mobe, Ltd
  Author Created: text
  Work made for hire: Yes
  Domiciled in: Malaysia

## Copyright Claimant _____

Copyright Claimant: Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim _____

Material excluded from this claim: photograph(s), artwork

New material included in claim: text

## Rights and Permissions _____

Organization Name: Maschoff Brennan
Name: Kirk Harris
Email: kharris@mabr.com
Telephone: (435)252-1360
Address: 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification _____

Page 1 of 2

**PX 26**

Exhibit 2 Page 84
FTC-MOBE-002658

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 104 of 116 PageID 2765
Case 2:16-cv-06708-PA-KS Document 3-55 Filed 09/11/17 Page 96 of 116 Page ID
#:4378

**Name:** Mark Ford
**Date:** July 13, 2016

**Correspondence:** Yes



**PX 26**

FTC-MOBE-002659

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-300-471
**Effective Date of Registration:**
July 13, 2016

## Title

Title of Work: 2014 Step 19: How to get access to even more opportunities

## Completion/Publication

Year of Completion: 2014
Date of 1st Publication: July 21, 2014
Nation of 1st Publication: United States

## Author

- Author: Mobe, Ltd
  Author Created: text
  Work made for hire: Yes
  Domiciled in: Malaysia

## Copyright Claimant

Copyright Claimant: Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur, Malaysia

## Limitation of copyright claim

Material excluded from this claim: photograph(s), artwork

New material included in claim: text

## Rights and Permissions

Organization Name: Maschoff Brennan
Name: Kirk Harris
Email: kharris@mabr.com
Telephone: (435)252-1360
Address: 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

**PX 26**

Exhibit 2 Page 86
FTC-MOBE-002660

**Name:** Mark Ford
**Date:** July 13, 2016

**Correspondence:**   Yes



**PX 26**

**FTC-MOBE-002661**

Case 6:18-cv-00862-RBD-DCI Document 3-55 Filed 06/04/18 Page 107 of 116 PageID 3768
Case 2:16-cv-08676-RGK-PLAS Document 353-1 Filed 06/04/18 Page 93 of 116 Page 3
#:4381

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-293-243
**Effective Date of Registration:**
July 13, 2016

---

## Title

**Title of Work:** 2014 Step 20: Discover your why and manifest your success for life

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 21, 2014
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

**PX 26**

Exhibit 2 Page 88
FTC-MOBE-002662

**Name:** Mark Ford
**Date:** July 13, 2016



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Tyyle Claypett*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-293-236

**Effective Date of Registration:**
July 13, 2016

---

## Title

**Title of Work:** 2014 Step 21: Discover a special one-time offer, you don't want to miss

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 21, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Mobe, Ltd
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** Malaysia

## Copyright Claimant

**Copyright Claimant:** Mobe, Ltd
B1-28-8 Soho Suites at DLCC, No. 20 Jalan Perak 50450, Kuala Lumpur,
Malaysia

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Maschoff Brennan
**Name:** Kirk Harris
**Email:** kharris@mabr.com
**Telephone:** (435)252-1360
**Address:** 1389 Center Drive
Suite 300
Park City, UT 84098 United States

## Certification

---

Page 1 of 2

**Name:** Mark Ford
**Date**: July 13, 2016



# EXHIBIT 3

Exhibit 3 Page 92
FTC-MOBE-002666

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, | Case No. _____ |
| Plaintiff, | **<u>FILED UNDER SEAL</u>** |
| v. | |
| **MOBE Ltd.**, et al., | |
| Defendants. | |

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**<u>WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE</u>**

**VOLUME III-A**

PX 30  Documents produced by Bank of America, N.A. ...................................................2667

PX 31  Documents produced by Branch Banking & Trust Company ............................2719

PX 32  Documents produced by JP Morgan Chase Bank, N.A. ......................................2748

PX 33  Documents produced by Regions Bank......................................................................2792

PX 34  Documents produced by Wells Fargo Bank, N.A......................................................2797

PX 35  Documents produced by DFS Services, LLC ......................................................2812

PX 36  Documents produced by MasterCard Inc. ...........................................................2816

PX 37  Documents produced by Visa, Inc. .......................................................................2825

PX 38  Documents produced by Bank of America Merchant Services, LLC .................2837

PX 39  Documents produced by PayPal Holdings, Inc....................................................2987

Bank of America Legal Order Processing
Regarding reference number: D092517000536
Court case number: 1723072
Court or issuer: FEDERAL TRADE COMMISSION
Court case name: MATTHEW MCPHEE

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Katherine Brown
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Katherine Brown, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**

**SOME ITEMS PRODUCED ON CD:**
**WIRE DETAILS PRODUCED ON CD:**

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| ███████ | ██ | ████████ | ████ |
| █ | ██ | ███ | ████ |
| ██████ | ██ | ██ | ████ |
| ██████ | ██ | ██████ | ████ |
| █ | ██ | ███ | ████ |
| ███ | ██ | ██████████ | ██████ |
| ███ | ██ | ███ | ████ |
| █████ | ██ | ███████ | ████ |
| ███████ | ██ | █████████ | ████ |
| ██████ | ██ | ██ | ████ |
| █ | ██ | ████████ | ████ |
| ███████ | ██ | █████████ | ████ |
| █████ | ██ | ██ | ████ |

**PX 30**

FTC-MOBE-002667

| | | | |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| MOBEPROCESSING.COM, INC. | 3505 | Checks, Statement Pages, Signature Card, Deposits, Offsets | 05/2016 - 09/2017 |
| MOBEPROCESSING.COM, INC. | 3518 | Statement Pages, Signature Card | 05/2016 - 09/2017 |
| TRANSACTION MANAGEMENT USA, INC. | 8710 | Statement Pages, Signature Card, Deposits, Offsets | 05/2017 - 09/2017 |
| TRANSACTION MANAGEMENT USA, INC. | 8736 | Statement Pages, Signature Card | 05/2017 - 09/2017 |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |

**PX 30**

FTC-MOBE-002668

3.) **Production.**

_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

<div align="center">OR</div>

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: __10|18|17__   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __18__ day of __October__ __2017__. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of DELAWARE
City/County of NEWARK/NEW CASTLE

<div style="border:1px solid black; display:inline-block; padding:4px;">

**WILLIAM CURTIS EDGE**
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 7, 2017

</div>

<div align="center">

# PX 30

</div>