

October 18, 2017

FEDERAL TRADE COMMISSION
TERRELL MCSWEENY
600 PENNSYLVANIA AVE., NW. M/S CC-8528
WASHINGTON, DC  20580

Regarding reference number: D092517000536
Case name: MATTHEW MCPHEE
Case number: 1723072
Customer name:

Enclosed are the documents requested in the subpoena/legal request issued in the above case.

## What you need to know

We consider your receipt of these records compliance with the above referenced subpoena/legal request and our file is now closed for this matter.

*PLEASE NOTE:* THE BANK DOES NOT HAVE CHECK, DEPOSIT & WIRE DETAILS FOR ALL ACCOUNTS LISTED FOR THE TIME FRAME REQUESTED.

Also enclosed is an invoice for expenses incurred in complying with your request. Please direct the payment to the address listed below.

## What you need to do

If you need to forward any additional correspondence to us regarding this case, please mail it to the following address:

Bank of America
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850

## Questions?

If you have any questions, please call us at 213-580-0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing

# PX 30

FTC-MOBE-002670



October 18, 2017

FEDERAL TRADE COMMISSION
TERRELL MCSWEENY
600 PENNSYLVANIA AVE., NW. M/S CC-8528
WASHINGTON, DC 20580

Regarding reference number: D092517000536
Case NAME: MATTHEW MCPHEE
Case number: 1723072

***FOR PERSONAL ACCOUNTS:***

**NAME: MATTHEW MCPHEE** UNABLE TO LOCATE WITH THE INFORMATION PROVIDED



**NAME: RUSSELL W WHITNEY**

ADDRESS: 232 BAYSHORE DR CAPE CORAL FL 339045809

| ACCOUNT NUMBER: | ███ 7992 | ACCOUNT TYPE: CHECKING |
| ACCOUNT NUMBER: | ███ 0556 | ACCOUNT TYPE: CHECKING |
| ACCOUNT NUMBER: | ███ 4528 | ACCOUNT TYPE: DEBIT CARD |
| ACCOUNT NUMBER: | ███ 3973 | ACCOUNT TYPE: DEBIT CARD |

**NAME: MS SUSAN G ZANGHI**

ADDRESS: 8207 GOLF RIDGE DR CHARLOTTE NC 282778867

| ACCOUNT NUMBER: | ███ 3505 | ACCOUNT TYPE: CHECKING |
| ACCOUNT NUMBER: | ███ 8710 | ACCOUNT TYPE: CHECKING |
| ACCOUNT NUMBER: | ███ 3518 | ACCOUNT TYPE: SAVINGS |
| ACCOUNT NUMBER: | ███ 8736 | ACCOUNT TYPE: SAVINGS |
| ACCOUNT NUMBER: | ███ 3410 | ACCOUNT TYPE: DEBIT CARD |

**PX 30**

FTC-MOBE-002671

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

| | |
|---|---|
| **Account Number:** ▮3505 | **Bank Number:** 701 |

**Account Type:**   ☒ DDA    ☐ SAV    ☐ CD

**Account Title:**

MOBEPROCESSING.COM, INC.

---

**Legal Designation:**

☐ Individual/Sole Proprietor    ☐ Trust/Estate    ☐ Unincorporated Association    ☒ C Corporation    ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____    (or)  Employer Identification Number  47-3489384

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 MATTHEW LLOYD MCPHEE | C.E.O. | *signature* | 9/28/16 |
| 2 SUSAN G ZANGHI | FINANCE MANAGER | *signature* | 9/28/16 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NNC
00-14-9297MW  08-2014

Page 1 of 2

**PX 30**

FTC-MOBE-002672

Account Number: ▮▮▮▮3505

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_Susan G Zangh_        _Finance Manager_

Authorized Signer          Title

---

**Review Information**

**Customer 1**

Name   MATTHEW LLOYD MCPHEE

| ID Type | Foreign Passport W/Photo | ID# ▮▮▮ | ID Issuer | Australia | Iss Date ▮▮▮ | Exp Date ▮▮▮ |

| ID Type | Foreign Dr Lic-W/Photo | ID# ▮▮▮ | ID Issuer | Australia | Iss Date N/A | Exp Date ▮▮▮ |

**Customer 2:**

Name   SUSAN G ZANGHI

| ID Type | US Driver License W/Photo | ID# ▮▮ | ID Issuer | North Carolina | Iss Date ▮▮▮ | Exp Date ▮▮▮ |

| ID Type | Db/Chk Card-Othr Fin Inst | ID# 2035 | ID Issuer | | Iss Date N/A | Exp Date ▮▮▮ |

**Customer 3:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 4:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 5:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

---

**Bank Information**

| | |
|---|---|
| Date | 09/28/2016 |
| Banking Center Name | ARBORETUM |
| Associate's Name | Stephan Amvame Ekekang |
| Associate's Phone Number | 704-602-4985 |

NNC
00-14-9297MW  08-2014

**PX 30**

FTC-MOBE-002673

**Bank of America** ⤝

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

Account Number: [�enhanced]3518                               Bank Number: 701

Account Type:      ☐ DDA      ☒ SAV      ☐ CD

Account Title:

MOBEPROCESSING.COM, INC.

---

**Legal Designation:**

☐ Individual/Sole Proprietor     ☐ Trust/Estate     ☐ Unincorporated Association     ☒ C Corporation     ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____   (or)   Employer Identification Number   47-3489384

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents.  **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported.  The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9.)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 MATTHEW LLOYD MCPHEE | C.E.O. | *matt mcphee* | 9/28/2016 |
| 2 SUSAN G ZANGHI | FINANCE MANAGER | *Susan D Zanghi* | 9/28/2016 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NNC
00-14-9297MW  08-2014

© 2012 Bank of America, N.A.  All Rights Reserved
Page 1 of 2

**PX 30**

**Account Number:** 2370 3415 3518

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_Susan G Zanghi_
Authorized Signer

_Ivins Zghi_  Finance Manager
Title

---

**Review Information**

**Customer 1:**

Name___ MATTHEW LLOYD MCPHEE

ID Type Foreign Passport W/Photo____ ID# ███ ID Issuer. Australia____ Iss. Date ███ Exp Date ███

ID Type Foreign Dr Lic-W/Photo____ ID# ███ ID Issuer Australia____ Iss Date N/A Exp Date ███

**Customer 2:**

Name___ SUSAN G ZANGHI

ID Type. US Driver License W/Photo____ ID#. ███ ID Issuer North Carolina____ Iss. Date ███ Exp. Date ███

ID Type Db/Chk Card-Othr Fin Inst____ ID# 2035 ID Issuer.____ Iss Date N/A Exp Date ███

**Customer 3:**

Name___

ID Type ___ ID# ___ ID Issuer ___ Iss Date ___ Exp Date ___

ID Type ___ ID# ___ ID Issuer ___ Iss Date ___ Exp Date ___

**Customer 4:**

Name___

ID Type ___ ID#: ___ ID Issuer: ___ Iss Date ___ Exp Date ___

ID Type ___ ID#: ___ ID Issuer ___ Iss Date ___ Exp Date ___

**Customer 5:**

Name___

ID Type. ___ ID#: ___ ID Issuer ___ Iss. Date. ___ Exp Date ___

ID Type ___ ID#: ___ ID Issuer. ___ Iss. Date: ___ Exp Date ___

---

**Bank Information**

| | |
|---|---|
| **Date** | 09/28/2016 |
| **Banking Center Name** | ARBORETUM |
| **Associate's Name** | Stephan Amvame Ekekang |
| **Associate's Phone Number** | 704-602-4985 |

NNC
00-14-9297MW  08-2014

**PX 30**

FTC-MOBE-002675

**Bank of America** 🇺🇸
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** [ ] 8710                                  **Bank Number:** 701

**Account Type:**  ☒ Checking (DDA)    ☐ Savings (SAV)    ☐ Certificate of Deposit (CD)

**Account Title:**
TRANSACTION MANAGEMENT USA, INC

---

**Legal Designation:**

☐ Individual/Sole Proprietor    ☐ Trust/Estate    ☐ Unincorporated Association    ☒ C Corporation    ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____  **(or)  Employer Identification Number** 81-0727703

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time  The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees  Furthermore, **I/we acknowledge** the receipt of these documents  **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported  The Deposit Agreement includes a provision for alternative dispute resolution

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that  (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because  (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return  For real estate transactions, item 2 does not apply  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):**

| | **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.** |
|---|---|

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  SUSAN G ZANGHI | SECRETARY | *[signature]* | 5/05/17 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2016 Bank of America, N A  All Rights Reserved

NNC
00 14 9297M  11-2016



PX 30

FTC-MOBE-002676

Account Number: ▆▆▆▆8710

☑ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account

_____          _____Secretary_____
Authorized Signer                                     Title

---

**Review Information**

**Customer 1**

Name    SUSAN G ZANGHI

| ID Type | US Driver License W/Photo | ID# ▆▆▆ | ID Issuer | North Carolina | Iss Date ▆▆▆ | Exp Date ▆▆▆ |

| ID Type | BOA ATM/Ckcd No Photo | ID# 1457 | ID Issuer | BoA | Iss Date N/A | Exp Date ▆▆▆ |

**Customer 2:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 3:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 4:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 5:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

---

**Bank Information**

| Date | 05/05/2017 |
| Financial Center Name | ARBORETUM |
| Employee's Name | Erick Clausen |
| Employee's Phone Number | 704-386-1293 |

NNC
00-14 9297M  11 2016



**PX 30**

FTC-MOBE-002677

**Bank of America** ✈️

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

**Account Number:** � 8736                    **Bank Number:** 701

**Account Type:** ☐ Checking (DDA)   ☒ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
TRANSACTION MANAGEMENT USA, INC.

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____   (or)   Employer Identification Number  81-0727703

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  SUSAN G ZANGHI | SECRETARY | *(signature)* | 5/05/7 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2016 Bank of America, N.A  All Rights Reserved

NNC
00-14-9297M  11-2016




**PX 30**

FTC-MOBE-002678

Account Number: ███ 8736

☑ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     _Secvetary_
Authorized Signer                             Title

---

**Review Information**

**Customer 1**

Name   SUSAN G ZANGHI

ID Type US Driver License W/Photo   ID# ████   ID Issuer North Carolina   Iss Date ████   Exp Date ████

ID Type BOA ATM/Ckcd No Photo   ID# 1457   ID Issuer BOA   Iss Date N/A   Exp Date ████

**Customer 2:**

Name _____

ID Type _____ ID#· _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date· _____

**Customer 3:**

Name _____

ID Type _____ ID#· _____ ID Issuer _____ Iss. Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 4:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss. Date _____ Exp Date. _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 5:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

---

**Bank Information**

| | |
|---|---|
| Date | 05/05/2017 |
| Financial Center Name | ARBORETUM |
| Employee's Name | Erick Clausen |
| Employee's Phone Number | 704-386-1293 |

NNC
00-14-9297M 11-2016



**PX 30**

FTC-MOBE-002679

Bank of America Legal Order Processing
Regarding reference number: D040218000605
Court case number: 1723072
Court or issuer: FEDERAL TRADE COMMISION
Court case name: MATTHEW MCPHEE

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Lisa Yanacek
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Lisa Yanacek, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| MOBEPROCESSING.COM, INC. | 3505 | Checks, Statement Pages, Signature Card, Corporate Resolution Card, Deposits | 09/2017 - 04/2018 |
| MOBEPROCESSING.COM, INC. | 3518 | Statement Pages, Signature Card, Corporate Resolution Card | 09/2017 - 04/2018 |
| TRANSACTION MANAGEMENT USA, INC. | 8710 | Checks, Statement Pages, Signature Card, Corporate Resolution Card, Deposits | 09/2017 - 04/2018 |
| TRANSACTION MANAGEMENT USA, INC. | 8736 | Statement Pages, Signature Card, Corporate Resolution Card | 09/2017 - 04/2018 |
| | | | |
| MOBETRAINING.COM, INC. | 9946 | Statement Pages, Signature Card, Corporate Resolution Card | 02/2018 - 04/2018 |
| MOBETRAINING.COM, INC. | 9959 | Statement Pages, Signature Card, Corporate Resolution Card | 02/2018 - 04/2018 |

-Some records were produced electronically.
-Wire details are on C.D.

# PX 30

FTC-MOBE-002680

3.) **Production.**
_____The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: _4 / 13 / 18_____   Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _13_ day of _April  2018_. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of DE
City/County of NEWARK/NEW CASTLE

> **WILLIAM CURTIS EDGE**
> NOTARY PUBLIC
> STATE OF DELAWARE
> My Commission Expires Nov. 7, 2019

# PX 30

FTC-MOBE-002681

**REGARDING REFERENCE NUMBER: D040218000605**

RUSSELL W WHITNEY
ADDRESS: 600 NE 27TH ST PH LPH 2 MIAMI FL 33137-5200
ACCOUNT: ▮ 7992 CHECKING
ACCOUNT: ▮ 0556 CHECKING
ACCOUNT: ▮ 1550 DEBIT CARD
ACCOUNT: ▮ 3973 DEBIT CARD

SUSAN  ZANGHI
ADDRESS: 8207 GOLF RIDGE DR CHARLOTTE NC 282778867
ACCOUNT: ▮ 3410 DEBIT CARD
ACCOUNT: ▮ 0435 DEBIT CARD
ACCOUNT: ▮ 3518 SAVINGS
ACCOUNT: ▮ 9081 CHECKING
ACCOUNT: ▮ 8710 CHECKING
ACCOUNT: ▮ 8736 SAVINGS
ACCOUNT: ▮ 9946 CHECKING
ACCOUNT: ▮ 3150 LINE OF CREDIT
ACCOUNT: ▮ 9959 SAVINGS
ACCOUNT: ▮ 3505 CHECKING

MATTHEW LLOYD MCPHEE
ADDRESS: 11289 CREEKDALE WAY RIVERSIDE CA 92505-5718
ACCOUNT: ▮ 0450 E BANKING

**PX 30**

FTC-MOBE-002682

Date: 9/29/2016 Time: 12:10:25 PM (US Central Time) Scanned From IP:10.36.4.10

## Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Corporate Resolutions - Opening
and Maintaining Deposit Accounts and Services**

Account Number ▮▮▮SD5

Name of Corporation  MOBEPROCESSING COM, INC

I, the undersigned, hereby certify to  BANK OF AMERICA, N.A.

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

MOBEPROCESSING.COM, INC. _____, duly organized and existing under the laws of the

State of  _N C_ (the "Corporation"), that the following is a true copy of resolutions duly adopted by the Board of

Directors of said Corporation at a meeting duly held on the  _2 8_ day of _September, 2016_ , at which a quorum was present and acted

throughout or adopted by the unanimous written consent of the Board of Directors, and that such resolutions are in full force and effect and have not been amended

or rescinded

**1. Resolved,** that  BANK OF AMERICA, N.A. (the "Bank") is hereby designated

as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in
accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts, that any one of the
following officers or employees of the Corporation

_Matthew Lloyd McPhee_                      _CEO_
Name                                         Title

_Susan G Tongh_                             _Finm - Manager_
Name                                         Title

_____                            _____
Name                                         Title

_____                            _____
Name                                         Title

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other
documentation required by Bank to open said accounts, to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment
of money, to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection
or discount by Bank, to accept drafts, acceptances, and other instruments payable at Bank, to place orders with Bank for the purchase and sale of foreign currencies
on behalf of this Corporation, to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of
the Corporation, to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for
the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U S C  1693 et seq ) nor
Regulation E (12 C F R  Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship, to execute and deliver a wire
transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds, to enter into any agreements with the
Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole
discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the
Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate
given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank
prior to such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the
rental agreement or lease, to take whatever other actions or enter in to whatever other agreements relating to the accounts or investment of funds in such accounts
with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or
employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary, and to waive presentment, demand,
protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation, and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual
obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to
inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such
instrument or the proceeds thereof, and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds
whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee, and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall
be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual
or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by
the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any
check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation,
thereby ratifying the use of such facsimile signature, and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or
expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature,
and

NNC
00-14-9012M  11-2013



**PX 30**

FTC-MOBE-002683

Date: 9/29/2016 Time: 12:10:25 PM (US Central Time) Scanned From IP:10.36.4.10

Account Number ▮▮▮▮3505

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

**5. Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified, and

**6. Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted, and

**8. Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank

**In Witness Whereof,** I have hereunto subscribed my name and affixed the seal of this Corporation, this _28_ day of _September, 2016_.

Secretary/Assistant Secretary

(Corporate Seal)

| Bank Information | |
| --- | --- |
| Date | 09/28/2016 |
| Banking Center Name | ARBORETUM |
| Associate's Name | Stephan Amvame Ekekang |
| Associate's Phone Number | 704-602-4985 |

NNC
00-14-9012M  11-2013

**PX 30**

FTC-MOBE-002684

Date: 5/20/2016 Time: 5:26:10 PM (US Central Time) Scanned From IP:10.36.4.10

 **Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Corporate Resolutions - Opening and Maintaining Deposit Accounts and Services**

Account Number ████ 3505

Name of Corporation    MOBEPROCESSING.COM, INC.

I, the undersigned, hereby certify to   BANK OF AMERICA, N.A.

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

MOBEPROCESSING.COM, INC    , duly organized and existing under the laws of the

State of    *Delaware*    (the "Corporation"), that the following is a true copy of resolutions duly adopted by the Board of

Directors of said Corporation at a meeting duly held on the    *17th* day of    *May*    , at which a quorum was present and acted

throughout or adopted by the unanimous written consent of the Board of Directors, and that such resolutions are in full force and effect and have not been amended

or rescinded

**1. Resolved,** that   BANK OF AMERICA, N.A    (the "Bank") is hereby designated
as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in
accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts, that any one of the
following officers or employees of the Corporation

| *Susan G. Zanghi* | *Member* |
|---|---|
| Name | Title |
| | |
| Name | Title |
| | |
| Name | Title |
| | |
| Name | Title |

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other
documentation required by Bank to open such accounts, to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment
of money, to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection
or discount by Bank, to accept drafts, acceptances, and other instruments payable at Bank, to place orders with Bank for the purchase and sale of foreign currencies
on behalf of this Corporation, to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of
the Corporation, to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for
the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor
Regulation E (12 C.F.R. Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship, to execute and deliver a wire
transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds, to enter into any agreements with the
Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole
discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the
Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate
given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank
prior to such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the
rental agreement or lease, to take whatever other actions or enter in to whatever other agreements relating to the accounts or investment of funds in such accounts
with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or
employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any
other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary, and to waive presentment, demand
protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation, and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments
signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the
order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual
obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to
inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such
instrument or the proceeds thereof, and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds
whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee, and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for
the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears
thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall
be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual
or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by
the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any
check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation,
thereby ratifying the use of such facsimile signature, and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or
expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature,
and

NNC
00-14-9012M 11-2013

**PX 30**

FTC-MOBE-002685

Date: 5/20/2016 Time: 5:26:10 PM (US Central Time) Scanned From IP:10.36.4.10

Account Number ████505

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

**5. Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified, and

**6. Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto, and

**7. Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted, and

**8. Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this Corporation, this _17th_ day of _May_ .

_____
Secretary/Assistant Secretary

(Corporate Seal)

| Bank Information | |
|---|---|
| Date | 05/17/2016 |
| Banking Center Name | ARBORETUM |
| Associate's Name | Undra Perry |
| Associate's Phone Number | 704-386-1293 |

NNC
00-14-9012M 11-2013

Date: 9/29/2016 Time: 12:10:25 PM (US Central Time) Scanned From IP:10.36.4.10

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** _____ 3505

**Bank Number:** 701

**Account Type:** ☒ DDA   ☐ SAV   ☐ CD

**Account Title:**

MOBEPROCESSING.COM, INC.

_____

_____

_____

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____   **(or) Employer Identification Number** 47-3489384

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 MATTHEW LLOYD MCPHEE | C.E.O. | _(signature)_ | 9/28/16 |
| 2 SUSAN G ZANGHI | FINANCE MANAGER | _(signature)_ | 9/28/16 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2012 Bank of America, N.A. All Rights Reserved

NNC
00-14-9297MW  08-2014

**PX 30**

**FTC-MOBE-002687**

Date: 9/29/2016 Time: 12:10:25 PM (US Central Time) Scanned From IP:10.36.4.10

**Account Number:** ▮▮▮▮3505

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

*Susan G Zangh*        *Finance Manager*
Authorized Signer             Title

---

**Review Information**

**Customer 1**

Name   MATTHEW LLOYD MCPHEE

| | | | |
|---|---|---|---|
| ID Type Foreign Passport W/Photo | ID# ▮▮▮ | ID Issuer Australia | Iss Date ▮▮▮ Exp Date ▮▮▮ |
| ID Type Foreign Dr Lic-W/Photo | ID# ▮▮▮ | ID Issuer Australia | Iss Date N/A Exp Date ▮▮▮ |

**Customer 2:**

Name   SUSAN G ZANGHI

| | | | |
|---|---|---|---|
| ID Type US Driver License W/Photo | ID# ▮ | ID Issuer North Carolina | Iss Date ▮▮▮ Exp Date ▮▮▮ |
| ID Type Db/Chk Card-Othr Fin Inst | ID# 2035 | ID Issuer | Iss Date N/A Exp Date ▮▮▮ |

**Customer 3:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 4:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 5:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

---

**Bank Information**

| | |
|---|---|
| Date | 09/28/2016 |
| Banking Center Name | ARBORETUM |
| Associate's Name | Stephan Amvame Ekekang |
| Associate's Phone Number | 704-602-4985 |

NNC
00-14-9297MW  08-2014

**PX 30**

FTC-MOBE-002688

Date: 5/20/2016 Time: 5:26:10 PM (US Central Time) Scanned From IP:10.36.4.10

**Bank of America** 🇺🇸

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card
with Substitute Form W-9**

| | |
|---|---|
| **Account Number:** ____3505 | **Bank Number:** 701 |
| **Account Type:** ☒ DDA ☐ SAV ☐ CD | |

**Account Title:**

MOBEPROCESSING.COM, INC.

___

**Legal Designation:**

☐ Individual/Sole Proprietor ☐ Trust/Estate ☐ Unincorporated Association ☒ C Corporation ☐ S Corporation

☐ Partnership (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____ (or) Employer Identification Number 47-3489384

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

Substitute Form W-9. Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 SUSAN G ZANGHI | member | *[signature]* | 5/17/16 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NNC
00-14-9297MW 98-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

**PX 30**

Date: 5/20/2016 Time: 5:26:10 PM (US Central Time) Scanned From IP:10.36.4.10

**Account Number:** ██████3505

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____ Authorized Signer        _____ MEMBER _____ Title

**Review Information**

**Customer 1**

Name  SUSAN G ZANGHI

| ID Type | US Driver License W/Photo | ID# ████ | ID Issuer North Carolina | Iss Date ████ | Exp Date ████ |
| ID Type | Db/Chk Card-Othr Fin Inst | ID# 2035 | ID Issuer Wells Fargo | Iss Date N/A | Exp Date ████ |

**Customer 2:**

Name

| ID Type | ID# | ID Issuer | Iss Date | Exp Date |
| ID Type | ID# | ID Issuer | Iss Date | Exp Date |

**Customer 3:**

Name

| ID Type | ID# | ID Issuer | Iss Date | Exp Date |
| ID Type | ID# | ID Issuer | Iss Date | Exp Date |

**Customer 4:**

Name

| ID Type | ID# | ID Issuer | Iss Date | Exp Date |
| ID Type | ID# | ID Issuer | Iss Date | Exp Date |

**Customer 5:**

Name

| ID Type | ID# | ID Issuer | Iss Date | Exp Date |
| ID Type | ID# | ID Issuer | Iss Date | Exp Date |

**Bank Information**

| Date | 05/17/2016 |
| Banking Center Name | ARBORETUM |
| Associate's Name | Undra Perry |
| Associate's Phone Number | 704-386-1293 |

NNC
00-14-9297MW 08-2014

Page 2 of 2

**PX 30**

FTC-MOBE-002690