Date: 9/29/2016 Time: 12:10:25 PM (US Central Time) Scanned From IP:10.36.4.10

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Corporate Resolutions - Opening and Maintaining Deposit Accounts and Services**

Account Number ▓▓▓▓3518

Name of Corporation  MOBEPROCESSING COM, INC

I, the undersigned, hereby certify to  BANK OF AMERICA, N A

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

MOBEPROCESSING COM, INC , duly organized and existing under the laws of the

State of  *NC*  (the "Corporation"), that the following is a true copy of resolutions duly adopted by the Board of Directors of said Corporation at a meeting duly held on the  *28*  day of  *September, 2016* , at which a quorum was present and acted throughout or adopted by the unanimous written consent of the Board of Directors and that such resolutions are in full force and effect and have not been amended or rescinded

1. **Resolved,** that  BANK OF AMERICA, N A  (the "Bank") is hereby designated as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts, that any one of the following officers or employees of the Corporation

Name: *Matthew Lloyd McPhee*    Title: *CEO*

Name: *Susan G. Zongh*    Title: *Finance Manager*

Name: _____    Title: _____

Name: _____    Title: _____

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts, to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money, to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection or discount by Bank, to accept drafts, acceptances, and other instruments payable at Bank, to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Corporation, to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Corporation, to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U S C 1693 et seq ) nor Regulation E (12 C F R Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship, to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds, to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine in his or her sole discretion and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease, to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary and to waive presentment demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation, and

2. **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof, and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee, and

3. **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation, thereby ratifying the use of such facsimile signature, and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

NNC
00-14-9012M 11-2013

**PX 30**

FTC-MOBE-002691

Date: 9/29/2016 Time: 12:10:25 PM (US Central Time) Scanned From IP:10.36.4.10

Account Number ▮▮▮▮3518

4. **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

5. **Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified, and

6. **Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto, and

7. **Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted, and

8. **Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this Corporation, this __28__ day of __September, 2016__.

_____
Secretary/Assistant Secretary

(Corporate Seal)

**Bank Information**

| | |
|---|---|
| Date | 09/28/2016 |
| Banking Center Name | ARBORETUM |
| Associate's Name | Stephan Amvame Ekekang |
| Associate's Phone Number | 704-602-4985 |

NNC
00-14-9012M 11-2013

PX 30

FTC-MOBE-002692

Date: 5/20/2016 Time: 5:26:10 PM (US Central Time) Scanned From IP:10.36.4.10

# Bank of America

BANK OF AMERICA, N A (THE "BANK")

**Certified Copy of Corporate Resolutions - Opening and Maintaining Deposit Accounts and Services**

Account Number ▇▇▇▇3518

Name of Corporation  MOBEPROCESSING COM, INC

I, the undersigned, hereby certify to  BANK OF AMERICA, N A

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

MOBEPROCESSING COM, INC , duly organized and existing under the laws of the

State of  *Delaware*  (the "Corporation"), that the following is a true copy of resolutions duly adopted by the Board of Directors of said Corporation at a meeting duly held on the  *17th*  day of  *May* , at which a quorum was present and acted throughout or adopted by the unanimous written consent of the Board of Directors, and that such resolutions are in full force and effect and have not been amended or rescinded

**1. Resolved,** that  BANK OF AMERICA, N A  (the "Bank") is hereby designated as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts, that any one of the following officers or employees of the Corporation

| Name | Title |
|---|---|
| *Susan G. Zanghi* | MEMBER |
| Name | Title |
| Name | Title |
| Name | Title |

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts, to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money, to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection or discount by Bank, to accept drafts, acceptances, and other instruments payable at Bank, to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Corporation, to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Corporation, to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U S C 1693 et seq ) nor Regulation E (12 C F R Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship, to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds, to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease, to take whatever other actions or enter in to whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary, and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation, and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof, and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee, and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation, thereby ratifying the use of such facsimile signature, and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

Date: 5/20/2016 Time: 5:26:10 PM (US Central Time) Scanned From IP:10.36.4.10

Account Number ███3518

4. **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

5. **Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified, and

6. **Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto, and

7. **Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted, and

8. **Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this Corporation, this __17th__ day of _____May_____ .

_____
Secretary/Assistant Secretary

(Corporate Seal)

**Bank Information**

| | |
|---|---|
| Date | 05/17/2016 |
| Banking Center Name | ARBORETUM |
| Associate's Name | Undra Perry |
| Associate's Phone Number | 704-386-1293 |

NNC
00-14-9012M 11-2013

PX 30

FTC-MOBE-002694

Date: 9/29/2016 Time: 12:10:25 PM (US Central Time) Scanned From IP:10.36.4.10

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** ▮▮▮▮3518  **Bank Number:** 701

**Account Type:** ☐ DDA  ☒ SAV  ☐ CD

**Account Title:**

MOBEPROCESSING.COM, INC.

**Legal Designation:**

☐ Individual/Sole Proprietor  ☐ Trust/Estate  ☐ Unincorporated Association  ☒ C Corporation  ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____ (or) **Employer Identification Number** 47-3489384

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9.)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1 MATTHEW LLOYD MCPHEE | C.E.O. | *matt mcphee* | 9/28/2016 |
| 2 SUSAN G ZANGHI | FINANCE MANAGER | *Susan D Zanghi* | 9/28/2016 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

NNC
00-14-9297MW 08-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

**PX 30**

FTC-MOBE-002695

Date: 9/29/2016 Time: 12:10:25 PM (US Central Time) Scanned From IP:10.36.4.10

Account Number: ███████ 3518

☐ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_Susan G Zanghi_  
Authorized Signer

_signature_ Financ Mngr  
Title

**Review Information**

**Customer 1:**

Name: MATTHEW LLOYD MCPHEE

ID Type: Foreign Passport W/Photo   ID#: ████   ID Issuer: Australia   Iss. Date: ████   Exp Date: ████

ID Type: Foreign Dr Lic-W/Photo   ID#: ████   ID Issuer: Australia   Iss Date: N/A   Exp Date: ████

**Customer 2:**

Name: SUSAN G ZANGHI

ID Type: US Driver License W/Photo   ID#: ████   ID Issuer: North Carolina   Iss Date: ████   Exp. Date: ████

ID Type: Db/Chk Card-Othr Fin Inst   ID#: 2035   ID Issuer: ____   Iss Date: N/A   Exp Date: ████

**Customer 3:**

Name: ____

ID Type: ____   ID#: ____   ID Issuer: ____   Iss Date: ____   Exp Date: ____

ID Type: ____   ID#: ____   ID Issuer: ____   Iss Date: ____   Exp Date: ____

**Customer 4:**

Name: ____

ID Type: ____   ID#: ____   ID Issuer: ____   Iss Date: ____   Exp Date: ____

ID Type: ____   ID#: ____   ID Issuer: ____   Iss Date: ____   Exp Date: ____

**Customer 5:**

Name: ____

ID Type: ____   ID#: ____   ID Issuer: ____   Iss Date: ____   Exp Date: ____

ID Type: ____   ID#: ____   ID Issuer: ____   Iss Date: ____   Exp Date: ____

**Bank Information**

Date: 09/28/2016

Banking Center Name: ARBORETUM

Associate's Name: Stephan Amvame Ekekang

Associate's Phone Number: 704-602-4985

NNC  
00-14-9297MW 08-2014

Page 2 of 2

PX 30

FTC-MOBE-002696

Date: 5/20/2016 Time: 5:26:10 PM (US Central Time) Scanned From IP:10.36.4.10

**Bank of America**
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

Account Number: ▮▮▮▮518   Bank Number: 701

Account Type:  ☐ DDA   ☒ SAV   ☐ CD

Account Title:

MOBEPROCESSING COM. INC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) ____

☐ Other (Defined in W-9 instructions) _____

Social Security Number _____  (or)  Employer Identification Number  47-3489384

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN (Please refer to the IRS instructions for Form W-9).

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person check here, and complete and sign the applicable Form(s) W-8

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1. SUSAN G ZANGHI | member | Susan D. Zanghi | 5/17/16 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

NNC
00-14-9297MW  08-2014

© 2012 Bank of America, N.A. All Rights Reserved
Page 1 of 2

**PX 30**

FTC-MOBE-002697

Date: 5/20/2016 Time: 5:26:10 PM (US Central Time) Scanned From IP:10.36.4.10

**Account Number:** ▮▮▮▮3518

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_Susan D. Zaghi_    _Member_
Authorized Signer    Title

### Review Information

**Customer 1.**

Name: SUSAN G ZANGHI
ID Type: US Driver License W/Photo   ID# ▮▮▮▮   ID Issuer: North Carolina   Iss Date: ▮▮   Exp Date: ▮▮
ID Type: Db/Chk Card-Othr Fin Inst   ID# 2035   ID Issuer: Wells Fargo   Iss Date: N/A   Exp Date: ▮▮

**Customer 2:**

Name: 
ID Type: ___   ID# ___   ID Issuer: ___   Iss Date: ___   Exp Date: ___
ID Type: ___   ID# ___   ID Issuer: ___   Iss Date: ___   Exp Date: ___

**Customer 3:**

Name: 
ID Type: ___   ID# ___   ID Issuer: ___   Iss Date: ___   Exp Date: ___
ID Type: ___   ID# ___   ID Issuer: ___   Iss Date: ___   Exp Date: ___

**Customer 4:**

Name: 
ID Type: ___   ID# ___   ID Issuer: ___   Iss Date: ___   Exp Date: ___
ID Type: ___   ID# ___   ID Issuer: ___   Iss Date: ___   Exp Date: ___

**Customer 5:**

Name: 
ID Type: ___   ID# ___   ID Issuer: ___   Iss Date: ___   Exp Date: ___
ID Type: ___   ID# ___   ID Issuer: ___   Iss Date: ___   Exp Date: ___

### Bank Information

Date: 05/17/2016
Banking Center Name: ARBORETUM
Associate's Name: Undra Perry
Associate's Phone Number: 704-386-1293

NNC
00-14-9297MW 08-2014

Page 2 of 2

**PX 30**

Date: 5/11/2017 Time: 11:14:09 AM (US Central Time) Scanned From IP:10.36.4.10

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Corporate Resolutions - Opening and Maintaining Deposit Accounts and Services**

Account Number ▇▇▇▇8710

Name of Corporation  TRANSACTION MANAGEMENT USA, INC.

I, the undersigned, hereby certify to  BANK OF AMERICA, N.A.

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

TRANSACTION MANAGEMENT USA, INC. , duly organized and existing under the laws of the

State of  Delaware  (the "Corporation"), that the following is a true copy of resolutions duly adopted by the Board of Directors of said Corporation at a meeting duly held on the  5th  day of  May  2017 , at which a quorum was present and acted throughout or adopted by the unanimous written consent of the Board of Directors, and that such resolutions are in full force and effect and have not been amended or rescinded.

**1. Resolved,** that  BANK OF AMERICA, N.A.  (the "Bank") is hereby designated as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts, that any one of the following officers or employees of the Corporation

Name: Susan C. Zargh.      Title: Secretary

Name:                                  Title:

Name:                                  Title:

Name:                                  Title:

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts, to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money, to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection or discount by Bank, to accept drafts, acceptances, and other instruments payable at Bank, to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Corporation, to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Corporation, to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship, to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds, to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease, to take whatever other actions or enter in to whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary, and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation, and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof, and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee, and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation, thereby ratifying the use of such facsimile signature, and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

NNC
00-14-9012M 11-2013



**PX 30**

FTC-MOBE-002699

Date: 5/11/2017 Time: 11:14:09 AM (US Central Time) Scanned From IP:10.36.4.10

Account Number ████ 8710

4. **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

5. **Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified, and

6. **Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto, and

7. **Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted, and

8. **Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this Corporation, this  5th  day of  May  2017 .

_____
Secretary/Assistant Secretary

(Corporate Seal)

**Bank Information**

| | |
|---|---|
| Date | 05/05/2017 |
| Banking Center Name | ARBORETUM |
| Associate's Name | Erick Clausen |
| Associate's Phone Number | 704 386 1293 |

NNC
00-14-9012M 11-2013

**PX 30**

FTC-MOBE-002700

Date: 5/11/2017 Time: 11:14:09 AM (US Central Time) Scanned From IP:10.36.4.10

# Bank of America
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** ▇▇▇▇8710  **Bank Number:** 701

**Account Type:** ☒ Checking (DDA)  ☐ Savings (SAV)  ☐ Certificate of Deposit (CD)

**Account Title:** TRANSACTION MANAGEMENT USA, INC

**Legal Designation:**
☐ Individual/Sole Proprietor  ☐ Trust/Estate  ☐ Unincorporated Association  ☒ C Corporation  ☐ S Corporation
☐ Partnership (Enter the type of partnership: General, LP, LLP or LLLP) _____
☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____
☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____ (or) **Employer Identification Number** 81-0727703

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. By signing below, I/we **acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9. Certification** - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1. SUSAN G ZANGHI | SECRETARY | *[signature]* | 5/05/17 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NNC
00 14 9297M 11-2016

Page 1 of 2



PX 30

FTC-MOBE-002701

Date: 5/11/2017 Time: 11:14:09 AM (US Central Time) Scanned From IP:10.36.4.10

Account Number: ████ 8710

☑ Signature Card Addendum on File

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account

_____          _Secretary_____
Authorized Signer                                              Title

**Review Information**

**Customer 1**

Name: SUSAN G ZANGHI
ID Type: US Driver License W/Photo   ID# ████   ID Issuer: North Carolina   Iss Date: ████   Exp Date: ████
ID Type: BOA ATM/Cked No Photo   ID# 1457   ID Issuer: BoA   Iss Date: N/A   Exp Date: ████

**Customer 2:**

Name: _____
ID Type: _____ ID# _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____
ID Type: _____ ID# _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

**Customer 3:**

Name: _____
ID Type: _____ ID# _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____
ID Type: _____ ID# _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

**Customer 4:**

Name: _____
ID Type: _____ ID# _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____
ID Type: _____ ID# _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

**Customer 5:**

Name: _____
ID Type: _____ ID# _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____
ID Type: _____ ID# _____ ID Issuer: _____ Iss Date: _____ Exp Date: _____

**Bank Information**

Date: 05/05/2017
Financial Center Name: ARBORETUM
Employee's Name: Erick Clausen
Employee's Phone Number: 704-386-1293

NNC
00-14 9297M 11 2016



Page 2 of 2

**PX 30**

FTC-MOBE-002702

Date: 5/11/2017 Time: 11:14:09 AM (US Central Time) Scanned From IP:10.36.4.10

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Corporate Resolutions - Opening and Maintaining Deposit Accounts and Services**

Account Number ■ 8736

Name of Corporation: TRANSACTION MANAGEMENT USA, INC

I, the undersigned, hereby certify to BANK OF AMERICA, N A

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

TRANSACTION MANAGEMENT USA, INC _____, duly organized and existing under the laws of the

State of Delaware _____ (the "Corporation"), that the following is a true copy of resolutions duly adopted by the Board of Directors of said Corporation at a meeting duly held on the 5th day of May 2017, at which a quorum was present and acted throughout or adopted by the unanimous written consent of the Board of Directors, and that such resolutions are in full force and effect and have not been amended or rescinded

1. **Resolved,** that BANK OF AMERICA, N A _____ (the "Bank") is hereby designated as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts, that any one of the following officers or employees of the Corporation

| Susan G. Zmyli | Secretary |
| --- | --- |
| Name | Title |
| Name | Title |
| Name | Title |
| Name | Title |

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts, to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money, to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection or discount by Bank, to accept drafts, acceptances, and other instruments payable at Bank, to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Corporation, to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Corporation, to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U S C 1693 et seq ) nor Regulation E (12 C F R Part 205) are applicable to any such access device], to establish and maintain a night deposit relationship, to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time such persons who may request wires of funds, to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination, to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease, to take whatever other actions or enter in to whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary, and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation, and

2. **Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof, and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee, and

3. **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation, thereby ratifying the use of such facsimile signature, and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

NNC
00-14-9012M 11-2013

**PX 30**



FTC-MOBE-002703

Date: 5/11/2017 Time: 11:14:09 AM (US Central Time) Scanned From IP:10.36.4.10

Account Number ▇▇▇▇8736

4. **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

5. **Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified, and

6. **Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto, and

7. **Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted, and

8. **Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this Corporation, this _5th_ day of _May 2017_.

_____
Secretary/Assistant Secretary

(Corporate Seal)

**Bank Information**

| | |
|---|---|
| Date | 05/05/2017 |
| Banking Center Name | ARBORETUM |
| Associate's Name | Erick Clausen |
| Associate's Phone Number | 704-386-1293 |

NNC
00-14-9012M 11-2013

**PX 30**

FTC-MOBE-002704

Date: 5/11/2017 Time: 11:14:09 AM (US Central Time) Scanned From IP:10.36.4.10

# Bank of America
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** _____8736     **Bank Number:** 701

**Account Type:** ☐ Checking (DDA)   ☒ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
TRANSACTION MANAGEMENT USA, INC.

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____ (or) **Employer Identification Number** 81-0727703

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions** (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| # | Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|---|
| 1 | SUSAN G ZANGHI | SECRETARY | [signature] | 5/05/17 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NNC
00-14-9297M 11-2016

Page 1 of 2



**PX 30**

FTC-MOBE-002705

Date: 5/11/2017 Time: 11:14:09 AM (US Central Time) Scanned From IP:10.36.4.10

**Account Number:** ▅▅▅▅ 8736

☑ **Signature Card Addendum on File**

### ATM/Deposit/Debit Card Request

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____     Secretary
Authorized Signer                                          Title

### Review Information

**Customer 1**

Name: SUSAN G ZANGHI
ID Type: US Driver License W/Photo   ID# ▅▅▅   ID Issuer: North Carolina   Iss Date ▅▅▅   Exp Date ▅▅▅
ID Type: BOA ATM/Cked No Photo   ID# 1457   ID Issuer: BOA   Iss Date N/A   Exp Date ▅▅▅

**Customer 2:**

Name: _____
ID Type: ___   ID# ___   ID Issuer ___   Iss Date ___   Exp Date ___
ID Type: ___   ID# ___   ID Issuer ___   Iss Date ___   Exp Date ___

**Customer 3:**

Name: _____
ID Type: ___   ID# ___   ID Issuer ___   Iss. Date ___   Exp Date ___
ID Type: ___   ID# ___   ID Issuer ___   Iss Date ___   Exp Date ___

**Customer 4:**

Name: _____
ID Type: ___   ID# ___   ID Issuer ___   Iss Date ___   Exp Date ___
ID Type: ___   ID# ___   ID Issuer ___   Iss Date ___   Exp Date ___

**Customer 5:**

Name: _____
ID Type: ___   ID# ___   ID Issuer ___   Iss Date ___   Exp Date ___
ID Type: ___   ID# ___   ID Issuer ___   Iss Date ___   Exp Date ___

### Bank Information

Date: 05/05/2017
Financial Center Name: ARBORETUM
Employee's Name: Erick Clausen
Employee's Phone Number: 704-386-1293

NNC
00-14-9297M 11-2016



Page 2 of 2

**PX 30**

FTC-MOBE-002706