Date: 3/1/2018 Time: 11:10:30 AM (US Central Time) Scanned From IP:10.36.4.10

**Bank of America**

Business Resolution or Authorization for

**Opening and Maintaining Banking Relationship**

Name of Business  MOBETRAINING.COM, INC.

Account Number ███████9946

State where Organized/Registered/Principal Place of Business  DE

TIN  81-0711803

**Business Type:**

☐ Sole Proprietor      ☒ Corporation      ☐ Limited Liability Company

☐ Partnership      ☐ Unincorporated Association      ☐ Other

**1. Resolved,** that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, managers, as applicable ("Authorized Person"):

Name  SUSAN G ZANGHI                                         Title/Status  Assistant Secretary

Name  _____                       Title/Status  _____

Name  _____                       Title/Status  _____

Name  _____                       Title/Status  _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card or any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

**2. Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, endorsed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

**3. Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person

NNC

00-14-9120M  09-2017



**PX 30**

FTC-MOBE-002707

Date: 3/1/2018 Time: 11:10:30 AM (US Central Time) Scanned From IP:10.36.4.10

Account Number [REDACTED]9946

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature, and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified, and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto, and

7 **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted, and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank

**Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1**

9. That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named. Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank, provided however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto, and

10. That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly, and

11  That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner, and

**Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1**

12. That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly, and

13. That in consideration of your acceptance of the accounts of said Business under the foregoing name and style  I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business, and



**PX 30**

FTC-MOBE-002708

Date: 3/1/2018 Time: 11:10:30 AM (US Central Time) Scanned From IP:10.36.4.10

Account Number: ███████ 9946

14. That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable.

**In Witness Whereof**, I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this 28ᵗʰ day of Feb , 2018

_____ / Assistant Secretary
Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 02/28/2018 |
| Financial Center Name | ARBORETUM |
| Employee's Name | Hetal Sethi |
| Employee's Phone Number | 704-602-4988 |



**PX 30**

FTC-MOBE-002709

Date: 3/1/2018 Time: 11:10:30 AM (US Central Time) Scanned From IP:10.36.4.10

**Bank of America** 🇺🇸
BANK OF AMERICA, N A (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** ▮▮▮9946                    **Bank Number:** 701

**Account Type:** ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
MOBETRAINING COM, INC

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____  (or)  **Employer Identification Number** 81-0711803

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time  The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees  Furthermore, I/we acknowledge the receipt of these documents  By signing below, I/we acknowledge and agree that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) that the taxpayer identification number (TIN) to which I/we want interest reported  The Deposit Agreement includes a provision for alternative dispute resolution

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that  (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because  (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct

**Certification Instructions:**  You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return  For real estate transactions, item 2 does not apply  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):**

| | The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. |
|---|---|

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  SUSAN G ZANGHI | Assistant Secretary | _[signature]_ | 2/28/18 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2016 Bank of America, N A  All Rights Reserved

**PX 30**

FTC-MOBE-002710

Date: 3/1/2018 Time: 11:10:30 AM (US Central Time) Scanned From IP:10.36.4.10

**Account Number:** ████ 9946

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account

_____          _Assistant Secretary_____
Authorized Signer                                                          Title

**Review Information**

**Customer 1**

Name   SUSAN G ZANGHI

| ID Type | US Driver License W/Photo | ID# ████ | ID Issuer | North Carolina | Iss Date ████ | Exp Date ████ |
| ID Type | BOA ATM/Cked No Photo | ID# 1457 | ID Issuer NA  BoA visa | | Iss Date N/A | Exp Date ████ |

**Customer 2:**

Name _____

| ID Type _____ | ID# _____ | ID Issuer _____ | Iss Date _____ | Exp Date _____ |
| ID Type _____ | ID# _____ | ID Issuer _____ | Iss Date _____ | Exp Date _____ |

**Customer 3:**

Name _____

| ID Type _____ | ID# _____ | ID Issuer _____ | Iss Date _____ | Exp Date _____ |
| ID Type _____ | ID# _____ | ID Issuer _____ | Iss Date _____ | Exp Date _____ |

**Customer 4:**

Name _____

| ID Type _____ | ID# _____ | ID Issuer _____ | Iss Date _____ | Exp Date _____ |
| ID Type _____ | ID# _____ | ID Issuer _____ | Iss Date _____ | Exp Date _____ |

**Customer 5:**

Name _____

| ID Type _____ | ID# _____ | ID Issuer _____ | Iss Date _____ | Exp Date _____ |
| ID Type _____ | ID# _____ | ID Issuer _____ | Iss Date _____ | Exp Date _____ |

**Bank Information**

| Date | 02/28/2018 |
| Financial Center Name | ARBORETUM |
| Employee's Name | Hetal Sethi |
| Employee's Phone Number | 704-602-4988 |

NNC
00-14-9297M  11-2016



Page 2 of 2

**PX 30**

Date: 3/1/2018 Time: 11:10:30 AM (US Central Time) Scanned From IP:10.36.4.10

**Bank of America** 🇺🇸

Business Resolution or Authorization for

**Opening and Maintaining Banking Relationship**

**Name of Business** MOBETRAINING.COM, INC.

**Account Number** [redacted]9959

**State where Organized/Registered/Principal Place of Business** DE

**TIN** 81-0711803

**Business Type:**

☐ Sole Proprietor  ☒ Corporation  ☐ Limited Liability Company

☐ Partnership  ☐ Unincorporated Association  ☐ Other

1. **Resolved**, that (the "Bank") is hereby designated as a depository of the Business and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Business with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following authorized representatives, officers, employees, partners, members, as applicable ("Authorized Person"):

Name SUSAN G ZANGHI                          Title/Status Assistant Secretary

Name _____                  Title/Status _____

Name _____                  Title/Status _____

Name _____                  Title/Status _____

is hereby authorized, on behalf of this Business and in its name, to execute and to sign any application, deposit agreement-related, signature card and any other documentation required by the Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Business for deposit with Bank or for collection or discount by the Bank; to accept drafts, acceptances, and other instruments payable at the Bank; to place orders with the Bank for the purchase and sale of foreign currencies on behalf of this Business; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Business; to obtain an access device (including but not limited to a card, code, or other means of access to the Business's accounts) that may be used for the purpose of initiating electronic fund transfers [Business agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time, such persons who may request wires of funds; to enter into any agreements with the Bank for the provision by the Bank of various Treasury Management services to this Business as such Authorized Person may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Business's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by the Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from the Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with the Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Business upon such terms and conditions as such Authorized Person may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the Authorized Person deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Business; and

2. **Further Resolved**, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for another instrument all instruments signed in accordance with the foregoing Resolution or Authorization, as applicable, even though such payment may create an overdraft or even though such instruments may be drawn, signed or endorsed to the order of any Authorized Person signing the same or tendered by such Authorized Person or a third party for exchange or cashing, or in payment of the individual obligation of such Authorized Person, or for deposit to such Authorized Person personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing Resolution or Authorization, as applicable, or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an Authorized Person; and

3. **Further Resolved**, that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Business's name, including those payable to the individual order of any person


**PX 30**

FTC-MOBE-002712

Date: 3/1/2018 Time: 11:10:30 AM (US Central Time) Scanned From IP:10.36.4.10

Account Number ▮▮▮▮9959

whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an Authorized Person authorized in the foregoing Resolution or Authorization, as applicable and Bank shall be entitled to honor, to treat as authorized, and to charge this Business for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the appropriate Authorized Person or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Business's name, which check, draft, or other order was accepted and paid without timely objection by the Business, thereby ratifying the use of such facsimile signature, and the Business hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature, and

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Business being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection, and

**5. Further Resolved,** that the appropriate Authorized Person of this Business shall certify to the Bank names and signatures of persons authorized to act on behalf of this Business under the foregoing Resolution or Authorization, as applicable, and in the event a change occurs in the identity of the Authorized Person, the undersigned shall immediately report, furnish and certify such changes to Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any Authorized Person so certified, or refusing to honor any signature not so certified, and

**6. Further Resolved,** that the foregoing Resolution or Authorization, as applicable, shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto, and

7 **Further Resolved,** that all transactions by the undersigned, or any Authorized Person on its behalf and in its name with the Bank prior to the delivery to Bank of a certified copy of the foregoing Resolution or Authorization, as applicable, are, in all respects, hereby ratified, confirmed, approved and adopted, and

**8. Further Resolved,** that the appropriate Authorized Person be and hereby is, authorized and directed to certify these Resolutions or Authorizations, as applicable, to the Bank and that the provisions hereof are in conformity with the Business's Articles of Incorporation, Articles of Association, Articles of Organization, Charter, Rules, Agreement, Operating Agreement (or other Agreement), and/or Bylaws, as applicable, and that the appropriate Authorized Person be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

**Sections 9, 10, 11 are applicable only if Partnership is checked on Page 1**

9. That the undersigned shall certify to Bank the names and signatures of the Authorized Person authorized to act on behalf of this Business under the foregoing instructions and notwithstanding any modifications or termination of any of the power of any of the above-named  Authorized Persons to represent said Business, whether by expiration of the Partnership Agreement, by death or retirement of any, or by the accession of one or more new Partners, or otherwise, and notwithstanding any other notice thereof Bank may receive, this authority shall continue to be binding upon each of the undersigned individually and upon our legal representatives, and upon said Partnership and its successors, until written notice to the contrary, signed by one of the undersigned or on his/her behalf by his/her duly authorized agent or representative, shall have been received by the Bank, provided, however that the foregoing instructions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until Bank has a reasonable time to act upon such notice to the contrary and such reasonable time cannot be less than three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by the Bank prior thereto; and

10. That if any other persons become interested in the Partnership as a Partner or other interested party in the business dealings of the Partnership, or if there is any change in the Partnership that might change the relationship of the Partners or the depository relationship with the Bank, or if said business shall become incorporated, the undersigned shall notify the Bank promptly, and

11. That it is expressly understood and agreed that each Partner is and shall be personally liable for the actions taken pursuant to authority granted herein and that the rights evidenced by or contained in this Business Resolution or Authorization, as applicable, are in addition to, and not in limitation of the rights inherent in a Partner, and

**Sections 12, 13, 14 are applicable only if Sole Proprietor is checked on Page 1**

12. That if any other person, firm or corporation acquires any right, title or interest in the Business or if my relationship thereto as sole owner be altered in any way, or if said Business shall become incorporated, the undersigned shall notify the Bank promptly, and

13. That in consideration of your acceptance of the accounts of said Business under the foregoing name and style. I agree to protect and indemnify Bank against all loss or liability, including court costs and attorney fees, arising from or growing out of the acceptance by said Bank for payment of credit of checks, drafts, notes, bills of exchange, acceptances, certificates of deposits or other orders and instruments drawn to the order of and endorsed in my name and/or in the name of said Business, and


**PX 30**

FTC-MOBE-002713

Account Number ▇▇▇ 9959

14. That the undersigned has signed, acknowledged and filed in the proper office of the state of the Business's principal place of business any document(s) which may be required by the laws of said state to be filed by a person doing business under a fictitious or assumed name, if applicable

**In Witness Whereof,** I certify that I am duly authorized to execute this Resolution or Authorization, as applicable, on behalf of the Business, and intending to bind the Business, I have hereunto subscribed my name, in my capacity to certify the adoption of the Resolution or Authorization, this 28 day of February , 2018

_Assistant Secretary_

Signature of Authorized Business Representative / Title

---

**Bank Information**

| | |
|---|---|
| Date | 02/28/2018 |
| Financial Center Name | ARBORETUM |
| Employee's Name | Hetal Sethi |
| Employee's Phone Number | 704-602-4988 |



**PX 30**

FTC-MOBE-002714

Date: 3/2/2018 Time: 12:31:55 PM (US Central Time) Scanned From IP:10.36.4.10

# Bank of America

BANK OF AMERICA, N.A (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** [____]9959                  **Bank Number:** 701

**Account Type:**   ☐ Checking (DDA)   ☒ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
MOBETRAINING.COM, INC.

---

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership  (Enter the type of partnership: General, LP, LLP or LLLP) _____

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____   (or)  **Employer Identification Number**  81-0711803

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, I/we acknowledge the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

Exempt payee code (if any)* _____

Exemption from FATCA reporting code (if any) _____

Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

| The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. |
|---|

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  SUSAN G ZANGHI | Assistant Secretary | [signature] | 2/28/18 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2016 Bank of America, N.A  All Rights Reserved

NNC
00-14-9297M  11-2016

Page 1 of 2

**PX 30**

FTC-MOBE-002715

Date: 3/2/2018 Time: 12:31:55 PM (US Central Time) Scanned From IP:10.36.4.10

**Account Number:** ▬9959

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account

_____          *Assistant Secretary*

Authorized Signer                                     Title

**Review Information**

**Customer 1:**

Name    SUSAN G ZANGHI

ID Type  US Driver License W/Photo    ID#    ▬    ID Issuer  North Carolina    Iss Date ▬    Exp Date ▬

ID Type  BOA ATM/Ckcd No Photo    ID#  1457    ID Issuer  NA  BOA Visa    Iss Date  N/A    Exp Date ▬

**Customer 2:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 3:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 4:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Customer 5:**

Name _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

ID Type _____ ID# _____ ID Issuer _____ Iss Date _____ Exp Date _____

**Bank Information**

| | |
|---|---|
| **Date** | 02/28/2018 |
| **Financial Center Name** | ARBORETUM |
| **Employee's Name** | Hetal Sethi |
| **Employee's Phone Number** | 704-602-4988 |

NNC
00-14-9297M  11-2016



Page 2 of 2

**PX 30**

FTC-MOBE-002716

Date: 3/1/2018 Time: 11:10:30 AM (US Central Time) Scanned From IP:10.36.4.10

**Bank of America** ⟋⟋

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** ▮▮▮9959

**Bank Number:** 701

**Account Type:** ☐ Checking (DDA)   ☒ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
MOBETRAINING.COM, INC.

___

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☒ C Corporation   ☐ S Corporation

☐ Partnership   (Enter the type of partnership: General, LP, LLP or LLLP)

☐ Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor) _____

☐ Other (Defined in W-9 instructions) _____

**Social Security Number** _____   **(or)  Employer Identification Number**  81-0711803

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported. The Deposit Agreement includes a provision for alternative dispute resolution.

☐ Nonresident Alien Status (if applicable) If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN (Please refer to the IRS instructions for Form W-9).

**Exempt payee code (if any)** _____

**Exemption from FATCA reporting code (if any)** _____

**Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):**

| | The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding. | | |
|---|---|---|---|
| **Name (typed or printed)** | **Title (if applicable)** | **Signature** | **Date** |
| 1  SUSAN G ZANGHI | Assistant Secretary | ⟨signature⟩ | 2/28/18 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2016 Bank of America, N.A. All Rights Reserved

NNC
00-14-9297M  11-2016

|||||||||||||| ||| |||||||| ||| | ||||||||||| ||| ||||||||||| |||| ||||

Page 1 of 2

**PX 30**

FTC-MOBE-002717

Date: 3/1/2018 Time: 11:10:30 AM (US Central Time) Scanned From IP:10.36.4.10

**Account Number:** ████ 9959 _____

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____          _____
Authorized Signer                                        Title

**Review Information**

**Customer 1:**

Name    SUSAN G ZANGHI

ID Type: US Driver License W/Photo    ID#: ████    ID Issuer: North Carolina    Iss. Date: ████    Exp. Date: ████

ID Type: BOA ATM/Ckcd No Photo    ID#: 1457    ID Issuer: NA    BOA Visa    Iss. Date: N/A    Exp. Date: ████

**Customer 2:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 3:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 4:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Customer 5:**

Name _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

ID Type: _____ ID#: _____ ID Issuer: _____ Iss. Date: _____ Exp. Date: _____

**Bank Information**

| | |
|---|---|
| Date | 02/28/2018 |
| Financial Center Name | ARBORETUM |
| Employee's Name | Hetal Sethi |
| Employee's Phone Number | 704-602-4988 |

NNC
00-14-9297M  11-2016



Page 2 of 2

**PX 30**

FTC-MOBE-002718



**Branch Banking and Trust Company**

FIU - Legal Fulfillment

PO Box 1489
Lumberton, NC 28359

## AFFIDAVIT of BRANCH BANKING AND TRUST COMPANY
Sub 91983

I, Samuel Brown Jr., Deposit Specialist of Branch Banking and Trust Company, declare under penalty and to the best of my knowledge and belief:

That as an employee of Branch Banking and Trust Company, have the authority to execute this affidavit and certify to the authenticity of the records produced with this affidavit.

That the records produced herewith by Branch Banking and Trust Company are original documents or are true copies of records of a regularly conducted banking activity that:

A. Were made by an employee with knowledge of those matters at or near the time of the occurrence of the matters as set forth in the documents;

B. Were made and kept in the regularly conducted banking activity of Branch Banking and Trust Company personnel;

C. Were made and kept by the regularly conducted activity of Branch Banking and Trust Company as a regular practice, on or about the time of the act or event recorded.

That the records listed below constitute responsive documents based upon our research in connection with the subpoena served on the bank, as that demand may have been narrowed by the demanding party or the agency.

Records: Signature cards for accounts ending in 4290

BB&T resolution and agreement for deposit accounts

BB&T letter and ACH details

XCIN customer information and XCCO customer comment search

Bank statements for accounts ending in 4290/3709 (05/15-03/16)

Checks and deposits for account ending in 4290 (05/15-01/16) and 3709 (11/15)

Based upon the information provided we were unable to produce signature card for ending in 3709, wires for account ending in 3709 or fraud reports

Dated: June 6, 2017

Signature

Samuel Brown Jr.
Print Name

State of North Carolina County of Robeson

Sworn to and subscribed before me this 6th day of June, 2017.

Notary Public

My Commission Expires 12/21/2020

SEAL

LAGAYLE LOCKLEAR
Notary Public
Robeson Co., North Carolina
My Commission Expires Dec. 21, 2020

Page 1 of 1

## PX 31

FTC-MOBE-002719

## BB&T SIGNATURE CARD (TEXAS)

**NAME AND ADDRESS OF DEPOSITOR(S)**

MOBEPROCESSING.COM INC.

13506 SUMMERPORT VILLAGE PKWY STE 1004
WINDERMERE     FL   34786-0000

| ACCOUNT NUMBER | ACCOUNT OPENING DATE | REVISED CARD DATE |
|---|---|---|
| ▮4290 | 04/23/2015 | |

**OWNERSHIP DESIGNATION: CHECK ONLY ONE BLOCK**

| Personal Accounts | Business Accounts | Other Accounts |
|---|---|---|
| ☐ Individual | ☐ Sole Proprietorship/DBA | ☐ Estate |
| ☐ Joint With Survivorship | ☐ Partnership | ☐ Trust |
| ☐ Payable on Death (POD) | ☒ Corporation | ☐ Bankruptcy |
| ☐ Uniform Transfers to Minors | ☐ Non-Profit Corporation | ☐ Court Appointed Fiduciary |
| ☐ Other_____ | ☐ Public Funds | (Guardian/Custodian/Conservator, etc.) |
| | ☐ LLC (including LLP) | ☐ Lawyer's Trust Account or IOLTA |
| | | ☐ Escrow |
| | | ☐ Other_____ |

**IDENTIFICATION (Primary Account Holder)**

Type of ID _CEXI___ Issued By _DE___ ID Number _5650595____ Expiration Date _____ Date of Birth _____

Second Type of ID_____ Issued By _____ ID Number _____ Expiration Date _____

Employer _____ Cell Phone Number (____)_____ Home Phone Number (____)_____

Address as listed on ID _____ Work Phone Number (407)_____

**IDENTIFICATION (Secondary Account Holder)**

Type of ID _____ Issued By _____ ID Number _____ Expiration Date _____ Date of Birth _____

Second Type of ID_____ Issued By _____ ID Number _____ Expiration Date _____

Employer _____ Cell Phone Number (____)_____ Home Phone Number (____)_____

Address as listed on ID _____ Work Phone Number (____)_____

**TIN CERTIFICATION**

Under penalties of perjury, I certify by my signature below that: (1) The number shown on this form is the correct Social Security or Tax Identification Number, or I am waiting for a number to be issued to me, and (2) I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (Depositor must cross out (2) above if the IRS has notified the depositor that the depositor is currently subject to backup withholding because of underreporting of interest or dividends.), (3) I am a U.S. person (including U.S. resident alien), and (4) I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.*

Check one only if applicable:

☐ Depositor is an exempt recipient of interest under the Internal Revenue Code.
☐ Depositor is exempt as a non-resident alien and has completed a Form W-8 (required for interest bearing accounts only). Each non-resident alien depositor must complete a separate W-8.

I understand that if a taxpayer identification number is not provided to the bank within 60 days, the account may be closed.

**BY MY SIGNATURE, I HEREBY CERTIFY THAT:** (1) the type of ownership designated is correct; (2)(a) if I have opened a personal account, I have received the "Bank Services Agreement", the "BB&T Internal Rate Schedule" or Client Summary with interest rates, and the "BB&T Personal Services Pricing Guide" and agree to accept the terms of each document; or (2)(b) if I have opened a commercial account, I have received the "Commercial Bank Services Agreement" or "Institutional Bank Services Agreement" and the "BB&T Business Services Pricing Guide" and agree to accept the terms of each document; (3) I give permission to BB&T to verify any bank or credit references; and (4) I have read and understand this signature card, confirm that it is completed correctly and agree to its terms and disclosures.

### INDIVIDUAL ACCOUNT
(No Beneficiaries)

The individual signer owns the account. On the death of the signer, ownership of the account passes as part of the signer's estate under his or her will or by intestacy.

SSN: _____ Date: _____

Signature of Depositor _____

Centralized Document Scanning Operations
100-99-15-11



**PX 31**

Page 1 of 2

**FTC-MOBE-002720**

## JOINT ACCOUNT WITH RIGHT OF SURVIVORSHIP
### (No Beneficiaries)

We understand that BB&T may pay any or all of the funds in the account on the order of any one person named on the account. Upon the death of a party to the account, the deceased party's ownership in the account passes to the surviving party or parties to the account. BB&T may pay the entire account balance to a creditor or other legal claimant pursuant to legal process despite notice to BB&T by a depositor not to permit such payment.

SSN: _____ Date: _____

Signature of Depositor _____

SSN: _____ Date: _____

Signature of Depositor _____

## PAYABLE ON DEATH ACCOUNT
### (Single or Mulitple Ownership)

It is understood that by establishing a POD account that: (i) any one account owner may withdraw or transfer any or all of the funds in the account; (ii) any account owner may change or remove any beneficiary by written notice to the Bank; (iii) upon the death of any account owner, the funds shall belong to the remaining account owner(s); and (iv) upon the death of the last account owner, the funds shall be payable to the beneficiaries then living and, if none, to the estate of the last surviving account owner.

Owner 1 SSN: _____ Date: _____

Signature of Depositor _____

Owner 2 SSN: _____ Date: _____

Signature of Depositor _____

Name of Beneficiary: _____ Relationship: _____ SSN: _____

Address of Beneficiary: _____

Date of Birth of Beneficiary: _____ Phone Number of Beneficiary: _____

Name of Beneficiary: _____ Relationship: _____ SSN: _____

Address of Beneficiary: _____

Date of Birth of Beneficiary: _____ Phone Number of Beneficiary: _____

Name of Beneficiary: _____ Relationship: _____ SSN: _____

Address of Beneficiary: _____

Date of Birth of Beneficiary: _____ Phone Number of Beneficiary: _____

## UNIFORM TRANSFERS TO MINORS ACT ACCOUNT
### Only one custodian and one minor permitted

I understand that the funds transferred into this account are being credited to this account in my name as custodian for the minor named below under the Texas Uniform Transfers to Minors Act. The transfer of money to the minor named below is irrevocable and is made in accordance with and to include all provisions of said Act.

SSN of Minor: _____ Name of Minor: _____ Relationship: _____

Address of Minor: _____ DOB: _____

SSN of Custodian: _____ Date: _____

Signature of Custodian _____

## Business, Trust, Bankruptcy, Guardian, Conservator, IOLTA, Escrow and "Other" Accounts
The undersigned expressly authorize BB&T to obtain any consumer report and/or any other Personal or Business credit reports.

| 472489384 | MOBEPROCESSING.COM INC. | X *matt mcphee* | (Seal) | 04/23/2015 |
| EIN/Tax ID Number | Printed Name | Signature for Entity - Your Title | | Date |
| | *MATTHEW L. MCPHEE* | X *matt mcphee* | (Seal) | 5-22-15 |
| Tax ID Number | Printed Name | Signature and Title | | Date |
| | *BRIAN D. PRICE* | + | (Seal) | 5-22-15 |
| Tax ID Number | Printed Name | Signature and Title | | Date |
| | *ELIZABETH ACOSTA* | + *Elizabeth Acosta* | (Seal) | 5/22/15 |
| Tax ID Number | Printed Name | Signature and Title | | Date |

Opened/Updated By _JENELLE MENDOZA_    80448    Approved By _____    Branch Location__8721107__

8005TX (1412)

# PX 31

Page 2 of 2

FTC-MOBE-002721

# BB&T
## RESOLUTION AND AGREEMENT FOR DEPOSIT ACCOUNT

MOBEPROCESSING.COM INC.        473489384
Name of Entity        EIN

☒ Corporation      ☐ Government Entity      ☐ Sole Proprietorship
☐ Unincorporated Association      ☐ General Partnership      ☐ Non-Profit Corporation
☐ Limited Liability Company      ☐ Limited Partnership      ☐ Other

I, the undersigned, hereby certify to BB&T that I am the Secretary (or as applicable, Proprietor, Authorized Partner, Authorized Manager or other Authorized Employee) of the above named Entity duly organized and existing under the laws of the State of Delaware        ; and that the following are resolutions duly adopted by the Entity, and that such resolutions are in full force and effect and have not been amended or rescinded:

RESOLVED, that BB&T is hereby designated as a depository institution in which the funds of this Entity may, subject to the rules of BB&T, be deposited by any of its officers, agents or employees; and that any such officer, agent or employee is hereby authorized on behalf of the Entity and in its name to endorse for deposit, whether in demand or time accounts, or for negotiation or collection, any and all checks, drafts, certificates of deposit or any other payment instrument payable to the Entity, which endorsement may be in writing, by stamp or otherwise, with or without signature of the person so endorsing, it being understood that on such items all prior endorsements are guaranteed by the Entity, irrespective of the lack of a guarantee by the Entity; and

FURTHER RESOLVED, that any of the individuals listed below (a "Designated Representative") is hereby authorized to open or close any deposit account with BB&T and to authorize those persons ("Authorized Signers") who may execute a BB&T signature card on behalf of the Entity and transact business on such account:

| Designated Representative (Signature) | Printed/Typed Name | Title |
|---|---|---|
| _K matt mcphe._ | Matthew Lloyd McPhee | President |
| | | |
| | | |
| | | |

FURTHER RESOLVED, that BB&T be and is hereby authorized and directed to honor, pay and charge any of the accounts of the Entity, without inquiry to or responsibility for the application of the proceeds thereof, all checks, drafts, or other orders for the payment, withdrawal or transfer of money in the accounts of or to the credit of the Entity, and to honor any authorization for the transfer of funds between different accounts whether oral, by phone or electronic means without inquiry as to the circumstances related thereto and for whatever purpose or to whomever payable, including requests for conversion into cash as well as for deduction from and payment of cash out of any deposit, and whether or not payable to, endorsed or negotiated by or for the credit of any person signing same or any other officer, agent or employee of the Entity, when signed or endorsed by an original or facsimile signature of any ONE Authorized Signer; and

---

### FOR BANK USE ONLY

Prepared By   C16365         Date   04/23/2015

Center    8721107         Bank No.   407     State   TX

Forward to:
Centralized Document Scanning Operations
M/C 100-99-15-11

---

RESRES407473489384



**PX 31**

8010 (1110)        Page 1 of 2

FURTHER RESOLVED, that BB&T be and is hereby authorized to honor, receive, or pay any items bearing the signature of any one Authorized Signer even though payment may create an overdraft or even though such items may be drawn or endorsed to the order of such signer for exchange or cashing, or in payment of the individual obligation of such signer, or for deposit to such Authorized Signer's personal account and BB&T shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any such item or the application or disposition of such item or the proceeds thereof; and

FURTHER RESOLVED, that the Entity assumes full responsibility and holds harmless BB&T for any and all payments made or any other action taken by BB&T in reliance upon the signatures, including facsimiles thereof, of any Authorized Signer regardless whether or not the use of the facsimile signature was unlawful or unauthorized and regardless of by whom or by what means the purported signature or facsimile signature may have been affixed if such signature reasonably resembles the specimen or facsimile signature of the Authorized Signer; and

FURTHER RESOLVED, that any Designated Representative, or person authorized in writing by a Designated Representative, is authorized to act on behalf of the Entity as follows: obtain information on accounts; appoint, remove or change Authorized Signers; deliver any night depository agreement; enter into any agreement for cash management services; lease a safe deposit box; enter into an agreement for deposit access device; enter into an agreement for credit cards; or enter into other agreements concerning the deposit accounts at BB&T; and

FURTHER RESOLVED, that any and all prior resolutions executed on behalf of the Entity are hereby revoked and that the foregoing resolutions shall remain in full force and effect until the Entity officially notifies BB&T to the contrary in writing. BB&T may conclusively presume that this Resolution and Agreement for Deposit Account and any signature cards executed pursuant hereto are in effect and that persons identified herein are properly authorized to act on behalf of the Entity. The Entity, as changes to the Designated Representatives and/ or Authorized Signers are made, will immediately report and certify such changes to BB&T through submission of a new Resolution and Agreement for Deposit Account and/or signature card, as applicable. BB&T shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from the signature of any Designated Representative so certified, or refusing to honor any signature not so certified; and

FURTHER RESOLVED, that all transactions by any officer, employee or agent of the Entity on its behalf and in its name prior to the delivery of this Resolution and Agreement for Deposit Account are hereby ratified and approved.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this Entity,
this _22nd_ day of _May_____, Year _2016_.

For Corporations including Non-Profit:

x _matt mcphee_____ (Seal)
Secretary/Assistant Secretary

(Corporate Seal)

For All Other Entities:

_____ (Seal)

_____ (Seal)

_____ (Seal)
(Proprietor, Authorized Partner, Authorized Manager, or other Authorized Person)

8010 (1110)

**PX 31**

FTC-MOBE-002723



Page 1 of 8   11/30/15
TX    1440001204290

664-07-01-00 21107  0 C 001 30   50 004
MOBEPROCESSING.COM INC
13506 SUMMERPORT VILLAGE PKWY STE 1004
WINDERMERE FL  34786-7366

# Your consolidated statement

For 11/30/2015

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

### Accept Apple Pay and Chip Cards With $200 Off a New Terminal!

Protecting your customers and your business has never been more important. BB&T Merchant Services is one of the first to offer terminals that accept both EMV-secured chip cards and contactless payments. Provide your customers with the latest in processing technology while offering a more secure payment method to help prevent card fraud.

- From now through **December 31, 2015,** $200[1] off chip card terminal
- Accept Apple Pay and any mobile wallet that supports NFC contactless payments
- Next-business-day funding to your BB&T business checking account
- Live 24/7 technical support, extensive fraud monitoring and robust payment processing analytics

BB&T, Member FDIC. © 2015, Branch Banking and Trust Company. All rights reserved.
Merchant Services are subject to business type and credit approval.
[1] $200 off not applicable to the wireless or Bluetooth terminal.

---

# Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| BUSINESS ANALYZED CHECKING | 4290 | 382,985.88 | page 1 |
| BUSINESS ANALYZED CHECKING | 3709 | 10,000.00 | page 6 |
| Total checking and money market savings accounts | | $392,985.88 | |

---

 Checking and money market savings accounts

■ **BUSINESS ANALYZED CHECKING 1440001204290**

**Account summary**

| | |
|---|---|
| Your previous balance as of 10/30/2015 | $399,246.45 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 5,186,871.84 |
| Deposits, credits and interest | + 5,170,611.27 |
| Your new balance as of 11/30/2015 | = $382,985.88 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/02 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151102-00001611 | 150,000.00 |
| 11/02 | INTERNET PAYMENT WEBPAYMENT TRIANGLEMEDIACOR | 51.50 |
| 11/02 | Return Deposit Item    9999  99002080 | 2,497.00 |

*continued*

**PX 31**

0000132

**FTC-MOBE-002724**  ■ PAGE 1 OF 8

■ BUSINESS ANALYZED CHECKING 144000T204290 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 11/03 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151103-00000348 | 400.12 |
| 11/03 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151103-00000350 | 665.11 |
| 11/03 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151103-00000345 | 1,332.28 |
| 11/03 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151103-00000351 | 1,550.53 |
| 11/03 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151103-00000349 | 10,000.00 |
| 11/03 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151103-00000331 | 15,451.90 |
| 11/03 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151103-00000344 | 27,497.08 |
| 11/03 | ACH CORP DEBIT BILLING   AUTHNET GATEWAY MOBE PROCESSING.COM, I | 25.00 |
| 11/04 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151104-00002310 | 12,677.70 |
| 11/04 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151104-00002313 | 1,188.05 |
| 11/04 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151104-00002314 | 250,000.00 |
| 11/04 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151104-00002302 | 6,163.90 |
| 11/04 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151104-00002306 | 18,466.75 |
| 11/04 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151104-00002309 | 13,529.52 |
| 11/04 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151104-00002303 | 28,964.40 |
| 11/04 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151104-00002304 | 27,359.30 |
| 11/04 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151104-00002308 | 17,264.01 |
| 11/04 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151104-00002311 | 11,514.35 |
| 11/04 | INTERNET PAYMENT WEBPAYMENT TRIANGLEMEDIACOR | 403.60 |
| 11/09 | INTERNET PAYMENT WEBPAYMENT TRIANGLEMEDIACOR | 461.10 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00000419 | 2,250.00 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00000433 | 2,250.00 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00000511 | 2,495.00 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00000478 | 2,500.00 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00000495 | 2,578.81 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00000467 | 6,371.14 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00000525 | 43,500.00 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00000448 | 74,850.00 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00003398 | 93,730.45 |
| 11/09 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151106-00003408 | 350,000.00 |
| 11/10 | INTERNET PAYMENT WEBPAYMENT TRIANGLEMEDIACOR | 336.50 |
| 11/12 | IN-BRANCH TRANSFER TRANSFER TO CHECKING ▮▮▮▮▮3709 11-12-15 | 1,147,669.69 |
| 11/12 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151112-00002013 | 2,035.00 |
| 11/12 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151112-00001997 | 2,960.00 |
| 11/12 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151112-00002074 | 4,162.50 |
| 11/12 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151112-00002160 | 5,000.00 |
| 11/12 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151112-00002029 | 6,567.50 |
| 11/12 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151112-00002058 | 7,215.00 |
| 11/12 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151112-00001983 | 44,400.00 |
| 11/12 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151112-00001969 | 90,150.00 |
| 11/12 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151112-00002122 | 6,141.60 |
| 11/12 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151112-00003175 | 26,280.00 |
| 11/12 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151112-00001944 | 67,399.69 |
| 11/12 | INTERNET PAYMENT WEBPAYMENT TRIANGLEMEDIACOR | 228.20 |
| 11/13 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151113-00004343 | 107,453.16 |
| 11/13 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151113-00004350 | 142,350.00 |
| 11/13 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151113-00004348 | 60,000.00 |
| 11/13 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151113-00004346 | 37,880.66 |
| 11/13 | INTERNET PAYMENT WEBPAYMENT TRIANGLEMEDIACOR | 203.10 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00004055 | 70.00 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00004052 | 7,629.31 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00004053 | 25,620.64 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00004074 | 5,750.00 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00004075 | 18,407.50 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00004128 | 1,776.84 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00004127 | 4,750.00 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00004129 | 19,416.38 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00004051 | 2,057.95 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00004047 | 14,459.07 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00004124 | 500.00 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00004050 | 1,213.53 |

continued

**PX 31**


■ BUSINESS ANALYZED CHECKING 1440001204290 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00004126 | 2,500.00 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00007640 | 4,000.00 |
| 11/16 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151116-00007634 | 86,250.00 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007624 | 5,732.72 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007641 | 51,746.35 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007632 | 6,486.72 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007636 | 35,373.61 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007639 | 80,000.00 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007648 | 18,555.56 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007653 | 13,759.24 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007652 | 14,043.24 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007650 | 16,627.55 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007643 | 35,874.48 |
| 11/16 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151116-00007645 | 22,524.61 |
| 11/16 | INTERNET PAYMENT WEBPAYMENT TRIANGLEMEDIACOR | 322.30 |
| 11/18 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151118-00001639 | 500.00 |
| 11/18 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151118-00001636 | 761.29 |
| 11/18 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151118-00001637 | 8,450.00 |
| 11/18 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151118-00001630 | 15,796.54 |
| 11/18 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151118-00001635 | 1,800.00 |
| 11/18 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151118-00001634 | 41,250.00 |
| 11/18 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151118-00007768 | 91,650.00 |
| 11/18 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151118-00001631 | 3,697.75 |
| 11/18 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151118-00001632 | 3,821.17 |
| 11/18 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151118-00001633 | 18,022.28 |
| 11/18 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151117-00000598 | 250,000.00 |
| 11/19 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151119-00000711 | 61,596.00 |
| 11/19 | INTERNET PAYMENT WEBPAYMENT TRIANGLEMEDIACOR | 552.30 |
| 11/20 | ACH CORP DEBIT TRANSFER   STRIPE X | 290.03 |
| 11/20 | ACH CORP DEBIT TRANSFER   STRIPE X | 1,140.00 |
| 11/23 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151123-00000816 | 5,000.00 |
| 11/23 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151123-00000815 | 39,000.00 |
| 11/23 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151123-00000822 | 1,160.00 |
| 11/23 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151123-00000821 | 86,100.00 |
| 11/23 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151123-00000840 | 76,442.66 |
| 11/23 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151123-00000823 | 935.00 |
| 11/23 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151123-00000819 | 9,231.12 |
| 11/23 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151123-00000818 | 39,833.20 |
| 11/23 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151123-00000820 | 2,795.00 |
| 11/23 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151123-00000824 | 15,000.00 |
| 11/23 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151123-00000817 | 25,576.86 |
| 11/23 | SERVICE CHARGES - PRIOR PERIOD | 3,694.07 |
| 11/24 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151124-00000855 | 250,000.00 |
| 11/24 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151124-00000827 | 22,409.68 |
| 11/24 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151124-00000841 | 10,711.79 |
| 11/24 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151124-00000840 | 428.88 |
| 11/24 | DEBIT MEMO | 98.17 |
| 11/24 | INTERNET PAYMENT WEBPAYMENT TRIANGLEMEDIACOR | 413.40 |
| 11/27 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151127-00004236 | 929.16 |
| 11/27 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151127-00004232 | 4,190.00 |
| 11/27 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151127-00004234 | 5,000.00 |
| 11/27 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151127-00004230 | 57,892.11 |
| 11/27 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151127-00004235 | 3,064.60 |
| 11/27 | Return Deposit Item    9999  99003768 | 497.00 |
| 11/27 | IAT PAYPAL MARC | 2,399.62 |

*continued*

**PX 31**

■ BUSINESS ANALYZED CHECKING 1440001204290 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/30 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151130-00001522 | 4,375.00 |
| 11/30 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151130-00001521 | 92,700.00 |
| 11/30 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151130-00001526 | 45,300.00 |
| 11/30 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151130-00001524 | 114,750.00 |
| 11/30 | PC INTERNATIONAL WIRE TRANSFER WIRE REF# 20151130-00000920 | 12,248.36 |
| 11/30 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151130-00001527 | 23,500.00 |
| 11/30 | REPETITIVE PC WIRE TRANSFER WIRE REF# 20151130-00001523 | 300,000.00 |

Total other withdrawals, debits and service charges = $5,186,871.84

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/02 | INCOMING WIRE TRANSFER WIRE REF# 20151102-00000372 | 2,497.00 |
| 11/02 | INCOMING WIRE TRANSFER WIRE REF# 20151102-00007853 | 9,997.00 |
| 11/02 | INCOMING WIRE TRANSFER WIRE REF# 20151102-00009521 | 10,000.00 |
| 11/02 | INCOMING WIRE TRANSFER WIRE REF# 20151102-00009095 | 10,027.00 |
| 11/02 | DEPOSIT | 10,196.94 |
| 11/02 | TRANSFER   PAYPAL EUCQ MOBE | 100,000.00 |
| 11/02 | TRANSFER   PAYPAL FHFJ MOBE | 100,000.00 |
| 11/02 | TRANSFER   PAYPAL J3RC MOBE | 100,000.00 |
| 11/03 | DEPOSIT | 8,000.00 |
| 11/03 | INCOMING WIRE TRANSFER WIRE REF# 20151103-00001188 | 8,478.74 |
| 11/03 | INCOMING WIRE TRANSFER WIRE REF# 20151103-00007481 | 9,972.00 |
| 11/03 | INCOMING WIRE TRANSFER WIRE REF# 20151103-00003262 | 9,997.00 |
| 11/03 | INCOMING WIRE TRANSFER WIRE REF# 20151103-00001227 | 12,483.00 |
| 11/03 | INCOMING WIRE TRANSFER WIRE REF# 20151103-00001541 | 21,720.68 |
| 11/03 | INCOMING WIRE TRANSFER WIRE REF# 20151103-00010445 | 23,000.00 |
| 11/03 | INCOMING WIRE TRANSFER WIRE REF# 20151103-00006320 | 26,664.00 |
| 11/03 | INCOMING WIRE TRANSFER WIRE REF# 20151103-00001316 | 26,667.00 |
| 11/04 | INCOMING WIRE TRANSFER WIRE REF# 20151104-00008196 | 2,477.00 |
| 11/04 | COUNTER DEPOSIT | 3,297.00 |
| 11/04 | INCOMING WIRE TRANSFER WIRE REF# 20151102-00005930 | 8,447.00 |
| 11/04 | INCOMING WIRE TRANSFER WIRE REF# 20151104-00001512 | 26,629.00 |
| 11/04 | INCOMING WIRE TRANSFER WIRE REF# 20151104-00001446 | 65,978.41 |
| 11/05 | INCOMING WIRE TRANSFER WIRE REF# 20151105-00002126 | 1,272.00 |
| 11/05 | FOREIGN EXCHANGE | 2,352.01 |
| 11/05 | FOREIGN EXCHANGE | 2,364.74 |
| 11/05 | INCOMING WIRE TRANSFER WIRE REF# 20151105-00008795 | 9,972.00 |
| 11/05 | INCOMING WIRE TRANSFER WIRE REF# 20151105-00000268 | 23,959.28 |
| 11/05 | FOREIGN EXCHANGE | 28,490.31 |
| 11/05 | FOREIGN EXCHANGE | 28,641.99 |
| 11/05 | INCOMING WIRE TRANSFER WIRE REF# 20151105-00000670 | 119,980.00 |
| 11/06 | DEPOSIT | 755.50 |
| 11/06 | INCOMING WIRE TRANSFER WIRE REF# 20151106-00006509 | 7,151.86 |
| 11/06 | INCOMING WIRE TRANSFER WIRE REF# 20151106-00001265 | 9,974.00 |
| 11/06 | INCOMING WIRE TRANSFER WIRE REF# 20151106-00006415 | 9,997.00 |
| 11/06 | INCOMING WIRE TRANSFER WIRE REF# 20151106-00001658 | 15,814.86 |
| 11/06 | INCOMING WIRE TRANSFER WIRE REF# 20151106-00004087 | 26,664.00 |
| 11/06 | INCOMING WIRE TRANSFER WIRE REF# 20151106-00010670 | 499,965.00 |
| 11/09 | INCOMING WIRE TRANSFER WIRE REF# 20151109-00005327 | 647.00 |
| 11/09 | DEPOSIT | 1,785.91 |
| 11/09 | INCOMING WIRE TRANSFER WIRE REF# 20151109-00002285 | 2,200.00 |
| 11/09 | INCOMING WIRE TRANSFER WIRE REF# 20151109-00001076 | 5,000.00 |
| 11/09 | INCOMING WIRE TRANSFER WIRE REF# 20151109-00001577 | 9,987.00 |
| 11/09 | INCOMING WIRE TRANSFER WIRE REF# 20151109-00000348 | 9,997.00 |
| 11/09 | INCOMING WIRE TRANSFER WIRE REF# 20151109-00010726 | 9,997.00 |
| 11/09 | DEPOSIT | 16,667.00 |
| 11/09 | INCOMING WIRE TRANSFER WIRE REF# 20151109-00000619 | 47,891.33 |
| 11/10 | DEPOSIT | 2,497.00 |
| 11/10 | INCOMING WIRE TRANSFER WIRE REF# 20151110-00001176 | 9,997.00 |
| 11/10 | INCOMING WIRE TRANSFER WIRE REF# 20151110-00003280 | 9,997.00 |
| 11/10 | INCOMING WIRE TRANSFER WIRE REF# 20151110-00011473 | 26,662.00 |

*continued*

**PX 31**


■ BUSINESS ANALYZED CHECKING 1440001204290 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 11/10 | INCOMING WIRE TRANSFER WIRE REF# 20151110-00001595 | 84,876.05 |
| 11/10 | INCOMING WIRE TRANSFER WIRE REF# 20151110-00001398 | 120,053.09 |
| 11/12 | INCOMING WIRE TRANSFER WIRE REF# 20151112-00000692 | 2,472.00 |
| 11/12 | DEPOSIT | 3,994.00 |
| 11/12 | INCOMING WIRE TRANSFER WIRE REF# 20151112-00004289 | 26,664.00 |
| 11/12 | INCOMING WIRE TRANSFER WIRE REF# 20151112-00003837 | 68,117.72 |
| 11/12 | TRANSFER  PAYPAL 3AYE MOBE | 75,000.00 |
| 11/12 | TRANSFER  PAYPAL X5UC MOBE | 100,000.00 |
| 11/12 | INCOMING WIRE TRANSFER WIRE REF# 20151112-00000942 | 109,980.00 |
| 11/12 | CREDIT MEMO | 718,000.00 |
| 11/13 | DEPOSIT | 1,347.00 |
| 11/13 | INCOMING WIRE TRANSFER WIRE REF# 20151113-00004055 | 9,977.00 |
| 11/13 | INCOMING WIRE TRANSFER WIRE REF# 20151113-00000328 | 20,283.13 |
| 11/13 | INCOMING WIRE TRANSFER WIRE REF# 20151113-00015697 | 27,000.00 |
| 11/16 | INCOMING WIRE TRANSFER WIRE REF# 20151116-00008346 | 800.00 |
| 11/16 | DEPOSIT | 3,244.00 |
| 11/16 | DEPOSIT | 9,945.00 |
| 11/16 | INCOMING WIRE TRANSFER WIRE REF# 20151116-00005408 | 11,597.00 |
| 11/16 | INCOMING WIRE TRANSFER WIRE REF# 20151116-00008625 | 26,664.00 |
| 11/16 | INCOMING WIRE TRANSFER WIRE REF# 20151116-00010574 | 26,667.00 |
| 11/16 | INCOMING WIRE TRANSFER WIRE REF# 20151116-00001961 | 41,056.93 |
| 11/16 | TRANSFER  PAYPAL TJG6 MOBE | 100,000.00 |
| 11/16 | TRANSFER  STRIPE X | 100,861.57 |
| 11/16 | IN-BRANCH TRANSFER TRANSFER FROM CHECKING▮▮▮▮▮3709 11-16-15 | 419,669.69 |
| 11/18 | INCOMING WIRE TRANSFER WIRE REF# 20151117-00005678 | 2,497.00 |
| 11/18 | INCOMING WIRE TRANSFER WIRE REF# 20151118-00000335 | 2,497.00 |
| 11/18 | INCOMING WIRE TRANSFER WIRE REF# 20151117-00003813 | 9,997.00 |
| 11/18 | INCOMING WIRE TRANSFER WIRE REF# 20151117-00006760 | 9,997.00 |
| 11/18 | INCOMING WIRE TRANSFER WIRE REF# 20151117-00008654 | 26,664.00 |
| 11/18 | INCOMING WIRE TRANSFER WIRE REF# 20151117-00001412 | 70,320.98 |
| 11/19 | INCOMING WIRE TRANSFER WIRE REF# 20151119-00001458 | 3,287.00 |
| 11/19 | INCOMING WIRE TRANSFER WIRE REF# 20151119-00006680 | 9,997.00 |
| 11/19 | INCOMING WIRE TRANSFER WIRE REF# 20151119-00007881 | 26,664.00 |
| 11/19 | INCOMING WIRE TRANSFER WIRE REF# 20151119-00010336 | 26,664.00 |
| 11/19 | INCOMING WIRE TRANSFER WIRE REF# 20151119-00001580 | 60,065.18 |
| 11/19 | INCOMING WIRE TRANSFER WIRE REF# 20151119-00000509 | 89,980.00 |
| 11/20 | INCOMING WIRE TRANSFER WIRE REF# 20151120-00011169 | 2,000.00 |
| 11/20 | INCOMING WIRE TRANSFER WIRE REF# 20151120-00000621 | 11,441.00 |
| 11/20 | INCOMING WIRE TRANSFER WIRE REF# 20151120-00000619 | 15,183.00 |
| 11/23 | INCOMING WIRE TRANSFER WIRE REF# 20151123-00000291 | 10.00 |
| 11/23 | DEPOSIT | 400.00 |
| 11/23 | INCOMING WIRE TRANSFER WIRE REF# 20151123-00000425 | 2,497.00 |
| 11/23 | DEPOSIT | 8,164.00 |
| 11/23 | INCOMING WIRE TRANSFER WIRE REF# 20151123-00007161 | 9,997.00 |
| 11/23 | COUNTER DEPOSIT | 29,399.00 |
| 11/23 | INCOMING WIRE TRANSFER WIRE REF# 20151123-00008858 | 299,965.00 |
| 11/24 | INCOMING WIRE TRANSFER WIRE REF# 20151124-00007511 | 4,997.00 |
| 11/24 | INCOMING WIRE TRANSFER WIRE REF# 20151124-00006915 | 5,000.00 |
| 11/24 | INCOMING WIRE TRANSFER WIRE REF# 20151124-00002683 | 9,997.00 |
| 11/24 | INCOMING WIRE TRANSFER WIRE REF# 20151124-00004283 | 9,997.00 |
| 11/24 | INCOMING WIRE TRANSFER WIRE REF# 20151124-00008421 | 9,997.00 |
| 11/25 | INCOMING WIRE TRANSFER WIRE REF# 20151125-00002604 | 990.00 |
| 11/25 | INCOMING WIRE TRANSFER WIRE REF# 20151125-00005253 | 1,750.00 |
| 11/25 | INCOMING WIRE TRANSFER WIRE REF# 20151125-00000774 | 9,997.00 |
| 11/25 | INCOMING WIRE TRANSFER WIRE REF# 20151125-00011045 | 9,997.00 |

*continued*

**PX 31**

- **BUSINESS ANALYZED CHECKING 1440001204290 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/25 | INCOMING WIRE TRANSFER WIRE REF# 20151125-00001638 | 54,503.40 |
| 11/25 | INCOMING WIRE TRANSFER WIRE REF# 20151125-00002094 | 59,930.97 |
| 11/27 | INCOMING WIRE TRANSFER WIRE REF# 20151127-00005650 | 1,750.00 |
| 11/27 | INCOMING WIRE TRANSFER WIRE REF# 20151127-00007476 | 2,497.00 |
| 11/27 | INCOMING WIRE TRANSFER WIRE REF# 20151127-00003526 | 9,997.00 |
| 11/27 | INCOMING WIRE TRANSFER WIRE REF# 20151127-00001093 | 109,980.00 |
| 11/30 | TRANSFER  STRIPE X | 762.00 |
| 11/30 | INCOMING WIRE TRANSFER WIRE REF# 20151130-00013900 | 5,340.00 |
| 11/30 | INCOMING WIRE TRANSFER WIRE REF# 20151130-00012418 | 499,965.00 |

Total deposits, credits and interest                                      = $5,170,611.27

- **BUSINESS ANALYZED CHECKING 1440001573709**

**Account summary**

| | |
|---|---|
| Your previous balance as of 11/11/2015 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 1,137,669.69 |
| Deposits, credits and interest | + 1,147,669.69 |
| Your new balance as of 11/30/2015 | = $10,000.00 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | | AMOUNT($) |
|---|---|---|---|
| 11/12 | DEBIT MEMO | | 718,000.00 |
| 11/16 | IN-BRANCH TRANSFER TRANSFER TO CHECKING ███████ 4290 11-16-15 | | 419,669.69 |

Total other withdrawals, debits and service charges                      = $1,137,669.69

**Deposits, credits and interest**

| DATE | DESCRIPTION | | AMOUNT($) |
|---|---|---|---|
| 11/12 | IN-BRANCH TRANSFER TRANSFER FROM CHECKING ███████ 4290 11-12-15 | | 1,147,669.69 |

Total deposits, credits and interest                                      = $1,147,669.69

**PX 31**



# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week.  BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET.  You may also contact your local BB&T financial center.  To locate a BB&T financial center in your area, please visit BBT.com.

### Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible.  You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center.  We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.  Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action.  If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred.  This will provide you with access to your funds during the time it takes us to complete our investigation.  You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures.  If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once.  If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days.  This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time.  If a good reason kept you from informing us, we will extend the time periods.

### Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an **INTEREST CHARGE** will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle.  To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**.  This gives us the daily balance.  Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average daily balance."

### Billing rights summary
**In case of errors or questions about your Constant Credit statement**

If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center.  To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.  You may telephone us, but doing so will not preserve your rights.  In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question.  While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

### Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center.  Visit BBT.com to locate the BB&T financial center closest to you.  Please do not send cash.

### Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A.  Record the transaction date, the check number or type of debit and the debit amount.  Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B.  Record the transaction date, credit type and the credit amount.  Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance.  Enter the sum here.  This amount should match the balance in your register. | | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | | |

# PX 31

FTC-MOBE-002730

**PX 31**

FTC-MOBE-002731 · PAGE 8 OF 8