

BB&T Wire Transfer Operations


```
7200  8721107  100-99-05-10
MOBEPROCESSING.COM INC
13506 SUMMERPORT VILLAGE PKWY
SUITE 1004
WINDERMERE, FL  34786-7366
```


We have completed this wire transfer request.  Your BB&T account
has been credited for the net amount shown below.


```
**********************************************************************
TRN DATE            20160121      TRN NUM   00000635
AMOUNT              59,980.00     ACCOUNT # DDA - ████████4290
REFERENCE #                       ZD81021TB3222032
DATE                              01/21/2016
TIME                              06:40:55
BENEFICIARY                       MOBEPROCESSING.COM INC
ORIGINATOR TO BENE INFO           AWTRIANGLE MOBE PROCESSING.COM INC
                                  USD 20150926-20160108 PARTIAL PAYME
                                  NT
ORIGINATOR                        1/ALLIED WALLET LTD
ORIGINATING BANK NAME             UBS AG
ORIGINATING BANK #                UBSWCHZH80A
ORIGINATING BANK INFORMATION


**********************************************************************
```


Thank you for banking with BB&T. Please contact your local BB&T
financial center or call 1-800-BANK BBT (1-800-226-5228) for
questions regarding this wire transfer.

**PX 31**

FTC-MOBE-002732



BB&T Wire Transfer Operations

```
7200  8721107  100-99-05-10
MOBEPROCESSING.COM INC
13506 SUMMERPORT VILLAGE PKWY
SUITE 1004
WINDERMERE, FL  34786-7366
```

We have completed this wire transfer request.  Your BB&T account
has been credited for the net amount shown below.

```
******************************************************************************
TRN DATE                   20160125        TRN NUM   00000290
AMOUNT                     82,195.05       ACCOUNT # DDA - ████████████4290
REFERENCE #
DATE                       01/25/2016
TIME                       06:41:31
BENEFICIARY                MOBEPROCESSING.COM INC
ORIGINATOR TO BENE INFO    PAYMENT TO MERCHANT
ORIGINATOR                 CHAIN PROCESSING SOLUTIONS LTD
ORIGINATING BANK NAME      SBM BANK(MAURITIUS)LTD
ORIGINATING BANK #         STCBMUMU
ORIGINATING BANK INFORMATION


******************************************************************************
```

Thank you for banking with BB&T. Please contact your local BB&T
financial center or call 1-800-BANK BBT (1-800-226-5228) for
questions regarding this wire transfer.

BB&T, Member FDIC.

122

# PX 31



BB&T Wire Transfer Operations

```
7200  8721107  100-99-05-10
MOBEPROCESSING.COM INC
13506 SUMMERPORT VILLAGE PKWY
SUITE 1004
WINDERMERE, FL  34786-7366
```

We have completed this wire transfer request.  Your BB&T account
has been debited for the net amount shown below.

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
TRN DATE              20160125       TRN NUM    00000377
AMOUNT            100,000.00       ACCOUNT # DDA - ████████4290
REFERENCE #
DATE                  01/25/2016
TIME                  06:45:48
ORIGINATOR            MOBEPROCESSING.COM INC
                     13506 SUMMERPORT VILLAGE PKWY STE 1
                     WINDERMERE, FL
BENEFICIARY BANK     WESTPAC BANKING CORPORATION
BENEFICIARY BANK #
BENEFICIARY NAME     MATTHEW MCPHEE TAS HOME BUSINESS BU
BENEFICIARY ACCOUNT  ██████1129
ORIGINATING BANK INFORMATION

INTERMEDIARY BANK #       WPACAU2S

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

Thank you for banking with BB&T. Please contact your local BB&T
financial center or call 1-800-BANK BBT (1-800-226-5228) for
questions regarding this wire transfer.

**PX 31**

FTC-MOBE-002734



BB&T Wire Transfer Operations

```
7200  8721107  100-99-05-10
MOBEPROCESSING.COM INC
13506 SUMMERPORT VILLAGE PKWY
SUITE 1004
WINDERMERE, FL  34786-7366
```

We have completed this wire transfer request.  Your BB&T account
has been credited for the net amount shown below.

```
*****************************************************************************
TRN DATE                 20151228       TRN NUM   00006469
AMOUNT                249,965.00      ACCOUNT # DDA - ████████4290
REFERENCE #                      INTERNAL TRANSFE
DATE                             12/28/2015
TIME                             12:56:30
BENEFICIARY                      MOBEPROCESSING.COM INC
ORIGINATOR TO BENE INFO          /RFB/INTERNAL TRANSFER BBT
ORIGINATOR                       1/MOBE INC.
ORIGINATING BANK NAME            CREDICORP BANK S.A. - PANAMA
ORIGINATING BANK #               CRLDPAPA
ORIGINATING BANK INFORMATION
*****************************************************************************
```

Thank you for banking with BB&T. Please contact your local BB&T
financial center or call 1-800-BANK BBT (1-800-226-5228) for
questions regarding this wire transfer.

## PX 31

FTC-MOBE-002735



BB&T Wire Transfer Operations

```
7200  8721107  100-99-05-10
MOBEPROCESSING.COM INC
13506 SUMMERPORT VILLAGE PKWY
SUITE 1004
WINDERMERE, FL  34786-7366
```

We have completed this wire transfer request.  Your BB&T account
has been debited for the net amount shown below.

```
*****************************************************************
TRN DATE             20150928       TRN NUM   00001079
AMOUNT           250,000.00       ACCOUNT # DDA - ████████4290
REFERENCE #
DATE                 09/28/2015
TIME                 06:54:17
ORIGINATOR           MOBEPROCESSING.COM INC
                     13506 SUMMERPORT VILLAGE PKWY STE 1
                     WINDERMERE, FL
BENEFICIARY BANK     OCBC BANK (MALAYSIA) BERHAD
BENEFICIARY BANK #   OCBCMYKL
BENEFICIARY NAME     MOBE LTD
BENEFICIARY ACCOUNT  ████2282USD
ORIGINATOR TO BENE INFO   MOBE LTD BBT USD TO OCBC USD
ORIGINATING BANK INFORMATION

*****************************************************************
```

Thank you for banking with BB&T. Please contact your local BB&T
financial center or call 1-800-BANK BBT (1-800-226-5228) for
questions regarding this wire transfer.

## PX 31

FTC-MOBE-002736



**Branch Banking and Trust Company**

FIU - Legal Fulfillment
PO Box 1489
Lumberton, NC 28359
Office (910) 272-4250

## AFFIDAVIT of BRANCH BANKING AND TRUST COMPANY

I, Rhonda R Lehman, of Branch Banking and Trust Company, declare under penalty and to the best of my knowledge and belief:

That as an employee of Branch Banking and Trust Company, have the authority to execute this affidavit and certify to the authenticity of the records produced with this affidavit.

That the records produced herewith by Branch Banking and Trust Company are original documents or are true copies of records of a regularly conducted banking activity that:

A. Were made by an employee with knowledge of those matters at or near the time of the occurrence of the matters as set forth in the documents;

B. Were made and kept in the regularly conducted banking activity of Branch Banking and Trust Company personnel;

C. Were made and kept by the regularly conducted activity of Branch Banking and Trust Company as a regular practice, on or about the time of the act or event recorded.

That the records listed below constitute responsive documents based upon our research in connection with the subpoena served on the bank, as that demand may have been narrowed by the demanding party or the agency.

Records: Corporate Resolutions

Signature Cards and Available Consolidated Bank Statements for Accounts Ending in x6136 and x6195 from the dates of September 2017 to March 2018.

Available Checks, Deposits with offsets; Credit, Debit Memos with offsets for Account Ending in x6136 dated November 2017.

Available Checks, Deposits with offsets; Credit, Debit Memos with offsets for Account Ending in x6195 dated November 2017.

Dated:    04/18/18

*Rhonda R Lehman*
Signature

Rhonda R Lehman
Print Name

BB&T Legal Fulfillment – 910-272-4250

State of North Carolina County of Robeson

Sworn to and subscribed before me this 18th day of April, 2018.

*Darlene Collins*
Notary Public

My Commission Expires  June 20 2018
/SEAL

DARLENE COLLINS
Notary Public
Robeson Co., North Carolina
My Commission Expires June 20, 2018

## PX 31

# BB&T

## RESOLUTION AND AGREEMENT FOR DEPOSIT ACCOUNT

MOBEPROCESSING.COM INC.                                        473489384
Name of Entity                                                 EIN

☒ Corporation              ☐ Government Entity          ☐ Sole Proprietorship
☐ Unincorporated Association ☐ General Partnership      ☐ Non-Profit Corporation
☐ Limited Liability Company  ☐ Limited Partnership      ☐ Other

I, the undersigned, hereby certify to BB&T that I am the Secretary (or as applicable, Proprietor, Authorized Partner, Authorized Manager or other Authorized Employee) of the above named Entity duly organized and existing under the laws of the State of Delaware _____; and that the following are resolutions duly adopted by the Entity, and that such resolutions are in full force and effect and have not been amended or rescinded:

RESOLVED, that BB&T is hereby designated as a depository institution in which the funds of this Entity may, subject to the rules of BB&T, be deposited by any of its officers, agents or employees; and that any such officer, agent or employee is hereby authorized on behalf of the Entity and in its name to endorse for deposit, whether in demand or time accounts, or for negotiation or collection, any and all checks, drafts, certificates of deposit or any other payment instrument payable to the Entity, which endorsement may be in writing, by stamp or otherwise, with or without signature of the person so endorsing, it being understood that on such items all prior endorsements are guaranteed by the Entity, irrespective of the lack of a guarantee by the Entity; and

FURTHER RESOLVED, that any of the individuals listed below (a "Designated Representative") is hereby authorized to open or close any deposit account with BB&T and to authorize those persons ("Authorized Signers") who may execute a BB&T signature card on behalf of the Entity and transact business on such account:

| Designated Representative (Signature) | Printed/Typed Name | Title |
|---|---|---|
| _K matt mcphe._ | Matthew Lloyd McPhee | President |
| | | |
| | | |
| | | |

FURTHER RESOLVED, that BB&T be and is hereby authorized and directed to honor, pay and charge any of the accounts of the Entity, without inquiry to or responsibility for the application of the proceeds thereof, all checks, drafts, or other orders for the payment, withdrawal or transfer of money in the accounts of or to the credit of the Entity, and to honor any authorization for the transfer of funds between different accounts whether oral, by phone or electronic means without inquiry as to the circumstances related thereto and for whatever purpose or to whomever payable, including requests for conversion into cash as well as for deduction from and payment of cash out of any deposit, and whether or not payable to, endorsed or negotiated by or for the credit of any person signing same or any other officer, agent or employee of the Entity, when signed or endorsed by an original or facsimile signature of any ONE Authorized Signer; and

| FOR BANK USE ONLY | |
|---|---|
| Prepared By C16365 | Date 04/23/2015 |
| Center 8721107 | Bank No. 407    State TX |

Forward to:
Centralized Document Scanning Operations
M/C 100-99-15-11

RESRES407473489384

8010 (1110)



PX 31

Page 1 of 2

FTC-MOBE-002738

FURTHER RESOLVED, that BB&T be and is hereby authorized to honor, receive, or pay any items bearing the signature of any one Authorized Signer even though payment may create an overdraft or even though such items may be drawn or endorsed to the order of such signer for exchange or cashing, or in payment of the individual obligation of such signer, or for deposit to such Authorized Signer's personal account and BB&T shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any such item or the application or disposition of such item or the proceeds thereof; and

FURTHER RESOLVED, that the Entity assumes full responsibility and holds harmless BB&T for any and all payments made or any other action taken by BB&T in reliance upon the signatures, including facsimiles thereof, of any Authorized Signer regardless whether or not the use of the facsimile signature was unlawful or unauthorized and regardless of by whom or by what means the purported signature or facsimile signature may have been affixed if such signature reasonably resembles the specimen or facsimile signature of the Authorized Signer; and

FURTHER RESOLVED, that any Designated Representative, or person authorized in writing by a Designated Representative, is authorized to act on behalf of the Entity as follows: obtain information on accounts; appoint, remove or change Authorized Signers; deliver any night depository agreement; enter into any agreement for cash management services; lease a safe deposit box; enter into an agreement for deposit access device; enter into an agreement for credit cards; or enter into other agreements concerning the deposit accounts at BB&T; and

FURTHER RESOLVED, that any and all prior resolutions executed on behalf of the Entity are hereby revoked and that the foregoing resolutions shall remain in full force and effect until the Entity officially notifies BB&T to the contrary in writing. BB&T may conclusively presume that this Resolution and Agreement for Deposit Account and any signature cards executed pursuant hereto are in effect and that persons identified herein are properly authorized to act on behalf of the Entity. The Entity, as changes to the Designated Representatives and/or Authorized Signers are made, will immediately report and certify such changes to BB&T through submission of a new Resolution and Agreement for Deposit Account and/or signature card, as applicable. BB&T shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from the signature of any Designated Representative so certified, or refusing to honor any signature not so certified; and

FURTHER RESOLVED, that all transactions by any officer, employee or agent of the Entity on its behalf and in its name prior to the delivery of this Resolution and Agreement for Deposit Account are hereby ratified and approved.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this Entity, this _22nd_ day of _May_ , Year _2016_ .

For Corporations including Non-Profit:

x _matt mcphee_ _____ (Seal)
Secretary/Assistant Secretary

(Corporate Seal)

For All Other Entities:

_____ (Seal)

_____ (Seal)

_____ (Seal)
(Proprietor, Authorized Partner, Authorized Manager, or other Authorized Person)

## PX 31

FTC-MOBE-002739

# BB&T

## RESOLUTION AND AGREEMENT FOR DEPOSIT ACCOUNT

MOBE PROCESSING.COM, INC

47-3489384

Name of Entity

EIN

[X] Corporation
[ ] Unincorporated Association
[ ] Limited Liability Company

[ ] Government Entity
[ ] General Partnership
[ ] Limited Partnership

[ ] Sole Proprietorship
[ ] Non-Profit Corporation
[ ] Other

I, the undersigned, hereby certify to BB&T that I am the Secretary (or as applicable, Proprietor, Authorized Partner, Authorized Manager or other Authorized Employee) of the above named Entity duly organized and existing under the laws of the State of Delaware _____; and that the following are resolutions duly adopted by the Entity, and that such resolutions are in full force and effect and have not been amended or rescinded:

RESOLVED, that BB&T is hereby designated as a depository institution in which the funds of this Entity may, subject to the rules of BB&T, be deposited by any of its officers, agents or employees; and that any such officer, agent or employee is hereby authorized on behalf of the Entity and in its name to endorse for deposit, whether in demand or time accounts, or for negotiation or collection, any and all checks, drafts, certificates of deposit or any other payment instrument payable to the Entity, which endorsement may be in writing, by stamp or otherwise, with or without signature of the person so endorsing, it being understood that on such items all prior endorsements are guaranteed by the Entity, irrespective of the lack of a guarantee by the Entity; and

FURTHER RESOLVED, that any of the individuals listed below (a "Designated Representative") is hereby authorized to open or close any deposit account with BB&T and to authorize those persons ("Authorized Signers") who may execute a BB&T signature card on behalf of the Entity and transact business on such account:

| Designated Representative (Signature) | Printed/Typed Name | Title |
|---|---|---|
| *Elizabeth Acosta* | Elizabeth Acosta | CFO |
| | | |
| | | |
| | | |
| | | |

FURTHER RESOLVED, that BB&T be and is hereby authorized and directed to honor, pay and charge any of the accounts of the Entity, without inquiry to or responsibility for the application of the proceeds thereof, all checks, drafts, or other orders for the payment, withdrawal or transfer of money in the accounts of or to the credit of the Entity, and to honor any authorization for the transfer of funds between different accounts whether oral, by phone or electronic means without inquiry as to the circumstances related thereto and for whatever purpose or to whomever payable, including requests for conversion into cash as well as for deduction from and payment of cash out of any deposit, and whether or not payable to, endorsed or negotiated by or for the credit of any person signing same or any other officer, agent or employee of the Entity, when signed or endorsed by an original or facsimile signature of any ONE Authorized Signer; and

| FOR BANK USE ONLY | |
|---|---|
| Prepared By _____ | Date _____ |
| Center _____ | Bank No. _____ State _____ |

Forward to:
Centralized Document Scanning Operations
M/C 100-99-15-11

8010 (1110)

FTC-MOBE-002740

FURTHER RESOLVED, that BB&T be and is hereby authorized to honor, receive, or pay any items bearing the signature of any one Authorized Signer even though payment may create an overdraft or even though such items may be drawn or endorsed to the order of such signer for exchange or cashing, or in payment of the individual obligation of such signer, or for deposit to such Authorized Signer's personal account and BB&T shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any such item or the application or disposition of such item or the proceeds thereof; and

FURTHER RESOLVED, that the Entity assumes full responsibility and holds harmless BB&T for any and all payments made or any other action taken by BB&T in reliance upon the signatures, including facsimiles thereof, of any Authorized Signer regardless whether or not the use of the facsimile signature was unlawful or unauthorized and regardless of by whom or by what means the purported signature or facsimile signature may have been affixed if such signature reasonably resembles the specimen or facsimile signature of the Authorized Signer; and

FURTHER RESOLVED, that any Designated Representative, or person authorized in writing by a Designated Representative, is authorized to act on behalf of the Entity as follows: obtain information on accounts; appoint, remove or change Authorized Signers; deliver any night depository agreement; enter into any agreement for cash management services; lease a safe deposit box; enter into an agreement for deposit access device; enter into an agreement for credit cards; or enter into other agreements concerning the deposit accounts at BB&T; and

FURTHER RESOLVED, that any and all prior resolutions executed on behalf of the Entity are hereby revoked and that the foregoing resolutions shall remain in full force and effect until the Entity officially notifies BB&T to the contrary in writing. BB&T may conclusively presume that this Resolution and Agreement for Deposit Account and any signature cards executed pursuant hereto are in effect and that persons identified herein are properly authorized to act on behalf of the Entity. The Entity, as changes to the Designated Representatives and/or Authorized Signers are made, will immediately report and certify such changes to BB&T through submission of a new Resolution and Agreement for Deposit Account and/or signature card, as applicable. BB&T shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from the signature of any Designated Representative so certified, or refusing to honor any signature not so certified; and

FURTHER RESOLVED, that all transactions by any officer, employee or agent of the Entity on its behalf and in its name prior to the delivery of this Resolution and Agreement for Deposit Account are hereby ratified and approved.


In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this Entity,
this _____ day of _____, Year _____.

For Corporations including Non-Profit:

_____ (Seal)
Secretary/Assistant Secretary

(Corporate Seal)



For All Other Entities:

_____ (Seal)
_____ (Seal)

_____ (Seal)
(Proprietor, Authorized Partner, Authorized Manager, or other Authorized Person)


8010 (1110)

# PX 31

# BB&T

## RESOLUTION AND AGREEMENT FOR DEPOSIT ACCOUNT

MOBEPROCESSING.COM INC                                              473489384

Name of Entity                                                     EIN

[X] Corporation                    [ ] Government Entity            [ ] Sole Proprietorship
[ ] Unincorporated Association     [ ] General Partnership          [ ] Non-Profit Corporation
[ ] Limited Liability Company      [ ] Limited Partnership          [ ] Other

I, the undersigned, hereby certify to BB&T that I am the Secretary (or as applicable, Proprietor, Authorized Partner, Authorized Manager or other Authorized Employee) of the above named Entity duly organized and existing under the laws of the State of Delaware                                                                    ; and that the following are resolutions duly adopted by the Entity, and that such resolutions are in full force and effect and have not been amended or rescinded:

RESOLVED, that BB&T is hereby designated as a depository institution in which the funds of this Entity may, subject to the rules of BB&T, be deposited by any of its officers, agents or employees; and that any such officer, agent or employee is hereby authorized on behalf of the Entity and in its name to endorse for deposit, whether in demand or time accounts, or for negotiation or collection, any and all checks, drafts, certificates of deposit or any other payment instrument payable to the Entity, which endorsement may be in writing, by stamp or otherwise, with or without signature of the person so endorsing, it being understood that on such items all prior endorsements are guaranteed by the Entity, irrespective of the lack of a guarantee by the Entity; and

FURTHER RESOLVED, that any of the individuals listed below (a "Designated Representative") is hereby authorized to open or close any deposit account with BB&T and to authorize those persons ("Authorized Signers") who may execute a BB&T signature card on behalf of the Entity and transact business on such account:

| Designated Representative (Signature) | Printed/Typed Name | Title |
|---|---|---|
|  | Elizabeth Acosta | Secretary |
| | | |
| | | |
| | | |

FURTHER RESOLVED, that BB&T be and is hereby authorized and directed to honor, pay and charge any of the accounts of the Entity, without inquiry to or responsibility for the application of the proceeds thereof, all checks, drafts, or other orders for the payment, withdrawal or transfer of money in the accounts of or to the credit of the Entity, and to honor any authorization for the transfer of funds between different accounts whether oral, by phone or electronic means without inquiry as to the circumstances related thereto and for whatever purpose or to whomever payable, including requests for conversion into cash as well as for deduction from and payment of cash out of any deposit, and whether or not payable to, endorsed or negotiated by or for the credit of any person signing same or any other officer, agent or employee of the Entity, when signed or endorsed by an original or facsimile signature of any ONE Authorized Signer; and

| FOR BANK USE ONLY | | |
|---|---|---|
| Prepared By C16334 | Date 05/12/2015 | |
| Center 8721107 | Bank No. 407 | State TX |

Forward to:
Centralized Document Scanning Operations
M/C 100-99-15-11

RESRES407473489384

8010 (1110)

## PX 31

FTC-MOBE-002742

FURTHER RESOLVED, that BB&T be and is hereby authorized to honor, receive, or pay any items bearing the signature of any one Authorized Signer even though payment may create an overdraft or even though such items may be drawn or endorsed to the order of such signer for exchange or cashing, or in payment of the individual obligation of such signer, or for deposit to such Authorized Signer's personal account and BB&T shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any such item or the application or disposition of such item or the proceeds thereof; and

FURTHER RESOLVED, that the Entity assumes full responsibility and holds harmless BB&T for any and all payments made or any other action taken by BB&T in reliance upon the signatures, including facsimiles thereof, of any Authorized Signer regardless whether or not the use of the facsimile signature was unlawful or unauthorized and regardless of by whom or by what means the purported signature or facsimile signature may have been affixed if such signature reasonably resembles the specimen or facsimile signature of the Authorized Signer; and

FURTHER RESOLVED, that any Designated Representative, or person authorized in writing by a Designated Representative, is authorized to act on behalf of the Entity as follows: obtain information on accounts; appoint, remove or change Authorized Signers; deliver any night depository agreement; enter into any agreement for cash management services; lease a safe deposit box; enter into an agreement for deposit access device; enter into an agreement for credit cards; or enter into other agreements concerning the deposit accounts at BB&T; and

FURTHER RESOLVED, that any and all prior resolutions executed on behalf of the Entity are hereby revoked and that the foregoing resolutions shall remain in full force and effect until the Entity officially notifies BB&T to the contrary in writing. BB&T may conclusively presume that this Resolution and Agreement for Deposit Account and any signature cards executed pursuant hereto are in effect and that persons identified herein are properly authorized to act on behalf of the Entity. The Entity, as changes to the Designated Representatives and/ or Authorized Signers are made, will immediately report and certify such changes to BB&T through submission of a new Resolution and Agreement for Deposit Account and/or signature card, as applicable. BB&T shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from the signature of any Designated Representative so certified, or refusing to honor any signature not so certified; and

FURTHER RESOLVED, that all transactions by any officer, employee or agent of the Entity on its behalf and in its name prior to the delivery of this Resolution and Agreement for Deposit Account are hereby ratified and approved.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this Entity, this __15__ day of __MAY_____ , Year __2015__ .

For Corporations including Non-Profit:

_____ (Seal)
Secretary/Assistant Secretary

(Corporate Seal)

For All Other Entities:

_____ (Seal)

_____ (Seal)

_____ (Seal)
(Proprietor, Authorized Partner, Authorized Manager, or other Authorized Person)

**PX 31**

FTC-MOBE-002743

## BB&T SIGNATURE CARD  (NORTH CAROLINA)

**NAME AND ADDRESS OF DEPOSITOR(S)**

TRANSACTION MANAGEMENT USA. INC

10612-D PROVIDENCE RD
CHARLOTTE                    NC  28277-0000

| ACCOUNT NUMBER | OWNERSHIP DESIGNATION | ACCOUNT OPENING DATE | REVISED CARD DATE |
|---|---|---|---|
| ▮▮▮5136 | Corporation | 05/31/2017 | |

Opened/Updated By **PHILIP B CORLEY**         13737    Approved By _____     Branch Location **6055603**

### IDENTIFICATION (Primary Account Holder)

Type of ID **ARTA**    Issued By _____  ID Number _____     Expiration Date _____    Date of Birth _____

Second Type of ID **OGRP**    Issued By _____  ID Number ▮▮▮▮▮     Expiration Date _____

Employer _____     Cell Phone Number  ( **704** ) ▮▮▮     Home Phone Number  (____) _____

Address as listed on ID _____     Work Phone Number  (____) _____

### IDENTIFICATION (Secondary Account Holder)

Type of ID _____    Issued By _____  ID Number _____     Expiration Date _____    Date of Birth _____

Second Type of ID _____    Issued By _____  ID Number _____     Expiration Date _____

Employer _____     Cell Phone Number  (____) _____     Home Phone Number  (____) _____

Address as listed on ID _____     Work Phone Number  (____) _____

**TIN CERTIFICATION**
Under penalties of perjury, I certify by my signature below that: (1) The number shown on this form is the correct Social Security or Tax Identification Number, or I am waiting for a number to be issued to me, and (2) I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (Depositor must cross out (2) above if the IRS has notified the depositor that the depositor is currently subject to backup withholding because of underreporting of interest or dividends.), (3) I am a U.S. person (including U.S. resident alien), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Applies to accounts maintained outside the U.S.)

*The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.*

Check one only if applicable:

☐ Depositor is an exempt recipient of interest under the Internal Revenue Code.
☐ Depositor is exempt as a non-resident alien and has completed a Form W-8 (required for interest bearing accounts only). Each non-resident alien depositor must complete a separate W-8.

I understand that if a taxpayer identification number is not provided to the bank within 60 days, the account may be closed.

**BY MY SIGNATURE, I HEREBY CERTIFY THAT:** (1) the type of ownership designated is correct; (2)(a) if I have opened a personal account, I have received the "Bank Service Agreement", the "BB&T Interest Rate Schedule" or Client Summary with interest rates, and the "BB&T Personal Services Pricing Guide" and agree to accept the terms of each document; or (2)(b) if I have opened a commercial account, I have received the "Commercial Bank Services Agreement" or "Institutional Bank Services Agreement" and the "BB&T Business Services Pricing Guide" and agree to accept the terms of each document; (3) I give permission to BB&T to verify any bank or credit references, and (4) I have read and understand this signature card, confirm that it is completed correctly and agree to its terms and disclosures.

**Business, Trust, Bankruptcy, Guardian, Custodian, Conservator, IOLTA, Escrow and "Other" Accounts**
The undersigned expressly authorize BB&T to obtain any consumer report and/or any other Personal or Business credit reports.

Please sign beside the Printed Name(s) only.  If signature line does not have a Printed Name, then a signature is not required on that line.

| 810727703 | TRANSACTION MANAGEMENT US. | *Susan Geer Zangli  Secretary* | 05/31/2017 |
|---|---|---|---|
| SSN/TIN/EIN | Printed Name | Signature for Entity - Your Title | DATE |

| ▮▮▮▮ | Susan Geer Zangli | *signature* | 5/31/2017 |
|---|---|---|---|
| SSN/TIN/EIN | Printed Name | | DATE |

▮▮▮▮5136

8005XX_CC (1810)

PX 31

Page 1 of 1

FTC-MOBE-002744

## BB&T SIGNATURE CARD  (NORTH CAROLINA)

NAME AND ADDRESS OF DEPOSITOR(S)

**TRANSACTION MANAGEMENT USA. INC**

10612-D PROVIDENCE RD

CHARLOTTE                    NC  28277-0000

| ACCOUNT NUMBER | OWNERSHIP DESIGNATION | ACCOUNT OPENING DATE | REVISED CARD DATE |
|---|---|---|---|
| ████8195 | Corporation | 05/31/2017 | |

Opened/Updated By  PHILIP B CORLEY        13737    Approved By _____    Branch Location __ 6055603 _____

### IDENTIFICATION (Primary Account Holder)

Type of ID  ARTA        Issued By _____  ID Number _____    Expiration Date _____    Date of Birth _____

Second Type of ID  OGRP        Issued By _____  ID Number ████████    Expiration Date _____

Employer _____    Cell Phone Number  ( 704 )  █████    Home Phone Number  (____) _____

Address as listed on ID _____    Work Phone Number  (____) _____

### IDENTIFICATION (Secondary Account Holder)

Type of ID _____  Issued By _____  ID Number _____    Expiration Date _____    Date of Birth _____

Second Type of ID_____  Issued By _____  ID Number _____    Expiration Date _____

Employer _____    Cell Phone Number  (____) _____    Home Phone Number  (____) _____

Address as listed on ID _____    Work Phone Number  (____) _____

**TIN CERTIFICATION**
Under penalties of perjury, I certify by my signature below that: (1) The number shown on this form is the correct Social Security or Tax Identification Number, or I am waiting for a number to be issued to me, and (2) I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (Depositor must cross out (2) above if the IRS has notified the depositor that the depositor is currently subject to backup withholding because of underreporting of interest or dividends.), (3) I am a U.S. person (including U.S. resident alien), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Applies to accounts maintained outside the U.S.)

*The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.*

Check one only if applicable:

☐ Depositor is an exempt recipient of interest under the Internal Revenue Code.
☐ Depositor is exempt as a non-resident alien and has completed a Form W-8 (required for interest bearing accounts only).  Each non-resident alien depositor must complete a separate W-8.

I understand that if a taxpayer identification number is not provided to the bank within 60 days, the account may be closed.

BY MY SIGNATURE, I HEREBY CERTIFY THAT:  (1) the type of ownership designated is correct; (2)(a) if I have opened a personal account, I have received the "Bank Service Agreement", the "BB&T Interest Rate Schedule" or Client Summary with interest rates, and the "BB&T Personal Services Pricing Guide" and agree to accept the terms of each document; or (2)(b) if I have opened a commercial account, I have received the "Commercial Bank Services Agreement" or "Institutional Bank Services Agreement" and the "BB&T Business Services Pricing Guide" and agree to accept the terms of each document; (3) I give permission to BB&T to verify any bank or credit references, and (4) I have read and understand this signature card, confirm that it is completed correctly and agree to its terms and disclosures.

**Business, Trust, Bankruptcy, Guardian, Custodian, Conservator, IOLTA, Escrow and "Other"Accounts**
The undersigned expressly authorize BB&T to obtain any consumer report and/or any other Personal or Business credit reports.

Please sign beside the Printed Name(s) only.  If signature line does not have a Printed Name, then a signature is not required on that line.

| 810727703 | TRANSACTION MANAGEMENT US. | *signature* Secretary | 05/31/2017 |
|---|---|---|---|
| SSN/TIN/EIN | Printed Name | Signature for Entity - Your Title | DATE |
| | Susan ████████  Printed Name | *signature* | 5/31/2017  DATE |
| ████████6195 | | | |
| SSN/TIN/EIN | | | |

8005XX_CC (1810)

PX 31

FTC-MOBE-002745

# BB&T
## RESOLUTION AND AGREEMENT FOR DEPOSIT ACCOUNT

TRANSACTION MANAGEMENT USA, INC                                        810727703
Name of Entity                                                          EIN

☒ Corporation                    ☐ Government Entity          ☐ Sole Proprietorship
☐ Unincorporated Association     ☐ General Partnership        ☐ Non-Profit Corporation
☐ Limited Liability Company      ☐ Limited Partnership        ☐ Other

    I, the undersigned, hereby certify to BB&T that I am the Secretary (or as applicable, Proprietor, Authorized Partner, Authorized Manager or other Authorized Employee) of the above named Entity duly organized and existing under the laws of the State of Delaware _____; and that the following are resolutions duly adopted by the Entity, and that such resolutions are in full force and effect and have not been amended or rescinded.

    RESOLVED, that BB&T is hereby designated as a depository institution in which the funds of this Entity may, subject to the rules of BB&T, be deposited by any of its officers, agents or employees; and that any such officer, agent or employee is hereby authorized on behalf of the Entity and in its name to endorse for deposit, whether in demand or time accounts, or for negotiation or collection, any and all checks, drafts, certificates of deposit or any other payment instrument payable to the Entity, which endorsement may be in writing, by stamp or otherwise, with or without signature of the person so endorsing, it being understood that on such items all prior endorsements are guaranteed by the Entity, irrespective of the lack of a guarantee by the Entity; and

    FURTHER RESOLVED, that any of the individuals listed below (a "Designated Representative") is hereby authorized to open or close any deposit account with BB&T and to authorize those persons ("Authorized Signers") who may execute a BB&T signature card on behalf of the Entity and transact business on such account:

| Designated Representative (Signature) | Printed/Typed Name | Title |
|---|---|---|
| *(signature)* | Susan Geer Zanghi | Secretary |
| | | |
| | | |
| | | |

    FURTHER RESOLVED, that BB&T be and is hereby authorized and directed to honor, pay and charge any of the accounts of the Entity, without inquiry to or responsibility for the application of the proceeds thereof, all checks, drafts, or other orders for the payment, withdrawal or transfer of money in the accounts of or to the credit of the Entity, and to honor any authorization for the transfer of funds between different accounts whether oral, by phone or electronic means without inquiry as to the circumstances related thereto and for whatever purpose or to whomever payable, including requests for conversion into cash as well as for deduction from and payment of cash out of any deposit, and whether or not payable to, endorsed or negotiated by or for the credit of any person signing same or any other officer, agent or employee of the Entity, when signed or endorsed by an original or facsimile signature of any ONE Authorized Signer; and

---

**FOR BANK USE ONLY**

Prepared By D12819 _____        Date 05/31/2017

Center    6055603 _____     Bank No. 102 _____ State NC

---

Forward to:
Centralized Document Scanning Operations
M/C 100-99-15-11

RESRES102810727703



**PX 31**

8010 (1110)                                                      Page 1 of 2

FTC-MOBE-002746

FURTHER RESOLVED, that BB&T be and is hereby authorized to honor, receive, or pay any items bearing the signature of any one Authorized Signer even though payment may create an overdraft or even though such items may be drawn or endorsed to the order of such signer for exchange or cashing, or in payment of the individual obligation of such signer, or for deposit to such Authorized Signer's personal account and BB&T shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any such item or the application or disposition of such item or the proceeds thereof; and

FURTHER RESOLVED, that the Entity assumes full responsibility and holds harmless BB&T for any and all payments made or any other action taken by BB&T in reliance upon the signatures, including facsimiles thereof, of any Authorized Signer regardless whether or not the use of the facsimile signature was unlawful or unauthorized and regardless of by whom or by what means the purported signature or facsimile signature may have been affixed if such signature reasonably resembles the specimen or facsimile signature of the Authorized Signer; and

FURTHER RESOLVED, that any Designated Representative, or person authorized in writing by a Designated Representative, is authorized to act on behalf of the Entity as follows: obtain information on accounts; appoint, remove or change Authorized Signers; deliver any night depository agreement; enter into any agreement for cash management services; lease a safe deposit box; enter into an agreement for deposit access device; enter into an agreement for credit cards; or enter into other agreements concerning the deposit accounts at BB&T; and

FURTHER RESOLVED, that any and all prior resolutions executed on behalf of the Entity are hereby revoked and that the foregoing resolutions shall remain in full force and effect until the Entity officially notifies BB&T to the contrary in writing. BB&T may conclusively presume that this Resolution and Agreement for Deposit Account and any signature cards executed pursuant hereto are in effect and that persons identified herein are properly authorized to act on behalf of the Entity. The Entity, as changes to the Designated Representatives and/or Authorized Signers are made, will immediately report and certify such changes to BB&T through submission of a new Resolution and Agreement for Deposit Account and/or signature card, as applicable. BB&T shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from the signature of any Designated Representative so certified, or refusing to honor any signature not so certified; and

FURTHER RESOLVED, that all transactions by any officer, employee or agent of the Entity on its behalf and in its name prior to the delivery of this Resolution and Agreement for Deposit Account are hereby ratified and approved.


In Witness Whereof, I have hereunto subscribed my name and affixed the seal, if any, of this Entity, this _31st_ day of _May_, Year _2011_.

For Corporations including Non-Profit:

_____ (Seal)
Secretary/Assistant Secretary

(Corporate Seal)



For All Other Entities:

_____ (Seal)

_____ (Seal)

_____ (Seal)
(Proprietor, Authorized Partner, Authorized Manager, or other Authorized Person)

**PX 31**

FTC-MOBE-002747

## AFFIDAVIT

### Case No. : SB841680-F1

Nycol Morrisey , certifies and declares as follows:

1.  I am over the age of 18 years and not a party to this action.
2.  My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.
3.  I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Brooklyn, New York.
4.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6.  It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of New York, that the foregoing is true and correct.

Dated: 5|25|2017

By: _____

Nycol Morrisey
Doc Review Sr Specialist III
New York Subpoena Processing

State of New York
County of Kings

Subscribed to and sworn before me this 25ᵗʰ day of MAY (month) 2017 (year).

by NYCOL MORRISEY (name of signer)

_____ (signature of notary)

My commission expires 9/7/2020

STUART RADISH
Notary Public, State of New York
Qualified in New York County
Reg. No. 01RA6115435
My Commission Expires Sept. 7, 20 20

SD_SwornDocumentExecution_000101450123
SB841680-F1

## PX 32

FTC-MOBE-002748

**JPMorganChase** ⬡

New York Legal
JPMorgan Chase
4 Chase Metrotech Center, Floor 18
Brooklyn, New York 11245-0001

Nycol Morrisey
Telephone: (718) 242-4111
Facsimile: (718) 242-3939
nycol.morrisey@jpmorgan.com

5/25/2017

Lois C Greisman/Carol Jones
Federal Trade Commission
600 Pennsylvania Ave NW, Mail Sto[ CC-8528
Washington, DC 20580

**RE: Case Name: Mobe, Ltd ACC0166, Mobe Processing.Com. Inc, Mobeprocessing.com, Mobe Pro, Ltd, Mobe Online, LTd, Mobe Hold, Ltd, Mobe TV, My Online Business Empire, My Onlyne Business Education, My Own Bisiness Empire, My Own Business Education, Matt Lloyd Publishing, Mattlloydpublishimg.com, My Top Tier Business, MTTB, Home Business Builders, MTTB, Home Business Builders, Business Education Trainings, Matthew LLoyd McPhee, Matt LLoyd, Russell Whitney, Susan Zanghi,** ▮▮▮▮▮▮
**Case No.: N/A**
**JPMorgan Chase File No.: SB841680-F1**

Dear Lois C. Greisman/ Carol Jones :

Enclosed please find copies of documents that comply in part with the above-referenced legal request. I have also provided an inventory list of the enclosed documents for your reference.

The remaining documents that were requested will be forwarded to you upon completion of our research.

If I may be of further assistance to you, please contact me directly at (718) 242-4111.

Sincerely,

Nycol Morrisey
Doc Review Sr Specialist III

Enclosure

**PX 32**          **FTC-MOBE-002749**

**INVENTORY LISTING**

**CHASE FILE NO.:  SB841680-F1**

Customer Name: Mobeprocessing.com, Inc.
Account No.: ████0166
Request Type: Checking -Transaction Data File
Date Range: 12/04/2015 - 03/09/2017

Customer Name: Mobeprocessing.com. Inc.
Account No.: ████0166
Request Type: Checking -Signature Card

Customer Name: Mobeprocessing.com, Inc.
Account No.: ████7750
Request Type: Savings -Transaction Data Files
Date Range: 12/15/2015 - 03/09/2017

Customer Name: Mobeprocessing.com, Inc.
Account No.: ████77750
Request Type: Savings -Signature Card

Subject Name:Mobeprocessing
Request Type: Wires Incoming & Outgoing
Date Range:05/21/2015 -  05/17/2017

Subject Name:Mobe Processing Com
Request Type: Wires Incoming & Outgoing
Date Range: 12/11/2015 - 04/13/2017

Subject Name: MTTB
Request Type: Wires Incoming & Outgoing
Date Range:02/28/2014 - 05/17/2017

Subject Name: My OnlineBusiness Empire
Request Type: Wires Incoming & Outgoing
Date Range: 08/27/204; 04/29/2016 and 07/29/2016

Subject Name: My Top Tier Business
Request Type: Wires Incoming & Outgoing
Date Range: 10/25/2016; 01/23/2017 and 01/26/2017

████████████████████

Subject Name:Matt Lloyd Publishing
Request Type: Wires Incoming & Outgoing
Date Range:07/17/2014 - 08/07/2014

Subject Name: Mobe Ltd
Request Type: Wires Incoming & Outgoing
Date Range: 11/07/2014 - 05/15/2017

Subject Name: Mobe Pro
Request Type: Wires Incoming & Outgoing
Date Range: 04/19/2016 - 05/17/2017

Copies of items $1.00 or less have not been provided

**JPMorganChase** ⬡

New York Legal
JPMorgan Chase
4 Chase Metrotech Center, Floor 18
Brooklyn, New York 11245-0001

Nycol Morrisey
Telephone: (718) 242-4111
Facsimile: (718) 242-3939
nycol.morrisey@jpmorgan.com

5/25/2017

Lois C Greisman/Carol Jones
Federal Trade Commission
600 Pennsylvania Ave NW, Mail Sto[ CC-8528
Washington, DC 20580

**RE: Case Name: Mobe, Ltd ACC0166, Mobe Processing.Com. Inc, Mobeprocessing.com, Mobe Pro, Ltd, Mobe Online, LTd, Mobe Hold, Ltd, Mobe TV, My Online Business Empire, My Onlyne Business Education, My Own Bisiness Empire, My Own Business Education, Matt Lloyd Publishing, Mattlloydpublishimg.com, My Top Tier Business, MTTB, Home Business Builders, MTTB, Home Business Builders, Business Education Trainings, Matthew LLoyd McPhee, Matt LLoyd, Russell Whitney, Susan Zanghi,** ▮▮▮▮▮▮
**Case No.: N/A**
**JPMorgan Chase File No.: SB841680-F1**

Dear Lois C. Greisman / Carol Jones :

In response to your request, please find information responding to the above-referenced subpoena served on Chase Bank USA, N.A. .

The information requested is as follows:
Customer Name: Susan G. Zanghi
Customer Address: 8207 Golf Ride Dr., Charlotte, NC
Type of Account: Credit Card
Account No.: ▮▮▮▮▮▮ 1652
Account No.: ▮▮▮▮▮▮ 5039
Account No.: ▮▮▮▮▮▮ 1567



If you have any questions, please call me at (718) 242-4111.

Sincerely,

Nycol Morrisey

**PX 32**                    **FTC-MOBE-002751**

Doc Review Sr Specialist III

PX 32

FTC-MOBE-002752

**JPMorganChase**

Nycol Morrisey
Telephone: (718) 242-4111
Facsimile: (718) 242-3939
nycol.morrisey@jpmorgan.com

New York Legal
JPMorgan Chase
4 Chase Metrotech Center, Floor 18
Brooklyn, New York 11245-0001

5/25/2017

Lois C Greisman/Carol Jones
Federal Trade Commission
600 Pennsylvania Ave NW, Mail Sto[ CC-8528
Washington, DC 20580

**RE: Case Name: Mobe, Ltd ACC0166, Mobe Processing.Com. Inc, Mobeprocessing.com, Mobe Pro, Ltd, Mobe Online, LTd, Mobe Hold, Ltd, Mobe TV, My Online Business Empire, My Onlyne Business Education, My Own Bisiness Empire, My Own Business Education, Matt Lloyd Publishing, Mattlloydpublishimg.com, My Top Tier Business, MTTB, Home Business Builders, MTTB, Home Business Builders, Business Education Trainings, Matthew LLoyd McPhee, Matt LLoyd, Russell Whitney, Susan Zanghi,** ▮▮▮▮▮▮▮▮
**Case No.: N/A**
**JPMorgan Chase File No.: SB841680-F1**

Dear Lois C. Greisman / Carol Jones :

In response to your request, please find information responding to the above-referenced subpoena served on JPMorgan Chase Bank, N.A. .

The information requested is as follows:
Customer Name: Russell W. Whitney
Customer Address: 3300 Port Royale Drive N, Ft. Lauderdale, FL
Account Number: ▮▮▮▮0950
Type of Account: Checking

Customer Name: Susan G. Zanzhi
Customer Address: 8207 Golf Ridge Dr., Charlotte, NC
Account Number: ▮▮▮▮4060
Type of Account: Mortgage
Account Number: ▮▮▮▮0166
Type of Account: Checking
Account Number: ▮▮▮▮7750
Type of Account: Saving



If you have any questions, please call me at (718) 242-4111.

Sincerely,

**PX 32**

FTC-MOBE-002753

Nycol Morrisey
Doc Review Sr Specialist III

FTC-MOBE-002754