# CHASE

## Business Signature Card



**ACCOUNT NUMBER** 0166
**ACCOUNT TYPE** Chase Performance Business Checking
**TAXPAYER ID NUMBER** 47-3489384
**DATE OPENED** 11/23/2015
**FORM OF BUSINESS** S-Corporation
**ISSUED BY** JPMorgan Chase Bank, N.A. ( 021 )
Hwy 535 and Reams Rd - 131104
ANDRES HOYOS
(407) 909-0293
11/23/2015

**ACCOUNT TITLE ("DEPOSITOR")**
MOBEPROCESSING.COM, INC.

**BUSINESS ADDRESS**
1209 N ORANGE ST

WILMINGTON, DE 19801-1120

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Certified Articles (Certificate of Incorporation | 5650596 | DE | 12/03/2014 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|
| 1) ELIZABETH ACOSTA | | | Acting Secretary | 11/27/15 | |
| 2) | | | | | |
| 3) | | | | | |
| 4) | | | | | |





M1207-01-13-CS (3/14 v3)

**PX 32**          **FTC-MOBE-002755**

# CHASE 

ACCOUNT TITLE ("DEPOSITOR")
MOBEPROCESSING.COM, INC.

BUSINESS ADDRESS
8207 GOLF RIDGE DR
CHARLOTTE, NC 28277-8667
United States/US Territories

## Business Signature Card



| | |
|---|---|
| ACCOUNT NUMBER | 0166 |
| ACCOUNT TYPE | Chase Platinum Business Checking |
| TAXPAYER ID NUMBER | 47-3483384 |
| DATE OPENED | 12/02/2015 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A ( 703 ) |
| | First and Broadway - 741084 |
| | ANNTONIKA M WHITTAKER |
| | (619) 615-0600 |
| | 02/12/2016 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Certified Articles (Certificate) of Incorporation | 5500595 | DE | 12/02/2014 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services (if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | SUSAN G ZANGHI | **/704 **/704 | | Signer | 2/12/16 | _signature_ |
| 2) | MATTHEW MCPHEE | | 00-0000000 | President | 2/12/16 | _signature_ |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

M1207-41-13-CS (3/14 v3)



# PX 32

FTC-MOBE-002756

CHASE ◯

# BUSINESS ACCOUNT REMOVE SIGNERS FORM

NAME OF BUSINESS  MOBEPROCESSING.COM, INC.

TAXPAYER ID NO.  47-3489384

BUSINESS ADDRESS  12806 LANGSTAFF DR, WINDERMERE, FL 34786-9454

BRANCH NAME AND NO.  HWY 535 AND REAMS RD - 131104         BANK NO.  021         BRANCH PHONE NO.  (407) 909-0293

INTEROFFICE MAILCODE  FL7-0433         PREPARED BY: NAME  CORION R. JONES         DATE:  01/07/2016

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Remove:**
ELIZABETH ACOSTA

**Account Numbers:**

| | |
|---|---|
| 0166 | |
| 7750 | |

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Remove:**

**Account Numbers:**

## CERTIFICATION

The undersigned hereby certifies that the person(s) indicated as authorized signers on the account(s) indicated above have been removed in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts.

**For a Corporation or Unincorporated Association or Organization:**

_____
Secretary

_____
Owner/Sole Proprietor         Date

**For Sole Proprietorship:**

**For Partnership or Limited Liability Company:**

_____
Partner/Member/Manager         Date

**For Government Entity:**

_____
Certifying Official         Date

1

JPMorgan Chase Bank, N.A.  Member FDIC



**PX 32**         FTC-MOBE-002757



# CHASE ◉

## BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS  MOBEPROCESSING.COM, INC.

TAXPAYER ID NO.  47-3493384

BUSINESS ADDRESS  12806 LANGSTAFF DR. WINDERMERE, FL 34786-9454

BRANCH NAME AND NO.  HWY 535 AND REAMS RD - 131104          BANK NO.  021          BRANCH PHONE NO.  (407) 909-0293

INTEROFFICE MAILCODE  FL7-0433          PREPARED BY: NAME  ANDRES HOYOS          DATE:  12/15/2015

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**
MATTHEW MCPHEE

| Title | Signature | Date |
|---|---|---|
| PRESIDENT | | 12/15/2015 |

**Identification**
1) Passport w/Photo
2) None

| ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|

**Account Numbers:**
0166          7750

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**

| Title | Signature | Date |
|---|---|---|

**Identification**

| ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|

**Account Numbers:**

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**

| Title | Signature | Date |
|---|---|---|

**Identification**

| ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|

**Account Numbers:**

### CERTIFICATION

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

**For a Corporation or Unincorporated Association or Organization:**

| Signature | Title | Date |
|---|---|---|
| _(signature)_ President | | 12/15/2015 |

**For Sole Proprietorship:**

| Owner/Sole Proprietor | Date |
|---|---|

**For Partnership or Limited Liability Company:**

| Partner/Member/Manager | Date |
|---|---|

**For Government Entity:**

| Certifying Official | Date |
|---|---|

JPMorgan Chase Bank, N.A. Member FDIC

**PX 32**          **FTC-MOBE-002758**

# CHASE 

## Business Signature Card



| | |
|---|---|
| ACCOUNT NUMBER | ████0166 |
| ACCOUNT TYPE | Chase Performance Business Checking |
| TAXPAYER ID NUMBER | 47-3489384 |
| DATE OPENED | 12/02/2015 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. (021)
Hwy 535 and Reams Rd - 131104
ANDRES HOYOS
(407) 909-0293 |

ACCOUNT TITLE ("DEPOSITOR")
MOBEPROCESSING.COM, INC.

BUSINESS ADDRESS
12806 LANGSTAFF DR
WINDERMERE, FL 34786-9454
United States/US Territories

| PRIMARY ID TYPE
Certified Articles (Certificate) of Incorporation | PRIMARY ID NUMBER
5560595 | ISSUER
DE | ISSUANCE DATE
12/03/2014 | EXPIRATION DATE |
|---|---|---|---|---|
| SECONDARY ID TYPE
None | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |

**ACKNOWLEDGEMENT** – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | MATTHEW MCPHEE | 00-0000000 | | President | 12/5/2015 | |
| 2) | ELIZABETH ACOSTA | | | Acting Secretary | 12/5/15 | |
| 3) | | | | | | |
| 4) | | | | | | |





Page 1 of 1

M1207-01-13-CS (3/14 v3)

Scan

## PX 32

FTC-MOBE-002759



**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**





**CHASE ○**

__X__ NEW _____ CHANGE

ACCOUNT NO.
____0166
ACCOUNT TITLE
MOBEPROCESSING.COM, INC.

BUSINESS ADDRESS
1209 N ORANGE ST

WILMINGTON, DE 19801-1120

TAXPAYER ID NO.
47-3493384

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 021 )
BRANCH NAME AND NO.
Hwy 535 and Reams Rd - 131104
DATE
11/23/2015
PREPARED BY
ANDRES HOYOS

PHONE NO.
(407) 909-0293

PRODUCT TYPE
Chase Performance Business Checking

Legal Name of Organization:   MOBEPROCESSING.COM, INC.                                                (the "Organization")

State of Organization:___ DE

The Individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| ELIZABETH ACOSTA | Acting Secretary | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _____          Date: __11__ / __23__ / __15__

Title:  Acting Secretary

Printed Name:  ELIZABETH ACOSTA



**PX 32**

FTC-MOBE-002760

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**          **CHASE ◯**

_____ NEW __X__ CHANGE

ACCOUNT NO.
███0186
ACCOUNT TITLE
MOBEPROCESSING.COM, INC.

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 021 )
BRANCH NAME AND NO.
Hwy 535 and Reams Rd - 131104
DATE
12/15/2015
PREPARED BY
ANDRES HOYOS

BUSINESS ADDRESS
12806 LANGSTAFF DR
WINDERMERE, FL 34786-9454
United States/US Territories

PHONE NO.
(407) 909-0293

TAXPAYER ID NO.                    PRODUCT TYPE
47-3489384                         Chase Performance Business Checking

Legal Name of Organization:   MOBEPROCESSING.COM, INC.                                                    (the "Organization")

State of Organization: ___ DE

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| MATTHEW MCPHEE | President | |
| ELIZABETH ACOSTA | Acting Secretary | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

_The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation._

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

_The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct._

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

_The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding._

Signature: _matt mcphey_                                          Date: _12/15/2015_

Title: _President_

Printed Name: _MATTHEW MCPHEE_



**DISTRIBUTION:** 1) National Account Services 2) Customer          JPMorgan Chase Bank, N.A. Member FDIC

**PX 32**                                                          FTC-MOBE-002761

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**

_____ NEW __X__ CHANGE

**CHASE** ⬡

| | |
|---|---|
| ACCOUNT NO.<br>▇▇▇0166 | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A ( 703 ) |
| ACCOUNT TITLE<br>MOBEPROCESSING.COM, INC. | BRANCH NAME AND NO.<br>First and Broadway - 741084 |
| | DATE<br>02/12/2016 |
| BUSINESS ADDRESS<br>8207 GOLF RIDGE DR<br>CHARLOTTE, NC 28277-8867<br>United States/US Territories | PREPARED BY<br>ANNTONIKA M WHITTAKER |
| | PHONE NO.<br>(619) 615-0600 |
| TAXPAYER ID NO.<br>47-3489384 | PRODUCT TYPE<br>Chase Platinum Business Checking |

Legal Name of Organization:   MOBEPROCESSING.COM, INC.                                                                                 (the "Organization")

State of Organization:  DE

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| SUSAN G ZANGHI | Signer | |
| MATTHEW MCPHEE | President | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature:  _matt mcphee_                                                                Date:  _2/12/16_

Title:  __President__

Printed Name:  __MATTHEW MCPHEE__



DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC



**PX 32**

| | |
|---|---|
| **From**: | Bene Owner CIP Verification |
| **Sent**: | Tuesday, December 08 2015 6 02 PM |
| **To**: | Scan Index |
| **Subject**: | FW  Beneficial Owner Review - ECI 0277595097 |
| **Attachments** | GDC MOBE Matt McPhee PASSPORT PHOTO ID PDF |

Please scan attached into iVault under account ████ 0166 / TIN 473489384

Thank you,

| Sr Specialist III | CBB KYC Operations – HALO / Trust & Estates / Restrictions & Closures
JPMorgan Chase | 20855 Stone Oak Pkwy, San Antonio, TX 78258 |

**JPMC Internal Use ONLY - Proprietary and Confidential**
Notice  This communication may contain privileged or other confidential information  If you have received this in error, please advise
the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

**From**
**Sent**: Tuesday, December 08, 2015 2 39 PM
**To**: Bene Owner CIP Verification
**Cc**: I
**Subject**: RE  Beneficial Owner Review - ECI 0277595097

Good afternoon        –

I apologize for the delay but I was awaiting confirmation of Matthew's return to Orlando to be added to the account and
provide any missing information  I have attached a copy of his passport, however, we will not have a second form of ID
until he arrives next Tuesday

Please advise if anything further is required, keep in mind he will be added as a signer next week and his information will
be entered into CA accordingly

Thanks,


| Assistant Vice President, **Business Relationship Manager** | Chase Business Banking | ☎ Office
¹ Cell Phone (          ⸱ | ▦ 450 S. Orange Ave Floor 10, Orlando. FL 32801 |

For excellent service log on to www.chase.com or call our Business Platinum Line @ 1 (877) 425 8100

**From**  Bene Owner CIP Verification
**Sent**: Friday, December 04, 2015 5 17 PM
**To**:  ⁻            ⸜
**Cc**: ι
**Subject**: Beneficial Owner Review - ECI 0277595097


As part of the requirements set forth by the Office of Comptroller of the Currency, Chase has begun reviewing beneficial
owners of high risk businesses who have opened new accounts. These requirements include verifying the same CIP
(Customer Identification Program) information that we would verify for Authorizing Representatives or consumer

1



FTC-MOBE-002764



## Ownership Attestation

11/23/2015

MOBEPROCESSING.COM, INC.
1209 N ORANGE ST
WILMINGTON, DE 19801-1120

| Owners Who Own 10.0% or More of MOBEPROCESSING.COM, INC. | % Owned |
|---|---|
| MATTHEW MCPHEE | 100.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Owners Who Own ___ % or More of | % Owned |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

The Authorizing Representative attests that the ownership structure and information provided about the owners of MOBEPROCESSING.COM, INC. as documented herein, is complete and accurate.

_matt mcphee_
Signature

_MATTHEW MCPHEE_
Printed Name

11-23-2015
Date

Page 1 of 1
©2014  JPMorgan Chase & Co.

N18197-1-CS (3/15)



**PX 32**                    **FTC-MOBE-002765**



November 23, 2015

To Whom it May Concern:

Please allow me to use this letter as authorization for Elizabeth Acosta as acting Secretary of MOBEProcessing.com, Inc. to open checking accounts in the name of MOBEProcessing.com, Inc

Should you have any questions, please do not hesitate to contact me at the following number at our headquarters in Kuala Lumpur, Malaysia:    +(60) 1 2658 7923

Sincerely,

Matthew Lloyd McPhee
President
MOBEProcessing.com, Inc.

**PX 32**

FTC-MOBE-002766



December 15, 2015

Andres Hoyas
Relationship Banker
Chase Banking
7860 Winter Garden Vineland Rd
Windemere, Florida 34786

Dear Andres:

Please allow me to use this letter as certification that I am the President of
Mobeprocessing.com, Inc.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

*matt mcphee*

Matthew Lloyd McPhee
President
Email:  matt@mobe.com
Mobile:  +1 ▮▮▮▮▮▮▮▮

**PX 32**

FTC-MOBE-002767



FTC-MOBE-002768

# North Carolina
# Residential Lease Agreement

This Lease Agreement (the "Agreement") is made and entered on June 01, 2015 (the "Effective Date") by and between Susan Zanghi (the "Landlord") and the following tenants:

Matthew McPhee

(the "Tenant")

Subject to the terms and conditions stated below the parties agree as follows:

**1. Property.** Landlord, in consideration of the lease payments provided in this Agreement, leases to Tenant a condo with 3 bedrooms and 2 bathrooms, located at 8207 Golf Ridge Drive, Charlotte, North Carolina 28277 (the "Property"). No other portion of the building wherein the Property is located is included unless expressly provided for in this Agreement.

**2. Term.** This Agreement will begin on June 01, 2015 (the "Start Date") and will terminate on May 31, 2016 (the "Termination Date"), and thereafter will be month-to-month on the same terms and conditions as stated herein, save any changes made pursuant to law, until terminated.

Tenant will vacate the Property upon termination of the Agreement, unless: (i) Landlord and Tenant have extended this Agreement in writing or signed a new agreement; (ii) mandated by local rent control law; or (iii) Landlord accepts Rent from Tenant (other than past due Rent), in which case a month-to-month tenancy will be created which either party may terminate by Tenant giving Landlord written notice of at least 30 days prior to the desired termination date, or by Landlord giving Tenant written notice as provided by law. Rent will be at a rate agreed to by Landlord and Tenant, or as allowed by law. All other terms and conditions of this Agreement will remain in full force and effect.

**3. Management.** The Tenant is hereby notified that Susan Zanghi is the property manager of the Property. Should the Tenant have any issues or concerns, the Tenant may contact Susan Zanghi by one of the methods below:

**Address:** 8207 Golf Ridge Drive, Charlotte, North Carolina 28277
**Telephone:** ▉▉▉▉▉▉
**Email:** susan@mobe.com

**4. Rent.** Tenant will pay to Landlord rent in the amount of **$1,500.00** (the "Rent"), payable in advance on the 1st day of each month, and is delinquent on the next day. If that day falls on a weekend or legal holiday, the rent is due on the next business day. There will be no rent increases through the initial term of the lease. Landlord may increase the rent that will be paid during any month-to-month renewal period by providing at least 30 days written notice to Tenant.

This is a RocketLawyer.com document.

FTC-MOBE-002769

**Payments should be sent to:**

Payment address: 8207 Golf Ridge Drive, Charlotte, North Carolina 27277, or at such other place as Landlord may designate from time to time.

**Payments can be made by using one of the following methods of payment:**

Acceptable forms of payment:

- Personal check
- Money order
- Cashier's check
- Direct deposit

Tenant agrees to submit rent payments by one of the methods above. In the event of roommates, or another form of joint or multiple occupancy, Tenant will be responsible for collecting payment from all parties and submitting a single payment to Landlord. Tenant is responsible for any payment made by mail and not received by the due date stated herein. Mailed payments must be received on or before the due date. Rent payments for any partial month will be pro-rated at the rate of 1/30th of the monthly rent payment per day.

**5. Security Deposit.** At the time of signing this Agreement, Tenant must pay to Landlord a security deposit in the amount of **$1,500.00** (the "Security Deposit"). The Security Deposit will be administered in accordance with North Carolina Gen. Stat. § 42-50 et. seq. It may, in the discretion of the Landlord, be deposited in an interest-bearing account with the bank or savings institution named below. Any interest earned upon the Security Deposit will accrue for the benefit of, and will be paid to, the Landlord, or as the Landlord directs. Such interest, if any, may be withdrawn by Landlord from such account as it accrues as often as is permitted by the terms of the account.

**Bank name:** Wells Fargo
**Bank address:** 10630 Providence Rd, Charlotte, North Carolina 28277

Upon any termination of the tenancy herein created, the Landlord may deduct from the Tenant Security Deposit amounts sufficient to pay: (1) any damages sustained by the Landlord as a result of the Tenant's nonpayment of rent or nonfulfillment of the initial term or any renewal periods, including the Tenant's failure to enter into possession; (2) any damages to the Property for which the Tenant is responsible; (3) any unpaid bills which become a lien against the Property due to the Tenant's occupancy; (4) any costs of re-renting the Property after a breach of this Lease Agreement by the Tenant; (5) any court costs incurred by the Landlord in connection with terminating the tenancy; and (6) any other damages of the Landlord which may then be a permitted use of the Tenant Security Deposit under the laws of the State of North Carolina. No fees may be deducted from the Tenant Security Deposit until the termination of the tenancy. After having deducted the above amounts, the Landlord shall, if the Tenant's address is known to him, refund to the Tenant, within thirty (30) days after the termination of the tenancy and delivery of possession,

This is a RocketLawyer.com document.

**PX 32**

FTC-MOBE-002770

the balance of the Tenant Security Deposit along with an itemized statement of any deductions. If the extent of Landlord's claim against the security deposit cannot be determined within 30 days, Landlord will provide Tenant with an interim accounting no later than 30 days after termination of the tenancy and delivery of possession of the Property to Landlord and shall provide a final accounting within 60 days after termination of the tenancy and delivery of possession of the Property to Landlord. If the Tenant's address is unknown to the Landlord, the Landlord may deduct the above amounts and shall then hold the balance of the Tenant Security Deposit for the Tenant's collection for a six-month period beginning upon the termination of the tenancy and delivery of possession by the Tenant. If the Tenant fails to make demand for the balance of the Tenant Security Deposit within the six-month period, the Landlord shall not thereafter be liable to the Tenant for a refund of the Tenant Security Deposit or any part thereof.

**6. Non-Sufficient Funds.** Tenant will be charged a monetary fee of $25.00 (or the maximum allowed by law, pursuant to North Carolina Gen. Stat. § 25-3-506) as reimbursement of the expenses incurred by Landlord for each check that is returned to Landlord for lack of sufficient funds. In addition, a check returned due to insufficient funds will be subject to any and all late payments provisions included in this Agreement (if any). All charges will be immediately due from Tenant and failure to make immediate payment will constitute a default under the terms of this Agreement.

Landlord reserves the right to demand future payments by cashier's check, money order or certified funds on all future payments in the event of a check returned for insufficient funds. Nothing in this paragraph limits other remedies available to the Landlord as a payee of a dishonored check. Landlord and Tenant agree that three (3) returned checks in any 12 month period constitutes frequent return of checks due to insufficient funds and may be considered a just cause for eviction.

**7. Late Payments.** In the event that any payment required to be paid hereunder by Tenant is not made within five (5) days of when due, Tenant will pay to Landlord, in addition to such payment or other charges due hereunder, a "late fee" in the amount of $20.00. The late fee will be due immediately without demand therefor and will be added to and paid with the late rental payment. This is in accordance with North Carolina Gen. Stat. § 42-26.

**8. Failure to Pay.** Tenant is hereby notified that a negative credit report reflecting on Tenant's credit history may be submitted to a credit reporting agency if Tenant fails to fulfill the terms of their credit obligations, such as their financial obligations under the terms of this Agreement.

**9. Occupants.** The only persons who may live on the Property during the term of this Agreement are:

-   Matthew McPhee

Tenant may have guests on the Property for not over 30 consecutive days or 60 days in a calendar year, and no more than two guests per bedroom at any one time. Persons staying more than 30 consecutive days or more than 60 days in any calendar year will NOT be considered original occupants of the Property. Tenant must obtain the prior written approval of Landlord if an invitee

This is a RocketLawyer.com document.

**PX 32**

FTC-MOBE-002771

of Tenant will be present at the Property for more than 30 consecutive days or 60 days in a calendar year.

**10. Possession.** Tenant will be entitled to possession of the Property on the first day of the term of this Agreement, and will yield possession to Landlord on the last day of the term of this Agreement, unless otherwise agreed by both parties in writing. At the expiration of the term, Tenant will remove its goods and effects and peaceably yield up the Property to Landlord in as good a condition as when delivered to Tenant, ordinary wear and tear excepted.

**11. Use of Property/Absences.** Tenant will occupy and use the Property as a full-time residential dwelling unit. Tenant will notify Landlord of any anticipated extended absence from the Property not later than the first day of the extended absence.

No retail, commercial or professional use of the Property is allowed unless the Tenant receives prior written consent of the Landlord and such use conforms to applicable zoning laws. In such case, Landlord may require Tenant to obtain liability insurance for the benefit of Landlord. Landlord reserves the right to refuse to consent to such use in its sole and absolute discretion.

The failure to abide by the provisions of this section will constitute a material breach of this Agreement and is a just cause for eviction.

**12. Furnishings.** The following furnishings will be provided by Landlord:

- Sofa
- Bed
- Kitchen table
- Dining table
- Television

Tenant will return all such items at the end of the term in a condition as good as existed at the beginning of the lease term, normal wear and tear excepted.

**13. Appliances.** The following appliances will be provided by Landlord:

- Stove
- Refrigerator
- Dishwasher
- Microwave oven
- Washer
- Dryer

Tenant will return all such items at the end of the term in a condition as good as existed at the beginning of the lease term, normal wear and tear excepted.

This is a RocketLawyer.com document.

**14. Storage.** No additional storage space on the Property is authorized, permitted or provided. Any personal property stored in the common areas of the Property will be removed without notice.

**15. Parking.** This Agreement does not include or provide for parking spaces for motor vehicles or motorcycles anywhere in or about the Property.

**16. Roof/Fire Escapes.** Use of the roof and/or the fire escapes by Tenants and/or guests is limited to emergency use only. No other use is permitted, including but not limited to, the placement of personal property.

**17. Pets.** No pets, dogs, cats, birds or other animals are allowed on or about the Property, without Landlord's prior written consent, excepting guide, service, or signal dogs. Strays must not be kept or fed in or around the Property. If a pet has been on or allowed on the Property, even temporarily (with or without the Landlord's permission) Tenant may be charged for cleaning, de-fleaing, deodorizing, shampooing, or replacing any portion of the Property.

**18. Keys and Locks.** Tenant will be given a set number of keys for the Property. If all keys are not returned to Landlord following termination of the Agreement, Tenant will be charged a monetary fee to replace the keys. If a security deposit was collected by the Landlord at the time of signing this Agreement, then such amount will be subtracted from the Security Deposit. Tenant is not permitted to change any lock or place additional locking devices on any door or window of the Property without Landlord's approval prior to installation. If allowed, Tenant must provide Landlord with keys to any changed lock immediately upon installation.

**19. Smoking.** Smoking is prohibited in any area in or on the Property, both private and common, whether enclosed or outdoors. This policy applies to all owners, tenants, guests, employees, and servicepersons. The Tenant will be liable for any damages caused to the Property due to Tenant or Tenant's visitors or guests smoking in or on the Property. Any violation of this policy will be seen as a breach of this Agreement and Landlord will be entitled to all remedies allowable by law including eviction.

**20. Smoke and Carbon Monoxide Detectors.** Pursuant to North Carolina Gen. Stat. § 42-42 and 42-43, Landlord will provide and install operable smoke detectors, either battery-operated or electrical, having an Underwriters Laboratories, Inc., listing or other equivalent national testing laboratory approval. Effective January 1, 2010, if the Property has a fossil-fuel burning heater or appliance, fireplace, or an attached garage, the Landlord will provide and install a minimum of one operable carbon monoxide detector per level in the Property, either battery operated or electrical, that is listed by a national, OSHA-approved testing laboratory. The Tenant will notify the Landlord, in writing, of the need for replacement of or repairs to a smoke or carbon monoxide detector. The Landlord will replace or repair the smoke or carbon monoxide detector within 15 days of receipt of notification if the Landlord is notified of needed replacement or repairs in writing by the Tenant. The Landlord will ensure that a smoke or carbon monoxide detector is operable and in good repair at the beginning of the Initial Term of the Tenancy. The Landlord will place new batteries in any battery-operated smoke or carbon monoxide detectors at the beginning of the

**PX 32**

FTC-MOBE-002773

Initial Term of the tenancy; the Tenant will replace the batteries as needed during the tenancy.

**21. Maintenance and Repairs.** Landlord will have the responsibility to maintain the Property in good repair at all times and perform all repairs necessary to satisfy any implied warranty of habitability. Except in an emergency, all maintenance and repair requests must be made in writing and delivered to Landlord or property manager. A repair request will be deemed permission for the Landlord or property manager to enter the Property to perform such maintenance or repairs in accordance with this Agreement unless otherwise specifically requested, in writing, by Tenant. Tenant may not place any unreasonable restrictions upon Landlord or property manager's access or entry. Landlord will have expectation that the Property is in a safe and habitable condition upon entry

**22. Utilities and Services.** Landlord will pay directly for all utilities, services, and charges provided to the Property, including any and all deposits required.

**23. Taxes.** Landlord shall pay all ad valorem taxes due and payable on the demised premises by all governmental taxing authorities. Tenant shall also pay all ad valorem taxes that may be due and payable to the governmental taxing authorities on his or her personal property, equipment, and fixtures placed and located within the demised premises.

**24. Automatic Forfeiture.** Tenant shall be in default of this Lease if Tenant fails to fulfill any lease obligation or term by which Tenant is bound. Subject to any governing provisions of law to the contrary, if Tenant fails to cure any financial obligation within 50 days (or any other obligation within 30 days) after written notice from Landlord, Tenant shall be deemed to have forfeited the Lease, and Landlord shall have the right to initiate eviction proceedings against Tenant without further notice and without prejudicing Landlord's rights to damages. Acceptance by Landlord of previously due rent payments does not constitute waiver of Landlord's rights under this provision.

**25. Termination upon Sale of Property.** Notwithstanding any other provision of this Agreement, Landlord may terminate this Agreement upon 30 days' written notice to Tenant that the Property has been sold.

**26. Holding Over.** Should the Tenant hold over the term hereby created with consent of the Landlord, the term of this lease will become a month-to-month tenancy and be deemed to be and be extended at the rental rate herein provided, and otherwise upon the terms and conditions in this Agreement, until either party hereto serves upon the other thirty (30) days written notice of termination, reflecting the effective date of cancellation.

**27. Military Termination.** In the event, the Tenant is, or hereafter becomes, a member of the United States Armed Forces on extended active duty and hereafter the Tenant receives permanent change of station orders to depart from the area where the Property is located, or is relieved from active duty, retires or separates from the military, or is ordered into military housing, then in any of these events, the Tenant may terminate this lease upon giving thirty (30) days written notice to the Landlord. The Tenant will also provide to the Landlord a copy of the official orders or a letter signed by the Tenant's commanding officer, reflecting the change, which warrants termination under

This is a RocketLawyer.com document.

**PX 32**

this provision. The Tenant will pay prorated rent for any days (he/she) occupy the dwelling past the first day of the month. Any security deposit will be promptly returned to the Tenant, provided there are no damages to the Property.

If a member of the Armed Forces of the United States dies while on active duty, then an immediate family member, or a lawful representative of the member's estate, may terminate the member's rental agreement for a dwelling unit by providing the landlord with a written notice of termination. A copy of the death certificate, official military personnel casualty report, or letter from the commanding officer verifying the member's death must accompany the notice. Termination of the member's lease obligations under this subsection shall also terminate the lease obligations of any cotenants who are immediate family members. If the member was a cotenant with a person who is not an immediate family member, then the termination shall relate only to the obligation of the member under the rental agreement.

**28. Condition of Property.** Tenant stipulates, represents and warrants that Tenant has examined the Property, and that they are at the time of this Agreement in good order, repair, and in a safe, clean and tenantable condition.

**29. Alterations and Improvements.** Tenant will make no alterations to the buildings or improvements to the Property or construct any building or make any other improvements on the Property without the prior written consent of Landlord. Any and all alterations, changes, and/or improvements built, constructed or placed on the Property by Tenant will, unless otherwise provided by written agreement between Landlord and Tenant, be and become the property of Landlord and remain on the Property at the expiration or earlier termination of this Agreement.

**30. Hazardous Materials.** Tenant will not keep on the Property any item of a dangerous, flammable or explosive character that might unreasonably increase the danger of fire or explosion on the Property or that might be considered hazardous or extra hazardous by any responsible insurance company.

**31. Damage to Property.** If the Property is damaged or destroyed as to render it uninhabitable, then either Landlord or Tenant will have the right to terminate this Agreement as of the date on which such damage occurs, through written notice to the other party to be given within 20 days of occurrence of such damage. However, if such damage should occur as the result of the conduct or negligence of Tenants or Tenants' guests or invitees, Landlord will have the right to termination and Tenants will be responsible for all losses, including, but not limited to, damage and repair costs as well as loss of rental income.

**32. Landlord Access to Property.** Landlord and Landlord's agents will have the right at all reasonable times during the term of this Agreement and any renewal thereof to enter the Property for the purpose of inspecting the Property and all buildings and improvements thereon. Tenant will make the Property available to Landlord or Landlord's agents for the purposes of making repairs or improvements, or to supply agreed services or show the Property to prospective buyers or tenants, or in case of emergency. Except in case of emergency, Landlord will give Tenant reasonable notice of intent to enter. For these purposes, twenty four (24) hour written notice will

This is a RocketLawyer.com document.

**PX 32**

FTC-MOBE-002775

be deemed reasonable.

**33. Indemnity Regarding Use of Property.** To the extent permitted by law, Tenant agrees to indemnify, hold harmless, and defend Landlord from and against any and all losses, claims, liabilities, and expenses, including reasonable attorney fees, if any, which Landlord may suffer or incur in connection with Tenant's possession, use or misuse of the Property, except Landlord's act or negligence. Tenant hereby expressly releases Landlord and/or agent from any and all liability for loss or damage to Tenant's property or effects whether on the Property, garage, storerooms or any other location in or about the Property, arising out of any cause whatsoever, including but not limited to rain, plumbing leakage, fire or theft, except in the case that such damage has been adjudged to be the result of the gross negligence of Landlord, Landlord's employees, heirs, successors, assignees and/or agents.

**34. Accommodation.** Landlord agrees to and is committed to complying with all applicable laws providing equal housing opportunities. To ensure compliance, Landlord will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or a tenant, unless undue hardship would result. It is the applicant or tenants responsibility to make Landlord aware of any required accommodation. In writing, the individual with the disability should specify the nature and effect of the disability and any accommodation he or she needs. If after thoughtful consideration and evaluation, the accommodation is reasonable and will not impose an undue hardship, Landlord will make the accommodation. Landlord reserves the right to require appropriate medical verification of the disability.

**35. Compliance with Regulations.** Tenant will promptly comply with all laws, ordinances, requirements and regulations of the federal, state, county, municipal and other authorities, and the fire insurance underwriters. However, Tenant will not by this provision be required to make alterations to the exterior of the building or alterations of a structural nature.

**36. Mechanics Liens.** Neither Tenant nor anyone claiming through the Tenant will have the right to file mechanics liens or any other kind of lien on the Property and the filing of this Agreement constitutes notice that such liens are invalid. Further, Tenant agrees to (1) give actual advance notice to any contractors, subcontractors or suppliers of goods, labor, or services that such liens will not be valid, and (2) take whatever additional steps that are necessary in order to keep the Property free of all liens resulting from construction done by or for the Tenant.

**37. Subordination of Lease.** This Agreement is subordinate to any mortgage that now exists, or may be given later by Landlord, with respect to the Property.

**38. Assignment and Subletting.** Tenant may not assign or sublease any interest in the Property, nor assign, mortgage or pledge this Agreement, without the prior written consent of Landlord, which will not be unreasonably withheld.

**39. Notice.** Notice under this Agreement will not be deemed valid unless given or served in writing and forwarded by mail, postage prepaid, addressed to the party at the appropriate address

**PX 32**

FTC-MOBE-002776

set forth below. Such addresses may be changed from time to time by either party by providing notice as set forth below. Notices mailed in accordance with these provisions will be deemed received on the third day after posting.

**Landlord:**

Susan Zanghi
8207 Golf Ridge Drive, Charlotte, North Carolina 27277

**Tenant:**

Matthew McPhee
8207 Golf Ridge Drive, Charlotte, North Carolina 28277

Such addresses may be changed from time to time by any party by providing notice as set forth above.

**40. Governing Law.** This Agreement will be governed, construed and interpreted by, through and under the Laws of the State of North Carolina.

**41. Waiver and Severability.** The failure of either party to enforce any provisions of this Agreement will not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this Agreement. If any provision of this Agreement or the application thereof will, for any reason and to any extent, be invalid or unenforceable, neither the remainder of this Agreement nor the application of the provision to other persons, entities or circumstances will be affected thereby, but instead will be enforced to the maximum extent permitted by law.

**42. Time of Essence.** Time is of the essence with respect to the execution of this Lease Agreement.

**43. Estoppel Certificate.** Tenant will execute and return a tenant estoppel certificate delivered to Tenant by Landlord or Landlord's agent within three (3) days after its receipt. Failure to comply with this requirement will be deemed Tenant's acknowledgment that the estoppel certificate is true and correct, and may be relied upon by a lender or purchaser.

**44. Entire Agreement.** This document constitutes the entire Agreement between the Tenant and Landlord. This Agreement cannot be modified except in writing and must be signed by all parties. Neither Landlord nor Tenant have made any promises or representations, other than those set forth in this Agreement and those implied by law. The failure of Tenant or its guests or invitees to comply with any term of this Agreement is grounds for termination of the tenancy, with appropriate notice to Tenants and procedures as required by law.

**45. Application.** Tenant represents and warrants that all statements in Tenant's rental application are accurate. Any misrepresentations will be considered a material breach of this Agreement and

This is a RocketLawyer.com document.

may subject Tenant to eviction. Tenant authorizes Landlord and any broker to obtain Tenant's credit report periodically during the tenancy in connection with the modification or enforcement of this Lease. Landlord reserves the right to terminate this Agreement (i) before occupancy begins, (ii) upon disapproval of the credit report(s), or (iii) at any time, upon discovering that information in Tenant's application is false.

**46. Binding Effect.** The provisions of this Agreement will be binding upon and inure to the benefit of parties and their respective legal representatives, successors and assigns.

<div align="center">

**Receipt**

</div>

|  |  | Initials | |
|---|---|---|---|
|  |  | Tenant | Landlord |
| Security Deposit: | $1,500.00 | *M.M.* | *(signature)* |
| Pet Fee: | $ | _____ | _____ |
| Prorated rent for the Period: | $ | _____ | _____ |
| Prepaid rent for the Period: | $ | _____ | _____ |
| Other Charges or Deposits: | $ | _____ | _____ |
| Total Charges Received: | $1,500.00 | *M.M.* | _____ |

       **IN WITNESS WHEREOF**, the Landlord and Tenant have executed this Agreement in the manner prescribed by law as of the Effective Date.

**Landlord:**

By: _____   Date: _6/01/2015_
    Susan Zanghi
    8207 Golf Ridge Drive
    Charlotte, North Carolina 27277

**Tenant:**

By: _____   Date: _1st June 2015_
    Matthew McPhee

<div align="center">

This is a RocketLawyer.com document.

</div>

<div align="center">

**PX 32**

</div>

FTC-MOBE-002778

**North Carolina Lease Agreement**
**Inspection Checklist**

**Address:**        8207 Golf Ridge Drive, Charlotte, North Carolina 28277

Tenant has inspected the Property and states that the Property is in satisfactory condition, free of
defects, except as noted below:

|  | **Satisfactory** | **Comments** |
|---|---|---|
| **Kitchen** | | |
| Cupboards | ✓ | _____ |
| Floor ceiling | ✓ | _____ |
| Walls and ceiling | ✓ | _____ |
| Counter surfaces | ✓ | _____ |
| Stove and oven | ✓ | _____ |
| Refrigerator | ✓ | _____ |
| Garbage disposal | ✓ | _____ |
| Windows | ✓ | _____ |
| Doors | ✓ | _____ |
| Light fixtures | ✓ | _____ |
| **Living Room** | | |
| Floor covering | ✓ | _____ |
| Walls and ceiling | ✓ | _____ |
| Windows | ✓ | _____ |
| Doors | ✓ | _____ |
| Light fixtures | ✓ | _____ |
| **Bathroom** | | |
| Floor covering | ✓ | _____ |
| Walls and ceiling | ✓ | _____ |
| Shower and tub | ✓ | _____ |
| Toilet | ✓ | _____ |
| Plumbing fixtures | ✓ | _____ |
| Windows | ✓ | _____ |
| Doors | ✓ | _____ |
| Light fixtures | ✓ | _____ |
| Sink | ✓ | _____ |

This is a RocketLawyer.com document.

Vanity _____

Medicine cabinet _____ _____

**Bathroom**

Floor covering _____ _____

Walls and ceiling _____ _____

Shower and tub _____ _____

Toilet _____ _____

Plumbing fixtures _____ _____

Windows _____ _____

Doors _____ _____

Light fixtures _____ _____

Sink _____ _____

Vanity _____ _____

Medicine cabinet _____ _____

**Hallways or Other Areas**

Floor covering _____ _____

Walls and ceiling _____ _____

Closets _____ _____

Light fixtures _____ _____

Furnace _____ _____

Air conditioner _____ _____

Patio or deck _____ _____

Yard _____ _____

Other (specify) _____ _____

**Bedroom**

Floor covering _____ _____

Walls and ceiling _____ _____

Closet _____ _____

Windows _____ _____

Doors _____ _____

Light fixtures _____ _____

**Bedroom**

Floor covering _____ _____

Walls and ceiling _____ _____

Closet _____ _____

This is a RocketLawyer.com document.

**PX 32**

FTC-MOBE-002780

Windows _____ ✓ _____
Doors _____ _____
Light fixtures _____ ✓ _____

**Bedroom**

Floor covering _____ ✓ _____
Walls and ceiling _____ ✓ _____
Closet _____ ✓ _____
Windows _____ ✓ _____
Doors _____ ✓ _____
Light fixtures _____ ✓ _____

**Tenant:**

By: _matt mcphee_____ Date: _1st June, 2015_
Matthew McPhee

**Acknowledged by Landlord:**

By: _Susan D. Zanghi_____ Date: _6/01/2015_
Susan Zanghi

This is a RocketLawyer.com document.

**PX 32**                     FTC-MOBE-002781

# CHASE 🔾

**Business Signature Card**

| | |
|---|---|
| ACCOUNT NUMBER | ████ 7750 |
| ACCOUNT TYPE | Chase Business Savings |
| TAXPAYER ID NUMBER | 47-3489384 |
| DATE OPENED | 11/23/2015 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 021 ) |
| | Hwy 535 and Reams Rd - 131104 |
| | (407) 909-0293 |
| | ANDRES HOYOS |
| | 11/23/2015 |

**ACCOUNT TITLE ("DEPOSITOR")**
MOBEPROCESSING.COM, INC.

**BUSINESS ADDRESS**
1209 N ORANGE ST

WILMINGTON, DE 19801-1120

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Certified Articles (Certificate) of Incorporation | 5650595 | DE | 12/03/2014 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE |
|---|---|---|---|---|
| 1) ELIZABETH ACOSTA | ████ | | Acting Secretary | 1/23/15 |

SIGNATURE

2) _____

3) _____

4) _____

M1207-01-13-CS (3/14 v3)





FTC-MOBE-002782

# CHASE 🟠

# Business Signature Card

| ACCOUNT NUMBER | ████7750 |
| --- | --- |
| ACCOUNT TYPE | Chase Business Savings |
| TAXPAYER ID NUMBER | 47-3493384 |
| DATE OPENED | 12/02/2015 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 021 ) |
| | Hwy 535 and Reams Rd - 131104 |
| | ANDRES HOYOS |
| | (407) 909-0293 |
| | 12/15/2015 |

**ACCOUNT TITLE ("DEPOSITOR")**
MOBEPROCESSING.COM, INC.

**BUSINESS ADDRESS**
12606 LANGSTAFF DR
WINDERMERE, FL 34786-9454
United States/US Territories

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| --- | --- | --- | --- | --- |
| Certified Articles (Certificate) of Incorporation | 5650595 | DE | 12/03/2014 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| --- | --- | --- | --- | --- |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services (if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
| --- | --- | --- | --- | --- | --- |
| 1) MATTHEW MCPHEE | | 00-0000000 | President | 12/15/2015 | |
| 2) ELIZABETH ACOSTA | ████████ | | Acting Secretary | 12/15/2015 | |
| 3) | | | | | |
| 4) | | | | | |



M1207-01-13-CS (3/14 v3)

**PX 32**

FTC-MOBE-002783



# CHASE ❖

## Business Signature Card





**ACCOUNT TITLE ("DEPOSITOR")**
MOBEPROCESSING.COM, INC.

**BUSINESS ADDRESS**
8207 GOLF RIDGE DR
CHARLOTTE, NC 28277-8867
United States/US Territories

| | |
|---|---|
| ACCOUNT NUMBER | 7750 |
| ACCOUNT TYPE | Chase Business Savings |
| TAXPAYER ID NUMBER | 47-3483384 |
| DATE OPENED | 12/02/2015 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A. (703 ) |
| | First and Broadway - 741084 |
| | ANNTONIKA M WHITTAKER |
| | (619) 615-0600 |
| | 02/12/2016 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Certified Articles (Certificate) of Incorporation | 5650595 | DE | 12/03/2014 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER   TAXPAYER ID #** | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| 1) SUSAN G ZANGHI | | Signer | 2/12/16 | |
| 2) MATTHEW MCPHEE | 00-0000000 | President | 2/6/16 | |
| 3) | | | | |
| 4) | | | | |

Page 1 of 1

M1207-01-13-CS (3/14 v3)

## PX 32    FTC-MOBE-002784

CHASE ◆

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS   MOBEPROCESSING.COM, INC.

TAXPAYER ID NO.  47-3489384

BUSINESS ADDRESS   8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867

BRANCH NAME AND NO.   FIRST AND BROADWAY - 741084                    BANK NO.  703                       BRANCH PHONE NO.  (619) 615-0600

INTEROFFICE MAILCODE   CA2-4709          PREPARED BY: NAME   ANNTONIKA M WHITTAKER                         DATE:  02/12/2016

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| SUSAN G ZANGHI | SIGNER | | |

**Identification** | **ID Number** | **Issuer** | **Issuance Date** | **Expiration Date**
1) Passport w/Photo | | USA | |
2) None | | | |

**Account Numbers:**

| 0166 | 7750 | | | | | |
|---|---|---|---|---|---|---|

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

**Identification** | **ID Number** | **Issuer** | **Issuance Date** | **Expiration Date**

**Account Numbers:**

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

**Identification** | **ID Number** | **Issuer** | **Issuance Date** | **Expiration Date**

**Account Numbers:**

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

For a Corporation or Unincorporated          For Sole Proprietorship:          For Partnership or Limited Liability Company:          For Government Entity:
Association or Organization:

| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |
|---|---|---|---|---|---|---|---|
| _president_ | 2/12/16 | | | | | | |

1

JPMorgan Chase Bank, N.A.  Member FDIC

FTC-MOBE-002785

CHASE ◯

# BUSINESS ACCOUNT REMOVE SIGNERS FORM

NAME OF BUSINESS   MOBEPROCESSING.COM, INC.

TAXPAYER ID NO.   47-3489384

BUSINESS ADDRESS   12806 LANGSTAFF DR, WINDERMERE, FL 34786-9454

BRANCH NAME AND NO.   HWY 535 AND REAMS RD - 131104          BANK NO.   021          BRANCH PHONE NO.   (407) 909-0293

INTEROFFICE MAILCODE   FL7-0433          PREPARED BY: NAME   CORION R. JONES          DATE:   01/07/2016

Please remove the following signer from the accounts listed below (other authorized signers on record do not change)*

**Name of the Signer to Remove:**
ELIZABETH ACOSTA

**Account Numbers:**

| | |
|---|---|
| 0166 | |
| 7750 | |

Please remove the following signer from the accounts listed below (other authorized signers on record do not change)*

**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change)*

**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change)*

**Name of the Signer to Remove:**

**Account Numbers:**

Please remove the following signer from the accounts listed below (other authorized signers on record do not change)*

**Name of the Signer to Remove:**

**Account Numbers:**

## CERTIFICATION

The undersigned hereby certifies that the person(s) removed as authorized signers on the account(s) indicated above have been removed in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts.

**For a Corporation or Unincorporated Association or Organization:**

Secretary

**For Sole Proprietorship:**

_____   Date
Owner/Sole Proprietor

**For Partnership or Limited Liability Company:**

_____   Date
Partner/Member/Manager

**For Government Entity:**

_____   Date
Certifying Official

1

JPMorgan Chase Bank, N.A. Member FDIC

**PX 32**          **FTC-MOBE-002786**

CHASE ◆



# BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS  MOBEPROCESSING.COM, INC.

TAXPAYER ID NO.  47-3489384

BUSINESS ADDRESS  12806 LANGSTAFF DR, WINDERMERE, FL 34786-9454

BRANCH NAME AND NO.  HWY 535 AND REAMS RD - 131104          BANK NO.  021          BRANCH PHONE NO.  (407) 909-0283

INTEROFFICE MAILCODE  FL7-0433          PREPARED BY: NAME  ANDRES HOYOS          DATE:  12/15/2015

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**          **Title**          **Signature**          **Date**

MATTHEW MCPHEE          PRESIDENT

**Identification**
1) Passport w/Photo          **ID Number**          Issuer          Issuance Date          Expiration Date
2) None                                                ASL

**Account Numbers:**
0166          7750

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**          **Title**          **Signature**          **Date**

**Identification**          **ID Number**          Issuer          Issuance Date          Expiration Date

**Account Numbers:**

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Add**          **Title**          **Signature**          **Date**

**Identification**          **ID Number**          Issuer          Issuance Date          Expiration Date

**Account Numbers:**

## CERTIFICATION
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts.  The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

**For a Corporation or Unincorporated Association or Organization:**

Secretary  President          Date 12/15/2015

**For Sole Proprietorship:**          Owner/Sole Proprietor          Date

**For Partnership or Limited Liability Company:**          Partner/Member/Manager          Date

**For Government Entity:**          Certifying Official          Date

1

JPMorgan Chase Bank, N.A., Member FDIC

  

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)          CHASE ◯

_X_ NEW _____ CHANGE

ACCOUNT NO.
7750
ACCOUNT TITLE
MOBEPROCESSING.COM, INC.

BUSINESS ADDRESS
1209 N ORANGE ST

WILMINGTON, DE 19801-1120
TAXPAYER ID NO.
47-3489384

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 021 )
BRANCH NAME AND NO.
Hwy 535 and Reams Rd - 131104
DATE
11/23/2015
PREPARED BY
ANDRES HOYOS
PHONE NO.
(407) 909-0293

PRODUCT TYPE
Chase Business Savings

Legal Name of Organization:   MOBEPROCESSING.COM, INC.                                 (the "Organization")

State of Organization:   DE

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

### Account Opening and Contractual Authorization

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

### Deposit and Withdrawal Authorization

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| ELIZABETH ACOSTA | Acting Secretary | |
| | | |

SIGNER(S) TO BE ADDED LATER

### Facsimile Signature Authorization
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

### Further Authorizations
The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

### CERTIFICATION
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _Elizabeth Acosta_          Date: 11/23/15
Title: Acting Secretary
Printed Name: ELIZABETH ACOSTA

## PX 32          FTC-MOBE-002788





**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**

CHASE 🔵

_____ NEW   X   CHANGE

ACCOUNT NO.
7750
ACCOUNT TITLE
MOBEPROCESSING.COM, INC.

BUSINESS ADDRESS
12806 LANGSTAFF DR
WINDERMERE, FL 34786-9454
United States/US Territories

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 021 )
BRANCH NAME AND NO.
Hwy 535 and Reams Rd - 131104
DATE
12/15/2015
PREPARED BY
ANDRES HOYOS
PHONE NO.
(407) 909-0293

TAXPAYER ID NO.                    PRODUCT TYPE
47-3489384                         Chase Business Savings

Legal Name of Organization:    MOBEPROCESSING.COM, INC.                                                (the "Organization")

State of Incorporation: ___ DE

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| MATTHEW MCPHEE | President | |
| ELIZABETH ACOSTA | Acting Secretary | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _matt mcphee_                                                 Date: _12/15/2015_

Title: ___ President ___

Printed Name: ___ MATTHEW MCPHEE ___



DISTRIBUTION: 1) National Account Services 2) Customer

**PX 32**

JPMorgan Chase Bank, N.A. Member FDIC
M1 20703-CS (09/14)

FTC-MOBE-002789

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**
_____ NEW ___X___ CHANGE

**CHASE ⬡**

| | |
|---|---|
| ACCOUNT NO. | BANK NAME/NUMBER |
| [  ]7750 | JPMorgan Chase Bank, N.A ( 703 ) |
| ACCOUNT TITLE | BRANCH NAME AND NO. |
| MOBEPROCESSING.COM, INC. | First and Broadway - 741084 |
| | DATE |
| | 02/12/2016 |
| BUSINESS ADDRESS | PREPARED BY |
| 8207 GOLF RIDGE DR | ANNTONIKA M WHITTAKER |
| CHARLOTTE, NC 28277-8867 | |
| United States/US Territories | PHONE NO. |
| | (619) 615-0600 |
| TAXPAYER ID NO.          PRODUCT TYPE | |
| 47-3489384               Chase Business Savings | |

Legal Name of Organization:   MOBEPROCESSING.COM, INC.                                                                                        (the "Organization")

State of Organization: ___DE___

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature,  such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| SUSAN G ZANGHI | Signer | |
| MATTHEW MCPHEE | President | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| SIGNER(S) TO BE ADDED LATER | |
|---|---|

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Signature: _matt mcphee_                                              Date: _2/12/16_

Title: __President__

Printed Name: __MATTHEW MCPHEE__



JPMorgan Chase Bank, N.A. Member FDIC



M1 207-03-CS (05/14)

**FTC-MOBE-002790**

**PX 32**

# MOBE

November 23, 2015

To Whom it May Concern:

Please allow me to use this letter as authorization for Elizabeth Acosta as acting Secretary of MOBEProcessing.com, Inc. to open checking accounts in the name of MOBEProcessing.com, Inc

Should you have any questions, please do not hesitate to contact me at the following number at our headquarters in Kuala Lumpur, Malaysia:   +(60) 1 2658 7923

Sincerely,

*Matt McPhee*

Matthew Lloyd McPhee
President
MOBEProcessing.com, Inc.

**PX 32**          FTC-MOBE-002791

Regions Bank
Legal Department
Legal Processing Section
201 Milan Parkway
Birmingham, AL 35211



October 10, 2017

**VIA FEDEX:**
Carol Jones
Federal Trade Commission - Washington
600 Pennsylvania Ave.
NW Mail Stop CC-8528
Washington, DC 20580

RE:   **Matthew Lloyd McPhee aka Matt Lloyd; Russell W. Whitney, Jr.;** ▮▮▮▮▮
      **Our Record No.:  28-311880**

Dear Carol Jones:

Pursuant to the legal process served on Regions Bank in the above-referenced matter, enclosed please find a password protected disc containing the items identified below. These records are being produced in electronic or paper format or some combination thereof.

**Per our conversation on 10/03/17 requesting account holder's name, address, account numbers and type of accounts for each personal accounts.  Signature cards, statements, checks, deposit and offsets and wires on corporate accounts.  Time period January 1, 2015 to present.**

**Personal accounts:**
**Susan Zanghi**
**8207 Golf Ridge Dr, Charlotte NC 28277-8867**
**Checking account numbers** ▮▮▮ **2016 and** ▮▮▮ **2121**

<div style="background:black; height:250px;"></div>

**PX 33**                                    FTC-MOBE-002792

Regions Bank
Legal Department
Legal Processing Section
201 Milan Parkway
Birmingham, AL 35211

**Signature card on checking account number ████ 4295**

**Statements, deposit, and offsets from 09/29/16 through 09/25/17 on checking account
number ████ 4295. There are no checks, cashier's checks, or wires on account.**

These records were identified as a result of a search conducted by bank personnel and, to
the best of our knowledge, the records contained on this disc fully comply with the terms
of your request. Please note that we have certified and authenticated these records and our
certificate to that effect is also enclosed.

Please call me at (205) 420-4781 to obtain the passphrase to access the records on the disc
or if you should have any questions regarding our response.

Sincerely,

Kenya N. Pitts
Subpoena Processing Specialist

Regions Bank
Legal Processing Section
201 Milan Parkway
Birmingham, AL  35211


**REGIONS**

IN THE MATTER OF

Matthew Lloyd McPhee aka Matt Lloyd; Russell W. Whitney, Jr.; ██████████████████
███████ Susan Zanghi; Account ████████5021; ████████
████████ Mobe, Ltd.; Mobetraining.com, Inc.; Mobeprocessing.com, Inc.; 9336-0311 Quebec Inc. dba Business
Education Training; Home Business Builders; Matt Lloyd McPhee t/as MattLloydPublishing.com; Matt Lloyd
Publications; Mobe Marketing; MOBE Holdings, Ltd.; MOBE Pro Ltd.; MOBE Online Ltd.; ████████████
█████████████████████████████████████████████
█████████████████████████████████████████

### U.S. Federal Trade Commission
### Certificate of Origin and Authenticity

The attached records are described as follows:

Personal accounts:
Susan Zanghi
8207 Golf Ridge Dr, Charlotte NC 28277-8867
Checking account numbers ██████2016 and ██████2121



Signature card on checking account number ██████4295

Statements, deposit, and offsets from 09/29/16 through 09/25/17 on checking account number ██████295.  There
are no checks, cashier's checks, or wires on account.

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those statements are maintained and stored in computerized form.  Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format.  Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof.  Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records.  Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank.  Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.  Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

28-311880/1239231.docx

FTC-MOBE-002794

Regions Bank
Legal Processing Section
201 Milan Parkway
Birmingham, AL  35211



It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records.  I am one of the persons designated to initiate and supervise searches of Regions' records for the purpose of making responses to legal process.  The search has been diligent and the records enclosed are believed to be complete and to comply with the subpoena.  They are true and accurate copies of the papers and records in the bank's files.

Witness my hand and seal on October 10, 2017.

Kenya N. Pitts
Legal Processing Section

Sworn to and subscribed before me on October 10, 2017.

Notary Public
MY COMMISSION EXPIRES FEBRUARY 13, 2021

28-311880/1239231.docx

PX 33                    FTC-MOBE-002795

Sales and Service                                           SIGNATURE REQUIRED

 **REGIONS**        Account Package
(Non-Personal Checking/Savings Services)

| NORTH CAROLINA | EASTOVER | | 01751 |
| --- | --- | --- | --- |
| STATE | BRANCH NAME | | BRANCH NO. |

| MOBEPROCESSING COM INC | CORPORATION - BUSINESS | | 47-3489384 |
| --- | --- | --- | --- |
| CUSTOMER NAME | | RELATIONSHIP | FEDERAL TAX ID# |

8207 GOLD RIDGE DRIVE   CHARLOTTE NC 28277
CUSTOMER ADDRESS

SUSAN@MOBE.COM
CUSTOMER E-MAIL ADDRESS(ES)

| | | 09/29/2016 | G9KR6 | 1751MG |
| --- | --- | --- | --- | --- |
| PRIMARY PHONE | SECONDARY PHONE | OPEN DATE | OPENED BY | OFFICER NUMBER |

Please check appropriate box:  ☐ Individual/Sole Proprietor  ☒ Corporation  ☐ Partnership  ☐ Other____

If this account is a proprietorship or partnership account, the person(s) signing below: (a) authorize Regions Bank (the "Bank") to open the account noted in the name of the proprietorship/partnership listed on this application for the account; (b) agrees to be bound by the terms of the Bank's Deposit Agreement and pricing schedule as now in force and amended from time to time hereafter, related to the account noted below; and (c) acknowledges receipt of a copy of the applicable Deposit Agreement now in force.

If this is a partnership account, it is also agreed that: (a) each of the persons signing below is a general and not a limited partner, unless otherwise noted on this form and other documents which may be required, and that there are no other partners; (b) each signator indicated below has full authority to represent, sign for, and bind the partnership; and (c) the authority of each partner, unless otherwise indicated, shall be binding upon the partnership and every member thereof, notwithstanding any death, dissolution, or other circumstances until written notice of revocation of such authority from one of them shall have been received by the Bank.

If this account is a corporation or organization account, it is agreed that the Certified copy of Resolution of the Board of Directors shall be a part of the applicable deposit agreement for the account noted below, by signing below, the authorized signators for such an account: (a) agree that the corporation or organization shall be bound by the terms of the Bank's Deposit Agreement and pricing schedule as now in force and as amended from time to time hereafter, related to the account noted below; and (b) acknowledge receipt of a copy of the applicable Deposit Agreement now in force.

If this account is established by a Limited Liability Company (LLC) it is agreed that: (a) the party or parties named below serves as a manager or member of the LLC or have been expressly appointed in writing by a manager or member of the LLC to handle banking transactions for the LLC; (b) each party has full authority to represent, sign for and bind the LLC; (c) the authority of each person so named shall continue until written notice of revocation of such authority from one shall contain satisfactory to the Bank shall have been received by the Bank and(d)the LLC acknowledges receipt of and agrees to be bound by the Bank's Deposit Agreement and pricing schedules as are now in force and as may be amended from time to time in the future.

If this account is a Public Funds Account held by a public entity, it is also agreed that each of the persons signing below has been authorized by the public entity to act for it in opening this account and in making the following representations: (a) the public entity agrees to be bound by the Deposit Agreement of the Bank in relation to the Regions Public Funds Account as now in force and as they may be amended from time to time hereafter and hereby acknowledges receipt of a copy of the applicable rules as now in force; and (b) the public entity hereby certifies: (i) that its funds are derived solely from tax dollars and (ii) that it is a governmental entity or an organization not operated for profit and operated primarily for educational or other similar purposes.

The Bank is authorized to pay checks, drafts, notes or other orders of withdrawal, or to receive the same for credit of, or in payment from the payee, or any other legal holder when so signed, without inquiry into the circumstances at issue or the disposition of their proceeds, whether drawn to the individual order or tendered in payment of individual obligations of the person(s) signing below or otherwise. The Bank is authorized to supply any endorsement for the proprietorship/ partnership/ corporation/ organization/ public entity on any check or other instrument tendered for deposit to this account and it is hereby relieved of any liability in connection with collection of such items which are handled by it without negligence and it shall not be liable for the acts of its agents, sub-agents or others or for any casualty. Any amount not collected on items deposited to this account may be charged back to this account, including expenses incurred, and any other outside expense incurred on account of this account, including reasonable attorneys' fees, may be charged to it. All operating fees not collected may also be charged back to this account or, if grouped, the account to charge.

Certification: By signing below, I certify, under penalties of perjury, that: (1) the number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, (3) I am a U.S. person (including U.S. resident alien) as defined in the full instructions of the W-9. If I am not a U.S citizen or resident, I agree to provide Form W-8 and (4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. Exemption from FATCA reporting code (if any)_____ (Applies to accounts maintained outside the U.S.)

NOTE: You must cross out Item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Thank you for banking with Regions!

By signing, I acknowledge receiving and agree to each and every term, condition, and provision of the Deposit Agreement (including, without limitation, the ARBITRATION AND WAIVER OF JURY TRIAL provisions thereof and the provisions for changing the terms thereof) and related disclosures for this account.

This signature card supersedes and replaces any and all previous signature cards for this account. However, Regions Bank shall have a reasonable opportunity to act upon this signature card and shall not be liable for any action it takes in good faith and through the exercise of ordinary care on the basis of information contained in previous signature cards for this account.

### Signature Card

| Account Description and Mailing Address | MOBEPROCESSING COM INC | | |
| --- | --- | --- | --- |
| | 8207 GOLD RIDGE DRIVE CHARLOTTE NC 28277 | ████4295 | |
| | | Account Number | |
| | | DA  252 - ADVANTAGE BUSINESS CHECKING | |
| | | Account Type | |

| Signature | Date | Type or Print Name & Title | Facsimile Signature |
| --- | --- | --- | --- |
| Susan Zanghi 9/29/16 | | SUSAN G ZANGHI | |
| | | | |
| | | | |
| | | | |

The signature(s) appearing above is/are duly authorized signature(s) of this proprietorship/ partnership/ corporation/ organization/ public entity which the Bank will recognize in the payment of funds and the transaction of other business for this account.

Checks, drafts, acceptance, notes and other transactions must bear _____ of the within mentioned signatures.

Form 52101
Rev 11/2015

Distribution:   Original – CMI Operations
                Copy – Customer

**PX 33**                                              FTC-MOBE-002796

**WELLS FARGO**

Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

## BUSINESS RECORDS DECLARATION

I, Neynsia Ngha, declare that I am employed by Wells Fargo Bank, N.A. in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  The Bank reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

**The records produced are described as follows:**

Case number: 18260128

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Customer Profile | XXXXXXXXXXXX1461 | 0 | 0 |
| GEER UP MARKETING | | | |
| SUSAN ZANGHI | | | |
| 8207 GOLF RIDGE DR | | | |
| CHARLOTTE NC 28277-8867 | | | |
| ACCOUNT: ▮▮▮▮▮▮1461 | | | |
| ACCOUNT TYPE: WELLS FARGO BUSINESS CARD | | | |
| Customer Profile | XXXXXX9199 | 0 | 0 |
| Note to Client: | | | |
| Account▮▮▮▮9199-Wells Fargo Essential Checking | | | |
| ANTHONY J ZANGHI | | | |
| SUSAN ZANGHI | | | |
| 8207 GOLF RIDGE DR | | | |
| CHARLOTTE NC 28277-8867 | | | |
| Statements | XXXXXX0885 | 94 | 94 |
| Customer Profile | XXXXXX2506 | 0 | 0 |
| KRISTEN L ZANGHI | | | |
| 8207 GOLF RIDGE DR | | | |
| CHARLOTTE NC 28277-8867 | | | |
| ACCOUNT: ▮▮▮▮▮2506 | | | |
| WELLS FARGO CHECKING ACCOUNT | | | |
| Customer Profile | XXXXXXXXX5024 | 0 | 0 |
| Account#▮▮▮▮▮5024 | | | |
| Type of account:Savings | | | |
| Name:Susan Zanghi | | | |
| Address:8207 Golf Ridg Dr Charlotte NC 28277 | | | |
| Name:Jennifer Zanghi | | | |
| Address:8207 Golf Ridge Dr Charlotte NC 28277 | | | |
| Statements | XXXXXX5373 | 4 | 4 |

Case No: 18260128; Agency Case No: Not Provided

**PX 34**

Page 1 of 4

**FTC-MOBE-002797**

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Customer Profile | XXXXXXXXX1734 | 0 | 0 |

Note to Client:
Account ███████1734-Wells Fargo Money Market Savings
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277-8867

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX5373 | 0 | 0 |

All transactions requested are electronic and no images are available

| | | | |
|---|---|---|---|
| Customer Profile | ████████ | 0 | 0 |

███████████████

| | | | |
|---|---|---|---|
| Signature Cards | XXXXXX3189 | 5 | 5 |

Signature cards are combined with account ending 0885

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX5357 | 0 | 0 |

All transactions requested are electronic and no images are available

| | | | |
|---|---|---|---|
| Deposits with offsets | XXXXXX3189 | 0 | 0 |

All transactions requested are electronic and no images are available

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXXXXXXXX4277 | 0 | 0 |

Note to Client:
Account ███████████4277-Wells Fargo Business Card
GEER UP MARKETING
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277-8867

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXXXXX3834 | 0 | 0 |

Account ███████3834
Account type: Wells Fargo Regular Savings
Account holder:ANTHONY J ZANGHI
SUSAN ZANGHI
Address: 8207 GOLF RIDGE DR
CHARLOTTE NC 28277-8867

| | | | |
|---|---|---|---|
| Customer Profile | ████████ | 0 | 0 |

████████████████

| | | | |
|---|---|---|---|
| Checks/Debits | XXXXXX3189 | 7 | 7 |
| Checks/Debits | XXXXXX0885 | 0 | 0 |

All transactions requested are electronic and no images are available

| | | | |
|---|---|---|---|
| Customer Profile | XXXXXXXXX6543 | 0 | 0 |

Account#: ███████6543..
account type: Wells Fargo Essential Checking
ANTHONY J ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277-8867

| | | | |
|---|---|---|---|
| Statements | XXXXXX5357 | 53 | 53 |
| Customer Profile | XXXXXXXXX8021 | 0 | 0 |

███████8021
WELLS FARGO ESSENTIAL CHECKING

SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277-8867

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---|---|
| Customer Profile | XXXXXX1923 | 0 | 0 |
| ████923 | | | |
| WELLS FARGO WAY2SAVE CHECKING | | | |
| KRISTEN L ZANGHI | | | |
| SUSAN ZANGHI | | | |
| 8207 GOLF RIDGE DR | | | |
| CHARLOTTE NC 28277-8867 | | | |
| Customer Profile | XXXXXX7436 | 0 | 0 |
| ACCT - ████7436 | | | |
| WELLS FARGO ESSENTIAL CHECKING | | | |
| SUSAN ZANGHI | | | |
| JENNIFER ZANGHI | | | |
| 8207 GOLF RIDGE DR | | | |
| CHARLOTTE NC 28277-8867 | | | |
| Deposits with offsets | XXXXXX5357 | 15 | 15 |
| Signature Cards | XXXXXX5357 | 6 | 6 |
| Signature cards are combined with account ending 5373 | | | |
| Customer Profile | XXXXXXXXX7751 | 0 | 0 |
| ████7751 | | | |
| PREMIUM SAVINGS | | | |
| SUSAN ZANGHI | | | |
| 8207 GOLF RIDGE DR | | | |
| CHARLOTTE NC 28277 | | | |
| Customer Profile | XXXXXX4251 | 0 | 0 |
| ████4251 | | | |
| WELLS FARGO ESSENTIAL CHECKING | | | |
| SUSAN ZANGHI | | | |
| 8207 GOLF RIDGE DR | | | |
| CHARLOTTE NC 28277-8867 | | | |
| Statements | XXXXXX3189 | 112 | 112 |
| Customer Profile | XXXXXXXXX3850 | 0 | 0 |
| Note to Client: | | | |
| Account #████3850-Wells Fargo Way2Save Checking | | | |
| KRISTEN L ZANGHI | | | |
| SUSAN ZANGHI | | | |
| 8207 GOLF RIDGE DR | | | |
| CHARLOTTE NC 28277-8867 | | | |
| Deposits with offsets | XXXXXX5373 | 2 | 2 |
| Deposits with offsets | XXXXXX0885 | 0 | 0 |
| All transactions requested are electronic and no images are available | | | |
| Customer Profile | ████ | 0 | 0 |
| Note to Client: | | | |
| ████ | | | |
| Customer Profile | ████ | 0 | 0 |
| ████ | | | |

**PX 34**

FTC-MOBE-002799

**Total Copies Delivered:**                                                                    **298**

Additional comments: Unable to locate records for Russell Whitney. Unable to locate records for businesses not provided, without Tax ID.

**Additional comments:** *<optional>*

The bank's standard record retention period is seven years.

I declare under penalty of perjury under the law(s) of the state of D.C.  that the foregoing is true and correct according to my knowledge and belief.   Executed on this 17th day of July, 2017, in the City of Charlotte, State of NORTH CAROLINA.

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 18260128; Agency Case No: Not Provided

**PX 34**                                    Page 4 of 4

**FTC-MOBE-002800**

# Business Account Application

**WELLS FARGO**

| Bank Name: | Store Name: |
|---|---|
| WELLS FARGO BANK, N.A. | PROVIDENCE COMMONS |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| JOSE CELAYA | F4577 | 03/23/2015 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 704/849-8756 | 10443 | 0067355 | D1123-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☐ New Deposit Account(s) Only      ☒ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1 : |
|---|---|
| Gold Business Services Package | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 338 | DDA | ▮▮▮▮3189 | $50.00 | INTX |

| Account 2 Product Name: | Purpose of Account 2 : |
|---|---|
| Business Market Rate Savings | Savings |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 338 | DDA | ▮▮▮▮0885 | $50.00 | INTX |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| b20141029-0002968198 | NO |

## Related Customer Information

| Customer 1 Name: | Account Relationship: |
|---|---|
| GEER UP MARKETING LLC | Sole Owner |

| Enterprise Customer Number (ECN): | |
|---|---|
| 438812221823265 | |

| Customer 2 Name: | Account Relationship: |
|---|---|
| SUSAN ZANGHI | Signer |

| Enterprise Customer Number (ECN): | |
|---|---|
| 730110013649578 | |

## Checking/Savings Statement Mailing Information

**Manual Submission Instructions:**
Fax all pages of the signed form to Business Direct at 1-877-531-8803 before submitting to Deposit Operations
Scanner Enabled Stores should ONLY scan



2W02-000686089233-01

BBG2307 (2-15 SVP)

## PX 34

FTC-MOBE-002801

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| GEER UP MARKETING LLC | 8207 GOLF RIDGE DR | |
| | Address Line 2: | |
| | City: CHARLOTTE | State: NC |
| | ZIP/Postal Code: 28277-8867 | Country: US |

## Customer 1 Information

| Customer Name: | Street Address: | |
|---|---|---|
| GEER UP MARKETING LLC | 8207 GOLF RIDGE DR | |
| Enterprise Customer Number (ECN): 438812221823265 | Address Line 2: | |
| Account Relationship: Sole Owner | Address Line 3: | |
| Taxpayer Identification Number (TIN): 37-1775576    TIN Type: EIN | City: CHARLOTTE | State: NC |
| Business Type: Corporation Type S | ZIP/Postal Code: 28277-8867 | Country: US |
| Business Sub-Type/Tax Classification: Corporation    Non-Profit: No | Business Phone: ▊▊▊▊▊    Fax: | |
| Date Originally Established: 01/14/2015    Current Ownership Since:    Number of Employees: 1 | Cellular Phone: ▊▊▊▊▊    Pager: | |
| Annual Gross Sales: $75,000.00    Year Sales Reported: 12/31/2014    Fiscal Year End: | e-Mail Address: | |
| Primary Financial Institution:    Number of Locations: 1 | Website: | |
| Primary State 1:    Primary State 2:    Primary State 3: | Sales Market: LOCAL | |
| Primary Country 1:    Primary Country 2:    Primary Country 3: | | |

Industry:
Other Services (except Public Administration)

Description of Business:
Marketing

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: Articles of Organization | Address Verification: NONE | BACC Reference Number: 150820001821 |
|---|---|---|
| Document Filing Number/Description: C201501300060    Filing Country: US    Filing State: NC | Filing Date: 01/14/2015 | Expiration Date: |
| Country of Registration: US    State of Registration: NC | International Transactions: | Check Reporting: NO RECORD |

| Customer 1 Name: GEER UP MARKETING LLC | Internet Gambling Business?: No |
|---|---|

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-877-531-8803
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan



2W02-000686089233-02

## PX 34

FTC-MOBE-002802

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name: | Residence Address: |
| SUSAN ZANGHI | 8207 GOLF RIDGE DR |
| Business Relationship: | Address Line 2: |
| Owner with Control of the Entity | |

| Position/Title: | Date of Birth: | Enterprise Customer Number (ECN): | Address Line 3: |
|---|---|---|---|
| Owner | ███████ | 730110013649578 | |

| Taxpayer Identification Number (TIN): | TIN Type: | City: | State: |
|---|---|---|---|
| ███████ | SSN | CHARLOTTE | NC |

| Primary ID Type: | Primary ID Description: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| DLIC | ██████ | 28277-8867 | US |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| NC | | ████████ | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR DC | VISA 2035 |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | ████████ |

| Country of Citizenship: | Permanently Resides in US: |
|---|---|
| US | |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Bank deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

**D. Each person who signs is either the Customer (sole proprietor) or an owner of the Customer has read and agreed to the Terms and Conditions for the Wells Fargo® Business Platinum Credit Card appearing below including the personal guaranty.**

E. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

F. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

G. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-877-531-8803
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan



2W02-000686089233-03

FTC-MOBE-002803

Business Account Application

H. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:
   (1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
   (2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
   (3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
SUSAN ZANGHI

Position/Title:
Owner

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
03/23/2015

## Request for Taxpayer Identification Number and Certification

{Substitute Form W-9}
Under penalties of perjury, I certify that:
1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).
3. I am a U.S. citizen or other U.S. person.      ☐ I am subject to backup withholding      ☐ I am exempt from backup withholding
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

**Note:  The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:
GEER UP MARKETING LLC

Taxpayer Identification Number (TIN):
37-1775576

TIN Certification Signature:

☐ Submit manually
☐ Signature not required

Date:
03/23/2015

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
SUSAN ZANGHI

Position/Title:
Owner

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
03/23/2015

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-877-531-8803
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan



2W02-000686089233-04

BBG2307 (2-15 SVP)

Page 4 of 5
Wells Fargo Confidential

# PX 34

**FTC-MOBE-002804**

## Terms and Conditions for the Wells Fargo® Business Platinum Credit Card

**By signing in the "Certified/Agreed To" or "Authorized Signers - Signature Capture" sections of this Application ("Application"),** if I am an owner of the business, I accept on behalf of the Customer named above ("Applicant") all terms and conditions, including the additional terms of acceptance appearing below, and the terms and conditions of the Customer Agreement that will be sent to the Applicant. By signing this form, I also accept **in my individual capacity** the terms of guaranty appearing below. I agree that a facsimile of my signature, in any capacity, may be used to evidence my acceptance of these agreements. Any new business credit card application for the same business will supersede the pre-approved business credit card offer. Non-profit entities are not eligible for pre-approved business credit card offers.

I certify that I am authorized to submit this Application on behalf of the Applicant and that all information and documents provided in connection with the Application, including federal and state income tax returns (if any), are true, correct, and complete. I further certify that this credit request is for my business only, and that all proceeds will be used solely for business or commercial purposes. I authorize Wells Fargo Bank, N.A. ("Bank") to obtain balance and payoff information on all accounts requiring payoff as a condition of approving this Application and to obtain consumer and business reports from and to report credit information to others, including the Internal Revenue Service and state taxing authorities, about me and my business. I agree to notify Bank promptly of any material change in such information. I acknowledge that (i) this Application is subject to final approval of the Applicant and its owners, and that (ii) additional information may be required in order for the Bank to make the final credit decision. I agree to pay Bank's costs and attorney's fees in enforcing the Customer Agreement. I further agree that use of any feature of the Business Platinum Credit Card account may be used as evidence of the foregoing authorizations, acceptances, and agreements. If the signer is married and resides in Arizona, the spouse's signature is required. I understand that the offer may be amended or cancelled.

I, along with each owner signing this Application, jointly and severally unconditionally guarantee **in my individual capacity** (even though I may place a title or other designation next to my signature), and promise to pay to Bank all indebtedness of the Applicant at any time arising under or relating to this Application and/or the Customer Agreement, as well as any extensions, increases, or renewals of that indebtedness. As guarantor, I waive (a) presentment, demand, protest, and notice of non-payment; (b) any defense arising by reason of any defense of the Applicant or other guarantor; and (c) the right to require Bank to proceed against Applicant or any other guarantor, to pursue any remedy in connection with the guaranteed indebtedness, or to notify guarantor of any additional indebtedness incurred by the Applicant, or of any changes in the Applicant's financial condition. I also authorize Bank, without notice or prior consent, to (x) extend, modify, compromise, accelerate, renew, increase, or otherwise change the terms of the guaranteed indebtedness, (y) proceed against one or more guarantors without proceeding against the Applicant or another guarantor; and (z) release or substitute any Applicant, co-Applicant and/or guarantor. I agree (i) I will pay Bank's costs and attorneys' fees in enforcing this guaranty; (ii) this guaranty is made in South Dakota and will be governed by South Dakota law; (iii) this guaranty shall benefit the Bank and its successors and assigns; and (iv) an electronic facsimile of my signature, in any capacity, may be used as evidence of my agreement to the terms of the guaranty.

**Telephone Monitoring And Contacting You:** From time to time Bank may monitor and record telephone calls regarding your Account to assure the quality of our service. You agree, in order for Bank to service the Account or to collect any amounts you may owe, that we may from time to time make calls and send text messages to you, using prerecorded/artificial voice messages and/or through the use of an automatic dialing device, at any telephone number associated with your account, including mobile telephone numbers that could result in charges to you. You also expressly consent to Bank sending email messages regarding your Account to your email address.

## Features and Pricing

(i)    **Annual Fee** $0.

(ii)   **Annual Percentage Rate** is variable based on Wells Fargo's Prime Rate plus a spread. APR may differ for Purchases and Cash transactions.

(iii) **Grace Period for Repayment of the Balance for Purchase** No less than 21 days.

(iv) **Minimum Payment** See the Customer Agreement for details.

(v)   **Annual Business Card Rewards Membership Fee (optional program)** $50 Your annual membership fee will be charged to your account in the first billing cycle.

## Business Platinum Credit Card Account Details

| Individual Cardholder Name (First, Last): | Individual Credit Line Limit: | Business Owner: |
|---|---|---|
| SUSAN ZANGHI | $5,000 | Yes |
| Total Credit Line Limit (Can be less than or equal to amount approved for business): | $5,000 | |

Features enrolled in:

| Wells Fargo Business Card Rewards® | Automatic Payment | Overdraft Protection |
|---|---|---|
| Cash Back Only | No | Yes |

**Manual Submission Instructions:**
Fax all pages of the signed form to
Business Direct at 1-877-531-8803
before submitting to Deposit
Operations
Scanner Enabled Stores should ONLY scan



2W02-000686089233-05

FTC-MOBE-002805

# Business Account Application

WELLS FARGO

| | |
|---|---|
| **Bank Name:** | **Store Name:** |
| WELLS FARGO BANK, N.A. | PROVIDENCE COMMONS |
| **Banker Name:** | **Officer/Portfolio Number:** **Date:** |
| TINA MUNROE | E6021 / 09/28/2016 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 704/849-8756 | 10443 | 0067355 | D1123-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

[X] New Deposit Account(s) Only          [ ] New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1 : |
|---|---|
| Platinum Business Checking | General Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 338 | DDA | ████5357 | $20,000.00 | CACK |

| Account 2 Product Name: | Purpose of Account 2 : |
|---|---|
| Business Platinum Savings | General Expense |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 338 | DDA | ████5373 | $5,000.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| BA-008657533 | NO |

## Related Customer Information

**Customer 1 Name:**
MOBEPROCESSING.COM, INC

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 485626082029267 | Sole Owner |

**Customer 2 Name:**
MATTHEW L MCPHEE

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 394475421708711 | Signer |

**Customer 3 Name:**
SUSAN ZANGHI

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 730110013649578 | Signer |

## Checking/Savings Statement Mailing Information



2W02-000796347329-01

FTC-MOBE-002806

Business Account Application

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| MOBEPROCESSING.COM, INC | 8207 GOLF RIDGE DR | |
| | Address Line 2: | |
| | | |
| | City: | State: |
| | CHARLOTTE | NC |
| | ZIP/Postal Code: | Country: |
| | 28277-8867 | US |



2W02-000796347329-02

**PX 34**

**FTC-MOBE-002807**

Business Account Application

## Customer 1 Information

| | |
|---|---|
| Customer Name: | |
| MOBEPROCESSING.COM, INC | |

| Enterprise Customer Number (ECN): | Street Address: |
|---|---|
| 485626082029267 | 8207 GOLF RIDGE DR |

| Account Relationship: | Address Line 2: |
|---|---|
| Sole Owner | |

| Taxpayer Identification Number (TIN): | TIN Type: | Address Line 3: |
|---|---|---|
| 47-3489384 | EIN | |

| Business Type: | City: | State: |
|---|---|---|
| Corporation Type C | CHARLOTTE | NC |

| Business Sub-Type/Tax Classification: | Non-Profit: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| Corporation | No | 28277-8867 | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 12/03/2014 | | 2 | ████████ | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $500,000.00 | 12/03/2015 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 1 | Susan@mobe.coom |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| NC | DE | SC | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | NATIONAL |

| Industry: |
|---|
| Information/Media |

| Description of Business: |
|---|
| Digital learning tools |

| Major Suppliers/Customers: |
|---|
| Robert Boye |

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Cert of Incorporation | NONE |

| BACC Reference Number: |
|---|
| 6162720000905 |

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| 2650595 | US | DE | 12/03/2014 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | DE | | CALLED-NO RECORD |

| Customer 1 Name: | Internet Gambling Business?: |
|---|---|
| MOBEPROCESSING.COM, INC | No |



2W02-000796347329-03

BBG2307 (5-16 SVP)

**PX 34**

FTC-MOBE-002808

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name:<br>MATTHEW L MCPHEE | Residence Address:<br>B2-12-1 |
| Business Relationship:<br>Owner with Control of the Entity | Address Line 2:<br>20 JALAN PERAK |
| Position/Title:      Date of Birth:      Percent of Ownership:<br>████████ 100.0 | Address Line 3: |
| Enterprise Customer Number (ECN):<br>394475421708711 | City:      State:<br>KULA LUMPUR |
| Taxpayer Identification Number (TIN):    TIN Type:<br>████████ SSN | ZIP/Postal Code:     Country:<br>Malaysia     MY |
| Primary ID Type:    Primary ID Description:<br>PASP    ████████ | Country of Citizenship:    Permanently Resides in US:<br>AU    NO |
| Primary ID St/Ctry/Prov:   Primary ID Issue Date:   Primary ID Expiration Date:<br>AU    ████████ | Check Reporting:<br>NO RECORD |
| Secondary ID Type:    Secondary ID Description:<br>OTHR CC   AMERICAN EXPRESS | |
| Secondary ID State/Country:   Secondary ID Issue Date:   Secondary ID Expiration Date: | |

## Owner/Key Individual 2 Information

| | |
|---|---|
| Customer Name:<br>SUSAN ZANGHI | Residence Address:<br>8207 GOLF RIDGE DR |
| Business Relationship:<br>Key Executive with Control of the Entity | Address Line 2: |
| Position/Title:     Date of Birth:    Percent of Ownership:<br>03/17/1961   0.0 | Address Line 3: |
| Enterprise Customer Number (ECN):<br>730110013649578 | City:      State:<br>CHARLOTTE    NC |
| Taxpayer Identification Number (TIN):    TIN Type:<br>████████ SSN | ZIP/Postal Code:     Country:<br>28277-8867    US |
| Primary ID Type:    Primary ID Description:<br>DLIC    ████████ | Country of Citizenship:    Permanently Resides in US:<br>US |
| Primary ID St/Ctry/Prov:   Primary ID Issue Date:   Primary ID Expiration Date:<br>NC    ████████ | Check Reporting:<br>NO RECORD |
| Secondary ID Type:    Secondary ID Description:<br>OTHR    SSN CARD ████ | |
| Secondary ID State/Country:   Secondary ID Issue Date:   Secondary ID Expiration Date: | |



2W02-000796347329-04

## PX 34

FTC-MOBE-002809

Business Account Application

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name | Position/Title:
MATTHEW L MCPHEE

Owner/Key Individual 1 Signature
MATTHEW L MCPHEE

☐ Submit manually
☐ Signature not required

Date:
09/28/2016

Owner/Key Individual 2 Name | Position/Title:
SUSAN ZANGHI

Owner/Key Individual 2 Signature
SUSAN ZANGHI

☐ Submit manually
☐ Signature not required

Date:
09/28/2016



2W02-000796347329-05

**PX 34**

**FTC-MOBE-002810**

Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. citizen or other U.S. person.    ☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note:  The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

MOBEPROCESSING.COM, INC

Taxpayer Identification Number (TIN):

47-3489384

TIN Certification Signature:

☐ Submit manually
☐ Signature not required

Date:
09/28/2016

## Authorized Signers - Signature Capture

Authorized Signer 1 Name

MATTHEW L MCPHEE

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
09/28/2016

Authorized Signer 2 Name

SUSAN ZANGHI

Position/Title:

Authorized Signer 2 Signature

☐ Submit manually
☐ Signature not required

Date:
09/28/2016



2W02-000796347329-06

**PX 34**

**FTC-MOBE-002811**

| | MRCH_NBR_MTCH | DBA_FIRM_NM_MTCH | CORP_FIRM_NM_MTCH | PRIN_LST_NM_MTCH | PRIN_FST_NM_MTCH |
|---|---|---|---|---|---|
| 1 | 601103015354024 | MOBE.COM | MOBE PROCESSING.COM, INC | Liz | Acosta |
| 2 | 601103074980784 | MOBE | MOBEPROCESSINGCOM INC | SUSAN | ZANGHI |
| 3 | 601105033796664 | MTTB | WEPAY | CLERICO | WILLIAM |
| 4 | 601177360005563 | MOBE-SUMMIT | MOBEPROCESSING.COM INC | ZANGHI | SUSAN |
| 5 | 601177360005571 | MOBE-HOME BUSINESS SUMMIT | MOBEPROCESSING.COM INC | ZANGHI | SUSAN |
| 6 | 601177360005589 | MOBE-MARKETPLACE | MOBEPROCESSING.COM INC | ZANGHI | SUSAN |
| 7 | 601177360005597 | MOBE-TRAFFIC | MOBEPROCESSING.COM INC | ZANGHI | SUSAN |
| 8 | 601177360005670 | MOBE-ONLINE PRODUCT GROUP | MOBEPROCESSING.COM INC | ZANGHI | SUSAN |
| 9 | 601177360005688 | MOBE-COACHING/MENTORING | MOBEPROCESSING.COM INC | ZANGHI | SUSAN |
| 10 | 601177360005696 | MOBE-MASTERMIND | MOBEPROCESSING.COM INC | ZANGHI | SUSAN |

**PX 35**

FTC-MOBE-002812

| DBA_STR_LN_1_TXT_MTCH | DBA_PSTL_CTY_NM_MTCH | DBA_ST_OR_SECTN_CD_MTCH | DBA_PSTL_CDE_MTCH | DBA_LOC_AT_CNTRY_NM_MTCH |
|---|---|---|---|---|
| 13506 SUMMERPORT VILLAGE | WINDERMERE | FL | 34786 | United States |
| 8207 GOLF RIDGE DR | CHARLOTTE | NC | 28277 | United States |
| 380 PORTAGE AVE | PALO ALTO | CA | 94306 | United States |
| 8207 GOLF RIDGE DR | CHARLOTTE | NC | 28277 | United States |
| 8207 GOLF RIDGE DR | CHARLOTTE | NC | 28277 | United States |
| 8207 GOLF RIDGE DR | CHARLOTTE | NC | 28277 | United States |
| 8207 GOLF RIDGE DR | CHARLOTTE | NC | 28277 | United States |
| 8207 GOLF RIDGE DR | CHARLOTTE | NC | 28277 | United States |
| 8207 GOLF RIDGE DR | CHARLOTTE | NC | 28277 | United States |

**PX 35**

FTC-MOBE-002813

| FED_TAX_ID_MTCH | SSN_MTCH | WEB_SITE_ADR_TXT_MTCH | DBA_EMAIL_ADR_TXT_MTCH | AREA_CDE_MTCH | PHN_NBR_MTCH |
|---|---|---|---|---|---|
| 000000000 | ███████ | HTTP://MOBE.COM | LIZ@MOBE.COM | ███ | ██████ |
| 000000000 | | WWW.MOBE.COM | SUSAN@MOBE.COM | | |
| 800250758 | ███████ | - | - | 855 | 4693729 |
| 473489384 | 000000000 | WWW.MOBE.COM | SUPPORT@MOBEPROCESSING.COM | 844 | 6623787 |
| 473489384 | 000000000 | WWW.MOBE.COM | SUPPORT@MOBEPROCESSING.COM | 844 | 6623787 |
| 473489384 | 000000000 | WWW.MOBEMARKETPLACE.COM | SUPPORT@MOBEPROCESSING.COM | 844 | 6623787 |
| 473489384 | 000000000 | WWW.WESELLGOODTRAFFIC.COM | SUPPORT@MOBEPROCESSING.COM | 844 | 6623787 |
| 473489384 | 000000000 | WWW.MOBE.COM | SUPPORT@MOBEPROCESSING.COM | 844 | 6623787 |
| 473489384 | 000000000 | WWW.MOBE.COM | SUPPORT@MOBEPROCESSING.COM | 844 | 6623787 |

**PX 35**

FTC-MOBE-002814

| ACQ_NM_MTCH | ACQ_Address | OPEN_DT | LST_TRAN_DT | MRCH_STAT_CDE |
|---|---|---|---|---|
| FDCS/O&M WELLS FARGO | 1307 Walt Whitman Rd, Melville, NY 11747 | 7/22/2015 | 8/23/2015 | OPEN |
| BANK OF AMERICA JV BAMS/TSYS | 1307 Walt Whitman Rd, Melville, NY 11747 | 7/26/2016 | 10/6/2016 | CLSED |
| FIFTH THIRD SHARED | 8500 Governors Hill Road, Symmes Township, OH 45249 | 12/17/2015 | 1/1/1950 | OPEN |
| QUALPAY INC | 4 W 4th Avenue, Suite 404, San Mateo, CA 94402 | 1/4/2017 | 5/23/2017 | OPEN |
| QUALPAY INC | 4 W 4th Avenue, Suite 404, San Mateo, CA 94402 | 1/4/2017 | 5/23/2017 | OPEN |
| QUALPAY INC | 4 W 4th Avenue, Suite 404, San Mateo, CA 94402 | 1/4/2017 | 1/1/1950 | OPEN |
| QUALPAY INC | 4 W 4th Avenue, Suite 404, San Mateo, CA 94402 | 1/4/2017 | 5/23/2017 | OPEN |
| QUALPAY INC | 4 W 4th Avenue, Suite 404, San Mateo, CA 94402 | 1/5/2017 | 5/23/2017 | OPEN |
| QUALPAY INC | 4 W 4th Avenue, Suite 404, San Mateo, CA 94402 | 1/6/2017 | 4/29/2017 | OPEN |
| QUALPAY INC | 4 W 4th Avenue, Suite 404, San Mateo, CA 94402 | 1/6/2017 | 5/23/2017 | OPEN |

**PX 35**

FTC-MOBE-002815

## <u>CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY</u>

### Pursuant to 28 U.S.C. § 1746

1.      I, _____Leonora Lillie_____, have personal knowledge of the facts set forth below

and am competent to testify as follows:

2.      I have authority to certify the authenticity of the records produced by MasterCard Inc.,

and attached hereto.

3.      The documents produced and attached hereto by MasterCard Inc. are originals or true

copies of records of regularly conducted activity that:

      a)      Were made at or near the time of the occurrence of the matters set forth by, or

           from information transmitted by, a person with knowledge of those matters;

      b)      Were kept in the course of the regularly conducted activity of MasterCard Inc.;

           and

      c)      Were made by the regularly conducted activity as a regular practice of MasterCard

           Inc.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____May 30_____, 2017.

_Signature_

PX 36

FTC-MOBE-002816



**MasterCard** Worldwide

**MATCH**

**MasterCard. OnLine** Home

Jonathan Trivelas

*Inquiry Results(Detail)*

General Operations ▶
Maintenance ▶
Administration ▶
File Operations ▶
Tools ▶
Help ▶

**Bold text** denotes an exact match
*Italic text* denotes a phonetic match

**◀ Back to Summary ▶**     **◀ <<Prev Match ▶**     **◀ Next Match>> ▶**

|  | *Inquiry* | *Possible Merchant Match 1 of 5* |
|---|---|---|
| Reference Number: | 19962017060100002 | Added by 1528 on 12/01/2015 |

**Merchant Data:**

| | | |
|---|---|---|
| Merchant Name | **MATTHEW LLOYD MCPHEE** | **MATTHEW LLOYD MCPHEE** |
| Doing Business As | MATTHEW LLOYD MCPHEE | MATTLLOYDPUBLISHING |
| Merchant Id | | 004447486 |
| Merchant Category Code | | 7392 |
| Business Address | ZQW | 22 MERCURY STREET |
| Business Address | | |
| City | ZQW | CARLISLE |
| State | NY | |
| Country | USA | AUS |
| Postal Code | 10577 | 6101 |
| Phone Number | | ▮▮▮▮▮ |
| Alternate Phone Number | | |
| National Tax Id | | |
| State Tax Id | | |
| CAT | | N |
| Date Opened | | 09/25/2012 |
| Date Closed | | 08/14/2015 |
| Svc Provider Legal | | |
| Svc Provider DBA | | |
| Reason Code | | 12 - PCI DATA SECURITY STANDARD NON-COMPLIANCE |

**Principal Data:**

| | | |
|---|---|---|
| Principal1: | | |
| Last Name | MCPHEE | MATTHEW |
| First Name | MATTHEW | MCPHEE |
| Middle Initial | | |
| Address | | |
| Address | | |
| City | | |
| State | | |
| Country | USA | AUS |
| Postal Code | | |
| Phone Number | | |
| Alternate Phone Number | | |
| National ID(SSN) | | |
| Driver's License Number | | |
| Driver's License State | | |
| Driver's License Country | | |

**URL Data:**

**Comments:**

Privacy Policy | Copyright Â© 2002-2008 MasterCard. All rights reserved.

**PX 36**     **FTC-MOBE-002817**

If you would like to print this details, please use the *Print* button on the browser toolbar.

Work History      Additional Info.      Correspondence          Update        Special Merchant Audit

**Merchant Information**

| | | | |
|---|---|---|---|
| Acquirer ID: | 3315 - NATIONAL AUSTRALIA BANK LIMITED | Compressed Merchant Name: | MATTLLOYDPUBLIS |
| Merchant Name: | MATTLLOYDPUBLISHING | | |
| City: | CARLISLE | State: | |
| Country: | AUS - AUSTRALIA | Region: | 4 - AP |
| Merchant Category Code: | 7392 - CONSULTING, MANAGEMENT, AND PUBLIC RELATIONS SVCS | | |

**Status**

| | | | |
|---|---|---|---|
| Group: | I - INFORMATION | | |
| Code: | 30 - INFORMATION FRAUD ALERT | Pr or Status Code: | |
| Exclude from Future V olations: | N | | |
| Extracted as Special Merchant: | N | | |

**Reporting Information**

| | | | |
|---|---|---|---|
| Reported Date: | 07/02/2015 | Start Date: | 01/01/2015 |
| Rule Violat on: | THREE (3) OR MORE FRAUD TRANS., TOTAL >= USD3000, FRAUD/SALES >= 3% AND <= 4.99%, IN ONE MONTH | | |

**Charge Back**

| | |
|---|---|
| Start Date: | End Date: |

**Security Bulletin**

| | |
|---|---|
| Number: | Date: |

**Correspondence**

| | | | |
|---|---|---|---|
| First Response Due By: | | | |
| Late Letter Sent On: | | Late Response Due By: | |
| Final Letter Sent On: | | Final Response Due By: | |
| Suppress Late Letter: | N | Suppress Final Letter: | N |

**Merchant Additional Information**

**Merchant Principal Information**

**URL Data**

**Merchant Violations**

Refer to Fraud Reporter reports for complete transact on details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 01/2015 | $6381.00 | 53 | $751783.62 | 2519 | 0.84% | | |
| 02/2015 | $6142.00 | 44 | $792008.12 | 2416 | 0.77% | | |
| 03/2015 | $13930.00 | 48 | $807569.71 | 2114 | 1.72% | | |
| 04/2015 | $10444.00 | 46 | $817351.97 | 2160 | 1.27% | | |
| 05/2015 | $34512.90 | 78 | $1056668.66 | 2812 | 3.26% | YES | 3% |
| 06/2015 | $31486.00 | 26 | $1155615.07 | 2081 | 2.72% | | |

# PX 36

FTC-MOBE-002818

If you would like to print this details, please use the *Print* button on the browser toolbar.

Work History     Additional Info.     Correspondence     Update     Special Merchant Audit

**Merchant Information**

| | |
|---|---|
| Acquirer ID: | 3603 - SBM Bank (Maur tius) Ltd |
| Merchant Name: | MOBE.COM |
| City: | 844.249.3733 |
| Country: | MUS - MAURITIUS |
| Merchant Category Code: | 8299 - SCHOOLS & EDUCATIONAL SVC-NOT ELSEWHERE CLASSIFIED |

| | |
|---|---|
| Compressed Merchant Name: | MOBECOM |
| State: | |
| Region: | 6 - MEA |

**Status**

| | |
|---|---|
| Group: | I - INFORMATION |
| Code: | 30 - INFORMATION FRAUD ALERT |
| Exclude from Future V olations: | N |
| Extracted as Special Merchant: | N |

Pr or Status Code:

**Reporting Information**

| | | | |
|---|---|---|---|
| Reported Date: | 11/02/2015 | Start Date: | 05/01/2015 |
| Rule Violat on: | THREE (3) OR MORE FRAUD TRANS., TOTAL >= USD3000, FRAUD/SALES >= 3% AND <= 4.99%, IN ONE MONTH | | |

**Charge Back**

Start Date:      End Date:

**Security Bulletin**

Number:      Date:

**Correspondence**

| | | | |
|---|---|---|---|
| First Response Due By: | | | |
| Late Letter Sent On: | | Late Response Due By: | |
| Final Letter Sent On: | | Final Response Due By: | |
| Suppress Late Letter: | N | Suppress Final Letter: | N |

**Merchant Additional Information**

**Merchant Principal Information**

**URL Data**

**Merchant Violations**

Refer to Fraud Reporter reports for complete transact on details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 06/2015 | $49.00 | 1 | $588.00 | 12 | | | |
| 07/2015 | $2957.95 | 11 | $45662.90 | 545 | | | |
| 08/2015 | $9414.00 | 28 | $114384.10 | 532 | 3.09% | YES | 3% |
| 09/2015 | $490.00 | 10 | $78652.61 | 757 | | | |
| 10/2015 | $1372.00 | 28 | $142366.90 | 2011 | | | |

If you would like to print this details, please use the *Print* button on the browser toolbar.

Work History    Additional Info.    Correspondence       Update      Special Merchant Audit

**Merchant Information**

| | | | |
|---|---|---|---|
| Acquirer ID: | 13466 - SYNOVUS BANK | Compressed Merchant Name: | MOBEONLINE |
| Merchant Name: | MOBE ONLINE | | |
| City: | 844-6623787 | State: | NC |
| Country: | USA - UNITED STATES | Region: | 1 - US |
| Merchant Category Code: | 8299 - SCHOOLS & EDUCATIONAL SVC-NOT ELSEWHERE CLASSIFIED | | |

**Status**

| | | | |
|---|---|---|---|
| Group: | I - INFORMATION | | |
| Code: | 01 - HIGH FRAUD ALERT | Pr or Status Code: | |
| Exclude from Future V olations: | Y | | |
| Extracted as Special Merchant: | N | | |

**Reporting Information**

| | | | |
|---|---|---|---|
| Reported Date: | 04/03/2017 | Start Date: | 10/01/2016 |
| Rule Violat on: | FIVE (5) OR MORE FRAUD TRANS., TOTAL >= USD5000, FRAUD/SALES >= 8% IN ONE MONTH | | |

**Charge Back**

| | |
|---|---|
| Start Date: | End Date: |

**Security Bulletin**

| | |
|---|---|
| Number: | Date: |

**Correspondence**

| | | | |
|---|---|---|---|
| First Response Due By: | 05/01/2017 | | |
| Late Letter Sent On: | | Late Response Due By: | |
| Final Letter Sent On: | | Final Response Due By: | |
| Suppress Late Letter: | N | Suppress Final Letter: | N |

**Merchant Additional Information**

**Merchant Principal Information**

**URL Data**

**Merchant Violations**

Refer to Fraud Reporter reports for complete transact on details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 01/2017 | $4022.00 | 18 | $27156.25 | 275 | 14.81% | | |
| 02/2017 | $10054.65 | 43 | $208717.20 | 1532 | 4.81% | | |
| 03/2017 | $32211.90 | 56 | $397130.85 | 2815 | 8.11% | YES | 8% |

# PX 36                                               **FTC-MOBE-002820**

If you would like to print this details, please use the *Print* button on the browser toolbar.

Work History     Additional Info.     Correspondence          Update       Special Merchant Audit

**Merchant Information**

| | | | |
|---|---|---|---|
| Acquirer ID: | 15562 - SecureTrading Financial Services Ltd | Compressed Merchant Name: | MOBECOM18446623 |
| Merchant Name: | MOBE.COM 1-844-662-378 | | |
| City: | 18446623787 | State: | |
| Country: | GBR - UNITED KINGDOM | Region: | 5 - EUR |
| Merchant Category Code: | 7392 - CONSULTING, MANAGEMENT, AND PUBLIC RELATIONS SVCS | | |

**Status**

| | | | |
|---|---|---|---|
| Group: | I - INFORMATION | | |
| Code: | 01 - HIGH FRAUD ALERT | Pr or Status Code: | |
| Exclude from Future V olations: | Y | | |
| Extracted as Special Merchant: | N | | |

**Reporting Information**

| | | | |
|---|---|---|---|
| Reported Date: | 04/03/2017 | Start Date: | 10/01/2016 |
| Rule Violat on: | FIVE (5) OR MORE FRAUD TRANS., TOTAL >= USD5000, FRAUD/SALES >= 8% IN ONE MONTH | | |

**Charge Back**

| | | |
|---|---|---|
| Start Date: | End Date: | |

**Security Bulletin**

| | | |
|---|---|---|
| Number: | Date: | |

**Correspondence**

| | | | |
|---|---|---|---|
| First Response Due By: | 05/01/2017 | | |
| Late Letter Sent On: | | Late Response Due By: | |
| Final Letter Sent On: | | Final Response Due By: | |
| Suppress Late Letter: | N | Suppress Final Letter: | N |

**Merchant Additional Information**

**Merchant Principal Information**

**URL Data**

**Merchant Violations**

Refer to Fraud Reporter reports for complete transact on details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 12/2016 | $236.90 | 3 | $52497.91 | 207 | | | |
| 01/2017 | $1063.50 | 4 | $6001.53 | 111 | | | |
| 02/2017 | $18498.75 | 13 | $63630.80 | 84 | 29.07% | YES | 8% |
| 03/2017 | $15973.00 | 9 | $63320.00 | 58 | 25.22% | | |

# PX 36

**FTC-MOBE-002821**

If you would like to print this details, please use the *Print* button on the browser toolbar.

Work History     Additional Info.     Correspondence          Update          Special Merchant Audit

**Merchant Information**

| | | | |
|---|---|---|---|
| Acquirer ID: | 12737 - Transact Europe EAD | Compressed Merchant Name: | MOBEHELPCOM |
| Merchant Name: | MOBEHELP.COM | | |
| City: | 844-249-3733 | State: | |
| Country: | GBR - UNITED KINGDOM | Region: | 5 - EUR |
| Merchant Category Code: | 8299 - SCHOOLS & EDUCATIONAL SVC-NOT ELSEWHERE CLASSIFIED | | |

**Status**

| | | | |
|---|---|---|---|
| Group: | I - INFORMATION | | |
| Code: | 30 - INFORMATION FRAUD ALERT | Pr or Status Code: | |
| Exclude from Future V olations: | Y | | |
| Extracted as Special Merchant: | N | | |

**Reporting Information**

| | | | |
|---|---|---|---|
| Reported Date: | 03/02/2017 | Start Date: | 09/01/2016 |
| Rule Violat on: | THREE (3) OR MORE FRAUD TRANS., TOTAL >= USD3000, FRAUD/SALES >= 3% AND <= 4.99%, IN ONE MONTH | | |

**Charge Back**

| | | |
|---|---|---|
| Start Date: | End Date: | |

**Security Bulletin**

| | | |
|---|---|---|
| Number: | Date: | |

**Correspondence**

| | | | |
|---|---|---|---|
| First Response Due By: | | | |
| Late Letter Sent On: | | Late Response Due By: | |
| Final Letter Sent On: | | Final Response Due By: | |
| Suppress Late Letter: | N | Suppress Final Letter: | N |

**Merchant Additional Information**

**Merchant Principal Information**

**URL Data**

**Merchant Violations**

Refer to Fraud Reporter reports for complete transact on details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 10/2016 | $7885.00 | 5 | $200082.68 | 119 | 3.94% | YES | 3% |
| 12/2016 | $294.00 | 7 | $291896.62 | 403 | | | |
| 01/2017 | $197.00 | 1 | $246871.85 | 116 | | | |

**PX 36**          **FTC-MOBE-002822**

If you would like to print this details, please use the *Print* button on the browser toolbar.

Work History      Additional Info.    Correspondence        Update      Special Merchant Audit

**Merchant Information**

| | | | |
|---|---|---|---|
| Acquirer ID: | 13491 - CREDICORP BANK, S.A. | Compressed Merchant Name: | MOBEORDERCOM |
| Merchant Name: | MOBEORDER.COM | | |
| City: | 8442493733 | State: | |
| Country: | PAN - PANAMA | Region: | 3 - LAC |
| Merchant Category Code: | 7392 - CONSULTING, MANAGEMENT, AND PUBLIC RELATIONS SVCS | | |

**Status**

| | | | |
|---|---|---|---|
| Group: | I - INFORMATION | | |
| Code: | 30 - INFORMATION FRAUD ALERT | Pr or Status Code: | |
| Exclude from Future V olations: | Y | | |
| Extracted as Special Merchant: | N | | |

**Reporting Information**

| | | | |
|---|---|---|---|
| Reported Date: | 05/02/2017 | Start Date: | 11/01/2016 |
| Rule Violat on: | THREE (3) OR MORE FRAUD TRANS., TOTAL >= USD3000, FRAUD/SALES >= 3% AND <= 4.99%, IN ONE MONTH | | |

**Charge Back**

| | |
|---|---|
| Start Date: | End Date: |

**Security Bulletin**

| | |
|---|---|
| Number: | Date: |

**Correspondence**

| | | |
|---|---|---|
| First Response Due By: | | |
| Late Letter Sent On: | Late Response Due By: | |
| Final Letter Sent On: | Final Response Due By: | |
| Suppress Late Letter: | N | Suppress Final Letter: | N |

**Merchant Additional Information**

**Merchant Principal Information**

**URL Data**

**Merchant Violations**

Refer to Fraud Reporter reports for complete transact on details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 11/2016 | $2318.95 | 3 | $296186.17 | 179 | | | |
| 12/2016 | $216.95 | 2 | $67630.80 | 58 | | | |
| 01/2017 | $462.95 | 4 | $121031.35 | 72 | | | |
| 03/2017 | $6491.00 | 3 | $133312.71 | 72 | 4.86% | YES | 3% |
| 04/2017 | $2046.00 | 2 | $233036.73 | 115 | | | |

# PX 36

**FTC-MOBE-002823**

If you would like to print this details, please use the *Print* button on the browser toolbar.

Work History     Additional Info.     Correspondence        Update       Special Merchant Audit

## Merchant Information

| | | | |
|---|---|---|---|
| Acquirer ID: | 13491 - CREDICORP BANK, S.A. | Compressed Merchant Name: | MOBEORDERCOM |
| Merchant Name: | MOBEORDER.COM | | |
| City: | 8442493733 | State: | |
| Country: | PAN - PANAMA | Region: | 3 - LAC |
| Merchant Category Code: | 7392 - CONSULTING, MANAGEMENT, AND PUBLIC RELATIONS SVCS | | |

## Status

| | | | |
|---|---|---|---|
| Group: | I - INFORMATION | | |
| Code: | 02 - SUGGESTED TRAINING FRAUD ALERT | Pr or Status Code: | |
| Exclude from Future V olations: | N | | |
| Extracted as Special Merchant: | N | | |

## Reporting Information

| | | | |
|---|---|---|---|
| Reported Date: | 06/02/2015 | Start Date: | 12/01/2014 |
| Rule Violat on: | FOUR (4) OR MORE FRAUD TRANS., TOTAL >= USD4000, FRAUD/SALES >= 5% AND <= 7.99%, IN ONE MONTH | | |

## Charge Back

| | |
|---|---|
| Start Date: | End Date: |

## Security Bulletin

| | |
|---|---|
| Number: | Date: |

## Correspondence

| | | | |
|---|---|---|---|
| First Response Due By: | | | |
| Late Letter Sent On: | | Late Response Due By: | |
| Final Letter Sent On: | | Final Response Due By: | |
| Suppress Late Letter: | N | Suppress Final Letter: | N |

## Merchant Additional Information

## Merchant Principal Information

## URL Data

## Merchant Violations

Refer to Fraud Reporter reports for complete transact on details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 12/2014 | $490.00 | 10 | $117226.75 | 817 | | | |
| 01/2015 | $4241.00 | 40 | $163017.55 | 1377 | 2.60% | | |
| 02/2015 | $3231.00 | 15 | $172755.90 | 1331 | 1.87% | | |
| 03/2015 | $3419.00 | 21 | $152656.95 | 1040 | 2.23% | | |
| 04/2015 | $1132.00 | 16 | $156434.90 | 1144 | | | |
| 05/2015 | $9565.00 | 21 | $147955.95 | 984 | 6.46% | YES | 5% |

# PX 36        **FTC-MOBE-002824**



## FOIA CONFIDENTIAL TREATMENT REQUEST

July 11, 2017                                                                                    **Via Federal Express**

Carol Jones
Federal Trade Commission
600 Pennsylvania Ave. NW, CC-8528
Washington, D.C. 20580

Re:    ███████████████

Dear Ms. Jones:

Visa Inc. ("Visa") hereby produces documents related to the above-referenced matter pursuant to the
Federal Trade Commission's ("FTC") Civil Investigative Demand ("CID") dated May 10, 2017.

The enclosed disk contains confidential documents that are labeled with control number VISA00001-
00011. Also enclosed is an Excel copy of VISA00001-00005, labeled "Working Copy of VISA00001-
00005", which Visa understands will not be used for evidence.

You can e-mail me at dbitar@visa.com for the password to open the files.

Visa specifically requests confidential treatment of these documents pursuant to 16 C.F.R. § 4.10.  Any
correspondence related to this confidentiality request can be directed to:

        Visa Inc.
        c/o David Bitar, Paralegal
        Visa U.S.A. Inc., Global Litigation & Competition
        900 Metro Center Blvd.
        Foster City, CA 94404

**Visa also expects these documents to be afforded confidential treatment under any other applicable
law or rule to the fullest extent possible, and trusts that the FTC will notify Visa prior to making
these documents public and/or providing them to any other federal or state government entity.**

Please do not hesitate to call me at (650) 432-1541 if you have any questions or concerns.


Sincerely,

David Bitar

Enclosures


**PX 37**

**PX 37**

**FTC-MOBE-002826**

| merchantname | merchantcntryname | merchstate | merchcity | acquirername | acqrbin | period | salecnt | salesamtusd | chargebackcnt | chargebackamtusd |
|---|---|---|---|---|---|---|---|---|---|---|
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/12/2016 | 325 | $114,505.28 | 5 | $2,342.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/7/2016 | 0 | $0.00 | 2 | $98.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/6/2016 | 0 | $0.00 | 1 | $1,347.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/12/2016 | 0 | $0.00 | 1 | $49.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/11/2016 | 0 | $0.00 | 0 | $0.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/5/2016 | 0 | $0.00 | 2 | $1,844.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/5/2017 | 0 | $0.00 | 3 | $147.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/11/2016 | 0 | $0.00 | 1 | $49.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/10/2016 | 0 | $0.00 | 1 | $49.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/11/2016 | 235 | $50,578.50 | 1 | $297.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/10/2016 | 264 | $66,265.55 | 2 | $2,546.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/4/2018 | 0 | $0.00 | 1 | $2,497.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/3/2016 | 0 | $0.00 | 1 | $397.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/8/2017 | 0 | $0.00 | 1 | $7.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/2/2017 | 0 | $0.00 | 4 | $685.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/1/2017 | 0 | $0.00 | 3 | $1,098.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/9/2016 | 223 | $58,148.70 | 1 | $97.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/8/2016 | 225 | $68,068.18 | 4 | $1,092.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/9/2016 | 0 | $0.00 | 2 | $2,497.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/7/2016 | 482 | $179,829.94 | 6 | $5,564.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/8/2016 | 0 | $0.00 | 3 | $3,194.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/7/2015 | 0 | $0.00 | 1 | $2,497.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/6/2016 | 0 | $0.00 | 1 | $9.95 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/12/2016 | 0 | $0.00 | 2 | $546.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/5/2016 | 0 | $0.00 | 2 | $2,994.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/5/2017 | 0 | $0.00 | 1 | $49.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/11/2016 | 0 | $0.00 | 3 | $3,491.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/6/2016 | 384 | $201,091.55 | 1 | $118.95 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/5/2016 | 337 | $220,037.38 | 1 | $497.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/5/2017 | 226 | $125,098.48 | 3 | $135.95 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/6/2016 | 0 | $0.00 | 2 | $2,349.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/4/2016 | 466 | $261,975.13 | 3 | $3,491.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/4/2017 | 240 | $111,551.14 | 2 | $849.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/5/2016 | 0 | $0.00 | 1 | $3,547.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/5/2016 | 305 | $216,763.98 | 1 | $397.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/3/2017 | 123 | $60,716.27 | 9 | $1,485.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/4/2016 | 0 | $0.00 | 2 | $794.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/4/2017 | 0 | $0.00 | 1 | $49.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/2/2016 | 180 | $107,724.25 | 2 | $994.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/2/2017 | 171 | $113,608.10 | 16 | $2,108.80 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/3/2016 | 0 | $0.00 | 2 | $349.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/3/2017 | 0 | $0.00 | 1 | $147.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/3/2017 | 0 | $0.00 | 1 | $100.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/1/2016 | 15 | $6,492.95 | 0 | $0.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/1/2017 | 728 | $186,380.90 | 5 | $592.50 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/2/2017 | 0 | $0.00 | 6 | $443.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/1/2017 | 0 | $0.00 | 1 | $297.00 |
| ALW*MOBEHELP.COM | UNITED KINGDOM | | 8446623787 | NET-M PRIVATBANK 1891 AG | | 1/1/2017 | 0 | $0.00 | 5 | $592.50 |
| MOBE COACHING | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 9 | $46,850.00 | 0 | $0.00 |
| MOBE COACHING | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 4 | $35,810.00 | 0 | $0.00 |
| MOBE COACHING | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 8 | $47,760.00 | 0 | $0.00 |
| MOBE COACHING | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 10 | $48,650.00 | 0 | $0.00 |
| MOBE COM 1 844 662 3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/4/2017 | 0 | $0.00 | 2 | $4,994.00 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 0 | $0.00 | 1 | $497.00 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 186 | $56,196.00 | 8 | $4,035.42 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 74 | $29,880.50 | 8 | $3,987.38 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 1 | $497.00 |

**Confidential / Confidential Treatment Requested by Visa Inc.**

**VISA00001**

**PX 37**

**FTC-MOBE-002827**

| | | | | | | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 30 | $14,880.00 | 6 | $3,024.43 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 86 | $16,541.00 | 2 | $994.00 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 0 | $0.00 | 2 | $994.00 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/1/2017 | 6 | $2,982.00 | 0 | $0.00 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 0 | $0.00 | 1 | $497.00 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 0 | $0.00 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 0 | $0.00 | 0 | $0.00 |
| MOBE HOME BUSINESS | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 0 | $0.00 | 0 | $0.00 |
| MOBE MASTERMIND | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 203 | $1,300,123.75 | 1 | $10,648.82 |
| MOBE MASTERMIND | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 1 | $500.00 |
| MOBE MASTERMIND | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 161 | $980,957.65 | 0 | $0.00 |
| MOBE MASTERMIND | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 122 | $838,034.47 | 0 | $0.00 |
| MOBE MASTERMIND | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 58 | $313,181.00 | 0 | $0.00 |
| MOBE MASTERMIND | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/1/2017 | 1 | $1,000.00 | 0 | $0.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 11 | $5,916.24 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 2 | $98.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 0 | $0.00 | 2 | $98.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 0 | $0.00 | 3 | $228.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 0 | $0.00 | 13 | $8,609.36 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 0 | $0.00 | 4 | $2,840.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 0 | $0.00 | 6 | $2,963.35 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 0 | $0.00 | 2 | $246.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 5 | $941.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 0 | $0.00 | 2 | $146.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 14 | $3,444.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 0 | $0.00 | 10 | $3,104.95 |
| MOBE ONLINE | UNITED STATES OF AMERICA | -- | 844-6623787 | BANK SOUTH PACIFIC (VANUATU) LIMITED | | 1/2/2017 | 1 | $49.00 | 0 | $0.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 0 | $0.00 | 5 | $293.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 0 | $0.00 | 2 | $98.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 2 | $246.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 4853 | $755,712.65 | 114 | $36,530.73 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 3151 | $453,007.60 | 126 | $58,013.49 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 5723 | $721,516.90 | 125 | $40,652.11 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 3447 | $434,156.00 | 40 | $12,360.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | XX | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 0 | $0.00 | 2 | $186.00 |
| MOBE ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/1/2017 | 741 | $102,214.15 | 5 | $245.00 |
| MOBE SUMMIT | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 25 | $72,550.70 | 0 | $0.00 |
| MOBE SUMMIT | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 20 | $51,676.85 | 0 | $0.00 |
| MOBE SUMMIT | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 1 | $3,885.00 | 0 | $0.00 |
| MOBE SUMMIT | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/1/2017 | 1 | $1,000.00 | 0 | $0.00 |
| MOBE.COM | GEORGIA | | 18446623787 | JSC HALYK BANK GEORGIA | | 1/11/2016 | 0 | $0.00 | 0 | $0.00 |
| MOBE.COM | GEORGIA | | 18446623787 | JSC HALYK BANK GEORGIA | | 1/10/2016 | 79 | $4,139.34 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/3/2017 | 0 | $0.00 | 1 | $2,497.00 |
| MOBE.COM 1-844-662-3787 | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/4/2017 | 0 | $0.00 | 1 | $497.00 |
| MOBE.COM 1-844-662-3787 | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/2/2017 | 0 | $0.00 | 1 | $19.95 |
| MOBE.COM 1-844-662-3787 | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/12/2016 | 0 | $0.00 | 1 | $19.95 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/2/2017 | 0 | $0.00 | 1 | $497.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/2/2017 | 48 | $9,903.60 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/12/2016 | 126 | $77,832.50 | 3 | $2,891.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/1/2017 | 189 | $11,700.85 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/11/2016 | 105 | $87,472.50 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/12/2016 | 0 | $0.00 | 1 | $197.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/10/2016 | 23 | $54,183.50 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/12/2016 | 0 | $0.00 | 1 | $2,497.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/12/2016 | 123 | $7,340.35 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | | 1/4/2017 | 0 | $0.00 | 1 | $497.00 |

**Confidential / Confidential Treatment Requested by Visa Inc.**        **VISA00002**

| Descriptor | Country | | Phone | Bank | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/11/2016 | 4 | $7,491.00 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/9/2016 | 13 | $32,461.00 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/10/2016 | 3 | $3,746.50 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/5/2017 | 0 | $0.00 | 1 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/3/2016 | 1 | $2,497.00 | 0 | $0.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/4/2017 | 0 | $0.00 | 1 | $197.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/4/2017 | 53 | $36,524.80 | 1 | $197.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/3/2017 | 60 | $99,080.70 | 5 | $8,188.50 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/2/2017 | 74 | $63,816.50 | 4 | $9,988.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/4/2017 | 0 | $0.00 | 1 | $2,497.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/3/2016 | 0 | $0.00 | 1 | $197.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/1/2017 | 16 | $8,532.70 | 2 | $2,516.95 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/2/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/4/2017 | 6 | $5,064.00 | 2 | $2,516.95 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/3/2017 | 0 | $0.00 | 1 | $497.00 |
| MOBE.COM 1-844-662-3787 G | UNITED KINGDOM | | 18446623787 | SECURETRADING FINANCIAL SERVICES LIMITED | 1/3/2017 | 24 | $6,264.10 | 0 | $0.00 |
| MOBE_ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/5/2017 | 0 | $0.00 | 1 | $49.41 |
| MOBE_ONLINE | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/3/2017 | 0 | $0.00 | 2 | $249.85 |
| MOBEHELP.COM | MAURITIUS | | 844 249 3733 | SBM BANK (MAURITIUS) LTD | 1/12/2015 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | MAURITIUS | | 844 249 3733 | TRANSACT EUROPE EAD | 1/3/2017 | 0 | $0.00 | 2 | $98.00 |
| MOBEHELP.COM | MAURITIUS | | 844 249 3733 | SBM BANK (MAURITIUS) LTD | 1/1/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877 414 1061 | JSC TERABANK | 1/1/2017 | 0 | $0.00 | 1 | $19.95 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877 414 1061 | JSC TERABANK | 1/10/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/4/2017 | 0 | $0.00 | 1 | $2,497.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/3/2016 | 0 | $0.00 | 1 | $118.35 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/3/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/3/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/2/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/2/2016 | 0 | $0.00 | 2 | $98.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/1/2017 | 0 | $0.00 | 6 | $886.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/12/2016 | 0 | $0.00 | 2 | $2,546.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/9/2016 | 154 | $388,177.79 | 1 | $497.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/11/2016 | 0 | $0.00 | 3 | $9,498.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/8/2016 | 95 | $222,207.15 | 1 | $800.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/8/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/7/2016 | 166 | $488,248.48 | 1 | $1,150.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/6/2016 | 98 | $318,212.31 | 3 | $3,443.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/3/2016 | 0 | $0.00 | 2 | $98.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/12/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/5/2016 | 147 | $289,944.98 | 1 | $4,000.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/5/2017 | 223 | $477,339.31 | 4 | $432.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/2/2016 | 0 | $0.00 | 2 | $98.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/12/2015 | 0 | $0.00 | 7 | $343.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/11/2016 | 0 | $0.00 | 7 | $10,247.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/4/2016 | 58 | $115,367.07 | 2 | $148.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/4/2017 | 385 | $697,006.53 | 8 | $3,772.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/1/2016 | 0 | $0.00 | 12 | $608.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/10/2016 | 0 | $0.00 | 2 | $2,694.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/5/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/4/2016 | 0 | $0.00 | 3 | $147.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/3/2016 | 908 | $386,958.73 | 2 | $58.95 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/3/2017 | 164 | $293,308.06 | 11 | $4,067.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/9/2016 | 0 | $0.00 | 5 | $245.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/9/2016 | 0 | $0.00 | 2 | $8,346.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/4/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/2/2016 | 689 | $74,917.50 | 0 | $0.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/2/2017 | 162 | $285,029.95 | 23 | $4,721.00 |

**Confidential / Confidential Treatment Requested by Visa Inc.**

PX 37

FTC-MOBE-002828

**PX 37**

**FTC-MOBE-002829**

| Merchant | Country | State | Phone | Bank | Date | Count | Amount | Count | Amount |
|---|---|---|---|---|---|---|---|---|---|
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/12/2015 | 0 | $0.00 | 3 | $147.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/2/2016 | 0 | $0.00 | 20 | $980.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/6/2016 | 0 | $0.00 | 1 | $497.00 |
| MOBEHELP.COM | MAURITIUS | | 844-249-3733 | TRANSACT EUROPE EAD | 1/3/2016 | 0 | $0.00 | 5 | $245.00 |
| MOBEHELP.COM | MAURITIUS | | 844-249-3733 | TRANSACT EUROPE EAD | 1/1/2017 | 751 | $468,530.15 | 16 | $11,133.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/1/2016 | 0 | $0.00 | 33 | $1,587.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/2/2015 | 0 | $0.00 | 3 | $147.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/12/2018 | 0 | $0.00 | 8 | $392.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/9/2016 | 0 | $0.00 | 1 | $59.85 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/6/2016 | 0 | $0.00 | 1 | $2,497.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/12/2016 | 584 | $525,848.15 | 6 | $392.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/12/2015 | 4111 | $258,229.97 | 74 | $4,370.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/11/2016 | 151 | $246,288.23 | 3 | $17,497.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/2/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/4/2016 | 0 | $0.00 | 2 | $2,497.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/4/2017 | 0 | $0.00 | 2 | $549.00 |
| MOBEHELP.COM | MAURITIUS | | 844.249.3733 | SBM BANK (MAURITIUS) LTD | 1/12/2015 | 0 | $0.00 | 7 | $343.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/10/2016 | 289 | $486,946.33 | 1 | $2,497.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/5/2017 | 0 | $0.00 | 3 | $147.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/2/2017 | 0 | $0.00 | 5 | $2,841.00 |
| MOBEHELP.COM | UNITED KINGDOM | | 844-249-3733 | TRANSACT EUROPE EAD | 1/1/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/12/2016 | 0 | $0.00 | 1 | $40.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/9/2016 | 835 | $155,666.29 | 2 | $98.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/8/2016 | 79 | $32,020.10 | 0 | $0.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/7/2016 | 53 | $15,215.54 | 0 | $0.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/11/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/10/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/3/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/2/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/1/2017 | 0 | $0.00 | 2 | $98.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/1/2017 | 19 | $4,155.40 | 6 | $433.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/1/2017 | 0 | $0.00 | 2 | $98.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/12/2016 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/12/2016 | 197 | $19,249.35 | 2 | $98.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/11/2016 | 180 | $109,995.15 | 6 | $5,909.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/12/2016 | 0 | $0.00 | 2 | $88.90 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/11/2016 | 0 | $0.00 | 2 | $5,049.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/2/2017 | 0 | $0.00 | 1 | $19.95 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/1/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBEHELP.COM 8446623787 | GEORGIA | | 877-414-1061 | JSC TERABANK | 1/10/2016 | 280 | $78,971.53 | 4 | $154.00 |
| MOBEMARKETPLACE.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/4/2017 | 0 | $0.00 | 1 | $1,497.00 |
| MOBEMARKETPLACE.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/4/2017 | 0 | $0.00 | 1 | $1,497.00 |
| MOBEMARKETPLACE.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/5/2017 | 0 | $0.00 | 1 | $1,533.27 |
| MOBEMARKETPLACE.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/5/2017 | 0 | $0.00 | 1 | $1,478.74 |
| MOBEMARKETPLACE.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/4/2017 | 1 | $1,497.00 | 0 | $0.00 |
| MOBEMARKETPLACE.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/3/2017 | 11 | $15,067.00 | 1 | $1,497.00 |
| MOBEMARKETPLACE.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/2/2017 | 1 | $1,497.00 | 0 | $0.00 |
| MOBEMARKETPLACE.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/4/2017 | 0 | $0.00 | 1 | $1,497.00 |
| MOBEMARKETPLACE.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | 1/1/2017 | 2 | $5,970.00 | 0 | $0.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | 1/5/2017 | 0 | $0.00 | 2 | $246.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | 1/2/2017 | 0 | $0.00 | 1 | $197.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | 1/1/2017 | 0 | $0.00 | 2 | $98.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | 1/5/2017 | 0 | $0.00 | 2 | $285.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | 1/4/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | 1/3/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | 1/1/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | 1/12/2016 | 0 | $0.00 | 3 | $146.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | 1/5/2017 | 462 | $185,563.13 | 13 | $3,347.00 |

**Confidential / Confidential Treatment Requested by Visa Inc.**

**VISA00004**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MOBETRAINING.COM | UNITED STATES OF AMERICA | CA | 8446623787 | PEOPLES TRUST COMPANY | | 1/5/2017 | 0 | $0.00 | 1 | $49.35 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/3/2017 | 0 | $0.00 | 3 | $147.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/5/2017 | 0 | $0.00 | 1 | $10,000.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/2/2017 | 0 | $0.00 | 1 | $49.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/4/2017 | 0 | $0.00 | 2 | $246.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/1/2017 | 0 | $0.00 | 7 | $410.95 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/3/2017 | 0 | $0.00 | 4 | $314.95 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/4/2017 | 202 | $178,777.22 | 9 | $18,913.95 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/3/2017 | 325 | $179,954.30 | 17 | $13,590.90 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/2/2017 | 446 | $104,510.85 | 17 | $6,730.95 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/1/2017 | 579 | $142,641.25 | 16 | $3,222.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/2/2017 | 0 | $0.00 | 2 | $548.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 2/12/2016 | 0 | $0.00 | 2 | $98.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/1/2017 | 0 | $0.00 | 5 | $2,989.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/12/2016 | 815 | $123,921.95 | 7 | $2,741.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/11/2016 | 182 | $135,915.15 | 4 | $944.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/10/2016 | 59 | $52,486.80 | 0 | $0.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/12/2016 | 0 | $0.00 | 1 | $48.00 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/1/2017 | 0 | $0.00 | 2 | $1,745.50 |
| MOBETRAINING.COM | CANADA | QC | 8446623787 | PEOPLES TRUST COMPANY | | 1/1/2017 | 0 | $0.00 | 1 | $49.00 |
| WESELLGOODTRAFFIC.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/2/2017 | 24 | $75,500.00 | 1 | $1,272.82 |
| WESELLGOODTRAFFIC.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/1/2017 | 2 | $2,500.00 | 0 | $0.00 |
| WESELLGOODTRAFFIC.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 45 | $171,270.40 | 2 | $5,862.54 |
| WESELLGOODTRAFFIC.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/5/2017 | 0 | $0.00 | 3 | $4,000.00 |
| WESELLGOODTRAFFIC.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/4/2017 | 69 | $257,056.40 | 0 | $0.00 |
| WESELLGOODTRAFFIC.COM | UNITED STATES OF AMERICA | NC | 844-6623787 | SYNOVUS BANK | | 1/3/2017 | 59 | $172,565.00 | 0 | $0.00 |

**PX 37**

FTC-MOBE-002830

**Confidential / Confidential Treatment Requested by Visa Inc.**

**VISA00005**



Visa Confidential[1]

11 Apr 2017

SYNOVUS BANK
UNITED STATES OF AMERICA

Re: **Visa Chargeback Monitoring Program ("VCMP") - Standard Timeline**
**Non Compliance Identification –Program Status - NOTIFICATION**

Dear Acquirer:

The **Visa Chargeback Monitoring Program ("VCMP")** is a merchant-level chargeback monitoring program to help acquirers identify merchants with excessive levels of chargebacks[2]   and implement corrective plans to protect the integrity of the payment system.

This letter serves as notification to SYNOVUS BANK of a violation of the *Visa Core Rules and Visa Product and Service Rules ("Visa Rules") –Visa Chargeback Monitoring Program ID#* 0029283.  MOBE ONLINE has been identified in **Notification** status exceeding the VCMP program thresholds[3] in the Apr 2017 report.   This identification is summarized below[4]:

- **Case ID: 22266**
- **Merchant Name: MOBE ONLINE**
- **Chargeback Count: 149**
- **Chargeback-to-Sales Count Ratio: 2.69%**

Next Steps

Because your merchant has exceeded program thresholds, it is strongly recommended[5] that your institution investigate the root causes and drivers of the chargebacks with the merchant and develop a remediation plan to reduce the impact of chargebacks or take alternate actions as appropriate.

Once the merchant outlet performs below the program thresholds for three consecutive months, it will be considered compliant with the **VCMP** program and the case will be closed.

For more information on **VCMP** please refer to the *Visa Rules*.

If you have any further inquiries, please contact Brand Protection - Americas at vrpt_na_chargeback@visa.com.

**Confidential / Confidential Treatment Requested by Visa Inc.**      **VISA00006**

**PX 37**

**FTC-MOBE-002831**

Sincerely,

Visa Brand Protection

Visa, Inc.

---

[1] Members may only disclose this letter to a merchant if the merchant requests a copy in writing and attests that the letter and its subject matter will remain confidential.

[2] Chargeback reported by Domestic and International Issuers

[3] VCMP Program thresholds are: 100 chargeback transactions and 1 percent chargeback-to-sales count ratio.

[4] Individual case details are made available through the Visa Risk Performance Tracking ("VPRT") tool in Visa Online.

[5] VCMP Program information, timeline and acquirer responsibilities and are outlined in the *Visa Rules*.

Confidential / Confidential Treatment Requested by Visa Inc.

**PX 37**

VISA00007

FTC-MOBE-002832



Visa Confidential[1]

05 May 2017

SYNOVUS BANK
UNITED STATES OF AMERICA

Re:   Visa Chargeback Monitoring Program ("VCMP") –Standard Timeline
Non Compliance Identification –Program Status - WORKOUT

Dear Acquirer:

The **Visa Chargeback Monitoring Program ("VCMP")** is a merchant-level chargeback monitoring program to help acquirers identify merchants with excessive levels of chargebacks[2] and implement corrective plans to protect the integrity of the payment system.

This letter serves as notification to SYNOVUS BANK of a violation of the *Visa Core Rules and Visa Product and Service Rules ("Visa Rules") –Visa Chargeback Monitoring Program* ID# 0029283.  MOBE ONLINE has been identified exceeding the **VCMP** program thresholds [3] in the May 2017.  This identification is summarized below[4]:

- **Case ID: 22266**
- **Merchant Name: MOBE ONLINE**
- **Chargeback Count: 143**
- **Chargeback-to-Sales Count Ratio: 4.29%**

Please work with your merchant to reduce its chargeback levels below the program thresholds. Once the merchant outlet has completed three consecutive months below the program thresholds, the remediation will be complete. At that point the merchant will be considered compliant with the **VCMP** program and the case will be closed.

**Required Action**

SYNOVUS BANK must submit an updated action plan[5] for the merchant above outlining the corrective measures to be undertaken to reduce the incidence of high chargeback activity. Per *Visa Rules - Investigation Response Requirement* ID# 0025974, your action plan should be submitted to Visa via the **Visa Risk Performance Tracking (VRPT)** tool within **10 calendar days** of this notification.

For more information on VCMP please refer to the *Visa Rules.*

**Confidential / Confidential Treatment Requested by Visa Inc.**     **VISA00008**

**PX 37**

If you have any further inquiries, please contact Brand Protection at vrpt_na_chargeback@visa.com.

Sincerely,

Visa Brand Protection
Visa, Inc.

_____

[1]  Members may only disclose this letter to a merchant if the merchant requests a copy in writing and attests that the letter and its subject matter will remain confidential.

[2]  Chargeback reported by Domestic and International Issuers

[3]  VCMP Program thresholds are: 100 chargeback transactions and 1 percent chargeback-to-sales count ratio.

[4]  Individual case details are made available through the Visa Risk Performance Tracking ("VPRT") tool in Visa Online.

[5]  VCMP Program information, timeline and acquirer responsibilities and are outlined in the *Visa Core Rules and Visa Product and Service Rules (" Visa Rules")* and *Visa Fee Schedule –Non Compliance Assessments.*

**Confidential / Confidential Treatment Requested by Visa Inc.**   **VISA00009**
## PX 37
**FTC-MOBE-002834**



Visa Confidential[1]

07 Jun 2017

SYNOVUS BANK
UNITED STATES OF AMERICA

**Re:   Visa Chargeback Monitoring Program ("VCMP") –Standard Timeline**
**Non Compliance Identification –Program Status - WORKOUT**

Dear Acquirer:

The **Visa Chargeback Monitoring Program ("VCMP")** is a merchant-level chargeback monitoring program to help acquirers identify merchants with excessive levels of chargebacks[2] and implement corrective plans to protect the integrity of the payment system.

This letter serves as notification to SYNOVUS BANK of a violation of the *Visa Core Rules and Visa Product and Service Rules ("Visa Rules") –Visa Chargeback Monitoring Program* ID# 0029283.  MOBE ONLINE has been identified exceeding the **VCMP** program thresholds [3] in the Jun 2017.  This identification is summarized below[4]:

- **Case ID:** 22266
- **Merchant Name:** MOBE ONLINE
- **Chargeback Count:** 150
- **Chargeback-to-Sales Count Ratio:** 3.38%

 Please work with your merchant to reduce its chargeback levels below the program thresholds. Once the merchant outlet has completed three consecutive months below the program thresholds, the remediation will be complete. At that point the merchant will be considered compliant with the **VCMP** program and the case will be closed.

 **Required Action**

SYNOVUS BANK must submit an updated action plan[5] for the merchant above outlining the corrective measures to be undertaken to reduce the incidence of high chargeback activity. Per *Visa Rules - Investigation Response Requirement* ID# 0025974, your action plan should be submitted to Visa via the **Visa Risk Performance Tracking (VRPT)** tool within **10 calendar days** of this notification.

For more information on **VCMP** please refer to the *Visa Rules*.

**Confidential / Confidential Treatment Requested by Visa Inc.**      **VISA00010**

**PX 37**

**FTC-MOBE-002835**

If you have any further inquiries, please contact Brand Protection at vrpt_na_chargeback@visa.com.

Sincerely,

Visa Brand Protection

Visa, Inc.

---

[1] Members may only disclose this letter to a merchant if the merchant requests a copy in writing and attests that the letter and its subject matter will remain confidential.

[2] Chargeback reported by Domestic and International Issuers

[3] VCMP Program thresholds are: 100 chargeback transactions and 1 percent chargeback-to-sales count ratio.

[4] Individual case details are made available through the Visa Risk Performance Tracking ("VPRT") tool in Visa Online.

[5] VCMP Program information, timeline and acquirer responsibilities and are outlined in the *Visa Core Rules and Visa Product and Service Rules (" Visa Rules")* and *Visa Fee Schedule –Non Compliance Assessments.*

**Confidential / Confidential Treatment Requested by Visa Inc.**

VISA00011

**PX 37**

FTC-MOBE-002836

## DECLARATION OF THERESE L. EDWARDS

I, Therese L. Edwards, declare as follows:

1.  I am an employee of Banc of America Merchant Services, LLC ("BAMS"). My position is that of senior paralegal and Assistant Vice President. My responsibilities include researching merchant documentation which includes contracts, applications, statements and batch details.  I have personally requested through proper channels copies of relevant merchant documentation.

2.  I work with and am employed by the same company as the custodians of the books, records, files and other documents which pertain to merchant card processing with BAMS herein. To the best of my knowledge, the books, records, files and other documents were prepared in the ordinary course of BAMS' business by its employees at or near the time of the acts, conditions or events depicted therein.

3.  To the best of my knowledge, the enclosed records were obtained through the proper channels for obtaining relevant merchant documentation.

4.      I could and would competently testify thereto that these attached documents were provided to me pursuant to my requests to the keepers of the records and related to Merchant Mobeprocessingcom, Inc. MID 372547049885.

I declare under penalty of perjury under the laws of the State of North Carolina that the foregoing is true and correct.

Executed on November 8, 2017

_____
Therese L. Edwards

**PX 38**

FTC-MOBE-002837

# UNDERWRITING NOTES

**FTC-MOBE-002838**

System

Comments -   (Entity: AU   User: EMAU )  Time Created:  26-JUL-2016 13:11:38

     APPLICATION DETAILS    BIZ RESPONSE

DBA NAME: MOBE

ADDRESS : 8207 GOLF RIDGE DR

CITY/ST : CHARLOTTE          NC

ZIP/PH  : 28277  704-724-8114

BUS SCR:     VLD?:N


PRN NAME: ZANGHI        SUSAN

ADDRESS : 8207 GOLF RIDGE RD

CITY/ST : CHARLOTTE          NC

ZIP/PH  : 28277  ███████████      - -

PRN SCR:     VLD?:N

CONFIDENTIAL

**PX 38**

FTC-MOBE-002839

# BANK ACCOUNT

**PX 38**

FTC-MOBE-002840

# Account List
## 372547049885

MSA

11/2/2017

Information is displayed at the Outlet Level.

| | Account Number | ABA | Funding Agency | Status |
|---|---|---|---|---|
| 1 | ████████3505 | 053000196 | BANK OF AMERICA NA | Active |

CONFIDENTIAL

TE-b08

PX 38

FTC-MOBE-002841