# CONTRACT

**PX 38**

**FTC-MOBE-002842**

DocuSign Envelope ID: 2A9CD406-54A3-4920-8A9B-E77865268C2C

## MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 1 of 6)

**Bank of America**
Merchant Services

### COMPLETE SECTIONS (I-11)

Merchant #: _____

TeleCheck Subscriber #: _____   Add'l TeleCheck Product Subscriber #: ___ ___ ___ ___ ___ ___ ___   Loc. ____ of _____

BAMS(SNAP)1905 | **(1) TELL US ABOUT YOUR BUSINESS** | BAMS(SNAP)1905

Client (Your Business LEGAL Name):
MOBEPROCESSINGCOM INC

Store #:

☐ Same as Legal Name **or** Provide DBA/Outlet Name:
MOBE

First/Last Contact Name:
SUSAN ZANGHI

| Legal Physical Address (No P.O. Box allowed): 8207 GOLF RIDGE DR | Suite #: | City: CHARLOTTE | State: NC | Zip Code: 28277 |
|---|---|---|---|---|
| DBA Address (No P.O. Box or Mail Address allowed. Provide official designation of your location space by lessor if space is rented or leasing space.): 8207 GOLF RIDGE DR | Suite #: | City: CHARLOTTE | State: NC | Zip Code: 28277 |

Your Business Phone: ▉▉▉▉

☒ Same as Business Phone **or**
Merchant's Customer Service Phone: ▉▉▉▉

Your Fax Phone:

Select One for Retrieval Requests:
☐ (02) Dedicated 24 Hour Fax   ☒ (03) No fax; mail   ☐ (05) eIDs

Your E-Mail Address: *(Required for IP or TeleCheck)*
susan@mobe.com

Your Customer Service E-Mail Address:

Website Address: *(Required if you have any Internet sales)*
www.mobe.com

### (2) MASTERCARD® / VISA® / DISCOVER® / AMERICAN EXPRESS®

| | | |
|---|---|---|
| Your Total Cash and Credit Sales: *(For All Outlets)* $ 500,000.00 | Estimated MasterCard/Visa Average Ticket/Sales Amount for this Outlet: | $ 1,000.00 |
| Total Annual MasterCard/Visa Volume: *(For All Outlets)* $ 140,000.00 | Estimated Discover Average Ticket for this Outlet: | $ 1,000.00 |
| | Estimated American Express Average Ticket for this Outlet: | $ 1,000.00 |
| Total Annual Discover Volume: *(For All Outlets)* $ 5,000.00 | Annual MasterCard/Visa Volume for this Outlet: *(For Multiple Outlets Only)* | $ |
| | Est. Discover Annual Sales Volume for this Outlet: *(For Multiple Outlets Only)* | $ |
| Total Annual American Express Volume: *(For All Outlets)* $ 5,000.00 | Est. American Express Annual Sales Volume for this Outlet: *(For Multiple Outlets Only)* $ | |
| | Highest Ticket Amount: | $ 30,000.00 |

### (3) ENTITLEMENTS

☒ MasterCard   ☒ Visa   ☒ Discover (Including Diners Club International®, JCB, UnionPay and BCcard)   ☒ American Express® (includes credit and prepaid cards)

☒ American Express OptBlue®[1]   ☐ American Express Direct: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

Franchise Name: _____

☐ IATA/ARC Code: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___  (for MCC 4722 only)

Check one for American Express Direct: ☐ Split Dial   ☐ Single Settle   ☐ EDC   ☐ PIP   ☐ Reverse PIP   ☐ EBT   (SNAP)   FNS # (XREF): _____

☐ Voyager Fleet   Annual Voyager Volume: $_____   Participation in Voyager Tax Exempt Program: ☐ Yes   ☐ No *(If yes, additional request form required)*

☐ WEX Full Acquiring   Annual WEX Volume: $_____   ☐ WEX (Non-Full Svc)   ☐ MasterCard Fleet

☒ PIN Debit Card Acceptance   ☐ Gift Card *(A separate set-up form is required.)*

[1] The American Express OptBlue program, and our pricing for it set forth on page 3 of this document are available to you if you are, and as long as you remain, qualified to participate in this program as described in Section 9 of this document; fees for American Express processing, on pages 2 and 4 of this document, apply to all American Express programs.

### (4) PROVIDE MORE BUSINESS DATA

State Incorp. NC   Month/Year Started: 01/2014   ☐ Sole Ownership   ☐ Partnership   ☐ Public Corp.   ☒ Private Corp.   ☐ L.L.C.   ☐ Franchise Owned

Check one: TIN Type: ☒ EIN (Fed Tax ID #)   ☐ SSN   D&B #: _____   No. of Employees: 1

#### IMPORTANT IRS INFORMATION

☐ Non-Profit   ☐ Non-Profit/Tax Exempt as described in 26 USC Section 501(c)(3) OR a Tribal (Native American) government or Tribal government-owned.   ☐ Gov't. Entity
If tax exempt, provide copy of IRS Determination Letter; if Tribal government, provide evidence of tribal recognition, and proof of tribal ownership if separate entity.

**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per IRS regulations (See Part IV, Section A.3 of your Program Guide for further information.)

| Name *(as it appears on your income tax return)*[2] MOBEPROCESSING.COM INC | ☒ Federal Tax ID#: *(as it appears on your income tax return)*[2] XXXXXX384 | ☐ I certify that I am a foreign entity/nonresident alien. *(If checked, please attach IRS Form W-8.)* |
|---|---|---|

[2] If Client is a disregarded entity under IRS regulations and has provided its owner's taxpayer filing name and Federal Tax ID above, then please attach an IRS Form W-8.

EMV/Mag Swipe 80 % + Keyed Manually 20 % = 100%   Please provide a brief description of the product/services you sell: digital education products

POS Card Present *(EMV/MAG Swipe and/or Manual Imprint)* 80 % + Mail Order/Direct Marketing 0 % + Phone Order 20 % + Internet 0 % = 100%

Do you use any third party to store, process or transmit cardholder data? ☐ Yes ☒ No *(e.g., providers of merchant gateway, electronic data capture, or Loyalty program services).*

If yes, give name/address: _____

Please identify any Software used for storing, transmitting, or processing Card Transactions or Authorization Requests: _____

CONFIDENTIAL

Client Initials _____

**PX 38**

FTC-MOBE-002843

DocuSign Envelope ID: 2A9CD406-54A3-4920-8A9B-E77865268C2C

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 2 of 6)

**DBA Name:** MOBE     Loc.____ of____

BAMS(SNAP)1905     **(5) DESCRIBE EQUIPMENT DETAILS**     BAMS(SNAP)CorpFee1905

**Network:** ☐ ( ) CARD*net*® ☒ ( ) Nashville ☐ ( ) Buypass ☐ Other:_____     Specify Security Code: ( )

| Rental · Purchase Cust.-Owned · Lease[1] Installment Purchase *(circle one)* | QTY | IP | Equipment Type (i.e., Terminal/VAR/Internet) | Retail · Restaurant · MOTO/Internet Lodging · Supermarket · Car Rental Quick Service Restaurant · Petro | Model Code and Name | Unit Purchase Price (w/o Tax) | Monthly Payment Due (w/o Tax) | For Customer-Owned Equipment Track/Version/Serial # |
|---|---|---|---|---|---|---|---|---|
| 36 Month Lease | 6 | ☐ | Bundle | RETAIL | CLOVER MOBILE - 3G AND | $NA | $48.93 | |
| | | ☐ | | | | $ | $ | |
| | | ☐ | | | | $ | $ | |
| | | ☐ | | | | $ | $ | |
| | | ☐ | | | | $ | $ | |
| | | ☐ | | | | $ | $ | |
| | | ☐ | | | | $ | $ | |

*The Installment Purchase option allows you to make 3 equal monthly payments.*

[1]A separate approval by, and non-cancelable lease agreement with, First Data Merchant Services LLC (through its business unit, First Data Global Leasing) are required; that lease agreement contains the terms and conditions for leased equipment.

**NOTE: Any Special Instructions must be included on About Merchant's Business document.**

**Installation/** ☒ MAG/MIG to Train ☐ Sales Rep. to Train     (Receive training via phone, 1-800-430-7162, M-F 8:00 am -10:00 pm EST & Sat. 10:00 am - 2:00 pm EST)
**Training:** ☐ No Merchant Training ☐ Installer / In-House     (Check training via phone, 1-800-366-1054, M-F 8:00 am -10:00 pm EST & Sat. 10:00 am - 2:00 pm EST)

**First/Last Contact Name:** _____     **Contact Phone #:** _____     **Best Time To Call:** _____

**Imprinter Purchase:** ☐ Yes ☒ No   If Yes $_____ x Qty:_____ = $_____ *(w/o Tax)*     **Wireless Provider:** ☐ GPRS AT&T *or* ☐ CDMA Sprint

**Check on:** ☐ Gateway Solutions ☐ Dial Solutions ☐ Global Gateway ☐ Payeezy Gateway ☐ VSAT[2] ☐ Frame ☐ Other:_____

**VAR/Internet/Software:** Name:_____     (Nashville Only: Product ID #_____ )     Vendor ID #_____ )

**NOTE:** [2]Requires separate agreement between Client and its VSAT provider prior to implementation of this telecommunications protocol.

## (6) PROVIDE YOUR OWNER INFORMATION

**Owner/Partner/Officer Name:** SUSAN ZANGHI     **D.O.B.:** XXXXXXX   **Social Security #:** XXXXXX█     **Home Phone:** ████     **% of Ownership:** 20

**Home Address:** 8207 GOLF RIDGE RD     **City:** CHARLOTTE   **State:** NC   **Zip:** 28277   **Country:** USA

**Owner/Partner/Officer Name:** _____     **D.O.B.:** _____   **Social Security #:** _____     **Home Phone:** _____     **% of Ownership:** _____

**Home Address:** _____     **City:** _____   **State:** _____   **Zip:** _____   **Country:** _____

## (7) ACQUIRING FEE SCHEDULE

*(Please refer to Part IV, Section A.3 of the Program Guide for important information about certain fees. All fees, including any based on Card Organization or PIN Debit Network fees charged to us, are billed by and owed to Bank of America Merchant Services regardless of pricing method or line item fee descriptions we may use.)*

### Start-Up Fees (One-Time Charges)

| | | |
|---|---|---|
| Account Set-up Fee | (339) | $ 0.0 |
| Reprogramming Fee | (31A) | $ |
| Debit Set-up Fee | (31B) | $ 0.0 |
| Clover®Go Set-up Fee | (62S) | |

**FEE PER TID** _____ **# OF TIDs** _____ **TOTAL**
$_____ x_____ = $_____

| | | |
|---|---|---|
| Load Fee (Clover) | (2ML) | $ |
| Wireless Fee (terminal download) | (31E) | $ |
| Miscellaneous Fee | (31J) | $ |
| Equip. Purchase (ACH)[3] | ( ) | $ |
| Other: | ( ) | $ |
| | | $ |
| **Total Amount** | $ | *w/o tax* |

[3]You will be charged the applicable State/City/Local Sales Tax.

### TransArmor® Fees

| | | |
|---|---|---|
| TransArmor Solution-Monthly Fee[5] | (3CM) | $ 19.95 |
| TransArmor Monthly Fee[4] | (30L) | $ |
| TransArmor Minimum Monthly Fee[4] | (959) | $ |
| TransArmor Token & Encrypt (RSA Encryption) | (12E) | $ 0.0 |
| TransArmor Token & Encrypt-VF (VeriFone Encryption) | (12I) | $ |
| TransArmor Token Only | (12G) | $ |
| TransArmor Token Registration (Get Token) | (12H) | $ |

### Billed Monthly Fees (If Applicable)

| | | |
|---|---|---|
| Monthly Service Charge (will also be billed inactive months for seasonal merchants) | (335) | $ 0.0 |
| Minimum Processing Fee | (953) | $ 0.00 |
| Monthly Service Charge[4] (Deferred Billing only) | (329) | $ |
| Minimum Processing Fee[4] (Deferred Billing only) | (90B) | $ |
| Monthly Wireless Fees[4] | (30M) | TOTAL |

**FEE PER TID** $_____ X # OF TIDs_____ = $_____

| | | |
|---|---|---|
| ClientLine® (OnLine Reporting)[4] | (32R) | $ 0.0 |
| Paper Statement Fee[4] | (323) | $ |
| Premium Equip Service Program[4] | (32U) | $ |
| ☐ Yes ☒ No (per TID) | | |
| Online PCI Validation Access Fee[5] | (33Q) | $ |
| Monthly PCI Support Package[4,5,6] | (49A) | $ |
| Clover®Go Monthly Fee[4] | (32Y) | TOTAL |

**FEE PER TID** $_____ X # OF TIDs_____ = $_____

| | | |
|---|---|---|
| Clover Services Fee[4] | (2ST) | $ 0.00 |
| Insightics Solution | (49M) | $ |
| Perka | (2D6) | $ |
| Other: | ( ) | $ |
| Other: | ( ) | $ |
| Other: | ( ) | $ |
| Other: | ( ) | $ |

### Deferred Billing Option

**Month:** _____   **Year:** _____
*("Deferred Billing Month" – See footnote 4 for more information)*

### Maintenance Fees[5,6]

☐ **Annual Maintenance Fee**     (49D) $_____
*(billed in November)* or

☐ **Quarterly Maintenance Fee**     (49B) $_____

### Internet

#### Start-Up Fees

| | | |
|---|---|---|
| Global Gateway Set-up Fee | (31X) | |

**FEE PER TID** $_____ x # OF TIDs_____ = TOTAL $_____

| | | |
|---|---|---|
| Payeezy Gateway Set-up Fee | (40B) | |

**FEE PER TID** $_____ x # OF TIDs_____ = TOTAL $_____

| | | |
|---|---|---|
| Cybersource SBB/SBC Set-up Fee | (44O) | |

**FEE PER TID** $_____ x # OF TIDs_____ = TOTAL $_____

| | | |
|---|---|---|
| Internet Set-up Fee | (30R) | |

**FEE PER TID** $_____ x # OF TIDs_____ = TOTAL $_____

#### Billed Monthly Fees

| | | |
|---|---|---|
| Global Gateway[4] | (31Z) | |

**FEE PER TID** $_____ X # OF TIDs_____ = TOTAL $_____

| | | |
|---|---|---|
| Payeezy Gateway[4] | (40A) | |

**FEE PER TID** $_____ x # OF TIDs_____ = TOTAL $_____

| | | |
|---|---|---|
| Cybersource SBB/SBC Monthly Fee[4] | (44I) | |

**FEE PER TID** $_____ X # OF TIDs_____ = TOTAL $_____

| | | |
|---|---|---|
| Internet Service Fee[4] | (39C) | |

**FEE PER TID** $_____ X # OF TIDs_____ = TOTAL $_____

#### Trans/Other Fees

| | | |
|---|---|---|
| Internet, Global Gateway, MasterCard, Visa, Discover, American Express, Check | (03R, 04R, 06I, 07I, 435, L19) | $_____ |
| Payeezy Gateway | (0FC) | $_____ |
| Cybersource SBB/SBC | (03R, 04R, 06I, 07I, 435) | $_____ |

### Fraud FlexDetect

| **Global Gateway Offering:** | Set-up Fee | (L32) | $_____ |
|---|---|---|---|
| | Monthly Fee[4] | (35A) | $_____ |
| | Transaction Fee | (L35) | $_____ |

[4]If a Deferred Billing Month is indicated in the Deferred Billing Option box, these fees will initially be charged in the Deferred Billing Month; if no Deferred Billing Month is indicated, then these fees will be charged on the date indicated on your first statement from us.

[5]To be eligible for these services you must be a Level 4 Merchant, as defined in the Glossary in Part I of the Program Guide. We must receive validation of your PCI compliance by the August 1 following the first 12 months of processing with us, and annually each August 1st thereafter. At any time when you cease being or are not a Level 4 Merchant, we may stop providing you these services.

[6]Your annual PCI compliance validation must be provided through your use of the PCI Compliance Support Package, as described in Part I, Section 33 of the Program Guide, which is available for each of the Annual Maintenance Fee, Quarterly Maintenance Fee and Monthly PCI Support Package fee options (each of which is charged per Merchant Number). For any year in which validation is not received, you will be charged a $40 supplemental fee ("Supplemental Fee").

**CONFIDENTIAL**     Client Initials SZ



**PX 38**

DocuSign Envelope ID: 2A9CD406-54A3-4920-8A9B-E77865268C2C

# MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 5 of 6)

DBA Name: _MOBE_    Loc. ___ of ___

## (8) TELECHECK RATES, SERVICE FEES, AND SET UP INFORMATION

BAMS(SNAP)1905    BAMS(SNAP)CorpFee1905

**TeleCheck Services, Inc.**
P.O. Box 4514
Houston, TX 77210-4514  1-800-366-1054

# of Physical TeleCheck Locations: _____

| TeleCheck Product | Features | Average Check Amount | Monthly Check Volume | Warranty Max | Max Check Amount | Inquiry Rate Fee | Transaction Fee | Monthly Minimum | CROC Fee | Statement/ Processing Fee | December Risk Surcharge | CBP Confirmation Letter | Set-Up Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECA Warranty on Clover | ☒ Corp Ck | $ | $ | $_____ or ☐ FACE | | ___% | $ | | $ | | | | |
| ECA Warranty | ☒ Corp Ck | $ | $ | $ | | ___% | $ | $ | $ | | ___% | | |
| ECA Verification | ☒ Corp Ck | $ | $ | | $ | | $ | $ | $ | | ___% | | |
| Lockbox Pro21 Warranty | | $ | $ | $ | | ___% | $ | | $ | | ___% | | |
| Lockbox Pro21 Verification | | $ | $ | | $ | | $ | | $ | | ___% | | |
| e-Deposit Warranty | | $ | $ | $ | | ___% | $ | | $ | | ___% | | |
| e-Deposit Settlement Only | | $ | $ | | $ | | $ | | $ | | | | |
| ICA Warranty | ☐ Corp Ck ☐ Recurring | $ | $ | $ | | ___% | $ | | $ | | ___% | | |
| ICA Verification | ☐ Corp Ck ☐ Recurring | $ | $ | | $ | | $ | | $ | | ___% | | |
| CBP Warranty | ☐ Corp Ck | $ | $ | $ | | ___% | $ | | $ | | ___% | | |
| CBP Verification | ☐ Corp Ck | $ | $ | | $ | | $ | | $ | | ___% | | |
| Paper Warranty | | $ | $ | $ | | | $ | | $ | | | | |
| Paper Verification | | $ | $ | | $ | | $ | | $ | | | | |
| Check Cashing Warranty | | $ | $ | $ | | ___% | $ | | $ | | ___% | | |
| Check Cashing Verification | | $ | $ | | $ | | $ | | $ | | ___% | | |
| Mail Order Warranty | | $ | $ | $ | | ___% | $ | | $ | | ___% | | |
| COD Warranty | | $ | $ | $ | | ___% | $ | | $ | | ___% | | |
| RemotePay Warranty | ☐ Corp Ck | $ | $ | $ | | ___% | $ | | $ | | ___% | | $ |
| RemotePay Verification | ☐ Corp Ck | $ | $ | | $ | | $ | | $ | | ___% | | $ |

See TeleCheck Agreement for definitions, warranty requirements and any additional fees.
Note: See Part III, Section 1.35, "Damages" of the TeleCheck Agreement for early termination fees/liquidated damages.

## TELECHECK BILL TO INFORMATION

| Your Head Office/Bill To Name: | First/Last Contact Name: | Phone Number: |
|---|---|---|
| Address: | Suite #: | City: | State: | Zip: | Your Fax Phone: |

## (8) TELECHECK RATES, SERVICE FEES, AND SET UP INFORMATION (cont'd)

☐ TeleCheck Auto Settle Time: _____ **hh ET** (Must be at least 1 hour after Card Auto Settle Time)    Existing Subscriber No.: __ __ __ __ __ __ __ __ __ __

## TELECHECK REPORT INFORMATION

**Funding Report:** ☐ Bill To ☐ Location   **Delivery Method:** ☐ E-Mail ☐ Fax ☐ US Mail

Contact Name: _____    Contact Telephone #: _____

Report Fax #: _____    Report E-Mail Address: _____

*Batch Closing Options:* _____    Format: ☐ CSV (*E-Mail only*) ☐ PDF

## TELECHECK BANKING INFORMATION

**Funding:** ☐ Per Bill To ☐ Per Location

| **ACH Credits to TeleCheck** by Subscriber (For Invoice Payment): | ABA Transit #: __ __ __ __ __ __ __ __ __ | Account #: _____ |
|---|---|---|
| | ☐ Same as above *or* | ☐ Same as above *or* |
| **Debits/Credits (Settlement) to Subscriber** by TeleCheck and/or Franking Information: | ABA Transit #: __ __ __ __ __ __ __ __ __ | Account #: _____ |

Special Instructions which are part of this Agreement: _____
Please note on separate funding check or bank letterhead the designated TeleCheck Service. A separate funding check or bank letterhead/logo for TeleCheck Services is NOT required UNLESS Merchant will be using different banking account(s) for TeleCheck Services.



CONFIDENTIAL
Client Initials

## PX 38

FTC-MOBE-002845

DocuSign Envelope ID: 2A9C0406-54A3-4920-8A9B-E77865268C2C

## MERCHANT PROCESSING APPLICATION AND AGREEMENT (Page 6 of 6)

DBA Name: MOBE                                                                 Loc. ____ of ____

### (9) AGREEMENT APPROVAL

Capitalized terms used in this Merchant Processing Application and Agreement ("MPA" or "Merchant Processing Application") but not defined in this MPA have the meanings set forth in the applicable agreement within the Program Guide.

**APPLICABLE TO MERCHANTS UNDER AMERICAN EXPRESS OPTBLUE PROGRAM:** To be qualified under this program, you must meet these criteria: (a) your Total Annual American Express volume (listed in Section 2 above) is less than $1,000,000 and (b) your business is not a type prohibited, and is not a franchisee of any franchise executed, by American Express. In addition, you must continue to qualify for this program, and to do so, your total American Express Card transaction volume cannot exceed certain thresholds, all as further described in Part I, Sections 46.2 and 46.5.4 of the Program Guide. Please also refer to Part I, Sections 46.5.2 – 46.5.3 of the Program Guide to learn about American Express' use of your information and how you may opt out of certain uses.

**APPLICABLE TO ALL MERCHANTS:** By signing below, each of the undersigned represents that they have read and are authorized to sign the Merchant Processing Application and submit it along with the About Merchant's Business document ("AMB"), which is attached hereto and made a part of this Merchant Processing Application by reference thereto (references to this Merchant Processing Application include the AMB), for the above named Client ("Client") and that all information provided in this Merchant Processing Application is true, complete, and accurate. Client acknowledges having received and read a copy of (i) the Non-Qualified Rates Schedule (specific to Client's industry), Interchange Rate schedule and American Express OptBlue Program Rate Schedule, if applicable) or Qualification Tier Rate Schedule, as applicable to Client's Pricing Method, (ii) the Debit Network Rate Schedule and American Express Schedule, (iii) the Program Guide, consisting of Parts I-V (which includes terms and conditions for each of the services, Operating Procedures, TeleCheck Services Agreement, Electronic Funding Authorization, Additional Important Information for Card Processing, Electronic Disclosure Consent, and a Confirmation Page), and (iv) the Merchant Processing Application, consisting of Sections 1-11, (together, the Merchant Processing Application, its attachments and schedules and Parts I and IV of the Program Guide are referred to in Sections 9 and 11 of this MPA as the "Merchant Agreement", as modified from time to time in accordance with the applicable provisions of the Program Guide, and agrees to be bound by all provisions as printed therein. This signature page also serves as the signature page to the TeleCheck Services Agreement, appearing in Part III of the Program Guide, if selected; the Client being "Subscriber" for the purposes of the TeleCheck Services Agreement.

By signing below, each of the undersigned, for themselves and for and on behalf of Client, authorizes Banc of America Merchant Services, LLC ("Processor") and Bank of America, N.A. ("Bank") (together, Processor and Bank are "Servicers" and also referred to as "our," "us" and "we" in this Section 9) to (a) request and obtain from consumer reporting agencies, individual and business credit reports (collectively, "Credit Reports"), in connection with the approval of this Merchant Processing Application and any maintenance, updating, renewal or extension of the Merchant Agreement (if this Merchant Processing Application is approved), and (b) exchange Credit Reports, account and transaction information regarding the undersigned's and/or Client's accounts with Bank or Bank's affiliates and any other information about each of the undersigned personally and/or Client with First Data Merchant Services LLC, TeleCheck Services, Inc. and any other service providers, to the extent such parties provide services that Client has selected on this Merchant Processing Application (or as hereafter elected by Client). Each of the undersigned furthermore agrees that all references, including banks and consumer reporting agencies, may release any and all individual and business credit financial information to us. Each of the undersigned further authorizes us to disclose any information obtained from any source in connection with this Merchant Processing Application, including Credit Reports, to any governmental, administrative or regulatory entity, upon request, or to each other and our respective vendors and Affiliates, as necessary to provide the products and services elected under the Merchant Agreement, or to comply with applicable law or order, including, without limitation, the USA PATRIOT Act. It is our practice to obtain certain information in order to verify your identity while processing your Merchant Processing Application, as described in the USA PATRIOT Act.

**MERCHANT GROUP ADDENDUM APPLICABLE TO GROUP MEMBERS.** This Merchant Group Addendum ("Addendum") is effective as of the date of this MPA with respect to Group Members (defined below in this Addendum). The Bank and Client agree that the Merchant Agreement (as defined above in the Agreement Approval section of this MPA) is hereby modified as follows with respect to Group Members (capitalized terms not defined in this Merchant Group Addendum in the Merchant Agreement; references to "you" and "your" mean Client, and references to "our," "us" and "we" mean Servicers; all sections of the Merchant Agreement referenced below are contained in Part I of the Program Guide unless otherwise specified):

1. Section 1 is hereby amended to add the following paragraph: "We understand that you are a franchisee or licensee or association or similar organization member ("Group Member") of a franchisor, licensor, association or similar organization with whom we have a relationship (such franchisor or association is referred to as the "Group Owner"). As a result of our agreement with Group Owner ("Group Owner Agreement") and your relationship with Group Owner as a Group Member, you are receiving from us preferential pricing ("Group Owner Benefits"), notwithstanding any provisions of this Agreement that may be to the contrary. Upon Group Owner's request, we may provide Group Owner any information about you that we deem reasonably necessary or connected to the provision of services contemplated in this Agreement. If (a) Group Owner advises us or we otherwise learn that you are not or are no longer a Group Member or (b) the Group Owner Agreement is no longer in effect, then in either case, we are no longer obligated to extend to you the Group Owner Benefits and may cease doing so at that time without prior notice to you."

2. The Early Termination Fee paragraph (including all subparagraphs), contained in Part IV, Section A.3 of the Program Guide, is hereby deleted in its entirety.

Except to the extent modified by this Addendum, the Merchant Agreement remains in full force and effect. Any reference to the Merchant Agreement after the date of this Addendum will include this Addendum. This Addendum is executed by you and us via our respective executions of the MPA.

**Applicable for TeleCheck Warranty Verification within AMB:** By signing below, Subscriber and each personal guarantor (if any) represents and warrants that the answers provided in the TeleCheck ICA/CBP Warranty/Verification section of the AMB are true and correct.

**Card Services Electronic Funding Authorization:** Client hereby designates the bank account identified below in the Card Banking Information subsection of this Section 9 as the Settlement Account (as defined in the Merchant Agreement) for purposes of the Merchant Agreement, including, but not limited to, Section 19.7 (Part I of the Program Guide) and the Electronic Funding Authorization set forth in Part IV, Section A.1 of the Program Guide, and by signing below, each of the undersigned, on behalf of Client, hereby authorizes Servicers to credit and debit such bank account via ACH transactions as further described in and subject to the terms of those Sections.

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.
THIS MERCHANT PROCESSING APPLICATION AND AGREEMENT HAS BEEN EXECUTED ON BEHALF OF AND BY THE AUTHORIZED MANAGEMENT OF CLIENT AS OF THE EFFECTIVE DATE.

Client's Business Principal *(Please sign below)*

X Signature _SUSAN ZANGHI_

Print Name _SUSAN ZANGHI_ ................................... Date _7/26/2016_

Title: ☐ Pres. ☐ V.P. ☐ Member L.L.C. ☐ Owner ☐ Partner  Secretary

X Signature _____

Print Name _____ Date _____

Title: ☐ Pres. ☐ V.P. ☐ Member L.L.C. ☐ Owner ☐ Partner ☐ Other: _____

**PROCESSOR:**
**BANK:**

X Signature _____
                                                        Date: _____
Approved TeleCheck Manager

IF TELECHECK SERVICES HAVE BEEN SELECTED, PLEASE SIGN BELOW:

X Signature _____

### CARD BANKING INFORMATION

First/Last Contact Name: UNDRA                                  Phone #: ▮▮▮▮▮▮

Bank Name: _____  Account Name: _____

ABA #: XXXXXX196                          Account #: XXXXXXXXX505

☐ Please attach a voided check for the Settlement Account or a letter from the financial institution where it is maintained (if other than Bank) on that financial institution's letterhead and signed by one of its officers that includes its typed ABA number and the typed Settlement Account number.

### (10) TELECHECK ACH AUTHORIZATION

**ACH Debit and Credits Authorization:** Subscriber authorizes its financial institution to pay and charge to its account the amount(s) due TeleCheck under this Agreement and to accept all credits and debits made to its account by TeleCheck via electronic funds transfer in connection with TeleCheck's service(s) under this Agreement. This authorization will remain in effect until 30 days after revoked in writing.

X Signature _____      Print Name/Title: _____  Date: _____
Authorized Signature on TeleCheck Account for ACH

BAMS(SNAP)1905                    ### (11) PERSONAL GUARANTY                    BAMS(SNAP)1905

In exchange for acceptance by Banc of America Merchant Services, LLC, Bank of America, N.A. and TeleCheck Services, Inc. (collectively, the "Guaranteed Parties") as applicable, the Merchant Agreement and TeleCheck Services Agreement, the undersigned unconditionally and irrevocably guarantees the full payment and performance of the Client's obligations under the foregoing Agreements, and payment of all sums due thereunder, and in the event of default, hereby waives notice of default and agrees to indemnify the other parties for any and all amounts due from Client under any of the foregoing Agreements. I understand that this is a Guaranty of payment, and not of collection, and that the Guaranteed Parties are relying upon this Personal Guaranty in entering into, as applicable, the foregoing Agreements.

Signature *(Please sign below):*

X _____, an individual

Signature *(Please sign below):*

X _____, an individual

CONFIDENTIAL

## PX 38

FTC-MOBE-002846

DocuSign Envelope ID: 2A9CD406-54A3-4920-8A9B-E77865268C2C

**BAMS(SNAP)1905**            **PART V: CONFIRMATION PAGE**

Please read this Program Guide in its entirety. It describes the terms under which we will provide merchant processing Services to you. From time to time you may have questions regarding the contents of this Program Guide and your Agreement with Servicers (Parts I and IV; also referred to below as the "Merchant Agreement") or the contents of your TeleCheck Services Agreement with TeleCheck (Part III; also referred to below as the "TeleCheck Agreement"). The following information summarizes portions of this Program Guide in order to assist you in answering some of the questions we are most commonly asked. Capitalized terms appearing on this page and not defined have the meanings set forth in Part I or Part III, as applicable; references to "you" and "your" mean the Client and "our," "us" and "we" mean Servicers.

If you have executed the Application and the Merchant Agreement and/or other agreements contained in Parts II and III of this Program Guide or separate agreements with our respective Affiliates (e.g., a leasing agreement with First Data Global Leasing) for services and equipment you have elected (collectively, the Application, Merchant Agreement and such other agreements (if any) are referred to below as the "Agreements") via Electronic Process, please also refer to the below Acknowledgement and Covenant Regarding Agreements Executed via Electronic Process.

1. **Your Discount Rates under the Merchant Agreement** are assessed on transactions that qualify for certain (i) interchange rates imposed by MasterCard, Visa and Discover and (ii) program pricing imposed by American Express for the American Express OptBlue Service. Any transactions that fail to qualify for these rates will be charged higher rates and/or additional fees (see Part I, Section 19 and Part IV, Section A.3 of this Program Guide).

2. **Servicers and TeleCheck may debit your bank account(s)** (also referred to as your Settlement Account(s)) from time to time for amounts owed to them respectively under their Agreements.

3. **There are many reasons why a Chargeback may occur.** When a Chargeback occurs Servicers, or TeleCheck, when a chargeback or reassignment occurs, will debit your settlement funds or settlement Account. For a more detailed discussion regarding (i) Chargebacks, see Merchant Agreement Sections 11 and 20 and (ii) for chargebacks or reassignment for TeleCheck, see TeleCheck Agreement Sections 1.3.6, 1.4.4, 1.5.11, 1.6.5, 1.8.6, 1.10.4, 1.11.6 and 1.12.6.

4. **If you dispute any charge or funding,** you must notify (i) Servicers within 60 days of the date of the statement where the charge or funding appears for Card processing, as further described in Merchant Agreement Section 19.10, and (ii) TeleCheck, within 30 days of the date of a TeleCheck transaction, as further described in the TeleCheck Agreement, Sections 1.3.7, 1.5.5, 1.6.4, 1.8.7, 1.9.5, 1. 10.4, 1.11.8 and 1.12.5.

5. **The Merchant Agreement and TeleCheck Services Agreement limit liability to you.** For detailed descriptions of the limitations of liability, see Merchant Agreement Section 21 and TeleCheck Agreement, Section 1.22.

6. **Servicers and TeleCheck have assumed certain risks** by agreeing to provide you with Card processing or check services. Accordingly, each of them may take certain actions to mitigate their risk, including terminating the related agreement, and/or holding monies otherwise payable to you (see Merchant Agreement Sections 24 and 25) and TeleCheck Agreement, Sections 1.1, 1.3.2, 1.3.9, 1.6.2, 1.6.7, 1.8.2, 1.8.10, 1.9.2, 1.9.8, 1.13 and 1.14).

7. **By executing the Application,** you are authorizing Bank of America Merchant Services, LLC, Bank of America, N.A., First Data Merchant Services LLC and TeleCheck Services, Inc., as applicable, to obtain financial and credit information regarding your business and the signer and guarantors of the applicable agreements until all your obligations to the providers under those agreements are satisfied.

8. **The Merchant Agreement and TeleCheck Agreement each contain Early Termination Fee provisions.** In the event you terminate the Merchant Agreement prior to its three (3) year initial term, you may be charged an Early Termination Fee (See Part I, Section 24.2 and Part IV, Section A.3, Early Termination Fee). If you terminate the TeleCheck Agreement prior to its 12 month initial term, be charged liquidated damages (See Part III, Sections 1.1 and 1.35).

9. **Card Organization Disclosure**

    **Visa and MasterCard Member Bank Information: Bank of America, N.A.**

    The Bank's mailing address is 1231 Durrett Lane, Louisville, KY 40213, and its phone number is 800-430-7161.

**Important Visa and MasterCard Member Bank Responsibilities:**

a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.

b) The Bank must be a principal (signer) to the Merchant Agreement.

c) The Bank is responsible for educating merchants on pertinent Visa and MasterCard rules with which merchants must comply; but this information may be provided to you by Processor.

d) The Bank is responsible for and must provide settlement funds to you.

e) The Bank is responsible for all funds held in reserve that are derived from settlement.

f) The Bank is the ultimate authority should you have any problems with Visa or MasterCard products (however, Processor also will assist you with any such problems).

**Important Merchant Responsibilities:**

a) Ensure compliance with Cardholder data security and storage requirements.

b) Maintain fraud and Chargebacks below Card Organization thresholds.

c) Review and understand the terms of the Merchant Agreement.

d) Comply with Card Organization Rules.

e) Retain a signed copy of this Disclosure Page.

f) You may download "Visa Regulations" from Visa's website at: https://usa.visa.com/support/merchant.html

g) You may download "MasterCard Regulations" from MasterCard's website at: http://www.mastercard.com/us/merchant/support/rules.html

h) For the American Express OptBlue Service only, you may download "American Express Merchant Operating Guide" from American Express' website at: www.americanexpress.com/merchantopguide

**ACKNOWLEDGEMENT AND COVENANT REGARDING AGREEMENTS EXECUTED VIA ELECTRONIC PROCESS**

BY YOUR SIGNATURE BELOW, YOU ACKNOWLEDGE AND AGREE THAT (A) YOU HAVE EXECUTED AND INITIALED THE AGREEMENTS BY (I) YOUR SELECTION AND ADOPTION OF AN ELECTRONIC REPRESENTATION OF YOUR SIGNATURE AND INITIALS WITH A PRE-DETERMINED FONT ("ADOPTED SIGNATURE") OR (II) YOUR USE OF A STYLUS OR YOUR FINGER, A COMPUTER MOUSE OR SIMILAR MEANS ("ELECTRONIC PAD SIGNATURE"), (B) USE OF THE ADOPTED SIGNATURE OR POSSIBLE LIMITS ON YOUR ABILITY OR INABILITY TO CONTROL THE DEVICE OR YOUR FINGER TO THE SAME EXTENT THAT YOU WOULD CONTROL A PEN IN YOUR HAND, YOUR ADOPTED SIGNATURE OR ELECTRONIC PAD SIGNATURE MAY NOT RESEMBLE YOUR MANUAL WET SIGNATURE ("WET SIGNATURE"); AND (C) EVEN IF YOUR ADOPTED SIGNATURE OR ELECTRONIC PAD SIGNATURE DOES NOT RESEMBLE YOUR WET SIGNATURE, YOU WILL BE BOUND BY THE TERMS OF THE AGREEMENTS YOU HAVE EXECUTED IN THIS MANNER. YOU COVENANT WITH US AND OUR RESPECTIVE AFFILIATES THAT YOU WILL NOT CONTEST THE ENFORCEABILITY OF ANY OF THE AGREEMENTS EXECUTED BY YOUR ADOPTED SIGNATURE OR ELECTRONIC PAD SIGNATURE BASED ON THE MANNER OF THEIR EXECUTION.

YOU CONSENT AND AGREE TO THE TERMS OF THE ELECTRONIC DISCLOSURE CONSENT SET FORTH IN PART IV, SECTION A.5 OF THIS PROGRAM GUIDE.

Print Client's Business Legal Name: MOBEPROCESSINGCOM  INC

By its signature below, Client acknowledges that it received (1) one of the following, as applicable to the Pricing Method set forth on the Application: (i) Qualification Tier Schedule corresponding to the 2-Tier or 3-Tier Pricing Method, (ii) Non-Qualified Rate Schedule for the Visa/MC/Discover/American Express Discount Rate Pricing Method (specific to your Merchant Account(s)), or (iii) the Interchange Rate Schedule for the Visa/MC/Discover Interchange Plus Pricing Method and American Express Program Pricing, (2) the Debit Network Fees Schedule and (3) complete Program Guide (Version BAMS(SNAP)1905) consisting of 76 pages (including this confirmation). Client further acknowledges reading and agreeing to all terms in the Program Guide. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed.

NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED.

Client's Business Principal:

Signature (Please sign below):

X  _SUSAN ZANGHI_     Secretary          7/26/2016
   F1850312F873429...
   SUSAN ZANGHI        Title              Date

Please Print Name of Signer

**BAMS(SNAP)1905**

CONFIDENTIAL

FTC-MOBE-002847

DocuSign Envelope ID: 2A9CD406-54A3-4920-8A9B-E77865268C2C

## A B O U T   M E R C H A N T ' S   B U S I N E S S

**Bank of America**
Merchant Services

Bank Code: ___ ___   Merchant ID: __ __ __ __ __ __ __ __   Buypass Merchant #: __ __ __ __ __ __ __

☐ TR  ☐ TU      MOBE                                                                                              *(24 characters)*
**DBA NAME:** _____

Area #: ___ ___   Group #: ___ ___   Service By Region: ___ ___ ___   District Code: __ __ __ __   ISR Rep ID: __ __ __ __   SIC # __ __ __ __

Check Assoc. Code: ___ ___ ___ / _____   Current Check Vendor: _____

### C H E C K L I S T   I N F O R M A T I O N

Regional Office Received Date: _____   MCC: 7399 ___ ___   Merchant Type: 1000 _____   RELM: _____

Pricing Grid # _____   ☐ Special Pricing Model  ☐ Association Grid  ☐ Linkback # 345000001 __ __ __ __ __   NRPT: __ __ __   NCPT: __ __ __

Sales Support ID: __ __ __ __   Office Admin.: _____   Card Rep. # __ __ __ __   TeleCheck Rep. # __ __ __ __

Print Sales Rep. Name: _____   Initial: _____   Sales Lead Tracking #: 2013030911

**HIERARCHY:**  Bank: 345990001884 __ __ __ __ __ __   Agent: 345970005889 __ __ __ __ __ __

Corp: _____   Chain: _____   Buypass FIID: _____

### C L I E N T   V I S I T A T I O N

POS Card Present *(EMV/MAG Swipe and/or Manual Imprint)* 80.0 %  +  Mail Order/Direct Marketing 0.0 %  +  Phone Order 20.0 %  +  Internet 0.0 %  = 100%

☒ Site completed by Sales Rep
☐ Site completed by Third Party *(attach document)*
☐ Website Review completed for Virtual merchants only.
☐ Site completed by Personal Banker

**Virtual merchants are those that conduct 100% of their business via the Internet and have no direct interaction with the Cardholder.**

1. **Zone:**
   ☒ Business District  ☐ Industrial
   ☐ Residential

2. **Location:**  ☐ Mall  ☐ Shopping Area
   ☐ Isolated  ☒ Office  ☐ Apt  ☐ Home
   ☐ Other: _____

3. **Seasonal:** ☒ No ☐ Yes,
   Mos. in Operation: _____
   Mos. Open Between _____ to _____

4. **External Facility Description:** *(# Levels / Floors:)*
   ☒ 1  ☐ 2-4  ☐ 5-10  ☐ 11+

5. **Merchant Occupies:**
   ☒ Ground Floor
   ☐ Other: _____

6. **Remaining Floor(s) Occupied by:**
   ☐ Residential  ☐ Commercial
   ☐ Combination

7. **Advertising Name Displayed:**
   ☐ Window  ☒ Door
   ☐ Store Front

8. **Approximate Square Footage:**
   ☐ 0-250  ☒ 251-500
   ☐ 501-2,000  ☐ 2,001+

9. **# of Registers:** 1 _____

10. **Is the Merchant currently operating?**
    ☐ Yes  ☐ No
    If No, Start Date: _____

11. **Is the signer present?**  ☐ Yes  ☐ No
    If No, name of contact:
    _____

12. **Is there evidence of Products/Inventory?**
    ☐ Yes  ☐ No
    If No, current location of inventory:
    _____

Comments to Credit Officer/Other Depository/Primary Savings Account Number and Additional Information *(40 Characters):*

### C O M P R O M I S E D   D A T A   E V E N T   Q U E S T I O N N A I R E

**1.** Are you currently, or have you ever been, involved with a Compromised Data Event (as defined in Part 1, Section 4.9 of the Program Guide)?   ☐ Yes  ☒ No
If yes, please answer the following:
(1) Date of the Compromised Data Event? _____   (2) Do you have proof of PCI Compliance since that Compromised Data Event? ☐ Yes  ☐ No

### T E L E C H E C K   C B P™   S E R V I C E   W A R R A N T Y / V E R I F I C A T I O N   Q U E S T I O N N A I R E

**(Required only if Subscriber elects any of these services)**

The following questions apply to both the Subscriber and any personal guarantor(s) signing the Merchant Processing Application and Agreement to which this About Merchant's Business document ("AMB") is attached (such entity and/or individual are individually and collectively, the "Subscriber" for purposes of the questions below).

1. ☐ Yes  ☐ No   Sells anti-telemarketing devices?
2. ☐ Yes  ☐ No   Sells "credit enhancements" services/products?
3. ☐ Yes  ☐ No   Sells identity theft protection services/products?
4. ☐ Yes  ☐ No   Sells services/products that facilitate the obtaining of grants?
5. ☐ Yes  ☐ No   Obtains 25% or more of annual revenues from sales solicitations initiated by Company via telephone, fax, or e-mail to customers for which the Company has had no existing relationship with for the past two (2) years?

6. ☐ Yes  ☐ No   Has been subject of a law enforcement or government investigation?
7. ☐ Yes  ☐ No   Has had any state-issued or business license revoked?
8. ☐ Yes  ☐ No   Has had contracts with other TEL Processor involuntarily terminated within the past two (2) years?

If answering Yes to questions 6, 7, or 8 above, please explain on a separate page which will also become part of this AMB by this reference to it.

### M A I L   C A R D   S T A T E M E N T S / D O C U M E N T S                     BAMS(SNAP)1811

**Statement Recap Information:** *(check one)* ☐ 01 = Outlet  ☒ 02 = Stmt to Bill/No Recap  ☐ 07 = Suppress Stmt (No Stmt)  ☐ 08 = Produce Recap, No Stmt
☐ 09 = Bill to Address/Stmt and Recap  ☐ 10 = Recap to Bill To/Stmt to Outlet

**Statement Type:** *(check one)* ☐ Detail  ☒ Summary      Statement Delivery Method: *(check one)* ☒ E-Mail  ☐ Online  ☐ Print and Mail

**Statement E-Mail Address:** susan@mobe.com

| Head Office/Bill To Name: | First/Last Contact Name: |
|---|---|
| MOBEPROCESSINGCOM INC | SUSAN ZANGHI |

| Address: | City: | State: | Zip: | Phone #: |
|---|---|---|---|---|
| 8207 GOLF RIDGE DR | CHARLOTTE | NC | 28277 | |

**ON YOUR BUSINESS ACCOUNT CHECKING STATEMENT ROLLUP:** *(check one)*
☐ 0 = Each Transfer   ☐ 1 = Debit/Credit Grouped (By Category)   ☒ 2 = Net Transfer Amount Only   ☐ 3 = Net Transfer EOM Fee Combined **CONFIDENTIAL**

## PX 38

DocuSign Envelope ID: 2A9CD406-54A3-4920-8A9B-E77865268C2C

## ABOUT MERCHANT'S BUSINESS

### CARD PROCESSING INFORMATION

BAMS(SNAP)1811

**1. Return Policy:** ☐ Full Refund  ☒ Exchange Only  ☐ None

**2. Do you have a refund policy for your MC/Visa/Discover® Network/American Express® sales?**
☐ Yes  ☒ No  If yes, Check one:
☐ Exchange  ☐ Store Credit  ☐ Refund Cardholder

If MC/Visa/Discover Network/American Express Credit, within how many days do you submit credit transactions?
☐ 0-3  ☐ 4-7  ☐ 8-14  ☒ Over 14 days

**3. Proper License Visible (Liquor, Tax ID, etc.):** ☒ Yes
☐ No, explain: _____

**4. Your Previous Processor:** _____

**5. Your Previous Merchant #:** _____

**6. Check Reason for Changing:**
☐ Rate  ☐ Service  ☐ Terminated
☐ Other: _____

**7. Do You Have Previous Processor MC/Visa/Discover Network/American Express Statements?**
☐ Yes  ☒ No

**8. Are customers required to leave a deposit?**
☐ Yes  ☒ No  If Yes,
% of deposit required: _____%
Time Frame for Delivery: _____ Days

**9. Time frame from transaction to delivery:**
% of orders delivered in:
0-7 days  100 % + 8-14 days _____% +
15-30 days _____% + 30+ days _____% = 100%

**10. Processing mode:**
☒ EDC:
☐ Paper Voice  ☐ Tape  ☐ ECR  ☐ Paper Terminal

**11. Funding will be processed DAILY via:**
☒ ACH  ☐ Bankwire

**12. Bank will fund:** ☒ Outlet  ☐ Head Office

**13. # of Plates:** _____ Long  _____ Short

**14. Fire Safety Act:** ☐ Yes  ☒ No

**15. Ship Equipment & Welcome Packet to** *(check one)*:
☒ Outlet  ☐ Head Office
☐ Other, give mailing info below
☐ No Welcome Packet & Supplies
☐ No Welcome Packet

| Name: MOBEPROCESSINGCOM INC | First/Last Contact Name: SUSAN ZANGHI | | |
|---|---|---|---|
| Address: 8207 GOLF RIDGE DR | City: CHARLOTTE | State: NC | Zip: 28277 |

**16. Debit Bill Payment Transaction Type:** ☐ Internet  ☐ VRU  ☐ Recurring  ☐ Call Center   Sponsoring Debit Network: ☐ NYCE  ☐ Pulse  ☐ Star  ☐ ACCEL (Buypass)

**17. Additional Terminal Features:** *(Check all that apply to ensure timely terminal programming)*   Terminal Features: *(cont'd)*

☐ **Auto Settle Time** _____ hh **ET** **(military)**
☐ Bar Tab
☐ Clerk /Server Entry
☐ **Debit Cash Back**
Delayed Ship Date: _____
☐ Dial Prefix: ☐ Dial 9 ☐ Other: _____
☐ Dial Suffix: _____
☐ E-Commerce
☐ If IP _____
(List Current Provider)

☐ QSR-CR/SMT *(Convenience/Small Ticket)*
☐ QSR Print Option _____
☐ Invoice Number
☐ Multi-Trans *(PC/Register/Software only)*
☐ No Server/Ticket ID
☐ Remove Room # Prompt
☐ Remove Ticket # Prompt

☐ Retail Gas
☐ Retail With Tip
☐ Ship Method *(Overnight)*
☐ Tip % Option
☒ Verify Amount Prompt
☐ Partial Approval
☐ Purchase w/ Balance Return
☐ Standalone Balance Inquiry

☐ Amex Prepaid Program Preference *(Choose One)*
☐ Partial Auth
☐ Balance Back
☐ Other _____

**PINPad:**
☐ DES Encryption
☐ DUKPT
☐ Access Code
# _____

| | Key Disable | or | Password Protect |
|---|---|---|---|
| Credits | ☐ | | ☐ |
| Voids | ☐ | | ☐ |
| Forces | ☐ | | ☐ |
| Reviews | ☐ | | ☐ |
| Bal/Settle | ☐ | | ☐ |
| Auth Only | ☐ | | ☐ |
| Reports | ☐ | | ☐ |
| Tip Adjustment | ☐ | | ☐ |

Comments: _____
**(NOTE: Completing the Comments field will result in a 48 hour terminal programming delay)**

CONFIDENTIAL

## PX 38

DocuSign Envelope ID: 2A9CD406-54A3-4920-8A9B-E77865268C2C

## MERCHANT PROCESSING CREDIT ADDENDUM

**Bank of America**
**Merchant Services**

Client's DBA Name __MOBE_____

### OTHER ENCLOSURES (Check)

1. Financial Statements (2 years most recent) required for:
   - ☐ Low to Moderate Risk — $3MM or greater
   - ☐ Mail/Telephone Order — $1MM or greater and exceeding percentage requirements
   - ☐ Business To Business — $1MM or greater
   - ☐ Internet — $1MM or greater

2. Method of Advertising: *(Attach at least one)*
   - ☐ Catalog   ☐ Brochure/Direct Mail   ☐ TV/Radio
   - ☐ Phone   ☐ Newspaper/Journal   ☐ Internet   ☐ Other *(specify)* _____

3. Brochures/Marketing Materials/Advertisement required for:
   - ☐ Mail/Telephone Order (exceeds percentage requirement)
   - ☐ Business to Business (exceeds percentage requirement)

4. Internet *(Required)*:
   - ☐ Web Page Attached – OR –
   - ☒ List Web Site Address: __www.mobe.com_____

5. Other: ☒ _____

### BUSINESS PREMISES

Are Your Business Premises: ☒ Owned ☐ Rented      If rented, please complete the following:   Renting Since: _____   Lease Expires: _____

Landlord Name: _____

| First / Last Contact Name: | Phone: |
|---|---|

### MAIL/TELEPHONE ORDER / BUSINESS TO BUSINESS / INTERNET INFORMATION    BAMS(SNAP)SC1305

**(All Questions Must Be Answered)**

1. What % of total sales represent business to business (vs. business to consumer)?
   Business to Business __100__% + Business to Consumer __0__% = **100%** (total sales)

2. What % of bankcard sales represent business to business (vs. business to consumer)?
   Business to Business __100__% + Business to Consumer __0__% = **100%** (bankcard sales)

3. Time frame from transaction to delivery:
   % of orders delivered in:   0-7 days __100__% + 8-14 days _____% + 15-30 days _____% + over 30 days _____% = **100%**

4. MasterCard/Visa/Discover® Network/American Express® OnePoint sales are deposited *(check one)*:
   - ☐ Date of order   ☒ Date of delivery   ☐ Other *(specify)*: _____

5. Who performs product/service fulfillment? Direct __Yes__? Vendor _____? If Vendor, add name, address, phone. ☐ Other *(specify)*:

   _____

   Describe how the transaction works, from order taking to merchant fulfillment *(attach additional sheet, if necessary)*:

   _____

   _____

   _____

   _____

   _____

6. Does any of your cardholder billing involve automatic renewals or recurring transactions *(i.e., cardholder authorizes initial sale only)*? ☐ Yes ☒ No

Comments: _____

CONFIDENTIAL

# PX 38

DocuSign Envelope ID: 2A9CD406-54A3-4920-8A9B-E77865268C2C

<u>Checklist of Important Information About This Merchant Agreement</u>

<u>PLEASE READ THE ENTIRE CONTRACT PACKAGE BEFORE SIGNING</u>
<u>If you are electronically signing, use the arrow at the top of the screen or click through the numbered</u>
<u>pages at the right of the screen to scroll through all of the pages</u>

To confirm that you understand this important information about the contract you are executing please review and initial next to the following statements. The terms Bank, Chargeback, Merchant Processing Application, Processor, Program Guide, and Servicers have the meaning defined in the Glossary Section of the Merchant Agreement. *See* Program Guide, Part I, Section 51.

- I am aware that the initial term of this contract with Servicers is 3 years. *See* Program Guide, Part 1, Section 23.2.

- I am aware that Servicers may charge me or my business the designated early termination fee identified in Section 7 of the Merchant Processing Application if I breach this contract or terminate this contract early. *See* Program Guide, Part IV, Section A.3.

- I am aware that Servicers may charge a minimum monthly fee even if my company does not process any transactions. *See* Merchant Processing Application, Section 7; Program Guide, Part IV, Section A.3

- I am aware that my business and I are responsible for any and all Chargebacks associated with the transactions submitted for processing. *See* Program Guide, Part 1, Sections 10.1 & 19

- I am aware that the following apply if I have elected to lease equipment (Section 5 of the Merchant Processing Application indicates if you have elected to lease equipment):

  (1)  The lease agreement contained in this set of documents is a separate, <u>non-cancelable</u> agreement with First Data Merchant Services Corporation, which is a separate legal entity from Processor and Bank.   The lease agreement and its obligations will continue even if I terminate my Merchant Agreement with Processor.

  (2)  The lease payments and other lease related charges will be directly debited by First Data Merchant Services Corporation from the bank account listed on Equipment Lease Agreement.  My first lease payment will include pro-rated interim rent for the period between the date the equipment is delivered and the first full month of the lease.  Additionally, if required by my state, taxes for the full lease will be collected with the second lease payment.  *See* Equipment Lease Agreement.

02.2016

**CONFIDENTIAL**

**PX 38**

**FTC-MOBE-002851**