# REVERSAL REJECTION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

We received your request for a reversal of an adjustment made to your account. The information provided was not sufficient to represent the transaction back to the issuer for payment.

**10/10/2016 (mm/dd/yyyy)**

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

| | |
|---|---|
| Issuer: | American Express |
| Case Number: | 562770065301 |
| Work Type: | FIRST CHARGEBACK REVERSAL |
| Reason Code: | R13 / Retrieval Response Not Received |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| | | Credit Card Number: | 009 |
| | 372547049885 | Transaction Amount: | 497.00 |
| Merchant Number: | American Express | Transaction Date(mm/dd/yyyy): | 08/03/2016 |
| Card Product Type: | 08/04/2016 | Alternate Amount: | 0.00 |
| Batch Date (mm/dd/yyyy): | | Transaction Method: | |
| Invoice Number: | 48800004 | POS Entry: | 7399 |
| Merchant Xref: | 48800004 | MCC: | |
| Reference Number: | | | |
| Airline Ticket Number: | | | |
| Custom Data: | | | |

**COMMENTS:** A response to the initial retrieval request was not received, therefore, chargeback representment rights do not exist. In the future, ensure that all retrieval request are fulfilled in a timely manner to preserve chargeback reversal rights

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

### Questions?
Call Merchant Services at:
800-430-7161

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002871

# DISPUTE NOTIFICATION

MERCHANT SERVICES
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Dispute Type:                    FIRST CHARGEBACK

10/11/2016 (mm/dd/yyyy)

| A financial adjustment has been made to your account as a result of a dispute. If you wish to contest, your response must be received no later than: **10/25/2016** (mm/dd/yyyy) |
| --- |

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

**Issuer:**                                     American Express
**Case Number:**                        562840091501
**Adjustment Amount:**                5000.00
**Reason:**         C05 / Credit not processed/cancelled trans

### Original Transaction Detail Information

| | | |
| --- | --- | --- |
| Merchant Number: | 372547049885 | Credit Card Number: ██████002 |
| Card Product Type: | American Express | Transaction Amount: 5000.00 |
| Batch Date (mm/dd/yyyy): | 09/21/2016 | Transaction Date (mm/dd/yyyy): 09/21/2016 |
| Invoice Number: | | Alternate Amount: 0.00 |
| Merchant Xref: | 48000037 | Transaction Method: |
| Reference Number: | 48000037 | POS Entry: |
| Airline Ticket Number: | | MCC: 7399 |
| Custom Data: | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:**  To refute this chargeback, please provide an explanation of why credit is not due and proof that your cancellation/return policy was properly disclosed and signed by the cardholder.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

**PX 38**

CONFIDENTIAL

FTC-MOBE-002872

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
|---|
| 10/25/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

Case Number:                562840091501
Amount:                               5000.00
Custom Data:

---

**Why are you requesting a reversal of this Dispute?**

_(If additional space is needed please continue on a separate sheet of paper)_

---

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails) _____
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

CONFIDENTIAL

## PX 38

FTC-MOBE-002873

Merchant Name:                MOBE
Merchant Number:           1311354021
Case Number:               807992
Transaction Date         09/21/2016
(mm/dd/yyyy):
Dollar Amount:             5000.00

The following information is being provided so that it may assist you in providing the issuing bank with your response as required by American Express regulations.

Issuer Comments :

▮▮▮▮▮▮▮ 002 : L1D3914

Association Comments:

3G56 #SE256MOBE 00004-8114

Additional Information:

The Cardmember claims that the goods/services ordered were cancelled.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002874

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Dispute Type:                                    FIRST CHARGEBACK

**10/12/2016 (mm/dd/yyyy)**

| A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: **10/26/2016** (mm/dd/yyyy) |
| --- |

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

**Issuer:**                                    American Express
**Case Number:**                          562850070101
**Adjustment Amount:**                    -497.00
**Reason:**     C05 / Credit not processed/cancelled trans

Original Transaction Detail Information

| | | | |
| --- | --- | --- | --- |
| Merchant Number: | 372547049885 | Credit Card Number: | ████████1008 |
| Card Product Type: | American Express | Transaction Amount: | 497.00 |
| Batch Date (mm/dd/yyyy): | 09/09/2016 | Transaction Date (mm/dd/yyyy): | 09/09/2016 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | 311986410865 | Transaction Method: | |
| Reference Number: | 48300011 | POS Entry: | 7399 |
| Airline Ticket Number: | | MCC: | |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** Please accept this credit.

**Dispute Alert:**If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

This information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**CONFIDENTIAL**

**PX 38**

FTC-MOBE-002875

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
| 10/26/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

**Case Number:** 562850070101
**Amount:** -497.00
**Custom Data:**

| Why are you requesting a reversal of this Dispute? |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails) _____
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002876

| | |
|---|---|
| Merchant Name: | MOBE |
| Merchant Number: | 1311354021 |
| Case Number: | 739937 |
| Transaction Date (mm/dd/yyyy): | 09/09/2016 |
| Dollar Amount: | |

The following information is being provided so that it may assist you in providing the issuing bank with your response as required by American Express regulations.

**█████ Comments :**
█████ 1008 : LZN6478

**Association Comments:**
3G56 #SE256MOBE 00004-8114

**Additional Information:**
The Cardmember claims that the goods/services ordered were cancelled.

**PX 38**

CONFIDENTIAL

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Dispute Type:                                    FIRST CHARGEBACK

10/20/2016 (mm/dd/yyyy)

| A financial adjustment has been made to your account as a result of a dispute. If you wish to contest, your response must be received no later than: **11/03/2016** (mm/dd/yyyy) |
|---|

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

**Issuer:**                                    American Express
**Case Number:**                          562930085501
**Adjustment Amount:**                      497.00
**Reason:**     C05 / Credit not processed/cancelled trans

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 372547049885 | Credit Card Number: | ████1009 |
| Card Product Type: | American Express | Transaction Amount: | 497.00 |
| Batch Date (mm/dd/yyyy): | 09/24/2016 | Transaction Date (mm/dd/yyyy): | 09/24/2016 |
| | | Alternate Amount: | 0.00 |
| Invoice Number: | 48500018 | Transaction Method: | |
| Merchant Xref: | 48500018 | POS Entry: | |
| Reference Number: | | MCC: | 7399 |
| Airline Ticket Number: | | | |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:**  To refute this chargeback, please provide an explanation of why credit is not due and proof that your cancellation/return policy was properly disclosed and signed by the cardholder.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

### Questions?
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer).

**PX 38**

CONFIDENTIAL

FTC-MOBE-002878

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| |
|---|
| Responses must be received by |
| 11/03/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

Case Number:                    562930085501
Amount:                               497.00
Custom Data:

**Why are you requesting a reversal of this Dispute?**

_(If additional space is needed please continue on a separate sheet of paper)_

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002879

Merchant Name:                  MOBE
Merchant Number:          1311354021
Case Number:              664082
Transaction Date           09/24/2016
(mm/dd/yyyy):
Dollar Amount:             497.00

The following information is being provided so that it may assist you in providing the issuing bank with your response as required by American Express regulations.

**Issuer Comments :**

████████ 1009 : L0W0333

**Association Comments:**

3G56 #SE256MOBE 00004-8114

**Additional Information:**

The Cardmember claims that the goods/services ordered were cancelled.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002880

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Dispute Type:                                          FIRST CHARGEBACK

**10/27/2016 (mm/dd/yyyy)**

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

| A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: **11/10/2016** (mm/dd/yyyy) |
| --- |

Issuer:                                                        American Express
Case Number:                                           563000090401
Adjustment Amount:                                  497.00
Reason:          C05 / Credit not processed/cancelled trans

### Original Transaction Detail Information

Credit Card Number:                            ████8007

Merchant Number:                  372547049885
Card Product Type:                  American Express       Transaction Amount:                            497.00
Batch Date (mm/dd/yyyy):      10/01/2016            Transaction Date (mm/dd/yyyy):      10/01/2016
Invoice Number:                       48600013            Alternate Amount:                                   0.00
Merchant Xref:                          48600013            Transaction Method:
Reference Number:                                              POS Entry:                                          7399
Airline Ticket Number:                                        MCC:
Custom Data:

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due and proof that your cancellation/return policy was properly disclosed and signed by the cardholder.

**Dispute Alert:**If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**CONFIDENTIAL**

FTC-MOBE-002881

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
| 11/10/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

Case Number:                                          563000090401
Amount:                                                         497.00
Custom Data:

**Why are you requesting a reversal of this Dispute?**

*(If additional space is needed please continue on a separate sheet of paper)*

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL
FTC-MOBE-002882

| | |
|---|---|
| Merchant Name: | MOBE |
| Merchant Number: | 1311354021 |
| Case Number: | 720776 |
| Transaction Date (mm/dd/yyyy): | 10/01/2016 |
| Dollar Amount: | 497.00 |

The following information is being provided so that it may assist you in providing the issuing bank with your response as required by American Express regulations.

Issuer Comments :
██████ 3007 : L1U7528

Association Comments:
3G56 #SE256MOBE 00004-8114

Additional Information:
The Cardmember claims that the goods/services ordered were cancelled.

CONFIDENTIAL

PX 38

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

**10/27/2016** (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

Dispute Type:                                        FIRST CHARGEBACK

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> **11/10/2016** (mm/dd/yyyy)

| | |
|---|---|
| **Issuer:** | American Express |
| **Case Number:** | 563000091501 |
| **Adjustment Amount:** | 497.00 |
| **Reason:** | C05 / Credit not processed/cancelled trans |

---

**Original Transaction Detail Information**

| | | | |
|---|---|---|---|
| **Merchant Number:** | 372547049885 | Credit Card Number: | ████1002 |
| **Card Product Type:** | American Express | Transaction Amount: | 497.00 |
| **Batch Date (mm/dd/yyyy):** | 10/01/2016 | Transaction Date (mm/dd/yyyy): | 09/30/2016 |
| **Invoice Number:** | 48600009 | Alternate Amount: | 0.00 |
| **Merchant Xref:** | 48600009 | Transaction Method: | |
| **Reference Number:** | | POS Entry: | |
| **Airline Ticket Number:** | | MCC: | 7399 |
| **Custom Data:** | | | |

---

**DO NOT ISSUE CREDIT.** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due and proof that your cancellation/return policy was properly disclosed and signed by the cardholder.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call **Merchant Services** at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

## PX 38

CONFIDENTIAL

FTC-MOBE-002884

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
| 11/10/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

Case Number:             563000091501
Amount:                       497.00
Custom Data:

**Why are you requesting a reversal of this Dispute?**

_(If additional space is needed please continue on a separate sheet of paper)_

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

| | |
|---|---|
| Merchant Name: | MOBE |
| Merchant Number: | 1311354021 |
| Case Number: | 922943 |
| Transaction Date (mm/dd/yyyy): | 09/30/2016 |
| Dollar Amount: | 497.00 |

The following information is being provided so that it may assist you in providing the issuing bank with your response as required by American Express regulations.

Issuer Comments :
1002 : L2I4375

Association Comments:
3G56 #SE256MOBE 00004-8114

Additional Information:
The Cardmember claims that the goods/services ordered were cancelled.

**PX 38**

CONFIDENTIAL
FTC-MOBE-002886

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

Dispute Type:                    FIRST CHARGEBACK

11/28/2016 (mm/dd/yyyy)

> A financial adjustment has been made to your
> account as a result of a dispute. If
> you wish to contest, your
> response must be received no later than:
> **12/13/2016** (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

| | |
|---|---|
| Issuer: | Discover |
| Case Number: | 563330046801 |
| Adjustment Amount: | 297.00 |
| Reason: | 4755 / SERVICES/MDSE/CASH NOT RECD |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 372547049885 | Credit Card Number: | 0080 |
| Card Product Type: | Discover | Transaction Amount: | 297.00 |
| Batch Date (mm/dd/yyyy): | 09/14/2016 | Transaction Date (mm/dd/yyyy): | 09/13/2016 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Chip |
| Reference Number: | 66503766258091480000022 | POS Entry: | 05 / Chip Read |
| Airline Ticket Number: | | MCC: | 7399 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:** To refute this chargeback, please provide a rebuttal addressing all of the cardholder's concerns. 1)A copy of the transaction documentation signed by the cardholder, 2)Provide proof that cardholder did not cancel services according to the cancellation policy, 3)Proof that credit was issued to the cardholder, 4)Proof of delivery that goods/services were delivered to requested shipping address.

**Dispute Alert:** Effective on April 2017, merchants responding to Visa RC 83, MasterCard 37, Amex F29, and Discover 7030/UA02 with Compelling Evidence, must check the applicable boxes relating specifically to what documentation they are providing to support their case.

Questions?
Call Merchant Services at:
800-430-7161

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002887

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

# DISPUTE RESPONSE

| Responses must be received by |
| 12/13/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

**Case Number:**           563330046801
**Amount:**           297.00
**Custom Data:**

| Why are you requesting a reversal of this Dispute? |
| |
| |
| |
| |
| |
| **(If additional space is needed please continue on a separate sheet of paper)** |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

\_\_\_ Copy of a Signed and/or Electronically Captured Sales Slip
\_\_\_ Copy of a Signed Cancellation Policy
\_\_\_ Copy of a Signed Order Form
\_\_\_ Signed Proof of Delivery, including Proof of Positive AVS
\_\_\_ Signed Rental Agreement
\_\_\_ Copy of the Hotel/Motel Folio
\_\_\_ Copy of the Recurring Billing Agreement
\_\_\_ Copy of the Credit Receipt
\_\_\_ Proof that the Authorized Signer was known by the Cardholder
\_\_\_ Documentation Showing Additional Transactions by this Cardholder
\_\_\_ T & E-Documentation showing Loyalty Transactions related to this Purchase
\_\_\_ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
\_\_\_ Proof that the ticket was received for Passenger Transport
\_\_\_ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
\_\_\_ Proof of CVV2 in Lieu of Imprint
\_\_\_ Proof of Authorization
\_\_\_ Proof of Verified by Visa or MasterCard Secure Code
\_\_\_ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
\_\_\_ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
\_\_\_ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

# PX 38

CONFIDENTIAL
FTC-MOBE-002888

| | |
|---|---|
| | MOBE CHARLOTTE NC |
| Merchant Name: | 6011030749807844 |
| Merchant Number: | N20736377723304400RG |
| Case Number: | 09/13/2016 |
| Transaction Date | |
| (mm/dd/yyyy): | |
| Dollar Amount: | 297.00 |

AVS:
CID Response:
Authorization Source:
Stand in Limit:

The following information is being provided so that it may assist you in providing the issuing bank with your response as required by Discover regulations.

**Issuer Comments :**

I call and sent an email asking for directions what to expect for refunding my fee for training that I didn't attend due to an conflict that they were made aware of. I have not receive a response.

**Association Comments:**

Issuer/Cardholder claims that they did not receive the goods/services, they cancelled the card transaction, and/or they refused delivery of the goods. Requests Transaction Documentation supporting validity of Card Transaction. Provide additional documentation to indicate that the transaction is valid in a Representment Request. Refer to the Dispute Rules Manual for the Representment Process.

**Additional Information:**

001780000012F75556348161E3B00000002970{F7840E0F8C822000000800016091300840000000000000{0105A080010000001E
1E0300 0000 A0000001523010 0001 00000000000{

**CONFIDENTIAL**

**PX 38**

FTC-MOBE-002889

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

**09/06/2016** (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

# DISPUTE NOTIFICATION

Dispute Type:                               FIRST CHARGEBACK

> A financial adjustment has been made to your
> account as a result of a dispute. If
> you wish to contest, your
> response must be received no later than:
> **09/26/2016** (mm/dd/yyyy)

| | |
|---|---|
| **Issuer:** | CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION |
| **Case Number:** | 762496090701 |
| **Adjustment Amount:** | 497.00 |
| **Reason:** | 60 / Credit Not Processed |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 372547049885 | Credit Card Number: | █████9794 |
| Card Product Type: | Platinum MasterCard | Transaction Amount: | 497.00 |
| Batch Date (mm/dd/yyyy): | 08/06/2016 | Transaction Date (mm/dd/yyyy): | 08/06/2016 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Chip |
| Reference Number: | 55310206219091482000062 | POS Entry: | 05 / Chip Read |
| Airline Ticket Number: | | MCC: | 7399 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due and proof that your cancellation/return policy was accepted by the cardholder from your website.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call **Merchant Services** at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**PX 38**

CONFIDENTIAL

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

# DISPUTE RESPONSE

| Responses must be received by |
| :---: |
| 09/26/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

**Case Number:**                                          762496090701
**Amount:**                                                      497.00
**Custom Data:**

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002891

**Expedited Billing Dispute Resolution
Process Form**

*MasterCard
International*

Reason Code 4860—Credit Not Processed

| | | | | |
|---|---|---|---|---|
| | ████████████9794 | | ICA Number | 001001 |
| **Cardholder Information** | Account Number | | | |
| | Name | | | |
| **Transaction Information** | Acquirer's Reference Number | 55310206219091482000062 | | |
| | Transaction Date | 08/06/2016 | Transaction Amount | 497.00 |
| | | | Disputed Amount | 497.00 |
| **Merchant Name** | MOBE
07047248114 NC 28277
USA | | | |

Dispute Information—For specific requirements for each reason code, please refer to the *Chargeback Guide*. Supporting documentation, regardless of cycle, must provide sufficient detail to enable all parties to understand the nature of the dispute or rebuttal. MasterCard will determine whether the specific documentation presented in a chargeback cycle contains sufficient detail.

Please check appropriate box next to the reason code being used.

**Reason Code 4860 – Credit Processed as a Debit**     No
Was the cardholder's account improperly posted with a debit instead of a credit?

X  **Reason Code 4860 – Credit Not Processed**     No
Was the cardholder informed of the merchant's refund or return policy at the point of interaction?

What was the date of the return/cancellation or the date of the attempted return/cancellation?     08/07/2016

Provide any other relevant details about the cancellation or the merchandise return. Cancellation/return details: After reading up on company customer no longer wanted to do business with company ; Merchant accepted cancellation/return? No; Credit documentation? None; Date on credit document: None

**Timeshare Dispute** - Did the cardholder cancel a contract for a timeshare or any similar provision of services within 14 calendar days of signing the contract?

"I certify that the facts were obtained from my discussion with the cardholder or _____, (who is the company representative or government agency representative on behalf of the corporate card or government cardholder) and the facts are accurate to the best of my knowledge."

_____     09/03/2016
Smith, Jessica                                           Date
Customer Service/Chargeback Representative

For specific requirements for each reason code, please refer to the *Chargeback Guide*.

Revised: October 2013

Capital One Public
408a/Exp. Billing Reason Code 4860

Page 1 of 1

**PX 38**

CONFIDENTIAL

FTC-MOBE-002892

## CSD OUT

The following information will be included on the electronic submission to MasterCard.

ARN                          5531020621909148200062
Cardholder Number            ████████████9794
Chargeback Reference         9911632917
Number
Amount                       497.00
Sender Memo                  See Merchant Response
IPM                          2700

CONFIDENTIAL

**PX 38**