Page 1/2      Rcvd at 10/06/2016 10:59:42 EDT   SVR: W1PVAP1429   DNIS:4029329946   CSID 7048498108 Duration(mm:ss): 0:48
10/08/2016 10:47 FAX  7048498108                                                                    @001/002

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

# DISPUTE RESPONSE

| Responses must be received by |
| 09/26/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): ___10/05/16___

Case Number:        762496090701
Amount:             497.00
Custom Data:

| **Why are you requesting a reversal of this Dispute?** |
| No Refund Request was made — although it would have been granted in those circumstances. Refund Policy was delivered with receipt of Payment on the day of purchase. |
| *(if additional space is needed please continue on a separate sheet of paper)* |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

- ✓ Copy of a Signed and/or Electronically Captured Sales Slip
- ___ Copy of a Signed Cancellation Policy
- ___ Copy of a Signed Order Form
- ___ Signed Proof of Delivery, including Proof of Positive AVS
- ___ Signed Rental Agreement
- ___ Copy of the Hotel/Motel Folio
- ___ Copy of the Recurring Billing Agreement
- ___ Copy of the Credit Receipt
- ___ Proof that the Authorized Signer was known by the Cardholder
- ___ Documentation Showing Additional Transactions by this Cardholder
- ___ T & E-Documentation showing Loyalty Transactions related to this Purchase
- ___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
- ___ Proof that the ticket was received for Passenger Transport
- ___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
- ___ Proof of CVV2 in Lieu of Imprint
- ___ Proof of Authorization
- ___ Proof of Verified by Visa or MasterCard Secure Code
- ___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
- ___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
- ___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

09/07/16 IDS000  00031.00

CONFIDENTIAL

FTC-MOBE-002894

Payment ID - I MOBEPROCESSING.COM Inc I Transactions | www.clover.com

10/5/2016

 **Transactions**

CASE # 762496090701

**Payments**     Manual Refunds     Refunds

‹ Back to Payments

### PAYMENT DETAILS

Payment ID: 0E6ST5OWDCH0R
Created: 23-Sep-2016 8:18 pm
Tender: Credit Card
📄 View Payment Receipt

### TOTAL

Payment Amount: $497.00
Tax Amount: $0.00

### EMPLOYEE

William Grant
Payments by William Grant
Edit Employee

### CARD TRANSACTION INFORMATION

Card Details: AMEX - 1009
Card Entry Method: EMV_CONTACT
Card Transaction Type: AUTH
Card Transaction State: CLOSED
MID: 372547049895
AUTH: 823069
REF: 626800000534
CVM: SIGNATURE

### ORDER

Order ID: FXJVBB6Q7WGAW
📄 View Order Receipt

Tax Rates   Tax Amount: $0.00

**PX 38**

CONFIDENTIAL

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

# DISPUTE NOTIFICATION

Dispute Type:                    FIRST CHARGEBACK

09/07/2016 (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

| A financial adjustment has been made to your account as a result of a dispute.If you wish to contest, your response must be received no later than: **09/27/2016** (mm/dd/yyyy) |
| --- |

**Issuer:**                           CITIBANK N.A.
**Case Number:**                  762506336901
**Adjustment Amount:**                  497.00
**Reason:**        55 / Goods or Services Not Provided

---

**Original Transaction Detail Information**

| | | | |
| --- | --- | --- | --- |
| Merchant Number: | 372547049885 | Credit Card Number: | 3276 |
| Card Product Type: | Platinum MasterCard | Transaction Amount: | 497.00 |
| Batch Date (mm/dd/yyyy): | 08/04/2016 | Transaction Date (mm/dd/yyyy): | 08/03/2016 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Chip |
| Reference Number: | 55310206217091488000050 | POS Entry: | 05 / Chip Read |
| Airline Ticket Number: | | MCC: | 7399 |
| Custom Data: | | | |

---

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide either signed proof of delivery or proof the cardholder and carrier have agreed to alternate shipping terms and a copy of the order form or invoice reflecting the "Ship To" address. For services, provide acceptable documentation to include proof that services were rendered.

**Dispute Alert:**If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call **Merchant Services** at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and [deleting it from your computer].

**PX 38**

**CONFIDENTIAL**

**FTC-MOBE-002896**

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
|---|
| 09/27/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

762506336901
497.00

**Case Number:**
**Amount:**
**Custom Data:**

Why are you requesting a reversal of this Dispute?

_(If additional space is needed please continue on a separate sheet of paper)_

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

_____ Copy of a Signed and/or Electronically Captured Sales Slip
_____ Copy of a Signed Cancellation Policy
_____ Copy of a Signed Order Form
_____ Signed Proof of Delivery, including Proof of Positive AVS
_____ Signed Rental Agreement
_____ Copy of the Hotel/Motel Folio
_____ Copy of the Recurring Billing Agreement
_____ Copy of the Credit Receipt
_____ Proof that the Authorized Signer was known by the Cardholder
_____ Documentation Showing Additional Transactions by this Cardholder
_____ T & E-Documentation showing Loyalty Transactions related to this Purchase
_____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
_____ Proof that the ticket was received for Passenger Transport
_____ Proof that the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
_____ Proof of CVV2 in Lieu of Imprint
_____ Proof of Authorization
_____ Proof of Verified by Visa or MasterCard Secure Code
_____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
_____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
_____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002897

Reason Code 4855 –Goods or Services Not Provided
X   Merchant Unwilling or Unable to Render Services

Cardholder Information                                          ICA Number: 010100
Account number: ▓▓▓▓▓▓3276
Name: ▓▓▓▓▓

Transaction Information
Acquirer's Reference Number 55310206217091488000050
Transaction Date 20160803
Transaction Amount 497.00
Dispute Amount 497.00

Merchant Name: -- MOBE        07047248114   NC

Did the cardholder participate in the transaction? Yes

Dispute Information
1)   Give a reasonably specific description of the goods or services
     not received.
Did the cardholder or someone authorized by the cardholder receive the service?  No
What was the expected date of the goods or services?
-- 8/19/2016
If the cardholder cancelled the delivery of the goods or services, indicate the cancellation date:
Additional Information:
Is the merchant bankrupt or unable to provide service or processing?
--
What was the service that was not received?
-- EBUSINESS TRAINING

"I certify that the facts were obtained from my discussion with the cardholder or _____, (who is the
company representative or government agency representative on behalf of the corporate card or government cardholder) and
the facts are accurate to the best of my knowledge."                          Date – 03-Sep-16
   Customer Service/Chargeback Representative : -- PM10756

**CONFIDENTIAL**

**PX 38**

## CSD OUT

The following information will be included on the electronic submission to MasterCard.

ARN                          5531020621709148800050
Cardholder Number            ▮▮▮▮▮▮▮▮▮▮6276
Chargeback Reference         2070503096
Number
Amount                       497.00
Sender Memo                  See Merchant Response
IPM                          2700

CONFIDENTIAL

**PX 38**

FTC-MOBE-002899

**MERCHANT SERVICES**                                    # DISPUTE RESPONSE
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
| 09/27/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy):  ___10/05/16___

Case Number:                               762606336901
Amount:                                          497.00
Custom Data:

---

**Why are you requesting a reversal of this Dispute?**

Goods Purchased was on Event that took place the 19-20-21

No Refund was requested and therefore

not provided.

(If additional space is needed please continue on a separate sheet of paper)

---

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

✓ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E Documentation showing Loyalty Transactions related to this Purchase
___ T & E Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions**, the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Disputes Manager tool.

CONFIDENTIAL

FTC-MOBE-002900

SVR: W1PVAP1429   DNIS:4029329946   CSID 7048498106   Duration(mm:ss): 0:56
002/002

Page 2/2    Rcvd at 10/06/2016 11:01:13 EDT
10/06/2016 10:49 FAX  7048498106

Payment ID - I MOBEPROCESSING.COM Inc I Transactions | www.clover.com

10/5/2016



# Transactions

Case #
7625063369O1

**Payments**    Manual Refunds    Refunds

‹ **Back to Payments**

## PAYMENT DETAILS

Payment ID:  9TM3VYWHJBPGM
Created:  03-Aug-2016 3:20 pm
Tender:  Credit Card
        View Payment Receipt

## TOTAL

Payment Amount:  $497.00
Tax Amount:  $0.00

## EMPLOYEE

Russell Whitney
Payments by Russell Whitney
Edit Employee

## CARD TRANSACTION INFORMATION

Card Details:  MC - B276
Card Entry Method:  EMV_CONTACT
Card Transaction Type:  AUTH
Card Transaction State:  CLOSED
MID:  972547049885
AUTH:  35796B
REF:  621600000069
CVM:  SIGNATURE

## ORDER

Order ID: YK5XXAW5J2X9J
        View Order Receipt

## Tax Rates    Tax Amount: $0.00

| ID | Name | Tax Rate | Taxable Amount | Is Default |
|----|------|----------|----------------|------------|

CONFIDENTIAL

FTC-MOBE-002901

## DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

**09/29/2016** (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

Dispute Type:                    FIRST CHARGEBACK

A financial adjustment has been made to your
account as a result of a dispute.If
you wish to contest, your
response must be received no later than:
**10/19/2016** (mm/dd/yyyy)

Issuer:                CAPITAL ONE BANK (USA),
                       NATIONAL ASSOCIATION
                       762716210201
Case Number:                          497.00
Adjustment Amount:
Reason:                60 / Credit Not Processed

### Original Transaction Detail Information

| | | |
|---|---|---|
| | 372547049885 | Credit Card Number: ████████1634 |
| Merchant Number: | Platinum MasterCard | Transaction Amount: 497.00 |
| Card Product Type: | 09/10/2016 | Transaction Date (mm/dd/yyyy): 09/09/2016 |
| Batch Date (mm/dd/yyyy): | | Alternate Amount: 0.00 |
| Invoice Number: | | Transaction Method: Chip |
| Merchant Xref: | | POS Entry: 05 / Chip Read |
| Reference Number: | 55310206254091485000024 | MCC: 7399 |
| Airline Ticket Number: | | |
| Custom Data: | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due and proof that your cancellation/return policy was accepted by the cardholder from your website.

**Dispute Alert:**If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

**PX 38**

CONFIDENTIAL

FTC-MOBE-002902

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by 10/19/2016 (mm/dd/yyyy) |
|---|

Date (mm/dd/yyyy): _____

**Case Number:**          762716210201
**Amount:**               497.00
**Custom Data:**

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, Including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails) _____
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002903

## Expedited Billing Dispute Resolution Process Form

*MasterCard International*

Reason Code 4860—Credit Not Processed

| | | | | |
|---|---|---|---|---|
| Cardholder Information | Account Number | ████ 634 | ICA Number | 001001 |
| | Name | | | |
| Transaction Information | Acquirer's Reference Number | 55310206254091485000024 | Transaction Amount | 497.00 |
| | Transaction Date | 09/09/2016 | Disputed Amount | 497.00 |

Merchant Name
MOBE
07047248114 NC 28277
USA

**Dispute information**—For specific requirements for each reason code, please refer to the *Chargeback Guide*. Supporting documentation, regardless of cycle, must provide sufficient detail to enable all parties to understand the nature of the dispute or rebuttal. MasterCard will determine whether the specific documentation presented in a chargeback cycle contains sufficient detail.

Please check appropriate box next to the reason code being used.

**Reason Code 4860 – Credit Processed as a Debit**                    No
Was the cardholder's account improperly posted with a debit instead of a credit?

**X  Reason Code 4860 – Credit Not Processed**
Was the cardholder informed of the merchant's refund or return policy at the point of interaction?        No
What was the date of the return/cancellation or the date of the attempted return/cancellation?        09/09/2016
Provide any other relevant details about the cancellation or the merchandise return. Cancellation/return details: no confirmation but merchant representative informed the customer that they will take care of it; Merchant accepted cancellation/return? Yes; Credit documentation? None; Date on credit document: None

**Timeshare Dispute** - Did the cardholder cancel a contract for a timeshare or any similar provision of services within 14 calendar days of signing the contract?

"I certify that the facts were obtained from my discussion with the cardholder or        , (who is the company representative or government agency representative on behalf of the corporate card or government cardholder) and the facts are accurate to the best of my knowledge."

09/26/2016
Achari, Shivani                                                        Date
Customer Service/Chargeback Representative

For specific requirements for each reason code, please refer to the *Chargeback Guide*.

Revised: October 2013

Capital One Public
406a/Exp. Billing Reason Code 4860

**PX 38**

CONFIDENTIAL
FTC-MOBE-002904

## CSD OUT

The following information will be included on the electronic submission to MasterCard.

| | |
|---|---|
| ARN | 55310206254091485000024 |
| Cardholder Number | ████████4634 |
| Chargeback Reference Number | 9911818544 |
| Amount | 497.00 |
| Sender Memo | See Merchant Response |
| IPM | 2700 |

CONFIDENTIAL

PX 38

FTC-MOBE-002905

CONFIDENTIAL

# DISPUTE RESPONSE

MERCHANT SERVICES
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
| 10/19/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): __10/05/2016__

Case Number: 762716210201
Amount: 497.00
Custom Data:

---

**Why are you requesting a reversal of this Dispute?**

No Request Received by me - or Refund
would have been issued. as request was made
with in the ROR period.
Refund policy was provided with receipt/purchase

*(if additional space is needed please continue on a separate sheet of paper)*

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

- [✓] Copy of a Signed and/or Electronically Captured Sales Slip
- [ ] Copy of a Signed Cancellation Policy
- [ ] Copy of a Signed Order Form
- [ ] Signed Proof of Delivery, including Proof of Positive AVS
- [ ] Signed Rental Agreement
- [ ] Copy of the Hotel/Motel Folio
- [ ] Copy of the Recurring Billing Agreement
- [ ] Copy of the Credit Receipt
- [ ] Proof that the Authorized Signer was known by the Cardholder
- [ ] Documentation Showing Additional Transactions by this Cardholder
- [ ] T & E-Documentation showing Loyalty Transactions related to this Purchase
- [ ] T & E-Documentation Showing Subsequent purchases made throughout the Service Period
- [ ] Proof that the ticket was received for Passenger Transport
- [ ] Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
- [ ] Proof of CVV2 in Lieu of Imprint
- [ ] Proof of Authorization
- [ ] Proof of Verified by Visa or MasterCard Secure Code
- [ ] Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
- [ ] Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
- [ ] Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

PX 38

FTC-MOBE-002906

CONFIDENTIAL

Payment ID - | MOBEPROCESSING.COM Inc | Transactions | www.clover.com

0/5/2016

 **Transactions**

Odeksun #
CASE  762716 21020

**Payments**   Manual Refunds   Refunds

‹ **Back to Payments**

### PAYMENT DETAILS

Payment ID: QSCYPYTSBGFG4
Created: 09-Sep-2016 3:32 pm
Tender: Credit Card
▢ View Payment Receipt

### TOTAL

Payment Amount: $497.00
Tax Amount: $0.00

### EMPLOYEE

James Harvey
Payments by James Harvey
Edit Employee

### CARD TRANSACTION INFORMATION

Card Details: MC - 4634
Card Entry Method: EMV_CONTACT
Card Transaction Type: AUTH
Card Transaction State: CLOSED
MID: 372547049885
AUTH: 05056Z
REF: 625300000236
CVM: SIGNATURE

### ORDER

Order ID: XFFR63HD3WBWE
▢ View Order Receipt

## PX 38

FTC-MOBE-002907

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Dispute Type:                    FIRST CHARGEBACK

**09/30/2016** (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

A financial adjustment has been made to your
account as a result of a dispute. If
you wish to contest, your
response must be received no later than:
**10/20/2016** (mm/dd/yyyy)

| | |
|---|---|
| Issuer: | FIRST PREMIER BANK |
| Case Number: | 762736166201 |
| Adjustment Amount: | 497.00 |
| Reason: | 60 / Credit Not Processed |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| | | Credit Card Number: | 8816 |
| | 372547049885 | Transaction Amount: | 497.00 |
| Merchant Number: | | Transaction Date (mm/dd/yyyy): | 09/02/2016 |
| Card Product Type: | MasterCard Gold Card | Alternate Amount: | 0.00 |
| Batch Date (mm/dd/yyyy): | 09/02/2016 | Transaction Method: | Chip Pin |
| Invoice Number: | | POS Entry: | 05 / Chip Read |
| Merchant Xref: | 55310206246091485000132 | MCC: | 7399 |
| Reference Number: | | | |
| Airline Ticket Number: | | | |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued
credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due and proof that your
cancellation/return policy was accepted by the cardholder from your website.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device,
please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become
EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you
have received this debit in error, please refute stating such.

## Questions?
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer).

**CONFIDENTIAL**

**PX 38**

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Responses must be received by
10/20/2016 (mm/dd/yyyy)

Date (mm/dd/yyyy): _____

**Case Number:**          762736166201
**Amount:**          497.00
**Custom Data:**

**Why are you requesting a reversal of this Dispute?**

(If additional space is needed please continue on a separate sheet of paper)

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

_____ Copy of a Signed and/or Electronically Captured Sales Slip
_____ Copy of a Signed Cancellation Policy
_____ Copy of a Signed Order Form
_____ Signed Proof of Delivery, including Proof of Positive AVS
_____ Signed Rental Agreement
_____ Copy of the Hotel/Motel Folio
_____ Copy of the Recurring Billing Agreement
_____ Copy of the Credit Receipt
_____ Proof that the Authorized Signer was known by the Cardholder
_____ Documentation Showing Additional Transactions by this Cardholder
_____ T & E-Documentation showing Loyalty Transactions related to this Purchase
_____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
_____ Proof that the ticket was received for Passenger Transport
_____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
_____ Proof of CVV2 in Lieu of Imprint
_____ Proof of Authorization
_____ Proof of Verified by Visa or MasterCard Secure Code
_____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
_____ Proof that the Cardholder has Possession of the Merchandise/Service (Ie. Photographs, E-mails)
_____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

CONFIDENTIAL

**PX 38**

FTC-MOBE-002909

Page: 1 Document Name: kh

MASTERCARD ICA-3 DOCUMENTATION ROUTING FORM
CSD DOC REQUIRED

PROCESSED 50861
ENDPOINT 0060290                                                    1853/6000
                                           ACQUIRER ID 010100      DATE 092816
CB TYPE 1    ISSUER ID 001853
                                   REFERENCE NUM 55310206246091485000132
CARDHOLDER ████████9816
                                       TRAN ID 246610000078090    DOC IND 1
TRAN DATE 090216    TRAN TIME 042913
                                     REASON CD 4860   CB REF NUM 0327200667
PROC CD 00 00 00    FUNCTION CD 450
                                   I/C AMOUNT 0000000049700    I/C CUR  840
AMOUNT 0000000049700    AMT CUR 840

MESSAGE: CANCELED
MERCHANT MOBE████████  NC

                    BK OF AMERICA, NATL ASSN
                    1 WESTERN MARYLAND PKWY
                    HAGERSTOWN MD 21740
                    HAGERSTOWN MD 21740

Date: 09/28/2016 Time: 7:26:51 AM

CONFIDENTIAL
FTC-MOBE-002910

**PX 38**

Order #: _____

# PURCHASE ORDER

MOBE LTD.
B1-26-8, Soho Suites at KLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur, Malaysia

support@mobe.com
www.mobe.com
1-800-804-1124

**MOBE**

Phone: _____

Name: _____     Mobile: _____

Skype: _____

Primary Email: _____     Apt: _____

Billing Address: _____    State: _____    Postal Code: _____

City: _____    Guest Email: _____

Guest Name: _____

HOW DID YOU HEAR ABOUT US?   (Please Check) ☐ TV ☐ Mall ☐ Radio ☐ Internet ☐ Affiliate

| PURCHASE ITEM | RETAIL | ON SITE PRICE |
|---|---|---|
| 2 DAY TRAINING | 797 | 497 |
| ITAM 21 STEP | 497 | INC |
| LAC | 497 | INC |
| 1 GUEST | | INC |
| | TOTAL: | 497 |
| Special Terms: | AMOUNT PAID: | 497 |
| | BALANCE DUE: | 0 |

Payment Method:
☑ MasterCard ☐ Visa ☐ Amex ☐ Discover   Last 4 digit: 9816   ☐ Cash    ☐ Check # _____   ☐ Wire _____

Merchant Account Used: _____    Authorization # _____

Merchant Account Used: _____    Authorization # _____

Merchant Account Used: _____    Authorization # _____

**☑ I HAVE READ AND AGREE TO THE FOLLOWING TERMS.** [Student Initial Required] _____

1. You have received the terms and conditions below.
2. You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. Some jurisdictions require a longer period and we will honor those regulations. To cancel this transaction simply email support@mobe.com.
3. You agree that we may initiate credit/debit entries to your account today. Your refusal to honor a transfer may result in additional charges. Your authorization is effective until you notify us in writing otherwise. We need at least seven (7) days to make your notice effective.
4. If a partial payment has been made at the time of purchase, you hereby agree to pay any unpaid balance on your account within _____ days of the date of this Agreement, unless other arrangements have been made and included herein.
5. The parties agree that any and all claims arising from or in connection with this purchase must be brought through binding arbitration with the American Arbitration Association as outlined in the appropriate Affiliate or Mastermind Agreement.

X _____    Date _____

Your Signature _____

MOBE Representative Signature _____

FOR INTERNAL USE:   Event: _____    Instructor: B. BRITNEY    ☐ Session 1 ☐ Session 2

City: _____    Date: _____

CONFIDENTIAL

**PX 38**

https://mail.aol.com/webmail-std/en-us/PrintMessage

Please cancel Thursday's transaction dated 9/1/16

**From:** ██████████████████
  **To:** support <support@mobe.com>
**Subject:** Please cancel Thursday's transaction dated 9/1/16
  **Date:** Sat, Sep 3, 2016 1:07 pm

Please cancel Thursday's transaction dated September 1, 2016. I am unable to continue at this time. Thank you.

████████████████████████

San Diego, CA 92119

███████████████████

I request written confirmation of the cancellation. Thanks again.

9/6/2016 4:4(

**PX 38**

CONFIDENTIAL
FTC-MOBE-002912

https://mail.aol.com/webmail-std/en-us/PrintMessage

Fwd: Please cancel Thursday's transaction dated 9/1/16

From: ██████████████████████████
To: justin <justin@mobe.com>
Subject: Fwd: Please cancel Thursday's transaction dated 9/1/16
Date: Sun, Sep 4, 2016 9:36 am

-----Original Message-----
From: ██████████████████████████
To: support <support@mobe.com>
Sent: Sat, Sep 3, 2016 1:07 pm
Subject: Please cancel Thursday's transaction dated 9/1/16

Please cancel Thursday's transaction dated September 1, 2016. I am unable to continue at this time. Thank you.

████████████████████
~~9257 Lake~~
San Diego, CA 92119

████████████████████

I request written confirmation of the cancellation. Thanks again.

9/6/2016 4:▮

1 of 1

CONFIDENTIAL

PX 38

FTC-MOBE-002913

https://mail.aol.com/webmail-std/en-us/PrintMessage

Re: Hey Willene

From: Justin Glover <justin@mobe.com>
To: ███████████████████
Subject: Re: Hey ██████
Date: Mon, Sep 5, 2016 2:22 pm

Hi ██████,

Here is my reply to your last email... Let me know if you are interested in deferring your ticket to our next event.

Have you put in a support request for this yet?

If not, you can do that here, as I do not have the authority to process refunds: http://mobe.com/support

Just curious though, would you be interested in deferring your event ticket until the next time we are in your area?

On Mon, Sep 5, 2016 at 4:22 AM, <willeneharley@aol.com> wrote:
Hello Justin, I have sent you a couple of emails stating that I would have to cancel for now and maybe start again later. Could you please call me on my cell at ██████ I keep my cell phone with me at all times. So, you may call at any time. Thanks, ██████

-----Original Message-----
From: Justin Glover <mattlloyd@mobe.com>
To: ████████████████████
Sent: Sun, Sep 4, 2016 9:04 am
Subject: Hey ██████

Hello, How are you doing today?

I hope all is going great with you!

You may remember me from a day or two back? My name is Justin Glover, and I am your Top Tier Coach with the My Top Tier Business (MTTB) Program that you recently joined, and might I just say, a VERY SMART decision on your part!  : )

I just wanted to touch base briefly and make sure we get you off running and profitable as soon as possible...

And if I'm looking at my records right, it looks like it's already been a few days, and I haven't heard anything from you yet?

Which also means you haven't been able to get in and access the first step! (i.e. The proprietary information you just invested in...)

Now I know we're all busy, however, I know you joined MTTB for a reason too, right?

You want that lifestyle... Freedom... saying good-bye to the boss, to low-income... and learning about High Ticket Commissions, the absolute best vehicle to take you there.

9/6/2016 4

1 of 4

**PX 38**

CONFIDENTIAL

FTC-MOBE-002914

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

Dispute Type:                    FIRST CHARGEBACK

**10/25/2016** (mm/dd/yyyy)

| A financial adjustment has been made to your account as a result of a dispute. If you wish to contest, your response must be received no later than: **11/09/2016** (mm/dd/yyyy) |
| --- |

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

Issuer:                    CAPITAL ONE BANK (USA),
                           NATIONAL ASSOCIATION
Case Number:               762986048001
Adjustment Amount:         497.00
Reason:                    60 / Credit Not Processed

---

Original Transaction Detail Information

| | |
| --- | --- |
| Merchant Number: | 372547049885 |
| Card Product Type: | Platinum MasterCard |
| Batch Date (mm/dd/yyyy): | 10/06/2016 |
| Invoice Number: | |
| Merchant Xref: | |
| Reference Number: | 55310206280091484000049 |
| Airline Ticket Number: | |
| Custom Data: | |

| | |
| --- | --- |
| Credit Card Number: | ▮▮▮▮1480 |
| Transaction Amount: | 497.00 |
| Transaction Date (mm/dd/yyyy): | 10/05/2016 |
| Alternate Amount: | 0.00 |
| Transaction Method: | Chip |
| POS Entry: | 05 / Chip Read |
| MCC: | 7399 |

---

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due and proof that your cancellation/return policy was accepted by the cardholder from your website.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

### Questions?
Call Merchant Services at:
800-430-7161

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**PX 38**

**CONFIDENTIAL**

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

| Responses must be received by |
| 11/09/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

Case Number:                                          762986048001
Amount:                                                   497.00
Custom Data:

**Why are you requesting a reversal of this Dispute?**

_(If additional space is needed please continue on a separate sheet of paper)_

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

# PX 38

CONFIDENTIAL

FTC-MOBE-002916