**Expedited Billing Dispute Resolution
Process Form**

*MasterCard
International*

Reason Code 4860—Credit Not Processed

| | | | | |
|---|---|---|---|---|
| **Cardholder Information** | Account Number | ██████1480 | ICA Number | 001001 |
| | Name | | | |
| **Transaction Information** | Acquirer's Reference Number | 55310206280091484000049 | Transaction Amount | 497.00 |
| | Transaction Date | 10/05/2016 | Disputed Amount | 497.00 |

| | |
|---|---|
| **Merchant Name** | MOBE |
| | 07047248114 NC 28277 |
| | USA |

**Dispute Information**—For specific requirements for each reason code, please refer to the *Chargeback Guide*. Supporting documentation, regardless of cycle, must provide sufficient detail to enable all parties to understand the nature of the dispute or rebuttal. MasterCard will determine whether the specific documentation presented in a chargeback cycle contains sufficient detail.

Please check appropriate box next to the reason code being used.

**Reason Code 4860 – Credit Processed as a Debit**                                          No
Was the cardholder's account improperly posted with a debit instead of a credit?

X **Reason Code 4860 – Credit Not Processed**                                          No
Was the cardholder informed of the merchant's refund or return policy at the point of interaction?

What was the date of the return/cancellation or the date of the attempted return/cancellation?        10/06/2016

Provide any other relevant details about the cancellation or the merchandise return. Cancellation/return details: n/a;
Merchant accepted cancellation/return? No; Credit documentation? None; Date on credit document: None

**Timeshare Dispute** - Did the cardholder cancel a contract for a timeshare or any similar
provision of services within 14 calendar days of signing the contract?

"I certify that the facts were obtained from my discussion with the cardholder or _____, (who is the company
representative or government agency representative on behalf of the corporate card or government cardholder) and the
facts are accurate to the best of my knowledge."

                                                                                                10/22/2016
_____                                                            Date
Maske, Kantilal
Customer Service/Chargeback Representative

For specific requirements for each reason code, please refer to the *Chargeback Guide*.

Revised: October 2013

Capital One Public
408a/Exp. Billing Reason Code 4860

**PX 38**

CONFIDENTIAL

FTC-MOBE-002917

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

Dispute Type:                                                    FIRST CHARGEBACK

**11/05/2016** (mm/dd/yyyy)

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> **11/20/2016** (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

| | |
|---|---|
| **Issuer:** | HSBC BANK PLC |
| **Case Number:** | 763096377901 |
| **Adjustment Amount:** | 297.06 |
| **Reason:** | 53 / Cardholder Dispute |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| | 372547049885 | Credit Card Number: | 8536 |
| Merchant Number: | | Transaction Amount: | 297.00 |
| Card Product Type: | MasterCard Standard Card | Transaction Date (mm/dd/yyyy): | 09/20/2016 |
| Batch Date (mm/dd/yyyy): | 09/21/2016 | Alternate Amount: | 0.00 |
| Invoice Number: | | Transaction Method: | Chip Pin |
| Merchant Xref: | 5531020626509148000042 | POS Entry: | 05 / Chip Read |
| Reference Number: | | MCC: | 7399 |
| Airline Ticket Number: | | | |
| Custom Data: | | | |

__DO NOT ISSUE CREDIT!__ The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a written rebuttal addressing all of the cardholder's concerns and provide copies of all sales drafts, order forms, invoices, or contracts to support your rebuttal.

**Dispute Alert:**If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

### Questions?
Call **Merchant Services** at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**PX 38**

CONFIDENTIAL
FTC-MOBE-002918

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

| Responses must be received by |
| :---: |
| 11/20/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

Case Number:                                      763096377901
Amount:                                                    297.06
Custom Data:

**Why are you requesting a reversal of this Dispute?**

_(If additional space is needed please continue on a separate sheet of paper)_

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002919

# M&S BANK

Our Ref:   CHB028 / JCGEXP/JCGWEX/RC53

Disclaimer form

Credit Card Account Number

| Date | Retailer Name | Amount(s) | Disputed Amount(s) |
|------|---------------|-----------|--------------------|
| 20/09/2016 | MOBE | 0704724811 | £227.39 | £227.39 |

ARN (office use only)   5531020626509148000042

I wish to pursue a claim under the MasterCard dispute process. I did participate in the transaction, but the goods or services did not conform to their description. The retailer has refused to adjust the price, rectify the service, replace the goods/services or issue a credit for the disputed amount(s).

Order date   20 09 16   Delivery date   25 09 16

The information supplied at the time of purchase gave me the reason to expect the following

_useful information about internet marketing_

(Please provide a copy of the sales receipt if available)

I received the following:

_nothing what promised_
_only upsell of the company product_
nothing like described   27/09/16

I attempted to resolve the dispute with the retailer on (date)

M&S Bank, Kings Meadow, Chester CH99 9FB
T 0345 900 0900   W marksandspencer.com/bank

**PX 38**

CONFIDENTIAL

FTC-MOBE-002920

**M&S BANK**

Please provide details of how you did this _____

*Try to complain about the service*

Please provide the response you received from the retailer _____

*just ignored me*

_____

(Continue on a separate sheet if necessary)

_____

Please tick

☐ I returned the good by (Post, courier etc.) _____

on (date) _____

☐ I requested the retailer to arrange collection of the merchandise on (date) 26/09/2016

Please tick ☐ I have enclosed copies of all documentation received to date relating to this transaction i.e. receipt, invoice, letters and emails

Account Holder Signature ████████ Date 6/10/16

Additional Cardholder Signature _____ Date _____

M&S Bank, Kings Meadow, Chester CH99 9FB
T 0345 900 0900 W marksandspencer.com/bank

CONFIDENTIAL

**PX 38**

FTC-MOBE-002921

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

Dispute Type:                    FIRST CHARGEBACK

11/15/2016 (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

> A financial adjustment has been made to your account as a result of a dispute. If you wish to contest, your response must be received no later than:
> **11/30/2016** (mm/dd/yyyy)

Issuer:                  CAPITAL ONE, NATIONAL ASSOCIATION

Case Number:                     763196100401
Adjustment Amount:               297.00
Reason:                          53 / Cardholder Dispute

### Original Transaction Detail Information

| | |
|---|---|
| | 372547049885 |
| Merchant Number: | |
| Card Product Type: | Platinum MasterCard |
| Batch Date (mm/dd/yyyy): | 10/07/2016 |
| Invoice Number: | |
| Merchant Xref: | |
| Reference Number: | 5531020628109148500070 |
| Airline Ticket Number: | |
| Custom Data: | |

| | |
|---|---|
| Credit Card Number: | 5115 |
| Transaction Amount: | 297.00 |
| Transaction Date (mm/dd/yyyy): | 10/07/2016 |
| Alternate Amount: | 0.00 |
| Transaction Method: | Card Present |
| POS Entry: | 01 / Hand Keyed |
| MCC: | 7399 |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide a written rebuttal addressing all of the cardholder's concerns and provide copies of all sales drafts, order forms, invoices, or contracts to support your rebuttal.

**Dispute Alert:** Effective on April 2017, merchants responding to Visa RC 83, MasterCard 37, Amex F29, and Discover 7030/UA02 with Compelling Evidence, must check the applicable boxes relating specifically to what documentation they are providing to support their case.

**Questions?**
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**PX 38**

CONFIDENTIAL
FTC-MOBE-002922

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

| Responses must be received by |
| 11/30/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

Case Number:                                      763196100401
Amount:                                                     297.00
Custom Data:

**Why are you requesting a reversal of this Dispute?**

_(If additional space is needed please continue on a separate sheet of paper)_

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**CONFIDENTIAL**

**PX 38**

FTC-MOBE-002923

**Expedited Billing Dispute Resolution
Process Form**

*MasterCard
International*

## Reason Code 4853 – Cardholder Dispute – Defective/Not As Described

Note:  The cardholder must first try to resolve the dispute with the merchant.  If the cardholder has returned the merchandise, the issuer must wait 15 days after the return to charge back, unless this waiting period would exceed the 120-day chargeback time frame.

**Cardholder Information**
Account Number    ███████5115
Name    ████████

Member ID/
ICA Number    001001

Acquirer's Reference Number    55310206281091485000070

**Transaction Information**
Transaction Date    10/07/2016
Expected delivery date of the goods or services    10/07/2016

Transaction Amount    297.00
Disputed Amount    297.00

**Merchant Description**
MOBE
07047248114 NC 28277
USA
Check type of transaction:  Face-to-face   X   or   Non-face-to-face
Did the cardholder participate in the transaction? X Yes   ___ No

**Dispute Information**

1.  Provide the details of the cardholder's attempt to resolve the issue with the merchant.  Merchant Contacted: Yes, Merchant Contacted Date: 10/07/2016, Merchant Refused: No, Merchant Response: She was advised by the merchant that she will be refunded or the amount that was charge in 5days but failed to process the credit as to date.

2.  Provide details about the return of (or the attempt to return) the merchandise (such as date, location, whether the merchant accepted the return).  Card Holder Attempt to Return/Cancel: Yes, Return/Cancel Date: 10/07/2016, Details of Return/Cancellation: Resolve the issue with the merchant and she was promised a refund but there was no refund posted to the account., Merchant Accepted Return: No

3.  Provide details about how the merchandise was damaged upon delivery or not suitable for the purpose for which it was intended or why the merchandise (or service) is not as described, defective, or incompatible.
     Customer thought that the class fee would only be $297.00 for three days but she was not informed that there will be additional payment for more than a thousand dollars. Cardholder back out of the said class session.

"I certify that the facts were obtained from my discussion with the cardholder or    , (who is the company representative or government agency representative on behalf of the corporate card or government cardholder) and the facts are accurate to the best of my knowledge."

Bajalan, Arnil
Customer Service/Chargeback Representative

11/12/2016
Date

**For specific requirements for each reason code, please refer to the *Chargeback Guide.***

**PX 38**

CONFIDENTIAL
FTC-MOBE-002924

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

Dispute Type:                                    FIRST CHARGEBACK

**12/14/2016 (mm/dd/yyyy)**

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> **12/29/2016** (mm/dd/yyyy)

| | |
|---|---|
| Issuer: | CITIBANK N.A. |
| | 763486517901 |
| Case Number: | 497.00 |
| Adjustment Amount: | |
| Reason: | 55 / Goods or Services Not Provided |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| | | Credit Card Number: | ██████802 |
| Merchant Number: | 372547049885 | Transaction Amount: | 497.00 |
| Card Product Type: | World Elite MasterCard | Transaction Date (mm/dd/yyyy): | 08/30/2016 |
| Batch Date (mm/dd/yyyy): | 08/31/2016 | Alternate Amount: | 0.00 |
| Invoice Number: | | Transaction Method: | Chip |
| Merchant Xref: | 55310206244091481000013 | POS Entry: | 05 / Chip Read |
| Reference Number: | | MCC: | 7399 |
| Airline Ticket Number: | | | |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued
credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide either signed proof of delivery or proof the cardholder and carrier have
agreed to alternate shipping terms and a copy of the order form or invoice reflecting the "Ship To" address. For services,
provide acceptable documentation to include proof that services were rendered.

**Dispute Alert:** Effective on April 2017, merchants responding to Visa RC 83, MasterCard 37, Amex F29, and Discover 7030/
UA02 with Compelling Evidence, must check the applicable boxes relating specifically to what documentation they are
providing to support their case.

**Questions?**
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and (deleting it from your computer).

**CONFIDENTIAL**

# PX 38

**FTC-MOBE-002925**

# DISPUTE RESPONSE

MERCHANT SERVICES
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

| Responses must be received by |
| 12/29/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

**Case Number:** 763486517901
**Amount:** 497.00
**Custom Data:**

---

**Why are you requesting a reversal of this Dispute?**

_(If additional space is needed please continue on a separate sheet of paper)_

---

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

\_\_\_ Copy of a Signed and/or Electronically Captured Sales Slip
\_\_\_ Copy of a Signed Cancellation Policy
\_\_\_ Copy of a Signed Order Form
\_\_\_ Signed Proof of Delivery, including Proof of Positive AVS
\_\_\_ Signed Rental Agreement
\_\_\_ Copy of the Hotel/Motel Folio
\_\_\_ Copy of the Recurring Billing Agreement
\_\_\_ Copy of the Credit Receipt
\_\_\_ Proof that the Authorized Signer was known by the Cardholder
\_\_\_ Documentation Showing Additional Transactions by this Cardholder
\_\_\_ T & E-Documentation showing Loyalty Transactions related to this Purchase
\_\_\_ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
\_\_\_ Proof that the ticket was received for Passenger Transport
\_\_\_ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
\_\_\_ Proof of CVV2 in Lieu of Imprint
\_\_\_ Proof of Authorization
\_\_\_ Proof of Verified by Visa or MasterCard Secure Code
\_\_\_ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
\_\_\_ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails) _____
\_\_\_ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL
FTC-MOBE-002926

Reason Code 4855 –Goods or Services Not Provided

X    Merchant Unwilling or Unable to Render Services

ICA Number: 010100

Cardholder Information
Account number ███████████ 802
Name: ████████████████

Transaction Information
Acquirer's Reference Number 55310206244091481000013
Transaction Date 20160830
Transaction Amount 497.00
Dispute Amount 497.00

████████████ NC

Merchant Name: – MOBE

Did the cardholder participate in the transaction? Yes

Dispute Information
1)    Give a reasonably specific description of the goods or services
      not received.
Did the cardholder or someone authorized by the cardholder receive the service?  No
What was the expected date of the goods or services?
– 9/10/2016
If the cardholder cancelled the delivery of the goods or services, indicate the cancellation date:
Additional Information:
Is the merchant bankrupt or unable to provide service or processing?
–
What was the service that was not received?
-- It was related to how to make $2000 online product(marketing related), real estate.  He made the payment but never
received any service. He has tried to contact the merchant,no help

"I certify that the facts were obtained from my discussion with the cardholder or _____, (who is the
company representative or government agency representative on behalf of the corporate card or government cardholder) and
the facts are accurate to the best of my knowledge."                          Date – 10-Dec-16
     Customer Service/Chargeback Representative : – RS94195

CONFIDENTIAL

**PX 38**

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Dispute Type:                                    FIRST CHARGEBACK

**08/16/2016 (mm/dd/yyyy)**

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> 09/05/2016  (mm/dd/yyyy)

| | |
|---|---|
| **Issuer:** | Capital One |
| **Case Number:** | 8622860015001 |
| **Adjustment Amount:** | 497.00 |
| **Reason:** | 30 / Services Not Provided or Merchandise Not Received |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| | | Credit Card Number: | ▮▮▮▮5459 |
| | 372547049885 | Transaction Amount: | 497.00 |
| Merchant Number: | | Transaction Date (mm/dd/yyyy): | 07/30/2016 |
| Card Product Type: | Visa Traditional Rewards | Alternate Amount: | 0.00 |
| Batch Date (mm/dd/yyyy): | 07/30/2016 | Transaction Method: | Chip |
| Invoice Number: | | POS Entry: | 05 / Chip Read |
| Merchant Xref: | | MCC: | 7399 |
| Reference Number: | 24431066212091483000207 | | |
| Airline Ticket Number: | | | |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:** To refute this chargeback please provide a rebuttal addressing all the Cardholders concerns OR proof you were willing to provide services or merchandise and Cardholder refused services or merchandise OR proof services and merchandise were provided and acknowledged by cardholder.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002928

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| |
|---|
| Responses must be received by<br>09/05/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

Case Number:     862286015001
Amount:                    497.00
Custom Data:

---

**Why are you requesting a reversal of this Dispute?**

*(If additional space is needed please continue on a separate sheet of paper)*

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

_____ Copy of a Signed and/or Electronically Captured Sales Slip
_____ Copy of a Signed Cancellation Policy
_____ Copy of a Signed Order Form
_____ Signed Proof of Delivery, including Proof of Positive AVS
_____ Signed Rental Agreement
_____ Copy of the Hotel/Motel Folio
_____ Copy of the Recurring Billing Agreement
_____ Copy of the Credit Receipt
_____ Proof that the Authorized Signer was known by the Cardholder
_____ Documentation Showing Additional Transactions by this Cardholder
_____ T & E-Documentation showing Loyalty Transactions related to this Purchase
_____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
_____ Proof that the ticket was received for Passenger Transport
_____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
_____ Proof of CVV2 in Lieu of Imprint
_____ Proof of Authorization
_____ Proof of Verified by Visa or MasterCard Secure Code
_____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
_____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
_____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002929

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1467553621

### Transaction Information

| | | | | |
|---|---|---|---|---|
| Card/Acct #: | [redacted]5459 | Tran Type: | Sale | Issuer: CAPITAL ONE BANK (USA), NATIONAL AS-SOCIATION |
| Network: | VISA | Tran Date: | 07/30/16 | |
| Tran ID: | 306212117579233 | Processing Date: | 07/30/16 | CH Name: |
| ARN: | 2-443106-6212-09148300020-7 | Tran Amount: | 497.00 USD | Acquirer: BANK OF AMERICA, NATIONAL ASSOCIA-TION - ACQUIRING |
| Retrieval Ref. #: | 621227091483 | Jurisdiction: | DOMESTIC-US | |

Merchant: MOBE
Location: CHARLOTTE, NC
MCC: 7399
Network ID: VISA

Acqr BID:     10061047
Reimb Attr:   A
Action: Chargeback

Spec Cond:
MOTO/ECI:

### Dispute Information

Dispute Group        5 - Non-Receipt Goods/Services
Dispute Reason       30 - Services not Provided or Merchandise Not Received
Dispute Amount       497.00 USD     Cardholder ☐ Debit ☑ Credit

### Elaboration Information

What was purchased?

### Attempt To Resolve

Did the cardholder attempt to resolve with the merchant?

### Questionnaire Notes and Documents

Comments

Documents
Other                           B/W

Chargeback Reference Number
553621

**PX 38**

CONFIDENTIAL

FTC-MOBE-002930

Cardholder Contact Information

Name
Cardholder did not release contact information.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002931

# REVERSAL REJECTION

MERCHANT SERVICES
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

10/07/2016 (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

We received your request for a reversal of an adjustment made to your account. The information provided was not sufficient to represent the transaction back to the issuer for payment.

| | |
|---|---|
| **Issuer:** | Capital One |
| **Case Number:** | 8622860115001 |
| **Work Type:** | FIRST CHARGEBACK REVERSAL |
| **Reason Code:** | 30 / Services Not Provided or Merchandise Not Received |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 372547049885 | Credit Card Number: | ▮▮▮▮▮6459 |
| Card Product Type: | Visa Traditional Rewards | Transaction Amount: | 497.00 |
| Batch Date (mm/dd/yyyy): | 07/30/2016 | Transaction Date(mm/dd/yyyy): | 07/30/2016 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Chip |
| Reference Number: | 24431086212091483000207 | POS Entry: | 05 / Chip Read |
| Airline Ticket Number: | | MCC: | 7399 |
| Custom Data: | | | |

**COMMENTS:** We received your response, however it was received past the association due date. In the future please make sure all of your responses are sent in a timely manner.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

### Questions?
Call Merchant Services at:
800-430-7161

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

CONFIDENTIAL

**PX 38**

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Dispute Type:                                              FIRST CHARGEBACK

**09/01/2016** (mm/dd/yyyy)

```
A financial adjustment has been made to your
account as a result of a dispute. If
you wish to contest, your
response must be received no later than:
09/21/2016  (mm/dd/yyyy)
```

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

**Issuer:**                                Bank of America Consumer Credit
**Case Number:**                           862466919701
**Adjustment Amount:**                     497.00
**Reason:**                                85 / Credit Not Processed

Original Transaction Detail Information

| | |
|---|---|
| Merchant Number: | 372547049885 |
| Card Product Type: | Visa Signature |
| Batch Date (mm/dd/yyyy): | 08/06/2016 |
| Invoice Number: | |
| Merchant Xref: | 24431066219091482000037 |
| Reference Number: | |
| Airline Ticket Number: | |
| Custom Data: | |

| | |
|---|---|
| Credit Card Number: | 0164 |
| Transaction Amount: | 497.00 |
| Transaction Date (mm/dd/yyyy): | 08/05/2016 |
| Alternate Amount: | 0.00 |
| Transaction Method: | Chip |
| POS Entry: | 05 / Chip Read |
| MCC: | 7399 |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**When responding to this dispute, follow all instructions on the back of the form.**

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due along with one of the following 1) If cardholder is present at the time of the transaction provide a signed cancellation/return policy 2) If the transaction was mail, phone or ecommerce provide proof cancellation/return policy was accepted by the cardholder.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

CONFIDENTIAL
FTC-MOBE-002933

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by 09/21/2016 (mm/dd/yyyy) |
| --- |

Date (mm/dd/yyyy): _____

862446919701

**Case Number:**
**Amount:** 497.00
**Custom Data:**

**Why are you requesting a reversal of this Dispute?**

*(If additional space is needed please continue on a separate sheet of paper)*

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

**CONFIDENTIAL**

FTC-MOBE-002934

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1471298689

### Transaction Information

| | | | | |
|---|---|---|---|---|
| Card/Acct #: | ▓▓▓▓0164 | Tran Type: | Sale | Issuer: BANK OF AMERICA - CONSUMER CREDIT |
| Network: | VISA | Tran Date: | 08/05/16 | |
| Tran ID: | 306218691968993 | Processing Date: | 08/06/16 | CH Name: |
| ARN: | 2-443106-6219-09148200003-7 | Tran Amount: | 497.00 USD | Acquirer: BANK OF AMERICA, NATIONAL ASSOCIA- TION - ACQUIRING |
| Retrieval Ref. #: | 621927091482 | Jurisdiction: | DOMESTIC-US | |

Merchant: MOBE
Location: CHARLOTTE, NC
MCC: 7399
Network ID: VISA

Acqr BID: 10061047
Reimb Attr: A
Action: Chargeback

Spec Cond:
MOTO/ECI:

### Dispute Information

Dispute Group        5 - Cancelled/Returned
Dispute Reason       85 - Credit Not Processed
Dispute Amount       497.00 USD    Cardholder  ☐ Debit  ☑ Credit

### Credit Information

Was a credit voucher, voided transaction receipt or refund acknowledgement given?    ☑ No

### Elaboration Information

What was Purchased?        Other Services
☐ Providing copy of Credit Transaction Receipt not processed
Did you cancel?    ☑ Yes
☐ An original credit was not accepted because either:

### Cancellation Information

Cancel Date:                        2016-08-05
Spoke with:
Was the cardholder given a cancellation policy?        ☑ No

**PX 38**

CONFIDENTIAL
FTC-MOBE-002935

**Attempt To Resolve**

Did the cardholder attempt to resolve with the merchant?                    ☑  Yes

Date of most recent contact:          2016-08-05

Name of Contact:                      MOBE

Contact Method:

Merchant's Response:

ch sttd e-mailed the merchant to cancel ch alsmost broke his leg could not make the seminard

**Questionnaire Notes and Documents**

Comments

ch sttd e-mailed the merchant to cancel  ch alsmost broke his leg could not make the  seminard

Documents

No documents attached

Chargeback Reference Number

242218

**Cardholder Contact Information**

Name

Cardholder did not release contact information.

CONFIDENTIAL

**PX 38**

**Exhibit 2B**
**Dispute Resolution Form**
**Dispute Type - Cancellations and Returns 41, 53, 85 - Acquirer Dispute**

Cardholder Account Number: ████████0164

From BIN: 443108
To BIN: 440066
Chargeback Ref No: 242218
Acquirer's Reference Number: 24431066219091482000037
Transaction Amount: 497.00
Disputed Amount: 497.00
Transaction Type: D   *SALE 05 (15) CREDIT 06 (16) CASH 07 (17)*
Tran Date (MM/DD): 08/05/2016
CPD-Presentment (MM/DD): 08/06/2016
Documentation Indicator: 1
Usage Code: 1
Chargeback Reason Code: 85
Special Condition Indicator:
MO/TO Indicator:
Acquirer's Business ID: 10061047
Merchant/Member City: CHARLOTTE
Merchant/Member Name: MOBE
Estimated CPD (MM/DD/YY): 10/07/2016
Category Code: 7399
State: NC
Optional Collection Data:
Check box if Fraud Account ____
Transaction Identifier: 306218691968993
Address:
Reimbursement Attribute: A     Cardholder Name:
Member Message Field:  IMPROPER SUPPLYING SUPPORTING DOC
Dispute Group: 200-Cancellations and Returns
Dispute Reason: 85-Credit Not Processed

**Complete or check the fields that are applicable:**
Was a credit or reversal processed?
* Credit Amount:
If Yes: * Date (MM/DD/YY):          * Reference Number:
____ Chargeback Conditions not met (Explain in Additional Information)
____ Remedy for Chargeback

**Reason Code 41**
____ Documentation to prove service was not cancelled
____ Issuer did not provide notification that account is closed

**Reason Code 41, 53, 85**
Did you receive the returned merchandise?
Date of Receipt (CCYY-MM-DD):
Did ATR occur?

**Reason Code 53 and 85**
What was purchased?
Date of Services Rendered (CCYY-MM-DD):
Did you provide the services?
Description of services rendered:

**Reason Code 53**
____ Providing evidence to prove service or merchandise correctly described
____ Providing evidence to prove merchandise not defective or unsuitable
____ Providing evidence portion of merchandise/service was used
____ Providing evidence to prove terms of sale not misrepresented
____ Providing evidence to prove merchandise not counterfeit

**Compelling Evidence Provided :**
____ None
____ Documentation to prove the cardholder is in possession of and/or using the merchandise

**Reason Code 85**
____ Providing evidence only one night stay billed for No Show
____ Cardholder cancellation not accepted
____ Cancellation invalid (provide details in Additional Information)
____ Providing evidence Return/Cancellation policy was properly disclosed at time of the transaction
____ Providing evidence that timeshare Transaction not cancelled within the 14-day period
____ Providing evidence portion of merchandise/service was used
Explanation of how cancellation code is invalid:

**Merchant Information**
Contact Name:                              Contact Country Name:
Contact Address:                           Contact Phone Number:
Contact City:                              Contact Fax Number:
Contact State/Province:                    Contact E-mail:
Contact Zip Code:                          Best time to call:
                                           Merchant URL:

**Additional Information:**
____ Additional documentation attached

**PX 38**

CONFIDENTIAL

Page 1/2        Rcvd at 10/06/2016 11:04:38 EDT   SVR: W1PVAP1429   DNIS:4029329946   CSID 7048498106  Duration(mm:ss):0:50
10/06/2016 10:52 FAX  7048498106                                                                                      ☑001/002

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| | |
|---|---|
| Responses must be received by |
| 09/21/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): ___10/05/16___

Case Number:                                862446919701
Amount:                                            497.00
Custom Data:

---

**Why are you requesting a reversal of this Dispute?**

This Request was Never received by the but would have
been granted under these circumstances (the cancellation policy
was given to the client - it is part of the invoice / Po
they receive.
_(If additional space is needed please continue on a separate sheet of paper)_

---

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and Internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions**, the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondance. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

09/02/16 IDS800  0006

CONFIDENTIAL

# PX 38

FTC-MOBE-002938