Payment ID - I MOBEPROCESSING.COM Inc | Transaction I www.clover.com

10/5/2016

 **Transactions**

*CASE #*
*8624469197 01*

**Payments**   Manual Refunds   Refunds

‹ **Back to Payments**

### PAYMENT DETAILS

Payment ID: NMH63FJEE2V6T
Created: 05-Aug-2016 3:19 pm
Tender: Credit Card

📄 View Payment Receipt

### TOTAL

Payment Amount: $497.00
Tax Amount: $0.00

### EMPLOYEE

William Grant
Payments by William Grant
Edit Employee

### CARD TRANSACTION INFORMATION

Card Details: VISA - 0164
Card Entry Method: EMV_CONTACT
Card Transaction Type: AUTH
Card Transaction State: CLOSED
MID: 372547049885
AUTH: 04636C
REF: 621800090089
CVM: SIGNATURE

   

### ORDER

Order ID: DMS1DBXBE75AJ
📄 View Order Receipt

**Tax Rates**   Tax Amount: $0.00

| ID | Name | Tax Rate | Taxable Amount | Is Default |
|---|---|---|---|---|
| CK3YFHVVHN778A | NO_TAX_APPLIED | 0.00000% | $497.00 | No |

**Refunds**   Refund Total: $0.00

CONFIDENTIAL

**PX 38**

FTC-MOBE-002939

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Dispute Type:                                   FIRST CHARGEBACK

09/01/2016 (mm/dd/yyyy)

A financial adjustment has been made to your
account as a result of a dispute. If
you wish to contest, your
response must be received no later than:
**09/21/2016** (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

| | |
|---|---|
| Issuer: | Bank of America Consumer Credit |
| Case Number: | 862446950601 |
| Adjustment Amount: | 497.00 |
| Reason: | 85 / Credit Not Processed |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| | | Credit Card Number: | ████████9089 |
| Merchant Number: | 372547049885 | Transaction Amount: | 497.00 |
| Card Product Type: | Visa Traditional Rewards | Transaction Date (mm/dd/yyyy): | 08/06/2016 |
| Batch Date (mm/dd/yyyy): | 08/07/2016 | Alternate Amount: | 0.00 |
| Invoice Number: | | Transaction Method: | Chip |
| Merchant Xref: | | POS Entry: | 05 / Chip Read |
| Reference Number: | 24431066220091484000057 | MCC: | 7399 |
| Airline Ticket Number: | | | |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due along with one of the following 1) If cardholder is present at the time of the transaction provide a signed cancellation/return policy 2) If the transaction was mail, phone or ecommerce provide proof cancellation/return policy was accepted by the cardholder.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

### Questions?
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**CONFIDENTIAL**

**PX 38**

FTC-MOBE-002940

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
|---|
| 09/21/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

**Case Number:**                                 862446950601
**Amount:**                                            497.00
**Custom Data:**

---

**Why are you requesting a reversal of this Dispute?**

_(If additional space is needed please continue on a separate sheet of paper)_

---

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, Including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

# PX 38

CONFIDENTIAL

FTC-MOBE-002941

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1471273379

### Transaction Information

| | | | | |
|---|---|---|---|---|
| Card/Acct #: | ████████0089 | Tran Type: | Sale | Issuer: BANK OF AMERICA - CONSUMER CREDIT |
| Network: | VISA | Tran Date: | 08/06/16 | |
| Tran ID: | 466219607496691 | Processing Date: | 08/07/16 | CH Name: |
| ARN: | 2-443106-6220-09148400005-7 | Tran Amount: | 497.00 USD | Acquirer: BANK OF AMERICA, NATIONAL ASSOCIA-TION - ACQUIRING |
| Retrieval Ref. #: | 622027091484 | Jurisdiction: | DOMESTIC-US | |

Merchant: MOBE
Location: CHARLOTTE, NC
MCC: 7399
Network ID: VISA

Acqr BID: 10061047
Reimb Attr: A
Action: Chargeback

Spec Cond:
MOTO/ECI:

### Dispute Information

Dispute Group    5 - Cancelled/Returned
Dispute Reason    85 - Credit Not Processed
Dispute Amount    497.00 USD    Cardholder ☐ Debit  ☑ Credit

### Credit Information

Was a credit voucher, voided transaction receipt or refund acknowledgement given?    ☑ No

### Elaboration Information

What was Purchased?    Other Services
☐ Providing copy of Credit Transaction Receipt not processed
Did you cancel?    ☑ Yes
☐ An original credit was not accepted because either:

### Cancellation Information

Cancel Date:    2016-08-09
Spoke with:    Customer service
Was the cardholder given a cancellation policy?    ☑ No

## PX 38

CONFIDENTIAL

FTC-MOBE-002942

**Attempt To Resolve**

Did the cardholder attempt to resolve with the merchant?          ☑   Yes

Date of most recent contact:          08/18/2016

Name of Contact:          customer service

Contact Method:          phone and email

Merchant's Response:

Merchant is trying to refund customer by wire transfer, but has not done so yet.

**Questionnaire Notes and Documents**

Comments

Documents

No documents attached

Chargeback Reference Number

242946

**Cardholder Contact Information**

Name

Cardholder did not release contact information.

CONFIDENTIAL
FTC-MOBE-002943

**Exhibit 2B**
**Dispute Resolution Form**
**Dispute Type - Cancellations and Returns 41, 53, 85 - Acquirer Dispute**

Cardholder Account Number: ███9069

Chargeback Ref No: 242946

From BIN: 443106

To BIN: 440066

Transaction Amount: 497.00

Tran Date (MM/DD): 08/06/2016

Usage Code: 1

Acquirer's Business ID: 10061047

Merchant/Member Name: MOBE

State: NC

Transaction Identifier: 466219607496691

Reimbursement Attribute: A          Cardholder Name:

Member Message Field: IMPROPER SUPPLYING SUPPORTING DOC

Dispute Group: 200-Cancellations and Returns

Dispute Reason: 85-Credit Not Processed

Disputed Amount: 497.00

CPD-Presentment (MM/DD): 08/07/2016

Chargeback Reason Code: 85

MO/TO Indicator:

Category Code: 7399

Optional Collection Data:

Acquirer's Reference Number: 24431066220091484000057

Transaction Type: D    *SALE 05 (15) CREDIT 06 (16) CASH 07 (17)*

Documentation Indicator: 1

Special Condition Indicator:

Merchant/Member City: CHARLOTTE

Estimated CPD (MM/DD/YY): 10/07/2016

Check box if Fraud Account ___

Address:

**Complete or check the fields that are applicable:**

Was a credit or reversal processed?

If Yes: * Date (MM/DD/YY):          * Reference Number:

___ Chargeback Conditions not met (Explain in Additional Information)

___ Remedy for Chargeback

**Reason Code 41**

___ Documentation to prove service was not cancelled

___ Issuer did not provide notification that account is closed

**Reason Code 41, 53, 85**

Did you receive the returned merchandise?

Did ATR occur?

**Reason Code 53 and 85**

What was purchased?

Did you provide the services?

Description of services rendered:

**Reason Code 53**

___ Providing evidence to prove service or merchandise correctly described

___ Providing evidence to prove merchandise not defective or unsuitable

___ Providing evidence portion of merchandise/service was used

___ Providing evidence to prove terms of sale not misrepresented

___ Providing evidence to prove merchandise not counterfeit

**Compelling Evidence Provided :**

___ None

___ Documentation to prove the cardholder is in possession of and/or using the merchandise

**Reason Code 85**

___ Providing evidence only one night stay billed for No Show

___ Cardholder cancellation not accepted

___ Cancellation invalid (provide details in Additional Information)

___ Providing evidence Return/Cancellation policy was properly disclosed at time of the transaction

___ Providing evidence that timeshare Transaction not cancelled within the 14-day period

___ Providing evidence portion of merchandise/service was used

Explanation of how cancellation code is invalid:

* Credit Amount:

Date of Receipt (CCYY-MM-DD):

Date of Services Rendered (CCYY-MM-DD):

**Merchant Information**

Contact Name:

Contact Address:

Contact City:

Contact State/Province:

Contact Zip Code:

Contact Country Name:

Contact Phone Number:

Contact Fax Number:

Contact E-mail:

Best time to call:

Merchant URL:

**Additional Information:**

___ Additional documentation attached

**PX 38**

CONFIDENTIAL

FTC-MOBE-002944

Page 1/2     Rcvd at 10/06/2016 11:06:15 EDT  SVR: WIPVAP1429   DNIS:4029329946   CSID 7048498106 Duration(mm:ss): 0:48
10/06/2016 10:54 FAX  7048498106                                                                        001/002

# DISPUTE RESPONSE

MERCHANT SERVICES
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| | |
|---|---|
| | Responses must be received by 09/21/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): 10/05/2016

Case Number:                    862446950601
Amount:                              497.00
Custom Data:

**Why are you requesting a reversal of this Dispute?**

*No Request Made to Me for Refund and
therefore No refund was Processed.
Cancellation Policy was given to client as part
of original paperwork (Part of Invc - (Receipt)*

(If additional space is needed please continue on a separate sheet of paper)

The issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie, Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ For non face-to-face transactions (mail/telephone and Internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ For face-to-face transactions, the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

09/02/16 IDS000  000

# PX 38

CONFIDENTIAL
FTC-MOBE-002945

Rcvd at 10/06/2016 11:08:15 EDT   SVR: W1PVAP1429   DNIS:4029329946   CSID 7048498108 Duration(mm:ss): 0:48
Page 2/2    002/002
10/06/2016 10:54 FAX  7048498106

Payment ID - | MOBEPROCESSING.COM Inc | Transactions | www.clover.com

10/5/2016

 **Transactions**

CASE #
862 44695060|

**Payments**    Manual Refunds    **Refunds**

‹ **Back to Payments**

### PAYMENT DETAILS

Payment ID: R52EG0BEZBGN0
Created: 06-Aug-2016 12:52 pm
Tender: Credit Card
📄 View Payment Receipt

### TOTAL

Payment Amount: $497.00
Tax Amount: $0.00

### EMPLOYEE

James Harvey
Payments by James Harvey
Edit Employee

### CARD TRANSACTION INFORMATION

Card Details: VISA - 9089
Card Entry Method: EMV_CONTACT
Card Transaction Type: AUTH
Card Transaction State: CLOSED
MID: 372547049685
AUTH: 042118
REF: 621900000106
CVM: SIGNATURE



### ORDER

Order ID: RFMDJ4PSJHBZ8
📄 View Order Receipt

## Tax Rates    Tax Amount: $0.00

| ID | Name | Tax Rate | Taxable Amount | Is Default |
|----|------|----------|----------------|------------|

CONFIDENTIAL

**PX 38**

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

Dispute Type: FIRST CHARGEBACK

09/14/2016 (mm/dd/yyyy)

| A financial adjustment has been made to your account as a result of a dispute. If you wish to contest, your response must be received no later than: **10/04/2016** (mm/dd/yyyy) |
| --- |

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

Issuer: Chase Bank USA, National Association

Case Number: 862556313901
Adjustment Amount: 297.00
Reason: 85 / Credit Not Processed

---

Original Transaction Detail Information

| Merchant Number: | 372547049885 | Credit Card Number: | ██████0178 |
| --- | --- | --- | --- |
| Card Product Type: | Visa Signature Preferred | Transaction Amount: | 297.00 |
| Batch Date (mm/dd/yyyy): | 09/02/2016 | Transaction Date (mm/dd/yyyy): | 09/02/2016 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | | Transaction Method: | Chip |
| Reference Number: | 244310662460911485000171 | POS Entry: | 05 / Chip Read |
| Airline Ticket Number: | | MCC: | 7399 |
| Custom Data: | | | |

---

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due along with one of the following 1) If cardholder is present at the time of the transaction provide a signed cancellation/return policy 2) If the transaction was mail, phone or ecommerce provide proof cancellation/return policy was accepted by the cardholder.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call Merchant Services at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**PX 38**

CONFIDENTIAL
FTC-MOBE-002947

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
|---|
| 10/04/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

**Case Number:**                                          862556313901
**Amount:**                                                      297.00
**Custom Data:**

---

| Why are you requesting a reversal of this Dispute? |
|---|
| |
| |
| |
| |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

_____ Copy of a Signed and/or Electronically Captured Sales Slip
_____ Copy of a Signed Cancellation Policy
_____ Copy of a Signed Order Form
_____ Signed Proof of Delivery, including Proof of Positive AVS
_____ Signed Rental Agreement
_____ Copy of the Hotel/Motel Folio
_____ Copy of the Recurring Billing Agreement
_____ Copy of the Credit Receipt
_____ Proof that the Authorized Signer was known by the Cardholder
_____ Documentation Showing Additional Transactions by this Cardholder
_____ T & E-Documentation showing Loyalty Transactions related to this Purchase
_____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
_____ Proof that the ticket was received for Passenger Transport
_____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
_____ Proof of CVV2 in Lieu of Imprint
_____ Proof of Authorization
_____ Proof of Verified by Visa or MasterCard Secure Code
_____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
_____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
_____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002948

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1474668275

### Transaction Information

| | | | | |
|---|---|---|---|---|
| Card/Acct #: | ██████████ 0178 | Tran Type: | Sale | Issuer: CHASE BANK USA, NA-TIONAL ASSOCIATION |
| Network: | VISA | Tran Date: | 09/02/16 | |
| Tran ID: | 586246115319372 | Processing Date: | 09/02/16 | CH Name: |
| ARN: | 2-443106-6246-09148500017-1 | Tran Amount: | 297.00 USD | Acquirer: BANK OF AMERICA, NATIONAL ASSOCIA-TION - ACQUIRING |
| Retrieval Ref. #: | 624621091485 | Jurisdiction: | DOMESTIC-US | |

Merchant: MOBE
Location: CHARLOTTE, NC

Action: Chargeback

### Dispute Information

Dispute Group          5 - Cancelled/Returned
Dispute Reason         85 - Credit Not Processed
Dispute Amount         297.00 USD     Cardholder ☐ Debit ☑ Credit

### Credit Information

Was a credit voucher, voided transaction receipt or refund acknowledgement given?

### Elaboration Information

What was Purchased?          Other Services
☐ Providing copy of Credit Transaction Receipt not processed
Did you cancel?    ☑ Yes
☐ An original credit was not accepted because either:

### Cancellation Information

Cancel Date:                    090916
Spoke with:                     customer service
Was the cardholder given a cancellation policy?        ☑ No

### Attempt To Resolve

Did the cardholder attempt to resolve with the merchant?          ☑ Yes
Date of most recent contact:          090916

**CONFIDENTIAL**

**PX 38**

FTC-MOBE-002949

Name of Contact:                    customer service
Contact Method:                     Via online
Merchant's Response:
cancellation being processed

## Questionnaire Notes and Documents

Comments

Documents
No documents attached

Chargeback Reference Number

## Cardholder Contact Information

Name
Cardholder did not release contact information.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002950

**Exhibit 2B**
**Dispute Resolution Form**
**Dispute Type - Cancellations and Returns 41, 53, 85 - Acquirer Dispute**

Cardholder Account Number: ████████0178

To BIN: 414720    From BIN: 443106    Chargeback Ref No: 253527    Acquirer's Reference Number: 24431068246091485000171
Transaction Amount: 297.00    Disputed Amount: 297.00    Transaction Type: D   SALE 05 (15) CREDIT 06 (16) CASH 07 (17)
Tran Date (MM/DD): 09/02/2016    CPD-Presentment (MM/DD): 09/02/2016    Documentation Indicator: 1
Usage Code: 1    Chargeback Reason Code: 85    Special Condition Indicator:
Acquirer's Business ID: 10061047    MO/TO Indicator:    Merchant/Member City: CHARLOTTE
Merchant/Member Name: MOBE    Estimated CPD (MM/DD/YY): 10/07/2016
State: NC    Category Code: 7399    Check box if Fraud Account ___
Transaction Identifier: 586246115319372    Optional Collection Data:    Address:
Reimbursement Attribute: A    Cardholder Name:
Member Message Field:  IMPROPER SUPPLYING SUPPORTING DOC
Dispute Group: 200-Cancellations and Returns
Dispute Reason: 85-Credit Not Processed

Complete or check the fields that are applicable:

Was a credit or reversal processed?    * Credit Amount:
If Yes: * Date (MM/DD/YY):    * Reference Number:
___ Chargeback Conditions not met (Explain in Additional Information)
___ Remedy for Chargeback

**Reason Code 41**
___ Documentation to prove service was not cancelled
___ Issuer did not provide notification that account is closed

**Reason Code 41, 53, 85**    Date of Receipt (CCYY-MM-DD):
Did you receive the returned merchandise?
Did ATR occur?

**Reason Code 53 and 85**
What was purchased?    Date of Services Rendered (CCYY-MM-DD):
Did you provide the services?
Description of services rendered:

**Reason Code 53**
___ Providing evidence to prove service or merchandise correctly described
___ Providing evidence to prove merchandise not defective or unsuitable
___ Providing evidence portion of merchandise/service was used
___ Providing evidence to prove terms of sale not misrepresented
___ Providing evidence to prove merchandise not counterfeit

**Compelling Evidence Provided :**
___ None
___ Documentation to prove the cardholder is in possession of and/or using the merchandise

**Reason Code 85**
___ Providing evidence only one night stay billed for No Show
___ Cardholder cancellation not accepted
___ Cancellation invalid (provide details in Additional Information)
___ Providing evidence Return/Cancellation policy was properly disclosed at time of the transaction
___ Providing evidence that timeshare Transaction not cancelled within the 14-day period
___ Providing evidence portion of merchandise/service was used
Explanation of how cancellation code is invalid:

**Merchant Information**
Contact Name:    Contact Country Name:
Contact Address:    Contact Phone Number:
Contact City:    Contact Fax Number:
Contact State/Province:    Contact E-mail:
Contact Zip Code:    Best time to call:
    Merchant URL:

Additional Information:
___ Additional documentation attached

**PX 38**

CONFIDENTIAL

Page 1/2      Rcvd at 10/06/2016 10:56:18 EDT   SVR: W1PVAP1429   DNIS:4029329946   CSID 7048498106 Duration (mm:ss): 0:49
10/06/2016 10:44 FAX   7048498106                                                                                    ☑ 001/002

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6603
HAGERSTOWN, MD 21741-6603
USA

| Responses must be received by |
| 10/04/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _10/5/16_

Case Number:                                                          862556313901
Amount:                                                                      297.00
Custom Data:

| Why are you requesting a reversal of this Dispute? |
| _Purchay mode on 9/1/16 — No cancellation_ |
| _or refund refund    received. Refund Policy was_ |
| _Distributed with Receipt when purchase was_ |
| _made._ |
| (If additional space is needed please continue on a separate sheet of paper) |

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

- ✓ Copy of a Signed and/or Electronically Captured Sales Slip
- ___ Copy of a Signed Cancellation Policy
- ___ Copy of a Signed Order Form
- ___ Signed Proof of Delivery, including Proof of Positive AVS
- ___ Signed Rental Agreement
- ___ Copy of the Hotel/Motel Folio
- ___ Copy of the Recurring Billing Agreement
- ___ Copy of the Credit Receipt
- ___ Proof that the Authorized Signer was known by the Cardholder
- ___ Documentation Showing Additional Transactions by this Cardholder
- ___ T & E Documentation showing Loyalty Transactions related to this Purchase
- ___ T & E Documentation Showing Subsequent purchases made throughout the Service Period
- ___ Proof that the ticket was received for Passenger Transport
- ___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
- ___ Proof of CVV2 in Lieu of Imprint
- ___ Proof of Authorization
- ___ Proof of Verified by Visa or MasterCard Secure Code
- ___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
- ___ Proof that a Customer Profile was Established and Validated for the Merchandise/Service (ie. Photographs, E-mails)
- ___ Proof that the Cardholder has Possession of the Merchandise/Service
- ___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions**, the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

FOR FAST PROCESSING, FAX YOUR RESPONSE TO: 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**CONFIDENTIAL**

FTC-MOBE-002952

Page 2/2    Rcvd at 10/06/2016 10:56:18 EDT   SVR: W1PVAP1429   DNIS:4029329946   CSID 7048498108 Duration(mm:ss): 0:49
10/06/2016 10:44 FAX  7048498108                                                                    002/002

10/5/2016                           Payment ID - I.MOBEPROCESSING.COM Inc I Transactions I www.clover.com

 **Transactions**

Payments    Manual Refunds    Refunds

CASE
# 8b255b313901

‹ **Back to Payments**

### PAYMENT DETAILS

Payment ID: KC7E3WYKX4MHT
Created: 01-Sep-2016 11:12 pm
Tender: Credit Card
View Payment Receipt

### TOTAL

Payment Amount: $297.00
Tax Amount: $0.00

### EMPLOYEE

William Grant
Payments by William Grant
Edit Employee

### CARD TRANSACTION INFORMATION

Card Details: VISA - 0178
Card Entry Method: EMV_CONTACT
Card Transaction Type: AUTH
Card Transaction State: CLOSED
MID: 372547049885
AUTH: 06331D
REF: 624600000164
CVM: SIGNATURE



### ORDER

Order ID: HZZ46862P47BA
View Order Receipt

*Tax Rates*    Tax Amount: $0.00

**PX 38**

**CONFIDENTIAL**

FTC-MOBE-002953

# DISPUTE NOTIFICATION

Dispute Type:                                      FIRST CHARGEBACK

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

10/09/2016 (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> <u>10/29/2016</u> (mm/dd/yyyy)

Issuer:                                PNC Bank, National Association -
                                       Consumer Credit

Case Number:                           862826661901
Adjustment Amount:                     497.00
Reason:  53 / Not as Described or Defective Merchandise

---

Original Transaction Detail Information

|  |  |
|---|---|
| | Credit Card Number:     ████████9347 |
| 372547049885 | Credit Card Number: |
| Merchant Number: | Transaction Amount:     497.00 |
| Card Product Type:   Visa Signature | Transaction Date (mm/dd/yyyy):   09/07/2016 |
| Batch Date (mm/dd/yyyy):   09/08/2016 | Alternate Amount:     0.00 |
| Invoice Number: | Transaction Method:     Chip |
| Merchant Xref: | POS Entry:     05 / Chip Read |
| Reference Number:   2443106625209148100010 | MCC:     7399 |
| Airline Ticket Number: | |
| Custom Data: | |

---

<u>DO NOT ISSUE CREDIT!</u> The cardholders account has been credited as a result of this chargeback. If you previously issued
credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:** To refute this chargeback, please provide a detailed rebuttal addressing all of the cardholders concerns including
an explanation of any attempts you made to resolve the issue directly with the cardholder.

**Dispute Alert:**If you have received an EMV chargeback and the transaction was not processed on a chip capable device,
please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become
EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you
have received this debit in error, please refute stating such.

Questions?
Call Merchant Services at:
800-430-7161

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer).

**CONFIDENTIAL**

**PX 38**

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

# DISPUTE RESPONSE

| Responses must be received by 10/29/2016 (mm/dd/yyyy) |
|---|

Date (mm/dd/yyyy): _____

Case Number:                    862826661901
Amount:                               497.00
Custom Data:

Why are you requesting a reversal of this Dispute?

_____
_____
_____
_____
_____

**(If additional space is needed please continue on a separate sheet of paper)**

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002955

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1480920856

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ▮▮▮▮9347 | Tran Type: | Sale | Issuer: | PNC BANK, NATIONAL ASSOCIATION - CONSUMER CREDIT |
| Network: | VISA | Tran Date: | 09/07/16 | | |
| Tran ID: | 386251698304249 | Processing Date: | 09/08/16 | CH Name: | |
| ARN: | 2-443106-6252-09148100001-0 | Tran Amount: | 497.00 USD | Acquirer: | BANK OF AMERICA, NATIONAL ASSOCIATION - ACQUIRING |
| Retrieval Ref. #: | 625220091481 | Jurisdiction: | DOMESTIC-US | | |
| | | | | Merchant: | MOBE |
| | | | | Location: | CHARLOTTE, NC |
| Acqr BID: | 10061047 | Spec Cond: | | MCC: | 7399 |
| Reimb Attr: | A | MOTO/ECI: | | Network ID: | VISA |
| Action: | Chargeback | | | | |

### Dispute Information

Dispute Group    5 - Cancelled/Returned

Dispute Reason    53 - Not as Described or Defective Merchandise

Dispute Amount    497.00 USD    Cardholder ☐ Debit ☑ Credit

### Elaboration Information

What was purchased?    ☑ Services

What was wrong?    ☑ Not as Described

Description of services ordered:

INTERNET MARKETING LESSONS

Provide details why the service was not as described:

CH PURCAHSED INTERNET MARKETING LESSONS TO TEACH HOW TO MARKET ONLINE BUT LESSONS WERE POOR AND NOT AS DESCRIBED AND HE WAS NOT ACTUALLY TAUGHT ANYTHING.

Cardholder received or expected to receive services on:

Date the Cardholder first notified Issuer:

Did you cancel?    ☑ Yes

Did the cardholder pay to have the work re-done?

### Cancellation Information

Cancel Date:    160916

Spoke with:

**CONFIDENTIAL**

**PX 38**

FTC-MOBE-002956

Cancellation Reason:

**Attempt To Resolve**

Did the cardholder attempt to resolve with the merchant?          ☑   Yes

Date of most recent contact:          160916

Name of Contact:          MERCHANT

Contact Method:          FACE TO FACE

Merchant's Response:

MERCHANT REFUSED TO RESOLVE AND REFUSED TO REFUND.

**Questionnaire Notes and Documents**

Comments

CH PURCHASED SERVICES TO TEACH HIM HOW TO MARKET ONLINE FROM BUT CH CANCELLED ON 9/16 PER
LESSONS WERE NOT AS DESCRIBED, DID NOT TEACH CH, WAS DISHONEST PLOY. ATTR 9/16/16 MERCHANT RE
FUSED TO RESOLVE. CH DUE FULL REFUND.

Documents

No documents attached

Chargeback Reference Number

280838

**Cardholder Contact Information**

Name

Cardholder did not release contact information.

CONFIDENTIAL

**PX 38**

FTC-MOBE-002957

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

Dispute Type:                                    FIRST CHARGEBACK

10/28/2016 (mm/dd/yyyy)

| A financial adjustment has been made to your account as a result of a dispute. If you wish to contest, your response must be received no later than: **11/12/2016** (mm/dd/yyyy) |
| --- |

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

**Issuer:**                                      Bank of America Commercial
**Case Number:**                                 863016022301
**Adjustment Amount:**                           497.00
**Reason:** 53 / Not as Described or Defective Merchandise

| Original Transaction Detail Information | |
| --- | --- |
| | **Credit Card Number:** ██████2408 |
| **Merchant Number:** 372547049885 | **Transaction Amount:** 497.00 |
| **Card Product Type:** Business Tier 1 | **Transaction Date (mm/dd/yyyy):** 09/07/2016 |
| **Batch Date (mm/dd/yyyy):** 09/08/2016 | **Alternate Amount:** 0.00 |
| **Invoice Number:** | **Transaction Method:** Chip |
| **Merchant Xref:** 2443106825209148100051 | **POS Entry:** 05 / Chip Read |
| **Reference Number:** | **MCC:** 7399 |
| **Airline Ticket Number:** | |
| **Custom Data:** | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:** To refute this chargeback, please provide a detailed rebuttal addressing all of the cardholders concerns including an explanation of any attempts you made to resolve the issue directly with the cardholder.

**Dispute Alert:** If you have received an EMV chargeback and the transaction was not processed on a chip capable device, please accept the chargeback as there is no further recourse. In order to avoid these types of disputes you MUST become EMV capable. Please contact Customer Service for additional information. *If you have an EMV capable device and feel you have received this debit in error, please refute stating such.

**Questions?**
Call **Merchant Services** at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**CONFIDENTIAL**

**PX 38**

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

| Responses must be received by |
|---|
| 11/12/2016 (mm/dd/yyyy) |

Date (mm/dd/yyyy): _____

**Case Number:**                                863016022301
**Amount:**                                      497.00
**Custom Data:**

Why are you requesting a reversal of this Dispute?

_(If additional space is needed please continue on a separate sheet of paper)_

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

___ Copy of a Signed and/or Electronically Captured Sales Slip
___ Copy of a Signed Cancellation Policy
___ Copy of a Signed Order Form
___ Signed Proof of Delivery, including Proof of Positive AVS
___ Signed Rental Agreement
___ Copy of the Hotel/Motel Folio
___ Copy of the Recurring Billing Agreement
___ Copy of the Credit Receipt
___ Proof that the Authorized Signer was known by the Cardholder
___ Documentation Showing Additional Transactions by this Cardholder
___ T & E-Documentation showing Loyalty Transactions related to this Purchase
___ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
___ Proof that the ticket was received for Passenger Transport
___ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
___ Proof of CVV2 in Lieu of Imprint
___ Proof of Authorization
___ Proof of Verified by Visa or MasterCard Secure Code
___ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
___ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails)
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

**PX 38**

CONFIDENTIAL

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1485026486

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ████2408 | Tran Type: | Sale | Issuer: | BANK OF AMERICA - COMMERCIAL CREDIT |
| Network: | VISA | Tran Date: | 09/07/16 | | |
| Tran ID: | 586251702063306 | Processing Date: | 09/08/16 | CH Name: | JACQUES S JAIKARAN |
| ARN: | 2-443106-6252-09148100005-1 | Tran Amount: | 497.00 USD | Acquirer: | BANK OF AMERICA, NATIONAL ASSOCIA- TION - ACQUIRING |
| Retrieval Ref. #: 625221091481 | | Jurisdiction: | DOMESTIC-US | | |
| | | | | Merchant: | MOBE |
| | | | | Location: | CHARLOTTE, NC |
| Acqr BID: | 10061047 | Spec Cond: | | MCC: | 7399 |
| Reimb Attr: | A | MOTO/ECI: | | Network ID: | VISA |
| Action: Chargeback | | | | | |

### Dispute Information

Dispute Group        5 - Cancelled/Returned

Dispute Reason       53 - Not as Described or Defective Merchandise

Dispute Amount       497.00 USD    Cardholder ☐ Debit ☑ Credit

### Elaboration Information

What was purchased?        ☑ Services

What was wrong?            ☑ Not as Described

Description of services ordered:

Item 21 step, 3 day training, PAC

Provide details why the service was not as described:

ch was not able to view the 21 step videos the password did not work and wanot able to take the 3 day training

Cardholder received or expected to receive services on:        09232016

                                                               2016-09-26

Date the Cardholder first notified Issuer:

Did you cancel?        ☑ Yes

Did the cardholder pay to have the work re-done?

### Cancellation Information

                                    09202016

Cancel Date:

Spoke with:

Cancellation Reason:

unable to view videos unable to take training

**CONFIDENTIAL**

## PX 38

**Attempt To Resolve**

Did the cardholder attempt to resolve with the merchant?          ☑ Yes

Date of most recent contact:     09202016

Name of Contact:                 NO ONE

Contact Method:                  EMAIL

Merchant's Response:

no assistance

**Questionnaire Notes and Documents**

Comments

Documents

No documents attached

Chargeback Reference Number

000590

**Cardholder Contact Information**

Name                              █████████

Cardholder did not release contact information.

CONFIDENTIAL

FTC-MOBE-002961

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

Dispute Type:                                          FIRST CHARGEBACK

12/11/2016 (mm/dd/yyyy)

```
A financial adjustment has been made to your
        account as a result of a dispute.If
             you wish to contest, your
   response must be received no later than:
             12/26/2016  (mm/dd/yyyy)
```

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

Issuer:                                          Capital One
Case Number:                              863457621901
Adjustment Amount:                             1997.00
Reason:     53 / Not as Described or Defective Merchandise

### Original Transaction Detail Information

| | |
|---|---|
| Merchant Number: | 372547049885 |
| Card Product Type: | Visa Infinite Business |
| Batch Date (mm/dd/yyyy): | 09/17/2016 |
| Invoice Number: | |
| Merchant Xref: | |
| Reference Number: | 24431068261091484000283 |
| Airline Ticket Number: | |
| Custom Data: | |

| | |
|---|---|
| Credit Card Number: | ████8076 |
| Transaction Amount: | 1997.00 |
| Transaction Date (mm/dd/yyyy): | 09/16/2016 |
| Alternate Amount: | 0.00 |
| Transaction Method: | Chip |
| POS Entry: | 05 / Chip Read |
| MCC: | 7399 |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:** To refute this chargeback, please provide a detailed rebuttal addressing all of the cardholders concerns including an explanation of any attempts you made to resolve the issue directly with the cardholder.

**Dispute Alert:**Effective on April 2017, merchants responding to Visa RC 83, MasterCard 37, Amex F29, and Discover 7030/ UA02 with Compelling Evidence, must check the applicable boxes relating specifically to what documentation they are providing to support their case.

### Questions?
Call Merchant Services at:
800-430-7161

Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

CONFIDENTIAL

**PX 38**