# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

| Responses must be received by 12/26/2016 (mm/dd/yyyy) |
|---|

Date (mm/dd/yyyy): _____

Case Number:   863457621901
Amount:   1997.00
Custom Data:

**Why are you requesting a reversal of this Dispute?**

*(If additional space is needed please continue on a separate sheet of paper)*

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

____ Copy of a Signed and/or Electronically Captured Sales Slip
____ Copy of a Signed Cancellation Policy
____ Copy of a Signed Order Form
____ Signed Proof of Delivery, including Proof of Positive AVS
____ Signed Rental Agreement
____ Copy of the Hotel/Motel Folio
____ Copy of the Recurring Billing Agreement
____ Copy of the Credit Receipt
____ Proof that the Authorized Signer was known by the Cardholder
____ Documentation Showing Additional Transactions by this Cardholder
____ T & E-Documentation showing Loyalty Transactions related to this Purchase
____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
____ Proof that the ticket was received for Passenger Transport
____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
____ Proof of CVV2 in Lieu of Imprint
____ Proof of Authorization
____ Proof of Verified by Visa or MasterCard Secure Code
____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails) _____
____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

CONFIDENTIAL

**PX 38**

FTC-MOBE-002963

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1495840542

### Transaction Information

Card/Acct #: ███████ 8076

Network: VISA

Tran ID: 386260758385530

ARN: 2-443106-6261-09148400026-3

Retrieval Ref. #: 626123091484

Tran Type: Sale

Tran Date: 09/16/16

Processing Date: 09/17/16

Tran Amount: 1997.00 USD

Jurisdiction: DOMESTIC-US

Issuer: CAPITAL ONE BANK (USA), NATIONAL AS-SOCIATION

CH Name:

Acquirer: BANK OF AMERICA, NATIONAL ASSOCIA-TION - ACQUIRING

Merchant: MOBE

Location: CHARLOTTE, NC

MCC: 7399

Network ID: VISA

Acqr BID: 10061047

Reimb Attr: A

Action: Chargeback

Spec Cond:

MOTO|ECI:

### Dispute Information

Dispute Group: 5 - Cancelled/Returned

Dispute Reason: 53 - Not as Described or Defective Merchandise

Dispute Amount: 1,997.00 USD    Cardholder ☐ Debit ☑ Credit

### Elaboration Information

What was purchased?

### Attempt To Resolve

Did the cardholder attempt to resolve with the merchant?

### Questionnaire Notes and Documents

Comments

Documents                         B/W

Other

Chargeback Reference Number

840542

CONFIDENTIAL

**PX 38**

FTC-MOBE-002964

**Cardholder Contact Information**

Name
Cardholder did not release contact information.

**PX 38**

CONFIDENTIAL

FTC-MOBE-002965

# DISPUTE NOTIFICATION

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

Dispute Type:           FIRST CHARGEBACK

01/27/2017 (mm/dd/yyyy)

MOBE
SUSAN ZANGHI
8207 GOLF RIDGE DR
CHARLOTTE NC 28277
US

> A financial adjustment has been made to your
> account as a result of a dispute.If
> you wish to contest, your
> response must be received no later than:
> **02/11/2017** (mm/dd/yyyy)

**Issuer:**              HSBC Bank PLC
**Case Number:**      870257507801
**Adjustment Amount:**     491.73
**Reason:**        85 / Credit Not Processed

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 372547049885 | Credit Card Number: | ████1552 |
| Card Product Type: | Visa Classic | Transaction Amount: | 497.00 |
| Batch Date (mm/dd/yyyy): | 10/06/2016 | Transaction Date (mm/dd/yyyy): | 10/05/2016 |
| Invoice Number: | | Alternate Amount: | 0.00 |
| Merchant Xref: | 244310662800091484000013 | Transaction Method: | Card Present |
| Reference Number: | | POS Entry: | 01 / Hand Keyed |
| Airline Ticket Number: | | MCC: | 7399 |
| Custom Data: | | | |

**DO NOT ISSUE CREDIT!** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

When responding to this dispute, follow all instructions on the back of the form.

**Comment:** To refute this chargeback, please provide an explanation of why credit is not due along with one of the following 1) If cardholder is present at the time of the transaction provide a signed cancellation/return policy 2) If the transaction was mail, phone or ecommerce provide proof cancellation/return policy was accepted by the cardholder.

**Dispute Alert:** Effective on April 2017, merchants responding to Visa RC 83, MasterCard 37, Amex F29, and Discover 7030/ UA02 with Compelling Evidence, must check the applicable boxes relating specifically to what documentation they are providing to support their case.

### Questions?
Call **Merchant Services** at:
**800-430-7161**

*Contact your Representative today to manage your disputes in a more efficient, timely and secure environment.*

This information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

**PX 38**

CONFIDENTIAL
FTC-MOBE-002966

# DISPUTE RESPONSE

**MERCHANT SERVICES**
PO BOX 6805
HAGERSTOWN, MD 21741-6805
USA

Case Number:                    870257507801
Amount:                              491.73
Custom Data:

Date (mm/dd/yyyy): _____

| Why are you requesting a reversal of this Dispute? |
|---|
|  |
|  |
|  |
|  |
|  |

(If additional space is needed please continue on a separate sheet of paper)

The Issuer requires supporting documentation included in your response be clearly identified. Please add a check next to appropriate items listed below to identify what you have included in support of your case. Ensure the case number is written in the upper right hand corner of each separate sheet supplied.

_____ Copy of a Signed and/or Electronically Captured Sales Slip
_____ Copy of a Signed Cancellation Policy
_____ Copy of a Signed Order Form
_____ Signed Proof of Delivery, Including Proof of Positive AVS
_____ Signed Rental Agreement
_____ Copy of the Hotel/Motel Folio
_____ Copy of the Recurring Billing Agreement
_____ Copy of the Credit Receipt
_____ Proof that the Authorized Signer was known by the Cardholder
_____ Documentation Showing Additional Transactions by this Cardholder
_____ T & E-Documentation showing Loyalty Transactions related to this Purchase
_____ T & E-Documentation Showing Subsequent purchases made throughout the Service Period
_____ Proof that the ticket was received for Passenger Transport
_____ Proof the name on the Flight Manifest matches the Cardholder Name on Purchased Itinerary
_____ Proof of CVV2 in Lieu of Imprint
_____ Proof of Authorization
_____ Proof of Verified by Visa or MasterCard Secure Code
_____ Proof that a Customer Profile was Established and Validated for the Purchase of Digital Goods
_____ Proof that the Cardholder has Possession of the Merchandise/Service (ie. Photographs, E-mails) _____
_____ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Network's rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 800-405-1489
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

# PX 38

CONFIDENTIAL

FTC-MOBE-002967

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1508150166

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ████1552 | Tran Type: | Sale | Issuer: | HSBC BANK PLC |
| Network: | VISA | Tran Date: | 10/05/16 | CH Name: | |
| Tran ID: | 306279483323546 | Processing Date: | 10/06/16 | Acquirer: | BANK OF AMERICA, |
| ARN: | 2-443106-6280-09148400001-3 | Tran Amount: | 391.86 GBP | | NATIONAL ASSOCIA- |
| Retrieval Ref. #: | 628023091484 | Jurisdiction: | INTERREGIONAL- | | TION - ACQUIRING |
| | | | VE,US | Merchant: | MOBE |
| | | | | Location: | CHARLOTTE, NC |

Action: Chargeback

### Dispute Information

Dispute Group       5 - Cancelled/Returned

Dispute Reason       85 - Credit Not Processed

Dispute Amount       391.86 GBP    Cardholder ☐ Debit ☐ Credit ☑

### Credit Information

Was a credit voucher, voided transaction receipt or refund acknowledgement given?    ☑ Yes

Was the credit voucher, voided transaction receipt or refund acknowledgement dated?    ☑ No

Credit Amount:       391.86

Invoice/Receipt Number:

### Elaboration Information

What was Purchased?       Other Services

☐ Providing copy of Credit Transaction Receipt not processed

Did you cancel?

☐ An original credit was not accepted because either:

### Attempt To Resolve

Did the cardholder attempt to resolve with the merchant?       ☑ Yes

Date of most recent contact:    10/05/16

Name of Contact:       Retailer

Contact Method:       Email

Merchant's Response:

Refund already processed

## PX 38

CONFIDENTIAL

FTC-MOBE-002968

Questionnaire Notes and Documents

Comments
CREDIT NOT PROCESSED

Did the cardholder attempt to resolve with the merchant? Yes - Email

| Documents | B/W |
| Other | B/W |
| Other 2 | B/W |
| Other 3 | |

Chargeback Reference Number

Cardholder Contact Information

Name
Cardholder did not release contact information.

CONFIDENTIAL

**PX 38**

FTC-MOBE-002969

Page 1 of 3

TO:
Fd Cards CUSTOMER MAIL
15/01/2017 18:36
Hide Details
From:

To: Fd Cards CUSTOMER MAIL/FSDT/HSBC@HSBC

Please respond to

Entity: first direct (division of HBEU) - FSDT

Security:

To ensure privacy, images from remote sites were prevented from downloading. Show Images

3 Attachments

IMG 20170115 175727.jpg   IMG 20170115 175645.jpg   IMG 20170115 175533.jpg

Please find attached the signed declaration & copies of refund details - also email below shows refund details but no refund has gone into my account

Thanks

—— Forwarded Message ——
From: Eounic Martinez (MOBE Support) <support@mobesupport.zendesk.com>
To:
Sent: Friday, 2 December 2016, 10:48
Subject: [MOBE Support] Re: Re: [MOBE Support] Re: Re: cancellation of 3 day London course

# Please type your reply above this line #

file:///C:/Users/04533747/AppData/Local/Temp/notes39B8C5/~web8738.htm        17/01/2017

26/01/2017 14:34

CONFIDENTIAL

**PX 38**

FTC-MOBE-002970

Page 2 of 3

Ticket #227238: Re: [MOBE Support] Re: Re: cancellation of 3 day London course

Your request (#227238) has been deemed solved. To reopen, reply to this email or follow the link below:
http://mobesupport.zendesk.com/hc/requests/227238

Eaunie Martinez, Dec 2, 10:49 AM EST:

Hi ████

Thank you for your email and waiting.

Here's the information regards to the refund you have requested,

https://gyazo.com/a761a3c65b2ee23a16c0da7a23337437
Clover : C6EMP59TCJ57E

████████████████████████████████

https://gyazo.com/dbbf55d096c7fa0b8fbdc87d90c87533
VIP Ticket $497

If you have further questions please let us know and we are always glad to help.

Regards,
Eaunic

████ Nov 9, 6:17 AM EST:
ANY UPDATE???

████ Nov 4, 9:39 AM EDT:
what is happening about my refund?

Eaunic Martinez, Nov 1, 1:17 PM EDT:

Hello,

Thank you for your email and for using our customer support system.

We want to let you know that we have received your ticket and will be reviewing it and
assigning to the department who can best help you with your situation.

file:///C:/Users/04533747/AppData/Local/Temp/notes39B8C5/~web8738.htm          17/01/2017

**PX 38**

CONFIDENTIAL

FTC-MOBE-002971

Please note that we have changed the web address of our support desk to
http://mobesupport.zendesk.com

We hope you have a wonderful day,

MOBE Customer Support Team

This is a follow-up to your previous request 8226353 "Re: cancellation of 3 day L..."
You are showing me that refund has been processed with the link below - but no refund has been paid into my account!
PLEASE PAY THE REFUND TO MY ACCOUNT
From: MOBE Support - Buya (MOBE Support) <support@mobesupport.zendesk.com>

Sent: Friday, 28 October 2016, 10:55
Subject: [MOBE Support] Re: Re: cancellation of 3 day London course

This email is a service from MOBE Support.

[JLYVM9-P7Q2]

***********************************************
This message originated from the Internet. Its originator
may or may not be who they claim to be and the information
contained in the message and any attachments may or may
not be accurate.
***********************************************

file:///C:/Users/04533747/AppData/Local/Temp/notes39B8C5/~web8738.htm          17/01/2017

CONFIDENTIAL

PX 38

FTC-MOBE-002972

# NOTES

FTC-MOBE-002973

**Expert Notes**
**372547049885**

11/2/2017                                                                                              MSA
Print All Notes

| | Date | Time | Note Text | Rep | NID |
|---|---|---|---|---|---|
| 1 | 5/17/2017 | 19:08:00 | COMMENTS-ROR By ACH request for $40501.21 approved by Manage | | NA |
| 2 | | | mentGREIN | | NA |
| 3 | 11/8/2016 | 11:08:13 | Batch Load - Misc-Salesforce Case Number: 19104351 .Case Not | | 045 |
| 4 | | | e: Rob Ebbighausen *SBS SR* email request from rep Maile Sil | | 045 |
| 5 | | | va. Sent BC Lease and account DIA info as requested on mid t | | 045 |
| 6 | | | hat was closed by security. | | 045 |
| 7 | 10/13/2016 | 15:34:46 | MISCELLANEOUS-CLOVER Case-18691770, basic level successful s | | SER |
| 8 | | | poke with:SUSAN ZANGHI  merch wanted securities # provided | | SER |
| 9 | | | 1 855-248-3070 | | SER |
| 10 | 10/12/2016 | 22:05:36 | Remedy-Call Transfer-Internal Transfer-QuickTicket-tt: | | C38 |
| 11 | | | TT: Susan Zanghi /Administrator   VERIFY: Basi | | C38 |
| 12 | | | c  CB: ISSUE:  has 4 clover machines and got err | | C38 |
| 13 | | | or messages for three of them   RESOLUTION: Transferred to c | | C38 |
| 14 | | | lover Support for assistance  TRANSFER, SPOKE WITH: Pete | | C38 |
| 15 | 10/12/2016 | 21:16:02 | MISCELLANEOUS-CLOVER Case-18673332, PLybrand Basic Tax ID Su | | SER |
| 16 | | | an called stating they are not able to take payments on devi | | SER |
| 17 | | | ces advs her that the account has been canceled. That she wo | | SER |
| 18 | | | uld need to speak with security 150609093046809 | | SER |
| 19 | 10/12/2016 | 19:03:00 | COMMENTS-ROR By ACH request for $334330.68 approved by Manag | | NA |
| 20 | | | ementGREIN | | NA |
| 21 | 9/30/2016 | 16:02:36 | Batch Load - Misc-MOT (BrittanyY/60 Day): *MOT* 60 day.  Cou | | 270 |
| 22 | | | rtesy Call Spoke with DM   Susan Zanghi. Merch stated the se | | 270 |
| 23 | | | rvice is  Great and has no questions nor concerns.  provid | | 270 |
| 24 | | | ed CS# to merch if ever need future  assistance | | 270 |
| 25 | 9/30/2016 | 09:55:43 | Batch Load - Misc-MOT (BrittanyY/60 Day): *MOT* 60 day  Cour | | 270 |
| 26 | | | tesy Call LM | | 270 |
| 27 | 9/29/2016 | 11:31:37 | Batch Load - Misc-MOT (BrittanyY/60 Day): *MOT* 60 day  Cour | | 270 |
| 28 | | | tesy Call LM | | 270 |
| 29 | 7/27/2016 | 15:02:59 | MISCELLANEOUS-CLOVER Case-17353971, MID: 372547049885  Time | | SER |
| 30 | | | and Date: 3:57 PM 7/27/2016 TT: SUSAN ZANGHI Authentication: | | SER |
| 31 | | | Basic  Reason: Merchant ci for help setting up Clover Mobil | | SER |
| 32 | | | e.  Resolution: Advised if currently unable to download apps | | SER |
| 33 | | | , needs to complete charging backup battery (at least 30 min | | SER |
| 34 | | | ) before setting up. Provided help.clover.com info for walkt | | SER |
| 35 | | | hrough. Confirmed received activation codes. | | SER |
| 36 | 7/26/2016 | 13:00:08 | MISCELLANEOUS-CLOVER Case-17329184, | | |



CONFIDENTIAL

TE-b08

**PX 38**

FTC-MOBE-002974

# RISK NOTES

**PX 38**

FTC-MOBE-002975



September 19, 2016

Mobe
8207 Golf Ridge Dr
Charlotte, NC , 28277

### RE: Mobe

### Merchant # ending9885

Dear Susan Zanghi,

This is to notify you that one or more batches, in the amount of $97,004.00, have been suspended by
the Security Department.

These funds may have been suspended automatically, for a number of reasons, including but not limited
to:

· Unusually high dollar amount.
· Unusual method of processing, such as key entered sales, etc.

Unfortunately, we are unable to release any of these funds from suspension, until we have been able to
view proper documentation that supports the transaction(s). Please be aware, that any subsequent de-
posits made through the terminal, will automatically be suspended as well.

In an effort to expedite the review of these funds, so that they may be released from suspense, we re-
quest the following information for the batch(es) in question:

1077 18-SEP 5,000.00
2046 18-SEP 5,000.00
0285 16-SEP 3,994.00
1006 17-SEP 2,497.00
1006 16-SEP 1,997.00

1. A legible, signed, sales slip as presented to the customer.
2. A copy of the invoice, bill, or statement showing the items
   purchased and the price.
3. Any other documentation that demonstrates the validity of the sale.
4. Cardholders name, address and phone number.

Please fax this information to 402-916-8882 or email invoiceriskrequests@firstdata.com, We apologize
for any inconvenience this may have caused. If you have any questions, or need further help concerning
the requested documentation, please contact me at (954)-845-5045.

Sincerely,

Gustavo Richards
Risk Monitoring

CONFIDENTIAL



1307 Walt Whitman Rd. Melville NY 11747

**PX 38**

FTC-MOBE-002976



**Bank of America**

**Merchant Services**

September 19, 2016

Mobe
8207 Golf Ridge Dr
Charlotte, NC , 28277

**RE: Mobe**

**MERCHANT #ending9885**

Dear Susan Zanghi,

For sometime now Mobe and Bank of America Merchant Services have enjoyed a mutually beneficial MasterCard/Visa bankcard processing relationship and we sincerely hope it continues for many years to come.

We are currently reviewing our MasterCard/Visa processing account records and will require additional information from you to enable us to accurately assess your account. As your sales volume and processing manner have changed substantially during the past months we need to re-credit qualify your account.

We therefore request the following information:
1. The fiscal year end numbers 2015 and 2015 Tax returns.
2. Two Years of Financial statements (preferably audited).
3. Advertising, marketing materials, catalogs, brochures (website address).
4. Trade references (4) with a contact name and phone number.
5. Projected Volumes for the near future.
6. Delivery documents, (i.e.; proof of delivery - if applicable)

Please forward the above information to my attention at:

email: invoiceriskrequests@firstdata.com
fax: 402-916-8882

If you have any questions please contact me at (954)-845-5045.


Sincerely,

Gustavo Richards
Risk Monitoring



CONFIDENTIAL

1307 Walt Whitman Rd. Melville NY 11747

**PX 38**

**FTC-MOBE-002977**



**Bank of America**
**Merchant Services**

October 12, 2016

Mobe
8207 Golf Ridge Dr
Charlotte, NC , 28277

**RE:Termination for Mobe**

**Merchant # 372547049885**

Dear Susan Zanghi,

Please be informed that effective immediately from the above date the merchant processing agreement between Bank of America Merchant Services will be terminated due to business decision. We will no longer purchase any sales drafts representing MasterCard/Visa sales. You must remove all displays, decals and other materials that indicate acceptance of Mastercard/Visa sales to your customers.

Consistent with the terms of the Agreement, we have established a Termination Reserve Account in the amount of $50,000.00. Additionally, any batches processed going forward will also be held in reserve. These funds will be held for the greater of six months or longer as is consistent with the MasterCard and Visa Rules and Regulations. The funds will be used to fund potential chargebacks. If, in the allotted time frame, there are no chargebacks we will return the funds less cancellation & investigative fees.

Please be advised that obligations to fund any chargebacks resulting from sales processed for the Client by Bank of America Merchant Services survive termination of the agreement between the Client and Bank of America Merchant Services.

Should you have any questions concerning this matter, I can be reached at (954)-845-5045.
Sincerely,

Gustavo Richards
Risk Monitoring



**CONFIDENTIAL**

**PX 38**

**FTC-MOBE-002978**

| Task Type Name | Task Name | Details |
|---|---|---|
| A) REVIEW CHECKLIST | A) WHY WAS THE ACCOUNT SELECTED FOR REVIEW & WHO IS THE CLIENT?: | funding 97004- merchant processed a large batch over the weekend. Majority of th trans processed were chipped. Account was auto approved. merchant has already processed signed annual volume in 3 months. We need to determine exactly what type of services are being provided and determine if a reserve needs to be established. dda has what was funded to them. dda 05/2016 81643.51 avail 8862.04 avg 0od |
| | B) DATE THE ACCOUNT WAS SIGNED, WHAT PRODUCT OR SERVICE WERE THEY APPROVED FOR, WHAT WAS THE SIGNED VOLUME/AT/HIGH TICKET/NDX UPON SIGNING/REVIEW THE PC UPON SIGNING?: | Signed: 07/26/2016 Annual Volume: $150,000 Average Ticket: $1,000 MO/TO - 20% MCC: 7399 - BUSINESS SERVICES, NOT ELSewhere Signed Product: DIGITAL EDUCATION PRODUC |
| | C) WHAT DOES THEIR CURRENT & HISTORICAL PROCESSING LOOK LIKE? DO THEY HAVE ANY RELATED ACCOUNTS OB AND IF SO WHAT DOES THEIR PROCESSING LOOK LIKE & WAS IT REVIEWED IN THE PAST?: | Curr vol ytd: $179,797.00 Curr a/t: $832.39 Credits: 5.36% Chargebacks: 1.55% % keyed: 5% % scanned: 11% % chip: 84% |
| | D) WHAT IS THE MERCHANTS ACTUAL BUSINESS MODEL? WHAT IS THE ACTUAL VOLUME AND AVERAGE TICKET ON THE ACCOUNT? WHAT IS THE RISK EXPOSURE/CALCULATION FOR THE ACCOUNT AND PLEASE EXPLAIN HOW IT WAS CALCULATED?: 1) - DID YOU USE HISTORICAL PROCESSING? 2) - DID YOU USE A RUN RATE BASED ON RECENT VOLUME SPIKE? 3) - DID YOU USE PROCESSING FROM | WWW.MOBE.COM  Digital education company,  30 days NDX, merchant charges upfront.  Merchant projects will process $12 million per year:  Manual Adjustments (Only If Necessary) Risk Level: M |

CONFIDENTIAL

**PX 38**

FTC-MOBE-002979

| | | |
|---|---|---|
| | A SPECIFIC EVENT? | Credit Ratio: 2.67%<br>Credit Timeliness (days): 30<br>Monthly Credit Risk: $26,700<br><br>Chargeback Ratio: 0.46%<br>Monthly Chargeback Risk: $10,350<br><br>NDX Days: 30<br>NDX Percentage: 100%<br>Total NDX Risk: $1,000,000<br><br>Total Merchant Risk: $1,037,050 |
| | E) REVIEW PERSONAL CREDIT/ BANK BALANCE FOR ALLIANCES?: | Date Opened : 2016-05-17<br>Account Status : A - Active account<br>Account Balance : $ 81,643.51<br>Six(6) Month Account Balance : $ 8,862.04<br>Last Overdraft Date : NA<br>Six(6) Month Number of OD/NSF : 0 |
| | F) HAVE YOU OBTAINED ENOUGH INFORMATION TO COMPLETE THE REVIEW AT THIS POINT? IF YES PROCEED TO SUMMARY SECTION, IF NO DOCUMENT NEXT STEPS BELOW AND DETERMINE IF ACCOUNT NEEDS TO BE PLACED ON HOLD OR REMOVED FROM HOLD?: | Yes |
| | G) IS THIS A FRAUD OR A CREDIT RISK AND WHY? AND IF DEEMED THE ACCOUNT NEEDED TO BE PLACED ON HOLD - PLEASE CONFIRM: | Credit |
| | H) CARDHOLDER VALIDATIONS NEEDED?: | ▮▮▮▮▮ 1077 18-SEP<br>5,000.00<br>▮▮▮▮▮ |

CONFIDENTIAL

**PX 38**

FTC-MOBE-002980



-Visa automated validates above
address
-Lexis validates above
information.
-Called cardholder, left VM

2046 18-SEP
5,000.00

-Visa automated validates above
address
-Lexis validates above
information.
-Called cardholder, left VM

0285 16-SEP
3,994.00

-Visa automated validates above
address
-Lexis validates above
information.
-Called cardholder, left VM

1006 17-SEP
2,497.00

-AMEX validates above
information
-Called cardholder, left VM

1006 16-SEP
1,997.00

CONFIDENTIAL

**PX 38**

FTC-MOBE-002981