# Profit and Loss Analysis
## MOBE LTD - GROUP

| | YTD Actual | Actual vs Last Year Last Year | Dec 16 | Dec 16 Plus Last 3 Months Nov 16 | Oct 16 | Sep 16 | YTD | Forward Projection Full Year Budget | Total 16/16 |
|---|---|---|---|---|---|---|---|---|---|
| Database Revenue (Prime Corporate) | $ 167,601.00 | $ - | $ - | $ - | $ - | $ - | $ 167,601.00 | $ - | $ 167,601.00 |
| Sales - Allied | $ 4,221,165.00 | $ 1,372,851.00 | $ 41,664.00 | $ 80,493.00 | $ 45,444.00 | $ - | $ 4,221,165.00 | $ - | $ 4,221,165.00 |
| Sales - Bank wire/deposit | $ 17,829,025.00 | $ 18,850,503.00 | $ 1,073,752.00 | $ 964,521.00 | $ 801,481.00 | $ 1,079,361.00 | $ 17,829,025.00 | $ - | $ 17,829,025.00 |
| Sales - BOA | $ 458,005.00 | $ - | $ 3,000.00 | $ 356,500.00 | $ - | $ 55,875.00 | $ 458,005.00 | $ - | $ 458,005.00 |
| Sales - Chain Commerce | $ 4,227,000.00 | $ 7,122,648.00 | $ - | $ - | $ - | $ 8,335.00 | $ 4,227,000.00 | $ - | $ 4,227,000.00 |
| Sales - Chain Commerce TBI | $ 9,440,631.00 | $ - | $ 812,461.00 | $ 1,080,427.00 | $ - | $ 879,002.00 | $ 9,440,631.00 | $ - | $ 9,440,631.00 |
| Sales - Merchant Gateway | $ 6,914,728.00 | $ 21,987,621.00 | $ 409,486.00 | $ 372,241.00 | $ 282,706.00 | $ 6,914,728.00 | $ - | $ 6,914,728.00 |
| Sales - PayDollar | $ 5,074.00 | $ - | $ - | $ 4,305.00 | $ 769.00 | $ - | $ 5,074.00 | $ - | $ 5,074.00 |
| Sales - PayPal | $ - | $ 3,949,040.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Square | $ - | $ 2,579.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Stripe | $ 1,362.00 | $ 2,210,020.00 | $ - | $ - | $ - | $ - | $ 1,362.00 | $ - | $ 1,362.00 |
| Sales - Suite Pay | $ 4,180,222.00 | $ - | $ 414,780.00 | $ 645,396.00 | $ 823,260.00 | $ 4,180,222.00 | $ - | $ 4,180,222.00 |
| Sales - Triangle | $ - | $ 600,698.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Vogogo | $ 2,482,783.00 | $ - | $ - | $ - | $ - | $ - | $ 2,482,783.00 | $ - | $ 2,482,783.00 |
| Sales return - Allied | -$ 295,817.00 | -$ 135,616.00 | -$ 7,052.00 | -$ 17,118.00 | -$ 5,756.00 | -$ 9,305.00 | -$ 295,817.00 | $ - | -$ 295,817.00 |
| Sales return - Bank wire/deposit | -$ 345,253.00 | $ - | -$ 43,820.00 | -$ 8,631.00 | -$ 5,569.00 | -$ 41,402.00 | -$ 345,253.00 | $ - | -$ 345,253.00 |
| Sales return - BOA | -$ 35,972.00 | $ - | -$ 114.00 | -$ 1,732.00 | -$ 11,436.00 | -$ 16,674.00 | -$ 35,972.00 | $ - | -$ 35,972.00 |
| Sales return - Chain Commerce | -$ 1,191.00 | $ - | $ - | $ - | $ - | -$ 211.00 | -$ 1,191.00 | $ - | -$ 1,191.00 |
| Sales return - Chain Commerce TBI | -$ 82,909.00 | $ - | -$ 8,044.00 | -$ 23,966.00 | -$ 7,375.00 | -$ 82,909.00 | $ - | -$ 82,909.00 |
| Sales return - Merchant Gateway | -$ 69,115.00 | -$ 20,712.00 | -$ 9,817.00 | -$ 80.00 | -$ 11,238.00 | -$ 69,115.00 | $ - | -$ 69,115.00 |
| Sales return - Paypal | -$ 2,501.00 | $ - | $ - | $ - | $ - | $ - | -$ 2,501.00 | $ - | -$ 2,501.00 |
| Sales return - Suite Pay | -$ 134,214.00 | $ - | $ - | -$ 10,131.00 | -$ 2,918.00 | -$ 17,788.00 | -$ 134,214.00 | $ - | -$ 134,214.00 |
| Sales return - Vogogo | -$ 97,202.00 | $ - | $ - | $ - | $ - | $ - | -$ 97,202.00 | $ - | -$ 97,202.00 |
| **Total Revenue** | **$ 48,863,422.00** | **$ 55,960,344.00** | **$ 1,833,697.00** | **$ 2,828,133.00** | **$ 3,446,078.00** | **$ 3,204,795.00** | **$ 48,863,422.00** | **$ -** | **$ 48,863,422.00** |
| Cost of Sales | $ 5,172,197.00 | $ 6,635,786.00 | $ 1,139,228.00 | $ 596,597.00 | $ 668,785.00 | $ 751,473.00 | $ 5,172,197.00 | $ - | $ 5,172,197.00 |
| **Total Cost of Sales** | **$ 5,172,197.00** | **$ 6,635,786.00** | **$ 1,139,228.00** | **$ 596,597.00** | **$ 668,785.00** | **$ 751,473.00** | **$ 5,172,197.00** | **$ -** | **$ 5,172,197.00** |
| **Gross Profit** | **$ 43,691,225.00** | **$ 49,324,558.00** | **$ 694,469.00** | **$ 2,231,536.00** | **$ 2,777,293.00** | **$ 2,453,322.00** | **$ 43,691,225.00** | **$ -** | **$ 43,691,225.00** |
| GP% | 89% | 88% | 38% | 79% | 81% | 77% | 89% | 0% | 89% |
| OPEX | $ 42,615,114.00 | $ 45,008,799.00 | $ 5,473,480.00 | $ 3,133,972.00 | $ 2,497,953.00 | $ 2,139,294.00 | $ 42,615,114.00 | $ - | $ 42,615,114.00 |
| **Total OPEX** | **$ 42,615,114.00** | **$ 45,008,799.00** | **$ 5,473,480.00** | **$ 3,133,972.00** | **$ 2,497,953.00** | **$ 2,139,294.00** | **$ 42,615,114.00** | **$ -** | **$ 42,615,114.00** |
| **NOPBT** | **$ 1,076,111.00** | **$ 4,315,759.00** | **-$ 4,779,011.00** | **-$ 902,436.00** | **$ 279,340.00** | **$ 314,028.00** | **$ 1,076,111.00** | **$ -** | **$ 1,076,111.00** |
| NOP% | 2% | 8% | -261% | -32% | 8% | 10% | 2% | 0% | 2% |
| Other Revenue | $ 74,670.00 | $ 6,611.00 | $ 55,557.00 | $ 11,669.00 | $ 1,182.00 | $ 655.00 | $ 74,670.00 | $ - | $ 74,670.00 |
| **Total Other Revenue** | **$ 74,670.00** | **$ 6,611.00** | **$ 55,557.00** | **$ 11,669.00** | **$ 1,182.00** | **$ 655.00** | **$ 74,670.00** | **$ -** | **$ 74,670.00** |
| **Net Profit Before Tax** | **$ 1,150,781.00** | **$ 4,322,370.00** | **-$ 4,723,454.00** | **-$ 890,767.00** | **$ 278,158.00** | **$ 314,683.00** | **$ 1,150,781.00** | **$ -** | **$ 1,150,781.00** |
| Tax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Profit** | **$ 1,150,781.00** | **$ 4,322,370.00** | **-$ 4,723,454.00** | **-$ 890,767.00** | **$ 278,158.00** | **$ 314,683.00** | **$ 1,150,781.00** | **$ -** | **$ 1,150,781.00** |

# Entity Analysis
## MOBE LTD - GROUP

| | YTD Actual | MLP [AU] | MOBE [MY] | MOBE [PAB] | MOBE [UK] | MOBE [US] | MOBE Pro Ltd | MOBEtc [US] | STAFF [US] |
|---|---|---|---|---|---|---|---|---|---|
| COG: Call centre fees | $ 34,585.00 | $ 16,834.00 | $ 5,589.00 | $ - | $ - | $ 12,162.00 | $ - | $ - | $ - |
| COG: Chargebacks | $ 1,425,775.00 | $ 93,493.00 | $ 31,382.00 | $ 42,480.00 | $ 731,285.00 | $ 223,462.00 | $ 303,673.00 | $ - | $ - |
| COG: Coaching + webinar | $ 422,541.00 | $ 277,842.00 | $ 80,716.00 | $ - | $ - | $ 11,500.00 | $ 52,483.00 | $ - | $ - |
| COG: Consulting fees | $ 444,335.00 | $ 3,007.00 | $ 1,011.00 | $ - | $ - | $ 440,317.00 | $ - | $ - | $ - |
| COG: Direct mail + copywriting + AV/videos [Non-Event Related] | $ 835,202.00 | $ - | $ 25,395.00 | $ - | $ - | $ 786,591.00 | $ 23,216.00 | $ - | $ - |
| COG: DYFE Done For You Emails | $ 72,750.00 | $ - | $ - | $ - | $ - | $ 72,750.00 | $ - | $ - | $ - |
| COG: MERC lease payment | $ 471,984.00 | $ 331,000.00 | $ 100,974.00 | $ - | $ - | $ - | $ 40,010.00 | $ - | $ - |
| COG: Phone commissions | $ 3,571,002.00 | $ 2,398,279.00 | $ 699,257.00 | $ - | $ - | $ 1,905.00 | $ 471,561.00 | $ - | $ - |
| COG: Prizes + promotional items | $ 25,777.00 | $ 19,328.00 | $ 6,449.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| COG: Traffic advertising | $ 6,054,922.00 | $ 125,153.00 | $ 41,559.00 | $ 651,460.00 | $ - | $ 5,234,663.00 | $ 2,087.00 | $ - | $ - |
| COG: Traffic coaching commissions paid | $ 11,521.00 | $ 8,695.00 | $ 2,826.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Computer - consumables & repairs | $ 2,165.00 | $ 1,093.00 | $ 367.00 | $ - | $ - | $ 705.00 | $ - | $ - | $ - |
| Computer - internet & cloud costs | $ 145,836.00 | $ 99,801.00 | $ 33,473.00 | $ - | $ - | $ 12,189.00 | $ 373.00 | $ - | $ - |
| Computer - software | $ 528,599.00 | $ 239,200.00 | $ 68,118.00 | $ - | $ - | $ 166,916.00 | $ 54,365.00 | $ - | $ - |
| Consulting Fees | $ 261,142.00 | $ - | $ - | $ - | $ - | $ 261,142.00 | $ - | $ - | $ - |
| Currency conversion - realised gains | -$ 3,448.00 | -$ 12,576.00 | -$ 6,291.00 | $ - | $ - | $ 10,484.00 | $ 11,831.00 | $ - | $ - |
| Currency conversion - unrealised gains | $ 99,446.00 | $ 40,477.00 | $ 2,210.00 | $ - | $ - | $ 188.00 | $ 56,571.00 | $ - | $ - |
| Electricity, gas, levies & water | $ 540.00 | $ - | $ 540.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing Allied | $ 322,526.00 | $ - | $ - | $ - | $ - | $ 322,526.00 | $ - | $ - | $ - |
| FEES: Payment processing AMEX | -$ 3,576.00 | -$ 3,068.00 | -$ 508.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing Bank/Wire charges | $ 43.00 | $ - | $ 43.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing BOA | $ 297.00 | $ - | $ - | $ - | $ - | $ 297.00 | $ - | $ - | $ - |
| FEES: Payment processing Chain Commerce | $ 321,298.00 | $ - | $ - | $ - | $ 321,298.00 | $ - | $ - | $ - | $ - |
| FEES: Payment processing Chain Commerce TBI | $ 603,857.00 | $ - | $ - | $ - | $ - | $ - | $ 603,857.00 | $ - | $ - |
| FEES: Payment processing Dalpay | $ 74.00 | $ - | $ - | $ - | $ - | $ 74.00 | $ - | $ - | $ - |
| FEES: Payment processing IPayout | $ 76,488.00 | $ 53,463.00 | $ 16,220.00 | $ - | $ - | $ - | $ 6,805.00 | $ - | $ - |
| FEES: Payment processing Merchant | $ 42,678.00 | $ 2,862.00 | $ 914.00 | $ 37,751.00 | $ - | $ - | $ 141.00 | $ - | $ - |
| FEES: Payment processing NMI | $ 6,771.00 | $ 5,050.00 | $ 1,721.00 | $ - | $ - | $ 1,010.00 | $ - | $ - | $ - |
| FEES: Payment processing PayPal | $ 2,884.00 | $ 2,198.00 | $ 727.00 | $ - | $ - | $ 41.00 | $ - | $ - | $ - |
| FEES: Payment processing Stripe | $ 332.00 | $ - | $ - | $ - | $ - | $ 332.00 | $ - | $ - | $ - |
| FEES: Payment processing Suite Pay | $ 348,100.00 | $ - | $ - | $ - | $ - | $ - | $ 348,100.00 | $ - | $ - |
| FEES: Payment processing Triangle | $ 720.00 | $ - | $ - | $ - | $ - | $ 720.00 | $ - | $ - | $ - |
| FEES: Payment processing Vogogo | $ 185,939.00 | $ - | $ - | $ - | $ - | $ - | $ 185,939.00 | $ - | $ - |
| Filing fees - business name registration | $ 3,853.00 | $ 2,874.00 | $ 979.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Filing fees - company statement | $ 577.00 | $ 433.00 | $ 144.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Freight, delivery & shipping | $ 9,993.00 | $ 179.00 | $ 627.00 | $ - | $ - | $ 9,187.00 | $ - | $ - | $ - |
| General expenses | $ 9,085.00 | $ 6,885.00 | $ 2,200.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Legal fees | $ 455,728.00 | $ 66.00 | $ 22.00 | $ - | $ - | $ 455,640.00 | $ - | $ - | $ - |
| Motor Vehicle - Petrol | $ 2.00 | $ - | $ 2.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| OPEX | $ 91,830.00 | $ 90,760.00 | $ 1,070.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| P&M - Facebook | $ 293,952.00 | $ 147,337.00 | $ 22,939.00 | $ - | $ - | $ - | $ 123,676.00 | $ - | $ - |
| P&M-PROMOTIONS & MARKETING | $ 94,479.00 | $ - | $ - | $ - | $ - | $ 94,479.00 | $ - | $ - | $ - |
| Printing & stationery | $ 776.00 | $ - | $ - | $ - | $ - | $ 776.00 | $ - | $ - | $ - |
| Printing & stationery (office) | $ 4,699.00 | $ 3,573.00 | $ 1,126.00 | $ - | $ - | $ - | $ - | $ - | $ - |

FTC-MOBE-003017

# Entity Analysis
## MOBE LTD - GROUP

| | YTD Actual | MLP [AU] | MOBE [MY] | MOBE [PAB] | Entities YTD MOBE [UK] | MOBE [US] | MOBE Pro Ltd | MOBEtc [US] | STAFF [US] |
|---|---|---|---|---|---|---|---|---|---|
| Rent | $ 4,761.00 | $ - | $ 4,761.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs and maintenance | $ 8.00 | $ - | $ 8.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs and maintenance - CAIF Property | $ 1,900.00 | $ - | $ - | $ - | $ - | $ 1,900.00 | $ - | $ - | $ - |
| S&S - Amazon Hosting | $ 27,873.00 | $ 12,288.00 | $ 1,265.00 | $ - | $ - | $ - | $ 14,320.00 | $ - | $ - |
| S&S - Godaddy | $ 2,246.00 | $ 1,609.00 | $ 514.00 | $ - | $ - | $ - | $ 123.00 | $ - | $ - |
| S&S - Skype | $ 21,584.00 | $ 14,616.00 | $ 4,398.00 | $ - | $ - | $ 510.00 | $ 2,060.00 | $ - | $ - |
| S&S - UpWork (formerly ODesk) | $ 2,436,789.00 | $ 1,733,649.00 | $ 540,864.00 | $ - | $ - | $ - | $ 162,276.00 | $ - | $ - |
| SERVICE FEES: agent | $ 1,040.00 | $ - | $ - | $ - | $ - | $ 1,040.00 | $ - | $ - | $ - |
| Staff amenities | $ 1,999.00 | $ 224.00 | $ 1,611.00 | $ - | $ - | $ 164.00 | $ - | $ - | $ - |
| Staff procurement | $ 41,376.00 | $ 22,337.00 | $ 14,979.00 | $ - | $ - | $ - | $ 4,060.00 | $ - | $ - |
| Staff training | $ 17,345.00 | $ - | $ - | $ - | $ - | $ 17,345.00 | $ - | $ - | $ - |
| Subscriptions and memberships | $ 28,930.00 | $ 15,025.00 | $ 5,340.00 | $ - | $ - | $ 8,565.00 | $ - | $ - | $ - |
| SUSPENSE - Suspense | -$ 1,017.00 | $ - | $ - | $ - | $ - | -$ - | $ 1,017.00 | $ - | $ - |
| Telephone - answering service | $ 4,697.00 | $ - | $ 628.00 | $ - | $ - | $ 4,069.00 | $ - | $ - | $ - |
| Telephone - fax, landline, mobiles, wireless | $ 25,604.00 | $ 17,956.00 | $ 5,525.00 | $ - | $ - | $ - | $ 2,123.00 | $ - | $ - |
| Telephone - mobiles (staff reimbursements) | $ 540.00 | $ - | $ 136.00 | $ - | $ - | $ 966.00 | $ - | $ - | $ - |
| Travel - accommodation | $ 2,503.00 | $ 1,141.00 | $ 375.00 | $ - | $ - | $ - | $ 21.00 | $ - | $ - |
| Travel - airfares | $ 7,141.00 | $ 32.00 | $ 11.00 | $ - | $ - | $ 7,098.00 | $ - | $ - | $ - |
| Travel - events & registration | $ 1,459.00 | $ 1,123.00 | $ 336.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel - expenses (insurance, Taxis, Internet) | $ 1,599.00 | $ 1,229.00 | $ 370.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel - meals | $ 225.00 | $ 170.00 | $ 55.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Wages (non-payroll) paid to subcontractors | $ 2,833,908.00 | $ 1,868,558.00 | $ 667,105.00 | $ - | $ - | $ 36,112.00 | $ 262,133.00 | $ - | $ - |
| Wages and salaries - allowances | -$ 173,889.00 | -$ 130,521.00 | -$ 43,368.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Total OPEX | $ 42,615,114.00 | $ 15,457,219.00 | $ 4,728,758.00 | $ 1,162,201.00 | $ 892,162.00 | $ 16,799,257.00 | $ 3,575,517.00 | $ - | $ - |
| NOPBT | $ 1,076,111.00 | -$ 15,421,459.12 | -$ 4,708,925.85 | $ 1,940,196.75 | $ 3,333,647.00 | $ 3,703,773.53 | $ 12,228,878.69 | $ - | $ - |
| NOP% | 2% | -691% | -682% | 58% | 79% | -4% | 74% | 0% | 0% |
| Other Revenue | $ 74,670.00 | $ 11,266.00 | $ 2,217.00 | $ - | $ - | $ 53,889.00 | $ 7,298.00 | $ - | $ - |
| Total Other Revenue | $ 74,670.00 | $ 11,266.00 | $ 2,217.00 | $ - | $ - | $ 53,889.00 | $ 7,298.00 | $ - | $ - |
| Net Profit Before Tax | $ 1,150,781.00 | -$ 15,410,193.12 | -$ 4,706,708.85 | $ 1,940,196.75 | $ 3,333,647.00 | $ 3,757,662.53 | $ 12,236,176.69 | $ - | $ - |
| Net Profit | $ 1,150,781.00 | -$ 15,410,193.12 | -$ 4,706,708.85 | $ 1,940,196.75 | $ 3,333,647.00 | $ 3,757,662.53 | $ 12,236,176.69 | $ - | $ - |

FTC-MOBE-003018