**OCBC Bank**

# *Daily Statement of Account - Detail- Internet Version*
## *From    01-Jul-2015   To   31-Jul-2015*

| Account Number | 2282-USD | | Opening Balance | | 291,783.16 | 01-Jul-2015 |
|---|---|---|---|---|---|---|
| Account Name | MOBE LTD | | Closing Ledger Balance | | 279,085.17 | 31-Jul-2015 |
| Debits | 3 | Amount | 12,697.99 Closing Available Balance | | 279,085.17 | 31-Jul-2015 |
| Credits | 0 | Amount | 0.00 Hold Amount | | 0.00 | 31-Jul-2015 |
| BIC Code | OCBCMYKLXXX | | BIC Name | OCBC BANK (MALAYSIA) BERHAD | | |

| Post Date | Bank Ref. | Client Ref. | Debit Amount | Credit Amount | Balance |
|---|---|---|---|---|---|
| Value Date | Transaction Desc. | | | | |
| | Details | | | | |
| 02-Jul-2015 | 0207 | 1797 | 1,748.78 | | 290,034.38 |
| 02-Jul-2015 | VEL TT PURCHASE<br>Branch: 799<br>Beneficiary Bank:PNBPUS3NNYC Txn Ref 0207<br>Amount: USD 1,720.40<br>FX Rate: 3.81800000  MYR equivalent: MYR 6,568.49<br>Commission: MYR .00  S/C: MYR 106.00<br>GRADEN MANAGEMENT PTY LTD | | | | |
| 03-Jul-2015 | NONREF | NONREF | 8,951.18 | | 281,083.20 |
| 03-Jul-2015 | DEBIT AS ADVISED<br>BRANCH: 701 | | | | |
| 07-Jul-2015 | 0707 | 7662 | 1,998.03 | | 279,085.17 |
| 07-Jul-2015 | VEL TT PURCHASE<br>Branch: 799<br>Beneficiary Bank:PNBPUS3NNYC Txn Ref 0707<br>Amount: USD 1,969.88<br>FX Rate: 3.84800000  MYR equivalent: MYR 7,580.10<br>Commission: MYR .00  S/C: MYR 106.00<br>WARREN D AND NR FANNING | | | | |

**\*\* END OF REPORT \*\***

Insured by Perbadanan Insurans Deposit Malaysia.

PX 39          FTC-MOBE-003084

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

      Plaintiff,

      v.

**MOBE Ltd.**, et al.,

      Defendants.

Case No. _____

**<u>FILED UNDER SEAL</u>**

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**<u>WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE</u>**

**VOLUME III-B**

PX 40  Documents produced by Qualpay, Inc..................................................................3085

PX 41  Documents produced by Square, Inc. .................................................................3393

Dashboard (dashboard) » Application Lookup (apps/list) » Application Detail

## Application Overview

👁 Watch Application

| | |
|---|---|
| **App ID** | 101107 |
| **Current Status** | Complete |
| **Merchant ID** | 971000010644 (merchant/971000010644) 🔗 (merchant/971000010644) |
| **Hierarchy Node** | 8971700022 - Platinum Payment Sys - Non-Chain |
| **Merchant DBA** | MOBE-Coaching/Mentoring |
| **Created On** | Dec 02 2016 08:01am |
| **Channel** | Platinum Payments (ID 14) |
| **Created By** | Tracy Hinken ✉ thinken@platpay.com 📞 No Phone Number |
| **Sales Rep** | Tracy Hinken ✉ thinken@platpay.com 📞 No Phone Number |

## Application History

⊕ New Note

| Time ⬍ | Message |
|---|---|
| Jan 06 2017 11:47am / Megan Hyde | Conditional Approval Agreement sent to merchant |
| Jan 04 2017 08:52am / Megan Hyde | SRenz reached out to TDodd 1/3/2017: As we are attempting to calculate our future delivery - For this account, is the requested monthly volume of $166,666 solely for Workshop #1 ($10,000) since it was relayed that the other workshops will be paid via wire transfer? Or is this monthly volume including the transactions for the other workshops? If yes to the latter, what percent of this monthly volume is derived from Workshop #1? |
| Jan 03 2017 01:52pm / Megan Hyde | SRenz reached out to TDodd: As the outstanding items have been satisfied. We could go ahead and approve this account or would you prefer that we hold off and approve all of them at the same time? |
| Dec 23 2016 02:25pm / Stacy Renz | Per partner, they will be providing the terminals; acct will use NMI gateway and they will most likely provide the merchant with Magtek USB swipers. CLA has been updated |
| Dec 23 2016 12:00pm / Stacy Renz | Outstanding Items:  1) What does the $10K group workshop entail? (if book is included, need to know who's providing fulfillment) (if Malaysia is included, need to know what this is) 2) Is fulfillment greater than 30 days? |

## Application Process

▲

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| **Underwriting Support** | Completed | Dec 20 2016 12:12pm | Dec 20 2016 01:21pm | Jennifer Campbell 🔗 (/ops/user/375) | 1 hour 8 minutes | View Detail () 🔗 |
| **Underwriting** | Approved | Dec 20 2016 01:21pm | Jan 06 2017 08:49am | Megan Hyde 🔗 (/ops/user/869) | 16 days 19 hours 28 minutes | View Detail () 🔗 |
| **Account Load** | Completed | Jan 06 2017 08:49am | Jan 06 2017 08:50am | System | 0 minutes | View Detail () 🔗 |
| **Build Merchant** | Completed | Jan 06 2017 08:50am | Jan 06 2017 08:55am | System | 5 minutes | View Detail () 🔗 |
| **Security Metrics Load** | Completed | Jan 06 2017 08:55am | Jan 06 2017 09:00am | System | 4 minutes | View Detail () 🔗 |
| **Build Pricing** | Completed | Jan 06 2017 09:00am | Jan 06 2017 10:23am | System | 1 hour 23 minutes | View Detail () 🔗 |
| **Terminal Build** | Completed | Jan 06 2017 10:23am | Jan 06 2017 10:23am | System | 0 minutes | View Detail () 🔗 |

## PX 40

CONFIDENTIAL

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| Support | Completed | Jan 06 2017 10:23am | Jan 06 2017 10:23am | System | 0 minutes | View Detail () 🔁 |
| Welcome Email | Completed | Jan 06 2017 10:23am | Jan 06 2017 10:23am | System | 0 minutes | View Detail () 🔁 |
| Fulfillment | Completed | Jan 06 2017 10:23am | Jan 06 2017 10:23am | System | 0 minutes | View Detail () 🔁 |
| Activation | Completed | Jan 06 2017 10:23am | Jan 17 2017 08:29am | System | 10 days 22 hours 5 minutes | View Detail () 🔁 |

**Application Documents (46)**　　　▼

**Clickthrough Agreements (1)**　　　▲

| | | | |
|---|---|---|---|
| **Signer** | Susan Zanghi (Application Owner) | **Remote IP** | 172.16.1.208 |
| **Title** | Office Manager | **Client IP** | 71.75.15.127, |
| **Agreement Time** | Dec 20 2016 12:12pm | **Device** | Personal computer |
| **Agreements** | ■ I have reviewed and agree to Qualpay's Pricing. | **Browser** | 🌀 55.0.2883.95 |

**Agreements** (continued):
■ I authorize Qualpay to obtain both business and personal credit reports.
■ Merchant Processing Agreement (https://www.qualpay.com/merchant-agreement/v1)
■ Terms and Conditions (https://www.qualpay.com/terms-and-conditions/v1)
■ Visa Disclosure (https://www.qualpay.com/visa-disclosures/v1)
■ Electronic Signature Terms (https://www.qualpay.com/authorize/v1)
■ Guarantor Terms (https://www.qualpay.com/guarantor/v1)

**Operating System**　　🍎 OS X 10.10 Yosemite 10.10.4

---

**About You**

| Your Name | Susan | Zanghi |
|---|---|---|
| Your Phone | ▉▉▉▉▉▉▉ | |
| Your Email | susan@mobe.com | |

**Your Business**

| Business Name | MOBE-Coaching/Mentoring | ⊙ |
|---|---|---|
| Business Phone | (844) 662-3787 | ⊙ |
| Business Email | | |

**PX 40**

FTC-MOBE-003086
01_QP_FTC_0000002

support@mobeprocessing.com

Business Website          http://www.mobe.com          ?  ☑ (http://www.mobe.com)

Business Address          8207 GOLF RIDGE DR

                          Apt or Suite

                          CHARLOTTE                    North Carolina

                          28277                        8867

                          United States

Do you have a different mailing address?          Yes   No

---

**About Your Business**

Business Entity Type          Corporation

                              Trading Status               Non-Public

                              Legal Name                   MOBEPROCESSING.COM INC

                              State Filed                  Delaware

                              Federal Tax ID               47-3489384

Business Start Date           📅  12-01-2014

Business Industry             Schools and Educational Services

Business Description          business education mentorship program

How are you selling?          ✓ In Person
                                Storefront
                                Business Office
                                Residence
                              ✓ On-the-go

**PX 40**

CONFIDENTIAL

FTC-MOBE-003087
01_QP_FTC_0000003

Online

Mail

Phone (inbound)

Phone (outbound)

Subscriptions / Recurring Billing

Do you advertise?                 [ Yes ]   No

How do you advertise?

Internet

✓ Social Media

Mass or Direct Mail

Phone Marketing

Catalogs or Publications

Radio or Television

✓ Other

affiliate emails

Is the order fulfilled immediately?          [ Yes ]   No

How is the order fulfilled?          [ My Business ]   Third Party

How is the order received?          Digitally   Pick-up   Delivery   [ Service ]

Does your business use a 3rd party call center?     Yes   [ No ]

Do you use any other Third Parties?          Yes   No   ⊘

Is your business seasonal?          Yes   No   ⊘

What is your Refund Policy          Other

Explain Other:                 3 days unless law states longer

---

**Owner / Officer Information**

Ownership                 1 - 4 Owners are required.

How many Owners have 25% or more interest?          1 Owner

**PX 40**

CONFIDENTIAL

| | | |
|---|---|---|
| Name | Susan | Zanghi |
| Phone | | |
| Email | susan@mobe.com | |
| Birth Date | 📅 Redacted | |
| Social Security | | |
| Home Address | 8207 GOLF RIDGE DR | |
| | Apt or Suite | |
| | CHARLOTTE | North Carolina |
| | 28277 | 8867 |
| | United States | |
| Percent of Ownership | 0% | |

Close     View Privacy Policy (https://www.qualpay.com/privacy-policy)

---

**About Taking Payments**

| | |
|---|---|
| Have you processed credit cards before? | Yes   No |
| Name of previous acquirer | Chase |
| Has your acquirer relationship been cancelled previously? | Yes   No |
| Any prior bankruptcies? | Yes   No |
| Projected Total Annual Sales (To include cash and check sales) | $2,000,000.00 |
| Projected Annual Credit Card Volume | $2,000,000.00 |
| Typical sales amount | $10,000.00 |
| Largest expected sale | $30,000.00 |
| Online Card not present transactions (CNP) | 0% |
| Mail and phone | 15% |

**PX 40**

FTC-MOBE-003089
01_QP_FTC_0000005

**In Person**
In-Person (Card Present Transactions)                    85%

---

### Products

Have you processed with Qualpay before?          Yes    No

Products*

| Product | Quantity |
|---|---|
| Voice Authorization | 1 |
| Qualpay Manager | 1 |
| NMI Payment Gateway (fulfilled by Platinum) | 1 |

Select Card Brands and Types*



With Qualpay, you can accept Visa, MasterCard, Discover, and American Express. (For Visa or MasterCard, you can choose to accept only Credit and Business type cards, or only Signature Debit type cards, if you wish). All card types for all card brands are preselected. To adjust your acceptance preferences as to any card brand, or any card types within a brand, click the button for that card.

* Synovus Bank does not provide, and bears no responsibility or liability for these products and services provided by Qualpay or American Express, Pin Debit and EBT transactions.

---

### Where should we deposit your money?

Bank Checking Routing #          053000196                                    ?

Bank Checking Account #          xxxxxxxx3505                                 ?

---

### Pricing

Platinum Payments

| **Sales** | | | **Other Fees** | |
|---|---|---|---|---|
| Visa, MasterCard, Discover | 1.5% + $0.25 | | Monthly Minimum Discount | $25.00 |
| American Express OptBlue* | 1.5% + $0.25 | | Monthly Statement Fee | $10.00 |
| Interchange Pass-Through | At Cost | | Monthly Service Fee | Waived |
| | | | Monthly PCI Fee * | $10.00 |
| | | | Yearly Administrative Maintenance Fee * | $34.99 |
| | | | Authorization Fee | $0.30 |
| | | | Authorization Fee (Amex) * | $0.30 |

**PX 40**

CONFIDENTIAL

| | |
|---|---|
| Setup | Waived |
| Early Termination | $95.00 ($50 in Arkansas) |
| Per Batch | $0.25 |
| Voice Authorization | $0.75 |
| Address Verification Service Fee | $0.05 |
| Per Chargeback | $30.00 |
| Per Retrieval | $15.00 |

[*] Synovus Bank does not provide, and bears no responsibility or liability for the products and services marked with a "*" or American Express, PIN Debit and EBT transactions.
[†] Visa, MasterCard, Discover and American Express Card Brand Assessment Fees and Sponsorship (.02% on gross Visa, MasterCard, and Discover Sales Volume - 0.15% on gross American Express Sales Volume) are passed through to you.

# PX 40

CONFIDENTIAL

FTC-MOBE-003091
01_QP_FTC_0000007

Dashboard (dashboard) » Application Lookup (apps/list) » Application Detail

## Application Overview

👁 Watch Application

| | |
|---|---|
| **App ID** | 101083 |
| **Current Status** | Complete |
| **Merchant ID** | 971000010633 (merchant/971000010633) 🔗 (merchant/971000010633) |
| **Hierarchy Node** | 8971700022 - Platinum Payment Sys - Non-Chain |
| **Merchant DBA** | MOBE-Home Business Summit |
| **Created On** | Nov 30 2016 08:19am |
| **Channel** | Platinum Payments (ID 14) |
| **Created By** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |
| **Sales Rep** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |

## Application History

➕ New Note

| Time ⇕ | Message |
|---|---|
| Jan 03 2017 01:48pm — Megan Hyde | SRenz reached out to TDodd: We could go ahead and approve this account or would you prefer that we hold off and approve all of them at the same time? |
| Dec 23 2016 12:91pm — Stacy Renz | Outstanding Items:<br><br>1) What is fulfillment timeframe for 3 day business summit from time card is charged?<br>2) What percent is upsold to Titanium/Platinum/Diamond pkg? |
| Dec 21 2016 10:20am — Stacy Renz | Per partner, there is the option to purchase one of the Mastermind pkgs via this account, so high ticket should be $20,000. Also, per partner, transactions are 100% retail/CP. OLA has been updated |
| Dec 20 2016 07:45am — System | Application submitted. |
| Dec 20 2016 06:17am — Tracy Hinken | Application emailed to susan@mobe.com |

## Application Process ▲

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| Underwriting Support | Completed | Dec 20 2016 07:45am | Dec 20 2016 08:17am | Jennifer Campbell 🔗 (/ops/user/375) | 32 minutes | View Detail () 🔗 |
| Underwriting | Approved | Dec 20 2016 08:17am | Jan 04 2017 11:23am | Megan Hyde 🔗 (/ops/user/869) | 15 days 3 hours 6 minutes | View Detail () 🔗 |
| Account Load | Completed | Jan 04 2017 11:23am | Jan 04 2017 11:25am | System | 1 minute | View Detail () 🔗 |
| Build Merchant | Completed | Jan 04 2017 11:25am | Jan 04 2017 11:30am | System | 5 minutes | View Detail () 🔗 |
| Security Metrics Load | Completed | Jan 04 2017 11:30am | Jan 04 2017 11:35am | System | 4 minutes | View Detail () 🔗 |
| Build Pricing | Completed | Jan 04 2017 11:35am | Jan 04 2017 01:41pm | System | 2 hours 6 minutes | View Detail () 🔗 |
| Terminal Build | Completed | Jan 04 2017 01:41pm | Jan 04 2017 01:41pm | System | 0 minutes | View Detail () 🔗 |

# PX 40

CONFIDENTIAL

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---------|--------|---------|-----------|-----------|----------|-----------|
| Support | Completed | Jan 04 2017 01:41pm | Jan 04 2017 01:41pm | System | 0 minutes | View Detail () |
| Welcome Email | Completed | Jan 04 2017 01:41pm | Jan 04 2017 01:41pm | System | 0 minutes | View Detail () |
| Fulfillment | Completed | Jan 04 2017 01:41pm | Jan 04 2017 01:41pm | System | 0 minutes | View Detail () |
| Activation | Completed | Jan 04 2017 01:41pm | Jan 19 2017 09:23am | System | 14 days 19 hours 42 minutes | View Detail () |

**Application Documents (41)**

**Clickthrough Agreements (1)**

**About You**

| Your Name | Susan | Zanghi |
|-----------|-------|--------|
| Your Phone | | |
| Your Email | susan@mobe.com | |

**Your Business**

| Business Name | MOBE-Home Business Summit | ⊙ |
|---------------|---------------------------|---|
| Business Phone | (844) 662-3787 | ⊙ |
| Business Email | support@mobeprocessing.com | |
| Business Website | http://www.mobe.com | ⊙ ⊙ (http://www.mobe.com) |
| Business Address | 8207 GOLF RIDGE DR | |
| | Apt or Suite | |
| | CHARLOTTE | North Carolina |
| | 28277 | 8867 |
| | United States | |
| Do you have a different mailing address? | Yes    No | |

**PX 40**

**FTC-MOBE-003093**
01_QP_FTC_0000009

## About Your Business

Business Entity Type            Corporation

                                Trading Status              Non-Public

                                Legal Name                  MOBEPROCESSING.COM INC

                                State Filed                 Delaware

                                Federal Tax ID              47-3489384

Business Start Date             📅   12-01-2014

Business Industry               Schools and Educational Services

Business Description            3 day business summit

How are you selling?            ✓ In Person
                                    Storefront
                                    Business Office
                                    Residence
                                    ✓ On-the-go

                                ✓ Online
                                    Other
                                    NMI

                                    Mail
                                    Phone (inbound)
                                    Phone (outbound)
                                    Subscriptions / Recurring Billing

Do you advertise?               Yes    No

How do you advertise?           Internet
                                ✓ Social Media
                                    Mass or Direct Mail

# PX 40

CONFIDENTIAL

FTC-MOBE-003094
01_QP_FTC_0000010

Phone Marketing

Catalogs or Publications

Radio or Television

✓ Other

    affiliate emails

| | |
|---|---|
| Is the order fulfilled immediately? | Yes   No |
| How is the order fulfilled? | My Business   Third Party |
| How is the order received? | Digitally   Pick-up   Delivery   Service |
| Does your business use a 3rd party call center? | Yes   No |
| Do you use any other Third Parties? | Yes   No   ? |
| Is your business seasonal? | Yes   No   ? |
| What is your Refund Policy | Other |
| Explain Other: | 3 days unless law states longer |

**Owner / Officer Information**

| Ownership | 1 - 4 Owners are required. | | |
|---|---|---|---|
| | How many Owners have 25% or more interest? | 1 Owner | |
| | Name | Susan | Zanghi |
| | Phone | | |
| | Email | susan@mobe.com | |
| | Birth Date | 🗓 Redacted | |
| | Social Security | | |
| | Home Address | 8207 GOLF RIDGE DR | |

PX 40

Apt or Suite

CHARLOTTE                                          North Carolina

28277                                              8867

United States

Percent of Ownership

0%

Close                                             View Privacy Policy (https://www.qualpay.com/privacy-policy)

---

**About Taking Payments**

| | |
|---|---|
| Have you processed credit cards before? | Yes   No |
| Name of previous acquirer | Chase |
| Has your acquirer relationship been cancelled previously? | Yes   No |
| Any prior bankruptcies? | Yes   No |
| Projected Total Annual Sales (To include cash and check sales) | $200,000.00 |
| Projected Annual Credit Card Volume | $200,000.00 |
| Typical sales amount | $497.00 |
| Largest expected sale | $20,000.00 |
| Online Card not present transactions (CNP) | 0% |
| Mail and phone | 0% |
| In Person In-Person (Card Present Transactions) | 100% |

---

**Products**

| | | |
|---|---|---|
| Have you processed with Qualpay before? | Yes   No | |
| Products* | Product | Quantity |
| | Voice Authorization | 1 |
| | Qualpay Manager | 1 |
| | NMI Payment Gateway (fulfilled by Platinum) | 1 |

**PX 40**

CONFIDENTIAL

Select Card Brands and Types*

     

With Qualpay, you can accept Visa, MasterCard, Discover, and American Express. (For Visa or MasterCard, you can choose to accept only Credit and Business type cards, or only Signature Debit type cards, if you wish). All card types for all card brands are preselected. To adjust your acceptance preferences as to any card brand, or any card types within a brand, click the button for that card.

* Synovus Bank does not provide, and bears no responsibility or liability for these products and services provided by Qualpay or American Express, Pin Debit and EBT transactions.

---

### Where should we deposit your money?

| | |
|---|---|
| Bank Checking Routing # | 053000196 |
| Bank Checking Account # | xxxxxxxx3505 |

---

### Pricing

Platinum Payments

| Sales | | | Other Fees | |
|---|---|---|---|---|
| Visa, MasterCard, Discover | 1.50% + $0.25 | | Monthly Minimum Discount | $25.00 |
| American Express OptBlue* | 1.50% + $0.25 | | Monthly Statement Fee | $10.00 |
| Interchange Pass-Through | At Cost | | Monthly Service Fee | Waived |
| | | | Monthly PCI Fee * | $10.00 |
| | | | Yearly Administrative Maintenance Fee * | $34.99 |
| | | | Authorization Fee | $0.30 |
| | | | Authorization Fee (Amex) * | $0.30 |
| | | | Setup | Waived |
| | | | Early Termination | $95.00 ($50 in Arkansas) |
| | | | Per Batch | $0.25 |
| | | | Voice Authorization | $0.75 |
| | | | Address Verification Service Fee | $0.05 |
| | | | Per Chargeback | $30.00 |
| | | | Per Retrieval | $15.00 |

* Synovus Bank does not provide, and bears no responsibility or liability for the products and services marked with a "*" or American Express, PIN Debit and EBT transactions.

## PX 40

FTC-MOBE-003097
01_QP_FTC_0000013

Dashboard (dashboard) » Application Lookup (apps/list) » Application Detail

**Application Overview**                                                                                               👁 Watch Application

| | |
|---|---|
| **App ID** | 101108 |
| **Current Status** | Complete |
| **Merchant ID** | 971000010634 (merchant/971000010634) ☑ (merchant/971000010634) |
| **Hierarchy Node** | 8971700022 - Platinum Payment Sys - Non-Chain |
| **Merchant DBA** | MOBE-Marketplace |
| **Created On** | Dec 02 2016 08:22am |
| **Channel** | Platinum Payments (ID 14) |
| **Created By** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |
| **Sales Rep** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |

**Application History**

➕ New Note

| Time ⬍ | Message |
|---|---|
| Jan 03 2017 01:40pm<br>Megan Hyde | SRenz reached out to TDodd:<br>We could go ahead and approve this account with a 100% holdback reserve until website is compliant, or would you prefer that we wait and approve this account at the same time as the others? |
| | Outstanding Items:<br>1) Website needs T&C's and privacy policy<br>2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover |
| Dec 23 2016 12:01pm<br>Stacy Renz | Outstanding Items:<br><br>1) Website needs T&C's and privacy policy<br>2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover |
| Dec 23 2016 10:14am<br>Stacy Renz | Price points for educational products range from $27 - $4,997. High ticket needs to be updated to $5,000. OLA has been updated |
| Dec 21 2016 09:12am<br>Stacy Renz | Per Partner, this account has own URL: www.mobemarketplace.com. Have updated OLA |
| Dec 23 2016 07:52pm<br>System | Application submitted. |

**Application Process**                                                                                                    ▲

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| **Underwriting Support** | Completed | Dec 20 2016 07:52am | Dec 20 2016 08:24am | Jennifer Campbell ☑ (/ops/user/375) | 32 minutes | View Detail () ☑ |
| **Underwriting** | Approved | Dec 20 2016 08:24am | Jan 04 2017 11:24am | Megan Hyde ☑ (/ops/user/869) | 15 days 2 hours 59 minutes | View Detail () ☑ |
| **Account Load** | Completed | Jan 04 2017 11:24am | Jan 04 2017 11:25am | System | 0 minutes | View Detail () ☑ |
| **Build Merchant** | Completed | Jan 04 2017 11:25am | Jan 04 2017 11:30am | System | 5 minutes | View Detail () ☑ |

# PX 40

CONFIDENTIAL

FTC-MOBE-003098<br>01_QP_FTC_0000014

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| Security Metrics Load | Completed | Jan 04 2017 11:30am | Jan 04 2017 11:35am | System | 4 minutes | View Detail () ☑ |
| Build Pricing | Completed | Jan 04 2017 11:35am | Jan 04 2017 01:42pm | System | 2 hours 7 minutes | View Detail () ☑ |
| Terminal Build | Completed | Jan 04 2017 01:42pm | Jan 04 2017 01:42pm | System | 0 minutes | View Detail () ☑ |
| Support | Completed | Jan 04 2017 01:42pm | Jan 04 2017 01:42pm | System | 0 minutes | View Detail () ☑ |
| Welcome Email | Completed | Jan 04 2017 01:42pm | Jan 04 2017 01:42pm | System | 0 minutes | View Detail () ☑ |
| Fulfillment | Completed | Jan 04 2017 01:42pm | Jan 04 2017 01:43pm | System | 0 minutes | View Detail () ☑ |
| Activation | Completed | Jan 04 2017 01:43pm | Jan 26 2017 08:23am | System | 21 days 18 hours 40 minutes | View Detail () ☑ |

**Application Documents (42)**    ▼

**Clickthrough Agreements (1)**    ▼

### About You

Your Name            Susan                                Zanghi

Your Phone           ▮▮▮▮▮▮▮▮

Your Email           susan@mobe.com

### Your Business

Business Name        MOBE-Marketplace                                      ⊙

Business Phone       (844) 662-3787                                        ⊙

Business Email       support@mobeprocessing.com

Business Website     http://www.mobemarketplace.com       ⊙ ⊚ (http://www.mobemarketplace.com)

Business Address     8207 GOLF RIDGE DR

                     Apt or Suite

                     CHARLOTTE                              North Carolina

                     28277                                  8867

                     United States

Do you have a different mailing address?

**PX 40**

CONFIDENTIAL

FTC-MOBE-003099
01_QP_FTC_0000015

Yes  No

**About Your Business**

Business Entity Type

Corporation

Trading Status

Non-Public

Legal Name

MOBEPROCESSING.COM INC

State Filed

Delaware

Federal Tax ID

47-3489384

Business Start Date

📅  12-01-2014

Business Industry

Schools and Educational Services

Business Description

digital education products

How are you selling?

In Person

✓ Online

Other

NMI

Mail

Phone (inbound)

Phone (outbound)

Subscriptions / Recurring Billing

Do you advertise?

Yes  No

How do you advertise?

Internet

✓ Social Media

Mass or Direct Mail

Phone Marketing

Catalogs or Publications

**PX 40**

CONFIDENTIAL

Radio or Television

✓ Other

affiliate emails

| | |
|---|---|
| Is the order fulfilled immediately? | Yes    No |
| How is the order fulfilled? | My Business    Third Party |
| How is the order received? | Digitally    Pick-up    Delivery    Service |
| Does your business use a 3rd party call center? | Yes    No |
| Do you use any other Third Parties? | Yes    No    ⑦ |
| Is your business seasonal? | Yes    No    ⑦ |
| What is your Refund Policy | Other |
| Explain Other: | 3 days unless law states longer |

## Owner / Officer Information

| | | |
|---|---|---|
| Ownership | 1 - 4 Owners are required. | |
| | How many Owners have 25% or more interest? | 1 Owner |
| | Name | Susan | Zanghi |
| | Phone | ▮▮▮▮▮▮▮ | |
| | Email | susan@mobe.com | |
| | Birth Date | 🗓 Redacted | |
| | Social Security | ▮▮▮▮ | |
| | Home Address | 8207 GOLF RIDGE DR | |
| | | Apt or Suite | |
| | | CHARLOTTE | North Carolina |

PX 40

FTC-MOBE-003101
01_QP_FTC_0000017

28277                               8867

United States

Percent of Ownership      0%

Close                                    View Privacy Policy (https://www.qualpay.com/privacy-policy)

## About Taking Payments

| | |
|---|---|
| Have you processed credit cards before? | Yes   No |
| Name of previous acquirer | Chase |
| Has your acquirer relationship been cancelled previously? | Yes   No |
| Any prior bankruptcies? | Yes   No |
| Projected Total Annual Sales (To include cash and check sales) | $300,000.00 |
| Projected Annual Credit Card Volume | $300,000.00 |
| Typical sales amount | $300.00 |
| Largest expected sale | $5,000.00 |
| Online Card not present transactions (CNP) | 100% |
| Mail and phone | 0% |
| In Person In-Person (Card Present Transactions) | 0% |

## Products

Have you processed with Qualpay before?     Yes   No

Products*

| Product | Quantity |
|---|---|
| Voice Authorization | 1 |
| Qualpay Manager | 1 |
| NMI Payment Gateway (fulfilled by Platinum) | 1 |

Select Card Brands and Types*

# PX 40

With Qualpay, you can accept Visa, MasterCard, Discover, and American Express. (For Visa or MasterCard, you can choose to accept only Credit and Business type cards, or only Signature Debit type cards, if you wish). All card types for all card brands are preselected. To adjust your acceptance preferences as to any card brand, or any card types within a brand, click the button for that card.

\* Synovus Bank does not provide, and bears no responsibility or liability for these products and services provided by Qualpay or American Express, Pin Debit and EBT transactions.

| Where should we deposit your money? | | |
|---|---|---|
| Bank Checking Routing # | 053000196 | ? |
| Bank Checking Account # | xxxxxxxx3505 | ? |

## Pricing

Platinum Payments

| Sales | |
|---|---|
| Visa, MasterCard, Discover | 1.5% + $0.25 |
| American Express OptBlue[*] | 1.5% + $0.25 |
| Interchange Pass-Through | At Cost |

| Other Fees | |
|---|---|
| Monthly Minimum Discount | $25.00 |
| Monthly Statement Fee | $10.00 |
| Monthly Service Fee | Waived |
| Monthly PCI Fee [*] | $10.00 |
| Yearly Administrative Maintenance Fee [*] | $34.99 |
| Authorization Fee | $0.30 |
| Authorization Fee (Amex) [*] | $0.30 |
| Setup | Waived |
| Early Termination | $95.00 ($50 in Arkansas) |
| Per Batch | $0.25 |
| Voice Authorization | $0.75 |
| Address Verification Service Fee | $0.05 |
| Per Chargeback | $30.00 |
| Per Retrieval | $15.00 |

[*] Synovus Bank does not provide, and bears no responsibility or liability for the products and services marked with a "*" or American Express, PIN Debit and EBT transactions.
[†] Visa, MasterCard, Discover and American Express Card Brand Assessment Fees and Sponsorship (.02% on gross Visa, MasterCard, and Discover Sales Volume - 0.15% on gross American Express Sales Volume) are passed through to you.

## PX 40

CONFIDENTIAL

Dashboard (dashboard) » Application Lookup (apps/list) » Application Detail

## Application Overview

👁 Watch Application

| | |
|---|---|
| **App ID** | 101109 |
| **Current Status** | Complete |
| **Merchant ID** | 971000010635 (merchant/971000010635) 🔗 (merchant/971000010635) |
| **Hierarchy Node** | 8971700022 - Platinum Payment Sys - Non-Chain |
| **Merchant DBA** | MOBE-Traffic |
| **Created On** | Dec 02 2016 08:43am |
| **Channel** | Platinum Payments (ID 14) |
| **Created By** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |
| **Sales Rep** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |

## Application History

⊕ New Note

| Time ⇕ | Message |
|---|---|
| Jan 03 2017 01:53pm<br>Megan Hyde | SRenz reached out to TDodd:<br>We could go ahead and approve this account with a 100% holdback reserve until website is compliant, or would you prefer that we wait and approve this account at the same time as the others?<br><br>Outstanding Items:<br>1) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover<br>2) Link to T&C's from checkout page appears to be broken |
| Dec 23 2016 12:02pm<br>Stacy Renz | Outstanding Items:<br><br>1) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover<br>2) Link to T&C's from checkout page appears to be broken |
| Dec 23 2016 07:48am<br>System | Application submitted. |
| Dec 23 2016 06:18am<br>Tracy Hinken | Application emailed to susan@mobe.com |
| Dec 19 2016 09:07am<br>Jennifer Campbell | The account has the same owner & legal name as apps 101108, 101107, 101106, 101097, 101083, & 101035. |

## Application Process

▲

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| **Underwriting Support** | Completed | Dec 20 2016 07:48am | Dec 20 2016 08:31am | Jennifer Campbell 🔗 (/ops/user/375) | 43 minutes | View Detail () 🔗 |
| **Underwriting** | Approved | Dec 20 2016 08:31am | Jan 04 2017 11:26am | Megan Hyde 🔗 (/ops/user/869) | 15 days 2 hours 54 minutes | View Detail () 🔗 |
| **Account Load** | Completed | Jan 04 2017 11:26am | Jan 04 2017 11:30am | *System* | 3 minutes | View Detail () 🔗 |
| **Build Merchant** | Completed | Jan 04 2017 11:30am | Jan 04 2017 11:35am | *System* | 5 minutes | View Detail () 🔗 |

# PX 40

CONFIDENTIAL

FTC-MOBE-003104<br>01_QP_FTC_0000020

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| Security Metrics Load | Completed | Jan 04 2017 11:35am | Jan 04 2017 11:40am | System | 4 minutes | View Detail () ⬛ |
| Build Pricing | Completed | Jan 04 2017 11:40am | Jan 04 2017 01:43pm | System | 2 hours 3 minutes | View Detail () ⬛ |
| Terminal Build | Completed | Jan 04 2017 01:43pm | Jan 04 2017 01:44pm | System | 0 minutes | View Detail () ⬛ |
| Support | Completed | Jan 04 2017 01:44pm | Jan 04 2017 01:44pm | System | 0 minutes | View Detail () ⬛ |
| Welcome Email | Completed | Jan 04 2017 01:44pm | Jan 04 2017 01:44pm | System | 0 minutes | View Detail () ⬛ |
| Fulfillment | Completed | Jan 04 2017 01:44pm | Jan 04 2017 01:44pm | System | 0 minutes | View Detail () ⬛ |
| Activation | Completed | Jan 04 2017 01:44pm | Jan 26 2017 08:24am | System | 21 days 18 hours 40 minutes | View Detail () ⬛ |

**Application Documents (42)**                                                                ▼

**Clickthrough Agreements (1)**                                                              ▼

---

**About You**

Your Name            Susan                          Zanghi

Your Phone           ▬▬▬▬▬▬

Your Email           susan@mobe.com

---

**Your Business**

Business Name        MOBE-Traffic                                          ⊙

Business Phone       (844) 662-3787                                        ⊙

Business Email       support@mobeprocessing.com

Business Website     http://www.wesellgoodtraffic.com        ⊙ ② (http://www.wesellgoodtraffic.com)

Business Address     8207 GOLF RIDGE DR

                     Apt or Suite

                     CHARLOTTE                         North Carolina

                     28277                             8867

                     United States

Do you have a different mailing address?

**PX 40**

CONFIDENTIAL

Yes   No

**About Your Business**

Business Entity Type
Corporation

Trading Status
Non-Public

Legal Name
MOBEPROCESSING.COM INC

State Filed
Delaware

Federal Tax ID
47-3489384

Business Start Date
📅   12-01-2014

Business Industry
Schools and Educational Services

Business Description
paid traffic products

How are you selling?
In Person

✓ Online

Other

NMI

Mail

Phone (inbound)

Phone (outbound)

Subscriptions / Recurring Billing

Do you advertise?
Yes   No

How do you advertise?
Internet

✓ Social Media

Mass or Direct Mail

Phone Marketing

Catalogs or Publications

**PX 40**

FTC-MOBE-003106
01_QP_FTC_0000022

Radio or Television

✓ Other

affiliate emails

Is the order fulfilled immediately?          Yes    No

How is the order fulfilled?                  My Business    Third Party

How is the order received?                   Digitally    Pick-up    Delivery    Service

Does your business use a 3rd party call center?    Yes    No

Do you use any other Third Parties?          Yes    No    ?

Is your business seasonal?                   Yes    No    ?

What is your Refund Policy                   Other

Explain Other:                               3 days unless law states longer

## Owner / Officer Information

Ownership                1 - 4 Owners are required.

How many Owners have 25% or more interest?    1 Owner

Name           Susan                      Zanghi

Phone          ██████████

Email          susan@mobe.com

Birth Date     📅  Redacted

Social Security  ████

Home Address   8207 GOLF RIDGE DR

Apt or Suite

CHARLOTTE                  North Carolina

## PX 40

28277                                    8867

United States

Percent of Ownership          0%

Close                                      View Privacy Policy (https://www.qualpay.com/privacy-policy)

---

### About Taking Payments

| | |
|---|---|
| Have you processed credit cards before? | Yes  No |
| Name of previous acquirer | Chase |
| Has your acquirer relationship been cancelled previously? | Yes  No |
| Any prior bankruptcies? | Yes  No |
| Projected Total Annual Sales (To include cash and check sales) | $300,000.00 |
| Projected Annual Credit Card Volume | $300,000.00 |
| Typical sales amount | $4,500.00 |
| Largest expected sale | $9,000.00 |
| Online Card not present transactions (CNP) | 100% |
| Mail and phone | 0% |
| In Person In-Person (Card Present Transactions) | 0% |

---

### Products

Have you processed with Qualpay before?          Yes  No

Products*

| Product | Quantity |
|---|---|
| Voice Authorization | 1 |
| Qualpay Manager | 1 |
| NMI Payment Gateway (fulfilled by Platinum) | 1 |

Select Card Brands and Types*

# PX 40

CONFIDENTIAL

With Qualpay, you can accept Visa, MasterCard, Discover, and American Express. (For Visa or MasterCard, you can choose to accept only Credit and Business type cards, or only Signature Debit type cards, if you wish). All card types for all card brands are preselected. To adjust your acceptance preferences as to any card brand, or any card types within a brand, click the button for that card.

\* Synovus Bank does not provide, and bears no responsibility or liability for these products and services provided by Qualpay or American Express, Pin Debit and EBT transactions.

| Where should we deposit your money? | | |
| --- | --- | --- |
| Bank Checking Routing # | 053000196 | ? |
| Bank Checking Account # | xxxxxxxx3505 | ? |

## Pricing

Platinum Payments

| Sales | | | Other Fees | |
| --- | --- | --- | --- | --- |
| Visa, MasterCard, Discover | 1.5% + $0.25 | | Monthly Minimum Discount | $25.00 |
| American Express OptBlue[^*] | 1.5% + $0.25 | | Monthly Statement Fee | $10.00 |
| Interchange Pass-Through | At Cost | | Monthly Service Fee | Waived |
| | | | Monthly PCI Fee [^*] | $10.00 |
| | | | Yearly Administrative Maintenance Fee [^*] | $34.99 |
| | | | Authorization Fee | $0.30 |
| | | | Authorization Fee (Amex) [^*] | $0.30 |
| | | | Setup | Waived |
| | | | Early Termination | $95.00 ($50 in Arkansas) |
| | | | Per Batch | $0.25 |
| | | | Voice Authorization | $0.75 |
| | | | Address Verification Service Fee | $0.05 |
| | | | Per Chargeback | $30.00 |
| | | | Per Retrieval | $15.00 |

[^*] Synovus Bank does not provide, and bears no responsibility or liability for the products and services marked with a "\*" or American Express, PIN Debit and EBT transactions.
[^†] Visa, MasterCard, Discover and American Express Card Brand Assessment Fees and Sponsorship (.02% on gross Visa, MasterCard, and Discover Sales Volume - 0.15% on gross American Express Sales Volume) are passed through to you.

# PX 40

CONFIDENTIAL

Dashboard (dashboard) » Application Lookup (apps/list) » Application Detail

### Application Overview

◉ Watch Application

| | |
|---|---|
| **App ID** | 101106 |
| **Current Status** | Complete |
| **Merchant ID** | 971000010643 (merchant/971000010643) ✉ (merchant/971000010643) |
| **Hierarchy Node** | 8971700022 - Platinum Payment Sys - Non-Chain |
| **Merchant DBA** | MOBE-Online Product Group |
| **Created On** | Dec 02 2016 07:22am |
| **Channel** | Platinum Payments (ID 14) |
| **Created By** | Tracy Hinken<br>✉ thinken@platpay.com<br>☎ No Phone Number |
| **Sales Rep** | Tracy Hinken<br>✉ thinken@platpay.com<br>☎ No Phone Number |

### Application History

⊕ New Note

| Time ⬍ | Message |
|---|---|
| Jan 05 2017 12:22pm<br>Megan Hyde | Response from TDodd: $2,500 upsell is the Silver Masterclass product which is a marketing education module with 8 digital video modules that are deliverable within 2 hours or purchase<br><br>Outstanding Items:<br>* Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>* Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover |
| Jan 05 2017 11:57am<br>Megan Hyde | sent email to TDodd to follow up on outstanding items |
| Jan 03 2017 02:23pm<br>Megan Hyde | Outstanding Items:<br>1) What is the $2,500 upsell?  Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover |
| Jan 03 2017 01:51pm<br>Megan Hyde | Outstanding Items:<br>1) What is the $2,500 upsell?  Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>2) What is the fulfillment timeframe for the $2,500 upsell? If anything is greater than 30 days, we will need to know percentage breakdown of overall volume<br>3) What percent is upsold to Titanium/Platinum/Diamond pkgs?<br>4) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover |
| Dec 23 2016 12:32pm<br>Stacy Renz | Outstanding Items:<br><br>1) What is the $49 product? What is the $2,500 upsell?<br>2) How do you purchase this product and upsell on the website?<br>3) What is the fulfillment timeframe? Anything >30 days will need to know percentage breakdown of overall volume<br>4) What percent is upsold to Titanium/Platinum/Diamond pkg?<br>5) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover |

### Application Process

▲

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| **Underwriting Support** | Completed | Dec 20 2016 07:46am | Dec 20 2016 08:36am | Jennifer Campbell ✉ (/ops/user/375) | 49 minutes | View Detail () ✉ |

## PX 40

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| **Underwriting** | Approved | Dec 20 2016 08:36am | Jan 05 2017 02:28pm | Megan Hyde ⊘ (/ops/user/869) | 16 days 5 hours 52 minutes | View Detail () ⊘ |
| **Account Load** | Completed | Jan 05 2017 02:28pm | Jan 05 2017 02:30pm | System | 1 minute | View Detail () ⊘ |
| **Build Merchant** | Completed | Jan 05 2017 02:30pm | Jan 05 2017 02:35pm | System | 5 minutes | View Detail () ⊘ |
| **Security Metrics Load** | Completed | Jan 05 2017 02:35pm | Jan 05 2017 02:40pm | System | 4 minutes | View Detail () ⊘ |
| **Build Pricing** | Completed | Jan 05 2017 02:40pm | Jan 05 2017 04:10pm | System | 1 hour 30 minutes | View Detail () ⊘ |
| **Terminal Build** | Completed | Jan 05 2017 04:10pm | Jan 05 2017 04:10pm | System | 0 minutes | View Detail () ⊘ |
| **Support** | Completed | Jan 05 2017 04:10pm | Jan 05 2017 04:10pm | System | 0 minutes | View Detail () ⊘ |
| **Welcome Email** | Completed | Jan 05 2017 04:10pm | Jan 05 2017 04:10pm | System | 0 minutes | View Detail () ⊘ |
| **Fulfillment** | Completed | Jan 05 2017 04:10pm | Jan 05 2017 04:10pm | System | 0 minutes | View Detail () ⊘ |
| **Activation** | Completed | Jan 05 2017 04:10pm | Jan 23 2017 08:48am | System | 17 days 16 hours 37 minutes | View Detail () ⊘ |

**Application Documents (44)**　　　　　　　　　　　　　　　　　　　　　　　▼

**Clickthrough Agreements (1)**　　　　　　　　　　　　　　　　　　　　　　　▼

| **About You** |
|---|

| Your Name | Susan | Zanghi |
|---|---|---|
| Your Phone | | |
| Your Email | susan@mobe.com | |

| **Your Business** |
|---|

| Business Name | MOBE-Online Product Group | ⊙ |
|---|---|---|
| Business Phone | (844) 662-3787 | ⊙ |
| Business Email | support@mobeprocessing.com | |
| Business Website | http://www.mobe.com | ⊙ ⊘ (http://www.mobe.com) |
| Business Address | 8207 GOLF RIDGE DR | |
| | Apt or Suite | |
| | CHARLOTTE | North Carolina |
| | 28277 | 8867 |

# PX 40

FTC-MOBE-003111
01_QP_FTC_0000027

United States

Do you have a different mailing address?          Yes    No

---

**About Your Business**

Business Entity Type                    Corporation

                                        Trading Status              Non-Public

                                        Legal Name                  MOBEPROCESSING.COM INC

                                        State Filed                 Delaware

                                        Federal Tax ID              47-3489384

Business Start Date                     📅  12-01-2014

Business Industry                       Schools and Educational Services

Business Description                    online business education produts

How are you selling?                          In Person
                                        ✓ Online
                                              Other
                                              NMI

                                              Mail
                                        ✓ Phone (inbound)
                                              Phone (outbound)
                                              Subscriptions / Recurring Billing

Do you advertise?                       Yes    No

How do you advertise?                         Internet
                                        ✓ Social Media
                                              Mass or Direct Mail
                                              Phone Marketing

**PX 40**

FTC-MOBE-003142
01_QP_FTC_0000028

Catalogs or Publications

Radio or Television

✓ Other

    affiliate emails

| | |
|---|---|
| Is the order fulfilled immediately? | Yes   No |
| How is the order fulfilled? | My Business   Third Party |
| How is the order received? | Digitally   Pick-up   Delivery   Service |
| Does your business use a 3rd party call center? | Yes   No |
| Do you use any other Third Parties? | Yes   No   ⓘ |
| Is your business seasonal? | Yes   No   ⓘ |
| What is your Refund Policy | Other |
| Explain Other: | 3 days unless law states longer |

## Owner / Officer Information

Ownership

1 - 4 Owners are required.

How many Owners have 25% or more interest?     1 Owner

| | | |
|---|---|---|
| Name | Susan | Zanghi |
| Phone | | |
| Email | susan@mobe.com | |
| Birth Date | 📅 Redacted | |
| Social Security | | |
| Home Address | 8207 GOLF RIDGE DR | |

Apt or Suite

# PX 40

CONFIDENTIAL

CHARLOTTE                          North Carolina

28277                             8867

United States

Percent of Ownership      0%

Close                             View Privacy Policy (https://www.qualpay.com/privacy-policy)

---

**About Taking Payments**

| | |
|---|---|
| Have you processed credit cards before? | Yes    No |
| Name of previous acquirer | Chase |
| Has your acquirer relationship been cancelled previously? | Yes    No |
| Any prior bankruptcies? | Yes    No |
| Projected Total Annual Sales (To include cash and check sales) | $200,000.00 |
| Projected Annual Credit Card Volume | $200,000.00 |
| Typical sales amount | $49.00 |
| Largest expected sale | $20,000.00 |
| Online Card not present transactions (CNP) | 75% |
| Mail and phone | 25% |
| In Person In-Person (Card Present Transactions) | 0% |

---

**Products**

Have you processed with Qualpay before?     Yes    No

Products*

| Product | Quantity |
|---|---|
| Voice Authorization | 1 |
| Qualpay Manager | 1 |
| NMI Payment Gateway (fulfilled by Platinum) | 1 |

Select Card Brands and Types*

**PX 40**

CONFIDENTIAL

     

With Qualpay, you can accept Visa, MasterCard, Discover, and American Express. (For Visa or MasterCard, you can choose to accept only Credit and Business type cards, or only Signature Debit type cards, if you wish). All card types for all card brands are preselected. To adjust your acceptance preferences as to any card brand, or any card types within a brand, click the button for that card.

\* Synovus Bank does not provide, and bears no responsibility or liability for these products and services provided by Qualpay or American Express, Pin Debit and EBT transactions.

| **Where should we deposit your money?** | |
| --- | --- |
| Bank Checking Routing # | 053000196 |
| Bank Checking Account # | xxxxxxxx3505 |

## Pricing

Platinum Payments

| **Sales** | | | **Other Fees** | |
| --- | --- | --- | --- | --- |
| Visa, MasterCard, Discover | 1.50% + $0.25 | | Monthly Minimum Discount | $25.00 |
| American Express OptBlue* | 1.50% + $0.25 | | Monthly Statement Fee | $10.00 |
| Interchange Pass-Through | At Cost | | Monthly Service Fee | Waived |
| | | | Monthly PCI Fee * | $10.00 |
| | | | Yearly Administrative Maintenance Fee * | $34.99 |
| | | | Authorization Fee | $0.30 |
| | | | Authorization Fee (Amex) * | $0.30 |
| | | | Setup | Waived |
| | | | Early Termination | $95.00 ($50 in Arkansas) |
| | | | Per Batch | $0.25 |
| | | | Voice Authorization | $0.75 |
| | | | Address Verification Service Fee | $0.05 |
| | | | Per Chargeback | $30.00 |
| | | | Per Retrieval | $15.00 |

\* Synovus Bank does not provide, and bears no responsibility or liability for the products and services marked with a "*" or American Express, PIN Debit and EBT transactions.

# PX 40

CONFIDENTIAL

Dashboard (dashboard) » Application Lookup (apps/list) » Application Detail

## Application Overview

👁 Watch Application

| | |
|---|---|
| **App ID** | 101087 |
| **Current Status** | Complete |
| **Merchant ID** | 971000010645 (merchant/971000010645) ☑ (merchant/971000010645) |
| **Hierarchy Node** | 8971700022 - Platinum Payment Sys - Non-Chain |
| **Merchant DBA** | MOBE-Mastermind |
| **Created On** | Nov 30 2016 11:05am |
| **Channel** | Platinum Payments (ID 14) |
| **Created By** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |
| **Sales Rep** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |

## Application History

➕ New Note

| Time ⬍ | Message |
|---|---|
| Jan 06 2017 11:46am<br>Megan Hyde | Conditional Approval Agreement sent to merchant |
| Jan 04 2017 08:53am<br>Megan Hyde | SRenz reached out to TDodd 1/3/2017: As we are calculating future delivery exposure: if 99% of the time the Diamond pkg is paid via wire transfer, is the requested monthly volume of $125,000 including volume generated from the Diamond pkg? If yes, what percent of the $125,000 is derived from the Diamond pkg? |
| Jan 03 2017 12:24pm<br>Stacy Renz | Response from TDodd:<br>1) Transactions will be 90% retail and 10% MOTO - OLA has been updated<br>2) Percentage break down: Titanium=60%, Platinum=25%, Diamond=15%<br>3) TDodd will notify when card brand logos are added to website<br><br>Outstanding:<br>1) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover |
| Dec 23 2016 02:23pm<br>Stacy Renz | Per partner, they will be providing the terminals; acct will use NMI gateway and they will most likely provide the merchant with Magtek USB swipers. OLA has been updated |
| Dec 23 2016 12:00pm<br>Stacy Renz | Outstanding Items:<br><br>1) How do you purchase the Titanium pkg from the website (currently can only submit form for the Fastlane Webinar Strategy Session)<br>2) What terminal will merchant use for the retail business?<br>3) What are the fulfillment timeframes for each pkg; anything >30 days, need percentage breakdown of overall volume<br>4) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex & Discover |

## Application Process

▲

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| **Underwriting Support** | Completed | Dec 17 2016 10:36pm | Dec 19 2016 09:10am | Jennifer Campbell ☑ (/ops/user/375) | 1 day 10 hours 33 minutes | View Detail () ☑ |
| **Underwriting** | Approved | Dec 19 2016 09:10am | Jan 06 2017 08:50am | Megan Hyde ☑ (/ops/user/869) | 17 days 23 hours 39 minutes | View Detail () ☑ |
| **Account Load** | Completed | Jan 06 2017 08:50am | Jan 06 2017 08:55am | System | 5 minutes | View Detail () ☑ |

**PX 40**

CONFIDENTIAL

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| **Build Merchant** | Completed | Jan 06 2017 08:55am | Jan 06 2017 09:00am | System | 5 minutes | View Detail () |
| **Security Metrics Load** | Completed | Jan 06 2017 09:00am | Jan 06 2017 09:05am | System | 4 minutes | View Detail () |
| **Build Pricing** | Completed | Jan 06 2017 09:05am | Jan 06 2017 10:24am | System | 1 hour 19 minutes | View Detail () |
| **Terminal Build** | Completed | Jan 06 2017 10:24am | Jan 06 2017 10:24am | System | 0 minutes | View Detail () |
| **Support** | Completed | Jan 06 2017 10:24am | Jan 06 2017 10:24am | System | 0 minutes | View Detail () |
| **Welcome Email** | Completed | Jan 06 2017 10:24am | Jan 06 2017 10:25am | System | 0 minutes | View Detail () |
| **Fulfillment** | Completed | Jan 06 2017 10:25am | Jan 06 2017 10:25am | System | 0 minutes | View Detail () |
| **Activation** | Completed | Jan 06 2017 10:25am | Jan 24 2017 08:30am | System | 17 days 22 hours 4 minutes | View Detail () |

**Application Documents (45)** ▼

**Clickthrough Agreements (1)** ▼

**About You**

| Your Name | Susan | Zanghi |
|---|---|---|
| Your Phone | | |
| Your Email | susan@mobe.com | |

**Your Business**

| Business Name | MOBE-Mastermind | ⊙ |
|---|---|---|
| Business Phone | (844) 662-3787 | ⊙ |
| Business Email | support@mobeprocessing.com | |
| Business Website | http://www.mobe.com | ⊙ ⊘ (http://www.mobe.com) |
| Business Address | 8207 GOLF RIDGE DR | |
| | Apt or Suite | |
| | CHARLOTTE | North Carolina |
| | 28277 | 8867 |
| | United States | |

**PX 40**

CONFIDENTIAL     **FTC-MOBE-003147**   01_QP_FTC_0000033

Do you have a different mailing address?          Yes    No

---

**About Your Business**

Business Entity Type                    Corporation

                                        Trading Status                    Non-Public

                                        Legal Name                        MOBEPROCESSING.COM INC.

                                        State Filed                       Delaware

                                        Federal Tax ID                    47-3489384

Business Start Date                     📅   12-01-2014

Business Industry                       Schools and Educational Services

Business Description                    coaching programs

How are you selling?                    ✓ In Person

                                           Storefront

                                           Business Office

                                           Residence

                                        ✓ On-the-go

                                        ✓ Online

                                           Other

                                           NMI

                                        Mail

                                        Phone (inbound)

                                        Phone (outbound)

                                        Subscriptions / Recurring Billing

Do you advertise?                       Yes    No

How do you advertise?                   Internet

## PX 40

CONFIDENTIAL                                                                 FTC-MOBE-003148

                                                                                                   01_QP_FTC_0000034

✓ Social Media

Mass or Direct Mail

Phone Marketing

Catalogs or Publications

Radio or Television

✓ Other

affiliate emails

Is the order fulfilled immediately?          Yes    No

How is the order fulfilled?                  My Business    Third Party

How is the order received?                   Digitally    Pick-up    Delivery    Service

Does your business use a 3rd party call center?   Yes    No

Do you use any other Third Parties?          Yes    No  ⓘ

Is your business seasonal?                   Yes    No  ⓘ

What is your Refund Policy                   Other

Explain Other:                               3 days unless law states longer

| Owner / Officer Information |
|---|

| Ownership | 1 - 4 Owners are required. | | |
|---|---|---|---|
| | How many Owners have 25% or more interest? | 1 Owner | |
| | Name | Susan | Zanghi |
| | Phone | | |
| | Email | susan@mobe.com | |
| | Birth Date | 📅 Redacted | |
| | Social Security | | |

# PX 40

Home Address          8207 GOLF RIDGE DR

                      Apt or Suite

                      CHARLOTTE                    North Carolina

                      28277                        8867

                      United States

Percent of Ownership  0%

Close                 View Privacy Policy (https://www.qualpay.com/privacy-policy)

---

### About Taking Payments

| | |
|---|---|
| Have you processed credit cards before? | **Yes**   No |
| Name of previous acquirer | Chase |
| Has your acquirer relationship been cancelled previously? | Yes   **No** |
| Any prior bankruptcies? | Yes   **No** |
| Projected Total Annual Sales (To include cash and check sales) | $1,500,000.00 |
| Projected Annual Credit Card Volume | $1,500,000.00 |
| Typical sales amount | $497.00 |
| Largest expected sale | $497.00 |
| Online Card not present transactions (CNP) | 0% |
| Mail and phone | 10% |
| In Person In-Person (Card Present Transactions) | 90% |

---

### Products

| | |
|---|---|
| Have you processed with Qualpay before? | Yes   **No** |

| Products* | Product | Quantity |
|---|---|---|
| | **Voice Authorization** | 1 |

**PX 40**

| Product | Quantity |
|---|---|
| Qualpay Manager | 1 |
| NMI Payment Gateway (fulfilled by Platinum) | 1 |

Select Card Brands and Types*



With Qualpay, you can accept Visa, MasterCard, Discover, and American Express. (For Visa or MasterCard, you can choose to accept only Credit and Business type cards, or only Signature Debit type cards, if you wish). All card types for all card brands are preselected. To adjust your acceptance preferences as to any card brand, or any card types within a brand, click the button for that card.

* Synovus Bank does not provide, and bears no responsibility or liability for these products and services provided by Qualpay or American Express, Pin Debit and EBT transactions.

---

### Where should we deposit your money?

Bank Checking Routing #      053000196      ⑦

Bank Checking Account #      xxxxxxxx3505      ⑦

---

### Pricing

Platinum Payments

| Sales | |
|---|---|
| Visa, MasterCard, Discover | 1.5% + $0.25 |
| American Express OptBlue* | 1.5% + $0.25 |
| Interchange Pass-Through | At Cost |

| Other Fees | |
|---|---|
| Monthly Minimum Discount | $25.00 |
| Monthly Statement Fee | $10.00 |
| Monthly Service Fee | Waived |
| Monthly PCI Fee * | $10.00 |
| Yearly Administrative Maintenance Fee * | $34.99 |
| Authorization Fee | $0.30 |
| Authorization Fee (Amex) * | $0.30 |
| Setup | Waived |
| Early Termination | $95.00 ($50 in Arkansas) |
| Per Batch | $0.25 |
| Voice Authorization | $0.75 |
| Address Verification Service Fee | $0.05 |
| Per Chargeback | $30.00 |

# PX 40

CONFIDENTIAL

Dashboard (dashboard) » Application Lookup (apps/list) » Application Detail

## Application Overview

👁 Watch Application

| | |
|---|---|
| **App ID** | 101035 |
| **Current Status** | Complete |
| **Merchant ID** | 971000010632 (merchant/971000010632) 🔗 (merchant/971000010632) |
| **Hierarchy Node** | 8971700022 - Platinum Payment Sys - Non-Chain |
| **Merchant DBA** | MOBE-Summit |
| **Created On** | Nov 17 2016 07:45am |
| **Channel** | Platinum Payments (ID 14) |
| **Created By** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |
| **Sales Rep** | Tracy Hinken<br>✉ thinken@platpay.com<br>📞 No Phone Number |

## Application History

➕ New Note

| Time ⬍ | Message |
|---|---|
| Jan 03 2017 01:47pm<br>Megan Hyde | SRenz reached out to TDodd: We could go ahead and approve this account or would you prefer that we hold off and approve all of them at the same time? |
| Dec 23 2016 12:00pm<br>Stacy Renz | Outstanding Item:<br><br>1) 100% retail, what terminal will merchant use? |
| Dec 21 2016 10:36am<br>Stacy Renz | Per partner, transactions should be 100% retail/CP. OLA has been updated |
| Dec 19 2016 09:09am<br>Jennifer Campbell | The account has the same owner & legal name as apps 101109, 101108, 101107, 101106, 101087 & 101083. |
| Dec 19 2016 07:02am<br>System | Application submitted. |

## Application Process

▲

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---|---|---|---|---|---|---|
| **Underwriting Support** | Completed | Dec 19 2016 07:02am | Dec 19 2016 09:10am | Jennifer Campbell 🔗 (/ops/user/375) | 2 hours 7 minutes | View Detail () 🔗 |
| **Underwriting** | Approved | Dec 19 2016 09:10am | Jan 04 2017 10:56am | Megan Hyde 🔗 (/ops/user/869) | 16 days 1 hour 46 minutes | View Detail () 🔗 |
| **Account Load** | Completed | Jan 04 2017 10:56am | Jan 04 2017 11:00am | *System* | 3 minutes | View Detail () 🔗 |
| **Build Merchant** | Completed | Jan 04 2017 11:00am | Jan 04 2017 11:05am | *System* | 5 minutes | View Detail () 🔗 |
| **Security Metrics Load** | Completed | Jan 04 2017 11:05am | Jan 04 2017 11:10am | *System* | 4 minutes | View Detail () 🔗 |
| **Build Pricing** | Completed | Jan 04 2017 11:10am | Jan 04 2017 01:37pm | *System* | 2 hours 27 minutes | View Detail () 🔗 |
| **Terminal Build** | Completed | Jan 04 2017 01:37pm | Jan 04 2017 01:38pm | *System* | 0 minutes | View Detail () 🔗 |

# PX 40

CONFIDENTIAL

| Station | Status | Started | Completed | Claimed By | Duration | Work Order |
|---------|--------|---------|-----------|------------|----------|------------|
| **Support** | Completed | Jan 04 2017 01:38pm | Jan 04 2017 01:38pm | System | 0 minutes | View Detail () ⏷ |
| **Welcome Email** | Completed | Jan 04 2017 01:38pm | Jan 04 2017 01:38pm | System | 0 minutes | View Detail () ⏷ |
| **Fulfillment** | Completed | Jan 04 2017 01:38pm | Jan 04 2017 01:38pm | System | 0 minutes | View Detail () ⏷ |
| **Activation** | Completed | Jan 04 2017 01:38pm | Jan 24 2017 08:28am | System | 19 days 18 hours 50 minutes | View Detail () ⏷ |

**Application Documents (41)**     ▼

**Clickthrough Agreements (1)**     ▼

| **About You** |
|---|

| Your Name | Susan | Zanghi |
|---|---|---|
| Your Phone | ██████████ | |
| Your Email | susan@mobe.com | |

| **Your Business** |
|---|

| Business Name | MOBE-Summit | ⍰ |
|---|---|---|
| Business Phone | (844) 662-3787 | ⍰ |
| Business Email | support@mobeprocessing.com | |
| Business Website | http://www.mobe.com | ⍰ ⍰ (http://www.mobe.com) |
| Business Address | 8207 GOLF RIDGE DR | |
| | Apt or Suite | |
| | CHARLOTTE | North Carolina |
| | 28277 | 8867 |
| | United States | |
| Do you have a different mailing address? | Yes   No | |

**PX 40**

CONFIDENTIAL

**FTC-MOBE-003123** 01_QP_FTC_0000039

## About Your Business

Business Entity Type                 Corporation

                                     Trading Status          Non-Public

                                     Legal Name              MOBEPROCESSING.COM INC

                                     State Filed             Delaware

                                     Federal Tax ID          47-3489384

Business Start Date              📅   12-01-2014

Business Industry                    Schools and Educational Services

Business Description                 Summit workshop event

How are you selling?             ✓ In Person
                                     Storefront
                                     Business Office
                                     Residence
                                   ✓ On-the-go
                                 ✓ Online
                                     Other
                                     NMI

                                     Mail
                                     Phone (inbound)
                                     Phone (outbound)
                                     Subscriptions / Recurring Billing

Do you advertise?                    Yes    No

How do you advertise?                Internet
                                   ✓ Social Media
                                     Mass or Direct Mail

# PX 40

CONFIDENTIAL

Phone Marketing

Catalogs or Publications

Radio or Television

✓ Other

affiliate emails

| | |
|---|---|
| Is the order fulfilled immediately? | Yes　No |
| How is the order fulfilled? | My Business　Third Party |
| How is the order received? | Digitally　Pick-up　Delivery　Service |
| Does your business use a 3rd party call center? | Yes　No |
| Do you use any other Third Parties? | Yes　No　⊘ |
| Is your business seasonal? | Yes　No　⊘ |
| What is your Refund Policy | Other |
| Explain Other: | 3 days unless law states longer |

**Owner / Officer Information**

| Ownership | 1 - 4 Owners are required. | | |
|---|---|---|---|
| | How many Owners have 25% or more interest? | 1 Owner | |
| | Name | Susan | Zanghi |
| | Phone | | |
| | Email | susan@mobe.com | |
| | Birth Date | 🗓 Redacted | |
| | Social Security | | |
| | Home Address | 8207 GOLF RIDGE DR | |

**PX 40**

Qualpay - Application Overview

Apt or Suite

CHARLOTTE                                      North Carolina

28277                                          8867

United States

Percent of Ownership      0%

Close                          View Privacy Policy (https://www.qualpay.com/privacy-policy)

---

### About Taking Payments

| | |
|---|---|
| Have you processed credit cards before? | **Yes**  No |
| Name of previous acquirer | Chase |
| Has your acquirer relationship been cancelled previously? | Yes  **No** |
| Any prior bankruptcies? | Yes  **No** |
| Projected Total Annual Sales (To include cash and check sales) | $500,000.00 |
| Projected Annual Credit Card Volume | $500,000.00 |
| Typical sales amount | $2,000.00 |
| Largest expected sale | $3,500.00 |
| Online Card not present transactions (CNP) | 0% |
| Mail and phone | 0% |
| In Person In-Person (Card Present Transactions) | 100% |

---

### Products

| | |
|---|---|
| Have you processed with Qualpay before? | Yes  **No** |

Products*

| Product | Quantity |
|---|---|
| Voice Authorization | 1 |
| Qualpay Manager | 1 |
| NMI Payment Gateway (fulfilled by Platinum) | 1 |

**PX 40**

CONFIDENTIAL

Select Card Brands and Types*

     

With Qualpay, you can accept Visa, MasterCard, Discover, and American Express. (For Visa or MasterCard, you can choose to accept only Credit and Business type cards, or only Signature Debit type cards, if you wish). All card types for all card brands are preselected. To adjust your acceptance preferences as to any card brand, or any card types within a brand, click the button for that card.

* Synovus Bank does not provide, and bears no responsibility or liability for these products and services provided by Qualpay or American Express, Pin Debit and EBT transactions.

### Where should we deposit your money?

| | |
|---|---|
| Bank Checking Routing # | 053000196 |
| Bank Checking Account # | xxxxxxxx3505 |

### Pricing

Platinum Payments

| Sales | | | Other Fees | |
|---|---|---|---|---|
| Visa, MasterCard, Discover | 1.50% + $0.00 | | Monthly Minimum Discount | $25.00 |
| American Express OptBlue* | 1.50% + $0.00 | | Monthly Statement Fee | $10.00 |
| Interchange Pass-Through | At Cost | | Monthly Service Fee | Waived |
| | | | Monthly PCI Fee * | $10.00 |
| | | | Yearly Administrative Maintenance Fee * | $34.99 |
| | | | Authorization Fee | $0.30 |
| | | | Authorization Fee (Amex) * | $0.30 |
| | | | Setup | Waived |
| | | | Early Termination | $95.00 ($50 in Arkansas) |
| | | | Per Batch | $0.25 |
| | | | Voice Authorization | $0.75 |
| | | | Address Verification Service Fee | $0.05 |
| | | | Per Chargeback | $30.00 |
| | | | Per Retrieval | $15.00 |

* Synovus Bank does not provide, and bears no responsibility or liability for the products and services marked with a "*" or American Express, PIN Debit and EBT transactions.

## PX 40

* * * * * *

Slipsheet - Spreadsheet file ∙ Stohlman

971000010632_notes.xls

* * * * * *

**PX 40**

CONFIDENTIAL

FTC-MOBE-003128

UT_QP_FTC_0000044

| db_timestamp | source | message |
|---|---|---|
| 2016-11-17 07:45:48 | APP | Application created. |
| 2016-12-13 12:56:42 | APP | Application emailed to susan@mobe.com |
| 2016-12-18 18:57:46 | APP | Application emailed to susan@mobe.com |
| 2016-12-19 06:23:58 | APP | Application emailed to tracy@platpay.com |
| 2016-12-19 07:02:47 | APP | Application submitted. |
| 2016-12-19 09:09:42 | APP | The account has the same owner &amp; legal name as apps 101109, 101108, 101107, 101106, 101087 &amp; 101083. |
| 2016-12-19 09:17:45 | CREDIT_BI | Susan is the Finance Manager and has been given authorization to enter into the merchant agreements by the owner who is Australian citizen who lives in Malaysia. SRenz has requested something in writing from the owner giving Susan authorization. |
| 2016-12-21 10:03:19 | CREDIT_BI | There are 6 other applications for a total of 7 accounts (combined monthly volume is $416,666.68) under this relationship / legal entity. This account will be used to sell Affiliate Partner packages at MOBE events. Transactions are 100% retail/CP. Pkgs typically run around $997. MOBE has agreements in place with the affiliate partners to collect pymt for the pkgs and then MOBE will pay the partner an agreed upon split.  There would also be times whereby the affiliate partner brings their own sales team and terminal and charges the customer directly - those transactions would run through a merchant account belonging to the affiliate partner (not a QP account). Pkgs would consist of CD courses, books, etc - all physical products available at the event with immediate delivery. |
| 2016-12-21 10:36:18 | APP | Per partner, transactions should be 100% retail/CP. OLA has been updated |
| 2016-12-21 13:23:15 | CREDIT_CC | Susan G Zanghi: Non-homeowner; ScorexPLUS score ███ rated medium high risk. ███████████████████████████████████████ (Power Pay) |
| 2016-12-21 13:25:40 | CREDIT_CC | MOBEPROCESSING.COM INC: No commercial credit on file with Experian |
| 2016-12-21 13:35:05 | CREDIT_BI | Business est 12/2014 selling Affiliate Partner packages at MOBE events. Website (www.mobe.com), website review not required.  BBB rating of F with 6 complaints from Feb-Oct 2016 mostly dealing with advertising/sales issues or failing to provi refund.  14 consumer complaints found on Ripoff Rpt from 2010-Nov 21, 2016, 2 consumer complaints on Complaints Board. |
| 2016-12-21 14:18:13 | CREDIT_BI | Business Bank Statements (Aug-Oct 2016) 3 mo avg bank balance $374,824.71.  Ending balance in Aug substantially higher than Sept &amp; Oct (Aug - $738,964.05, Sep - $190,910.49, Oct - $194,599.59) |
| 2016-12-21 14:22:06 | CREDIT_BI | 2015 Balance Sheet: Total Current Assets $1,794,438.76; Total Liabilities $219,997.77; Total Equity $1,574,440.99<br><br>2015 P&amp;L: Total Income $16,586,308.91; COGS $1,733,988.29; Total Expenses $12,764,040.23; Net Income $1,574,468.09 |
| 2016-12-21 14:43:15 | CREDIT_BI | BizID Acct Opening Rpt: BizID score of 830 rated low risk.  Rpt unable to verify business address - will need to verify. Business verified using other means.  TaxID validated using Convey.  No critical business alerts.  Rpt verified primary SSN a DOB.  Primary address verified using Google Maps search.  1 fraud shield alert due to mobile phone.  No OFAC matches |
| 2016-12-21 15:10:25 | CREDIT_ADDITIONAL | Questions for Merchant:<br><br>1)  100% retail, what terminal will merchant use? |
| 2016-12-23 11:29:41 | CREDIT_BI | Rec&#39;d &amp; uploaded letter from CEO, Matthew Lloyd McPhee, authorizing Susan Zanghi as financial representative. Signed with e-signature |

FTC-MOBE-003129
FTC-MOBE-003129

| 2016-12-23 12:00:13 | APP | Outstanding Item:<br><br>1)  100% retail, what terminal will merchant use? |
|---|---|---|
| 2016-12-23 12:38:17 | CREDIT_BI | Have received confirmation that CS team is accessed by toll free number.  Teachers/mentors are similar to 1099 employees and travel to events.  US side of business is operated from signer&#39;s (Susan Zanghi&#39;s residence) |
| 2017-01-03 08:22:08 | CREDIT_ADDITION AL | Response from TDodd:  We will be providing the terminals so since we are going to put all of these accounts into the NMI gateway we will most likely provide the merchant with Magtek USB swipers. |
| 2017-01-03 08:38:55 | CREDIT_ADDITION AL | Outstanding items have been satisfied<br><br>SRenz reached out to TDodd: We could go ahead and approve this account or would you prefer that we hold off and approve all of them at the same time? |
| 2017-01-03 13:47:29 | APP | SRenz reached out to TDodd: We could go ahead and approve this account or would you prefer that we hold off and approve all of them at the same time? |
| 2017-01-04 08:32:25 | CREDIT_BI | Processing History (Jul 2014-Jan 2015): 7 mo processing average $1,319,772.67, average ticket $418.80, average chargebacks 60.  Highest number of chargebacks in given months was 82.  CB ratios 2.07% ($) / 1.76% (#) |
| 2017-01-04 08:34:16 | CREDIT_ADDITION AL | There are 6 other applications for a total of 7 accounts  (combined monthly volume will be $418,000)  under this relationship / legal entity.)<br><br>Based on established business, solid business financials, no future delivery exposure, 100% retail transactions.  Am comfortable approving with the following conditions:<br>* Monthly volume $42,000, average ticket $2,000, high ticket $5,000<br>* Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75<br>* Approval by Qualpay of any changes or additions to product<br>* Annual Review of business financials (to include balance sheet &amp; P&amp;L)<br>* Enrollment with Chargeback Defense for full services. Merchant will be given 2 weeks from date of approval to complete enrollment.<br><br>Concurrence by SRenz required due to combined monthly volume |
| 2017-01-04 10:33:40 | CREDIT_ADDITION AL | I concur with approval recommendation. Have notified MHyde |

**PX 40**

FTC-MOBE-003130



CHARGEBACK
— DEFENSE —

This SERVICES AGREEMENT ("**Agreement**") is hereby entered into on this ___19th___ day of __January__ *2017* ~~2016;~~ (the "Effective Date") by and between Chargeback Defense Solutions, a Utah limited liability company ("**CBD**"), with its principal offices being located at 12226 South 1000 East Draper Utah, 84020 and *MOREPROCESSING.com, Inc.* ("**Merchant**"), with its principal offices being located at *8207 Gold Ridge Drive Charlotte, NC 28277* (hereinafter referred to individually as "Party" and collectively as "Parties").

### RECITALS:

**WHEREAS**, Merchant is engaged with customers who purchase products and/or services from Merchant and make payments in connection with such purchases using various methods such as credit cards or debit cards; and

**WHEREAS**, CBD is a company possessing a unique and specific understanding of technologies, and processes in the field of Card Not Present ("CNP") Merchant processing and provides its Merchant clients with specialized support, advisory services, and the corresponding management of Merchant accounts, fraud protection, providing alert systems, system auditing, Chargeback management and mitigation, Merchant error analysis, dispute resolution, and the ability to identify possible fraudulent transactions all in an attempt to avoid and reduce Chargebacks; and

**WHEREAS**, Merchant desires to retain CBD to provide certain services related to Chargeback reduction, alerts, fraud protection, and/or representments as described in Appendix A and Appendix B to this Agreement, which Appendix A and Appendix B is hereby incorporated into this Agreement by this reference as if fully set forth, in order to dispute and reduce fraudulently filed Chargebacks filed by consumers or their issuing banks against Merchant.

### NOW, THEREFORE,

In consideration of the foregoing recitals and the mutual promises, covenants, and agreements contained herein and other good and valuable consideration, the legal sufficiency of which is hereby acknowledged, and intending to be legally bound hereby, the Parties hereto agree as follows:

1. **Services and Data**.

   a) CBD shall perform for Merchant the services set forth under the heading **"Scope of Services**" in Appendix A and Appendix B attached hereto, ("**Services**") and Merchant shall provide Data and authorization to CBD as required enabling the delivery of the Services.

   b) CBD shall provide and Merchant shall accept the Services and certain deliverables that form part of the Services ("**Deliverables**") "as-is" and on an "as available" basis. Due to the nature, variability and lack of standardization in the industry and across processors, acquirers, and issuers, in addition to Merchant errors, CBD cannot, nor does it warrant the outcome of representments.

   c) To the extent that Merchant provides outcome information to CBD in connection with the delivery of the Services, Merchant represents and warrants that:
      i. It has the right to disclose, transfer, and/or export outcome information pursuant to the terms of this Agreement;
      ii. Outcome information delivered to CBD hereunder shall be accurate and complete;
      iii. CBD shall have the right to use such outcome information for the provision of any loss-risk evaluation and loss avoidance activities, which activities include the Services; and
      iv. The provisions of this Agreement do not conflict with those of any Agreement with, or representation to, any customer or other third party.

Scanned by CamScanner

**PX 40**

d)    Merchant hereby grants CBD a limited license to use Merchant's trademarks, logos, service marks, and trade names ("**Marks**") exclusively in connection with the promotion of the Services, and such use shall include advertising, promotion, and publicity of the Merchant in connection with the Marks' provided, any use of Merchant's Marks will be conditioned upon compliance with Merchant's most current guidelines for the use of its Marks. Any unauthorized modification of or to Marks is expressly prohibited. Neither Party shall acquire any rights in and to Marks of the other Party, nor will a Party act to impair the rights of the other Party in and to said Marks.

**2.**    <u>Fees for Services</u>. Merchant shall pay CBD for Services rendered in accordance with this Agreement pursuant to the schedule set forth in Appendix A.

**3.**    <u>Invoicing and Payment</u>. Merchant shall pay the amounts due and payable to CBD for Services rendered as further set forth in Appendix A.

**4.**    <u>Confidentiality</u>.

a)    All information, whether oral or written or via computer disk or electronic media, to which a Party is given access or which is made available to a Party and is expressly identified as "confidential" is referred to hereafter as "**Confidential Information**," and shall also include, without limitation: all technology, know-how, processes, software, databases, trade secrets, contracts, proprietary information, reporting, all historical and financial information, business strategies, operating data and organizational and cost structures, product descriptions, pricing information, customer or consumer information (including, but not limited to, names, addresses, telephone numbers, account numbers, demographics, financial and transactional information, or customer lists and non-public personal information of consumers ("**Customer Information**")), whether received before or after the date of this Agreement. Confidential Information shall also include information of any parent, subsidiary, or affiliate of the Parties. For greater certainty, Customer Information forms part of the Confidential Information and cannot and shall not be used for any reason other than for the benefit of Merchant by CBD and CBD has no authority to transfer or make Customer Information available for its own use or for any other use unless allowed by Merchant and confirmed by written authorization from and by Merchant to CBD. In addition to the foregoing, Confidential information shall also include all such information as described and contained in Utah.

b)    Except as expressly provided below, or with the disclosing Party's prior written consent, the receiving Party agrees that it will hold all Confidential Information of the disclosing Party in confidence, and that it will not disclose ANY Confidential Information of the disclosing Party to ANY third party. The receiving Party shall have appropriate policies and procedures to:
    i.    Ensure the security and confidentiality of the Confidential Information;
    ii.    Protect against any anticipated threats or hazards to the security or integrity of such Confidential Information;
    iii.    Protect against unauthorized access to or use of such Confidential Information that could result in harm or inconvenience to the disclosing Party or its customers; and
    iv.    Ensure the proper disposal of such Confidential Information as may be required by applicable law.

c)    The receiving Party shall notify the disclosing Party immediately should there be any unauthorized disclosure of the Confidential Information or should there be any unauthorized access to any computer network or system containing the Confidential Information and this obligation shall be continuing and shall survive termination of this Agreement.

d)    With the exception of Customer Information, which shall be protected in all instances, it is understood and agreed by the Parties that no information shall be deemed to be

**PX 40**

Scanned by CamScanner

Confidential Information to the extent that it:

i. Is or becomes publically available through no fault of the receiving Party;

ii. Was known prior to its disclosure and was available, on a non-confidential basis, prior to its disclosure to the receiving Party, as evidenced by tangible records kept by the receiving Party in the ordinary course of its business;

iii. Is or was independently developed by the receiving Party without reference to the disclosing Party's Confidential Information; and

iv. Becomes available to the receiving Party on a non-confidential basis from a source other than the disclosing Party, provided such source is not required to keep such information confidential by law or confidentiality agreement with any other disclosing party.

5. **Non-Circumvention**. CBD retains certain proprietary technology, process, methods, and solutions, including sequencing, along with various third party fraud and technology platforms that ensure the Services to be a comprehensive fraud and risk management platform. Under no circumstances shall Merchant or any party related to Merchant, circumvent or attempt to circumvent, duplicate, mimic, use, or copy any technology, in whole or in part, that CBD may utilize in delivering the services hereunder for a period of three (3) years from expiration of the primary term of this Agreement or the last use of the Services provided herein, whichever is longer.

6. **Term and Termination**.

a) The primary term of this Agreement shall commence upon the Effective Date and extends for a period of sixty (60) days therefrom, unless terminated prior, subject to the provisions of this Agreement, and shall continue month to month thereafter. Once the primary term has expired, either Party hereto may terminate this Agreement by providing no less than fifteen (15) days written notice to the other Party.

b) CBD may pause or terminate the provision of Services hereunder with five (5) days written notice to Merchant, for reasons including, but not limited to:
   i. CBD is not paid pursuant to the terms hereof;
   ii. Merchant does not refund when it says it did so refund; and
   iii. Merchant creates reputational issues or concerns for CBD with banks, processors, or issuers as a result of Merchant's business practices, illegitimate activities, and/or is in violation of any regulatory guidelines, regulations, or rules promulgated by the Federal Trade Commission and/or any other regulatory body, agency, or governmental authority.

3 The Services provided hereunder shall terminate effective upon delivery of written notice by a Party hereto of:
   i. The institution of insolvency, receivership, or bankruptcy proceedings or any other proceedings for the settlement of debts of the other Party;
   ii. The making of an assignment for the benefit of creditors by the other Party; or
   iii. The dissolution of the other Party.

4. Notwithstanding anything in this Agreement to the contrary, the payment obligations set forth in Appendix A hereto shall survive the termination of this Agreement and/or Services.

5. If, during the Agreement, CBD's gross win rate over Merchant's aggregate business managed hereunder drops below forty percent (40%), for a continuous ninety (90) day period, for reasons other than those caused by Merchant and/or its merchant processor(s), Merchant may request in writing that CBD cure its win rate and CBD shall, within ninety (90) days from receipt of said notice, cure such win rate; and, if CBD's win rate is not so cured so as to exceed forty

**Scanned by CamScanner**

**PX 40**

percent (40%) of Merchant's aggregate business managed hereunder, Merchant may then exercise its right to terminate this Agreement prior to the expiration of the primary term by providing fifteen (15) days written notice of its intent to terminate the Agreement subject to this provision.

7.   **Limitation of Liability.** CBD SHALL NOT BE LIABLE TO MERCHANT (OR TO ANY PERSON OR ENTITY CLAIMING BY AND THROUGH MERCHANT) FOR LOST PROFITS OR FOR SPECIAL, INCIDENTAL, INDIRECT, PUNITIVE, CONSEQUENTIAL, OR EXEMPLARY DAMAGES ARISING OUT OF OR IN ANY MANNER CONNECTED WITH THIS AGREEMENT OR THE SUBJECT MATTER HERETO, REGARDLESS OF THE FORM OF ACTION AND WHETHER OR NOT MERCHANT HAS BEEN INFORMED OF, OR OTHERWISE MIGHT HAVE ANTICIPATED, THE POSSIBILITY OF SUCH DAMAGES, INCLUDING CBD'S NEGLIGENCE.

8.   **Disclaimer of Warranties.** Except as otherwise provided hereunder, CBD, on behalf of itself and its third party providers, disclaims all other warranties of any kind, either express, implied, or statutory, including without limitation, implied warranties of merchantability, fitness for a particular purpose, or accuracy. CBD and its third party providers do not warrant that the functions or information contained in the Services and Deliverables will meet any requirements or needs that Merchant may have, or that the Services and Deliverables will be provided error free or that any defects or errors in the Services or the Deliverables will be corrected.

9.   **Taxes.** There shall be added to any charges payable by Merchant under this Agreement amounts equal to any and all applicable taxes, however designated, levied or based on any charges payable under this Agreement or the Services rendered hereunder, including without limitation, state and local privilege, excise, sales, and use taxes and any taxes or amounts in lieu thereof paid or payable by CBD, but excluding taxes based upon the net income of CBD. Merchant shall be billed by CBD before or within a reasonable time following payment of such taxes by CBD, and such amounts shall be due and payable by Merchant promptly following billing thereof in the same manner as set forth in Appendix A, whether or not such billing occurs following completion of the Services hereunder.

10.   **Assignment.** This agreement may not be assigned or otherwise transferred by Merchant to third parties without prior written consent of CBD, other than (a) to affiliates that have effective control over, or are effectively controlled by, the assigning party, and (b) in the event of a sale of all or substantially all of the assets of a party hereto or a sale of the voting securities of a party hereto the result of which is a change in the majority control of such party. Except as provided in the preceding sentence, this agreement shall be binding upon and inure to the benefit of the heirs, successors, assigns, subcontractors, and delegates of the parties hereto.

11.   **Force Majeure.** The performance of Services by CBD hereunder shall at all times be subject to delay and or extension on account of circumstances beyond the control of CBD, including without limitation the unavailability of computer time and required materials and any sickness or other unavailability of any of CBD's technical staff or that of its affiliates assigned to the performance of the Services.

12.   **Additional Services.** Upon the written request of Merchant, CBD may undertake, at its discretion, to perform Services which add to or extend beyond the Scope of Services designated in Appendix A. In such event, CBD may take all reasonable action and expend reasonable amounts of time in accordance with Merchant's request for such services and Merchant agrees that, except as may be hereafter specifically agreed upon by the Parties hereto, the performance by CBD of such additional or other services shall be governed by the terms and provisions of this Agreement.

13.   **Appendices.** The Appendix attached hereto is incorporated herein by reference and forms part of this Agreement. In the event of any conflict between the provisions of this Agreement and any of the provisions set forth in the Appendix/ices referred to herein, the provisions of this Agreement shall govern.

Scanned by CamScanner

**PX 40**

CONFIDENTIAL

14. **Severability**. If any term or provision of this Agreement shall be found by a court of competent jurisdiction to be illegal or otherwise unenforceable, the same shall not invalidate the whole of this Agreement, but such term or provision shall be deemed modified to the extent necessary in the court's opinion to render such term or provision enforceable, and the rights and obligations of the parties shall be construed and enforced accordingly, preserving to the fullest permissible extent the intent and agreements of the Parties herein set forth.

15. **Complete Agreement**. This Agreement and the Appendix hereto contain the entire Agreement between the Parties hereto with respect to the matters covered herein. No other agreements, representations, warranties or other matters, oral or written, purportedly agreed to or represented by or on behalf of CBD by any of its salesmen, representatives, personnel or agents, or contained in any of its sales materials or brochures, shall be deemed to bind the Parties hereto with respect to the subject matter thereof. Merchant acknowledges that it is entering into this Agreement solely on the basis of the agreements and

16. **Governing Law, Venue, and Jurisdiction**. THIS AGREEMENT SHALL BE INTERPRETED, CONSTRUED, ENFORCED, AND GOVERNED BY AND IN ACCORDANCE WITH, THE LAWS OF THE STATE OF UTAH. THE CIRCUIT COURT IN AND FOR SALT LAKE COUNTY, UTAH, AND THE UNITED STATES DISTRICT COURT OF UTAH SHALL HAVE JURISDICTION OVER AND BE THE EXCLUSIVE VENUE FOR ANY LAWSUIT, SPECIAL PROCEEDING, OR OTHER PROCEEDING AS BETWEEN THE PARTIES THAT MAY BE BROUGHT, OR ARISE OUT OF, IN CONNECTION WITH, OR BY REASON OF THIS AGREEMENT AND THE PARTIES SHALL BE SUBJECT TO AND HEREBY SUBMIT TO THE JURISDICTION OF THE COURT(S) IDENTIFIED HEREIN.

**IN WITNESS WHEREOF**, the Parties hereto have executed and entered into this Agreement, which shall be effective upon the date of the last signature set forth below.

**Chargeback Defense Solutions, LLC,**
A Utah limited liability company

By:_____
(Signature)

Name:

As Its:

Date:

MOBEPROCESSING.com Inc.
(Merchant)

By: _____
(Signature)

Name: Susan G. Zerghi

As Its: Finance Manager

Date: 1/19/2017

**Scanned by CamScanner**

**PX 40**

## APPENDIX A: SCOPE OF SERVICES

A.  **Definitions**. For the purposes of this Appendix, the following definitions shall apply:

    1.  **Alert**: Information on Disputed Transactions that CBD distributes in the attempt to intercept a Chargeback prior to it being confirmed and submitted by the bank. Refunding an Alert is required within twenty-four (24) hours of a notification in order for it to be circumvented and, thus, from, turning into a Chargeback.

    2.  **Representments**: Disputing a Chargeback claimed by a consumer with data provided by the Merchant. CBD shall use both automated and manual means to dispute a Chargeback that was issued unfairly, in error, or done by a consumer with intent to deceive the Merchant and its bank (friendly fraud).

    3.  **Confirmed Disputed Transaction**: A transaction for which it is known that the transaction will be disputed by the cardholder.

    4.  **Data**: Shall include, but is not limited to, the following information on Confirmed Disputed Transactions: i) Card number; ii) Transaction amount; and iii) Date and time of transaction.

    5.  **Participating Issuer**: Card issuer that has agreed to provide CBD with Data on Confirmed Disputed Transactions.

    6.  **Outcome Information**: The result of the Alert provided to Merchant which includes: i) The results, as modified from time to time, of account suspended, shipment stopped, transaction refunded, order previously cancelled, too late, or other; ii) The date and time of the response; iii) Additional optional relevant information about a transaction; and iv) Any other commentary as it specifically relates to the outcome of the transaction in the optional free-form field for the provision of such commentary. CBD shall provide regular updates as to the disposition of all Representments made under this Agreement.

B.  **Services**. CBD shall provide the following Services:

    1.  When provided Data on a Confirmed Disputed Transaction by a Participating Issuer, CBD will use appropriate means to create and distribute Alerts based on the Confirmed Disputed Transaction Data to the Merchant. The goal of this communication is to assist in the avoidance of losses attributable to Confirmed Disputed Transactions. Appropriate means of distribution of Alerts shall be agreed by the Parties and may include, but are not limited to: i) Email notification; ii) Internet portal notification; and/or iii) API interface.

    2.  CBD will work independently and in conjunction with Merchant to expand the base of Participating Issuers.

    3.  CBD will work in conjunction with Merchant to develop and support effective means for Merchant to communicate outcome information on confirmed disputed transactions to CBD.

    4.  CBD will provide regular reporting to Merchant on the effectiveness of the Services.

    5.  CBD will provide Representment Services on Chargeback disputes that were not prevented through its Alert Services, in an effort to reduce lost revenues and repair the reputation of the Merchant with certain issuers.

Scanned by CamScanner

**PX 40**

CONFIDENTIAL

FTC-MOBE-003136

01_QP_FTC_0000050

C.   **Merchant's Obligations**. To facilitate the provision of Services, Merchant:

1.   Represents and warrants that it, for all its customers for which Merchant requests Alerts, has the full legal right and permission to do so and that Merchant will abide by the Terms of Use of the Service as updated on the CBD portal from time to time.

2.   Will use the methods agreed to by the Parties to deliver timely and accurate Outcome Information back to CBD for Confirmed Disputed Transactions about which CBD has provided Data to Merchant.

CI.   **Fees**

1.   Set-Up and Diagnostics Fee: $250

2.   Monthly Reporting Fee: $50

3.   Alert Fees: Ethoca: $40   Verifi: $40

4.   Representment Fee: $10

5.   Monthly Mid Management Fee: $39 /PER MID

6.   Billing Frequency: Chargeback Alerts: Daily

7.   Billing Frequency: Chargeback Representments: Daily

1.   **Month-To-Date Report**. CBD shall provide a daily report across all MIDs and campaigns relating to Chargebacks count and percentages as it relates to each Merchant processing account. However, this report shall only be provided if CBD manages the entirety of Merchant campaigns and Merchant processing.

2.   **Payment of Fees**. Merchant shall be billed for each Chargeback Alert the day the Alert Notification is received at the rates and fees described herein. Merchant shall be billed the beginning of each month (except as described to the contrary herein) for the Chargeback Services rendered by CBD at the rates and fees described herein. Merchant shall pay CBD for the billed Services via ACH with banking information on file with CBD. Merchant shall provide written authority to CBD to access payment therefore by charging Merchant's banking information on file with CBD and/or Merchant can, by wire transfer, pay the billed amount to CBD, within two businessdaysofsaid                                                                                                         billing.

3.   **Invoice Payment Fees**. Merchant shall be responsible for payment of any and all credit card processing fees or wire transfer fees resultant from making payment to CBD on CBD's invoices to Merchant for Services rendered.

Scanned by CamScanner

**PX 40**

**APPENDIX B:**

<u>Alerts.</u>

When a Merchant follows the established procedures for responding to a chargeback alert, CBD will provide a guarantee that the transaction will not turn into a chargeback. This guarantee applies only if the Merchant follows all the established procedures, identified as follows:

1. Merchant must respond to an alert within twenty four (24) hours of the alert being sent from the Alert Providers.

2. Whereas CBD makes every effort to alert the Merchant through email as to the arrival of alerts CBD can in no way guarantee that the emails reach their intended destination do to the inherent nature of email. It is the Merchant's responsibility to log directly into the CBD portal and check for the arrival and status of alerts.

3. Merchant must provide an outcome and or refund flag, indicating the transaction was refunded

4. If an alert becomes a chargeback the Merchant must submit a credit request by sending an email with the alert ID, chargeback notice, and a screenshot of the refund submitted to the cardholder to a designated CBD Intelligence Employee.

5. Credit requests will not be acknowledged after thirty (30) days from the date the alert, or chargeback, was received.

6. Under no circumstance shall full card numbers be submitted via email, doing so will void the right to further credit requests.

7. Alerts for closed MID's (Merchant Identifications) will not be stopped until the Merchant has submitted a ticket, or e-mail, with the appropriate descriptor and information to CBD through the CBD Ticketing system. It will take approximately twenty four to seventy two (24-72) business hours for all issuing banks to be updated, during which time the client will be held responsible for incoming alerts.

8. If a Merchant requests a credit for an alert that was declined, then credit may be provided for <u>Ethoca</u> Alerts only. Specifically, the Merchant must provide evidence that they attempted to settle the order and it came back as declined by the issuer, payment gateway or acquirer. As supporting evidence, the Merchant must provide a screen shot of the decline, with a date and time stamp, as well as the alert ID and submit it to CBD within 30 days.

9. A Merchant may request a credit for an alert that was credited/voided (refunded) prior to receiving the alert for <u>Ethoca</u> Alerts only. If the Merchant issued a credit or voided the transaction (refund issued to the card) to a cardholder prior to an Ethoca Alert being sent, then a Merchant must provide evidence that they refunded the order, prior to the Ethoca Alert being sent. As supporting evidence, the Merchant should provide a screen shot of the credit with the last four 4 digits of the credit card number, date, and time stamp and send it to CBD.

10. Credits will be applied only after the participating party (Ethoca/Verifi) acknowledges that credit is due. This may, sometimes, be administered to a later invoice.

<u>Chargeback Representments.</u>

1. CBD makes every effort to only fight chargebacks that have a reasonable chance to be won. Chargebacks with missing information, un-winnable reason codes or dollar amounts less than the chargeback fees will not be

**PX 40**

CONFIDENTIAL

fought; however, the client acknowledges that CBD is paid by the chargeback processed not fought, and therefore recognizes that they will be charged for each chargeback researched even if it was not able to be fought.

2.  CBD makes every effort to win as many chargebacks as possible for its clients (ie. the Merchant); however, CBD does not provide a win ratio for Chargeback Representments.

3.  CBD makes every effort to provide accurate reports on Chargebacks and transactions for our clients (ie. the Merchant). However, due to flaws in the banking system, and issues with individual processors, CBD in no way warrants the accuracy of the reports nor guarantees the reports can be updated in any defined period of time. The Chargeback Win/Loss Reports that are part of the CBD service, is a value added service to help provide insight into the client's (ie. the Merchant's) business with the best effort to provide accuracy.

4.  CBD makes every effort to respond to Chargebacks before the deadline for response set by the processing banks; however, CBD does not warrant against unforeseen circumstances that may cause delay.

**IN WITNESS WHEREOF**, the Parties hereto have executed and entered into this Agreement, which shall be effective upon the date of the last signature set forth below.

**Chargeback Defense Solutions, LLC,**
   A Utah limited liability company

By:_____
      (Signature)

Name:

As Its:

Date:

_MOBEPROCESSING.Com, Inc._
(Merchant)

By: _~Susan~ Zanghi_
      (Signature)

Name: _Susan G. Zanghi_

As Its: _Finance Manager_

Date: _1/19/2017_

Scanned by CamScanner

**PX 40**

Payment Authorization

I authorize Chargeback Defense Solutions LLC to initiate either electronic debit my credit card and/or my or to ACH or create and process a demand draft against my bank account for the services rendered. I authorize Chargeback Defense Solutions LLC to bill my accounts according to the terms and conditions of my contract.

I acknowledge that the origination of ACH transactions to my account must comply with the provisioning of United States Law.

**Bank Information**

Bank Name: ____BANK of America____

Bank ABA Number: ____540560107____

Bank Account Number: _____ 3505

Bank Account Type: [Checking ☐   Savings/ ☐   Business Checking] ☉ ____

Credit Card Information

Name on Card: __MOBG PROCESSING.COM__
            (Susan G. Zarghi)

**Credit Card Number:** _____ 1457

Expiration Date: (Year/Month) _____     CVV: _____

Card Billing Address __8207 Golf Ridge Drive__

City: __Charlotte__ State: __NC__   Zip: __28277__

This payment authorization is to remain in full force and effect until I, notify Chargeback Defense, LLC of its cancellation by sending written notice in such time and in such manner to allow both Chargeback Defense, LLC and receiving financial institution a reasonable opportunity to act on it.

_Susan D. Zarghi_
[Merchant Signature]

_Susan G. Zarghi_
[Merchant Printed Name]

(Date Signed) __1/19/2017__

*Please provide a voided check for billing purposes (MMS Snapshot Acceptable)

Scanned by CamScanner

**PX 40**

FTC-MOBE-003140
UT_QP_FTC_0000054



CONFIDENTIAL

FTC-MOBE-003141

UT_QP_FTC_0000055



**Chargeback Set Up Form**

Scanned by CamScanner

**PX 40**

**FTC-MOBE-003142**

UT_QP_FTC_0000056

| MERCHANT INFORMATION FORM [Must be completed by all Merchants] | | | | |
|---|---|---|---|---|
| Legal Business Name: MOBEPROCESSING . Com , Inc. | | Notes: | | |
| Company Trade Name (DBA): MOBE (My Own Business Education) | | | | |
| Federal Tax ID / SSN: 47- 3489384 | | | | |
| Business Address: 8207 Golf Ridge Drive | | | | |
| City: Charlotte | State: NC | | Zip Code: 28277 | |
| Phone Number: | Fax Number (704)919-5275 | | Email Address: Susan@mobe.com | |
| Business Type: Business Education Services | Website: mobe.com | | | |
| CRM Login URL: www.nmi.com | CRM User name: MOBEAdmin | | CRM Password: Mobepass87 | |

| Processing Company Details (Required) | | | | |
|---|---|---|---|---|
| DBA: MOBE | DBA URL: Mobe.com | | Processing Company: Qualpay | |
| Retail Descriptors: MOBEHome, MOBEOnline, MOBEMastermind, MOBECoaching, MOBEPartner, MOBETraffic, | | | | |
| Contact Name: Susan Zanghi. | | MID # 10633, 10643, 10645, 10644, 10632, 10635 MOBEMarket | | |
| Support Email Address: | | Support Phone Number: 877- 662-3787 | | 10634 Place |
| Processor Website Login URL: app. Qualpay. com | Processor User name: susan@mobe. | Processor Password: Angel@164 | |
| Payment Gateway Website URL: www.nmi.com | Gateway User name: MOBEAdmin | Gateway Password: Mobepass87 | |

| Additional Processing Company Details | | | | |
|---|---|---|---|---|
| DBA: | DBA URL: | | Processing Company: | |
| Retail Descriptors: | | | | |
| Contact Name: | | MID #: | | |
| Support Email Address: | | Support Phone Number: | | |
| Processor Website Login URL: | Processor Username: | Processor Password: | |
| Payment Gateway Website URL: | Gateway Username: | Gateway Password: | |

| Additional Processing Company Details | | | | |
|---|---|---|---|---|
| DBA: | DBA URL: | | Processing Company: | |
| Retail Descriptors: | | | | |
| Contact Name: | | MID #: | | |
| Support Email Address: | | Support Phone Number: | | |
| Processor Website Login URL: | Processor Username: | Processor Password: | |
| Payment Gateway Website URL: | Gateway Username: | Gateway Password: | |

| Additional Processing Company Details | | | | |
|---|---|---|---|---|
| DBA: | DBA URL: | | Processing Company: | |
| Retail Descriptors: | | | | |
| Contact Name: | | MID #: | | |
| Support Email Address: | | Support Phone Number: | | |
| Processor Website Login URL: | Processor Username: | Processor Password: | |
| Payment Gateway Website URL: | Gateway Username: | Gateway Password: | |



Chargeback Services Consent Form

Date: _Jan 19, 2017_

**MOBEPROCESSING.Com, Inc** ("Merchant")

Qualpay MID: _10643_

DBA Name(s): _MOBE Online Product Group_____; _____

_Qualpay_____ ("Company")

Merchant has entered into an agreement with Company in which Company has agreed to provide certain chargeback related services to Merchant. In order to enable Company to provide the services, Merchant hereby requests, and further authorizes and consents to Qualpay providing Company with the following information and access to Merchant's Qualpay merchant account identified above:

1. Disputes Email Alert; informs of new, incoming dispute counts
2. Access to the Qualpay Merchant Portal for Disputes reporting only
3. Authorization to contact the Qualpay Customer Support Group and receive information regarding details of the disputed transaction, status on rebuttal documentation and representment attempt.

Please provide the following Company Employees access on behalf of Merchant:

| First Name | Last Name | Phone Number | Email Address |
|---|---|---|---|
| Susan | Zanghi |  | susan@mobe.com |
| Athar | Roshan |  | athar@mobe.com |

Further, and in consideration hereof, Merchant hereby authorizes and consents to Qualpay, and its employees and agents, receiving any information or access from Company requested by Qualpay relating to Merchant.

Merchant has caused this Chargeback Services Consent Form to be executed by its duly authorized officer as of the date first set forth above.

Merchant

By: _Susan D. Zanghi._

Print: _Susan G. Zanghi_

Title: _Finance Manager_

Scanned by CamScanner

**PX 40**

FTC-MOBE-003143
01_QP_FTC_0000057



Qualpay
It pays to know quality

Chargeback Services Consent Form

Date: **Jan 19, 2017**

**MOBE PROCESSING. com, Inc** ("Merchant")

Qualpay MID: **10633**

DBA Name(s): **MOBE Home Business Summit** ; _____

**Qualpay** ("Company")

Merchant has entered into an agreement with Company in which Company has agreed to provide certain chargeback related services to Merchant. In order to enable Company to provide the services, Merchant hereby requests, and further authorizes and consents to Qualpay providing Company with the following information and access to Merchant's Qualpay merchant account identified above:

1. Disputes Email Alert; informs of new, incoming dispute counts
2. Access to the Qualpay Merchant Portal for Disputes reporting only
3. Authorization to contact the Qualpay Customer Support Group and receive information regarding details of the disputed transaction, status on rebuttal documentation and representment attempt.

Please provide the following Company Employees access on behalf of Merchant:

| First Name | Last Name | Phone Number | Email Address |
|------------|-----------|--------------|---------------|
| Susan | Zanghi | | susan@mobe.com |
| Arthur | Roshen | | Arthur@mobe.com |

Further, and in consideration hereof, Merchant hereby authorizes and consents to Qualpay, and its employees and agents, receiving any information or access from Company requested by Company relating to Merchant.

Merchant has caused this Chargeback Services Consent Form to be executed by its duly authorized officer as of the date first set forth above.

Merchant

By: _____

Print: **Susan G. Zanghi**

Title: **Finance Manager**

Scanned by CamScanner

**PX 40**

FTC-MOBE-003144
01_QP_FTC_0000058



Qualpay
It pays to know quality

Chargeback Services Consent Form

Date: **Jan 19, 2017**

**MOBEPROCESSING.com, Inc.** ("Merchant")

Qualpay MID: **10645**

DBA Name(s): **MOBE MASTermind** : _____

**Qualpay** ("Company")

Merchant has entered into an agreement with Company in which Company has agreed to provide certain chargeback related services to Merchant. In order to enable Company to provide the services, Merchant hereby requests, and further authorizes and consents to Qualpay providing Company with the following information and access to Merchant's Qualpay merchant account identified above:

1. Disputes Email Alert; informs of new, incoming dispute counts
2. Access to the Qualpay Merchant Portal for Disputes reporting only
3. Authorization to contact the Qualpay Customer Support Group and receive information regarding details of the disputed transaction, status on rebuttal documentation and representment attempt.

Please provide the following Company Employees access on behalf of Merchant:

| First Name | Last Name | Phone Number | Email Address |
|------------|-----------|--------------|---------------|
| Susan | Zanghi | | susane.mobe.com |
| Athar | Roshan | | athar@mobe.com |

Further, and in consideration hereof, Merchant hereby authorizes and consents to Qualpay, and its employees and agents, receiving any information or access from Company requested by Qualpay relating to Merchant.

Merchant has caused this Chargeback Services Consent Form to be executed by its duly authorized officer as of the date first set forth above.

Merchant

By: _Susan D. Zanghi_

Print: _Susan G. Zanghi_

Title: _Finance Manager_

**PX 40**

Scanned by CamScanner

FTC-MOBE-003145
01_QP_FTC_0000059



Chargeback Services Consent Form

Date: **Jan 19, 2017**

**MOBE PROCESSING. COM, INC** ("Merchant")

Qualpay MID: **10644**

DBA Name(s): **MOBE Coaching/Mentoring** _____ : _____

**Qualpay** ("Company")

Merchant has entered into an agreement with Company in which Company has agreed to provide certain chargeback related services to Merchant. In order to enable Company to provide the services, Merchant hereby requests, and further authorizes and consents to Qualpay providing Company with the following information and access to Merchant's Qualpay merchant account identified above:

1. Disputes Email Alert; informs of new, incoming dispute counts
2. Access to the Qualpay Merchant Portal for Disputes reporting only
3. Authorization to contact the Qualpay Customer Support Group and receive information regarding details of the disputed transaction, status on rebuttal documentation and representment attempt.

Please provide the following Company Employees access on behalf of Merchant:

| First Name | Last Name | Phone Number | Email Address |
|---|---|---|---|
| Susan | Zanghi | | Susan@mobe.com |
| Athar | Rushen | | athar@mobe.com |

Further, and in consideration hereof, Merchant hereby authorizes and consents to Qualpay, and its employees and agents, receiving any information or access from Company requested by Qualpay relating to Merchant.

Merchant has caused this Chargeback Services Consent Form to be executed by its duly authorized officer as of the date first set forth above.

Merchant

By: _____

Print: **Susan G. Zanghi**

Title: **Finance Manager**

Scanned by CamScanner

**PX 40**



Chargeback Services Consent Form

Date: __Jan 19, 2017__

__MOBE PROCESSING. Com, Inc__ ("Merchant")

Qualpay MID: __10632__

DBA Name(s): __MOBE Summit_____ ; _____

__Qualpay_____ ("Company")

Merchant has entered into an agreement with Company in which Company has agreed to provide certain chargeback related services to Merchant. In order to enable Company to provide the services, Merchant hereby requests, and further authorizes and consents to Qualpay providing Company with the following information and access to Merchant's Qualpay merchant account identified above:

1. Disputes Email Alert; informs of new, incoming dispute counts
2. Access to the Qualpay Merchant Portal for Disputes reporting only
3. Authorization to contact the Qualpay Customer Support Group and receive information regarding details of the disputed transaction, status on rebuttal documentation and representment attempt.

Please provide the following Company Employees access on behalf of Merchant:

| First Name | Last Name | Phone Number | Email Address |
|---|---|---|---|
| Susan | Zanghi | | susan@mobe.com |
| Athar | Roshan | | athar@mobe.com |

Further, and in consideration hereof, Merchant hereby authorizes and consents to Qualpay, and its employees and agents, receiving any information or access from Company requested by Qualpay relating to Merchant.

Merchant has caused this Chargeback Services Consent Form to be executed by its duly authorized officer as of the date first set forth above.

Merchant

By: _____

Print: __Susan G. Zanghi__

Title: __Finance Manager__

Scanned by CamScanner

**PX 40**

FTC-MOBE-003147
FTC-QP-FTC_0000061



Chargeback Services Consent Form

Date: __Jan 19, 2017__

__MOBE PROCESSING.com, Inc.__ ("Merchant")

Qualpay MID: __10635__

DBA Name(s): __MOBETRAFFIC__ ; _____ ; _____

__Quelpay__ ("Company")

Merchant has entered into an agreement with Company in which Company has agreed to provide certain chargeback related services to Merchant. In order to enable Company to provide the services, Merchant hereby requests, and further authorizes and consents to Qualpay providing Company with the following information and access to Merchant's Qualpay merchant account identified above:

1. Disputes Email Alert; informs of new, incoming dispute counts
2. Access to the Qualpay Merchant Portal for Disputes reporting only
3. Authorization to contact the Qualpay Customer Support Group and receive information regarding details of the disputed transaction, status on rebuttal documentation and representment attempt.

Please provide the following Company Employees access on behalf of Merchant:

| First Name | Last Name | Phone Number | Email Address |
|---|---|---|---|
| Susan | Zanghi | | Susane.mobc.com |
| Athar | Roshen | | athare mobt.cm |

Further, and in consideration hereof, Merchant hereby authorizes and consents to Qualpay, and its employees and agents, receiving any information or access from Company requested by Qualpay relating to Merchant.

Merchant has caused this Chargeback Services Consent Form to be executed by its duly authorized officer as of the date first set forth above.

Merchant

By: _Susan D. Zanghi._

Print: _Susan G. Zanghi_

Title: _Finance Manager_

**PX 40**

CONFIDENTIAL



Chargeback Services Consent Form

Date: __Jan 19, 2017__

MOBE PROCESSING.com, AT "Merchant")

Qualpay MID: __10634__

DBA Name(s): __MOBE Marketplace__                                    : _____

__Qualpay__ ("Company")

Merchant has entered into an agreement with Company in which Company has agreed to provide certain chargeback related services to Merchant. In order to enable Company to provide the services, Merchant hereby requests, and further authorizes and consents to Qualpay providing Company with the following information and access to Merchant's Qualpay merchant account identified above:

1. Disputes Email Alert; informs of new, incoming dispute counts
2. Access to the Qualpay Merchant Portal for Disputes reporting only
3. Authorization to contact the Qualpay Customer Support Group and receive information regarding details of the disputed transaction, status on rebuttal documentation and representment attempt.

Please provide the following Company Employees access on behalf of Merchant:

| First Name | Last Name | Phone Number | Email Address |
|------------|-----------|--------------|---------------|
| Susan | Zanghi | | Susan@mobe.com |
| Athar | Roshen | | Athar@mobe.com |

Further, and in consideration hereof, Merchant hereby authorizes and consents to Qualpay, and its employees and agents, receiving any information or access from Company requested by Qualpay relating to Merchant.

Merchant has caused this Chargeback Services Consent Form to be executed by its duly authorized officer as of the date first set forth above.

Merchant

By: _____

Print: __Susan G Zanghi__

Title: __Finance Manager__

Scanned by CamScanner

**PX 40**

FTC-MOBE-003149
UT_QP_FTC_0000063



**PX 40**

FTC-MOBE-003150
01_QP_FTC_0000068

## BizID Account Opening (Business & Business Principal) for MOBEPROCESSING.COM INC

| | | | |
|---|---|---|---|
| **Subcode:** | 0190690 | **Trans ID:** | BZD0669404713940976266471 |
| **Ordered:** | 12/21/2016 16:27:43 CDT | **Reference:** | |

**Client Inquiry:** MOBEPROCESSING.COM INC / 8207 GOLF RIDGE DR / CHARLOTTE / NC / 28277 / 844-662-3787 / 473489384 / MOBE / SUSAN G ZANGHI / SSN: ▮▮▮▮▮ / 8207 GOLF RIDGE DR / CHARLOTTE / NC / 28277 / ▮▮▮▮▮ / DL: NC ; ▮▮▮▮ / DOB: ▮▮▮▮

### Standardized Criteria

**MOBEPROCESSING.COM INC**

DBA:      MOBE

| Primary Address: | 8207 GOLF RIDGE DR | BIN: | Data Unavailable |
|---|---|---|---|
| | CHARLOTTE, NC 28277-8867 | File Est Date: | Data Unavailable |
| | (844) 662-3787 | SIC Code: | Data Unavailable |
| | | SIC Description: | Data Unavailable |

**SUSAN G ZANGHI**

| | 8207 GOLF RIDGE DR | SSN: | ▮▮▮▮▮ |
|---|---|---|---|
| | CHARLOTTE, NC 28277-8867 | DL#: | NC XXXXXX |
| | | DOB: | |

The Business and Business Principal report verifies application information, identifies application irregularities and flags submitted data elements that match the Office of Foreign Assets Control (OFAC) Specially Designated Nationals list.

### BizID Score Summary

**BizID predicts the likelihood of fraud risk based on business and/or business principal validation and verification results. Higher scores indicate lower risk.**

**Score: 830**

High Risk                                      Low Risk

0                                            **999**

#### Factors Lowering or Impacting the Score

- High credit limits and balances on revolving trades
- High revolving balance to limit ratio or low available credit on bankcard trades, or low average balance on open trades
- Presence of recently opened inquiry or too many inquiries in the last 6 months
- High average credit limit or loan amount on revolving/real property trades or credit balance to limit ratio on revolving trades

---

**Based on your Company's risk threshold this business falls within the following action:**

**Accept**

---

## PX 40

## Executive Summary

### Business Verification Matrix

Input business name or DBA criteria compared to Experian databases

| MOBEPROCESSING.COM INC | | X |
|---|---|---|
| Primary Address | | X |
| Alternate Address | NI | |
| Phone Number | NF | |
| Tax ID | NF | |

**Critical Business Alerts**

| | |
|---|---|
| High-Risk Address Alerts | 0 |
| High-Risk Phone Alerts | 0 |
| Historical Match Alerts | 0 |
| Possible OFAC Matches | 0 |

### Business Principal Verification Matrix

Input business principal criteria compared to Experian databases

| Business Principal SUSAN G ZANGHI | | | X |
|---|---|---|---|
| Address | | | X |
| SSN | V | | |
| Phone Number | | Mobile | |
| Drivers License | | NA | |
| Date of Birth | V | | |

**Critical Business Principal Alerts**

| | |
|---|---|
| Fraud Shield Alerts | 1 |
| Historical Match Alerts | 0 |
| Possible OFAC Matches | 0 |

V = Verified    NF = Data Not Found    X = Not Verified    NI = No Input Data    NA = Not Available

**PX 40**

CONFIDENTIAL

## Business Alerts and Verification Details

| MOBEPROCESSING.COM INC, 8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867 | |
|---|---|
| Address High-Risk Result: | NO ADDRESS HIGH RISK INFORMATION FOUND |
| Address Verification Result: | NO MATCH TO NAME - RESIDENTIAL ADDRESS |
| Address Type Result: | RESIDENTIAL ADDRESS |
| Phone High-Risk Result: | NO PHONE HIGH RISK INFORMATION FOUND |
| Phone Verification Result: | PHONE VALID WITH ADDRESS BUT NOT FOUND FOR NAME/ADDRESS VERIFICATION |
| OFAC Result: | NO MATCH |
| Tax ID Verification Result: | TAX ID UNVERIFIABLE - NOT IN DATABASE |

## Business Principal Alerts and Verification Details

| SUSAN G ZANGHI, 8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867 | |
|---|---|
| SSN Validation Result: | SSN ISSUEDdetails |
| Consumer ID Verification Result: | MATCH TO FULL NAME AND ADDRESS - MATCH PERFORMED USING SSNdetails |
| Date of Birth Verification Result: | DAY AND MONTH EXACT MATCH,YEAR EXACT MATCH (NO +/- ONE YEAR LOGIC ACCOMMODATION) |
| Address Verification Result: | NO MATCH TO NAME - RESIDENTIAL ADDRESSdetails |
| Address Type Result: | RESIDENTIAL ADDRESS |
| Change of Address Result: | NO CHANGE OF ADDRESS INFORMATION FOUND |
| Phone Verification Result: | PROBABLE CELL PHONE |
| Driver's License Verification Result: | DATA NOT AVAILABLEdetails |
| OFAC Result: | NO MATCH |

## PX 40

CONFIDENTIAL

**Authentication Details**

MOBEPROCESSING.COM INC, 8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867

**High-Risk Address Indicators - 8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867**

No high-risk address indicator identified

**Business Address Detail - 8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867**

No business identified at input address

**High-Risk Phone Indicators - (844) 662-3787**

No high - risk phone indicator identified

**Business Phone Detail - (844) 662-3787**

No phone identified

**OFAC Validation**

No OFAC matches identified

**Tax ID Detail - 47-3489384**

No match to business name or address.

## PX 40

01_QP_FTC_0000072

## Authentication Details

**SUSAN G ZANGHI, 8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867**

### Fraud Shield Alerts

FS21   Telephone number inconsistent with address

### SSN Validation - XXX-XX-

Issue State:              NC
Deceased:                 N
Format:                   V-VALID FORMAT
Issue Result Code:        I -SSN issued
Issue Start Range:
Issue End Range:

### Business Principal ID Verification

SUSAN G ZANGHI            SSN Reported Date: 10/09/2004
8207 GOLF RIDGE DR        Last Touched Date: 01/11/2016
CHARLOTTE, NC,
28277-8867                Date of Birth:   Redacted

                          DOB Result Code: 9 - Day and Month exact match,Year exact match (no
                          +/- one year logic accommodation)

### Previous Address Detail

### Change of Address Detail - 8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867

No change of address indicator identified

### Residential Address Detail - 8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867

8207 GOLF RIDGE DR              Telephone:
CHARLOTTE, NC 28277-8867       Length Of Residence: 2 MONTHS
                                Last Touched Date: 12/03/2016

### Residential Phone Detail - 8207 GOLF RIDGE DR, CHARLOTTE, NC 28277-8867

No residential phone indicator identified

**PX 40**

**Drivers License Information - NC XXXXXX**

| | |
|---|---|
| DL Verification: | DATA NOT AVAILABLE |
| DL Format: | V-VALID FORMAT |

**OFAC Validation**

No OFAC matches identified

**PX 40**

CONFIDENTIAL

**No Historical Match data found for this inquiry.**

**Experian prides itself on the depth and accuracy of the data maintained on our databases. Reporting your customer's payment behavior to Experian will further strengthen and enhance the power of the information available for making sound credit decisions. Give credit where credit is due. Call 1-800-520-1221, option #4 for more information.**

End of report

The information herein is furnished in confidence for your exclusive use for legitimate business purposes and shall not be reproduced. Neither Experian Information Solutions, Inc., nor their sources or distributors warrant such information nor shall they be liable for your use or reliance upon it.

Copyright 2010 Experian. All rights reserved.
Experian and the Experian marks herein are service marks or registered trademarks of Experian.

**PX 40**

FTC-MOBE-003157
01_QP_FTC_0000075





**PX 40**

FTC-MOBE-003158
01_QP_FTC_0000076

Taxport™

| TaxYear | Verify Recip | Help |
|---------|--------------|------|

**TIN MATCHING AND BLOCKED RECIPIENTS LOOKUP**

TIN      47-3489384        TIN Type    ??? ⬍          Search

Name     MOBEPROCESSING.COM INC

Address

City                            State                        ZIP

Country

**TIN MATCHING SUCCEEDED**
TIN and Name combination matches IRS records. TINTYPE: EIN

**NO BLOCKED RECIPIENTS MATCHED**
No records were found for this search.

©2016 Sovos Compliance, LLC. All rights reserved.

**PX 40**

CONFIDENTIAL

**PX 40**

CONFIDENTIAL

**MOBE-Summit – Due Diligence**

**Google Map Search of business & primary:**





**Phone Verification: (844) 662-3787**

Business Phone Number, when dialed you immediately hear hold music once the phone is answered and than shortly after told to leave a message for a return call.  I have verified this is the contact number for the business listed on the merchant's website.

**Routing Validation:**



## PX 40

CONFIDENTIAL



**PX 40**

FTC-MOBE-003162
01_QP_FTC_0000080



December 22, 2016

Susan Zanghi
8207 Golf Ridge Drive
Charlotte, NC 28277

Re: MOBE Processing.com, Inc. Financial Representative Authorization

Dear Susan,

This letter confirms that MOBE has authorized you to act as a financial representative for MOBE Processing.com, Inc. in the United States of America. You have full authority to open bank and merchant accounts on behalf of MOBE Processing.com, Inc. and to act as a signatory on those accounts in a representative capacity.

In an effort to maintain efficiency, please have all correspondence related to those accounts sent to your address.

Sincerely,

*Matthew Lloyd McPhee*
Matthew Lloyd McPhee (Dec 23, 2016)

Matthew McPhee
CEO

MOBE, Ltd., Soho Suites at KLCC B1-28-8, Jalan Perak, Kuala Lumpur, 50450 Malaysia

**PX 40**

CONFIDENTIAL

FTC-MOBE-003163

UT_QP_FTC_0000081



# Merchant Info Questionnaire

| Business Information | |
|---|---|
| DBA (Name that will be on the card holders bill) | MOBE (My Own Business Education) |
| Location address | 8207 Golf Ridge Drive |
| Location city | Charlotte |
| Location state | NC |
| Location zip | 28277 |
| Legal Business Name (as it appears on tax return) | MOBEPROCESSING.COM INC. |
| Mailing address (if different from location address) | N/A |
| Mailing city | N/A |
| Mailing state | N/A |
| Mailing zip | N/A |
| Company Phone | █████████ |
| Company fax number | (704) 919-5275 |
| Customer service phone number | (844) 662-3787 |
| Website URL | mobe.com |
| Contact person (if questions on account) | Susan Zanghi |
| Contact person's email | susan@mobe.com |

| Business Profile | |
|---|---|
| Business Structure (corporation, LLC, sole prop, etc.) | Corportation |
| Federal Tax ID | 47-3489384 |
| Date business formed | Dec 2014 |
| State business created in | Deleware |
| Number of employees | 160 |
| Trade reference 1 – Business name | Russ Whitney Consulting |
| Contact name and number (of reference 1) | Russ Whitney, Sr. |
| Trade reference 2 – Business name | Ross Weber, Attorney |
| Contact name and number (of reference 2) | Ross Weber |

| Owner/Officer | |
|---|---|
| 1 - Primary Owner's Name | Matthew Lloyd McPhee |
| Title | CEO |
| Ownership % | 100% |
| Social Security # | N/A – Australian Tax ID # ███ Redacted ███ |
| Date of Birth | ██ Redacted ██ |
| Mobile Number | Malaysia - ███████ USA (980) ████████ |
| Home Address | B2-13-1 Soho Suites @ KLCC No 20 Jalan Perak |
| Home City | Kuala Lumpur |
| Home State | WP - Malaysia |
| Home Zip | 50450 |
| Driver's License number | ██ Redacted ██ (Western Australia) |
| 2 - Secondary Owner's Name | Susan Zanghi |
| Title | Finance Manager |
| Ownership % | 0% |
| Social Security # | ███ Redacted ███ |
| Date of Birth | ██ Redacted ██ |
| Mobile Number | ████████ |
| Home Address | 8207 Golf Ridge Drive |

## PX 40

FTC-MOBE-003164
01_QP_FTC_0000082

**PLATINUM**
PAYMENT SYSTEMS

# Merchant Info Questionnaire

| Home City | Charlotte |
|---|---|
| Home State | North Carolina |
| Home Zip | 28277 |
| Driver's License number | Redacted (NC) |

## Site Survey

| Office Structure (Office, Residential) | Residential |
|---|---|
| Floor you occupy & # of floors in building | 1 / 2 |
| Approximate square footage | 1300 |

## Product Price Info

| Projected annual volume | $500,000 |
|---|---|
| Average ticket | $2000 |
| High ticket | $3,500 |
| Describe product/service in detail | MOBE Summit Sales |
| Refund policy | 3 Days unless legal requirement longer |
| Transaction Type (must equal 100%) | |
| Card swipe % | 75% |
| Mail Order / Telephone Order % | 0% |
| Internet - Ecommerce % | 25% |
| % of Business to Consumer sales | 50% |
| % of Business to Business sales | 50% |

## Current Account Profile

| Do you currently accept V/MC/D? | Yes |
|---|---|
| Do you currently accept AmEx? | Yes |
| If not currently accepting AmEx, do you want to? | |
| Name of current Processor | Chase |
| Gateway using or would like to use | |
| Have you ever been terminated by a Processor? | Yes |

## Bank Information

| Bank Name | Bank of America |
|---|---|
| Bank address | 7911 Providence Rd |
| Bank phone number | (704) 386-1293 |
| Contact Name | Undra A Perry |
| Account # | Redacted |
| Routing # | 053000196 |
| Is this a checking or savings account? | Checking |

# PX 40



# Merchant Info Questionnaire

| Offer / Campaign Information | |
|---|---|
| Describe the product/service being sold. | *MOBE Summit Sales* |
| How is the product/service ordered or purchased? | *Live Events and Website sales* |
| What are the price points for the product/service? | *$1,599 to $3500* |
| Is the product/service being sold through a Front End or as an upsell offer? With any upsell offers, please list all applicable Front/Back end partners with the product/service being sold. | *No* |
| Is the product/service being cross sold with any other product/service? If yes, explain. | *No* |
| Is there a free trial and/or auto ship program attached to the product/service? | *No* |
| Is there recurring billing/continuity plan associated with the product/service? | *No* |
| How is the product/service advertised, marketed, and/or promoted to support the projected volume/transaction estimates? (i.e. radio, print, affiliate networks, CPA, publishers, and/or other sources to support the transaction count per day) | *The event where the product is presented is promoted by affiliate emails, direct mail, Facebook, you-tube, etc* |
| List all major affiliates (sub affiliates), CPA's, and publishers used to generate sales. | *N/A* |
| How do you track affiliate sales and monitor for lead quality? | *Through our company CRM* |
| What is the warranty, return, and refund policy? | *3 days* |
| How can a customer cancel from Auto Ship/Bill and/or continuity program? | *By contacting Customer service or faxing a request* |
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN -House* |

| Fulfillment | |
|---|---|
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN - House* |
| Which of the following shipping confirmations do you use? 1) Delivery Confirmation, 2) Signature Confirmation, and 3)None | *3 – None* |
| Who manufactures/produces the product/service? | *N/A* |
| If selling digestibles, supplements, etc. | |
| Have your products been evaluated /regulated by the FDA. | *N/A* |
| Who manufactures/produces the product/service? | *N/A* |
| Who manufactures/produces the product/service? | *N/A* |
| How many units per day is your manufacturer capable of producing should demand increase? | *Unlimited* |
| On average, how much product is maintained in stock, either in house or at your shipping facility? | *N/A* |
| Do you receive Inventory/Inventory Management Reports? | *N/A* |
| Will tangible products be shipped within 7 calendar days of sale capture? | *N/A* |

## PX 40



**Merchant Info Questionnaire**

| | |
|---|---|
| Who is taking the order? | *Customer Support* |
| At what time or point during the ordering process does the merchant or the fulfillment center bill the cardholder (i.e at time of order, at time of shipping, etc...)? | *At the time of order* |
| What happens if the product is unavailable or if service cannot be rendered (i.e. cease billing customer, issue refund, or notify customer of delayed shipment)? | *N/A* |
| Do you continue to accept sales if products/services are backorder/unavailable? | *N/A* |
| **Customer Service** | |
| Is Customer Service handled In House or outsourced? If outsourced with whom? | *In-House* |
| If Customer Service is outsourced, has anyone from your company visited the customer service facility? Will there be impromptu visits to the call center going forward? | *N/A* |
| Has anyone from your company participated in the training of the customer service staff? | *N/A* |
| If Customer Service handled In House, how many customer service reps are on staff? | *18* |
| What are your customer service hours? | *24 hours per day / 7 days per week* |
| Who is handling returns/chargebacks? | *Our Finance Team* |
| If applicable, is the fulfillment center automated to credit customers for returned or refused shipments? | *N/A* |
| How does the fulfillment center communicate with you and vice versa? | *Via email or Skype* |
| Do you have a quality control process in place to review orders on a regular basis in whole or in a sample set? | *N/A* |
| What is the customer service number you would like to have show up on card holders statements? | *(844) 662-3787* |
| How do you want the description to read on customer's bank statements? (22 characters max, includes spaces) | *MOBEPROCESSING.com Inc.* |

**PX 40**

**MOBEPROCESSING.COM, INC.**
8207 GOLF RIDGE DR
CHARLOTTE NC 28277-8867

1048

66 19 530 NC
58596

DATE _____

PAY
TO THE
ORDER OF _____   $ _____

VOID

Bank of America

DOLLARS

ACH R/T 053000196

FOR _____

⑈001048⑈ ⑆053000196⑆ [Redacted]

**PX 40**

Scanned by CamScanner



**Date Range: 2016-10-01 To 2016-10-31**

**Account:** ▇▇▇▇▇ Redacted ▇▇▇▇▇ **- MOBE.COM (S: USD | P: USD)**

**Current Balance: (548,442.05)**

**Details**

| Date | Transaction Number | Description | Debit | Credit | Balance |
|------|--------------------|-------------|-------|--------|---------|
| 2016-10-01 07:52 | 556995220 | Settlements | | 7,523.70 | 106,589.75 |
| 2016-10-01 07:52 | 556995230 | Discount Fees | 372.42 | | 106,217.33 |
| 2016-10-01 07:52 | 556995240 | Transaction Fees | 21.50 | | 106,195.83 |
| 2016-10-02 04:54 | 557312980 | Settlements | | 21,150.76 | 127,346.59 |
| 2016-10-02 04:54 | 557312990 | Discount Fees | 1,046.96 | | 126,299.63 |
| 2016-10-02 04:54 | 557313000 | Transaction Fees | 17.50 | | 126,282.13 |
| 2016-10-03 04:42 | 557565990 | Settlements | | 13,635.70 | 139,917.83 |
| 2016-10-03 04:42 | 557566000 | Discount Fees | 674.96 | | 139,242.87 |
| 2016-10-03 04:42 | 557566010 | Transaction Fees | 17.50 | | 139,225.37 |
| 2016-10-03 09:00 | 557967370 | WIRE SENT WIRE SENT 2016.09.27 - TICKET2617165 | 204,341.20 | | (65,115.83) |
| 2016-10-03 09:00 | 557967490 | WIRE SENT WIRE SENT 2016.09.30 - TICKET2617165 | 164,101.04 | | (229,216.87) |
| 2016-10-04 05:08 | 558293810 | Settlements | | 67,007.75 | (162,209.12) |
| 2016-10-04 05:08 | 558293820 | Discount Fees | 3,316.88 | | (165,526.00) |
| 2016-10-04 05:08 | 558293830 | Transaction Fees | 44.00 | | (165,570.00) |
| 2016-10-05 05:27 | 558835310 | Settlements | | 54,554.80 | (111,015.20) |
| 2016-10-05 05:27 | 558835320 | Discount Fees | 2,700.46 | | (113,715.66) |
| 2016-10-05 05:27 | 558835330 | Transaction Fees | 31.00 | | (113,746.66) |
| 2016-10-06 05:01 | 559233330 | Settlements | | 23,926.90 | (89,819.76) |
| 2016-10-06 05:01 | 559233340 | Discount Fees | 1,184.38 | | (91,004.14) |
| 2016-10-06 05:01 | 559233350 | Transaction Fees | 25.50 | | (91,029.64) |
| 2016-10-06 10:33 | 559573640 | Chargebacks Ref: JNL-604160 | 197.00 | | (91,226.64) |
| 2016-10-06 10:33 | 559573650 | Chargeback Fee | 45.00 | | (91,271.64) |
| 2016-10-06 10:33 | 559574520 | Chargeback Reversal Ref: JNL-604160 | | 4,089.00 | (87,182.64) |
| 2016-10-07 05:26 | 559831130 | Settlements | | 30,682.76 | (56,499.88) |
| 2016-10-07 05:26 | 559831140 | Discount Fees | 1,518.79 | | (58,018.67) |

**PX 40**

FTC-MOBE-003169

UT_QP_FTC_0000181

| Date | Transaction Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 2016-10-07 05:26 | 559831150 | Transaction Fees | 23.50 | | (58,042.17) |
| 2016-10-07 12:24 | 560072530 | WIRE SENT WIRE SENT 2016.10.04 - TICKET2625127 | 69,437.50 | | (127,479.67) |
| 2016-10-07 12:24 | 560072760 | WIRE SENT WIRE SENT 2016.10.07 - TICKET2625127 | 162,235.25 | | (289,714.92) |
| 2016-10-07 12:24 | 560073260 | WIRE FEES WIRE FEE 2016.10.04 - TICKET2625127 | 50.00 | | (289,764.92) |
| 2016-10-07 12:24 | 560073610 | WIRE FEES WIRE FEE 2016.10.07 - TICKET2625127 | 50.00 | | (289,814.92) |
| 2016-10-08 05:24 | 560312500 | Settlements | | 1,443.80 | (288,371.12) |
| 2016-10-08 05:24 | 560312510 | Discount Fees | 71.47 | | (288,442.59) |
| 2016-10-08 05:24 | 560312520 | Transaction Fees | 19.50 | | (288,462.09) |
| 2016-10-09 05:11 | 560576790 | Settlements | | 30,642.85 | (257,819.24) |
| 2016-10-09 05:11 | 560576800 | Discount Fees | 1,516.83 | | (259,336.07) |
| 2016-10-09 05:11 | 560576810 | Transaction Fees | 25.50 | | (259,361.57) |
| 2016-10-10 05:09 | 560788610 | Settlements | | 7,629.90 | (251,731.67) |
| 2016-10-10 05:09 | 560788620 | Discount Fees | 377.68 | | (252,109.35) |
| 2016-10-10 05:09 | 560788630 | Transaction Fees | 15.00 | | (252,124.35) |
| 2016-10-10 09:03 | 560973510 | Dispute Prevention Fees | 50.00 | | (252,174.35) |
| 2016-10-11 06:36 | 561169740 | Settlements | | 54,760.95 | (197,413.40) |
| 2016-10-11 06:36 | 561169750 | Discount Fees | 2,710.67 | | (200,124.07) |
| 2016-10-11 06:36 | 561169760 | Transaction Fees | 27.50 | | (200,151.57) |
| 2016-10-11 09:39 | 561420560 | Wire Reversal WIRE SENT 2016.09.02, TICKET2589859 | | 30,147.43 | (170,004.14) |
| 2016-10-11 09:39 | 561420850 | Wire Fee Reversal WIRE FEE 2016.09.02, TICKET2589859 | | 50.00 | (169,954.14) |
| 2016-10-12 05:29 | 561697830 | Settlements | | 13,668.70 | (156,285.44) |
| 2016-10-12 05:29 | 561697840 | Discount Fees | 676.60 | | (156,962.04) |
| 2016-10-12 05:29 | 561697850 | Transaction Fees | 21.50 | | (156,983.54) |
| 2016-10-13 05:08 | 562076630 | Settlements | | 45,943.85 | (111,039.69) |
| 2016-10-13 05:08 | 562076640 | Discount Fees | 2,274.22 | | (113,313.91) |
| 2016-10-13 05:08 | 562076650 | Transaction Fees | 30.00 | | (113,343.91) |
| 2016-10-14 05:31 | 562618880 | Settlements | | 59,664.73 | (53,679.18) |

**PX 40**

FTC-MOBE-003170
UT_QP_FTC_0000182

| Date | Transaction Number | Description | Debit | Credit | Balance |
|------|-------|------|-------|--------|---------|
| 2016-10-14 05:31 | 562618890 | Discount Fees | 2,953.40 | | (56,632.58) |
| 2016-10-14 05:31 | 562618900 | Transaction Fees | 46.00 | | (56,678.58) |
| 2016-10-15 10:18 | 562988620 | Transaction Fees | 0.50 | | (56,679.08) |
| 2016-10-15 10:18 | 562988630 | Settlements | | 14,137.65 | (42,541.43) |
| 2016-10-15 10:18 | 562988640 | Discount Fees | 699.81 | | (43,241.24) |
| 2016-10-15 10:18 | 562988650 | Transaction Fees | 44.00 | | (43,285.24) |
| 2016-10-16 05:19 | 563353940 | Settlements | | 9,046.20 | (34,239.04) |
| 2016-10-16 05:19 | 563353950 | Discount Fees | 447.79 | | (34,686.83) |
| 2016-10-16 05:19 | 563353960 | Transaction Fees | 40.50 | | (34,727.33) |
| 2016-10-17 04:44 | 563486360 | Transaction Fees | 1.00 | | (34,728.33) |
| 2016-10-17 04:44 | 563486370 | Settlements | | 43,082.80 | 8,354.47 |
| 2016-10-17 04:44 | 563486380 | Discount Fees | 2,132.60 | | 6,221.87 |
| 2016-10-17 04:44 | 563486390 | Transaction Fees | 48.00 | | 6,173.87 |
| 2016-10-17 11:53 | 563800330 | Chargebacks Ref: JNL-606350 | 2,762.95 | | 3,410.92 |
| 2016-10-17 11:53 | 563800340 | Chargeback Fee | 180.00 | | 3,230.92 |
| 2016-10-18 05:41 | 564100780 | Settlements | | 11,613.70 | 14,844.62 |
| 2016-10-18 05:41 | 564100790 | Discount Fees | 574.88 | | 14,269.74 |
| 2016-10-18 05:41 | 564100800 | Transaction Fees | 43.00 | | 14,226.74 |
| 2016-10-18 16:30 | 564361570 | WIRE SENT WIRE SENT 2016.10.11 - TICKET2672276 | 64,177.52 | | (49,950.78) |
| 2016-10-18 16:30 | 564361710 | WIRE SENT WIRE SENT 2016.10.14 - TICKET2672276 | 51,120.06 | | (101,070.84) |
| 2016-10-18 16:30 | 564361800 | WIRE FEES WIRE FEE 2016.10.11 - TICKET2672276 | 50.00 | | (101,120.84) |
| 2016-10-18 16:30 | 564362070 | WIRE FEES WIRE FEE 2016.10.14 - TICKET2672276 | 50.00 | | (101,170.84) |
| 2016-10-19 05:42 | 564603870 | Settlements | | 70,121.60 | (31,049.24) |
| 2016-10-19 05:42 | 564603880 | Discount Fees | 3,471.01 | | (34,520.25) |
| 2016-10-19 05:42 | 564603890 | Transaction Fees | 59.00 | | (34,579.25) |
| 2016-10-20 05:43 | 565086150 | Settlements | | 26,864.00 | (7,715.25) |
| 2016-10-20 05:43 | 565086160 | Discount Fees | 1,329.77 | | (9,045.02) |
| 2016-10-20 05:43 | 565086170 | Transaction Fees | 51.50 | | (9,096.52) |
| 2016-10-20 10:22 | 565309370 | Chargebacks Ref: JNL-607070 | 2,497.00 | | (11,593.52) |
| 2016-10-20 10:22 | 565309380 | Chargeback Fee | 45.00 | | (11,638.52) |

**PX 40**

CONFIDENTIAL

FTC-MOBE-003171

UT_QP_FTC_0000183

| Date | Transaction Number | Description | Debit | Credit | Balance |
|------|--------------------|-------------|-------|--------|---------|
| 2016-10-21 06:22 | 565684810 | Credits | 1,546.00 | | (13,184.52) |
| 2016-10-21 06:22 | 565684820 | Transaction Fees | 1.00 | | (13,185.52) |
| 2016-10-21 06:22 | 565684830 | Settlements | | 67,475.61 | 54,290.09 |
| 2016-10-21 06:22 | 565684840 | Discount Fees | 3,340.04 | | 50,950.05 |
| 2016-10-21 06:22 | 565684850 | Transaction Fees | 51.50 | | 50,898.55 |
| 2016-10-22 06:26 | 566160030 | Settlements | | 7,369.50 | 58,268.05 |
| 2016-10-22 06:26 | 566160040 | Credits | 2,497.00 | | 55,771.05 |
| 2016-10-22 06:26 | 566160050 | Discount Fees | 364.79 | | 55,406.26 |
| 2016-10-22 06:26 | 566160060 | Transaction Fees | 30.00 | | 55,376.26 |
| 2016-10-23 04:58 | 566414270 | Settlements | | 11,425.61 | 66,801.87 |
| 2016-10-23 04:58 | 566414280 | Discount Fees | 565.57 | | 66,236.30 |
| 2016-10-23 04:58 | 566414290 | Transaction Fees | 27.50 | | 66,208.80 |
| 2016-10-24 05:09 | 566631400 | Settlements | | 19,000.00 | 85,208.80 |
| 2016-10-24 05:09 | 566631410 | Discount Fees | 940.50 | | 84,268.30 |
| 2016-10-24 05:09 | 566631420 | Transaction Fees | 36.50 | | 84,231.80 |
| 2016-10-24 09:06 | 566820800 | Dispute Prevention Fees | 50.00 | | 84,181.80 |
| 2016-10-24 16:18 | 566853530 | WIRE SENT WIRE SENT 2016.10.20, TICKET2689829 | 12,118.72 | | 72,063.08 |
| 2016-10-24 16:18 | 566853590 | WIRE SENT WIRE SENT 2016.10.21, TICKET2689829 | 59,782.76 | | 12,280.32 |
| 2016-10-24 16:18 | 566853870 | WIRE FEES WIRE FEE 2016.10.20, TICKET2689829 | 50.00 | | 12,230.32 |
| 2016-10-24 16:18 | 566853930 | WIRE FEES WIRE FEE 2016.10.21, TICKET2689829 | 50.00 | | 12,180.32 |
| 2016-10-25 05:42 | 567139980 | Settlements | | 108.85 | 12,289.17 |
| 2016-10-25 05:42 | 567139990 | Credits | 2,497.00 | | 9,792.17 |
| 2016-10-25 05:42 | 567140000 | Discount Fees | 5.39 | | 9,786.78 |
| 2016-10-25 05:42 | 567140010 | Transaction Fees | 35.50 | | 9,751.28 |
| 2016-10-26 07:23 | 567617060 | Settlements | | 2,565.95 | 12,317.23 |
| 2016-10-26 07:23 | 567617070 | Discount Fees | 127.02 | | 12,190.21 |
| 2016-10-26 07:23 | 567617080 | Transaction Fees | 51.50 | | 12,138.71 |
| 2016-10-26 09:09 | 567823740 | TRANSFER TO RESERVE RECON: AUG 2016, TICKET2692675 | 82,146.26 | | (70,007.55) |

# PX 40

FTC-MOBE-003172

UT_QP_FTC_0000184

| Date | Transaction Number | Description | Debit | Credit | Balance |
|------|--------------------|-------------|-------|--------|---------|
| 2016-10-27 05:16 | 568094360 | Settlements | | 1,463.90 | (68,543.65) |
| 2016-10-27 05:16 | 568094370 | Discount Fees | 72.46 | | (68,616.11) |
| 2016-10-27 05:16 | 568094380 | Transaction Fees | 45.00 | | (68,661.11) |
| 2016-10-28 07:37 | 568556910 | Settlements | | 16,920.90 | (51,740.21) |
| 2016-10-28 07:37 | 568556920 | Discount Fees | 837.58 | | (52,577.79) |
| 2016-10-28 07:37 | 568556930 | Transaction Fees | 37.00 | | (52,614.79) |
| 2016-10-28 11:45 | 568782420 | WIRE SENT WIRE SENT 2016.10.25, TICKET2695547 | 112,500.50 | | (165,115.29) |
| 2016-10-28 11:45 | 568782650 | WIRE SENT WIRE SENT 2016.10.28, TICKET2695547 | 104,679.67 | | (269,794.96) |
| 2016-10-28 11:45 | 568782760 | WIRE FEES WIRE FEE 2016.10.25, TICKET2695547 | 50.00 | | (269,844.96) |
| 2016-10-28 11:45 | 568782990 | WIRE FEES WIRE FEE 2016.10.28, TICKET2695547 | 50.00 | | (269,894.96) |
| 2016-10-28 11:51 | 568783190 | Wire Fee Reversal Wire Fee Reversal, TICKET2695547 | | 50.00 | (269,844.96) |
| 2016-10-28 11:51 | 568783210 | Wire Reversal Wire Reversal, TICKET2695547 | | 12,118.72 | (257,726.24) |
| 2016-10-28 12:00 | 568783660 | Chargebacks Ref: JNL-614360 | 297.00 | | (258,023.24) |
| 2016-10-28 12:00 | 568783670 | Chargeback Fee | 45.00 | | (258,068.24) |
| 2016-10-29 05:14 | 569023580 | Settlements | | 2,749.75 | (255,318.49) |
| 2016-10-29 05:14 | 569023590 | Discount Fees | 136.11 | | (255,454.60) |
| 2016-10-29 05:14 | 569023600 | Transaction Fees | 24.50 | | (255,479.10) |
| 2016-10-30 05:10 | 569280030 | Settlements | | 16,989.85 | (238,489.25) |
| 2016-10-30 05:10 | 569280040 | Discount Fees | 841.00 | | (239,330.25) |
| 2016-10-30 05:10 | 569280050 | Transaction Fees | 17.00 | | (239,347.25) |
| 2016-10-31 05:03 | 569498720 | Transaction Fees | 13.00 | | (239,360.25) |
| 2016-10-31 11:03 | 569718570 | Chargeback Reversal Ref: JNL-615540 | | 256.85 | (239,103.40) |
| 2016-10-31 13:15 | 570219210 | Monthly Flat Fee | 200.00 | | (239,303.40) |
| | | **Totals** | **1,138,254.47** | **799,885.02** | |

**PX 40**

CONFIDENTIAL

FTC-MOBE-003173

UT_QP_FTC_0000185



National Australia Bank Limited
ABN 12 004 044 937

## Merchant Statement / Tax Invoice
**MATTHEW LLOYD MCPHEE**
ABN 71 936 680 640

| | |
|---|---|
| Merchant Number | 004447486 |
| Statement Period | January 2015 |
| Date of Statement Issue | 02 Feb 2015 |
| Page Number | 1 of 4 |

MATTHEW LLOYD MCPHEE
22 MERCURY STREET
CARLISLE WA 6101

☎ **Enquiries**

Please call **1300 369 852** from
Monday to Friday between 8 am
and 8 pm AEST or fax on
**1300 780 662**

## Fee Settlement Summary

| BSB | Account Number | Credit $ | Debit $ |
|---|---|---|---|
| 086479 | ███ 3484 | | $1,804.00 |
| **Total Fees (Including GST)** | | | **$1,804.00** |
| GST Included | | | $164.00 |

## Facility Fees & Charges

| Description | Qty | Unit Price | Fee (inc GST) |
|---|---|---|---|
| Access Fee | 1 | $7.00 | $7.00 - |
| **Total** | | | **$7.00 -** |

## Transaction Fees & Charges
### Scheme Card

| Description | No. of Txns | Value of Txns | Unit Price | Fee (inc GST) |
|---|---|---|---|---|
| Service Fee * | | $0.00 | 0.00% | $22.00 - |
| Chargeback Fee | 71 | | $25.00 | $1,775.00 - |
| **Total** | | | | **$1,797.00 -** |

**See breakdown by Credit Card Interchange Category below.
* Please note a Minimum Monthly Service Fee applies for this statement period.

I/030MSM74/ E-18972/ S-30382/ I-48584

**PX 40**

Duplicate

FTC-MOBE-003174
UT_QP_FTC_0000210

| | |
|---|---|
| Merchant Number | 004447486 |
| Statement Period | January 2015 |
| Date of Statement Issue | 02 Feb 2015 |
| Page Number | 2 of 4 |

## Credit Card Interchange Category

| Interchange Category # | No. of Txns | Value of Txns | Unit Price | Fee (inc GST) |
|---|---|---|---|---|
| **Total** | **0** | **$0.00** | | **$0.00** |

\*   Different fees apply when a credit card transaction involves an overseas cardholder.
    This fee is calculated based on different rates depending on the type of credit card involved.

\#   See www.nab.com.au/interchangedefinitions for definitions of Interchange Categories.



I/030MSM74/ E-18972/ S-30382/ I-48585

**PX 40**

CONFIDENTIAL

FTC-MOBE-003175

UT_QP_FTC_0000211

| | |
|---|---|
| Merchant Number | 004447486 |
| Statement Period | January 2015 |
| Date of Statement Issue | 02 Feb 2015 |
| Page Number | 3 of 4 |

## Chargebacks Processed

| Date Processed | Reference Number | Settlement Currency | Value of Transaction |
|---|---|---|---|
| 02 Jan 15 | VCI-436639 | USD | $49.00 |
| 02 Jan 15 | VCI-436951 | USD | $299.00 |
| 02 Jan 15 | VCI-436950 | USD | $299.00 |
| 05 Jan 15 | MCI-583836 | USD | $1,200.00 |
| 05 Jan 15 | VCI-436945 | USD | $99.00 |
| 05 Jan 15 | VCI-436934 | USD | $99.00 |
| 05 Jan 15 | VCI-440404 | USD | $1,997.00 |
| 05 Jan 15 | VCI-440724 | USD | $49.00 |
| 06 Jan 15 | MCI-583834 | USD | $99.00 |
| 06 Jan 15 | MCI-583835 | USD | $99.00 |
| 06 Jan 15 | VCI-437890 | USD | $1,997.00 |
| 12 Jan 15 | MCI-588411 | USD | $49.00 |
| 12 Jan 15 | VCI-441368 | USD | $49.00 |
| 13 Jan 15 | MCI-588965 | USD | $49.00 |
| 14 Jan 15 | VCI-442364 | USD | $49.00 |
| 15 Jan 15 | MCI-587736 | USD | $1,000.00 |
| 16 Jan 15 | VCI-436266 | USD | $49.00 |
| 16 Jan 15 | VCI-436252 | USD | $49.00 |
| 16 Jan 15 | VCI-440361 | USD | $99.00 |
| 19 Jan 15 | VCI-442926 | USD | $50.40 |
| 19 Jan 15 | VCI-442705 | USD | $49.00 |
| 20 Jan 15 | MCI-590476 | USD | $2,041.25 |
| 20 Jan 15 | VCI-435205 | USD | $99.00 |
| 20 Jan 15 | VCI-435227 | USD | $1,064.12 |
| 20 Jan 15 | VCI-438174 | USD | $594.00 |
| 20 Jan 15 | VCI-435230 | USD | $49.00 |
| 21 Jan 15 | MCI-588963 | USD | $49.00 |
| 21 Jan 15 | MCI-590913 | USD | $1,997.00 |
| 22 Jan 15 | MCI-589027 | USD | $1,097.00 |
| 22 Jan 15 | MCI-591237 | USD | $49.00 |
| 22 Jan 15 | VCI-441350 | USD | $199.00 |
| 22 Jan 15 | VCI-441347 | USD | $199.00 |
| 22 Jan 15 | VCI-441355 | USD | $199.00 |
| 22 Jan 15 | VCI-443704 | USD | $49.00 |
| 23 Jan 15 | VCI-441330 | USD | $49.00 |
| 23 Jan 15 | VCI-441328 | USD | $49.00 |
| 23 Jan 15 | VCI-441329 | USD | $49.00 |
| 23 Jan 15 | VCI-443706 | USD | $50.00 |
| 26 Jan 15 | MCI-591569 | USD | $99.00 |
| 26 Jan 15 | VCI-441339 | USD | $297.00 |
| 26 Jan 15 | VCI-444254 | USD | $49.00 |
| 26 Jan 15 | VCI-444242 | USD | $49.00 |
| 26 Jan 15 | VCI-444241 | USD | $49.00 |
| 27 Jan 15 | MCI-592100 | USD | $46.39 |
| 27 Jan 15 | MCI-592102 | USD | $49.00 |
| 27 Jan 15 | MCI-592101 | USD | $49.00 |
| 27 Jan 15 | VCI-444220 | USD | $49.00 |
| 27 Jan 15 | VCI-444213 | USD | $48.37 |
| 27 Jan 15 | VCI-444206 | USD | $98.48 |
| 28 Jan 15 | MCI-592099 | USD | $46.39 |
| 28 Jan 15 | MCI-592482 | USD | $49.00 |



I/030MSM74/ E-18972/ S-30383/ I-48586

## PX 40

FTC-MOBE-003176

UT_QP_FTC_0000212

| Merchant Number | 004447486 |
|---|---|
| Statement Period | January 2015 |
| Date of Statement Issue | 02 Feb 2015 |
| Page Number | 4 of 4 |

## Chargebacks Processed

| Date Processed | Reference Number | Settlement Currency | Value of Transaction |
|---|---|---|---|
| 28 Jan 15 | MCI-592098 | USD | $49.00 |
| 28 Jan 15 | MCI-590436 | USD | $49.00 |
| 28 Jan 15 | VCI-442337 | USD | $1,997.00 |
| 28 Jan 15 | VCI-445242 | USD | $49.00 |
| 28 Jan 15 | VCI-445229 | USD | $49.00 |
| 28 Jan 15 | VCI-442352 | USD | $49.00 |
| 28 Jan 15 | VCI-444917 | USD | $2,083.54 |
| 29 Jan 15 | MCI-592783 | USD | $2,017.25 |
| 29 Jan 15 | MCI-592481 | USD | $99.00 |
| 29 Jan 15 | VCI-442367 | USD | $49.00 |
| 29 Jan 15 | VCI-442366 | USD | $49.00 |
| 29 Jan 15 | VCI-442368 | USD | $49.00 |
| 29 Jan 15 | VCI-442394 | USD | $49.00 |
| 30 Jan 15 | VCI-445808 | USD | $49.00 |
| 30 Jan 15 | VCI-445800 | USD | $49.00 |
| 30 Jan 15 | VCI-443219 | USD | $49.00 |
| 30 Jan 15 | VCI-442632 | USD | $597.00 |
| 30 Jan 15 | VCI-445795 | USD | $199.00 |
| 30 Jan 15 | VCI-445797 | USD | $199.00 |
| 30 Jan 15 | VCI-445796 | USD | $199.00 |

## For Your Information

Duplicate

I/030MSM74/ E-18972/ S-30383/ I-48587

## PX 40

CONFIDENTIAL

FTC-MOBE-003177

UT_QP_FTC_0000213

# nab

National Australia Bank Limited
ABN 12 004 044 937

## MultiCurrency Statement / Tax Invoice

**MATTLLOYDPUBLISHING**
ABN 71 936 680 640

| | |
|---|---|
| Merchant Number | 004447486 |
| Statement Period | January 2015 |
| Date of Statement Issue | 02 Feb 2015 |
| Page Number | 1 of 2 |

MATTHEW LLOYD MCPHEE
22 MERCURY STREET
CARLISLE WA 6101

 **Enquiries**

Please call **1300 369 852** from
Monday to Friday between 8 am
and 8 pm AEST or fax on
**1300 780 662**

## Fee Settlement Summary

| BSB | Account | $ Credit | $ Debit |
|---|---|---|---|
| 086479 | ████3484 | | AUD 68,171.23 |
| **GST Included** | | | AUD 6,197.39 |



## Product Summary for Visa

| Description | Quantity | $ Amount |
|---|---|---|
| Merchant Service Fee - Multi Currency | 1 | -AUD 45,737.52 |
| Transaction Fee - Multi Currency | 0 | AUD 0.00 |
| AUD Sales | 0 | AUD 0.00 |
| AUD Refund | 0 | AUD 0.00 |
| USD Sales | 4520 | USD 1,402,078.83 |
| USD Refund | 439 | -USD 59,910.78 |

## Product Summary for MasterCard

| Description | Quantity | $ Amount |
|---|---|---|
| Merchant Service Fee - Multi Currency | 1 | -AUD 22,433.71 |
| Transaction Fee - Multi Currency | 0 | AUD 0.00 |
| AUD Sales | 0 | AUD 0.00 |
| AUD Refund | 0 | AUD 0.00 |
| USD Sales | 2384 | USD 686,097.62 |
| USD Refund | 238 | -USD 28,999.00 |

## Merchant Summary

| Description | Credit | Debit |
|---|---|---|
| **AUD** | | |
| Deposit/Withdrawals | | AUD 0.00 |
| Merchant Service Fees | | AUD 68,171.23 |
| Transaction Fees | | AUD 0.00 |
| **Net Settlement Paid in Cycle** | | **AUD 68,171.23** |
| | | |
| **USD** | | |
| Deposit/Withdrawals | USD 1,999,266.67 | |
| **Net Settlement Paid in Cycle** | **USD 1,999,266.67** | |

I/030MSM74/ E-18972/ S-30384/ I-48588

**PX 40**

CONFIDENTIAL

FTC-MOBE-003178

UT_QP_FTC_0000214

DUPLICATE

| | |
|---|---|
| Merchant Number | 004447486 |
| Statement Period | January 2015 |
| Date of Statement Issue | 02 Feb 2015 |
| Page Number | Page 2 of 2 |

## Store Summary

| | |
|---|---|
| **Store Number** | 000733581 |
| **Store Name** | MATTHEW LLOYD MCPHEE |
| **Store City** | CARLISLE WA 6101 |

### Transaction Summary

| | Currency | Currency Amount | Quantity |
|---|---|---|---|
| **Sales** | USD | USD 2,088,176.45 | 6904 |
| **Refunds** | USD | -USD 88,909.78 | -677 |

### Settlement Summary

| | Currency | Currency Amount | Quantity |
|---|---|---|---|
| | USD | USD 1,999,266.67 | 7581 |

## Transaction Batch Summary

**Store Number**   000733581

| Batch Date | Transaction Currency | Transaction Amount | Batch No. | Quantity | Posting Date | Settlement Currency | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 30 Dec 14 | USD | 71,424.63 | 000692 | 335 | 02 Jan 15 | USD | 71,424.63 |
| 31 Dec 14 | USD | 75,726.85 | 000665 | 271 | 05 Jan 15 | USD | 75,726.85 |
| 02 Jan 15 | USD | 84,529.33 | 000766 | 494 | 06 Jan 15 | USD | 84,529.33 |
| 05 Jan 15 | USD | 114,033.43 | 000935 | 240 | 07 Jan 15 | USD | 114,033.43 |
| 06 Jan 15 | USD | 61,018.28 | 000786 | 165 | 08 Jan 15 | USD | 61,018.28 |
| 07 Jan 15 | USD | 42,738.00 | 000762 | 121 | 09 Jan 15 | USD | 42,738.00 |
| 08 Jan 15 | USD | 35,179.50 | 000769 | 84 | 12 Jan 15 | USD | 35,179.50 |
| 09 Jan 15 | USD | 34,513.00 | 000763 | 93 | 13 Jan 15 | USD | 34,513.00 |
| 12 Jan 15 | USD | 88,612.29 | 000950 | 166 | 14 Jan 15 | USD | 88,612.29 |
| 13 Jan 15 | USD | 59,164.73 | 000799 | 71 | 15 Jan 15 | USD | 59,164.73 |
| 14 Jan 15 | USD | 55,479.90 | 000756 | 80 | 16 Jan 15 | USD | 55,479.90 |
| 15 Jan 15 | USD | 41,497.48 | 000794 | 77 | 19 Jan 15 | USD | 41,497.48 |
| 16 Jan 15 | USD | 50,590.46 | 000775 | 161 | 20 Jan 15 | USD | 50,590.46 |
| 19 Jan 15 | USD | 184,313.90 | 000959 | 1070 | 21 Jan 15 | USD | 184,313.90 |
| 20 Jan 15 | USD | 96,250.00 | 000768 | 466 | 22 Jan 15 | USD | 96,250.00 |
| 21 Jan 15 | USD | 118,622.82 | 000766 | 467 | 23 Jan 15 | USD | 118,622.82 |
| 22 Jan 15 | USD | 138,512.73 | 000818 | 453 | 27 Jan 15 | USD | 138,512.73 |
| 23 Jan 15 | USD | 119,821.85 | 000802 | 512 | 28 Jan 15 | USD | 119,821.85 |
| 27 Jan 15 | USD | 443,502.49 | 001054 | 1718 | 29 Jan 15 | USD | 443,502.49 |
| 28 Jan 15 | USD | 83,735.00 | 000769 | 537 | 30 Jan 15 | USD | 83,735.00 |

I/030MSM74/ E-18972/ S-30384/ I-48589

## PX 40

CONFIDENTIAL



### Merchant Statement / Tax Invoice
**MATTHEW LLOYD MCPHEE**
ABN 71 936 680 640

National Australia Bank Limited
ABN 12 004 044 937

| | |
|---|---|
| Merchant Number | 004447486 |
| Statement Period | January 2015 |
| Date of Statement Issue | 02 Feb 2015 |
| Page Number | 1 of 4 |

MATTHEW LLOYD MCPHEE
22 MERCURY STREET
CARLISLE WA 6101

☎ **Enquiries**

Please call **1300 369 852** from
Monday to Friday between 8 am
and 8 pm AEST or fax on
**1300 780 662**

## Fee Settlement Summary

| BSB | Account Number | Credit $ | Debit $ |
|---|---|---|---|
| 086479 | ▉▉3484 | | $1,804.00 |
| **Total Fees (Including GST)** | | | **$1,804.00** |
| GST Included | | | $164.00 |

## Facility Fees & Charges

| Description | Qty | Unit Price | Fee (inc GST) |
|---|---|---|---|
| Access Fee | 1 | $7.00 | $7.00 - |
| **Total** | | | **$7.00 -** |

## Transaction Fees & Charges
### Scheme Card

| Description | No. of Txns | Value of Txns | Unit Price | Fee (inc GST) |
|---|---|---|---|---|
| Service Fee * | | $0.00 | 0.00% | $22.00 - |
| Chargeback Fee | 71 | | $25.00 | $1,775.00 - |
| **Total** | | | | **$1,797.00 -** |

**See breakdown by Credit Card Interchange Category below.
* Please note a Minimum Monthly Service Fee applies for this statement period.

I/030MSM74/ E-18972/ S-30382/ I-48584

**PX 40**

CONFIDENTIAL

FTC-MOBE-003180

01_QP_FTC_0000222

Merchant Number      004447486
Statement Period     January 2015
Date of Statement Issue   02 Feb 2015
Page Number          2 of 4

## Credit Card Interchange Category

| Interchange Category # | No. of Txns | Value of Txns | Unit Price | Fee (inc GST) |
|---|---|---|---|---|
| **Total** | **0** | **$0.00** | | **$0.00** |

\*   Different fees apply when a credit card transaction involves an overseas cardholder.
    This fee is calculated based on different rates depending on the type of credit card involved.

\#   See www.nab.com.au/interchangedefinitions for definitions of Interchange Categories.



I/030MSM74/ E-18972/ S-30382/ I-48585

**PX 40**

| | | |
|---|---|---|
| Merchant Number | 004447486 | |
| Statement Period | January 2015 | |
| Date of Statement Issue | 02 Feb 2015 | |
| Page Number | 3 of 4 | |

## Chargebacks Processed

| Date Processed | Reference Number | Settlement Currency | Value of Transaction |
|---|---|---|---|
| 02 Jan 15 | VCI-436639 | USD | $49.00 |
| 02 Jan 15 | VCI-436951 | USD | $299.00 |
| 02 Jan 15 | VCI-436950 | USD | $299.00 |
| 05 Jan 15 | MCI-583836 | USD | $1,200.00 |
| 05 Jan 15 | VCI-436945 | USD | $99.00 |
| 05 Jan 15 | VCI-436934 | USD | $99.00 |
| 05 Jan 15 | VCI-440404 | USD | $1,997.00 |
| 05 Jan 15 | VCI-440724 | USD | $49.00 |
| 06 Jan 15 | MCI-583834 | USD | $99.00 |
| 06 Jan 15 | MCI-583835 | USD | $99.00 |
| 06 Jan 15 | VCI-437890 | USD | $1,997.00 |
| 12 Jan 15 | MCI-588411 | USD | $49.00 |
| 12 Jan 15 | VCI-441368 | USD | $49.00 |
| 13 Jan 15 | MCI-588965 | USD | $49.00 |
| 14 Jan 15 | VCI-442364 | USD | $49.00 |
| 15 Jan 15 | MCI-587736 | USD | $1,000.00 |
| 16 Jan 15 | VCI-436266 | USD | $49.00 |
| 16 Jan 15 | VCI-436252 | USD | $49.00 |
| 16 Jan 15 | VCI-440361 | USD | $99.00 |
| 19 Jan 15 | VCI-442926 | USD | $50.40 |
| 19 Jan 15 | VCI-442705 | USD | $49.00 |
| 20 Jan 15 | MCI-590476 | USD | $2,041.25 |
| 20 Jan 15 | VCI-435205 | USD | $99.00 |
| 20 Jan 15 | VCI-435227 | USD | $1,064.12 |
| 20 Jan 15 | VCI-438174 | USD | $594.00 |
| 20 Jan 15 | VCI-435230 | USD | $49.00 |
| 21 Jan 15 | MCI-588963 | USD | $49.00 |
| 21 Jan 15 | MCI-590913 | USD | $1,997.00 |
| 22 Jan 15 | MCI-589027 | USD | $1,097.00 |
| 22 Jan 15 | MCI-591237 | USD | $49.00 |
| 22 Jan 15 | VCI-441350 | USD | $199.00 |
| 22 Jan 15 | VCI-441347 | USD | $199.00 |
| 22 Jan 15 | VCI-441355 | USD | $199.00 |
| 22 Jan 15 | VCI-443704 | USD | $49.00 |
| 23 Jan 15 | VCI-441330 | USD | $49.00 |
| 23 Jan 15 | VCI-441328 | USD | $49.00 |
| 23 Jan 15 | VCI-441329 | USD | $49.00 |
| 23 Jan 15 | VCI-443706 | USD | $50.00 |
| 26 Jan 15 | MCI-591569 | USD | $99.00 |
| 26 Jan 15 | VCI-441339 | USD | $297.00 |
| 26 Jan 15 | VCI-444254 | USD | $49.00 |
| 26 Jan 15 | VCI-444242 | USD | $49.00 |
| 26 Jan 15 | VCI-444241 | USD | $49.00 |
| 27 Jan 15 | MCI-592100 | USD | $46.39 |
| 27 Jan 15 | MCI-592102 | USD | $49.00 |
| 27 Jan 15 | MCI-592101 | USD | $49.00 |
| 27 Jan 15 | VCI-444220 | USD | $49.00 |
| 27 Jan 15 | VCI-444213 | USD | $48.37 |
| 27 Jan 15 | VCI-444206 | USD | $98.48 |
| 28 Jan 15 | MCI-592099 | USD | $46.39 |
| 28 Jan 15 | MCI-592482 | USD | $49.00 |

I/030MSM74/ E-18972/ S-30383/ I-48586



**PX 40**

FTC-MOBE-003182
UT_QP_FTC_0000224

| | | |
|---|---|---|
| Merchant Number | 004447486 | |
| Statement Period | January 2015 | |
| Date of Statement Issue | 02 Feb 2015 | |
| Page Number | 4 of 4 | |

## Chargebacks Processed

| Date Processed | Reference Number | Settlement Currency | Value of Transaction |
|---|---|---|---|
| 28 Jan 15 | MCI-592098 | USD | $49.00 |
| 28 Jan 15 | MCI-590436 | USD | $49.00 |
| 28 Jan 15 | VCI-442337 | USD | $1,997.00 |
| 28 Jan 15 | VCI-445242 | USD | $49.00 |
| 28 Jan 15 | VCI-445229 | USD | $49.00 |
| 28 Jan 15 | VCI-442352 | USD | $49.00 |
| 28 Jan 15 | VCI-444917 | USD | $2,083.54 |
| 29 Jan 15 | MCI-592783 | USD | $2,017.25 |
| 29 Jan 15 | MCI-592481 | USD | $99.00 |
| 29 Jan 15 | VCI-442367 | USD | $49.00 |
| 29 Jan 15 | VCI-442366 | USD | $49.00 |
| 29 Jan 15 | VCI-442368 | USD | $49.00 |
| 29 Jan 15 | VCI-442394 | USD | $49.00 |
| 30 Jan 15 | VCI-445808 | USD | $49.00 |
| 30 Jan 15 | VCI-445800 | USD | $49.00 |
| 30 Jan 15 | VCI-443219 | USD | $49.00 |
| 30 Jan 15 | VCI-442632 | USD | $597.00 |
| 30 Jan 15 | VCI-445795 | USD | $199.00 |
| 30 Jan 15 | VCI-445797 | USD | $199.00 |
| 30 Jan 15 | VCI-445796 | USD | $199.00 |

## For Your Information

Duplicate

I/030MSM74/ E-18972/ S-30383/ I-48587

**PX 40**

FTC-MOBE-003183

UT_QP_FTC_0000225



**National Australia Bank Limited**
ABN 12 004 044 937

# MultiCurrency Statement / Tax Invoice

**MATTLLOYDPUBLISHING**
ABN 71 936 680 640

| | |
|---|---|
| Merchant Number | 004447486 |
| Statement Period | January 2015 |
| Date of Statement Issue | 02 Feb 2015 |
| Page Number | 1 of 2 |

MATTHEW LLOYD MCPHEE
22 MERCURY STREET
CARLISLE WA 6101

☎ **Enquiries**

Please call **1300 369 852** from
Monday to Friday between 8 am
and 8 pm AEST or fax on
**1300 780 662**

## Fee Settlement Summary

| BSB | Account | $ Credit | $ Debit |
|---|---|---|---|
| 086479 | ███ 8484 | | AUD 68,171.23 |
| **GST Included** | | | AUD 6,197.39 |



## Product Summary for Visa

| Description | Quantity | $ Amount |
|---|---|---|
| Merchant Service Fee - Multi Currency | 1 | -AUD 45,737.52 |
| Transaction Fee - Multi Currency | 0 | AUD 0.00 |
| AUD Sales | 0 | AUD 0.00 |
| AUD Refund | 0 | AUD 0.00 |
| USD Sales | 4520 | USD 1,402,078.83 |
| USD Refund | 439 | -USD 59,910.78 |

## Product Summary for MasterCard

| Description | Quantity | $ Amount |
|---|---|---|
| Merchant Service Fee - Multi Currency | 1 | -AUD 22,433.71 |
| Transaction Fee - Multi Currency | 0 | AUD 0.00 |
| AUD Sales | 0 | AUD 0.00 |
| AUD Refund | 0 | AUD 0.00 |
| USD Sales | 2384 | USD 686,097.62 |
| USD Refund | 238 | -USD 28,999.00 |

## Merchant Summary

| Description | Credit | Debit |
|---|---|---|
| **AUD** | | |
| Deposit/Withdrawals | | AUD 0.00 |
| Merchant Service Fees | | AUD 68,171.23 |
| Transaction Fees | | AUD 0.00 |
| **Net Settlement Paid in Cycle** | | **AUD 68,171.23** |
| | | |
| **USD** | | |
| Deposit/Withdrawals | USD 1,999,266.67 | |
| **Net Settlement Paid in Cycle** | **USD 1,999,266.67** | |

I/030MSM74/ E-18972/ S-30384/ I-48588

# PX 40

| | |
|---|---|
| Merchant Number | 004447486 |
| Statement Period | January 2015 |
| Date of Statement Issue | 02 Feb 2015 |
| Page Number | Page 2 of 2 |

## Store Summary

| | |
|---|---|
| **Store Number** | 000733581 |
| **Store Name** | MATTHEW LLOYD MCPHEE |
| **Store City** | CARLISLE WA 6101 |

### Transaction Summary

| | Currency | Currency Amount | Quantity |
|---|---|---|---|
| **Sales** | USD | USD 2,088,176.45 | 6904 |
| **Refunds** | USD | -USD 88,909.78 | -677 |

### Settlement Summary

| | Currency | Currency Amount | Quantity |
|---|---|---|---|
| | USD | USD 1,999,266.67 | 7581 |

## Transaction Batch Summary

**Store Number**    000733581

| Batch Date | Transaction Currency | Transaction Amount | Batch No. | Quantity | Posting Date | Settlement Currency | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 30 Dec 14 | USD | 71,424.63 | 000692 | 335 | 02 Jan 15 | USD | 71,424.63 |
| 31 Dec 14 | USD | 75,726.85 | 000665 | 271 | 05 Jan 15 | USD | 75,726.85 |
| 02 Jan 15 | USD | 84,529.33 | 000766 | 494 | 06 Jan 15 | USD | 84,529.33 |
| 05 Jan 15 | USD | 114,033.43 | 000985 | 240 | 07 Jan 15 | USD | 114,033.43 |
| 06 Jan 15 | USD | 61,018.28 | 000786 | 165 | 08 Jan 15 | USD | 61,018.28 |
| 07 Jan 15 | USD | 42,738.00 | 000762 | 121 | 09 Jan 15 | USD | 42,738.00 |
| 08 Jan 15 | USD | 35,179.50 | 000769 | 84 | 12 Jan 15 | USD | 35,179.50 |
| 09 Jan 15 | USD | 34,513.00 | 000763 | 93 | 13 Jan 15 | USD | 34,513.00 |
| 12 Jan 15 | USD | 88,612.29 | 000950 | 166 | 14 Jan 15 | USD | 88,612.29 |
| 13 Jan 15 | USD | 59,164.73 | 000799 | 71 | 15 Jan 15 | USD | 59,164.73 |
| 14 Jan 15 | USD | 55,479.90 | 000756 | 80 | 16 Jan 15 | USD | 55,479.90 |
| 15 Jan 15 | USD | 41,497.48 | 000794 | 77 | 19 Jan 15 | USD | 41,497.48 |
| 16 Jan 15 | USD | 50,590.46 | 000775 | 161 | 20 Jan 15 | USD | 50,590.46 |
| 19 Jan 15 | USD | 184,313.90 | 000959 | 1070 | 21 Jan 15 | USD | 184,313.90 |
| 20 Jan 15 | USD | 96,250.00 | 000768 | 466 | 22 Jan 15 | USD | 96,250.00 |
| 21 Jan 15 | USD | 118,622.82 | 000766 | 467 | 23 Jan 15 | USD | 118,622.82 |
| 22 Jan 15 | USD | 138,512.73 | 000818 | 453 | 27 Jan 15 | USD | 138,512.73 |
| 23 Jan 15 | USD | 119,821.85 | 000802 | 512 | 28 Jan 15 | USD | 119,821.85 |
| 27 Jan 15 | USD | 443,502.49 | 001054 | 1718 | 29 Jan 15 | USD | 443,502.49 |
| 28 Jan 15 | USD | 83,735.00 | 000769 | 537 | 30 Jan 15 | USD | 83,735.00 |

I/030MSM74/ E-18972/ S-30384/ I-48589

## PX 40

CONFIDENTIAL

FTC-MOBE-003185
01_QP_FTC_0000227

**Profit and Loss Analysis**
MOBE LTD - GROUP

| | YTD Actual | Actual vs Last Year — Last Year | Dec 16 Plus Last 3 Months — Dec 16 | Nov 16 | Oct 16 | Sep 16 | Forward Projection Full Year — YTD | Budget | Total 16/16 |
|---|---|---|---|---|---|---|---|---|---|
| Database Revenue (Prime Corporate) | $ 167,601.00 | $ - | $ 41,664.00 | $ 80,493.00 | $ 45,444.00 | $ - | $ 167,601.00 | $ - | $ 167,601.00 |
| Sales - Allied | $ 4,221,165.00 | $ 1,372,851.00 | $ 234,949.00 | $ 197,560.00 | $ 193,545.00 | $ 180,249.00 | $ 4,221,165.00 | $ - | $ 4,221,165.00 |
| Sales - Bank wire/deposit | $ 17,829,025.00 | 18,850,503.00 | $ 1,073,752.00 | $ 964,521.00 | $ 801,481.00 | $ 1,079,361.00 | $ 17,829,025.00 | $ - | $ 17,829,025.00 |
| Sales - BOA | $ 458,005.00 | $ - | $ 3,000.00 | $ - | $ 356,500.00 | $ 55,875.00 | $ 458,005.00 | $ - | $ 458,005.00 |
| Sales - Chain Commerce | $ 4,227,000.00 | $ 7,122,648.00 | $ - | $ - | $ - | $ 8,335.00 | $ 4,227,000.00 | $ - | $ 4,227,000.00 |
| Sales - Chain Commerce TBI | $ 9,440,631.00 | $ - | $ - | $ 812,461.00 | $ 1,080,427.00 | $ 879,002.00 | $ 9,440,631.00 | $ - | $ 9,440,631.00 |
| Sales - Merchant Gateway | $ 6,914,728.00 | $ 21,987,621.00 | $ 552,030.00 | $ 409,486.00 | $ 372,241.00 | $ 282,706.00 | $ 6,914,728.00 | $ - | $ 6,914,728.00 |
| Sales - PayDollar | $ 5,074.00 | $ - | $ - | $ 4,305.00 | $ 769.00 | $ - | $ 5,074.00 | $ - | $ 5,074.00 |
| Sales - PayPal | $ - | $ 3,949,040.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Square | $ - | $ 2,579.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Stripe | $ 1,362.00 | $ 2,210,020.00 | $ - | $ - | $ - | $ - | $ 1,362.00 | $ - | $ 1,362.00 |
| Sales - Suite Pay | $ 4,180,222.00 | $ - | $ - | $ 414,780.00 | $ 645,396.00 | $ 823,260.00 | $ 4,180,222.00 | $ - | $ 4,180,222.00 |
| Sales - Triangle | $ - | $ 600,698.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Vogogo | $ 2,482,783.00 | $ - | $ - | $ - | $ - | $ - | $ 2,482,783.00 | $ - | $ 2,482,783.00 |
| Sales return - Allied | -$ 295,817.00 | -$ 135,616.00 | -$ 7,052.00 | -$ 17,118.00 | -$ 5,756.00 | -$ 9,305.00 | -$ 295,817.00 | $ - | -$ 295,817.00 |
| Sales return - Bank wire/deposit | $ 345,253.00 | $ | -$ 43,820.00 | -$ 8,631.00 | -$ 5,569.00 | -$ 41,402.00 | $ 345,253.00 | $ - | $ 345,253.00 |
| Sales return - BOA | -$ 35,972.00 | $ | -$ 114.00 | -$ 1,732.00 | -$ 11,436.00 | -$ 16,674.00 | $ 35,972.00 | $ - | -$ 35,972.00 |
| Sales return - Chain Commerce | -$ 1,191.00 | $ - | $ - | $ - | $ - | $ 211.00 | -$ 1,191.00 | $ - | -$ 1,191.00 |
| Sales return - Chain Commerce TBI | -$ 82,909.00 | $ - | $ - | -$ 8,044.00 | -$ 23,966.00 | -$ 7,375.00 | $ 82,909.00 | $ - | $ 82,909.00 |
| Sales return - Merchant Gateway | -$ 69,115.00 | $ - | -$ 20,712.00 | -$ 9,817.00 | -$ 80.00 | -$ 11,238.00 | $ 69,115.00 | $ - | $ 69,115.00 |
| Sales return - Paypal | -$ 2,501.00 | $ - | $ - | $ - | $ - | $ - | -$ 2,501.00 | $ - | $ 2,501.00 |
| Sales return - Suite Pay | -$ 134,214.00 | $ - | $ - | -$ 10,131.00 | -$ 2,918.00 | -$ 17,788.00 | $ 134,214.00 | $ - | -$ 134,214.00 |
| Sales return - Vogogo | -$ 97,202.00 | $ - | $ - | $ - | $ - | $ - | $ 97,202.00 | $ - | $ 97,202.00 |
| **Total Revenue** | **$ 48,863,422.00** | **$ 55,960,344.00** | **$ 1,833,697.00** | **$ 2,828,133.00** | **$ 3,446,078.00** | **$ 3,204,795.00** | **$ 48,863,422.00** | **$ -** | **$ 48,863,422.00** |
| | | | | | | | | | |
| Cost of Sales | $ 5,172,197.00 | $ 6,635,786.00 | $ 1,139,228.00 | $ 596,597.00 | $ 668,785.00 | $ 751,473.00 | $ 5,172,197.00 | $ - | $ 5,172,197.00 |
| **Total Cost of Sales** | **$ 5,172,197.00** | **$ 6,635,786.00** | **$ 1,139,228.00** | **$ 596,597.00** | **$ 668,785.00** | **$ 751,473.00** | **$ 5,172,197.00** | **$ -** | **$ 5,172,197.00** |
| **Gross Profit** | **$ 43,691,225.00** | **$ 49,324,558.00** | **$ 694,469.00** | **$ 2,231,536.00** | **$ 2,777,293.00** | **$ 2,453,322.00** | **$ 43,691,225.00** | **$ -** | **$ 43,691,225.00** |
| GP% | 89% | 88% | 38% | 79% | 81% | 77% | 89% | 0% | 89% |
| | | | | | | | | | |
| OPEX | $ 42,615,114.00 | $ 45,008,799.00 | $ 5,473,480.00 | $ 3,133,972.00 | $ 2,497,953.00 | $ 2,139,294.00 | $ 42,615,114.00 | $ - | $ 42,615,114.00 |
| **Total OPEX** | **$ 42,615,114.00** | **$ 45,008,799.00** | **$ 5,473,480.00** | **$ 3,133,972.00** | **$ 2,497,953.00** | **$ 2,139,294.00** | **$ 42,615,114.00** | **$ -** | **$ 42,615,114.00** |
| **NOPBT** | **$ 1,076,111.00** | **$ 4,315,759.00** | **-$ 4,779,011.00** | **-$ 902,436.00** | **$ 279,340.00** | **$ 314,028.00** | **$ 1,076,111.00** | **$ -** | **$ 1,076,111.00** |
| **NOP%** | **2%** | **8%** | **-261%** | **-32%** | **8%** | **10%** | **2%** | **0%** | **2%** |
| Other Revenue | $ 74,670.00 | $ 6,611.00 | $ 55,557.00 | $ 11,669.00 | -$ 1,182.00 | $ 655.00 | $ 74,670.00 | $ - | $ 74,670.00 |
| Total Other Revenue | $ 74,670.00 | $ 6,611.00 | $ 55,557.00 | $ 11,669.00 | $ 1,182.00 | $ 655.00 | $ 74,670.00 | $ - | $ 74,670.00 |
| **Net Profit Before Tax** | **$ 1,150,781.00** | **$ 4,322,370.00** | **-$ 4,723,454.00** | **-$ 890,767.00** | **$ 278,158.00** | **$ 314,683.00** | **$ 1,150,781.00** | **$ -** | **$ 1,150,781.00** |
| Tax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Profit** | **$ 1,150,781.00** | **$ 4,322,370.00** | **-$ 4,723,454.00** | **-$ 890,767.00** | **$ 278,158.00** | **$ 314,683.00** | **$ 1,150,781.00** | **$ -** | **$ 1,150,781.00** |

**PX 40**

**Entity Analysis**
**MOBE LTD - GROUP**

| | YTD Actual | MLP [AU] | MOBE [MY] | MOBE [PAB] | MOBE [UK] | MOBE [US] | MOBE Pro Ltd | MOBEtc [US] | STAFF [US] |
|---|---|---|---|---|---|---|---|---|---|
| COG: Call centre fees | $ 34,585.00 | $ 16,834.00 | $ 5,589.00 | $ - | $ - | $ 12,162.00 | $ - | $ - | $ - |
| COG: Chargebacks | $ 1,425,775.00 | $ 93,493.00 | $ 31,382.00 | $ 42,480.00 | $ 731,285.00 | $ 223,462.00 | $ 303,673.00 | $ - | $ - |
| COG: Coaching + webinar | $ 422,541.00 | $ 277,842.00 | $ 80,716.00 | $ - | $ - | $ 11,500.00 | $ 52,483.00 | $ - | $ - |
| COG: Consulting fees | $ 444,335.00 | $ 3,007.00 | $ 1,011.00 | $ - | $ - | $ 440,317.00 | $ - | $ - | $ - |
| COG: Direct mail + copywriting + AV/videos [Non-Event Related] | $ 835,202.00 | $ - | $ 25,395.00 | $ - | $ - | $ 786,591.00 | $ 23,216.00 | $ - | $ - |
| COG: DYFE Done For You Emails | $ 72,750.00 | $ - | $ - | $ - | $ - | $ 72,750.00 | $ - | $ - | $ - |
| COG: MERC lease payment | $ 471,984.00 | $ 331,000.00 | $ 100,974.00 | $ - | $ - | $ - | $ 40,010.00 | $ - | $ - |
| COG: Phone commissions | $ 3,571,002.00 | $ 2,398,279.00 | $ 699,257.00 | $ - | $ - | $ 1,905.00 | $ 471,561.00 | $ - | $ - |
| COG: Prizes + promotional items | $ 25,777.00 | $ 19,328.00 | $ 6,449.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| COG: Traffic advertising | $ 6,054,922.00 | $ 125,153.00 | $ 41,559.00 | $ 651,460.00 | $ - | $ 5,234,663.00 | $ 2,087.00 | $ - | $ - |
| COG: Traffic coaching commissions paid | $ 11,521.00 | $ 8,695.00 | $ 2,826.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Computer - consumables & repairs | $ 2,165.00 | $ 1,093.00 | $ 367.00 | $ - | $ - | $ 705.00 | $ - | $ - | $ - |
| Computer - internet & cloud costs | $ 145,836.00 | $ 99,801.00 | $ 33,473.00 | $ - | $ - | $ 12,189.00 | $ 373.00 | $ - | $ - |
| Computer - software | $ 528,599.00 | $ 239,200.00 | $ 68,118.00 | $ - | $ - | $ 166,916.00 | $ 54,365.00 | $ - | $ - |
| Consulting Fees | $ 261,142.00 | $ - | $ - | $ - | $ - | $ 261,142.00 | $ - | $ - | $ - |
| Currency conversion - realised gains | $ 3,448.00 | -$ 12,576.00 | -$ 6,291.00 | $ - | $ - | $ 10,484.00 | $ 11,831.00 | $ - | $ - |
| Currency conversion - unrealised gains | $ 99,446.00 | $ 40,477.00 | $ 2,210.00 | $ - | $ - | $ 188.00 | $ 56,571.00 | $ - | $ - |
| Electricity, gas, levies & water | $ 540.00 | $ - | $ 540.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing Allied | $ 322,526.00 | $ - | $ - | $ - | $ - | $ 322,526.00 | $ - | $ - | $ - |
| FEES: Payment processing AMEX | -$ 3,576.00 | -$ 3,068.00 | -$ 508.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing Bank/Wire charges | $ 43.00 | $ - | $ 43.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing BOA | $ 297.00 | $ - | $ - | $ - | $ - | $ 297.00 | $ - | $ - | $ - |
| FEES: Payment processing Chain Commerce | $ 321,298.00 | $ - | $ - | $ - | $ 321,298.00 | $ - | $ - | $ - | $ - |
| FEES: Payment processing Chain Commerce TBI | $ 603,857.00 | $ - | $ - | $ - | $ - | $ - | $ 603,857.00 | $ - | $ - |
| FEES: Payment processing Dalpay | $ 74.00 | $ - | $ - | $ - | $ - | $ 74.00 | $ - | $ - | $ - |
| FEES: Payment processing IPayout | $ 76,488.00 | $ 53,463.00 | $ 16,220.00 | $ - | $ - | $ - | $ 6,805.00 | $ - | $ - |
| FEES: Payment processing Merchant | $ 42,678.00 | $ 2,862.00 | $ 914.00 | $ 37,751.00 | $ - | $ 1,010.00 | $ 141.00 | $ - | $ - |
| FEES: Payment processing NMI | $ 6,771.00 | $ 5,050.00 | $ 1,721.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing PayPal | $ 2,884.00 | $ 2,198.00 | $ 727.00 | $ - | $ - | -$ 41.00 | $ - | $ - | $ - |
| FEES: Payment processing Stripe | $ 332.00 | $ - | $ - | $ - | $ - | $ 332.00 | $ - | $ - | $ - |
| FEES: Payment processing Suite Pay | $ 348,100.00 | $ - | $ - | $ - | $ - | $ - | $ 348,100.00 | $ - | $ - |
| FEES: Payment processing Triangle | $ 720.00 | $ - | $ - | $ - | $ - | $ 720.00 | $ - | $ - | $ - |
| FEES: Payment processing Vogogo | $ 185,939.00 | $ - | $ - | $ - | $ - | $ - | $ 185,939.00 | $ - | $ - |
| Filing fees - business name registration | $ 3,853.00 | $ 2,874.00 | $ 979.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Filing fees - company statement | $ 577.00 | $ 433.00 | $ 144.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Freight, delivery & shipping | $ 9,993.00 | $ 179.00 | $ 627.00 | $ - | $ - | $ 9,187.00 | $ - | $ - | $ - |
| General expenses | $ 9,085.00 | $ 6,885.00 | $ 2,200.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Legal fees | $ 455,728.00 | $ 66.00 | $ 22.00 | $ - | $ - | $ 455,640.00 | $ - | $ - | $ - |
| Motor Vehicle - Petrol | $ 2.00 | $ - | $ 2.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| OPEX | $ 91,830.00 | $ 90,760.00 | $ 1,070.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| P&M - Facebook | $ 293,952.00 | $ 147,337.00 | $ 22,939.00 | $ - | $ - | $ - | $ 123,676.00 | $ - | $ - |
| P&M-PROMOTIONS & MARKETING | $ 94,479.00 | $ - | $ - | $ - | $ - | $ 94,479.00 | $ - | $ - | $ - |
| Printing & stationery | $ 776.00 | $ - | $ - | $ - | $ - | $ 776.00 | $ - | $ - | $ - |
| Printing & stationery (office) | $ 4,699.00 | $ 3,573.00 | $ 1,126.00 | $ - | $ - | $ - | $ - | $ - | $ - |

**PX 40**

CONFIDENTIAL

**Entity Analysis**
**MOBE LTD - GROUP**

| | YTD Actual | Entities YTD | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | MLP [AU] | MOBE [MY] | MOBE [PAB] | MOBE [UK] | MOBE [US] | MOBE Pro Ltd | MOBEtc [US] | STAFF [US] |
| Rent | $ 4,761.00 | $ - | $ 4,761.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs and maintenance | $ 8.00 | $ - | $ 8.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs and maintenance - CAIF Property | $ 1,900.00 | $ - | $ - | $ - | $ - | $ 1,900.00 | $ - | $ - | $ - |
| S&S - Amazon Hosting | $ 27,873.00 | $ 12,288.00 | $ 1,265.00 | $ - | $ - | $ - | $ 14,320.00 | $ - | $ - |
| S&S - Godaddy | $ 2,246.00 | $ 1,609.00 | $ 514.00 | $ - | $ - | $ - | $ 123.00 | $ - | $ - |
| S&S - Skype | $ 21,584.00 | $ 14,616.00 | $ 4,398.00 | $ - | $ - | $ 510.00 | $ 2,060.00 | $ - | $ - |
| S&S - UpWork (formerly ODesk) | $ 2,436,789.00 | $ 1,733,649.00 | $ 540,864.00 | $ - | $ - | $ - | $ 162,276.00 | $ - | $ - |
| SERVICE FEES: agent | $ 1,040.00 | $ - | $ - | $ - | $ - | $ 1,040.00 | $ - | $ - | $ - |
| Staff amenities | $ 1,999.00 | $ 224.00 | $ 1,611.00 | $ - | $ - | $ 164.00 | $ - | $ - | $ - |
| Staff procurement | $ 41,376.00 | $ 22,337.00 | $ 14,979.00 | $ - | $ - | $ - | $ 4,060.00 | $ - | $ - |
| Staff training | $ 17,345.00 | $ - | $ - | $ - | $ - | $ 17,345.00 | $ - | $ - | $ - |
| Subscriptions and memberships | $ 28,930.00 | $ 15,025.00 | $ 5,340.00 | $ - | $ - | $ 8,565.00 | $ - | $ - | $ - |
| SUSPENSE - Suspense | -$ 1,017.00 | $ - | $ - | $ - | $ - | $ - | -$ 1,017.00 | $ - | $ - |
| Telephone - answering service | $ 25,604.00 | $ 17,956.00 | $ 5,525.00 | $ - | $ - | $ - | $ 2,123.00 | $ - | $ - |
| Telephone - fax, landline, mobiles, wireless | $ 4,697.00 | $ - | $ 628.00 | $ - | $ - | $ 4,069.00 | $ - | $ - | $ - |
| Telephone - mobiles (staff reimbursements) | $ 540.00 | $ 404.00 | $ 136.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel - accommodation | $ 2,503.00 | $ 1,141.00 | $ 375.00 | $ - | $ - | $ 966.00 | $ 21.00 | $ - | $ - |
| Travel - airfares | $ 7,141.00 | $ 32.00 | $ 11.00 | $ - | $ - | $ 7,098.00 | $ - | $ - | $ - |
| Travel - events & registration | $ 1,459.00 | $ 1,123.00 | $ 336.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel - expenses (insurance, Taxis, Internet) | $ 1,599.00 | $ 1,229.00 | $ 370.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel - meals | $ 225.00 | $ 170.00 | $ 55.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Wages (non-payroll) paid to subcontractors | $ 2,833,908.00 | $ 1,868,558.00 | $ 667,105.00 | $ - | $ - | $ 36,112.00 | $ 262,133.00 | $ - | $ - |
| Wages and salaries - allowances | -$ 173,889.00 | -$ 130,521.00 | -$ 43,368.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total OPEX** | **$ 42,615,114.00** | **$ 15,457,219.00** | **$ 4,728,758.00** | **$ 1,162,201.00** | **$ 892,162.00** | **$ 16,799,257.00** | **$ 3,575,517.00** | **$ -** | **$ -** |
| **NOPBT** | **$ 1,076,111.00** | **-$ 15,421,593.12** | **-$ 4,708,925.85** | **$ 1,940,196.75** | **$ 3,333,647.00** | **$ 3,703,773.53** | **$ 12,228,878.69** | **$ -** | **$ -** |
| **NOP%** | **2%** | **-691%** | **-682%** | **58%** | **79%** | **-4%** | **74%** | **0%** | **0%** |
| Other Revenue | $ 74,670.00 | $ 11,266.00 | $ 2,217.00 | $ - | $ - | $ 53,889.00 | $ 7,298.00 | $ - | $ - |
| Total Other Revenue | $ 74,670.00 | $ 11,266.00 | $ 2,217.00 | $ - | $ - | $ 53,889.00 | $ 7,298.00 | $ - | $ - |
| **Net Profit Before Tax** | **$ 1,150,781.00** | **-$ 15,410,193.12** | **-$ 4,706,708.85** | **$ 1,940,196.75** | **$ 3,333,647.00** | **$ 3,757,662.53** | **$ 12,236,176.69** | **$ -** | **$ -** |
| **Net Profit** | **$ 1,150,781.00** | **-$ 15,410,193.12** | **-$ 4,706,708.85** | **$ 1,940,196.75** | **$ 3,333,647.00** | **$ 3,757,662.53** | **$ 12,236,176.69** | **$ -** | **$ -** |

**PX 40**

CONFIDENTIAL

**Balance Sheet Analysis**

**MOBE LTD - GROUP**

| | Now | ctual vs Last Year to Date | |
|---|---|---|---|
| | As at Dec 16 | Last Year | Variance |
| Accounts Receivable | $ 30,801.00 | $ - | $ 30,801.00 |
| Bank Accounts | $ 4,900,442.00 | $ 6,970,103.00 | -$ 5,069,661.00 |
| Other Current Assets | $ 40,490.00 | $ 11,880.00 | $ 28,610.00 |
| Rounding | $ 14,177,021.00 | $ 1,259,825.00 | $ 12,917,196.00 |
| **Total Current Assets** | **$ 19,148,754.00** | **$ 8,241,808.00** | **$ 7,906,946.00** |
| | | | |
| Term Assets | $ 917,130.00 | $ 67,616.00 | $ 849,514.00 |
| **Total Assets** | **$ 20,065,884.00** | **$ 8,309,424.00** | **$ 8,756,460.00** |
| | | | |
| Accounts Payable | $ 1,494,178.00 | $ 1,522,650.00 | $ 4,884,528.00 |
| Other Current Liabilities | -$ 263,766.00 | $ 1,220,409.00 | -$ 1,484,175.00 |
| **Total Current Liabilities** | **$ 1,230,412.00** | **$ 2,743,059.00** | **$ 3,400,353.00** |
| | | | |
| Intercompany - AU1 | -$ 39,708,002.00 | -$ 11,046,646.00 | -$ 28,661,356.00 |
| Intercompany - MU1 | $ 13,237,897.00 | $ 4,381,247.00 | $ 8,856,650.00 |
| Intercompany - MU2 | -$ 4,588.00 | -$ 4,634.00 | $ 46.00 |
| Intercompany - MY | $ 1,823,558.00 | $ 2,651,442.00 | -$ 827,884.00 |
| Intercompany - PA1 | $ 12,136,629.00 | $ 5,511,239.00 | $ 6,625,390.00 |
| Intercompany - US1 | $ 11,190,762.00 | $ 721,315.00 | $ 10,469,447.00 |
| Term Liabilities | $ 60,323,086.00 | $ 4,374,132.00 | $ 55,948,954.00 |
| **Total Liabilities** | **$ 60,229,754.00** | **$ 9,331,154.00** | **$ 55,811,600.00** |
| **Net Assets** | **$ 40,163,870.00** | **$ 1,021,730.00** | **$ 47,055,140.00** |
| | | | |
| Equity | -$ 40,593,595.00 | -$ 4,780,698.00 | -$ 35,812,897.00 |
| Current Year Earnings | $ 1,150,781.00 | $ 4,316,913.00 | -$ 11,079,132.00 |
| FX Reserves | -$ 721,056.00 | -$ 557,945.00 | -$ 163,111.00 |
| **Total Equity** | **-$ 40,163,870.00** | **-$ 1,021,730.00** | **-$ 47,055,140.00** |

| Monitors | |
|---|---|
| **CAPEX Monitor** | **YTD** |
| Building and improvements - Costa Rica | $ 598,917.00 |
| Computer equipment | $ 139,268.00 |
| Plant and equipment | $ 76,765.00 |
| Furniture and fittings | $ 18,066.00 |
| Building and improvements | $ 17,796.00 |
| Stock-Gold Bars | $ 8,549.00 |
| **Total CAPEX** | **$ 859,361.00** |

| Debt Monitor | As at Dec 16 |
|---|---|
| Term Loans | $ 58,999,342.00 |
| Accounts Payable | $ 1,494,178.00 |
| Current Loans | -$ 2,877.00 |
| Taxes | -$ 526,651.00 |
| Other | $ 265,762.00 |
| **Total Debt** | **$ 60,229,754.00** |

# PX 40

CONFIDENTIAL

## Entity Balance Sheet Analysis
### MOBE LTD - GROUP

| | Now (As at Dec 16) | MLP [AU] | MOBE [MY] | MOBE [PAB] | MOBE [UK] | MOBE [US] | MOBE Pro Ltd | MOBEtc [US] | STAFF [US] |
|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable | $ 30,801.00 | $ - | $ 8,091.00 | $ - | $ - | $ 22,710.00 | $ - | $ - | $ - |
| Bank Accounts | $ 4,900,442.00 | -$ 952,988.00 | $ 98,676.00 | $ 1,691,044.00 | $ 26,499.00 | $ 5,668,450.00 | -$ 1,631,239.00 | $ - | $ - |
| Other Current Assets | $ 40,490.00 | $ 3,845.00 | $ 35,742.00 | $ - | $ 2,395.00 | $ 8,074.00 | $ 6,582.00 | $ - | $ - |
| **Total Current Assets** | **$ 4,971,733.00** | **-$ 949,143.00** | **$ 142,509.00** | **$ 1,691,044.00** | **$ 28,894.00** | **$ 5,683,086.00** | **-$ 1,624,657.00** | **$ -** | **$ -** |
| | | | | | | | | | |
| Term Assets | $ 917,130.00 | $ 77,845.00 | $ 99,204.00 | $ - | $ - | $ 606,833.00 | $ 133,248.00 | $ - | $ - |
| **Total Assets** | **$ 5,888,863.00** | **-$ 871,298.00** | **$ 241,713.00** | **$ 1,691,044.00** | **$ 28,894.00** | **$ 6,289,919.00** | **-$ 1,491,409.00** | **$ -** | **$ -** |
| | | | | | | | | | |
| Accounts Payable | $ 3,795,178.00 | $ 763,741.58 | -$ 330,440.85 | $ 347,760.27 | $ - | -$ 116,031.66 | $ 3,130,148.66 | $ - | $ - |
| Other Current Liabilities | -$ 263,766.00 | -$ 89,362.00 | -$ 21,442.00 | $ - | $ - | $ - | -$ 152,962.00 | $ - | $ - |
| **Total Current Liabilities** | **$ 3,531,412.00** | **$ 674,379.58** | **-$ 351,882.85** | **$ 347,760.27** | **$ -** | **-$ 116,031.66** | **$ 2,977,186.66** | **$ -** | **$ -** |
| | | | | | | | | | |
| Intercompany - AU1 | -$ 39,708,002.00 | $ - | -$ 12,691,710.00 | -$ 6,173,342.00 | $ 2,894.00 | -$ 20,845,844.00 | $ - | $ - | $ - |
| Intercompany - MU1 | $ 13,237,897.00 | $ 191,985.00 | $ 4,121,740.00 | $ - | $ - | $ 8,924,172.00 | $ - | $ - | $ - |
| Intercompany - MU2 | -$ 4,588.00 | -$ 4,588.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Intercompany - MY | $ 1,823,558.00 | $ 3,248,423.00 | $ - | -$ 100,000.00 | $ - | -$ 1,324,865.00 | $ - | $ - | $ - |
| Intercompany - PA1 | $ 12,136,629.00 | $ 5,348,605.00 | $ 5,074,026.00 | $ - | $ - | $ 1,713,998.00 | $ - | $ - | $ - |
| Intercompany - US1 | $ 11,190,762.00 | $ 19,140,650.00 | $ 1,645,544.00 | -$ 1,714,033.00 | -$ 7,881,399.00 | $ - | $ - | $ - | $ - |
| Term Liabilities | $ 60,323,086.00 | -$ 47,104.00 | -$ 64,084.00 | -$ 22,000.00 | $ - | $ 12,737,273.00 | $ 47,719,001.00 | $ - | $ - |
| **Total Liabilities** | **$ 62,530,754.00** | **$ 28,552,350.58** | **-$ 2,266,366.85** | **-$ 7,661,614.73** | **-$ 7,878,505.00** | **$ 1,088,702.34** | **$ 50,696,187.66** | **$ -** | **$ -** |
| **Equity** | **$ 56,641,891.00** | **$ 29,423,648.58** | **-$ 2,508,079.85** | **-$ 9,352,658.73** | **-$ 7,907,399.00** | **-$ 5,201,216.66** | **$ 52,187,596.66** | **$ -** | **$ -** |

**PX 40**

CONFIDENTIAL

FTC-MOBE-003190
01_QP_FTC_0000257

**Cash Flow Statement**
MOBE LTD - GROUP

| | Jan 16 | Feb 16 | Mar 16 | Apr 16 | May 16 | Jun 16 | Jul 16 | Aug 16 | Sep 16 | Oct 16 | Nov 16 | Dec 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Current Financial Year | | | | | | | |
| Operating profit / (loss) | -$ 462,972.00 | $ 681,881.00 | $ 566,701.00 | $ 92,097.00 | -$ 1,563,980.00 | $ 73,165.00 | -$ 656,385.00 | -$ 479,317.00 | $ 314,028.00 | $ 279,340.00 | -$ 902,436.00 | -$ 4,779,011.00 |
| EBITDA | -$ 462,972.00 | $ 681,881.00 | $ 566,701.00 | $ 92,097.00 | -$ 1,563,980.00 | $ 73,165.00 | -$ 656,385.00 | -$ 479,317.00 | $ 314,028.00 | $ 279,340.00 | -$ 902,436.00 | -$ 4,779,011.00 |
| (Increase)/decrease in trade debtors | $ - | -$ 49,952.00 | $ - | $ 30,452.00 | -$ 2,500.00 | -$ 710.00 | $ - | $ - | $ - | $ - | $ - | -$ 8,091.00 |
| (Increase)/decrease in other debtors | $ 202.00 | -$ 805.00 | $ 469.00 | $ 12,977.00 | $ 274.00 | $ 54.00 | $ 14.00 | $ 75.00 | $ 9.00 | $ 1,797.00 | $ 246.00 | -$ 40,954.00 |
| Increase/(decrease) in trade creditors | $ 1,121,888.00 | -$ 589,102.00 | $ 73,875.00 | $ 262,804.00 | $ 715,255.00 | -$ 179,147.00 | $ 293,270.00 | $ 213,448.00 | $ 83,327.00 | -$ 148,704.00 | $ 46,801.00 | $ 378,813.00 |
| Increase/(decrease) in SALES TAX | -$ 135.00 | -$ 2.00 | $ 132.00 | $ 9.00 | $ 29.00 | -$ 57.00 | $ 22.00 | $ 19.00 | $ 13.00 | $ 13.00 | $ 737.00 | $ 91,931.00 |
| Increase/(decrease) in other creditors | -$ 124,605.00 | -$ 206,647.00 | $ 37,519.00 | $ 502,145.00 | -$ 101,952.00 | $ 98,092.00 | -$ 551,261.00 | $ 151,471.00 | $ 878,960.00 | -$ 97,929.00 | -$ 2,571.00 | $ 164,049.00 |
| Cash generated from operations | $ 534,378.00 | $ 250,277.00 | $ 602,456.00 | $ 900,484.00 | -$ 952,874.00 | -$ 204,787.00 | -$ 914,412.00 | -$ 417,246.00 | $ 481,627.00 | $ 30,923.00 | -$ 858,697.00 | -$ 4,377,125.00 |
| Income tax paid | $ 2,432.00 | $ 218.00 | -$ 15,369.00 | $ 1,016.00 | $ 10,729.00 | $ 6,444.00 | -$ 2,411.00 | $ 2,007.00 | $ 1,411.00 | $ 1,514.00 | $ 5,591.00 | $ 217,133.00 |
| Other revenue | -$ 6,839.00 | -$ 2,074.00 | $ 5,808.00 | $ 4,250.00 | $ 3,910.00 | -$ 3,369.00 | $ 8,521.00 | -$ 2,236.00 | $ 655.00 | $ 1,182.00 | $ 11,669.00 | $ 55,557.00 |
| Net cash from operations | $ 529,971.00 | $ 247,985.00 | $ 592,895.00 | $ 905,750.00 | -$ 938,235.00 | -$ 214,600.00 | -$ 908,302.00 | -$ 417,475.00 | $ 482,383.00 | $ 31,255.00 | $ 841,437.00 | $ 4,538,701.00 |
| Net cash from investing activities | $ 728.00 | $ 65.00 | -$ 4,611.00 | $ 306.00 | $ 2,594.00 | $ 16,658.00 | $ 32,965.00 | $ 34,057.00 | $ 65,342.00 | $ 51,854.00 | -$ 228,524.00 | $ 419,066.00 |
| Cash inflow/(outflow) from borrowings | $ 372,130.00 | -$ 208,406.00 | $ 1,006,625.00 | $ 789,442.00 | -$ 1,662,225.00 | $ 2,974,636.00 | -$ 218,526.00 | $ 493,689.00 | $ 1,088,896.00 | $ 551,464.00 | -$ 1,177,845.00 | $ 49,388,745.00 |
| Changes in equity | -$ 6,203.00 | $ 556.00 | $ 39,189.00 | -$ 2,592.00 | $ 27,355.00 | $ 16,430.00 | $ 6,149.00 | $ 5,118.00 | $ 3,599.00 | -$ 3,865.00 | $ 14,252.00 | $ 553,648.00 |
| Net cash from financing activities | $ 365,927.00 | -$ 207,850.00 | $ 1,045,814.00 | $ 786,850.00 | -$ 1,689,580.00 | $ 2,991,066.00 | -$ 212,377.00 | $ 498,807.00 | $ 1,092,495.00 | $ 547,599.00 | -$ 1,192,097.00 | $ 49,942,393.00 |
| Change in cash & cash equivalents | $ 896,626.00 | $ 40,070.00 | $ 1,634,098.00 | $ 1,692,906.00 | -$ 2,625,221.00 | $ 2,759,808.00 | -$ 1,153,644.00 | $ 950,339.00 | $ 544,770.00 | $ 527,000.00 | -$ 2,262,058.00 | $ 44,984,626.00 |
| Opening cash & cash equivalents | $ 6,970,103.00 | $ 7,841,977.00 | $ 7,662,700.00 | $ 8,002,258.00 | $ 9,998,035.00 | $ 8,628,892.00 | $ 9,387,856.00 | $ 7,625,441.00 | $ 6,800,173.00 | $ 6,941,964.00 | $ 6,590,322.00 | $ 5,768,174.00 |
| Closing cash & cash equivalents | $ 7,841,977.00 | $ 7,662,700.00 | $ 8,002,258.00 | $ 9,998,035.00 | $ 8,628,892.00 | $ 9,387,856.00 | $ 7,625,441.00 | $ 6,800,173.00 | $ 6,941,964.00 | $ 6,590,322.00 | $ 5,768,174.00 | $ 4,900,442.00 |

**PX 40**

CONFIDENTIAL

**Balance Sheet**
**MOBEprocessing.com, Inc**
**As at 31 December 2015**

|  | 31 Dec 2015 |
|---|---|
| **Assets** | |
| **Cash and Cash Equivalents** | |
| Allied Pay USD 1-2168 | $553,846.79 |
| Allied Pay USD Reserve 1-2169 | $174,980.34 |
| BB&T 1440001204290 1-2030 | $340,359.47 |
| Chase 3379177750 1-1310 [USD] | $5,000.02 |
| Chase 783570166 1-1315 [USD] | $311,303.34 |
| PayPal USD liz@mobe.com 1-2165 | $402,466.61 |
| Square (US) 1-1197 | $1,914.45 |
| **Total Cash and Cash Equivalents** | **$1,789,871.02** |
| | |
| **Current Assets** | |
| Company set-up costs | $3,111.05 |
| **Total Current Assets** | **$3,111.05** |
| | |
| **Property, Plant and Equipment** | |
| Plant and equipment | $1,456.69 |
| **Total Property, Plant and Equipment** | **$1,456.69** |
| | |
| **Total Assets** | **$1,794,438.76** |
| | |
| **Liabilities and Equity** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accrued-Affiliate Commission | $742,107.27 |
| Accrued-General Expenses | $45,892.64 |
| Trade creditors - accounts payable | $378,979.81 |
| **Total Current Liabilities** | **$1,166,979.72** |
| | |
| **Non-Current Liabilities** | |
| Intercompany Loan Account to/from: MLP [AU] via MOBE Ltd [MYR] | -$6,716,838.95 |
| Intercompany Loan Account to/from: MOBE Inc [PAB] via MOBE Ltd [MYR] | $1,849,035.84 |
| Intercompany Loan Account to/from: MOBE Ltd [MYR] | -$463,750.00 |
| Intercompany Loan Account to/from: MOBE Online Ltd [MU] via MOBE Ltd [MYR] | $4,384,571.16 |
| **Total Non-Current Liabilities** | **-$946,981.95** |
| | |
| **Total Liabilities** | **$219,997.77** |
| | |
| **Equity** | |
| Current Year Earnings | -$997,972.49 |
| Retained earnings | $2,572,413.48 |
| **Total Equity** | **$1,574,440.99** |
| | |
| **Total Liabilities and Equity** | **$1,794,438.76** |

**PX 40**

CONFIDENTIAL

### Income Statement
**MOBEprocessing.com, Inc**
**1 January 2015 to 31 December 2015**

|  | **31 Dec 15** |
|---|---:|
| **Revenue** | |
| Sales - Allied | $874,901.68 |
| Sales - Bank wire/deposit | $9,299,840.60 |
| Sales - PayPal | $3,658,159.39 |
| Sales - Square | $2,579.00 |
| Sales - Stripe | $2,210,020.37 |
| Sales - Triangle | $600,697.83 |
| Sales return - Allied | -$59,889.96 |
| **Total Revenue** | **$16,586,308.91** |
| | |
| **Less Cost of Sales** | |
| EVENT: Accommodation, activities, meals, transport + registration fees | $1,033,072.47 |
| EVENT: Airfares | $30,824.15 |
| EVENT: Commissions paid to Sales Reps | $41,527.55 |
| EVENT: Direct mail + copywriting | $409,006.30 |
| EVENT: General expenses | $81,813.94 |
| EVENT: Speakers, MC, presenters, crew, planners | $37,039.80 |
| EVENT: Video, vision, AV | $95,897.08 |
| FEES: Payment processing Triangle | $4,807.00 |
| **Total Cost of Sales** | **$1,733,988.29** |
| | |
| **Gross Profit** | **$14,852,320.62** |
| | |
| **Operating Expenses** | |
| COG: Affiliate commissions | $6,751,076.80 |
| COG: Call centre fees | $23,364.88 |
| COG: Chargebacks | $475,075.87 |
| COG: Coaching + webinar | $2,500.00 |
| COG: Consulting fees | $121,667.17 |
| COG: Direct mail + copywriting + AV/videos [Non-Event Related] | $100,165.37 |
| COG: DYFE Done For You Emails | $36,800.00 |
| COG: Financing vendor setup fees | $50,000.00 |
| COG: Phone commissions | $54,621.51 |
| COG: Traffic advertising | $4,875,149.50 |
| FEES: Payment processing Allied | $80,220.64 |
| FEES: Payment processing Chain Commerce | $2,845.00 |
| FEES: Payment processing Merchant | $7,242.02 |
| FEES: Payment processing PayPal | $121,424.92 |
| FEES: Payment processing Square | $91.65 |
| FEES: Payment processing Stripe | $61,794.90 |
| **Total Operating Expenses** | **$12,764,040.23** |
| | |
| **Operating Income / (Loss)** | **$2,088,280.39** |
| | |
| **Other Income and Expense** | |
| Accounting fees | -$499.25 |
| Bank charges | -$15,439.88 |
| Bookkeeping, Payroll, Affiliate Reconcilations & Reporting | -$84,600.00 |
| Computer - software | -$123,894.91 |
| Currency conversion - realised gains | -$11,957.97 |

# PX 40

CONFIDENTIAL

| | |
|---|---:|
| Legal fees | -$139,975.38 |
| S&S - UpWork (formerly ODesk) | -$22,113.31 |
| Staff procurement | -$6,072.40 |
| Staff training | -$60,884.56 |
| Wages (non-payroll) paid to subcontractors | -$48,374.64 |
| **Total Other Income and Expense** | **-$513,812.30** |
| | |
| **Net Income  / (Loss) before Tax** | **$1,574,468.09** |
| | |
| **Net Income** | **$1,574,468.09** |
| | |
| **Total Comprehensive Income** | **$1,574,468.09** |

**PX 40**

CONFIDENTIAL



**PX 40**

CONFIDENTIAL

# TATE OF NORTH CAROLINA


**Commissioner of Motor Vehicles**

## DRIVER LICENSE





**SUSAN GEER ZANGHI**
**3207 GOLF RIDGE DR**
**CHARLOTTE  NC  28277-8867**

class: **C**    endors: **None**         restr: **1**
issued: ▮▮▮▮▮▮▮         expires: ▮▮▮▮▮▮▮
sex: **F**  ht: ▮▮▮    eyes: ▮▮▮  hair: ▮▮▮  race:

birthdate: ▮▮▮▮▮

*Susan Geer Zanghi*

Scanned by CamScanner

**PX 40**

CONFIDENTIAL

FTC-MOBE-003196

01_QP_FTC_0000263

**PX 40**

CONFIDENTIAL

| db timestamp | source | message |
|---|---|---|
| 2016-11-30 08:19:14 | APP | Application created. |
| 2016-12-13 12:41:01 | APP | Application emailed to susan@mobe.com |
| 2016-12-18 18:58:36 | APP | Application emailed to susan@mobe.com |
| 2016-12-19 09:09:09 | APP | The account has the same owner &amp; legal name as apps 101109, 101108, 101107, 101106, 101087, &amp; 101035. |
| 2016-12-20 06:17:10 | APP | Application emailed to susan@mobe.com |
| 2016-12-20 07:45:05 | APP | Application submitted. |
| 2016-12-20 08:20:07 | CREDIT_BI | Susan is the Finance Manager and has been given authorization to enter into the merchant agreements by the owner who is Australian citizen who lives in Malaysia. SRenz has requested something in writing from the owner giving Susan authorization. |
| 2016-12-21 10:20:55 | APP | Per partner, there is the option to purchase one of the Mastermind pkgs via this account, so high ticket should be $20,000. Also, per partner, transactions are 100% retail/CP. OLA has been updated |
| 2016-12-21 10:22:15 | CREDIT_BI | There are 6 other applications for a total of 7 accounts (combined monthly volume is $416,666.68)  under this relationship / legal entity. This account will be used to mainly sell a 3 day business summit for $497. Transactions are 100% retail/CP. There is a preview event that is typically free, however, some do cost $49 which would also flow through this merchant account. Additionally at the 3 day business summit there is the option for the cardholder to purchase one of the Mastermind pkgs:<br><br>1)  Titanium ($9,997)<br>2)  Platinum ($16,667)<br>3)  Diamond ($29,997) - 99% of the time this pkg is paid with a wire transfer, not via credit card |
| 2016-12-21 13:23:50 | CREDIT_CC | Susan G Zanghi: Non-homeowner; ScorexPLUS score ████████<br>████████████████████████████████ Power Pay) |
| 2016-12-21 13:25:24 | CREDIT_CC | MOBEPROCESSING.COM INC: No commercial credit on file with Experian |
| 2016-12-21 14:12:53 | CREDIT_BI | Business est 12/2014.  Website (www.mobe.com), website review not required.  BBB rating of F with 6 complaints from Feb-Oct 2016 mostly dealing with advertising/sales issues or failing to provide refund.  14 consumer complaints found on Ripoff Rpt from 2010-Nov 21, 2016, 2 consumer complaints on Complaints Board. |
| 2016-12-21 14:19:03 | CREDIT_BI | Business Bank Statements (Aug-Oct 2016) 3 mo avg bank balance $374,824.71.  Ending balance in Aug substantially higher than Sept &amp; Oct (Aug - $738,964.05, Sep - $190,910.49, Oct - $194,599.59) |
| 2016-12-21 14:24:39 | CREDIT_BI | 2015 Balance Sheet: Total Current Assets $1,794,438.76; Total Liabilities $219,997.77; Total Equity $1,574,440.99<br><br>2015 P&amp;L: Total Income $16,586,308.91; COGS $1,733,988.29; Total Expenses $12,764,040.23; Net Income $1,574,468.09 |
| 2016-12-21 14:43:38 | CREDIT_BI | BizID Acct Opening Rpt: BizID score of 830 rated low risk.  Rpt unable to verify business address - will need to verify. Business verified using other means.  TaxID validated using Convey.  No critical business alerts.   Rpt verified primary SSN and DOB.  Primary address verified using Google Maps search.  1 fraud shield alert due to mobile phone.  No OFAC matches |

**PX 40**

FTC-MOBE-003198

| | | |
|---|---|---|
| 2016-12-22 10:06:38 | CREDIT_BI | 1)  Titanium: All inclusive 3 day &amp; 4 night business building retreat with networking opportunities<br>2)  Platinum: All inclusive 5 day &amp; 6 night business building retreat with networking opportunities<br>3)  Diamond: All inclusive 10 day &amp; 11 night business building retreat with networking opportunities, 100 copies of book, Limitless, with customer affiliate link on every other page, 21 steps selling machine program, co-branded webinar, Done with you e-book, film studio package, 3 years worth of Inner Circle News Letters &amp; Interview, Celebrity branding packaged, and How To product that provides outline, templates, order forms, sales slides and 14-day launch plan. These pkgs will be paid for via wire, we will not be processing credit cards therefore do not need to consider future delivery exposure for this pkg - SRenz 12/23/2016 |
| 2016-12-23 08:55:30 | CREDIT_ADDITION AL | Questions for Merchant:<br><br>1)  What is fulfillment timeframe for 3 day business summit from time card is charged?<br>2)  What percent is upsold to Titanium/Platinum/Diamond pkg? |
| 2016-12-23 11:44:55 | CREDIT_BI | Rec&#39;d &amp; uploaded letter from CEO, Matthew Lloyd McPhee, authorizing Susan Zanghi as financial representative. Signed with e-signature |
| 2016-12-23 12:01:15 | APP | Outstanding Items:<br><br>1)  What is fulfillment timeframe for 3 day business summit from time card is charged?<br>2)  What percent is upsold to Titanium/Platinum/Diamond pkg? |
| 2016-12-23 12:38:52 | CREDIT_BI | Have received confirmation that CS team is accessed by toll free number.  Teachers/mentors are similar to 1099 employees and travel to events.  US side of business is operated from signer&#39;s (Susan Zanghi&#39;s residence) |
| 2017-01-03 08:26:14 | CREDIT_ADDITION AL | Response from TDodd (SRenz responded 12/29/2016):<br>1)  3 day business summit happens within 2 weeks of preview event where card is charged.<br>2) 25% of of summit buyers are upsold to the Mastermind products(future delivery recapped Mastermind account)<br><br>Outstanding items have been satisfied<br><br>SRenz reached out to TDodd: We could go ahead and approve this account or would you prefer that we hold off and approve all of them at the same time? |
| 2017-01-03 13:48:12 | APP | SRenz reached out to TDodd: We could go ahead and approve this account or would you prefer that we hold off and approve all of them at the same time? |
| 2017-01-03 16:49:09 | CREDIT_BI | Based on the fact that 25% of customers are upsold to Mastermind product, we will require reserve on the Mastermind accou to assist Future Delivery Exposure |
| 2017-01-04 08:32:41 | CREDIT_BI | Processing History (Jul 2014-Jan 2015): 7 mo processing average $1,319,772.67, average ticket $418.80, average chargebacks 60.  Highest number of chargebacks in given months was 82.  CB ratios 2.07% ($) / 1.76% (#) |

PX 40

FTC-MOBE-003199

| 2017-01-04 08:42:56 | CREDIT_ADDITION AL | There are 6 other applications for a total of 7 accounts (combined monthly volume will be $418,000) under this relationship / legal entity.)<br><br>Based on established business, solid business financials, no future delivery exposure, 100% retail transactions. Am comfortable approving with the following conditions:<br>* Monthly volume $17,000, average ticket $497, high ticket $20,000<br>* Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75<br>* Approval by Qualpay of any changes or additions to product<br>* Annual Review of business financials (to include balance sheet &amp; P&amp;L)<br>* Enrollment with Chargeback Defense for full services. Merchant will be given 2 weeks from date of approval to complete enrollment.<br><br>Concurrence by SRenz required due to combined monthly volume |
| 2017-01-04 11:11:00 | CREDIT_ADDITION AL | I concur with approval recommendation. Have notified MHyde |
| 2017-01-04 11:21:10 | CREDIT_ADDITION AL | Ok to approve |

**PX 40**

FTC-MOBE-003200

**MOBE-Home Business Summit – Due Diligence**

**Google Map Search of business & primary:**





**Phone Verification: (844) 662-3787**

Business Phone Number, when dialed you immediately hear hold music once the phone is answered and than shortly after told to leave a message for a return call. I have verified this is the contact number for the business listed on the merchant's website.

**Routing Validation:**



**PX 40**

CONFIDENTIAL



# Merchant Info Questionnaire

| Business Information | |
|---|---|
| DBA  (Name that will be on the card holders bill) | MOBE (My Own Business Education) |
| Location address | 8207 Golf Ridge Drive |
| Location city | Charlotte |
| Location state | NC |
| Location zip | 28277 |
| Legal Business Name (as it appears on tax return) | MOBEPROCESSING.COM INC. |
| Mailing address (if different from location address) | N/A |
| Mailing city | N/A |
| Mailing state | N/A |
| Mailing zip | N/A |
| Company Phone | |
| Company fax number | (704) 919-5275 |
| Customer service phone number | (844) 662-3787 |
| Website URL | mobe.com |
| Contact person (if questions on account) | Susan Zanghi |
| Contact person's email | susan@mobe.com |

| Business Profile | |
|---|---|
| Business Structure (corporation, LLC, sole prop, etc.) | Corportation |
| Federal Tax ID | 47-3489384 |
| Date business formed | Dec 2014 |
| State business created in | Deleware |
| Number of employees | 160 |
| Trade reference 1 – Business name | Russ Whitney Consulting |
| Contact name and number (of reference 1) | Russ Whitney, Sr. |
| Trade reference 2 – Business name | Ross Weber, Attorney |
| Contact name and number (of reference 2) | Ross Weber |

| Owner/Officer | |
|---|---|
| 1 - Primary Owner's Name | Matthew Lloyd McPhee |
| Title | CEO |
| Ownership % | 100% |
| Social Security # | N/A – Australian Tax ID # [Redacted] |
| Date of Birth | [Redacted] |
| Mobile Number | Malaysia - [Redacted]  USA (980) [Redacted] |
| Home Address | B2-13-1 Soho Suites @ KLCC No 20 Jalan Perak |
| Home City | Kuala Lumpur |
| Home State | WP - Malaysia |
| Home Zip | 50450 |
| Driver's License number | [Redacted] (Western Australia) |
| 2 - Secondary Owner's Name | Susan Zanghi |
| Title | Finance Manager |
| Ownership % | 0% |
| Social Security # | |
| Date of Birth | [Redacted] |
| Mobile Number | |
| Home Address | 8207 Golf Ridge Drive |

**PX 40**

CONFIDENTIAL

FTC-MOBE-003202

01_QP_FTC_0000266



# Merchant Info Questionnaire

| Home City | Charlotte |
|---|---|
| Home State | North Carolina |
| Home Zip | 28277 |
| Driver's License number | Redacted (NC) |

## Site Survey

| Office Structure (Office, Residential) | Residential |
|---|---|
| Floor you occupy & # of floors in building | 1 / 2 |
| Approximate square footage | 1300 |

## Product Price Info

| Projected annual volume | $200,000 |
|---|---|
| Average ticket | $497 |
| High ticket | $497 |
| Describe product/service in detail | MOBE Home Business Summit |
| Refund policy | 3 Days unless legal requirement longer |
| Transaction Type (must equal 100%) | |
| Card swipe % | 75% |
| Mail Order / Telephone Order % | 0% |
| Internet - Ecommerce % | 25% |
| % of Business to Consumer sales | 50% |
| % of Business to Business sales | 50% |

## Current Account Profile

| Do you currently accept V/MC/D? | Yes |
|---|---|
| Do you currently accept AmEx? | Yes |
| If not currently accepting AmEx, do you want to? | |
| Name of current Processor | Chase |
| Gateway using or would like to use | |
| Have you ever been terminated by a Processor? | Yes |

## Bank Information

| Bank Name | Bank of America |
|---|---|
| Bank address | 7911 Providence Rd |
| Bank phone number | (704) 386-1293 |
| Contact Name | Undra A Perry |
| Account # | Redacted |
| Routing # | 053000196 |
| Is this a checking or savings account? | Checking |

# PX 40



**Merchant Info Questionnaire**

## Offer / Campaign Information

| | |
|---|---|
| Describe the product/service being sold. | *MOBE Home Business Summit* |
| How is the product/service ordered or purchased? | *Live Events* |
| What are the price points for the product/service? | *$497* |
| Is the product/service being sold through a Front End or as an upsell offer? With any upsell offers, please list all applicable Front/Back end partners with the product/service being sold. | *No* |
| Is the product/service being cross sold with any other product/service? If yes, explain. | *No* |
| Is there a free trial and/or auto ship program attached to the product/service? | *No* |
| Is there recurring billing/continuity plan associated with the product/service? | *No* |
| How is the product/service advertised, marketed, and/or promoted to support the projected volume/transaction estimates? (i.e. radio, print, affiliate networks, CPA, publishers, and/or other sources to support the transaction count per day) | *The event where the product is presented is promoted by affiliate emails, direct mail, Facebook, you-tube, etc* |
| List all major affiliates (sub affiliates), CPA's, and publishers used to generate sales. | *N/A* |
| How do you track affiliate sales and monitor for lead quality? | *Through our company CRM* |
| What is the warranty, return, and refund policy? | *3 days* |
| How can a customer cancel from Auto Ship/Bill and/or continuity program? | *By contacting Customer service or faxing a request* |
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN -House* |

## Fulfillment

| | |
|---|---|
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN - House* |
| Which of the following shipping confirmations do you use?  1) Delivery Confirmation, 2) Signature Confirmation, and 3)None | *3 – None* |
| Who manufactures/produces the product/service? | *N/A* |
| If selling digestibles, supplements, etc. | |
|    Have your products been evaluated /regulated by the FDA. | *N/A* |
|    Who manufactures/produces the product/service? | *N/A* |
|    Who manufactures/produces the product/service? | *N/A* |
| How many units per day is your manufacturer capable of producing should demand increase? | *Unlimited* |
| On average, how much product is maintained in stock, either in house or at your shipping facility? | *N/A* |
| Do you receive Inventory/Inventory Management Reports? | *N/A* |
| Will tangible products be shipped within 7 calendar days of sale capture? | *N/A* |

**PX 40**

01_QP_FTC_0000268



# Merchant Info Questionnaire

| Who is taking the order? | *Customer Support* |
|---|---|
| At what time or point during the ordering process does the merchant or the fulfillment center bill the cardholder (i.e at time of order, at time of shipping, etc...)? | *At the time of order* |
| What happens if the product is unavailable or if service cannot be rendered (i.e. cease billing customer, issue refund, or notify customer of delayed shipment)? | *N/A* |
| Do you continue to accept sales if products/services are backorder/unavailable? | *N/A* |

## Customer Service

| Is Customer Service handled In House or outsourced? If outsourced with whom? | *In-House* |
|---|---|
| If Customer Service is outsourced, has anyone from your company visited the customer service facility? Will there be impromptu visits to the call center going forward? | *N/A* |
| Has anyone from your company participated in the training of the customer service staff? | *N/A* |
| If Customer Service handled In House, how many customer service reps are on staff? | *18* |
| What are your customer service hours? | *24 hours per day / 7 days per week* |
| Who is handling returns/chargebacks? | *Our Finance Team* |
| If applicable, is the fulfillment center automated to credit customers for returned or refused shipments? | *N/A* |
| How does the fulfillment center communicate with you and vice versa? | *Via email or Skype* |
| Do you have a quality control process in place to review orders on a regular basis in whole or in a sample set? | *N/A* |
| What is the customer service number you would like to have show up on card holders statements? | *(844) 662-3787* |
| How do you want the description to read on customer's bank statements? (22 characters max, includes spaces) | *MOBEPROCESSING.com Inc.* |



August 15, 2016


Susan Zanghi
8207 Golf Ridge Drive
Charlotte, NC 28277


     Re: MOBE Processing.com, Inc. Financial Representative Authorization


Dear Susan,

This letter confirms that MOBE has authorized you to act as a financial
representative for MOBE Processing.com, Inc. in the United States of America.  You
have full authority to open bank and merchant accounts on behalf of MOBE
Processing.com, Inc. and to act as a signatory on those accounts in a representative
capacity.

In an effort to maintain efficiency, please have all correspondence related to those
accounts sent to your address.

Sincerely,



Matthew McPhee
CEO




MOBE, Ltd., Soho Suites at KLCC B1-28-8, Jalan Perak, Kuala Lumpur, 50450 Malaysia


**PX 40**

CONFIDENTIAL

FTC-MOBE-003206
UT_QP_FTC_0000270

* * * * * *
Slipsheet - Spreadsheet File Extraction
971000010634_notes.xls
* * * * * *

**PX 40**

FTC-MOBE-003207
UT_QP_FTC_0000271

| db_timestamp | source | message |
|---|---|---|
| 2016-12-02 08:22:06 | APP | Application created. |
| 2016-12-13 12:45:46 | APP | Application emailed to susan@mobe.com |
| 2016-12-18 19:03:43 | APP | Application emailed to susan@mobe.com |
| 2016-12-19 09:07:33 | APP | The account has the same owner &amp; legal name as apps 101109, 101107, 101106, 101087, 101083, &amp; 101035. |
| 2016-12-20 06:18:32 | APP | Application emailed to susan@mobe.com |
| 2016-12-20 07:52:32 | APP | Application submitted. |
| 2016-12-20 08:26:59 | CREDIT_BI | Susan is the Finance Manager and has been given authorization to enter into the merchant agreements by the owner who is Australian citizen who lives in Malaysia. SRenz has requested something in writing from the owner giving Susan authorization. |
| 2016-12-21 09:12:51 | APP | Per Partner, this account has own URL: www.mobemarketplace.com. Have updated OLA |
| 2016-12-21 10:23:53 | CREDIT_BI | There are 6 other applications for a total of 7 accounts (combined monthly volume is $416,666.68)  under this relationship / legal entity. This account will be used to sell digital education products. Transactions are 100% internet and modules can be purchased at www.mobemarketplace.com - website review will be required. |
| 2016-12-21 13:23:59 | CREDIT_CC | Susan G Zanghi: Non-homeowner; ScorexPLUS score ██████████████████████████████████████ ███████████████████████ (Power Pay) |
| 2016-12-21 13:25:17 | CREDIT_CC | MOBEPROCESSING.COM INC: No commercial credit on file with Experian |
| 2016-12-21 14:13:03 | CREDIT_BI | Business est 12/2014.  Website (www.mobemarketplace.com), website review required.  BBB rating of F with 6 complaints from Feb-Oct 2016 mostly dealing with advertising/sales issues or failing to provide refund.  14 consumer complaints found on Ripoff Rpt from 2010-Nov 21, 2016, 2 consumer complaints on Complaints Board. |
| 2016-12-21 14:19:21 | CREDIT_BI | Business Bank Statements (Aug-Oct 2016) 3 mo avg bank balance $374,824.71.  Ending balance in Aug substantially higher than Sept &amp; Oct (Aug - $738,964.05, Sep - $190,910.49, Oct - $194,599.59) |
| 2016-12-21 14:24:43 | CREDIT_BI | 2015 Balance Sheet: Total Current Assets $1,794,438.76; Total Liabilities $219,997.77; Total Equity $1,574,440.99  2015 P&amp;L: Total Income $16,586,308.91; COGS $1,733,988.29; Total Expenses $12,764,040.23; Net Income $1,574,468.09 |
| 2016-12-21 14:45:30 | CREDIT_BI | BizID Acct Opening Rpt: BizID score of 830 rated low risk.  Rpt unable to verify business address - will need to verify.  Business verified using other means.  TaxID validated using Convey.  No critical business alerts.   Rpt verified primary SSN and DOB.  Primary address verified using Google Maps search.  1 fraud shield alert due to mobile phone.  No OFAC matches |
| 2016-12-22 09:26:08 | CREDIT_BI | Courses range from $20 - $4,997 |
| 2016-12-23 08:55:48 | CREDIT_ADDITIONAL | Questions for Merchant:  1)  Website needs T&amp;C&#39;s and privacy policy 2)  Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2016-12-23 10:14:11 | APP | Price points for educational products range from $27 - $4,997. High ticket needs to be updated to $5,000. OLA has been updated |
| 2016-12-23 11:47:39 | CREDIT_BI | Rec&#39;d &amp; uploaded letter from CEO, Matthew Lloyd McPhee, authorizing Susan Zanghi as financial representative. Signed with e-signature |

| 2016-12-23 12:01:43 | APP | Outstanding Items:<br><br>1)  Website needs T&amp;C&#39;s and privacy policy<br>2)  Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
|---|---|---|
| 2016-12-23 12:39:01 | CREDIT_BI | Have received confirmation that CS team is accessed by toll free number.  Teachers/mentors are similar to 1099 employees and travel to events.  US side of business is operated from signer&#39;s (Susan Zanghi&#39;s residence) |
| 2017-01-03 08:27:50 | CREDIT_ADDITION AL | Response from TDodd, SRenz responded 12/29/2016:<br>1) T&amp;C&#39;s &amp; Privacy Policy- merchant is having this addressed SRenz reached back out:  Has this been taken care of yet?<br>2)  merchant is addressing card brand logos - SRenz reached back out: Has this been taken care of yet? |
| 2017-01-03 13:49:57 | APP | SRenz reached out to TDodd:<br>We could go ahead and approve this account with a 100% holdback reserve until website is compliant, or would you prefer th we wait and approve this account at the same time as the others?<br><br>Outstanding Items:<br>1) Website needs T&amp;C&#39;s and privacy policy<br>2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-03 13:49:57 | CREDIT_ADDITION AL | SRenz reached out to TDodd:<br>We could go ahead and approve this account with a 100% holdback reserve until website is compliant, or would you prefer th we wait and approve this account at the same time as the others?<br><br>Outstanding Items:<br>1) Website needs T&amp;C&#39;s and privacy policy<br>2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-04 08:32:53 | CREDIT_BI | Processing History (Jul 2014-Jan 2015): 7 mo processing average $1,319,772.67, average ticket $418.80, average chargebacks 60.  Highest number of chargebacks in given months was 82.  CB ratios 2.07% ($) / 1.76% (#) |

**PX 40**

FTC-MOBE-003209

| 2017-01-04 08:45:24 | CREDIT_ADDITION AL | There are 6 other applications for a total of 7 accounts  (combined monthly volume will be $418,000)  under this relationship / legal entity.) |
|---|---|---|
| | | Based on established business, solid business financials, no future delivery exposure.  Am comfortable approving with the following conditions: |
| | | * Monthly volume $25,000, average ticket $300, high ticket $3,000 |
| | | * Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75 |
| | | * Approval by Qualpay of any changes or additions to product |
| | | * Annual Review of business financials (to include balance sheet &amp; P&amp;L) |
| | | * Enrollment with Chargeback Defense for full services. Merchant will be given 2 weeks from date of approval to complete enrollment. |
| | | |
| | | Initially account will be set up with 100% holdback reserve until website is compliant and outstanding items have been satisfied (listed below): |
| | | 1) Website needs T&amp;C&#39;s and privacy policy |
| | | 2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| | | |
| | | Concurrence by SRenz required due to combined monthly volume |
| 2017-01-04 11:02:43 | CREDIT_ADDITION AL | I concur with recommendation for approval. Have notified MHyde |
| 2017-01-04 11:04:09 | CREDIT_ADDITION AL | ok to approve |

**PX 40**

FTC-MOBE-003210

**MOBE-Marketplace – Due Diligence**

**Google Map Search of business & primary:**





**Phone Verification: (844) 662-3787**

Business Phone Number, when dialed you immediately hear hold music once the phone is answered and than shortly after told to leave a message for a return call. I have verified this is the contact number for the business listed on the merchant's website.

**Routing Validation:**

FedACH® Detail

Search for Fedwire Participants      Search for FedACH Participants      Download E-Payments Routing Directory

Federal Reserve Routing Information      Fedwire Treasury Routing Information      Frequently Asked Questions

**Name, Location and Routing Information**

| | |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Location: | RICHMOND, VA |
| Routing Number: | 0530-0019-6 |
| Telephone Number: | 800-446-0135 |
| Revised: | November 9, 2004 |
| Office Code: | O |
| Record Type Code: | 1 |
| New Routing Number: | Not Applicable |
| Institution Status Code: | 1 |
| Servicing FRB Number: | 051000033 |

Back To Results   New search   Revise search

The effective date of this FedACH directory is December 15, 2016.

**PX 40**

**MOBE-Marketplace (www.mobemarketplace.com )**

**Website Checklist:**

| | Description | Checkbox |
|---|---|---|
| 1. | Does the merchant legal name and ownership match that disclosed on the website? | ☒ |
| 2. | Does description of goods or services on the application match the website merchandise? | ☒ |
| 3. | Review links from the website to ensure that the merchant is only selling what is disclosed on the merchant application. | ☒ |
| 4. | Is Refund Policy on website clearly defined and in readable print? | ☒ |
| 5. | Is the following customer service information available through the merchant's website?<br>• Phone<br>• Email<br>• Web | ☒<br>☒<br>☒ |
| 6. | Is the transaction currency in US Dollars? | ☒ |
| 7. | Are shipping legal restrictions adhered too (such as Age Appropriate Merchandise)? | ☒ |
| 8. | Is merchant's Delivery Policy defined on the website? | ☒ |
| 9. | Is merchant's Consumer Data Privacy Policy disclosed on the website? | ☒ |
| 10. | Is the security method for the transmission of payment data indicated (vendor that they are partnered up with for Data Security)? | ☒ |
| 11. | Are the Merchant's Terms and Conditions disclosed and reviewed? | ☒ |
| 12. | Is URL Ownership (via WHO IS) identified and documented in file? | ☒ |
| 13. | There is no evidence of Deceptive Marketing Practices, which may include however is not limited too – Negative Option, Hidden Disclosure, Bogus Claims or endorsements, Pre-Checked Boxes, tactics to avoid refunds or cancellation. Any tactics evident to avoid chargeback monitoring programs? | ☒ |
| 14. | Review of General Google Search or social media does not reflect negative posts about the company or consumers experiences with it | ☒ |

**WhoIs Registration Info:**

```
Domain Name: MOBEMARKETPLACE.COM
Registry Domain ID: 1875793938_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-02-27T06:44:25.00Z
Creation Date: 2014-09-15T09:42:00.00Z
Registrar Registration Expiration Date: 2017-09-
15T09:42:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: MATTHEW LLOYD MCPHEE
Registrant Organization: MOBE, LTD.
Registrant Street: 22 MERCURY STREET
Registrant City: CARLISLE
Registrant State/Province: WA
Registrant Postal Code: 6101
Registrant Country: AU
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: mewms@MOBE.COM
Registry Admin ID:
Admin Name: MATTHEW LLOYD MCPHEE
Admin Organization: MOBE, LTD.
Admin Street: 22 MERCURY STREET
Admin City: CARLISLE
Admin State/Province: WA
Admin Postal Code: 6101
Admin Country: AU
Admin Phone: +61.61893622433
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: mewms@MOBE.COM
Registry Tech ID:
Tech Name: MATTHEW LLOYD MCPHEE
Tech Organization: MOBE, LTD.
Tech Street: 22 MERCURY STREET
Tech City: CARLISLE
Tech State/Province: WA
Tech Postal Code: 6101
Tech Country: AU
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: mewms@MOBE.COM
Name Server: 1.MOBEDNS.COM
Name Server: 2.MOBEDNS.COM
Name Server: 3.MOBEDNS.COM
Name Server: 4.MOBEDNS.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252582646
URL of the ICANN WHOIS Data Problem Reporting System:
```

**PX 40**

CONFIDENTIAL







**PX 40**

FTC-MOBE-003213
01_QP_FTC_0000274



| 350 | 89 | 1000+ | 3024 |
|-----|-----|-------|------|
| Courses | Completed Events | Happy Students | Answered Questions |

## FROM THE BLOG

Discover a wealth of information on all things related to business







**9 Important Lessons Learned After Generating $150 Million In Sales Over These Last 8 Years—Part 2**

Thank you to everyone who commented on Part 1 of this series (which you can access HERE). Here are the next 9 big lessons I've learned on my business journey so far. 10 Trust No One Fully I know this sounds very pessimistic. I prefer to call it realistic. It's a fact of life! [...]

The post 9 Important Lessons Learned after Generating $150 Million In Sales over These Last 8 Years—Part 2 appeared first on MOBE - My Own Business Education

**Read More**

**9 Important Lessons Learned After Generating $150 Million In Sales Over These Last 8 Years—Part 1**

I'm now approaching my 8th year of running businesses. It's been a wild ride, and the pace of learning has been fast. To earn my various businesses some lasting information products, one-to-one seminars, and one-selling advertising I have generated over $150 million in sales. At times, it feels... [...]

The post 9 Important Lessons Learned after Generating $150 Million In Sales over These Last 8 Years—Part 1 appeared first on MOBE - My Own Business Education

**Read More**

**10 Reasons To Self Fund Your Startup**

Generally, it depends on what kind of company you are starting. I am in favor of self-funded startups for the following reasons. 1. You Are Forced to Focus on Revenue You don't have a lot of funding in the company bank account giving you a year or a greater amount of runway. You only l... [...]

The post 10 Reasons to Self Fund Your Startup appeared first on MOBE - My Own Business Education

**Read More**

## CONTACT



**General Inquiries**

For general inquiries, please email us at:
info@mobe.com

**Promote**

To promote the products on MOBE Marketplace, you will need to sign up as an affiliate by visiting our **affiliate back office.**

**Submit A Product**

To submit your product to the MOBE Marketplace and get access to over 12,000 affiliates, you will need to fill out the form on our **application page.**

**Customer Support**

If you have any questions related to your MOBE products or services, your account manager, your login details, or anything else to do with MOBE, you can submit a support ticket. We'll strive to get back to you within 36 hours (though often will be much faster). You can submit a ticket at our support desk here **https://mobe.com/support**

While on the support page, please note that we have compiled some frequently asked questions (just scroll down a bit and you will see it). Often you will find your question has a ready been answered.

Please do not respond to any e-mails sent from MOBE with support questions – as we may not see them. The quickest and most effective way to get answers will always be through using our support desk, and submitting a ticket.

**MOBE Ltd.**

The MOBE head office and MOBE Studio are located at:

B1-28-8, Soho Suites at KLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur

**MOBE Pro Ltd.**

Third Floor, 207 Regent Street,
London W1B 3HH

If you purchase any product from any of our websites, your card statement description will reflect a charge from one of the following:

1. MOBE.COM
2. MOBEORDER.COM
3. We Sell Good Traffic
4. AW*mobemarketplace(0321)(1241)
5. MOBEHELP.COM

Contact Customer Support at
**1-844-240-3733**

## ABOUT

**MOBE MARKET PLACE**

The MOBE Marketplace is the largest online marketplace in the world dedicated exclusively to "business products" Our mission is to sell quality business products to small business owners and entrepreneurs all over the world.

Our laser-focused efforts on selling quality business products sets us apart and has attracted a large army of over 12,000 affiliates. Our affiliates are experts at promoting and selling business products, and collectively have sold over $35 million in the past 2½ years alone

We are experts at fulfilling, marketing, and advertising business products

### Sell Your Product

MOBE Marketplace makes it very easy for product creators to promote and sell their products by offering the following "Done For You" services:

- "Done For You" Customer Service
- "Done For You" Payment Gateway
- "Done For You" Fulfillment
- "Done For You" Affiliate Generation
- "Done For You" Reporting
- "Done For You" Offer Pages
- "Done For You" Review Platform

### Promote Our Products

MOBE Marketplace makes it very easy for affiliates and partners to locate proven and tested business products to promote to their lists and followers with confidence.

All listed products are evaluated by our product management team and rated by product users, ensuring that only the best products are listed and remain in the MOBE Marketplace.



# Terms and Conditions

## MY OWN BUSINESS EDUCATION, LTD. ("MOBE")

**ACCEPTANCE OF TERMS THROUGH USAGE**

By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to these Terms and Conditions please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.

YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.

**LICENSE TO USE THIS SITE**

Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by MOBE, its advertisers and licensors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.

**LICENSE RESTRICTIONS USE**

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

**SECURITY**

You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying [                    ]; MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party.

You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

**EXPORT**

You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site, and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws without all required U.S. and foreign government licenses.

**GOVERNMENT USE**

If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompany documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995. Unpublished rights reserved under the copyright laws of the United States.

# PX 40

CONFIDENTIAL

**ERRORS AND CORRECTIONS**

While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

------------------------------------------------------------------------------------------------------------------------

**LINKS TO OTHER WEBSITES**

Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for, and undertake to maintain, their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

**USER'S LICENSE GRANT TO SITE**

Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge that you are fully responsible for the message, including its legality, reliability, appropriateness, originality and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

**USER CONDUCT**

By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:

    **1** is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies.

    **2** infringes any patent, trademark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;

    **3** constitutes unauthorized or unsolicited advertising, junk or bulk email (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

    **4** contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or

    **5** impersonates any person or entity, including any employee or representative of this site, its licensors or advertisers.

You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.

You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent.

This site generally does not pre-stream, monitor, or edit the content posted by users of this site. However, this site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, damages or results, in removing such content.

You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation of these Rules and/or for any purpose that violates any local, state, federal or any other nation, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages as result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

**INTELLECTUAL PROPERTY RIGHTS**

    *1. Copyright*

The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws, ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.

    *2. Trademark*

MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited. Use of a MOBE Trademark or other logo without permission may result in termination of the Consultant's relationship.

**THIRD PARTY SITES**

You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their "Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of the site by MOBE, its advertisers or licensors, any association with its operators and is provided solely for your convenience. You agree that MOBE and its licensors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

# PX 40

**REFUNDS**

MOBE offers a thirty-day, money back guarantee on certain products. You should review the product or service agreements for your purchase to determine what refunds are offered, if any. Mastermind event purchases are non-refundable, and once three business days has passed from the time of the Mastermind event purchase all sales are final. Attendance at any live event also preempts any refund period, so once you have entered a live event all sales are final. All subscription fees are nonrefundable as the benefits of the service are realized immediately upon payment. MOBE complies with all local laws and regulations so refunds may be offered for longer periods where necessary.

**DISCLAIMER OF WARRANTIES**

MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site, or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE, advertisers and/or its licensors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct; that this site will be available at any particular time or place; that any defects or errors will be corrected; or that the contents of any information received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

**LIMITATION OF LIABILITY**

Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strict liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site or any violation of this Agreement. MOBE reserves the right, at it own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses.

**LEGAL COMPLIANCE**

MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the User's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**DISPUTE RESOLUTION & BINDING ARBITRATION**

USER AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Agreement dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree to submit all disputes to binding arbitration governed by the American Arbitration Association and under the Commercial Rules. A single arbitrator will oversee the arbitration. The arbitrator only has authority to award contract damages, and does not have authority to award any punitive, special or consequential damages. User and MOBE agree that all hearings will be held telephonically. Such arbitration will be final and binding on MOBE and User and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each Party's Attorneys fees will be paid by the respective party. The parties will pay all costs related to the arbitration equally.

**CHOICE OF LAW AND FORUM**

This site (excluding third party linked sites) is controlled by MOBE from its offices within Malaysia. It can be accessed from all countries around the world to the extent permitted by site. As each of these places has laws that may differ from Malaysia, by assessing this site, both you and MOBE agree that the statutes and laws of Malaysia shall apply to any actions or claims arising out of or in relation to this Agreement or your use of this site, without regards to conflicts of laws principles thereof. You and MOBE also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of Malaysia and any legal proceedings shall be conducted in English. MOBE makes no representation that materials on this site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited.

**RECURRING TRANSACTIONS**

Certain products are sold as a monthly service and the recurring monthly fee is clearly noted on the individual product page. If you purchase a product with a recurring charge, the first month is delivered upon purchase. Following months will automatically be billed to your credit card beginning 30 days after this purchase, and on the same date each month thereafter until cancelled. There is no long-term contract. You are free to cancel the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice before the next re-billing.

**BANK CARD STATEMENTS**

If you purchase any product from any of our websites, your ~~Terms and Conditions – MOBE – My Own~~ on one of the following:
1) MOBE.COM
2) MOBEORDER.COM
3) MOBEHELP.COM
4) We Sell Good Traffic
5) AW*mobemarketplace60321811241
6) mobe.com 18446623787 GE

**MISCELLANEOUS**

This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law.

**COMPANY ADDRESSES**

MOBE, Ltd. Soho Suites at KLCC 91-28-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia
MOBE Processing.com, Inc. 13506 Summerport Village Parkway, Windermere, Florida 34786
MOBE Pro, Ltd. "Third Floor, 207 Regent Street, London W1B 3HH
MOBE Online, Ltd. 54 Wellington Street Rose-Hill Mauritius

This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.

MOBE, Ltd. | All Rights Reserved.

For a full list of our training programs to help you grow your business, Click Here.

**PX 40**

CONFIDENTIAL

FTC-MOBE-003247
01_QP_FTC_0000278



## Our Commitment to Privacy

Our Privacy Policy has been developed as an extension of our commitment to combine quality products and services with integrity in dealing with users. The Policy is designed to assist you in the understanding of how we collect, use and protect the personal information provided to us.

## What Information Do We Collect?

When you visit our site, we collect two types of information: personal information you actively choose to disclose ("Active information") and Use.

Information collected, in a way not visible to you, on an aggregate anonymous basis as you and other users browse our site ("Passive information").

### 1. Personally Identifiable Information

This refers to information that lets us know specifically about you i.e. profile information.

#### A. Registration

When you register to become an authorized reseller of our products or services, we will collect Personally Identifiable information (such as name, address, email address, and telephone number). This Personally Identifiable information is securely stored and may be accessed on our website. You are assigned an identification number and select your own password - both are needed to enter the Site and to access your Contact information. Please safeguard your password in a secure location as we are not responsible for breaches into the system when access is willingly provided.

#### B. Ordering

When you place an order for products or services, we collect Personally Identifiable information (such as name, contact and billing information, credit card, and other transactional information). We use this information to deliver your order, process payment, and to communicate the status of your order.

#### C. Credit Card Storage

Credit card information collected at registration or for product orders is used only to process payment for the transaction and, generally, is not retained on our Site. However, you may voluntarily elect to securely store multiple credit cards to be used for product orders.

#### D. Surveys and Promotions

Occasionally, you may voluntarily provide Personally Identifiable information to complete surveys and questionnaires or to participate in user polls. We use this information to improve our products and services and to ensure that we're providing accurate disclosures. We may also use your Personally Identifiable information to provide you newsletters and other marketing information that coincide with your preferences. You may customize your marketing preferences, or let us know if you do not wish to receive any promotional materials, by adjusting your Subscriptions & Email options on the Site.

### 2. Aggregate Information

This refers to information that does not, by itself, identify you as a specific individual. Such information would include the Uniform Resource Locator ("URL") of the website that referred you to our Site, your Internet Protocol ("IP") address (a number automatically assigned to your computer whenever you surf the web), your operating system and browser type, and any search terms that you enter on our Site. Our web server aggregates this information in order to monitor the level of activity on our Site, evaluate its effectiveness, and improve the content of our Site in order to make your visit an easy and enjoyable experience. We may collect, compile, store, publish, promote, report, or otherwise disclose or use any Aggregate information, provided that such information does not personally identify you. We do not correlate any Personally Identifiable information with the Aggregate information that we collect on our Site. If we do correlate any Aggregate information to you, it will be protected like any other Personally Identifiable information under this Privacy Statement.

### Active Information You Choose to Provide

In order to gain use of the site (become a "user"), we require you to disclose the following information: Name, Address and Phone Number. We use secure socket layer (SSL) encryption to protect the transmission of the information you submit to us when you use our secure online forms. The information you provide to us is stored securely.

### Passive Information Collected

#### What is a Cookie?

Cookies are a feature of web browser software that allows web servers to recognize the computer used to access a site. They are small pieces of data stored by a user's browser to simplify subsequent interactions with the site. This makes it easier for a user to move from site to site and to complete transactions over the Internet. Cookies should make your online experience easier and more personalized. Our site utilizes cookies to collect information about how our site is used. Passive information gathered may include the date and time of visits, the site pages viewed, time spent at our site, the sites visited just before and just after visiting our site. If you do not wish to transmit "cookie" information about yourself, you may turn off the cookie function in your web browser. Our site's servers also automatically identify your computer by its Internet Protocol address, which is a unique string of numbers that are assigned to your computer by your Internet Service Provider. The IP address may be used to address problems with our server or to gather broad demographic information about our users. We passively collect your IP Address.

## How Do We Use the Information Collected?

Broadly speaking, persons we employ directly, or as contractors or agents at our direction use Active information for purposes of administering our business activities, providing customer support and making available other products or services we think might be of interest to our users. We may use the Active information or Passive information you provide to contact you about various changes to our site, new services, features or products we offer. If at any time you do not wish to receive such information, you may "opt-out" of doing so by adjusting your email settings in the back office of the website. We use Passive information to gather information about our users and to enhance our site to make it easier, faster and friendlier for users. Additionally, cookies help us better understand the usage pattern of the people that visit our site, which helps us improve our services. Passive information may result in your viewing of particular advertising based on your user habits.

### Your Information In Relation to Others We Link To

You might be able to access other websites through our site via hyperlinks. When you do so, you are subjecting yourself to their privacy policies and data collection. Please read the privacy policies of those sites to ensure you agree with the terms before using such sites.

### Sharing Information with Advertisers or Other Third Parties

We may disclose anonymous information about user habits to advertisers on our site. The parties who perform services for us (credit card processors, merchant bank, Internet Service Provider) may also have access to your information in performing such services. Should we buy or sell assets of our company, another company may need to review our company's assets, which might include your information, to make business decisions as to whether to acquire such assets.

## PX 40

**Sharing Information with the Government or As Otherwise Required by Law**

We may be required by subpoena, law or government agency to disclose both Active and Passive information you have provided to us.

**How Do We Secure Active Information and Passive Information?**

We secure your personal information submitted by you by using reasonable efforts to prevent unauthorized access or disclosure, or accidental loss of Active and Passive information. Individual postings on this site and other communications to our office via email or standard mail may not be secure unless we advise you that security measures are in place prior to your submission of information. Therefore, if you choose to communicate with us through these means, you are assuming the risk of doing so and we respectfully request that you do not send or post sensitive information through these means.

**Accessing and Correcting Your Information**

We take reasonable measures to ensure that any Personally Identifiable Information we collect on our Site is accurate, current, complete, and reliable for its intended use. If you wish to update or otherwise correct Personally Identifiable Information provided to us, you may edit your information online.

**Protecting Your Information**

We acknowledge your trust and are committed to take reasonable steps to protect Personally Identifiable Information provided from loss, misuse, and unauthorized access. We employ physical, electronic, and managerial processes to safeguard and secure your information. It is your responsibility to safeguard the password you use to access our Site and to promptly advise us if you ever suspect that your password has been compromised. We strongly encourage you to change your password regularly to prevent unauthorized access. Because your identification number and password are specific to you, you acknowledge sole responsibility for any and all use of our Site conducted with your identification number and password.

**Links to Other Websites**

Links to third-party websites may be provided solely for your information and convenience or to provide additional shopping for various other goods and services through our Merchant and Services Partners. If you use these links, you will leave our Site. This Privacy Statement does not cover the information practices of those websites nor do we control their content or privacy policies. We suggest that you carefully review the privacy policies of each site you visit.

Children's Privacy Protection We take special care to protect the privacy needs of children and encourage parents to be an active participant in their child's online activities. Our Site does not target and is not intended for children under the age of 18, and we will not knowingly collect Personally Identifiable Information from them. If we discover personal data from a child through our site, we will eliminate that data. You may learn more about protecting children's privacy online by visiting: http://www.ftc.gov/bcp/edu/pubs/consumer/tech/tec08.shtm.

Changes to This Statement Any updates or changes to the terms of this Privacy Statement will be posted on our Site and the date of the newest version posted below. Please check back frequently, especially before you submit any Personally Identifiable Information at our Site, to see if this Privacy Statement has changed. By using our Site, you acknowledge acceptance of this Privacy Statement in effect at the time of use.

YOUR USE OF OUR SITE MEANS THAT YOU ACCEPT THE PRACTICES SET FORTH IN THIS POLICY. YOUR CONTINUED USE INDICATES YOUR AGREEMENT TO THE CHANGES.

For a full list of our training programs to help you grow your business, Click Here.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY
**Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT**
Copyright © 2017 · MOBE · All Rights Reserved.

## OUR FEATURED COURSES






★★★★★ $7497.00
Silver Masterclass

★★★★★ $4997.00
Gold MasterClass

★★★★★ $297
From Goals To Success Coaching Program Joeel and Natalie Rivera

★★★★★ $47
Work Life Balance For Entrepreneurs The Complete Guide – Joeel and Natalie Rivera






★★★★★ $397
Celebrity Confidential Description Page

★★★★★ $97
Your First 3 Months On Adwords Description Page

★★★★★ $1,497
6 Figure Business Machine Noah St. John

★★★★★ $27
Social Media Profits – Mark Swift

BROWSE COURSES

## PX 40



CONFIDENTIAL

FTC-MOBE-003220
01_QP_FTC_0000281



### The Story of Two Entrepreneurs



## Do You Want to Own a Business That Gives You Personal and Financial Freedom?

Back in 2009, I was part of an affiliate program (not MOBE) for a company based out of Australia. This company had 3 main products priced at $1,795, $9,860, and $15,000.

I'd never seen anything like this business, and it intrigued me.

I ended up investing my entire life savings into it (and whatever I could borrow from friends and family). I didn't think, *"I'll see how it goes, and if it doesn't work out, then that's OK because I'll have a safety net"*.

My mentality was *"I'm going to make this work, no matter what."*

So, I started going to weekly meetings with other affiliates in this company. We'd originally met at a national seminar in Sydney, and all of us were brand-new.

Every week, we'd meet at the Balmoral Pub, a local bar, where we'd get lunch and have a few drinks. We were all very excited about the potential of our businesses, and how much money we were going to make. But as time passed, fewer people began to show up each week. Soon, it was down to just 3 or 4 of us. And finally, it was just two of us—myself and a woman named Tracy. Everyone else had given up or "put the business on hold until later."

After what ended up being our final meeting, Tracy and I got into an argument about how to approach business. She soon quit, and I assumed I'd never see her again.

### Dear Small Business Owner,



Well, six years later I got a bit of a shock.

Not only did I see her, but it was in the most unlikely of places—on a beach at night in Phuket, Thailand! It was at the welcome dinner for one my big international training conferences for my company MOBE, and she was attending as a guest of one my affiliates.

I asked her what she had been doing, and she told me she had gone back to her regular job.

I'm not judging her for that, but we both started out in the exact same place with the same resources and opportunities.

Fast forward 10 years and:

- I run an international training company (MOBE) that's generated over $125 million
- Tracy is back at her old job

We were both brand new to business when we started and had similar backgrounds, knowledge, and IQs. But we got vastly different results.

Why?

Because of MINDSET.

I had a Success Mindset and Tracy didn't.

You must go into business KNOWING you're going to succeed and have that knowledge permeate everything you do (how you spend your time, how you make decisions, who you hang out with, etc.) If you don't have this mindset, then you will be derailed at the first few inevitable challenges like Tracy

CONFIDENTIAL

FTC-MOBE-003221
UT_QP_FTC_0000282





The Path to
Personal and
Financial Freedom

Right now, you're at a crossroads.

You have two possible paths you can take.

If you take the path on the left and ignore this, then chances are you will fall like the majority of small business owners.

Or, you can start down the most exhilarating and rewarding path of your life a path that will give you *personal and financial freedom*.

The right path will take you on a journey up each rung of the business ladder in the MOBE Core Curriculum.

    

| SILVER MASTERCLASS | GOLD MASTERMIND | TITANIUM MASTERMIND | PLATINUM MASTERMIND | DIAMOND MASTERMIND |
|---|---|---|---|---|
| STAGE 1 Build a Strong Mental Foundation | STAGE 2 Create a Customer Acquisition Process | STAGE 3 Scale to 7 Figures and Beyond | STAGE 4 Create Passive Income with Investments | STAGE 5 Sell Your Own Business |

This journey will not be easy, but it will be rewarding.

You will grow as a person, and you will generate enough income to live a life by your own rules. You will build a strong business, scale it and eventually sell it, and be set up financially for the rest of your life. But initially, your focus will be on Stage 1: Building a Strong Mental Foundation.

And the Silver Masterclass will give you the tools to do that.

There is a better way.

## Who Is This For?

Yes, this event is for brand-new entrepreneurs who want to start a business but have no idea how to get started.

But it is ALSO for those of you who already own a business but are currently struggling.

This is for you if:

▶ you've tried to start businesses before and failed

▶ you have inconsistent revenue (a warning sign of a bad foundation)

▶ you're working harder but making less

▶ you're constantly distracted and putting out fires (a bad 'mindset')

If anything here sounds familiar, then you need to sign up for the Silver Masterclass.

**Here's how the training is laid out …**

### The *"Time vs. Money"* Myth

✓ **The Time vs. Money Myth:**

Think back to your earliest memories, and you'll probably remember your parents rushing off to work in the morning to trade their time for money. As our lives, we're told to get an education, get a degree, get a job, and work for 35 years until retirement. We're brainwashed into thinking that the only way to make more money is to "put in more hours." This is false. You'll learn how to re-evaluate your time and make more money by working smarter not harder.

✓ **The New Economy:**

Our education system was developed over 100 years ago to train students to become dependable factory workers, who would show up on time, perform routine tasks and not question their superiors. If you haven't noticed, we're in a new age: the Technology Age! You'll learn how to 'reprogram' your mind to take advantage of our New Economy and all the opportunities it offers.

**PX 40**

FTC-MOBE-003222
UT_QP_FTC_0000283



## Productivity Methods

✓ **How to Laser-Focus on High-Level Activities:**

Everyone gets the same 24 hours in a day. Some people are constantly in "reaction" mode while others seem to know exactly what to do at all times. The key is laser-like focus, and we'll show you how to adopt the right daily habits for laser-like focus.

✓ **How to Get More Done in Less Time:**

As your business grows, you need to outsource time-consuming tasks so you can focus on high-level activities. We'll cover the high-level activities that need your attention, and show you how to outsource everything else with people (employees, Virtual Assistants) and tools (systems, automation software, etc).

## The "Thinking Patterns" of Successful People

✓ **Case Studies of Business Leaders:**

Billionaires like Bill Gates, Warren Buffet, and Elon Musk think differently. The way they approach life and business are fundamentally different than 99.9% of the population. We'll discuss case studies of successful business leaders and show you how to model their thinking patterns.

✓ **Goal Setting Exercises:**

It's said that 90% of the world's wealth is held by people who make lists every day. Although that percentage is an estimate, the fact is that people who write down their goals are more successful. You'll learn how to set short-term and long-term goals, write them down, and track your progress.

✓ **7 Daily Habits of Successful People:**

Once you have the right mindset, you have to apply it to your daily life. You must guard your time and instill daily habits that keep you productive and working ON your business (not IN it). You'll learn the 7 daily habits of successful people, and how to adopt them for your schedule.

## How to Overcome Learned Helplessness

✓ **The Danger of Learned Helplessness:**

For new business owners—especially someone coming from an employee mindset—trying (and failing) may lead to "learned helplessness." They may begin to doubt themselves and assume nothing they do is going to work. You'll learn how to identify this problem, and why "failures" are really learning opportunities that help you succeed next time.

✓ **How to Overcome Learned Helplessness:**

Once you've identified it, you can beat it. You'll learn motivational techniques to stay positive when things don't go right, and how to avoid negative, self-defeating cycles of thought.

## The Pareto Principle
### (Efficiency)

✓ **The Pareto Principle (The 80/20 Rule):**

The Pareto Principle states that 80% of your results come from 20% of your efforts. If you focus on the 20%, you will be happier AND more successful... You'll learn how to identify the 20% in all aspects of your business.

✓ **Applying the Pareto Principle:**

When you apply the Pareto Principle, your business grows exponentially. You'll learn how to apply this rule to everything you do and approach work, people, and obstacles with the right mindset so you "flow" through your day, get more done, and feel energized and productive.

## How to Identify Your Strengths

✓ **How to Identify Your Business Strengths:**

Everyone has business strengths and weaknesses. For example, you might excel at marketing but dislike management. Having strengths and weaknesses is normal, but you must be aware of them to have a functional business. In this session, you'll learn how to identify your strengths and weaknesses.

✓ **How to Focus on Your Strengths:**

Once you've identified your strengths, you'll learn how to focus on them and outsource everything else. This will make you happier and more productive, and your business will be stronger as a result.

**PX 40**

01_QP_FTC_0000284



## The Value of Community



**Here's Everything You Get When You Sign Up Today**

✓ **A Community of Your Peers:**

Being an entrepreneur can be lonely. Your friends and family don't understand you. They may even call you 'crazy' or tell you that you're wasting your time. Their hearts are in the right place, but like the rest of society they have been brainwashed with the Time vs Money Myth. You're about to join a community of like-minded peers – small business owners and entrepreneurs that have similar goals and passions. You'll learn how to embrace this community and share your ideas, struggles, and accomplishments.

✓ **Quantum Leaps with Masterminds:**

The next 'level' up from a bigger community is something called a Mastermind. This idea was made famous by Napoleon Hill in his book *Think and Grow Rich*, and it's one of the key drivers of success. After you join the Silver Masterclass, you will learn how to attend MOBE Masterminds where you will network and brainstorm with very successful people. The ideas (and connections) that come out of these live events will grow your business by quantum leaps.



## You Will Also Get Certified at the Silver Level

After you complete the training, you will be given a simple quiz. Our exams aren't hard, so as long as you pay attention, you should be able to pass (a passing grade is a 70). If you don't pass the first time, you can re-take the test later after going through the recordings again.

Now, there are a couple reasons why this is important and why you want to get certified.



### Guaranteed Consumption:

Studies have shown that people retain less than 10% of the information that's presented to them. The certification process guarantees you will go through the training and retain more information. We're confident in what we teach, and we want YOU to learn it and apply it in your business so you can make more money.



### Silver Graduation Badge & Certificate:

After passing the quizzes, you'll get a personalized badge and certificate. Our badges use Mozilla's 'Open Badges Project' so you can easily display them on your website, LinkedIn profile, in your email signature, etc. Plus you'll get a big full cert (suite in full color) that you can print, frame, and display at your home or office.



### Access to Higher Level Trainings:

After getting certified at Silver, you will qualify to access our higher level, Gold Masterclass. The Gold Masterclass is for people who are ready to take their business to the next level and develop their Customer Acquisition Process.

**NOTE:** You MUST get certified at the Silver, before attending the Gold Masterclass. That allows us to focus on more advanced topics with the Gold Masterclass.



**1** Eight-Module In-Depth Training Program

You'll have access to an in-depth eight-module online training program covering 15 different topics that you can watch from the comfort of your home. Each training session will last about 45-60 minutes, and you'll get more "real world" knowledge in each hour than you would learn in months of reading books or attending college classes.

**2** Lifetime Access to Updated Training and Notes

You will have lifetime access to the training and notes in our online member's area that you can access at any time. In your member's area, we'll also post the speaker's notes and additional written materials. Think of this as a permanent library of materials you can review whenever you want.

**3** Silver Certification

After passing the (easy) quizzes, you'll get an official badge and certificate. Your Silver Certification allows you to apply for our Gold Masterclass, where you'll learn how to build a profitable business by getting a Customer Acquisition Process in place.

## PX 40

CONFIDENTIAL



### Bonus Coaching & Training Material

You will get daily access to live training webinars hosted by my fully certified Silver Masterclass Coaches where you can learn about new traffic methods and how to implement them in your business. In addition, you will have access to bonus online training programs covering essential training on Email Marketing, Outsourcing, Affiliate Contests, Traffic, Licensing, and Marketing Funnels.

### 1 Month FREE Membership In The Silver Inner Circle

The Silver Inner Circle will arrive at your doorstep with the secrets to building your business, including the foundational principles you must master if you want to be successful. After the first month, you will be billed $27 (included) monthly with the option to cancel at any time.

## You will walk away with a strong "foundation" for a business that could lead to $100,000 to $1 million or more in revenue in the next 12 months.

Even if you just did a portion of that and earned $10,000 with what you learn ... that still would be a return on your investment of over 4 times!

Also, your investment today is just a fraction of what you'd spend for similar training.

- Similar online business programs can cost $10,000 (or more), and most are outdated or "academic" and don't prepare you for the real world of 21st century online marketing.
- You'd need to spend at least $5,000 on home study courses to get the same content that you're getting here today ... plus you're getting access to a live coach through our daily webinars to help you implement it!

## Here's What I Want You To Do Next

Click on the button below to get started and get certified at the Silver level.

**CHECKOUT**

Best,

*Matt Lloyd*

Matt Lloyd

**P.S.** Remember: the Silver Masterclass is an eight-module training program where you'll learn how to build a strong mental foundation for your business. You'll learn proven Mindset and Productivity strategies that have worked in the real world for other businesses (and how to apply them in your business). PLUS... you will get access to daily live training webinars, bonus training material and get certified at the Silver level. This certification allows you to qualify for the more advanced Gold Masterclass where you will learn how to bring sales in consistently with a Customer Acquisition Process.



Click the button below to get started

**CHECKOUT**

## An Irresistible Offer

Now... the value of everything here is easily $10,000 (or more).

I've seen other companies charge up to $10,000 (or more) for event-style training that doesn't provide HALF as much value as you're getting here.

But I'm not going to charge you $10,000 for a couple reasons:

1. I know that's a large investment and I don't want the price to stop you from signing up.
2. I genuinely want to empower as many small business owners and entrepreneurs as I can. I believe you're the backbone of our economy.

So, for these reasons, you won't pay $10,000.

Or even half of that ... $5,000.

Your one-time investment for the Silver Masterclass is only $2,497.

That's it.

Considering my cost to pay the coaches to host the daily webinars and pay my team to maintain an updated members area with all the training modules and bonus materials ... this is a VERY fair price.

Not only that ... $2,497 is really NOTHING compared to the amount of money this could generate for your business.

CONTACT US   CONFLUENCE HUB   TERMS & CONDITIONS   INCOME DISCLOSURE   PRIVACY

Need Help? Call 1-844-MOBE/SUPPORT

Copyright © 2017. MOBE. All Rights Reserved.

CONFIDENTIAL





## Sign Up Today For The Silver Masterclass



## Here's Everything That's Included

✓ **In-Depth Training Program:** You'll have access to an in-depth, eight module online training program covering 15 different topics that you can watch from the comfort of your home. Each training session will last about 45-60 minutes and you'll get more "real world" knowledge in each hour than you would learn in months of reading books or attending college classes.

✓ **Lifetime Access to Updated Training and Notes:** You will have lifetime access to the training and notes in our online member's area that you can access at any time. In the member's area, we'll also post the speaker's notes and additional written materials. Think of this as a permanent library of materials you can review whenever you want.

✓ **Silver Certification:** After passing the (easy) quizzes, you'll get an official badge and certificate. Your Silver Certification allows you to apply for our Gold Masterclass, where you'll learn how to build a profitable business by getting a Customer Acquisition Process in place.

✓ **Bonus Coaching & Training Materials:** You will get daily access to live training webinars hosted by my fully certified Silver Masterclass Coaches where you can learn about new traffic methods and how to implement them in your business. In addition you will have access to bonus online training programs covering essential training on: Email Marketing, Outsourcing, Affiliate Contests, Traffic, Licensing and Marketing Funnels.

✓ **1 Month FREE Membership in the Silver Inner Circle:** Learn foundational business setup tips to increase your probability of success in the pages of the Silver Inner Circle. This publication will be delivered in print to your doorstep and made available in PDF format online. Enjoy your FREE membership for one month after which you will be billed $27/monthly (included) with an option to cancel at anytime.

**Plus you also will get the MOBE Marketing System at no extra cost!**



CONFIDENTIAL

**Step 1—Enter Your Personal And Billing Details Below ...**



**Personal Info**

First Name
Last Name

Email Address

Phone Number

**Billing Info**

Address Line 1

Address Line 2

City

United States
Select State

Postal Code

☑ Billing Address same as Shipping

**Step 2—Complete Your Order by Entering Your Credit Card Details Below ...**

**Credit Card Info**



Credit Card #
Credit Card #

CVV Code
CVV Code

Expiration
01 (Jan)
2015

| | |
|---|---|
| Sub Total | $2497.00 |
| Shipping | $0.00 |
| Sales Tax | $0.00 |
| **Grand Total** | **$2497.00** |

☐ By checking here I agree to the terms and conditions of this purchase and that I will be charged **$2497.00 US Dollars today** and **$27 US Dollars a month after my first month's free trial** for the Silver Inner Circle.





If you need any assistance in placing your order, please don't hesitate to call us at 1-844-862-3787. If you can't get through, please leave your details in a support ticket at MOBE.com/support, and we'll call you back.



**Feedback from some of our previous Silver Masterclass clients:**

"Hello, I am Daryl Adams and I am a Diamond Member of MOBE. I would like to personally congratulate you for becoming a Silver Masterclass Member. As a quick testimonial, I went through the Silver Masterclass and I received training that generated $11,250 in 90 days because I implemented my coaches training as I learned it. Overall, my coach informed me about "We Sell Good Traffic." He explained the benefit of purchasing the largest traffic package which contained 36 MTTB's. As a result, I generated several Silver sales."



Daryl Adams
Las Vegas, USA

"It was that instance when we enrolled in the Silver Masterclass at mobe.com which facilitated us to grow as entrepreneurial people and allowed us to generate enough income to live life by our own rules. By joining the Silver Masterclass, we were able to set up a strong business, which is on track to help us to be financially sound for the rest of our lives.
Being certified for Silver Masterclass, we learned about the new traffic methods and implemented them in our business. In addition the Silver Masterclass taught us about the essential training on: Email Marketing, Outsourcing, Affiliate Contests, Traffic, Licensing and Marketing Funnels. The Silver Masterclass provided us the "mental foundation" for our business allowing us to flourish our skills."



Jeff & Andi Hilbrecht
Colorado, USA

**PX 40**

CONFIDENTIAL

FTC-MOBE-003227

U1_QP_FTC_0000288



# Merchant Info Questionnaire

| Business Information | |
|---|---|
| DBA  (Name that will be on the card holders bill) | MOBE (My Own Business Education) |
| Location address | 8207 Golf Ridge Drive |
| Location city | Charlotte |
| Location state | NC |
| Location zip | 28277 |
| Legal Business Name (as it appears on tax return) | MOBEPROCESSING.COM INC. |
| Mailing address (if different from location address) | N/A |
| Mailing city | N/A |
| Mailing state | N/A |
| Mailing zip | N/A |
| Company Phone | ▮▮▮▮▮▮▮ |
| Company fax number | (704) 919-5275 |
| Customer service phone number | (844) 662-3787 |
| Website URL | mobemarketplace.com |
| Contact person (if questions on account) | Susan Zanghi |
| Contact person's email | susan@mobe.com |

| Business Profile | |
|---|---|
| Business Structure (corporation, LLC, sole prop, etc.) | Corportation |
| Federal Tax ID | 47-3489384 |
| Date business formed | Dec 2014 |
| State business created in | Deleware |
| Number of employees | 160 |
| Trade reference 1 – Business name | Russ Whitney Consulting |
| Contact name and number (of reference 1) | Russ Whitney, Sr. |
| Trade reference 2 – Business name | Ross Weber, Attorney |
| Contact name and number (of reference 2) | Ross Weber |

| Owner/Officer | | |
|---|---|---|
| 1 - Primary Owner's Name | Matthew Lloyd McPhee | |
| Title | CEO | |
| Ownership % | 100% | |
| Social Security # | N/A – Australian Tax ID # ▮Redacted▮ | |
| Date of Birth | ▮Redacted▮ | |
| Mobile Number | Malaysia - ▮▮▮ USA (980) ▮▮▮▮▮ | |
| Home Address | B2-13-1 Soho Suites @ KLCC No 20 Jalan Perak | |
| Home City | Kuala Lumpur | |
| Home State | WP - Malaysia | |
| Home Zip | 50450 | |
| Driver's License number | ▮Redacted▮ (Western Australia) | |
| 2 - Secondary Owner's Name | Susan Zanghi | |
| Title | Finance Manager | |
| Ownership % | 0% | |
| Social Security # | ▮Redacted▮ | |
| Date of Birth | | |
| Mobile Number | ▮▮▮▮▮▮ | |
| Home Address | 8207 Golf Ridge Drive | |

## PX 40

FTC-MOBE-003228
01_QP_FTC_0000289



# Merchant Info Questionnaire

| | |
|---|---|
| Home City | Charlotte |
| Home State | North Carolina |
| Home Zip | 28277 |
| Driver's License number | Redacted (NC) |

## Site Survey

| | |
|---|---|
| Office Structure (Office, Residential) | Residential |
| Floor you occupy & # of floors in building | 1 / 2 |
| Approximate square footage | 1300 |

## Product Price Info

| | |
|---|---|
| Projected annual volume | $300,000 |
| Average ticket | $300 |
| High ticket | $3000 |
| Describe product/service in detail | MOBE Marketplace – Digital Education Products |
| Refund policy | 30 Days |
| Transaction Type (must equal 100%) | |
| Card swipe % | 25% |
| Mail Order / Telephone Order % | 0% |
| Internet - Ecommerce % | 75% |
| % of Business to Consumer sales | 50% |
| % of Business to Business sales | 50% |

## Current Account Profile

| | |
|---|---|
| Do you currently accept V/MC/D? | Yes |
| Do you currently accept AmEx? | Yes |
| If not currently accepting AmEx, do you want to? | |
| Name of current Processor | Chase |
| Gateway using or would like to use | |
| Have you ever been terminated by a Processor? | Yes |

## Bank Information

| | |
|---|---|
| Bank Name | Bank of America |
| Bank address | 7911 Providence Rd |
| Bank phone number | (704) 386-1293 |
| Contact Name | Undra A Perry |
| Account # | Redacted |
| Routing # | 053000196 |
| Is this a checking or savings account? | Checking |

# PX 40



**Merchant Info Questionnaire**

| Offer / Campaign Information | |
| --- | --- |
| Describe the product/service being sold. | *MOBE Marketplace – Digital Education Products* |
| How is the product/service ordered or purchased? | *Live Webinars and Website sales* |
| What are the price points for the product/service? | *$99 - $3000* |
| Is the product/service being sold through a Front End or as an upsell offer? With any upsell offers, please list all applicable Front/Back end partners with the product/service being sold. | *No* |
| Is the product/service being cross sold with any other product/service? If yes, explain. | *Yes  - many products available that could be sold together or separately* |
| Is there a free trial and/or auto ship program attached to the product/service? | *No* |
| Is there recurring billing/continuity plan associated with the product/service? | *No* |
| How is the product/service advertised, marketed, and/or promoted to support the projected volume/transaction estimates? (i.e. radio, print, affiliate networks, CPA, publishers, and/or other sources to support the transaction count per day) | *The Webinar where the product is presented is promoted by affiliate emails, Facebook, you-tube, etc. Products also promoted on mobe.com* |
| List all major affiliates (sub affiliates), CPA's, and publishers used to generate sales. | *N/A* |
| How do you track affiliate sales and monitor for lead quality? | *Through our company CRM* |
| What is the warranty, return, and refund policy? | *30 days* |
| How can a customer cancel from Auto Ship/Bill and/or continuity program? | *By contacting Customer service or faxing a request* |
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN -House* |

| Fulfillment | |
| --- | --- |
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN - House* |
| Which of the following shipping confirmations do you use?  1) Delivery Confirmation, 2) Signature Confirmation, and 3)None | *3 – None* |
| Who manufactures/produces the product/service? | *N/A* |
| If selling digestibles, supplements, etc. | |
|    Have your products been evaluated /regulated by the FDA. | *N/A* |
|    Who manufactures/produces the product/service? | *N/A* |
|    Who manufactures/produces the product/service? | *N/A* |
| How many units per day is your manufacturer capable of producing should demand increase? | *Unlimited* |
| On average, how much product is maintained in stock, either in house or at your shipping facility? | *N/A* |
| Do you receive Inventory/Inventory Management Reports? | *N/A* |
| Will tangible products be shipped within 7 calendar days of sale capture? | *N/A* |

**PX 40**

FTC-MOBE-003230
01_QP_FTC_0000291



**Merchant Info Questionnaire**

| | |
|---|---|
| **Who is taking the order?** | *Customer Support* |
| **At what time or point during the ordering process does the merchant or the fulfillment center bill the cardholder (i.e at time of order, at time of shipping, etc...)?** | *At the time of order* |
| **What happens if the product is unavailable or if service cannot be rendered (i.e. cease billing customer, issue refund, or notify customer of delayed shipment)?** | *N/A* |
| **Do you continue to accept sales if products/services are backorder/unavailable?** | *N/A* |
| **Customer Service** | |
| **Is Customer Service handled In House or outsourced? If outsourced with whom?** | *In-House* |
| **If Customer Service is outsourced, has anyone from your company visited the customer service facility? Will there be impromptu visits to the call center going forward?** | *N/A* |
| **Has anyone from your company participated in the training of the customer service staff?** | *N/A* |
| **If Customer Service handled In House, how many customer service reps are on staff?** | *18* |
| **What are your customer service hours?** | *24 hours per day / 7 days per week* |
| **Who is handling returns/chargebacks?** | *Our Finance Team* |
| **If applicable, is the fulfillment center automated to credit customers for returned or refused shipments?** | *N/A* |
| **How does the fulfillment center communicate with you and vice versa?** | *Via email or Skype* |
| **Do you have a quality control process in place to review orders on a regular basis in whole or in a sample set?** | *N/A* |
| **What is the customer service number you would like to have show up on card holders statements?** | *(844) 662-3787* |
| **How do you want the description to read on customer's bank statements? (22 characters max, includes spaces)** | *MOBEPROCESSING.com Inc.* |

**PX 40**

FTC-MOBE-003231
01_QP_FTC_0000292

**PX 40**

CONFIDENTIAL

| db_timestamp | source | message |
|---|---|---|
| 2016-12-02 08:43:09 | APP | Application created. |
| 2016-12-13 12:58:13 | APP | Application emailed to susan@mobe.com |
| 2016-12-18 19:04:43 | APP | Application emailed to susan@mobe.com |
| 2016-12-19 09:07:04 | APP | The account has the same owner &amp; legal name as apps 101108, 101107, 101106, 101087, 101083, &amp; 101035. |
| 2016-12-20 06:18:52 | APP | Application emailed to susan@mobe.com |
| 2016-12-20 07:48:02 | APP | Application submitted. |
| 2016-12-20 08:31:34 | CREDIT_BI | Susan is the Finance Manager and has been given authorization to enter into the merchant agreements by the owner who is Australian citizen who lives in Malaysia. SRenz has requested something in writing from the owner giving Susan authorization. |
| 2016-12-21 10:28:10 | CREDIT_BI | There are 6 other applications for a total of 7 accounts  (combined monthly volume is $416,666.68)  under this relationship / legal entity. This account will be used to sell paid traffic products (ie: not &#34;clicks&#34; but buyers) including quality leads and 21 step buyers; merchant also works with client to develop a marketing plan. Transactions are 100% internet, website review will be required (www.wesellgoodtraffic.com).  Transactions are monthly recurring, no monthly contracts, card holder can cancel subscription at any time, provided they notify the support desk at least 4 business days before next re-billing. No future delivery |
| 2016-12-21 13:24:08 | CREDIT_CC | Susan G Zanghi: Non-homeowner; ScorexPLUS score ███████████████████████████████████ (Power Pay) |
| 2016-12-21 13:25:11 | CREDIT_CC | MOBEPROCESSING.COM INC: No commercial credit on file with Experian |
| 2016-12-21 14:14:02 | CREDIT_BI | Business est 12/2014.  Website (www.wesellgoodtraffic.com), website review required.  BBB rating of F with 6 complaints from Feb-Oct 2016 mostly dealing with advertising/sales issues or failing to provide refund.  14 consumer complaints found on Ripoff Rpt from 2010-Nov 21, 2016, 2 consumer complaints on Complaints Board. |
| 2016-12-21 14:19:26 | CREDIT_BI | Business Bank Statements (Aug-Oct 2016) 3 mo avg bank balance $374,824.71.  Ending balance in Aug substantially higher than Sept &amp; Oct (Aug - $738,964.05, Sep - $190,910.49, Oct - $194,599.59) |
| 2016-12-21 14:24:47 | CREDIT_BI | 2015 Balance Sheet: Total Current Assets $1,794,438.76; Total Liabilities $219,997.77; Total Equity $1,574,440.99 <br><br> 2015 P&amp;L: Total Income $16,586,308.91; COGS $1,733,988.29; Total Expenses $12,764,040.23; Net Income $1,574,468.09 |
| 2016-12-21 14:45:38 | CREDIT_BI | BizID Acct Opening Rpt: BizID score of 830 rated low risk.  Rpt unable to verify business address - will need to verify. Business verified using other means.  TaxID validated using Convey.  No critical business alerts.  Rpt verified primary SSN and DOB.  Primary address verified using Google Maps search.  1 fraud shield alert due to mobile phone.  No OFAC matches |
| 2016-12-22 11:35:44 | CREDIT_BI | Product Offering: <br>* Beginner 5 buyers $1,250 per month <br>* Producer 10 buyers $2,250 per month <br>* Leader 21 buyers $4,500 per month <br>* Builder 32 buyers $6,750 per month <br>* Professional 43 buyers $9,000 per month |

PX 40

FTC-MOBE-003233

| 2016-12-23 08:58:30 | CREDIT_ADDITION AL | Questions for Merchant:<br><br>1) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover<br>2) Link to T&amp;C&#39;s from checkout page appears to be broken |
| --- | --- | --- |
| 2016-12-23 11:47:49 | CREDIT_BI | Rec&#39;d &amp; uploaded letter from CEO, Matthew Lloyd McPhee, authorizing Susan Zanghi as financial representative. Signed with e-signature |
| 2016-12-23 12:02:11 | APP | Outstanding Items:<br><br>1)  Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover<br>2)  Link to T&amp;C&#39;s from checkout page appears to be broken |
| 2016-12-23 12:39:09 | CREDIT_BI | Have received confirmation that CS team is accessed by toll free number.  Teachers/mentors are similar to 1099 employees and travel to events.  US side of business is operated from signer&#39;s (Susan Zanghi&#39;s residence) |
| 2017-01-03 08:29:39 | CREDIT_ADDITION AL | Response from TDodd w/ SRenz 12/29/2016 response:<br>1) merchant is addressing card brand logos - SRenz reached back out: Has this been taken care of yet?<br>2) broken link - merchant is addressing - SRenz reached back out: Has this been taken care of yet? |
| 2017-01-03 13:50:41 | APP | SRenz reached out to TDodd:<br>We could go ahead and approve this account with a 100% holdback reserve until website is compliant, or would you prefer th we wait and approve this account at the same time as the others?<br><br>Outstanding Items:<br>1) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover<br>2) Link to T&amp;C&#39;s from checkout page appears to be broken |
| 2017-01-03 13:50:41 | CREDIT_ADDITION AL | SRenz reached out to TDodd:<br>We could go ahead and approve this account with a 100% holdback reserve until website is compliant, or would you prefer th we wait and approve this account at the same time as the others?<br><br>Outstanding Items:<br>1) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover<br>2) Link to T&amp;C&#39;s from checkout page appears to be broken |
| 2017-01-04 08:33:05 | CREDIT_BI | Processing History (Jul 2014-Jan 2015): 7 mo processing average $1,319,772.67, average ticket $418.80, average chargebacks 60.  Highest number of chargebacks in given months was 82.  CB ratios 2.07% ($) / 1.76% (#) |

**PX 40**

FTC-MOBE-003234

| 2017-01-04 08:47:08 | CREDIT_ADDITION AL | There are 6 other applications for a total of 7 accounts  (combined monthly volume will be $418,000)  under this relationship / legal entity.)<br><br>Based on established business, solid business financials, no future delivery exposure.  Am comfortable approving with the following conditions:<br>* Monthly volume $25,000, average ticket $300, high ticket $3,000<br>* Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75<br>* Approval by Qualpay of any changes or additions to product<br>* Annual Review of business financials (to include balance sheet &amp; P&amp;L)<br>* Enrollment with Chargeback Defense for full services. Merchant will be given 2 weeks from date of approval to complete enrollment.<br><br>Initially account will be set up with 100% holdback reserve until website is compliant and outstanding items have been satisfied (listed below):<br>1) Link to T&amp;C&#39;s from checkout page appears broken<br>2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover<br><br>Concurrence by SRenz required due to combined monthly volume |
| 2017-01-04 11:03:59 | CREDIT_ADDITION AL | I concur with recommendation for approval. Have notified MHyde |
| 2017-01-04 11:25:54 | CREDIT_ADDITION AL | ok to approve |

FTC-MOBE-003235

**MOBE-Traffic – Due Diligence**

**Google Map Search of business & primary:**





**Phone Verification: (844) 662-3787**

Business Phone Number, when dialed you immediately hear hold music once the phone is answered and than shortly after told to leave a message for a return call. I have verified this is the contact number for the business listed on the merchant's website.

**Routing Validation:**



## PX 40

UT_QP_FTC_0000294

**MOBE – Traffic  ([www.wesellgoodtraffic.com](www.wesellgoodtraffic.com) )**

**Website Checklist:**

| | Description | Checkbox |
|---|---|---|
| 1. | Does the merchant legal name and ownership match that disclosed on the website? | ☒ |
| 2. | Does description of goods or services on the application match the website merchandise? | ☒ |
| 3. | Review links from the website to ensure that the merchant is only selling what is disclosed on the merchant application. | ☒ |
| 4. | Is Refund Policy on website clearly defined and in readable print? | ☒ |
| 5. | Is the following customer service information available through the merchant's website?<br>• Phone<br>• Email<br>• Web | ☒<br>☒<br>☒ |
| 6. | Is the transaction currency in US Dollars? | ☒ |
| 7. | Are shipping legal restrictions adhered too (such as Age Appropriate Merchandise)? | ☒ |
| 8. | Is merchant's Delivery Policy defined on the website? | ☒ |
| 9. | Is merchant's Consumer Data Privacy Policy disclosed on the website? | ☒ |
| 10. | Is the security method for the transmission of payment data indicated (vendor that they are partnered up with for Data Security)? | ☒ |
| 11. | Are the Merchant's Terms and Conditions disclosed and reviewed? | ☒ |
| 12. | Is URL Ownership (via WHO IS) identified and documented in file? | ☒ |
| 13. | There is no evidence of Deceptive Marketing Practices, which may include however is not limited too – Negative Option, Hidden Disclosure, Bogus Claims or endorsements, Pre-Checked Boxes, tactics to avoid refunds or cancellation. Any tactics evident to avoid chargeback monitoring programs? | ☒ |
| 14. | Review of General Google Search or social media does not reflect negative posts about the company or consumers experiences with it | ☒ |

**WhoIs Registration Info:**

```
Domain Name: WESELLGOODTRAFFIC.COM
Registry Domain ID: 1783221239_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-02-26T10:27:49.00Z
Creation Date: 2013-03-09T09:11:00.00Z
Registrar Registration Expiration Date: 2017-03-
09T07:11:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: MATTHEW LLOYD MCPHEE
Registrant Organization: MOBE, LTD.
Registrant Street: 22 MERCURY STREET
Registrant City: CARLISLE
Registrant State/Province: WA
Registrant Postal Code: 6101
Registrant Country: AU
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: mwmm@MOBE.COM
Registry Admin ID:
Admin Name: MATTHEW LLOYD MCPHEE
Admin Organization: MOBE, LTD.
Admin Street: 22 MERCURY STREET
Admin City: CARLISLE
Admin State/Province: WA
Admin Postal Code: 6101
Admin Country: AU
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: mwmm@MOBE.COM
Registry Tech ID:
Tech Name: MATTHEW LLOYD MCPHEE
Tech Organization: MOBE, LTD.
Tech Street: 22 MERCURY STREET
Tech City: CARLISLE
Tech State/Province: WA
Tech Postal Code: 6101
Tech Country: AU
Tech Phone: +61.61893623439
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: mwmm@MOBE.COM
Name Server: NS1.MYBE.COM
Name Server: NS2.MYBE.COM
Name Server: NS3.MYBE.COM
Name Server: NS4.MYBE.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
```

**PX 40**



## We don't deliver clicks.
## We deliver *buyers*.

Take the uncertainty out of buying traffic, by only paying for actual customers we generate for you...

FREE STRATEGY SESSION    GET BUYERS NOW

## Taking The Risk Out Of Traffic

### Tap Into Our Trusted Sources Of Quality Leads and 21 Step Buyers

The best performing traffic sources with the highest ROIs and lowest risk are always reserved for people with the biggest budgets ($15,000+) and with the best connections. With WSGT, you can access the most profitable sources of quality leads and 21 Step Buyers.



**Strategy Calls**

Complementary analysis, review and strategy calls to assess your business needs.



**Guaranteed Traffic**

Take the risk out of traffic and get guaranteed leads and 21 Step buyers.



**Auto Delivery**

Automate your business and get your leads and 21 Step buyers on auto-pilot.

### The Only Traffic Agency Matt Lloyd Personally Endorses...



" Over the past few years, I've spent over $2 million on traffic. Out of all the traffic agencies I've tested, WSGT is one of a very few who have been willing to generate guaranteed buyers - not just mere clicks. That means that every time I spend money with them, I have the confidence of knowing exactly what I'm getting. They're one of only 2 traffic agencies I personally recommend to my MOBE Consultants...

*Matt Lloyd, MOBE CEO*

### Get A Free 20 Minute Strategy Session To Review Your Traffic Plan

If you'd like to discuss your business's financial targets, and how you can best reach those targets with a solid marketing plan, schedule a call with us today.

FREE STRATEGY SESSION



Copyright 2016 - WeSellGoodTraffic - All Rights Reserved.     Terms and Conditions    Privacy Policy    Income Disclaimer    Contact Us

**PX 40**

CONFIDENTIAL

FTC-MOBE-003238
01_QP_FTC_0000296



GET BUYERS   CLIENT RESULTS   $1.5 M TRAFFIC CASE STUDY   FREE TRAFFIC PLAN

# Contact Us

**By Telephone**

1-844-MOBEHELP
1-844-MOBESUPPORT (1-844-662-3787)

**By Email**

For online assistance, submit a support ticket to MOBE Support.

**Note on Invoicing**

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:

- MOBE.COM
- MOBEORDER.COM
- MOBEHELP.COM
- We Sell Good Traffic
- AW*mobemarketplace69321811241

**Physical Addresses**

| MOBE, Ltd. | MOBE Processing.com, Inc. | MOBE Pro, Ltd. | MOBE Online, Ltd. |
|---|---|---|---|
| Soho Suites at KLCC | 13506 Summerport Village | Third Floor | 54 Wellington Street |
| B1-28-8 NO.20 | Parkway | 207 Regent Street | Rose-Hill |
| Jalan Perak, Kuala Lumpur | Windermere, Florida | London | Mauritius |
| 50450 Malaysia | 34786 USA | W1B 3HH England | |

# PRIVACY POLICY

**Our Commitment to Privacy**

Our Privacy Policy has been developed as an extension of our commitment to combine quality products and services with integrity in dealing with users. The Policy is designed to assist you in the understanding of how we collect, use and protect the personal information provided to us.

**What Information Do We Collect?**

When you visit our site, we collect two types of information: personal information you actively choose to disclose ("Active Information") and Use

information collected, in a way not visible to you, on an aggregate anonymous basis as you and other users browse our site ("Passive Information").

**1. Personally Identifiable Information**

This refers to information that lets us know specifically about you i.e. profile information.

**A. Registration**

When you register to become an authorized reseller of our products or services, we will collect Personally Identifiable Information (such as name, address, email address, and telephone number). This Personally Identifiable Information is securely stored and may be accessed on our website. You are assigned an identification number and select your own password – both are needed to enter the Site and to access your Contact Information. Please safeguard your password in a secure location as we are not responsible for breaches into the system when access is willingly provided.

**B. Ordering**

When you place an order for products or services, we collect Personally Identifiable Information (such as name, contact and billing information, credit card, and other transactional information). We use this information to deliver your order, process payment, and to communicate the status of your order.

**C. Credit Card Storage**

Credit card information collected at registration or for product orders is used only to process payment for the transaction and, generally, is not retained on our Site. However, you may voluntarily elect to securely store multiple credit cards to be used for product orders.

# PX 40

**D. Surveys and Promotions**

Occasionally, you may voluntarily provide Personally Identifiable Information to complete surveys and questionnaires or to participate in user polls. We use this information to improve our products and services and to ensure that we're providing accurate disclosures. We may also use your Personally Identifiable Information to provide you newsletters and other marketing information that coincide with your preferences. You may customize your marketing preferences, or let us know if you do not wish to receive any promotional materials, by adjusting your Subscriptions & Email options on the Site.

**2. Aggregate Information**

This refers to information that does not, by itself, identify you as a specific individual. Such information would include the Uniform Resource Locator ("URL") of the website that referred you to our Site, your Internet Protocol ("IP") address (a number automatically assigned to your computer whenever you surf the web), your operating system and browser type, and any search terms that you enter on our Site. Our web server aggregates this information in order to monitor the level of activity on our Site, evaluate its effectiveness, and improve the content or our Site in order to make your visit an easy and enjoyable experience. We may collect, compile, store, publish, promote, report, or otherwise disclose or use any Aggregate Information, provided that such information does not personally identify you. We do not correlate any Personally Identifiable Information with the Aggregate Information that we collect on our Site. If we do correlate any Aggregate Information to you, it will be protected like any other Personally Identifiable Information under this Privacy Statement.

**Active Information You Choose to Provide**

In order to gain use of the site (become a "user"), we require you to disclose the following information: Name, Address and Phone Number.We use secure socket layer (SSL) encryption to protect the transmission of the information you submit to us when you use our secure online forms. The information you provide to us is stored securely.

**Passive Information Collected**
**What is a Cookie?**

Cookies are a feature of web browser software that allows web servers to recognize the computer used to access a site. They are small pieces of data stored by a user's browser to simplify subsequent interactions with the site. This makes it easier for a user to move from site to site and to complete transactions over the Internet. Cookies should make your online experience easier and more personalized.Our site utilizes cookies to collect information about how our site is used. Passive Information gathered may include the date and time of visits, the site pages viewed, time spent at our site, the sites visited just before and just after visiting our site. If you do not wish to transmit "cookie" information about yourself, you may turn off the cookie function in your web browser.Our site's servers also automatically identify your computer by its Internet Protocol address, which is a unique string of numbers that are assigned to your computer by your Internet Service Provider. The IP address may be used to address problems with our server or to gather broad demographic information about our users. We passively collect your IP Address.

# TERMS AND CONDITIONS
MY ONLINE BUSINESS EDUCATION, LTD. ("MOBE")
**ACCEPTANCE OF TERMS THROUGH USE**
By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to this Agreement please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.
**YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE**
This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.
**LICENSE TO USE THIS SITE**
Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by MOBE, its advertisers and licensors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.
**LICENSE RESTRICTIONS**
Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from the MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.
**SECURITY**
You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying (privacy@mobe.com) MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party.
You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.
**EXPORT**
You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site, and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws and/or without all required U.S. and foreign government licenses.
**GOVERNMENT USE**
If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompany documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995. Unpublished rights reserved under the copyright laws of the United States.
**ERRORS AND CORRECTIONS**
While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

# PX 40

CONFIDENTIAL

**LINKS TO OTHER WEBSITES**
Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for, and undertake to maintain, their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

**USER'S LICENSE GRANT TO SITE**
Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge that you are fully responsible for the message, including its legality, reliability, appropriateness, originality and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

**USER CONDUCT**
By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:
A. is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies.
B. infringes any patent, trade mark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;
C. constitutes unauthorized or unsolicited advertising, junk or bulk e-mail (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;
D. contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or
E. impersonates any person or entity, including any employee or representative of this site, its licensors or advertisers.
You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.
You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent. This site generally does not pre-screen, monitor, or edit the content posted by users of this site. However, this site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, damages or results, in removing such content.
You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation of these Rules and/or for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or result of a subpoena or other legal action, and the owner of this site itself shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

**INTELLECTUAL PROPERTY RIGHTS**
*1. Copyright*
The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws, ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.
*2. Trademark*
MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited.

**THIRD PARTY SITES**
You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of this site by the MOBE, its advertisers or licensors, any association with its operators and is provided solely for your convenience. You agree that MOBE and its licensors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

**REFUNDS**
MOBE offers a thirty-day, money back guarantee on certain products unless otherwise stated in the various product or service agreements. Clients must dispute any charges within 30 days of the charge. All traffic is automatically delivered each month immediately following the purchase. Traffic is delivered as quickly as possible but may take a couple weeks to all be delivered.

**RECURRING TRANSACTIONS**
This order is a monthly service, with the first month delivered upon purchase. Following months will automatically be billed to your credit card beginning 30 days after this purchase, and on the same date each month thereafter until canceled. There is no long-term contract. You are free to cancel the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice before the next re-billing. After your payment has been approved your MTTB buyers will be added to your account, which you will be able to confirm in your back office.

**DISCLAIMER OF WARRANTIES**
MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site, or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE, advertisers and/or its licensors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct; that this site will be available at any particular time or location; that any defects or errors will be corrected; or that the contents of any information received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

**LIMITATION OF LIABILITY**
Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strictly liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

**INDEMNIFICATION**
You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site, or any violation of this Agreement. MOBE reserves the right, at it own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses

**LEGAL COMPLIANCE**
MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the User's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**CHOICE OF LAW AND FORUM**
This site (excluding third party linked sites) is controlled by the MOBE from its offices within Panama. It can be accessed from all countries around the world to the extent permitted by site. As each of these places has laws that may differ from Panama, by assessing this site, both you and the MOBE agree that the statutes and laws of Panama shall apply to any actions or claims arising out of or on relation to this Agreement or your use of this site, without regards to conflicts of laws principles thereof. You and the MOBE also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of Panama and any legal proceedings shall be conducted in English. The MOBE makes no representation that materials on this site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited.

**MISCELLANEOUS**
This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of the MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law.

# PX 40

CONFIDENTIAL

**BANK CARD STATEMENTS**
If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:
1) MOBE.COM
2) MOBEORDER.COM
3) We Sell Good Traffic
4) AW*mobemarketplace60321811241
**COMPANY ADDRESSES**
MOBE, Ltd. Soho Suites at KLCC B1-28-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia
MOBE Processing.com, Inc. 13506 Summerport Village Parkway, Windermere, Florida 34786
MOBE Pro, Ltd. Third Floor, 207 Regent Street, London W1B 3HH
This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.
Terms and Conditions Income Disclaimer Privacy Policy
MOBE | All Rights Reserved.



## Private, Personalized and Customized Traffic Analysis and Strategies.

### Most people eat up their entire advertising budget before they even know what works.

### Tap Into Our Trusted Sources Of Quality Leads and 21 Step Buyers

The best performing traffic sources with the highest ROI's and lowest risk are always reserved for people with the biggest budgets ($15,000+) and with the best connections. With WSGT, you can access the most profitable sources of quality leads and 21 Step Buyers.

Simply choose your Traffic Package below or **book your strategy call** to assess your needs.



Above packages effective on orders after November 18th, 2016.
Complimentary coaching sessions included with the *Leader*, *Builder* and *Professional*
packages must be used as soon as possible to ensure a higher return on investment. You must book and use a minimum of one coaching session a week.

There are no monthly contracts.  You are free to cancel the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice before the next re-billing. After your payment has been approved your 21 Step buyers will be added to your account, which you will be able to confirm in your back office.

**BONUS:** Purchase the *Leader*, *Builder* or *Professional* Package and receive **FREE access** to a brand new 4 Module training program, called "*MOBE Events Promotions Secrets*" delivered by Matt Lloyd, CEO and Founder of MOBE, with Luke Lim and Adeline Sugianto, MOBE Diamond Members who have made over $350,000 in the last 12 months promoting MOBE events.



199 people like this. Sign Up to see what your friends

## PX 40









# PX 40



# Merchant Info Questionnaire

| Business Information | |
|---|---|
| DBA  (Name that will be on the card holders bill) | MOBE (My Own Business Education) |
| Location address | 8207 Golf Ridge Drive |
| Location city | Charlotte |
| Location state | NC |
| Location zip | 28277 |
| Legal Business Name (as it appears on tax return) | MOBEPROCESSING.COM INC. |
| Mailing address (if different from location address) | N/A |
| Mailing city | N/A |
| Mailing state | N/A |
| Mailing zip | N/A |
| Company Phone | ▮▮▮▮▮▮▮ |
| Company fax number | (704) 919-5275 |
| Customer service phone number | (844) 662-3787 |
| Website URL | Wesellgoodtraffic.com |
| Contact person (if questions on account) | Susan Zanghi |
| Contact person's email | susan@mobe.com |

| Business Profile | |
|---|---|
| Business Structure (corporation, LLC, sole prop, etc.) | Corportation |
| Federal Tax ID | 47-3489384 |
| Date business formed | Dec 2014 |
| State business created in | Deleware |
| Number of employees | 160 |
| Trade reference 1 – Business name | Russ Whitney Consulting |
| Contact name and number (of reference 1) | Russ Whitney, Sr. |
| Trade reference 2 – Business name | Ross Weber, Attorney |
| Contact name and number (of reference 2) | Ross Weber |

| Owner/Officer | |
|---|---|
| 1 - Primary Owner's Name | Matthew Lloyd McPhee |
| Title | CEO |
| Ownership % | 100% |
| Social Security # | N/A – Australian Tax ID # 393 979 264 |
| Date of Birth | ▮Redacted▮ |
| Mobile Number | Malaysia - ▮▮▮▮▮▮▮USA (980) ▮▮▮▮ |
| Home Address | B2-13-1 Soho Suites @ KLCC No 20 Jalan Perak |
| Home City | Kuala Lumpur |
| Home State | WP - Malaysia |
| Home Zip | 50450 |
| Driver's License number | ▮Redacted▮ (Western Australia) |
| 2 - Secondary Owner's Name | Susan Zanghi |
| Title | Finance Manager |
| Ownership % | 0% |
| Social Security # | ▮Redacted▮ |
| Date of Birth | |
| Mobile Number | ▮▮▮▮▮▮▮ |
| Home Address | 8207 Golf Ridge Drive |

## PX 40

FTC-MOBE-003244
01_QP_FTC_0000302



# Merchant Info Questionnaire

| Home City | Charlotte |
|---|---|
| Home State | North Carolina |
| Home Zip | 28277 |
| Driver's License number | ▮Redacted▮ (NC) |

### Site Survey

| Office Structure (Office, Residential) | Residential |
|---|---|
| Floor you occupy & # of floors in building | 1 / 2 |
| Approximate square footage | 1300 |

### Product Price Info

| Projected annual volume | $300,000 |
|---|---|
| Average ticket | $4,500 |
| High ticket | $9,000 |
| Describe product/service in detail | MOBE Paid Traffic |
| Refund policy | 3 Days unless legal requirement longer |
| Transaction Type (must equal 100%) | |
| Card swipe % | 25% |
| Mail Order / Telephone Order % | 0% |
| Internet - Ecommerce % | 75% |
| % of Business to Consumer sales | 50% |
| % of Business to Business sales | 50% |

### Current Account Profile

| Do you currently accept V/MC/D? | Yes |
|---|---|
| Do you currently accept AmEx? | Yes |
| If not currently accepting AmEx, do you want to? | |
| Name of current Processor | Chase |
| Gateway using or would like to use | |
| Have you ever been terminated by a Processor? | Yes |

### Bank Information

| Bank Name | Bank of America |
|---|---|
| Bank address | 7911 Providence Rd |
| Bank phone number | (704) 386-1293 |
| Contact Name | Undra A Perry |
| Account # | ▮Redacted▮ |
| Routing # | 053000196 |
| Is this a checking or savings account? | Checking |

# PX 40

CONFIDENTIAL



# Merchant Info Questionnaire

| Offer / Campaign Information | |
|---|---|
| Describe the product/service being sold. | *MOBE Paid Traffic* |
| How is the product/service ordered or purchased? | *Telephone sales and online sales* |
| What are the price points for the product/service? | *$1125, $1250, $4500, $6750, $9000* |
| Is the product/service being sold through a Front End or as an upsell offer? With any upsell offers, please list all applicable Front/Back end partners with the product/service being sold. | *No* |
| Is the product/service being cross sold with any other product/service? If yes, explain. | *No* |
| Is there a free trial and/or auto ship program attached to the product/service? | *No* |
| Is there recurring billing/continuity plan associated with the product/service? | *No* |
| How is the product/service advertised, marketed, and/or promoted to support the projected volume/transaction estimates? (i.e. radio, print, affiliate networks, CPA, publishers, and/or other sources to support the transaction count per day) | *The event where the product is presented is promoted by affiliate emails, direct mail, Facebook, you-tube, etc* |
| List all major affiliates (sub affiliates), CPA's, and publishers used to generate sales. | *N/A* |
| How do you track affiliate sales and monitor for lead quality? | *Through our company CRM* |
| What is the warranty, return, and refund policy? | *3 days* |
| How can a customer cancel from Auto Ship/Bill and/or continuity program? | *By contacting Customer service or faxing a request* |
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN -House* |

| Fulfillment | |
|---|---|
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN - House* |
| Which of the following shipping confirmations do you use?  1) Delivery Confirmation, 2) Signature Confirmation, and 3)None | *3 – None* |
| Who manufactures/produces the product/service? | *N/A* |
| If selling digestibles, supplements, etc. | |
| Have your products been evaluated /regulated by the FDA. | *N/A* |
| Who manufactures/produces the product/service? | *N/A* |
| Who manufactures/produces the product/service? | *N/A* |
| How many units per day is your manufacturer capable of producing should demand increase? | *Unlimited* |
| On average, how much product is maintained in stock, either in house or at your shipping facility? | *N/A* |
| Do you receive Inventory/Inventory Management Reports? | *N/A* |
| Will tangible products be shipped within 7 calendar days of sale capture? | *N/A* |

# PX 40



# Merchant Info Questionnaire

| | |
|---|---|
| Who is taking the order? | *Customer Support* |
| At what time or point during the ordering process does the merchant or the fulfillment center bill the cardholder (i.e at time of order, at time of shipping, etc...)? | *At the time of order* |
| What happens if the product is unavailable or if service cannot be rendered (i.e. cease billing customer, issue refund, or notify customer of delayed shipment)? | *N/A* |
| Do you continue to accept sales if products/services are backorder/unavailable? | *N/A* |
| **Customer Service** ||
| Is Customer Service handled In House or outsourced? If outsourced with whom? | *In-House* |
| If Customer Service is outsourced, has anyone from your company visited the customer service facility? Will there be impromptu visits to the call center going forward? | *N/A* |
| Has anyone from your company participated in the training of the customer service staff? | *N/A* |
| If Customer Service handled In House, how many customer service reps are on staff? | *18* |
| What are your customer service hours? | *24 hours per day / 7 days per week* |
| Who is handling returns/chargebacks? | *Our Finance Team* |
| If applicable, is the fulfillment center automated to credit customers for returned or refused shipments? | *N/A* |
| How does the fulfillment center communicate with you and vice versa? | *Via email or Skype* |
| Do you have a quality control process in place to review orders on a regular basis in whole or in a sample set? | *N/A* |
| What is the customer service number you would like to have show up on card holders statements? | *(844) 662-3787* |
| How do you want the description to read on customer's bank statements? (22 characters max, includes spaces) | *MOBEPROCESSING.com Inc.* |

# PX 40

FTC-MOBE-003247
01_QP_FTC_0000305

**PX 40**

| db_timestamp | source | message |
|---|---|---|
| 2016-12-02 07:22:35 | APP | Application created |
| 2016-12-13 12:54:03 | APP | Application emailed to susan@mobe.com |
| 2016-12-18 19:01:53 | APP | Application emailed to susan@mobe.com |
| 2016-12-19 09:08:19 | APP | The account has the same owner &amp; legal name as apps 101109, 101108, 101107, 101087, 101083, &amp; 10103: |
| 2016-12-20 06:17:45 | APP | Application emailed to susan@mobe.com |
| 2016-12-20 07:46:19 | APP | Application submitted |
| 2016-12-20 08:36:55 | CREDIT_BI | Susan is the Finance Manager and has been given authorization to enter into the merchant agreements by the owner who is Australian citizen who lives in Malaysia. SRenz has requested something in writing from the owner giving Susan authorization. |
| 2016-12-21 10:15:29 | APP | Per partner, transactions could also include upsells to one of the Mastermind pkgs, so high ticket could be $20,000. OLA h been updated |
| 2016-12-21 10:16:15 | CREDIT_BI | There are 6 other applications for a total of 7 accounts (combined monthly volume is $416,666.68)  under this relationshiţ legal entity. This account will be used to sell online business education products. Transactions are 75% internet / 25% MOTO, website review will be required (www.mobe.com). Main price points are $49 and $2,500. However, there is also the option to purchase one of the pkgs from the MasterMind Product Group (AppID 101087):<br><br>1)  Titanium ($9,997)<br>2)  Platinum ($16,667)<br>3)  Diamond ($29,997) - 99% of the time this pkg is paid with a wire transfer, not via credit card |
| 2016-12-21 13:24:16 | CREDIT_CC | Susan G Zanghi: Non-homeowner; ScorexPLUS score ███████████████████████████████████████████████████ Power Pay) |
| 2016-12-21 13:25:04 | CREDIT_CC | MOBEPROCESSING.COM INC: No commercial credit on file with Experian |
| 2016-12-21 14:14:50 | CREDIT_BI | Business est 12/2014.  Website (www.mobe.com), website review required.  BBB rating of F with 6 complaints from Feb-Oc 2016 mostly dealing with advertising/sales issues or failing to provide refund.  14 consumer complaints found on Ripoff Rpt from 2010-Nov 21, 2016, 2 consumer complaints on Complaints Board. |
| 2016-12-21 14:19:36 | CREDIT_BI | Business Bank Statements (Aug-Oct 2016) 3 mo avg bank balance $374,824.71.  Ending balance in Aug substantially high than Sept &amp; Oct (Aug - $738,964.05, Sep - $190,910.49, Oct - $194,599.59) |
| 2016-12-21 14:24:56 | CREDIT_BI | 2015 Balance Sheet: Total Current Assets $1,794,438.76; Total Liabilities $219,997.77; Total Equity $1,574,440.£<br><br>2015 P&amp;L: Total Income $16,586,308.91; COGS $1,733,988.29; Total Expenses $12,764,040.23; Net Income $1,574,468.09 |
| 2016-12-21 14:45:47 | CREDIT_BI | BizID Acct Opening Rpt: BizID score of 830 rated low risk.  Rpt unable to verify business address - will need to verify. Business verified using other means.  TaxID validated using Convey.  No critical business alerts.   Rpt verified primary SSN a DOB.  Primary address verified using Google Maps search.  1 fraud shield alert due to mobile phone.  No OFAC matches |

FTC-MOBE-003249
FTC-MOBE-003249

| | | |
|---|---|---|
| 2016-12-22 09:28:12 | CREDIT_ADDITION AL | Questions for Merchant<br><br>1)  What is the $49 product? What is the $2,500 upsell?<br>2)  How do you purchase this product and upsell on website?<br>3)  What is the fulfillment timeframe? Anything &gt;30 days will need to know percentage breakdown of overall volume<br>4)  What percent is upsold to Titanium/Platinum/Diamond pkg?<br>5)  Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2016-12-22 10:05:33 | CREDIT_BI | 1)  Titanium: All inclusive 3 day &amp; 4 night business building retreat with networking opportuniti<br>2)  Platinum: All inclusive 5 day &amp; 6 night business building retreat with networking opportunities<br>3)  Diamond: All inclusive 10 day &amp; 11 night business building retreat with networking opportunities, 100 copies of book, Limitless, with customer affiliate link on every other page, 21 steps selling machine program, co-branded webinar, Done with you e-book, film studio package, 3 years worth of Inner Circle News Letters &amp; Interview, Celebrity branding packaged, and How To product that provides outline, templates, order forms, sales slides and 14-day launch plan. These pkgs will be paid for via wire, we will not be processing credit cards therefore do not need to consider future delivery exposure for this pkg - SRenz 12/23/2016 |
| 2016-12-23 11:49:37 | CREDIT_BI | Rec&#39;d &amp; uploaded letter from CEO, Matthew Lloyd McPhee, authorizing Susan Zanghi as financial representative. Signed with e-signature. |
| 2016-12-23 12:02:45 | APP | Outstanding Items<br><br>1)  What is the $49 product? What is the $2,500 upsell?<br>2)  How do you purchase this product and upsell on the website?<br>3)  What is the fulfillment timeframe? Anything &gt;30 days will need to know percentage breakdown of overall volume<br>4)  What percent is upsold to Titanium/Platinum/Diamond pkg?<br>5)  Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2016-12-23 12:39:15 | CREDIT_BI | Have received confirmation that CS team is accessed by toll free number.  Teachers/mentors are similar to 1099 employee and travel to events.  US side of business is operated from signer&#39;s (Susan Zanghi&#39;s residence) |
| 2017-01-03 08:35:25 | CREDIT_ADDITION AL | TDodd Response w/ SRenz reply 12/29/2016<br>1)  What is $49 product: link for products: http://m0be.com/geer991/9b41130d - SRenz reached back out: There was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken card of yet?What is the $2,500 upsell?  We still have not been provided info in regard to what the $2,500 upsell consists of?<br>2) The upsell is made over the phone by a coach and does not happen until about 2-3 weeks after the $49 purchase<br>3) Fulfillment for $49 product is immediate.  - SRenz reached back out: Please confirm that the $2,500 upsell is fulfilled less than 30 days. If greater than 30 days, we need an idea of what percent is upsold to this pkg<br>4) Merchant is gathering information for % of upsold pkgs - SRenz reached back out: Has this been rec&#39;d?<br>5) Merchant is addressing card brand logos: SRenz reached back out : has this been taken care of yet? |

**PX 40**

FTC-MOBE-003250

| | | |
|---|---|---|
| 2017-01-03 08:46:22 | CREDIT_ADDITION AL | Response from TDodd: Partner is working with merchant regarding evidence of deceptive marketing and stated that th merchant has a disclaimer that the results are not typical and that the partner is still getting details on what the $2,500 upsell and still working on other items<br><br>Outstanding Items:<br>1) What is the $2,500 upsell?  Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>2) What is the fulfillment timeframe for the $2,500 upsell? If anything is greater than 30 days, we will need to know percentage breakdown of overall volume<br>3) What percent is upsold to Titanium/Platinum/Diamond pkgs?<br>4) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-03 13:51:42 | APP | Outstanding Items:<br>1) What is the $2,500 upsell?  Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>2) What is the fulfillment timeframe for the $2,500 upsell? If anything is greater than 30 days, we will need to know percentage breakdown of overall volume<br>3) What percent is upsold to Titanium/Platinum/Diamond pkgs?<br>4) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-03 14:20:21 | CREDIT_ADDITION AL | Response from TDodd: Fulfillment for $2,500 upsell is available w/n 2 hrs (fulfilled digital<br><br>Outstanding Items:<br>1) What is the $2,500 upsell?  Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-03 14:20:36 | APP | Outstanding Items:<br>1) What is the $2,500 upsell?  Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-03 16:57:05 | CREDIT_ADDITION AL | Customers are upsold to Mastermind product, we will require reserve on the Mastermind account to assist Future Delive Exposure |
| 2017-01-03 16:57:21 | CREDIT_BI | Customers are upsold to the Mastermind product, we will require reserve on the Mastermind account to assist Future Delive Exposure |
| 2017-01-04 08:33:20 | CREDIT_BI | Processing History (Jul 2014-Jan 2015): 7 mo processing average $1,319,772.67, average ticket $418.80, averag chargebacks 60.  Highest number of chargebacks in given months was 82.  CB ratios 2.07% ($) / 1.76% (#) |

FTC-MOBE-003251<br>FTC-MOBE-003251

| | | |
|---|---|---|
| 2017-01-04 13:53:17 | CREDIT_ADDITIONAL | Outstanding Items:<br>1) What is the $2,500 upsell?  Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-05 11:57:56 | APP | sent email to TDodd to follow up on outstanding item |
| 2017-01-05 12:22:08 | APP | Response from TDodd: $2,500 upsell is the Silver Masterclass product which is a marketing education module with 8 digit video modules that are deliverable within 2 hours or purchase<br><br>Outstanding Items:<br>* Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>* Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-05 12:22:08 | CREDIT_ADDITIONAL | Response from TDodd: $2,500 upsell is the Silver Masterclass product which is a marketing education module with 8 digit video modules that are deliverable within 2 hours or purchase<br><br>Outstanding Items:<br>* Noted that there was evidence of deceptive marketing and merchant would need to adjust website. Has this been taken care of yet?<br>* Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-05 13:58:35 | CREDIT_ADDITIONAL | Based on the fact that customers are upsold to Mastermind product, we will require reserve on the Mastermind account assist Future Delivery Exposure |

**PX 40**

FTC-MOBE-003252<br>FTC-MOBE-003252

|  |  | There are 6 other applications for a total of 7 accounts  (combined monthly volume will be $418,000)  under this relationship (same legal entity.)

Based on established business, solid business financials, no future delivery exposure.  Am comfortable approving with the following conditions:
* Monthly volume $17,000, average ticket $49, high ticket $20,000
* Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75
* Approval by Qualpay of any changes or additions to product
* Annual Review of business financials (to include balance sheet &amp; P&amp;L)
* Enrollment with Chargeback Defense for full services. Merchant will be given 2 weeks from date of approval to complete enrollment.

Initially account will be set up with 100% holdback reserve until website is compliant and outstanding items have been satisfied (listed below):
1) Noted that there was evidence of deceptive marketing and merchant would need to adjust website.
2) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
|---|---|---|
| 2017-01-05 13:58:50 | CREDIT_ADDITION AL | Concurrence by SRenz required due to combined monthly volume |
| 2017-01-05 14:24:14 | CREDIT_ADDITION AL | I concur with the approval recommendation. Have notified MHyde. |
| 2017-01-05 14:25:57 | CREDIT_ADDITION AL | Ok to approve |



January 5, 2017

Subject: MOBEPROCESSING.COM INC

Ms. Zanghi,

Thank you for choosing Qualpay for your credit card processing needs.  We appreciate your patience during the underwriting process.

After reviewing your application, we are prepared to set up a new merchant account for MOBE-Online Product Group with the following approval conditions:

- Monthly volume: $17,000, average ticket $49
- Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75
- Approval by Qualpay of any changes or additions of products or service
- Annual Review of business financials (to include balance sheet and P&L)
- Enrollment with Chargeback Defense for full Services.  Merchant will be given 2 weeks from date of approval to complete enrollment.

Initially this account will be set up with 100% holdback reserve until website is compliant and outstanding items have been satisfied (listed below):
- Noted that there was evidence of deceptive marketing and merchant will need to adjust website
- Card associations required that logos be displayed for all card types accepted; merchant will need to add logos for Amex and Discover

By signing below, you agree to the conditions of approval lined out above.

_____   _1/06/2017_
Susan G. Zanghi                      Date

Sincerely,

Megan Hyde
Underwriter

Qualpay, Inc | 12409 E. Mirabeau Parkway, Suite 200 | Spokane Valley, WA 99216

**PX 40**

# How a Shy, 22-Year Old Farm Boy "Cracked the Code" To Making $15,200 Per Sale Online…

### And Went On To Make $51,373,000 In The Next 5 Years Using This "Big Paydays" System *(That You Can Easily Copy)*



Video may take up to 10 seconds to load… Be sure to turn up your speakers.

# How a Shy, 22-Year Old Farm Boy "Cracked the Code" To Making $15,200 Per Sale Online…

### And Went On To Make $51,373,000 In The Next 5 Years Using This "Big Paydays" System *(That You Can Easily Copy)*



Video may take up to 10 seconds to load… Be sure to turn up your speakers.

**PX 40**

# How a Shy, 22-Year Old Farm Boy "Cracked the Code" To Making $15,200 Per Sale Online…

And Went On To Make $51,373,000 In The Next 5 Years Using
This "Big Paydays" System *(That You Can Easily Copy)*

# "Big Paydays" System

**PX 40**

CONFIDENTIAL



**John Chow**
$1,475,594.16  +



**Shaqir Hussyin**
$1,421,986.00  +



**Paul Lynch**
$1,247,599.00 +



**Bill & Michelle Pescosolido**
$545,037.70 +



**Luke Lim**
$333,849.60 +



**Terry Lamb**
$284,185.86  +

## PX 40

FTC-MOBE-003257
01_QP_FTC_0000310

**MOBE-Online Product Group – Due Diligence**

**Google Map Search of business & primary:**





**Phone Verification: (844) 662-3787**

Business Phone Number, when dialed you immediately hear hold music once the phone is answered and than shortly after told to leave a message for a return call. I have verified this is the contact number for the business listed on the merchant's website.

**Routing Validation:**



**PX 40**

FTC-MOBE-003258
UT_QP_FTC_0000311

**MOBE – Online Product Group  (www.mobe.com )**

**Website Checklist:**

| Description | Checkbox |
|---|:---:|
| 1. Does the merchant legal name and ownership match that disclosed on the website? | ☒ |
| 2. Does description of goods or services on the application match the website merchandise? | ☒ |
| 3. Review links from the website to ensure that the merchant is only selling what is disclosed on the merchant application. | ☐ |
| 4. Is Refund Policy on website clearly defined and in readable print? | ☒ |
| 5. Is the following customer service information available through the merchant's website?<br>• Phone<br>• Email<br>• Web | ☒<br>☒<br>☒ |
| 6. Is the transaction currency in US Dollars? | ☒ |
| 7. Are shipping legal restrictions adhered too (such as Age Appropriate Merchandise)? | ☒ |
| 8. Is merchant's Delivery Policy defined on the website? | ☒ |
| 9. Is merchant's Consumer Data Privacy Policy disclosed on the website? | ☒ |
| 10. Is the security method for the transmission of payment data indicated (vendor that they are partnered up with for Data Security)? | ☐ |
| 11. Are the Merchant's Terms and Conditions disclosed and reviewed? | ☒ |
| 12. Is URL Ownership (via WHO IS) identified and documented in file? | ☒ |
| 13. There is no evidence of Deceptive Marketing Practices, which may include however is not limited too – Negative Option, Hidden Disclosure, Bogus Claims or endorsements, Pre-Checked Boxes, tactics to avoid refunds or cancellation. Any tactics evident to avoid chargeback monitoring programs? | ☐ |
| 14. Review of General Google Search or social media does not reflect negative posts about the company or consumers experiences with it | ☐ |

**WhoIs Registration Info:**

**PX 40**

CONFIDENTIAL

RAW WHOIS DATA
Domain Name: MOBE.COM
Registry Domain ID: 3376255_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-02-24T09:53:21.00Z
Creation Date: 1997-11-04T05:00:00.00Z
Registrar Registration Expiration Date: 2024-11-03T05:00:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: MATTHEW LLOYD MCPHEE
Registrant Organization: MOBE, LTD.
Registrant Street: 22 MERCURY STREET
Registrant City: CARLISLE
Registrant State/Province: WA
Registrant Postal Code: 6101
Registrant Country: AU
Registrant Phone: ███████████
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ███████@MOBE.COM
Registry Admin ID:
Admin Name: MATTHEW LLOYD MCPHEE
Admin Organization: MOBE, LTD.
Admin Street: 22 MERCURY STREET
Admin City: CARLISLE
Admin State/Province: WA
Admin Postal Code: 6101
Admin Country: AU
Admin Phone: ███████████
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ███████@MOBE.COM
Registry Tech ID:
Tech Name: MATTHEW LLOYD MCPHEE
Tech Organization: MOBE, LTD.
Tech Street: 22 MERCURY STREET
Tech City: CARLISLE
Tech State/Province: WA
Tech Postal Code: 6101
Tech Country: AU
Tech Phone: ███████████
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ███████@MOBE.COM
Name Server: N91.MOBE.COM
Name Server: N92.MOBE.COM
Name Server: N93.MOBE.COM
Name Server: N94.MOBE.COM
DNSSEC: unsigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-02-24T09:53:21.00Z <<<









## PX 40

FTC-MOBE-003260
01_QP_FTC_0000313

**RECENT POSTS**



**The Million Dollar Question: Should I Quit My Job to Start a Business?**

When I first decided to give digital marketing a try, I was not only in college, I was also running a start-making business. After classes and in my time off, I sat down at my laptop and learned about how to make sales through the internet. Soon I set up my first capture pages and [...]

READ MORE ○



**Five Types of Emails You Need to Send to Your Subscribers**

There is a saying in internet marketing that "the money is on the list," but your list is pretty useless if your emails are not getting opened, no matter how big it is. According to the Radicati Group, the average person receives 90 emails per day, and only a small portion of those actually get [...]

READ MORE ○



**Defeat Your Competition through Design and Definition, Part 1**

Competing with companies is an inevitable challenge that all startups must contend with. But when these competitors are influential industry players, achieving a prominent place in the market can become a near-impossible task. However, in 2005, Eric Ryan and Adam Lowry entered the cleaning supplies industry and successfully took on much-bigger dollar corporations such as [...]

READ MORE ○



**Pros and Cons of Working with Your Spouse or Partner**

I think most of you already know that for me, my business is the love of my life. I put all my energy into harnessing and growing MOBE and the rewards I get from doing so are amazing. For a lot of other people, however, marriage comes first, and that means working with a spouse [...]

READ MORE ○



**Seven Credit Card Myths You Need to Get Over**

For most adults, credit cards are a normal part of life. According to data from the Federal Reserve, 72 percent of American consumers have at least one credit card. Unfortunately, 53 percent of card users don't fully understand the terms and conditions of their accounts. This leads to all kinds of misinformation and fear that [...]

READ MORE ○



**How to Promote Multiple Offers When You're an Affiliate of Several Programs**

Recently, I was at a Diamond Mastermind event in Bali, Indonesia, and Vensz Ramesteds, a U.S. Diamond member, asked me a question. He wanted to know if you are an affiliate for several different companies, what is the best way to promote all of your interests without confusing your audience? First off, what I think [...]

READ MORE ○

**ARTICLE ARCHIVES**


How to Fail Spectacularly from a Successful $50 Million Exit—Part I


Why Choose Entrepreneurship over a High Paying 9-5?


Beat the Small Business Failure Rate and Build a Big Business


Use the Power of a Little "Yes" to Start Your Membership Site


Stakes Part 1: Thinking outside the Box


Easy Marketing Starts with the Groundbreaking Book Limitless


How to Identify and Fix Bottlenecks in Your Business


5 Wealthy Behaviors You Can Adopt Today


Success is a Marketer: It's Not What You Are, It's What You Say


How Two Guys Turned a Joke into a $25 Million+ Business


Five Tips for Effective Executive Meetings

How One Entrepreneur Took a Confidence-Building Hobby and Made It Big Business



**Books Builds Businesses—How to Write Yours, Part 3**

Most small businesspeople are neither the time nor the inclination to write a book. Yet, as was covered in the first and second parts of this article, they want the results that a book can help them achieve: authority, more leads, more clients, or even a new line of business, such as consulting or speaking. [...]

READ MORE ○



**What's My Business Worth? How to Create a Business worth $1 Million**

Like all entrepreneurs, I am always keeping track of what my business is worth. It's not that I have any plans to sell MOBE, but I need reassurance that my company is growing steadily and increasing in value. Unlike me, I know that a lot of entrepreneurs are in business just so they can enjoy [...]

READ MORE ○



**Eight Bad Investing Habits That Are Harmful to Your Portfolio**

Investing is a highly rewarding method of building and growing your wealth. However, it's risky. And if you're not financially literate, you could lose money entirely without having the chance to get it back. You've probably read all kinds of advice about how to make smart investments and grow your wealth, but here's something that [...]

READ MORE ○



**Change Your Mindset, Own Your Business**

To become wealthy, you need your own business. It's an axiom. Wages are my hobby. In my country, only two percent of the population earns more than $3,000 per month. And they are almost exclusively managers and business owners. There are very, very few specialists among those two percent, and most of them earn just a little above [...]

READ MORE ○


Marketing Methodology


To Be or to Do? The Question That Entrepreneurs Must Answer


Three Steps to Get a Big Crowd to Your First Webinar


What a First-Time Startup Really Looks Like


A True Tale of Entrepreneurial Perseverance, Part 2


"Can You Market Online without Social Networks? Sure, but Why?"


Hit These Three Factors to Improve Front-End Sales


Turn Your Fear of Failure into Motivation to Succeed


The Two Most Important Staff to Hire When Scaling Your Business

# PX 40



**How Crucial Is a Mobile App for the Growth of Your Company?**

If you wanted to run a business a few decades ago, you needed a brick-and-mortar office. Post-millennium, it became imperative for businesses to have a website. Fast-forward to the present, and you'll find an increasing number of companies launching mobile apps. In fact, some companies want mainly from their mobile app! The App Advantage According [...]

READ MORE ⊙



**Top 10 Things Businesses Waste Their Money On**

Money is a scarce resource in the startup world, and many small business entrepreneurs are always looking for ways to cut cost. This usually proves to be a difficult task, as everything seems to be necessary at the moment. The truth is, you don't need many of the things you are spending money on, and [...]

READ MORE ⊙


Your Business


Your Public Image: Are You Giving Yourself Enough Rope?

How to Grow Your Small Business with Live Events


A True Tale of Entrepreneurial Perseverance, Part 1

9 Ways for Entrepreneurs to Beat Stress


How More Abandoned Carts! Keep Customers around with Great Shipping

What Does the Future Hold for Your Business?



**How to Conquer Online Distractions at Work**

This might surprise you, considering I'm the CEO of a multi-million-dollar company, but even I have struggled with distractions at work. For me, the worst time-suckers were Facebook, Skype and my email. I know how tempting it is to check your messages, browse through your friends' photos and catch up on email notifications while you're [...]

READ MORE ⊙



**Healthy Business is the Result of Healthy Entrepreneurs**

It doesn't matter how much business sense you have; if your heart is about to give out, no one wants you in charge of his or her company. Kevin Harrington, one of the original members of Shark Tank, proudly boasted in his interview with Mike Dillard on the Self Made Man podcast, "I'm the same [...]

READ MORE ⊙

10 Hard Truths about Starting a Business

How to Manage Cash Flow in a Small Business



**Indispensable Copywriting Skills That Boom Your Response, Part 1**

Want to improve your sales copy by leaps and bounds? Copywriting involves many different tricks that a writer can have in their arsenal. While all of them are important, there are some that are simply indispensable. With a grasp of these "indispensables," even an average copywriter can markedly improve their results and get more response [...]

READ MORE ⊙



**Should You Buy a House with Cash or Get a Mortgage?**

When buying a residential property for personal or business use, mortgages are the go-to source for families and entrepreneurs. The reasons for obtaining a mortgage are fairly obvious: it lets you purchase a home without having the entire amount of money on hand, and it allows investors to capitalize on a property without spending the [...]

READ MORE ⊙


Will You Kill This to Save Your Business?

Can a CEO or Founder Be Fired from Their Company?


What to Do When Your Credit Is Maxed out and Your Business Isn't Growing

How to Tell if You Need a Bookkeeper or an Accountant



**Why Small Businesses Stay Small**

Small businesses stay small because it's so darn hard to get big. The government defines "small business" as anything under 500 employees. I've taken more than one business through the first three fairly distinct sizes and they haven't yet crossed 50 employees. Sole Businesses: Hiring Another Person Most businesses start with just you and maybe a [...]

READ MORE ⊙



**Apocalypse Maybe: 4 Reasons You Should Invest in Precious Metals**

In the year 1265, one ounce of gold was worth about £8.75 (adjusted for inflation). Most European gold was imported from the West African Sahara, where it was dispatched on the backs of camels, mules and donkeys. At that time, the strong, corrosion-resistant metal was used to coat the hands and numbers of clock towers [...]

READ MORE ⊙

How to Forge Successful Partnerships

6 Essential Elements of a Successful E-Commerce Website

Not Comfortable Self-Branding? Skip It and Just Promote Your Product

How Venture Capitalists Choose Which Startup to Fund



**How Do You Identify Stock Trends?**

Simply put, short-, intermediate- and long-term trends are the three kinds of trends that we see each day in our study of technical analysis. "A trend is your friend," is just one of the sayings that have come out of the study of primary and secular trends. Given the understanding that the psychology of the [...]

READ MORE ⊙



**How to Problem Solve—the Key Ingredient to Any Successful Startup**

All businesses usually begin with a dream. Founders either have an idea or set out to solve a problem, with each path guided by their entrepreneurial spirit. For Michael Wystrach, the founder of Freshly, it was seeking a solution for healthy, convenient eating at an affordable price that pressed him into starting his venture. During [...]

READ MORE ⊙


How Can I Get Franchise-Seekers Interested in Their Business?

16 Secrets of Ultra-Productive CEOs: Part 1



**What Are the Best Ways to Calculate the Stock Market?**

There are two prices that are critical for any investor to know: the current price of the investment he or she owns, or plans to own, and its future selling price. Despite this, investors are constantly reviewing past pricing history and using it to influence their future investment decisions. Some investors won't buy a stock [...]

READ MORE ⊙



**How to Hire the Best People for Your Startup**

There are many things an entrepreneur has to worry about when running a startup. For instance, growing a company will require bootstrapping or raising capital, product research and development, cultivating vendor relationships and adding additional staff. Michael Wystrach of Freshly.com recently talked about the importance of these responsibilities during an interview with Mike Dillard on [...]

READ MORE ⊙

6 Basic Principles of Writing the Perfect Product Description

How Technology Trends Changed Entrepreneurship

Characteristics of a Well-Designed Organizational Structure

How to Spend Less Money to Get Customers

The Definitive Answer: How Many Hours Do You Need to Work on Your Business?

What Are Some Live Chat Best Practices?

How to Jumpstart Your Net Worth and Grow Your Wealth

**PX 40**

CONFIDENTIAL



### How to Find Suppliers for Your Business

Finding reliable suppliers at a good price is crucial for every business. Without suppliers, production may have to halt, and if you are a retailer, you may end up with a lot of stock-outs, which will affect your relationship with your customers. To find a supplier that is best for your business, you have to [...]

READ MORE ⊕



### Books Build Businesses: How to Write Yours, Part 2

In Part 1 of this article, we looked at the reasons for writing a book and how to create your first draft, even if you don't have time or are "not a writer." In this second part, we will look at what you will need to do to carry your first draft forward into a [...]

READ MORE ⊕



### Six Metrics of Social Media Success

Lately, everyone has been buzzing about how to measure social media's impact on business. We know because we see their social media updates about it. Everyone from producers of popular consumer brands to Zagat-rated restaurants seems to believe that just having social media accounts will get the buzz going. On the other hand, nobody seems to know how [...]

READ MORE ⊕



### 10 Perfect Lunches for the Busy Entrepreneur

Every day, creative and capable entrepreneurs around the world tackle complicated business problems one after another and make decisions that will change how the world thinks about their industry. But, what are they forgetting about most days? Lunch. Brian de Haaff, CEO of Aha!, says that "exceptional leaders skip lunch" to maximize their available working [...]

READ MORE ⊕



### Six Ways to Improve Your Real Estate Investment Returns

Purchasing a real estate property is a crucial investment. While others are content to have the property as their home, others seek to increase their return on investment (ROI). And so, investing in a property can be quite lucrative, if and when it is done correctly. However, many investors are dissuaded from purchasing a property [...]

READ MORE ⊕



### Can "Changing the World" Be a Profitable Business Model?

Mornings. Do you welcome them? Are you the type who jumps out of bed, full of enthusiasm, ready to seize the day? If not, it could have something to do with purpose—or rather, lack of a strong and satisfying one. As entrepreneurs, many of us are seeking to "make it," to ascend from the work-a-day [...]

READ MORE ⊕


Your Net Worth and Grow your Wealth


Bezos Overlakes Buffet: 3 Secrets to Success from Amazon's CEO


How to Get Business Funding When You Have a Poor Credit Rating


How to Find High-Quality Sites That Will Post Your Ads


6 Must Have Qualities for Every Customer-Facing Salesperson


How to Take the Struggle out of Making Money Online


Fly First Class or Business Class for Less


How to Know if Your Business Idea is Patentable


Can I Charge My Customers for Limitless?


What is the Best Way to Get Started with CPA Marketing?


How Exactly Does SEO Work?

Your Funnel, Your Traffic, Your Business

What Not to Do: Secrets from Serial Entrepreneurs



### Who Is Most Susceptible to Online Fraud? The Answer Will Surprise You

There is often a depiction of senior citizens innocently picking up the telephone or browsing websites, and falling for scam after scam. Many worry about their grandparents and parents as they spend more time online, horrified that scammers will take advantage of their naiveté and credit cards. However, according to a study conducted by the [...]

READ MORE ⊕



### Five Marketing Tips from the Inventor of the Infomercial

Kevin Harrington is probably best known right now for his role as part of the "Shark Tank" cast, but he's been in the marketing game for a long time. Touted as the inventor of the modern infomercial, Harrington says that his breakthrough career moment came during a chance meeting with the inventor of the Ginsu [...]

READ MORE ⊕



### How to Build an Outstanding Reputation for Your Business

According to a Nielsen report, 92 percent of consumers trust products recommended to them by people they know. Research by Market Force also says 81 percent of online consumers' purchase decisions are influenced by their friends' social media posts. It's obvious: people buy from brands that those in their close circles are already saying good things [...]

READ MORE ⊕



### How to Get the Most out of Your Twitter Dashboard

Twitter has over 1.3 billion registered users and 313 million active users. This means it is one of the top social media platforms for businesses to connect with their customers. But when there is a time constraint, like there usually is in startup businesses, it's not always easy to use this platform fully to engage your [...]

READ MORE ⊕



### 5 Bad Startup Mentalities You Need to Fix

The No. 1 mistake is not knowing beforehand what types of secudes can cost you a lot. So to avoid that, below are the four excuses that you should never make! Before starting your very first business, it would be of great value to know ahead of time what type of excuses can cost [...]

READ MORE ⊕



### How to Repair an Unscalable Business

A business that is not scalable has restrictions or limits on its growth. For those of us that have spent a great deal of creative energy—not to mention money—on putting together a business, limited growth is the last thing we want to deal with. Unfortunately, many entrepreneurs are setting themselves up for failure because they [...]

READ MORE ⊕


For a Successful Future, Don't Neglect Your Past


Habits of Successful Real Estate Entrepreneurs


How to Set up an Efficient Office Space for Your Business


How to Exploit Buying Decisions with Cognitive Bias


How to Survive an IRS Audit


Your Business Won't Seem to "Start?" Open the "Hood" and "Jiggle" This


A Beginner's Guide to Email Drip Marketing Campaigns


Relationship Advice: Dealing with Customers Who Unsubscribe


How Do I Become a Quant?


Can I Build My Company with 100 Percent Remote Staff?


5 Ways to Plan for Your Retirement


How to Deal with Negative Feedback on Social Media

**PX 40**



**A True Tale of Entrepreneurial Perseverance, Part 3**

What do you think of when you think of perseverance? It's a combination of several things, as we've discovered in the first two parts of this article series. In Part 1, we looked at the "never give up" and "focus on your strengths" aspects. In Part 2, we looked at "goal immersion." In this part, [...]

READ MORE ⊙



**MOBE's Mastermind Attendees Get Something They Can't Get at Home**

Each of MOBE's highest-level business retreats—the Titanium, Platinum, and Diamond Masterminds—is held at an exotic location. This Mastermind tradition isn't something we do just for fun (though attendees get plenty of that while they are there). There's a practical reason too. Serious Fun The Bahamas, Bali, Canary Islands, Cancun, Costa Rica, Curacao, Fiji, Thailand ... [...]

READ MORE ⊙



**How to Use OneDrive to Create Business Momentum**

Entrepreneurship, at its heart, is all about momentum. It's about taking a single idea, developing it into a business plan, and putting together a team that will change an industry with your product. When you're in the midst of a wave of inspiration, the last thing you need is to waste time finding the right [...]

READ MORE ⊙



**The Five Biggest Customer Service Trends for 2016 and Beyond**

We've identified at least five major trends that we expect to shape the customer service experience in the years to come. Here they are: 1. It's Omnichannel Time Customer support is already held through the variety of channels. With social media narrowing the distance between customers and brands taking considerable steps to enhance their business roles, you [...]

READ MORE ⊙


Tips for Man Your Busine Cash Flow


"How to Rec and Retain C Staff "


Using Givea Promote You Business an Your Email L


How to Dete an Olympic Worth



**Stoikos Part 2—Making Millions by Maintaining Beards**

. Fresh from the success of his first major business, Coolbox, young entrepreneur, Chris Stoikos, launched his second company achieving similar results. The Dollar Beard Club is a subscription-based business that provides home delivery of affordable male grooming products. It didn't take long for the beardy young entrepreneur's business to go viral. In fact, the [...]

READ MORE ⊙



**So You Want to Be an Angel Investor**

In 2008, Apple launched their App Store and the technology investment community would never be the same. Since that time, app sales have gone through the roof, sprouting new entrepreneurs, new companies and new investment opportunities. This is truly the golden era of the angel investor—someone who invests in early-stage startups in return for a [...]

READ MORE ⊙



**Introverts Can't Succeed as Leaders or Entrepreneurs … or Can They?**

"Aloof," "loner," and "not a team player" are words often used to describe introverts in the work/business environment. But what is an introvert, really? Do they really lack what it takes to interact productively, to lead people, and achieve success—or is that the province of the extrovert only? Here is what introverts need to know [...]

READ MORE ⊙



**Learn How to Scale from a Successful $50 Million Exit—Part 2**

Many new businesses are created every day, but most never get off the ground. According to Bloomberg, 80 percent of businesses fail in their first 18 months. Oftentimes, a concept such as scaling never has the chance to spread its wings. Scaling is the period in a startup's existence when the product and business model [...]

READ MORE ⊙


Successful C Marketers E Frogs


When—and Good Enoug Good Enoug


Why Ebenez Scrooge Wo at Online Mc Making


How to Prov Value to You Business's Facebook G



**Five Legitimate Ways to Make Money from Home**

The lure of working from home is strong for most people. The ability to sleep in, spend breakfast and lunch with loved ones, and stop commuting is a dream come true for an estimated three million workers in the United States. According to Forbes, 47 percent of workers with the option to telecommute say they [...]

READ MORE ⊙



**How to Manage Rental Properties from Afar**

I manage over 50 units, 27 of which I personally own, and all of them are in California. I haven't been in California for over 60 days. I could theoretically stay outside of California for years. I could manage them from China. Location doesn't matter to me. Managing your properties from afar can be beneficial, and [...]

READ MORE ⊙



**Books Build Businesses: How to Write Yours, Part 1**

Do you want more leads? More sales? More authority? Are the answers to these questions so obvious as to make it pointless to ask them? (Probably.) There may be several ways (most of which are legal) to get these things. The most effective way to do it is by writing a book. But I Don't [...]

READ MORE ⊙



**10 Things You Need to Know before Investing in Metals**

Investment managers are notorious for advising their clients to invest in precious and industrial metals to diversify and stabilize their portfolios. Successful entrepreneurs often find themselves considering precious and industrial metals investment as a way to grow and protect their wealth, but they fail to realize that there are several ways to do this. Investing [...]

READ MORE ⊙


What Do Yoc Include in Yc Monthly Dig Marketing R


Are You a University S with Big Pla an After-Sch Job


When and W Invest in Oth Asset Classe

How to Stay Healthy and When You're

**PX 40**



**How to Market a b2b Company**

Here is a possible framework and some ideas when thinking about a marketing plan. This will need to line up with your sales strategy to keep the leads your marketing programs will hopefully bring you. When I think about the goals of marketing at a high level, I also consider funneling customers through a product. At [...]

READ MORE ❯



**How to Stay Productive after Work**

Throughout most of my career, I've juggled a full-time job as a consultant and an entrepreneur. And it's tough! You have to make the time to do everything and still find some energy for achieving personal goals. But one thing that I've learned over the years is this: if something gives you joy and you [...]

READ MORE ❯



**How Two Guys Turned a Joke into a $25 Million+ Business, Part 2**

What makes a market leader? In the first article in this series, I looked at iCracked.com, the on-demand smartphone repair company I was introduced to through the Self Made Man podcast, which is produced by entrepreneur-consultant Mike Dillard. In its six years of existence, iCracked seems to have navigated the often-uncertain course of a startup [...]

READ MORE ❯



**How to Detect & Protect Your Business from Fraud**

Fraud is not something you necessarily think of when you dream of starting a business. Yet, it's a very real issue for companies, large and small. Is your business vulnerable? Unfortunately, all companies are exposed to fraud. The Association of Certified Fraud Examiners (ACFE) conducted a study revealing that "companies with fewer than 100 employees [...]

READ MORE ❯



**How Top Brand Logos Are Influencing Customers**

Logos of top brands have become just as popular as the brand name and its product. Consumers can now easily recognize a brand by its logo without even seeing the brand name. From a glance, they may just seem like visual representations of brands. But the truth is, most famous logos have a deeper meaning. [...]

READ MORE ❯



**15 Secrets of Ultra-Productive Ceos—Part 2**

In Part 1, we've talked about the first seven secrets to productivity of startup CEOs. Now, we give you the last eight efficiency hacks you can apply to your daily routine. Secret #8: They avoid meetings at all costs. When I asked Mark Cuban to give me his best productivity advice, he quickly responded, "Never [...]

READ MORE ❯

# PX 40

CONFIDENTIAL

For a full list of our training programs to help you grow your business, <u>Click Here</u>.

**CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY**

**Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT**

Copyright © 2016 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
Nestor Merchant Services Branch in Georgia, 9 Dzma Kherkheulidze Str., No. 14 Apt. 3, City Rustavi
Mobe LLC · Didgori District, Borough Tskneti, the so-called almond garden area, Tbilisi, Georgia
MOBE · My Own Business Education · MOBE TV

## Our Vision

**Work Beyond Boundaries**

At MOBE, our goal is to become the **#1 Small Business Training Company In The World!** To achieve that goal, we've built a strong corporate team of top-tier talent from countries all across the globe, and we're constantly growing.

We know that success doesn't necessarily come from doing what everyone else does. Our flexible, telecommute-based approach to workplace culture allows our staff to bring out the best in themselves, and to contribute a stellar work ethic toward the achievement of a common vision.

**We have a unique idea of what makes a company great.**

So, if you're ready to expand your boundaries and contribute your valuable skills to a company that's revolutionizing the Online Business Education industry, meet our team and apply to join the MOBE staff today.





**PX 40**

CONFIDENTIAL

FTC-MOBE-003266

01_QP_FTC_0000319

## CONTACT



**MOBE Ltd.**

The MOBE head office and MOBE Studio are located at

B1-28-8, Soho Suites at KLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur

**MOBE Pro Ltd.**

Third Floor 207 Regent Street
London W1B 3HH

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:

1. MOBE.COM
2. MOBEORDER.COM
3. We Sell Good Traffic
4. AWPmobemarketplace60321811241
5. MOBEHELP.COM

Contact Customer Support at
**1-844-249-3733**

### General Inquiries

For general inquiries, please email us at:

info@mobe.com

### Promote

To promote the products on MOBE Marketplace, you will need to sign up as an affiliate by visiting our **affiliate back office**.

### Submit A Product

To submit your product to the MOBE Marketplace and get access to over 12,000 affiliates, you need to fill out the form on our **application page**.

### Customer Support

If you have any questions related to your MOBE products or services, your account manager, your login details, or anything else to do with MOBE, you can submit a support ticket. We'll strive to get back to you within 36 hours (though often will be much faster). You can submit a ticket at our support desk here: **https://mobe.com/support**.

While on the support page, please note that we have compiled some frequently asked questions (just scroll down a bit and you will see it). Often you will find your question has already been answered!

Please do not respond to any emails sent from MOBE with support questions - as we may not see them. The quickest and most effective way to get answers will always be through using our support desk, and submitting a ticket.

# MOBE Compliance

This page is a hub for all MOBE compliance documents, policies and procedures, as well as an easy place to look for resources for you to maintain your own marketing in a compliant and ethical manner.

MOBE is committed to not only maintaining its business in a legal and ethical fashion, but to also teach its customers and affiliates how to operate their businesses in the same way.

Please review the individual MOBE income and compliance documents to understand what is required to be an affiliate.

**For Affiliates**

**Marketing Disclosure Requirements**– When you are utilizing MOBE disclaimers you must use the correct disclaimer for your marketing medium. For example, type ads must have the print disclaimers, audio recordings must have the correct sound bite included, and videos must have one of the video disclaimers. You are welcome to use the examples we are providing here or copy them verbatim and make your own.

1.
   a.
   b.
   c.

**FTC Guidelines**

The FTC Guidelines for .com businesses may be found here:

Online ads are treated the same as traditional advertising and the basic principles of advertising law apply:

1. Advertising must be truthful and not misleading;
2. Advertisers must have evidence to back up their claims ("substantiation"); and
3. Advertisements cannot be unfair

Keep your advertising clean and your disclosures prominent. Sanctions may imposed for non-compliance with this policy.

# PX 40

FTC-MOBE-003267
UT_QP_FTC_0000320

# Income Disclosure Statement

MOBE owns multiple trademarks and branded offerings, such as, Internet Funnel Systems, 45 Minute Paydays and My Top Tier Business.

MOBE's goal is to be the #1 Training Resource For Small Business Owners and Entrepreneurs In The World. To achieve that goal, MOBE has recruited some of the top business trainers in the world, as well as a strong corporate team of talent strategically located around the world. We have also built one of the top affiliate programs in our industry, where MOBE Consultants can earn commissions from the sales of our products, services and live events.

MOBE pays commissions in accordance with our compensation plan, located _____ The MOBE Compensation Plan is an exciting opportunity that rewards you for selling Small Business Training Resources to customers. You can also benefit by sponsoring other participants who can do the same. Although the opportunity is unlimited, individual results will vary depending on the commitment levels and sales and marketing skill of each participant. This page contains detailed income statistics. The average Active MOBE Consultant generates less than $700 per year in commissions. The average Consultant, which includes both active and inactive, generates less than $250 per year, although it should be noted that the majority of inactive affiliates do not place ads to consistently promote programs for longer than 1 month. The "average" Consultant also does not finish the 21 Step training program, and fails to even attend the weekly training webinars. The average Consultant does not appear to take it seriously and does next to nothing to promote the commissionable programs. Do not become an average Consultant. Make sure you do not turn into a statistic, by completing all of the training steps, as well as attending all of the weekly training calls.

Some Consultants within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. We are excited about the income potential the MOBE Compensation Plan offers.

We always suggest that you discuss your business goals with your professional advisors. Prior to joining MOBE as a Consultant you should also discuss affiliate marketing with experienced affiliate marketers before deciding to promote any products, trainings, or services available through MOBE.

MOBE has no knowledge of your individual business experience or expertise. MOBE does not guarantee that you will make any money from your use or promotion of our business training products, trainings and services.

The following chart represents the past 12 months and includes data for everyone who joined any affiliate related program, no matter whether they promoted or not (many exhibited no marketing activity whatsoever). The chart does not include any income generated outside of the MOBE Compensation Plan or from their own businesses. In an attempt to provide transparency we have included the high, low and average monthly incomes in each income level as well as the annualized average income. We will update this chart annually. All percentages have been rounded to the closest full %.

**INCOME STATISTICS FROM SEPTEMBER 15, 2014 TO SEPTEMBER 15, 2015**

| Monthly Income Level | % of Active Consultants* | % of All Consultants* | Monthly Income | | | Annualized Average Income |
|---|---|---|---|---|---|---|
| | | | High | Low | Average | |
| $25,000 + | 10% | 2% | $371,500 | $25,140 | $198,070 | $2,376,840 |
| $10,000 - $24,999 | 12% | 2% | $24,900 | $10,000 | $17,450 | $209,400 |
| $5,000 - $9,999 | 3% | 4% | $9,998 | $5,000 | $7,499 | $89,988 |
| $2,500 - $4,999 | 3% | 5% | $4,995 | $2,501 | $3,748 | $44,976 |
| $1,000 - $2,499 | 7% | 14% | $2,499 | $1,000 | $1,750 | $20,994 |
| $500 - $999 | 3% | 8% | $999 | $500 | $750 | $8,994 |
| $250 - $499 | 3% | 10% | $499 | $250 | $375 | $4,494 |
| $100 - $249 | 2% | 13% | $249 | $100 | $175 | $2,094 |
| Less than $100 | 55% | 41% | $99 | $10 | $54 | $654 |

* A Consultant is someone who has signed up to be an affiliate and maintains the $19.95 per month affiliate subscription fee. An Active Consultant is someone who has also a) qualified to earn commissions by maintaining at least the Consultant Membership, and b) has not been terminated or chosen to discontinue being a Consultant. All figures are in US dollars.

Affiliate marketing is just like any business. It takes hard work to make substantial income. Affiliate marketing is no different. Some affiliates make no money at all.

**PX 40**

FTC-MOBE-003268

01_QP_FTC_0000321



**Our Commitment to Privacy**

Our Privacy Policy has been developed as an extension of our commitment to combine quality products and services with integrity in dealing with users. The Policy is designed to assist you in the understanding of how we collect, use and protect the personal information provided to us.

**What Information Do We Collect?**

When you visit our site, we collect two types of information: personal information you actively choose to disclose ("Active Information") and Site.

Information collected, in a way not visible to you, on an aggregate anonymous basis as you and other users browse our site ("Passive Information").

**1. Personally Identifiable Information**

This refers to information that lets us know specifically about you i.e. profile information.

**A. Registration**

When you register to become an authorized reseller of our products or services, we will collect Personally Identifiable information (such as name, address, email address, and telephone number). This Personally Identifiable information is securely stored and may be accessed on our website. You are assigned an identification number and select your own password – both are needed to enter the Site and to access your Contact Information. Please safeguard your password in a secure location as we are not responsible for breaches into the system when access is willingly provided.

**B. Ordering**

When you place an order for products or services, we collect Personally Identifiable information (such as name, contact and billing information, credit card, and other transactional information). We use this information to deliver your order, process payment, and to communicate the status of your order.

**C. Credit Card Storage**

Credit card information collected at registration or for product orders is used only to process payment for the transaction and, generally, is not retained on our Site. However, you may voluntarily elect to securely store multiple credit cards to be used for product orders.

**D. Surveys and Promotions**

Occasionally, you may voluntarily provide Personally Identifiable Information to complete surveys and questionnaires or to participate in user polls. We use this information to improve our products and services and to ensure that we're providing accurate disclosures. We may also use your Personally Identifiable Information to provide you newsletters and other marketing information that coincide with your preferences. You may customize your marketing preferences, or let us know if you do not wish to receive any promotional materials, by adjusting your Subscriptions & Email options on the Site.

**2. Aggregate Information**

This refers to information that does not, by itself, identify you as a specific individual. Such information would include the Uniform Resource Locator ("URL") of the website that referred you to our Site, your Internet Protocol ("IP") address (a number automatically assigned to your computer whenever you surf the web), your operating system and browser type, and any search terms that you enter on our Site. Our web server aggregates this information in order to monitor the level of activity on our Site, evaluate its effectiveness, and improve the content of our Site in order to make your visit an easy and enjoyable experience.We may collect, compile, store, publish, promote, report, or otherwise disclose or use any Aggregate Information, provided that such information does not personally identify you. We do not correlate any Personally Identifiable Information with the Aggregate Information that we collect on our Site. If we do correlate any Aggregate Information to you, it will be protected like any other Personally Identifiable Information under this Privacy Statements.

# PX 40

**Active Information You Choose to Provide**

In order to gain use of the site (become a "user"), we require you to disclose the following information: Name, Address and Phone Number.We use secure socket layer (SSL) encryption to protect the transmission of the information you submit to us when you use our secure online forms. The information you provide to us is stored securely.

**Passive Information Collected**

**What is a Cookie?**

Cookies are a feature of web browser software that allows web servers to recognize the computer used to access a site. They are small pieces of data stored by a user's browser to simplify subsequent interactions with the site. This makes it easier for a user to move from site to site and to complete transactions over the Internet. Cookies should make your online experience easier and more personalized.Our site utilizes cookies to collect information about how our site is used. Passive information gathered may include the date and time of visits, the site pages viewed, time spent at our site, the sites visited just before and just after visiting our site. If you do not wish to transmit "cookie" information about yourself, you may turn off the cookie function in your web browser.Our site's servers also automatically identify your computer by its Internet Protocol address, which is a unique string of numbers that are assigned to your computer by your Internet Service Provider. The IP address may be used to address problems with our server or to gather broad demographic information about our users. We passively collect your IP Address.

**How Do We Use the Information Collected?**

Broadly speaking, persons we employ directly, or as contractors or agents at our direction use Active Information for purposes of administering our business activities, providing customer support and making available other products or services we think might be of interest to our users. We may use the Active Information or Passive Information you provide to contact you about various changes to our site, new services, features or products we offer. If at any time you do not wish to receive such information, you may "opt-out" of doing so by adjusting your email settings in the back office of the website.We use Passive Information to gather information about our users and to enhance our site to make it easier, faster and friendlier for users. Additionally, cookies help us better understand the usage pattern of the people that visit our site, which helps us improve our services. Passive Information may result in your viewing of particular advertising based on your user habits.

**Your Information in Relation to Others We Link To**

You might be able to access other websites through our site via hyperlinks. When you do so, you are subjecting yourself to their privacy policies and data collection. Please read the privacy policies of those sites to ensure you agree with the terms before using such sites.

**Sharing Information with Advertisers or Other Third Parties**

We may disclose anonymous information about user habits to advertisers on our site. The parties who perform services for us (credit card processors, merchant bank, Internet Service Provider) may also have access to your information in performing such services. Should we buy or sell assets of our company, another company may need to review our company's assets, which might include your information, to make business decisions as to whether to acquire such assets.

**Sharing Information with the Government or As Otherwise Required by Law**

We may be required by subpoena, law or government agency to disclose both Active and Passive Information you have provided to us.

**How Do We Secure Active Information and Passive Information?**

We secure your personal information submitted to you by using reasonable efforts to prevent unauthorized access or disclosure, or accidental loss of Active and Passive Information. Individual postings on this site and other communications to our office via e-mail or standard mail may not be secure unless we advise you that security measures are in place prior to your submission of information. Therefore, if you choose to communicate with us through these means, you are assuming the risk of doing so and we respectfully request that you not send or post sensitive information through these means.

**Accessing and Correcting Your Information**

We take reasonable measures to ensure that any Personally Identifiable Information we collect on our Site is accurate, current, complete, and reliable for its intended use. If you wish to update or otherwise correct Personally Identifiable Information provided to us, you may edit your information online.

**Protecting Your Information**

We acknowledge your trust and are committed to take reasonable steps to protect Personally Identifiable Information provided from loss, misuse, and unauthorized access. We employ physical, electronic, and managerial procedures to safeguard and secure your information.It is your responsibility to safeguard the password you use to access our Site and to promptly advise us if you ever suspect that your password has been compromised. We strongly encourage you to change your password regularly to prevent unauthorized access. Because your identification number and password are specific to you, you acknowledge sole responsibility for any and all use of our Site conducted with your identification number and password.

**Links to Other Websites**

Links to third-party websites may be provided solely for your information and convenience or to provide additional shopping for various other goods and services through our Merchant and Services Partners. If you use these links, you will leave our Site. This Privacy Statement does not cover the information practices of those websites nor do we control their content or privacy policies. We suggest that you carefully review the privacy policies of each site you visit.

Children's Privacy Protection We take special care to protect the privacy needs of children and encourage parents to be an active participant in their child's online activities. Our Site does not target and is not intended for children under the age of 18, and we will not knowingly collect Personally Identifiable Information from them. If we discover personal data from a child through our site, we will eliminate that data. You may learn more about protecting children's privacy online by visiting: http://www.ftc.gov/bcp/edu/pubs/consumer/tech/tec08.shtm.

Changes to This Statement Any updates or changes to the terms of this Privacy Statement will be posted on our Site and the date of the newest version posted below. Please check back frequently, especially before you submit any Personally Identifiable Information at our Site, to see if this Privacy Statement has changed. By using our Site, you acknowledge acceptance of this Privacy Statement in effect at the time of use.

YOUR USE OF OUR SITE MEANS THAT YOU ACCEPT THE PRACTICES SET FORTH IN THIS POLICY. YOUR CONTINUED USE INDICATES YOUR AGREEMENT TO THE CHANGES.

# PX 40

CONFIDENTIAL

FTC-MOBE-003270

UT_QP_FTC_0000323

## Terms and Conditions

**MY OWN BUSINESS EDUCATION, LTD. ("MOBE")**

**ACCEPTANCE OF TERMS THROUGH USE**

By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to these Terms and Conditions please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.

YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.

**LICENSE TO USE THIS SITE**

Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by MOBE. Its advertisers and licensors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.

**LICENSE RESTRICTIONS USE**

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

**SECURITY**

You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying (          ) MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party.

You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

**EXPORT**

You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site, and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws and/or without all required U.S. and foreign government licenses.

**GOVERNMENT USE**

If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompany documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995. Unpublished rights reserved under the copyright laws of the United States.

**PX 40**

CONFIDENTIAL

FTC-MOBE-003271

**ERRORS AND CORRECTIONS**

While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

**LINKS TO OTHER WEBSITES**

Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for, and undertake to maintain, their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

**USER'S LICENSE GRANT TO SITE**

Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge that you are fully responsible for the message, including its legality, reliability, appropriateness, originality and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

**USER CONDUCT**

By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:

   **1** is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies.

   **2** infringes any patent, trademark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;

   **3** constitutes unauthorized or unsolicited advertising, junk or bulk email (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

   **4** contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any  software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or

   **5** impersonates any person or entity, including any employee or representative of this site, its licensors or advertisers.

You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.

You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent.

This site generally does not pre-screen, monitor, or edit the content posted by users of this site. However, this site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, damages or results, in removing such content.

You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation of these Rules and/or for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

**INTELLECTUAL PROPERTY RIGHTS**

   *1. Copyright*

The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws, ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.

   *2. Trademark*

MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited. Use of a MOBE Trademark or other logo without permission may result in termination of the Consultant's relationship.

**THIRD PARTY SITES**

You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of the site by MOBE, its advertisers or licensors, any association with its operators and is provided solely for your convenience. You agree that MOBE and its licensors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

**REFUNDS**

MOBE offers a thirty-day, money back guarantee on certain products. You should review the product or service agreements for your purchase to determine what refunds are offered, if any. Mastermind event purchases are non-refundable, and once three business days has passed from the time of the Mastermind event purchase all sales are final. Attendance at any live event also preempts any refund period, so once you have entered a live event all sales are final. All subscription fees are nonrefundable as the benefits of the service are realized immediately upon payment. MOBE complies with all local laws and regulations so refunds may be offered for longer periods where necessary.

**DISCLAIMER OF WARRANTIES**

MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site, or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE. advertisers and/or its licensors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct; that this site will be available at any particular time or location; that any defects or errors will be corrected; or that the contents of any information received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

**LIMITATION OF LIABILITY**

Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strict liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

# PX 40

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site, or any violation of this Agreement. MOBE reserves the right, at it own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses

**LEGAL COMPLIANCE**

MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the User's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**DISPUTE RESOLUTION & BINDING ARBITRATION**

USER AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Agreement dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree to submit all disputes to binding arbitration governed by the American Arbitration Association and under the Commercial Rules. A single arbitrator will oversee the arbitration. The arbitrator only has authority to award contract damages, and does not have authority to award any punitive, special or consequential damages. User and MOBE agree that all hearings will be held telephonically. Such arbitration will be final and binding on MOBE and User and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each Party's Attorneys fees will be paid by the respective party. The parties will pay all costs related to the arbitration equally.

**CHOICE OF LAW AND FORUM**

This site (excluding third party linked sites) is controlled by MOBE from its offices within Malaysia. It can be accessed from all countries around the world to the extent permitted by site. As each of these places has laws that may differ from Malaysia, by assessing this site, both you and MOBE agree that the statutes and laws of Malaysia shall apply to any actions or claims arising out of or in relation to this Agreement or your use of this site, without regards to conflicts of laws principles thereof. You and MOBE also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of Malaysia and any legal proceedings shall be conducted in English. MOBE makes no representation that materials on this site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited.

**RECURRING TRANSACTIONS**

Certain products are sold as a monthly service and the recurring monthly fee is clearly noted on the individual product page.  If you purchase a product with a recurring charge, the first month is delivered upon purchase. Following months will automatically be billed to your credit card beginning 30 days after this purchase, and on the same date each month thereafter until canceled. There is no long-term contract.  You are free to cancel the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice before the next re-billing.

**BANK CARD STATEMENTS**

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:
1) MOBE.COM
2) MOBEORDER.COM
3) MOBEHELP.COM
4) We Sell Good Traffic
5) AW*mobemarketplace60321811241
6) mobe.com18446623787 GE

**MISCELLANEOUS**

This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law.

**COMPANY ADDRESSES**

MOBE, Ltd. Soho Suites at KLCC B1-28-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia
MOBE Processing.com, Inc. 13506 Summerport Village Parkway, Windermere, Florida 34786
MOBE Pro, Ltd. Third Floor, 207 Regent Street, London W1B 3HH
MOBE Online, Ltd. 54 Wellington Street Rose-Hill Mauritius

This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.

MOBE Ltd. | All Rights Reserved.

# PX 40

FTC-MOBE-003273

UT_QP_FTC_0000326



# Merchant Info Questionnaire

| Business Information | |
|---|---|
| DBA  (Name that will be on the card holders bill) | MOBE (My Own Business Education) |
| Location address | 8207 Golf Ridge Drive |
| Location city | Charlotte |
| Location state | NC |
| Location zip | 28277 |
| Legal Business Name (as it appears on tax return) | MOBEPROCESSING.COM INC. |
| Mailing address (if different from location address) | N/A |
| Mailing city | N/A |
| Mailing state | N/A |
| Mailing zip | N/A |
| Company Phone | |
| Company fax number | (704) 919-5275 |
| Customer service phone number | (844) 662-3787 |
| Website URL | mobe.com |
| Contact person (if questions on account) | Susan Zanghi |
| Contact person's email | susan@mobe.com |

| Business Profile | |
|---|---|
| Business Structure (corporation, LLC, sole prop, etc.) | Corportation |
| Federal Tax ID | 47-3489384 |
| Date business formed | Dec 2014 |
| State business created in | Deleware |
| Number of employees | 160 |
| Trade reference 1 – Business name | Russ Whitney Consulting |
| Contact name and number (of reference 1) | Russ Whitney, Sr. |
| Trade reference 2 – Business name | Ross Weber, Attorney |
| Contact name and number (of reference 2) | Ross Weber |

| Owner/Officer | |
|---|---|
| 1 - Primary Owner's Name | Matthew Lloyd McPhee |
| Title | CEO |
| Ownership % | 100% |
| Social Security # | N/A – Australian Tax ID # Redacted |
| Date of Birth | Redacted |
| Mobile Number | Malaysia - USA (980) |
| Home Address | B2-13-1 Soho Suites @ KLCC No 20 Jalan Perak |
| Home City | Kuala Lumpur |
| Home State | WP - Malaysia |
| Home Zip | 50450 |
| Driver's License number | Redacted (Western Australia) |
| 2 - Secondary Owner's Name | Susan Zanghi |
| Title | Finance Manager |
| Ownership % | 0% |
| Social Security # | |
| Date of Birth | Redacted |
| Mobile Number | |
| Home Address | 8207 Golf Ridge Drive |

## PX 40

CONFIDENTIAL

FTC-MOBE-003274

01_QP_FTC_0000327



# Merchant Info Questionnaire

| Home City | Charlotte |
|---|---|
| Home State | North Carolina |
| Home Zip | 28277 |
| Driver's License number | Redacted (NC) |

## Site Survey

| Office Structure (Office, Residential) | Residential |
|---|---|
| Floor you occupy & # of floors in building | 1 / 2 |
| Approximate square footage | 1300 |

## Product Price Info

| Projected annual volume | $200,000 |
|---|---|
| Average ticket | $2000 |
| High ticket | $2,500 |
| Describe product/service in detail | MOBE Online Product Group |
| Refund policy | 3 Days unless legal requirement longer |
| Transaction Type (must equal 100%) | |
| Card swipe % | 75% |
| Mail Order / Telephone Order % | 0% |
| Internet - Ecommerce % | 25% |
| % of Business to Consumer sales | 50% |
| % of Business to Business sales | 50% |

## Current Account Profile

| Do you currently accept V/MC/D? | Yes |
|---|---|
| Do you currently accept AmEx? | Yes |
| If not currently accepting AmEx, do you want to? | |
| Name of current Processor | Chase |
| Gateway using or would like to use | |
| Have you ever been terminated by a Processor? | Yes |

## Bank Information

| Bank Name | Bank of America |
|---|---|
| Bank address | 7911 Providence Rd |
| Bank phone number | (704) 386-1293 |
| Contact Name | Undra A Perry |
| Account # | Redacted |
| Routing # | 053000196 |
| Is this a checking or savings account? | Checking |

# PX 40



# Merchant Info Questionnaire

| Offer / Campaign Information | |
|---|---|
| Describe the product/service being sold. | *MOBE Online Product Group* |
| How is the product/service ordered or purchased? | *Live Events and Website sales* |
| What are the price points for the product/service? | *$49 and $2500* |
| Is the product/service being sold through a Front End or as an upsell offer? With any upsell offers, please list all applicable Front/Back end partners with the product/service being sold. | *Original front end offer is a $49 offer with an upsell to $2500* |
| Is the product/service being cross sold with any other product/service? If yes, explain. | *No* |
| Is there a free trial and/or auto ship program attached to the product/service? | *No* |
| Is there recurring billing/continuity plan associated with the product/service? | *No* |
| How is the product/service advertised, marketed, and/or promoted to support the projected volume/transaction estimates? (i.e. radio, print, affiliate networks, CPA, publishers, and/or other sources to support the transaction count per day) | *The event where the product is presented is promoted by affiliate emails, direct mail, Facebook, you-tube, etc* |
| List all major affiliates (sub affiliates), CPA's, and publishers used to generate sales. | *N/A* |
| How do you track affiliate sales and monitor for lead quality? | *Through our company CRM* |
| What is the warranty, return, and refund policy? | *3 days* |
| How can a customer cancel from Auto Ship/Bill and/or continuity program? | *By contacting Customer service or faxing a request* |
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN -House* |

| Fulfillment | |
|---|---|
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN - House* |
| Which of the following shipping confirmations do you use?  1) Delivery Confirmation, 2) Signature Confirmation, and 3)None | *3 – None* |
| Who manufactures/produces the product/service? | *N/A* |
| If selling digestibles, supplements, etc. | |
|    Have your products been evaluated /regulated by the FDA. | *N/A* |
|    Who manufactures/produces the product/service? | *N/A* |
|    Who manufactures/produces the product/service? | *N/A* |
| How many units per day is your manufacturer capable of producing should demand increase? | *Unlimited* |
| On average, how much product is maintained in stock, either in house or at your shipping facility? | *N/A* |
| Do you receive Inventory/Inventory Management Reports? | *N/A* |
| Will tangible products be shipped within 7 calendar days of sale capture? | *N/A* |

# PX 40

FTC-MOBE-003276
01_QP_FTC_0000329



# Merchant Info Questionnaire

| Who is taking the order? | Customer Support |
|---|---|
| At what time or point during the ordering process does the merchant or the fulfillment center bill the cardholder (i.e at time of order, at time of shipping, etc…)? | At the time of order |
| What happens if the product is unavailable or if service cannot be rendered (i.e. cease billing customer, issue refund, or notify customer of delayed shipment)? | N/A |
| Do you continue to accept sales if products/services are backorder/unavailable? | N/A |
| **Customer Service** | |
| Is Customer Service handled In House or outsourced? If outsourced with whom? | In-House |
| If Customer Service is outsourced, has anyone from your company visited the customer service facility? Will there be impromptu visits to the call center going forward? | N/A |
| Has anyone from your company participated in the training of the customer service staff? | N/A |
| If Customer Service handled In House, how many customer service reps are on staff? | 18 |
| What are your customer service hours? | 24 hours per day / 7 days per week |
| Who is handling returns/chargebacks? | Our Finance Team |
| If applicable, is the fulfillment center automated to credit customers for returned or refused shipments? | N/A |
| How does the fulfillment center communicate with you and vice versa? | Via email or Skype |
| Do you have a quality control process in place to review orders on a regular basis in whole or in a sample set? | N/A |
| What is the customer service number you would like to have show up on card holders statements? | (844) 662-3787 |
| How do you want the description to read on customer's bank statements? (22 characters max, includes spaces) | MOBEPROCESSING.com Inc. |

# PX 40

CONFIDENTIAL

**PX 40**

FTC-MOBE-003278
UT_QP_FTC_0000331

| db_timestamp | source | message |
|---|---|---|
| 2016-12-02 08:01:21 | APP | Application created. |
| 2016-12-13 12:32:57 | APP | Application emailed to susan@mobe.com |
| 2016-12-18 19:02:40 | APP | Application emailed to susan@mobe.com |
| 2016-12-19 09:07:58 | APP | The account has the same owner &amp; legal name as apps 101109, 101108, 101106, 101087, 101083, &amp; 101035. |
| 2016-12-20 06:18:11 | APP | Application emailed to susan@mobe.com |
| 2016-12-20 08:10:05 | APP | Application emailed to tracy@platpay.com |
| 2016-12-20 12:12:55 | APP | Application submitted. |
| 2016-12-20 13:22:09 | CREDIT_BI | Susan is the Finance Manager and has been given authorization to enter into the merchant agreements by the owner who is Australian citizen who lives in Malaysia. SRenz has requested something in writing from the owner giving Susan authorization. |
| 2016-12-21 10:30:26 | APP | Per partner, transactions will be 85% retail/CP and 15% MOTO. OLA has been updated. |
| 2016-12-21 10:34:36 | CREDIT_BI | There are 6 other applications for a total of 7 accounts  (combined monthly volume is $416,666.68)  under this relationship / legal entity. This account will be used to sell business education mentorship programs. Transactions are 85% retail/CP and 15% MOTO. Merchant offers various pkgs:<br><br>1)  Workshop #1 ($10,000) - Group Workshop<br>2)  Workshop #2 ($25,000) - Mentor and book; MOBE Mentor will meet with client for 6 full weeks plus 3 days in person. 6 full months of additional training, support, and coaching - most of these will be paid via wire transfer, not routed through this acct<br>3)  Workshop #3 ($50,000) - Mentor, book, Malaysa, Film; MOBE Mentor will meet with client for 6 full weeks plus 3 days in person. 6 full months of additional training, support, and coaching - pymt will be via wire transfer, will not be routed through this acct<br>4)  Workshop #4 ($100,000) - Mentor, more books, more Malaysa, more film; MOBE Mentor will meet with client for 6 full weeks plus 3 days in person. 6 full months of additional training, support, and coaching - pymt will be via wire transfer, will not be routed through this acct |
| 2016-12-21 13:24:25 | CREDIT_CC | Susan G Zanghi: Non-homeowner; ScorexPLUS score ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Power Pay) |
| 2016-12-21 13:24:53 | CREDIT_CC | MOBEPROCESSING.COM INC: No commercial credit on file with Experian |
| 2016-12-21 14:14:27 | CREDIT_BI | Business est 12/2014.  Website (www.mobe.com), website review required.  BBB rating of F with 6 complaints from Feb-Oct 2016 mostly dealing with advertising/sales issues or failing to provide refund.  14 consumer complaints found on Ripoff Rpt from 2010-Nov 21, 2016, 2 consumer complaints on Complaints Board. |
| 2016-12-21 14:19:31 | CREDIT_BI | Business Bank Statements (Aug-Oct 2016) 3 mo avg bank balance $374,824.71.  Ending balance in Aug substantially higher than Sept &amp; Oct (Aug - $738,964.05, Sep - $190,910.49, Oct - $194,599.59) |
| 2016-12-21 14:24:52 | CREDIT_BI | 2015 Balance Sheet: Total Current Assets $1,794,438.76; Total Liabilities $219,997.77; Total Equity $1,574,440.99<br><br>2015 P&amp;L: Total Income $16,586,308.91; COGS $1,733,988.29; Total Expenses $12,764,040.23; Net Income $1,574,468.09 |

| 2016-12-21 14:45:56 | CREDIT_BI | BizID Acct Opening Rpt: BizID score of 830 rated low risk.  Rpt unable to verify business address - will need to verify. Business verified using other means. TaxID validated using Convey.  No critical business alerts.   Rpt verified primary SSN a DOB.  Primary address verified using Google Maps search.  1 fraud shield alert due to mobile phone.  No OFAC matches |
|---|---|---|
| 2016-12-22 09:29:44 | CREDIT_ADDITION AL | Questions for merchant:<br><br>1)  What does the $10K group workshop entail?  (if book is included, need to know who&#39;s providing fulfillment) (if Malaysa is included, need to know what this is)<br>2)  Is fulfillment greater than 30 days? |
| 2016-12-22 09:30:24 | CREDIT_BI | Product offering from Ad Slick:  Customers must sign a non-disclosure agreement that states that customers will not share what they learn with others:<br><br>10K - will need info<br>25K - MOBE acceleration - 50 copies of book, Limitless, customized with customer&#39;s affiliate link, , They must be positioned at Platinum or Diamond<br>50K -  MOBE Elevation Program - everything in 25K plus:  100 copies of book, 2 day studio package capturing customer&#39;s digital story, invited to speak at live MOBE event, must be positioned as a Diamond<br>100K - MOBE 7-Figure Business Launch Program - everything in 50K plus - flying directly to Kuala Lumpur working with Matt Lloyd directly for 2 weeks with two other Diamond members, 3 day studio package, 5 hour private consult with Matt Lloyd, co branded webinar with Matt Lloyd, access to MOBE email list, crafted live presentation, full year of coaching, 200 copies of book, |
| 2016-12-23 11:48:17 | CREDIT_BI | Rec&#39;d &amp; uploaded letter from CEO, Matthew Lloyd McPhee, authorizing Susan Zanghi as financial representative. Signed with e-signature |
| 2016-12-23 12:03:10 | APP | Outstanding Items:<br><br>1)  What does the $10K group workshop entail?  (if book is included, need to know who&#39;s providing fulfillment) (if Malaysa is included, need to know what this is)<br>2)  Is fulfillment greater than 30 days? |
| 2016-12-23 12:39:27 | CREDIT_BI | Have received confirmation that CS team is accessed by toll free number.  Teachers/mentors are similar to 1099 employees and travel to events.  US side of business is operated from signer&#39;s (Susan Zanghi&#39;s residence) |
| 2016-12-23 14:25:45 | APP | Per partner, they will be providing the terminals; acct will use NMI gateway and they will most likely provide the merchant with Magtek USB swipers. OLA has been updated |
| 2017-01-03 08:36:00 | CREDIT_ADDITION AL | Response from TDodd:<br>1) $10K workshop is a 3 day on location training event (locations vary), book is not included and Malaysa is not applicable here.<br>2) Package is purchased 90 days prior to event at most (about 85% are at 90 days) future delivery recapped above) |
| 2017-01-03 13:52:33 | APP | SRenz reached out to TDodd: As the outstanding items have been satisfied We could go ahead and approve this account or would you prefer that we hold off and approve all of them at the same time? |
| 2017-01-03 13:52:33 | CREDIT_ADDITION AL | SRenz reached out to TDodd: As the outstanding items have been satisfied We could go ahead and approve this account or would you prefer that we hold off and approve all of them at the same time? |

PX 40

FTC-MOBE-003280

| | | |
|---|---|---|
| 2017-01-03 14:41:31 | CREDIT_BI | Future Delivery Calculation: $166,666.67 ÷ 22 business days &#61; $7,575,76 daily volume<br>Workshop #1 ($10,000):  $7,575.76 X 90 days &#61; $681,818.40 X 85% &#61; $579,545.64 |
| 2017-01-04 08:33:31 | CREDIT_BI | Processing History (Jul 2014-Jan 2015): 7 mo processing average $1,319,772.67, average ticket $418.80, average chargebacks 60.  Highest number of chargebacks in given months was 82.  CB ratios 2.07% ($) / 1.76% (#) |
| 2017-01-04 08:52:28 | APP | SRenz reached out to TDodd 1/3/2017: As we are attempting to calculate our future delivery - For this account, is the requested monthly volume of $166,666 solely for Workshop #1 ($10,000) since it was relayed that the other workshops will be paid via wire transfer? Or is this monthly volume including the transactions for the other workshops? If yes to the latter, what percent of this monthly volume is derived from Workshop #1? |
| 2017-01-04 08:52:28 | CREDIT_ADDITION AL | SRenz reached out to TDodd 1/3/2017: As we are attempting to calculate our future delivery - For this account, is the requested monthly volume of $166,666 solely for Workshop #1 ($10,000) since it was relayed that the other workshops will be paid via wire transfer? Or is this monthly volume including the transactions for the other workshops? If yes to the latter, what percent of this monthly volume is derived from Workshop #1? |
| 2017-01-04 11:51:46 | CREDIT_ADDITION AL | Response from TDodd: The $166K monthly would be for just the 1st workshop (at $10K each that only allows for 16 people per month) |
| 2017-01-05 11:29:29 | CREDIT_ADDITION AL | There are 6 other applications for a total of 7 accounts  (combined monthly volume will be $418,000)  under this relationship / legal entity.)<br><br>Based on established business, solid business financials, future delivery exposure, and higher ticket amounts.  Am comfortable approving with the following conditions:<br>* Monthly volume $167,000, average ticket $10,000, high ticket $10,000 (capped at $175K)<br>* 10% rolling reserve based on 12 months&#39; volume<br>* Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75<br>* Approval by Qualpay of any changes or additions to product<br>* Annual Review of business financials (to include balance sheet &amp; P&amp;L)<br>* Enrollment with Chargeback Defense for full services. Merchant will be given 2 weeks from date of approval to complete enrollment.<br><br>Concurrence by SRenz required due to combined monthly volume |
| 2017-01-05 11:45:10 | CREDIT_ADDITION AL | I concur with the approval recommendation. Have notified MHyde |
| 2017-01-05 11:47:11 | APP | Conditional Approval Agreement sent to merchant |
| 2017-01-05 11:47:11 | CREDIT_ADDITION AL | Conditional Approval Agreement sent to merchant |
| 2017-01-06 08:49:03 | CREDIT_ADDITION AL | Received signed conditional approval agreement - ok to approve |

PX 40

FTC-MOBE-003281



January 5, 2017

Subject: MOBEPROCESSING.COM INC

Ms. Zanghi,

Thank you for choosing Qualpay for your credit card processing needs.  We appreciate your patience during the underwriting process.

After reviewing your application, we are prepared to set up a new merchant account for MOBE-Coaching/Mentoring with the following approval conditions:

- Monthly volume: $167,000, average ticket $10,000
- 10% rolling reserve based on 12 months' volume
- Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75
- Approval by Qualpay of any changes or additions of products or service
- Annual Review of business financials (to include balance sheet and P&L)
- Enrollment with Chargeback Defense for full Services.  Merchant will be given 2 weeks from date of approval to complete enrollment.

By signing below, you agree to the conditions of approval lined out above.

_____     DI/05/2017
Susan G. Zanghi                          Date

Sincerely,

Megan Hyde
Underwriter

Qualpay, Inc | 12109 E. Mirabeau Parkway, Suite 200 | Spokane Valley, WA 99216

**PX 40**

CONFIDENTIAL

FTC-MOBE-003282
01_QP_FTC_0000332

MOBE-Coaching/Mentoring – Due Diligence

**Google Map Search of business & primary:**





**Phone Verification: (844) 662-3787**

Business Phone Number, when dialed you immediately hear hold music once the phone is answered and than shortly after told to leave a message for a return call. I have verified this is the contact number for the business listed on the merchant's website.

**Routing Validation:**



**FedACH® Detail**

Search for Fedwire Participants    Search for FedACH Participants    Download E-Payments Routing Directories

Federal Reserve Routing Information    Fedwire Treasury Routing Information    Frequently Asked Questions

**Name, Location and Routing Information**

| | |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Location: | RICHMOND, VA |
| Routing Number: | 0530-0019-6 |
| Telephone Number: | 800-446-0135 |
| Revised: | November 9, 2004 |
| Office Code: | O |
| Record Type Code: | 1 |
| New Routing Number: | Not Applicable |
| Institution Status Code: | 1 |
| Servicing FRB Number: | 051000033 |

Back To Results    New Search    Revise Search

The effective date of this FedACH directory is December 15, 2016.

## PX 40

CONFIDENTIAL



**Attention: MOBE Members...**

# WOULD YOU LIKE A "MOBE MENTOR" TO HELP YOU CREATE AND LAUNCH YOUR NEXT PRODUCT & SALES FUNNEL?

If accepted into this exclusive program, your MOBE Mentor will work with you 1-on-1 to create and launch your own product and sales funnel. This sales funnel is a true asset that can generate hundreds of thousands of dollars per year for your business for many years to come.

**PX 40**

CONFIDENTIAL

FTC-MOBE-003284
01_QP_FTC_0000334



I've just launched a new program called **MOBE Acceleration.**

This program is only available to Diamond and Platinum members and it's very exclusive.

We can only accept a limited number of people into this program at any time. I urge you to read this entire letter now while spots are still available.

If selected, you will work 1-on-1 with a MOBE Mentor – someone who has worked side-by-side with me and knows my entire marketing "system" like the back of their hand.

Your MOBE Mentor will help you create your next new product and sales funnel using all of their real-world knowledge about sales and marketing.

Then, they will help you launch that product using the same strategies we've used in MOBE to generate over $100 million in sales.

Having an experienced Mentor personally coach you through these steps will take your business to the next level virtually overnight.

So I'm calling this program **MOBE Acceleration.** Your business will literally be "accelerated" to a higher level in a matter of weeks.

## HERE'S HOW "MOBE ACCELERATION" WORKS

**1.** You and your MOBE Mentor will meet for 3 weeks, so they can learn about you, your business, and your goals.

**2.** Then, your MOBE Mentor will fly out to your home (or office) and work side-by-side with you for 3 full days.

**3.** At the end of 3 days, you will have a brand-new product and sales funnel that you can use to generate hundreds of thousands of

dollars, and a "roadmap" for launching that product.

**4.** After the fly-out, your MOBE Mentor will help you launch your product, hold you accountable, and answer any questions you have.

Now, there is a LOT more included in the program that I'll get into soon, but first I want to explain whom you'll be working with.

2

**PX 40**

FTC-MOBE-003285
UT_QP_FTC_0000335

# WHO IS YOUR MOBE MENTOR?

I've had people working with me since Day One who have helped me make millions.

These "workhorses" have become experts in every facet of online marketing – traffic, lead generation, sales funnels, product creation, etc – and have seen firsthand what has worked for MOBE (and what hasn't).

They have worked with me side-by-side in my office in Kuala Lumpur and know how I work, how I think, and how I approach marketing.

And if they do well enough (for a long enough period of time) they qualify to become a MOBE Mentor.

These MOBE Mentors are as close as you'll get to working directly with me.

In fact, to be completely honest, some of them know MORE about certain technical aspects of traffic and sales funnels than I do!

Your MOBE Mentor is uniquely qualified to help you:

- Earn more money in MOBE

- Get more traffic and opt-ins

- Build your email list

- Create and position your own product

- Build your own sales funnel

- Scale your online business to 6-figures (and higher)

If you want to take your business to the next level, then getting a mentor is the fastest and easiest way to get there.

I know from personal experience.

# HOW MENTORS HAVE CHANGED MY LIFE AND MY BUSINESS

I've paid mentors my entire life to push me to greater heights.

MOBE would not be where it is today without the help of very successful people and their advice.

And as MOBE has grown, so has the amount I'm willing to pay my mentors. In fact, I recently wired $60,000 to a businessman who lives in a castle in Scotland.

He's operated at a much higher level than me, growing a company to a valuation of $450 million!

I also pay $10,000/mo to another consultant for a one-hour call each week (and 2 days every quarter in his office).

This man built a seminar training company to $250 million a year in the early 2000s and knows more about live events than almost anyone else in the world.

And it's not just me (or just businessmen) that employ mentors.

The best athletes in the world all have coaches that teach them how to improve aspects of their game.

Successful actors, salespeople, writers, musicians… every single one has used mentors at some point in their career (and the best ones continue to).

If you want to succeed, you must ALWAYS learn from people that have more experience than you.

That is the secret to success.

And that's what the MOBE Acceleration program will give.

If accepted, your MOBE Mentor will work with you in 3 phases.

3

**PX 40**

FTC-MOBE-003286


# THE 3 PHASES OF YOUR MOBE MENTORSHIP : FROM INTRODUCTION TO IMPLEMENTATION

## PHASE 1: INTRODUCTION

In this phase, your MOBE Mentor will learn who you are. For 3 weeks prior to your in-person meeting, you will discuss your goals, your experience level, and where your online business is today.

After assessing where you are, they will give you a series of easy-to-implement assignments to work on. These assignments will get you ready for your in-person meeting and lay some of the groundwork for your new product and sales funnel.

## PHASE 2: CREATION

After the Introduction Phase, I will pay for your MOBE Mentor to fly out to your home (or office) for 3 full days and create a brand-new product and sales funnel with you.

This product and sales funnel will be in ADDITION to anything my team has helped you create before (if you're a Diamond member).

**NOTE:** You can never have enough sales funnels and products. In fact, the most successful marketers in the world create and launch several new products every year. This is the best way to build momentum and scale.

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you map out elements of your product, and put together the PowerPoint slides for your sales presentation using proven templates, images, and "psychological" triggers.

At the end of 3 days, you will have a top-notch product, a high-impact sales video, and a sales funnel modeled after some of the best-selling funnels in the world (including MOBE's).

A good sales video (like this) will hit on universal themes and resonate with people of different ages, backgrounds, and nationalities.

Once perfected, it will work for many years in many different situations and become a true asset that can reliably bring you 6 to 7-figures per year.

You can also adjust this sales video for live stage presentations, webinars, and other formats to bring in even more sales.

## PHASE 3: IMPLEMENTATION

At the end of your 3-day meeting, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

Then, they will work with you for another 3 weeks (after your in-person meeting) to make sure you implement your roadmap.

They will answer your questions, hold you accountable, and help you launch your new product to the world using the best strategies for getting massive amounts of traffic in a short period of time.

In total, your MOBE Mentor will meet with you for 6 full weeks plus 3 days in person.



**PX 40**

CONFIDENTIAL

FTC-MOBE-003287

01_QP_FTC_0000337

# PLUS... YOU WILL GET 6 FULL MONTHS OF ADDITIONAL TRAINING, SUPPORT, AND COACHING FROM MY TEAM AND ME

Since I truly want you to succeed in this program, I've decided to include 6 full months of additional training, support, and coaching.

For 6 months, you will get exclusive access to a private Skype accountability group, weekly calls with a Traffic Coach, and my weekly Commissions Acceleration Webinar.

Here's how this works...

## 26 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Every week, you will meet on Skype for a 30-minute session to discuss your business. Your Traffic Coach will:

- Ask you what challenges you've faced in the last week, and help you overcome them

- Give you advice on specific traffic strategies you should be implementing, so you can bring in more leads and sales

- Recommend "tweaks" or changes to your landing pages, or other parts of your sales funnel, so you can increase conversions

Your Traffic Coach's specialty is (obviously) traffic, and their top priority will be getting you as much traffic as possible.

But... all of my Traffic Coaches are also students of MOBE's best sales and marketing techniques.

They will help you increase your sales and conversions, and be a valuable resource for advice on how to improve your online business as a whole.

Meeting with your Traffic Coach will keep you motivated and moving forward, because you'll have someone to talk to you about YOUR business each and every week.



## PRIVATE SKYPE ACCOUNTABILITY GROUP

At MOBE events, you know how exciting it is to be in a "live" environment with other like-minded entrepreneurs.

But then you get home, and you're faced with the realities of running your business ALONE.

It can be daunting.

To help you overcome that, I've created a private Skype group that I personally monitor. This Skype group is very exclusive and only available to the highest earning MOBE partners.

In this setting, MOBE Top Earners "let their guard down" and share trade secrets and about what's currently working in their businesses. By being a part of this group, you will pick up valuable tips on marketing, sales, and traffic.

As an active member, you will be required to post daily updates on what you're doing, so other members can motivate you and hold you accountable.

Also, I personally monitor this group and will check in on your progress, and give you valuable advice from time to time.

**PX 40**

CONFIDENTIAL

FTC-MOBE-003288

UT_QP_FTC_0000338

## WEEKLY "COMMISSIONS ACCELERATOR" WEBINAR

At the end of the day, my greatest skill is converting traffic into paid customers. It's easy to forget that this is the MOST important thing you should focus on at all times.

For that reason, I started an exclusive webinar for the Top Earners in MOBE (and members of the MOBE mentorship programs). On these weekly "how to" webinars I'll reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

In the past, I've taught attendees how to increase sales, write profit-pulling emails, manage Facebook groups, put together bonuses, and much more.

These private webinars are by invitation-only so they're very exclusive and I only cover advanced marketing strategies.

# A MAJOR TURNING POINT FOR YOU AND YOUR BUSINESS

The MOBE Acceleration program can be a major turning point for you and your business.

- You will get a "lifeline" to true marketing experts, so you can quickly get answers to all your questions

- You'll have a team of MOBE experts at your disposal, dedicated to helping you achieve your goals

- You will get a rare glimpse into the "inner workings" of MOBE and learn what marketing strategies are working best for us, so you can implement them in your business

- You'll get actionable "step by step" training and 1-on-1 help to implement it, so you will be FORCED to take action and move forward

In short... you'll go from inaction and confusion to creation and implementation, so you can finally take your business to the next level.

But you have to take the first step and apply today.

# HERE'S WHAT YOU GET WITH "MOBE ACCELERATION"

### 3-PHASE MOBE MENTORSHIP:

Your MOBE Mentor will meet with you for 3 weeks prior to your in-person meeting to assess where you are, and give you a series of easy-to-implement assignments to get you ready for your in-person meeting.

Then I will fly them out (at my expense) to your home or office to work side-by-side with you for 3 days and help you create a new product and sales funnel that you can use to bring in 6 to 7-figures per year.

After your sales funnel is done, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

Then, after the 3-day fly out, your MOBE Mentor will work with you for another 3 weeks to make sure you implement your roadmap. They will answer your questions, hold you accountable, and keep you moving forward.

### YOUR BRAND-NEW PRODUCT:

Your MOBE Mentor will help you create an irresistible product that hits your prospects' "pain points" and gets them reaching for their wallets.

**PX 40**

CONFIDENTIAL



FTC-MOBE-003289
UT_QP_FTC_0000339



Your product will be UNIQUE to you… but it will be modeled after the world's best-selling training products, including MOBE's.

### YOUR HIGH-IMPACT SALES VIDEO:

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you structure a high-impact sales presentation using proven sales tactics, and put together the PowerPoint slides for your sales video.

A good sales video (like this) is a true asset that can reliably bring you 6 to 7-figures per year. Once you have this in place, you can use the same video for YEARS to come to generate sales.

### YOUR OWN CUSTOM SALES FUNNEL:

All of my MOBE Mentors know how to engineer a million-dollar sales funnel with the highest-converting squeeze pages, sales pages, exit pops, order pages, and upsell/downsell sequences.

They will help you create a custom sales funnel by taking tested and proven page templates and customizing them for your unique product.

### RIGHTS TO YOUR PRODUCT AND SALES FUNNEL:

You will own your finished product and sales funnel for life. You can make money from these assets for years to come, by using them yourself and licensing them to other sellers.

If used correctly, your product and sales funnel could easily bring in $1 million (or more) per year for your online business.

### 26 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Your coach will ask you what challenges you've faced in the last week and help you overcome them. They'll also give you advice on specific traffic and marketing strategies you should be implementing to bring in more sales.

### SKYPE ACCOUNTABILITY GROUP

This private Skype group is only available to the highest earning MOBE partners (and you). In this setting, MOBE Top Earners "let their guard down" and you will pick up valuable tips on marketing, sales, and traffic.

You will also be required to post daily updates on what you're doing, so other members (including me) can motivate you and hold you accountable.

### COMMISSIONS ACCELERATOR WEBINAR

You will be invited each week to a private webinar for the Top Earners in MOBE (and members of the MOBE mentorship programs). On these weekly "how to" webinars I reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

PLUS…

If you apply soon (and are accepted), you will get these additional bonuses.

**PX 40**

CONFIDENTIAL

FTC-MOBE-003290

UT_QP_FTC_0000340

# 50 COPIES OF LIMITLESS, AND THE CHANCE TO TRAVEL THE WORLD AS PART OF THE MOBE MASTERMIND TEAM

## 50 COPIES OF LIMITLESS:

When you join the MOBE Acceleration program, you'll get fifty (50) copies of my best-selling book Limitless shipped to your door for FREE.

I will pay for the printing and shipping, and you will get a big box of 50 customized books delivered to your door with your affiliate link printed on every 2nd page.

All you have to do is hand these books out to anyone who is interested in having an online business that gives them personal and financial freedom (which is pretty much everyone).

Then, some of those leads will join the MOBE affiliate program and buy more programs (Silver, Gold, Titanium, etc. ) that you will get commissions on.

This is an easy and painless offline strategy that anyone can do (all you have to do is give away free books).

## TRAVEL THE WORLD WITH THE MOBE MASTERMIND EVENT TEAM

As you know, MOBE holds live events and masterminds all over the world, including exotic locations like Fiji, Bali, Cancun, and Thailand and major metropolitan areas like London, Dubai, Singapore, New York, and Los Angeles.

If accepted into MOBE Acceleration, you will get "front of the line" status to join our Mastermind Event Team and travel the world like Steven Bransfield.

Steven has an inspiring story. He was a typical American college student (in a lot of debt) who decided to change his life and join the MOBE team.

After proving himself, he became a valuable addition to the Mastermind Event Team, speaking at events and masterminds all over the world including Asia, Europe, Mexico, and the United States.



In the last year, Steven has learned more than he would have ever learned at college… plus he's seen the world, spoken on stage at MOBE events, and is building a promising career as a speaker and trainer.

Now, this is not a guaranteed spot, but we love to add people to the Mastermind Event Team that have been through our coaching and have had success as a MOBE affiliate.

8

## PX 40

FTC-MOBE-003291
UT_QP_FTC_0000341

# THE MOBE ACCELERATION OFFER

There's a LOT here.

This is one of the most valuable programs I've ever offered… because a MOBE Mentor is literally growing your business FOR YOU.

Because of the personal attention you get and the resources and logistics involved, we can only accept a limited number of people into MOBE Acceleration at any time.

But… before I tell you how to apply, there are some ground rules.

# THIS IS NOT FOR EVERYBODY

I'm selective about who my best people work with, so I have some (reasonable) criteria that needs to be met.

## 1. YOU CAN'T SHARE WHAT YOU LEARN WITH ANYONE.

My biggest fear is that one of my competitors will "sneak" into this program and learn all my trade secrets.

If accepted, you must sign a non-disclosure agreement (NDA) that says you won't share what you learn with others.

Of course, you'll be able to use the information to build your business, but you can't share it with others.

## 2. YOU MUST BE PLATINUM OR DIAMOND.

By getting positioned at Platinum or Diamond, you've shown that you're a trustworthy partner and serious about growing your business.

## 3. YOU ARE WILLING TO INVEST IN YOUR FUTURE.

With this program, you're getting a MOBE Mentor for 3 full days ($50,000 value)… your own product and sales funnel (assets that could generate $1 million/year)… 26 weekly sessions with your Traffic Coach ($15,000 value)… the Skype Accountability Group ($10,000 value)… 50 copies of Limitless ($500 value)… Weekly Accelerator Webinars ($5,000 value)… and the ability to join the MOBE Mastermind Event Team ($25,000 value).

If you add up the value of everything here, it's more than $105,500 in the short term and over $1.1 million in the long-term!

But you won't pay anything near that.

There is a reasonable investment to join this program, but we can discuss that after you apply. If the investment is too much for you, then you're under no obligation to move forward.

# HERE'S WHAT I WANT YOU TO DO NEXT

If you want to take your business to the next level, then apply now.

Find a MOBE staff member and tell them, **"I want to apply for the MOBE Acceleration Program."**

My staff will connect you with someone for an initial interview.

During this interview, they'll make sure that you meet the requirements and are a good fit for the program.

9

## PX 40

CONFIDENTIAL

FTC-MOBE-003292


You can also ask YOUR questions, to make sure this program is a good fit for you.

If this interview goes well, then we will discuss payment and you'll get a non-disclosure agreement to sign.

After you return the NDA and payment is confirmed, then you'll get access to your MOBE Mentor, Traffic Coach, the Skype accountability group, and other deliverables.

Remember, access to this program is LIMITED and there is a lot of demand, so apply now to ensure you get in.

Find a MOBE staff member and tell them, **"I want to apply for the MOBE Acceleration Program."**

To Your Success,

*Matt Lloyd*

**Matt Lloyd**

**P.S.**  Remember, your MOBE Mentor will fly out to spend 3 days with you and work with you 1-on-1 to create (and launch) your own product and sales funnel that can generate **hundreds of thousands of dollars** per year for your business. PLUS… you will get ongoing coaching and support, including: 3-weeks of Implementation Sessions with your MOBE Mentor… 26 sessions with your Traffic Coach… the Skype Accountability Group, and the weekly Commissions Accelerator Webinar. With MOBE Acceleration, you get a team of MOBE experts at your disposal, dedicated to elevating your business to the next level.

**WARNING:**  Access to this program is LIMITED. Find a MOBE staff member and tell them, **"I want to apply for the MOBE Acceleration Program."**

**PX 40**

CONFIDENTIAL

FTC-MOBE-003293
01_QP_FTC_0000343



**PX 40**

CONFIDENTIAL

FTC-MOBE-003294
UT_QP_FTC_0000344



I'm looking for 6 clients to work directly with me.

If selected, I will fly you out to Kuala Lumpur for the most "immersive" training experience of your life.

For 2 full weeks, you and I (and two other highly-motivated Diamond members) will focus on ONE thing... growing your business.

First, I will help you define your goals. Then, I will give you concrete ways to achieve those goals... and we will put them in place right then and there.

We will focus 90% of our time on IMPLEMENTATION (not theory) and laser-focus on high-level activities that will increase sales, reduce costs, and set you up to scale.

When you leave Kuala Lumpur, you will have accomplished more for your business in 2 weeks than most people accomplish in 6 months...

... and be prepared for your launch to my email list of over 700,000 people.

Now, I'll go into more detail about all of this, but first I want to explain why this Live Immersion Bootcamp is limited to just 6 people.

In order to continue scaling MOBE, I need to

avoid anything where I trade time for money. The only exception is when I'm systematizing a new program (like this one).

For example – when I started the Home Business Summits, I used to fly all over the world myself.

Then I perfected those events, documented my system, and put other people in place to take my role and manage them.

I intend to do the same thing for this program.

**I will only do 2 more Live Immersion Bootcamps,** then I will get someone highly qualified to replace me.

This replacement will be one of my best marketing assistants in MOBE (but it won't be me).

So, you have a chance (right now) to be part of a VERY exclusive group.

I urge you to read this entire letter now to find out how to apply.

If accepted, you will start on a journey that will transform you and your business forever.

This transformation will happen in 5 phases.

**PX 40**

CONFIDENTIAL

FTC-MOBE-003295

UT_QP_FTC_0000345

# THE 5 PHASES OF YOUR BUSINESS TRANSFORMATION: FROM INCEPTION TO ESCALATION

## PHASE 1: INCEPTION

As part of this program, I will fly out a MOBE Mentor (one of my best marketing assistants) to your home or office for 3 full days to work side-by-side with you on your business.

For 3 weeks prior to your in-person meeting, your MOBE Mentor will meet with you on the phone to learn who you are. They will discuss your goals, your experience level, and "assess" your business from a high-level.



Then, they will give you a series of easy-to-implement assignments to prepare you for your in-person meeting.

## PHASE 2: CREATION

After Phase 1, I will pay for your MOBE Mentor to fly out to your home (or office) for 3 full days.

Over the course of 3 days, your Mentor will prepare you for our Live Immersion Bootcamp by fixing the parts of your business that aren't working.

They will also help you create a brand-new product and sales funnel that you can use to bring in hundreds of thousands of dollars per year in revenue.

**Note:**
This product and sales funnel will be in ADDITION to anything my team has helped you create before as a Diamond member.

## PHASE 3: IMPLEMENTATION

After your sales funnel is done, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

They will continue working with you for another 3 weeks (after your in-person meeting) to make sure you implement this roadmap.



## PHASE 4: PRE-ESCALATION

I call Phase 4 "Pre-Escalation" because we'll be preparing for your launch to my list of over 700,000+ email subscribers.

In this phase, we will focus on improving your business, and getting you ready to scale. This includes:
- 2-week Live Immersion Bootcamp at my million-dollar penthouse
- 3 days in the MOBE Film Studio
- A co-branded webinar with me (featuring your best product)
- A private 5-hour consult with me that we will record and turn into another product that you can sell (or use as a bonus)

## PHASE 5: LAUNCH (ESCALATION)

Phase 5 is when we launch your co-branded webinar to my list of over 700,000+ people who have expressed interest in (or bought) products

3

**PX 40**

CONFIDENTIAL