similar to the one you'll be selling.

This launch will position you as the "next big thing" in our industry and could potentially generate $100,000 in sales (or more) for your product in a very short period of time.

If you leverage this launch, it will be the "turning point" that transforms you into an Instant Guru with massive influence and an even bigger income.

Now, I'll go into more detail on each of these phases, but first I want to explain…

# WHY THIS IS THE MOST VALUABLE PROGRAM I'VE EVER OFFERED

MOBE is revolutionary because we do 90% of the work of STARTING a business for you.

All you have to do is drive traffic to our sales funnels and we do the rest (and pay you generous commissions).

With this new program, we do 90% of the work of GROWING a business for you.

Let me explain…

There are 3 things you need to scale a business quickly:

- great sales funnels
- a LOT of traffic
- endorsements (and consulting) from VERY successful people

With this program, I give you all three.

That's why I'm calling this the…

# 7–FIGURE BUSINESS LAUNCH PROGRAM

The name says it all.

I'm helping launch your business.

And while I can't guarantee that you'll make 7-figures, I can guarantee you will have all the "tools" you need to hit $1 million.

My own success is due (in large part) to a similar "launch" I got from a well-established Internet Marketing guru in 2011.

(I won't share his name, but if told you, you'd recognize it).

At the time, this Guru was a major player who had sold about $12 million online.

For about a year, I worked for him – doing everything from creating funnels to managing Facebook ads – trying to build up enough "equity" to get him to promote my offer to his email list of several hundred thousand people.

He was reluctant at first, but after about a year I finally earned a JV (joint venture).

This Guru did a promotion to his list, featuring me on a webinar.

Literally overnight, I became a "guru." People began talking about me on forums and viewing me as an expert.

I gained a massive amount of exposure in a short period of time, and my income skyrocketed.

I went from making about $6k per month, to having a $15k month, then a $45k month, and it grew from there.

That one promotion was like a time machine that allowed me to skip a year or two of very hard work.

And the 7-Figure Business Launch Program can do the same for you.

**PX 40**

CONFIDENTIAL

# THIS PROGRAM ALLOWS YOU TO "SKIP" MOST OF THE WORK OF GROWING A BUSINESS... AND GET LAUNCHED OVERNIGHT

Everything described here is designed to do ONE thing... grow your business and make YOU (the business owner) more successful and more influential.

If accepted into this program, you will get everything below...

## YOUR OWN MOBE MENTOR

I've had people working with me since Day One that have helped me make millions.

These "workhorses" have become experts in every facet of online marketing – traffic, lead generation, sales funnels, product creation, etc – and have seen firsthand what has worked for MOBE (and what hasn't).

They have worked with me side-by-side in my office in Kuala Lumpur and know how I work, how I think, and how I approach marketing.

And if they do well enough (for a long enough period of time) they qualify to become a MOBE Mentor.

These MOBE Mentors are as close as you'll get to working directly with me.

In fact, to be completely honest, some of them know MORE about certain technical aspects of traffic and sales funnels than I do!

Your MOBE Mentor is uniquely qualified to help you:

- fix parts of your business that aren't working
- improve your current traffic strategies
- create a best-selling product and sales funnel
- give you an Implementation Roadmap to sell your new product
- prepare you for the Live Immersion Bootcamp

## YOUR MOBE MENTOR WILL HELP YOU CREATE A PRODUCT, A SALES VIDEO TO SELL IT, AND A FUNNEL TO TIE IT ALL TOGETHER

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you map out elements of your product, and put together the PowerPoint slides for your sales video using proven templates, images, and "psychological" triggers.

This high-impact sales video will use tactics including: the identification of your prospect's problem and the solution (your product); a description of its features and benefits; and other elements like scarcity, urgency, and social proof.

After your sales video is done, your Mentor will help you create a custom sales funnel to

5

CONFIDENTIAL

seamlessly lead your prospect from interest to purchase.

They will help you build your lead magnets, sales pages, and order pages using the same templates that have helped MOBE generate over $100 million in sales.

By the end of 3 days, you will have a top-notch product, sales video, and funnel (and own the rights to them for life).

You can make money from these assets for years to come, by selling them yourself and licensing them to other sellers. If used correctly, you can easily bring in hundreds of thousands of dollars per year with these assets.

**Note:**
You can never have enough sales funnels and products. In fact, the most successful marketers in the world create and launch several new products every year. This is the best way to build momentum and scale.

Then, sometime after you meet with your MOBE Mentor, I will fly you out for the Live Immersion Bootcamp.

# THE LIVE "IMMERSION" BOOTCAMP





This is incredibly valuable.

After your product launch, we will schedule a convenient time for you to spend 2 weeks with me at my million-dollar penthouse in Kuala Lumpur for a Live Immersion Bootcamp.

I will pay for your flight and you will get your own room at a luxury penthouse on the top floor of one of Kuala Lumpur's best-situated buildings.

This penthouse is in city center Kuala Lumpur, just a short walk from the MOBE office and it has one of the most inspiring views you've ever seen.

We'll work on your business for 2 full weeks in this luxurious setting.

The Bootcamp will be limited to just you and 2 other highly committed MOBE partners.

Unlike a large seminar with generalized training, we will focus entirely on YOUR business and YOUR situation.

We will roll up our sleeves and discuss your business and your goals. Then, I will give you concrete ways to hit those goals… and we will put them in place right then and there.

We will spend about 10% of our time on theory and 90% on implementation… which means you will see real RESULTS while you're there.

### During these 2 weeks:

- You will get to observe the daily habits of a $100 million business owner (me) and watch how I work and how I think about marketing

- You will learn how to implement those habits yourself, focus exclusively on high-level

## PX 40

CONFIDENTIAL

activities, and avoid time-wasting projects (and people)

- You will be able to step back from the "day to day" of your business and get my advice on what you're doing right, what you're doing wrong, and how to improve your overall marketing strategy

- You will also get specific actionable "how to" training from me… and then we will IMPLEMENT that training together to get results in real-time

But it won't be all work.

We will also have a lot of fun.
First off, the penthouse itself is amazing…

It's 3,000 square feet and you will have your own private bedroom, bathroom, and workstation.

It's one floor away from a rooftop pool and gym, and a 5-minute walk from restaurants, shops, and anything else you need.

When we're not working, we'll get out of the penthouse to hang out, relax, and explore the city. There are bars close by, a cinema, and plenty of other things to do.

**Note:**
We'll work for 5 days, then take 2 days off, then work for 5 more days. So you'll have 2 weekends off (and each weeknight).

During your time off, your mind will internalize the day's (or week's) work and you will start to see how everything fits into the big picture.

This is a major part of the "immersion" experience – stepping back and reflecting on the day's work with like-minded entrepreneurs who will brainstorm with you, encourage you, and help you reach your true potential.

In this case, the "like-minded entrepreneurs" are 2 other highly committed Diamond members, and me.

This 2-week Live Immersion Bootcamp will help you prepare for your product launch, just like the other "deliverables" you will get while in Kuala Lumpur…







**PX 40**

CONFIDENTIAL

FTC-MOBE-003300
01_QP_FTC_0000350

# YOU ALSO GET A 3-DAY MOBE
# FILM STUDIO PACKAGE

I've invested a lot of money into building a professional Film Studio at my office in Kuala Lumpur for one reason...

## VIDEO SELLS

I can't tell you how many times people have told me that they were "on the fence" about Titanium or Platinum, but decided to buy because of the videos about the Masterminds they saw online.

These videos have helped generate millions of dollars and are a big part of MOBE's exponential growth in the past few years.

And with the 7-Figure Business Launch Program, you get access to my Film Studio for 3 full days.

Over the course of 3 days, we will help you create Hollywood-quality marketing videos that will generate a flood of leads and sales for your business.

I have an expert film crew, proper lighting, green screens, and much more... everything needed to produce stunning videos that sell.

During your 3 days, my team will help you tell your "digital story." This is the most important aspect of selling with video, and we will help you create scripts that will bring in sales and build your brand.

On top of that...

I will personally record videos with you that you can use in your MOBE marketing.

Appearing on video with me will help position you as an authority and expert, and exponentially increase your earnings in MOBE.

We will also record some "Ask Matt Lloyd" videos that get sent out to my list of over 700,000 people.

This exposure will increase your influence in the MOBE community overnight and make it even easier for you to make more commissions.

Note: I normally charge $20,000 for the 3-day MOBE Film Studio package.

While in Kuala Lumpur, you will also get...




CONFIDENTIAL

**PX 40**

FTC-MOBE-003301
UT_QP_FTC_0000351

# YOUR 5-HOUR PRIVATE CONSULT WITH MATT LLOYD

**During our 5-hour consultation:**

- I will evaluate and "dissect" your business in detail
- I will help you define your goals
- I will give you a clear path to achieve those goals



You will learn directly from someone (me) who has generated over $100 million in sales in a very short period of time.

I "live and breathe" marketing every single day and know what it's like to run dozens of campaigns at the same time, while creating new offers and managing an international team.

I can say (truthfully) that I know as much about what's CURRENTLY working in the world of "online marketing" that anyone else on the planet... which makes the value of this hard to quantify.

On the very rare times I do personal consultations, I charge roughly $5,000 an hour, which means this consultation has a real-world value of $25,000.

But if applied correctly, this advice could double (even TRIPLE) your sales over the next 6 to 12 months, which would make this consultation worth hundreds of thousands of dollars.

**Note:**
I will only do 6 more of these intensive 5-hour consults. I plan on outsourcing this to one of my best marketing assistants as soon as these 6 consults have been fulfilled.

On top of that...

# WE WILL RECORD OUR MEETING & TURN IT INTO ANOTHER PRODUCT FOR YOU... THAT YOU CAN SELL OR USE AS VALUABLE BONUS

Like I said before, you can never have too many products.

In addition to the sales funnel that your MOBE Mentor will help you create, my team will record our entire 5-hour private consultation.

Then I'll pay one of my copywriters to write a professional sales letter for it, and my team will create another product and sales funnel for you.

You can sell this product for up to $5,000 as a valuable training product on high-level business-building and marketing strategies...

... or you can give it away as a bonus to get more Titanium, Platinum, and Diamond sales (and commissions) for yourself.

**Note:**
If you want to keep your recordings private, you don't have to sell them or use them as a bonus. (But I highly recommend you leverage this as much as you can).

While in Kuala Lumpur, we will also record a webinar together.

9

**PX 40**

# YOUR CO-BRANDED WEBINAR WITH MATT LLOYD

Webinars are the most effective way to sell high-ticket products online.

When someone sits down to watch a webinar, you have their attention for a long enough to tell them your story, explain the benefits of your offer, and properly close a sale.

Webinars are also powerful branding mechanisms that will establish you as an expert… especially if you appear with an "influencer" like me.

For those reasons, a co-branded webinar is the BEST way to launch you and your product to the industry.

While in Kuala Lumpur, we will set aside some time to record a webinar for the product of your choice. This could be the product your MOBE Mentor helped you create, the 5-hour consultation product, or another product of

your own.

Once this webinar is recorded, we will air it to my email list as if it were "live."

We will also turn it into an Automated Webinar for you. This automated webinar will air every single night (forever) but appear live to your attendees.

Automated webinars like this are one of the things that separate the "players" from everyone else.

When you have an effective automated webinar funnel, it will bring in sales for you on auto-pilot day in and day out. This can quickly add up to $1 million (or more) every year.

Once your webinar is edited and we're both happy with it, we will launch it to my list.

# YOUR LAUNCH TO THE MOBE EMAIL LIST

In direct response marketing, your email list is one of the most powerful assets you own.

When I press "send" to my list, it goes out to over 700,000 people all over the world who are interested in making money online.

It's taken me years (and millions of dollars) to build up this list.

My list includes some of the most targeted prospects you can find for an information training product, and the "value" of one email to my list is easily $20,000 (or more).

Some companies will actually rent their email lists for rates like this, but not me.

I am very selective about what I send to my list, and I NEVER promote affiliate offers for other companies (even though I'm asked just about every day).

So… not only is your launch to my list valuable in the sense that you'll get exposure and sales, it's also extremely exclusive in that you'll be one of a handful of people that I've ever promoted.

When I launch you and your sales funnel to my list:

- You get instant exposure to over 700,000 targeted prospects

- You will get an influx of sales for your product

- You will be positioned as the "next big thing" in our industry

Everyone on my list has expressed an interest in (or bought) products simlar to the one you'll be selling on our co-branded webinar.

This is not a guarantee, but this promotion

10

**PX 40**

**could potentially generate $100,000 (or more) in a matter of days** depending on your price point.

You get to keep 20% commissions on every sale made to my list, which represents a nice influx of cash in addition to the exposure.

After this launch, you'll be positioned as the "next big thing" in our industry and become a trusted authority and expert OVERNIGHT.

If you leverage this exposure, it will be the "turning point" that transforms you into an Instant Guru with massive influence and an even bigger income.

Honestly, I wouldn't be where I am today without the launch to another Guru's list in 2011 that I mentioned earlier.

And most of the Gurus that you know and follow got to where they are (largely) because of similar launches.

This is one of those rare "high leverage" moments that come along once or twice in your professional life.

Don't let this opportunity pass you by.

Also – in addition to launching you to my list, I will invite you to speak on stage at a MOBE event.

# AN INVITATION TO SPEAK LIVE AT A MOBE EVENT

### This is a game-changer.

Speaking at live events will do more for your business than almost anything else.

One 45-minute presentation on stage can have a bigger effect on your brand (as an authority) than dozens of online videos and content pieces.

The problem is most people are terrified of public speaking. They say that people's #1 fear is public speaking… more than death!

So if you're not excited about speaking on stage, that's normal.

But I guarantee you, no one was more afraid of public speaking than I was when I got started.

The first time I spoke on stage, I was a nervous wreck. But I forced myself to do it, because I was stuck in a rut, and my desire to succeed outweighed my fear.

I was fortunate enough to be invited to appear on stage for one of my mentors, who had done $40 million in sales up to that point (in 2011).

I'd spent about a year working in his organization to earn this invite, and it was a major turning point for me.



**PX 40**

CONFIDENTIAL

FTC-MOBE-003304
01_QF_FTC_0000354

Looking back, after making over $100 million in sales, that stage appearance was the single biggest factor to the growth of my business.

It instantly positioned me as an expert and authority in the industry, and my income skyrocketed afterwards.

Now, we won't force you to speak on stage if you don't want to (it's optional).

But if you decide you to move forward, then we will help you every step of the way.

When you join the 7-Figure Business Launch Program:

we will train you on "live speaking"
we'll show you "tricks" to overcome your fear
we'll help you put together your presentation and practice it

By the end of this "crash course" in public speaking, you'll be confident and excited to share your story with the world.

When you're ready, we'll put you on stage at a MOBE event and record your presentation and take your photos.

Then I'll pay one of my professional copywriters thousands of dollars to write a sales letter for you. You can use this sales letter to sell your presentation as a stand-alone product for up to $1,000 (or more).

Or, you can use your recording as a powerful free lead-magnet (or bonus) to position you as an expert and increase your sales in MOBE.

If your presentation goes well and you want to do more speaking, I may even offer you a position on our live speaking team.

**Note:**
For hosting a live training, our speakers can put $25,000 in their pocket for one day's work! The main speakers at MOBE events also get a percentage of every sale made in the room. You have to earn it, but this could be the start of a very lucrative speaking career for you.

Plus… in addition to the live MOBE event presentation, we'll help you craft your own Million Dollar Sales Presentation.

# WE'LL CRAFT A LIVE PRESENTATION FOR YOU THAT COULD GENERATE MILLIONS (EVEN TENS OF MILLIONS) OF DOLLARS

Some of the highest paid people in this industry got there by speaking on stage.

In many cases, these speakers will use the exact same sales presentation for years (even decades) to reliably bring in sales at live events all over the world.

A good live sales presentation will hit on universal themes and resonate with people of different ages, backgrounds, and nationalities.

In fact, I personally know speakers that have been delivering the same speech for 30 years and have made tens of millions of dollars with it!



**PX 40**

CONFIDENTIAL

FTC-MOBE-003305
01_QP_FTC_0000355

When you join the 7-Figure Business Launch Program, we will help you turn your best sales video into a "live" stage presentation.

At the end of the process, you'll have a unique Million Dollar Sales Presentation that can potentially bring you millions (even tens of millions) of dollars!

If you take this presentation and become a strong speaker, you'll be invited to present at live events for other companies and get paid very well to deliver this presentation.

You can also deliver it on webinars, and make tens of thousands of dollars with every webinar you deliver from the comfort of your home or office.

But that's not all...

# YOU WILL ALSO GET ONE FULL YEAR OF ADDITIONAL TRAINING, SUPPORT, AND COACHING FROM ME AND MY TEAM

Since I truly want you to succeed in this program, I've decided to include a full year of additional training, support, and coaching.

For one full year, you will get exclusive access to a private Skype accountability group, weekly calls with a Traffic Coach, and my weekly Commissions Accelerator Webinar.

Here's how this works...

## 52 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Every week, you will meet on Skype for a 30-minute session to discuss what you've been working on in your business.

Your coach will ask you what challenges you've faced in the last week and help you overcome them.

They'll also give you advice on specific traffic strategies you should be implementing to bring in more sales.

Note: Although their specialty is "traffic" all of my Traffic Coaches know how to setup sales funnels and create effective marketing campaigns as well.

## PRIVATE SKYPE ACCOUNTABILITY GROUP

At MOBE events, you know how exciting it is to be in a "live" environment with other like-minded entrepreneurs.

But then you get home, and you're faced with the realities of running your business ALONE.

It can be daunting.
To help you overcome that, I've created a private Skype group that I personally monitor. This Skype group is very exclusive and only available to the highest earning MOBE partners.

In this setting, MOBE Top Earners "let their guard down" and share trade secrets and about what's currently working in their businesses. By being a part of this group, you will pick up valuable tips on marketing, sales, and traffic.

As an active member, you will be required to post daily updates on what you're doing, so other members can motivate you and hold you accountable.

Also, I personally monitor this group and will check in on your progress, and give you valuable advice from time to time.

13

**PX 40**

CONFIDENTIAL

## WEEKLY "COMMISSIONS ACCELERATOR" WEBINAR

At the end of the day, my greatest skill is converting traffic into paid customers. It's easy to forget that this is the MOST important thing you should focus on at all times.

For that reason, I started an exclusive webinar for the Top Earners in MOBE (and members of the MOBE Mentor Program). On these weekly "how to" webinars I'll reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

In the past, I've taught attendees how to increase sales overnight, write profit-pulling emails, manage Facebook groups, put together bonuses, and much more.

In the future, I will start critiquing individual people's marketing campaigns. This is only available for people in the 7-Figure Business Launch Program, so it's VERY exclusive.

I will rotate this Marketing Critique every week, and analyze your campaigns and give you tailored advice on how to improve them. All you have to do is send me details on your campaigns prior to the webinar.

PLUS...

If you apply soon (and are accepted), you will get these additional bonuses.

# 200 COPIES OF LIMITLESS, AND THE CHANCE TO TRAVEL THE WORLD AS PART OF THE MOBE MASTERMIND TEAM

## 200 COPIES OF LIMITLESS:

When you join the MOBE Mentor Program, you'll get one hundred (200) copies of my best-selling book Limitless shipped to your door for FREE.

I will pay for the printing and shipping, and you will get a big box of 200 customized books delivered to your door with your affiliate link printed on every 2nd page.

All you have to do is hand these books out to anyone who is interested in having an online business that gives them personal and financial freedom (which is pretty much everyone).



Then, some of those leads will join the MOBE affiliate program and buy more programs (Silver, Gold, Titanium, etc) that you will get commissions on.

This is an easy and painless offline strategy that anyone can do (all you have to do is give away free books).

## TRAVEL THE WORLD AS A MOBE MENTOR

After you apply what you've learned and have made at least $50,000 as a result of this program... we will invite you to join our team as a MOBE Mentor.

Our MOBE Mentors fly all over the world and pass on the training they've learned to my best high-end clients.

All of these clients will be motivated, eager entrepreneurs (like you) that will be fun to work with. Who knows, you may even get ideas from THEM on how to improve your business! You will earn $1,000 per day for helping these

PX 40

CONFIDENTIAL

clients, earning steady cash flow for yourself while seeing the world and building experience as a highly-paid consultant.

I have clients in over 37 countries around the world including exotic locations like Mexico, Hawaii, and Thailand and major metropolitan areas like London, Dubai, Singapore, New York, and Los Angeles.

You will have the chance to see the world, explore amazing cities and countries, and get paid for it!

## $10,000 WORTH OF FREE TRAFFIC

You will also get $10,000 worth of traffic to whatever link (or links) you want for FREE.

As you know, traffic is the lifeblood of any

business. So, as an added bonus to help you launch your business even FASTER... I will send you $10,000 worth of traffic for free.

This highly-targeted traffic isn't from some "worn out" email list or shady CPA network. This Private Traffic Source is one that I personally have used to rake in millions of dollars for MOBE.

You will get $10,000 worth of highly targeted traffic (roughly 8,000 to 10,000 clicks) that could generate two to THREE times that in sales ($30,000 or more).

You can send this traffic to one of your new funnels to bring in an influx of sales, or split it between your MOBE affiliate links... the choice is yours.

# THE 7-FIGURE BUSINESS LAUNCH PROGRAM

Now, there's a LOT here.

Like I said before this is the most valuable program I've ever offered... because I'm literally growing your business FOR YOU.

Because of the personal attention you get, the resources and logistics involved, and the promotion to my list... there is a very hard limit on the number of people I can accept into the 7-Figure Business Launch Program.

I will only accept 6 more people for the Live Immersion Bootcamp at my million-dollar

penthouse.

If I continue offering this program in the future, it may still include the Live Immersion Bootcamp but that will be fulfilled by one of my best marketing assistants (not me).

So you have a rare (once in a lifetime) opportunity to be a part of the most exclusive MOBE program I have ever offered.

Now, I'll tell you how to apply in a minute, but first I have a couple ground rules.



## PX 40

CONFIDENTIAL

FTC-MOBE-003308

# THIS IS NOT FOR EVERYBODY

I'm selective about who I personally work with, so I have some (reasonable) criteria that needs to be met.

## 1. YOU CAN'T SHARE WHAT I TEACH YOU WITH ANYONE.

My biggest fear is that one of my competitors will "sneak" into this program and learn all my trade secrets.

If accepted, you must sign a non-disclosure agreement (NDA) that says you won't share what you learn with others. Of course, you'll be able to use the information to build your business, but you can't share it with others.

## 2. YOU MUST BE DIAMOND.

By getting positioned at Diamond, you've shown that you're a trustworthy partner and serious about growing your business.

## 3. YOU ARE WILLING TO INVEST IN YOUR FUTURE.

On the very rare times I do personal consultations, I charge roughly $5,000 an hour, which works out to about $40,000 per day.

With this program, you're getting a MOBE Mentor for 3 full days ($50,000 value)... your own product and sales funnel (assets that could generate $1 million/year)... a 5-hour private consult with me ($25,000 value)... a recording of our meeting that you sell or use as a bonus ($5,000 value)... 52 weekly sessions with your Traffic Coach ($25,000 value)... the Skype Accountability Group ($10,000 value)... 200 copies of Limitless ($2,000 value)... Weekly Accelerator Webinars ($5,000 value)... 3 full days in my Film Studio ($20,000 value)... an opportunity to speak on stage at a MOBE event ($25,000 value)... and the ability to become a MOBE Mentor ($25,000 value)... your own Million-Dollar Sales Presentation (an asset that could generate tens of millions of dollars)... a promotion to my email list of 700,000 subscribers ($100,000+ value)... and a 2-Week Live Immersion Bootcamp with me ($400,000 value).

If you add up the value of everything here, it's more than $1,186,000 in the short term and (potentially) TENS of MILLIONS of dollars in the long-term.

But you won't pay anything near that.

There is a reasonable investment to join this program, but we can discuss that after you apply. If the investment is too much for you, then you're under no obligation to move forward.

# HERE'S WHAT I WANT YOU TO DO NEXT

If you want to grow your business exponentially, then I urge you to apply now.

Find a MOBE staff member and tell them, "**I want to apply for the 7-Figure Business Launch Program.**"

After you fill out the application, there will be an interview with someone on my team.

Since I'll be personally endorsing you and launching you to my list, I need to make sure you're a good fit for this program.

During this interview, we will verify that you meet the requirements. You can also ask YOUR questions, to make sure this program is a good fit for you.

If this interview goes well, then we will discuss

**PX 40**

CONFIDENTIAL

FTC-MOBE-003309
UT_QP_FTC_0000359

payment and you'll get a non-disclosure agreement to sign.

After you return the NDA and payment is confirmed, then you'll get access to your MOBE Mentor, Traffic Coach, the Skype accountability group, 200 copies of Limitless, the weekly Commission Accelerator Webinar, and other deliverables.

Remember, access to this program is LIMITED and I can only take on 6 more people for the Live Immersion Bootcamp.

These 6 spots will go fast, so apply now if you want to get in.

Find a MOBE staff member and tell them, **"I want to apply for the 7-Figure Business Launch Program."**

To Your Success,

*Matt Lloyd*

**Matt Lloyd**

**P.S.** Remember, your MOBE Mentor will fly out to spend 3 days with you to prepare you for the Live Immersion Bootcamp and help you

create (and launch) a product and sales funnel that could generate hundreds of thousands of dollars. Then you will spend 2 weeks with my at my million-dollar penthouse in Kuala Lumpur where I will work with you on improving your business and getting you ready to launch to my list. While in Kuala Lumpur, you will also get 3 full days in the MOBE Film Studio, a private 5-hour consult with me (which we'll record and turn into another product), and we'll record a co-branded webinar for your product. Then we'll LAUNCH you and your sales funnel to my email list of over 700,000 subscribers. This will establish you as the "next big thing" in our industry and (if you leverage the momentum) your income will skyrocket. PLUS… you get the opportunity to speak on stage at a MOBE event… a Million-Dollar Sales Presentation that could potentially earn you tens of millions of dollars for years to come… 52 sessions with a Traffic Coach… weekly Commissions Accelerator Webinars… a private Skype Accountability Group… 100 copies of Limitless… the chance to become a MOBE Mentor and travel the world… and $10,000 worth of FREE traffic!

This is by far the MOST valuable program I've ever offered.

If you're lucky enough to get in, this will be the biggest turning point of your professional life.

**WARNING:** Access to this program is LIMITED and I can only take on 6 more people for the Live Immersion Bootcamp.

Find a MOBE staff member and tell them, **"I want to apply for the 7-Figure Business Launch Program."**

**PX 40**

CONFIDENTIAL



PX 40

FTC-MOBE-003311

UT_QP_FTC_0000361



I've just launched a new program called The **MOBE Elevation Program.**

This program is only available to Diamond members and it's very exclusive. We can only accepted a limited number of people into this program at any time.

I have also put a hard limit on the number of private consultations I will do.

The next 10 people will get a 2-hour in-person consult with me. After that, the private consult will no longer be a part of this program.

So, I urge you to read this entire letter now while spots are still available.

If selected, you will work 1-on-1 with a MOBE Mentor – someone who has worked side-by-side with me in my business and knows my entire marketing "system."

Your MOBE Mentor will help you overcome the biggest obstacle facing business owners and entrepreneurs…

# YOURSELF !

No matter how well prepared you are… no matter how many tools and courses you own… you will never build a 6 or 7-figure online business until you overcome what I call "analysis paralysis."

This affects the best (and brightest) of us and it's the #1 "business killer" that no one talks about.

Does any of the following sound familiar?

- You don't know where to get started because there are just too many options
- You get "stuck" on one aspect of a specific marketing campaign
- You're 99% sure of the right action to take, but get frozen in place by the unknown 1%
- You're able to do the first, second, and third steps of a process… but unable to finish the fourth (and final) step

Well, it doesn't have to be this way.

Your MOBE Mentor will work with you 1-on-1 to help you overcome these obstacles and take your business to the next level.

**PX 40**

CONFIDENTIAL

FTC-MOBE-003312
UT_QP_FTC_0000362

# HERE'S HOW THE MOBE ELEVATION PROGRAM WORKS

1.  Your MOBE Mentor will fly out to your home (or office) and work side-by-side with you for 3 days to create a brand-new product and sales funnel that you can use to generate hundreds of thousands of dollars.

2.  You and your MOBE Mentor will work together for 3 weeks prior to the fly-out (to get you prepared) and for 3 weeks after (to follow up).

3.  Sometime after your 3-week follow up, I'll fly you to Kuala Lumpur for a 2-hour consult with me where I will evaluate your business, help you set new goals, and tell you exactly how to achieve those goals.

4.  While in Kuala Lumpur, you will also get 2 full days in the MOBE Film Studio to record a series of professional marketing videos for different parts of your business (lead generation, content, sales, and branding).

Now, there is a LOT more included in the program that I'll get into soon, but first I want to explain whom you'll be working with.

# WHO IS YOUR MOBE MENTOR?

I've had people working with me since Day One that have helped me make millions.

These "workhorses" have become experts in every facet of online marketing – traffic, lead generation, sales funnels, product creation, etc – and have seen firsthand what has worked for MOBE (and what hasn't).

They have worked with me side-by-side in my office in Kuala Lumpur and know how I work, how I think, and how I approach marketing.

And if they do well enough (for a long enough period of time) they qualify to become a MOBE Mentor.

These MOBE Mentors are as close as you'll get to working directly with me.

In fact, to be completely honest, some of them know MORE about certain technical aspects of traffic and sales funnels than I do!

Your MOBE Mentor is uniquely qualified to help you:

-   earn more money in MOBE
-   get more traffic and opt-ins
-   build your email list
-   create and position your own product
-   build your own sales funnel
-   scale your online business to 6-figures (and higher)

Your MOBE Mentor will work with you in 3 phases.



**PX 40**

CONFIDENTIAL

FTC-MOBE-003313
UT_QP_FTC_0000363

# THE 3 PHASES OF YOUR MOBE ELEVATION MENTORSHIP : FROM INTRODUCTION TO IMPLEMENTATION

## PHASE 1: INTRODUCTION

In this phase, your MOBE Mentor will learn who you are. For 3 weeks prior to your in-person meeting, you will discuss your goals, your experience level, and where your online business is today.

After assessing where you are, they will give you a series of easy-to-implement assignments to work on. These assignments will get you ready for your in-person meeting and lay some of the groundwork for your new product and sales funnel.

## PHASE 2: CREATION

After the Introduction Phase, I will pay for your MOBE Mentor to fly out to your home (or office) for 3 full days.

Over the course of 3 days, your Mentor will help you create a brand-new product and sales funnel that you can use to bring in hundreds of thousands of dollars per year in revenue.

This product and sales funnel will be in ADDITION to anything my team has helped you create before as a Diamond member.

### Note:

You can never have enough sales funnels and products. In fact, the most successful marketers in the world create and launch several new products every year. This is the best way to build momentum and scale.

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you map out elements of your product, and put together the PowerPoint

slides for your sales presentation using proven templates, images, and "psychological" triggers.

This high-impact sales video will use tactics including: the identification of your prospect's problem and the solution (your product); a description of features and benefits; and other elements like scarcity, urgency, and social proof.

By the end of 3 days, you will have a top-notch product, sales video, and funnel modeled after some of the best-selling funnels in the world (including MOBE's).

Then, after your product and sales funnel are done, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

## PHASE 3: IMPLEMENTATION

After the 3-day fly out, your MOBE Mentor will help you launch your new product and sales funnel to the world.

They will work with you for another 3 weeks (after your in-person meeting) to make sure you implement the roadmap they gave you.

They will answer your questions, hold you accountable, and continue to teach you new things about growing your business and making more sales.

In total, your MOBE Mentor will meet with you for 6 full weeks plus 3 days in person.

In addition to that, you will also get a private 2-hour consult with me.

**PX 40**

CONFIDENTIAL

# YOUR PRIVATE CONSULT WITH MATT LLOYD

After your 3-week follow up with your MOBE Mentor, we will schedule a convenient time for you to meet me in Kuala Lumpur for a private consultation.



I will fly you out to Kuala Lumpur (on my dime) and pay for your accommodation for 4 nights.

While here, you will get 2 full days in the MOBE Film Studio, a private consultation with me, and some time off to explore the city.

During our 2-hour consultation:

- I will evaluate and "dissect" your business in detail
- I will help you define your goals
- I will give you a clear path to achieve those goals
- I will force you to focus on high-level activities

You will learn directly from someone (me) who has generated over $100 million in sales in a very short period of time.

I "live and breathe" marketing every single day and know what it's like to run dozens of campaigns at the same time, while creating new offers and managing an international team.

I can say (truthfully) that I know as much about what's CURRENTLY working in the world of "online marketing" that anyone else on the planet... which makes the value of this hard to quantify.

On the very rare times I do personal consultations, I charge roughly $5,000 an hour, which means this consultation has a real-world value of $10,000.

But if applied correctly, this advice could double (even TRIPLE) your sales over the next 6 to 12 months… which would make this consultation worth hundreds of thousands of dollars.

I know because similar advice has helped me grow MOBE to where it is today.

# HOW MENTORS HAVE CHANGED MY LIFE AND MY BUSINESS

MOBE would not be where it is today without the help of very successful people and their advice.

In fact, I originally got the idea for the one product line – which has generated well over $10 million in sales – on a 1-hour consultation call with a mentor back in early 2011.

This marketer was at such a higher level than me (at the time) that he was able to describe in 1 hour what would have taken me months (or years) to figure out on my own.

That 1-hour consult changed my life and the direction of MOBE forever and it helped me realized that if you want to succeed, you must ALWAYS learn from people that have more experience than you.

That is the secret to success.

And with the MOBE Elevation Program, you have an opportunity to meet with me for TWICE as long as I met with that mentor in 2011.

On top of that…

5

**PX 40**

CONFIDENTIAL

# WE WILL RECORD OUR MEETING & TURN IT INTO ANOTHER PRODUCT FOR YOU... THAT YOU CAN SELL OR USE AS VALUABLE BONUS

Like I said before, you can never have too many products.

In addition to the sales funnel that your MOBE Mentor will help you create, my team will record our entire 2-hour private consultation.

Then I'll pay one of my copywriters to write a professional sales letter for it, and my team will create another product and sales funnel for you.

You can sell this product for up to $5,000 as a valuable training…

… or you can give it away as a bonus to get more Titanium, Platinum, and Diamond sales (and commissions) for yourself.



**Note:** If you want to keep your recordings private, you don't have to sell them or use them as a bonus. (But I highly recommend you leverage this as much as you can).

# PLUS... YOU WILL GET ONE FULL YEAR OF ADDITIONAL TRAINING, SUPPORT, AND COACHING FROM ME AND MY TEAM

Since I truly want you to succeed in this program, I've decided to include a full year of additional training, support, and coaching.

For one full year, you will get exclusive access to a private Skype accountability group, weekly calls with a Traffic Coach, and my weekly Commissions Accelerator Webinar.

Here's how this works…

## 52 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Every week, you will meet on Skype for a 30-minute session to discuss what you've been working on in your business.

Your coach will ask you what challenges you've faced in the last week and help you overcome them.

They'll also give you advice on specific traffic strategies you should be implementing to bring in more sales.

**Note:** Although their specialty is "traffic" all of my Traffic Coaches know how to setup sales funnels and create effective marketing campaigns as well.

## PRIVATE SKYPE ACCOUNTABILITY GROUP

At MOBE events, you know how exciting it is to be in a "live" environment with other like-minded entrepreneurs.

**PX 40**

CONFIDENTIAL

But then you get home, and you're faced with the realities of running your business ALONE.

It can be daunting.

To help you overcome that, I've created a private Skype group that I personally monitor. This Skype group is very exclusive and only available to the highest earning MOBE partners.

In this setting, MOBE Top Earners "let their guard down" and share trade secrets and about what's currently working in their businesses. By being a part of this group, you will pick up valuable tips on marketing, sales, and traffic.

As an active member, you will be required to post daily updates on what you're doing, so other members can motivate you and hold you accountable.

Also, I personally monitor this group and will check in on your progress, and give you valuable advice from time to time.

## WEEKLY "COMMISSIONS ACCELERATOR" WEBINAR

At the end of the day, my greatest skill is converting traffic into paid customers. It's easy to forget that this is the MOST important thing you should focus on at all times.

For that reason, I started an exclusive webinar for the Top Earners in MOBE (and members of the MOBE Elevation Program). On these weekly "how to" webinars I'll reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

In the past, I've taught attendees how to increase sales overnight, write profit-pulling emails, manage Facebook groups, put together bonuses, and much more.

These private webinars are by invitation-only so they're very exclusive and I only cover advanced marketing strategies.

But that's not all…

## YOU ALSO GET A 2-DAY MOBE FILM STUDIO PACKAGE

I've invested a lot of money into building a professional Film Studio at my office in Kuala Lumpur for one reason…

### VIDEO SELLS

I can't tell you how many times people have told me that they were "on the fence" about Titanium or Platinum, but decided to buy because of the videos about the Masterminds they saw online.

These videos have helped generate millions of dollars and are a big part of MOBE's exponential growth in the past few years.

And with the MOBE Elevation Program, you get access to my Film Studio for 2 full days.

Over the course of 2 days, we will help you create Hollywood-quality marketing videos that will generate a flood of leads and sales for your business.



**PX 40**

CONFIDENTIAL

FTC-MOBE-003317
UT_QP_FTC_0000367

I have an expert film crew, proper lighting, green screens, and much more… everything needed to produce stunning videos that sell.

During your 2 days, my team will help you tell your "digital story." This is the most important aspect of selling with video, and we will help you create scripts that will bring in sales and build your brand.

On top of that…

I will personally record videos with you that you can use in your MOBE marketing.

Appearing on video with me will help position you as an authority and expert, and exponentially increase your earnings in MOBE.

We will also record some "Ask Matt Lloyd" videos that get sent out to my list of over 700,000 people.

This exposure will increase your influence in the MOBE community overnight and make it even easier for you to make more commissions.

Note: I normally charge $10,000 per day for the MOBE Film Studio




## PLUS… YOU CAN SPEAK LIVE AT A MOBE EVENT

This is a game-changer.

Speaking at live events will do more for your business than almost anything else.

One 45-minute presentation on stage can have a larger effect on your brand than dozens of online videos and content pieces.

The problem is most people are terrified of public speaking. They say that it's people's #1 fear… more than death!

So if you're not excited about speaking on stage, that's normal. But I guarantee you, no one was more afraid of public speaking than I was.



**PX 40**

CONFIDENTIAL

FTC-MOBE-003318
UF_QP_FTC_0000368

In early 2011, I was fortunate enough to be invited to appear on stage for one of my mentors, who had done $40 million in sales up to that point (in 2011).

I'd spent about a year working in his organization to earn this invite, and it was a **major turning point** for me.

I was a nervous wreck, but I forced myself to do it, because I was stuck in a rut and my desire to succeed outweighed my fear.

Looking back, after making over $100 million in sales, that stage appearance was the single biggest factor to the growth of my business.

It instantly positioned me as an authority in the industry, and my income skyrocketed afterwards.

Now, we won't force you to speak on stage if you don't want to (it's optional). But if you decide you to move forward, then we will help you every step of the way.

When you join the MOBE Elevation Program:

we will train you on "public speaking"

we'll show you tricks to overcome your fear

we'll help you put together your presentation and practice it

By the end of this "crash course" in public speaking, you'll be confident and excited to share your story with the world.

When you're ready, we'll put you on stage at a MOBE event and record your presentation and take your photos.

Then I'll pay one of my professional copywriters thousands of dollars to write a sales letter for you.

You can use this sales letter to sell your presentation as ANOTHER stand-alone product for up to $1,000 (or more).

Or, you can use your recording as a powerful free lead-magnet (or bonus) to position you as an expert and increase your sales in MOBE.

Plus… if your presentation goes well and you want to do more speaking, I may even offer you a position on our live speaking team.

Note:

For hosting a live training, our speakers can put $25,000 in their pocket for one day's work (and a percentage of sales made in the room)! You have to earn it, but this could be the start of a very lucrative speaking career for you.

Now, we've covered a lot of ground here, so I want to recap what you get before I tell you how to apply.



9

**PX 40**

FTC-MOBE-003319
UT_QP_FTC_0000369

# HERE'S WHAT YOU GET WITH THE MOBE ELEVATION PROGRAM

## 3-PHASE MOBE MENTORSHIP:

Your MOBE Mentor will meet with you for 3 weeks prior to your in-person meeting to assess where you are, and give you a series of easy-to-implement assignments to get you ready for your in-person meeting.

Then I will fly them out (at my expense) to your home or office to work side-by-side with you for 3 days and help you create a new product and sales funnel that you can use to bring in 6 to 7-figures per year.

After your sales funnel is done, your MOBE Mentor will give you a "roadmap" to launch your new product using the same marketing strategies we've used at MOBE to generate over $100 million in sales.

Then, after the 3-day fly out, your MOBE Mentor will work with you for another 3 weeks to make sure you implement your roadmap. They will answer your questions, hold you accountable, and keep you moving forward.

## YOUR BRAND-NEW PRODUCT:

Your MOBE Mentor will help you create an irresistible product that hits your prospects' "pain points" and gets them reaching for their wallets.

Your product will be UNIQUE to you… but it will be modeled after the world's best-selling training products, including MOBE's.

## YOUR HIGH-IMPACT SALES VIDEO:

Your Mentor knows exactly what works (and what doesn't) when it comes to selling products online.

They will help you structure a high-impact sales presentation using proven sales tactics, and put together the PowerPoint slides for your sales video.

A good sales video (like this) is a true asset that can reliably bring you 6 to 7-figures per year. Once you have this in place, you can use the same video to generate sales for YEARS to come. Many trainers (including me) will re-use sales videos for years, and make minor tweaks only when needed.

## YOUR OWN CUSTOM SALES FUNNEL:

All of my MOBE Mentors know how to engineer a million-dollar sales funnel with the highest-converting squeeze pages, sales pages, exit pops, order pages, and upsell/downsell sequences.

They will help you create a custom sales funnel to by taking tested and proven page templates and customizing them for your unique product.

## RIGHTS TO YOUR PRODUCT AND SALES FUNNEL:

You will own your finished product and sales funnel for life. You can make money from these assets for years to come, by using them yourself and licensing them to other sellers.

If used correctly, your product and sales funnel could easily bring in $1 million (or more) per year for your online business.

## 2-HOUR PRIVATE CONSULT WITH MATT LLOYD

After your 3-week follow up with your MOBE Mentor, I will fly you out to Kuala Lumpur for a 2-hour private consultation with me.

During our 2-hour consultation I will dissect your business, help you define your goals, and give you a clear path to achieve those goals.

PLUS… we will record our meeting and turn it into another product for you.

**PX 40**

CONFIDENTIAL

FTC-MOBE-003320

UT_QP_FTC_0000370



You can sell this product for up to $5,000 as a valuable training… or you can give it away as a bonus to get more Titanium, Platinum, and Diamond sales (and commissions).

## 52 SESSIONS WITH YOUR TRAFFIC COACH

In addition to your training with your MOBE Mentor, you will get weekly calls with one of my expert Traffic Coaches.

Your coach will ask you what challenges you've faced in the last week and help you overcome them. They'll also give you advice on specific traffic and marketing strategies you should be implementing to bring in more sales.

## SKYPE ACCOUNTABILITY GROUP

This private Skype group is only available to the highest earning MOBE partners (and you).

In this setting, MOBE Top Earners "let their guard down" and you will pick up valuable tips on marketing, sales, and traffic.

You will also be required to post daily updates on what you're doing, so other members (including me) can motivate you and hold you accountable.

## COMMISSIONS ACCELERATOR WEBINAR

You will be invited each week to a private webinar for the Top Earners in MOBE (and members of the MOBE Mentor Program). On these weekly "how to" webinars I reveal my best all-time secrets for increasing sales, and update you on NEW strategies I've been implementing.

## 2-DAY MOBE FILM PACKAGE

Video sells… but only if it's done RIGHT.

With the MOBE Elevation Program, you get access to my Film Studio for 2 full days, so you'll have Hollywood-quality marketing videos to generate leads and sales for your business.

I have an expert film crew, proper lighting, green screens, and much more… everything needed to produce stunning videos that sell.

I will also personally record videos with you that you can use in your MOBE marketing. This will position you as an authority and expert, and exponentially increase your earnings in MOBE.

## AN INVITATION TO SPEAK AT A MOBE EVENT

Speaking on stage will instantly turn you into an "expert" and your income will skyrocket as a result.

When you join the MOBE Elevation Program we will train you on public speaking and help you put together a live presentation for the stage.

Then, we'll put you on stage at a MOBE event (with your permission), record it, and write a sales letter promoting that recording as a valuable training product.

You can sell this recording as another product of your own, or use it as a bonus to increase your sales in MOBE.

**If you apply soon (and are accepted), you will get these additional bonuses:**

PX 40

CONFIDENTIAL

FTC-MOBE-003321

UT_QP_FTC_0000371

# 100 COPIES OF LIMITLESS, AND THE CHANCE TO TRAVEL THE WORLD AS PART OF THE MOBE MASTERMIND TEAM

**100 Copies of Limitless:**

When you join the MOBE Elevation Program, you'll get one hundred (100) copies of my best-selling book Limitless shipped to your door for FREE.

I will pay for the printing and shipping, and you will get a big box of 100 customized books delivered to your door with your affiliate link printed on every 2nd page.



All you have to do is hand these books out to anyone who is interested in having an online business that gives them personal and financial freedom (which is pretty much everyone).

Then, some of those leads will join the MOBE affiliate program and buy more programs (Silver, Gold, Titanium, etc) that you will get commissions on.

This is an easy and painless offline strategy that anyone can do (all you have to do is give away free books).

# TRAVEL THE WORLD WITH THE MOBE MASTERMIND EVENT TEAM

As you know, MOBE holds live events and masterminds all over the world, including exotic locations like Fiji, Bali, Cancun, and Thailand and major metropolitan areas like London, Dubai, Singapore, New York, and Los Angeles.

If accepted into the MOBE Elevation Program, you will get "front of the line" status to join our Mastermind Event Team and travel the world like Steven Bransfield

Steven has an inspiring story. He was a typical American college student (in a lot of debt) who decided to change his life and join the MOBE team.

After proving himself, he became a valuable addition to the Mastermind Event Team, speaking at events and masterminds all over the world including Asia, Europe, Mexico, and the U.S.

In the last year, Steven has learned more than he would have ever learned at college... plus he's seen the world, spoken on stage at MOBE events, and is building a promising career as a speaker and trainer.

Now, this is not a guaranteed spot, but we love to add people to the Mastermind Event Team that have been through our coaching and have had success as a MOBE affiliate.

**PX 40**

CONFIDENTIAL

# THE MOBE ELEVATION PROGRAM OFFER

There's a LOT here.

This is one of the most valuable programs I've ever offered... because a MOBE Mentor is literally growing your business FOR YOU.

Because of the personal attention you get and the resources and logistics involved... we can only accept a limited number of people into the MOBE Elevation Program at any time.

Also, as I said in the beginning of this letter... I am only doing 10 more private consultations.

After these 10 spots are filled, the private consult will no longer be a part of this program.

But... before I tell you how to apply, there are some ground rules.

# THIS IS NOT FOR EVERYBODY

I'm selective about who I work with, so I have some (reasonable) criteria that needs to be met.

## 1. YOU CAN'T SHARE WHAT YOU LEARN WITH ANYONE.

My biggest fear is that one of my competitors will "sneak" into this program and learn all my trade secrets.

If accepted, you must sign a non-disclosure agreement (NDA) that says you won't share what you learn with others. Of course, you'll be able to use the information to build your business, but you can't share it with others.

## 2. YOU MUST BE DIAMOND.

By getting positioned at Diamond, you've shown that you're a trustworthy partner and serious about growing your business.

## 3. YOU ARE WILLING TO INVEST IN YOUR FUTURE.

With this program, you're getting a MOBE Mentor for 3 full days ($50,000 value)... your own product and sales funnel (assets that could generate $1 million/year)... a 2-hour private

consult with me ($10,000 value)... a recording of our meeting that you sell or use as a bonus ($5,000 value)... 52 weekly sessions with your Traffic Coach ($25,000 value)... the Skype Accountability Group ($10,000 value)... 100 copies of Limitless ($1,000 value)... Weekly Accelerator Webinars ($5,000 value)... 2 full days in my Film Studio ($20,000 value)... an opportunity to speak on stage at a MOBE event ($25,000 value)... and the ability to join the MOBE Mastermind Mind Team ($25,000 value).

If you add up the value of everything here, it's more than $176,000 in the short term and over $1.1 million in the long-term!

But you won't pay anything near that.

There is a reasonable investment to join this program, but we can discuss that after you apply.



---

**PX 40**

CONFIDENTIAL

FTC-MOBE-003323

01_QP_FTC_0000373

# HERE'S WHAT I WANT YOU TO DO NEXT

If you want to grow your business to 6-figures (and higher), then apply now.

Find a MOBE staff member and tell them, **"I want to apply for the MOBE Elevation Program."**

My staff will connect you with someone for an initial interview.

During this interview, they'll make sure that you meet the requirements and are a good fit for the program.

You can also ask YOUR questions, to make sure this program is a good fit for you.

If this interview goes well, then we will discuss payment and you'll get a non-disclosure agreement to sign.

After you return the NDA and payment is confirmed, then you'll get access to your MOBE Mentor, Traffic Coach, the Skype accountability group, and other deliverables.

Remember, access to this program is LIMITED and I can only take on 10 more people for private consultations.

There is a LOT of demand, so apply now to ensure you get in.

Find a MOBE staff member and tell them, **"I want to apply for the MOBE Elevation Program."**

*Matt Lloyd*

To Your Success,

**Matt Lloyd**

**P.S. "A One-Way Ticket to Financial Freedom"**

The MOBE Elevation Program is as close to a "one-way ticket to financial freedom" as you can get.

- You will have a "lifeline" to true marketing experts, so you can get answers to all your questions

- You will get a rare glimpse into the "inner workings" of MOBE and learn what marketing strategies are working best for us, so you can implement them in your business

- You'll go from inaction and confusion to creation and implementation, so you can finally have the 6 or 7-figure online business you've always dreamed of

- You'll be able to quickly and painlessly overcome any obstacles you're facing, so you can scale your business to new heights

The MOBE Elevation Program can do all of this for you, and much more. But you have to take the first step and apply today.

**P.P.S.** Remember, your MOBE Mentor will fly out to spend 3 days with you and work with you 1-on-1 to create (and launch) your own product and sales funnel that can generate hundreds of thousands of dollars per year for your business. PLUS… you get 2 full days at the MOBE Film Studio where you can record professional marketing videos… the opportunity to speak on stage at a MOBE event… 52 sessions with your Traffic Coach… a 2-hour private consultation with me where I will help you take your business to the next level… and a recording of our meeting that you can sell, or use as a bonus to bring in more sales in MOBE!

**WARNING:** Access to this program is LIMITED, and I can only take on 10 more people for private consultations. Find a MOBE staff member and tell them, **"I want to apply for the MOBE Elevation Program."**

14

## PX 40

FTC-MOBE-003324
01_QP_FTC_0000374

# PURCHASE ORDER

**MOBE LTD.**
B1-28-8, Soho Suites at KLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur, Malaysia

support@mobe.com
www.mobe.com
1-800-804-1124

Order #: ....................................

## MOBE

Name: ............................................................................ Phone: ................................................

Primary Email: .................................................... Skype: ............................ Mobile: ....................................

Billing Address: ................................................................................ Apt: ................................................

City: ............................................ State: ............................ Postal Code: ....................................

Guest Name: ............................................ Guest Email: ....................................

**HOW DID YOU HEAR ABOUT US?** (Please Check)  ☐ TV  ☐ Mail  ☐ Radio  ☐ Internet  ☐ Affiliate

| PURCHASE ITEM | RETAIL | ON SITE PRICE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Special Terms: | TOTAL: |  |
|  | AMOUNT PAID: |  |
|  | BALANCE DUE: |  |

**Payment Method:**

☐ MasterCard  ☐ Visa  ☐ Amex  ☐ Discover  Last 4 digit: ................  ☐ Cash ................  ☐ Check # ................  ☐ Wire  /  /

Merchant Account Used: ............................................................ Authoriziation # ....................................

Merchant Account Used: ............................................................ Authoriziation # ....................................

Merchant Account Used: ............................................................ Authoriziation # ....................................

☑ **I HAVE READ AND AGREE TO THE FOLLOWING TERMS.** [Student Initial Required] ....................................

1. You have received the terms and conditions below.

2. You, the buyer, may cancel this transaction at any time prior to midnight of the third business day after the date of this transaction. Some jurisdictions require a longer period and we will honor those regulations. To cancel this transaction simply email support@mobe.com.

3. You agree that we may initiate credit/debit entries to your account today. Your refusal to honor a transfer may result in additional charges. Your authorization is effective until you notify us in writing otherwise. We need at least seven (7) days to make your notice effective.

4. If a partial payment has been made at the time of purchase, you hereby agree to pay any unpaid balance on your account within _____ days of the date of this Agreement, unless other arrangements have been made and included herein.

5. The parties agree that any and all claims arising from or in connection with this purchase must be brought through binding arbitration with the American Arbitration Association as outlined in the appropriate Affiliate or Mastermind Agreement.

....................................................     ....................................................     ....................................................
Date                          Your Signature                     MOBE Representative Signature

FOR INTERNAL USE:   Event: ............................................   Instructor: ....................................

City: ............................................   Date: ....................................  ☐ Session 1  ☐ Session 2

Scanned by CamScanner

**PX 40**

UT_QP_FTC_0000375



# Merchant Info Questionnaire

| Business Information | |
|---|---|
| **DBA  (Name that will be on the card holders bill)** | MOBE (My Own Business Education) |
| **Location address** | 8207 Golf Ridge Drive |
| **Location city** | Charlotte |
| **Location state** | NC |
| **Location zip** | 28277 |
| **Legal Business Name (as it appears on tax return)** | MOBEPROCESSING.COM INC. |
| **Mailing address (if different from location address)** | N/A |
| **Mailing city** | N/A |
| **Mailing state** | N/A |
| **Mailing zip** | N/A |
| **Company Phone** | ▮▮▮▮▮▮ |
| **Company fax number** | (704) 919-5275 |
| **Customer service phone number** | (844) 662-3787 |
| **Website URL** | mobe.com |
| **Contact person (if questions on account)** | Susan Zanghi |
| **Contact person's email** | susan@mobe.com |

| Business Profile | |
|---|---|
| **Business Structure (corporation, LLC, sole prop, etc.)** | Corportation |
| **Federal Tax ID** | 47-3489384 |
| **Date business formed** | Dec 2014 |
| **State business created in** | Deleware |
| **Number of employees** | 160 |
| **Trade reference 1 – Business name** | Russ Whitney Consulting |
| **Contact name and number (of reference 1)** | Russ Whitney, Sr. |
| **Trade reference 2 – Business name** | Ross Weber, Attorney |
| **Contact name and number (of reference 2)** | Ross Weber |

| Owner/Officer | |
|---|---|
| **1 - Primary Owner's Name** | Matthew Lloyd McPhee |
| **Title** | CEO |
| **Ownership %** | 100% |
| **Social Security #** | N/A – Australian Tax ID # ▮Redacted▮ |
| **Date of Birth** | ▮Redacted▮ |
| **Mobile Number** | Malaysia - ▮▮▮▮ USA (980) ▮▮▮▮ |
| **Home Address** | B2-13-1 Soho Suites @ KLCC No 20 Jalan Perak |
| **Home City** | Kuala Lumpur |
| **Home State** | WP - Malaysia |
| **Home Zip** | 50450 |
| **Driver's License number** | ▮Redacted▮ (Western Australia) |
| **2 - Secondary Owner's Name** | Susan Zanghi |
| **Title** | Finance Manager |
| **Ownership %** | 0% |
| **Social Security #** | |
| **Date of Birth** | ▮Redacted▮ |
| **Mobile Number** | |
| **Home Address** | 8207 Golf Ridge Drive |

## PX 40



# Merchant Info Questionnaire

| Home City | Charlotte |
|---|---|
| Home State | North Carolina |
| Home Zip | 28277 |
| Driver's License number | Redacted (NC) |

## Site Survey

| Office Structure (Office, Residential) | Residential |
|---|---|
| Floor you occupy & # of floors in building | 1 / 2 |
| Approximate square footage | 1300 |

## Product Price Info

| Projected annual volume | $3,000,000 |
|---|---|
| Average ticket | $25,000 |
| High ticket | $100,000 |
| Describe product/service in detail | Mentorship & Coaching |
| Refund policy | 3 days – or legal requirement |
| Transaction Type (must equal 100%) | |
| Card swipe % | 100% |
| Mail Order / Telephone Order % | 0% |
| Internet - Ecommerce % | 0% |
| % of Business to Consumer sales | 50% |
| % of Business to Business sales | 50% |

## Current Account Profile

| Do you currently accept V/MC/D? | Yes |
|---|---|
| Do you currently accept AmEx? | Yes |
| If not currently accepting AmEx, do you want to? | |
| Name of current Processor | Chase |
| Gateway using or would like to use | |
| Have you ever been terminated by a Processor? | Yes |

## Bank Information

| Bank Name | Bank of America |
|---|---|
| Bank address | 7911 Providence Rd |
| Bank phone number | (704) 386-1293 |
| Contact Name | Undra A Perry |
| Account # | Redacted |
| Routing # | 053000196 |
| Is this a checking or savings account? | Checking |

# PX 40



# Merchant Info Questionnaire

## Offer / Campaign Information

| | |
|---|---|
| Describe the product/service being sold. | *Mentorship and Coaching Program* |
| How is the product/service ordered or purchased? | *Live Event Seminar Presentation* |
| What are the price points for the product/service? | *$10,000, $25,000, $50,000, & $100,000* |
| Is the product/service being sold through a Front End or as an upsell offer? With any upsell offers, please list all applicable Front/Back end partners with the product/service being sold. | *No* |
| Is the product/service being cross sold with any other product/service? If yes, explain. | *Yes - many products available that could be sold together or separately* |
| Is there a free trial and/or auto ship program attached to the product/service? | *No* |
| Is there recurring billing/continuity plan associated with the product/service? | *No* |
| How is the product/service advertised, marketed, and/or promoted to support the projected volume/transaction estimates? (i.e. radio, print, affiliate networks, CPA, publishers, and/or other sources to support the transaction count per day) | *The Event where the product is presented is promoted by Radio, direct mail print, affiliate network emails, CPA vendors, Facebook, you-tube, etc.* |
| List all major affiliates (sub affiliates), CPA's, and publishers used to generate sales. | *N/A* |
| How do you track affiliate sales and monitor for lead quality? | *Through our company CRM* |
| What is the warranty, return, and refund policy? | *3 day unless legal requirement dictates differently* |
| How can a customer cancel from Auto Ship/Bill and/or continuity program? | *By contacting Customer service or faxing a request* |
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN -House* |

## Fulfillment

| | |
|---|---|
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN - House* |
| Which of the following shipping confirmations do you use? 1) Delivery Confirmation, 2) Signature Confirmation, and 3)None | *3 – None* |
| Who manufactures/produces the product/service? | *N/A* |
| If selling digestibles, supplements, etc. | |
|    Have your products been evaluated /regulated by the FDA. | *N/A* |
|    Who manufactures/produces the product/service? | *N/A* |
|    Who manufactures/produces the product/service? | *N/A* |
| How many units per day is your manufacturer capable of producing should demand increase? | *Unlimited* |
| On average, how much product is maintained in stock, either in house or at your shipping facility? | *N/A* |
| Do you receive Inventory/Inventory Management Reports? | *N/A* |
| Will tangible products be shipped within 7 calendar days of sale capture? | *N/A* |

# PX 40



# Merchant Info Questionnaire

| Who is taking the order? | *Event Sales Staff* |
|---|---|
| At what time or point during the ordering process does the merchant or the fulfillment center bill the cardholder (i.e at time of order, at time of shipping, etc...)? | *At the time of order* |
| What happens if the product is unavailable or if service cannot be rendered (i.e. cease billing customer, issue refund, or notify customer of delayed shipment)? | *N/A* |
| Do you continue to accept sales if products/services are backorder/unavailable? | *N/A* |

## Customer Service

| Is Customer Service handled In House or outsourced? If outsourced with whom? | *In-House* |
|---|---|
| If Customer Service is outsourced, has anyone from your company visited the customer service facility? Will there be impromptu visits to the call center going forward? | *N/A* |
| Has anyone from your company participated in the training of the customer service staff? | *N/A* |
| If Customer Service handled In House, how many customer service reps are on staff? | *18* |
| What are your customer service hours? | *24 hours per day / 7 days per week* |
| Who is handling returns/chargebacks? | *Our Finance Team* |
| If applicable, is the fulfillment center automated to credit customers for returned or refused shipments? | *N/A* |
| How does the fulfillment center communicate with you and vice versa? | *Via email or Skype* |
| Do you have a quality control process in place to review orders on a regular basis in whole or in a sample set? | *N/A* |
| What is the customer service number you would like to have show up on card holders statements? | *(844) 662-3787* |
| How do you want the description to read on customer's bank statements? (22 characters max, includes spaces) | *MOBEPROCESSING.com Inc.* |

**PX 40**

## Profit and Loss Analysis
### MOBE LTD - GROUP

| | YTD Actual | Actual vs Last Year<br>Last Year | Dec 16 | Dec 16 Plus Last 3 Months<br>Nov 16 | Oct 16 | Sep 16 | Forward Projection Full Year<br>YTD | Budget | Total 16/16 |
|---|---|---|---|---|---|---|---|---|---|
| Database Revenue (Prime Corporate) | $ 167,601.00 | $ - | $ 41,664.00 | $ 80,493.00 | $ 45,444.00 | $ - | $ 167,601.00 | $ - | $ 167,601.00 |
| Sales - Allied | $ 4,221,165.00 | $ 1,372,851.00 | $ 234,949.00 | $ 197,560.00 | $ 193,545.00 | $ 180,249.00 | $ 4,221,165.00 | $ - | $ 4,221,165.00 |
| Sales - Bank wire/deposit | $ 17,829,025.00 | $ 18,850,503.00 | $ 1,073,752.00 | $ 964,521.00 | $ 801,481.00 | $ 1,079,361.00 | $ 17,829,025.00 | $ - | $ 17,829,025.00 |
| Sales - BOA | $ 458,005.00 | $ - | $ 3,000.00 | $ - | $ 356,500.00 | $ 55,875.00 | $ 458,005.00 | $ - | $ 458,005.00 |
| Sales - Chain Commerce | $ 4,227,000.00 | $ 7,122,648.00 | $ - | $ - | $ - | $ 8,335.00 | $ 4,227,000.00 | $ - | $ 4,227,000.00 |
| Sales - Chain Commerce TBI | $ 9,440,631.00 | $ - | $ - | $ 812,461.00 | $ 1,080,427.00 | $ 879,002.00 | $ 9,440,631.00 | $ - | $ 9,440,631.00 |
| Sales - Merchant Gateway | $ 6,914,728.00 | $ 21,987,621.00 | $ 552,030.00 | $ 409,486.00 | $ 372,241.00 | $ 282,706.00 | $ 6,914,728.00 | $ - | $ 6,914,728.00 |
| Sales - PayDollar | $ 5,074.00 | $ - | $ - | $ 4,305.00 | $ 769.00 | $ - | $ 5,074.00 | $ - | $ 5,074.00 |
| Sales - PayPal | $ - | $ 3,949,040.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Square | $ - | $ 2,579.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Stripe | $ 1,362.00 | $ 2,210,020.00 | $ - | $ - | $ - | $ - | $ 1,362.00 | $ - | $ 1,362.00 |
| Sales - Suite Pay | $ 4,180,222.00 | $ - | $ - | $ 414,780.00 | $ 645,396.00 | $ 823,260.00 | $ 4,180,222.00 | $ - | $ 4,180,222.00 |
| Sales - Triangle | $ - | $ 600,698.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sales - Vogogo | $ 2,482,783.00 | $ - | $ - | $ - | $ - | $ - | $ 2,482,783.00 | $ - | $ 2,482,783.00 |
| Sales return - Allied | -$ 295,817.00 | -$ 135,616.00 | -$ 7,052.00 | -$ 17,118.00 | -$ 5,756.00 | 9,305.00 | -$ 295,817.00 | $ - | -$ 295,817.00 |
| Sales return - Bank wire/deposit | -$ 345,253.00 | $ - | -$ 43,820.00 | -$ 8,631.00 | -$ 5,569.00 | -$ 41,402.00 | -$ 345,253.00 | $ - | -$ 345,253.00 |
| Sales return - BOA | -$ 35,972.00 | $ - | -$ 114.00 | -$ 1,732.00 | -$ 11,436.00 | -$ 16,674.00 | -$ 35,972.00 | $ - | -$ 35,972.00 |
| Sales return - Chain Commerce | -$ 1,191.00 | $ - | $ - | $ - | $ - | -$ 211.00 | -$ 1,191.00 | $ - | -$ 1,191.00 |
| Sales return - Chain Commerce TBI | -$ 82,909.00 | $ - | $ - | -$ 8,044.00 | -$ 23,966.00 | -$ 7,375.00 | -$ 82,909.00 | $ - | -$ 82,909.00 |
| Sales return - Merchant Gateway | -$ 69,115.00 | $ - | -$ 20,712.00 | -$ 9,817.00 | -$ 80.00 | -$ 11,238.00 | -$ 69,115.00 | $ - | -$ 69,115.00 |
| Sales return - Paypal | -$ 2,501.00 | $ - | $ - | $ - | $ - | $ - | -$ 2,501.00 | $ - | -$ 2,501.00 |
| Sales return - Suite Pay | -$ 134,214.00 | $ - | $ - | -$ 10,131.00 | -$ 2,918.00 | -$ 17,788.00 | -$ 134,214.00 | $ - | -$ 134,214.00 |
| Sales return - Vogogo | -$ 97,202.00 | $ - | $ - | $ - | $ - | $ - | -$ 97,202.00 | $ - | -$ 97,202.00 |
| **Total Revenue** | **$ 48,863,422.00** | **$ 55,960,344.00** | **$ 1,833,697.00** | **$ 2,828,133.00** | **$ 3,446,078.00** | **$ 3,204,795.00** | **$ 48,863,422.00** | **$ -** | **$ 48,863,422.00** |
| | | | | | | | | | |
| Cost of Sales | $ 5,172,197.00 | 6,635,786.00 | $ 1,139,228.00 | $ 596,597.00 | $ 668,785.00 | 751,473.00 | $ 5,172,197.00 | $ - | $ 5,172,197.00 |
| **Total Cost of Sales** | **$ 5,172,197.00** | **$ 6,635,786.00** | **$ 1,139,228.00** | **$ 596,597.00** | **$ 668,785.00** | **$ 751,473.00** | **$ 5,172,197.00** | **$ -** | **$ 5,172,197.00** |
| **Gross Profit** | **$ 43,691,225.00** | **49,324,558.00** | **694,469.00** | **$ 2,231,536.00** | **$ 2,777,293.00** | **$ 2,453,322.00** | **$ 43,691,225.00** | **$ -** | **$ 43,691,225.00** |
| GP% | 89% | 88% | 38% | 79% | 81% | 77% | 89% | 0% | 89% |
| | | | | | | | | | |
| OPEX | $ 42,615,114.00 | $ 45,008,799.00 | $ 5,473,480.00 | $ 3,133,972.00 | $ 2,497,953.00 | $ 2,139,294.00 | $ 42,615,114.00 | $ - | $ 42,615,114.00 |
| **Total OPEX** | **$ 42,615,114.00** | **$ 45,008,799.00** | **$ 5,473,480.00** | **$ 3,133,972.00** | **$ 2,497,953.00** | **$ 2,139,294.00** | **$ 42,615,114.00** | **$ -** | **$ 42,615,114.00** |
| **NOPBT** | **$ 1,076,111.00** | **$ 4,315,759.00** | **-$ 4,779,011.00** | **-$ 902,436.00** | **$ 279,340.00** | **$ 314,028.00** | **$ 1,076,111.00** | **$ -** | **$ 1,076,111.00** |
| NOP% | 2% | 8% | -261% | -32% | 8% | 10% | 2% | 0% | 2% |
| Other Revenue | $ 74,670.00 | $ 6,611.00 | $ 55,557.00 | $ 11,669.00 | -$ 1,182.00 | $ 655.00 | $ 74,670.00 | $ - | $ 74,670.00 |
| Total Other Revenue | $ 74,670.00 | $ 6,611.00 | $ 55,557.00 | $ 11,669.00 | -$ 1,182.00 | $ 655.00 | $ 74,670.00 | $ - | $ 74,670.00 |
| **Net Profit Before Tax** | **$ 1,150,781.00** | **$ 4,322,370.00** | **-$ 4,723,454.00** | **-$ 890,767.00** | **$ 278,158.00** | **$ 314,683.00** | **$ 1,150,781.00** | **$ -** | **$ 1,150,781.00** |
| Tax | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Net Profit** | **$ 1,150,781.00** | **$ 4,322,370.00** | **-$ 4,723,454.00** | **-$ 890,767.00** | **$ 278,158.00** | **$ 314,683.00** | **$ 1,150,781.00** | **$ -** | **$ 1,150,781.00** |

CONFIDENTIAL

FTC-MOBE-003105_0000380

## Entity Analysis
### MOBE LTD - GROUP

| | YTD Actual | MLP [AU] | MOBE [MY] | MOBE [PAB] | MOBE [UK] | MOBE [US] | MOBE Pro Ltd | MOBEtc [US] | STAFF [US] |
|---|---|---|---|---|---|---|---|---|---|
| COG: Call centre fees | $ 34,585.00 | $ 16,834.00 | $ 5,589.00 | $ - | $ | $ 12,162.00 | $ - | $ - | $ - |
| COG: Chargebacks | $ 1,425,775.00 | $ 93,493.00 | $ 31,382.00 | $ 42,480.00 | $ 731,285.00 | $ 223,462.00 | $ 303,673.00 | $ - | $ - |
| COG: Coaching + webinar | $ 422,541.00 | $ 277,842.00 | $ 80,716.00 | $ - | $ - | $ 11,500.00 | $ 52,483.00 | $ - | $ - |
| COG: Consulting fees | $ 444,335.00 | $ 3,007.00 | $ 1,011.00 | $ - | $ - | $ 440,317.00 | $ - | $ - | $ - |
| COG: Direct mail + copywriting + AV/videos [Non-Event Related] | $ 835,202.00 | $ - | $ 25,395.00 | $ - | $ - | $ 786,591.00 | $ 23,216.00 | $ - | $ - |
| COG: DYFE Done For You Emails | $ 72,750.00 | $ - | $ - | $ - | $ - | $ 72,750.00 | $ - | $ - | $ - |
| COG: MERC lease payment | $ 471,984.00 | $ 331,000.00 | $ 100,974.00 | $ - | $ - | $ - | $ 40,010.00 | $ - | $ - |
| COG: Phone commissions | $ 3,571,002.00 | $ 2,398,279.00 | $ 699,257.00 | $ - | $ - | $ 1,905.00 | $ 471,561.00 | $ - | $ - |
| COG: Prizes + promotional items | $ 25,777.00 | $ 19,328.00 | $ 6,449.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| COG: Traffic advertising | $ 6,054,922.00 | $ 125,153.00 | $ 41,559.00 | $ 651,460.00 | $ - | $ 5,234,663.00 | $ 2,087.00 | $ - | $ - |
| COG: Traffic coaching commissions paid | $ 11,521.00 | $ 8,695.00 | $ 2,826.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Computer - consumables & repairs | $ 2,165.00 | $ 1,093.00 | $ 367.00 | $ - | $ - | $ 705.00 | $ - | $ - | $ - |
| Computer - internet & cloud costs | $ 145,836.00 | $ 99,801.00 | $ 33,473.00 | $ - | $ - | $ 12,189.00 | $ 373.00 | $ - | $ - |
| Computer - software | $ 528,599.00 | $ 239,200.00 | $ 68,118.00 | $ - | $ - | $ 166,916.00 | $ 54,365.00 | $ - | $ - |
| Consulting Fees | $ 261,142.00 | $ - | $ - | $ - | $ - | $ 261,142.00 | $ - | $ - | $ - |
| Currency conversion - realised gains | $ 3,448.00 | -$ 12,576.00 | -$ 6,291.00 | $ - | $ - | $ 10,484.00 | $ 11,831.00 | $ - | $ - |
| Currency conversion - unrealised gains | $ 99,446.00 | $ 40,477.00 | $ 2,210.00 | $ - | $ - | $ 188.00 | $ 56,571.00 | $ - | $ - |
| Electricity, gas, levies & water | $ 540.00 | $ - | $ 540.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing Allied | $ 322,526.00 | $ - | $ - | $ - | $ - | $ 322,526.00 | $ - | $ - | $ - |
| FEES: Payment processing AMEX | -$ 3,576.00 | -$ 3,068.00 | -$ 508.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing Bank/Wire charges | $ 43.00 | $ - | $ 43.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing BOA | $ 297.00 | $ - | $ - | $ - | $ - | $ 297.00 | $ - | $ - | $ - |
| FEES: Payment processing Chain Commerce | $ 321,298.00 | $ - | $ - | $ - | $ 321,298.00 | $ - | $ - | $ - | $ - |
| FEES: Payment processing Chain Commerce TBI | $ 603,857.00 | $ - | $ - | $ - | $ - | $ - | $ 603,857.00 | $ - | $ - |
| FEES: Payment processing Dalpay | $ 74.00 | $ - | $ - | $ - | $ - | $ 74.00 | $ - | $ - | $ - |
| FEES: Payment processing IPayout | $ 76,488.00 | $ 53,463.00 | $ 16,220.00 | $ - | $ - | $ - | $ 6,805.00 | $ - | $ - |
| FEES: Payment processing Merchant | $ 42,678.00 | $ 2,862.00 | $ 914.00 | $ 37,751.00 | $ - | $ 1,010.00 | $ 141.00 | $ - | $ - |
| FEES: Payment processing NMI | $ 6,771.00 | $ 5,050.00 | $ 1,721.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| FEES: Payment processing PayPal | $ 2,884.00 | $ 2,198.00 | $ 727.00 | $ - | $ - | -$ 41.00 | $ - | $ - | $ - |
| FEES: Payment processing Stripe | $ 332.00 | $ - | $ - | $ - | $ - | $ 332.00 | $ - | $ - | $ - |
| FEES: Payment processing Suite Pay | $ 348,100.00 | $ - | $ - | $ - | $ - | $ - | $ 348,100.00 | $ - | $ - |
| FEES: Payment processing Triangle | $ 720.00 | $ - | $ - | $ - | $ - | $ 720.00 | $ - | $ - | $ - |
| FEES: Payment processing Vogogo | $ 185,939.00 | $ - | $ - | $ - | $ - | $ - | $ 185,939.00 | $ - | $ - |
| Filing fees - business name registration | $ 3,853.00 | $ 2,874.00 | $ 979.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Filing fees - company statement | $ 577.00 | $ 433.00 | $ 144.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Freight, delivery & shipping | $ 9,993.00 | $ 179.00 | $ 627.00 | $ - | $ - | $ 9,187.00 | $ - | $ - | $ - |
| General expenses | $ 9,085.00 | $ 6,885.00 | $ 2,200.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Legal fees | $ 455,728.00 | $ 66.00 | $ 22.00 | $ - | $ - | $ 455,640.00 | $ - | $ - | $ - |
| Motor Vehicle - Petrol | $ 2.00 | $ - | $ 2.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| OPEX | $ 91,830.00 | $ 90,760.00 | $ 1,070.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| P&M - Facebook | $ 293,952.00 | $ 147,337.00 | $ 22,939.00 | $ - | $ - | $ - | $ 123,676.00 | $ - | $ - |
| P&M-PROMOTIONS & MARKETING | $ 94,479.00 | $ - | $ - | $ - | $ - | $ 94,479.00 | $ - | $ - | $ - |
| Printing & stationery | $ 776.00 | $ - | $ - | $ - | $ - | $ 776.00 | $ - | $ - | $ - |
| Printing & stationery (office) | $ 4,699.00 | $ 3,573.00 | $ 1,126.00 | $ - | $ - | $ - | $ - | $ - | $ - |

CONFIDENTIAL

FTC-MOBE-002331_0000381

<br>

## Entity Analysis
## MOBE LTD - GROUP

| | YTD Actual | MLP [AU] | MOBE [MY] | MOBE [PAB] | MOBE [UK] | MOBE [US] | MOBE Pro Ltd | MOBEtc [US] | STAFF [US] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Entities YTD | | | | |
| Rent | $ 4,761.00 | $ - | $ 4,761.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs and maintenance | $ 8.00 | $ - | $ 8.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Repairs and maintenance - CAIF Property | $ 1,900.00 | $ - | $ - | $ - | $ - | $ 1,900.00 | $ - | $ - | $ - |
| S&S - Amazon Hosting | $ 27,873.00 | $ 12,288.00 | $ 1,265.00 | $ - | $ - | $ - | $ 14,320.00 | $ - | $ - |
| S&S - Godaddy | $ 2,246.00 | $ 1,609.00 | $ 514.00 | $ - | $ - | $ - | $ 123.00 | $ - | $ - |
| S&S - Skype | $ 21,584.00 | $ 14,616.00 | $ 4,398.00 | $ - | $ - | $ 510.00 | $ 2,060.00 | $ - | $ - |
| S&S - UpWork (formerly ODesk) | $ 2,436,789.00 | $ 1,733,649.00 | $ 540,864.00 | $ - | $ - | $ - | $ 162,276.00 | $ - | $ - |
| SERVICE FEES: agent | $ 1,040.00 | $ - | $ - | $ - | $ - | $ 1,040.00 | $ - | $ - | $ - |
| Staff amenities | $ 1,999.00 | $ 224.00 | $ 1,611.00 | $ - | $ - | $ 164.00 | $ - | $ - | $ - |
| Staff procurement | $ 41,376.00 | $ 22,337.00 | $ 14,979.00 | $ - | $ - | $ - | $ 4,060.00 | $ - | $ - |
| Staff training | $ 17,345.00 | $ - | $ - | $ - | $ - | $ 17,345.00 | $ - | $ - | $ - |
| Subscriptions and memberships | $ 28,930.00 | $ 15,025.00 | $ 5,340.00 | $ - | $ - | $ 8,565.00 | $ - | $ - | $ - |
| SUSPENSE - Suspense | -$ 1,017.00 | $ - | $ - | $ - | $ - | -$ 1,017.00 | $ - | $ - | $ - |
| Telephone - answering service | $ 25,604.00 | $ 17,956.00 | $ 5,525.00 | $ - | $ - | $ - | $ 2,123.00 | $ - | $ - |
| Telephone - fax, landline, mobiles, wireless | $ 4,697.00 | $ - | $ 628.00 | $ - | $ - | $ 4,069.00 | $ - | $ - | $ - |
| Telephone - mobiles (staff reimbursements) | $ 540.00 | $ 404.00 | $ 136.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel - accommodation | $ 2,503.00 | $ 1,141.00 | $ 375.00 | $ - | $ - | $ 966.00 | $ 21.00 | $ - | $ - |
| Travel - airfares | $ 7,141.00 | $ 32.00 | $ 11.00 | $ - | $ - | $ 7,098.00 | $ - | $ - | $ - |
| Travel - events & registration | $ 1,459.00 | $ 1,123.00 | $ 336.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel - expenses (insurance, Taxis, Internet) | $ 1,599.00 | $ 1,229.00 | $ 370.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel - meals | $ 225.00 | $ 170.00 | $ 55.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Wages (non-payroll) paid to subcontractors | $ 2,833,908.00 | $ 1,868,558.00 | $ 667,105.00 | $ - | $ - | $ 36,112.00 | $ 262,133.00 | $ - | $ - |
| Wages and salaries - allowances | -$ 173,889.00 | -$ 130,521.00 | -$ 43,368.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total OPEX** | **$ 42,615,114.00** | **$ 15,457,219.00** | **$ 4,728,758.00** | **$ 1,162,201.00** | **$ 892,162.00** | **$ 16,799,257.00** | **$ 3,575,517.00** | **$ -** | **$ -** |
| **NOPBT** | **$ 1,076,111.00** | **-$ 15,421,459.12** | **-$ 4,708,925.85** | **$ 1,940,196.75** | **$ 3,333,647.00** | **$ 3,703,773.53** | **$ 12,228,878.69** | **$ -** | **$ -** |
| **NOP%** | **2%** | **-691%** | **-682%** | **58%** | **79%** | **-4%** | **74%** | **0%** | **0%** |
| Other Revenue | $ 74,670.00 | $ 11,266.00 | $ 2,217.00 | $ - | $ - | $ 53,889.00 | $ 7,298.00 | $ - | $ - |
| Total Other Revenue | $ 74,670.00 | $ 11,266.00 | $ 2,217.00 | $ - | $ - | $ 53,889.00 | $ 7,298.00 | $ - | $ - |
| **Net Profit Before Tax** | **$ 1,150,781.00** | **-$ 15,410,193.12** | **-$ 4,706,708.85** | **$ 1,940,196.75** | **$ 3,333,647.00** | **$ 3,757,662.53** | **$ 12,236,176.69** | **$ -** | **$ -** |
| **Net Profit** | **$ 1,150,781.00** | **-$ 15,410,193.12** | **-$ 4,706,708.85** | **$ 1,940,196.75** | **$ 3,333,647.00** | **$ 3,757,662.53** | **$ 12,236,176.69** | **$ -** | **$ -** |

CONFIDENTIAL

FTC-MOBE-003330_0000382

## Balance Sheet Analysis
### MOBE LTD - GROUP

| | Now As at Dec 16 | ctual vs Last Year to Date Last Year | Variance |
|---|---|---|---|
| Accounts Receivable | $ 30,801.00 | $ - | $ 30,801.00 |
| Bank Accounts | $ 4,900,442.00 | $ 6,970,103.00 | -$ 5,069,661.00 |
| Other Current Assets | $ 40,490.00 | $ 11,880.00 | $ 28,610.00 |
| Rounding | $ 14,177,021.00 | $ 1,259,825.00 | $ 12,917,196.00 |
| **Total Current Assets** | **$ 19,148,754.00** | **$ 8,241,808.00** | **$ 7,906,946.00** |
| Term Assets | $ 917,130.00 | $ 67,616.00 | $ 849,514.00 |
| **Total Assets** | **$ 20,065,884.00** | **$ 8,309,424.00** | **$ 8,756,460.00** |
| Accounts Payable | $ 1,494,178.00 | $ 1,522,650.00 | $ 4,884,528.00 |
| Other Current Liabilities | -$ 263,766.00 | $ 1,220,409.00 | -$ 1,484,175.00 |
| **Total Current Liabilities** | **$ 1,230,412.00** | **$ 2,743,059.00** | **$ 3,400,353.00** |
| Intercompany - AU1 | -$ 39,708,002.00 | -$ 11,046,646.00 | -$ 28,661,356.00 |
| Intercompany - MU1 | $ 13,237,897.00 | $ 4,381,247.00 | $ 8,856,650.00 |
| Intercompany - MU2 | -$ 4,588.00 | -$ 4,634.00 | $ 46.00 |
| Intercompany - MY | $ 1,823,558.00 | $ 2,651,442.00 | -$ 827,884.00 |
| Intercompany - PA1 | $ 12,136,629.00 | $ 5,511,239.00 | $ 6,625,390.00 |
| Intercompany - US1 | $ 11,190,762.00 | $ 721,315.00 | $ 10,469,447.00 |
| Term Liabilities | $ 60,323,086.00 | $ 4,374,132.00 | $ 55,948,954.00 |
| **Total Liabilities** | **$ 60,229,754.00** | **$ 9,331,154.00** | **$ 55,811,600.00** |
| **Net Assets** | **$ 40,163,870.00** | **$ 1,021,730.00** | **$ 47,055,140.00** |
| Equity | -$ 40,593,595.00 | -$ 4,780,698.00 | -$ 35,812,897.00 |
| Current Year Earnings | $ 1,150,781.00 | $ 4,316,913.00 | -$ 11,079,132.00 |
| FX Reserves | -$ 721,056.00 | -$ 557,945.00 | -$ 163,111.00 |
| **Total Equity** | **-$ 40,163,870.00** | **-$ 1,021,730.00** | **-$ 47,055,140.00** |

### Monitors

| CAPEX Monitor | YTD |
|---|---|
| Building and improvements - Costa Rica | $ 598,917.00 |
| Computer equipment | $ 139,268.00 |
| Plant and equipment | $ 76,765.00 |
| Furniture and fittings | $ 18,066.00 |
| Building and improvements | $ 17,796.00 |
| Stock-Gold Bars | $ 8,549.00 |
| **Total CAPEX** | **$ 859,361.00** |

| Debt Monitor | As at Dec 16 |
|---|---|
| Term Loans | $ 58,999,342.00 |
| Accounts Payable | $ 1,494,178.00 |
| Current Loans | -$ 2,877.00 |
| Taxes | -$ 526,651.00 |
| Other | $ 265,762.00 |
| **Total Debt** | **$ 60,229,754.00** |

CONFIDENTIAL

## Entity Balance Sheet Analysis
### MOBE LTD - GROUP

| | Now As at Dec 16 | MLP [AU] | MOBE [MY] | MOBE [PAB] | Entities YTD MOBE [UK] | MOBE [US] | MOBE Pro Ltd | MOBEtc [US] | STAFF [US] |
|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable | $ 30,801.00 | $ - | $ 8,091.00 | $ - | $ - | $ 22,710.00 | $ - | $ - | $ - |
| Bank Accounts | $ 4,900,442.00 | -$ 952,988.00 | $ 98,676.00 | $ 1,691,044.00 | $ 26,499.00 | $ 5,668,450.00 | -$ 1,631,239.00 | $ - | $ - |
| Other Current Assets | $ 40,490.00 | $ 3,845.00 | $ 35,742.00 | $ - | -$ 2,395.00 | -$ 8,074.00 | $ 6,582.00 | $ - | $ - |
| **Total Current Assets** | **$ 4,971,733.00** | **-$ 949,143.00** | **$ 142,509.00** | **$ 1,691,044.00** | **$ 28,894.00** | **$ 5,683,086.00** | **-$ 1,624,657.00** | **$ -** | **$ -** |
| | | | | | | | | | |
| Term Assets | $ 917,130.00 | $ 77,845.00 | $ 99,204.00 | $ - | $ - | $ 606,833.00 | $ 133,248.00 | $ - | $ - |
| **Total Assets** | **$ 5,888,863.00** | **-$ 871,298.00** | **$ 241,713.00** | **$ 1,691,044.00** | **$ 28,894.00** | **$ 6,289,919.00** | **-$ 1,491,409.00** | **$ -** | **$ -** |
| | | | | | | | | | |
| Accounts Payable | $ 3,795,178.00 | $ 763,741.58 | -$ 330,440.85 | $ 347,760.27 | $ - | -$ 116,031.66 | $ 3,130,148.66 | $ - | $ - |
| Other Current Liabilities | -$ 263,766.00 | -$ 89,362.00 | -$ 21,442.00 | $ - | $ - | $ - | -$ 152,962.00 | $ - | $ - |
| **Total Current Liabilities** | **$ 3,531,412.00** | **$ 674,379.58** | **-$ 351,882.85** | **$ 347,760.27** | **$ -** | **-$ 116,031.66** | **$ 2,977,186.66** | **$ -** | **$ -** |
| | | | | | | | | | |
| Intercompany - AU1 | -$ 39,708,002.00 | $ - | -$ 12,691,710.00 | -$ 6,173,342.00 | $ 2,894.00 | -$ 20,845,844.00 | $ - | $ - | $ - |
| Intercompany - MU1 | $ 13,237,897.00 | $ 191,985.00 | $ 4,121,740.00 | $ - | $ - | $ 8,924,172.00 | $ - | $ - | $ - |
| Intercompany - MU2 | -$ 4,588.00 | $ 4,588.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Intercompany - MY | $ 1,823,558.00 | $ 3,248,423.00 | $ - | -$ 100,000.00 | $ - | -$ 1,324,865.00 | $ - | $ - | $ - |
| Intercompany - PA1 | $ 12,136,629.00 | $ 5,348,605.00 | $ 5,074,026.00 | $ - | $ - | $ 1,713,998.00 | $ - | $ - | $ - |
| Intercompany - US1 | $ 11,190,762.00 | $ 19,140,650.00 | $ 1,645,544.00 | -$ 1,714,033.00 | -$ 7,881,399.00 | $ - | $ - | $ - | $ - |
| Term Liabilities | $ 60,323,086.00 | -$ 47,104.00 | $ 64,084.00 | -$ 22,000.00 | $ - | $ 12,737,273.00 | $ 47,719,001.00 | $ - | $ - |
| **Total Liabilities** | **$ 62,530,754.00** | **$ 28,552,350.58** | **-$ 2,266,366.85** | **-$ 7,661,614.73** | **-$ 7,878,505.00** | **$ 1,088,702.34** | **$ 50,696,187.66** | **$ -** | **$ -** |
| **Equity** | **$ 56,641,891.00** | **$ 29,423,648.58** | **-$ 2,508,079.85** | **-$ 9,352,658.73** | **-$ 7,907,399.00** | **-$ 5,201,216.66** | **$ 52,187,596.66** | **$ -** | **$ -** |

CONFIDENTIAL

# Cash Flow Statement
## MOBE LTD - GROUP

| | Jan 16 | Feb 16 | Mar 16 | Apr 16 | May 16 | Jun 16 | Jul 16 | Aug 16 | Sep 16 | Oct 16 | Nov 16 | Dec 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Current Financial Year | | | | | | |
| Operating profit / (loss) | -$462,972.00 | $681,881.00 | $566,701.00 | $92,097.00 | -$1,563,980.00 | $73,165.00 | -$656,385.00 | $479,317.00 | $314,028.00 | $279,340.00 | -$902,436.00 | $4,779,011.00 |
| EBITDA | -$462,972.00 | $681,881.00 | $566,701.00 | $92,097.00 | -$1,563,980.00 | $73,165.00 | -$656,385.00 | $479,317.00 | $314,028.00 | $279,340.00 | -$902,436.00 | $4,779,011.00 |
| (Increase)/decrease in trade debtors | $- | -$49,952.00 | $- | $30,452.00 | -$2,500.00 | $710.00 | $- | $- | $- | $- | $- | $8,091.00 |
| (Increase)/decrease in other debtors | $202.00 | $805.00 | -$469.00 | $12,977.00 | $274.00 | $54.00 | -$14.00 | $75.00 | $9.00 | -$1,797.00 | $246.00 | $40,954.00 |
| Increase/(decrease) in trade creditors | $1,121,888.00 | $589,102.00 | -$73,875.00 | $262,804.00 | $715,255.00 | $179,147.00 | $293,270.00 | $213,448.00 | $83,327.00 | -$148,704.00 | $46,801.00 | $378,813.00 |
| Increase/(decrease) in SALES TAX | $135.00 | -$2.00 | $132.00 | $9.00 | $29.00 | $57.00 | $22.00 | $19.00 | $13.00 | $13.00 | $737.00 | $91,931.00 |
| Increase/(decrease) in other creditors | -$124,605.00 | $206,647.00 | -$37,519.00 | $502,145.00 | -$101,952.00 | $98,092.00 | -$551,261.00 | -$151,471.00 | $878,960.00 | $97,929.00 | -$2,571.00 | $164,049.00 |
| Cash generated from operations | $534,378.00 | $250,277.00 | $602,456.00 | $900,484.00 | $952,874.00 | $204,787.00 | $914,412.00 | $417,246.00 | $481,627.00 | $30,923.00 | $858,697.00 | $4,377,125.00 |
| | | | | | | | | | | | | |
| Income tax paid | $2,432.00 | -$218.00 | $15,369.00 | $1,016.00 | $10,729.00 | $6,444.00 | $2,411.00 | $2,007.00 | $1,411.00 | $1,514.00 | $5,591.00 | $217,133.00 |
| Other revenue | -$6,839.00 | -$2,074.00 | $5,808.00 | $4,250.00 | $3,910.00 | $3,369.00 | $8,521.00 | $2,236.00 | $655.00 | $1,182.00 | $11,669.00 | $55,557.00 |
| Net cash from operations | $529,971.00 | $247,985.00 | $592,895.00 | $905,750.00 | -$938,235.00 | $214,600.00 | $908,302.00 | $417,475.00 | $482,383.00 | $31,255.00 | $841,437.00 | $4,538,701.00 |
| | | | | | | | | | | | | |
| Net cash from investing activities | $728.00 | -$65.00 | $4,611.00 | $306.00 | $2,594.00 | $16,658.00 | -$32,965.00 | $34,057.00 | $65,342.00 | $51,854.00 | $228,524.00 | $419,066.00 |
| | | | | | | | | | | | | |
| Cash inflow/(outflow) from borrowings | $372,130.00 | -$208,406.00 | $1,006,625.00 | $789,442.00 | -$1,662,225.00 | $2,974,636.00 | $218,526.00 | $493,689.00 | $1,088,896.00 | $551,464.00 | -$1,177,845.00 | $49,388,745.00 |
| Changes in equity | -$6,203.00 | $556.00 | $39,189.00 | $2,592.00 | $27,355.00 | $16,430.00 | $6,149.00 | $5,118.00 | $3,599.00 | $3,865.00 | -$14,252.00 | $553,648.00 |
| Net cash from financing activities | $365,927.00 | -$207,850.00 | $1,045,814.00 | $786,850.00 | -$1,689,580.00 | $2,991,066.00 | -$212,377.00 | $498,807.00 | $1,092,495.00 | $547,599.00 | -$1,192,097.00 | $49,942,393.00 |
| | | | | | | | | | | | | |
| Change in cash & cash equivalents | $896,626.00 | $40,070.00 | $1,634,098.00 | $1,692,906.00 | -$2,625,221.00 | $2,759,808.00 | -$1,153,644.00 | $950,339.00 | $544,770.00 | $527,000.00 | -$2,262,058.00 | $44,984,626.00 |
| Opening cash & cash equivalents | $6,970,103.00 | $7,841,977.00 | $7,662,700.00 | $8,002,258.00 | $9,998,035.00 | $8,628,892.00 | $9,387,856.00 | $7,625,441.00 | $6,800,173.00 | $6,941,964.00 | $6,590,322.00 | $5,768,174.00 |
| Closing cash & cash equivalents | $7,841,977.00 | $7,662,700.00 | $8,002,258.00 | $9,998,035.00 | $8,628,892.00 | $9,387,856.00 | $7,625,441.00 | $6,800,173.00 | $6,941,964.00 | $6,590,322.00 | $5,768,174.00 | $4,900,442.00 |

PX 40

CONFIDENTIAL

**PX 40**

CONFIDENTIAL

| db_timestamp | source | message |
|---|---|---|
| 2016-11-30 11:05:33 | APP | Application created. |
| 2016-12-16 11:18:09 | APP | Application emailed to susan@mobe.com |
| 2016-12-17 22:37:00 | APP | Application submitted. |
| 2016-12-19 09:08:42 | APP | The account has the same owner &amp; legal name as apps 101109, 101108, 101107, 101106, 101083, &amp; 101035. |
| 2016-12-19 09:25:55 | CREDIT_BI | Susan is the Finance Manager and has been given authorization to enter into the merchant agreements by the owner who is Australian citizen who lives in Malaysia. SRenz has requested something in writing from the owner giving Susan authorization. |
| 2016-12-21 10:05:40 | APP | Per partner, Transactions will be 90% retail / 10% internet. OLA has been updated |
| 2016-12-21 11:00:06 | CREDIT_BI | There are 6 other applications for a total of 7 accounts (combined monthly volume is $416,666.68)  under this relationship / legal entity. This account will be used to sell various coaching/mentoring pkgs. Transactions will be 90% retail / 10% internet; website review will be required (www.mobe.com). There are 3 pkg offerings:<br><br>1)  Titanium ($9,997)<br>2)  Platinum ($16,667)<br>3)  Diamond ($29,997) - 99% of the time this pkg is paid with a wire transfer, not via credit card |
| 2016-12-21 13:23:40 | CREDIT_CC | Susan G Zanghi: Non-homeowner; ScorexPLUS score ███████████<br>(Power Pay) |
| 2016-12-21 13:25:31 | CREDIT_CC | MOBEPROCESSING.COM INC: No commercial credit on file with Experian |
| 2016-12-21 14:12:36 | CREDIT_BI | Business est 12/2014.  BBB rating of F with 6 complaints from Feb-Oct 2016 mostly dealing with advertising/sales issues or failing to provide refund.  14 consumer complaints found on Ripoff Rpt from 2010-Nov 21, 2016, 2 consumer complaints on Complaints Board. |
| 2016-12-21 14:18:57 | CREDIT_BI | Business Bank Statements (Aug-Oct 2016) 3 mo avg bank balance $374,824.71.  Ending balance in Aug substantially higher than Sept &amp; other  Oct (Aug - $738,964.05, Sep - $190,910.49, Oct - $194,599.59) |
| 2016-12-21 14:24:34 | CREDIT_BI | 2015 Balance Sheet: Total Current Assets $1,794,438.76; Total Liabilities $219,997.77; Total Equity $1,574,440.99<br><br>2015 P&amp;L: Total Income $16,586,308.91; COGS $1,733,988.29; Total Expenses $12,764,040.23; Net Income $1,574,468.09 |
| 2016-12-21 14:43:29 | CREDIT_BI | BizID Acct Opening Rpt: BizID score of 830 rated low risk.  Rpt unable to verify business address - will need to verify.  Business verified using other means.  TaxID validated using Convey.  No critical business alerts.  Rpt verified primary SSN and DOB.  Primary address verified using Google Maps search.  1 fraud shield alert due to mobile phone.  No OFAC matches |

PX 40

FTC-MOBE-003337

| | | |
|---|---|---|
| 2016-12-21 15:45:11 | CREDIT_ADDITIONAL | Questions for merchant:<br><br>1)  How do you purchase the Titanium pkg from the website (currently can only submit form for the Fastlane Webinar Strategy Session<br>2)  What terminal will merchant usefor the retail business?<br>3)  What are the fulfillment timeframes for each pkg; anything &gt;30 days, need percentage breakdown of overall volume<br>4)  Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2016-12-21 15:58:15 | CREDIT_BI | 1)  Titanium: All inclusive 3 day &amp; 4 night business building retreat with networking opportunities, free month of Titanium Inner Circle (After free month, Titanium Inner Circle is $121 per month program that included extra training for business build strategies), additional Bonus events &#34;Pillars of Business Building&#34; (Each Bonus Event is a separate 3-day event, customer responsible for own lodging expenses).  Include Titanium Certification.  After Titanium Certification, customer will be able to access higher - levels<br>2)  Platinum: All inclusive 5 day &amp; 6 night business building retreat with networking opportunities.  free month of Platinum Inner Circle (after free month, Platinum Inner Circle is $198 per month program that includes training on wealth building strategies) Pillars of Wealth Creation bonus events.  Platinum Certification.  After Platinum certification, customer qualifies for highest level Diamond Mastermind<br>3)  Diamond: All inclusive 10 day &amp; 11 night business building retreat with networking opportunities, 100 copies of book, Limitless, with customer affiliate link on every other page, 21 steps selling machine program, co-branded webinar, Done with you e-book, film studio package, 3 years worth of Inner Circle News Letters &amp; Interview, Celebrity branding packaged, and How To product that provides outline, templates, order forms, sales slides and 14-day launch plan. These pkgs will be paid for via wire, we will not be processing credit cards therefore do not need to consider future delivery exposure for this pkg - SRenz 12/23/2016 |
| 2016-12-23 11:29:50 | CREDIT_BI | Rec&#39;d &amp; uploaded letter from CEO, Matthew Lloyd McPhee, authorizing Susan Zanghi as financial representative.  Signed with e-signature |
| 2016-12-23 12:00:49 | APP | Outstanding Items:<br><br>1)  How do you purchase the Titanium pkg from the website (currently can only submit form for the Fastlane Webinar Strategy Session<br>2)  What terminal will merchant usefor the retail business?<br>3)  What are the fulfillment timeframes for each pkg; anything &gt;30 days, need percentage breakdown of overall volume<br>4)  Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2016-12-23 12:38:45 | CREDIT_BI | Have received confirmation that CS team is accessed by toll free number.  Teachers/mentors are similar to 1099 employees and travel to events.  US side of business is operated from signer&#39;s (Susan Zanghi&#39;s residence) |
| 2016-12-23 14:23:08 | APP | Per partner, they will be providing the terminals; acct will use NMI gateway and they will most likely provide the merchant with Magtek USB swipers. OLA has been updated |

FTC-MOBE-003338<br>FTC-MOBE-003338

| | | |
|---|---|---|
| 2017-01-03 08:24:43 | CREDIT_ADDITION AL | Response from TDodd:  (SRenz responded 12/29/2016)<br>1) These sales are not made from the website, but are made over the phone with a coach- SRenz reached back out: On the call that we had with Ryan I was told that 10% of the transactions were internet. Is that not the case? Are you saying that transactions are 90% retail and 10% MOTO?<br>2) we will provide Magtek USB card readers<br>3)  Titanium&#61;90 days, Platinum&#61;6 months, Diamond&#61; up to 1 year- SRenz reached back out: We still need the percentage breakdown of overall volume for each of these pkgs (ie: what percant of overall volume accounts for the Titanium pkg, etc?)<br>4) Merchant is adding card brand logos - SRenz reached back out:  Has this been taken care of yet? |
| 2017-01-03 08:42:08 | CREDIT_ADDITION AL | Response from TDodd:<br>1) Transactions will be 90% retail and 10% MOTO - will need to update OLA<br>2) Percentage break down: Titanium&#61;60%, Platinum&#61;25%, Diamond&#61;15% (Future delivery recapped above)<br>3) TDodd will notify when card brand logos are added to website<br><br>Outstanding:<br>1) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-03 12:24:38 | APP | Response from TDodd:<br>1) Transactions will be 90% retail and 10% MOTO - OLA has been updated<br>2) Percentage break down: Titanium&#61;60%, Platinum&#61;25%, Diamond&#61;15%<br>3) TDodd will notify when card brand logos are added to website<br><br>Outstanding:<br>1) Card associations require that logos be displayed for all cared types accepted; merchant will need to add logos for Amex &amp; Discover |
| 2017-01-03 13:56:30 | CREDIT_BI | Future Delivery Calculation: $125,000 monthly volume ÷ 22 business days &#61; $5,681.82 daily volume<br>Titanium: $5,681.82 X 90 days &#61; $511,363.80 X 60% &#61; $306,818.28<br>Platinum: $5,681.82 X 180 days &#61; $1,022,727.60 X 25% &#61; $255,681.90<br>Diamond: not paid for via credit card  processed via wire transfer<br>Future Delivery Exposure  &#61; $562,500 |
| 2017-01-04 08:32:35 | CREDIT_BI | Processing History (Jul 2014-Jan 2015): 7 mo processing average $1,319,772.67, average ticket $418.80, average chargebacks 60.  Highest number of chargebacks in given months was 82.  CB ratios 2.07% ($) / 1.76% (#) |
| 2017-01-04 08:53:26 | APP | SRenz reached out to TDodd 1/3/2017: As we are calculating future delivery exposure: if 99% of the time the Diamond pkg is paid via wire transfer, is the requested monthly volume of $125,000 including volume generated from the Diamond pkg? If yes, what percent of the $125,000 is derived from the Diamond pkg? |
| 2017-01-04 08:53:26 | CREDIT_ADDITION AL | SRenz reached out to TDodd 1/3/2017: As we are calculating future delivery exposure: if 99% of the time the Diamond pkg is paid via wire transfer, is the requested monthly volume of $125,000 including volume generated from the Diamond pkg? If yes, what percent of the $125,000 is derived from the Diamond pkg? |
| 2017-01-04 11:51:12 | CREDIT_ADDITION AL | Response from TDodd: The $125K per month would only include any volume that they are going to run on credit cards, not including the amounts collected by wire. |

PX 40

FTC-MOBE-003339

| 2017-01-05 11:27:41 | CREDIT_ADDITIONAL | There are 6 other applications for a total of 7 accounts  (combined monthly volume will be $418,000)  under this relationship / legal entity.)<br><br>Based on established business, solid business financials, future delivery exposure, and higher ticket amounts.  Am comfortable approving with the following conditions:<br>* Monthly volume $125,000, average ticket $9,997, high ticket $16,667 (capped at $130K)<br>* 10% rolling reserve based on 12 months&#39; volume<br>* Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75<br>* Approval by Qualpay of any changes or additions to product<br>* Annual Review of business financials (to include balance sheet &amp; P&amp;L)<br>* Enrollment with Chargeback Defense for full services. Merchant will be given 2 weeks from date of approval to complete enrollment.<br><br>In addition, account will be set up with 100% holdback reserve until website is compliant (see below)<br>* Card associations require that logos be displayed for all card types accepted; merchant will need to add logos for Amex &amp; Discover<br><br>Concurrence by SRenz required due to combined monthly volume |
| 2017-01-05 11:44:33 | CREDIT_ADDITIONAL | I concur with the approval recommendation. Have notified MHyde |
| 2017-01-05 11:46:24 | APP | Conditional Approval Agreement sent to merchant |
| 2017-01-05 11:46:24 | CREDIT_ADDITIONAL | Conditional Approval Agreement sent to merchant |
| 2017-01-06 08:49:48 | CREDIT_ADDITIONAL | Rec&#39;d signed conditional approval agreement - ok to approve |

**PX 40**

FTC-MOBE-003340



January 5, 2017

Subject: MOBEPROCESSING.COM INC

Ms. Zanghi,

Thank you for choosing Qualpay for your credit card processing needs.  We appreciate your patience during the underwriting process.

After reviewing your application, we are prepared to set up a new merchant account for MOBE-Mastermind with the following approval conditions:

- Monthly volume: $125,000, average ticket $9,997
- 10% rolling reserve based on 12 months' volume
- Manage chargeback levels below 75 bps on both Monthly Chargeback Amount to Sales Amounts as well as Monthly Chargeback Count to Sales Count, keeping chargeback count below 75
- Approval by Qualpay of any changes or additions of products or service
- Annual Review of business financials (to include balance sheet and P&L)
- Enrollment with Chargeback Defense for full Services.  Merchant will be given 2 weeks from date of approval to complete enrollment.

By signing below, you agree to the conditions of approval lined out above.

_Susan G. Zanghi_          _01/05/2017_
Susan G. Zanghi                Date

Sincerely,

Megan Hyde
Underwriter

Qualpay, Inc | 23409 E Mirabeau Parkway, Suite 200 | Spokane Valley, WA 99216

**PX 40**

**MOBE-Mastermind – Due Diligence**

**Google Map Search of business & primary:**





**Phone Verification: (844) 662-3787**

Business Phone Number, when dialed you immediately hear hold music once the phone is answered and than shortly after told to leave a message for a return call. I have verified this is the contact number for the business listed on the merchant's website.

**Routing Validation:**



## PX 40

**MOBE – Mastermind  (www.mobe.com )**

**Website Checklist:**

| | Description | Checkbox |
|---|---|---|
| 1. | Does the merchant legal name and ownership match that disclosed on the website? | ☒ |
| 2. | Does description of goods or services on the application match the website merchandise? | ☒ |
| 3. | Review links from the website to ensure that the merchant is only selling what is disclosed on the merchant application. | ☒ |
| 4. | Is Refund Policy on website clearly defined and in readable print? | ☒ |
| 5. | Is the following customer service information available through the merchant's website?<br>• Phone<br>• Email<br>• Web | ☒ ☒ ☒ |
| 6. | Is the transaction currency in US Dollars? | ☒ |
| 7. | Are shipping legal restrictions adhered too (such as Age Appropriate Merchandise)? | ☒ |
| 8. | Is merchant's Delivery Policy defined on the website? | ☒ |
| 9. | Is merchant's Consumer Data Privacy Policy disclosed on the website? | ☒ |
| 10. | Is the security method for the transmission of payment data indicated (vendor that they are partnered up with for Data Security)? | ☒ |
| 11. | Are the Merchant's Terms and Conditions disclosed and reviewed? | ☒ |
| 12. | Is URL Ownership (via WHO IS) identified and documented in file? | ☒ |
| 13. | There is no evidence of Deceptive Marketing Practices, which may include however is not limited too – Negative Option, Hidden Disclosure, Bogus Claims or endorsements, Pre-Checked Boxes, tactics to avoid refunds or cancellation. Any tactics evident to avoid chargeback monitoring programs? | ☒ |
| 14. | Review of General Google Search or social media does not reflect negative posts about the company or consumers experiences with it | ☒ |

**WhoIs Registration Info:**

RAW WHOIS DATA
Domain Name: MOBE.COM
Registry Domain ID: 2174235_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2016-02-28T09:53:21.00Z
Creation Date: 1993-11-04T05:00:00.00Z
Registrar Registration Expiration Date: 2024-11-
03T05:00:00.00Z
Registrar: ENOM, INC.
Registrar IANA ID: 48
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: MATTHEW LLOYD MCPHEE
Registrant Organization: MOBE, LTD.
Registrant Street: 22 MERCURY STREET
Registrant City: CARLISLE
Registrant State/Province: WA
Registrant Postal Code: 6101
Registrant Country: AU
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: xxxxx@MOBE.COM
Registry Admin ID:
Admin Name: MATTHEW LLOYD MCPHEE
Admin Organization: MOBE, LTD.
Admin Street: 22 MERCURY STREET
Admin City: CARLISLE
Admin State/Province: WA
Admin Postal Code: 6101
Admin Country: AU
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: xxxxx@MOBE.COM
Registry Tech ID:
Tech Name: MATTHEW LLOYD MCPHEE
Tech Organization: MOBE, LTD.
Tech Street: 22 MERCURY STREET
Tech City: CARLISLE
Tech State/Province: WA
Tech Postal Code: 6101
Tech Country: AU
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: xxxxx@MOBE.COM
Name Server: NS1.MOBE.COM
Name Server: NS2.MOBE.COM
Name Server: NS3.MOBE.COM
Name Server: NS4.MOBE.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-02-28T09:53:21.00Z <<<

**PX 40**

FTC-MOBE-003343
01_QP_FTC_0000389



**PX 40**

FTC-MOBE-003344
01_QP_FTC_0000390

**RECENT POSTS**



**The Million Dollar Question: Should I Quit My Job to Start a Business?**



**Five Types of Emails You Need to Send to Your Subscribers**

**ARTICLE ARCHIVES**


How to Fail Spectacularly from a Successful $50 Million Exit—Part I


Why Choose Entrepreneurship over a High-Paying 9-5?



**Defeat Your Competition through Design and Definition, Part 1**



**Pros and Cons of Working with Your Spouse or Partner**


Beat the Small Business Failure Rate and Build a Business


Use the Power of a Little "Yes" to Start Your Membership Site


Stinkoo Part 1 Thinking outside the Box


Easy Marketing Starts with the Groundbreaking Book Limitless


How to Identify and Fix Bottlenecks in Business


5 Wealthy Behaviors You Can Adopt Today


Success as a Marketer: It's Not What You Are, It's What You Say



**Seven Credit Card Myths You Need to Get Over**



**How to Promote Multiple Offers When You're an Affiliate of Several Programs**


How Two Guys Turned a Joke into a $25 Million+ Business, Part 1


Five Tips for Effective Executive Meetings

How One Entrepreneur Took a Confidence-Building Hobby and Made It Big Business



**Books Builds Businesses—How to Write Yours, Part 3**



**Eight Bad Investing Habits That Are Harmful to Your Portfolio**


Marketing Methodology


To Be or to Do? the Question That Entrepreneurs Mi Answer


Three Steps to G a Big Crowd to Y First Webinar


What a First-Tim StartUp Really Looks Like


A True Tale of Entrepreneurial Perseverance, Pa 2



**What's My Business Worth? How to Create a Business worth $5 Million**



**Change Your Mindset, Own Your Business**


"Can You Market Online without Social Networks Sure, but Why?"


Hit These Three Factors to Impro Front-End Sales


Turn Your Fear of Failure into Motivation to Succeed

The Two Most Important Staff t Hire When Scalin



### How Crucial is a Mobile App for the Growth of Your Company?

READ MORE



### Indispensable Copywriting Skills That Boom Your Response, Part 1

READ MORE



### How Do You Identify Stock Trends?

READ MORE



### Top 10 Things Businesses Waste Their Money On

READ MORE



### Should You Buy a House with Cash or Get a Mortgage?

READ MORE



### How to Problem Solve—the Key Ingredient to Any Successful Startup

READ MORE

 Your Business

 Your Public Image: Are You Giving Yourself Enough Rope?

 How to Grow Your Small Business with Live Events

 A True Tale of Entrepreneurial Perseverance, Part 1

 8 Ways for Entrepreneurs to Beat Stress

 No More Abandoned Carts! Keep Customers around with Great Shipping

 What Does the Future Hold for Your Business?

 Will You Kill This to Save Your Business?

 Can a CEO or Founder Be Fired from Their Company?

 What to Do When Your Credit is Maxed out and Your Business Isn't Growing

 How to Tell if You Need a Bookkeeper or an Accountant

 How Can I Get Franchise-Seekers Interested in MOBE?

 14 Secrets of Ultra-Productive CEOs Part 1



### How to Conquer Online Distractions at Work

READ MORE



### Why Small Businesses Stay Small

READ MORE



### What Are the Best Ways to Calculate the Stock Market?

READ MORE



### Healthy Business is the Result of Healthy Entrepreneurs

READ MORE



### Apocalypse Maybe: 4 Reasons You Should Invest in Precious Metals

READ MORE



### How to Hire the Best People for Your Startup

READ MORE

 10 Hard Truths about Starting a Business

 How to Manage Cash Flow in a Small Business

 How to Forge Successful Partnerships

 4 Essential Elements of a Successful E-Commerce Website

 Not Comfortable Self-Branding? Skip it and Just Promote Your Product

 How Venture Capitalists Choose Which Startup to Fund

 6 Basic Principles of Writing the Perfect Product Description

 How Technology Trends Changed Entrepreneurship

 Characteristics of a Well-Designed Organizational Structure

 How to Spend Less Money to Get Customers

 The Definitive Answer: How Many Hours Do You Need to Work on Your Business?

 What Are Some Live Chat Best Practices?

How to Jumpstart Your Net Worth and Grow Your Wealth

**PX 40**

FTC-MOBE-003346
01_QP_FTC_0000392



**How to Find Suppliers for Your Business**

Finding reliable suppliers at a good price is crucial for every business. Without suppliers, production may have to halt and if you are a retailer, you may end up with a lot of stock-outs, which will affect your relationship with your customers. To find a supplier that is best for your business, you have to [...]

READ MORE



**Books Build Businesses: How to Write Yours, Part 2**

In Part 1 of this article, we looked at the reasons for writing a book and how to create your first draft, even if you don't have time or are "not a writer." In this second part, we will look at what you will need to do to carry your first draft forward into a [...]

READ MORE



**Six Metrics of Social Media Success**

Lately, everyone has been buzzing about how to measure social media's impact on business. We know because we see their social media updates about it. Everyone, from producers of popular consumer brands to Eagle-rated restaurants seems to believe that just having social media accounts can get the buzz going. On the other hand, nobody seems to know how [...]

READ MORE



**10 Perfect Lunches for the Busy Entrepreneur**

Every day, creative and capable entrepreneurs around the world tackle complicated business problems one after another, and make decisions that will change how the world thinks about their industry. But, what are they forgetting about most days? Lunch. Brush de Haaff CEO of Aha!, says that "exceptional leaders skip lunch...to max miss their available working [...]

READ MORE



**Six Ways to Improve Your Real Estate Investment Returns**

Purchasing a real estate property is a crucial investment. Who will others are content to have the property as their home, others seek to increase their return on investment (ROI). And yes, investing in a property can be quite lucrative if and when it is done correctly. However, many investors are dissuaded from purchasing a property [...]

READ MORE



**Can "Changing the World" Be a Profitable Business Model?**

Mornings. Do you welcome them? Are you the type who jumps out of bed, full of enthusiasm, ready to tackle the day? If not it could have something to do with purpose – or rather, lack of a strong and satisfying one. As entrepreneurs, many of us are seeking to "make it" to ascend from the work a day [...]

READ MORE


Your Net Worth and Grow Your Wealth


Bezos Overtakes Buffet: 3 Secrets to Success from Amazon's CEO


How to Get Business Funding When You Have a Poor Credit Rating


How to Find High-Quality Sites That Will Post Your Ads


6 Must Have Qualities for Every Customer-Facing Salesperson


How to Take the Struggle out of Making Money Online


Fly First Class or Business Class for Less


How to Know if Your Business Idea is Patentable


Can I Charge My Customers for Limitless?


What is the Best Way to Get Started with CPA Marketing?


How Exactly Does SEO Work?


Your Funnel, Your Traffic, Your Business

What Not to Do: Secrets from Serial Entrepreneurs



**Who Is Most Susceptible to Online Fraud? The Answer Will Surprise You**

There is often a depiction of senior citizens innocently picking up the telephone or browsing websites, and falling for scam after scam. Many worry about their grandparents and parents as they spend more time online, horrified that scammers will take advantage of their naivete and credit cards. However, according to a study conducted by the [...]

READ MORE



**Five Marketing Tips from the Inventor of the Infomercial**

Kevin Harrington is probably best known right now for his role as part of the "Shark Tank" cast. But he's been in the marketing game for a long time. Touted as the inventor of the modern infomercial, Harrington says that his breakthrough career moment came during a chance meeting with the inventor of the Ginsu [...]

READ MORE



**How to Build an Outstanding Reputation for Your Business**

According to a Nielsen report, 92 percent of consumers trust products recommended to them by people they know. Research by Market Force also says 81 percent of online consumers' purchase decisions are influenced by their friends' social media posts. It's obvious: people buy from brands that know in their close circles are already saying good things [...]

READ MORE



**How to Get the Most out of Your Twitter Dashboard**

Twitter has over 1.3 billion registered users and 313 million active users. This makes it one of the top social media platforms for businesses to connect with their customers. But when there's a time constraint, like there usually is in a startup businesses, it's not always easy to use this platform fully to engage your [...]

READ MORE



**5 Bad Startup Mentalities You Need to Fix**

The No. 1 mistake a lot not knowing beforehand what types of excuses can cost you a lot. So to avoid that, below are the four excuses that you should never make: Before starting your very first business, it would be of great value to know ahead of time what type of excuses can cost [...]

READ MORE



**How to Repair an Unscalable Business**

A business that is not scalable has restrictions or limits on its growth. For most of us, that have spent a great deal of creative energy – not to mention money – on putting together a business, limited growth is the last thing we want to deal with. Unfortunately, many entrepreneurs are setting themselves up for failure because they [...]

READ MORE


For a Successful Future, Don't Neglect Your Past


Habits of Successful Real Estate Entrepreneurs


How to Set up an Efficient Office Space for Your Business


How to Explore Buying Decisions with Cognitive Bias


How to Survive an IRS Audit


Your Business Won't Seem to "Start?" Open the "Hood" and "Jiggle" This




A Beginner's Guide to Email Drip Marketing Campaigns


Relationship Advice: Dealing with Customers Who Unsubscribe


How Do I Become a Quant?


Can I Build My Company with 100 Percent Remote Staff?


5 Ways to Plan for Your Retirement


How to Deal with Negative Feedback on Social Media

# PX 40



### A True Tale of Entrepreneurial Perseverance, Part 3

What do you think of when you think of perseverance? It's a combination of several things, as we've discovered in the first two parts of this article series. In Part 1, we looked at the "never give up" and "focus on your strengths" aspects. In Part 2, we looked at "goal immersion." In this part, [...]

READ MORE



### Stoikos Part 2—Making Millions by Maintaining Beards

: Fresh from the success of his first major business, Coolbox, young entrepreneur, Chris Stoikos, launched his second company achieving similar results. The Dollar Beard Club is a subscription-based business that provides home delivery of affordable male grooming products. It didn't take long for the beardy young entrepreneur's business to go viral. In fact, the [...]

READ MORE



### Five Legitimate Ways to Make Money from Home

The lure of working from home is strong for most people. The ability to sleep in, spend breakfast and lunch with loved ones, and stop commuting is a dream come true for an estimated three million workers in the United States. According to Forbes, 47 percent of workers with the option to telecommute say they [...]

READ MORE



### MOBE's Mastermind Attendees Get Something They Can't Get at Home

Each of MOBE's highest-level business retreats—the Titanium, Platinum, and Diamond Masterminds—is held at an exotic location. This Mastermind tradition isn't something we do just for fun (though attendees get plenty of that while they are there). There's a practical reason too. Serious Fun The Bahamas, Bali, Canary Islands, Cancun, Costa Rica, Curacao, Fiji, Thailand ... [...]

READ MORE



### So You Want to Be an Angel Investor

In 2008, Apple launched their App Store and the technology investment community would never be the same. Since that time, app sales have gone through the roof, sprouting new entrepreneurs, new companies and new investment opportunities. That is truly the golden era of the angel investor – someone who invests in early-stage startups in return for a [...]

READ MORE



### How to Manage Rental Properties from Afar

I manage over 50 units, 27 of which I personally own, and all of them are in California. I haven't been in California for over 60 days. I could theoretically stay outside of California for years. I could manage them from China. Location doesn't matter to me. Managing your properties from afar can be beneficial. [...]

READ MORE



### How to Use OneDrive to Create Business Momentum

Entrepreneurship, at its heart, is all about momentum. It's about taking a single idea, developing it into a business plan, and putting together a team that will change an industry with your product. When you're in the midst of a wave of inspiration, the last thing you need is to waste time finding the right [...]

READ MORE



### Introverts Can't Succeed as Leaders or Entrepreneurs ... or Can They?

"Aloof," "loner," and "not a team player" are words often used to describe introverts in the work/business environment. But what is an introvert, really? Do they really lack what it takes to interact productively to lead people, and achieve success – or is that the province of the extrovert only? Here is what introverts need to know [...]

READ MORE



### Books Build Businesses: How to Write Yours, Part 1

Do you want more leads? More sales? More authority? Are the answers to these questions so obvious as to make it pointless to ask them? (Probably) There may be several ways (most of which are legal) to get these things. The most effective way to do it is by writing a book. But I Don't [...]

READ MORE



### The Five Biggest Customer Service Trends for 2016 and Beyond

We've identified at least five major trends that we expect to shape the customer service experience in the years to come. Here they are: 1. Is Omni-channel Time Customer support is already hard through the variety of channels. With social media narrowing the distance between customers and brands taking considerable steps to enhance their business roles, you [...]

READ MORE



### Learn How to Scale from a Successful $50 Million Exit—Part 2

Many new businesses are created every day, but most never get off the ground. According to Bloomberg, 80 percent of businesses fail in their first 18 months. Oftentimes, a concept such as scaling never has the chance to spread its wings. Scaling is the period in a startup's existence when the product and business model [...]

READ MORE



### 10 Things You Need to Know before Investing in Metals

Investment managers are not out for advising their clients to invest in precious and industrial metals to diversify and stabilize their portfolios. Successful entrepreneurs often find themselves considering precious and industrial metals investment as a way to grow and protect their wealth, but they fail to realize that there are several ways to do this. Investing [...]

READ MORE


Tips for Man Your Busines Cash Flow


"How to Rec and Retain C Staff"


Using Givea Promote You Business an Your Email L


How to Dete an Olympic Worth


Successful Marketers E Frogs


When—and Good Enoug Good Enoug


Why Ebenez Scrooge Wa at Online Ma Making


How to Prov Value to You Business's Facebook G


What Do Yo Include in Y Monthly Dig Marketing R


Are You a University S an After-Sch Job


When and W Invest in Oth Asset Classe

How to Stay Healthy and When You're

## PX 40



**How to Market a b2b Company**

Here is a possible framework and some ideas when thinking about a marketing plan. This will need to line up with your sales strategy to keep the leads your marketing programs will hopefully bring you. When I think about the goals of marketing at a high level, I also consider funneling customers through a product. At [...]

READ MORE ⊙



**How to Stay Productive after Work**

Throughout most of my career, I've juggled a full-time job as a consultant and an entrepreneur. And it's tough! You have to make the time to do everything and still find some energy for achieving personal goals. But one thing that I've learned over the years is this: if something gives you joy and you [...]

READ MORE ⊙



**How Two Guys Turned a Joke into a $25 Million+ Business, Part 2**

What makes a market leader? In the first article in this series, I looked at iCracked.com, the on-demand smartphone repair company I was introduced to through the Self Made Man podcast, which is produced by entrepreneur-consultant Mike Gillard. In its six years of existence, iCracked seems to have navigated the often-uncertain course of a startup [...]

READ MORE ⊙



**How to Detect & Protect Your Business from Fraud**

Fraud is not something you necessarily think of when you dream of starting a business. Yet, it's a very real issue for companies, large and small. Is your business vulnerable? Unfortunately, all companies are exposed to fraud. The Association of Certified Fraud Examiners (ACFE) conducted a study revealing that "companies with fewer than 100 employees [...]

READ MORE ⊙



**How Top Brand Logos Are Influencing Customers**

Logos of top brands have become just as popular as the brand name and its product. Consumers can now easily recognize a brand by its logo without even seeing the brand name. From a glance, they may just seem like visual representations of brands. But the truth is, most famous logos have a deeper meaning. [...]

READ MORE ⊙



**15 Secrets of Ultra-Productive Ceos—Part 2**

In Part 1, we've talked about the first seven secrets to productivity of startup CEOs. Now, we give you the last eight efficiency hacks you can apply to your daily routine. Secret #8: They avoid meetings at all costs. When I asked Mark Cuban to give me his best productivity advice, he quickly responded, "Never [...]

READ MORE ⊙

For a full list of our training programs to help you grow your business, Click Here.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY
**Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT**
Copyright © 2016 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
Nestor Merchant Services Branch in Georgia, 9 Dzma Kherkheulidze Str., No. 14 Apt. 3, City Rustavi
Mobe LLC - Didgori District, Borough Tskneti, the so-called almond garden area, Tbilisi, Georgia
MOBE · My Own Business Education · MOBE TV

**PX 40**

## Our Vision

### Work Beyond Boundaries

At MOBE, our goal is to become the **#1 Small Business Training Company In The World!** To achieve that goal, we've built a strong corporate team of top-tier talent from countries all across the globe, and we're constantly growing.

We know that success doesn't necessarily come from doing what everyone else does. Our flexible, telecommute-based approach to workplace culture allows our staff to bring out the best in themselves, and to contribute a stellar work ethic toward the achievement of a common vision.

### We have a unique idea of what makes a company great.

So, if you're ready to expand your boundaries and contribute your valuable skills to a company that's revolutionizing the Online Business Education industry, meet our team and apply to join the MOBE staff today.







This page is a hub for all MOBE compliance documents, policies and procedures, as well as an easy place to look for resources for you to maintain your own marketing in a compliant and ethical manner.

MOBE is committed to not only maintaining its business in a legal and ethical fashion, but to also teach its customers and affiliates how to operate their businesses in the *same way.*

Please review the individual MOBE income and compliance documents to understand what is required to be an affiliate.

**For Affiliates**

**Marketing Disclosure Requirements** - When you are utilizing MOBE disclaimers you must use the correct disclaimer for your marketing medium. For example; type ads must have the print disclaimers, audio recordings must have the correct sound bite included, and videos must have one of the video disclaimers. You are welcome to use the examples we are providing here or copy them verbatim and make your own.

1.
   a.
   b.
   c.

**FTC Guidelines**

The FTC Guidelines for .com businesses may be found here:

Online ads are treated the same as traditional advertising and the basic principles of advertising law apply:

1. Advertising must be truthful and not misleading;
2. Advertisers must have evidence to back up their claims ("substantiation"); and
3. Advertisements cannot be unfair

Keep your advertising clean and your disclosures prominent. Sanctions may imposed for non-compliance with this policy.

# PX 40



# Income Disclosure Statement

MOBE owns multiple trademarks and branded offerings, such as: Internet Funnel Systems, 45 Minute Paydays and My Top Tier Business.

MOBE's goal is to be the #1 Training Resource for Small Business Owners and Entrepreneurs in The World. To achieve that goal, MOBE has recruited some of the top business trainers in the world, as well as a strong corporate team of talent sharing a singular vision for the world. We have also built one of the top affiliate programs in our industry, where MOBE Consultants can earn commissions from the sales of our products, services and live events.

MOBE pays commissions in accordance with our compensation plan, located _____. The MOBE Compensation Plan is an exciting opportunity that rewards you for being Small Business Training Resources to customers. You can also benefit by sponsoring other participants who can do the same. Although the opportunity is unlimited, individual results will vary depending on the commitment levels and tasks and market ng skills of each participant. This page contains detailed income statistics. The average Active MOBE Consultant generates less than $700 per year in commissions. The average Consultant, which includes both active and inactive, generates less than $250 per year, although it should be noted that the majority of inactive affiliates do not place ads to consistently promote programs for longer than 1 month. The "average" Consts tant also does not finish the 21 Step training program, and fails to even attend the weekly training webinars. The average Consultant does not appear to take it seriously and does next to nothing to promote the common stance programs. Do not become an average Consultant. Make sure you do not turn into a statistic, by completing all of the training steps, as well as attending all of the weekly training calls.

Some Consultants with a MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focus help in sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. We are excited about the income potential the MOBE Compensation Plan offers.

We always suggest that you focus your business goals with your profession that are vent. Prior to joining MOBE as a Consultant you should also discuss affiliate marketing with experienced affiliate marketers before deciding to promote any products, trainings, or services available through MOBE.

MOBE has no knowledge of your individual business experience or expertise. MOBE does not guarantee that you will make any money from your use or promotion of our business training products, trainings and services.

The following chart represents the past 12 months and includes data for everyone who joined any affiliate related program, no matter whether they promoted or not (many exhibited no marketing activity whatsoever). The chart does not include any income generated outside of the MOBE Compensation Plan or from their own businesses. In an attempt to provide transparency we have included the high, low and average monthly incomes in each income level as well as the annualized average income. We will update this chart annually. All percentages have been rounded to the closest %.

**INCOME STATISTICS FROM SEPTEMBER 15, 2014 TO SEPTEMBER 15, 2015**

| Monthly Income Level | % of Active Consultants* | % of All Consultants* | Monthly Income | | | Annualized Average Income |
|---|---|---|---|---|---|---|
| | | | High | Low | Average | |
| $25,000 + | 10% | 2% | $831,000 | $25,140 | $198,070 | $2,376,840 |
| $10,000 - $24,999 | 12% | 2% | $24,900 | $10,000 | $17,450 | $209,400 |
| $5,000 - $9,999 | 3% | 4% | $9,998 | $5,060 | $7,499 | $89,988 |
| $2,500 - $4,999 | 3% | 5% | $4,995 | $2,501 | $3,748 | $44,976 |
| $1,000 - $2,499 | 7% | 14% | $2,499 | $1,000 | $1,750 | $20,994 |
| $500 - $999 | 3% | 8% | $999 | $500 | $750 | $8,994 |
| $250 - $499 | 3% | 10% | $499 | $250 | $375 | $4,494 |
| $100 - $249 | 2% | 13% | $249 | $130 | $175 | $2,094 |
| Less than $100 | 55% | 41% | $99 | $50 | $54 | $654 |

* A Consultant is someone who has signed up to be an affiliate and maintains the $19.95 per month affiliate subscription fee. An Active Consultant is someone who has also qualified to earn commissions by maintaining at least the Consultant Membership, and still has not been terminated or chosen to discontinue being a Consultant. All figures are in US dollars.

Affiliate marketing is just like any business. It takes hard work to make substantial income. Affiliate marketing is no different. Some affiliates make no money at all.



# Privacy Policy

## Our Commitment to Privacy

Our Privacy Policy has been developed as an extension of our commitment to combine quality products and services with integrity in dealing with users. This Policy is designed to assist you in the understanding of how we collect, use and protect the personal information provided to us.

## What Information Do We Collect?

When you visit our site we collect two types of information: personal information you actively choose to provide ("Active Information") and use

information collected in a way not visible to you, on an aggregate anonymous basis as you and other users browse our site ("Passive Information").

### 1. Personally Identifiable Information

This refers to information that lets us know specifically about you, i.e. profile information.

#### A. Registration

When you register to become an authorized reseller of our products or services, we will collect Personally Identifiable Information (such as name, address, email address, and telephone number). This Personally Identifiable Information is securely stored and may be accessed on our website. You are assigned an identification number and secret password - both are needed to enter the Site and to access your Contact information. Please safeguard your passwords in a secure location as we are not responsible for unwanted system when access is wrongly provided.

#### B. Ordering

When you place an order for products or services, we collect Personally Identifiable Information such as name, contact and billing information, credit card, and other transactional information). We use this information to deliver your order, process payment, and to communicate the status of your order.

#### C. Credit Card Storage

Credit card information collected at registration or for product orders is used only to process payment for the transaction and generally, is not retained on our Site. However, you may voluntarily elect to securely store multiple credit cards to be used for product orders.

#### D. Surveys and Promotions

Occasionally, you may voluntarily provide Personally Identifiable Information to complete surveys and questionnaires or to participate in use. We use this information to improve our products and services and to ensure that we're providing valuable and accurate. We may also use your Personally Identifiable Information to provide you news letters and other marketing information that is inline with your preferences. You may customize your marketing preferences, or let us know, if you do not wish to receive any promotional materials, by adjusting your Subscriptions & Email options on the Site.

### 2. Aggregate Information

This refers to information that does not, by itself, identify you as a specific individual. Such information would include the Uniform Resource Locator ("URL") of the website that referred you to our Site, your Internet Protocol ("IP") address (a number automatically assigned to your computer whenever you surf the web), your operating system and browser type, and any search terms that you enter on our Site. Our web server aggregates this information in order to monitor the level of activity in our Site. Available is effectiveness, and improve the content of our Site. In order to make your visit as easy and enjoyable as possible, we may convert, compile, store, publish, promote, report, or otherwise disclose or use any Aggregate Information, provided that such information does not personally identify you. We do not format any Personally Identifiable Information with the Aggregate information that we collect on our Site. If we do correlate any Aggregate Information to you, it will be protected like any other Personally Identifiable Information under this Privacy Statement.

# PX 40

**Active Information You Choose to Provide**

In order to gain use of the site (become a "user"), we require you to disclose the following information: Name, Address and Phone Number. We use secure socket layer (SSL) encryption to protect the transmission of the information you submit to us when you use our secure online forms. The information you provide to us is stored securely.

**Passive Information Collected**

**What is a Cookie?**

Cookies are a feature of web browser software that allows web servers to recognize the computer used to access a site. They are small pieces of data stored by a user's browser to simplify subsequent interactions with the site. This makes it easier for a user to move from site to site and to complete transactions over the internet. Cookies should make your online experience easier and more personalized. Our site utilizes cookies to collect information about how our site is used. Passive information gathered may include the date and time of visits, the site pages viewed, time spent at our site, the sites visited just before and just after visiting our site. If you do not wish to transmit "cookie" information about yourself, you may turn off the cookie function in your web browser. Our site's servers also automatically identify your computer by its Internet Protocol address, which is a unique string of numbers that are assigned to your computer by your Internet Service Provider. The IP address may be used to address problems with our server or to gather broad demographic information about our users. We passively collect your IP Address.

**How Do We Use the Information Collected?**

Broadly speaking, persons we employ directly, or as contractors or agents at our direction use Active information for purposes of administering our business activities, providing customer support and making available other products or services we think might be of interest to our users. We may use the Active information or Passive information you provide to contact you about various changes to our site, new services, features or products we offer. If at any time you do not wish to receive such information, you may "opt-out" of doing so by adjusting your email settings in the back office of the website. We use Passive information to gather information about our users and to enhance our site to make it easier, faster and friendlier for users. Additionally, cookies help us better understand the usage pattern of the people that visit our site, which helps us improve our services. Passive information may result in your viewing of particular advertising based on your user habits.

**Your Information In Relation to Others We Link To**

You might be able to access other websites through our site via hyper-link. When you do so, you are subjecting yourself to their privacy policies and data collection. Please read the privacy policies of those sites to ensure you agree with the terms before using such sites.

**Sharing Information with Advertisers or Other Third Parties**

We may disclose anonymous information about user habits to advertisers on our site. The parties who perform services for us (credit card processors, merchant bank, Internet Service Providers) may also have access to your information in performing such services. Should we buy or sell assets of our company, another company may need to review our company's assets, which might include your information to make business decisions as to whether to acquire such assets.

**Sharing Information with the Government or As Otherwise Required by Law**

We may be required by subpoena, law or government agency to disclose both Active and Passive information you have provided to us.

**How Do We Secure Active Information and Passive Information?**

We secure your personal information submitted by you by using reasonable efforts to prevent unauthorized access or disclosure, or accidental loss of Active and Passive information. Individual postings on this site and other communications to our office via email or standard mail may not be secure unless we advise you that security measures are in place or to us in your submission of information. Therefore, if you choose to communicate with us through these means, you are assuming the risk of doing so and we respectfully request that you do not send or post sensitive information through these means.

**Accessing and Correcting Your Information**

We take reasonable measures to ensure that any Personally identifiable information we collect on our site is accurate, current, complete, and reliable for its intended use. If you wish to update or otherwise correct Personally identifiable information provided to us, you may add your information on file.

**Protecting Your Information**

We acknowledge your trust and are committed to take reasonable steps to protect Personally identifiable information provided from loss, misuse, and unauthorized access. We employ physical, electronic, and managerial processes to safeguard and secure your information. It is your responsibility to safeguard the password you use to access our Site and to promptly advise us if you ever suspect that your password has been compromised. We strongly encourage you to change your password regularly to prevent unauthorized access. Because your identification number and password are specific to you, you acknowledge sole responsibility for any and all use of our Site conducted with your identification number and password.

**Links to Other Websites**

Links to third party websites may be provided solely for your information and convenience or to provide additional shopping for various other goods and services through our Merchant and Services Partners. If you use these links, you will leave our Site. This Privacy Statement does not cover the information practices of those websites nor do we control their content or privacy policies. We suggest that you carefully review the privacy policies of each site you visit.

Children's Privacy Protection: We take special care to protect the privacy needs of children and encourage parents to be an active participant in their child's online activities. Our Site does not target and is not intended for children under the age of 18, and we will not knowingly collect Personally identifiable information from them. If we discover personal data from a child through our site we will eliminate that data. You may learn more about protecting children's privacy online by visiting: http://www.ftc.gov/bcp/edu/pubs/consumer/tech/tec08.shtm.

Changes to This Statement: Any updates or changes to the terms of this Privacy Statement will be posted on our Site and the date of the newest version posted below. Please check back frequently, especially before you submit any Personally identifiable information as our Site, to see if this Privacy Statement has changed. By using our Site, you acknowledge acceptance of this Privacy Statement in effect as the time of use.

YOUR USE OF OUR SITE MEANS THAT YOU ACCEPT THE PRACTICES SET FORTH IN THIS POLICY. YOUR CONTINUED USE INDICATES YOUR AGREEMENT TO THE CHANGES.

**PX 40**

FTC-MOBE-003352
01_QP_FTC_0000398

## Terms and Conditions

**MY OWN BUSINESS EDUCATION, LTD. ("MOBE")**

**ACCEPTANCE OF TERMS THROUGH USE**

By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to these Terms and Conditions please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement in the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.

YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.

**LICENSE TO USE THIS SITE**

Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws. In the U.S. and internationally. All rights not expressly granted herein are fully reserved by MOBE, its advertisers and/or vendors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non payment.

**LICENSE RESTRICTIONS USE**

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

**SECURITY**

You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying [ ] MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party.

You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

**EXPORT**

You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws and/or without all required U.S. and foreign government licenses.

**GOVERNMENT USE**

If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompanying documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212, or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995). Unpublished rights reserved under the copyright laws of the United States.

**ERRORS AND CORRECTIONS**

While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

**LINKS TO OTHER WEBSITES**

Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for and undertake to maintain their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

**USER'S LICENSE GRANT TO SITE**

Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge that you are fully responsible for the message, including its legality, reliability, appropriateness, or gravity and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

**USER CONDUCT**

By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:

1. is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies;

2. infringes any patent, trademark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;

3. constitutes unauthorized or unsolicited advertising, junk or bulk email (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

4. contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or

5. impersonates any person or entity, including any employee or representative of this site, its sponsors or advertisers.

You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.

You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with anyone 18 years old or younger without appropriate parental consent.

This site generally does not pre-screen, monitor, or edit the content posted by users of this site. However, this site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, damages or results, in removing such content.

You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation of these Rules and/or for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

# PX 40

CONFIDENTIAL

FTC-MOBE-003353
01_QP_FTC_0000399

**INTELLECTUAL PROPERTY RIGHTS**

*1. Copyright*

The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws. ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.

*2. Trademark*

MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited. Use of a MOBE Trademark or other logo without permission may result in termination of the Consultant's relationship.

**THIRD PARTY SITES**

You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of the site by MOBE, its advertisers or licensors, any association with its operators and is provided solely for your convenience. You agree that MOBE and its censors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

**REFUNDS**

MOBE offers a thirty-day, money back guarantee on certain products. You should review the product or service agreements for your purchase to determine what refunds are offered, if any. Mastermind event purchases are non-refundable, and once three business days has passed from the time of the Mastermind event purchase all sales are final. Attendance at any live event also preempts any refund period, so once you have entered a live event all sales are final. All subscription fees are nonrefundable as the benefits of the service are realized immediately upon payment. MOBE complies with all local laws and regulations so refunds may be offered for longer periods where necessary.

**DISCLAIMER OF WARRANTIES**

MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE, advertisers and/or its censors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct, that this site will be available at any particular time or location, that any defects or errors will be corrected, or that the contents of any information received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you, but shall apply to the maximum extent permitted by law of your jurisdiction.

**LIMITATION OF LIABILITY**

Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strict liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claims, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site, or any violation of this Agreement. MOBE reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses.

**LEGAL COMPLIANCE**

MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the user's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**DISPUTE RESOLUTION & BINDING ARBITRATION**

USER AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Agreement dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree to submit all disputes to binding arbitration governed by the American Arbitration Association and under the Commercial Rules. A single arbitrator will oversee the arbitration. The arbitrator only has authority to award contract damages, and does not have authority to award any punitive, special or consequential damages. User and MOBE agree that all hearings will be held telephonically. Such arbitration will be final and binding on MOBE and User and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each Party's Attorneys fees will be paid by the respective party. The parties will pay all costs related to the arbitration equally.

**CHOICE OF LAW AND FORUM**

This site (excluding third party linked sites) is controlled by MOBE from its offices within Malaysia. It can be accessed from all countries around the world to the extent permitted by Site. As each of these places has laws that may differ from Malaysia, by assessing this site, both you and MOBE agree that the statutes and laws of Malaysia shall apply to any actions or claims arising out of or in relation to this Agreement or your use of this site, without regards to conflicts of laws principles thereof. You and MOBE also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of Malays a and any legal proceedings shall be conducted in English. MOBE makes no representation that materials on this site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited.

**RECURRING TRANSACTIONS**

Certain products are sold as a monthly service and the recurring monthly fee is clearly noted on the individual product page. If you purchase a product with a recurring charge, the first month is delivered upon purchase. Following months will automatically be billed to your credit card beginning 30 days after this purchase, and on the same date each month thereafter until canceled. There is no long term contract. You are free to cancel the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice before the next billing.

**BANK CARD STATEMENTS**

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following.
1) MOBE.COM
2) MOBEORDER.COM
3) MOBEHELP.COM
4) We Sell Good Traffic
5) AW*mobemarketplace60321911241
6) mobe.com18446623787 GG

**MISCELLANEOUS**

This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous oral, written or electronic agreement between the parties and shall not be changed except by written agreement signed by an officer of MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law.

**COMPANY ADDRESSES**

MOBE, Ltd. Soho Suites at KLCC B1-2B-8 NO 20, Jalan Perak Kuala Lumpur, 50450 Malaysia

MOBE Processing.com, Inc 13506 Summerport Village Parkway, Windermere, Florida 34786

MOBE Pro. Ltd. Third Floor, 207 Regent Street, London W1B 3HH

MOBE Online, Ltd 34 Wellington Street Rose-Hill Mauritius

This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.

MOBE Ltd. | All Rights Reserved.

**PX 40**



### Here's What I Want You to Do Next

Click on the button below to reserve your seat for the next available Gold Masterclass

**CHECKOUT**

Best,

*Matt Lloyd*

Matt Lloyd

*P.S. Remember, with the Gold Masterclass you'll learn how to model the Customer Acquisition Process my company has used to generate over $125 million dollars in the last 5 years. You'll learn the fundamentals of traffic and conversions, how to create front-end and back-end offers, and much more PLUS... you will get private mentoring with one of my Customer Acquisition Consultants, and you'll get certified at the Gold level, allowing you to qualify for our more advanced Titanium Mastermind that will show you how to scale your business to 7 figures (and beyond)!*



### Click the button below to get started

**CHECKOUT**





Need help with your order?
1-844-662-3787

## Sign Up Today For The Gold Masterclass

The Gold Masterclass Will Show You How To Build A Consistently Profitable Business Using A Proven Customer Acquisition Process

### Here's Everything That's Included

✓ In-Depth Training Program: You'll have access to an in-depth, eight module online training program covering 15 different topics that you can watch from the comfort of your home. Each training session will last about 45-60 minutes and you'll gain more "real world" knowledge in each hour than you would learn in an entire semester of MBA classes

✓ Lifetime Access to Updated Training and Notes: You will have lifetime access to the training and notes in our online member's area that you can access at any time. In the member's area, we'll also post the speaker's notes and additional written materials. Think of this as a permanent library of materials you can review whenever you want

✓ Gold Certification: After passing the (easy) quizzes, you'll get an official badge and certificate. Your Gold Certification allows you to apply for our Titanium Mastermind, where you'll learn how to scale your business to 7 figures and beyond.

✓ Bonus Summit: Get FREE access to the "Get More Customers Summit", a three day live event where you will learn how to improve and accelerate your customer acquisition process while you connect and network with other business owners and industry leaders. (Value $2,997)

✓ Private Mentoring: You will get three, private 30-minute calls with one of my Fully Certified Business Building Consultants, who will answer your questions and help you implement what you've learned

Plus you also will get the MOBE Marketing System at no extra cost!

## PX 40

FTC-MOBE-003355
01_QP_FTC_0000401





**PX 40**

FTC-MOBE-003356
01_QP_FTC_0000402



# WHEN YOU JOIN DIAMOND, YOU GET $20,000 WORTH OF BONUSES... FOR FREE!

**IMPORTANT:** When you join The Diamond Mastermind, you get two (2) exclusive bonuses worth $10,000 each. There are a total of ten (10) bonuses to choose from. Please review the list below carefully before you choose.

## MOBE 21 Steps Selling Machine

You get your own co-branded 21 Steps Selling Machine with Matt Lloyd. You will appear alongside Matt in a custom sales video for the 21 steps (the best-selling front end offer in the history of MOBE). This gives you an "unfair advantage" over the competition, and instantly establishes you as an expert Authority.  Learn more at: **mobe.com/21-steps-selling-machine**





## MOBE Consultant Fast Start Sales Kit

If you're not tech-savvy, the fastest path to sales in MOBE is handing out copies of my best-selling book Limitless. With this bonus, you get 100 physical copies of Limitless with your affiliate link on every other page. PLUS... you get hundreds of Done For You marketing pieces, including emails, articles, videos, newspaper ads, and flyers. Learn more at: **mobe.com/fast-start-sales-kit**

**PX 40**

FTC-MOBE-003357
UT_QP_FTC_0000403

## "Done For You" Co-Branded Webinar

The Number #1 automated method for making high-ticket sales online is webinars. The problem is, they take time, effort, and specialized knowledge to create… unless WE do it for you. With this bonus, you read a pre-written script, and then we create a custom co-branded automated webinar funnel with you and Matt Lloyd that could bring you tens (even hundreds) of thousands of dollars on autopilot.
Learn more at: **mobe.com/automated-selling-machine**





## $100k Private Consulting Sessions

In these private recordings, Matt Lloyd sits down with his most exclusive clients, and shares his most powerful marketing secrets (not revealed anywhere else).  Note: Until now, the only way to get access to these recordings was through a 7 Figure Launch Program member (who paid $100,000). Learn more at: **mobe.com/100kconsultation**

## "Done With You" Ebook Funnel

Ebooks are powerful positioning tools that you can use to build a massive list while establishing yourself as an Authority. With this bonus, you fill out a short bio and survey, and then our team writes a custom ebook (co-authored with Matt Lloyd) for you and builds your online sales page. Learn more at: **mobe.com/done-for-you-ebook**



## MOBE Film Studio Package

Matt has invested a lot of money into building a professional, modern Film Studio in Kuala Lumpur because VIDEO SELLS. With this bonus, we will help you create Hollywood-quality marketing videos at the MOBE Film Studio… videos that you can use to bring in a flood of sales (and build your brand). Learn more at: **mobe.com/mobe-film-day**



**PX 40**

CONFIDENTIAL

**FTC-MOBE-003358**

## Your Own High-Ticket Coaching Program

We will help you create your own high-ticket coaching program that you can sell for $2,000 to $5,000 (or more). You will get a Done For You sales funnel, including a lead magnet and sales letter (that we write for you). Plus... training videos from Matt Lloyd on how to create a top-notch coaching program. Learn more at: **mobe.com/hight-ticket-coaching-program**





## MOBE Inner Circle Secret Vault

You get three (3) years worth of Inner Circle Newsletters and Interviews, including every back issue of Gold, Titanium, and Platinum, and dozens of audio interviews with best-selling authors, multi-millionaire investors, and lesser-known (but crazy-successful) marketers. In these pages, you'll get cutting-edge traffic and conversion strategies, copywriting tips, premiere investment advice, and much more. Learn more at: **mobe.com/inner-circle-secret-vault**

## MOBE Celebrity Branding Package

With this bonus, you get everything you need to brand yourself as a Celebrity and expert marketer. You will get your own blog, a TV blog, banner ads, and social media graphics (Facebook, Twitter, and YouTube). PLUS... we'll schedule a Photo & Video Shoot at the Diamond Mastermind. After this shoot, you'll get a high-quality Branding Video and a set of professional photos. Learn more at: **mobe.com/celebrity-branding-package**





## How to Launch Your Own Best-Selling Info Product

We will help you create your own best-selling information product and launch it within 14 days. You will get product-planning outlines, and "fill in the blank" templates for your sales letter, order form, and PowerPoint slides (for your sales video). Plus... you'll get a proven 14-Day Launch Plan to take your product from inception to execution. Learn more at: **mobe.com/info-product**

3

**PX 40**

UT_QP_FTC_0000405



# Merchant Info Questionnaire

| Business Information | |
|---|---|
| DBA  (Name that will be on the card holders bill) | MOBE (My Own Business Education) |
| Location address | 8207 Golf Ridge Drive |
| Location city | Charlotte |
| Location state | NC |
| Location zip | 28277 |
| Legal Business Name (as it appears on tax return) | MOBEPROCESSING.COM INC. |
| Mailing address (if different from location address) | N/A |
| Mailing city | N/A |
| Mailing state | N/A |
| Mailing zip | N/A |
| Company Phone | |
| Company fax number | (704) 919-5275 |
| Customer service phone number | (844) 662-3787 |
| Website URL | mobe.com |
| Contact person (if questions on account) | Susan Zanghi |
| Contact person's email | susan@mobe.com |

| Business Profile | |
|---|---|
| Business Structure (corporation, LLC, sole prop, etc.) | Corportation |
| Federal Tax ID | 47-3489384 |
| Date business formed | Dec 2014 |
| State business created in | Deleware |
| Number of employees | 160 |
| Trade reference 1 – Business name | Russ Whitney Consulting |
| Contact name and number (of reference 1) | Russ Whitney, Sr. |
| Trade reference 2 – Business name | Ross Weber, Attorney |
| Contact name and number (of reference 2) | Ross Weber |

| Owner/Officer | |
|---|---|
| 1 - Primary Owner's Name | Matthew Lloyd McPhee |
| Title | CEO |
| Ownership % | 100% |
| Social Security # | N/A – Australian Tax ID # Redacted |
| Date of Birth | Redacted |
| Mobile Number | Malaysia - USA (980) |
| Home Address | B2-13-1 Soho Suites @ KLCC No 20 Jalan Perak |
| Home City | Kuala Lumpur |
| Home State | WP - Malaysia |
| Home Zip | 50450 |
| Driver's License number | Redacted (Western Australia) |
| 2 - Secondary Owner's Name | Susan Zanghi |
| Title | Finance Manager |
| Ownership % | 0% |
| Social Security # | |
| Date of Birth | Redacted |
| Mobile Number | |
| Home Address | 8207 Golf Ridge Drive |

# PX 40

CONFIDENTIAL

FTC-MOBE-003360

01_QP_FTC_0000406

**PLATINUM**
PAYMENT SYSTEMS

# Merchant Info Questionnaire

| | |
|---|---|
| Home City | Charlotte |
| Home State | North Carolina |
| Home Zip | 28277 |
| Driver's License number | Redacted (NC) |

## Site Survey

| | |
|---|---|
| Office Structure (Office, Residential) | Residential |
| Floor you occupy & # of floors in building | 1 / 2 |
| Approximate square footage | 1300 |

## Product Price Info

| | |
|---|---|
| Projected annual volume | $1,500.000 |
| Average ticket | $12,000 |
| High ticket | $30,000 |
| Describe product/service in detail | MOBE Mastermind Programs |
| Refund policy | 3 Days unless legal requirement longer |
| Transaction Type (must equal 100%) | |
| Card swipe % | 75% |
| Mail Order / Telephone Order % | 0% |
| Internet - Ecommerce % | 25% |
| % of Business to Consumer sales | 50% |
| % of Business to Business sales | 50% |

## Current Account Profile

| | |
|---|---|
| Do you currently accept V/MC/D? | Yes |
| Do you currently accept AmEx? | Yes |
| If not currently accepting AmEx, do you want to? | |
| Name of current Processor | Chase |
| Gateway using or would like to use | |
| Have you ever been terminated by a Processor? | Yes |

## Bank Information

| | |
|---|---|
| Bank Name | Bank of America |
| Bank address | 7911 Providence Rd |
| Bank phone number | (704) 386-1293 |
| Contact Name | Undra A Perry |
| Account # | Redacted |
| Routing # | 053000196 |
| Is this a checking or savings account? | Checking |

# PX 40



# Merchant Info Questionnaire

| Offer / Campaign Information | |
|---|---|
| Describe the product/service being sold. | *MOBE Mastermind Programs* |
| How is the product/service ordered or purchased? | *Live Events and Website sales* |
| What are the price points for the product/service? | *$9997, $16,667, and $30,000* |
| Is the product/service being sold through a Front End or as an upsell offer? With any upsell offers, please list all applicable Front/Back end partners with the product/service being sold. | *Original front end offer is a $49 offer with an upsell to $2500, $9997, $16,667, and $30,000* |
| Is the product/service being cross sold with any other product/service? If yes, explain. | *Yes - many products available that could be sold together or separately* |
| Is there a free trial and/or auto ship program attached to the product/service? | *No* |
| Is there recurring billing/continuity plan associated with the product/service? | *No* |
| How is the product/service advertised, marketed, and/or promoted to support the projected volume/transaction estimates? (i.e. radio, print, affiliate networks, CPA, publishers, and/or other sources to support the transaction count per day) | *The event where the product is presented is promoted by affiliate emails, direct mail, Facebook, you-tube, etc* |
| List all major affiliates (sub affiliates), CPA's, and publishers used to generate sales. | *N/A* |
| How do you track affiliate sales and monitor for lead quality? | *Through our company CRM* |
| What is the warranty, return, and refund policy? | *3 days* |
| How can a customer cancel from Auto Ship/Bill and/or continuity program? | *By contacting Customer service or faxing a request* |
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN -House* |

| Fulfillment | |
|---|---|
| Is fulfillment handled In House or outsourced? If outsourced, with whom? | *IN - House* |
| Which of the following shipping confirmations do you use?  1) Delivery Confirmation, 2) Signature Confirmation, and 3)None | *3 – None* |
| Who manufactures/produces the product/service? | *N/A* |
| If selling digestibles, supplements, etc. | |
| Have your products been evaluated /regulated by the FDA. | *N/A* |
| Who manufactures/produces the product/service? | *N/A* |
| Who manufactures/produces the product/service? | *N/A* |
| How many units per day is your manufacturer capable of producing should demand increase? | *Unlimited* |
| On average, how much product is maintained in stock, either in house or at your shipping facility? | *N/A* |
| Do you receive Inventory/Inventory Management Reports? | *N/A* |
| Will tangible products be shipped within 7 calendar days of sale capture? | *N/A* |

## PX 40



# Merchant Info Questionnaire

| Who is taking the order? | *Customer Support* |
|---|---|
| At what time or point during the ordering process does the merchant or the fulfillment center bill the cardholder (i.e at time of order, at time of shipping, etc...)? | *At the time of order* |
| What happens if the product is unavailable or if service cannot be rendered (i.e. cease billing customer, issue refund, or notify customer of delayed shipment)? | *N/A* |
| Do you continue to accept sales if products/services are backorder/unavailable? | *N/A* |
| **Customer Service** | |
| Is Customer Service handled In House or outsourced? If outsourced with whom? | *In-House* |
| If Customer Service is outsourced, has anyone from your company visited the customer service facility? Will there be impromptu visits to the call center going forward? | *N/A* |
| Has anyone from your company participated in the training of the customer service staff? | *N/A* |
| If Customer Service handled In House, how many customer service reps are on staff? | *18* |
| What are your customer service hours? | *24 hours per day / 7 days per week* |
| Who is handling returns/chargebacks? | *Our Finance Team* |
| If applicable, is the fulfillment center automated to credit customers for returned or refused shipments? | *N/A* |
| How does the fulfillment center communicate with you and vice versa? | *Via email or Skype* |
| Do you have a quality control process in place to review orders on a regular basis in whole or in a sample set? | *N/A* |
| What is the customer service number you would like to have show up on card holders statements? | *(844) 662-3787* |
| How do you want the description to read on customer's bank statements? (22 characters max, includes spaces) | *MOBEPROCESSING.com Inc.* |

# PX 40

CONFIDENTIAL

**From:** NetworkFraud
**Sent:** Thursday, February 16, 2017 5:07:18 PM
**To:** vanhendrix@synovus.com
**Cc:** Scott King; NetworkFraud
**Subject:** Transaction Monitoring Notification - MOBE-ONLINE PRODUCT GROUP


# Transaction Monitoring Notification

### Merchant Investigation Request

**Confidential - Restrict Distribution**

| | |
|---|---|
| **Merchant Name:** | MOBE-ONLINE PRODUCT GROUP |
| **Merchant Number:** | 601177360005670 |
| **Acquirer:** | QualPay Inc |
| **Activity Date Range:** | 01/16/2017 - 02/16/2017 |

| | |
|---|---|
| **Total Attempted:** | $ 110,512.60 (211 transactions) |
| **Total Approved:** | $ 49,008.70  (155 transactions) |
| **Total Fraud:** | $24,834.00 (30 transactions) |

Through our transaction monitoring we have **identified fraudulent activity at the merchant detailed above**. This is a notification to inform you of this increase and is a**request for you investigate further into this merchant's activity. Please note that we noticed this activity appears to be CARD PRESENT.**

Any details that you can share about the merchant or these transactions that may assist in the mitigation of additional fraud would be appreciated. We do look forward to partnering with you to mitigate additional fraud activity through this merchant.

<u>**Please follow these steps:**</u>
1. Hold settlement
2. Investigate this merchant
3. If this is a fraud merchant**; terminate the merchant's acceptance** and any related merchants found

# PX 40

FTC-MOBE-003364
02_QP_FTC_0000410

4. If merchant is a victim of fraud; work with the merchant to create fraud mitigation plan

**PX 40**

FTC-MOBE-003365
02_QP_FTC_0000411





**Merchant Online
Status Tracking**



MasterCard.
OnLine
Close This Window

MOST Home
Close MOST

**General Operations**

Find Merchants

Tools

Options

Help

Contents

### Find Merchants

The red asterisk(*) indicates required fields.
Click on the links to look up the valid values for that field.

Acquirer ID: 13466      Corporate Level Merchant
Name:

| Audit Date | Status | Report Type |
|---|---|---|
| mm/yyyy | | All Report Types |
| From Date: 05/2017 | From: | Excessive Counterfeit 1 |
| To Date: 05/2017 | To: | Excessive Counterfeit 2 |
| | | Excessive Counterfeit 3 |

**Sort By**



| | | Ascending / Descending |
|---|---|---|
| Primary: | Acquirer ID | ● Ascending ○ Descending |
| Secondary: | Merchant Name | ○ Ascending ● Descending |
| Tertiary: | Audit Date | ● Ascending ○ Descending |

Search

Multiple Update

**Search Results: 1-1 Record[s] 1**
Click on Merchant Name to view Details.

| Audit | | Acquirer ID | Merchant Name | City | State | Country | Region | Audit Date | Status Group | Status Code | Fraud Month | Fraud Amount | Fraud Count | Loss Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 13466 | | CHARLOTTE | NC | USA | US | 05/2017 | I | 01 | 03/2017 | $9940.00 | 20 | 18.43 |

**Search Results: 1-1 Record[s] 1**

**PX 40**

CONFIDENTIAL

FTC-MOBE-003366
02_QP_FTC_0000412



## Merchant Online
## Status Tracking



**MOST Home**
**Close MOST**
General Operations
**Find Merchants**
Tools
**Options**
Help
**Contents**

### Merchant Details

If you would like to print this details, please use the *Print* button on the browser toolbar.

Work History    Additional Info.    Correspondence    Update    Special Merchant Audit

**Merchant Information**

| | | | |
|---|---|---|---|
| Acquirer ID: | 13466 - SYNOVUS BANK | Compressed Merchant Name: | MOBEHOMEBUSINES |
| Merchant Name: | MOBE HOME BUSINESS | | |
| City: | CHARLOTTE | State: | NC |
| Country: | USA - UNITED STATES | Region: | 1 - US |
| Merchant Category Code: | 8299 - SCHOOLS & EDUCATIONAL SVC-NOT ELSEWHERE CLASSIFIED | | |

**Status**

| | | | |
|---|---|---|---|
| Group: | I - INFORMATION | | |
| Code: | 01 - HIGH FRAUD ALERT | Prior Status Code: | |
| Exclude from Future Violations: | Y | | |
| Extracted as Special Merchant: | N | | |

**Reporting Information**

| | | | |
|---|---|---|---|
| Reported Date: | 05/02/2017 | Start Date: | 11/01/2016 |
| Rule Violation: | FIVE (5) OR MORE FRAUD TRANS., TOTAL >= USD5000, FRAUD/SALES >= 8% IN ONE MONTH | | |

**Charge Back**

| | |
|---|---|
| Start Date: | End Date: |

**Security Bulletin**

| | |
|---|---|
| Number: | Date: |

**Correspondence**

| | | | |
|---|---|---|---|
| First Response Due By: | 06/01/2017 | | |
| Late Letter Sent On: | | Late Response Due By: | |
| Final Letter Sent On: | | Final Response Due By: | |
| Suppress Late Letter: | N | Suppress Final Letter: | N |

**Merchant Additional Information**

**Merchant Principal Information**

**URL Data**

**Merchant Violations**

Refer to Fraud Reporter reports for complete transaction details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 01/2017 | $1988.00 | 4 | $11888.00 | 28 | | | |

## PX 40

CONFIDENTIAL

FTC-MOBE-003367
02_QP_FTC_0000413

* * * * * *
Slipsheet - Spreadsheet File Extension
MOBE Sales and CB Data 2017.xls
* * * * * *

**PX 40**

FTC-MOBE-003368
02_QP_FTC_0000414

| Merchant ID | DBA Name | Month | Sales Count | Sales Amount | Chargeback Count | Chargeback Dollars | Chargeback to Sales Count Ratio | Chargeback to Sales Dollar Ratio |
|---|---|---|---|---|---|---|---|---|
| 971000010645 | MOBE-MASTERMIND | January-17 | 19 | $54,697.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010645 | MOBE-MASTERMIND | February-17 | 136 | $685,963.91 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010645 | MOBE-MASTERMIND | March-17 | 284 | $1,566,914.75 | 3 | $15,000.00 | 1.06% | 0.96% |
| 971000010645 | MOBE-MASTERMIND | April-17 | 310 | $1,858,767.49 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010645 | MOBE-MASTERMIND | May-17 | 441 | $2,592,286.99 | 4 | $21,698.82 | 0.91% | 0.84% |
| 971000010644 | MOBE-COACHING/MENTORING | January-17 | 16 | $90,806.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010644 | MOBE-COACHING/MENTORING | February-17 | 45 | $156,313.41 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010644 | MOBE-COACHING/MENTORING | March-17 | 46 | $215,595.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010644 | MOBE-COACHING/MENTORING | April-17 | 13 | $79,510.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010644 | MOBE-COACHING/MENTORING | May-17 | 22 | $98,465.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010643 | MOBE-ONLINE PRODUCT GROUP | January-17 | 1160 | $154,178.65 | 6 | $294.00 | 0.52% | 0.19% |
| 971000010643 | MOBE-ONLINE PRODUCT GROUP | February-17 | 5544 | $768,555.15 | 87 | $28,595.60 | 1.57% | 3.72% |
| 971000010643 | MOBE-ONLINE PRODUCT GROUP | March-17 | 9267 | $1,369,531.45 | 278 | $103,607.48 | 3.00% | 7.57% |
| 971000010643 | MOBE-ONLINE PRODUCT GROUP | April-17 | 5054 | $865,569.85 | 217 | $111,293.93 | 4.29% | 12.86% |
| 971000010643 | MOBE-ONLINE PRODUCT GROUP | May-17 | 8209 | $1,344,765.50 | 349 | $105,379.89 | 4.25% | 7.84% |
| 971000010635 | MOBE-TRAFFIC | January-17 | 5 | $11,250.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010635 | MOBE-TRAFFIC | February-17 | 41 | $139,222.00 | 1 | $1,272.82 | 2.44% | 0.91% |
| 971000010635 | MOBE-TRAFFIC | March-17 | 103 | $326,390.00 | 1 | $1,250.00 | 0.97% | 0.38% |
| 971000010635 | MOBE-TRAFFIC | April-17 | 95 | $334,991.40 | 1 | $1,250.00 | 1.05% | 0.37% |
| 971000010635 | MOBE-TRAFFIC | May-17 | 78 | $264,450.40 | 5 | $9,862.54 | 6.41% | 3.73% |
| 971000010634 | MOBE-MARKETPLACE | January-17 | 3 | $7,967.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010634 | MOBE-MARKETPLACE | February-17 | 5 | $7,485.00 | 2 | $2,994.00 | 40.00% | 40.00% |
| 971000010634 | MOBE-MARKETPLACE | March-17 | 17 | $24,049.00 | 5 | $7,485.00 | 29.41% | 31.12% |
| 971000010634 | MOBE-MARKETPLACE | April-17 | 9 | $13,382.95 | 6 | $8,982.23 | 66.67% | 67.12% |

**PX 40**

**FTC-MOBE-003369**

| 971000010634 | MOBE-MARKETPLACE | May-17 | 1 | $10,000.00 | 5 | $7,482.44 | 500.00% | 74.82% |
|---|---|---|---|---|---|---|---|---|
| 971000010633 | MOBE-HOME BUSINESS SUMMIT | January-17 | 124 | $48,558.81 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010633 | MOBE-HOME BUSINESS SUMMIT | February-17 | 402 | $151,468.22 | 18 | $8,851.78 | 4.48% | 5.84% |
| 971000010633 | MOBE-HOME BUSINESS SUMMIT | March-17 | 476 | $197,235.50 | 51 | $25,922.81 | 10.71% | 13.14% |
| 971000010633 | MOBE-HOME BUSINESS SUMMIT | April-17 | 562 | $230,845.50 | 42 | $20,575.24 | 7.47% | 8.91% |
| 971000010633 | MOBE-HOME BUSINESS SUMMIT | May-17 | 763 | $315,099.50 | 50 | $24,002.82 | 6.55% | 7.62% |
| 971000010632 | MOBE-SUMMIT | January-17 | 62 | $92,978.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010632 | MOBE-SUMMIT | February-17 | 8 | $12,765.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010632 | MOBE-SUMMIT | March-17 | 4 | $10,482.00 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010632 | MOBE-SUMMIT | April-17 | 51 | $100,144.80 | 0 | $0.00 | 0.00% | 0.00% |
| 971000010632 | MOBE-SUMMIT | May-17 | 93 | $239,488.35 | 2 | $2,524.00 | 2.15% | 1.05% |

**PX-40**

FTC-MOBE-003370



enabled

### Find Merchants

The red asterisk(*) indicates required fields.
Click on the links to look up the valid values for that field.

Search Results: 1-2 Record[s] 2
Click on Merchant Name to view Details.

| Acquirer ID | Merchant Name | City | State | Country | Region | Audit Date | Status Group | Status Code | Fraud Month | Fraud Amount | Fraud Count | Loss Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13466 | | 877-5141520 | WI | USA | US | 04/2017 | 1 | 01 | 01/2017 | $8995.00 | 6 | 62.30 |
| 13466 | | 844-6623787 | NC | USA | US | 04/2017 | 1 | 01 | 03/2017 | $32211.90 | 56 | 8.11 |

Search Results: 1-2 Record[s] 2

PX 40

CONFIDENTIAL

FTC-MOBE-003371

02_QP_FTC_0000415



### Merchant Online
### Status Tracking



Close This Window

**MOST Home**

**Close MOST**

General Operations

**Find Merchants**

Tools

**Options**

Help

**Contents**

## Merchant Details

If you would like to print this details, please use the *Print* button on the browser toolbar.

### Merchant Information

| | | | |
|---|---|---|---|
| Acquirer ID: | 13466 - SYNOVUS BANK | Compressed Merchant Name: | MPONLINEENTERPR |
| Merchant Name: | M & P ONLINE ENTERPRIS | | |
| City: | 877-5141520 | State: | WI |
| Country: | USA - UNITED STATES | Region: | 1 - US |
| Merchant Category Code: | 8999 - PROFESSIONAL SERVICES-NOT ELSEWHERE CLASSIFIED | | |

### Status

| | | |
|---|---|---|
| Group: | I - INFORMATION | |
| Code: | 01 - HIGH FRAUD ALERT | Prior Status Code: |

### Reporting Information

| | | | |
|---|---|---|---|
| Reported Date: | 04/03/2017 | Start Date: | 10/01/2016 |
| Rule Violation: | FIVE (5) OR MORE FRAUD TRANS., TOTAL >= USD5000, FRAUD/SALES >= 8% IN ONE MONTH | | |

### Charge Back

| | |
|---|---|
| Start Date: | End Date: |

### Security Bulletin

| | |
|---|---|
| Number: | Date: |

### Merchant Additional Information

### Merchant Principal Information

### URL Data

### Merchant Violations

Refer to Fraud Reporter reports for complete transaction details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 01/2017 | $8995.00 | 6 | $14437.00 | 12 | 62.30% | YES | 8% |

## PX 40

CONFIDENTIAL

FTC-MOBE-003372
02_QP_P_FTC_0000416



**Merchant Online
Status Tracking**



Close This Window

MOST Home
Close MOST

General Operations

Find Merchants

Tools

Options

Help

Contents

## Merchant Details

If you would like to print this details, please use the *Print* button on the browser toolbar.

### Merchant Information

| | | | |
|---|---|---|---|
| Acquirer ID: | 13466 · SYNOVUS BANK | Compressed Merchant Name: | MOBEONLINE |
| Merchant Name: | MOBE ONLINE | | |
| City: | 844-6623787 | State: | NC |
| Country: | USA · UNITED STATES | Region: | 1 · US |
| Merchant Category Code: | 8299 · SCHOOLS & EDUCATIONAL SVC-NOT ELSEWHERE CLASSIFIED | | |

### Status

| | | | |
|---|---|---|---|
| Group: | I · INFORMATION | | |
| Code: | 01 · HIGH FRAUD ALERT | Prior Status Code: | |

### Reporting Information

| | | | |
|---|---|---|---|
| Reported Date: | 04/03/2017 | Start Date: | 10/01/2016 |
| Rule Violation: | FIVE (5) OR MORE FRAUD TRANS., TOTAL >= USD5000, FRAUD/SALES >= 8% IN ONE MONTH | | |

### Charge Back

| | |
|---|---|
| Start Date: | End Date: |

### Security Bulletin

| | |
|---|---|
| Number: | Date: |

### Merchant Additional Information

### Merchant Principal Information

### URL Data

### Merchant Violations

Refer to Fraud Reporter reports for complete transaction details.

| Fraud Month | Fraud Amount | Fraud Count | Sales Amount | Sales Count | Loss Percent | Violation Occurred? | Critical Fraud Percent |
|---|---|---|---|---|---|---|---|
| 01/2017 | $4022.00 | 18 | $27156.25 | 275 | 14.81% | | |
| 02/2017 | $10054.65 | 43 | $208717.20 | 1532 | 4.81% | | |
| 03/2017 | $32211.90 | 56 | $397130.85 | 2815 | 8.11% | YES | 8% |

**PX 40**

CONFIDENTIAL

FTC-MOBE-003373

02_QP_FTC_0000417



Visa Confidential[1]

10 Apr 2017

SYNOVUS BANK

UNITED STATES OF AMERICA

**Re:   Visa Fraud Monitoring Program ("VFMP") - Standard Timeline**

**Non Compliance Identification –Program Status - NOTIFICATION**

Dear Acquirer:

The **Visa Fraud Monitoring Program ("VFMP")** is a merchant-level fraud monitoring program to help acquirers identify merchants with excessive levels of fraud[2] and implement corrective plans to protect the integrity of the payment system.

This letter serves as notification to SYNOVUS BANK of a violation of the *Visa Core Rules and Visa Product and Service Rules ("Visa Rules") –Visa Fraud Monitoring Program* ID# 0029288.  MOBE ONLINE has been identified in **Notification** status exceeding the **VFMP** program thresholds[3] in the Apr 2017 report.   This identification is summarized below[4]:

- **Case ID:** 22071
- **Merchant Name:** MOBE ONLINE
- **Fraud Amount:** $85,441.87
- **Fraud-to-Sales Amount Ratio:** 12.25%

**Next Steps**

Because your merchant has exceeded program thresholds, it is strongly recommended[5]  that your institution investigate the root causes and drivers of the fraud with the merchant and develop a remediation plan to reduce the impact of fraud or take alternate actions as appropriate.

Once the merchant outlet performs below the program thresholds for three consecutive months, it will be considered compliant with the **VFMP** program and the case will be closed.

For more information on **VFMP** please refer to the *Visa Rules.*

If you have any further inquiries, please contact Brand Protection - Americas at vrpt_na_fraud@visa.com.

**PX 40**

Sincerely,


Visa Brand Protection

Visa, Inc.

-------------------------------------------------------------------------------------------------------------------------

[1]  Members may only disclose this letter to a merchant if the merchant requests a copy in writing and attests that the letter and its subject matter will remain confidential.

[2]  Fraud reported by Domestic and International Issuers

[3]  VFMP Program thresholds are: $75,000 of reported fraud and 1 percent fraud-to-sales amount ratio.

[4]  Individual case details are made available through the Visa Risk Performance Tracking ("VPRT") tool in Visa Online.

[5]  VFMP Program information, timeline and acquirer responsibilities and are outlined in the *Visa Rules*.

**PX 40**

CONFIDENTIAL

# VISA

Visa Confidential[1]

11 Apr 2017

SYNOVUS BANK

UNITED STATES OF AMERICA

**Re:   Visa Chargeback Monitoring Program ("VCMP") - Standard Timeline**

**Non Compliance Identification –Program Status - NOTIFICATION**

Dear Acquirer:

The **Visa Chargeback Monitoring Program ("VCMP")** is a merchant-level chargeback monitoring program to help acquirers identify merchants with excessive levels of chargebacks[2]   and implement corrective plans to protect the integrity of the payment system.

This letter serves as notification to SYNOVUS BANK of a violation of the *Visa Core Rules and Visa Product and Service Rules ("Visa Rules") –Visa Chargeback Monitoring Program ID#* 0029283.  MOBE ONLINE has been identified in **Notification** status exceeding the **VCMP** program thresholds[3] in the Apr 2017 report.   This identification is summarized below[4]:

- **Case ID:** 22266
- **Merchant Name:** MOBE ONLINE
- **Chargeback Count:** 149
- **Chargeback-to-Sales Count Ratio:** 2.69%

**Next Steps**

 Because your merchant has exceeded program thresholds, it is strongly recommended[5] that your institution investigate the root causes and drivers of the chargebacks with the merchant and develop a remediation plan to reduce the impact of chargebacks or take alternate actions as appropriate.

Once the merchant outlet performs below the program thresholds for three consecutive months, it will be considered compliant with the **VCMP** program and the case will be closed.

For more information on **VCMP** please refer to the *Visa Rules.*

If you have any further inquiries, please contact Brand Protection - Americas at vrpt_na_chargeback@visa.com.

**PX 40**

FTC-MOBE-003376
02_QP_FTC_0000420

Sincerely,


Visa Brand Protection

Visa, Inc.

----------------------------------------------------------------------------------------------------------------------

[1]  Members may only disclose this letter to a merchant if the merchant requests a copy in writing and attests that the letter and its subject

matter will remain confidential.

[2]  Chargeback reported by Domestic and International Issuers

[3]  VCMP Program thresholds are: 100 chargeback transactions and 1 percent chargeback-to-sales count ratio.

[4]  Individual case details are made available through the Visa Risk Performance Tracking ("VPRT") tool in Visa Online.

[5]  VCMP Program information, timeline and acquirer responsibilities and are outlined in the *Visa Rules*.

**PX 40**

CONFIDENTIAL



## Visa Acceptance Risk
# VCMP/VFMP Remediation Plan

### INSTRUCTIONS

This form is to be submitted by the acquiring financial institution to document a Visa Chargeback Monitoring Program (VCMP) or Visa Fraud Monitoring Program (VFMP) remediation plan to help merchants identified in Visa's risk compliance program(s) improve their chargeback or fraud mitigation efforts. The objective is to ensure a set of actions are implemented to effectively remediate a merchant out of the risk compliance program(s).

### SECTION A – PROGRAM IDENTIFICATION

Please check the appropriate boxes that apply to the identified merchant. Specifically, mark off if the merchant was identified in the VCMP, VFMP, or both. Fill in the timeline month applicable at the time of plan submission, e.g. 2-Workout or 5-Enforcement. Also mark if the identification pertains to the Standard, High-Risk or Excessive program timelines. Provide the date the original plan, and any subsequent updates, were submitted.

| ☐ Visa Chargeback Monitoring Program (VCMP) | | Timeline Month: | |
|---|---|---|---|
| Timeline: | ☐ Standard | ☐ High-Risk | ☐ Excessive |
| X Visa Fraud Monitoring Program (VFMP) | | Timeline Month: 1-workout | |
| Timeline: | X Standard | ☐ High-Risk | ☐ Excessive |
| Original Remediation Plan Date: 5/10/17 | | Remediation Plan Update Date: | |

### SECTION B – ACQUIRER INFORMATION

| 1. Acquirer Name: QualPay | |
|---|---|
| 2. Acquirer BID: 10000238 | 3. Acquirer BIN: |
| 4. Agent Name (if applicable): | 4. Agent BID: |
| 5. Type of Agent:     ☐ISO     ☐PF     ☐HR ISO     ☐ HR IPF     Other: | |

### SECTION C – MERCHANT INFORMATION

| 1. Merchant Legal Name: Mobeprocessing.com INC |
|---|
| 2. Merchant Descriptor: MOBE Online |

## PX 40

CONFIDENTIAL

FTC-MOBE-003378
02_QP_FTC_0000422



| | | |
|---|---|---|
| **3. Principal Name(s): Susan G. Zanghi** | | |
| **4. Business Address: 8207 Golf Ridge Dr** | | |
| **5. Business City: Charlottee** | **6. State: North Carolina** | **7. ZIP: 28777-8867** |
| **8. Country: USA** | **9. URL** (If E-Commerce): www.mobe.com | |
| **10. Merchant ID: 971000010643** | **11. Card Acceptor ID:** | |
| **12. Date Merchant Activated: 1/22/2017** | **13. Merchant Terminated: X No    ☐ Yes, Date:** | |

**14. Description of Merchant's Business:** (Provide a clear understanding of who the merchant is, what they do, and how they operate. Include merchant's business type, products and services offered, the manner in which they conduct their business, marketing and sales activities, affiliates, third parties utilized to sell products/services, and a statement on the merchant's policy on credits and returns.)

MOBE (My Own Business Education) is a business training company catering to small business owners and entrepreneurs. MOBE offers a large selection of online training products, services, live training events and exclusive masterminds to help you along your business journey. This account is used to sell online business education products. Transactions are 75% internet / 25% MOTO, Main price points are $49 and $2,500
This can also be a lead into the events held by our merchant and processed through other MID's

For E-Commerce Merchants, please append screenshots of the:
1.  Terms & Conditions/Disclosures
2.  Checkout page
3.  Sequence of web pages accessed by the Cardholder prior to final checkout

## SECTION D – MERCHANT TYPE

| | | |
|---|---|---|
| **1. MCC: 8299** | **2. MCC Description: Educational Services** | |
| **3. High-Brand Risk MCC: X No ☐ Yes** | **Is Merchant Registered with Visa:    ☐ Yes    X No** | |
| **4. Acceptance Method:** (Check all that apply) | X  Face-to-Face        X MO/TO        ☐ Card-On-File | |
| | X  Internet        ☐ Other: | |
| **5. If Face-to-Face, is the Merchant EMV enabled?** | ☐ Yes    X No | |
| **6. Business Model:** | X Retail Sales - Goods        ☐ Free Trial Period followed by Membership Fees | |

**PX 40**

CONFIDENTIAL

FTC-MOBE-003379
02_QP_FTC_0000423



| (Check all that apply) | X Retail Sales - Services | ☐ Recurring Charges | ☐ Gift Card Sales |
|---|---|---|---|
| | ☐ Outbound Telemarketing | ☐ Inbound Telemarketing | ☐ Payment Plan |
| | ☐ In-App Purchases | ☐ Other: | |

## SECTION E – SECURITY AND FRAUD MITIGATION AND ROOT CAUSE

| 1. Fraud Mitigation Tools Currently in Place: | |
|---|---|
| X AVS (Where Available) | Date Implemented (03/21/17): |
| x CVV2 | Date Implemented (03/21/17): |
| X  Verified by Visa (3DS) | Date Implemented (04/25/17): |
| X  Velocity Checking | Date Implemented (5/1/17): |
| x Negative/Positive Database | Date Implemented (02/22/17): |
| ☐ EMV (Card Present transactions) | Date Implemented (MM/YY): |
| ☐ Geolocation/IP Detection | Date Implemented (MM/YY): |
| ☐ Device Fingerprinting | Date Implemented (MM/YY): |
| ☐ Tokenization | Date Implemented (MM/YY): |
| ☐ Fraud Scrubbing System | Date Implemented (MM/YY): |
| ☐ Point-to-Point Encryption: | Date Implemented (MM/YY): |
| ☐ Other: | Date Implemented (MM/YY): |

CONFIDENTIAL

**PX 40**

FTC-MOBE-003380
02_QP_FTC_0000424

| | | |
|---|---|---|
| Implement the remaining landing pages for the 3DS product | 5/20/17 | We have given them to CB Defense to implement |
| Increase the effectiveness of the negative data base | 5/30/17 | Will require some engineering |
| Training sales force on best practices for accuracy of which MID to process through as well as face to face documentation. | 5/17/17 | Their will be consistent focus and this date will be the first meeting. |
| Monitor and tighten ISPY settings if needed. | 5/30/17 | Analyze data to determine if settings should be tightened. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**4. Current and next steps.** (Please describe the current/next steps undertaken by the merchant to mitigate fraud and/or reduce chargeback activity.)

Our meeting with the merchant emphasized the best practices for taking cards which will include training for the sales team. This process has been started and will continue.  The 3DS product will be more effective with the remaining landing pages being introduced into the system. The merchant is working with engineering to make the negative data bank more robust.

Our merchant is co-operative and appreciates the value of what we are trying to accomplish. WE will continue to monitor and communicate with our merchant on the effectiveness of the products we have in place and any other additional steps we may deem necessary in the future.

**SECTION G – Non-Compliance Assessment (NCA) Liability**

| | | | |
|---|---|---|---|
| **1. If the Merchant qualifies for NCAs, are you asking for a suspension?** | ☐ No | ☐ Yes | |
| **2. If Yes, what suspension period is requested?** | ☐ 30 Day | ☐ 60 Day | ☐ 90 Day |
| **3. What is the reason a suspension is requested?** | | | |
| **4. Provide a date to when the merchant is expected to reach compliance.** | | | |
| **5. Please provide any additional information not covered above.** | | | |

**PX 40**

CONFIDENTIAL

FTC-MOBE-003382

UZ_QP_FTC_0000426



SECTION H – Attestation and Contact Information

|  | Completed by: | Authorized by (bank officer): |
|---|---|---|
| Name: | Cliff Lanier |  |
| Title: | Risk Manager |  |
| Email: | Cliff@qualpay.com |  |
| Telephone: | 509-626-5611 |  |
| Date: | 5/12/17 |  |
| Signature: | 5/12/17 |  |

RPF20160314v6

**PX 40**

CONFIDENTIAL                FTC-MOBE-003383
U2_QP_FTC_0000427

**VISA**

Visa Confidential[1]


05 May 2017


SYNOVUS BANK

UNITED STATES OF AMERICA


**Re:   Visa Chargeback Monitoring Program ("VCMP") –Standard Timeline**

**Non Compliance Identification –Program Status - WORKOUT**


Dear Acquirer:


The **Visa Chargeback Monitoring Program ("VCMP")** is a merchant-level chargeback monitoring program to help acquirers identify merchants with excessive levels of chargebacks[2] and implement corrective plans to protect the integrity of the payment system.


This letter serves as notification to SYNOVUS BANK of a violation of the *Visa Core Rules and Visa Product and Service Rules ("Visa Rules") –Visa Chargeback Monitoring Program* ID# 0029283.  MOBE ONLINE has been identified exceeding the **VCMP** program thresholds [3]  in the May 2017.   This identification is summarized below[4]:


- **Case ID:** 22266
- **Merchant Name:** MOBE ONLINE
- **Chargeback Count:** 143
- **Chargeback-to-Sales Count Ratio:** 4.29%


 Please work with your merchant to reduce its chargeback levels below the program thresholds. Once the merchant outlet has completed three consecutive months below the program thresholds, the remediation will be complete. At that point the merchant will be considered compliant with the **VCMP** program and the case will be closed.


 **Required Action**

SYNOVUS BANK must submit an updated action plan[5] for the merchant above outlining the corrective measures to be undertaken to reduce the incidence of high chargeback activity. Per *Visa Rules - Investigation Response Requirement* ID# 0025974, your action plan should be submitted to Visa via the **Visa Risk Performance Tracking (VRPT)** tool within **10 calendar days** of this notification.


For more information on **VCMP** please refer to the *Visa Rules*.


**PX 40**

If you have any further inquiries, please contact Brand Protection at vrpt_na_chargeback@visa.com.

Sincerely,

Visa Brand Protection

Visa, Inc.

-------------------------------------------------------------------------------------------------------------------------------

[1]  Members may only disclose this letter to a merchant if the merchant requests a copy in writing and attests that the letter and its subject matter will remain confidential.

[2]  Chargeback reported by Domestic and International Issuers

[3]  VCMP Program thresholds are: 100 chargeback transactions and 1 percent chargeback-to-sales count ratio.

[4] Individual case details are made available through the Visa Risk Performance Tracking ("VPRT") tool in Visa Online.

[5] VCMP Program information, timeline and acquirer responsibilities and are outlined in the *Visa Core Rules and Visa Product and Service Rules (" Visa Rules") and Visa Fee Schedule –Non Compliance Assessments.*

# PX 40

**Jan 19 2018**
**08:10am**

**Tina**
**Steffen**

*Per Tracy/Platinum Payments They are adding 'Kount' additionally to the implementations we already knew about. Tolga also informed Tracy that the event now are going to be held at one of two locations at two resorts purchased one in Fiji and one in Costa Rica, which is why he wants to get terminals so that the majority of the transactions would be swiped which would eliminate a large majority of Fraud. *Tolga requested reserve totals.

**Jan 17 2018**
**12:10pm**

Meeting w/Tina & Tolga went over price points of each MID. Tina asked for projected volume for each, Tolga to have by Friday 19th. Tina to provide Tolga with Reserve breakdowns by Friday also. They signed a contract with Kount on 1/15 which should go live on 1/22. This along with Verify and Ethoca should strengthen chargeback issues. Tolga did add that Mobe has stopped promoting 971-10634 Marketplace (reason for decrease in volume). They plan to completely revamp to an Amazon type of product and process $4-$5 million per month through Marketplace. He will advise as that becomes reality. Will require a full underwrite

**Randy**
**Warren**

**Jan 16 2018**
**06:48am**

*Spoke to Tolga regarding what w expect form him and what he will be putting into place/Meeting between Tolga/Randy/Myself. *Tolga is very eager to get the Mobe accounts to where Qualpay and the Sponsor back needs them to be. He will be implementing swipe terminals at the account most needed that which is the sister account Marketplace, this will help with lowering fraud Cb's. He has also changed 3 rd parties he went from CBD to Ethoca for Cb representments and Verify for alerts 24/7 allowing them to issue credits as they come in. **For this particular account it is on good standing and we ask that it stay that way. *One more meeting with Tolga to go over any questions we still may have or Tolga has and we can go over the product price lines for each account. *Set up meeting for the week of January 16th

**Tina**
**Steffen**

**Dec 07**
**2017**
**12:26pm**

**Spoke with Tolga regarding CBD to see what they are sending in and what they are not. NO pre-arb, and very little on the rest. Depending on how this call goes with Scott @ CBD he (tolga) will switch all the Mobe accounts to Ethoca and Verifi. Currently just the international accounts are using them with splendid results.It really sounds like Tolga has a good grasp of how things work. Looking forward to be working with them and getting these accounts away from the sponsor bank and card brands radar**

**Tina**
**Steffen**

# PX 40

03_QP_FTC_0000727

FTC-MOBE-003386

| | |
|---|---|
| **Dec 07 2017 12:17pm** | **\*\*Spoke with Tolga regarding CBD to see what they are sending in and what they are not. NO pre-arb, and very little on the rest. Depending on how this call goes with Scott @ CBD he (tolga) will switch all the Mobe accounts to Ethoca and Verifi. Currently just the international accounts are using them with splendid results.It really sounds like Tolga has a good grasp of how things work. Looking forward to be working with them and getting these accounts away from the sponsor bank and card brands radar\*\*** |

**Tina Steffen**

| | |
|---|---|
| **Dec 05 2017 08:09am** | **\*\*Spoke to Tolga (gentleman) called wanting to go over each and every account still opened and why the 2 accts were closed (Business Summit 10633 & Online Product Group 10643 ) we went over the perimeters of each account and I laid out what we need for each account and our expectations for each account\* He said he has changed some ways they take credit cards for different price points. He asked if we have terminals for sale so that they can have card present, I explained that he would need to go through Platinum payments for those. Part of the revised conditions they were supposed to get on our QP VT so that we can have better visibility and control with the remaining accounts , he will talk with Susan about that. He sent over the link for the events for them. He is also switching 3 rd party vendor from CBD to Ethoca. He will send over contract and then I will change vendor flag. I believe the team (Stacy, Terri, And myself) should sit down and discuss the changes we need to have happen and then set up a call with the Team and Susan, Simon, and Tolga so we are all under the same understand of what needs to happen to keep the remaining accounts open. He also mentioned they are losing a bunch of money on the package that costs $49.00 they were running through the 10643 Online Product Group acct and subsequently tried to run through the remaining open accounts but those were stopped and credits ran. I am not sure we want those pkg back since they were the biggest contributor to the ratio. Will discuss further with the team at a round table discussion\*\*** |

**Tina Steffen**

| | |
|---|---|
| **Dec 01 2017 09:33am** | **\*\*Tolga's number was changed to ███████ \*submitted AMR\*\*** |

**Tina Steffen**

| | |
|---|---|
| **Nov 27 2017 01:36pm** | **\*\*added Tolga Suatac tolga.s@mobe.com ████████ per Susan also sent over to Wend to add to all the Mobe accounts\*\*** |

**Tina Steffen**

| | |
|---|---|
| **Nov 02 2017 12:46pm** | **\*\*\*Decision made was to have $260K in reserve have moved 260K from 10645 to this account \*\*** |

**Tina Steffen**

**PX 40**

**Nov 01 2017 01:18pm**

**Just had conference call with Athar, Simon, Susan, Stacy, Randy and Terri regarding their plan for stopping the $49 price points and any of the additional price points or pkg from the 2 closed mids 10633 & 10643 to continue to come through the open MIDS. Simon said he is implementing a new system to where the price points for those accounts can be accessed by only one person at all times. This is supposed to happen within 24 hrs, so we made it very clear that this can not continue to happen. Also a new order page is in the works to avoid these continued mistakes. They inquired out of the $6MM we have Athar would like to have $1MM now and further discussion will happen internally to determine what we want the overall reserve be across the open Mids. We have a couple accts that need to be looked at before coming to a final decision but we as a team believe we can release safely $1,471,271.00 Back to him before Fridays meeting which may not be needed after all. The team will meet again to clarify and get on the same page. ** **OVERALL WE NEED TO HAVE $3,169,693.78 across the partnership** On this account we would be looking at setting up a reserve in the amount of $260K which is 1 month average of volume currently**

**Tina Steffen**

**Jul 17 2017 02:11pm**

Stacy, The two accounts that have a web presence referenced above have the following URL's associated which each one are: 971000010635 Wesellgoodtraffic.com Wesellclicks.com 971000010634 Mobemarketplace.com

**Cliff Lanier
May 01 2017 12:01pm**

Emailed Bill Futreal and Susan was copied. A meeting was to be set up to have Bill go over the actual step by step process on a given account on any given price point so we see what the card holders seeing so we can better understand. I have asked that he set this up this week, I also asked him to provide the spreadsheet that Stacy asked for where it outlines all of the product and price points we will see on each MID and what the future del % is for eac account that has FD.

**Tina Steffen
May 01 2017 11:56am**

Reviewed account for accuracy on Trans type coming thru account we have set up as 100$ Ecomm which seems correct , this acct is approved for $9,500.00k hi tkt*** Price points on account are as follows: $700, 1250.00, 950.00, 2250.00, 2625.00, 4500.00, 6000.00, 6750.00, 3500.00, 7270.00, 1046.40, 9,000.00, and several $20K transactions this is per U/W in the CRW** Product Offering: * Beginner 5 buyers $1,250 per month * Producer 10 buyers $2,250 per month * Leader 21 buyers $4,500 per month * Builder 32 buyers $6,750 per month * Professional 43 buyers $9,000 per month ****No mention of $20K Plus I would like more info on this account it seems to sell a different product or service than the rest of the accounts**

**Tina Steffen**

# PX 40

**Apr 24 2017**
**11:01am**

Based on completed spreadsheet by MOBE team, as well as conversation had, merchant has confirmed that this account will be used to sell paid traffic products (ie: buyers) including quality leads and 21 step buyers; merchant also works with client to develop a marketing plan. Transactions are monthly recurring, no monthly contracts, card holder can cancel subscription at any time, provided they notify the support desk at least 4 business days before next re-billing Need to re-evaluate approved monthly volume as they are averaging $189,879/mo

**Stacy Renz**

**Apr 24 2017**
**10:41am**

Rec'd updated bank statements and financials: Business Bank Stmts (checking) Dec 2016-Feb 2017: 3 mo avg bank balance $40,575.56 (note Jan balance was $113,020.73, other months less than $3,500) Business Bank Stmts (savings) Dec 2016-Feb 2017: 3 mo avg bank balance $7,697.13 2016 Balance Sheet: Total Assets $5,888,863; Total Liabilities $58,999,342; Total Equity & Liabilities $62,530,754 . Debt Ratio 10.62% / Current Ratio 1.41% / Working Capital $1,440,321 2016 P&L Gross Receipts $48,863,422; COGS $5,172,197; Gross Profit $43,691,225; Expenses $42,615,114 (largest expenses: Chargebacks $1.425mm; Commissions $3.571mm; Traffic Ads $6,055mm; Upwork $2.436mm; Wages $2.834mm); Net Income $1,150,781

**Stacy Renz**

**FTC-MOBE-003389**

**0 2017**
**11:46am**

Cliff and I had a quick meeting with Jeremiah at CBD regarding information he was working on for MOBE accts. He found that there are several declines to multi cards from same URL so he will let Bill know that he needs to go into his NMI gateway and use the ISpy fraud option and block those URL's, when and if that Url gets an approval finally Jeremiah tracked it and it becomes a CB, He is working on getting a completed report for us to look at, this make take a bit. Will follow up with Jeremiah later this week**

**Tina**
**Steffen**
**Mar 14**
**2017**
**03:13pm**

Sent spreadsheet to Susan lining out the parameters of each MID (as they were underwritten) and have asked her to provide actual business descriptions and projected monthly volume for each MID. Also reminded her from our last conversation, that it is our recommendation that the transactions coming from the purchase of the Mastermind packages only be routed through the MOBE-Mastermind MID (971000010645). Lastly, shared that we are still waiting for the 2016 annual financials (balance sheet and P&L), as well as the bank statements for Dec, Jan and Feb

**Stacy Renz**
**Mar 08**
**2017**
**12:42pm**

Below is note copied from CBD portal regarding merchant getting CRM login info to help complete enrollment ****I received details for CRM log ins for Mobe from Bill Futreal at Mobe. He sent me Ontraport and Konnektive. Konnektive is where the orders are processed and Ontraport are where all the customer notes are stored. Saved log in info to the system. will let Bobi and Jeremiah know the info is in there and see if anything else is needed for chargeback set up.***

**Tina**
**Steffen**

PX 40

**Mar 03
2017
03:26pm**

After meeting with Susan we have come up with the following plan to meet our concerns: Concern # 1 Aggregate volume is way above what has been approved. We asked for updated financials to support this increase in volume. Concern #2 The different MID's do no reflect what we were underwriting to and we need clarification where each product and expected volume are being processed for each MID. Also we were told that some of the products intended for the 971000010645 - MOBE-MASTERMIND has bleed into 971000010643 MOBE-ONLINE PRODUCT GROUP due to a sales process not being followed. Stacy is going to present an excel worksheet for the merchant to categorize each product and the MID they should being processed through including expected volume. Require they switch to our gateway and reach out to our engineers to see if we are able to direct and or block higher ticket items to be assured the transaction is processed through th correct MID. Concern#3 Discover has given us notification regarding fraudulent transactions coming from 971000010643 MOBE-ONLINE PRODUCT GROUP. I will formulate a plan which includes: Confirming that the full compliment of risk tools are turned on that are presently in the NMI gateway. Transition the account to our gateway for better control , risk monitoring and visibility. Set a policy regarding transaction acceptance including AVS variations,( response codes A, V, Y ) and CVV2 . Work with the merchants engineers to employ a negative data bank and risk software for fraud detection including velocity checking. Concern # 4 The Chargeback ratios are increasing in 3 of the MID's. The Risk team will have constant communication with our 3rd party vendor making sure we have all the descriptors in place to effectively use the alerts to mitigate future chargebacks. Also will analyze alert data to measure it's effectiveness.

**Cliff Lanier**

**Feb 14 2017
11:03am**

**Rory had already contacted CBD we were told that the descriptor would stay with the current reseller?? Then how do we monitor on our end with alerts? We need to discuss this and get merchant to change descriptor then , if thats a possibility?**

**Tina
Steffen**

**Feb 14 2017
09:19am**

**emailed jeremiah@CBD to give him this descriptor wesellgoodtraffic**

**Tina
Steffen**

**Jan 18 2017
12:46pm**

sent request to JDuncan to change website review flag to "complete"

**Stacy Renz**

**Jan 18 2017
12:43pm**

Removed 100% holdback

**Stacy Renz**

| bank_id | merchant_id | dba_name | amt_balance | amt_reserve | pct_reserve | amt_release | pct_release | amt_floor | amt_ceiling | amt_ach_cap | date_start_reserve | date_end_reserve | date_start_release | date_end_release | frequency_release | date_start | num_days | input_filename | input_file_id | merch_status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8971 | 971000010632 | MOBE-SUMMIT | 151339 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2017-10-30 | 2017-10-30 | | | | 2017-10-30 | 0 | rsrv_s8971_180211_200455.dat | 37564 | A |
| 8971 | 971000010633 | MOBE-HOME BUSINESS SUMMIT | 50137.5 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 2017-08-02 | | | | | 2017-08-02 | 0 | rsrv_s8971_180211_200455.dat | 37564 | D |
| 8971 | 971000010634 | MOBE-MARKETPLACE | 20000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2017-01-13 | 2017-01-13 | | | | 2017-01-13 | 0 | rsrv_s8971_180211_200455.dat | 37564 | A |
| 8971 | 971000010635 | MOBE-TRAFFIC | 260000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2017-01-18 | 2017-01-18 | | | | 2017-01-18 | 0 | rsrv_s8971_180211_200455.dat | 37564 | A |
| 8971 | 971000010643 | MOBE-ONLINE PRODUCT GROUP | 400000 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 2017-07-18 | | | | | 2017-07-18 | 0 | rsrv_s8971_180211_200455.dat | 37564 | D |
| 8971 | 971000010644 | MOBE-COACHING/MENTORING | 239772 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2017-11-02 | | | | | 2017-11-02 | 0 | rsrv_s8971_180211_200455.dat | 37564 | A |
| 8971 | 971000010645 | MOBE-MASTERMIND | 2500000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2017-11-02 | | | | | 2017-11-02 | 0 | rsrv_s8971_180211_200455.dat | 37564 | A |

CONFIDENTIAL

**PX 40**

**FTC-MOBE-003392**

CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITIES

I, **Crystal Nagaya**, being first duly sworn, depose and state as follows:

1.      I am over 18 years old, am competent to testify, and make this affidavit based upon personal knowledge.

2.      I am employed by Square, Inc. and my job responsibilities include overseeing the custody of the records of my employer.  I have the authority to certify the authenticity and accuracy of the records produced with this affidavit.

3.      In response to the subpoena received by Square, Inc. on **September 21, 2017** file no. 1723072, I reviewed Square, Inc.'s records for responsive documents and am providing those documents in a secure email.

4.      The records produced with this affidavit are true copies of records of regularly conducted business activities that:

      a.      Were made at or near the time of the occurrence of the matters set forth, by a person or persons with knowledge of those matters;

      b.      Were made and kept in the course of the regularly conducted activities of my employer, and its personnel, or by persons under its control; and

      c.      Were made and kept by my employer as a regular practice, at or about the time of the acts, conditions, or events recorded on the records.

5.      The records produced with this affidavit are a complete response and include all of the documents that my employer has in its possession that are responsive to the subpoena directed to Square, Inc. referred to above

This the **twenty-sixth of October, 2017**.

SQUARE, INC.

/s/<u>Crystal Nagaya</u>

By: **Crystal Nagaya**

**FTC-MOBE-003393**



October 26, 2017

**VIA ELECTRONIC MAIL**

Daniel Hicks
Federal Trade Commission
600 Pennsylvania Avenue, NW, CC-8528
Washington, DC 20580

**Re: File No. 1723072**

Dear Mr. Hicks,

I am writing on behalf of Square Inc. ("Square") in response to the FTC Civil Investigative Demand ("CID") dated September 21, 2017 in the above-referenced file number.

<b>PRELIMINARY STATEMENT</b>

Square makes this response to this CID solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, materiality, proprietary, admissibility, privilege, privacy, the bank examination privilege, proprietary information, trade secrets and the like, and any and all other objections on grounds that would require the exclusion of any response herein if such were offered in court, all of which objections and grounds are reserved and may be interposed in the future.

Square's responses are based upon information known to it as of October 26, 2017. Square reserves the right to correct, supplement, or clarify these responses based upon information that comes to its attention after the date of these responses.

<b>STATEMENT REGARDING SQUARE'S SEARCH AND PRODUCTION OF DOCUMENTS</b>

Pursuant to your request, Square personnel conducted a search of Square's systems to produce information relating to the "Subject Account" identified in "Specifications" section of the CID.

<b>PX 41</b>

FTC-MOBE-003394



Consistent with our conversation on October 6, 2017, Square's responses herein are limited as agreed.  Specifically, with respect to Specification #2, our response is limited to Entities A-K listed in the CID.  With respect to those accounts, Square identified 5 accounts with either the entities or individuals listed in the CID. Those accounts are: (1) MobeProcessing.com, Square User Token███████████ASXG; (2) Russell Whitney, Square User Token███████████DV4Y;

With respect to Specification #3, Square response is limited to our search of the SSN's and EIN's the FTC specifically provided to us by phone on October 6, 2017.

Enclosed please find records bates stamped FTC-CID_000001-FTC-CID_000002. Consistent with our discussion on October 6, 2017, Square's response is limited to providing the FTC with a dossier that includes account info and transaction detail.  We have also included a "Dossier ReadMe" is included to assist you in reading the provided documents.

Also enclosed are the Form Certificate of Compliance and Certification of Records of Regularly Conducted Business Activities requested as part of the CID.

Further, pursuant to agreed upon general modifications, wherein a document is responsive to an interrogatory, Square has produced a copy of that document in lieu of a written response. Square has included, where appropriate, a written response describing how particular documents are responsive to an interrogatory.

Square provides the following response to the document requests in the "Specifications" Section of the CID:

## III B.   DOCUMENTARY MATERIALS:

### GENERAL OBJECTIONS

Square incorporates the following general objections by this reference into each of the specific responses and objections to the individual categories of documents or information sought in the CID:

1.      Square objects to each category of documents or information sought in the CID to the extent it seeks information protected from disclosure by the attorney-client privilege, the

 Square

attorney work product doctrine, the bank examination privilege or any other rule of privilege or confidentiality provided by law. Square will not provide such documents. Any disclosure of any such privileged or protected material in response to any category of documents or information sought in the CID is inadvertent and not intended to waive those privileges and protections.

2.      Square objects to each category of documents or information sought in the CID to the extent it seeks documents or information containing and/or reflecting trade secret, confidential information and/or other proprietary information of Square.

3.      To the extent any definition or instruction in the CID may be construed as requiring Square to characterize documents or their contents or to speculate as to what documents may or may not show, Square objects to such definitions or instructions as vague, ambiguous and calling for legal conclusions and speculation.

4.      Square objects to each category of documents or information sought in the CID to the extent it is overbroad in its scope and unduly burdensome for Square, a third-party, to respond to. As noted during its call with the FTC on October 6, 2017, it takes significant resources for Square to respond to the FTC's CIDs, particularly to the extent that those CIDs require Square to search through numerous accounts as identified in the Specifications section of such CIDs.

**CID Requests:** Produce any and all documents relating to each Corporate Account, including but not limited to the following:

1.      All documents relating to the underwriting of the Subject Account, even if such documents were created prior to the Applicable Time Period.

**SQUARE RESPONSE: Square objects to this Request to the extent it is overly broad and unduly burdensome as it is not cabined by the Applicable Time Period. Square further objects to this Request the extent it seeks information that is protected by the attorney-client privilege or the work product doctrine. Square further objects to this Request to the extent it seeks confidential, proprietary, and/or trade secret information. Notwithstanding and subject to these objections, and consistent with Square's discussions with the FTC, Square responds as follows:**

**Square does not maintain underwriting materials in the manner requested, however the "subscriber information" as obtained during account creation is listed in the produced documents. To the extent that it exists in Square's systems, the data and materials responsive to request (1) above are produced at FTC-CID_000001.**

 Square

2.      All documents the Company received or reviewed in connection with opening of the Subject Account (even if such documents were created prior to the Applicable Time Period), such as: merchant applications and supporting documentation; financial statements; contracts and agreements between the merchant and the Company or banks; due diligence materials; Dun & Bradstreet reports; background inquiries; Member Alert to Control High-Risk ("MATCH") or Terminated Merchant File ("TMF") inquiry results; past Chargeback rates;  estimates of future Chargeback rates; descriptions of goods or services marketed; sales or customer service scripts; and all materials the merchant provided to the Company.

**SQUARE RESPONSE:  Square objects to this Request to the extent it is overly broad and unduly burdensome as it is not cabined by the Applicable Time Period.  Square further objects to this Request the extent it seeks information that is protected by the attorney-client privilege or the work product doctrine.  Square further objects to this Request to the extent it seeks confidential, proprietary, and/or trade secret information.  Notwithstanding and subject to these objections, and consistent with Square's discussions with the FTC, Square responds as follows:**

**Square does not maintain application materials in the manner requested, however the "subscriber information" as obtained during account creation is listed in the produced documents.  To the extent that it exists in Square's systems, the data and materials responsive to request (1) above are produced at FTC-CID_000001.**

3.      All correspondence relating to the Subject Account, including all correspondence between the Company and the merchant, any banks, card networks (e.g., Visa or MasterCard), or any entity involved in Payment Processing;

**SQUARE RESPONSE:  Square objects to this Request to the extent it is overly broad and unduly burdensome to the extent it is not cabined by the Applicable Time Period.  Square further objects to this Request the extent it seeks information that is protected by the attorney-client privilege or the work product doctrine.  Square further objects to this Request to the extent it seeks confidential, proprietary, and/or trade secret information.  Notwithstanding and subject to these objections, and consistent with Square's discussions with the FTC, Square responds as follows:**

**Consistent with Square's discussions with the FTC on October 6, 2017, and its concerns about the burdens this CID imposes on Square, Square is responding to this request by providing the FTC with a dossier that includes account info and transaction detail.**

 Square

4.      All documents relating to complaints or inquiries that the Company received referring or relating to the Subject Account, including complaints or inquiries received from consumers, financial institutions, Better Business Bureaus, federal or state government entities (including law enforcement agencies and regulatory agencies), or any other persons or entities. Documents responsive to this request include written complaints or inquiries, notes of telephone conversations relating to any complaints or inquiries, and any replies or responses to the complaints or inquiries.

**SQUARE RESPONSE:  Square objects to this Request to the extent it is overly broad and unduly burdensome to the extent it is not cabined by the Applicable Time Period.  Square further objects to this Request the extent it seeks information that is protected by the attorney-client privilege or the work product doctrine.  Square further objects to this Request to the extent it seeks confidential, proprietary, and/or trade secret information.  Notwithstanding and subject to these objections, and consistent with Square's discussions with the FTC, Square responds as follows:**

**Square is not aware of any complaints or inquiries as described above relating to the corporate or individual accounts at issue in the CID.**

5.      All documents referring or relating to any audit or monitoring of the Subject Account, including any Chargeback, compliance, or anti-fraud monitoring programs such as MasterCard's Excessive Chargeback Program ("ECP") or the Visa Chargeback Monitoring Program ("VCMP").

**SQUARE RESPONSE:  Square objects to this Request to the extent it is overly broad and unduly burdensome to the extent it is not cabined by the Applicable Time Period and asks Square to produce documents potentially in the possession of third parties not within Square's control.  Square further objects to this Request the extent it seeks information that is protected by the attorney-client privilege or the work product doctrine.  Square further objects to this Request to the extent it seeks confidential, proprietary, and/or trade secret information.  Notwithstanding and subject to these objections, and consistent with Square's discussions with the FTC, Square responds as follows:**

**The "Subject Account" identified in the "Specifications" section of the CID did not have sufficient chargebacks to trigger either ECP or VCMP monitoring.**

6.      All documents referring or relating to any occasions on which the Company or

 Square

any third party (Such as banks, card networks, financial institutions, or any entity involved in payment processing) suspended or terminated the Subject Account.

**SQUARE RESPONSE: Square objects to this Request to the extent it is overly broad and unduly burdensome to the extent it is not cabined by the Applicable Time Period and asks Square to produce documents potentially in the possession of third parties not within Square's control.  Square further objects to this Request the extent it seeks information that is protected by the attorney-client privilege or the work product doctrine.  Square further objects to this Request to the extent it seeks confidential, proprietary, and/or trade secret information.  Notwithstanding and subject to these objections, and consistent with Square's discussions with the FTC, Square responds as follows:**

**Information related to the suspension or termination of any subject accounts or payment processing services of any of the relevant subject accounts is answered in the interrogatories below.**

7.      All documents that relate to or reference the Subject Account and were generated or obtained from either the MATCH or TMF database.

**SQUARE RESPONSE: Square objects to this Request to the extent it is overly broad and unduly burdensome to the extent it is not cabined by the Applicable Time Period.  Square further objects to this Request the extent it seeks information that is protected by the attorney-client privilege or the work product doctrine.  Square further objects to this Request to the extent it seeks confidential, proprietary, and/or trade secret information.  Notwithstanding and subject to these objections, and consistent with Square's discussions with the FTC, Square responds as follows:**

**Information related to the suspension or termination of any subject accounts or payment processing services of any of the relevant subject accounts is reflected in the interrogatories below, a MATCH didn't trigger the deactivation.**

8.      Documents sufficient to show all transactions processed through the Subject Account; including but not limited to date, consumer name, last four digits of credit card, type of credit card (e.g., Visa, MC, etc.), amount, and type of transaction (e.g., sale, chargeback, refund, etc.).

**SQUARE RESPONSE: Square objects to this Request to the extent it is overly broad and unduly burdensome to the extent it is not cabined by the Applicable Time Period.  Square further objects to this Request the extent it seeks information that is**

 Square

**protected by the attorney-client privilege or the work product doctrine.  Square further objects to this Request to the extent it seeks confidential, proprietary, and/or trade secret information.  Notwithstanding and subject to these objections, and consistent with Square's discussions with the FTC, Square responds as follows:**

**Transaction details to the extent that it exists in Square's systems, can be found at: FTC-CID_000001.**

III C.  **WRITTEN INTERROGATORIES**: For each Corporate Account, provide the following information:

Square provides the following responses to the interrogatories in the "Specifications" Section of the CID:

**GENERAL OBJECTIONS**

Square incorporates the following general objections by this reference into each of the specific responses and objections to the interrogatories propounded in the CID:

1.      Square objects to each interrogatory to the extent it seeks information protected from disclosure by the attorney-client privilege, the attorney work product doctrine, the bank examination privilege or any other rule of privilege or confidentiality provided by law.

2.      Square objects to each interrogatory to the extent it seeks information containing and/or reflecting trade secret, confidential information and/or other proprietary information of Square.

3.      To the extent any definition or instruction in the CID may be construed as requiring Square to characterize documents or their contents or to speculate as to what documents may or may not show, Square objects to such definitions or instructions as vague, ambiguous and calling for legal conclusions and speculation.

4.      Square objects to each interrogatory to the extent it is overbroad in its scope and unduly burdensome for Square, a third-party, to respond to.  As noted during its call with the FTC on October 6, 2017, it takes significant resources for Square to respond to the FTC's CIDs, particularly to the extent that those CIDs require Square to search through numerous accounts as identified in the Specifications section of such CIDs.



**Square's Responses to the CID's Interrogatories**

1.      Identify the merchant associated with the Subject Account.

**SQUARE RESPONSE: Consistent with the limits agreed to on its October 6, 2017 call with the FTC, Square responds as follows:**

**The merchant associated with the Subject Accounts are:**
**(1) Merchant Name, MobeProcessing.com, Square User Token:** ███████**ASXG,**
**Activation Name:Elizabeth Acosta;**
**(2) Merchant Name, Mobe HBS Workshop, Activation Name, Russell Whitney, Square**
**User Token** ██████████**DV4Y;**

████████████████████████████████████
██████████████████████████████████████
██████████████████████████████

2.      The date the Subject Account was opened.

**SQUARE RESPONSE: Consistent with the limits agreed to on its October 6, 2017 call with the FTC, Square responds as follows:**

**(1) Merchant Name, MobeProcessing.com, Square User Token** ███████**ASXG,**
**Activation Name Elizabeth Acosta; Opened on 7/6/2015**
**(2) Merchant Name, Mobe HBS Workshop, Activation Name, Russell Whitney, Square**
**User Token** ██████████**DV4Y; Opened on 2/13/2012**

████████████████████████████████████
██████████████████████████████████████
██████████████████████████████

3.      For any Subject Account that was closed, the date and reason the account was closed.

**SQUARE RESPONSE: Consistent with the limits agreed to on its October 6, 2017 call with the FTC, Square responds as follows:**



**(1) Merchant Name, MobeProcessing.com, Square User Token** ███████**ASXG,
Activation Name Elizabeth Acosta; Closed 7/9/2015; Reason: Fraud
(2) Merchant Name, Mobe HBS Workshop, Activation Name, Russell Whitney, Square
User Token** █████████**DV4Y; The account is active.**

███████████████████████
███████████████████████
███████████████████████
████████

4.       The amount or percent of each transaction the Company holds in reserve, if any,
and the current balance of any such reserve fund or account.

**SQUARE RESPONSE: Consistent with the limits agreed to on its October 6, 2017 call
with the FTC, Square responds as follows:**

**(1) Merchant Name, MobeProcessing.com, Square User Token** ███████**ASXG,
Activation Name Elizabeth Acosta; $0
(2) Merchant Name, Mobe HBS Workshop, Activation Name, Russell Whitney, Square
User Token** █████████**DV4Y; $0**

███████████████████████
███████████████████████
███████████████████████

5.       Identify all banks or other financial institutions associated with the Subject
Account, including such bank's or financial institution's Bank Identification
Number ("BIN") and the time period of that bank's or financial institution's
association with the Subject Account.

**SQUARE RESPONSE:  Square objects to this Interrogatory to the extent it is overly
broad and unduly burdensome to the extent it is not cabined by the Applicable Time
Period.  Square further objects to this Interrogatory to the extent it seeks
confidential, proprietary, and/or trade secret information.  Notwithstanding and
subject to these objections, and consistent with Square's discussions with the FTC,
Square responds as follows:**

**Square does not maintain account information in the manner requested, however the**



**Card Brand and Card Number can be found in FTC-CID_00000X.**

6.      Identify all banks, financial institutions, payment processors, ISOs, or other third parties to or from which the Company transmitted, forwarded, or received funds relating to the Subject Account, and provide the bank routing and account numbers to or from which funds were transmitted, forwarded, or sent.

**SQUARE RESPONSE:  Square objects to this Interrogatory to the extent it is overly broad and unduly burdensome to the extent it is not cabined by the Applicable Time Period.  Square further objects to this Interrogatory to the extent it seeks confidential, proprietary, and/or trade secret information.  Notwithstanding and subject to these objections, Square responds as follows:**

**Square does not maintain account information in the manner requested, however all linked bank accounts along with account and routing number can be found in FTC-CID_00000X.**

7.      State whether the Subject Account was used to transmit payments other than credit or debit card transactions, including Automated Clearinghouse ("ACH") payments, Remotely Created Checks ("RCCs"), or Remotely Created Payment Orders ("RCPOs") and, if so, provide details and an explanation of the services the Company provided.

**SQUARE RESPONSE:  Square objects to this Interrogatory to the extent it is overly broad and unduly burdensome to the extent it is not cabined by the Applicable Time Period.  Square further objects to this Interrogatory to the extent it seeks confidential, proprietary, and/or trade secret information.  Notwithstanding and subject to these objections, and consistent with Square's discussions with the FTC,Square responds as follows:**

**Per Square's records, the ACH Credit/Debit information associated with the responsive accounts can be found in FTC-CID_00000X.**

**I verify under oath that the answers to these interrogatories are true according to the best of my knowledge, information, and belief.**

 Square

**Sincerely,**

**/s/ Martin White**
_____

**Martin White**
**Counsel, Square Inc.**

 Square

**CONFIDENTIALITY REQUEST**

**The Company requests that this letter be protected from disclosure under the Freedom of Information Act ("FOIA") (5 U.S.C. § 552).  Among other reasons, the Company requests confidential treatment because the information contained herein constitutes confidential investigative information, as well as trade secrets and commercial or financial information that is privileged or confidential, disclosure of which would be detrimental to the Company.  The Company also requests that it receive notification and an opportunity to contest disclosure of this letter or any enclosed information if either becomes the subject of a FOIA request.  The address and email for any such notification are:**

**Attention: Legal Department/Martin White**
**Square, Inc.**
**1455 Market Street, Suite 600**
**San Francisco, CA 94103, USA**
**martinwhite@squareup.com**

**PX 41**                          **FTC-MOBE-003405**

| Created At | Legacy ID | ID | Name | Email | Phone Number | Website | Time Zone | Business Type | MCC | Deactivated | Frozen Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012-02-13 23:39:16 UTC | 2051695 | ██████D V4Y | Mobe IMF/HBS | ████ | 12393148339 | | Pacific Time (US & Canada) | web_dev_design | 7372 | No | |

| Identity Verification Requests | | | | | | | | | | | |

| Created At | First Name | Last Name | Street 1 | Street 2 | City | State | Zip | Phone # | Email | DOB | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012-02-13 23:48:06 UTC | Russell | Whitney | ████ | | Fort Myers | FL | 33919 | ████ | ████ | ████ | ████ |

| Business Type | Business Name | Business Street 1 | Business Street 2 | Business City | Business State | Business Zip | Business Phone # | EIN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| web_dev_design | RWW Consulting | | | | | | | 202706977 | | | |

| Devices | | | | | | | |

| First Seen | Name | UDID | User Agent | OS | Hardware | Platform | |
|---|---|---|---|---|---|---|---|
| 2016-10-14 18:53:00 UTC | russell whitney | DEVICE_INSTALLATION_ID:EC234B26-FC0D-44BB-9EE4-0356844403E2 | Mozilla/5.0 (iPhone9,3; CPU iPhone OS 10.0 like Mac OS X; en-us) Version/4.50.1 com.squareup.square/4501001 PointOfSaleSDK/4.50.1 | CPU iPhone OS 10.0 like Mac OS X | iPhone9,3 | ios | |
| 2012-11-27 02:34:11 UTC | russell whitney | aeeb6f26fde453560b495c3de62df8ffdf79d4aa | Mozilla/5.0 (iPhone 4; CPU iPhone OS 5.1.1 like Mac OS X; en-us) Version/2.2.2 com.squareup.square/22209 | CPU iPhone OS 5.1.1 like Mac OS X | iPhone 4 | ios | |
| 2012-05-23 18:06:35 UTC | russell whitney | fcc71c4bed47e9b728d4897886547c362e7b1073 | Mozilla/5.0 (iPhone 4; CPU iPhone OS 5.0.1 like Mac OS X; en-us) Version/2.2.7 com.squareup.square/22706 | CPU iPhone OS 5.0.1 like Mac OS X | iPhone 4 | ios | |

| 2012-02-15 01:50:57 UTC | russell whitney | 63b6b325c06ba5 7983db2e803d99 c7c8d3a01369 | (iPad; CPU iPhone OS 5.0.1 like Mac OS X; en-us) Version/2.2.2 com.squareup.squ are/22209 | CPU iPhone OS 5.0.1 like Mac OS X | iPad | ios | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Bank Accounts** | | | | | | | | | | |
| Created At | Account Name | Account Type | Routing Number | Account Number | Verification Method | Bank | | | | |
| 2016-10-14 19:00:37 UTC | russell whitney | checking | 063100277 | ████0556 | atmverify | Bank of America | | | | |
| 2012-06-23 17:17:40 UTC | Russell Whitney | checking | 067015601 | ███3268 | manual | Bank Of The Ozarks | | | | |
| 2012-02-13 23:51:21 UTC | Russell Whitney | checking | 263182817 | ███8506 | atmverify | Suncoast Credit Union | | | | |
| **Attempted Card Authorizations** | | | | | | | | | | |
| Created At | GPS Position | Description | Amount | Entry Method | Card Brand | Card Number | Success? | Error reason | Voided | |
| | | | | | | | | | | |
| **ACH Debits** | | | | | | | | | | |
| Type | Routing Number | Account Number (last 3) | Amount | Failure Reason | Date | | | | | |
| | | | | | | | | | | |
| **ACH Credits** | | | | | | | | | | |
| Type | Routing Number | Account Number (last 3) | Amount | Failure Reason | Date | | | | | |
| | | | | | | | | | | |
| **Instant Deposits** | | | | | | | | | | |
| Type | PAN | Card Brand | Amount | Failure Reason | Date | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**PX 41**

FTC-MOBE-003407

| Created At | Legacy ID | ID | Name | Email | Phone Number | Website | Time Zone | Business Type | MCC | Deactivated | Frozen Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-07-07 04:13:32 UTC | 16111626 | ███ASX G | MOBE Processing, Inc. | liz@mobe.com | ████ | | Pacific Time (US & Canada) | professional_services | 8999 | Yes | |

| Identity Verification Requests | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Created At | First Name | Last Name | Street 1 | Street 2 | City | State | Zip | Phone # | Email | DOB | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-07-07 04:16:05 UTC | Elizabeth | Acosta | ████ | | Windermere | FL | ████ | ████ | liz@mobe.com | ████ | ████ |

| Business Type | Business Name | Business Street 1 | Business Street 2 | Business City | Business State | Business Zip | Business Phone # | EIN | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| professional_services | MOBE Processing.com, Inc. | | | | | | | | | | |

| Devices | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| First Seen | Name | UDID | User Agent | OS | Hardware | Platform | | | | | |

| Bank Accounts | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Created At | Account Name | Account Type | Routing Number | Account Number | Verification Method | Bank | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-07-07 04:17:51 UTC | Matt Lloyd | checking | 111017694 | ████4290 | atmverify | Branch Banking And Trust | | | | | |
| 2015-07-07 04:17:51 UTC | Matt Lloyd | checking | 053101121 | ████4290 | atmverify | Branch Banking & Trust Company | | | | | |

| Attempted Card Authorizations | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Created At | GPS Position | Description | Amount | Entry Method | Card Brand | Card Number | Success? | Error reason | Voided | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-07-08 20:37:36 PDT | 32.7697738912,-117.1601320525 | | $197.00 | Keyed | American Express | ████8 306 | Yes | | | | |
| 2015-07-08 19:50:25 PDT | 32.7697502543,-117.1601302923 | | $297.00 | Keyed | Master Card | ████9909 | Yes | | | | |
| 2015-07-08 19:40:04 PDT | 32.7697745618,-117.1601616406 | | $297.00 | Keyed | Visa | ████ 509 | Yes | | | | |

**PX 41**

FTC-MOBE-003408

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-07-08 15:32:13 PDT | 32.7697617794,-117.1601300408 | | $497.00 | Keyed | Master Card | 503 | No | Do Not Honor. Generic decline - No other information is being provided by the Issuer. Try to resolve with customer, or get an alternate method of payment. (Square internal note: This is the most generic reason code a bank can provide us. There isn't anything we can do other than to ask them to either call their bank to tell them to remove any restrictions that would stop a future similar transaction, or to try another form of payment.) | | | |

FTC-MOBE-003409

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Do Not Honor. Generic decline - No other information is being provided by the Issuer. Try to resolve with customer, or get an alternate method of payment. (Square internal note: This is the most generic reason code a bank can provide us. There isn't anything we can do other than to ask them to either call their bank to tell them to remove any restrictions that would stop a future similar transaction, or to try another form of payment.) | | | |
| 2015-07-08 15:30:47 PDT | 32.7697634563,-117.1601323094 | | $497.00 | Keyed | Master Card | 381 | No | | | |
| 2015-07-08 15:26:22 PDT | 32.7697752323,-117.160145715 | | $197.00 | Keyed | Visa | 155 | Yes | | | |
| 2015-07-08 15:21:02 PDT | 32.769773975,-117.1601656639 | | $300.00 | Keyed | Visa | 026 | Yes | | | |
| 2015-07-08 15:05:05 PDT | 32.7697829856,-117.1602585354 | | $248.50 | Keyed | Visa | 941 | Yes | | | |
| 2015-07-08 15:03:47 PDT | 32.7698333189,-117.1602560208 | | $248.50 | Keyed | Visa | 910 | Yes | | | |
| 2015-07-07 22:49:41 PDT | 32.8709648364,-117.2317622044 | | $200.00 | Keyed | Visa | 57      66 | No | Unknown | 2015-07-07 22:49:42 PDT | |
| 2015-07-07 20:59:59 PDT | 32.8712833068,-117.2317061295 | | $497.00 | Keyed | Visa | 64      00 | Yes | | | |

FTC-MOBE-003410

| | | | | | | | | Restraint. Card has been restricted. Try to resolve with customer, or get an alternate method of payment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-07-07 20:37:33 PDT | 32.8712835582,-117.2317123321 | | $497.00 | Keyed | Visa | ██████00 64 | No | | | | | |
| 2015-07-07 20:10:45 PDT | 32.8711622721,-117.231641505 | | $497.00 | Keyed | Visa | ████00 64 | No | Unknown | | 2015-07-07 20:10:45 PDT | | |
| 2015-07-07 20:09:01 PDT | 32.8710517567,-117.2316393257 | | $497.00 | Keyed | Visa | ████00 64 | No | Unknown | | 2015-07-07 20:09:01 PDT | | |
| 2015-07-07 14:23:13 PDT | 32.8716628813,-117.2317242344 | | $297.00 | Keyed | Master Card | ██████ 440 | Yes | | | | | |
| 2015-07-07 00:42:44 PDT | 32.7251417656,-117.2090528627 | | $497.00 | Keyed | Master Card | █████ 100 | No | Credit Floor. Insufficient funds. Wait 2-3 days before sending back or try to resolve with customer | | | | |
| 2015-07-07 00:41:33 PDT | 32.7251419751,-117.2090540362 | | $497.00 | Keyed | Visa | █████ 253 | No | Credit Floor. Insufficient funds. Wait 2-3 days before sending back or try to resolve with customer | | | | |
| 2015-07-07 00:39:13 PDT | 32.7251423104,-117.2090552935 | | $200.00 | Keyed | Visa | █████66 57 | No | Unknown | | 2015-07-07 00:39:14 PDT | | |
| ACH Debits | | | | | | | | | | | | |
| Type | Routing Number | Account Number (last 3) | Amount | Failure Reason | Date | | | | | | | |
| ACH Credits | | | | | | | | | | | | |
| Type | Routing Number | Account Number (last 3) | Amount | Failure Reason | Date | | | | | | | |
| Credit | 053101121 | 290 | $286.45 | | 2015-07-08 03:23:31 UTC | | | | | | | |
| Instant Deposits | | | | | | | | | | | | |

**PX 41**

FTC-MOBE-003411

| Type | PAN | Card Brand | Amount | Failure Reason | Date | | | | | | |
|------|-----|------------|--------|----------------|------|--|--|--|--|--|--|
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**PX 41**

FTC-MOBE-003412

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

      Plaintiff,

      v.

**MOBE Ltd.**, et al.,

      Defendants.

Case No. _____

**FILED UNDER SEAL**

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
**WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE**

**VOLUME III-C**

PX 42  Documents produced by SuitePay ........................................................3413

PX 43  Documents produced by eNom, Inc.......................................................3546

PX 44  Documents produced by DoubleTree by Hilton Hotel – San Jose ......................3548

PX 45  Documents produced by Embassy Suites LAX South.........................................3567

PX 46  Documents produced by Embassy Suites by Hilton – Minneapolis....................3582

PX 47  Documents produced by Embassy Suites by Hilton Orlando Lake Buena
       Vista South................................................................................3609

PX 48  Documents produced by Hilton Hawaiian Village Waikiki Beach Resort..........3684

PX 49  Documents produced by Palms Casino Resort Las Vegas ...................................3693

PX 50  Documents produced by TransferMate, Inc............................................................3729

PX 51  Documents produced by International Finance Bank ..........................................3730

PX 52  Documents produced by Sun Trust Bank ...........................................................3734

 SuitePay

MERCHANT SERVICES APPLICATION (M-HR)

**Merchant Information**

| ISO REG | | Date Oct-23-2015 | |
|---|---|---|---|

| Corporate Name Mobeprocessing.com, Inc | | Merchant Name (DBA) Mobeprocessing.com | |
|---|---|---|---|

| Address 13506 Summerport Village Parkway | | | Address 13506 Summerport Village Parkway | | |
|---|---|---|---|---|---|

| City Windermere | State FL | Postal 34786 | City Windermere | State FL | Postal 34786 |
|---|---|---|---|---|---|

| Country | License Reg # | Country US | License Reg # |
|---|---|---|---|

| Corporate URL mobe.com | Phone 800-800-8000 |
|---|---|

Marketing URLs (List All)

, , mobe.com

| Contact Full Name Matt Lloyd Mcphee | | Title |
|---|---|---|

| Phone 800-800-8000 | Email athar@mobe.com |
|---|---|

| Mobile | IM Handle |
|---|---|

**Processing History**

Has the Company, any related company or any of the principals listed on this application:

| | YES | NO |
|---|---|---|
| Been sanctioned, listed on the CTMF or fined by a card scheme or acquirer? | [ ] | [✓] |
| Ever defaulted on a debt or obligation to an Acquirer or Processor? | [ ] | [✓] |
| Ever been terminated by an Acquirer or Processor? | [ ] | [✓] |
| Ever been involved in a bankruptcy proceeding? | [ ] | [✓] |
| Ever been convicted of a felonious crime? | [ ] | [✓] |
| Ever been placed in a Chargeback monitoring program or any other Visa/MC monitoring? | [ ] | [✓] |
| Has the organization ever processed before? | [✓] | [ ] |

If Yes – How Long: 1

If Yes to any above please explain:

*List of Acquirers/Processors*

| Name | From | to |
|---|---|---|
| Name | From | to |
| Name | From | to |
| Name | From | to |

*Past 6 Months Processing History*

| | Last Month | 2 months ago | 3 months ago | 4 months ago | 5 months ago | 6 months ago |
|---|---|---|---|---|---|---|
| Sales Volume | 0 | 0 | 0 | 0 | 0 | 0 |
| # Transactions | 0 | 0 | 0 | 0 | 0 | 0 |
| # Refunds / $ | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 |
| # Chargebacks / $ | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 |

| Requested Authorization Currency? USD |
|---|

| Requested Settlement Currency? USD |
|---|

| Requested monthly volume  $ 10,000,000 | Card Types Accepted:  [ ] Visa   [ ] MC   [ ] Disc  [ ] Amex   [ ] JCB Other: |
|---|---|
| Estimated High Ticket   $ 30,000.00 | Average Ticket   $ 6,000.00 |

SuitePay © MerchantServicesApplication.MHR 12.3.09x

FTC-MOBE-003413