SuitePay

## MERCHANT SERVICES APPLICATION (M-HR)

### Shareholder/Beneficial Owner Information

**UBO Individual #1** ____100____ % of ownership

| Last Name Mcphee | | First Name Mathew | | MI | Country AU |
|---|---|---|---|---|---|
| Residence Address ███████████████ | | City Varley | | State WA | Postal ██████ |
| Residence Phone 800-800-8000 | Social Security (required) | | Drivers License/Passport # ██████████ | | Issuing Country/State AU |

**UBO Individual #2** _____ % of ownership

| Last Name | | First Name | | MI | Country |
|---|---|---|---|---|---|
| Residence Address | | City | | State | Postal |
| Residence Phone | Social Security (required) | | Drivers License/Passport # | | Issuing Country/State US |

### Director Information

**Principal Individual #1**   Title: Director

| Last Name Mcphee | | First Name Mathew | | MI L | Country |
|---|---|---|---|---|---|
| Residence Address ███████████████ | | City Varley | | State WA | Postal ██████ |
| Residence Phone 800-800-8000 | Social Security (required) | | Drivers License/Passport # ████████ | | Issuing Country/State AU |

**Principal Individual #2**   Title: Director

| Last Name | | First Name | | MI | Country |
|---|---|---|---|---|---|
| Residence Address | | City | | State | Postal |
| Residence Phone | Social Security (required) | | Drivers License/Passport # | | Issuing Country/State US |

### Trade References (3 required)

| Company | Contact | Phone | Email |
|---|---|---|---|
| Company | Contact | Phone | Email |
| Company | Contact | Phone | Email |

### Fraud and PCI-DSS

| | YES | NO |
|---|---|---|
| Are you aware of the PCI-DSS standards set forth by the card associations? | ☑ YES | ☐ NO |
| Are you PCI-DSS compliant? | ☑ YES | ☐ NO |
| Do you store credit card data/do you keep card on file for later purchases? | ☐ YES | ☑ NO |
| Do you require CVV/CVC codes? | ☑ YES | ☐ NO |
| Do you use Verified by Visa? | ☑ YES | ☐ NO |
| Do you use AVS? | ☑ YES | ☐ NO |
| Do you use MasterCard Secure Code? | ☑ YES | ☐ NO |

If orders are collected over the internet, do you host the checkout page?   ☐ YES   ☑ NO
  If no, who hosts: _____

Do you utilize a Gateway?   ☐ YES   ☑ NO
  If yes, who is your provider: _____

Do you utilize a POS/MOBILE APPLICATION?   ☐ YES   ☑ NO
  If yes, who is your provider: _____

**PX 42**          **FTC-MOBE-003414**

 SuitePay

MERCHANT SERVICES APPLICATION (M-HR)

**Business Questionnaire**

Describe the Product/Service being sold:
Online business education

Describe all Pricing, Membership Packages, Length of Service:

| | |
|---|---|
| What Geographical Regions do you sell to: | 0 %US  0 %Canada  0 %Latin America  0 %Europe  0 %Asia  0 %Rest of World |

Method of Marketing:   [ ] Newspaper/Magazine   [ ] TV/Radio   [✓] Internet   [ ] Direct Mail/Brochure/Catalog   [ ] Outbound Telemarketing

Method of Acceptance:   In Person  0 %   Online  0 %   MO/TO  0 %   Mobile  0 %

Who processes the order?   [✓] Merchant   [ ] Consumer   [ ] Fulfillment Center   [ ] Other

Who enters the credit card into the system?   [ ] Merchant   [✓] Consumer   [ ] Fulfillment Center   [ ] Other

If orders are entered over the Internet is your sales capture process secured by SSL or better?   [✓] Yes   [ ] No

What CRM do you utilize?   [ ] Own Technology   [✓] Other:   CRM Provider Name:

Who handles customer service?   [ ] Merchant   [ ] Call Center   Call Center Provider Name/Phone:

Do you deliver digital content?   [ ] Yes   [✓] No   -If Yes list all URLs, Login Information below
URL:          USER:          PASS:          URL:          USER:          PASS:

Do you deliver a physical product?   [ ] Yes   [✓] No   Who ships your product?   [ ] Merchant   [✓] Fulfillment Center

List Names all Vendors delivering product?

Do you own your own inventory?   [ ] Yes   [✓] No   - If yes, is it located at your location?   [ ] Yes   [✓] No

Do you use 3rd parties in the Sales/Fulfillment Process?   [ ] Yes   [ ] No   -If Yes list all 3rd parties names and addresses, phone
Name: _____   Address: _____   Phone #: _____
Name: _____   Address: _____   Phone #: _____
Name: _____   Address: _____   Phone #: _____

What shipping method is used?   [ ] Mail   [ ] FedEx   [ ] UPS   [ ] DHL   [ ] EMS  Other _____   Is a delivery receipt requested?   [ ] Yes   [✓] No

Is tracking information available?   [ ] Yes   [✓] No

How long from authorization/charge does it take for product to be shipped?   [ ] Instant   [✓] 24-48 Hours   [ ] Within 1 week   [ ] Longer

Does your business require special licensing?   [ ] Yes   [✓] No   If Yes what type:

Do You offer a Free Trial Membership?   [ ] Yes   [✓] No   If Yes what is length:

Do You offer a Recurring Billing Model?   [ ] Yes   [✓] No  If Yes please describe: [ ] Monthly  [ ] Quarterly  [ ] BiAnnually  [ ] Annually
Other: _____

Do You offer Upsells/Cross Selling?   [ ] Yes   [✓] No   If Yes what are the products/services/prices:

Describe your cancellation/returns/refund policy: Full Refund

Who handles your risk, fraud, chargeback and retrieval requests: All are done by company employees.

Describe how chargebacks are handled: All are done by in house company Employees

Describe how retrievals are handled: All are done by in house company Employees

Describe the Company fraud screening process: All handled by in house company employees

Describe the Company chargeback prevention process: All handled by in house company employees

**PX 42**          **FTC-MOBE-003415**



# MERCHANT SERVICES APPLICATION (M-HR)

## Settlement Information

| | |
|---|---|
| Settlement Currency: USD | Beneficiary Name: |
| Bank Name: BB and T | Bank Country: US |
| IBAN (EU Accounts): | SWIFT (EU Accounts): | Sort Code (UK only): |
| Account Number (US/CA Accounts): ████ 4290 | Routing/Transit Number (US/CA Accounts): 111017694 |

*Copy of Voided Check with Beneficiary Name or bank letter is required.  Temporary checks are not acceptable.

## Fee Schedule

| | |
|---|---|
| Discount Rate 0.00 | Transaction Fee 0.00 |
| Gateway Fee per Transaction 0.00 | Risk Discount Fee 0.00 |
| Retrieval Fee 0.00 | Chargeback Fee  >2% 0.00    2-4% 0.00    4%+ 0.00 |
| Monthly PCI Fee 0.00 | Monthly Account Management Fee 0.00 |
| MID Activation Fee 0.00 | Annual Membership Fee 0.00 |
| Domestic Wire Fee 0.00 | International Wire Fee 0.00 |

## Merchant Acceptance/Bank Disclosure

Each person signing below (1) agrees that they have received a copy of the Merchant Services Agreement, (2) agrees to all such terms and conditions, (3) agrees that all information provided on this application is true, correct and complete, (4) agrees that they have the legal power and authority to execute this agreement, (5) authorizes SuitePay and our Acquiring banks to investigate, either through its own agents or through credit bureaus, all information provided on this agreement and on the individual(s) signing this agreement, (6) agrees that SuitePay and our Acquiring banks may give information to others, including creditors and credit reporting agencies concerning the SuitePay and our Acquiring banks experience with merchant and that SuitePay and our Acquiring Bank may request additional information as needed.

| Mathew   Mcphee | Director | Nov 16, 2015 |
|---|---|---|
| Signature of Owner/Authorized Officer #1 _____ Print Name | Title | Date |

| | | |
|---|---|---|
| Signature of Owner/Authorized Officer #2 _____ Print Name | Title | Date |

| | | |
|---|---|---|
| Signature of SuitePay Authorized Officer _____ Print Name | Title | Date |

## American Express Authorization

By signing below, I represent that the information I have provided on this Application is complete and accurate.  I understand that the Terms and Conditions for American Express Acceptance ("Terms and Conditions") will be sent to the business entity indicated above with the welcome letter upon approval of such business entity to accept the American Express card (by American Express Travel related Services Company, Inc.)  By accepting the American Express card for the purchases of goods and/or services, such business entity agrees to be bound by the Terms and Conditions. Sign ONLY if requesting SuitePay to generate a NEW American Express Merchant Account number:

| | |
|---|---|
| Signature of Owner, authorized officer | Date |

SuitePay © MerchantServicesApplication.MHR 12.3.09x

**PX 42**          **FTC-MOBE-003416**



# MERCHANT SERVICES APPLICATION (M-HR)

## Merchant Information

| ISO REG | | Date |
|---|---|---|
| | | Oct-23-2015 |

| Corporate Name | Merchant Name (DBA) |
|---|---|
| Mobaprocessing.com, Inc | Mobeprocessing.com |

| Address | Address |
|---|---|
| 13506 Summerport Village Parkway | 13506 Summerport Village Parkway |

| City | State | Postal | City | State | Postal |
|---|---|---|---|---|---|
| Windermere | FL | 34786 | Windermere | FL | 34786 |

| Country | License Reg # | Country | License Reg # |
|---|---|---|---|
| | | US | |

| Corporate URL | Phone |
|---|---|
| mobe.com | 800-800-8000 |

**Marketing URLs** (List All)

, , mobe.com

| Contact Full Name | Title |
|---|---|
| Matt Lloyd Mcphee | |

| Phone | Email |
|---|---|
| 800-800-8000 | athar@mobe.com |

| Mobile | IM Handle |
|---|---|
| | |

## Processing History

Has the Company, any related company or any of the principals listed on this application:

| | YES | NO |
|---|---|---|
| Been sanctioned, listed on the CTMF or fined by a card scheme or acquirer? | [ ] YES | [✓] NO |
| Ever defaulted on a debt or obligation to an Acquirer or Processor? | [ ] YES | [✓] NO |
| Ever been terminated by an Acquirer or Processor? | [ ] YES | [✓] NO |
| Ever been involved in a bankruptcy proceeding? | [ ] YES | [✓] NO |
| Ever been convicted of a felonious crime? | [ ] YES | [✓] NO |
| Ever been placed in a Chargeback monitoring program or any other Visa/MC monitoring? | [ ] YES | [✓] NO |
| Has the organization ever processed before? | [✓] YES | [ ] NO |

If Yes – How Long: 1

If Yes to any above please explain:

### List of Acquirers/Processors

| Name | From | to |
|---|---|---|
| Name | From | to |
| Name | From | to |
| Name | From | to |

### Past 6 Months Processing History

| | Last Month | 2 months ago | 3 months ago | 4 months ago | 5 months ago | 6 months ago |
|---|---|---|---|---|---|---|
| Sales Volume | 0 | 0 | 0 | 0 | 0 | 0 |
| # Transactions | 0 | 0 | 0 | 0 | 0 | 0 |
| # Refunds / $ | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 |
| # Chargebacks / $ | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 | 0 / 0 |

Requested Authorization Currency? USD

Requested Settlement Currency? USD

| Requested monthly volume $ | Card Types Accepted: [ ] Visa [ ] MC [ ] Disc [ ] Amex [ ] JCB |
|---|---|
| 10,000,000 | Other: |
| Estimated High Ticket $ | Average Ticket $ |
| 30,000.00 | 6,000.00 |

PX 42                    FTC-MOBE-003417



**MERCHANT SERVICES APPLICATION (M-HR)**

## Shareholder/Beneficial Owner Information

**UBO Individual #1**     100     % of ownership

| Last Name | First Name | MI | Country |
|---|---|---|---|
| Mcphee | Mathew | | US |

| Residence Address | City | State | Postal |
|---|---|---|---|
| ████████████ | Varley | WA | █████ |

| Residence Phone | Social Security (required) | Drivers License/Passport # | Issuing Country/State |
|---|---|---|---|
| 800-800-8000 | | ██████ | AU |

**UBO Individual #2**     ____ % of ownership

| Last Name | First Name | MI | Country |
|---|---|---|---|
| | | | |

| Residence Address | City | State | Postal |
|---|---|---|---|
| | | | |

| Residence Phone | Social Security (required) | Drivers License/Passport # | Issuing Country/State US |
|---|---|---|---|
| | | | |

## Director Information

**Principal Individual #1**     Title: Director

| Last Name | First Name | MI | Country |
|---|---|---|---|
| Mcphee | Mathew | LI | |

| Residence Address | City | State | Postal |
|---|---|---|---|
| ████████████ | Varley | WA | █████ |

| Residence Phone | Social Security (required) | Drivers License/Passport # | Issuing Country/State |
|---|---|---|---|
| 800-800-8000 | | ██████ | AU |

**Principal Individual #2**     Title: Director

| Last Name | First Name | MI | Country |
|---|---|---|---|
| | | | |

| Residence Address | City | State | Postal |
|---|---|---|---|
| | | | |

| Residence Phone | Social Security (required) | Drivers License/Passport # | Issuing Country/State US |
|---|---|---|---|
| | | | |

## Trade References (3 required)

| Company | Contact | Phone | Email |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## Fraud and PCI-DSS

| | YES | NO |
|---|---|---|
| Are you aware of the PCI-DSS standards set forth by the card associations? | ✓ | |
| Are you PCI-DSS compliant? | ✓ | |
| Do you store credit card data/do you keep card on file for later purchases? | | ✓ |
| Do you require CVV/CVC codes? | ✓ | |
| Do you use Verified by Visa? | ✓ | |
| Do you use AVS? | ✓ | |
| Do you use MasterCard Secure Code? | ✓ | |

| | YES | NO |
|---|---|---|
| If orders are collected over the internet, do you host the checkout page? | | ✓ |
| If no, who hosts: _____ | | |
| Do you utilize a Gateway? | | ✓ |
| If yes, who is your provider: _____ | | |
| Do you utilize a POS/MOBILE APPLICATION? | | ✓ |
| If yes, who is your provider: _____ | | |

**PX 42**     **FTC-MOBE-003418**

 SuitePay

MERCHANT SERVICES APPLICATION (M-HR)

**Business Questionnaire**

Describe the Product/Service being sold:
Online business education

Describe all Pricing, Membership Packages, Length of Service:

| | |
|---|---|
| What Geographical Regions do you sell to:  0  %US  0  %Canada  0  %Latin America  0  %Europe  0  %Asia  0  %Rest of World | |
| Method of Marketing:        [ ] Newspaper/Magazine      [ ] TV/Radio    [✓] Internet    [ ] Direct Mail/Brochure/Catalog    [ ] Outbound Telemarketing | |
| Method of Acceptance:        In Person  0  %        Online  0  %        MO/TO  0  %        Mobile  0  % | |
| Who processes the order?    [✓] Merchant        [ ] Consumer        [ ] Fulfillment Center        [ ] Other | |
| Who enters the credit card into the system?    [ ] Merchant        [✓] Consumer        [ ] Fulfillment Center    [ ] Other | |
| If orders are entered over the Internet is your sales capture process secured by SSL or better?    [✓] Yes    [ ] No | |
| What CRM do you utilize?    [ ] Own Technology    [✓] Other:        CRM Provider Name: | |
| Who handles customer service?   [ ] Merchant    [ ] Call Center      Call Center Provider Name/Phone: | |
| Do you deliver digital content?    [ ] Yes    [✓] No        -If Yes list all URLs, Login Information below<br>URL:            USER:            PASS:            URL:            USER:            PASS: | |
| Do you deliver a physical product?    [ ] Yes    [✓] No      Who ships your product?    [ ] Merchant    [✓] Fulfillment Center | |
| List Names all Vendors delivering product? | |
| Do you own your own inventory?    [ ] Yes    [✓] No        - If yes, is it located at your location?    [ ] Yes    [✓] No | |
| Do you use 3rd parties in the Sales/Fulfillment Process?    [ ] Yes    [ ] No    -If Yes list all 3rd parties names and addresses, phone<br>Name: _____    Address: _____    Phone #: _____<br>Name: _____    Address: _____    Phone #: _____<br>Name: _____    Address: _____    Phone #: _____ | |
| What shipping method is used? [ ] Mail   [ ] FedEx [ ] UPS [ ] DHL [ ] EMS  Other _____      Is a delivery receipt requested?    [ ] Yes    [✓] No<br>Is tracking information available?    [ ] Yes    [✓] No | |
| How long from authorization/charge does it take for product to be shipped? [ ] Instant  [✓] 24-48 Hours  [ ] Within 1 week  [ ] Longer | |
| Does your business require special licensing?    [ ] Yes    [✓] No        If Yes what type: | |
| Do You offer a Free Trial Membership?    [ ] Yes    [✓] No        If Yes what is length: | |
| Do You offer a Recurring Billing Model?    [ ] Yes    [✓] No  If Yes please describe: [ ] Monthly  [ ] Quarterly  [ ] BiAnnually  [ ] Annually<br>Other: _____ | |
| Do You offer Upsells/Cross Selling?    [ ] Yes    [✓] No      If Yes what are the products/services/prices: | |

Describe your cancellation/returns/refund policy:  Full Refund

Who handles your risk, fraud, chargeback and retrieval requests:  All are done by company employees

Describe how chargebacks are handled:  All are done by in house company Employees

Describe how retrievals are handled:  All are done by in house company Employees

Describe the Company fraud screening process:  All handled by in house company employees

Describe the Company chargeback prevention process:  All handled by in house company employees

**PX 42**            **FTC-MOBE-003419**

 SuitePay

MERCHANT SERVICES APPLICATION (M-HR)

## Settlement Information

| | |
|---|---|
| Settlement Currency:<br>USD | Beneficiary Name: |
| Bank Name:<br>BB and T | Bank Country:<br>US |
| IBAN (EU Accounts): | SWIFT (EU Accounts): | Sort Code (UK only): |
| Account Number (US/CA Accounts):<br>█████4290 | Routing/Transit Number (US/CA Accounts):<br>111017694 |

*Copy of Voided Check with Beneficiary Name or bank letter is required.  Temporary checks are not acceptable.

## Fee Schedule

| | |
|---|---|
| Discount Rate  0.00 | Transaction Fee  0.00 |
| Gateway Fee per Transaction  0.00 | Risk Discount Fee  0.00 |
| Retrieval Fee  0.00 | Chargeback Fee  >2%  0.00   2-4%  0.00   4%+  0.00 |
| Monthly PCI Fee  0.00 | Monthly Account Management Fee  0.00 |
| MID Activation Fee  0.00 | Annual Membership Fee  0.00 |
| Domestic Wire Fee  0.00 | International Wire Fee  0.00 |

## Merchant Acceptance/Bank Disclosure

Each person signing below (1) agrees that they have received a copy of the Merchant Services Agreement, (2) agrees to all such terms and conditions, (3) agrees that all information provided on this application is true, correct and complete, (4) agrees that they have the legal power and authority to execute this agreement, (5) authorizes SuitePay and our Acquiring banks to investigate, either through its own agents or through credit bureaus, all information provided on this agreement and on the individual(s) signing this agreement, (6) agrees that SuitePay and our Acquiring banks may give information to others, including creditors and credit reporting agencies concerning the SuitePay and our Acquiring banks experience with merchant and that SuitePay and our Acquiring Bank may request additional information as needed.

| Mathew Mcphee | Director | Nov 11, 2015 |
|---|---|---|
| Signature of Owner/Authorized Officer #1 | Print Name | Title | Date |

| | | | |
|---|---|---|---|
| Signature of Owner/Authorized Officer #2 | Print Name | Title | Date |

| | | | |
|---|---|---|---|
| Signature of SuitePay Authorized Officer | Print Name | Title | Date |

## American Express Authorization

By signing below, I represent that the information I have provided on this Application is complete and accurate.  I understand that the Terms and Conditions for American Express Acceptance ("Terms and Conditions") will be sent to the business entity indicated above with the welcome letter upon approval of such business entity to accept the American Express card (by American Express Travel related Services Company, Inc.)  By accepting the American Express card for the purchases of goods and/or services, such business entity agrees to be bound by the Terms and Conditions.  Sign ONLY if requesting SuitePay to generate a NEW American Express Merchant Account number:

| | |
|---|---|
| Signature of Owner, authorized officer | Date |

## PX 42          FTC-MOBE-003420

# MOBE

## MOBE Affiliate Memberships And Compensation Plan

**PX 42**        **FTC-MOBE-003421**

# Table of Contents

The MOBE Compensation Plan Explained ........................................................................................ 3

Standard Affiliate Membership Fees .............................................................................................. 3

Business Affiliate Membership Fees ............................................................................................... 4

What Products Are Included ........................................................................................................... 4

Inner Circle Benefits ...................................................................................................................... 8

Commissions Earned for Promoting MOBE Exclusive Products and Services ................................. 9

Commissions for Promoting MOBE's Programs ............................................................................. 10

Compensation Plan Summary ....................................................................................................... 13

MOBE Motors: How You Can Get The Vehicle Of Your Dreams... Without Having to Pay For It! ... 14

Questions? .................................................................................................................................... 14

Glossary ....................................................................................................................................... 14

0903 Copyright © 2015 MOBE

**PX 42**          **FTC-MOBE-003422**

# The MOBE Compensation Plan Explained

MOBE (My Online Business Education) is a marketing and business training company catering to small business owners and entrepreneurs. We offer a large selection of business training products, services, live training events and exclusive masterminds to help you along your business journey.

Anyone can become a Standard Affiliate and promote the majority of front end products through MOBE Marketplace at **www.MOBEmarketplace.com** and earn between 30% - 50% commissions. As a Standard Affiliate you can generate commissions as high as $1,000 per sale!!!

However if you wish to earn commissions of 30% - 90% on products PLUS have our phone sales team selling products for you on the back end with commissions of $1,250, $3,300, $5,500 and even $10,000 per sale, then you can upgrade to one of our Business Affiliate Programs listed below.

All successful entrepreneurs recognize the value of consistently updating their skills and knowledge. MOBE affiliates are no different. We are in an industry that moves very fast, and in order to keep up we must keep evolving.

To make this easy for you, we also offer monthly Inner Circle programs – with the first month being FREE to all except Standard Affiliates. The Inner Circle programs provide fresh new training and Done-For-You services customized for each Inner Circle level as well as a monthly newsletter delivered in print and PDF format. You can choose the monthly Inner Circle level that suits your needs.

Each membership level includes all the products, programs, coaching and perks that are provided by the level(s) below. E.g. If you are a Platinum Inner Circle Member, then you will have access to all the options from the MLR and Titanium Inner Circle programs. However, if you are at the Titanium Inner Circle level, you will have access to all the options from MLR Inner Circle but not those offered at the Platinum Inner Circle level.

# Standard Affiliate Membership Fees

Anyone can participate in the MOBE Affiliate Program by applying at: www.**MOBE.com/affiliates**

**A monthly membership fee of $19.95** is applicable to keep your affiliate program active. The fee covers administration costs like the back office functionality, reporting, affiliate tools, and hosting. If you no longer wish to promote any of the MOBE products or other partner products listed on MOBE Marketplace and collect commissions on those sales, you may cancel your affiliate membership at any time by submitting a support ticket at: **www.MOBE.com/support**

PX 42                          FTC-MOBE-003423

# Business Affiliate Membership Fees

To unlock the door to higher commissions of $1,250 - $13,500 per sale by promoting our large selection of backend products, events and done-for-you services, you will need to upgrade to one of our business programs listed below.**

|  | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| Cost Of Program | NA | $2,497* | $9,997* | $16,667* | $29,997* |
| Monthly Inner Circle Membership Fee Begins 30 days from date of purchase and may be canceled at anytime. | NA | $99* | $199* | $299* | $299* |
| Annual Inner Circle Membership Fee Begins 30 days from date of purchase and may be canceled at anytime. SAVE with the annual plan. | NA | $800* | $1,600* | $2,400* | $2,400* |

Diamond Mastermind is by invitation only.

* Payment is by Bank Wire. A 3% Merchant fee is charged if payment is made using a credit card.

** To upgrade, or get positioned at a certain level, you can either purchase a membership package and qualify immediately or simply make 5 sales at that level. By the 6th sale, you will qualify to collect commissions.

# What Products Are Included

|  | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| Back office functionality, reporting, affiliate tools, and hosting, including custom banner ads on select products. | ✓ | ✓ | ✓ | ✓ | ✓ |
| **PRODUCTS** | **Standard** | **MLR** | **Titanium** | **Platinum** | **Diamond** |
| **IM Revolution eBook** |  | ✓ | ✓ | ✓ | ✓ |
| **Affiliate Bonus Domination:** Learn the new rules of Affiliate Marketing ($291) |  | ✓ | ✓ | ✓ | ✓ |
| **How To Build A Funded Proposal:** Learn how to recruit new reps on autopilot ($194) |  | ✓ | ✓ | ✓ | ✓ |
| **Email Marketing Empire:** Learn Email Marketing, the No. 1 income source of any internet marketer ($194) |  | ✓ | ✓ | ✓ | ✓ |
| **The OPT Formula:** Everything you need to know about effective outsourcing ($194) |  | ✓ | ✓ | ✓ | ✓ |

## PX 42                     FTC-MOBE-003424

| | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| **Traffic Masters Academy:** Everything you need to know about generating traffic and new leads ($297 value) | | ✓ | ✓ | ✓ | ✓ |
| **MOBE Licensing Kit:** Everything you need to know to start selling other people's work in 7 days or less ($297) | | ✓ | ✓ | ✓ | ✓ |
| **TTI 7 Step Program:** Top Tier Income will teach you how to promote high ticket affiliate offers that pay out much larger commissions. You'll learn where to find these offers, how to set up traffic campaigns, and how to put in place the foundations for a profitable affiliate marketing business. ($49 value) | | | | ✓ | |
| **60K in 60 days:** Watch Matt Lloyd show you a step-by-step plan to generate $60,000 in commissions as a Platinum member. (Retail value - $1,997) | | | | ✓ | ✓ |
| **How To Make High Ticket Sales On The Phone** (Retail value - $4,997) | | | | ✓ | ✓ |
| **10,000 Leads in 100 days** Training Program (Retail value - $1,997) | | | | ✓ | ✓ |
| **EVENTS** | **Standard** | **MLR** | **Titanium** | **Platinum** | **Diamond** |
| **The Home Business Summit** 3 day event featuring step-by-step training on what REALLY works when it comes to marketing online ($497) | | | | ✓ | ✓ |
| **COACHING** | **Standard** | **MLR** | **Titanium** | **Platinum** | **Diamond** |
| **Daily Webinars:** Access to daily webinars (M-F) from my coaching team to answer ALL your questions and show you the most effective ways to get leads and jump-start your business. | | ✓ | ✓ | ✓ | ✓ |
| **5 Titanium 1-on-1 private consulting sessions with a Top-Tier Coach:** 5 x 30 minute private coaching sessions with a Titanium coach, who will help you set-up your traffic campaigns and get your business off to a fast start. | | | ✓ | ✓ | ✓ |

**PX 42**    FTC-MOBE-003425

| | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| **10 Platinum 1-on-1 private consulting sessions:** 10 x 30 minute private coaching sessions with a Titanium coach, who will help you set-up your traffic campaigns and get your business off to a fast start. | | | | ✓ | ✓ |
| **MASTERMINDS & SUMMITS*** | **Standard** | **MLR** | **Titanium** | **Platinum** | **Diamond** |
| **Titanium Mastermind:** Complimentary access to attend a Titanium 3-day, 4-night all-expenses paid mastermind retreat for two people. Learn from the most brilliant marketing minds on the planet. Subsequent Titanium Masterminds are available for the wholesale rate of just $3,500 (for two). | | | ✓ | ✓ | ✓ |
| **Titanium Traffic Summit:** Traffic + Conversions = Sales. This special 3-day event will teach you how to get high quality traffic and get it fast. (Value $1,997) | | | ✓ | ✓ | ✓ |
| **Titanium Conversion Summit:** Conversion is a key factor in getting sales. This special 3-day event will teach you strategies on how to increase conversions and your bottom line. (Value $1,997) | | | ✓ | ✓ | ✓ |
| **Titanium Leverage Summit:** Leverage is the name of the game and this special 3-day event will teach you how increase leverage and make more money without having to do a lot more work. (Value $1,997) | | | ✓ | ✓ | ✓ |
| **Platinum Mastermind:** Complimentary access to attend a Platinum 5-day, 6-night all-expenses paid mastermind retreat for two people. Learn from the top minds in marketing, wealth creation, and personal development. Subsequent Platinum Masterminds are available at a wholesale rate of just $5,000 (for two). | | | | ✓ | ✓ |

PX 42                        FTC-MOBE-003426