| Description | | | | | | |
|---|---|---|---|---|---|---|
| **Platinum Stock Investing Summit:** In this special 3-day event you will learn how the stock market has changed, how to approach your portfolio from a "big picture" view and how to analyze specific stocks and companies. (Value $1,997) | | | | | ✓ | ✓ |
| **Platinum Real Estate Investing Summit:** In this special 3-day event you will learn how to invest in real estate the RIGHT way, which property types to avoid, and how to create passive income without using your own capital. (Value $1,997) | | | | | ✓ | ✓ |
| **Platinum Precious Metals Investing Summit:** In this special 3-day event you will learn how to invest in precious metals, stocks and mutual funds that hold shares in mining companies, exchange traded funds (ETFs) and coins. (Value $1,997) | | | | | ✓ | ✓ |
| **Platinum Asset Protection Summit:** In this special 3-day event you will learn about common and little-known tax savings strategies and how to take advantage of them. (Value $1,997) | | | | | ✓ | ✓ |
| **Platinum Money Mindset Summit:** In this special 3-day event you will learn how to "reprogram" your mind for success and approach everything in life with an abundance mindset. (Value $1,997) | | | | | ✓ | ✓ |
| **Diamond Mastermind:** Complimentary access to attend a Diamond 10-day, 11-night all-expenses paid mastermind retreat for two people. As a Diamond Mastermind member, you will now have access to some of the smartest minds on the planet when it comes to creating your own custom sales funnel. You'll also have the exclusive rights to earn commissions on this exclusive program. | | | | | | ✓ |

\* Masterminds and Summits may be attended by anyone who has paid the entrance fee. You are not required to be an active affiliate to attend.

# Inner Circle Benefits

Inner circle benefits are only available to MOBE affiliates with an active subscription and come packed with fresh new content, training material and Done-For-You services.

| MLR LEVEL | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| **MLR Inner Circle monthly newsletter** in print and PDF | | ✓ | ✓ | ✓ | ✓ |
| **Done for You Emails:** Get daily, professional marketing emails, which you can copy, paste, and send to your list to promote the long list of products and services available for promotion through the MOBE system, or any other product or service you choose. (Retail value $97/month) | | ✓ | ✓ | ✓ | ✓ |
| **MOBE Elite Earners:** Every week, the top earning MOBE affiliates will host a webinar, and show you exactly what they're doing to bring in the big bucks. | | ✓ | ✓ | ✓ | ✓ |
| **The Vault:** Get access to recordings of some of the best marketing webinars and interviews we've ever recorded with the titans of our industry. The Vault is constantly being updated with new fresh content. (Retail value $97/month) | | ✓ | ✓ | ✓ | ✓ |

| TITANIUM LEVEL | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| **Titanium Inner Circle monthly newsletter:** Advanced Online Marketing for Next-Level Entrepreneurs. Delivered in print and PDF format. | | | ✓ | ✓ | ✓ |
| **Done For You Articles:** Get articles written for you to put on your blog, send to your list, & SEO. | | | ✓ | ✓ | ✓ |
| **MOBE's "Ask the Expert" Marketing Series:** Monthly interviews with the most talented and successful experts in important areas of online marketing strategy and business building delivered on Audio CD. | | | ✓ | ✓ | ✓ |

| PLATINUM LEVEL | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| **Platinum Inner Circle monthly newsletter** in print and PDF | | | | ✓ | ✓ |
| **MOBE's "Ask the Expert" Investment and Asset Protection Series:** Monthly interviews with the most talented and successful experts in important areas of online marketing strategy and business building delivered on Audio CD. | | | | ✓ | ✓ |
| **Done for You Videos:** Get content videos made for you to put on your blog, send to your list, & SEO. | | | | ✓ | ✓ |

## Commissions Earned for Promoting MOBE Exclusive Products and Services

MOBE offers a generous compensation plan. The commissions earned will depend on the product or service promoted, your affiliate membership positioning and whether you do your own sales or use our "We Work Your Leads" program to sell your leads. All affiliates can earn up to 50% commissions on many products and services.

To see a full list of the many products (and the list is growing every day) go to **www.MOBE.com** and choose the Products, Events, or Services tabs to see everything. Earn between 30% - 50% commissions on the products on the MOBE Marketplace. Here is a sample of the products available for promotion, and the related commissions:

| PRODUCTS | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| **Instant Online Business Resale License Rights**<br>Norbert Orlewicz - $1,997 | $998.50 | $998.50 | $998.50 | $998.50 | $998.50 |
| **New Wealth and Freedom Lifestyle System**<br>Daven Michaels - $1,997 | $998.50 | $998.50 | $998.50 | $998.50 | $998.50 |
| **Tax Liens Mastery**<br>Nik Halik - $997 | $498.50 | $498.50 | $498.50 | $498.50 | $498.50 |
| **How To Plan A Website**<br>Jaeson Tanner - $497 | $248.50 | $248.50 | $248.50 | $248.50 | $248.50 |
| **Inbox Empire**<br>MaryEllen Tribby - $497 | $248.50 | $248.50 | $248.50 | $248.50 | $248.50 |

| | | | | | |
|---|---|---|---|---|---|
| JV Mastery: The Art Of Profitable Deal making<br>Marc Goldman - $497 | $248.50 | $248.50 | $248.50 | $248.50 | $248.50 |

## Commissions for Promoting MOBE's Programs

| PRODUCTS | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| **MTTB:** 21 Step Program $49 | $24.50 | $44.10 | $44.10 | $44.10 | $44.10 |
| **TTI:** 7 Step Program $49 | - | - | - | $44.10 | $44.10 |
| **IM Revolution:** $9.95 | $4.97 | $8.95 | $8.95 | $8.95 | $8.95 |
| **The Vault:** $97/month | $48.50/mth | $48.50/mth | $48.50/mth | $48.50/mth | $48.50/mth |
| **MOBE Elite Earners:** $97/month | $48.50/mth | $48.50/mth | $48.50/mth | $48.50/mth | $48.50/mth |
| **Affiliate Bonus Domination:** $291 | $145.50 | $261.90 | $261.90 | $261.90 | $261.90 |
| **How To Build A Funded Proposal:** $194 | $97 | $174.60 | $174.60 | $174.60 | $174.60 |
| **Email Marketing Empire:** $194 | $97 | $174.60 | $174.60 | $174.60 | $174.60 |
| **The OPT Formula:** $194 | $97 | $174.60 | $174.60 | $174.60 | $174.60 |
| **Traffic Masters Academy:** $297<br>User has the option to upgrade to 10,000 Leads in 100 days and apply the cost of TMA towards that purchase. | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 |
| **MOBE Licensing Kit:** $297<br>User has the option to upgrade to MLR and apply the cost of MLK to that purchase. | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 |
| **Instant Info Product:** $39.95 | $19.97 | $35.59 | $35.59 | $35.59 | $35.59 |

| SERVICES | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| **Done-For-You Emails:** $97 | $48.50 | $48.50 | $48.50 | $48.50 | $48.50 |
| **Done-For-You Articles:** $97 | $48.50 | $48.50 | $48.50 | $48.50 | $48.50 |
| **Done-For-You Video:** $97 | $48.50 | $48.50 | $48.50 | $48.50 | $48.50 |
| **Done-For-You eBook:** $10,000 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 |

| | | | | | |
|---|---|---|---|---|---|
| Done-For-You Webinar: $10,000 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 |
| ½ Day at the MOBE Studio: $4,997 | $1,665.60 | $1,665.60 | $1,665.60 | $1,665.60 | $1,665.60 |
| 1 Day at the MOBE Studio: $9,997 | $3,332.33 | $3,332.33 | $3,332.33 | $3,332.33 | $3,332.33 |
| 3 Days at the MOBE Studio: $19,997 | $6,665.66 | $6,665.66 | $6,665.66 | $6,665.66 | $6,665.66 |

| EVENTS | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| Home business Summit: Ticket valid for 2 people. ($497) Commission set at $120 | $120 | $120 | $120 | $120 | $120 |
| Super Charge Summit VIP ($797) commission set at $198 | $120 | $120 | $120 | $120 | $120 |
| Super Charge Summit Standard Ticket ($497) | $120 | $120 | $120 | $120 | $120 |
| Titanium Traffic Summit ($1,997) | $600 | $1000 | $1,000 | $1,000 | $1,000 |
| Titanium Conversion Summit ($1,997) | $600 | $1000 | $1,000 | $1,000 | $1,000 |
| Titanium Leverage Summit ($1,997) | $600 | $1000 | $1,000 | $1,000 | $1,000 |
| Platinum Money Mindset Summit ($1,997) | $600 | $1000 | $1000 | $1,000 | $1,000 |
| Platinum Asset Protection Summit ($1,997) | $600 | $1000 | $1000 | $1,000 | $1,000 |
| Platinum Real Estate Investing Summit ($1,997) | $600 | $1000 | $1000 | $1,000 | $1,000 |
| Platinum Stock Investing Summit ($1,997) | $600 | $1000 | $1000 | $1,000 | $1,000 |
| Platinum Precious Metal Investing Summit ($1,997) | $600 | $1000 | $1000 | $1,000 | $1,000 |

| BUSINESS AFFILIATE PROGRAMS | Standard | MLR | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|
| MOBE License Right Program: $2,497 (We Work Your Leads) | - | $1,250 | $1,250 | $1,250 | $1,250 |

PX 42   FTC-MOBE-003431

| | | | | | |
|---|---|---|---|---|---|
| **MOBE License Right Program:** $2,497 (No Sales Assistance***) | - | $1,625 | $1,625 | $1,625 | $1,625 |
| **MLR Inner Circle Monthly Affiliate Membership:** $99/month | - | $49.50/mth | $49.50/mth | $49.50/mth | $49.50/mth |
| **MLR Inner Circle Annual Affiliate Membership:** $800/an *Save nearly $400!* | - | $400/an | $400/an | $400/an | $400/an |
| **Titanium Mastermind:** $9,997 (We Work Your Leads) | - | - | $3,300 | $3,300 | $3,300 |
| **Titanium Mastermind:** $9,997 (No Sales Assistance***) | - | - | $4,800 | $4,800 | $4,800 |
| **Titanium Inner Circle Monthly Affiliate Membership:** $199/month | - | - | $99.50/mth | $99.50/mth | $99.50/mth |
| **Titanium Inner Circle Annual Affiliate Membership:** $1,600/an *Save nearly $800!* | - | - | $800/an | $800/an | $800/an |
| **Platinum Mastermind:** $16,667 (We Work Your Leads) | - | - | - | $5,500 | $5,500 |
| **Platinum Mastermind:** $16,667 (No Sales Assistance***) | - | - | - | $8,000 | $8,000 |
| **Platinum Inner Circle Monthly Affiliate Membership:** $299/month | - | - | - | $149.5/mth | $149.5/mth |
| **Platinum Inner Circle Annual Affiliate Membership:** $2,400/an *Save nearly $1,200!* | - | - | - | $1,200/an | $1,200/an |
| **Diamond Mastermind:** $29,997 (We Work Your Leads) | - | - | - | - | $10,000 |
| **Diamond Mastermind:** $29,997 (No Sales Assistance***) | - | - | - | - | $13,500 |

Commissions on the Inner Circle membership program are available to you even if you are not participating in the program yourself. However, we highly recommend you take full advantage of the content and Done-For-You services. They are provided to help you build your online brand, establish credibility and grow your business. Inner Circle memberships are designed to help you market any product or service. You can simply change the wording of our pre-written emails to match any product or service and drop them into your list serve account. This is a huge expense for most businesses trying to come up with new unique content every day. We literally have thousands of emails you can use as templates.

MOBE has 10% withheld on all merchant account transactions to cover fees, a reserve, and chargebacks or refunds. As a result, we withhold 10% from commissions until the affiliate reaches a reserve balance of $20,000 or has consistent commission volumes of $10,000 per month for six consecutive months.

MOBE will claw back any commissions paid on sales that are refunded or charged back. All affiliates are required to maintain a reserve and recharge reserves when a refund is processed.

***Commissions paid on sales made at live events will be limited to the commission available for "We Work Your Leads" sales. The additional commissions for "No Sales Assistance" will be used to help offset the cost of event sales staff. Affiliates are not allowed to send their own staff to live events to sell their leads because this interrupts the flow of events. If an affiliate would like to promote and staff events at their own expense they can earn the additional "No Sales Assistance" commission but need to obtain prior written approval from the company, and allow the company to have a representative attend for compliance purposes.

## Compensation Plan Summary

To see a full list of the many products (and the list is growing every day) go to **www.MOBE.com** and choose the Products, Events, or Services tabs to see everything. Earn between 30% - 50% commissions for all products on the MOBE Marketplace.

Think of MOBE as having 4 different levels:

**1. MOBE License Rights (MLR)**
- You earn $1,250 commissions per MLR customer, and if you make your own MOBE License Rights sale, your commission will be $1,625 instead.
- 5% in residual: $124.85 (MLR) commissions
- 50% for the Inner Circle Memberships - $49.5/month for the MLR.

**2. Titanium Mastermind (TM)**
- You now can get an additional $3,300 in commissions per TM customer, and if you make our own Titanium Mastermind sale, your commission would be $4,800 instead.
- 5% in residual: $124.85 (MLR) and $499.85 (TM) commissions
- 50% for the Inner Circle Memberships - $49.5/month (MRL) and $99.5/month (TM)
- Industry statistics would indicate that 1 out of every 3 MOBE License Rights members make the decision to position themselves as Titanium members.
- The 5% in residuals and the Pass-ups commissions can multiply your income in MOBE, for no extra work.

**3. Platinum Mastermind (PM)**
- You now can get an additional $5,500 in commissions per PM customer, and if you make your own Platinum Mastermind sale, your commission would be $8,000 instead.
- 5% in residual: $124.85 (MLR) and $499.85 (TM) and $833.35 (PM) commissions
- 50% for the Inner Circle Memberships - $49.5/mth (MRL), $99.5/mth (TM), $149.5 (PM)
- The 5% in residuals and the Pass-ups commissions can further multiply your income in MOBE.

**4. Diamond Mastermind (DM):** *By Invitation Only*
- You now can get an additional $10,000 in commissions per DM customer, and if you make your own Diamond Mastermind sale, your commission would be $13,500 instead.
- 5% in residual: $124.85 (MLR) and $499.85 (TM) and $833.35 (PM) and $1,500 (DM) commissions
- 50% for the Inner Circle Memberships - $49.5/mth (MRL), $99.5/mth (TM), $149.5 (PM)
- The 5% in residuals and the pass-up commissions can further multiply your income in MOBE.

# MOBE Motors: How You Can Get The Vehicle Of Your Dreams... Without Having to Pay For It!

With just 5 points per month, MOBE Affiliates can now get any vehicle of their choosing.
**Every $1000 USD you earn in commissions = 1 MOBE Motors Point**

Points will expire after 90 days if not used.

| Model | Points Required |
|---|---|
| $600/month lease payment | 5 ($5,000/month) |
| $1,200/month lease payment | 10 ($10,000/month) |
| $1,800/month lease payment | 15 ($15,000/month) |
| $2,400/month lease payment | 20 ($20,000/month) |
| $3,000/month lease payment | 25 ($25,000/month) |



Once you choose an initial payment level, you'll need to maintain the points to qualify for that level. If your points drop in a given month, so will the payments to the appropriate level. But if your volume increases later you'll be able to go back up to the initial level you chose (but not above).

For more information on how to get your MOBE Motors and to see some case studies of other MOBE affiliates who have, go here: **www.MOBEmotors.com**

## Questions?

If you have any remaining questions on how the MOBE Compensation Plan works, contact your MOBE coach, sponsor or email support@mobe.com.

## Glossary

**Standard Affiliate:** Refers to anyone that signs up for the MOBE affiliate program for a $19.95/month fee and has an active membership. Standard affiliates get 30-50% commissions on a large selection of products through MOBE Marketplace, but no commissions on backend sales.

**Business Affiliate:** Refers to the 4 different Business Affiliate levels – (MOBE License Rights, Titanium Mastermind, Platinum Mastermind and Diamond Mastermind)

**Pass Ups:** Refers to the commissions a person gets when someone in their organization makes a sale but is NOT eligible to receive the commission on that sale because that person is either not positioned at a high enough affiliate level or is not active (and so the commission is passed up).

# Matthew Lloyd McPhee

*Curriculum Vitae*

Email ID: ███████████████

Mailing add:
Unit No. B2-13-1, Soho Suites, 20 Jalan Perak, 50450 Kuala Lumpur, Malaysia

**Personal Information**
- *Passport No.:* ███████
- *Age: 29*
- *Status: Single*
- *Gender: Male*
- *Nationality: Australian*
- *Date of Birth :* ███████
- *Place of Birth: Australlia*

## Overview and Core Competencies
- Advanced knowledge and skills in Marketing
- In-depth knowledge of Sales processes and conversions
- Consulting and training experience in marketing businesses offline and online
- Highly familiar with US and International markets
- Global sourcing and international business development

## Work Experience

### MOBE Inc

MOBE Inc is described as the Marketing Education Training platform. Business owners from different background and geographical locations buy the marketing coaching materials.

MOBE Inc conducts multiple in depth seminars every year on cutting edge marketing tactics and techniques.

Years of Experience:

- Year 2008 – 2015
  Job Position: Chief Executive Officer

  Responsibilities:
  - Running the company as Sole Owner and managing 7 fully established independent divisions.
  - Taking executive decisions.

### Interests & Hobbies
Watching Movies, Reading Books and work.

### Languages
English (*Native Language*)

| Form **W-8BEN** | Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals) | |
|---|---|---|
| (Rev. February 2014) | ▶ For use by individuals. Entities must use Form W-8BEN-E. | OMB No. 1545-1621 |
| Department of the Treasury Internal Revenue Service | ▶ Information about Form W-8BEN and its separate instructions is at www.irs.gov/formw8ben. ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | |

| Do NOT use this form if: | Instead, use Form: |
|---|---|
| • You are NOT an individual | W-8BEN-E |
| • You are a U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. (other than personal services) | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services performed in the United States | 8233 or W-4 |
| • A person acting as an intermediary | W-8IMY |

**Part I    Identification of Beneficial Owner** (see instructions)

1  Name of individual who is the beneficial owner
Matthew Lloyd McPhee

2  Country of citizenship
Australia

3  Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
B2-13-1 Soho Suites, 20 Jalan Perak @ klcc

City or town, state or province. Include postal code where appropriate.
Kuala Lumpur, 50450

Country
Malaysia

4  Mailing address (if different from above)
Same as above

City or town, state or province. Include postal code where appropriate.

Country

5  U.S. taxpayer identification number (SSN or ITIN), if required (see instructions)

6  Foreign tax identifying number (see instructions)

7  Reference number(s) (see instructions)

8  Date of birth (MM-DD-YYYY) (see instructions)
[redacted]

**Part II   Claim of Tax Treaty Benefits** (for chapter 3 purposes only) (see instructions)

9  I certify that the beneficial owner is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income): _____

Explain the reasons the beneficial owner meets the terms of the treaty article: _____

**Part III   Certification**

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

- I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income to which this form relates or am using this form to document myself as an individual that is an owner or account holder of a foreign financial institution,
- The person named on line 1 of this form is not a U.S. person,
- The income to which this form relates is:
  (a) not effectively connected with the conduct of a trade or business in the United States,
  (b) effectively connected but is not subject to tax under an applicable income tax treaty, or
  (c) the partner's share of a partnership's effectively connected income,
- The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.

Sign Here ▶ *matt mcphy*    02-04-2016
Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)

Print name of signer    Capacity in which acting (if form is not signed by beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2014)





# CERTIFICATE OF INCORPORATION
## OF A
## PRIVATE LIMITED COMPANY

Company Number **9763289**

The Registrar of Companies for England and Wales, hereby certifies that

MOBE PRO LIMITED

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales.

Given at Companies House, Cardiff, on **4th September 2015**.

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES



**PX 42**                                    FTC-MOBE-003439

## MOBE Pro Limited

## Company No: 09763289

Status Report of the company on 04/09/15

The Registered Office of the Company is situated at

Third Floor
207 Regent Street
London
W1B 3HH

Matthew McPhee
is appointed first Director pursuant to Companies Act 2006.

This Company was formed without a secretary.

Matthew McPhee - 1 Ordinary £1 Share(s) is listed as the Original Subscriber.

IT WAS NOTED that the Company was registered as having:

1 Ordinary £1 Shares of 1 British Pounds each, with amount paid/due of 1 British Pounds, amount unpaid of 0 British Pounds, and voting rights of:
"1 share = 1 vote, each having rights to dividends"

**PX 42**

FTC-MOBE-003440

THE COMPANIES ACT 2006

PRIVATE COMPANY HAVING A SHARE CAPITAL

MEMORANDUM OF ASSOCIATION

of

MOBE Pro Limited

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share.

Matthew McPhee

Dated this 3rd day of September 2015

Page 1

**PX 42**          **FTC-MOBE-003441**