PSAV

Prepared For: Mobe LTD
Quote No: 3011-6518
Total Estimate: $289.96

**Cedar (5/13/2016 11:00AM - 11:00PM)**
**Billing Ref: beo137998 - Job# 3011-17306**

## *Equipment And Sales*

| Qty | Item Description | Days Billed | Rate | Rate Type | Subtotal |
|---|---|---|---|---|---|
| 1 | **Cityroom Presenter Support Package** | 1 | $185.00 | Daily | $185.00 |
| 1 | *8' Carpeted Tripod Screen* | | | | |
| 1 | *25' VGA Cable* | | | | |
| 1 | *3' AC Power Strip* | | | | |
| 1 | *25' AC Cable* | | | | |
| 1 | *26" - 42" Adjustable Rolling Cart* | | | | |
| | **Equipment And Sales Subtotal** | | | | **$185.00** |

## *Labor*

| Qty | Item Description | Rate | OT Rate | DT Rate Days | Reg Hrs | OT Hrs | DT Hrs | Subtotal |
|---|---|---|---|---|---|---|---|---|
| | **Friday, May 13, 2016** | | | | | | | |
| 1 | Technician To Set/Strike | $85.00 | | | 0.50 | | | $42.50 |
| | **Cedar (5/13/2016 11:00AM - 11:00PM) Subtotal:** | | | | | | | **$227.50** |

*Job Note:*

*Client has own projector, laptop, and sound equipment.*

| | Ext. Price |
|---|---|
| Event Technology Support | $42.55 |

| | Ext. Price |
|---|---|
| Subtotal | $270.05 |
| Tax | $19.91 |

**Total Estimate** **$289.96**

*NO CHARGES OR AMOUNTS WHATSOEVER UNDER THIS AGREEMENT/QUOTE ARE PURPORTED OR INTENDED TO BE A GRATUITY FOR PSAV STAFF OR THE HOTEL'S SERVICE STAFF AND NO AMOUNTS CHARGED BY PSAV WILL BE DISTRIBUTED TO PSAV STAFF OR THE HOTEL'S SERVICE STAFF AS A GRATUITY.

***Thank you for your business.***

GENERAL TERMS and CONDITIONS

1. **ACCEPTANCE.** This Quote will be valid for a period of thirty (30) days from the Quote Date ("Acceptance Period"). In the event this Quote is not accepted, signed and returned to PSAV within the Acceptance Period, it will be void. All prices are subject to change without notice following the Acceptance Period.

2. **ESTIMATE.** This Quote was developed based upon information provided by the undersigned customer ("Customer"). This Quote is only an estimate of equipment and services to be provided in connection with the applicable event ("Event"). In the case where the actual amount of equipment, services and labor provided in connection with the Event is greater than the amount specified in this Quote, Customer shall be charged for such additional equipment, services and/or labor (including rental fees and freight) at prevailing standard rates. Unless otherwise itemized on the Quote, all pricing excludes sales tax, freight, shipping/handling and electrical charges (if applicable to the Event) which will be charged and due upon final invoice. Sales tax exempt entities must submit sales tax exemption certificates prior to the commencement of the Event. In the event tax exemption certificates are not received prior to the billing of the Event, sales tax will be due and payable at the time of final invoice.

3. **LABOR RATES.** Hourly labor rates, minimum calls, overtime labor rates, daily labor rates and per diems apply and are based upon prevailing rates and practices at the venue where the Event is being held and the business division providing the equipment and services. Labor estimates were developed based on information provided by the Customer. All Labor calls are subject to a minimum charge period based on local venue rules, servicing division policies, and or Union rules, as they may apply. In the event that the employee works more hours than estimated in the Quote, the Customer will be billed the appropriate prevailing or premium rate for the additional hours worked.

4. **EVENT TECHNOLOGY SUPPORT.** Event Technology Support (ETS) covers additional support elements for the Event including, but not limited to, daily gear preparation, equipment testing and related consumable items necessary for the Event. ETS charges are not gratuities and are NOT paid in whole or in part to PSAV (or other) employees in connection with the Event and amounts comprising ETS are not otherwise shared with PSAV or other employees.

5. **SERVICE CHARGES.** If applicable and included in the Quote, Service Charges are billed by PSAV in association with an Event. Service Charges are NOT gratuities and are NOT paid in whole or in part to PSAV (or other) employees in connection with the Event and amounts comprising Service Charges are NOT otherwise shared with PSAV employees.

6. **EQUIPMENT RATES.** Unless otherwise noted, all rates are based upon per-room, per-day calculations with the minimum rental period being one calendar day. A day rental period consists of all or any portion of each 24-hour period starting at 12:00am and continuing through 11:59pm. Customer agrees to pay the rental fees described in this Quote for the stipulated period. Any equipment that is used and/or retained by Customer for a longer period shall be subject to PSAV's prevailing rates until the equipment is returned.

7. **EQUIPMENT HANDLING.** All equipment must be handled by PSAV personnel only. Equipment may not be moved, stored, or serviced by Customer or any other party. Customer may not operate the equipment unless authorized by PSAV. Customer will incur additional charges if equipment is moved or relocated by Customer or any other party. Customer agrees that PSAV shall be permitted free access to the equipment at any time before, during and/or after the Event for purposes of set/strike, maintenance and routine checks. PSAV retains all title and rights in and to the equipment and all related accessories.

8. **DAMAGE & SECURITY.** Customer shall be responsible for all equipment that is damaged, lost or stolen (whether by use, misuse, accident or neglect), unless caused by PSAV's negligence. In addition to amounts due to PSAV in connection with this Quote, Customer agrees to pay PSAV upon demand for all amounts incurred by PSAV on account of lost, damaged and stolen equipment, based upon repair costs for reparable equipment or full replacement cost for lost or irreparable equipment. In addition, Customer shall be responsible for rental fees while equipment is being repaired and/or replaced, as the case may be. If security is required by Customer or deemed necessary by PSAV to protect the equipment during the Event, Customer shall be responsible for all costs in connection with the provision of security.

9. **EQUIPMENT FAILURE.** PSAV maintains and services its equipment in accordance with the manufacturer's specifications and industry practice. PSAV does not, however, warrant or guarantee that the equipment or services being provided will be free of defect, malfunction or operator error. If the equipment malfunctions or does not operate properly during the Event for any reason whatsoever, Customer agrees to immediately notify a PSAV representative. PSAV will attempt to remedy the problem as soon as possible so that the Event is not interrupted. Customer agrees and acknowledges that PSAV assumes no responsibility or liability for any loss, cost, damage or injury to persons or property in connection with the Event as a result of inoperable equipment or otherwise.

10. **EVENT CANCELLATION.** If Customer cancels the Event or the provision of audiovisual equipment and services by PSAV more than **30 days** prior to the first day of the Event, no cancellation charges shall apply except for any expenses actually incurred by PSAV. Cancellations received at least **15 days** prior to the first day of the Event, shall be subject to a cancellation charge equal to **50%** of the entire estimate of charges contained in the most recent version of this Quote. Cancellations received **72 hours or less** before the first day of the Event, or after equipment has departed from its storage facility will be subject to a cancellation charge equal to **100%** of the total estimate of charges described on the most recent version of this Quote. Customer agrees and acknowledges that the cancellation charges described in this paragraph are reasonable and appropriate under the circumstances if Customer cancels the Event and/or cancels the provision of audiovisual equipment and services by PSAV. Cancellation fees, including fees to cover any incurred costs, shall be due immediately upon any such cancellation by Customer.
ALL CANCELLATION NOTICES MUST BE IN WRITING AND RECEIVED BY PSAV'S ON-SITE REPRESENTATIVES BEFORE BECOMING EFFECTIVE. IF APPLICABLE - IF ANY CUSTOM SETS, GOBOS OR OTHER CUSTOM MATERIALS ARE REQUIRED FOR AN EVENT, AN ADDITIONAL CANCELLATION FEE WILL BE APPLICABLE AND DUE TO PSAV REGARDLESS OF THE DATE OF CANCELLATION IN AN AMOUNT EQUAL TO THE DIRECT AND INDIRECT COSTS INCURRED BY PSAV OR ITS AFFILIATES IN SECURING AND/OR CONSTRUCTING SUCH CUSTOM MATERIALS PLUS A 15% RESTOCKING FEE.

11. **PAYMENT. Master Account** - Customer may be required to establish a Master Account with the venue under the terms as set forth by the venue and prior to the commencement of the Event. Customer must notify PSAV if a Master Account has not been secured with the venue so that pre-payment or other payment arrangement can be made with PSAV for equipment and services in connection with the Event. Upon conclusion of the Event, Customer shall be required to make full and final payment via Customer's Master Account with the venue. **Direct Bill** - Customers that seek to be direct billed for equipment rental, labor and other services must establish credit with PSAV by completing a credit application at least 30-days prior to the first day of the Event or at *signing of the contract if that date is* within 30 days of the Event start date. Based on review of the credit application, the Customer may be required to make a deposit at least 30-days prior to the first day of the Event or at signing of the contract if such date is within 30 days of the first day of the Event. The deposit received will be credited to the final invoice for the Event. Customer shall be required to make full and final payment to PSAV within the terms determined based on the credit application.

12. **CHANGES TO CUSTOMER QUOTE.** Customer may make changes to equipment or services specified in the Quote and the above cancellation charges shall not apply if Customer requests changes to equipment or services within 24 hours of the Event so long as the overall charges in the revised Quote are within 10% of the original agreed Quote.

13. **INDEMNIFICATION.** Customer and PSAV each hereby forever agree to indemnify, defend and hold harmless the other for any and all claims, losses, costs (including reasonable attorneys fees and costs), damages and/or injury to property and persons (including death) as a result of the negligent acts, errors or omissions of each party and their respective employees, agents, representatives and contractors. Customer also agrees to indemnify, defend and hold harmless PSAV against all claims for copyright, patent or other intellectual property infringement including claims for licenses and royalties, as a result of PSAV's use of any and all, without limitation, Customer provided materials, recordings, transmissions, videos, software, hardware etc., in connection with the Event.

14. **LIMITATION OF LIABILITY.** Under no circumstances will PSAV be responsible for any indirect, special or consequential damages (including, but not limited to, loss of profits, interest, earnings or use) whether arising in contract, tort or otherwise in connection with the Event.

15. **FORCE MAJEURE.** Performance under this Quote may be delayed due to unforeseeable and unavoidable delays caused by federal, state or municipal actions, statutes, ordinances or regulations; acts of god, hurricanes, earthquakes, other adverse weather conditions; war or terrorism; strikes or other labor disputes; or other unforeseeable incidents outside of any responsible party's control which shall make such performance impossible and/or impractical. The party whose performance is so delayed shall give notice of the delay and its cause to the other party to whom performance is owed within five (5) days of the commencement of such delay.

16. **LOSS DAMAGE WAIVER (LDW).** If LDW applies and is quoted in the Event order and Customer does not elect to decline LDW for the Event, Customer understands that charges for loss or damage to PSAV owned equipment will be waived by PSAV. Customer further acknowledges and understands that if any loss or damage occurs, Customer will be required to participate in any investigation by PSAV, facility security and/or other authorities. If it is determined that the loss or damage was intentionally caused by Customer or its representatives, this LDW shall not apply and Customer will be fully responsible for all such loss or damage.

17. **MISCELLANEOUS.** This Quote shall be governed and interpreted in accordance with the laws of the state where the Event is located. Time is of the essence with respect to each party's obligation hereunder. The individuals signing this Quote each represent and warrant to the other that they have the proper authority to bind their respective parties to the provisions of this Quote. The provisions of this Quote may only be modified by written Quote signed between the parties.

18. **ADDITIONAL TERMS AND CONDITIONS.** From time to time, additional Event-specific terms may also be included throughout the Quote. Customer understands and agrees to any additional provisions contained within the Event Quote.

PSAV
Prepared For: Mobe LTD
Quote No: 3011-6518
Total Estimate: $289.96

Approved By: [signature]

Printed On: 3/31/2016 5:10PM

Prepared By: Seth Zibman

Prepared For: Mobe LTD (Alicia Lindsay)

**I acknowledge that I have been offered and refused to purchase Loss Damage Waiver (LDW). I understand that I will be held fully liable for any damage and/or loss to the above listed rented equipment.**

**Signed Acceptance must be received prior to delivery of equipment to Customer/show site.**

[signature] 4/1/16

*Acceptance Signature* *Date of Acceptance*

# Spec Sheet for IM Freedom Workshops

Contract Information:

MOBE Ltd
B1-28-8, Soho Suites at KLCC
Kuala Lumpur KL 50450
Malaysia

Phone: [redacted]

Contact: Jill Sias

IATA # for any commissions: 42671694

POST AS: IM Freedom Workshop

Ballroom is needed from 9 am to 10 pm on contracted date

Schedule:

9 am -11 am Setup

12:00 pm Registration

12:30-2:30 First Presentation

6:00 pm Registration

6:30-8:30 pm Second Presentation

9:00 pm-10 pm Teardown

SPECIFICATIONS

Ballroom must be at least 1400 sq ft. NO PILLARS OR OBSTRUCTIONS IN THE ROOM.

Room needs to be set for 80 theater style seating.

1 table in the front of the room and 6 tables at the back of the room.

1 flip chart in the room

A diagram will be provided.

Tables must be fully skirted with matching skirting, preferably black.

Please supply pens and pads on the tables.

2 trash cans in the room.

We need 1 8 X 8 screen and internet access in the room.

- After event, please send receipts to Jill Sias, jill@coast2coastmeetings.com and Tim Fisher, tim.fisher@mobe.com

PLEASE LET ME KNOW BEFORE BOOKING IF THERE IS ANY CONSTRUCTION GOING ON AROUND THE HOTEL. THIS ALWAYS POSES AN ISSUE WITH GETTING CLIENTS INTO THE HOTEL.

ROOM ASSIGNMENT CHANGES: ONCE CONTRACTED, PLEASE DO NOT CHANGE OUR LOCATION WITHIN THE HOTEL WITHOUT NOTIFYING US.

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

Pursuant to 28 U.S.C. § 1746

1. I, Andrea Wong, have personal knowledge of the facts set forth below and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by **Embassy Suites LAX South**, and attached hereto.

3. The documents produced and attached hereto by **Embassy Suites LAX South** are originals or true copies of records of regularly conducted activity that:

   a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept in the course of the regularly conducted activity of **Embassy Suites LAX South**; and

   c) Were made by the regularly conducted activity as a regular practice of **Embassy Suites LAX South.**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2017.

Signature

ORIGINAL DATE: 2/6/2017

EMBASSY SUITES LAX SOUTH

STATEMENT OF GUEST FOLIO CHARGES
LOS ANGELES SUPERCHARGE

| GUEST NAME | ROOM NUMBER | Arrival DATE | DEPARTURE DATE | ROOM & TAX | OTHER | PAYMENTS DEPOSITS | TOTAL |
|---|---|---|---|---|---|---|---|
| BRANSFIELS, STEVE | 266 | 02/02/17 | 2/3/2017 | 146.72 | 0.00 | 0.00 | 146.72 |
| BRANSFIELS, STEVE | 266 | 02/03/17 | 2/5/2017 | 403.64 | 0.00 | 0.00 | 403.64 |
| BURBACHERXXX, MATHEW | 207 | 02/02/17 | 2/5/2017 | 526.55 | 0.00 | 0.00 | 526.55 |
| CHOW, JOHN | 247 | 02/02/17 | 2/5/2017 | 492.71 | 0.00 | 0.00 | 492.71 |
| JARQUIN, JOSE | 443 | 02/02/17 | 2/6/2017 | 640.41 | 0.00 | 0.00 | 640.41 |
| KLAUSS, KEVIN | 251 | 02/02/17 | 2/6/2017 | 660.71 | 0.00 | 0.00 | 660.71 |
| RAMX, ALEX | 253 | 02/02/17 | 2/6/2017 | 640.41 | 0.00 | 0.00 | 640.41 |
| ROWELL, CHRIS | 255 | 02/03/17 | 2/5/2017 | 605.46 | 0.00 | 0.00 | 605.46 |
| TAKEMURA, RICHARD | 351 | 02/02/17 | 2/5/2017 | 492.71 | 0.00 | 0.00 | 492.71 |
| TAYLOR, NATASHA | 334 | 02/02/17 | 2/6/2017 | 685.53 | 0.00 | 0.00 | 685.53 |
| VEVERKA, JILL | 217 | 02/02/17 | 2/5/2017 | 492.71 | 0.00 | 0.00 | 492.71 |
| VEVERKA, JILL | 217 | 02/05/17 | 2/6/2017 | 168.00 | 0.00 | 0.00 | 168.00 |
| WARD, JENNIFER | 111 | 02/02/17 | 2/5/2017 | 492.71 | 0.00 | 0.00 | 492.71 |
| Whitney, Russell | | 02/03/17 | 2/4/2017 | 166.88 | 0.00 | 0.00 | 166.88 |
| | | | TOTAL | 6,615.15 | 0.00 | 0.00 | 6,615.15 |

Embassy

PX 45

FTC-MOBE-003568

## Embassy Suites Hotel LAX South

1440 E. Imperial Avenue - El Segundo - CA - 90245 - 310-640-3600 - Fax 310-469-0050
**Banquet Event Order**

**BEO #: 591478**

Status: Definite

Printed on: 1/25/2017 3:24:00 PM

| | | | |
|---|---|---|---|
| **Account:** | Los Angeles Supercharge | **Event Date:** | **Friday, 2/3/2017** |
| **Post As:** | **Super Charge** | **Contact:** | Alicia Lindsay |
| **Address:** | B1-28-8<br>Soho Suites at KLCC<br>Kuala Lumpur Malaysia 50450<br>, 50450 | **Phone:**<br>**Fax:**<br>**Email:**<br>**On-Site** | [redacted]<br><br>alicia@mobe.com |
| **Deposit:** | | **Sales Mgr:** | Andrea Torng |
| **Method of Payment:** | | **Catering Mgr:** | Andrea Torng |

| Date | Time | Setup | Set | Gtd | Room |
|---|---|---|---|---|---|
| Friday, 2/3/2017 | 07:00 AM-09:00 PM | Classroom | 150 | 150 | Sevilla, Madrid, La Palma, Granada |

| Date | Time | Room Agenda | #PPL | Comments |
|---|---|---|---|---|
| Friday, 2/3/2017 | 08:00 AM-11:00 AM | AM Break | | Coffee/Tea |
| Friday, 2/3/2017 | 08:30 AM-09:00 AM | Registration | | |
| Friday, 2/3/2017 | 12:00 PM-01:00 PM | Lunch | | VIP Lunch in Valencia |
| Friday, 2/3/2017 | 02:00 PM-05:00 PM | PM Break | | Soda |
| Friday, 2/3/2017 | 07:00 PM-09:00 PM | Dinner | | VIP Dinner in Valencia |

### FOOD

No Food Requested

### BEVERAGE

No Bar Requested

### ROOM REQUIREMENTS

Qty: 1 Price: $2,000.00 Total: $2,000.00
Room Rental

Classroom
Classroom seating; (2) per 6' Table
Pens and Pads (1 per student)
Custom look at diagram
Water Station

### AUDIO VISUAL EQUIPMENT

Qty: 1 Price: $125.00 Total: $125.00
8 Channel Audio Mixer

Qty: 2 Price: $60.00 Total: $120.00
Audio Patch 1/8" Jacks to XLR

Qty: 2 Price: $250.00 Total: $500.00
6'x8' Rear Projection Screens with Dress Kit

Qty: 2 Price: $375.00 Total: $750.00
5K LCD Projectors

Qty: 3 Price: $150.00 Total: $450.00
Wireless Lapel Microphones

Qty: 4 Price: $100.00 Total: $400.00
Self Powered Speakers with Stands

Qty: 30 Price: $10.00 Total: $300.00
30' of Black Pipe and Drape

Qty: 8 Price: $50.00 Total: $400.00
AV Tech to run Soundboard 8 Hours per day

[signature] 1/26/17

Event Representative Authorized Signature — Date

Hotel Representative Signature — Date

**MISCELLANEOUS**

Hilton honors
[redacted] Alicia Lindsay

**Estimated Charges**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Food** | $0.00 | **Room** | $2,000.00 | **Gratuity** | $456.75 | **Tax 1** | $322.39 |
| **Beverage** | $0.00 | **Staff** | $0.00 | **Administrative Fee** | $182.70 | **Total** | $6,006.84 |
| **Audio/Visual** | $3,045.00 | **Miscellaneous** | $0.00 | | | | |

Confirmation is required 6 business days in advance of event or the expected attendance (set) above will become the guarantee. Embassy Suites Hotel LAX South requires this contract be signed by an authorized representative of your organization and returned by . Should this not occur, the hotel reserves the right of cancelling the contract upon notice to the organization. The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Food, beverage, and all charges are subject to Service Charge and Sales Tax.

**Folio #:** **BEO #: 591478**

[signature] 1/26/17
**Event Representative Authorized Signature** **Date**

**Hotel Representative Signature** **Date**

# Embassy Suites Hotel LAX South

1440 E. Imperial Avenue - El Segundo - CA - 90245 - 310-640-3600 - Fax 310-469-0050

**Banquet Event Order**

**BEO #: 591479**

Status: Definite

Printed on: 1/25/2017 3:24:00 PM

| | | | |
|---|---|---|---|
| **Account:** | Los Angeles Supercharge | **Event Date:** | **Friday, 2/3/2017** |
| **Post As:** | **Super Charge VIP Lunch/Dinner** | **Contact:** | Alicia Lindsay |
| **Address:** | B1-28-8<br>Soho Suites at KLCC<br>Kuala Lumpur Malaysia 50450<br>, 50450 | **Phone:** | |
| | | **Fax:** | |
| | | **Email:** | alicia@mobe.com |
| | | **On-Site** | |
| **Deposit:** | | **Sales Mgr:** | Andrea Torng |
| **Method of Payment:** | | **Catering Mgr:** | Andrea Torng |

| Date | Time | Setup | Set | Gtd | Room |
|---|---|---|---|---|---|
| Friday, 2/3/2017 | 12:00 PM-09:00 PM | Banquet | 30 | 30 | Valencia |

| Date | Time | Room Agenda | #PPL | Comments |
|---|---|---|---|---|
| Friday, 2/3/2017 | 12:00 PM-01:00 PM | Lunch | | |
| Friday, 2/3/2017 | 07:00 PM-09:00 PM | Dinner | | |

## FOOD

Time: 12:30 PM Qty: 30 Price: $37.00 Total: $1,110.00
SANDWICH TABLE BUFFET per person ( minimum 25 guests)
Includes Ice tea and Water Service
1.5 Hours of Service

~Potato salad
~Tuna salad
~House Roast Beef
~Smoked Turkey
~Black Forest Ham
~Tillamook Sharp Cheddar, Provolone and Swiss Cheese
~Tomatoes
~Lettuce
~Pickles
~Fresh Baked Cookies & Brownies

Time: 7:00 PM Qty: 30 Price: $47.00 Total: $1,410.00
DINNER BUFFET Italiano per person (minimum 25 guests)
1.5 Hours of Service

~Classic Ceasar
~Caprese Salad
~Garlic Bread
~Chicken Parmesan
~Baked Ziti
~Ratatouille
~Delizia, Classic Tiramisu Lady Fingers
~Iced Tea, Coffee, Decaf

## BEVERAGE

No Bar Requested

## ROOM REQUIREMENTS

Qty: 1 Price: $500.00 Total: $500.00
Room Rental

BanquetRounds of (8) or (10)

## AUDIO VISUAL EQUIPMENT

No A/V Requested

## MISCELLANEOUS

Hilton honors
Alicia Lindsay

## Estimated Charges

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Food** | $2,520.00 | **Room** | $500.00 | **Gratuity** | $378.00 | **Tax 1** | $311.80 |
| **Beverage** | $0.00 | **Staff** | $0.00 | **Administrative Fee** | $151.20 | **Total** | $3,861.00 |
| **Audio/Visual** | $0.00 | **Miscellaneous** | $0.00 | | | | |

[signature] 1/26/17

Event Representative Authorized Signature — Date

Hotel Representative Signature — Date

Confirmation is required 6 business days in advance of event or the expected attendance (set) above will become the guarantee. Embassy Suites Hotel LAX South requires this contract be signed by an authorized representative of your organization and returned by . Should this not occur, the hotel reserves the right of cancelling the contract upon notice to the organization. The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Food, beverage, and all charges are subject to Service Charge and Sales Tax.

**Folio #:** **BEO #: 591479**

1/26/17

**Event Representative Authorized Signature** **Date**

**Hotel Representative Signature** **Date**

## Embassy Suites Hotel LAX South

1440 E. Imperial Avenue - El Segundo - CA - 90245 - 310-640-3600 - Fax 310-469-0050

**Banquet Event Order**

**BEO #: 592750**

Status: Definite

Printed on: 1/25/2017 3:24:00 PM

| | | | |
|---|---|---|---|
| **Account:** | Los Angeles Supercharge | **Event Date:** | **Saturday, 2/4/2017** |
| **Post As:** | **Super Charge** | **Contact:** | Alicia Lindsay |
| **Address:** | B1-28-8<br>Soho Suites at KLCC<br>Kuala Lumpur Malaysia 50450<br>, 50450 | **Phone:** | [redacted] |
| | | **Fax:** | |
| | | **Email:** | alicia@mobe.com |
| | | **On-Site** | |
| **Deposit:** | | **Sales Mgr:** | Andrea Torng |
| **Method of Payment:** | | **Catering Mgr:** | Andrea Torng |

| Date | Time | Setup | Set | Gtd | Room |
|---|---|---|---|---|---|
| Saturday, 2/4/2017 | 07:00 AM-09:00 PM | Classroom | 150 | 150 | Sevilla, Madrid, La Palma, Granada |

| Date | Time | Room Agenda | #PPL | Comments |
|---|---|---|---|---|
| Saturday, 2/4/2017 | 08:00 AM-11:00 AM | AM Break | | Coffee/Tea |
| Saturday, 2/4/2017 | 08:30 AM-09:00 AM | Registration | | |
| Saturday, 2/4/2017 | 12:00 PM-01:00 PM | Lunch | | VIP Lunch in Valencia |
| Saturday, 2/4/2017 | 02:00 PM-05:00 PM | PM Break | | Soda |
| Saturday, 2/4/2017 | 07:00 PM-09:00 PM | Dinner | | VIP Dinner in Valencia |

### FOOD

No Food Requested

### BEVERAGE

No Bar Requested

### ROOM REQUIREMENTS

Qty: 1 Price: $2,000.00 Total: $2,000.00
Room Rental

Classroom
Classroom seating; (2) per 6' Table
Pens and Pads (1 per student)
Custom look at diagram
Water Station

### AUDIO VISUAL EQUIPMENT

Qty: 1 Price: $125.00 Total: $125.00
8 Channel Audio Mixer

Qty: 2 Price: $60.00 Total: $120.00
Audio Patch 1/8" Jacks to XLR

Qty: 2 Price: $250.00 Total: $500.00
6'x8' Rear Projection Screens with Dress Kit

Qty: 2 Price: $375.00 Total: $750.00
5K LCD Projectors

Qty: 3 Price: $150.00 Total: $450.00
Wireless Lapel Microphones

Qty: 4 Price: $100.00 Total: $400.00
Self Powered Speakers with Stands

Qty: 30 Price: $10.00 Total: $300.00
30' of Black Pipe and Drape

Qty: 8 Price: $50.00 Total: $400.00
AV Tech to run Soundboard 8 Hours per day

[signature] 1/26/17

Event Representative Authorized Signature    Date

Hotel Representative Signature    Date

**PX 45**

**MISCELLANEOUS**

Hilton honors
[redacted] Alicia Lindsay

**Estimated Charges**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Food** | $0.00 | **Room** | $2,000.00 | **Gratuity** | $456.75 | **Tax 1** | $322.39 |
| **Beverage** | $0.00 | **Staff** | $0.00 | **Administrative Fee** | $182.70 | **Total** | $6,006.84 |
| **Audio/Visual** | $3,045.00 | **Miscellaneous** | $0.00 | | | | |

Confirmation is required 6 business days in advance of event or the expected attendance (set) above will become the guarantee. Embassy Suites Hotel LAX South requires this contract be signed by an authorized representative of your organization and returned by . Should this not occur, the hotel reserves the right of cancelling the contract upon notice to the organization. The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Food, beverage, and all charges are subject to Service Charge and Sales Tax.

**Folio #:** **BEO #: 592750**

[signature] 1/26/17

**Event Representative Authorized Signature** **Date**

**Hotel Representative Signature** **Date**

## Embassy Suites Hotel LAX South

1440 E. Imperial Avenue - El Segundo - CA - 90245 - 310-640-3600 - Fax 310-469-0050
**Banquet Event Order**

**BEO #: 591482**
Printed on: 1/25/2017 3:24:00 PM

Status: Definite

| | | | |
|---|---|---|---|
| **Account:** | Los Angeles Supercharge | **Event Date:** | **Saturday, 2/4/2017** |
| **Post As:** | **Super Charge VIP Lunch/Dinner** | **Contact:** | Alicia Lindsay |
| **Address:** | B1-28-8<br>Soho Suites at KLCC<br>Kuala Lumpur Malaysia 50450<br>, 50450 | **Phone:** | |
| | | **Fax:** | |
| | | **Email:** | alicia@mobe.com |
| | | **On-Site** | |
| **Deposit:** | | **Sales Mgr:** | Andrea Torng |
| **Method of Payment:** | | **Catering Mgr:** | Andrea Torng |

| Date | Time | Setup | Set | Gtd | Room |
|---|---|---|---|---|---|
| Saturday, 2/4/2017 | 12:00 PM-09:00 PM | Banquet | 30 | 30 | Valencia |

| Date | Time | Room Agenda | #PPL | Comments |
|---|---|---|---|---|
| Saturday, 2/4/2017 | 12:00 PM-01:00 PM | Lunch | | |
| Saturday, 2/4/2017 | 07:00 PM-09:00 PM | Dinner | | |

### FOOD

Time: 12:30 PM Qty: 30 Price: $44.00 Total: $1,320.00
SOUTHWESTERN LUNCH BUFFET per person (25 guest minimum)
Includes ice tea & water service
(1.5 hours of service)

~Taco Salad
~Chips and Homemade Salsa
~Carne Asada
~Chicken Asada
~Mexican Rice
~Refried Beans
~Warm Corn Tortillas
~Cheese Enchilada
~Guacamole and Sour Cream
~Shredded Cheddar Cheese
~Pico De Gallo
~Dessert: Agua Fresca & Tres Leches Cake
~Iced Tea

Time: 7:00 PM Qty: 30 Price: $49.00 Total: $1,470.00
DINNER BUFFET per person (minimum 25 guests)
1.5 Hours of Service

~Mixed Green with Champagne Vinaigrette
~Grilled Tri Tip
~Microbrew Beer Marinated Chicken
~Roasted Heirloom Potatoes
~Chef's Selection of Seasonal Vegetables
~Rolls & Butter
~Dessert: Classic New York Cheesecake & Flourless Chocolate Cake
~Iced Tea, Coffee, Decaf

### BEVERAGE

No Bar Requested

### ROOM REQUIREMENTS

Qty: 1 Price: $500.00 Total: $500.00
Room Rental

BanquetRounds of (8) or (10)

### AUDIO VISUAL EQUIPMENT

No A/V Requested

### MISCELLANEOUS

Hilton honors
Alicia Lindsay

**Estimated Charges**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Food** | $2,790.00 | **Room** | $500.00 | **Gratuity** | $418.50 | **Tax 1** | $340.39 |
| **Beverage** | $0.00 | **Staff** | $0.00 | **Administrative Fee** | $167.40 | **Total** | $4,216.29 |
| **Audio/Visual** | $0.00 | **Miscellaneous** | $0.00 | | | | |

1/26/17

Event Representative Authorized Signature Date

Hotel Representative Signature Date

**PX 45**

FTC-MOBE-003575

Confirmation is required 6 business days in advance of event or the expected attendance (set) above will become the guarantee. Embassy Suites Hotel LAX South requires this contract be signed by an authorized representative of your organization and returned by . Should this not occur, the hotel reserves the right of cancelling the contract upon notice to the organization. The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Food, beverage, and all charges are subject to Service Charge and Sales Tax.

**Folio #:** **BEO #: 591482**

1/24/17

**Event Representative Authorized Signature** **Date**

**Hotel Representative Signature** **Date**

## Embassy Suites Hotel LAX South

1440 E. Imperial Avenue - El Segundo - CA - 90245 - 310-640-3600 - Fax 310-469-0050

**Banquet Event Order**

**BEO #: 592751**

Status: Definite

Printed on: 1/25/2017 3:24:00 PM

| | | | |
|---|---|---|---|
| **Account:** | Los Angeles Supercharge | **Event Date:** | **Sunday, 2/5/2017** |
| **Post As:** | **Super Charge** | **Contact:** | Alicia Lindsay |
| **Address:** | B1-28-8<br>Soho Suites at KLCC<br>Kuala Lumpur Malaysia 50450<br>, 50450 | **Phone:** | [redacted] |
| | | **Fax:** | |
| | | **Email:** | alicia@mobe.com |
| | | **On-Site** | |
| **Deposit:** | | **Sales Mgr:** | Andrea Torng |
| **Method of Payment:** | | **Catering Mgr:** | Andrea Torng |

| Date | Time | Setup | Set | Gtd | Room |
|---|---|---|---|---|---|
| Sunday, 2/5/2017 | 07:00 AM-09:00 PM | Classroom | 150 | 150 | Sevilla, Madrid, La Palma, Granada |

| Date | Time | Room Agenda | #PPL | Comments |
|---|---|---|---|---|
| Saturday, 2/4/2017 | 08:00 AM-11:00 AM | AM Break | | Coffee/Tea |
| Saturday, 2/4/2017 | 08:30 AM-09:00 AM | Registration | | |
| Saturday, 2/4/2017 | 12:00 PM-01:00 PM | Lunch | | VIP Lunch in Valencia |
| Saturday, 2/4/2017 | 02:00 PM-05:00 PM | PM Break | | Soda |
| Saturday, 2/4/2017 | 07:00 PM-09:00 PM | Dinner | | VIP Dinner in Valencia |

### FOOD

No Food Requested

### BEVERAGE

No Bar Requested

### ROOM REQUIREMENTS

Qty: 1 Price: $2,000.00 Total: $2,000.00
Room Rental

Classroom
Classroom seating; (2) per 6' Table
Pens and Pads (1 per student)
Custom look at diagram
Water Station

### AUDIO VISUAL EQUIPMENT

Qty: 1 Price: $125.00 Total: $125.00
8 Channel Audio Mixer

Qty: 2 Price: $60.00 Total: $120.00
Audio Patch 1/8" Jacks to XLR

Qty: 2 Price: $250.00 Total: $500.00
6'x8' Rear Projection Screens with Dress Kit

Qty: 2 Price: $375.00 Total: $750.00
5K LCD Projectors

Qty: 3 Price: $150.00 Total: $450.00
Wireless Lapel Microphones

Qty: 4 Price: $100.00 Total: $400.00
Self Powered Speakers with Stands

Qty: 30 Price: $10.00 Total: $300.00
30' of Black Pipe and Drape

Qty: 8 Price: $50.00 Total: $400.00
AV Tech to run Soundboard 8 Hours per day

[signature] 1/26/17

Event Representative Authorized Signature Date

Hotel Representative Signature Date

PX 45

**MISCELLANEOUS**

Hilton honors
[redacted] Alicia Lindsay

**Estimated Charges**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Food | $0.00 | Room | $2,000.00 | Gratuity | $456.75 | Tax 1 | $322.39 |
| Beverage | $0.00 | Staff | $0.00 | Administrative Fee | $182.70 | Total | $6,006.84 |
| Audio/Visual | $3,045.00 | Miscellaneous | $0.00 | | | | |

Confirmation is required 6 business days in advance of event or the expected attendance (set) above will become the guarantee. Embassy Suites Hotel LAX South requires this contract be signed by an authorized representative of your organization and returned by . Should this not occur, the hotel reserves the right of cancelling the contract upon notice to the organization. The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Food, beverage, and all charges are subject to Service Charge and Sales Tax.

**Folio #:** **BEO #: 592751**

1/26/17

Event Representative Authorized Signature Date

Hotel Representative Signature Date

# Embassy Suites Hotel LAX South

1440 E. Imperial Avenue - El Segundo - CA - 90245 - 310-640-3600 - Fax 310-469-0050

**Banquet Event Order**

**BEO #: 591484**

Status: Definite

Printed on: 1/25/2017 3:24:00 PM

| | | | |
|---|---|---|---|
| **Account:** | Los Angeles Supercharge | **Event Date:** | **Sunday, 2/5/2017** |
| **Post As:** | **Los Angeles Supercharge** | **Contact:** | Alicia Lindsay |
| **Address:** | B1-28-8<br>Soho Suites at KLCC<br>Kuala Lumpur Malaysia 50450<br>, 50450 | **Phone:**<br>**Fax:**<br>**Email:**<br>**On-Site** | [redacted]<br><br>alicia@mobe.com |
| **Deposit:** | | **Sales Mgr:** | Andrea Torng |
| **Method of Payment:** | | **Catering Mgr:** | Andrea Torng |

| Date | Time | Setup | Set | Gtd | Room |
|---|---|---|---|---|---|
| Sunday, 2/5/2017 | 12:00 PM-03:00 PM | Banquet | 30 | 30 | Valencia |

| Date | Time | Room Agenda | #PPL | Comments |
|---|---|---|---|---|
| Sunday, 2/5/2017 | 12:00 PM-01:00 PM | Lunch | | |

## FOOD

Time: 12:30 PM Qty: 30 Price: $37.00 Total: $1,110.00
SANDWICH TABLE BUFFET per person ( minimum 25 guests)
Includes Ice tea and Water Service
1.5 Hours of Service

~Potato salad
~Tuna salad
~House Roast Beef
~Smoked Turkey
~Black Forest Ham
~Tillamook Sharp Cheddar, Provolone and Swiss Cheese
~Tomatoes
~Lettuce
~Pickles
~Fresh Baked Cookies & Brownies

## BEVERAGE

No Bar Requested

## ROOM REQUIREMENTS

Qty: 1 Price: $500.00 Total: $500.00
Room Rental

BanquetRounds of (8) or (10)

## AUDIO VISUAL EQUIPMENT

No A/V Requested

## MISCELLANEOUS

Hilton honors
[redacted] Alicia Lindsay

**Estimated Charges**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Food** | $1,110.00 | **Room** | $500.00 | **Gratuity** | $166.50 | **Tax 1** | $162.52 |
| **Beverage** | $0.00 | **Staff** | $0.00 | **Administrative Fee** | $66.60 | **Total** | $2,005.62 |
| **Audio/Visual** | $0.00 | **Miscellaneous** | $0.00 | | | | |

Confirmation is required 6 business days in advance of event or the expected attendance (set) above will become the guarantee. Embassy Suites Hotel LAX South requires this contract be signed by an authorized representative of your organization and returned by . Should this not occur, the hotel reserves the right of cancelling the contract upon notice to the organization. The hotel reserves the right to reassign meeting rooms based upon final guaranteed numbers, to a room suitable of accommodating the group and requirements. Food, beverage, and all charges are subject to Service Charge and Sales Tax.

**Folio #:** **BEO #: 591484**

[signature] 1/26/17

Event Representative Authorized Signature Date

Hotel Representative Signature Date

**PX 45**

EMBASSY SUITES
by HILTON
Los Angeles - International Airport/South
1440 E. Imperial Avenue
El Segundo, CA 90245
Phone 310-640-3600 Fax 310-469-0050

# CATERING CONTRACT

TODAY'S DATE: 12/15/16
SIGNED CONTRACT DUE:12/22/16
ACCOUNT: Mobe

ADDRESS:
CITY:

STATE:
ZIP CODE:

MENU DUE:2 weeks prior to event
DEPOSIT DUE:$6750.00
READER BOARD: Los Angeles Supercharge
CONTACT: Alicia Lindsay
ON-SITE CONTACT: Jenny Blansford
TELEPHONE: [redacted]
FAX:
EMAIL:

| DAY | DATE | START | END | FUNCTION | ROOM | SETUP | ATTD | RENTAL |
|---|---|---|---|---|---|---|---|---|
| Friday | 2/3/17 | 7AM | 9PM | General Session | Granada, La Palma, Madrid, Sevilla | Classroom | 100 | $2000 |
| Friday | 2/3/17 | 7AM | 9PM | VIP Lunch, Dinner | Valencia | Banquet Rounds | 30 | $500 |
| Saturday | 2/4/17 | 7AM | 9PM | General Session | Granada, La Palma, Madrid, Sevilla | Classroom | 100 | $2000 |
| Saturday | 2/4/17 | 7AM | 9PM | VIP Lunch, Dinner | Valencia | Banquet Rounds | 30 | $500 |
| Sunday | 2/5/17 | 7AM | 9PM | General Session | Granada, La Palma, Madrid, Sevilla | Classroom | 100 | $2000 |
| Sunday | 2/5/17 | 7AM | 9PM | VIP Lunch, Dinner | Valencia | Banquet Rounds | 30 | $500 |

**Minimum:** $6000 Embassy Suites Hotel LAX South has a food and beverage requirement of the amount noted. The requirement will need to be met regardless of the guaranteed number of attendees.

**Tax & Gratuity:** To ensure the superior service of Embassy Suites Hotel LAX South, 21% gratuity will be added to all food, beverage, and audiovisual costs. Current sales tax will apply.

**Guarantee:** In order to provide for all attendees, a guaranteed count will be needed 72 hours in advance of the function. Unfortunately, this number may not be reduced. Should you be unable to provide us with a count, Embassy Suites Hotel LAX South will refer to the originally contracted number and prepare accordingly. This will ensure the comfort of all in attendance.

**Labor Charge:** In the case on-site changes are requested, additional labor fees may be assessed.

**Food & Beverage:** Because of market fluctuations, all prices are subject to change. Should our prices increase, written notification will be given. Outside food and beverage is prohibited and Embassy Suites Hotel LAX South does not permit the removal of any foods provided by the hotel.

**Room Rental:** Room rental fees are determined upon original program details. Revisions from the original contract may necessitate a revision in room rental fees, 9% tax is added to all room rental fees.

**Room Assignments:** The Catering Department reserves the right to reassign functions rooms to best service and utilize space according to the final guaranteed number of guests.

**Boxes: Embassy Suites Hotel LAX South** will gladly receive the supplies necessary for any function. The shipment of such material will be accepted no sooner than 3 days prior to the function. A nominal-handling fee of $5.00 per box, up to 50 lbs., ensures their delivery to your preferred location.

**Signage and Banners:** Signs and banners are not permitted in the hotel lobby. In an effort to maintain appearances, the attachment of these items to function walls, floors, ceilings or curtains is also prohibited. Should these restrictions be of concern, please discuss them with your Catering Manager.

**Cancellations: Embassy Suites Hotel LAX South** is holding the aforementioned space for the exclusive use by your group. Should the entire or partial program cancel, the Hotel will collect as liquidated damages, fees according to the following schedule:

| Cancellation Prior | Total Estimated Revenue |
|---|---|
| 60-31 Days Prior | (50% of estimated revenue) |
| 30 days or less | (100% estimated revenue) |

**Acceptance:** Space will be confirmed on a definite basis with the return of your signed agreement by __12/22/16______. Failure to do so will result in function space being released and contract void.

| | | | |
|---|---|---|---|
| Client Approval | [signature] | Andrea Torng | |
| Title | Lead, Global Events Manager | Director of Catering | |
| Date | 16/12/16 | December 15, 2016 | |

MOBE [illegible] 10885)
SOHO SU[illegible] KLCC
B1-26, Unit No. 6, 28th Floor,
No. 20, Jalan Perak,
50450 Kuala Lumpur.

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

Pursuant to 28 U.S.C. § 1746

1. I, Kari David, have personal knowledge of the facts set forth below and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by **Embassy Suites by Hilton - Minneapolis**, and attached hereto.

3. The documents produced and attached hereto by **Embassy Suites by Hilton - Minneapolis** are originals or true copies of records of regularly conducted activity that:

   a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept in the course of the regularly conducted activity of **Embassy Suites by Hilton - Minneapolis**; and

   c) Were made by the regularly conducted activity as a regular practice of **Embassy Suites by Hilton - Minneapolis**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 5/31, 2017.

[signature]
Signature

**Frank Connolly**

**From:** Rachel Kansanback
**Sent:** Monday, January 23, 2017 9:11 AM
**To:** Adrienne Halterman
**Subject:** FW: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport
**Attachments:** Scan0802.pdf

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport
7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Saturday, January 21, 2017 6:41 PM
**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Hi Rachel,

Attached is the contract and credit card authorization form.

Looking forward to working with you!

Thanks!
Alicia

**Alicia Lindsay, Event Planner**
email: alicia@mobe.com
Cell Phone: [redacted]
Skype: [redacted]

On Wed, Jan 18, 2017 at 10:12 AM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

Oh, ok... that's me assuming again. Sorry about that! See attached revised contract ...

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Tuesday, January 17, 2017 5:13 PM
**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Ahh...Ok, but for this one day event we won't have any F&B, just room rental.

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [redacted]

Skype: [redacted]

On Tue, Jan 17, 2017 at 5:46 PM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

Keep reading it is under "food and beverage minimum" paragraph

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

EMBASSY
SUITES

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Tuesday, January 17, 2017 4:27 PM
**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Thanks, so, I think the price is incorrect on the contract. It says it is waived with F&B.

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [redacted]

Skype: [redacted]

On Tue, Jan 17, 2017 at 5:07 PM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

Excellent! Please see attached! I look forward to working with you!

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7001 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

EMBASSY SUITES by HILTON

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Tuesday, January 17, 2017 3:54 PM

**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Rachel,

Great news! We are ready to move forward with a contract for Feb 23 in the Palm BR for $2000!

I have attached the spec sheets for your reference.

Looking forward to working with you!

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [redacted]

Skype: [redacted]

On Tue, Jan 17, 2017 at 11:49 AM, Alicia Lindsay <alicia@mobe.com> wrote:

Great...Thank you!!

Sure...

MOBE Ltd

B1-28-8 Soho Suites at KLCC

Kuala Lumpur, Malaysia 50540

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [REDACTED]

Skype: [REDACTED]

On Tue, Jan 17, 2017 at 11:47 AM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

I can do the $2000 ... not a problem. Let me know the company's information so I can put a soft hold on the Palm Ballroom, we are booking up fast for February. Thanks!

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Tuesday, January 17, 2017 10:36 AM
**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Hi Rachel,

I have submitted for approval and the $2500 is a little over budget. Can you offer us $2000 room rental? We are considering Feb 23.

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [redacted]

Skype: [redacted]

On Mon, Jan 16, 2017 at 3:44 PM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

Hi – sleeping room rate is $149. When we go to contract I will be needing their names so we can get the confirmation #, etc.

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

EMBASSY SUITES by HILTON

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Monday, January 16, 2017 2:40 PM

**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

It will be about 4 rooms. Yes, the rooms will be for our staff.

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [redacted]

Skype: [redacted]

On Mon, Jan 16, 2017 at 3:15 PM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

How many do you need? Courtesy block?

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Monday, January 16, 2017 2:00 PM

**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Ok, thank you! I will be back in touch.

How much are the sleeping rooms that week?

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [redacted]

Skype: [redacted]

On Mon, Jan 16, 2017 at 2:53 PM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

See attached for your reference. This is set up in classroom. All 100 people would fit on one side of the pillars and the tables with chairs could go on the other side with the TVs, if necessary.

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

EMBASSY SUITES by HILTON

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Monday, January 16, 2017 1:46 PM

**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

And that room has 4 pillars, correct?

Can you send me the diagram please?

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [REDACTED]

Skype: [REDACTED]

On Mon, Jan 16, 2017 at 2:34 PM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

Yes, all of Palm Ballroom (3358 sq ft) is open for those three dates. Room rental is $2500

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7801 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Monday, January 16, 2017 1:32 PM

**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Hi..

Thanks for your quick reply.

Just like the other event, we need to have larger space. Would it be possible to be in about 3000 sq ft due to the tables in the back of the room.

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [redacted]

  Skype: 

On Mon, Jan 16, 2017 at 2:13 PM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

Hi Alicia –

Yes we have all three dates available in our Palm 1 Ballroom (1656 sq ft). Because there is no F&B, room rental would be $1250 for the day. Let me know if you would like to put a soft hold on one of those dates. I would need the company's information. Thanks!

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

EMBASSY
SUITES
by HILTON

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Monday, January 16, 2017 1:07 PM
**To:** Rachel Kansanback

**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Hi Rachel,

I am not sure if I asked you to see if you have availability for a one day training on either Feb 21-22 or 23. I only need one day at your property from 11 am to 9 pm. We will be set theatre style for about 100 people. We do not need any F&B.

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [REDACTED]

Skype: [REDACTED]

On Fri, Jan 13, 2017 at 2:37 PM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

Thanks!

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Friday, January 13, 2017 10:45 AM

**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Thanks Rachel,

Sure, talk to you then, here are the spec sheets for your reference in the meantime.

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [redacted]

Skype: [redacted]

On Fri, Jan 13, 2017 at 10:42 AM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

Hi Alicia –

Please see attached countersigned contract. I will reach out to you 2 weeks prior to the meetings for food, beverage and AV needs. Take care!

Happy Friday!!!

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

EMBASSY
SUITES
by HILTON

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Friday, January 13, 2017 8:16 AM
**To:** Rachel Kansanback
**Subject:** Re: Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Rachel,

Hello, Good Morning!

Attached is the signed contract for March 24-26.

Thanks!

Alicia

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: [REDACTED]

Skype: [REDACTED]

On Thu, Jan 12, 2017 at 12:12 PM, Rachel Kansanback <Rachel.Kansanback@hilton.com> wrote:

Hi Alicia –

Thank you for accepting my proposal for Mobe's sales training March 24th – 26th. Attached you will find the contract and credit card authorization form. Please sign and fill out the CC form and send back to me for contract countersignature. Let me know if you have any questions!

I look forward to working with you! ☺

RACHEL KANSANBACK | Catering Manager

Embassy Suites Minneapolis Airport

7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5111 Fax: 952 854 6557

www.embassymspairport.com
Facebook TripAdvisor

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Wednesday, January 11, 2017 12:12 PM
**To:** Rachel Kansanback
**Subject:** Message from Alicia Lindsay regarding Minneapolis HBS (HBNNSN6553D) for Embassy Suites by Hilton Minneapolis Airport

Using a mobile device? Log in to view a mobile-friendly version of this RFP.

**Actions**

View this RFP

Manage RFPs

View your proposal status

View Message History

## Message

Hello Rachel,

Is the $4200 room rental total for the 3 days or per day?

Thanks!
Alicia

### Need Help?

Click here to get more information, read frequently asked questions, and learn more about who we are and what we do.
Get more information

## RFP Information

| | |
|---|---|
| **RFP Name** | Minneapolis HBS |
| **RFP Code** | HBNNSN6553D |
| **Lead Source** | Cvent Supplier Network |
| **Response Requested by** | 16-Jan-2017 |
| **Key Contact** | Alicia Lindsay |
| **Planner Organization** | MOBE |
| **RFP Organization Type** | Corporate |
| **RFP Organization** | MOBE |
| **RFP Type** | Meeting Space and Sleeping Rooms |
| **Event Date(s)** | Fri, 24 Mar 2017 - Sun, 26 Mar 2017 |
| **Attendees** | 50 |

## Cvent Instructions

Reply to this email to send Alicia Lindsay a message with new information or additional questions.

Cvent offers planners the opportunity to send customized emails to suppliers that have received their RFP. This allows users to communicate questions or new information quickly to suppliers through Cvent.

Thank you,
Alicia Lindsay
alicia@mobe.com
MOBE

**Additional Resources**

Learn about advertising opportunities on the Cvent Supplier Network to maximize your exposure and win more group business.

View our Media Kit

Attend a Webinar

**Cvent Hospitality Blog**

Learn more from Cvent about hospitality marketing techniques and get insight from meeting planners to win more group business.

Read our blog

Subscribe to our Newsletter

**About Cvent**

Learn more about our company and how the Cvent Supplier Network helps meeting planners find where they can book their next event!

Learn more about Cvent

Download our White Papers

---

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2017 Hilton Worldwide Proprietary and Confidential