*Embassy Suites Minneapolis Airport*
*7901 34th Avenue South*
*Bloomington, MN 55425*
*Phone 952-854-1000 Fax 952-854-0396*

## WOOLLEY'S CATERING CONTRACT

| | | | | |
|---|---|---|---|---|
| TODAY'S DATE: | 1/17/2017 | | MENU DUE: | 2/9/2017 —MA |
| | | | BEO DUE: | 2/9/2017 |
| SIGNED CONTRACT DUE: | 1/17/2017 | | DEPOSIT DUE: | |
| ACCOUNT: | Mobe | | READER BOARD: | Mobe |
| ADDRESS: | B1-28-8 Soho Suites at KLCC | | CONTACT: | Alicia Lindsay |
| | Kuala Lumpar 50450 Malaysia | | | |
| CITY: | | | ON-SITE CONTACT: | |
| STATE: | | | TELEPHONE: | █████████ |
| ZIP CODE: | 50450 | | FAX: | |

| DAY OF THE WEEK | DATE | START TIME | END TIME | FUNCTION TITLE NAME | FUNCTION ROOM | ROOM SETUP | TOTAL COUNT OF ATTENDEES | MEETING ROOM RENTAL |
|---|---|---|---|---|---|---|---|---|
| Thursday | 2/23/2017 | ~~08:00 AM~~ 11AM | ~~05:00 PM~~ 11PM | Meeting ~~w/Lunch~~ | Palm Ballroom | ~~Classroom 3~~ per 6 Theatre | ~~100~~ TBD | $2000 |

Concessions:
-Complimentary wireless internet in the meeting room.
-Complimentary setup of the banquet room.
-Complimentary Podium

**Event Start Time:** Client agrees to begin their function and meals promptly on the scheduled time and agrees to have their guests, invitees and other persons vacate the designated function area at the closing hour indicated. The client further agrees to reimburse Woolley's for any overtime wage payments or other expenses incurred by Woolley's because of Clients failure to comply with these regulations. Woolley's has the right to move any group's meeting space based on actual attendance and business volumes within the hotel.

**Event End Time:** Client acknowledges the meeting room end time each day as noted above and agrees to vacate the meeting space no later than the specified end unless a 24 hour hold is specifically contracted. **Initial Here:** _(signature)_

**Food and Beverage Minimum/ Meeting Room Rental:** The room rental for your event is $2000 and does not include service charge. Food and Beverage Minimum/Meeting Room Fees are determined upon original program details. Actual costs will be dependent on the menu selected and the number of guests attending the function. If the group does not meet the food and beverage minimum, the difference will be charged as an additional meeting room rental fee. Changes or movement to larger meeting space from the original agreement may necessitate an increase in meeting room rental fees or food and beverage minimums.

**Food and Beverage Guarantees:** In arranging guarantees for functions, it is the sole responsibility the coordinator or host to contact the Catering Manager with the specific number of attendees for a function. Guaranteed number of attendees is required three business days by 12:00PM prior to the event date. After that time your count may increase, however it cannot decrease. Should Woolley's not receive your final counts three business days prior to the function by 12:00PM, we will assume that the last count given will be what was originally contracted is the final guarantee. An average of 3% of the guaranteed guest count food will be prepared per event. Woolley's will agree to serve additional food to additional guests at an additional fee per person based on the food available to serve.

**Banquet Price, Tax & Service Charge:** All food and beverage items, Audio Visual and meeting room rental prices are subject to a 23% service charge (Note: Service charge covers administrative and discretionary costs and is not a gratuity) and current state tax of 7.275%. All alcohol is subject to current liquor taxes of 12.775%. The service charge is the property of Woolley's and will be disbursed by Management. Due to market fluctuations, all prices are subject to change.

**Cancellation:** The rates offered us are based in part upon the total gross revenue anticipated from your agreement to use and pay for the rooms and events listed above. You agree and understand that in the event of a cancellation by you, our actual damages would be difficult to determine. Therefore, you have agreed to pay reasonable liquidated damages to Woolley's for cancellation as described in this paragraph. Cancellation damages will be calculated as a percentage, based on the date of cancellation listed below, of total anticipated gross revenues from all food and beverage minimums and meeting room fees listed above.

Cancellation Sliding Scale of Damages Owed:

| Date of Cancellation Prior to Event's Contracted Start Date | Percentage Owed | Total Damages Owed |
|---|---|---|
| 181 days-365 days | 25% | |
| 91days-180 days | 50% | |
| 31 days-90 days | 75% | |
| 24 hours or less-30 days | 100% | |

**Form of Payment:** Woolley's will accept a corporate credit card, cashiers check, or money order for all corporate and social events. All events must be paid in full prior to the event date. Corporate clients wishing to apply for direct bill status must be approved by the credit manager. If this is your first meeting with us, a credit card will be required and will be held in the file. In the event payment is not made within 30 days of the event, the credit card will be charged, unless noted otherwise on the contract.

## PX 46

FTC-MOBE-003604

Page 2
Mobe

**Form of Payment:** Woolley's will accept a corporate credit card, cashiers check, or money order for all corporate and social events. All events must be paid in full prior to the event date. Corporate clients wishing to apply for direct bill status must be approved by the credit manager. If this is your first meeting with us, a credit card will be required and will be held in the file. In the event payment is not made within 30 days of the event, the credit card will be charged, unless noted otherwise on the contract.

**Tax Exempt Status:** Groups who have tax-exempt status must provide suitable evidence of Minnesota tax-exempt status to the Catering Director 30 days in advance of the function for validation by the Credit Manager.

**Outside Food and Beverage:** Woolley's does not allow any food or beverage items to be brought into the banquet/function space and conference rooms for consumption by your guests without written permission. In addition, the Department of Health does not allow clients to remove left over food & beverage from this property.

**Scope of Service:** Woolley's team of experienced planners, decorators, and service professionals will plan and execute your event. This includes planning help from one of our Catering Sales Managers, a detailing session to confirm your Banquet Event Order, and an onsite Banquet Manager the day of your event. Woolley's does not guarantee any particular event lead or on- site Banquet Manager. While the Client may work with a specific Sales Manager in the event planning process, Woolley's may still assign someone different to oversee the catering set-up and execution on the day of the event. This decision is finalized during the week leading up to your event and is made based on a number of factors, including staff availability, venue and scheduling needs.

**Atrium Usage:** The Atrium area is an open area and available to use for private social receptions, lunches or wedding ceremonies and can be reserved for your group as noted on the agreement. As the hotel must continue with the daily operations of housekeeping, use of the elevators, guest noise levels, pool and general maintenance, we cannot discontinue or interrupt these services. There may also be hotel guests viewing the event from various floors. All events in the Atrium must conclude by 5:00 PM without exception. Fees for reserving the Atrium will be quoted by the Catering Manager.

**Music and Entertainment:** Woolley's must be notified 90 days prior to the event if you have personally contracted a DJ, Live Band or if you will be cheering, singing or chanting. Woolley's has the right refuse any music and entertainment. All Music and Hosted or Cash bars must end by 12:00PM Midnight, there are NO exceptions to this policy. Woolley's or Hotel Management reserves the right to control the volume of any music and entertainment.

**Conduct:** Client will conduct their function in an orderly manner and in full compliance with Woolley's in all applicable, ordinances and regulations. Client further agrees that the functions will be confined to room(s) rented and scheduled and it is the client's responsibility to enforce compliance upon their guests. Woolley's reserves the right to exclude any objectionable persons from the event, or premises without liability.

**Clean up and Damage:** Woolley's reserves the right to charge an appropriate clean up or damage fee if the condition of the facility after the event deems to be necessary. Damages to the facility caused by an attendee, vendor, or performer will be the responsibility of the client and the cost of any repairs will be billed to the client. Woolley's will not assume any responsibility for the damage or loss of any merchandise or articles left on the premises before, during, or after the event. Confetti, glitter, or like substances are not allowed. Should they be used with out Woolley's knowledge, a clean up fee of $400.00 will be added to the final bill. Woolley's will not permit the affixing of objects to the walls, floors, or ceilings with nails, staples, tape, or other substance unless prior written permission is granted. In the event this is done without authorization and any damage is suffered, the cost of the repair and/or replacement will be billed to the client.

**Removal of Property:** All gifts, vendor items, and decorations must be removed from the premises immediately following the event.

**Shipping:** The property does not have a loading Dock, however shipping of supplies and materials can be delivered to the property no sooner than 2 days prior to the event and will be logged in at the Bell stand. A nominal-handling fee of $5.00 per box, up to 50 lbs. ensures delivery of the boxes to your preferred meeting room.

**Auxiliary Aids:** You acknowledge that the facilities being rented for you including common areas and transportation services will be in compliance with our public accommodation requirements under the Americans with Disabilities Act. You agree that one week in advance you will furnish to us a list of any auxiliary aids needed by your attendees in the meeting or function spaces. You agree to pay all charges associated with the provision of such aids.

**Renovation/Construction:** Woolley's currently has no plans for renovation or other construction over the dates of the Event. Should plans be made to renovate or remodel, or perform other heavy construction, which will affect the enjoyment of Client's attendees during the Event, Woolley's will promptly notify Client in writing, and make appropriate and reasonable concessions to the Customer's satisfaction. Group acknowledges that Woolley's may from time to time be under simple renovation, expansion, and/or remodeling

**Proprietary Information:** Woolley's owns trade secrets and confidential information acquired through the expenditure of time, effort and money, including planning documents instructional documents, timelines, schematics, checklists, and vendor information (herein "Confidential Information") Clients agree to use all best efforts to keep Confidential Information strictly confidential. This includes a agreement to not disclose, allow access to, or transmit Confidential Information to any third party or competitor, including but not limited to online forums, other Catering companies, friends or family, without Woolley's Catering's prior consent.

**Mutual Indemnification:** Each party agrees to indemnify and hold harmless the other party and its employees, members, land-lord, successors, and assigns, from any claims, liabilities, losses, damages, and expenses asserted against the other party and arising out of the indemnifying party's

*Page 3*
*Mobe*

**Promotional Considerations:** We have the right to review and approve any advertisements or promotional materials in connection with your function that specifically reference any name or logo of the Hilton family of Hotel brands or Woolley's.

**Force Majeure:** It is mutually understood and agreed that neither party hereto shall be held responsible for damages caused by delay or failure to perform hereunder, when such delay or failure is due to fires, strikes, floods, acts of God, legal acts of public authorities, or delays or defaults caused by public carriers which cannot reasonably be forecast or provided against. Woolley's shall notify Client of any expected delays immediately.

**Amendment:** This contract may only be modified or amended through a written agreement signed by both parties.

**Governing Law:** This contact shall be governed by the laws of the State of Minnesota, and any disputes arising under the agreement shall be adjudicated in the State of Minnesota.

**Acceptance:** Space will be confirmed on a definite basis with the return of your signed agreement by **1/27/2017.** Failure to do so will result in function space being released and contract void.

| | | |
|---|---|---|
| Client Approval | _(signature)_ | Rachel Kansanback |
| Title | Lead, Global Events Manager | |
| Date | 20/1/17 | Date |

**MOBE Ltd** (LL10885)
SOHO SUITES @ KLCC
B1-28, Unit No. 8, 28th Floor,
No. 20, Jalan Perak,
50450 Kuala Lumpur.

# CREDIT CARD AUTHORIZATION FORM



Food and Beverage Caterer inside the Embassy Suites Hotel-Minneapolis Airport
7901 34th Avenue South – Bloomington, MN  55425
Email Authorization to: accounting@tricitymanagement.com

I, _Matthew McAfee_____, give authorization to
Tri-City Restaurant Management, DBA Woolley's Restaurant, to charge
my credit card to pay for:

### Banquet/Catering

Event date: _Feb 23, 2017_____

Event name: _IM Freedom_____

Guest(s) name: _____

Company name: _MOBE_____

Name as it appears on credit card: _Matthew McAfee_____

Credit card number: ████████████████ 1002_____

Expiration date: ████_____

Billing address: _B1-28-8 Sotto Suites at KLCC_____

City, State and Zip: _KUALA Lumpur Malaysia 50450_____

Phone number: ████████_____

## PX 46

**Frank Connolly**

| | |
|---|---|
| **From:** | Tonya Underdahl <tonyaunderdahl@tricitymanagement.com> |
| **Sent:** | Thursday, March 23, 2017 11:38 AM |
| **To:** | Adrienne Halterman |
| **Subject:** | RE: MOBE |

Ok.  Also, I see they have a $1400 RR for Friday and Sunday but nothing for Saturday.  Is that correct?

**From:** Adrienne Halterman [mailto:Adrienne.Halterman@Hilton.com]
**Sent:** Thursday, March 23, 2017 10:12 AM
**To:** Tonya Underdahl <tonyaunderdahl@tricitymanagement.com>
**Subject:** MOBE

they want to add 1-wireless hand held microphone to their 3 day meeting

Thanks,
Adrienne

ADRIENNE HALTERMAN | Corporate Catering Sales Manager

**Embassy Suites Minneapolis Airport**
7901 34th Ave South, Bloomington, MN 55425
Direct: 952 960 5118 | Mobile: 612 298 8090
Adrienne.Halterman@hilton.com



www.embassymspairport.com
www.embassyweddings.com
Facebook_ .TripAdvisor

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2017 Hilton Proprietary and Confidential

1

**PX 46**

FTC-MOBE-003608

## <u>CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY</u>

Pursuant to 28 U.S.C. § 1746

1.　　I, _Michael Dryden_ , have personal knowledge of the facts set forth below

and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by **Embassy Suites by**

**Hilton Orlando Lake Buena Vista South**, and attached hereto.

3.　　The documents produced and attached hereto by **Embassy Suites by Hilton Orlando**

**Lake Buena Vista South** are originals or true copies of records of regularly conducted

activity that:

　　a)　　Were made at or near the time of the occurrence of the matters set forth by, or

　　　　　from information transmitted by, a person with knowledge of those matters;

　　b)　　Were kept in the course of the regularly conducted activity of **Embassy Suites by**

　　　　　**Hilton Orlando Lake Buena Vista South**; and

　　c)　　Were made by the regularly conducted activity as a regular practice of **Embassy**

　　　　　**Suites by Hilton Orlando Lake Buena Vista South**.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _May 31_ , 2017.

_[signature]_
Signature

**PX 47**

FTC-MOBE-003609

## Form of Certificate of Compliance*

I/We do certify that all of the documents, information and tangible things required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document or tangible thing responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to its submission and the reasons for the objections have been stated.

Signature _____

Title _____

Sworn to before me this day

May 31st, 2017

MARILYN ANDUJAR
Notary Public

_____

MARILYN ANDUJAR
MY COMMISSION # GG 053765
EXPIRES: December 8, 2020
Bonded Thru Notary Public Underwriters

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible.  In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

FTC Form **144-Back** (rev. 12/15)

## PX 47

FTC-MOBE-003610



**EMBASSY SUITES**
by HILTON

Orlando Lake Buena Vista South

## Authorization to Bill Credit Card
### CONFIDENTIAL

I, *Matthew McPhee* authorize the Embassy Suites-Lake Buena Vista South to charge my credit card for the charges authorized herein.

Type of Credit Card: ☐ MasterCard  ☐ Visa  ☒ American Express  ☐ Discover  ☐ Other

Credit Cards Number: ███████ /022

Expiration Date: ███████

Full Name on Credit Card: *Matthew Lloyd McPhee*

Credit Card Billing Address: *B1-28-8 Soho Suites at KLCC*
*Kuala Lumpur Malaysia   50450*

**Authorized Charges:**

| | | |
|---|---|---|
| Guest Suite: ☐ | Suite Tax: ☐ | Phone: ☐ |
| Gift Shop: ☐ | Restaurant: ☐ | Room Service: ☐ |
| Banquet Food/Bev: ☐ | Audio/Visual: ☒ | Amenity: ☐ |
| Business Center: ☐ | Meeting Room: ☒ | All Master Account Charges: ☒ |
| Package Handling: ☐ | | |

Other: (Please Specify): _____

Group Name: *IM Freedom - MOBE*

Date Applicable to Charges: *May 11*

Tel# ███████          Fax# _____

*Alicia Lindsay*                    *Alicia Lindsay*          4/17/17
Print or Type Name               Authorized Signature      Date

❖ **Fax this form to our secure fax #407-597-4140.**
❖ **A copy of the front and back of the credit card must accompany this form.**
❖ **Authorized signature must match what is on credit card.**
❖ **Note: Authorization based on estimate will be placed on listed credit card 15 days prior to event.**
❖ **Deposit will be charged on contracted due date.**
❖ **To ensure proper posting, please return information between 9:00 am and 4:00 pm. M-F**

## PX 47



EMBASSY
SUITES
by HILTON®
Orlando Lake Buena Vista South

## GROUP RESUME

| NAME OF GROUP | MOBE |
|---|---|
| POST AS | IM Freedom |
| DATES | May 11, 2017 |
| PERTINENT INFORMATION ABOUT GROUP | **MOBE (My Own Business Education)** is a business training company catering to small business owners and entrepreneurs. MOBE offers a large selection of online training products, services, live training events and exclusive masterminds to help you along your business journey. IM Freedom Workshop is a FREE LIVE 2 hour workshop designed to show you how to build and grow a sustainable and profitable online business from home using other people's products, tools and systems. |

| ORGANIZATION CONTACT(S) | Name/Title | Phone/Cell# |
|---|---|---|
| | Alicia Lindsay | ▇▇▇▇ |
| ATTENDANCE | 100 | |
| CATERING SALES MANAGER | Elisabet Bleck | EXT. 4106 |
| GROUP RESERVATION CONTACT | Scott Fries | EXT. 4019 |

### ROOMS INFORMATION:
- No sleeping rooms needed
- One-day meeting

### BILLING/CREDIT INSTRUCTIONS:
**BANQUET ACCOUNT # SET UP AS FOLLOWS:**
**Alicia Lindsay**
**MOBE**
**B1-28-8 Soho Suites at KLCC**
**Kuala Lumpur, 50450**
▇▇▇▇▇▇

**alicia@mobe.com**

### DEPOSIT INFORMATION: Waived per contract or list amount received on <date>

### SPECIAL BILLING:

| AUTHORIZED SIGNATURES: | ▪ Alicia Lindsay |
|---|---|
| SPECIAL BILLING | ▪ Credit Card on file for remaining balance<br>▪ Credit Card on file for additional charges.<br>▪ Any additional charges posted to the master account once the group is in-house will require a Group Change Form or written approval by the authorized signer. Please notify CSM of any additional charges posted to the master account. |

# PX 47

FTC-MOBE-003612

## ACCOUNT TO COVER THE FOLLOWING ITEMS:

| Food and Beverage | |
|---|---|
| | Charges as specified on BEOs |
| **Vendors** | |
| | Audio Visual equipment and/or services as provided by PSAV |
| **Miscellaneous** | |
| | Charges as specified by authorized signers |

## PROGRAM:

| Date | Start – End Time | Room | Function | BEO # | Setup | AGR | GTD | Room Rental |
|---|---|---|---|---|---|---|---|---|
| Thu, 5/11/17 | 12:00 PM - 12:30 PM | Palms Foyer | Registration | 10795 | Registration | 2 | | |
| Thu, 5/11/17 | 12:30 PM - 2:30 PM | Palms E, F & G | Meeting | 10795 | Theater | 100 | | $1,800.00 |
| Thu, 5/11/17 | 5:30 PM - 6:00 PM | Palms Foyer | Registration | 10795 | Registration | 2 | | |
| Thu, 5/11/17 | 6:00 PM - 8:00 PM | Palms E, F & G | Meeting | 10795 | Theater | 100 | | |

## SPECIAL INSTRUCTIONS:

| GROUP RESERVATIONS EXT 4019 | ▪ No sleeping rooms needed |
|---|---|
| FRONT DESK EXT 4012 | ▪ One-day Meeting |
| GUEST SERVICES EXT 4032 | ▪ Group will have drive-in traffic<br>▪ Self-parking is **$10.00** per day plus tax<br>▪ Valet Parking is **$15.00** per day plus tax |
| PBX EXT 0 | ▪ Please call Elisabet with any concerns |
| HOUSEKEEPING EXT 4045 | ▪ Please refresh all area restrooms as needed |
| SECURITY EXT 4050 | ▪ No special requests |
| ACCOUNTING EXT 4068 | ▪ Credit card on file |
| ENGINEERING EXT 4059 | ▪ Please keep room cool |
| FOOD & BEVERAGE OUTLETS | ▪ Group on own for all meals |
| BANQUETS/BANQUET SET UP | ▪ Please refer to BEOs |
| PACKAGE EXT 4048 | ▪ Refer to authorized signature list above |
| INFORMATION TECHNOLOGY | ▪ Charges will apply, $100.00 for the first connection and $15.00 each additional connection( Up to 4 Connections) |
| PSAV EXT 4040 | ▪ TBD |

# PX 47

FTC-MOBE-003613

EMBASSY
SUITES
by HILTON·
Orlando Lake Buena Vista South

## GROUP RESUME

| NAME OF GROUP | MOBE | |
|---|---|---|
| POST AS | IM Freedom | |
| DATES | May 31, 2016 | |
| PERTINENT INFORMATION ABOUT GROUP | MOBE (My Own Business Education) is a business training company catering to small business owners and entrepreneurs. MOBE offers a large selection of online training products, services, live training events and exclusive masterminds to help you along your business journey. IM Freedom Workshop is a FREE LIVE 2 hour workshop designed to show you how to build and grow a sustainable and profitable online business from home using other people's products, tools and systems. | |
| ORGANIZATION CONTACT(S) | Name/Title | Phone/Cell# |
| | Ms. Alicia Lindsay | ███████████ |
| ATTENDANCE | 80- Each Session | |
| CATERING SALES MANAGER | Elisabet Bleck | EXT. 4106 |
| GROUP RESERVATION CONTACT | Scott Fries | EXT. 4019 |

**ROOMS INFORMATION:**
- No rooms, One-day Workshop

**BILLING/CREDIT INSTRUCTIONS:**
**BANQUET ACCOUNT # SET UP AS FOLLOWS:**
**Ms. Alicia Lindsay**
**MOBE**
**B1-28-8 Soho Suites at KLCC**
Kuala Lumpur,  50450
███████████

alicia@mobe.com

**DEPOSIT INFORMATION:** Deposit Received

**SPECIAL BILLING:**

| AUTHORIZED SIGNATURES: | ▪ Ms. Alicia Lindsay |
|---|---|
| SPECIAL BILLING | ▪ Credit Card on file for remaining balance<br>▪ Credit Card on file for additional charges.<br>▪ Any additional charges posted to the master account once the group is in-house will require a Group Change Form or written approval by the authorized signer.  Please notify CSM of any additional charges posted to the master account. |

# PX 47

## ACCOUNT TO COVER THE FOLLOWING ITEMS:

| Food and Beverage | |
|---|---|
| | Charges as specified on BEOs |
| **Vendors** | |
| | Audio Visual equipment and/or services as provided by PSAV |
| **Miscellaneous** | |
| | Charges as specified by authorized signers |

## PROGRAM:

| Date | Start Time | End Time | Function | Description | Room | Setup | Exp |
|---|---|---|---|---|---|---|---|
| Tue 05/31/16 | 12:00 PM | 12:30 PM | Registration | Registration | Palms Foyer | Registration Desk | 2 |
| Tue 05/31/16 | 12:30 PM | 2:30 PM | Meeting | Meeting | Palms B | Theater | 100 |
| Tue 05/31/16 | 6:00 PM | 6:30 PM | Registration | Registration | Palms Foyer | Registration Desk | 2 |
| Tue 05/31/16 | 6:30 PM | 8:30 PM | Meeting | Meeting | Palms B | Theater | 100 |

## SPECIAL INSTRUCTIONS:

| | |
|---|---|
| **ALL DEPARTMENTS** | ▪ Workshop will be held in Palms B |
| **GROUP RESERVATIONS EXT 4019** | ▪ No sleeping rooms needed |
| **FRONT DESK EXT 4012** | ▪ One-day workshop |
| **GUEST SERVICES EXT 4032** | ▪ Group will have drive-in traffic |
| | ▪ Complimentary  Self-Parking |
| **PBX EXT 0** | ▪ Please call Elisabet with any concerns |
| **HOUSEKEEPING EXT 4045** | ▪ Please refresh all area bathrooms as needed |
| **SECURITY EXT 4050** | ▪ N/A |
| **ACCOUNTING EXT 4068** | ▪ Credit card on file |
| **ENGINEERING EXT 4059** | ▪ Please set Temp at 71 degrees |
| **BANQUETS/BANQUET SET UP** | ▪ Please refer to BEOs |
| **PACKAGE EXT 4048** | ▪ N/A |
| **PSAV EXT 4040** | ▪ Roberto to handle all audio Visual needs. |

# PX 47

SYSTEM DATE: 4/26/2016          MCOLK - EMBASSY SUITES ORLANDO/LAKE BUENA VISTA SOUTH, FL -          REPORT: GPRMLSTS

BUSINESS DATE: 4/26/2016                        GROUP MEMBER STATUS REPORT                        PAGE:1

TIME:  1:40 pm

SORTED BY GUEST NAME

SELECTION CRITERIA

FILTER BY:    GROUP CODE(MAY 27, 2016  MOBE  MOBE ORLANDO); GUEST STATUS([ALL]); PRINT CONFIRM#(YES); PRINT ROOM RATE(YES);
              COMPOUND ID([ALL]); BUILDING ID([ALL]); FLOOR([ALL]); RATE PLAN CODE([ALL]); PRINT INDIVIDUAL RECEIPT BALANCE(NO);

GUEST STATUS CODES          NA = Not Arrived                    DP = Departed                        SNS = Share No Show

                            AR = Arrived                        CS = Cancelled Share                 SX = System Cancelled

| GUEST NAME | ROOM | ROOM | | RATE | TOTAL | GUEST | INDV | GUEST | GUEST | GUEST | GUEST |
| CONFIRMATION # | TYPE | # | #GST | PLAN | RMRATE | BALANCE | RTG | MOP | STATUS | ARRIVAL | DEPART |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MOBE | MOBE ORLANDO | | | | | | | | | | |
| BRANSFIELD/STEVEN | TQBN | | 2 , 0 | LV8 | $109.00 | $0.00 | N | | NA | 5/30/2016 | 6/1/2016 |
| 86240635 | | | | | | | | | | | |
| CUNNINGHAM/NICOLE | KNGN | | 1 , 0 | LV8 | $109.00 | $0.00 | N | CS | NA | 5/30/2016 | 6/1/2016 |
| 80472827 | | | | | | | | | | | |
| GRANT/WILLIAM | KNGN | | 1 , 0 | LV8 | $109.00 | $0.00 | N | CS | NA | 5/30/2016 | 6/1/2016 |
| 82045115 | | | | | | | | | | | |
| VAN DEN BOS/YANNICK | TQBN | | 2 , 0 | LV8 | $109.00 | $0.00 | N | CS | NA | 5/30/2016 | 6/1/2016 |
| 86240635 | | | | | | | | | | | |
| WHITNEY/RUSSELL | KNGN | | 1 , 0 | LV8 | $109.00 | $0.00 | N | CS | NA | 5/30/2016 | 6/1/2016 |
| 80471483 | | | | | | | | | | | |

GROUP MASTER RECEIPT BALANCE TOTAL:  0,00
GUEST RECEIPT BALANCE TOTAL:  0,00
TOTAL REPORT NAMES:  5
TOTAL ROOMS ASSIGNED:  0

END OF REPORT

**PX 47**

FTC-MOBE-003616

**Jessica Shelor**

| | |
|---|---|
| **From:** | Alicia Lindsay <alicia@mobe.com> |
| **Sent:** | Monday, March 06, 2017 5:41 PM |
| **To:** | Jessica Shelor |
| **Subject:** | Re: March 17-19 MOBE Supercharge |
| **Attachments:** | SC-MMRearprojectionDiagram.docx.docx; SuperCharge Ballroom Set Up.doc; NewPassport.pdf; Amex Card - ending 1002.pdf; Scan0880.pdf |

Hi Jessica,

The onsite is Matt Burbacher ███████████
I have attached spec sheets and a diagram. The AV requirements are listed there too.
Please send me a menu and I will make selections.

I have also attached the credit card auth form along with a copy of the ID and AMEX

Thanks!
Alicia
[×]
**Alicia Lindsay, Event Planner**
email: alicia@mobe.com
Cell Phone: ████████
Skype: ████████

3/16  10  17
3/17  10  19
3/18  10  19     30/64
3/19   0    8
3/20   0    1

On Mon, Mar 6, 2017 at 4:26 PM, Jessica Shelor <Jessica.Shelor@hilton.com> wrote:

Hi Alicia,

How are you? I'm a bit behind, but I am working on the BEO's for your upcoming meeting. I apologize for the delay.

Can you please advise on who the onsite contact(s) will be for the meeting? Also, do you have any updates on meeting specifications? We will need F&B selections, AV needs, etc.

**PX 47**

FTC-MOBE-003617

BEST REGARDS,


**JESSICA L. SHELOR**

Sales Manager

---



**Embassy Suites by Hilton Orlando Lake Buena Vista South**

4955 Kyngs Heath Road, Kissimmee, FL 34746

Direct: <u>407 597 4112</u>      Fax: <u>407 597 4101</u>

embassysuites.com | Facebook | Twitter | TripAdvisor


**Recent Awards and Accolades**

Connie Award of Excellence – Hilton Worldwide 2016

Award of Excellence – Hilton Worldwide – 2015

Connie Award – Hilton Worldwide – 2014

Top 10% in Total Quality – Hilton Worldwide – 2013


TripAdvisor Certificate of Excellence – 2016, 2015, 2014, 2013

---

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2017 Hilton Proprietary and Confidential

**FTC-MOBE-003618**

**Jessica Shelor**

| | |
|---|---|
| **From:** | Stacy Buscaglia |
| **Sent:** | Monday, March 06, 2017 9:58 AM |
| **To:** | Alicia Lindsay |
| **Cc:** | Jessica Shelor |
| **Subject:** | RE: Sleeping rooms-March 17-19 MOBE Supercharge |

Hi Alicia,

Just to make sure that we are on the same page - I will keep him, Russell Whitney, in his king suite and if a corner suite becomes available, I'll upgrade him to that for the $20 additional, per night.

I have Steven Bransfield for arrival 3/17-3/19 now.

Thank you for the information about the parking charges. I'll apply them to your master account.



**STACY BUSCAGLIA**
Group Housing Coordinator

**Embassy Suites by Hilton Orlando Lake Buena Vista South**
4955 Kyngs Heath Road, Kissimmee, FL 34746
Direct: 407 597 4018
embassysuites.com | Facebook | Twitter | TripAdvisor

**Recent Awards and Accolades**
Connie Award of Excellence – Hilton Worldwide 2016
Award of Excellence – Hilton Worldwide – 2015
Connie Award – Hilton Worldwide – 2014
Top 10% in Total Quality – Hilton Worldwide – 2013

TripAdvisor Certificate of Excellence – 2016, 2015, 2014,



**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Monday, March 06, 2017 9:38 AM
**To:** Stacy Buscaglia
**Cc:** Jessica Shelor
**Subject:** Re: Sleeping rooms-March 17-19 MOBE Supercharge

Hi Stacy,

Thank you for being so prompt. Yes, please continue to see if an upgrade become available, in the meantime a corner room would be nice too.  Yes, please apply parking charges to the master account for the reservations that we have made together.

There is a possibility that we need one more room at this point. I am waiting on his travel itinerary now.

**PX 47**

FTC-MOBE-003619

Would you mind changing Steven Bransfield's room to check out on Sunday, 3/19 please?


Thanks!
Alicia



**Alicia Lindsay, Event Planner**
email: alicia@mobe.com
Cell Phone: ███████
Skype: ███████

On Mon, Mar 6, 2017 at 9:31 AM, Stacy Buscaglia <Stacy.Buscaglia@hilton.com> wrote:

Hi Alicia,


Happy Monday ☺ After reserving the below rooms, all 10 of your groups rooms have been picked up now. Are you thinking that you'll be needing more rooms? We currently have the availability for additional rooms if you'd like....


I have noted that Russell Whitney is a VIP member. All of our rooms are suites that have a separate bedroom and a separate living area. He is currently reserved in a King bed. I don't see an upgrade currently available. However, if a corner room becomes available it would be at the rate of $20 additional per night. Would you like me to continue to check if that room becomes available for him?


Also, I see that room and tax is going to the groups master for these rooms. We also have a parking charge of $10 a day plus tax. Would you like that to go to the master also?

**FTC-MOBE-003620**

STACY BUSCAGLIA

Group Housing Coordinator

**Embassy Suites by Hilton Orlando Lake Buena Vista South**

4955 Kyngs Heath Road, Kissimmee, FL 34746

Direct: <u>407 597 4018</u>

embassysuites.com | Facebook | Twitter | TripAdvisor

**Recent Awards and Accolades**

Connie Award of Excellence – Hilton Worldwide 2016

Award of Excellence – Hilton Worldwide – 2015

Connie Award – Hilton Worldwide – 2014

Top 10% in Total Quality – Hilton Worldwide – 2013

TripAdvisor Certificate of Excellence – 2016, 2015, 2014, 2013

**From:** Alicia Lindsay [mailto:<u>alicia@mobe.com</u>]
**Sent:** Sunday, March 05, 2017 9:04 PM

**To:** Stacy Buscaglia
**Cc:** Jessica Shelor
**Subject:** Re: Sleeping rooms-March 17-19 MOBE Supercharge

Hi Stacy,

Please update Chris Rowell to check in on March 17.

**PX 47**

FTC-MOBE-003621

Can we please get a complimentary upgrade for Russell Whitney to a suite as he is our VIP?

I need to add a reservation for Steven Bransfield to check in on March 17 and out on March 20. Steven was sharing with Jose. Please add Thomas Kleder to the reservation with Jose Jarquin. Steven will have his own room now.

Thanks!

Alicia



**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: █████████

Skype: █████████

On Tue, Feb 28, 2017 at 10:34 AM, Alicia Lindsay <alicia@mobe.com> wrote:

Thank you Stacy!

All looks well for now! :)

Thanks!

**PX 47**

FTC-MOBE-003622

Alicia



## Alicia Lindsay, Event Planner

email: alicia@mobe.com

Cell Phone: █████████

Skype: █████████

On Tue, Feb 28, 2017 at 10:29 AM, Stacy Buscaglia <Stacy.Buscaglia@hilton.com> wrote:

Hi Alicia,

Thank you for the information below. The attached listing is all the rooms and confirmation numbers that I've received from you so far.

Have a great day ☺

**STACY BUSCAGLIA**

Group Housing Coordinator

**EMBASSY SUITES**
by HILTON

**Embassy Suites by Hilton Orlando Lake Buena Vista South**

4955 Kyngs Heath Road, Kissimmee, FL 34746

Direct: 407 597 4018

embassysuites.com | Facebook | Twitter | TripAdvisor

**PX 47**
5

**Recent Awards and Accolades**

Connie Award of Excellence – Hilton Worldwide 2016

Award of Excellence – Hilton Worldwide – 2015

Connie Award – Hilton Worldwide – 2014

Top 10% in Total Quality – Hilton Worldwide – 2013

TripAdvisor Certificate of Excellence – 2016, 2015, 2014, 2013

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Tuesday, February 28, 2017 9:59 AM

**To:** Stacy Buscaglia
**Cc:** Jessica Shelor
**Subject:** Re: Sleeping rooms-March 17-19 MOBE Supercharge

Hello Stacy...

It is me again!

I need to update Jennifer Ward and Natasha Taylor's room. I need to change the names to the below. It will be the same dates. Jennifer Ward & Natasha Taylor will not be working the event.

- Katherine Alonso sharing with Sandra Mikalauskaite

Please book the following: (2 rooms)

Checking in March 16 and out March 20

- Michael Antoni (2 beds)- I need two rooms with 2 beds reserved in Michael Antoni's name please.

6

**PX 47**

Thanks!

Alicia



**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: ▉▉▉▉▉▉▉▉

Skype: ▉▉▉▉▉▉

On Fri, Feb 17, 2017 at 2:54 PM, Stacy Buscaglia <Stacy.Buscaglia@hilton.com> wrote:

#82543981

Have a great one ☺

**PX 47**

**STACY BUSCAGLIA**

Group Housing Coordinator

**Embassy Suites by Hilton Orlando Lake Buena Vista South**

4955 Kyngs Heath Road, Kissimmee, FL 34746

Direct: <u>407 597 4018</u>

embassysuites.com | Facebook | Twitter |  TripAdvisor

**Recent Awards and Accolades**

Award of Excellence – Hilton Worldwide – 2015

Connie Award – Hilton Worldwide – 2014

Top 10% in Total Quality – Hilton Worldwide – 2013

TripAdvisor Certificate of Excellence – 2016, 2015, 2014, 2013

**From:** Alicia Lindsay [mailto:<u>alicia@mobe.com</u>]
**Sent:** Friday, February 17, 2017 2:43 PM

**To:** Stacy Buscaglia
**Cc:** Jessica Shelor
**Subject:** Re: Sleeping rooms-March 17-19 MOBE Supercharge

Can you send me a confirmation number? please. :)

Thanks!

Alicia

**FTC-MOBE-003626**



## Alicia Lindsay, Event Planner

email: alicia@mobe.com

Cell Phone: █████████

Skype: █████████

On Fri, Feb 17, 2017 at 2:17 PM, Stacy Buscaglia <Stacy.Buscaglia@hilton.com> wrote:

Hi Alicia,

This reservation is all set ☺

Have a great weekend ☺

**STACY BUSCAGLIA**

Group Housing Coordinator



Embassy Suites by Hilton Orlando Lake Buena Vista South

4955 Kyngs Heath Road, Kissimmee, FL 34746

Direct: 407 597 4018

embassysuites.com | Facebook | Twitter | TripAdvisor

**Recent Awards and Accolades**

Award of Excellence – Hilton Worldwide – 2015

## PX 47

Connie Award – Hilton Worldwide – 2014

Top 10% in Total Quality – Hilton Worldwide – 2013

TripAdvisor Certificate of Excellence – 2016, 2015, 2014, 2013

---

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Friday, February 17, 2017 12:45 PM

**To:** Stacy Buscaglia
**Cc:** Jessica Shelor
**Subject:** Re: Sleeping rooms-March 17-19 MOBE Supercharge

Hello Stacy,

Can you make another reservation for Chris Rowell Checking in March 16 and out on March 20?

Thanks!

Alicia



**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: ███████

**FTC-MOBE-003628**

Skype: 

On Tue, Feb 7, 2017 at 4:25 PM, Stacy Buscaglia <Stacy.Buscaglia@hilton.com> wrote:

Hi Alicia,


I have made the below additions and have sent you an email from the Hilton reservation field.


Have a great day ☺


**STACY BUSCAGLIA**

Group Housing Coordinator


**Embassy Suites by Hilton Orlando Lake Buena Vista South**

4955 Kyngs Heath Road, Kissimmee, FL 34746

Direct: **407 597 4018**

embassysuites.com | Facebook | Twitter | TripAdvisor


**Recent Awards and Accolades**

Award of Excellence – Hilton Worldwide – 2015

Connie Award – Hilton Worldwide – 2014

Top 10% in Total Quality – Hilton Worldwide – 2013


TripAdvisor Certificate of Excellence – 2016, 2015, 2014, 2013


**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Tuesday, February 07, 2017 4:00 PM
**To:** Stacy Buscaglia



**PX 47**

**Cc:** Jessica Shelor
**Subject:** Re: Sleeping rooms-March 17-19 MOBE Supercharge

Hello Stacy,

I will need to add Steven Bransfield's name to Jose Jarquin's reservation-86181851, 2 beds please

<u>New Reservations:</u>

Check in March 16 and Check out March 20

Jill Verveka

Alex Ram sharing with Richard Takemura (2 beds)

Thanks!

Alicia



**Alicia Lindsay, Event Planner**

email: <u>alicia@mobe.com</u>

Cell Phone: ███████████

Skype: ███████████

FTC-MOBE-003630

On Mon, Jan 30, 2017 at 1:42 PM, Stacy Buscaglia <Stacy.Buscaglia@hilton.com> wrote:

Thank you Alicia,

These have all been processed ☺

**STACY BUSCAGLIA**

Group Housing Coordinator

**Embassy Suites by Hilton Orlando Lake Buena Vista South**

4955 Kyngs Heath Road, Kissimmee, FL 34746

Direct: 407 597 4018

embassysuites.com | Facebook | Twitter | TripAdvisor

**Recent Awards and Accolades**

Award of Excellence – Hilton Worldwide – 2015

Connie Award – Hilton Worldwide – 2014

Top 10% in Total Quality – Hilton Worldwide – 2013

TripAdvisor Certificate of Excellence – 2016, 2015, 2014, 2013

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Monday, January 30, 2017 12:23 PM
**To:** Jessica Shelor; Stacy Buscaglia
**Subject:** Sleeping rooms-March 17-19 MOBE Supercharge

Hello Ladies,

**PX 47**
13

FTC-MOBE-003631

These are the only names I have so far. I am working on finding out the rest of the names. It is a start! :)


**Check in March 16   Check out March 19**

Russell Whitney

Jennifer Ward/Natasha Taylor (sharing-2 beds)

Matt Burbacher/Don Spradling (sharing-2 beds)


**Check in March 16   Check out March 20**

Jose Jarquin


Thanks!

Alicia




MOBE

**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: ██████████

Skype: ██████████

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2017 Hilton Worldwide Proprietary and Confidential

14

**PX 47**

**FTC-MOBE-003632**

**Jessica Shelor**

| | |
|---|---|
| **From:** | Alicia Lindsay <alicia@mobe.com> |
| **Sent:** | Tuesday, January 03, 2017 1:10 PM |
| **To:** | Jessica Shelor |
| **Subject:** | Re: Orlando Supercharge: March 17-19, 2017 |
| **Attachments:** | SC-MM Diagram (1).docx; SuperCharge Ballroom Set Up.doc |

Hello Jessica!!

GREAT NEWS! We are ready to go to contract!

The signer on the account will be Jenny Blandford.  You may send to me and I will get it signed. Attached are spec sheets for your reference.

Looking forward to working with you!


Happy New Year 2017!

[×]
Thanks!
Alicia
[×]
**Alicia Lindsay, Event Planner**
email: alicia@mobe.com
Cell Phone: ███████████
Skype: ███████████

*(handwritten notes:)* 4950.00 Rms / 7000.00 F&B / 3600.00 Rental / 15,550.00    20% Deposit # 3110.20

On Tue, Jan 3, 2017 at 10:49 AM, Jessica Shelor <Jessica.Shelor@hilton.com> wrote:

Hi Alicia,


Happy New Year to you and your family!!! Glad to hear you had a great NYE. Mine was very low key and relaxing. Sad to say, but my husband and I were in bed by 11p. The kids knocked out early and we just couldn't keep our eyes open until 12am...lol...


The space is still on hold for you. Let me know what everyone decides at your earliest convenience. I hope we can make this happen.

**PX 47**

FTC-MOBE-003633

BEST REGARDS,


JESSICA L. SHELOR

Sales Manager

Embassy Suites by Hilton Orlando Lake Buena Vista South


**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Tuesday, January 03, 2017 10:01 AM


**To:** Jessica Shelor
**Subject:** Re: Orlando Supercharge: March 17-19, 2017


Hello Jessica!


Happy New Year! Hope you had a great holiday season! Mine was super!  I just wanted to touch base with you and let you know that we are still interested in the Magnolia ballroom. I am hoping that you have it on a tentative hold, if not, please do so. It was put on the back burner with the holidays etc....

I have submitted it for approval (again). My supervisor was out of the office for the holidays. :)




Happy New Year 2017!


Thanks! 

Alicia

FTC-MOBE-003634



## Alicia Lindsay, Event Planner

email: alicia@mobe.com

Cell Phone: █████████████

Skype: █████████████

On Wed, Dec 21, 2016 at 3:56 PM, Jessica Shelor <Jessica.Shelor@hilton.com> wrote:

Hi there,

I'm looking at the Magnolia Ballroom, which is 4,946 sq. ft for general session. As for the opening lunch and dinner for 30ppl, the cypress patio and then Cypress 2 for the last 2 days.

The rental will be $1200 per day++ and F&B minimum of $7,000.

BEST REGARDS,

JESSICA L. SHELOR

Sales Manager

**Embassy Suites by Hilton Orlando Lake Buena Vista South**

**From:** Alicia Lindsay [mailto:alicia@mobe.com]
**Sent:** Wednesday, December 21, 2016 3:30 PM

**To:** Jessica Shelor
**Subject:** Re: Orlando Supercharge: March 17-19, 2017

*Jessica,*

FTC-MOBE-003635

Thank you, Thank you!  I will now submit for approval.

What is the name and sq footage of the room you are planning?

So, $1200 per day and a total of $7000 F&B?

Happy Holidays!

Alicia



**Alicia Lindsay, Event Planner**

email: alicia@mobe.com

Cell Phone: █████████

Skype: █████████

On Wed, Dec 21, 2016 at 11:31 AM, Jessica Shelor <Jessica.Shelor@hilton.com> wrote:

Ok, I will reinstate it.........As for the F&B, the lowest I can go is $7,000.00. The F&B minimum covers beverage consumption for 100ppl for 3 days, 30ppl lunch for 3 days and 30ppl dinner for 2 days. In good faith, I will reduce the meeting room rental to $1200 per day instead of $1500. I hope this helps.

BEST REGARDS,

JESSICA L. SHELOR

Sales Manager

4

# PX 47

FTC-MOBE-003636