# PALMS®     PALMSPLACE

**ROOMING METHOD:**     Housing/URL

**CONCESSIONS:**     One (1) Salon Suite at the group rate on the dates of August 13-17, 2015

**ROOM SERVICE:**     Two (2) Welcome Amenities for the following guests:

| Name | Arrival Date | Amenity | Confirmation # |
|------|-------------|---------|----------------|
| Richard Takemura | 8/12/2015 | Fresh fruit and bottled water | 2KNLC |
| Matt Lloyd | 8/13/215 | Fresh Fruit and bottled water | T5GJB |

*(handwritten: ✓ 8.6.2015 JB)*

**UPGRADES:**     Salon Suite upgrade at group rate for the following guest:

**Matt Lloyd**
**Salon Suite**
**August 13-17, 2015**

*(handwritten: Mobe, Ltd / Aug. 13-17 / MJ & AC)*

**VIPS & VIP CHECK IN:**

| Name | Title | VIP Status | Arrival Date | Arrival Time |
|------|-------|-----------|-------------|-------------|
| Richard Takemura | Events Coordinator | 1 | 8/12/2015 | Noon |
| Matt Lloyd | CEO | 1 | 8/13/215 | Noon |

## BILLING INFORMATION:

**ACCOUNTING:**    

Banquets Events:     All Charges to Group Master Account
Audio Visual:     All Charges to Group Master Account
Room and Tax:     Individual Pay Own unless otherwise noted in LMS
Business Center:     All Charges to Group Master Account
Incidentals:     Individual Pay Own

**DEPOSIT/PAYMENT:**     The following deposits are on account.  Credit Card on file for the remaining balance.

| Deposit Type | Due Date | Amount Due |
|-------------|----------|-----------|
| 01-Initial Deposit | 5/10/2015 | $  5,315.18 |

2

**PX 49**           **FTC-MOBE-003717**

| Guests | Check-n | Check-out | Bed | Room | Type | Note |
|---|---|---|---|---|---|---|
| Matt Lloyd | | 11-Aug | 18-Aug | King | Suite | Master | Please have a Limo pick up |
| Richard Takemura / Tim Fisher | | 12-Aug | 17-Aug | Double | Standard | Master | |
| Brian Price | | 13-Aug | 17-Aug | Double | Standard | Room+Tax+Resort Fees | |
| Liz Acosta | | 13-Aug | 17-Aug | King | Standard | Room+Tax+Resort Fees | |
| John Chow | | 13-Aug | 17-Aug | King | Standard | Room+Tax+Resort Fees | Please have a Limo pick up |
| Darren Salkeld | | 13-Aug | 17-Aug | King | Standard | Room+Tax+Resort Fees | |
| TJ Rohleder | 8/13 @ 11am | | 16-Aug | King | Standard | Room+Tax+Resort Fees | |
| Chris Lakey | 8/13 @ 11am | | 16-Aug | King | Standard | Room+Tax+Resort Fees | |
| Bill Pescosolido / Michelle Pescosolido | | 13-Aug | 17-Aug | King | Standard | Room+Tax+Resort Fees | |
| Terry Lamb | | 13-Aug | 17-Aug | King | Standard | Room+Tax+Resort Fees | |
| Jennifer Ward / Thera Smith | | 13-Aug | 17-Aug | Double | Standard | Room+Tax+Resort Fees | |
| Scott Zuckman | | 13-Aug | 17-Aug | King | Standard | Room+Tax+Resort Fees | |
| Ross Weber / Don Spradling | | 13-Aug | 17-Aug | Double | Standard | Room+Tax+Resort Fees | |
| Melissa Jensen / Kim Christopherson | | 13-Aug | 17-Aug | Double | Standard | Room+Tax+Resort Fees | |
| Russell Whitney / Monica Whitney | | 13-Aug | 17-Aug | Double | Standard | Room+Tax+Resort Fees | |
| Cori Zigman / Stephanie Weed | | 13-Aug | 17-Aug | Double | Standard | Room+Tax+Resort Fees | |
| Solomon Blank / Zach Brown | | 13-Aug | 17-Aug | Double | Standard | Room+Tax+Resort Fees | |

**PX 49**

FTC-MOBE-003718

**Annales Cable**

| | |
|---|---|
| **From:** | Richard Takemura <takemura@mobe.com> |
| **Sent:** | Friday, July 31, 2015 11:42 AM |
| **To:** | Annales Cable |
| **Subject:** | Re: Meeting Space |

- Guest count will be 40, correct? Yes

- What is the start/end time of the dinner? 7-9pm

- Will you be hosting dinner Friday and Saturday? Yes

- What time do you want the call bar package to start? 7pm


Also, I just want to verify that you will be hosting the dinner in banquet space, it that correct? Yes


We have another thing that we want to do. On Saturday we want to go back to the meeting room at 9:30-11pm for another session.


Best,

Richard Takemura
International Events Coordinator
MOBE Ltd. - My Online Business Education
email: takemura@mobe.com
phone: ▇▇▇▇▇▇
skype: ▇▇▇▇▇▇

On Fri, Jul 31, 2015 at 11:02 AM, Annales Cable <Annales.Cable@palms.com> wrote:

Sounds good. Please provide me with the following information and I will prepare the event order for your dinner.


- Guest count will be 40, correct?

- What is the start/end time of the dinner?

- Will you be hosting dinner Friday and Saturday?

- What time do you want the call bar package to start?

1

**PX 49**        **FTC-MOBE-003719**

# PALMS®   PALMSPLACE

4321 West Flamingo Road, Las Vegas, Nevada 89103   -   4381 West Flamingo Road, Las Vegas, Nevada 89103

## GROUP RESUME

**GROUP DATES:**          **August 13, 2015 - August 17, 2015**

**GROUP DELPHI CODE:**    CHMBE15

| | | |
|---|---|---|
| **SALES MANAGER:** | Megan Johnson | 702-942-7013 |
| **CONV SERVICE MGR:** | Annales Cable | 702-690-3160 |
| **GROUP COORDINATOR:** | Dolores Castaneda | 702-942-6849 |
| **A/V SERVICES:** | ENCORE | 702-944-3468 |

**GROUP NAME:**           **MOBE, Ltd.- Supercharge Summit**

**GROUP OBJECTIVE:**      At The Supercharge Summit, The Top-Earning MOBE Partners Will Reveal Their Most Closely-Guarded Secrets…Which You Can Use To **Increase Your MOBE Commissions** By $100,000 (or more) In The **Next 12 Months!**

**GROUP CONTACT:**        Mr. Richard Takemura
101 West Mission Boulevard
110-363
Pomona, CA 91766
PHONE: ▮▮▮▮▮▮▮
EMAIL:          takemura@mobe.com

**ONSITE CONTACT:**       Mr. Richard Takemura       CELL: ▮▮▮▮▮▮

## CONTRACTUAL AGREEMENTS

**PICKED UP ROOM BLOCK:**

| Day<br>Date 2015 | Wed<br>08/12 | Thu<br>08/13 | Fri<br>08/14 |
|---|---|---|---|
| Fantasy Tower - Salon Suite King | | 1 | 1 |
| Fantasy Tower - Superior Room King | | 29 | 29 |
| *Total* | *2* | *31* | *34* |

| Day<br>Date 2015 | Sat<br>08/15 | Sun<br>08/16 | Total<br>Pick up |
|---|---|---|---|
| Fantasy Tower - Salon Suite King | 1 | 1 | |
| Fantasy Tower - Superior Room King | 29 | 29 | |
| *Total* | *34* | *26* | *127* |

****** THE ABOVE ROOM BLOCK IS WHAT HAS BEEN LEGALLY CONTRACTED.  DO NOT MOVE ANY ROOMS WITHOUT CHECKING WITH THE EVENT MANAGER FIRST.**

**PX 49**                                    **FTC-MOBE-003720**

# PALMS®    PALMSPLACE

**ROOMING METHOD:**  Housing/URL

**CONCESSIONS:**  One (1) Salon Suite at the group rate on the dates of August 13-17, 2015

**ROOM SERVICE:**  Two (2) Welcome Amenities for the following guests:

| Name | Arrival Date | Amenity | Confirmation # |
|------|-------------|---------|----------------|
| Richard Takemura | 8/12/2015 | Fresh fruit and bottled water | 2KNLC |
| Matt Lloyd | 8/13/215 | Fresh Fruit and bottled water | T5GJB |

**UPGRADES:**  Salon Suite upgrade at group rate for the following guest:

**Matt Lloyd**
**Salon Suite**
**August 13-17, 2015**

## VIPS & VIP CHECK IN:

| Name | Title | VIP Status | Arrival Date | Arrival Time |
|------|-------|-----------|-------------|-------------|
| Richard Takemura | Events Coordinator | 1 | 8/12/2015 | Noon |
| Matt Lloyd | CEO | 1 | 8/13/215 | Noon |

## BILLING INFORMATION:

**ACCOUNTING:**

| | |
|---|---|
| Banquets Events: | All Charges to Group Master Account |
| Audio Visual: | All Charges to Group Master Account |
| Room and Tax: | Individual Pay Own unless otherwise noted in LMS |
| Business Center: | All Charges to Group Master Account |
| Incidentals: | Individual Pay Own |

**DEPOSIT/PAYMENT:**  The following deposits are on account. Credit Card on file for the remaining balance.

| Deposit Type | Due Date | Amount Due |
|-------------|----------|-----------|
| 01-Initial Deposit | 5/10/2015 | $ 5,315.18 |

2

**PX 49**                    **FTC-MOBE-003721**

# PALMS® PALMSPLACE

**SEND FINAL BILLING TO:** Mobe Limited
Mr. Richard Takemura
101 West Mission Boulevard
110-363
Pomona, CA 91766
PHONE: ███████████
EMAIL:      takemura@mobe.com

**AUTHORIZED SIGNERS:** RICHARD TAKEMURA
MATT LLOYD

**ATTRITION:** 15%

**AUDIO VISUAL:** Working with ENCORE

**TELECOMMUNICATIONS:** There are no requests at this time.

**BANQUETS:** BEOs have been distributed

**FOOD & BEVERAGE OUTLETS:**  Majority of attendees are on their own for meals

**BELLSTAFF:** Individual arrival

**BUSINESS CENTER:** There are no requests at this time.

**FRONT DESK:** Please collect credit card upon check-in
**$25.00 Resort Fee to be: Charged as All charges on Own**

**SPA:** There are no requests at this time.

**LIMO:** There are no requests at this time.

**ENGINEERING:** There are no requests at this time.

**SECURITY:** There are no requests at this time.

**PEARL:** There are no requests at this time.

**HOUSEKEEPING:** There are no requests at this time.

3

**PX 49**

**FTC-MOBE-003722**

# PALMS. PALMSPLACE

4321 West Flamingo Road, Las Vegas, Nevada 89103 - 4381 West Flamingo Road, Las Vegas, Nevada 89103
April 23, 2015

RESORT NAME: **The Palms Casino Resort**
RESORT CONTACT, TITLE: Ms. Megan Johnson, Sales Manager
TELEPHONE: 702-942-7013
FAX: 702-942-7024
EMAIL: megan.johnson@palms.com

ORGANIZATION: **Mobe Ltd.**
CONTACT, TITLE: Mr. Richard Takemura
STREET ADDRESS: Mobe Ltd.
B1-28-8, Soho Suites at KLCC, No. 20
CITY/STATE/POSTAL CODE: Jalan Perak, 50450, Kuala Lumpur
TELEPHONE:
EMAIL: takemura@mobe.com

NAME OF EVENT ("Event"): **MOBE, Ltd.- Supercharge Summit**
DATES OF EVENT: August 13, 2015 - August 17, 2015

The following represents an Agreement between **Palms Casino Resort/Palms Place** *(Resort)* and **Mobe Ltd.** *(Organization)* and outlines specific conditions and services to be provided. This serves as the Agreement *(Agreement)* between Organization and Resort.

### GUEST ROOM BLOCK

| Day<br>Date | Thu<br>08/13 | Fri<br>08/14 | Sat<br>08/15 | Sun<br>08/16 |
|---|---|---|---|---|
| Fantasy Tower Salon Suite | 1 | 1 | 1 | 1 |
| Fantasy Tower Superior Guestroom | 29 | 29 | 29 | 29 |

### GUEST ROOM RATES

| Day<br>Date | Thu<br>08/13 | Fri<br>08/14 | Sat<br>08/15 | Sun<br>08/16 |
|---|---|---|---|---|
| Fantasy Tower Salon Suite | $69.00 | $99.00 | $129.00 | $69.00 |
| Fantasy Tower Superior Guestroom | $69.00 | $99.00 | $129.00 | $69.00 |

The above room rates are net, non-commissionable.

Organization's guest room rates will be in effect from August 13, 2015 until August 17, 2015 for Organization's Event. Extensions prior to or past the Event dates are subject to room and rate availability.

There will be an additional charge of $30.00 per day for each additional person over age 18 or more than two adults in a guest room. The maximum number of people per guest room is four (4). There is a $30.00 charge per roll-away.

All room rates exclude meals and are subject to all applicable taxes at the time of Organization's Event. Taxes are subject to change (currently a 12% occupancy tax). An early departure fee of fifty percent (50%) of negotiated room rate will be charged for individuals that depart prior to the original departure date. Guests will be required to verify departure date upon check in.

### METHOD OF PAYMENT

It is our understanding that Organization's individual guests will be responsible for payment of their room, tax, mandatory resort fee, and incidental charges.

Thirty (30) days prior to Organization's arrival date, Resort must receive a written list of the authorized signatures and the charges that are to be posted to the Master Account.

**PX 49** **FTC-MOBE-003723**

# PALMS® PALMSPLACE

**4321 West Flamingo Rd**
**Las Vegas, Nevada 89103**
**(702) 942-6975**
**Fax (702) 942-6020**

MOBE SUPER CHARGE
MS. ALICIA LINDSAY
13506 SUMMERPORT VILLAGE PKWY STE 1004
WINDERMERE FL  34789

Account No:        1020599
Bill Date:         11/16/16

| DATE | EXPLANATION | | BALANCE |
|------|-------------|--|---------|
| | MOBE SUPER CHARGE | | |
| | 10/21/16 TO 10/24/16 | | |
| | CHMOB16 | | |
| | PAYMENTS: | | |
| 11/12/2015 | WIRE #    ***9550 | $ | (6,000.00) |
| 10/25/2016 | WIRE #    ***0233 | $ | (114,788.32) |
| 11/30/2016 | AX #      1002 | $ | (2,479.70) |
| | | | |
| | ROOM /TAX: | SEE ROOM DETAILS TAB | $ | 6,771.52 |
| | RESORT FEES: | 54 ROOM NIGHTS @ $25 + 12% TAX | $ | 1,512.00 |
| | GALL CHARGES: | SEE GALL DETAILS TAB | $ | 64.27 |
| | | | |
| | CATERING/BANQUETS: | | |
| 10/21/2016 | BEO #    42487 | $ | 10,978.15 |
| 10/21/2016 | BEO #    42478 | $ | 4,422.83 |
| 10/21/2016 | BEO #    42489 | $ | 21,174.00 |
| 10/22/2016 | BEO #    42479 | $ | 4,116.64 |
| 10/22/2016 | BEO #    42490 | $ | 12,819.78 |
| 10/22/2016 | BEO #    42491 | $ | 21,174.00 |
| 10/23/2016 | BEO #    42480 | $ | 34,146.19 |
| 10/23/2016 | BEO #    42492 | $ | 12,546.46 |
| 11/16/2016 | 10% OFF ALL F&B MENUS | $ | (7,476.09) |
| | | | |
| | BUSINESS CENTER : | | |
| 10/20/2016 | ENCORE #   12518 | $ | 75.00 |
| 10/20/2016 | ENCORE #   12524 | $ | 22.70 |
| 10/20/2016 | ENCORE #   12517 | $ | 5.00 |
| 10/20/2016 | ENCORE #   12516 | $ | 19.46 |
| 10/20/2016 | ENCORE #   12514 | $ | 404.85 |
| 10/23/2016 | ENCORE #   12540 | $ | 21.62 |
| 10/23/2016 | ENCORE #   12543 | $ | 10.81 |
| 10/23/2016 | ENCORE #   12538 | $ | 109.18 |
| 10/23/2016 | ENCORE #   12555 | $ | 244.65 |
| 10/23/2016 | ENCORE #   12539 | $ | 25.00 |
| | | | |
| | MISC: | | |
| 10/20/2016 | PAID OUT | 1 CART | $ | 20.00 |
| 10/20/2016 | PAID OUT | 1 CART | $ | 20.00 |
| 10/23/2016 | PAID OUT | 2 CARTS | $ | 40.00 |

THANK YOU
ACCOUNTS RECEIVABLE
PHONE: 702-942-7777 EXT. 54003  EMAIL: CAMILLE.HENRY@STATIONCASINOS.COM

**PX 49**

FTC-MOBE-003724

| | BALANCE DUE: | $ | (0.00) |

PALMS CASINO RESORT
DISPLAY ACTIVITY

ALICIA                          LINDSAY          Reservation Number  422993881133
        Group Code CHMOB16                       Arrival   10/17/2016 Depart 10/24/2016
        Contact Information                      Status    CK/OUT     Advice Code 4
        13506 SUMMERPORT VILLAGE PARKWAY         Travel Agent Num.
        SUITE 1004                               T/A Name
        City WINDERMERE         State FL         Req Date              Amt          .00
        Prov                                     Req Date              Amt          .00
        Group Name MOBE SUPER CHARGE             Rec Date 11/02/2015 Bal            .00
        _____

| Ln No | Date | Deposit Num. | Amount | Amount Tendered | Type/Cur | | Memo |
|---|---|---|---|---|---|---|---|
| 1 | 11/02/15 | 423094489625 | 6000.00 | | RCVD | IA# ████ | 9550 |
| 2 | 10/18/16 | 423094489625 | 6000.00 | | APPL | | |

                                                                    Bottom
Enter Line Number                              F18=Dsp Dep  F20=ResLnk
F3=Exit                                          F19=Dsp.Comm/St1.
F5=Rcv F6=Transfer F7=Refund F8=Forfeit F9=Void

**PX 49**                                      **FTC-MOBE-003725**

**WELLS FARGO**

PREVIOUS DAY INCOMING WIRES
11/02/2015 01:02 PM ET
**CUSTOMER ID:** PALMS043
**OPERATOR ID:** CSYNAG

**FP HOLDINGS LP**

**Wire Transfer Detail Report**
As of 10/30/2015

Commercial Electronic Office®

Treasury Information Reporting

Wire Service Reference Number:
**N/A**
Wells Message Number:
**1089**
PC Reference/Confirmation Number:
**VTQP**
Value Date:
**10/30/2015**
Wire Type:
**195**
Wire Amount:
**6,000.00**
Transaction Reference Number:
**1089**
USD Equivalent Amount:
**6,000.00**
Originator ID:
**4290**
Originator Name and Address:
**MOBEPROCESSING.COM INC**
**13506 SUMMERPORT VILLAGE PKWY**
**SUITE 1004**
**WINDERMERE, FL 34786-7366**
Instructing Bank Code/ID:
**N/A**
Instructing Bank Name and Address:
**N/A**
Sending Party ID:
**0160**
Sending Party Name and Address:
**BRANCH BANKING AND TRUST COMPANY**
**GUILFORD, SUITE 300**
**7823 NATIONAL SERVICE ROAD**
**GREENSBORO, NORTH CAROLINA**
Bank to Bank Info:
**N/A**
Beneficiary Bank Code/ID:
**N/A**
Beneficiary Bank Name and Address:
**N/A**
Originator to Beneficiary Info:
**MOBECOMPO-000324INV-CHMOB16 DATED 2**
**9-OCT-2015**

Instructed Currency/Amount:
**USD/6,000.00**
Exchange Rate:
**1.000000**
Fed/CHIPS/SWIFT Reference Number:
**N/A**
Completed Timestamp:
**10/30/2015 11:55 AM CT**
Sender Reference Number:
**9807**
Originating Bank Code/ID:
**N/A**
Originating Bank Name and Address:
**N/A**
Receiving Party ID:
**6636**
Receiving Party Name and Address:
**FP HOLDINGS LP DBA PALMS CASINO RES**
**OPERATING ACCOUNT**
**4321 W FLAMINGO RD**
**LAS VEGAS NV 89103-3903**
Intermediary Bank Code/ID:
**N/A**
Intermediary Bank Name and Address:
**N/A**
Beneficiary Code/ID:
**N/A**
Beneficiary Reference ID:
**6636**
Beneficiary Name and Address:
**FP HOLDINGS LP PALMS CASINO RESORT**
**4321 WEST FLAMINGO ROAD**
**LAS VEGAS NV 89103**
**UNITED STATES**

Text:

0160 BRANCH BANKING AND TRUST COMPANY GUILFORD, SUITE 300 7823 NATIONAL SERVICE ROAD GREENSBORO, NORTH
CAROLINA9807 ORG=MOBEPROCESSING.COM INC 13506 SUMMERPORT VILLAGE PKWY SUITE 1004 WINDERMERE, FL
34786-7366 RFB=VTQP OBI=MOBECOMPO-000324INV-CHMOB16 DATED 2 9-OCT-2015 OPI=290 /FTR/ BNF=6636
FP HOLDINGS LP PALMS CASINO RESORT 4321 WEST FLAMINGO ROAD LAS VEGAS NV 89103 UNITED STATES CHP=033
COMPLETED TIMESTAMP 10/30/2015 11:55 AM CT

---

37,099.84 **Credit Subtotal for FEDWIRE**

| Credit Wire Amount | Process Date Time | From | Corresponding Bank | Status |
|---|---|---|---|---|
| 2,519.64 | 10/30/2015 05:18 AM CT | INTERNATIONAL BANK OF AMERICA, NEW YORK, NY 1/RUELA MUSIC MANAGEMENT,LDA N/A | N/A | COMPLETE |



**PREVIOUS DAY INCOMING WIRES**
10/25/2016 12:25 PM ET
**CUSTOMER ID:** PALMS043
**OPERATOR ID:** CSYNAG

**FP HOLDINGS LP**

**Wire Transfer Detail Report**
As of 10/24/2016

Commercial Electronic Office®

**Treasury Information Reporting**

**Currency:** USD
**Bank:** 121000248
**Account:** 4124006636(NV)

WELLS FARGO BANK, N.A.
FP HOLDINGS LP DBA PALMS CASIN

| Credit Wire Amount | Process Date Time | From | Corresponding Bank: | Status |
|---|---|---|---|---|
| 114,788.32 | 10/24/2016 08:26 AM CT | FEDWIRE N/A MOBEPROCESSING.COM, INC. N/A | N/A | COMPLETE |

Wire Service Reference Number:
▮▮▮1732
Wells Message Number:
▮▮▮9742
PC Reference/Confirmation Number:
**BMG OF 16/10/24**
Value Date:
**10/24/2016**
Wire Type:
**195**
Wire Amount:
**114,788.32**
Transaction Reference Number:
▮▮▮9742
USD Equivalent Amount:
**114,788.32**
Originator ID:
▮▮0166
Originator Name and Address:
**MOBEPROCESSING.COM, INC.**
**1209 N ORANGE ST**
**WILMINGTON DE 198011120**
Instructing Bank Code/ID:
**N/A**
Instructing Bank Name and Address:
**N/A**
Sending Party ID:
▮▮0021
Sending Party Name and Address:
**JPMORGAN CHASE BANK, N.A.**
**4 NEW YORK PLAZA**
**FLOOR 15**
**NEW YORK, NY, US**
Bank to Bank Info:
**N/A**
Beneficiary Bank Code/ID:
**N/A**
Beneficiary Bank Name and Address:
**N/A**
Originator to Beneficiary Info:
**INV-CHMOB16 DATED 21-OCT-2016**

Instructed Currency/Amount:
**USD/114,788.32**
Exchange Rate:
**1.000000**
Fed/CHIPS/SWIFT Reference Number:
▮▮▮732
Completed Timestamp:
**10/24/2016 08:26 AM CT**
Sender Reference Number:
▮▮▮298ES
Originating Bank Code/ID:
**N/A**
Originating Bank Name and Address:
**N/A**
Receiving Party ID:
▮▮6636
Receiving Party Name and Address:
**FP HOLDINGS LP DBA PALMS CASINO RES**
**OPERATING ACCOUNT**
**4321 W FLAMINGO RD**
**LAS VEGAS NV 89103-3903**
Intermediary Bank Code/ID:
**N/A**
Intermediary Bank Name and Address:
**N/A**
Beneficiary Code/ID:
**N/A**
Beneficiary Reference ID:
▮▮6636
Beneficiary Name and Address:
**PALMS CASINO RESORT**
**4321 WEST FLAMINGO ROAD**
**LAS VEGAS NV 89103 US**

Text:
▮▮0021 JPMORGAN CHASE BANK, N.A. 4 NEW YORK PLAZA FLOOR 15 NEW YORK, NY, US 3220700298ES
ORG=MOBEPROCESSING.COM, INC. 1209 N ORANGE ST WILMINGTON DE 198011120 RFB=BMG OF 16/10/24 OBI=INV-CHMOB16 DATED
21-OCT-2016 OPI=▮▮▮0166 /FTR/ BNF=▮▮▮6636 PALMS CASINO RESORT 4321 WEST FLAMINGO ROAD LAS VEGAS NV 89103 US
COMPLETED TIMESTAMP 10/24/2016 08:26 AM CT

| Credit Wire Amount | Process Date Time | From | Corresponding Bank: | Status |
|---|---|---|---|---|
| 8,176.01 | 10/24/2016 12:17 PM CT | INTERNATIONAL N/A TRAVCO USD CURRENT N/A | N/A | COMPLETE |

*10/24/16*

**WELLS FARGO**

Custom
10/25/2016 12:27 PM ET
**CUSTOMER ID:** PALMS043
**OPERATOR ID:** CSYNAG
Commercial Electronic Office®

**FP HOLDINGS LP**

Previous Day Composite Report
As of 10/24/2016

Treasury Information Reporting

| Date | Description | | Credit Amount: | |
|---|---|---|---|---|
| 10/24/2016 | 195 / INCOMING MONEY TRANSFER | | | 114,788.32 |
| | Cust Ref: 00000000000 | Bank Ref: ████████0233 | | |
| | Unique ID: ████████9742 | | | |
| | WT FED#01732 JPMORGAN CHASE BAN /ORG=MOBEPROCESSING.COM, INC. SRF# 3████0298ES | | | |
| | TRN# ██████9742 RFB# BMG OF 16/10/24 | | | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Mobeprocessing.com Inc | | | | |
| 2 | | | | | | | | | |
| 3 | Sender ID, Name | Money Sent Date | Beneficiary | Sender Bank Name | Beneficiary Bank Country | Beneficiary bank State | Beneficiary Bank Name | Domestic Am Rec'd (A1) | Foreign Am Sent (E2) |
| 4 | ClickBetter LTD, , , | 31/05/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 14357.22 | 14342.22 |
| 5 | ClickBetter LTD, , , | 23/05/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 28265.51 | 28250.51 |
| 6 | ClickBetter LTD, , , | 17/05/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 8878.55 | 8863.55 |
| 7 | ClickBetter LTD, , , | 10/05/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 10940.86 | 10925.86 |
| 8 | ClickBetter LTD, , , | 03/05/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 12842.92 | 12827.92 |
| 9 | ClickBetter LTD, , , | 26/04/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 16450.88 | 16435.88 |
| 10 | ClickBetter LTD, , , | 19/04/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 15226.14 | 15211.14 |
| 11 | ClickBetter LTD, , , | 12/04/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 14378.78 | 14363.78 |
| 12 | ClickBetter LTD, , , | 05/04/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 32136.87 | 32121.87 |
| 13 | ClickBetter LTD, , , | 21/03/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 25235.60 | 25220.60 |
| 14 | ClickBetter LTD, , , | 29/03/2017 | Mobeprocessing.com  Inc | BOI | USA | North Carolina | Bank of America, National Association | 5624.87 | 5604.87 |
| 15 | ClickBetter LTD, , , | 28/02/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 5639.87 | 5624.87 |
| 16 | ClickBetter LTD, , , | 22/02/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 15368.88 | 15353.88 |
| 17 | ClickBetter LTD, , , | 14/02/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 9346.24 | 9331.24 |
| 18 | ClickBetter LTD, , , | 08/02/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 13731.70 | 13716.70 |
| 19 | ClickBetter LTD, , , | 02/02/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 29911.22 | 29896.22 |
| 20 | ClickBetter LTD, , , | 25/01/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 30816.98 | 30801.98 |
| 21 | ClickBetter LTD, , , | 18/01/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 14513.08 | 14502.08 |
| 22 | ClickBetter LTD, , , | 11/01/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 21462.82 | 21451.82 |
| 23 | ClickBetter LTD, , , | 05/01/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 28801.30 | 28790.30 |
| 24 | ClickBetter LTD, , , | 04/01/2017 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 30896.74 | 30885.74 |
| 25 | ClickBetter LTD, , , | 21/12/2016 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 19969.52 | 19958.52 |
| 26 | ClickBetter LTD, , , | 14/12/2016 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 27336.62 | 27325.62 |
| 27 | ClickBetter LTD, , , | 07/12/2016 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 25904.88 | 25893.88 |
| 28 | ClickBetter LTD, , , | 01/12/2016 | MOBEPROCESSING.COM, INC | BOI | USA | Florida | JPMorgan Chase Bank, National Association | 22711.88 | 22700.88 |

**PX 50**

FTC-MOBE-003729

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1. I, __ROBERT MAS_____, have personal knowledge of the facts set forth below and am competent to testify as follows:

2. I have authority to certify the authenticity of the records produced by International Finance Bank (the "Company") and attached hereto.

3. The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that: Confidential IFB 00001 - 01326

   a) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b) Were kept in the course of the regularly conducted activity of the Company; and

   c) Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: __10/30/17_____

Signature _____

FTC-MOBE-003730                **PX 51**

Printed: 10/03/2017       15:48:21        **Transfer Search Detail**        *Page: 73*



| | | | | | |
|---|---|---|---|---|---|
| **IMAD #:** | = ████████8314 | | Ref#: 170822ILZ000063 | **Incoming Wire** | CTP/1000 |
| **Account #** | = █1934 | | GUARDIAN ESCROW CORP | | |
| **Offset Acc #** | = ██████2300 | | FRB OFFSET | **Value Dte:** | 08/23/2017 |
| **Amount** | = 239970.00 | Fee Amount: 15.00 | | **Fed Cycle:** | 08/22/2017 |
| **Date Received/Sent** | = 08/23/2017 | Time In | 08221727 | **IMAD =** ████████8314 | |
| **Date Generated** | = 08/23/2017 | Auto Post | Yes | **OMAD =** ███████████1727FT | |
| **Sender ABA** | = 026005092 | WELLSFARGO NY INTL | | Sender Ref.= █████8314 | |
| **Receiver ABA** | = 067011692 | INTL FINANCE MIA | | RFB = █████████ | |

ORG = 1/MOBE INC.
    D █████1497
    2/COSTA DEL ESTE TORRE CAPITAL
    2/PLAZA
    3/PA/PANAMA          PA

BNF = 1/GUARDIAN ESCROW CORP
    D ███1934
    2/540 NE 4TH STREET FORT LAUDERDALE
    3/US/FLORIDA               US

OGB = CREDICORP BANK
    D ███████1551
    HEAD OFFICE
    PANAMA, PANAMA

IBK =

                PA

BBK =

                   US

OBI = FUND TRANSFER FOR OPERATION EXPENSE
      S

INS =



Printed: 10/03/2017      15:48:21          Transfer  Search  Detail          *Page: 44*

| IMAD #: | = ████████7653 | Ref#: 170717ILZ000046 | Incoming Wire | CTR/1000 |

| Account # | = ███934 | GUARDIAN ESCROW CORP |
| Offset Acc # | = █████2300 | FRB OFFSET |
| Amount | = 200000.00 | Fee Amount: 15.00 |
| Date Received/Sent | = 07/17/2017 | Time in | 07171129 |
| Date Generated | = 07/17/2017 | Auto Post | Yes |
| Sender ABA | = 021001033 | DBTCO AMERICAS NYC |
| Receiver ABA | = 067011692 | INTL FINANCE BANK |

Value Dte: 07/17/2017
Fed Cycle: 07/17/2017

IMAD = ████████7653
OMAD = ████████129FT
Sender Ref.= ████████7807
RFB =

ORG = TRANSACT EUROPE
████████110
TRIADITSA  UL KARNIGRADSKA 19
BULGARIA SOFIIA
                                        99

OGB = UNITED BULGARIAN BANK
████████892
5 SVETA SOFIA STREET
SOFIA 1040 BULGARIA
                                        BG

Instructed Amount : USD 200000.00

BNF = GUARDIAN ESCROW CORP
████████1934
540 NE 4TH STREET FORT LAUDERDALE
UNITED STATES
                                        US

IBK =

BBK =
                                        US

OBI = MOBE PRO LIMITED
INV NO 201707022 DD 14JULY2017
EVENT STAFFS CLAIM

INS =

## Transfer Search Detail

| | | | |
|---|---|---|---|
| IMAD #: | ████████5528 | Ref#: 170531ILZ000039 | Incoming Wire    CTR/1000 |
| Account # | █████1934 | GUARDIAN ESCROW CORP | |
| Offset Acc # | ████████2300 | FRB OFFSET | Value Dte: 05/31/2017 |
| Amount | =  450000.00 | Fee Amount:  15.00 | Fed Cycle: 05/31/2017 |

| | | | |
|---|---|---|---|
| Date Received/Sent | = 05/31/2017 | Time In  05310953 | IMAD = ████████5528 |
| Date Generated | = 05/31/2017 | Auto Post  Yes | OMAD = ████████████0953FT |
| Sender ABA | = 021000021 | JPMORGAN CHASE | Sender Ref.= ██████8151FS |
| Receiver ABA | = 067011692 | INTL FINANCE BANK | RFB =  SWF OF 17/05/31 |

ORG = 9336-0311 QUEBEC INC
████████3364
1751 RICHARDSON
SUITE 2500 MONTREAL
QUEBEC H3K1G6 CA                          US

OGB = BANQUE NATIONALE DU CANADA
████████MINT
600 RUE DE LA GAUCHETIERE OUEST
MONTREAL CANADA                           CA

BNF = GUARDIAN ESCROW CORP
████1934
540 NE 4TH STREET FORT LAUDERDALE
FLORIDA 33301
US,US                                     US

IBK =

BBK =

                                          US

OBI = INTER COMPANY FUND TRANSFER

INS = ██████CAMM

                                          CA

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.   I, _Ashley Scibelli_ , have personal knowledge of the facts set forth below and am competent to testify as follows:

2.   I have authority to certify the authenticity of the records produced by SunTrust Bank (the "Company") and attached hereto.

3.   The documents produced and attached hereto by the Company are originals or true copies of records of regularly conducted activity that:

   a)   Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

   b)   Were kept in the course of the regularly conducted activity of the Company; and

   c)   Were made by the regularly conducted activity as a regular practice of the Company.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _4/25/18_

_____
Signature

**PX 52**

## Form of Certificate of Compliance*

I/We do certify that all of the documents, information and tangible things required by the attached Civil Investigative Demand which are in the possession, custody, control, or knowledge of the person to whom the demand is directed have been submitted to a custodian named herein.

If a document or tangible thing responsive to this Civil Investigative Demand has not been submitted, the objections to its submission and the reasons for the objection have been stated.

If an interrogatory or a portion of the request has not been fully answered or a portion of the report has not been completed, the objections to its submission and the reasons for the objections have been stated.

Signature _____

Title _____

Sworn to before me this day

11th Day of December 2017

_____
Notary Public

Nicole Singh

NICOLE SINGH
Notary Public, State of Florida
Commission# FF 078369
My comm. expires Dec. 19, 2017

*In the event that more than one person is responsible for complying with this demand, the certificate shall identify the documents for which each certifying individual was responsible.  In place of a sworn statement, the above certificate of compliance may be supported by an unsworn declaration as provided for by 28 U.S.C. § 1746.

**PX 52**          FTC-MOBE-003735

**BNK:** 175    **SND DATE:** 150622                    **VAL:** 150622             **TRN:** 150622-00003940
**AMT:** $831.32                                       **CUR:** USD               **FOR AMT:** 831.32
**SRC:** FED    **ADV:** LTR        **TYP:** FTR        **LOC:**                   **CHECK NUM:**

---

**DBT:** ████0089                                      **CDT:** ████3682
**ACC:** ████1050                   **ON FILE:** N     **ACC:** ████3682                    **ON FILE:** N
**DEPT:** 175                       **CTRY:**          **DEPT:** 175                        **CTRY:**
CITIBANK, N.A.                                         DIRECT IMPRESSIONS INC
NEW YORK, NY                                           POSTAGE ACCOUNT
                                                       1335 MIRAMAR ST
**SEND:** ████3033                                     CAPE CORAL FL 33904-9734
NATIONAL AUSTRALIA BK LTD
**SNDR REF NUM:** ████3093AE01                         **BNF:** ████3682                    **BK:** N
                                                       DIRECT IMPRESSIONS INC
**ORIG BNK:** ████3303M                                1335 MIRAMAR STREET CAPE CORAL FL 3
NATIONAL AUSTRALIA BANK LIMITED                        3904 USA
**REF NUM:**                                           UNITED STATES

**ORIG:** ████6153                                     **ORIG TO BNF INFO:**
MATTHEW LLOYD MCPHEE TRADING AS MAT                    MOBE PO 00001181 INV 47565 USD856.3
UNIT B1-8-7 20 JALAN PERAK                              2
50088 KLCC KUALA LUMPUR
MALAYSIA
**REF NUM:**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**Federal Trade Commission**,

     Plaintiff,

     v.

**MOBE Ltd.**, et al.,

     Defendants.

Case No. _____

**FILED UNDER SEAL**

## PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## VOLUME IV-A

PX 53  Trademark Application (Serial # 86808208: "45 Minute Paydays")...................3737

PX 54  Trademark Application (Serial #86949073: "Big Ticket Affiliate Marketing").......................................................................................3768

PX 55  Trademark Application (Serial #86949057: "BTAM").......................................3804

PX 56  Trademark Application (Serial #86843085: "Digital Millionaire System").........3861

PX 57  Trademark Application (Serial #86923557:  "HTAM")......................................3909

PX 58  Trademark Application (Serial # 86808251: "Internet Funnel System") ............3932

PX 59  Trademark Application (Serial #86733045 : MOBE) .........................................3973

PX 60  Trademark Application (Serial #86733067: MOBE) ..........................................4008

PX 61  Trademark Application (Serial #87184288 : MOBE) .........................................4017

PX 62  Trademark Application (Serial #87006046 : "My Own Business Education")...............................................................................................4053

PX 63  Trademark Application (Serial #86843073: "Patriot Funnel System")...............4099

**Generated on:** This page was generated by TSDR on 2018-05-24 16:33:46 EDT

**Mark:** 45 MINUTE PAYDAYS

45 MINUTE PAYDAYS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86808208 | **Application Filing Date:** | Nov. 03, 2015 |
| **US Registration Number:** | 5079502 | **Registration Date:** | Nov. 08, 2016 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Nov. 08, 2016 | | |
| **Publication Date:** | Apr. 26, 2016 | **Notice of Allowance Date:** | Jun. 21, 2016 |

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | 45 MINUTE PAYDAYS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "45 MINUTE" |

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 19, 2015 | **Use in Commerce:** | Oct. 19, 2015 |

| | | | |
|---|---|---|---|
| **For:** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 19, 2015 | **Use in Commerce:** | Oct. 19, 2015 |

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |

# PX 53

FTC-MOBE-003737

**Filed No Basis:**  No                    **Currently No Basis:**  No

# Current Owner(s) Information

**Owner Name:** Mobe

**Owner Address:** B1-28-8, Soho Suites at DLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur
MALAYSIA

**Legal Entity Type:** limited company (ltd.)                 **State or Country** MALAYSIA
                                                              **Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Mark Ford                      **Docket Number:** M2455.81460U

**Attorney Primary** mford@mabr.com              **Attorney Email** Yes
**Email Address:**                                **Authorized:**

**Correspondent**

**Correspondent** MARK FORD
**Name/Address:** MASCHOFF BRENNAN
1389 CENTER DR STE 300
PARK CITY, UTAH 84098-7660
UNITED STATES

**Correspondent e-** mford@mabr.com d@mabr.com      **Correspondent e-** Yes
**mail:** cwilde@mabr.com                            **mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 08, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 04, 2016 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 02, 2016 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 29, 2016 | STATEMENT OF USE PROCESSING COMPLETE | 71034 |
| Sep. 09, 2016 | USE AMENDMENT FILED | 71034 |
| Sep. 29, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Sep. 09, 2016 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 21, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 26, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 26, 2016 | PUBLISHED FOR OPPOSITION | |
| Apr. 06, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 19, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 74221 |
| Mar. 19, 2016 | ASSIGNED TO LIE | 74221 |
| Mar. 03, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 02, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 01, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 01, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 11, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 11, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 11, 2015 | NON-FINAL ACTION WRITTEN | 73708 |
| Dec. 05, 2015 | ASSIGNED TO EXAMINER | 73708 |
| Nov. 07, 2015 | NOTICE OF PSEUDO MARK E-MAILED | |
| Nov. 06, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 06, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

# PX 53                              FTC-MOBE-003738

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Oct. 02, 2016

          FTC-MOBE-003739

# United States of America

## United States Patent and Trademark Office

# 45 MINUTE PAYDAYS

**Reg. No. 5,079,502**

**Registered Nov. 08, 2016**

**Int. Cl.: 35, 41**

**Service Mark**

**Principal Register**

Mobe (MALAYSIA limited company (ltd.) )
B1-28-8, Soho Suites at DLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur MALAYSIA

CLASS 35: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

FIRST USE 10-19-2015; IN COMMERCE 10-19-2015

CLASS 41: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

FIRST USE 10-19-2015; IN COMMERCE 10-19-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "45 MINUTE"

SER. NO. 86-808,208, FILED 11-03-2015
RONALD G MCMORROW, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**PX 53**

FTC-MOBE-003741

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86808208 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 118 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | http://tmng-al.uspto.gov/resting2/api/img/86808208/large |
| LITERAL ELEMENT | 45 MINUTE PAYDAYS |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| NAME | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DLCC |
| STREET | No. 20 Jalan Perak, 50450 |
| CITY | Kuala Lumpur |
| COUNTRY | Malaysia |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| CURRENT IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 10/19/2015 |
| FIRST USE IN COMMERCE DATE | 10/19/2015 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-50192201202-20160909185353720460_._Specimen_1.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0003.JPG |
| ORIGINAL PDF FILE | SPN0-50192201202-20160909185353720460_._Specimen_2.pdf |
| CONVERTED PDF FILE(S) (10 pages) | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0004.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0005.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0006.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0008.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0009.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0010.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0011.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0012.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0013.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts from 45minutepaydays.com. |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 10/19/2015 |
| **FIRST USE IN COMMERCE DATE** | 10/19/2015 |
| **SPECIMEN FILE NAME(S)** | |
|    ORIGINAL PDF FILE | SPN1-50192201202-20160909185353720460_._Specimen_3.pdf |
|    CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0014.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\082\86808208\xml13\SOU0015.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts from 45minutepaydays.com. |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 2 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 200 |
| **TOTAL AMOUNT** | 200 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Mark W. Ford/ |
| **SIGNATORY'S NAME** | MARK W. FORD |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 09/09/2016 |
| **SIGNATORY'S PHONE NUMBER** | 4352521360 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Fri Sep 09 19:01:06 EDT 2016 |
| **TEAS STAMP** | USPTO/SOU-XX.XXX.XXX.XXX-20160909190106101367-8680 8208-550d21ce243536c034e3 e5b30e5d8d0f8e377f65a2f07 |

f50e5356d77e5148e9-CC-612
3-20160909185353720460

FTC-MOBE-003744

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** 45 MINUTE PAYDAYS(Standard Characters, see http://tmng-al.uspto.gov/resting2/api/img/86808208/large)
**SERIAL NUMBER:** 86808208

The applicant, Mobe, having an address of
    B1-28-8, Soho Suites at DLCC
    No. 20 Jalan Perak, 50450
    Kuala Lumpur,
    Malaysia
is submitting the following allegation of use information:

For International Class 035:
Current identification: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/19/2015, and first used in commerce at least as early as 10/19/2015, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from 45minutepaydays.com..

**Original PDF file:**
SPN0-50192201202-20160909185353720460_._Specimen_1.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN0-50192201202-20160909185353720460_._Specimen_2.pdf
**Converted PDF file(s)** (10 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10

For International Class 041:
Current identification: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 10/19/2015,

and first used in commerce at least as early as 10/19/2015, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from 45minutepaydays.com..

**Original PDF file:**
SPN1-50192201202-20160909185353720460_._Specimen_3.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2


The applicant is not filing a Request to Divide with this Allegation of Use form.


A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.


### Declaration

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. §1051(c) or a statement of use under 15 U.S.C. §1051(d), the applicant is the owner of the mark sought to be registered; the mark is in use in commerce; **for a trademark or service mark application**, the applicant is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified; **for a collective trademark, collective service mark, collective membership mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified; **for a certification mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant; that to the best of the signatory's knowledge and belief, no other persons, except if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/     Date Signed: 09/09/2016
Signatory's Name: MARK W. FORD
Signatory's Position: Attorney of Record
Signatory's Phone: 4352521360

RAM Sale Number: 86808208
RAM Accounting Date: 09/12/2016

Serial Number: 86808208
Internet Transmission Date: Fri Sep 09 19:01:06 EDT 2016
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XXX-201609091901061
01367-86808208-550d21ce243536c034e3e5b30
e5d8d0f8e377f65a2f07f50e5356d77e5148e9-C
C-6123-20160909185353720460

PX 53                    FTC-MOBE-003746



We Guarantee You Will Make At Least $500 And Discover...

## How Anyone Can Make Up To $1000 In A Single Day Working From Home In As Little As 45 Minutes A Day.

### Write Your Own Success Story Now

We are so confident anyone can make money, we'll pay you $500 just for trying.

**Fast -** Discover how to start earning money immediately!

**Easy -** It's as easy as copy and paste! Anyone can do this!

**Fun -** Work when & where you want...just 45 minutes per day!

**Limited availability - apply now!**



Qualify for this $500 guarantee.
Enter your email now.

Enter your email address

GET INSTANT ACCESS

## Here Is What Some Of Our Top Lead Finders Are Saying:







*Everything about this system exceeded my expectations! On my very best day ever, I made a $3,000 commission. I highly recommend you check it out!*

*- Frank Torchia, Florida*

PX 53                    FTC-MOBE-003747

*By far one of the easiest and fastest ways to build a profitable online business … an excellent combination of training and business system all in one. I wish I knew about it sooner.*

- Rob Tepper, San Diego, CA

*I am a retired teacher and I am so excited because I generated my first $2,000 in 10 days. I actually had my first $9,000 sale, that I didn't know anything about, that generated me $3,000 in commissions.*

- Deborah Robertson, Covington, GA

These are extraordinary results. Please see the Income Disclosure Statement.

Privacy Policy (https://45minutepaydays.com/privacy-policy/)    Income Disclosure Statement (https://45minutepaydays.com/income-disclaimer/)
Terms & Conditions (https://45minutepaydays.com/terms-conditions/)
Copyright 2016 - 45 Minute Paydays - All Rights Reserved

PX 53                          FTC-MOBE-003748



**MINUTE PAYDAYS**
The Leading Online Income Opportunity

Special Report From Raena Lynn:

## If You Can Spare 45 Minutes A Day, We Can Offer You A Certified, Proven And Guaranteed Way To Make Up To $379/Day From Home!

Important: Read my full report now as only 15 people are accepted into this program per city at any given time ... because of the personal support given to each new member to ensure everyone's quick financial success. Don't hesitate ... this page is taken down (literally) when the limit is reached, so read on ...

**UPDATE: Positions in this program are filling up quickly.**
**Read this entire letter now to find out how to get your first $1,250 commission.**

Dear Friend,

If I could show you a proven way to make up to $10,000 per month, working part-time from home, would that be worth a few minutes of your time?

**YES!**

That was my answer when I first found this program.

**MY NAME IS RAENA LYNN**, and let me tell you, I used to work VERY hard just to scrape by.

Like many Americans, I was living paycheck to paycheck ... if you could even call it living.



*Fiji vacation...*
*Wish you were here!!*

After my divorce, I had to completely support myself for the first time in my life. At the same time, the economy took a hit, and I couldn't find any work in California, even though I had teaching experience.

I was broke and unable to support my two daughters, which broke my heart. At one point it got so bad, I honestly thought I would be homeless and I packed all my belongings into my van.

But I didn't end up on the street. Instead I drove to Idaho where my oldest daughter had moved.

I expected to find a teaching job there, but the only job I could find, after applying all over town ... was as a crew member at McDonald's.

It was humiliating and I'm embarrassed to admit it, but I actually flipped burgers at McDonald's as a grown woman. I had to compete with teenagers for hours, and barely made $850/month. I hated my job, my bosses, and the constant cycle of debt.

But I kept working out of FEAR that I wouldn't be able to pay my bills and have enough money to eat.

## The Worst Day Of My Life ...



**The worst day of my life was on December 15th. I'll never forget that day.**

I had been working at McDonald's for about 2 years and barely had enough money to pay the rent. My youngest daughter drove up from California to see me. As she walked in the door with her sister, I saw what they were carrying ... grocery bags full of food.

If you're a parent, you can imagine how I felt. There is nothing more embarrassing and humiliating than having your children bring you food so you can eat. As parents, it's our job to feed them, not the other way around.

Now, my daughters didn't mean anything by it, bless their hearts. They were just trying to help their Mom. But I felt awful, and I vowed that day to turn my life around.

So, I started looking for another source of income that could get me out of the hole I was in.

**First, I sat down and wrote a list of everything that I wanted in a dream job** ...

---

## "My <u>Perfect</u> Dream Income"

I want to work **WHERE** I want, so I can work from home or while traveling

I want to work **WHEN** I want, so I can work when my schedule allows it and I don't have to wake up early and sit in traffic

I want to work with **WHOM** I want, so I don't have to put up with bosses or annoying co-workers

I want to work **HOW** I want, so I am not forced to work a manual job that takes a toll on me physically

I want there to be a **WHY** to my work, so I can enjoy what I do and feel good about it

### After Reading Over My List Of "Wants"
### I Added A Few Practical Requirements

It must NOT require a storefront, investment, inventory, employees, accounting, or in-person selling

It must NOT require any special training, college degrees, licenses, or computer skills

It MUST provide me with an income that will allow me to pay the bills and help support my daughters, with a little "fun" money leftover

It MUST allow me to make this income in 1 hour a day (or less), so I can have more free time for myself and my daughters

---

## And Guess What?

Within a matter of weeks, I found something that fit all my needs, and more!

Call it God, faith, luck, karma, or whatever you want ... I stumbled across an ad online about **45-Minute Paydays,** working from home in your spare time.

It sounded too good to be true, but I set aside my skepticism and clicked.

I was taken to page similar to the one you're on now, that outlined the benefits of a program that satisfied all my wants and needs for my dream income.

On that page, I discovered other regular people, just like me, who in 45-minute time periods were making significant income from home doing very simple tasks, and how it changed their lives.

Three months later, and I was one of those people, too.



*Now, I work from home when I want
& make MUCH more than I ever did as a teacher.*

## Get Started Now!

(https://45minutepaydays.com/b-order-10/?
utm_source=b-letter-
10&utm_medium=medium10&utm_campaign=campaign10)

## Other People Like Me



*I am a retired teacher and I am so excited because I generated my first $2,000 in 10 days. I actually had my first $9,000 sale, that I didn't know anything about, that generated me $3,000 in commissions.*

- Deborah Robertson, Covington, GA



*My best day has been an $8,000 day. I have had a couple of $8,000 days, but the most exciting part is when you don't even know it's coming. It's a wonderful feeling.*

- Rob Tepper, San Diego, CA

These are extraordinary results. Please see the Income Disclosure Statement.
(http://45minutepaydays.com/income-disclaimer)

PX 53                    FTC-MOBE-003751