http://copernicusmarketing.com/          07/01/2016 10:59:32 AM

## Copernicus
Marketing Consulting and Research

Consulting & Research Services
Our Work

Copernican Newsfeed
Who We Are

News and Events
International Work

Contact Us

Copernicus is a marketing consultancy that integrates provocative insights and powerful marketing models to build enduring emotional connections between brands & customers.

Copernicus Marketing Consulting and Research - "Who We Are"

Watch ▶

### Services

A transformational marketing strategy can change your brand's trajectory. At Copernicus, you will find marketing consulting services that help you dramatically improve revenues, profits, and brand equity.

Marketing Strategy

Market Segmentation and Targeting

Positioning and Brand Strategy

Implementation Guidance

Product and Pricing Strategy

**PX 54**

FTC-MOBE-003783

http://copernicusmarketing.com/          07/01/2016 10:59:32 AM

Shopper Insights

Marketing Planning

Marketing Analytics

**Uncovering Authentic Emotions**

THE POWER OF EMOTION

MindSight® is a proprietary technique using applied neuroscience and images to directly access and explain the specific emotions driving consumer behavior.

Learn more. ▶

**Copernicus Newsfeed**

**7 Trends Impacting the Food Industry**
As seen in Quirks.com June 2016 E-newsle
Read More
June 23, 2016

**Copernicus and Pfizer at Path to Purchase Expo**
September 20-22, 2016 | Path to Purchas
Read More
June 30, 2016

**Developing a Holistic Behavioral and Motivational View Of Sh...**
CPG brands and retailers can both benefi
Read More
March 22, 2016

**Marketing IQ Quiz**

Find out if you have the stuff of marketing genius with our 10-question IQ quiz.

Take the Quiz ▶

Consulting & Research Services
Our Work

Copernicus Newsfeed
Who We Are

News and Events
International Work

Contact Us

© Copernicus Marketing Consulting 2016. All rights reserved

FTC-MOBE-003784

http://copernicusmarketing.com/copernican-news-2/news-and-events/        07/01/2016 10:59:55 AM



## Copernicus and Pfizer at Path to Purchase Expo

September 20-22, 2016 | Path to Purchase Expo | Chicago

*Read Our Lips, er, Minds: What Chapstick Reveals About Our Unconscious Brains*

**Copernicus Managing Director, Elliot Savitzky** with **Chuck Meyer-Hanover, Pfizer**

**Wednesday, September 21 @ 8:00-8:45AM**

Some products take significant thought and planning in the consideration, purchase and usage stages. Other products – like ChapStick – are bought and consumed much more spontaneously. But what does it really mean when someone removes the cap and applies the product to their lips? What are those underlying emotional hot buttons that motivate the behavior and reinforce continued use? Learn how MindSight Mobile, combined with MFour Technology, helped Pfizer uncover the emotional experience of using ChapStick "in the moment." Attendees will:

- Learn how researchers explored the unconscious emotional experience of using ChapStick at the most critical moment.
- Discover where the gap between the rational and emotional mind lies.
- Explore how Pfizer was able to use these learnings to inform creative development.

FTC-MOBE-003785

http://copernicusmarketing.com/copernican-news-2/news-and-events/          07/01/2016 10:59:55 AM

NATIONAL EVENTS
NEWSLETTER
SHOPPER INSIGHTS
MARKETING TRENDS
NEWSFEED

**Stay Connected**

Follow us on Twitter for
updates on news,
events, and blog posts.

Archive

JUNE 2016
MAY 2016
APRIL 2016
MARCH 2016
FEBRUARY 2016
JANUARY 2016
DECEMBER 2015
NOVEMBER 2015
OCTOBER 2015
SEPTEMBER 2015
AUGUST 2015
JULY 2015
JUNE 2015
MAY 2015
APRIL 2015
MARCH 2015
FEBRUARY 2015
JANUARY 2015
DECEMBER 2014
NOVEMBER 2014
OCTOBER 2014
SEPTEMBER 2014
AUGUST 2014
JULY 2014
JUNE 2014

## IIeX NA | June 13 @ 4PM – The Power of Now: Targeting Emotions to Improve the User Experience



**Join Associate Research Director, Seth DeAvila at IIeX NA in Atlanta on June 13, 4:00-4:40PM:**

The powerful connection between "in the moment" experiences and emotion is often underestimated in marketing and product development. A positive or negative experience can influence purchasing behaviors and more importantly, brand loyalty.

Learn how our proprietary technique, MindSight® Experiential Discovery uncovers raw "in the moment" emotions.

MindSight® Experiential Discovery is a System 1 technique that is designed to detail the unconscious emotions that are generated in the while consumers are using a product, experiencing an event, or reflecting on the past.

We will discuss the derivation of the technique, how it works and how it enhances knowledge of the user experience. Learn how we link rational and emotional thought to focus product development efforts, improve marketing communications and impact merchandising decisions.

(See full agenda.)

**PX 54**

FTC-MOBE-003786

http://copernicusmarketing.com/copernican-news-2/news-and-events/          07/01/2016 10:59:55 AM

MAY 2014

JANUARY 2012

## Laurie Klein to Chair 8th Annual NLS Food Marketing Summit

**May 3 – 4, 2016**
**Hyatt Regency Indian Wells Resort & Spa – Indian Wells, California**
The 8th Annual Food Marketing Summit features the ideal peer-to-peer networking environment for Top Level Executives in Marketing, Communications, Social Media and many other related fields within the food industry. Be a part of the industry's must attend event featuring thought leaders from the world's leading food manufacturers, discussing the key issues affecting the current and future growth of your business.

Laurie Klein, VP, Client Services will chair the event that kicks off May 3. See full agenda here. Please contact Laurie directly if interested in attending as our guest.
laurie.klein@copernicusmarketing.com.
**Participation Advantages**
1. Benchmark against best-practices, share challenges and lessons learned.
2. Discover the latest methodologies and strategies being utilized by America's foremost experts in the food industry.
3. Discuss, examine and evaluate emerging consumer and industry trends and their impact on your business.
4. Determine and adopt the most practical and applicable technological solutions for your business.
5. Network with the industries best minds, share ideas and innovative concepts.

1  2  3  4  5  …  10  20  …  older posts »

| Consulting & Research Services | Copernican Newsfeed | News and Events | Contact Us | © Copernicus Marketing Consulting 2016. All rights reserved |
| Our Work | Who We Are | International Work | | |

PX 54

FTC-MOBE-003787

http://www.fullsurge.com/thought-leadership/speaking-engagements        07/01/2016 11:06:37 AM



home » thought-leadership » Speaking Engagements

**Thought Leadership**

Articles

Brand Strategy

Marketing Strategy

## Speaking Engagements

The partners of FullSurge have been privileged to speak on a number of brand and marketing and topics for leading professional and academic associations. Through our years of leading consulting engagements and facilitation both leadership and manager-level workshops, we have developed presentation skills many find valuable. We have also played leadership roles with associations where we have constructed entire agendas and actually

FTC-MOBE-003788

http://www.fullsurge.com/thought-leadership/speaking-engagements          07/01/2016 11:06:37 AM

Marketing Strategy

Speaking Engagements

Presentation Decks

Blog

eBooks

leadership roles with associations where we have constructed entire agendas and actually recruited other, high caliber speakers. Below is a representative sample of recent keynotes, presentations, speeches, workshops, and webinars our partners have delivered, both in the United States and internationally.

Business Growth & Brand Extendibility

Successful Brand Extension

Strategic Business Growth - II

Strategic Business Growth - I

Multi-Channel Marketing Strategy - II

Multi-Channel Marketing Strategy - I

World Class Global Brand Management

Managing B2B Brand Portfolios

© 2016 FullSurge, LLC.

Terms of Use | Privacy Policy

PX 54                    FTC-MOBE-003789

http://www.macmillandictionary.com/dictionary/american/affiliate-marketing          07/01/2016 11:22:22 AM

Blog     BuzzWord     Open Dictionary     Games     Resources     API     More

Search

MACMILLAN DICTIONARY

20% OFF SALE
GREAT SAVINGS ON COOLERS, COOLER
BAGS, JUGS AND ACCESSORIES
JULY 1-4
Shop Now
IGLOO

**affiliate marketing** - definition and synonyms

Show less

NOUN   [UNCOUNTABLE]   BUSINESS   Pronunciation

Using the thesaurus

Contribute to our Open Dictionary

the practice of using one website to market the products and services of
several other websites

Synonyms and related words

**Advertising, marketing and PR:**
adspend, advertising, affiliate marketing...

Explore Thesaurus

This is the American definition of **affiliate marketing**. View British English definition of
**affiliate marketing**.
Change your default dictionary to British English.
View the pronunciation for **affiliate marketing**.

**Did you know?**
Click any word in a
definition or example
to find the entry for
that word

OUTSIDE NOW IN SEASON
Shop Now
IGLOO

LUCKY BRAND
EST. 1990
TRIUMPH
MOTORCYCLES
PATCH
$39.50

FTC-MOBE-003790

http://www.macmillandictionary.com/dictionary/american/affiliate-marketing          07/01/2016 11:22:22 AM



https://www.riseinteractive.com/digital-media/affiliate-marketing-services          07/01/2016 11:24:23 AM



Digital Media > Affiliate

# Affiliate Marketing Services

Rise's approach to affiliate marketing is aggressive, yet selective. Our team goes to great lengths to deliver maximum exposure as well as optimal customer acquisitions for our clients. An important part of this process is the ability to distinguish quality publishers from a sea of noise online; building and fostering relationships with trustworthy partners to deliver unmatched results that increase click-through and conversion rates for your business.

PX 54                    FTC-MOBE-003792

https://www.riseinteractive.com/digital-media/affiliate-marketing-services          07/01/2016 11:24:23 AM

We offer more than outsourced program management (OPM), not only handling communication with your affiliates, but also keeping an ongoing focus on your profitability. After thoroughly vetting partner applications, we take care of affiliate outreach and partner communication throughout your campaign. Our affiliate marketing services also include incentive programs and strategic guidance to partners.

Our technology-agnostic approach is fueled by the Rise Affiliate Network, a proprietary blend of platforms, technology, and relationships. This enables relationships with an array of major affiliate networks, giving us the ability to negotiate the best rates and tailor clients' programs to deliver results. Competitive rates, combined with our methodical approach to the affiliate selection process, enables partnerships with publishers that embrace our clients' brands, drive conversions, and shatter ROI goals.

We're not only driving profitability within the channel – for example, tracking order reconciliations, leapfrogging, and coupon codes while appropriately adjusting commission rates – but we're uniquely using insights, like search volume and seasonality, to inform commissions, vendor budgets, and paid placements. Using search insights to identify high-quality affiliates organically, we ensure the best content placements. Additionally, we share top-performing keywords with affiliates, so they are able to amplify their own search efforts, achieving even better visibility for your brand.

Rise is pioneering personalized affiliate ads and leveraging our content marketing capabilities to identify additional native and influencer opportunities that may be ripe for an affiliate partnership. Pursuing cutting-edge attribution and fraud mitigation technologies that maximize return for clients and ensuring their programs never run on autopilot.

You might also be interested in:

FTC-MOBE-003793

https://www.riseinteractive.com/digital-media/affiliate-marketing-services          07/01/2016 11:24:23 AM







Atkins Integrated Marketing + Affiliate Case St...

Taking an Agency and Technology Approach to Aff...

Take Your Affiliate Marketing Program Off Autop...

View More

Read More

Read More



About Rise  | Blog | Careers | Contact | Sitemap | Privacy Policy

2016 Rise Interactive

Rise Interactive and the Burst image are registered trademarks of Rise Interactive



https://www.zogdigital.com/affiliate-marketing          07/01/2016 11:30:03 AM



# Affiliate Marketing

Manage Relationships with Key Publishers to Drive Sales

As a catalyst for conversions, affiliate marketing is a performance-based marketing solution that aligns your products and services with influential publishers eager to sell your products or services to their site visitors. We manage affiliate marketing from end to end, always with your goals in mind. ZOG Digital establishes the terms needed to compensate affiliates, manage creative and campaigns, and work directly to grow the most impactful publishers that deliver the most volume of sales.

Our Affiliate Marketing solution includes:

- Advanced Publisher Targeting
- Creative and Campaign Management
- Relationship Grow

PX 54                    FTC-MOBE-003795

https://www.zogdigital.com/affiliate-marketing         07/01/2016 11:30:03 AM



FTC-MOBE-003796

| | |
|---|---|
| **To:** | Mobe (mford@mabr.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86949073 - BIG TICKET AFFILIATE MARKETING - M2455.81526 |
| **Sent:** | 7/6/2016 9:36:11 AM |
| **Sent As:** | ECOM117@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## <u>IMPORTANT NOTICE REGARDING YOUR U.S. TRADEMARK APPLICATION</u>

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **7/6/2016** FOR U.S. APPLICATION SERIAL NO. 86949073

Please follow the instructions below:

**(1)  TO READ THE LETTER:**  Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  TIMELY RESPONSE IS REQUIRED:**  Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period.  Your response deadline will be calculated from **7/6/2016** (*or sooner if specified in the Office action*).  For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.  Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3)  QUESTIONS:**  For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney.  For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## <u>WARNING</u>

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.**  For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:**  Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."  For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# PX 54

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86949073**
**Filing Date: 03/22/2016**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | BIG TICKET AFFILIATE MARKETING |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BIG TICKET AFFILIATE MARKETING |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DCLL |
| *STREET | No. 20 Jalan Perak, 50450 |
| *CITY | Kuala Lumpur |
| *COUNTRY | Malaysia |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| *STATE/COUNTRY WHERE LEGALLY ORGANIZED | Malaysia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 041 |

| *IDENTIFICATION | Arranging and conducting business seminars in the field of **marketing**; Conducting workshops and seminars in **marketing** |
|---|---|
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Mark Ford |
| ATTORNEY DOCKET NUMBER | M2455.81526 |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| STREET | Suite 300 |
| CITY | Park City |
| STATE | Utah |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 84098 |
| EMAIL ADDRESS | mford@mabr.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Mark Ford |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| *STREET | Suite 300 |
| *CITY | Park City |
| *STATE (Required for U.S. addresses) | Utah |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 84098 |
| *EMAIL ADDRESS | mford@mabr.com;cwilde@mabr.com; d@mabr.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 225 |

**PX 54**

FTC-MOBE-003799

| | |
|---|---|
| *TOTAL FEE PAID | 450 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Mark W. Ford/ |
| * SIGNATORY'S NAME | Mark Ford |
| * SIGNATORY'S POSITION | Attorney of record, Utah bar member |
| * DATE SIGNED | 03/22/2016 |

**PX 54**                    FTC-MOBE-003800

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86949073**
**Filing Date: 03/22/2016**

## To the Commissioner for Trademarks:

**MARK:** BIG TICKET AFFILIATE MARKETING (Standard Characters, see mark)
The literal element of the mark consists of BIG TICKET AFFILIATE MARKETING.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Mobe, a limited company (ltd.) legally organized under the laws of Malaysia, having an address of
  B1-28-8, Soho Suites at DCLL
  No. 20 Jalan Perak, 50450
  Kuala Lumpur
  Malaysia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 035:  Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 041:  Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
  Mark Ford of Maschoff Brennan
  Suite 300
  Suite 300
  Park City, Utah 84098
  United States
  mford@mabr.com (authorized)
The attorney docket/reference number is M2455.81526.
The applicant's current Correspondence Information:
  Mark Ford
  Maschoff Brennan
  Suite 300
  Suite 300
  Park City, Utah 84098
  mford@mabr.com;cwilde@mabr.com; d@mabr.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to

do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/   Date Signed: 03/22/2016
Signatory's Name: Mark Ford
Signatory's Position: Attorney of record, Utah bar member


RAM Sale Number: 86949073
RAM Accounting Date: 03/23/2016

Serial Number: 86949073
Internet Transmission Date: Tue Mar 22 17:04:09 EDT 2016
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-201603221704095
09732-86949073-550e00cc39ce50f0e0d92b156
35523b9b7e91cf7427ac11cc0fd6d16db28925eb
0-CC-3944-20160322165815254049

FTC-MOBE-003802

# BIG TICKET AFFILIATE MARKETING

FTC-MOBE-003803

**Generated on:** This page was generated by TSDR on 2018-05-24 16:17:48 EDT

**Mark:** BTAM

# BTAM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86949057 | **Application Filing Date:** | Mar. 22, 2016 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**Status:** A non-final Office Action has been sent (issued) to the applicant after review of the Statement of Use. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Nov. 07, 2017

| | | | |
|---|---|---|---|
| **Publication Date:** | Aug. 09, 2016 | **Notice of Allowance Date:** | Oct. 04, 2016 |

## Mark Information

**Mark Literal Elements:** BTAM

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **First Use:** | Aug. 10, 2017 | **Use in Commerce:** | Aug. 10, 2017 |

**For:** Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **First Use:** | Aug. 10, 2017 | **Use in Commerce:** | Aug. 10, 2017 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |

FTC-MOBE-003804

| | | | |
|---|---|---|---|
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

# Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** Mobe | | | |
| **Owner Address:** | B1-28-8, Soho Suites at DCLL<br>No. 20 Jalan Perak, 50450<br>Kuala Lumpur<br>MALAYSIA | | |
| **Legal Entity Type:** | limited company (ltd.) | **State or Country Where Organized** | MALAYSIA |

# Attorney/Correspondence Information

**Attorney of Record**

| | | |
|---|---|---|
| **Attorney Name:** Mark Ford | **Docket Number:** | M2455.81525 |
| **Attorney Primary Email Address:** mford@mabr.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | |
|---|---|---|
| **Correspondent Name/Address:** | MARK FORD<br>MASCHOFF BRENNAN<br>SUITE 300<br>SUITE 300<br>PARK CITY, UTAH 84098<br>UNITED STATES | |
| **Correspondent e-mail:** mford@mabr.com cwilde@mabr.com d@mabr.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 03, 2018 | TEAS EXTENSION RECEIVED | |
| Mar. 29, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 07, 2017 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 07, 2017 | NON-FINAL ACTION E-MAILED | |
| Nov. 07, 2017 | SU - NON-FINAL ACTION - WRITTEN | 92986 |
| Oct. 13, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Oct. 12, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 66530 |
| Sep. 28, 2017 | USE AMENDMENT FILED | 66530 |
| Oct. 12, 2017 | EXTENSION 2 GRANTED | 66530 |
| Sep. 28, 2017 | EXTENSION 2 FILED | 66530 |
| Oct. 06, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66530 |
| Sep. 28, 2017 | TEAS EXTENSION RECEIVED | |
| Sep. 28, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 29, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 27, 2017 | EXTENSION 1 GRANTED | 98765 |
| Mar. 27, 2017 | EXTENSION 1 FILED | 98765 |
| Mar. 27, 2017 | TEAS EXTENSION RECEIVED | |
| Oct. 04, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 09, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 09, 2016 | PUBLISHED FOR OPPOSITION | |
| Jul. 20, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 06, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 30, 2016 | ASSIGNED TO EXAMINER | 92986 |
| Mar. 28, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 25, 2016 | NEW APPLICATION ENTERED IN TRAM | |

FTC-MOBE-003805

## TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** RYDLAND, STEPHANIE DIA | **Law Office Assigned:** LAW OFFICE 117 |

| File Location | |
|---|---|
| **Current Location:** LAW OFFICE 117 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** Nov. 07, 2017 |

**PX 55**                    FTC-MOBE-003806

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Request for Extension of Time to File a Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86949057 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 117 |
| **MARK SECTION** | |
| **MARK** | BTAM |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | BTAM |
| **OWNER SECTION (current)** | |
| **NAME** | Mobe |
| **INTERNAL ADDRESS** | B1-28-8, Soho Suites at DCLL |
| **STREET** | No. 20 Jalan Perak, 50450 |
| **CITY** | Kuala Lumpur |
| **COUNTRY** | Malaysia |
| **OWNER SECTION (proposed)** | |
| **NAME** | Mobe |
| **INTERNAL ADDRESS** | B1-28-8, Soho Suites at DCLL |
| **STREET** | No. 20 Jalan Perak, 50450 |
| **CITY** | Kuala Lumpur |
| **COUNTRY** | Malaysia |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 035 |
| **CURRENT IDENTIFICATION** | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| | |

**PX 55**

FTC-MOBE-003807

| | |
|---|---|
| **EXTENSION NUMBER** | 3 |
| **ONGOING EFFORT** | The applicant believes that it has made valid use of the mark in commerce, and is in the process of preparing (or is concurrently filing) a Statement of Use (SOU), but that if the USPTO finds the SOU to be fatally defective, the applicant will need additional time to file a new SOU |
| **ALLOWANCE MAIL DATE** | 10/04/2016 |
| **STATEMENT OF USE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 2 |
| **SUBTOTAL AMOUNT [EXTENSION FEE]** | 250 |
| **TOTAL AMOUNT** | 250 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Mark W. Ford/ |
| **SIGNATORY'S NAME** | Mark W. Ford |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 04/03/2018 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Apr 03 12:30:46 EDT 2018 |
| **TEAS STAMP** | USPTO/ESU-XXX.XX.XXX.XXX-20180403123046295655-8694 9057-5108f6b421821371598d 7b16074a58fec6f2c897b21d8 e95c21fca4e6d2f3951640-CC -13001-201804031217186803 61 |

**PX 55**          FTC-MOBE-003808

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

## SOU Extension Request
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** BTAM
**SERIAL NUMBER:** 86949057

The applicant, Mobe, having an address of
    B1-28-8, Soho Suites at DCLL
    No. 20 Jalan Perak, 50450
    Kuala Lumpur,
    Malaysia
    d@mabr.com (authorized)
requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.    The Notice of Allowance
mailing date was 10/04/2016.

For International Class 035:
Current identification: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online
community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via
the Internet

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection
with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification
mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or
in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this
specific class.

For International Class 041:
Current identification: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection
with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification
mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or
in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this
specific class.

This is the third extension request. The applicant has made the following ongoing efforts to use the mark in commerce on or in connection with
each of those goods/services covered by the extension request: The applicant believes that it has made valid use of the mark in commerce, and is
in the process of preparing (or is concurrently filing) a Statement of Use (SOU), but that if the USPTO finds the SOU to be fatally defective, the
applicant will need additional time to file a new SOU

A fee payment in the amount of $250 will be submitted with the form, representing payment for 2 classes.

### Declaration

STATEMENTS: The signatory believes that: the applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or
in connection with all the goods/services under Section 1(b) in the notice of allowance or as subsequently modified, or, if applicable, the
applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in
connection with all the goods/services/collective membership organization under Section 1(b) in the notice of allowance or as subsequently

## PX 55

modified; and that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, members and concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any resulting registration, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/     Date Signed: 04/03/2018
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of Record

RAM Sale Number: 86949057
RAM Accounting Date: 04/03/2018

Serial Number: 86949057
Internet Transmission Date: Tue Apr 03 12:30:46 EDT 2018
TEAS Stamp: USPTO/ESU-XXX.XX.XXX.XXX-201804031230462
95655-86949057-5108f6b421821371598d7b160
74a58fec6f2c897b21d8e95c21fca4e6d2f39516
40-CC-13001-20180403121718680361

**PX 55**          **FTC-MOBE-003810**

# TEAS ROUTING SHEET

**To:  INTENT TO USE UNIT**

**Work Loc:  LAW OFFICE 117 - EXAMINING ATTORNEY ASSIGNED**

**Doc Type: Extension Request for SOU**



**Serial Number: 86949057**



**Mark: BTAM**

**Mail Date: 2018/04/03**



**Examiner Number:  92986**



**Examiner Name:**
**RYDLAND, STEPHANIE DIA**

**L.O. Assigned:  LAW OFFICE 117**

**Special Instruction(s):**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Extension Request for SOU | 7004 | 20180403 | $125 | 2 | $250 |

**Note: SOU has been previously filed. Do NOT automatically grant the extension.**

**PX 55**                              **FTC-MOBE-003811**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1957 (Rev 10/2011)

OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86949057 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 117 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/86949057/large |
| LITERAL ELEMENT | BTAM |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (035)(current)** | |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | |
| Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet | |
| FIRST USE ANYWHERE DATE | At least as early as 08/10/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/10/2017 |
| FILING BASIS | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (035)(proposed)** | |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | |
| Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet | |
| FIRST USE ANYWHERE DATE | At least as early as 03/08/2018 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/08/2018 |
| STATEMENT TYPE | **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR "***The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPU0-19234252130-20180329174801684266_._Specimen1.pdf |

| | |
|---|---|
| **CONVERTED PDF FILE(S)**<br>(3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml10\ROA0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml10\ROA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml10\ROA0004.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts of mobe.com |
| **DELETED FILING BASIS** | 1(b) |

### GOODS AND/OR SERVICES SECTION (041)(current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 041 |
| **DESCRIPTION** | |
| Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing | |
| **FIRST USE ANYWHERE DATE** | At least as early as 08/10/2017 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/10/2017 |
| **FILING BASIS** | Section 1(b) |

### GOODS AND/OR SERVICES SECTION (041)(proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 041 |
| **DESCRIPTION** | |
| Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing | |
| **FIRST USE ANYWHERE DATE** | At least as early as 03/08/2018 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 03/08/2018 |
| **STATEMENT TYPE** | **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR "***The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen]. |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPU1-19234252130-20180329174801684266_._Specimen2.pdf |
| **CONVERTED PDF FILE(S)**<br>(6 pages) | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml10\ROA0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml10\ROA0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml10\ROA0007.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml10\ROA0008.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml10\ROA0009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml10\ROA0010.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts of mobe.com |
| **DELETED FILING BASIS** | 1(b) |

### SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | /Mark W. Ford/ |
| **SIGNATORY'S NAME** | Mark W. Ford |

| SIGNATORY'S POSITION | Attorney of Record |
|---|---|
| DATE SIGNED | 03/29/2018 |
| RESPONSE SIGNATURE | /Mark W. Ford/ |
| SIGNATORY'S NAME | Mark W. Ford |
| SIGNATORY'S POSITION | Attorney of Record |
| DATE SIGNED | 03/29/2018 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Mar 29 18:13:58 EDT 2018 |
| TEAS STAMP | USPTO/ROA-XXX.XX.XXX.XXX-20180329181358666543-8694 9057-510f8c0e52c367b854a5 981379349fde1ab73120ec2cb a7a942ba0ede3184171-N/A-N /A-20180329174801684266 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **86949057** BTAM(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/86949057/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 035 for Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Original Filing Basis:
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

In International Class 035, the mark was first used at least as early as 08/10/2017 and first used in commerce at least as early as 08/10/2017 .

**Proposed:** Class 035 for Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

Deleted Filing Basis: 1(b)
In International Class 035, the mark was first used at least as early as 03/08/2018 . and first used in commerce at least as early as 03/08/2018 .

Applicant hereby submits one(or more) specimen(s) for Class 035 . The specimen(s) submitted consists of Website printouts of mobe.com .

**PX 55**

FTC-MOBE-003814

**"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen].

**Original PDF file:**
SPU0-19234252130-20180329174801684266_._Specimen1.pdf
**Converted PDF file(s)** ( 3 pages)
Specimen File1
Specimen File2
Specimen File3

**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 041 for Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Original Filing Basis:
**Filing Basis: Section 1(b), Intent to Use: *For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

In International Class 041, the mark was first used at least as early as 08/10/2017 and first used in commerce at least as early as 08/10/2017 .

**Proposed:** Class 041 for Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

Deleted Filing Basis: 1(b)
In International Class 041, the mark was first used at least as early as 03/08/2018 . and first used in commerce at least as early as 03/08/2018 .

Applicant hereby submits one(or more) specimen(s) for Class 041 . The specimen(s) submitted consists of Website printouts of mobe.com .
**"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use"** *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen].

**Original PDF file:**
SPU1-19234252130-20180329174801684266_._Specimen2.pdf
**Converted PDF file(s)** ( 6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6

**SIGNATURE(S)**
**Declaration Signature**

**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

Signature: /Mark W. Ford/     Date: 03/29/2018
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of Record

**Response Signature**
Signature: /Mark W. Ford/     Date: 03/29/2018
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of Record

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 86949057
Internet Transmission Date: Thu Mar 29 18:13:58 EDT 2018
TEAS Stamp: USPTO/ROA-XXX.XX.XXX.XXX-201803291813586
66543-86949057-510f8c0e52c367b854a598137
9349fde1ab73120ec2cba7a942ba0ede3184171-
N/A-N/A-20180329174801684266

**PX 55**                    **FTC-MOBE-003816**

# Here's What You'll Get With This Limited-Time Offer:

**A Unique Online Training Program that teaches how to generate big ticket Sales:** The Internet's only training program that teaches you how to earn $1,250, $3,300, $5,500 and $10,000 commissions that are deposited into your bank account when your leads buy our products.

**1-On-1 Private Personal Coaching:** Your own personal 1-on-1 coaching with one of my BTAM success coaches (yes ... you get a personal coach to answer all your questions, and walk you through this unique training program)

**A Unique But Simple Step-by-Step Training Program:** You'll have access to our 21-step training program which teaches you how to do BTAM, even if you're new and have no prior experience (includes access to short, easy-to-watch videos)



Guaranteed To Work,
Or Your Money Back!



If you are not completely satisfied then your $49 purchase is refundable for 30 days.

## Hear The Results Of Other People, Just Like You, Who Leverage This System:



https://mobe.com/btam-order/?aff_id=1760                    3/8/2018

**To Take Advantage Of This Special Offer And
Get Access To This 'Done-For-You' Commission System,
Click The 'ADD TO MY ORDER' Button Below**

First Name *                Last Name *

Email *

Billing
Address *

Address 2

Country *                Postal/Zip Code *

City *                State *

State Other

Card Number *                CVC *

Expiration
Date *
01 - January        2016

Purchase        $68.95 now + $19.95 per month

Order
Total        $68.95 now + $19.95 per month

*        By checking here I agree to the terms and
conditions of this purchase and that I will be

PX 55                    FTC-MOBE-003818

charged $68.95 today and a subscription of $19.95 per month.

**ADD TO MY ORDER**

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

Need Help? Call 1-844-662-3787

Copyright © 2018 · MOBE · All Rights Reserved:

Mobe Ltd Suite 8-1 & 8-2, Level 8, Menara CIMB No. 1, Jalan Stesen Sentral 2 Kuala Lumpur Sentral 50470 Kuala Lumpur

MOBE · My Own Business Education · MOBE TV

/* */

PX 55                          FTC-MOBE-003819

ATTENTION: Your enrollment is not complete. Please read below ...

# How To Get Instant Access To The World's Premiere BTAM Training Program

**Dear Home Business Entrepreneur:**

You just read my book *Limitless* and took action.

Congratulations.

But you still have one more step to complete.

On this page, you can join the MOBE Affiliate Program—the only program in the world that leverages theUnique BTAM Training program, which is a Method that I teach to leverage my various other training systems.

The MOBE Affiliate Program is unlike any other program, because it pays out BIG commissions from $1,250 all the way up to $13,500 per sale!

The most common amounts are $1,250 ... $3,300 ... and $5,500 but we have many affiliates earning up to $10,000 (or more) per sale and this is specifically because of my Unique BTAM training program and methodology.

You get instant access to my BTAM Training Program where you learn how to make back end sales for incredible offers and commissions on any sales you make are deposited into your bank account every 2 weeks!

https://mobe.com/btam/?aff_id=1760                3/8/2018

FTC-MOBE-003820

**Not only that ...**

You get a personal coach to walk you through the simple, 21-step training program that shows you how to make your first BIG commission online.

All my coaches know the BTAM Training Method like the back of their hands.

They are also experts at affiliate marketing, including traffic, sales, and conversions.

You will get direct, 1-on-1 access to a coach who will answer all your questions and walk you through the introductory training.

**Note:** Your coach will be assigned according to your time zone. We have coaches in the U.K., U.S., Australia, and most places in between.

Now, I'll tell you how to join in a second, but first let's recap what you get ...

# Here's What You Get When You Join the BTAM Training Program

You'll get instant access to:



PX 55                          FTC-MOBE-003821



... the unique BTAM Training program that teaches you how to earn up to $13,500 per sale!

**An Automated Payment System that deposits any commissions you earn into your bank account every 2 weeks!**

**Done For You Product Fulfillment**, payment processing, and customer service so you do not have the typical headaches of a traditional business.

**Done For You Sales Funnels** that sell high quality products and programs to your leads

**Personal 1-on-1 Coaching with an expert who knows how to teach you the best ways to implement the BTAM Training**

**A Simple, but unique 21-Step Training Program** that shows you how to send leads and earn your first big ticket commission (*even if you have zero computer skills!*)

## So, the only question left is ...

## What Does It Cost To Join?

Less than a cup of coffee a day.

Let me explain ...

PX 55                    FTC-MOBE-003822

The one-time fee for getting the BTAM training program and your coach is just: **$49**

That's it.

Now normally, I sell this separately from the MOBE Affiliate Program (which costs $19.95 up front and $19.95 per month after).

But today, you can sign up for both "bundled" together.

So, for just $68.95 today, you'll get instant access to both.

That's less than the cost of a cup of coffee a day at Starbucks for the next month.

But what you get in return could potentially make you tens (even hundreds) of thousands of dollars.

**To make it even better …**

Since the training program and your coach is a one-time investment, your cost drops to **just $0.65 a day** to stay in the MOBE Affiliate Program after the 1st month.

A paltry sum.

As you read in *Limitless*, there are regular people (like you) making over $100,000 per year with this big ticket affiliate program.

These results are unique. Your results will vary. Please see our Income Disclosure Statement at: https://mobe.com/income-disclosure/

And they're doing it *without* previous experience … *without* creating products or websites … and *without* closing sales over the phone.

The truth is … I should be charging a LOT more for this.

These fees barely cover my expenses to maintain the back end support (including staff, tracking software, hosting, etc).

But I have another motive here.

I want your success story.

PX 55                                                FTC-MOBE-003823

I want you to be successful and send me a testimonial. These testimonials are like **gold**, because they help grow my company.

So, for that reason, your investment today is MUCH smaller than it should be.

Don't let this pass you by.

Take advantage of this now. Click the button below to join.

## ENROLL HERE

To Your Success,

Matt Lloyd

**P.S.**  Remember, you get instant access to the world's only BTAM training program.

You will also get personal 1-on-1 coaching to walk you through the BTAM training program that shows you how to send leads and earn your first big commission.

Take advantage of this now. Click the button below to join.

## ENROLL HERE

PX 55                          FTC-MOBE-003824

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

Need Help? Call 1-844-662-3787

Copyright © 2018 · MOBE · All Rights Reserved:

Mobe Ltd Suite 8-1 & 8-2, Level 8, Menara CIMB No. 1, Jalan Stesen Sentral 2 Kuala Lumpur Sentral 50470 Kuala Lumpur

MOBE · My Own Business Education · MOBE TV

PX 55                          FTC-MOBE-003825

| | |
|---|---|
| **To:** | Mobe (mford@mabr.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86949057 - BTAM - M2455.81525 |
| **Sent:** | 11/7/2017 4:06:25 PM |
| **Sent As:** | ECOM117@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION
SERIAL NO.** 86949057

**MARK:** BTAM

**CORRESPONDENT
ADDRESS:**
MARK FORD
MASCHOFF
BRENNAN
SUITE 300
SUITE 300
PARK CITY, UT
84098

**APPLICANT:** Mobe

**CORRESPONDENT'S
REFERENCE/DOCKET
NO:**
M2455.81525

**CORRESPONDENT
E-MAIL ADDRESS:**
mford@mabr.com

# *86949057*

**CLICK HERE TO RESPOND TO THIS
LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE


## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.


**ISSUE/MAILING DATE: 11/7/2017**

 The statement of use has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.


### TRADEMARK ACT SECTIONS 1, 2, 3, AND 45 REFUSAL – FAILURE TO FUNCTION

Registration is refused because the applied-for mark, as used on the specimen of record, merely identifies a process or system; it does not function as a service mark to indicate the source of applicant's  services and to identify and distinguish them from others.  Trademark Act Sections 1, 2, 3, and 45, 15 U.S.C. §§1051-1053, 1127; *see In re Universal Oil Prods. Co.*, 476 F.2d 653, 655-56, 177 USPQ 456, 457 (C.C.P.A. 1973) (holding PACOL and PENEX, as used on the specimen, solely identified the names of catalytic processes and did not show service mark use for applicant's  "research, development, evaluation, market and economic studies, consultation, design, engineering, and technical services"); TMEP §1301.02(e).

A process or system is only a way of doing something, and is not generally a service.  TMEP §1301.02(e).  Thus, to be registrable, the evidence of record must show use of the name of a process or system to identify and distinguish applicant's  services from those of others and to indicate

## PX 55                                              FTC-MOBE-003826

the source of applicant's services. *In re Hughes Aircraft Co.*, 222 USPQ 263, 264 (TTAB 1984); *Liqwacon Corp. v. Browning-Ferris Indus., Inc.*, 203 USPQ 305, 318 (TTAB 1979); TMEP §§904.07(b), 1301.02(e).

In this case, the specimen shows the applied-for mark used solely to identify a process or system because it states "the BTAM Method that I teach . . . all my coaches know the BTAM Method like the back of their hands" showing that BTAM is merely a method or process and does not function as a source for the applied-for services.

Additionally, the applied-for mark, as used on the specimen of record, does not function as a service mark to identify and distinguish applicant's services from those of others and to indicate the source of applicant's services.  Trademark Act Sections 1, 2, 3, and 45, 15 U.S.C. §§1051-1053, 1127; *see In re Keep A Breast Found.*, 123 USPQ2d 1869, 1879-80 (TTAB 2017); *In re Moody's Investors Serv., Inc.* , 13 USPQ2d 2043, 2048-49 (TTAB 1989); TMEP §§904.07(b), 1301.02 *et seq.* The applied-for mark, as shown on the specimen, does not function as a service mark because it appears only in the mass text on the pages and does not show source indication for the applied-for services in either class.

 Applicant may respond to the refusal by submitting a substitute specimen for each applicable international class that shows the applied-for mark used in commerce as a service mark for the services in the statement of use, and the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20:  "**The substitute specimen was in use in commerce prior to the expiration of the deadline for filing a statement of use.**" 37 C.F.R. §2.59(b)(2); TMEP §904.05; *see* 37 C.F.R. §2.193(e)(1).  If submitting a substitute specimen requires an amendment to the dates of use, applicant must also verify the amended dates.  37 C.F.R. §2.71(c); TMEP §904.05.

Examples of specimens for services include advertising and marketing materials, brochures, photographs of business signage and billboards, and webpages that show the mark used in the actual sale, rendering, or advertising of the services.  *See* TMEP §1301.04(a), (h)(iv)(C).  Specimens comprising advertising and promotional materials must show a direct association between the mark and the services.  TMEP §1301.04(f)(ii).

To submit a verified substitute specimen online using the Trademark Electronic Application System (TEAS) response form, applicant should (1) answer "Yes"  to form wizard question #2; and then, continuing on to the next portion of the form, do the following for each relevant class for which a substitute specimen is being submitted:  (2) under "Classification and Listing of Goods/Services/Collective Membership Organization," select the following statement, "Check here to modify the current classification number; listing of goods/services; dates of use; and/or filing basis; or to submit a substitute specimen or foreign registration certificate.  If not checked, the changes will be ignored."; (3) under "Specimen File,"  attach a specimen (attachment may not exceed 5 megabytes); (4) describe what the specimen consists of; and (5) select the following statement:  "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application" *[for an application based on Section 1(a), Use in Commerce] OR* "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use" *[for an application based on Section 1(b) Intent-to-Use]*. Note:  When submitting a verified substitute specimen, the TEAS online response form requires two signatures: one in the "Declaration Signature" section and one in the "Response Signature" section.

Applicant may not withdraw the statement of use.  37 C.F.R. §2.88(f); TMEP §1109.17.

If the applicant has any questions or requires assistance in responding to this Office Action, please contact the assigned examining attorney.


/Stephanie Rydland/
Examining Attorney
Law Office 117
(571) 272-7226
stephanie.rydland@uspto.gov


**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's  amendment by telephone or e-mail without incurring this additional fee.

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned

**PX 55**

trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| | |
|---|---|
| **To:** | Mobe (mford@mabr.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86949057 - BTAM - M2455.81525 |
| **Sent:** | 11/7/2017 4:06:27 PM |
| **Sent As:** | ECOM117@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## <u>IMPORTANT NOTICE REGARDING YOUR<br>U.S. TRADEMARK APPLICATION</u>

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **11/7/2017** FOR U.S. APPLICATION SERIAL NO. 86949057

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **11/7/2017** (*or sooner if specified in the Office action*). A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## <u>WARNING</u>

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp**.**

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

**PX 55**                    **FTC-MOBE-003829**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86949057 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 117 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/86949057/large |
| LITERAL ELEMENT | BTAM |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| NAME | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DCLL |
| STREET | No. 20 Jalan Perak, 50450 |
| CITY | Kuala Lumpur |
| COUNTRY | Malaysia |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| CURRENT IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 08/10/2017 |
| FIRST USE IN COMMERCE DATE | 08/10/2017 |
| **SPECIMEN FILE NAME(S)** | |
| ORIGINAL PDF FILE | SPN0-1-50192201202-20170928180529279043_._Specimen_1_BTAM.pdf |
| CONVERTED PDF FILE(S) (6 pages) | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0005.JPG |

**PX 55**

FTC-MOBE-003830

| | |
|---|---|
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0007.JPG |
| ORIGINAL PDF FILE | SPN0-50192201202-20170928180529279043_._Specimen_2_BTAM.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0008.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0010.JPG |
| SPECIMEN DESCRIPTION | Website printouts from mobe.com. |
| INTERNATIONAL CLASS | 041 |
| CURRENT IDENTIFICATION | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 08/10/2017 |
| FIRST USE IN COMMERCE DATE | 08/10/2017 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-50192201202-20170928180529279043_._Specimen_1_BTAM.pdf |
| CONVERTED PDF FILE(S) (6 pages) | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0011.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0012.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0013.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0014.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0015.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0016.JPG |
| ORIGINAL PDF FILE | SPN1-50192201202-20170928180529279043_._Specimen_2_BTAM.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0017.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0018.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\869\490\86949057\xml6\SOU0019.JPG |
| SPECIMEN DESCRIPTION | Website printouts from mobe.com. |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 2 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 200 |
| TOTAL AMOUNT | 200 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | / Mark W. Ford / |
| SIGNATORY'S NAME | Mark W. Ford |
| SIGNATORY'S POSITION | Attorney of Record |
| DATE SIGNED | 09/28/2017 |

**FILING INFORMATION**

| SUBMIT DATE | Thu Sep 28 18:23:24 EDT 2017 |
|---|---|
| TEAS STAMP | USPTO/SOU-XXX.XX.XXX.XXX-20170928182324533015-8694 9057-510f7fe97615c506499a 4b3f72731662b3b4246da18ac c68e4088cb5ae43862c941-CC -5842-2017092818052927904 3 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**To the Commissioner for Trademarks:**
**MARK:** BTAM(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/86949057/large)
**SERIAL NUMBER:** 86949057

The applicant, Mobe, having an address of
   B1-28-8, Soho Suites at DCLL
   No. 20 Jalan Perak, 50450
   Kuala Lumpur,
   Malaysia
is submitting the following allegation of use information:

For International Class 035:
Current identification: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/10/2017, and first used in commerce at least as early as 08/10/2017, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from mobe.com..

**Original PDF file:**
SPN0-1-50192201202-20170928180529279043_._Specimen_1_BTAM.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
**Original PDF file:**
SPN0-50192201202-20170928180529279043_._Specimen_2_BTAM.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

For International Class 041:
Current identification: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/10/2017, and first used in commerce at least as early as 08/10/2017, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from mobe.com..

**Original PDF file:**

SPN1-50192201202-20170928180529279043_._Specimen_1_BTAM.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
**Original PDF file:**
SPN1-50192201202-20170928180529279043_._Specimen_2_BTAM.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.

### Declaration

The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: / Mark W. Ford /     Date Signed: 09/28/2017
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of Record

RAM Sale Number: 86949057
RAM Accounting Date: 09/29/2017

Serial Number: 86949057
Internet Transmission Date: Thu Sep 28 18:23:24 EDT 2017
TEAS Stamp: USPTO/SOU-XXX.XX.XXX.XXX-201709281823245

## PX 55                    FTC-MOBE-003834

33015-86949057-510f7fe97615c506499a4b3f7
2731662b3b4246da18acc68e4088cb5ae43862c9
41-CC-5842-20170928180529279043

**PX 55**

FTC-MOBE-003835