So after a few years of thoroughly testing, perfecting and automating every part of this system …

… I decided to reveal the shortcut to a small, private group of "insiders" …

And give them access to my "little-known" secrets …

I want to prove that ANYONE can follow the steps and get results.

Although these results aren't typical—you can check out the averages by **clicking here** …



And I could go on and on and on …

Are you next?

Are you ready to be my next success story?

Are you ready to take action?

## Now let me ask you a very important question … how would you like to experience the same kind of financial freedom that all these people are experiencing for yourself?

Would you like to be able to run your own profitable business by having someone very successful sit down with you and show you how, step by step?

If so … then you need to take action right now.

If you are ready for a big financial change in your life this year …

If you are ready to join an elite community and start hanging around the kind of people who can inspire you to live the life you deserve, desire and dream about …

Then I want you quickly make application to become our next Digital Millionaire right now, whilst we still have spots available.

And in order to help you put these secrets into action, I have arranged for you to get 2 fast-action bonus gifts today, and I'll tell you more about that in just a minute. But first …

In order to get results online … the same kind that the "Internet Illuminati" are experiencing … there are 21-steps you need to follow.



This is precisely what the
**Digital Millionaire System**
is all about.



## Here's what you get:

### Instant Access To The Proven Digital Millionaire System
—
that deposits $1,250 to $13,500 commissions into your bank account every 2 weeks ($497 value).

### Done-For-You Sales Funnels
—
that automatically sell quality products and programs to your leads ($297 value).

### Access To A 21-Step Training Platform
—
that shows you how to find and send qualified leads and earn your first high-ticket

### Done-For-You High-Ticket Sales Made FOR YOU
—
DMS has some of the best phone sales consultants on the planet and they will close

commission (even if you have zero computer skills!) ($197 value).

sales FOR YOU without pushy or aggressive sales tactics ($997 value).

### Done-For-You Product Fulfillment, Payment Processing and Customer Support
—
($197 value).

### Personal 1-on-1 Coaching
—
with a big ticket affiliate marketing specialist ($997 value).

That's right the total value of everything you get today is
$3,182 in real world value!

You will:

- ✘ **NEVER** have to create your own products.
- ✘ **NEVER** set up your own websites or hosting.
- ✘ **NEVER** labor over sales funnels or presentations.
- ✘ **NEVER** deal with customers or returns.
- ✘ **NEVER** have to sell in-person or over the phone.

All you have to do is send leads and make commissions. Our private member's area and your PAC will show you how. For obvious reasons, I cannot go into any more detail with you until you are on the inside.

**Suffice it to say, if you have the right tools and know exactly what to do, you can become a Digital Millionaire.**

Remember, just in the past 28 months alone I have been able to bank over $3.1M in cold hard cash.

If you add up the value of just the tangible benefits of the Digital Millionaire System, it would cost at least a few thousand dollars to replicate on your own, not including your PAC who is critical to your success.

But that's not all! It gets even better!

For a limited time, I have arranged for you to receive a couple of FREE Fast-Action Bonus Gifts valued at more than $250!

**Free Fast-Action Bonus #1**
**OPT Formula**

The only thing better than making a reliable income from home is having someone ELSE put the time in FOR YOU. OPT stands for Other People's Time, and the OPT Formula will show you how to get other people to find leads for you. This is a great way to get more leads and increase your monthly income.

**Free Fast-Action Bonus #2**
**HTAM Method**

Earlier I mentioned the founder behind this system who happens to be a close personal friend of mine and our commitment to your success. As proof of our commitment, I was able to convince him to give you his brand-new book as part of your DMS application today. The book is called Limitless and it is a personal account of his journey from a small farm in Australia to the helm of a $120 million company.

In this book, you'll learn the secret to my success, and his ... it's called The HTAM Method, and how other people have leveraged it to earn a documented $63 million to date.

If you act fast, this book is yours free with your application today and the book is going to be shipped directly to the address you provide on the next page.

**Considering these Free bonus gifts and what you can do with this in such a short time, $3,000 would be an absolute STEAL for the Digital Millionaire System.**

## But, like I said earlier ... we are 100% committed to helping you succeed.

So for that reason, you won't pay

~~$3,182~~

(value of the DMS System).

Or ~~$2,190.~~
Or even ~~$250~~

(value of just the free bonus gifts).

**$49**

That's it. Everything else is covered for you!

**If you have read till this point right now, you are a serious candidate, and you will be qualified to earn big commissions; to earn CEO-level income; to earn the kind of income that you truly dream about!**

**But listen! It gets even better!**

**I want to make this an absolute "no-brainer" for you … so you will have no excuse for not getting started with me here today.**

**If you take action and submit your application right now, I am going to make sure your training is provided free of charge for the first 7 days.**

**Your credit card will only be charged $1 today to secure and hold your spot. And the remaining $48 will be billed after your free 7 days of complimentary training and after you have had ample time to check out the entire system and talk to your coach!**

**Within minutes, you can get started.**

**$49 is NOTHING compared to the upside potential here.**

**I'll be frank with you. I certainly don't need your money.**

**It's simply a way of weeding out the tire kickers so we can quickly isolate those with the strongest potential to become a Digital Millionaire.**

## Here's what you need to do next …

### Apply below right now to get started.



Once you submit your application you can schedule your first appointment with your PAC who will ask you a few simple questions to make sure you're a good candidate for the Digital Millionaire System.

You will NOT be sold anything on this call.

Think of it as a friendly consultation.

If you decide the program is not for you, no problem …
you'll get a refund on the spot.

If you and your PAC decide you're a good fit, then you're in.

# PLUS …

## You also get a no-risk, 100% money-back guarantee.



If you aren't accepted, you'll get an immediate refund of your $49.

## On top of that …

If you are accepted, go through and apply the training and don't make any money within 30 days of completing the 21 steps, then you'll get your entire $49 refunded.

**It doesn't get any better than that! I told you, I am removing all risk for you … You have NOTHING to lose and EVERYTHING to gain!**

**You're just one step away from changing your life and your financial future forever.**

**Don't delay …**

**Click the button below now to get started.**



## I have one final piece of advice ...

We could raise the price or stop taking applications at any moment.

Click the button below and fill out the secure form now to ensure your application is seriously considered.

Remember, you're getting access to a "Done-For-You" digital system that will deposit commissions directly into your bank account.

All you have to do is follow the proven steps ...

And you'll be well on your way to becoming our next Digital Millionaire!

Remember ... This is 100% guaranteed to help you!

Click the button below and apply right now so you aren't going to get left behind!

I promise this will be the best decision you've ever made!

We'll see you on the other side!

Bye for now,





**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2016—Digital Millionaire System · **Terms & Conditions** · **Income Disclosure** · **Privacy Policy** · **Support**

CLICKY ANALYTICS



## Get Instant Access To A Step-by-Step System Where You'll Discover How To Promote High Ticket Offers Online With Payouts Of Up To $15,000 Per Sale …

Step 1—Enter Your Personal And Billing Details Below …

Here's everything that's included:

**Personal info**
- First Name
- Last Name
- Email Address
- Phone Number

Proven websites and marketing funnels that turn traffic into cash for you

Quality products that provide REAL value

Top-notch customer service

**Billing info**
- Address Line 1
- Address Line 2
- City
- United States
- Select State

Merchant processing and accounting

A staff of over 150 people to run it all for you

- Postal Code
- ☐ Billing Address same as Shipping

Step 2—Complete Your Order by Entering Your Credit Card Details Below ...



## Watch some of the results using the 21-Step-System

### Credit Card info



Credit Card #　Credit Card #

CVV Code　CVV Code

Expiration:　01 (Jan) ⌄　2015 ⌄

| | |
|---|---|
| Sub Total | $1.00 |
| Shipping | $0.00 |
| Sales Tax | $0.00 |
| **Grand Total** | **$1.00** |

☐ By checking here I agree to the terms and conditions (http://mttbsystem.com/terms-conditions/) of this purchase and that I will be charged **$1.00** US Dollars.

**Order Now!**



If you need any assistance in placing your order, please don't hesitate to call us at 1-844-662-3787.  If you can't