**get through, please leave your details in a support ticket at MOBE.com/support (https://mobe.com/support), and we'll call you back.**

**Need help with your order?**
**1-844-662-3787**

Need Help? Call 1-844-MOBESUPPORT

Copyright © 2016—Digital Millionaire System · Terms & Conditions (https://mobe.com/terms-and-conditions/) · Income Disclosure (https://mobe.com/income-disclosure/) · Privacy Policy (https://mobe.com/privacy-policy/) · Support (https://mobe.com/support/)

PX 56                    FTC-MOBE-003901

**FEE RECORD SHEET**

Serial Number:   86843085

**RAM Sale Number:  86843085**

Total Fees:      $200

**RAM Accounting Date:  20161129**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20161128 | $100 | 2 | $200 |

Transaction Date:      20161128



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86843085**
**Filing Date: 12/08/2015**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | DIGITAL MILLIONAIRE SYSTEM |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | DIGITAL MILLIONAIRE SYSTEM |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DLCC |
| *STREET | No. 20 Jalan Perak, 50450 |
| *CITY | Kuala Lumpur |
| *COUNTRY | Malaysia |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Malaysia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 041 |

FTC-MOBE-003903

| | |
|---|---|
| **\*IDENTIFICATION** | Arranging and conducting business seminars in the field of **marketing**; Conducting workshops and seminars in **marketing** |
| **\*FILING BASIS** | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| **\*TRANSLATION** (if applicable) | |
| **\*TRANSLITERATION** (if applicable) | |
| **\*CLAIMED PRIOR REGISTRATION** (if applicable) | |
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | |
| **\*CONCURRENT USE CLAIM** (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Mark Ford |
| **ATTORNEY DOCKET NUMBER** | M2455.81479 |
| **FIRM NAME** | Maschoff Brennan |
| **INTERNAL ADDRESS** | Suite 300 |
| **STREET** | 1389 Center Drive |
| **CITY** | Park City |
| **STATE** | Utah |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 84098 |
| **EMAIL ADDRESS** | mford@mabr.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **\*NAME** | Mark Ford |
| **FIRM NAME** | Maschoff Brennan |
| **INTERNAL ADDRESS** | Suite 300 |
| **\*STREET** | 1389 Center Drive |
| **\*CITY** | Park City |
| **\*STATE** (Required for U.S. addresses) | Utah |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 84098 |
| **\*EMAIL ADDRESS** | mford@mabr.com;d@mabr.com; cwilde@mabr.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 2 |
| **FEE PER CLASS** | 225 |

| | |
|---|---|
| **\* TOTAL FEE PAID** | 450 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /Mark W. Ford/ |
| **\* SIGNATORY'S NAME** | Mark W. Ford |
| **\* SIGNATORY'S POSITION** | Attorney of record, Utah bar member |
| **\* DATE SIGNED** | 12/08/2015 |

FTC-MOBE-003905

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86843085**
**Filing Date: 12/08/2015**

# To the Commissioner for Trademarks:

**MARK:** DIGITAL MILLIONAIRE SYSTEM (Standard Characters, see mark)
The literal element of the mark consists of DIGITAL MILLIONAIRE SYSTEM.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Mobe, a limited company (ltd.) legally organized under the laws of Malaysia, having an address of
  B1-28-8, Soho Suites at DLCC
  No. 20 Jalan Perak, 50450
  Kuala Lumpur
  Malaysia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 035: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 041: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
  Mark Ford of Maschoff Brennan
  Suite 300
  1389 Center Drive
  Park City, Utah 84098
  United States
  mford@mabr.com (authorized)
The attorney docket/reference number is M2455.81479.
The applicant's current Correspondence Information:
  Mark Ford

  Maschoff Brennan

  Suite 300

  1389 Center Drive

  Park City, Utah 84098

  mford@mabr.com;d@mabr.com; cwilde@mabr.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to

          FTC-MOBE-003906

do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/   Date Signed: 12/08/2015
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of record, Utah bar member


RAM Sale Number: 86843085
RAM Accounting Date: 12/09/2015

Serial Number: 86843085
Internet Transmission Date: Tue Dec 08 20:08:18 EST 2015
TEAS Stamp: USPTO/FTK-XX.XX.XX.XX-201512082008186729
64-86843085-550ef29eecc42bacf97b751a231f
888c7a5deeafd51665ae2364b1ab652362b3f-CC
-18427-20151208200000058025

# DIGITAL MILLIONAIRE SYSTEM

FTC-MOBE-003908

# HTAM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86923557 | **Application Filing Date:** | Feb. 29, 2016 |
| **US Registration Number:** | 5088458 | **Registration Date:** | Nov. 22, 2016 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 22, 2016

**Publication Date:** May 03, 2016 **Notice of Allowance Date:** Jun. 28, 2016

## Mark Information

**Mark Literal Elements:** HTAM

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 25, 2016 | **Use in Commerce:** | Feb. 25, 2016 |

**For:** Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 25, 2016 | **Use in Commerce:** | Feb. 25, 2016 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |

**PX 57**

| Filed 66A: | No | | Currently 66A: | No |
|---|---|---|---|---|
| Filed No Basis: | No | | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Mobe |
| Owner Address: | B1-28-8, Soho Suites at DCLL<br>No. 20 Jalan Perak, 50450<br>Kuala Lumpur<br>MALAYSIA |
| Legal Entity Type: | limited company (ltd.) |

State or Country MALAYSIA
Where Organized:

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| Attorney Name: | Mark Ford |
| Attorney Primary Email Address: | mford@mabr.com |

Docket Number: M2455.81514

Attorney Email Yes
Authorized:

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | MARK FORD<br>MASCHOFF BRENNAN<br>1389 Center Drive, Suite 300<br>PARK CITY, UTAH 84098<br>UNITED STATES |
| Correspondent e-mail: | mford@mabr.com  cwilde@mabr.com  d@mabr.com |

Correspondent e- Yes
mail Authorized:

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 05, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 22, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 18, 2016 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 17, 2016 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 30, 2016 | STATEMENT OF USE PROCESSING COMPLETE | 71034 |
| Sep. 09, 2016 | USE AMENDMENT FILED | 71034 |
| Sep. 29, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Sep. 09, 2016 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 28, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 03, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 03, 2016 | PUBLISHED FOR OPPOSITION | |
| Apr. 13, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 24, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 24, 2016 | ASSIGNED TO EXAMINER | 78475 |
| Mar. 03, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 03, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

Current Location: PUBLICATION AND ISSUE SECTION       Date in Location: Oct. 17, 2016

# United States of America

## United States Patent and Trademark Office

# HTAM

**Reg. No. 5,088,458**

**Registered Nov. 22, 2016**

**Int. Cl.: 35, 41**

**Service Mark**

**Principal Register**

Mobe (MALAYSIA limited company (ltd.) )
B1-28-8, Soho Suites at DCLL
No. 20 Jalan Perak, 50450
Kuala Lumpur MALAYSIA

CLASS 35: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

FIRST USE 2-25-2016; IN COMMERCE 2-25-2016

CLASS 41: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

FIRST USE 2-25-2016; IN COMMERCE 2-25-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-923,557, FILED 02-29-2016
CHRISTOPHER M LAW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**PX 57**    FTC-MOBE-003911

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

PX 57

FTC-MOBE-003912

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86923557 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | http://tmng-al.uspto.gov/resting2/api/img/86923557/large |
| LITERAL ELEMENT | HTAM |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| NAME | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DCLL |
| STREET | No. 20 Jalan Perak, 50450 |
| CITY | Kuala Lumpur |
| COUNTRY | Malaysia |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| CURRENT IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 02/25/2016 |
| FIRST USE IN COMMERCE DATE | 02/25/2016 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-50192201202-20160909190209238117_._Specimen.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT16\IMAGEOUT16\869\235\86923557\xml9\SOU0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\869\235\86923557\xml9\SOU0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\869\235\86923557\xml9\SOU0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\869\235\86923557\xml9\SOU0005.JPG |

FTC-MOBE-003913

| | |
|---|---|
| | [\\TICRS\EXPORT16\IMAGEOUT16\869\235\86923557\xml9\SOU0006.JPG](#) |
| **SPECIMEN DESCRIPTION** | Website printouts from mobe.com. |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 02/25/2016 |
| **FIRST USE IN COMMERCE DATE** | 02/25/2016 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | [SPN1-50192201202-20160909190209238117_._Specimen2.pdf](#) |
| **CONVERTED PDF FILE(S)** (3 pages) | [\\TICRS\EXPORT16\IMAGEOUT16\869\235\86923557\xml9\SOU0007.JPG](#) |
| | [\\TICRS\EXPORT16\IMAGEOUT16\869\235\86923557\xml9\SOU0008.JPG](#) |
| | [\\TICRS\EXPORT16\IMAGEOUT16\869\235\86923557\xml9\SOU0009.JPG](#) |
| **SPECIMEN DESCRIPTION** | Website printouts from mobe.com. |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 2 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 200 |
| **TOTAL AMOUNT** | 200 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Mark W. Ford/ |
| **SIGNATORY'S NAME** | MARK W. FORD |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 09/09/2016 |
| **SIGNATORY'S PHONE NUMBER** | 4352521360 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Fri Sep 09 19:13:39 EDT 2016 |
| **TEAS STAMP** | USPTO/SOU-XX.XXX.XXX.XXX-20160909191339336115-8692 3557-5504f96b6c972902d43f cde4772e922d0d05245fcd0be e0565d6f54b263a1c0b485-CC -6242-2016090919020923811 7 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** HTAM(Standard Characters, see http://tmng-al.uspto.gov/resting2/api/img/86923557/large)
**SERIAL NUMBER:** 86923557

The applicant, Mobe, having an address of
   B1-28-8, Soho Suites at DCLL
   No. 20 Jalan Perak, 50450
   Kuala Lumpur,
   Malaysia
is submitting the following allegation of use information:

For International Class 035:
Current identification: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 02/25/2016, and first used in commerce at least as early as 02/25/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from mobe.com..

**Original PDF file:**
SPN0-50192201202-20160909190209238117_._Specimen.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

For International Class 041:
Current identification: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 02/25/2016, and first used in commerce at least as early as 02/25/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from mobe.com..

**Original PDF file:**
SPN1-50192201202-20160909190209238117_._Specimen2.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.

**Declaration**

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. §1051(c) or a statement of use under 15 U.S.C. §1051(d), the applicant is the owner of the mark sought to be registered; the mark is in use in commerce; **for a trademark or service mark application**, the applicant is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified; **for a collective trademark, collective service mark, collective membership mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified; **for a certification mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant; that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Mark W. Ford/     Date Signed: 09/09/2016
Signatory's Name: MARK W. FORD
Signatory's Position: Attorney of Record
Signatory's Phone: 4352521360

RAM Sale Number: 86923557
RAM Accounting Date: 09/12/2016

Serial Number: 86923557
Internet Transmission Date: Fri Sep 09 19:13:39 EDT 2016
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XXX-201609091913393
36115-86923557-5504f96b6c972902d43fcde47
72e922d0d05245fcd0bee0565d6f54b263a1c0b4
85-CC-6242-20160909190209238117

**PX 57**

FTC-MOBE-003916

ATTENTION: Your enrollment is not complete. Please read below ...

# How To Get Instant Access To The World's Premiere High-Ticket Affiliate Program

**Dear Home Business Entrepreneur:**

You just read my book *Limitless* and took action.

Congratulations.

But you still have one more step to complete.

On this page, you can join the MOBE Affiliate Program—the only program in the world that leverages the HTAM (High Ticket Affiliate Marketing) Method that I teach.

The MOBE Affiliate Program is unlike any other program, because it pays out BIG commissions from $1,250 all the way up to $13,500 per sale!

The most common amounts are $1,250 ... $3,300 ... and $5,500 but we have many affiliates earning up to $10,000 (or more) per sale.

When you join the MOBE Affiliate Program ...

You get instant access to a HTAM system where backend high-ticket sales are made *for you* and commissions are deposited into your bank account every 2 weeks!

**Not only that ...**

You get a personal coach to walk you through a simple, 21-step training program that shows you how to make your first BIG commission online.

All my coaches know the HTAM Method like the back of their hands.

PX 57                              FTC-MOBE-003917

They are also experts at affiliate marketing, including traffic, sales, and conversions.

You will get direct, 1-on-1 access to a coach who will answer all your questions and walk you through the introductory training.

**Note:** Your coach will be assigned according to your time zone. We have coaches in the U.K., U.S., Australia, and most places in between.

Now, I'll tell you how to join in a second, but first let's recap what you get …

## Here's What You Get When You Join the MOBE Affiliate Program

You'll get instant access to:



… the world's premiere HTAM (High Ticket Affiliate Marketing) program that pays you up to $13,500 per sale!

 **An Automated Payment System that deposits $1,250 to $13,500 commissions into your bank account every 2 weeks!**

 **Done For You Sales Funnels** that sell quality products and programs to your leads

 **A Simple, 21-Step Training Program** that shows you how to send leads and earn your first high-ticket commission (*even if you have zero computer skills!*)

 **Done For You High-Ticket Sales Made FOR YOU**: MOBE employs some of the best phone sales people on the planet, and they close without pushy or aggressive sales tactics

 **Done For You Product Fulfillment**, payment processing, and customer service

 **Personal 1-on-1 Coaching with a high-ticket affiliate marketing expert**

## So, the only question left is …

## What Does It Cost To Join?

Less than a cup of coffee a day.

Let me explain …

The one-time fee for getting the 21-step training program and your coach is just: **$49**

That's it.

Now normally, I sell this separately from the MOBE Affiliate Program (which costs $19.95 up front and $19.95 per month after).

But today, you can sign up for both "bundled" together.

So, for just $68.95 today, you'll get instant access to both.

That's less than the cost of a cup of coffee a day at Starbucks for the next month.

But what you get in return could potentially make you tens (even hundreds) of thousands of dollars.

*To make it even better …*

PX 57                    FTC-MOBE-003919

Since the training program and your coach is a one-time investment, your cost drops to **just $0.65 a day** to stay in the MOBE Affiliate Program after the 1st month.

A paltry sum.

As you read in *Limitless*, there are regular people (like you) making over $100,000 per year with this high-ticket affiliate program.

And they're doing it *without* previous experience ... *without* creating products or websites ... and *without* closing sales over the phone.
The truth is ... I should be charging a LOT more for this.

These fees barely cover my expenses to maintain a high-ticket affiliate marketing program (including staff, tracking software, hosting, etc).

But I have another motive here.

I want your success story.

I want you to be successful and send me a testimonial. These testimonials are like *gold*, because they help grow my company.

So, for that reason, your investment today is MUCH smaller than it should be.

Don't let this pass you by.

## Take advantage of this now. Click the button below to join.

# ENROLL HERE

To Your Success,

*Matt Lloyd*

**Matt Lloyd**

**P.S.**  Remember, you get instant access to the world's only high-ticket affiliate program that deposits commissions of $1,250 to $13,500 into your bank account every 2 weeks.

You will also get personal 1-on-1 coaching to walk you through a 21-step training program that shows you how to send leads and earn your first high-ticket commission.

## Take advantage of this now. Click the button below to join.

PX 57                    FTC-MOBE-003920

# ENROLL HERE

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2016 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH
Nestor Merchant Services Branch in Georgia, 9 Dzma Kherkheulidze Str., No. 14 Apt. 3, City Rustavi
Mobe LLC - Didgori District, Borough Tskneti, the so-called almond garden area, Tbilisi, Georgia
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

**PX 57**       **FTC-MOBE-003921**

**Attention**: Your order is not complete. Please watch the video below …

# SPECIAL ONE-TIME-ONLY OFFER:

## How To Get Instant Access To The World's Premiere High-Ticket Affiliate Program …



(Video may take a few seconds to load)

## Here's What You'll Get With This Limited-Time Offer:

**A Done-For-You Online Sales System:** The Internet's only Done-For-You system that pays out $1,250, $3,300, $5,500 and $10,000 commissions into your bank account

**1-On-1 Private Personal Coaching:** Your own personal 1-on-1 coaching with one of my HTAM success coaches (yes … you get a personal coach to answer all your questions, and walk you through everything)

**A Simple Step-by-Step Training Program:** You'll have access to a 21-step training program which teaches you how to do High Ticket Affiliate



Guaranteed To Work,
Or Your Money Back!

PX 57          FTC-MOBE-003922

Marketing, even if you're new and have no prior experience (includes access to short, easy-to-watch videos)



## Hear The Results Of Other People, Just Like You, Who Leverage This System:



## To Take Advantage Of This Special Offer And Get Access To This 'Done-For-You' Commission System, Click The 'ADD HTAM TO MY ORDER' Button Below

First Name *          Last Name *

Email *

Billing
Address *

PX 57          FTC-MOBE-003923

**Address 2**

**Country** *

**Postal/Zip Code**
*

**City** *

**State** *

**State Other**

**Card Number** *

**CVC** *

**Expiration Date** *

01 - January    2016

**Purchase**    $68.95 now + $19.95 per month

**Order Total**    $68.95 now + $19.95 per month

* ☐ **By checking here I agree to the terms and conditions of this purchase and that I will be charged $68.95 today and a subscription of $19.95 per month.**

**ADD TO MY ORDER**

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

Need Help? Call 1-844-MOBESUPPORT

Copyright © 2016 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH
Nestor Merchant Services Branch in Georgia, 9 Dzma Kherkheulidze Str., No. 14 Apt. 3, City Rustavi
Mobe LLC - Didgori District, Borough Tskneti, the so-called almond garden area, Tbilisi, Georgia
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

**PX 57**            **FTC-MOBE-003924**

**FEE RECORD SHEET**

Serial Number:  86923557



RAM Sale Number:  86923557

**Total Fees:**    $200

RAM Accounting Date:  20160912

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20160909 | $100 | 2 | $200 |

Transaction Date:    20160909

FTC-MOBE-003925

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86923557**
**Filing Date: 02/29/2016**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [HTAM](HTAM) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | HTAM |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DCLL |
| *STREET | No. 20 Jalan Perak, 50450 |
| *CITY | Kuala Lumpur |
| *COUNTRY | Malaysia |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Malaysia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 041 |

FTC-MOBE-003926

| | |
|---|---|
| **\*IDENTIFICATION** | Arranging and conducting business seminars in the field of **marketing**; Conducting workshops and seminars in **marketing** |
| **\*FILING BASIS** | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| **\*TRANSLATION** (if applicable) | |
| **\*TRANSLITERATION** (if applicable) | |
| **\*CLAIMED PRIOR REGISTRATION** (if applicable) | |
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | |
| **\*CONCURRENT USE CLAIM** (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Mark Ford |
| **ATTORNEY DOCKET NUMBER** | M2455.81514 |
| **FIRM NAME** | Maschoff Brennan |
| **INTERNAL ADDRESS** | Suite 300 |
| **STREET** | Suite 300 |
| **CITY** | Park City |
| **STATE** | Utah |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 84098 |
| **EMAIL ADDRESS** | mford@mabr.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **\*NAME** | Mark Ford |
| **FIRM NAME** | Maschoff Brennan |
| **INTERNAL ADDRESS** | Suite 300 |
| **\*STREET** | Suite 300 |
| **\*CITY** | Park City |
| **\*STATE** (Required for U.S. addresses) | Utah |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 84098 |
| **\*EMAIL ADDRESS** | mford@mabr.com;cwilde@mabr.com; d@mabr.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 2 |
| **FEE PER CLASS** | 225 |

| | |
|---|---|
| **\*TOTAL FEE PAID** | 450 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /Mark W. Ford/ |
| **\* SIGNATORY'S NAME** | Mark W. Ford |
| **\* SIGNATORY'S POSITION** | Attorney of record, Utah bar member |
| **\* DATE SIGNED** | 02/29/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86923557**
**Filing Date: 02/29/2016**

# To the Commissioner for Trademarks:

**MARK:** HTAM (Standard Characters, see mark)
The literal element of the mark consists of HTAM.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Mobe, a limited company (ltd.) legally organized under the laws of Malaysia, having an address of
   B1-28-8, Soho Suites at DCLL
   No. 20 Jalan Perak, 50450
   Kuala Lumpur
   Malaysia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 035: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 041: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
   Mark Ford of Maschoff Brennan
   Suite 300
   Suite 300
   Park City, Utah 84098
   United States
   mford@mabr.com (authorized)
The attorney docket/reference number is M2455.81514.
The applicant's current Correspondence Information:
   Mark Ford
   Maschoff Brennan
   Suite 300
   Suite 300
   Park City, Utah 84098
   mford@mabr.com;cwilde@mabr.com; d@mabr.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to

do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/   Date Signed: 02/29/2016
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of record, Utah bar member


RAM Sale Number: 86923557
RAM Accounting Date: 03/01/2016

Serial Number: 86923557
Internet Transmission Date: Mon Feb 29 16:57:06 EST 2016
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-201602291657066
57670-86923557-5505262af4af566f31941cd13
a5cae62cbf24855be1b8ba088df3c9eebafb51c8
b-CC-4630-20160229164843733541

# HTAM

FTC-MOBE-003931

INTERNET FUNNEL SYSTEMS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86808251 | **Application Filing Date:** | Nov. 03, 2015 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Jul. 20, 2016 | | |
| **Date Abandoned:** | Jun. 14, 2016 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | INTERNET FUNNEL SYSTEMS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| **International Class(es):** | 035 - Primary Class |
| **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

| | |
|---|---|
| **For:** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |
| **International Class(es):** | 041 - Primary Class |
| **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**PX 58**    FTC-MOBE-003932

|  |  |
|---|---|
| **Owner Name:** | Mobe |
| **Owner Address:** | B1-28-8, Soho Suites at DLCC<br>No. 20 Jalan Perak, 50450<br>Kuala Lumpur<br>MALAYSIA |
| **Legal Entity Type:** | limited company (ltd.) |

| | |
|---|---|
| **State or Country Where Organized:** | MALAYSIA |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Mark Ford | **Docket Number:** | M2455.81461U |
| **Attorney Primary Email Address:** | mford@mabr.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | MARK FORD<br>MASCHOFF BRENNAN<br>1389 CENTER DRIVE<br>SUITE 300<br>PARK CITY, UTAH 84098<br>UNITED STATES |
| **Correspondent e-mail:** | mford@mabr.com d@mabr.com<br>cwilde@mabr.com |

| | |
|---|---|
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 20, 2016 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Jul. 20, 2016 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Dec. 11, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 11, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 11, 2015 | NON-FINAL ACTION WRITTEN | 73708 |
| Dec. 05, 2015 | ASSIGNED TO EXAMINER | 73708 |
| Nov. 06, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 06, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | MCMORROW, RONALD G | **Law Office Assigned:** | LAW OFFICE 118 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 118- EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Jul. 20, 2016 |

**PX 58**

Side - 1



## NOTICE OF ABANDONMENT
## MAILING DATE: Jul 20, 2016

The trademark application identified below was abandoned in full because a response to the Office Action mailed on Dec 11, 2015 was not received within the 6-month response period.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

| | |
|---|---|
| **SERIAL NUMBER:** | 86808251 |
| **MARK:** | INTERNET FUNNEL SYSTEMS |
| **OWNER:** | Mobe |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

MARK FORD
MASCHOFF BRENNAN
1389 CENTER DRIVE
SUITE 300
PARK CITY , UT   84098

**PX 58**

FTC-MOBE-003934

| **To:** | Mobe (mford@mabr.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86808251 - INTERNET FUNNEL SYSTEMS - M2455.81461U |
| **Sent:** | 12/11/2015 8:41:11 AM |
| **Sent As:** | ECOM118@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |
| | Attachment - 28 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 86808251

**MARK:** INTERNET FUNNEL SYSTEMS

*\*86808251\**

**CORRESPONDENT ADDRESS:**
  MARK FORD
  MASCHOFF BRENNAN
  1389 CENTER DRIVE
  SUITE 300
  PARK CITY, UT 84098

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Mobe

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
  M2455.81461U
**CORRESPONDENT E-MAIL ADDRESS:**
  mford@mabr.com

# OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE:** 12/11/2015

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

### Search Results

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

### Descriptive

Registration is refused because the applied-for mark merely describes the subject matter of the applicant's services. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services. TMEP §1209.01(b); *see, e.g.*, *In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents*, 252 U.S. 538, 543 (1920)).

In this case, the applicant intends to use the proposed mark, INTERNET FUNNEL SYSTEMS, in connection with "Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet" and "Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing."

The examining attorney has attached numerous webpages referring to internet funnel systems, internet funnel system marketing, internet marketing funnels and internet marketing sales funnels.

For example, attachment # 2 from http://chrisandsusanbeesley.com states that "we showed you the importance of having an internet funnel system and gave you examples of a couple of ours. However without *internet funnel system marketing* then you are not going to get any leads or have any chance of making sales."

Attachment #5 from www.wikihow.com states that "An Internet marketing funnel is a marketing strategy whereby you are constantly funneling new leads into your business, in the hopes of developing a sale and relationship with the user."

These pages show that the proposed mark is used in the relevant industry to refer to a marketing strategy. Therefore, when the proposed mark is considered in relation to the applicant's services, it describes the subject matter thereof.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

### Supplemental Register

Although an amendment to the Supplemental Register would normally be an appropriate response to this refusal(s), such a response is not appropriate in the present case. The instant application was filed under Trademark Act Section 1(b) and is not eligible for registration on the Supplemental Register until an acceptable amendment to allege use meeting the requirements of 37 C.F.R. §2.76 has been timely filed. 37 C.F.R. §2.47(d); TMEP §§816.02, 1102.03.

If applicant files an acceptable allegation of use and also amends to the Supplemental Register, the effective filing date of the application will be the date on which applicant met the minimum filing requirements of 37 C.F.R. §2.76(c) for the amendment to allege use. 37 C.F.R. §2.75(b); TMEP §§816.02, 1102.03. In addition, the undersigned trademark examining attorney will conduct a new search of the USPTO records for conflicting marks based on the later application filing date. TMEP §§206.01, 1102.03.

**Response**

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

/Ronald McMorrow/
Examining Attorney
Law Office 118
571-272-9306
ronald.mcmorrow@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

FTC-MOBE-003937

facebook  Sign Up

Email or Phone          Password          Log In
Keep me logged in      Forgot your password?

**Internet Funnel System - The Best Funnels for Online Marketers**

More Videos by Drew Innes                                        Previous  Next



1:20 / 11:19        HD

Related Videos

Avalon - The Big Swing
Drew Innes
302 Views

Drew Innes Coaching -
Titanium Mastermind
Drew Innes
63 Views

Drew Innes Coaching
Testimonial Nigel L (UK)
Drew Innes
82 Views

Drew Innes Coaching Q &
A Video Series
Drew Innes
76 Views

Drew Innes
If you're looking for a way in which you can leverage the power of the Internet to take you
outside of your local geography and expand your business on a global scale then you
need to understand the fundamentals that need to be in place to have a high converting
Internet Funnel System because without the fundamentals in place you gonna be
spinning your wheels like most marketers do particularly af... See More

November 29 · Edited

Shared with:   Public
67 Views

Embed Video
Embed Post

Trin Rios, Jim Middleton and 2 others like this.                 Top Comments

Trin Rios More excellent information to help me build my online business.
Tks Drew.
December 4 at 1:00pm

Sign Up      Log In      Messenger      Facebook Lite      Mobile          Find Friends      Badges      People      Pages      Places
Games        Locations   About          Create Ad        Create Page     Developers     Careers     Privacy    Cookies    Ad Choices
Terms        Help

Facebook © 2015
English (US)



fatal mistake and sadly it's where we see people fail time and again and eventually give up on their dream of having a successful business.  To succeed online you need consistent lead generation aka traffic to your offer(s)

We're passionate about online business education and training and it's why we like to give so much value in our content (which is actually marketing in it's own right) to help as many people as possible avoid failure through lack of education and training.

So let's get into the content and why the "**marketing**" is so important.

## Internet Funnel System Marketing Explained

In our previous blog posts "Internet Funnel System" and "Perfect Internet Funnel System" we showed you the importance of having an internet funnel system and gave you examples of a couple of ours.  However without internet funnel system marketing then you are not going to get

### Read Our Book

FTC-MOBE-003939

any leads or have any chance of making sales. You need to bring traffic into your funnel and that's what marketing is all about.

Now we can tell you that there are hundreds of ways to bring traffic to your offer but realistically you want to begin by mastering just one or two at the most and get really good at it. We highly recommend Traffic Masters Academy. We teach you this with the benefit of hindsight because when we began our online business we concentrated on just one method of getting traffic – Google Adwords. We had mastered this and traffic was pouring into our business until one day Google decided to shut down the Adwords accounts of most marketers and our traffic dried up just like that. We were actually away on a skiing holiday at the time and our business was without traffic for over 10 days. We could have given up but we had already realised that we loved the time and financial freedom our new business gave us so we quickly set about learning new marketing strategies to bring traffic into our funnel again. So the lesson is that internet funnel system marketing is crucial to build your list, build relationships with your prospects and make those all important sales.

We turned to Facebook as our principal means of traffic into our internet funnel system as it actually allowed us to find the perfect prospects for our business – people in their 40's, 50's and 60's who are close to or approaching retirement and seeking a solution to their biggest problem – not enough money to have the retirement they anticipated. Using Facebook for our internet funnel system marketing we can attract just the right people.





We are in the process of creating a product teaching our specific strategies so watch out for it 🙂

We recorded a video out here in the mountains sharing our perfect internet funnel system so you can get a better idea of that.

Marketing is however a science and you need to learn it in order to get a good ROI (Return on Investment) on your marketing spend so make sure to get the right training that teaches you how.

Like we said earlier we highly recommend Traffic Masters Academy.

**Who Are We**

### Get Your Retirement Guide





### 45 Minute Paydays



### Chris & Susan's Radio Show



### Start Your Online Business Here



FREE Video





We're former accountants of a certain age with 5 great kids and 3 grandchildren. We love skiing and traveling the world and have achieved a fabulous life helping others to start and build a successful business online and now speak on international stages following that passion. Our worldwide educational business is centered on online marketing education and wealth creation and a desire to help you create financial freedom online through entrepreneurship whatever your age or experience.

**Authors** : The Mindset Shift

**Skype** : chrisbeesley1   susanbeesley1

**Mobile/Cell:** +44 (0)7802857551

**Email :** info@chrisandsusanbeesley.com

Connect on Facebook

Join Our Facebook Group For Entrepreneurs

If you enjoyed this post "Internet Funnel System Marketing" please Comment, Like and Share

Share:

This entry was posted in Business Success, Entrepreneurship, Internet Marketing and tagged Chris and Susan Beesley, Internet Funnel System, internet funnel system chris and susan beesley, internet funnel system



| Home | About Me | Video Reviews | Contact Me |

## Home

### Internet Funnel System Review

This website is all about the internet funnel system, explaining what it is, how it works, to help you decide if it's a good fit for you.



My name is Nick Pratt, I have used The Internet Funnel System to do very well and get some fantastic results. You can actually see more of my own results, and the results of my students who I have helped if you click here. (link to video review page)

I will explain throughout this website what exactly the Internet Funnel System is. The Internet Funnel System is a 21-step program teaching you how to build an online business through the form of affiliate marketing. It is step-by-step, it includes one-to-one coaching, and it includes a lot of video training.

In terms of how long each step takes to complete, the steps on average take 30 – 45 minutes. We do recommend trying to get through one step per day to get the best results.

*What is sold through the Internet Funnel System?*

I want to explain that the kinds of products sold are blogging training, traffic generation and lead conversion training, and lots and lots of other products. There are actually over 100 products in the library that you can earn commissions on.

FTC-MOBE-003942

commissions on.

**What's the cost of the Internet Funnel System?**



The cost of the Internet Funnel System is a one-off cost of $49, and there is no monthly membership fee required. There is a 30-day money back guarantee if you're unhappy with the purchase.

**My Internet Funnel System Bonus Pack**

I want to explain about my Internet Funnel System Bonus Pack. I offer fantastic bonuses if you decide to join the Internet Funnel System. You can click here (insert link to video review page) to see a video where I give a lot more information about the bonuses, or you can watch the video below.



You can also watch this Internet Funnel System video on YouTube

Hopefully you enjoyed looking around this site. You can find out more about be by clicking here. If you have any further questions or need help deciding whether this program is for you, please click here to add me to Facebook.

Hopefully that helps, and we'll talk soon!

FTC-MOBE-003943

## Internet Funnel System



0

## Pros

- 30-day money back guarantee
- one-on-one coaching
- Newbie Friendly

## Cons

- Too much value (can this be a negative?)

---

**Connect With Me**

**CONNECT WITH ME**
Send Me A Friend Request
👍 Add Friend
**Facebook**

Back To Top

**PX 58**     **FTC-MOBE-003944**