Home   Free Gift   Legal Forms   Contact Us

# Internet Funnel System
Internet Funnel System

| HOME | FREE GIFT | LEGAL FORMS | CONTACT US |



How to Write a Great Guest Post

Top Ways to Build Influence and Power on Twitter



### Is The Internet Funnel System Easy?
December 5, 2015 Dr Hilal Comment

Is The Internet Funnel System Easy? If you're recently taken a look at the Internet Funnel System, you've probably wondered, "Is the Internet . Click Here To Read More...

is the Internet . Click Here To Read More...



### Internet Funnel System Proof

December 4, 2015December 4, 2015Dr Hilal Comment

Internet Funnel System Proof Are you looking for a way to make money from your home? If so, it's crucial that you look Click Here To Read More...



### Does the Internet Funnel System Work?

December 3, 2015December 4, 2015Dr Hilal Comment

Does the Internet Funnel System Work? One of the most common questions people ask is whether or not the Internet Funnel System really . Click Here To Read More...



### Is The Internet Funnel System A Scam?
December 1, 2015December 4, 2015Dr Hilal Comment

Is The Internet Funnel System A Scam? Before looking at whether or not this is a legitimate money-making opportunity, I'd like to take . Click Here To Read More...



### How to Turn a Profit Buying and Selling Websites
November 23, 2015November 28, 2015Dr Hilal Comment

How to Turn a Profit Buying and Selling Websites Want to become an internet marketer but don't want to go through the lengthy . Click Here To Read More...



PX 58

Let's Get Social

**Internet Funnel System**  About IFS    Work with Drew    Coaching Programs    Trusted Products    Blog    Contact IFS

## WORK WITH DREW

Congratulations on taking your first step to achieve financial independence through Online Affiliate Marketing. The Internet presents an interesting opportunity for an everyday person to learn some new skills and then leverage the power of the Internet and telecommunications to reach a global market.

---

**Click here ...> to enrol for the Online Profits Blueprint PRIVATE members area** and decide for yourself if Online Affiliate Marketing is your solution to more *Time, Money or Location* options. **Satisfaction Guarantee...>** If your not completely happy with our Online Profits Blueprint we'll give you access to our 7 Step Coaching Program for FREE.

---

Search

**RECENT POSTS**

- Internet Funnel System – Going Deeper!
- Internet Funnel System – Who is it For?
- Internet Funnel System Overview



This period in history has been referred to as the 'rise of the self made man' and it is very possible today to leverage systems, processes, products and people to achieve personal goals and objectives relating to time, money and location. The pursuit of the so called 'Internet Lifestyle' whereby a person can make money to create time and location options is more real today than ever before so if your willing to re-learn, adapt and grow in the Internet Arena you can have it all.

I'm Drew Innes, and I will be your coach if you allow me to guide you through the TTI Coaching program. (TTI stands for Top Tier Income which essentially means we have a coaching program and sales system that will allow you to make significant income (in $usd). Top producers in our Affiliate program are making over $1 million dollars (this not typical however it demonstrates what is possible).

The objective is to help you achieve and master the thinking and mechanics needed for the financial freedom and income goals you set yourself through Online Affiliate Marketing. I am committed to your success as long as you have made the same commitment to yourself to do what it takes to be successful online!

You will need to be coachable, follow my instructions and complete your **Daily Assignments** which I have detailed for you at the bottom of this page, as well as the Daily Assignments in each Section of the 7 Steps you will go through.

Watch this Video below to get to know a little bit about me and why I am qualified to Coach you. If you want to go a little deeper into my back story then read my story on the About Drew page here on this website.



**Leads Management**
400% Boost in Conversion Rates. Contact Us Today & Get A Free Demo!

**2** **Invest in lead capture software or programming.** You can either hire a company to provide you with a lead capture landing page or program it into your website. With lead capture, your website users are required to sign up for an account or submit their name and email address in order to get valuable content.

- This lead capture software ranges from simple to complex. You can have a landing page that captures the data, or you can sign up for a system that tracks your user's accounts once they sign in. You can see what products they looked at, what pages they read and, judging from their account activity, you can see how likely they are to become customers.

**3** **Define your lead gathering strategy.** You should choose 5 to 10 ways to get the attention of your target demographic(s). Some common Internet lead capture strategies are Facebook, Twitter and YouTube accounts, guest blogs, search engine optimization (SEO)/search engines, article directories, online ads, affiliate marketers and more.

**4** **Define the valuable product or service you can offer to get the client to sign up.** You may need to brainstorm with your marketing team about what you can provide. Ideas include a free trial, free services, a coupon, a video, educational content, a free account, or access to a number of such services.

**5** **Define your end goal.** This is the end relationship you want to have with the information you gather, and it differs greatly for online businesses. In some cases, the contact details of a person is your Internet-based goal, because it may funnel leads into a service-based business that calls its customers by phone, and in other cases, it is developing repeat clientele.

**Ad** **Deep Consumer Insights**
evolve24 uses big data to predict sales and customer behavior

---

Featured Articles



How to Build Trust
How to Make Caramel Sauce
How to Start up a Beef Cow Calf Operation
How to Reduce Edema Naturally

Meet a Community Member

Luna Rose is a wikiHowian from the US who has been active in the community over a year. She is a Featured Author and New Article Booster who enjoys editing articles on autism and disability-related topics. She enjoys drawing pictures for articles and collaborating with other community members. Her favorite articles include How to Listen and How to Validate Someone's Feelings. She has put a ton of time and effort into improving wikiHow's articles on autism; she says, "I am proud of the Autism Spectrum category and how it has grown. Autistic and ally editors are stepping up and making it an incredibly helpful and respectful section." When it comes to the editing community, she says, "Everyone is friendly, supportive, and eager to listen and collaborate. I came to wikiHow with a lot of ideas on how to improve the autism section, and instead of meeting resistance as I anticipated, people were encouraging and enthusiastic. Thanks to the community's support, wikiHow is on the leading edge of respectful and accepting autism resources." To other editors who want to chip in around wikiHow, she advises, "Don't be afraid to reach out. People are incredibly helpful and open to new ideas here. Start making edits, and don't worry if you mess up. This is a community that cares."

Join The Community

Follow Us On...

## Method 2 of 2: Set up your Internet Marketing Funnel

**1** **Begin using all 5 to 10 lead gathering strategies at once.** With an employee heading up each strategy, make sure employees coordinate new offers, posting consistently and timely as you add more value to your website with free content.

- Use website links that have embedded web analytic codes. You can do this through your website provider or with a free Google Analytics account. Make sure each strategy uses a different link, so you can track your most successful lead gathering strategies. Most web analytics programs will automatically mark down leads that come from major search engines.

**2** **Have someone examine the ratio of visitors to your page, versus how many people enter their contact information to get access to content.** A high percentage means you are targeting your demographic well, and should continue to offer similar content. A low percentage means you need to invest more in adding value to the free content or service you are offering.

**3** **Gather the leads from your lead generation software.** You should get information to add to your content management system (CRM) or database every week. Make sure you code new leads according to the offer that enticed them to sign up.

**4** **Communicate with your database through email blasts and newsletters or direct mail.** Target your offers by giving your leads emails that suggest similar products or services as what they signed up to see. These communications bring leads back to your website in order to convert them to customers.

- If you are gathering leads for a service-based job, you may also want to give them a call. If they inquired about a quote, then this is an essential part of the communication process.

**5** Mark people who buy your products as "customers" in your database



### Your Shopping Cart



Shopping Cart is Empty
Visit The Shop

- Using social networks to signup people in order to be able to broadcast your special offers or the latest blog article releases
- ….and there are many other techniques you can use to generate more traffic and interest to your website. but hopefully you get the general idea.

Now from the aggregated group of visitors you receive via the techniques listed above, there will be a smaller group who will eventually become customers.

At this stage the effectiveness of the sales funnel will really start to shine because it will be instrumental in further engaging this smaller group of people who have already demonstrated an interest in your product and a propensity to purchase from you.

You might by now be recognising the reason for the "funnel" analogy.

That is, at the very beginning of your marketing efforts you will usually start with a larger group of visitors, and then a smaller number of these will become subscribers or regular readers of your blog, and then an even smaller number of these will become customers.

In other words during each stage of the marketing process people will drop off until you have a small minority who become your customers.

In essence, the sales funnel concept involves the filtering out of disinterested prospects by focusing on and further engaging your most responsive customers because of their demonstrable willingness to purchase from you.

Hence why we use the term sales funnel, because you are starting with a broad set of marketing techniques and visitors and progressively narrowing this down as the process continues by tightening your marketing with laser-like focus to a select group of very targeted customers.

### Why are sales funnels necessary for the success of your business?

Marketers who have studied consumer behavior and psychology will tell you that people who have already shown an interest in your products (ie, existing customers) will by far be the most likely group to buy from you again.

Based on this fact, by spending a lot of your energy and marketing efforts focusing on this group of people means that you will get higher conversions because you are intelligently using your time and resources for maximum returns.

Below are some important qualities of sales funnels which demonstrate why they are a powerful concept to use in your internet business.



**Recent Posts**

The AdWords Bidding Strategy for Faster ROI [...]

A Guide To Using Pinterest for Ecommerce Marketing [...]

What is the Value of a Domain Name? [...]

Upgrading the Core WordPress Custom Menu Widget [...]

How To Generate Leads Online Without Spending Money [...]

**Comment & Socialize**

I've always had passion for …
- opeyemi onigemo

@Thomas, Yes you can use th …
- admin

hi, how to reinstall wordpr …
- thomas

@Chucho, Yes …
- admin

Hi guys. I've got a quick q …
- Chucho

**A sales funnel will help increase your conversions**

As we've discussed earlier, during each phase of the sales funnel, the number of people will decrease but the number of likely prospects will increase.

By its very nature, a sales funnel will filter out non-prospective buyers and help build up as many targeted prospects as possible.

This is because as the funnel begins to narrow at each stage the marketing methods performed become increasingly more targeted.

Therefore the sales funnel will create a more fertile environment with extremely targeted prospects who will have already demonstrated an interest in your products or who have purchased previously from you.

You can then spend your marketing efforts appealing to the needs and wants of these people knowing that you have a higher than normal chance of converting.

An example of a crucial sales funnel component is the landing page. This is usually way down in the most narrow portion of the funnel where you are pitching your message to very targeted visitors.

**Sales funnels can be used to accurately predict the number of sales you will make**

The structure of the sales funnel mechanism means that at each stage of the marketing phases you can quantify the number of prospective customers and hence use this to predict the percentage who eventually become actual customers.

Remember earlier we said that as a prospect moves through each stage in the sales funnel they will be considered a more targeted visitor and hence the marketing which is presented to people as they move down the funnel will reflect this.

As a simple example, Fred Smith has been monitoring his website traffic for at least 6 months and he receives 5000 visitors per week to his website.

Of these, Fred usually gets around 3% (ie, total of 150 people per week) who sign up for his free weekly newsletter.

Then from the 150 people weekly who sign up to his list Fred ends up converting around 1.5% who become paid members or buy one of his products.

Therefore by using his knowledge of the number of prospects at each stage Fred can accurately predict the percentages of people who will sign up to his newsletter and those eventually buy his product.

By being privy to the traffic and conversion figures of the various stages of his marketing phases, Fred can use this to identify and improve areas needing attention (discussed more below).

**You can use a sales funnel to identify marketing deficiencies or obstacles**

By monitoring the traffic and statistics during each of the marketing phases you will be able to observe any down or up-trends during each stage of the funnel over time.

With this knowledge you can then make more informed decisions so that you can take the best possible corrective action or spend more time concentrating on a particular strategy if needed.

For instance you may spot trends that during the year where you might see a trend where there is drop in calls-to-actions for a certain month in your email campaign and you might decide to change your campaign content or increase the frequency of emails sent for the next few months.

## Building a Sales Funnel

In order to convert marketing campaign into an optimized sales funnel there are a few essential things you will need to do.

**You will need to have a product or service which you can sell**

Before even considering the construction your sales funnel, you will need a product or service to offer to sell to your visitors.

Items which you can sell online can range from physical products to your own digital creations such as eBooks, videos or software and also things such as membership programs or consultation services.

If you don't think you can create your own product there is also the option of affiliate programs such Clickbank, Amazon or affiliate programs available which you can use in conjunction with blogging from your website.

Ultimately it is very important that before choosing a product to sell that you try to identify a niche which people out there are demanding and then supply this need to them.

**Keyword Research**

Following from the above point, keyword research is an important task for determining who your prospective customers are what they are searching for.

Keyword research allows you to identify the words and phrases people are using when they are searching for answers to their needs and desires. The best free keyword research tool to is the

http://singlegrain.com/blog-posts/content-marketing/how-to-create-marketing-funnel/
12/11/2015 08:00:09 AM



## How to Create a Marketing Funnel

by Single Grain Team    0 comments    - Get free updates of new posts here



What is a funnel? No, not the kind you use when cooking, or the kind that comes attached to a college beer bong. We're talking about sales funnels and marketing funnels—the kind that you absolutely must get right if you want your business's promotional processes to run as efficiently as possible.

Basically, your marketing funnel is the process by which would-be customers move from first awareness of your brand to post-sale evangelism. But since that's a little vague, let's define the idea further by looking at two examples:

Norman Newbie owns a software company with ten salespeople and one product. He's not a very savvy marketer, so his sales process currently involves handing his salespeople lists of leads he's purchased online and having them "dial for dollars." His salespeople frequently get frustrated since his leads aren't always good quality. Because they're frequently calling on people who aren't a) interested or b) a good fit for his services, the salespeople close less than 1% of the prospects they initially reach out to.

Molly Marketer has a similarly-sized company, but instead of taking Norman's traditional outbound marketing approach, she's invested in creating a marketing funnel that helps her three salespeople to close more sales with less effort.

Molly started by building a series of attention-grabbing content marketing pieces that are tied to landing pages on her website. Potential would-be buyers become interested enough in her products, they request an online demonstration by filling out the form on her landing pages. These requests are routed directly to her salespeople, who, because they're dealing with warm leads, close roughly 50% of the customers to whom they demo. Molly's company closes more sales than Norman's, with fewer salespeople and no time spent on cold calling.



