http://singlegrain.com/blog-posts/content-marketing/how-to-create-marketing-funnel/
12/11/2015 08:00:09 AM

Obviously, this is a simplified example, and most businesses will fall somewhere in the middle of this "0 to 60" spectrum. Even if you've never heard the phrase "marketing funnel" before, you have one. But if you aren't aware of it, or know that yours needs some love and attention, read through the following guide on how to make a funnel or optimize your current one.

**Free Marketing Funnel Maps:** Get this FREE resource on how to map out each stage of your marketing funnel. Click here to download it free.

### Stages in the Buying Process

No matter what kind of purchase we're making or how much we intend to spend, all of us follow a relatively similar path when it comes to deciding what to buy. This buying process was first introduced by John Dewey in 1910, but even now—more than 100 years later—it's still the foundation of understanding buyer behavior and marketing funnel creation. Here are the sales funnel stages:

### Stage #1 – Problem/Need Recognition

Understandably, if a person doesn't recognize that he has a need that must be filled, he's not going to make a purchase! That said, these needs can range from obvious, easily-solved problems to issues without clear solutions.

Suppose your furnace goes out in the middle of winter. Your problem is obvious—you need a new furnace. And the solution is easy—you need to call HVAC providers in your areas for quotes. But say you need a new car. Should you look for an SUV, a compact car or a mid-size sedan? Even vaguer still, if you're frustrated with how much your accountant is charging you to do your business's taxes, you might not even be familiar with all the different solutions, like cloud-based accounting software.

### Stage #2 – Information Search

Recognizing a problem or need is the step that triggers a search for more information. Depending on the need at hand, the information search can take a number of different forms, including:

- Reading reviews online
- Asking friends for recommendations
- Checking the newspaper for coupons
- Visiting a store for a hands-on demonstration
- Searching Google for options

The strategies used to gather information tend to vary based on the size and scope of the purchase. Recognizing that you're hungry, for example, might result in a quick Yelp search for restaurants in your area. Deciding which provider to use to place a new in-ground pool at



Sluggish Customer Acquisition? 6 Proven Recommendations

24 Great Examples of Periscope Marketing Campaigns

Like on Facebook                    0
Follow on Twitter        Leave a message
Subscribe to our Channel        14.4K
Subscribe to Feed
Add to Circle                      719



Latest Post

http://singlegrain.com/blog-posts/content-marketing/how-to-create-marketing-funnel/
12/11/2015 08:00:09 AM

your home might involve calling around, reading company reviews online, visiting showrooms, and talking with salespeople.

Stage #3 – Evaluation of Alternatives
Following your information search—or, sometimes running concurrently with this process—you'll begin to compare the alternatives that your research has uncovered. Again, the time spent in this stage will vary based on the type of purchase being contemplated. Choosing a restaurant may be as simple as deciding, "Well, I feel like Chinese food, not Mexican, tonight."

But say you're evaluating marketing automation programs to help improve the sales funnel you're creating. Because these programs can require investments of $1,500 a month, you're likely to undergo a much more careful and thorough evaluation process. You may request free trials of the different systems you're considering, have online demonstrations with each company's representatives or view training videos to get a feel for how each system will perform.



Stage #4 – Purchase Decision
The purchase decision is the natural conclusion of the preceding three stages. You determine that you have a problem, investigate your options, decide which one is best for you, and then pull the trigger. However, businesses need to be aware that there are two things that can disrupt this stage: negative feedback from fellow customers and the prospect's motivation to accept this feedback.

Let's suppose that you're big into cycling and you've decided to purchase Trek's latest Emonda line road bike. You read a few less-than-positive reviews online, but brushed them off on the understanding that all internet comments should be taken with a grain of salt. But then a fellow cyclist whom you respect tells you that he didn't love the bike. Where you were less inclined to let anonymous reviewers' feedback affect your buying decision, you are much more motivated by the advice of somebody you care about.



Stage #5 – Post-Purchase Behavior
Finally, don't think that the sales process is done just because a purchase decision has been made. What happens after the sale is completed may be just as important as what went into bringing about the sale in the first place!

If your new customers are greeted by a thoughtful onboarding process, personal attention, and all the resources they need to use your product successfully, they're more likely to confirm to themselves that they made the right choice. And when they're confident, they're more likely to pass on their satisfaction to others in the form of recommendations and product endorsements. If, on the other hand, your new customers experience disappointment after their purchase, they're more likely to request refunds, write negative reviews, and recommend that others in their social circles purchase alternatives.

**Creating Content for Your Marketing Funnel**
Now that you know how people make decisions, you can use this knowledge of the buying process to make a marketing funnel by creating content that will appeal to people at every stage. Take a look at the following sales funnel template from Techvalidate to see how this translates:

FTC-MOBE-003958





Leave a message

Latest Post:

As you can see, each color-coded piece of the funnel pictured above roughly corresponds to stages 2-4 in the buying process. The widest tier at the top of the funnel represents "awareness," the point at which would-be customers are beginning their information search. The second tier is "consideration," roughly corresponding to the evaluation of alternatives described in the purchase process above. And finally, the third tier, "decision," is self-explanatory.

As a note, stages one and five have been left out of this model. While all companies should have a plan for addressing post-purchase follow-up, it's up to you to determine whether or not it's worth your company's time to try to reach buyers in the first stage of the process. It can be difficult to convince people they have a problem if they haven't already felt it themselves, but if you're selling a new type of product that meets a previously unrealized need, you may need to focus your energy on this area.

For each stage of the funnel, you'll need to answer the following questions:

- How will customers at this stage find me?
- What kind of information do I need to provide to help them move from one stage to the next?
- How will I know if they have moved from one stage to another?



Leave a message

Latest Post:

The image above gives some hints as to how you might answer some of these questions, and you'll find that some are easier to answer than others. To continue with our earlier example, let's explore how Norman could answer each of these questions in order to create the foundation of his marketing funnel:

### Stage 1 – Problem/Need Recognition

Because Norman sells a high-dollar software product that meets a need most businesses are familiar with, he decides that it's easier to focus on attracting and converting customers who already know they need his product, rather than trying to create the need in the first place. If he was a startup or a company with a new idea, he might choose to invest more of his time and energy here.



Leave a message



NAVIGATION

How to get people in your marketing funnel

Contact Us Today

## Marketing Funnel

In the marketing process, people searching for your products or services will go through a number of stages before buying from you. There are always more people in the beginning stages, with fewer left at the end. First, users find your website. This may be in a Google search, your email newsletter, or a pay-per-click ad.



FTC-MOBE-003960



Any of these methods of promoting your website take time and money – after you determine your goals and your budget, you can find the method that works best for you.

You then direct people to your website.

From the first page that you direct them to (your "landing page"), you can point them to information on your company, your products and services, or a page where they can leave their email for more information.

You can begin to capture information about your visitors.  Mechanisms such as email sign up, survey contests, white paper downloads or case studies, e-book downloads, etc.

From there, you can direct people to your "Order Online" page, or a page with your contact information.

By this point, the user may contact you, or they may leave you with their information so that you can contact them.

This leads to purchases.

Next, you can keep some of the funds from those purchases, and channel the rest back into your marketing process to repeat the cycle.

© Intrigue Media. 2015. All Rights Reserved. Google+.
Additional accessible formats for this information are available upon request. Contact us for more information.



888-715-1458
Blog
Contact
Login
Services
SEO Management
Blog Management
Content Writing
888-715-1458
Home /
Blog /
Content Marketing
/ The Content Marketing Sales Funnel
July 20, 2012
in Content Marketing by Jason Clegg
|
34 comments

# The Content Marketing Sales Funnel



Marketing your website is a complex process. As SEO becomes increasingly difficult and Social Media becomes increasingly time-consuming, nothing could be more important than spending time mapping out your very own "Content Marketing Sales Funnel." In this post, I'll walk you through the essential steps for building an online sales funnel to help you convert more of your tire-kickers into happy, repeat customers with massive Lifetime Customer Value. And, while I'm at it, I'm going to show you more pictures of funnels than you'll probably ever see again. 🙂 Let's get started...

## What Is A Sales Funnel?

A sales funnel is a marketing system. It's the "ideal" process you intend your customers to experience as they go from Prospect to Lead to Customer to Repeat Buyer. Sales funnels have been around much longer than web marketing, but the online world is the best thing to



Marketing your website is a complex process. As SEO becomes increasingly difficult and Social Media becomes increasingly time-consuming, nothing could be more important than spending time mapping out your very own "Content Marketing Sales Funnel." In this post, I'll walk you through the essential steps for building an online sales funnel to help you convert more of your tire-kickers into happy, repeat customers with massive Lifetime Customer Value. And, while I'm at it, I'm going to show you more pictures of funnels than you'll probably ever see again. 🙂 Let's get started...

## What Is A Sales Funnel?

A sales funnel is a marketing system. It's the "ideal" process you intend your customers to experience as they go from Prospect to Lead to Customer to Repeat Buyer. Sales funnels have been around much longer than web marketing, but the online world is the best thing to ever happen to sales funnels because websites and email marketing make sales funnels easier to build.



### FREE: Traffic Strategies course

**Enter Your Email Below** To Get *INSTANT* Access To Your Complete
"Traffic Strategies" E-Course -- Including 2 Free Ebooks, 4 Training Videos And Everything You Need To **Double Your Traffic In 30-60 Days!**

ENTER YOUR E-MAIL ADDRESS BELOW ...

DOWNLOAD FREE

**Think of a sales funnel just like an ordinary funnel.**



The purpose of a funnel is to make things easier and cleaner. When you put fresh, new oil in your car for example, you don't want oil spilling all over your engine. So what do you do? You use a funnel to increase the likelihood that ALL (or most) of the oil will go straight to its destination.

Sales funnels work the same way    they help you avoid "spilling" (or losing) potential customers.



The idea of using a funnel as a metaphor for Sales & Marketing processes in business really stems from the classic Marketing concept, AIDA. Attention, Interest, Desire, Action. These 4 elements generally describe how you build customer relationships, but they can also describe lots of other things too (like how to structure a really good sales letter or sales pitch).

Here's a quick example of a sales funnel:

Let's say I'm in the travel business. I'm a travel agent with my very own website where I offer some basic information about me and my services.

A simple contact form or phone number listed on my travel website MIGHT help me get a few new leads here and there. But instead of just waiting for people to pick up the phone and call my travel agency, I offer a free report all about a topic of great interest to my target customers.

The report is called "How To Save 50% On Your Next Family Vacation" (or something to that effect). I make the report available to any website visitor in exchange for their first name and email address.

This is an example of a LEAD MAGNET. (I firmly believe virtually EVERY website should have a lead magnet in place.)

Then, every week (or every month) I send out my travel newsletter to everyone on that list. Periodically, I also send out special surveys, limited offer coupons, prizes, other special reports, and much more.

Since, in this example, my main business is booking travel, my ultimate goal is to convert newsletter subscribers into travel bookings. But if I develop a more sophisticated sales funnel, I can start to segment my list and target my marketing even more carefully to my "hot leads" and my most active subscribers. This way, I can begin to learn more about my list to offer well targeted new products and services.

http://www.forbes.com/sites/jaysondemers/2015/01/02/how-to-use-funnels-for-your-inbound-marketing-strategy/
12/11/2015 08:37:10 AM



# Forbes

http://onforb.es/1K7a69s



**Jayson DeMers**
Contributor

*I de-mystify SEO and
online marketing for
business owners.*

Opinions expressed by Forbes
Contributors are their own.

ENTREPRENEURS | 1/02/2015 @ 1:09PM | 12,564 views

# How To Use Funnels For Your Inbound Marketing Strategy







Funnels have been a focal sales strategy for decades, serving as a general model for anyone looking to get the most out of a given lead pool. By breaking down the sales process into a series of steps, starting at the wide end of the funnel and working to the narrower end, salespeople can more effectively target their potential customers and see higher sales growth as a result.

Today, inbound marketing has replaced many businesses' sales efforts altogether. Instead of hiring a dedicated sales force to sort through leads and juggle them through the stages of a sales funnel, companies are dedicating their resources to building and preserving a highway system that can accommodate multiple inbound streams of web traffic and put them in the best position to eventually convert. Part of that conversion-optimization process depends on a funnel system that can ultimately produce the most qualified pool of potential leads.

## The Mouth of the Funnel: Capturing the Most Attention

The widest part of the funnel demands the greatest amount of possible leads to work with, and as a result, you should step up your efforts to appeal to the greatest number of people. Gaining visibility on the web is a somewhat straightforward process, but it does take a

http://www.forbes.com/sites/jaysondemers/2015/01/02/how-to-use-funnels-for-your-inbound-marketing-strategy/
12/11/2015 08:37:10 AM

significant amount of time—usually on the order of months just to break into the scene.

Most inbound marketers are already using a large-scale strategy to produce this volume of visitors and potential leads. Through content marketing, you'll build a name for yourself and increase your authority with major search engines, through SEO, you'll optimize your website for a series of industry- and topic-specific keywords, and through social media, you'll build and grow a network of followers who read your content and visit your site regularly.

The more users you have coming in through the mouth of the funnel, the more users you'll eventually have coming out the more relevant, narrow end. Pay attention to your key demographics at this stage, but don't try to sort your leads; let your automated funneling tactics do that work for you.

**The Middle of the Funnel: Filtering the Most Relevant Audience**

The middle of the funnel is responsible for sorting through the first stream of leads and filtering out some of the less-relevant audience members. For example, if a pet supplier is looking to sell cat-specific products, it might want to filter out all exclusive dog owners and instead focus on the cat owning portions of its inbound audience.

This stage of the funnel requires attention and setup, but once in place it should be fairly effective at filtering out your inbound leads. Traditional means of middle-funnel sorting might require individual contact, lead by lead, while the automated means creates a situation that naturally predisposes your different audience segments to behave in specific ways.

Here, you won't be focused on volume. The success of the middle portion of your funnel is dependent on how successful it is at filtering out the audience segment you have intended to filter out. You'll need to run occasional diagnostics to ensure its effectiveness and make tweaks if necessary.

**The End of the Funnel: Appealing to the Most Interested Leads**



GET THE WHITE PAPER
THAT WILL
FUTURE PROOF YOUR
MARKETING ORG

Get it now >

Harvard Business Review

Marketo


Next Post


Next Post

FTC-MOBE-003965

| To: | Mobe (mford@mabr.com) |
|-----|------------------------|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86808251 - INTERNET FUNNEL SYSTEMS - M2455.81461U |
| **Sent:** | 12/11/2015 8:41:12 AM |
| **Sent As:** | ECOM118@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **12/11/2015** FOR U.S. APPLICATION SERIAL NO. 86808251

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **12/11/2015** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86808251**
**Filing Date: 11/03/2015**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | [INTERNET FUNNEL SYSTEMS](#) |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | INTERNET FUNNEL SYSTEMS |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Mobe |
| **INTERNAL ADDRESS** | B1-28-8, Soho Suites at DLCC |
| **\*STREET** | No. 20 Jalan Perak, 50450 |
| **\*CITY** | Kuala Lumpur |
| **\*COUNTRY** | Malaysia |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | limited company (ltd.) |
| **\* STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Malaysia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 035 |
| **\*IDENTIFICATION** | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| **\*FILING BASIS** | SECTION 1(b) |
| **\*INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Arranging and conducting business seminars in the field of |

| | |
|---|---|
| | **marketing**; Conducting workshops and seminars in **marketing** |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Mark Ford |
| ATTORNEY DOCKET NUMBER | M2455.81461US01 |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| STREET | 1389 Center Drive |
| CITY | Park City |
| STATE | Utah |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 84098 |
| EMAIL ADDRESS | mford@mabr.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Mark Ford |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| *STREET | 1389 Center Drive |
| *CITY | Park City |
| *STATE<br>(Required for U.S. applicants) | Utah |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 84098 |
| *EMAIL ADDRESS | mford@mabr.com;d@mabr.com; cwilde@mabr.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 225 |

| | |
|---|---|
| **\*TOTAL FEE PAID** | 450 |
| **SIGNATURE INFORMATION** | |
| **\*SIGNATURE** | /Mark W. Ford/ |
| **\*SIGNATORY'S NAME** | Mark W. Ford |
| **\*SIGNATORY'S POSITION** | Attorney of record, Utah bar member |
| **\*DATE SIGNED** | 11/03/2015 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86808251**
**Filing Date: 11/03/2015**

## To the Commissioner for Trademarks:

**MARK:** INTERNET FUNNEL SYSTEMS (Standard Characters, see mark)
The literal element of the mark consists of INTERNET FUNNEL SYSTEMS.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Mobe, a limited company (ltd.) legally organized under the laws of Malaysia, having an address of
    B1-28-8, Soho Suites at DLCC,
    No. 20 Jalan Perak, 50450
    Kuala Lumpur
    Malaysia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 035:  Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 041:  Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Mark Ford of Maschoff Brennan
    Suite 300
    1389 Center Drive
    Park City, Utah 84098
    United States
The attorney docket/reference number is M2455.81461US01.
The applicant's current Correspondence Information:
    Mark Ford
    Maschoff Brennan
    Suite 300
    1389 Center Drive
    Park City, Utah 84098
    mford@mabr.com;d@mabr.com; cwilde@mabr.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Mark W. Ford/   Date Signed: 11/03/2015
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of record, Utah bar member

RAM Sale Number: 86808251
RAM Accounting Date: 11/04/2015

Serial Number: 86808251
Internet Transmission Date: Tue Nov 03 16:19:54 EST 2015
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-201511031619544
83931-86808251-540b8db31a735a38a666e2e1a
f8590b15afbf9975080b291bbe4c7ab301061154
2-CC-2668-20151103160817368805

FTC-MOBE-003971

# INTERNET FUNNEL SYSTEMS

FTC-MOBE-003972

**Mark:** MOBE

# MOBE

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86733045 | **Application Filing Date:** | Aug. 21, 2015 |
| **US Registration Number:** | 5069840 | **Registration Date:** | Oct. 25, 2016 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 25, 2016

**Publication Date:** Jan. 12, 2016

**Notice of Allowance Date:** Mar. 08, 2016

---

## Mark Information

**Mark Literal Elements:** MOBE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 01, 2012 | **Use in Commerce:** | Mar. 01, 2012 |

**For:** Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 01, 2012 | **Use in Commerce:** | Mar. 01, 2012 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |

| | | | | | |
|---|---|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | **Amended 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** Mobe

**Owner Address:** B1-28-8, Soho Suites at DLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur MALAYSIA

**Legal Entity Type:** limited company (ltd.)    **State or Country Where Organized:** MALAYSIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Mark Ford

**Attorney Primary Email Address:** mford@mabr.com    **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** MARK FORD
Maschoff Brennan
1389 Center Dr Ste 300
Park City, UTAH UNITED STATES 84098-7660

**Correspondent e-mail:** mford@mabr.com d@mabr.com    **Correspondent e-mail Authorized:** Yes
cwilde@mabr.com

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 25, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 21, 2016 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Sep. 20, 2016 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 14, 2016 | STATEMENT OF USE PROCESSING COMPLETE | 71906 |
| Aug. 10, 2016 | USE AMENDMENT FILED | 71906 |
| Sep. 03, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| Aug. 10, 2016 | TEAS STATEMENT OF USE RECEIVED | |
| Mar. 08, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 12, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 12, 2016 | PUBLISHED FOR OPPOSITION | |
| Dec. 24, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 08, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 05, 2015 | ASSIGNED TO EXAMINER | 73708 |
| Aug. 26, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 25, 2015 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION    **Date in Location:** Sep. 20, 2016

# United States of America

## United States Patent and Trademark Office

# MOBE

**Reg. No. 5,069,840**

**Registered Oct. 25, 2016**

**Int. Cl.: 35, 41**

**Service Mark**

**Principal Register**

Mobe (MALAYSIA limited company (ltd.) )
B1-28-8, Soho Suites at DLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur MALAYSIA

CLASS 35: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

FIRST USE 3-1-2012; IN COMMERCE 3-1-2012

CLASS 41: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

FIRST USE 3-1-2012; IN COMMERCE 3-1-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-733,045, FILED 08-21-2015
RONALD G MCMORROW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**PX 59**

FTC-MOBE-003975

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

PX 59

FTC-MOBE-003976

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86733045 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 118 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | http://tmng-al.uspto.gov/resting2/api/img/86733045/large |
| LITERAL ELEMENT | MOBE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| NAME | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DLCC |
| STREET | No. 20 Jalan Perak, 50450 |
| CITY | Kuala Lumpur |
| COUNTRY | Malaysia |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| CURRENT IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 03/01/2012 |
| FIRST USE IN COMMERCE DATE | 03/01/2012 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-19234252130-20160810180652929934_._Specimen_1.pdf |
| CONVERTED PDF FILE(S) (11 pages) | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0005.JPG |

FTC-MOBE-003977

| | |
|---|---|
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0006.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0008.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0009.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0010.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0011.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0012.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts from Mobe.com |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 03/01/2012 |
| **FIRST USE IN COMMERCE DATE** | 03/01/2012 |
| **SPECIMEN FILE NAME(S)** | |
|    **ORIGINAL PDF FILE** | SPN1-19234252130-20160810180652929934_._Specimen_2.pdf |
|    **CONVERTED PDF FILE(S)**<br>   (2 pages) | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0013.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0014.JPG |
|    **ORIGINAL PDF FILE** | SPN1-19234252130-20160810180652929934_._Specimen_3.pdf |
|    **CONVERTED PDF FILE(S)**<br>   (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0015.JPG |
|    **ORIGINAL PDF FILE** | SPN1-19234252130-20160810180652929934_._Specimen_4.pdf |
|    **CONVERTED PDF FILE(S)**<br>   (3 pages) | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0016.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0017.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0018.JPG |
|    **ORIGINAL PDF FILE** | SPN1-19234252130-20160810180652929934_._Specimen_5.pdf |
|    **CONVERTED PDF FILE(S)**<br>   (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\867\330\86733045\xml8\SOU0019.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts from Mobe.com |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 2 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 200 |
| **TOTAL AMOUNT** | 200 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Mark W. Ford/ |
| **SIGNATORY'S NAME** | Mark W. Ford |
| **SIGNATORY'S POSITION** | Attorney of Record |

| | |
|---|---|
| **DATE SIGNED** | 08/10/2016 |
| **SIGNATORY'S PHONE NUMBER** | 4352521360 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Aug 10 18:36:54 EDT 2016 |
| **TEAS STAMP** | USPTO/SOU-XXX.XX.XXX.XXX-20160810183654490008-8673 3045-55055eea1495c5a5696f a36bc6aa0f61bd545363b3a68 3f8fee83ea63ee816b62-CC-5 319-20160810180652929934 |

**FTC-MOBE-003979**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** MOBE(Standard Characters, see http://tmng-al.uspto.gov/resting2/api/img/86733045/large)
**SERIAL NUMBER:** 86733045

The applicant, Mobe, having an address of
    B1-28-8, Soho Suites at DLCC
    No. 20 Jalan Perak, 50450
    Kuala Lumpur,
    Malaysia
is submitting the following allegation of use information:

For International Class 035:
Current identification: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 03/01/2012, and first used in commerce at least as early as 03/01/2012, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from Mobe.com.

**Original PDF file:**
SPN0-19234252130-20160810180652929934_._Specimen_1.pdf
**Converted PDF file(s)** (11 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11

For International Class 041:
Current identification: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 03/01/2012, and first used in commerce at least as early as 03/01/2012, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from Mobe.com.

**Original PDF file:**
SPN1-19234252130-20160810180652929934_._Specimen_2.pdf

FTC-MOBE-003980

**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN1-19234252130-20160810180652929934_._Specimen_3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN1-19234252130-20160810180652929934_._Specimen_4.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPN1-19234252130-20160810180652929934_._Specimen_5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1


The applicant is not filing a Request to Divide with this Allegation of Use form.


A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.


## Declaration

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. §1051(c) or a statement of use under 15 U.S.C. §1051(d), the applicant is the owner of the mark sought to be registered; the mark is in use in commerce; **for a trademark or service mark application**, the applicant is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified; **for a collective trademark, collective service mark, collective membership mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified; **for a certification mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant; that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/     Date Signed: 08/10/2016
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of Record
Signatory's Phone: 4352521360

RAM Sale Number: 86733045
RAM Accounting Date: 08/11/2016

Serial Number: 86733045
Internet Transmission Date: Wed Aug 10 18:36:54 EDT 2016
TEAS Stamp: USPTO/SOU-XXX.XX.XXX.XXX-201608101836544
90008-86733045-55055eea1495c5a5696fa36bc
6aa0f61bd545363b3a683f8fee83ea63ee816b62

**FTC-MOBE-003981**

-CC-5319-20160810180652929934

**FTC-MOBE-003982**



**PX 59**                                    FTC-MOBE-003983