



**Stressfree Outsourcing System—Daven Michaels**: The ultimate outsourcing resource for entrepreneurs who embrace the work smart lifestyle.

**PPV Prodigy—Adam Holland**: Learn how Adam generated 300,000 visitors in 6 weeks when he implemented his PPV Prodigy traffic strategies.

**Master The Secrets Of Personality—Vaida Bogdan**: This course will teach you how to understand the internal reasoning behind your & other people's actions.





**MOBE Licensing Kit**: An 'easy to consume', in-depth course that teaches how to license other people's products so you don't have to create your own.

**My Top Tier Business (MTTB)**: One of the most successful training programs and business systems on the market. Learn how to generate 6-figures online.

**Affiliate Bonus Domination**: Learn how to consistently dominate in major product launches, get major recognition, & win thousands in prize money.





**My Email Marketing Empire**: Learn Email Marketing, the No 1 income source of any internet marketer directly from Matt Lloyd, CEO and Founder of MOBE.

**How To Build A Funded Proposal**: Learn the secrets of 6 & 7 figure network marketers and how to recruit new reps using the internet without rejection.

**IM Revolution Handbook**: Learn the business model that took Matt Lloyd, CEO and Founder of MOBE from making $700 to $314,900 per month in 18 months.





**Online Income Revolution**: Learn the 12 steps that took Matt Lloyd from welfare to multimillionaire and create 6-figure success stories with his students.

**Top Tier Income (TTI)**: TTI is a companion to MTTB. This program is designed for MOBE partners who want to do phone sales to earn commissions.

**Instant Info Product**: Learn how to boost your online business and sales by creating your own info-product effortlessly and easily, in less than 3 hours.





**MOBE Natural Selling**: Learn how to make high ticket sales on the phone, without fear, anxiety, or resistance using the MOBE natural selling approach.

**Add The Nitrous**: Watch as eleven online millionaires reveal what they would do NOW if they had to go from zero to $1 million all over again.

**Traffic Masters Academy**: Learn how to become a traffic expert in just 30 days. Includes lifetime access to daily training webinars with top traffic coaches.





  

**MOBE License Rights Program**: License and market MOBE's top four products and earn 90% commissions. Plus two BONUS products!

**90 Day Challenge**: In this focused 13-week program, you will learn how to quickly create a business that puts you on track for six or seven figures.

**100K Consultation**: In this 5-hour, $22,000 business consult, I reveal top-secret strategies you can implement immediately to achieve massive results.

  

**10,000 Leads In 100 Days**: Learn how you can generate over 10,000 leads in less than 100 days using a variety of tools and traffic sources that you can replicate.

**My $3K Traffic Formula—Armando Rendon**: Learn the 'secret' formula used to earn $10,815 in only 7 days and how you can do the same right now!

**Hobby To Business**: Learn how to go from having a part-time hobby to a full-time business that will earn you fantastic profits every day, starting today!

  

**The O.P.T. Formula**: Learn step-by-step one of the most profitable skills you can develop as an online entrepreneur. How to leverage the efforts of others.

**Instant Productivity Shortcuts**: Discover the secrets to boosting productivity to get more accomplished in less time leaving you with more time to enjoy your life!

**SEO Secrets—Harald Tschuggnall**: Learn the most effective ways to generate leads, multiply traffic & increase conversions from FREE Google traffic.

  

**CPA Secrets**: Insider secrets to setting up profitable PPV campaigns that will increase conversions and multiply your cash-generating ability 100X instantly.

**Bankrupt To $900/Day Selling Mops—Vanessa Simpkins**: If you've had trouble with sales or think you may not have what it takes, then this product is for you.

**PPC Advertising—Jerry Banfield**: Understanding pay per click advertising using AdWords, Facebook & social media is easy when you take this course!

  

**Smart Marketer Magazine**: A monthly digital publication written specifically for internet marketers containing all the latest trends, resources, and much more.

**Secrets Of Time—Vaida Bogdan**: Double productivity, live stress-free and eliminate the notion that you don't have enough time once and for all!

**YouTube Secrets For Earning $2K Monthly Income**: Start building your YouTube channel today & join more than 2900+ satisfied students already enrolled.

  

**Expert Screenflow Skills In Less Than 29 Days**: This course is a practical, down-to-earth yet modern, results oriented, project based, coaching platform.

**Test Your Personality—Vaida Bogdan**: Use this world-renowned test to identify your personality and apply that knowledge to improve & develop relationships.

**The Secrets Of Habits—Vaida Bogdan**: This course introduces effective psychological techniques to create long lasting habits to achieve your goals.







**SEO Advantage—Greg Jeffries**: Learn how you can successfully and consistently rank videos on YouTube and Google to drive floods of traffic to your videos.

**No Pressure Sales System—Tiji Thomas With Chris Lakey & TJ Rohleder**: We demonstrate why NO-PRESSURE is the only way to sell today.

**Tax Liens Mastery—Nik Halik**: Learn about some of the safest, most cashflow rich investment opportunities for creating wealth without risk!







**$10K In 10 Days**: Uncover your responsive audience, structure an irresistible offer, add targeted traffic and use 'invisible selling' to earn big.

**New Wealth & Freedom Lifestyle System—Daven Michaels**: Discover the formula to achieve greater success in business & create the lifestyle you desire.

**FB Advertising Mastery**: If you are not making at least $10,000 / month with FaceBook yet, you haven't learned this secret to 100 Leads / Day for $1.00 / lead.







**The Breakthrough Autoresponder—Ray Edwards**: The ONLY autoresponder series that gives you templates & secrets to generate millions in online sales.

**Public Speaking: Skip Theory—Desmond Byram**: Learn how to find the thrill in speaking in front of an audience by embracing them & your message.

**Insider List Building And Traffic Master Class**: A 23 Module course that will take you through every step of setting up & monetizing a successful list.







**Amazon FBA Blueprint**: Selling on Amazon is a HUGE opportunity made easy in this course that teaches how to sell on Amazon in six sections.

**How We Make $2500.00 A Month Making Easy Game Apps With No Coding**: Learn how to make passive income with apps in this course.

**Branding PR And Social Media**: Master branding techniques and learn PR best practices including how to use social media effectively with success.







**How To Create Ideas That Sell—Alina Tudorache**: Come grab your step by step NLP toolkit for creating, selling or just putting your ideas to work for you.

**How To Plan A Website—Jaeson Tanner**: Spare yourself months of frustration and save yourself $1000s of dollars by purchasing this product.

**7 Leadership Skills To Ignite Creativity And Motivate Others**: Learn 7 practical skills to building a more creative, productive, and harmonious work space.





**How To Improve Communication Skills**: Understand the methods of effective communication and how to make the most of them in business and career.

**Logo Biz In A Box**: Discover a simple, step-by-step business model that can get you started with almost zero in overhead & make you money on demand.

**Video Sales Letter Rockstar—Jason Miller**: In this 9-part course discover how to build a super high converting video sales letter using a hybrid strategy.





**How To Use Facebook Ads For Business & Make Sales**: A step-by-step system that shows you how to grow your business using Facebook.

**WP Brander**: A tool that permits you to upload WordPress plug-ins or themes to our online dashboard to modify the link & information to anything you want.

**Best Practices Of High Performance Entrepreneurs—Russ Allred**: A list of the activities that highly successful businesses perfect as they grow.





**Presentation Skills: How I Pitched My Way To Richard Branson**: Learn the techniques used to 'WOW' Virgin, & join Sir Richard Branson on a trade mission!

**How To Speak And Present Online**: Learn how to give effective presentations on webinars, Skype video conferences and create online videos with confidence.

**Achieving Life Balance—Ben Kubassek**: This powerful, 12-part audio series shows you how to move from burnout to balance with success.





**How To Make Talking Heads Videos–TJ Walker**: Learn exactly how to make informational talking head videos for business that you can be proud of.

**JV Mastery—Marc Goldman**: These 6 intensive conference calls reveal how ANYONE can seek out, engineer and profit from lucrative JV deals.

**Affiliate Marketing Made Easy—Santosh Dharwadkar**: Our training will give you exactly what you need in order to reach your affiliate business goals.





**How To Create A Digital Network—TJ Walker**: This course will walk you through everything that you need to know to begin broadcasting quickly and easily.

**How To Speak On The Phone—TJ Walker**: Learn to communicate effectively during business calls, teleconferences & other presentations made by phone.

**Effective Executive Speaking Skills—TJ Walker**: Learn to communicate effectively as an executive during presentations.





PX 59     FTC-MOBE-003987

  

**Selling With Online Video—TJ Walker**: Learn how to use digital video & YouTube to communicate more effectively to your customers and prospects.

**The 3-Minute Expert—Ray Higdon**: The 3-Minute Expert is my brand new video training program that teaches you how to establish your authority in ANY niche.

**Email Marketing Profit Machine—Faisal Rehman**: Get 80,000+ Daily Traffic, Turn List into Loyal Followers & Seduce Your Audience to Purchase From You.

  

**Clicks2Success Mastery Training—Sue Maisano**: A step-by-step, hype-free affiliate marketing business training program.

**Instant Online Business Resale License Rights—Norbert Orlewicz**: Have your very own high value, front end sales funnel and info-product business.

**Inbox Empire—MaryEllen Tribby**: This step-by-step program teaches how to create, promote and maintain an online magazine or newsletter for profit.

  

**How To Make Over 10K Online In Under 90 Days—MeiDee Lim**: Learn How A 'Newbie' Stumbled Across A System That Can Make You Over $10,000 In 90 Days.

**Earnest Affiliate—Johnny FD**: Johnny FD's flagship course teaches you how to make money online, honestly and ethically with affiliate marketing.

**How to Create a Million Dollar Financial Funnel—Terrence Hooi**: How to be an Options Market Maker and gain consistent monthly income.

  

**How to Maximize Sales—Edoardo Mazzoli**: Complete guide for sales maximization; strategies for direct sales, ecommerce, negotiations and marketing.

**PPC: How to Grow a Business Fast with Paid Ads—Nate Ginsburg**: Learn techniques to get massive amounts of traffic, leads and sales in no-time.

**Social Media Success for Business—Deltina Hay**: Jump start or rejuvenate your social media marketing efforts and prepare your business for success!

  

**Evernote Exposed: How To Use Evernote To Be More Productive—James Burchill**: Discover a simple system of organization that takes blah to brilliant.

**Evergreen Empire—Greg Jeffries**: Discover the 4 evergreen online marketing strategies that will allow you to create an online passive income streams.

**Are You Selling Yet?—Alex Kareliya**: Build a sustainable, highly profitable online business with ease!

  

**SuperStream Tube—Francis Neal**: Create killer YouTube ad campaigns & get free clicks by this YouTube loophole.

**Google AdWords For Beginners—Corey Rabazinski**: Learn how to create Google AdWords campaigns that boost traffic.

**Rare 1938 Training Manual Discovered—Bob Oros**: The manual will take you step-by-step and story-by-story through the entire selling process.





**The Secret Recipe To Supercharge Your Sales Conversations—Jenny Tse**: Learn how clients make buying decisions & main elements of high converting sales.

**Data Presentation. Charts Show Best What You Mean—Nicolae Urs**: Learn how to correctly use charts and graphs to make sense of data.

**Blogging Mastery—Joan Harrington**: In this ebook, you will learn how to brand yourself blogging and stand out above the crowd.





**Dominate Your Market Sales Course–Bob Oros**: Increase your selling skills 52% by focusing on one topic per week & improving that skill 4%.

**MOBE Seminar Promotion Secrets –Adeline Sugianto and Luke Lim**: Learn how to effectively promote Live Events using Facebook Advertising.

**Buy It For Less Sell It For More Negotiating Course–Bob Oros**: This program will show you how to lower your expenses while charging more.





**Startup Accelerator - Monopolize Your Market–Ian DiNovo**: Completely rethink & reinvent your business.

**How To Start Your Own Digital Marketing Agency–John Shea** Start your own SEO & Web Design business.

**1 Day MVP | Find The Right Idea And Build A Demo In 1 Day–Evan Kimbrell**: Go from idea to working prototype in 1 day.




**21 Days To More Sales, More Profits & More Self Confidence–Bob Oros**: In 21 days you will look at sales from a completely new point of view.

**Skyrocket Your Sales By Mastering Your Expectations–Bob Oros**: Turn sales activities from dread & apprehension to positive & exciting.

**How To Sell Like A Pro In 10 Simple Steps –Ben Brown**: Learn the steps that give sales people confidence to close the sale and get referrals.





**Idea Validation–Evan Kimbrell**: Learn how to test your business and product ideas online quickly, cheaply, & easily.

**Public Speaking Coaching Series–Allana Da Graca**: An introductory Public Speaking Course to help build personal and professional skills.

**Appreciation Motivation–Bob Oros**: Learn the most valuable skill of leadership –motivating and inspiring your team members.


**Outsource Your Idea–Evan Kimbrell**: Got an idea? Make it a reality for a fraction of the price. The complete guide to launching your idea with outsourcing.


**I Lost My Job, Now What?–Allana Da Graca**: Learn how to rebound after job loss and have a new perspective about how to move forward.


**Women Build Confidence Coaching Series–Allana Da Graca**: Learn how to transform your life with goal setting, self-development tools and more.


**Meateater Sales–Bob Oros**: To be successful in business you have to have a sense of toughness.


**Master Outsourcing–Evan Kimbrell**: Learn how to outsource like a professional.


**Ignite Your Speaking Skills–Allana Da Graca**: Go from being an average speaker to a seasoned communicator with an expert instructor.


**Productivity Handbook For Beginners –Matt Bernstein**: Learn 30 Concepts To Improve Productivity And Stop Valuing Personal Sacrifice Over Efficiency.


**Market Your Sizzle–Bob Oros**: Everyone in business will benefit by having a thorough understanding of how to write sales copy.


**Content Upgrades PRO For WordPress –Nick Churick**: Turn readers into subscribers with Content Upgrades PRO plugin for WordPress.


**The Beginners Guide to WordPress –Matthew Weaver**: The course begins with the basics and includes hints and tips to help you customize and enhance your site.


**Why You Can't Get A Paid Speaking Engagement**: How a non-celebrity speaker can work less and have a consistent six figure income.


**How To Deliver Technology Presentations–TJ Walker**: Know exactly what your audience understands about your technology expertise.


**Movie Star Marketer–Seth Hymes**: Easy to follow course that shows ordinary people how to use their DSLR Camera to record professional video.


**You Can Develop Charisma–TJ Walker**: Learn to speak like a Charismatic leader.


**You Can Present Well On Any Conference Call–TJ Walker**: You can present information in a memorable manner on all teleconferences.







**Running A Web Development Business–Evan Kimbrell**: Learn how to start and grow a successful web development business. Get up & running and making money in under a week.



**WordPress Profits–Matt Bernstein**: Design a WordPress Blog to Profit Selling MOBE Video Courses. Good for MOBE Instructors and Affiliates.



**Periscope Marketing Mastery–Sheriece Strickland**: Learn How To Use Periscope To Grow Your Business To The Next Level.



**Personal Finance for Beginners–Matt Bernstein**: The Ultimate Beginners Guide for People Who Don't Know Enough About Personal Finance and How to Handle Money.



**WordPress For Beginners: Blogging To Build An Email List–Matt Bernstein**: Learn How To Create A Blog Using WordPress And Build An Email List.



**How To Speak Without Notes–TJ Walker**: Break away from the awful crutch of reading a script or PowerPoint bullet points. You don't have to bore your audience.



**Body Language: Appear Confident And Poised When You Speak–TJ Walker**: Learn how to look comfortable, confident and relaxed in any presentation opportunity.



**Investor Presentations You Can Pitch Investors For Money–TJ Walker**: Learn how you can ask investors, venture capitalists and angels to finance your company.



**The Non-Technical Person's Guide To Building Products & Apps–Evan Kimbrell**: Launch your business, app, or product idea cheaply, quickly, and easily.



**Triple P Trading Course–Billy Williams**: Profitable Price Pattern Trading for the 21st Century Trader.



**Advanced Public Speaking–TJ Walker**: Go from competent speaker to memorable speaker who communicates effectively in any forum.



**Twitter Marketing Bootcamp–Carolina Millan and MeiDee Lim**: How This Top Earner went from Zero to multiple 6 Figures using Twitter to Build Her Brand.



**Triple P Trading Course–Billy Williams**: Profitable Price Pattern Trading for the 21st Century Trader.



**Advanced Public Speaking–TJ Walker**: Go from competent speaker to memorable speaker who communicates effectively in any forum.



**How To Think Like A Visionary, Innovator, Or Entrepreneur–Chase Mirkovitz**: Training The Mind To Think Outside Of Conventional Paradigms.







PX 59    FTC-MOBE-003991