**Virtual Team Hours–Ric Thompson**: Learn how to start & grow a mobile app development business in less than 1 week.

**Super Simple Income Formula–Arun Obuisamy**: Arun Obuisamy helps you learn how to set up your Online Marketing business in a easily comprehensible way.

**Communication Skills Use A Teleprompter Effectively–TJ Walker**: Look like a natural pro using a Teleprompter.







**Viral Video Quotes Profits–Bhakra Gani**: Done for you videos quotes, graphics quotes and videos article.

**Income Steps Academy–Sara Young**: How to make your first income in 24 hours and how to scale it up to 6 figures... step-by-step.

**Media Training For Financial Service Professionals–TJ Walker**: How to look great on CNBC and get the quotes you want in the Wall Street Journal.







**Media Training For Authors: Promote Your Book In The News–TJ Walker**: Look comfortable & confident on TV, create media messages, answer questions & speak in sound bites.

**Productivity Secrets: Productive Habits For Entrepreneurs–Matt Bernstein**: Learn the Concepts To Improve Productivity And Become a Super Efficiency Entrepreneur.

**The Property Investment Manual–Joseph Aluko**: A Comprehensive Step By Step Reference Detailing How to Implement The Most Creative & Effective Property Income Generation Strategies.





**How To Legally Hire Independent Freelancers–Sam Mollaei**: How to legally hire independent contractors and freelancers for your business.

**Fear of Public Speaking: Never Fear Public Speaking Again–TJ Walker**: Deliver presentations & speeches with confidence and ease.

**Workplace Communication: You Can Speak Up At Meetings–TJ Walker**: You can learn to speak up at anytime knowing how to look and sound your best in meetings.







**You Can Speak With Confidence–TJ Walker**: You can speak with confidence and authority. Your voice does not have to undercut your message. Speak with clarity now.

**eCommerce For Beginners: Build A Bigcommerce Store–Matt Bernstein**: How to Create an eCommerce Store to Sell Retail Products and Profit. Build an Email List to Rely Less on eBay.

**Media Training for Print/Online Interviews–TJ Walker**: How to talk to a reporter and get the exact messages and quotes you want in the final story.







PX 59                          FTC-MOBE-003992

**Mastering Business Analysis Through Effective Communication**: IIBA endorsed course shows you how to be confident in communicating.

**Credit Score Decoded—Patricia Whyte**: This course teaches how to improve your credit reports and raise your credit scores in 30-60 days

**Professional Podcast Production For Fun and Profit!—Ian Robinson**: Learn how to create professional podcast productions and have fun doing it.



**How to Make $8,500/mo as a Social Media Manager—James Burchill**: Everything you need to literally copy-n-paste your way to rapid results!

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT

Copyright © 2016 · MOBE · All Rights Reserved
MOBE, Ltd. · Soho Suites at KLCC B1-2B-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 13606 Summerport Village Parkway · Windermere · Florida 34786
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

PX 59

FTC-MOBE-003993



PRODUCTS    EVENTS    SERVICES    INSTRUCTORS    ABOUT    CONTACT

Events    →    Super Charge Summit

## Super Charge Summit
### Event Description

**Learn How To Double, Triple…Even Quadruple Your Income With MOBE In Just 3 Days**

The fastest way to the top is by learning first-hand, IN PERSON from the guys who are at the top of THEIR game. At the Super Charge Summit, the top-earning MOBE partners will reveal their most closely-guarded secrets…which you can use to increase your MOBE commissions by $100,000 (or more) in the next 12 months!



**$497**

BUY NOW
(United States)

BUY NOW
(United Kingdom)

**PROMOTE**
Ready to promote? Visit our
affiliate site to sign up and start
promoting.

PROMOTE

**EVENT REVIEWS**



03:59

You will learn…

1. How to double, triple, even QUADRUPLE your monthly income.

2. The best-kept *money-making secrets* of Top MOBE Earners.

3. How **underdogs and newbies** are winning our big partner contests and generating massive amounts of sales.

4. Where Top MOBE Earners get all their leads from (this is the ONLY place where you can find out these "secret" sources of high-quality, commission-generating leads)

5. The *secret* to consistently winning the HUGE MOBE partner contests… there is an "art" to playing and winning these contests and if you apply it you can win BIG cash prizes of up to $20,000 (or more).

6. How to build a relationships with your list quickly and turn it into *an on-demand ATM*.

7. Advanced "Bonus-Creation" Secrets… this skill is absolutely critical to your success and it is NOT to be missed. (Note: you do NOT need to have your own product to do this).

8. A technique called "MOBE Positioning" that the highest-paid Top Earners use to bring in BIG commission checks like clockwork.

9. How to make *extra $3,000 to $5,000 commissions* with NO EXTRA WORK (you simply have to "claim" these commissions for them to start coming to you on *auto-pilot*… and you'll learn how at the event).

PLUS… a **Surprise Bonus** will be given out for ALL Super Charge Summit attendees!

During the event, the MOBE top trainers, partners, and coaches will be walking around and answering questions. They will be there – ready and willing – to help take your business to the next level.

If you need help with your funnels, getting quality traffic, making conversions, or ANY other "sticking point" that you're struggling with… me and my team will be there to spend time with you 1-on-1 until we get it figured out TOGETHER.

We'll show you where you're getting "stuck" and give you the exact steps you need to take to get "unstuck" and start making more money – like we've done for so many others…

**Watch Highlights From The Super Charge Summit in Chicago**

PX 59

FTC-MOBE-003994

Compliance Hub        Terms and Conditions        Income Disclaimer        Privacy Policy

PX 59                    FTC-MOBE-003995



PRODUCTS    EVENTS    SERVICES    INSTRUCTORS    ABOUT    CONTACT

Events    →    The Home Business Summit

## The Home Business Summit
### Event Description

The Home Business Summit is an "international event tour" where Internet Millionaires come together to share their "**insider secrets**".

Every single speaker is an "in the trenches" online marketer – they are DOING what they teach.

**Select the best location and time** for you and join us at this incredible 3-day live event where you will learn the TRUTH ABOUT TRAFFIC and the "missing half" of the equation that separates the Internet Millionaires from the Internet Failures. You'll also **learn the exact steps you need to take in order to get $5,000 to $10,000 coming into your bank account every single month.**





## $497
BUY NOW

### PROMOTE
Ready to promote? Visit our affiliate site to sign up and start promoting.

PROMOTE

### EVENT REVIEWS


Compliance Hub        Terms and Conditions        Income Disclaimer        Privacy Policy

PX 59          FTC-MOBE-003996



PRODUCTS    EVENTS    SERVICES    INSTRUCTORS    ABOUT    CONTACT

Events    →    Titanium Mastermind

# Titanium Mastermind

## Event Description

**The Ultimate Business Building Event: Learn the 3 "Pillars" Of Traffic, Conversion, & Leverage & How To Use Them To Exponentially Grow Your Business**

The Titanium Mastermind is one of the world's premiere business-building events, held several times a year at tropical locations like the Bahamas and Cabo San Lucas. At Titanium, you will learn the 3 'pillars' of Traffic, Conversion, and Leverage from some of the most brilliant marketing minds on the planet, and network with them and other business leaders and entrepreneurs.



**The Titanium Mastermind: A 3-Day & 4-Night Business Building Retreat in Paradise**

The Titanium Mastermind is an all-expenses paid 3-day, 4-night event with all lodging, food, and entertainment paid for you. There are two main components to Titanium … training and networking. The training portion will focus on the 3 Pillars of Business Building–Traffic, Conversion, and Leverage. Each "pillar" will improve your marketing by leaps and bounds, and the 3rd pillar (Leverage) ties directly to both marketing AND networking.

## VIEW EVENT DATES & LOCATIONS

**Pillar 1—Traffic: The Lifeblood of Your Business**

Traffic is the lifeblood of any online business. Topics covered will fall into one of three main categories:

**Free Traffic**

1. Which "free traffic" sources that are worth your time, and which you should *avoid* like the Plague

2. How to leverage the power of YouTube to get free traffic on auto-pilot

3. How to use blog advertising to generate free traffic at will, even if you don't have a blog of your own

**Paid Traffic**

1. The best (and most cost-effective) paid traffic sources that are working right NOW

2. The right way to setup PPC (Pay Per Click) campaigns through online *behemoths* like Facebook and Google to bring in 1,000s of new leads

3. Why "solo ads" are the **Number #1 traffic source** for online marketers, and how to work with providers and ensure you get a fair rate

4. What's changed in the world of banner ad advertising, and how to use those changes to your advantage to bring in massive amounts of leads

**Offline & Advanced Traffic Methods**

1. Why direct mail is NOT dead, and how to use low-cost postcards and letters to drive prospects online and turn them into *rabid* buyers

2. How to use other offline strategies, like radio, to take your business to the next level

3. Advanced online traffic methods like PPV (Pay Per View) and Native Advertising that are so *cutting-edge* that anything written here will be outdated by the next Titanium event (you'll just have to attend!)

**Pillar 2–Conversion: The Key To Being Profitable**



**$9,997**

Titanium Inner Circle free for the first month and $199/month thereafter. (Cancel Anytime)

BUY NOW

**PROMOTE**

Ready to promote? Visit our affiliate site to sign up and start promoting.

PROMOTE

**EVENT REVIEWS**



PX 59

FTC-MOBE-003997

### Conversion

The conversion training at Titanium will fall into one of two main categories:

**The Fundamentals of Conversion**

1. The simple formula that tells you the "maximum amount" you can pay for a visitor to your site (this is the most important metric you're probably not using)

2. Why traffic is worthless without conversions, and why conversions are worthless without "economics"

**Maximizing Conversion**

1. The key elements needed in any sales letter, video, webinar, or presentation that are necessary to "make the sale" (if you miss even one of these elements, your offer is *doomed*)

2. The components of a **million-dollar sales funnel**, and how to "ascend" buyers from low price points to high-ticket offers

3. The importance of split-testing, squeeze pages, 1-click upsells, exit pops, and other advanced online marketing tactics

### Pillar 3—Leverage: How To Work Less & Make More Money

1. **How to outsource daily tasks** like web design, development, accounting, customer service, etc. so you can focus on high-level tasks like improving your marketing

2. **How to get top-notch talent** for $6 a day, and build a virtual team that runs your business for you 24/7

3. **How to leverage "systems"** like automated sales funnels to *scale your business from 5-figures to 6-figures and beyond*

4. **How to leverage individual PEOPLE** (like the business leaders you'll be meeting at Titanium) to setup profitable partnerships, learn trade "secrets," and make insider deals

*Note: Keep in mind that event content is subject to change. It's not uncommon for a speaker to discover an amazing technique in the weeks before a retreat and put that ahead of their previously planned content.*

### BONUSES

**As a Titanium Member, You Get 3 More "Pillars of Business-Building" Events (For *Free!*)**

**Note:** Each bonus event is a separate, full 3-day event. The event portion of these 3 bonus events is FREE when you join Titanium (but you are responsible for lodging and expenses.)

- "Traffic Mastery" 3-Day Event

- "Conversion 2.0" 3-Day Event

- "Advanced Leveraging" 3-Day Event

### Here's Exactly What You Get When You Join Titanium

**#1 Titanium Mastermind Business-Building Event**

This is the main Titanium Mastermind event, where you will learn business-building secrets from some of the most brilliant marketing minds on the planet at a luxury resort in a tropical location.

This is an all-expenses paid 3-day, 4-night event with all lodging, food, and entertainment paid for you.

Note: There are multiple Titanium Masterminds each year, both on the U.S. side of the world and on the Australian side. You can choose whichever event is easier for you to travel to.

**#2 Three "Pillars of Business Building" Bonus Events**

In addition to the main Titanium Mastermind you will also get 3 additional "Pillars of Business Building" bonus events where we go into greater depth on the topics of Traffic, Conversion, and Leverage.

Each bonus event is a separate, **full 3-day event**. The event portion of these 3 bonus events is FREE when you join Titanium (but you are responsible for lodging and expenses.)

**#3 Five Titanium 1-on-1 Private Consulting Sessions**

You'll get 5 private consulting sessions with one of my Top Tier Coaches. All of my coaches are *bonafide* internet marketing experts who can answer any question you have. In these sessions, you can go over your specific situation and learn how to skyrocket your success in MOBE.

### BONUS: A Free Month In The Titanium "Inner Circle"

When you join Titanium, you also get a FREE MONTH in the Titanium Inner Circle.

The Titanium Inner Circle is a $199/mo membership program that includes Done For You services and extra, up-to-the-minute training on powerful business-building strategies.

The Titanium Inner Circle includes the MOBE License Rights Inner Circle content:

1. **Done-For-You Emails:** You'll never get stuck writing emails to your list again! With this service, MOBE's professional copywriters will write emails for you so all you have to do is copy, paste, and send. This normally sells for $97/mo separately (you can read the sales letter here,) but it's included for free as part of your Inner Circle membership.

2. **MOBE Elite Earners:** If you've ever wondered what the highest paid affiliates in MOBE do differently, now you'll know. Every week, one of our Top Affiliates will host a private webinar where they will share their best-kept secrets for driving traffic and increasing conversions. This service sells for $97/mo separately (you can read the sales letter here, but it's included free as part of your membership). Note: All webinars are archived for you to watch at any time.

3. **The Vault:** You'll get access to recordings of some of the best marketing interviews we've ever done with titans of our industry.

4. **The MLR Inner Circle Newsletter:** This monthly 20+ page document will be delivered in both digital and physical format. Inside you'll learn cutting-edge marketing "tips and tricks" that you can implement in your business immediately.

5. **"Done For You" Articles:** Have you ever sat at your computer, staring at an empty Word file, trying to come up with something to write for an article or blog post? Well, you'll never have to waste hours writing articles again. With my "Done For You" Articles service, you'll get 2 new, fresh articles a week that you can use as if they were your own.

6. **Titanium Inner Circle Newsletter:** This is a physical printed newsletter that arrives in your mailbox every month (you also get a digital version). Your Titanium Inner Circle Newsletter is *jam-packed* with valuable "next-level" marketing strategies. Your newsletter will include exclusive "hot off the presses" content that 99.9% of online marketers NEVER get to see. This up-to-the-minute information is on the *bleeding-edge* and will allow you take your business to the NEXT LEVEL.

You get everything above for FREE for the first month when you join Titanium, then it's $199/mo after that.

## VIEW EVENT DATES & LOCATIONS

Compliance Hub       Terms and Conditions       Income Disclaimer       Privacy Policy

PX 59                                    FTC-MOBE-003999



PRODUCTS    EVENTS    SERVICES    INSTRUCTORS    ABOUT    CONTACT

**Events** → Traffic Summit

# Traffic Summit

## Event Description

Traffic is the lifeblood of any online business, but there are two "elephants in the room" that most Gurus avoid talking about …

1. it's not about volume, it's about quality
2. what worked yesterday might not work today

At the Traffic Summit, we tackle these fundamental truths head-on and show you exactly what is working right NOW to get quality traffic that will turn into high-ticket buyers.

Topics covered will fall into one of three main categories:

### Free Traffic

Everyone loves the idea of "free traffic" but these methods can eat up all your TIME if you don't know what you're doing. At the Traffic Summit, you'll learn:

1. Which "free traffic" sources that are worth your time, and which you should *avoid* like the Plague
2. How to leverage the power of YouTube to get free traffic on auto-pilot
3. How to use blog advertising to generate free traffic at will, even if you don't have a blog of your own

### Paid Traffic

Paid traffic is the best way to grow your online business quickly, but you can easily run through your budget if you're not on top of the latest trends. At the Traffic Summit, you'll learn:

1. The best (and most cost-effective) paid traffic sources that are working right NOW
2. The right way to setup PPC (Pay Per Click) campaigns through online *behemoths* like Facebook and Google to bring in 1,000s of new leads
3. Why "solo ads" are the **Number #1 traffic source** for online marketers, and how to work with providers and ensure you get a fair rate
4. What's changed in the world of banner ad advertising, and how to use those changes to your advantage to bring in massive amounts of leads

### Offline & Advanced Traffic Methods

Offline traffic methods like direct mail and radio aren't just for multi-million dollar companies. These offline methods can be wildly profitable if you have the connections and know-how.

At the Traffic Summit, we'll talk about offline marketing and other advanced traffic strategies. You'll learn:

1. Why direct mail is NOT dead, and how to use low-cost postcards and letters to drive prospects online and turn them into *rabid* buyers
2. How to use other offline strategies, like radio, to take your business to the next level
3. Advanced online traffic methods like PPV (Pay Per View) and Native Advertising that are so *cutting-edge* that anything written here will be outdated by the next event (you'll just have to attend!)

At the Traffic Summit, you will learn how to triple, or even QUADRUPLE your current traffic volume.

At this special event, we will expand on the concepts of online, offline, and advanced traffic sources, and explore each topic in greater depth.

---



### $1,997

NOTE: This event is included in the Titanium Mastermind package and free to all MOBE Titanium Members.

**BUY NOW**

---

### PROMOTE

Ready to promote? Visit our affiliate site to sign up and start promoting.

**PROMOTE**

---

### EVENT REVIEWS



---

Compliance Hub      Terms and Conditions      Income Disclaimer      Privacy Policy

PX 59                    FTC-MOBE-004000

**FEE RECORD SHEET**

**Serial Number:** 86733045

**RAM Sale Number:** 86733045

**RAM Accounting Date:** 20160811

**Total Fees:** $200

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20160810 | $100 | 2 | $200 |

**Transaction Date:** 20160810

FTC-MOBE-004001

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86733045**
**Filing Date: 08/21/2015**

*NOTE: Data fields with the* ***\**** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | [MOBE](#) |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | MOBE |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Mobe |
| **INTERNAL ADDRESS** | B1-28-8, Soho Suites at DLCC |
| **\*STREET** | No. 20 Jalan Perak, 50450 |
| **\*CITY** | Kuala Lumpur |
| **\*COUNTRY** | Malaysia |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | limited company (ltd.) |
| **\* STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Malaysia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 035 |
| **\*IDENTIFICATION** | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| **\*FILING BASIS** | SECTION 1(b) |
| **\*INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Arranging and conducting business seminars in the field of |

| | |
|---|---|
| | **marketing**; Conducting workshops and seminars in **marketing** |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Mark Ford |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| STREET | 1389 Center Drive |
| CITY | Park City |
| STATE | Utah |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 84098 |
| EMAIL ADDRESS | mford@mabr.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Mark Ford |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| *STREET | 1389 Center Drive |
| *CITY | Park City |
| *STATE<br>(Required for U.S. applicants) | Utah |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 84098 |
| *EMAIL ADDRESS | mford@mabr.com;d@mabr.com; cwilde@mabr.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 450 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * **SIGNATURE** | /Mark W. Ford/ |
| * **SIGNATORY'S NAME** | Mark W. Ford |
| * **SIGNATORY'S POSITION** | Attorney or record, Utah bar member |
| * **DATE SIGNED** | 08/21/2015 |

FTC-MOBE-004004

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86733045**
**Filing Date: 08/21/2015**

## To the Commissioner for Trademarks:

**MARK:** MOBE (Standard Characters, see mark)
The literal element of the mark consists of MOBE.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Mobe, a limited company (ltd.) legally organized under the laws of Malaysia, having an address of
    B1-28-8, Soho Suites at DLCC,
    No. 20 Jalan Perak, 50450
    Kuala Lumpur
    Malaysia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 035:  Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 041:  Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Mark Ford of Maschoff Brennan
    Suite 300
    1389 Center Drive
    Park City, Utah 84098
    United States

The applicant's current Correspondence Information:
    Mark Ford
    Maschoff Brennan
    Suite 300
    1389 Center Drive
    Park City, Utah 84098
    mford@mabr.com;d@mabr.com; cwilde@mabr.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

**PX 59**

FTC-MOBE-004005

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/   Date Signed: 08/21/2015
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney or record, Utah bar member


RAM Sale Number: 86733045
RAM Accounting Date: 08/24/2015

Serial Number: 86733045
Internet Transmission Date: Fri Aug 21 15:51:44 EDT 2015
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-201508211551448
75498-86733045-540d37ab54055862ad588d7a7
ca7603c437c5367e3c7f7e0e3f7b1f0636747dbf
8-CC-2241-20150821154243961405

**PX 59**

FTC-MOBE-004006

# MOBE

FTC-MOBE-004007

**Mark:** MOBE



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86733067 | **Application Filing Date:** | Aug. 21, 2015 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Oct. 10, 2016 | | |
| **Publication Date:** | Jan. 12, 2016 | **Notice of Allowance Date:** | Mar. 08, 2016 |
| **Date Abandoned:** | Oct. 10, 2016 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MOBE |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of "MOBE" with stylized crown above the letter "O". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 24.11.02 - Crowns open at the top |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| **International Class(es):** | 035 - Primary Class |
| **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

| | |
|---|---|
| **For:** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |
| **International Class(es):** | 041 - Primary Class |
| **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | **Amended Use:** No |

| | | |
|---|---|---|
| **Filed ITU:** Yes | **Currently ITU:** Yes | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Mobe

**Owner Address:** B1-28-8, Soho Suites at DLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur
MALAYSIA

**Legal Entity Type:** limited company (ltd.)

**State or Country Where Organized:** MALAYSIA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Mark Ford

**Attorney Primary Email Address:** mford@mabr.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** MARK FORD
Maschoff Brennan
1389 Center Dr Ste 300
Park City, UTAH 84098-7660
UNITED STATES

**Correspondent e-mail:** mford@mabr.com d@mabr.com
cwilde@mabr.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 11, 2016 | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | |
| Oct. 10, 2016 | ABANDONMENT - NO USE STATEMENT FILED | 99999 |
| Mar. 08, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 12, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 12, 2016 | PUBLISHED FOR OPPOSITION | |
| Dec. 24, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 08, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 05, 2015 | ASSIGNED TO EXAMINER | 73708 |
| Aug. 27, 2015 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Aug. 26, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 25, 2015 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** MCMORROW, RONALD G

**Law Office Assigned:** LAW OFFICE 118

**File Location**

**Current Location:** INTENT TO USE SECTION

**Date in Location:** Mar. 08, 2016

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Oct 11, 2016**

The trademark application identified below was abandoned because the applicant failed to file for a statement of use or an extension of time.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:** 86733067
**MARK:** MOBE
**OWNER:** Mobe

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

MARK FORD
Maschoff Brennan
1389 Center Dr Ste 300
Park City , UT 84098-7660

**PX 60**          **FTC-MOBE-004010**

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86733067**
**Filing Date: 08/21/2015**

*NOTE: Data fields with the* ***\**** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT16\IMAGEOUT 16\867\330\86733067\xml1\ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | MOBE |
| ***COLOR MARK** | NO |
| ***COLOR(S) CLAIMED** (If applicable) | |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of MOBE with stylized crown above the letter "O". |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 1024 x 486 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Mobe |
| **INTERNAL ADDRESS** | B1-28-8, Soho Suites at DLCC |
| ***STREET** | No. 20 Jalan Perak, 50450 |
| ***CITY** | Kuala Lumpur |
| ***COUNTRY** | Malaysia |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | limited company (ltd.) |
| *** STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Malaysia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| ***INTERNATIONAL CLASS** | 035 |
| | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online |

| | |
|---|---|
| *IDENTIFICATION | community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Arranging and conducting business seminars in the field of **marketing**; Conducting workshops and seminars in **marketing** |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Mark Ford |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| STREET | 1389 Center Drive |
| CITY | Park City |
| STATE | Utah |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 84098 |
| EMAIL ADDRESS | mford@mabr.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Mark Ford |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| *STREET | 1389 Center Drive |
| *CITY | Park City |
| *STATE (Required for U.S. applicants) | Utah |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 84098 |
| *EMAIL ADDRESS | mford@mabr.com;d@mabr.com; cwilde@mabr.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

| FEE INFORMATION | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 450 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /Mark W. Ford/ |
| * SIGNATORY'S NAME | Mark W. Ford |
| * SIGNATORY'S POSITION | Attorney or record, Utah bar member |
| * DATE SIGNED | 08/21/2015 |

**PX 60**

FTC-MOBE-004013

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86733067**
**Filing Date: 08/21/2015**

## To the Commissioner for Trademarks:

**MARK:** MOBE (stylized and/or with design, see mark)

The literal element of the mark consists of MOBE.
The applicant is not claiming color as a feature of the mark. The mark consists of MOBE with stylized crown above the letter "O".
The applicant, Mobe, a limited company (ltd.) legally organized under the laws of Malaysia, having an address of

    B1-28-8, Soho Suites at DLCC,
    No. 20 Jalan Perak, 50450
    Kuala Lumpur
    Malaysia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 035:  Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 041:  Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Mark Ford of Maschoff Brennan
    Suite 300
    1389 Center Drive
    Park City, Utah 84098
    United States

The applicant's current Correspondence Information:
    Mark Ford
    Maschoff Brennan
    Suite 300
    1389 Center Drive
    Park City, Utah 84098
    mford@mabr.com;d@mabr.com; cwilde@mabr.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's

FTC-MOBE-004014

attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/   Date Signed: 08/21/2015
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney or record, Utah bar member


RAM Sale Number: 86733067
RAM Accounting Date: 08/24/2015

Serial Number: 86733067
Internet Transmission Date: Fri Aug 21 16:02:07 EDT 2015
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-201508211602075
04122-86733067-5409e4128a43af0671ac3df42
15ec943485096cbbe35b5edb2639d17e54643e41
-CC-2433-20150821155309693980

# PX 60

FTC-MOBE-004015



**PX 60**          FTC-MOBE-004016



| | | | |
|---|---|---|---|
| **US Serial Number:** | 87184288 | **Application Filing Date:** | Sep. 27, 2016 |
| **US Registration Number:** | 5272735 | **Registration Date:** | Aug. 22, 2017 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 22, 2017

**Publication Date:** Feb. 21, 2017

**Notice of Allowance Date:** Apr. 18, 2017

## Mark Information

**Mark Literal Elements:** MOBE

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the letters "MOBE" with a cap above the letter "O".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 09.05.11 - Mortarboards (graduation hats); Hats, graduation (mortarboards)

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

**International Class(es):** 035 - Primary Class      **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 12, 2016      **Use in Commerce:** Apr. 12, 2016

**For:** Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

**International Class(es):** 041 - Primary Class      **U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 12, 2016      **Use in Commerce:** Apr. 12, 2016

## Basis Information (Case Level)

**PX 61**      FTC-MOBE-004017

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** Yes | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | **Amended 66A:** No |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Mobe

**Owner Address:** B1-28-8, Soho Suites at DLCC
No. 20 Jalen Parek, 50450
Kuala Lumpur
MALAYSIA

**Legal Entity Type:** limited company (ltd.)   **State or Country Where Organized:** MALAYSIA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Mark Ford   **Docket Number:** M2455.81611U

**Attorney Primary Email Address:** mford@mabr.com   **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** MARK FORD
MASCHOFF BRENNAN
1389 CENTER DRIVE
SUITE 300
PARK CITY, UTAH 84098
UNITED STATES

**Correspondent e-mail:** mford@mabr.com d@mabr.com
cwilde@mabr.com   **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 22, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 19, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 18, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 23, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 71906 |
| May 23, 2017 | USE AMENDMENT FILED | 71906 |
| Jun. 21, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| May 23, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| May 05, 2017 | ASSIGNED TO EXAMINER | 92565 |
| Apr. 18, 2017 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 21, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 21, 2017 | PUBLISHED FOR OPPOSITION | |
| Feb. 01, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 12, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 04, 2017 | ASSIGNED TO EXAMINER | 92564 |
| Oct. 01, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 30, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 30, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

**PX 61**   FTC-MOBE-004018

| File Location | |
|---|---|
| **Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** Jul. 18, 2017 |

  **FTC-MOBE-004019**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,272,735**

**Registered Aug. 22, 2017**

**Int. Cl.: 35, 41**

**Service Mark**

**Principal Register**

Mobe (MALAYSIA limited company (ltd.) )
B1-28-8, Soho Suites at DLCC
No. 20 Jalen Parek, 50450
Kuala Lumpur MALAYSIA

CLASS 35: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

FIRST USE 4-12-2016; IN COMMERCE 4-12-2016

CLASS 41: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

FIRST USE 4-12-2016; IN COMMERCE 4-12-2016

The mark consists of the letters "MOBE" with a cap above the letter "O".

SER. NO. 87-184,288, FILED 09-27-2016
DANYTHE ELIZA JOHNSON, EXAMINING ATTORNEY

Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

**PX 61**                                                          FTC-MOBE-004021

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87184288 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 120 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK FILE NAME | https://tmng-al.uspto.gov/resting2/api/img/87184288/large |
| LITERAL ELEMENT | MOBE |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| **OWNER SECTION** | |
| NAME | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DLCC |
| STREET | No. 20 Jalen Parek, 50450 |
| CITY | Kuala Lumpur |
| COUNTRY | Malaysia |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| CURRENT IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 04/12/2016 |
| FIRST USE IN COMMERCE DATE | 04/12/2016 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-50192201202-20170523173423752771_._Specimen_1.pdf |
| CONVERTED PDF FILE(S) (11 pages) | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0007.JPG |

**PX 61**

FTC-MOBE-004022

| | |
|---|---|
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0008.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0010.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0011.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0012.JPG |
| **SPECIMEN DESCRIPTION** | Website screenshots |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 04/12/2016 |
| **FIRST USE IN COMMERCE DATE** | 04/12/2016 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN1-50192201202-20170523173423752771_._Specimen_2.pdf |
| **CONVERTED PDF FILE(S)** (2 pages) | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0013.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0014.JPG |
| **ORIGINAL PDF FILE** | SPN1-50192201202-20170523173423752771_._Specimen_3.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0015.JPG |
| **ORIGINAL PDF FILE** | SPN1-50192201202-20170523173423752771_._Specimen_4.pdf |
| **CONVERTED PDF FILE(S)** (3 pages) | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0016.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0017.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0018.JPG |
| **ORIGINAL PDF FILE** | SPN1-50192201202-20170523173423752771_._Specimen_5.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\871\842\87184288\xml9\SOU0019.JPG |
| **SPECIMEN DESCRIPTION** | Website screenshots |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 2 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 200 |
| **TOTAL AMOUNT** | 200 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Mark W. Ford/ |
| **SIGNATORY'S NAME** | Mark W. Ford |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 05/23/2017 |

**FILING INFORMATION**

| SUBMIT DATE | Tue May 23 18:22:53 EDT 2017 |
|---|---|
| TEAS STAMP | USPTO/SOU-XX.XXX.XXX.XXX-20170523182253862592-8718 4288-590fe16c431f091a1fcc 95a7f5c741f3cfe19964ea212 d7bb3b31d68e25143074-CC-7 395-20170523173423752771 |

          FTC-MOBE-004024

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** MOBE (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/87184288/large)
**SERIAL NUMBER:** 87184288

The applicant, Mobe, having an address of
    B1-28-8, Soho Suites at DLCC
    No. 20 Jalen Parek, 50450
    Kuala Lumpur,
    Malaysia
is submitting the following allegation of use information:

For International Class 035:
Current identification: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/12/2016, and first used in commerce at least as early as 04/12/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website screenshots.

**Original PDF file:**
SPN0-50192201202-20170523173423752771_._Specimen_1.pdf
**Converted PDF file(s)** (11 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11

For International Class 041:
Current identification: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/12/2016, and first used in commerce at least as early as 04/12/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website screenshots.

**Original PDF file:**
SPN1-50192201202-20170523173423752771_._Specimen_2.pdf

**PX 61**

FTC-MOBE-004025

**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN1-50192201202-20170523173423752771_._Specimen_3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN1-50192201202-20170523173423752771_._Specimen_4.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPN1-50192201202-20170523173423752771_._Specimen_5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.

### Declaration

The signatory believes that the applicant is the owner of the mark sought to be registered.

**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.

**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.

**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Mark W. Ford/      Date Signed: 05/23/2017
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of Record

RAM Sale Number: 87184288
RAM Accounting Date: 05/24/2017

# PX 61        FTC-MOBE-004026

Serial Number: 87184288
Internet Transmission Date: Tue May 23 18:22:53 EDT 2017
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XXX-201705231822538
62592-87184288-590fe16c431f091a1fcc95a7f
5c741f3cfe19964ea212d7bb3b31d68e25143074
-CC-7395-20170523173423752771

**PX 61**          **FTC-MOBE-004027**





**Stressfree Outsourcing System—Daven Michaels**: The ultimate outsourcing resource for entrepreneurs who embrace the work smart lifestyle.



**PPV Prodigy—Adam Holland**: Learn how Adam generated 300,000 visitors in 6 weeks when he implemented his PPV Prodigy traffic strategies.



**Master The Secrets Of Personality—Valda Bogdan**: This course will teach you how to understand the internal reasoning behind your & other people's actions.



**MOBE Licensing Kit**: An 'easy to consume', in-depth course that teaches how to license other people's products so you don't have to create your own.



**My Top Tier Business (MTTB)**: One of the most successful training programs and business systems on the market. Learn how to generate 6-figures online.



**Affiliate Bonus Domination**: Learn how to consistently dominate in major product launches, get major recognition, & win thousands in prize money.



**My Email Marketing Empire**: Learn Email Marketing, the No 1 income source of any internet marketer directly from Matt Lloyd, CEO and Founder of MOBE.



**How To Build A Funded Proposal**: Learn the secrets of 6 & 7 figure network marketers and how to recruit new reps using the internet without rejection.



**IM Revolution Handbook**: Learn the business model that took Matt Lloyd, CEO and Founder of MOBE from making $700 to $314,900 per month in 18 months.



**Online Income Revolution**: Learn the 12 steps that took Matt Lloyd from welfare to multimillionaire and create 6-figure success stories with his students.



**Top Tier Income (TTI)**: TTI is a companion to MTTB. This program is designed for MOBE partners who want to do phone sales to earn commissions.



**Instant Info Product**: Learn how to boost your online business and sales by creating your own info-product effortlessly and easily, in less than 3 hours.



**MOBE Natural Selling**: Learn how to make high ticket sales on the phone, without fear, anxiety, or resistance using the MOBE natural selling approach.



**Add The Nitrous**: Watch as eleven online millionaires reveal what they would do NOW if they had to go from zero to $1 million all over again.



**Traffic Masters Academy**: Learn how to become a traffic expert in just 30 days. Includes lifetime access to daily training webinars with top traffic coaches.







**PX 61**                    **FTC-MOBE-004029**

  

**MOBE License Rights Program**: License and market MOBE's top four products and earn 90% commissions. Plus two BONUS products!

**90 Day Challenge**: In this focused 13-week program, you will learn how to quickly create a business that puts you on track for six or seven figures.

**100K Consultation**: In this 5-hour, $22,000 business consult, I reveal top-secret strategies you can implement immediately to achieve massive results.

  

**10,000 Leads in 100 Days**: Learn how you can generate over 10,000 leads in less than 100 days using a variety of tools and traffic sources that you can replicate.

**My $3K Traffic Formula—Armando Rendon**: Learn the 'secret' formula used to earn $10,815 in only 7 days and how you can do the same right now!

**Hobby To Business**: Learn how to go from having a part-time hobby to a full-time business that will earn you fantastic profits every day, starting today!

  

**The O.P.T. Formula**: Learn step-by-step one of the most profitable skills you can develop as an online entrepreneur. How to leverage the efforts of others.

**Instant Productivity Shortcuts**: Discover the secrets to boosting productivity to get more accomplished in less time leaving you with more time to enjoy your life!

**SEO Secrets—Harald Tschuggnall**: Learn the most effective ways to generate leads, multiply traffic & increase conversions from FREE Google traffic.

  

**CPA Secrets**: Insider secrets to setting up profitable PPV campaigns that will increase conversions and multiply your cash-generating ability 100X instantly.

**Bankrupt To $900/Day Selling Mops—Vanessa Simpkins**: If you've had trouble with sales or think you may not have what it takes, then this product is for you.

**PPC Advertising—Jerry Banfield**: Understanding pay per click advertising using AdWords, Facebook & social media is easy when you take this course!

  

**Smart Marketer Magazine**: A monthly digital publication written specifically for internet marketers containing all the latest trends, resources, and much more.

**Secrets Of Time—Vaida Bogdan**: Double productivity, live stress-free and eliminate the notion that you don't have enough time once and for all!

**YouTube Secrets For Earning $2K Monthly Income**: Start building your YouTube channel today & join more than 2900+ satisfied students already enrolled.

  

**PX 61**                                          **FTC-MOBE-004030**