**Expert Screenflow Skills In Less Than 29 Days**: This course is a practical, down-to-earth yet modern, results oriented, project based, coaching platform.

**Test Your Personality—Vaida Bogdan**: Use this world-renowned test to identify your personality and apply that knowledge to improve & develop relationships.

**The Secrets Of Habits—Vaida Bogdan**: This course introduces effective psychological techniques to create long lasting habits to achieve your goals.







**SEO Advantage—Greg Jeffries**: Learn how you can successfully and consistently rank videos on YouTube and Google to drive floods of traffic to your videos.

**No Pressure Sales System—Tiji Thomas With Chris Lakey & TJ Rohleder**: We demonstrate why NO-PRESSURE is the only way to sell today.

**Tax Liens Mastery—Nik Halik**: Learn about some of the safest, most cashflow rich investment opportunities for creating wealth without risk!







**$10K In 10 Days**: Uncover your responsive audience, structure an irresistible offer, add targeted traffic and use 'invisible selling' to earn big.

**New Wealth & Freedom Lifestyle System—Daven Michaels**: Discover the formula to achieve greater success in business & create the lifestyle you desire.

**FB Advertising Mastery**: If you are not making at least $10,000 / month with FaceBook yet, you haven't learned this secret to 100 Leads / Day for $1.00 / lead.







**The Breakthrough Autoresponder—Ray Edwards**: The ONLY autoresponder series that gives you templates & secrets to generate millions in online sales.

**Public Speaking: Skip Theory—Desmond Byram**: Learn how to find the thrill in speaking in front of an audience by embracing them & your message.

**Insider List Building And Traffic Master Class**: A 23 Module course that will take you through every step of setting up & monetizing a successful list.







**Amazon FBA Blueprint**: Selling on Amazon is a HUGE opportunity made easy in this course that teaches how to sell on Amazon in six sections.

**How We Make $2500.00 A Month Making Easy Game Apps With No Coding**: Learn how to make passive income with apps in this course.

**Branding PR And Social Media**: Master branding techniques and learn PR best practices including how to use social media effectively with success.







**How To Create Ideas That Sell—Alina Tudorache**: Come grab your step by step NLP toolkit for creating, selling or just putting your ideas to work for you.

**How To Plan A Website—Jaeson Tanner**: Spare yourself months of frustration and save yourself $1000s of dollars by purchasing this product.

**7 Leadership Skills To Ignite Creativity And Motivate Others**: Learn 7 practical skills to building a more creative, productive, and harmonious work space.





**How To Improve Communication Skills**: Understand the methods of effective communication and how to make the most of them in business and career.

**Logo Biz In A Box**: Discover a simple, step-by-step business model that can get you started with almost zero in overhead & make you money on demand.

**Video Sales Letter Rockstar—Jason Miller**: In this 9-part course discover how to build a super high converting video sales letter using a hybrid strategy.





**How To Use Facebook Ads For Business & Make Sales**: A step-by-step system that shows you how to grow your business using Facebook.

**WP Brander**: A tool that permits you to upload WordPress plug-ins or themes to our online dashboard to modify the link & information to anything you want.

**Best Practices Of High Performance Entrepreneurs—Russ Allred**: A list of the activities that highly successful businesses perfect as they grow.





**Presentation Skills: How I Pitched My Way To Richard Branson**: Learn the techniques used to 'WOW' Virgin, & join Sir Richard Branson on a trade mission!

**How To Speak And Present Online**: Learn how to give effective presentations on webinars, Skype video conferences and create online videos with confidence.

**Achieving Life Balance—Ben Kubassek**: This powerful, 12-part audio series shows you how to move from burnout to balance with success.





**How To Make Talking Heads Videos–TJ Walker**: Learn exactly how to make informational talking head videos for business that you can be proud of.

**JV Mastery—Marc Goldman**: These 6 intensive conference calls reveal how ANYONE can seek out, engineer and profit from lucrative JV deals.

**Affiliate Marketing Made Easy—Santosh Dharwadkar**: Our training will give you exactly what you need in order to reach your affiliate business goals.





**How To Create A Digital Network—TJ Walker**: This course will walk you through everything that you need to know to begin broadcasting quickly and easily.

**How To Speak On The Phone—TJ Walker**: Learn to communicate effectively during business calls, teleconferences & other presentations made by phone.

**Effective Executive Speaking Skills—TJ Walker**: Learn to communicate effectively as an executive during presentations.





  

**Selling With Online Video—TJ Walker**: Learn how to use digital video & YouTube to communicate more effectively to your customers and prospects.

**The 3-Minute Expert—Ray Higdon**: The 3-Minute Expert is my brand new video training program that teaches you how to establish your authority in ANY niche.

**Email Marketing Profit Machine—Faisal Rehman**: Get 80,000+ Daily Traffic, Turn List into Loyal Followers & Seduce Your Audience to Purchase From You.

  

**Clicks2Success Mastery Training—Sue Maisano**: A step-by-step, hype-free affiliate marketing business training program.

**Instant Online Business Resale License Rights—Norbert Orlewicz**: Have your very own high value, front end sales funnel and info-product business.

**Inbox Empire—MaryEllen Tribby**: This step-by-step program teaches how to create, promote and maintain an online magazine or newsletter for profit.

  

**How To Make Over 10K Online In Under 90 Days—MeiDee Lim**: Learn How A 'Newbie' Stumbled Across A System That Can Make You Over $10,000 In 90 Days.

**Earnest Affiliate—Johnny FD**: Johnny FD's flagship course teaches you how to make money online, honestly and ethically with affiliate marketing.

**How to Create a Million Dollar Financial Funnel—Terrence Hooi**: How to be an Options Market Maker and gain consistent monthly income.

  

**How to Maximize Sales—Edoardo Mazzoli**: Complete guide for sales maximization; strategies for direct sales, ecommerce, negotiations and marketing.

**PPC: How to Grow a Business Fast with Paid Ads—Nate Ginsburg**: Learn techniques to get massive amounts of traffic, leads and sales in no-time.

**Social Media Success for Business—Deltina Hay**: Jump start or rejuvenate your social media marketing efforts and prepare your business for success!

  

**Evernote Exposed: How To Use Evernote To Be More Productive—James Burchill**: Discover a simple system of organization that takes blah to brilliant.

**Evergreen Empire—Greg Jeffries**: Discover the 4 evergreen online marketing strategies that will allow you to create an online passive income streams.

**Are You Selling Yet?—Alex Kareliya**: Build a sustainable, highly profitable online business with ease!

  

PX 61    FTC-MOBE-004033

**SuperStream Tube—Francis Neal**: Create killer YouTube ad campaigns & get free clicks by this YouTube loophole.

**Google AdWords For Beginners—Corey Rabazinski**: Learn how to create Google AdWords campaigns that boost traffic.

**Rare 1938 Training Manual Discovered—Bob Oros**: The manual will take you step-by-step and story-by-story through the entire selling process.



**The Secret Recipe To Supercharge Your Sales Conversations—Jenny Tse**: Learn how clients make buying decisions & main elements of high converting sales.



**Data Presentation. Charts Show Best What You Mean—Nicolae Urs**: Learn how to correctly use charts and graphs to make sense of data.



**Blogging Mastery—Joan Harrington**: In this ebook, you will learn how to brand yourself blogging and stand out above the crowd.



**Dominate Your Market Sales Course–Bob Oros**: Increase your selling skills 52% by focusing on one topic per week & improving that skill 4%.



**MOBE Seminar Promotion Secrets –Adeline Sugianto and Luke Lim**: Learn how to effectively promote Live Events using Facebook Advertising.



**Buy It For Less Sell It For More Negotiating Course–Bob Oros**: This program will show you how to lower your expenses while charging more.



**Startup Accelerator - Monopolize Your Market–Ian DiNovo**: Completely rethink & reinvent your business.



**How To Start Your Own Digital Marketing Agency–John Shea** Start your own SEO & Web Design business.



**1 Day MVP | Find The Right Idea And Build A Demo In 1 Day–Evan Kimbrell**: Go from idea to working prototype in 1 day.



**21 Days To More Sales, More Profits & More Self Confidence–Bob Oros**: In 21 days you will look at sales from a completely new point of view.



**Skyrocket Your Sales By Mastering Your Expectations–Bob Oros**: Turn sales activities from dread & apprehension to positive & exciting.



**How To Sell Like A Pro In 10 Simple Steps –Ben Brown**: Learn the steps that give sales people confidence to close the sale and get referrals.

**Idea Validation–Evan Kimbrell**: Learn how to test your business and product ideas online quickly, cheaply, & easily.

**Public Speaking Coaching Series–Allana Da Graca**: An introductory Public Speaking Course to help build personal and professional skills.

**Appreciation Motivation–Bob Oros**: Learn the most valuable skill of leadership –motivating and inspiring your team members.



**Outsource Your Idea–Evan Kimbrell**: Got an idea? Make it a reality for a fraction of the price. The complete guide to launching your idea with outsourcing.



**I Lost My Job, Now What?–Allana Da Graca**: Learn how to rebound after job loss and have a new perspective about how to move forward.



**Women Build Confidence Coaching Series–Allana Da Graca**: Learn how to transform your life with goal setting, self-development tools and more.



**Meateater Sales–Bob Oros**: To be successful in business you have to have a sense of toughness.



**Master Outsourcing–Evan Kimbrell**: Learn how to outsource like a professional.



**Ignite Your Speaking Skills–Allana Da Graca**: Go from being an average speaker to a seasoned communicator with an expert instructor.



**Productivity Handbook For Beginners –Matt Bernstein**: Learn 30 Concepts To Improve Productivity And Stop Valuing Personal Sacrifice Over Efficiency.



**Market Your Sizzle–Bob Oros**: Everyone in business will benefit by having a thorough understanding of how to write sales copy.



**Content Upgrades PRO For WordPress –Nick Churick**: Turn readers into subscribers with Content Upgrades PRO plugin for WordPress.



**The Beginners Guide to WordPress –Matthew Weaver**: The course begins with the basics and includes hints and tips to help you customize and enhance your site.



**Why You Can't Get A Paid Speaking Engagement**: How a non-celebrity speaker can work less and have a consistent six figure income.



**How To Deliver Technology Presentations–TJ Walker**: Know exactly what your audience understands about your technology expertise.



**Movie Star Marketer–Seth Hymes**: Easy to follow course that shows ordinary people how to use their DSLR Camera to record professional video.



**You Can Develop Charisma–TJ Walker**: Learn to speak like a Charismatic leader.



**You Can Present Well On Any Conference Call–TJ Walker**: You can present information in a memorable manner on all teleconferences.





  

**Running A Web Development Business–Evan Kimbrell**: Learn how to start and grow a successful web development business. Get up & running and making money in under a week.

**WordPress Profits–Matt Bernstein**: Design a WordPress Blog to Profit Selling MOBE Video Courses. Good for MOBE Instructors and Affiliates.

**Periscope Marketing Mastery–Sheriece Strickland**: Learn How To Use Periscope To Grow Your Business To The Next Level.

  

**Personal Finance for Beginners–Matt Bernstein**: The Ultimate Beginners Guide for People Who Don't Know Enough About Personal Finance and How to Handle Money.

**WordPress For Beginners: Blogging To Build An Email List–Matt Bernstein**: Learn How To Create A Blog Using WordPress And Build An Email List.

**How To Speak Without Notes–TJ Walker**: Break away from the awful crutch of reading a script or PowerPoint bullet points. You don't have to bore your audience.

  

**Body Language: Appear Confident And Poised When You Speak–TJ Walker**: Learn how to look comfortable, confident and relaxed in any presentation opportunity.

**Investor Presentations You Can Pitch Investors For Money–TJ Walker**: Learn how you can ask investors, venture capitalists and angels to finance your company.

**The Non-Technical Person's Guide To Building Products & Apps–Evan Kimbrell**: Launch your business, app, or product idea cheaply, quickly, and easily.

  

**Triple P Trading Course–Billy Williams**: Profitable Price Pattern Trading for the 21st Century Trader.

**Advanced Public Speaking–TJ Walker**: Go from competent speaker to memorable speaker who communicates effectively in any forum.

**Twitter Marketing Bootcamp–Carolina Millan and MeiDee Lim**: How This Top Earner went from Zero to multiple 6 Figures using Twitter to Build Her Brand.

  

**Triple P Trading Course–Billy Williams**: Profitable Price Pattern Trading for the 21st Century Trader.

**Advanced Public Speaking–TJ Walker**: Go from competent speaker to memorable speaker who communicates effectively in any forum.

**How To Think Like A Visionary, Innovator, Or Entrepreneur–Chase Mirkovitz**: Training The Mind To Think Outside Of Conventional Paradigms.

  

PX 61                                                          FTC-MOBE-004036

**Virtual Team Hours–Ric Thompson**: Learn how to start & grow a mobile app development business in less than 1 week.

**Super Simple Income Formula–Arun Obulisamy**: Arun Obulisamy helps you learn how to set up your Online Marketing business in a easily comprehensible way.

**Communication Skills Use A Teleprompter Effectively–TJ Walker**: Look like a natural pro using a Teleprompter.


**Viral Video Quotes Profits–Bhakra Gani**: Done for you videos quotes, graphics quotes and videos article.


**Income Steps Academy–Sara Young**: How to make your first income in 24 hours and how to scale it up to 6 figures… step-by-step.


**Media Training For Financial Service Professionals–TJ Walker**: How to look great on CNBC and get the quotes you want in the Wall Street Journal.


**Media Training For Authors: Promote Your Book In The News–TJ Walker**: Look comfortable & confident on TV, create media messages, answer questions & speak in sound bites.


**Productivity Secrets: Productive Habits For Entrepreneurship–Matt Bernstein**: Learn the Concepts To Improve Productivity And Become a Super Efficiency Entrepreneur.


**The Property Investment Manual–Joseph Aluko**: A Comprehensive Step By Step Reference Detailing How to Implement The Most Creative & Effective Property Income Generation Strategies.


**How To Legally Hire Independent Freelancers–Sam Mollaei**: How to legally hire independent contractors and freelancers for your business.


**Fear of Public Speaking: Never Fear Public Speaking Again–TJ Walker**: Deliver presentations & speeches with confidence and ease.


**Workplace Communication: You Can Speak Up At Meetings–TJ Walker**: You can learn to speak up at anytime knowing how to look and sound your best in meetings.


**You Can Speak With Confidence–TJ Walker**: You can speak with confidence and authority. Your voice does not have to undercut your message. Speak with clarity now.


**eCommerce For Beginners: Build A Bigcommerce Store–Matt Bernstein**: How to Create an eCommerce Store to Sell Retail Products and Profit. Build an Email List to Rely Less on eBay.


**Media Training for Print/Online Interviews–TJ Walker**: How to talk to a reporter and get the exact messages and quotes you want in the final story.





**Mastering Business Analysis Through Effective Communication**: IIBA endorsed course shows you how to be confident in communicating.

**Credit Score Decoded—Patricia Whyte**: This course teaches how to improve your credit reports and raise your credit scores in 30-60 days

**Professional Podcast Production For Fun and Profit!—Ian Robinson**: Learn how to create professional podcast productions and have fun doing it.



**How to Make $8,500/mo as a Social Media Manager—James Burchill**: Everything you need to literally copy-n-paste your way to rapid results!

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY
Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT
Copyright © 2016 · MOBE · All Rights Reserved
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 13506 Summerport Village Parkway · Windermere · Florida 34786
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV



PRODUCTS    EVENTS    SERVICES    INSTRUCTORS    ABOUT    CONTACT

Events    →    Super Charge Summit

## Super Charge Summit
### Event Description
**Learn How To Double, Triple…Even Quadruple Your Income With MOBE In Just 3 Days**

The fastest way to the top is by learning first-hand, IN PERSON from the guys who are at the top of THEIR game. At the Super Charge Summit, the top-earning MOBE partners will reveal their most closely-guarded secrets…which you can use to increase your MOBE commissions by $100,000 (or more) in the next 12 months!



**$497**

BUY NOW
(United States)

BUY NOW
(United Kingdom)

**PROMOTE**
Ready to promote? Visit our affiliate site to sign up and start promoting.



03:59

You will learn…

1. How to double, triple, even QUADRUPLE your monthly income.
2. The best-kept *money-making secrets* of Top MOBE Earners.
3. How **underdogs and newbies** are winning our big partner contests and generating massive amounts of sales.
4. Where Top MOBE Earners get all their leads from (this is the ONLY place where you can find out these "secret" sources of high-quality, commission-generating leads)
5. The *secret* to consistently winning the HUGE MOBE partner contests… there is an "art" to playing and winning these contests and if you apply it you can win BIG cash prizes of up to $20,000 (or more).
6. How to build a relationships with your list quickly and turn it into *an on-demand ATM*.
7. **Advanced "Bonus-Creation" Secrets**… this skill is absolutely critical to your success and it is NOT to be missed. (Note: you do NOT need to have your own product to do this).
8. A technique called "MOBE Positioning" that the highest-paid Top Earners use to bring in BIG commission checks like clockwork.
9. How to make *extra $3,000 to $5,000 commissions* with NO EXTRA WORK (you simply have to "claim" these commissions for them to start coming to you on *auto-pilot*… and you'll learn how at the event).

PLUS… a **Surprise Bonus** will be given out for ALL Super Charge Summit attendees!

During the event, the MOBE top trainers, partners, and coaches will be walking around and answering questions. They will be there – ready and willing – to help take your business to the next level.

If you need help with your funnels, getting quality traffic, making conversions, or ANY other "sticking point" that you're struggling with… me and my team will be there to spend time with you 1-on-1 until we get it figured out TOGETHER.

We'll show you where you're getting "stuck" and give you the exact steps you need to take to get "unstuck" and start making more money – like we've done for so many others…

**EVENT REVIEWS**

06:54

**Watch Highlights From The Super Charge Summit in Chicago**

Compliance Hub    Terms and Conditions    Income Disclaimer    Privacy Policy

PX 61                    FTC-MOBE-004040



PRODUCTS   EVENTS   SERVICES   INSTRUCTORS   ABOUT   CONTACT

Events   →   The Home Business Summit

## The Home Business Summit
### Event Description

The Home Business Summit is an "international event tour" where Internet Millionaires come together to share their "insider secrets".

Every single speaker is an "in the trenches" online marketer – they are DOING what they teach.

Select the best location and time for you and join us at this incredible 3-day live event where you will learn the TRUTH ABOUT TRAFFIC and the "missing half" of the equation that separates the Internet Millionaires from the Internet Failures. You'll also **learn the exact steps you need to take in order to get $5,000 to $10,000 coming into your bank account every single month.**





**$497**

BUY NOW

### PROMOTE
Ready to promote? Visit our affiliate site to sign up and start promoting.



### EVENT REVIEWS



Compliance Hub    Terms and Conditions    Income Disclaimer    Privacy Policy