

PRODUCTS    EVENTS    SERVICES    INSTRUCTORS    ABOUT    CONTACT

Events    →    Titanium Mastermind

## Titanium Mastermind

### Event Description

**The Ultimate Business Building Event: Learn the 3 "Pillars" Of Traffic, Conversion, & Leverage & How To Use Them To Exponentially Grow Your Business**

The Titanium Mastermind is one of the world's premiere business-building events, held several times a year at tropical locations like the Bahamas and Cabo San Lucas. At Titanium, you will learn the 3 'pillars' of Traffic, Conversion, and Leverage from some of the most brilliant marketing minds on the planet, and network with them and other business leaders and entrepreneurs.



**The Titanium Mastermind: A 3-Day & 4-Night Business Building Retreat in Paradise**

The Titanium Mastermind is an all-expenses paid 3-day, 4-night event with all lodging, food, and entertainment paid for you. There are two main components to Titanium ... training and networking. The training portion will focus on the 3 Pillars of Business Building—Traffic, Conversion, and Leverage. Each "pillar" will improve your marketing by leaps and bounds, and the 3rd pillar (Leverage) ties directly to both marketing AND networking.

### VIEW EVENT DATES & LOCATIONS

**Pillar 1—Traffic: The Lifeblood of Your Business**

Traffic is the lifeblood of any online business. Topics covered will fall into one of three main categories:

**Free Traffic**

1. Which "free traffic" sources that are worth your time, and which you should *avoid* like the Plague

2. How to leverage the power of YouTube to get free traffic on auto-pilot

3. How to use blog advertising to generate free traffic at will, even if you don't have a blog of your own

**Paid Traffic**

1. The best (and most cost-effective) paid traffic sources that are working right NOW

2. The right way to setup PPC (Pay Per Click) campaigns through online *behemoths* like Facebook and Google to bring in 1,000s of new leads

3. Why "solo ads" are the **Number #1 traffic source** for online marketers, and how to work with providers and ensure you get a fair rate

4. What's changed in the world of banner ad advertising, and how to use those changes to your advantage to bring in massive amounts of leads

**Offline & Advanced Traffic Methods**

1. Why direct mail is NOT dead, and how to use low-cost postcards and letters to drive prospects online and turn them into *rabid* buyers

2. How to use other offline strategies, like radio, to take your business to the next level

3. Advanced online traffic methods like PPV (Pay Per View) and Native Advertising that are so ***cutting-edge*** that anything written here will be outdated by the next Titanium event (you'll just have to attend!)

**Pillar 2–Conversion: The Key To Being Profitable**



## $9,997

Titanium Inner Circle free for the first month and $199/month thereafter. (Cancel Anytime)

BUY NOW

### PROMOTE

Ready to promote? Visit our affiliate site to sign up and start promoting.

PROMOTE

### EVENT REVIEWS



PX 61          FTC-MOBE-004042

### Conversion

The conversion training at Titanium will fall into one of two main categories:

**The Fundamentals of Conversion**

1. The simple formula that tells you the "maximum amount" you can pay for a visitor to your site (this is the most important metric you're probably not using)

2. Why traffic is worthless without conversions, and why conversions are worthless without "economics"

**Maximizing Conversion**

1. The key elements needed in any sales letter, video, webinar, or presentation that are necessary to "make the sale" (if you miss even one of these elements, your offer is *doomed*)

2. The components of a **million-dollar sales funnel**, and how to "ascend" buyers from low price points to high-ticket offers

3. The importance of split-testing, squeeze pages, 1-click upsells, exit pops, and other advanced online marketing tactics

### Pillar 3—Leverage: How To Work Less & Make More Money

1. **How to outsource daily tasks** like web design, development, accounting, customer service, etc, so you can focus on high-level tasks like improving your marketing

2. **How to get top-notch talent** for $6 a day, and build a virtual team that runs your business for you 24/7

3. **How to leverage "systems"** like automated sales funnels to *scale your business from 5-figures to 6-figures and beyond*

4. **How to leverage individual PEOPLE** (like the business leaders you'll be meeting at Titanium) to setup profitable partnerships, learn trade "secrets," and make insider deals

*Note: Keep in mind that event content is subject to change. It's not uncommon for a speaker to discover an amazing technique in the weeks before a retreat and put it ahead of their previously planned content.*

## BONUSES

**As a Titanium Member, You Get 3 More "Pillars of Business-Building" Events (For *Free*!)**

**Note:** Each bonus event is a separate, full 3-day event. The event portion of these 3 bonus events is FREE when you join Titanium (but you are responsible for lodging and expenses.)

• "Traffic Mastery" 3-Day Event

• "Conversion 2.0" 3-Day Event

• "Advanced Leveraging" 3-Day Event

### Here's Exactly What You Get When You Join Titanium

**#1 Titanium Mastermind Business-Building Event**

This is the main Titanium Mastermind event, where you will learn business-building secrets from some of the most brilliant marketing minds on the planet at a luxury resort in a tropical location.

This is an all-expenses paid 3-day, 4-night event with all lodging, food, and entertainment paid for you.

Note: There are multiple Titanium Masterminds each year, both on the U.S. side of the world and on the Australian side. You can choose whichever event is easier for you to travel to.

**#2 Three "Pillars of Business Building" Bonus Events**

In addition to the main Titanium Mastermind you will also get 3 additional "Pillars of Business Building" bonus events where we go into greater depth on the topics of Traffic, Conversion, and Leverage.

Each bonus event is a separate, **full 3-day event**. The event portion of these 3 bonus events is FREE when you join Titanium (but you are responsible for lodging and expenses.)

**#3 Five Titanium 1-on-1 Private Consulting Sessions**

You'll get 5 private consulting sessions with one of my Top Tier Coaches. All of my coaches are *bonafide* internet marketing experts who can answer any question you have. In these sessions, you can go over your specific situation and learn how to skyrocket your success in MOBE.

### BONUS: A Free Month In The Titanium "Inner Circle"

When you join Titanium, you also get a FREE MONTH in the Titanium Inner Circle.

The Titanium Inner Circle is a $199/mo membership program that includes Done For You services and extra, up-to-the-minute training on powerful business-building strategies.

The Titanium Inner Circle includes the MOBE License Rights Inner Circle content:

1. **Done-For-You Emails:** You'll never get stuck writing emails to your list again! With this service, MOBE's professional copywriters will write emails for you so all you have to do is copy, paste, and send. This normally sells for $97/mo separately (you can read the sales letter here.) but it's included for free as part of your Inner Circle membership.

PX 61                                 FTC-MOBE-004043

2. **MOBE Elite Earners:** If you've ever wondered what the highest paid affiliates in MOBE do differently, now you'll know. Every week, one of our Top Affiliates will host a private webinar where they will share their best-kept secrets for driving traffic and increasing conversions. This service sells for $97/mo separately (you can read the sales letter here, but it's included free as part of your membership). Note: All webinars are archived for you to watch at any time.

3. **The Vault:** You'll get access to recordings of some of the best marketing interviews we've ever done with titans of our industry.

4. **The MLR Inner Circle Newsletter:** This monthly 20+ page document will be delivered in both digital and physical format. Inside you'll learn cutting-edge marketing "tips and tricks" that you can implement in your business immediately.

5. **"Done For You" Articles:** Have you ever sat at your computer, staring at an empty Word file, trying to come up with something to write for an article or blog post? Well, you'll never have to waste hours writing articles again. With my "Done For You" Articles service, you'll get 2 new, fresh articles a week that you can use as if they were your own.

6. **Titanium Inner Circle Newsletter:** This is a physical printed newsletter that arrives in your mailbox every month (you also get a digital version). Your Titanium Inner Circle Newsletter is *jam-packed* with valuable "next-level" marketing strategies. Your newsletter will include exclusive "hot off the presses" content that 99.9% of online marketers NEVER get to see. This up-to-the-minute information is on the *bleeding-edge* and will allow you take your business to the NEXT LEVEL.

You get everything above for FREE for the first month when you join Titanium, then it's $199/mo after that.

## VIEW EVENT DATES & LOCATIONS

Compliance Hub     Terms and Conditions     Income Disclaimer     Privacy Policy

PX 61                              FTC-MOBE-004044



PRODUCTS    EVENTS    SERVICES    INSTRUCTORS    ABOUT    CONTACT

Events  →  Traffic Summit

## Traffic Summit
### Event Description
Traffic is the lifeblood of any online business, but there are two "elephants in the room" that most Gurus avoid talking about …

1. it's not about volume, it's about quality
2. what worked yesterday might not work today

At the Traffic Summit, we tackle these fundamental truths head-on and show you exactly what is working right NOW to get quality traffic that will turn into high-ticket buyers.

Topics covered will fall into one of three main categories:

### Free Traffic
Everyone loves the idea of "free traffic" but these methods can eat up all your TIME if you don't know what you're doing. At the Traffic Summit, you'll learn:

1. Which "free traffic" sources that are worth your time, and which you should avoid like the Plague
2. How to leverage the power of YouTube to get free traffic on auto-pilot
3. How to use blog advertising to generate free traffic at will, even if you don't have a blog of your own

### Paid Traffic
Paid traffic is the best way to grow your online business quickly, but you can easily run through your budget if you're not on top of the latest trends. At the Traffic Summit, you'll learn:

1. The best (and most cost-effective) paid traffic sources that are working right NOW
2. The right way to setup PPC (Pay Per Click) campaigns through online *behemoths* like Facebook and Google to bring in 1,000s of new leads
3. Why "solo ads" are the **Number #1 traffic source** for online marketers, and how to work with providers and ensure you get a fair rate
4. What's changed in the world of banner ad advertising, and how to use those changes to your advantage to bring in massive amounts of leads

### Offline & Advanced Traffic Methods
Offline traffic methods like direct mail and radio aren't just for multi-million dollar companies. These offline methods can be wildly profitable if you have the connections and know-how.

At the Traffic Summit, we'll talk about offline marketing and other advanced traffic strategies. You'll learn:

1. Why direct mail is NOT dead, and how to use low-cost postcards and letters to drive prospects online and turn them into *rabid* buyers
2. How to use other offline strategies, like radio, to take your business to the next level
3. Advanced online traffic methods like PPV (Pay Per View) and Native Advertising that are so *cutting-edge* that anything written here will be outdated by the next event (you'll just have to attend!)

At the Traffic Summit, you will learn how to triple, or even QUADRUPLE your current traffic volume.

At this special event, we will expand on the concepts of online, offline, and advanced traffic sources, and explore each topic in greater depth.



# $1,997

NOTE: This event is included in the Titanium Mastermind package and free to all MOBE Titanium Members.

**BUY NOW**

**PROMOTE**
Ready to promote? Visit our affiliate site to sign up and start promoting.

**PROMOTE**

**EVENT REVIEWS**


Compliance Hub    Terms and Conditions    Income Disclaimer    Privacy Policy

PX 61                    FTC-MOBE-004045

**FEE RECORD SHEET**

Serial Number:   87184288

**RAM Sale Number:  87184288**

**RAM Accounting Date:  20170524**

Total Fees:      $200

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20170523 | $100 | 2 | $200 |

Transaction Date:   20170523



# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87184288**
**Filing Date: 09/27/2016**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\871\842\87184288\xml1\ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | MOBE |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of The letters MOBE with a cap above the letter O. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 800 x 330 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DLCC |
| *STREET | No. 20 Jalen Parek, 50450 |
| *CITY | Kuala Lumpur |
| *COUNTRY | Malaysia |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Malaysia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 035 |
| | Development of marketing strategies, concepts and tactics, |

FTC-MOBE-004047

| | |
|---|---|
| *IDENTIFICATION | namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Arranging and conducting business seminars in the field of **marketing**; Conducting workshops and seminars in **marketing** |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Mark Ford |
| ATTORNEY DOCKET NUMBER | M2455.81611U |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| STREET | 1389 Center Drive |
| CITY | Park City |
| STATE | Utah |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 84098 |
| EMAIL ADDRESS | mford@mabr.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Mark Ford |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| *STREET | 1389 Center Drive |
| *CITY | Park City |
| *STATE (Required for U.S. addresses) | Utah |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 84098 |
| *EMAIL ADDRESS | mford@mabr.com;d@mabr.com; cwilde@mabr.com |

| | |
|---|---|
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 450 |

## SIGNATURE INFORMATION

| | |
|---|---|
| *SIGNATURE | /Mark Ford/ |
| *SIGNATORY'S NAME | Mark Ford |
| *SIGNATORY'S POSITION | Attorney of record, Utah bar member |
| *DATE SIGNED | 09/27/2016 |

**PX 61**

FTC-MOBE-004049

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87184288**
**Filing Date: 09/27/2016**

## To the Commissioner for Trademarks:

**MARK:** MOBE (stylized and/or with design, see mark)

The literal element of the mark consists of MOBE.
The applicant is not claiming color as a feature of the mark. The mark consists of The letters MOBE with a cap above the letter O.
The applicant, Mobe, a limited company (ltd.) legally organized under the laws of Malaysia, having an address of
    B1-28-8, Soho Suites at DLCC
    No. 20 Jalen Parek, 50450
    Kuala Lumpur
    Malaysia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 035:  Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 041:  Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Mark Ford of Maschoff Brennan
    Suite 300
    1389 Center Drive
    Park City, Utah 84098
    United States
    mford@mabr.com (authorized)
The attorney docket/reference number is M2455.81611U.

The applicant's current Correspondence Information:
    Mark Ford
    Maschoff Brennan
    Suite 300
    1389 Center Drive
    Park City, Utah 84098
    mford@mabr.com;d@mabr.com; cwilde@mabr.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney

 FTC-MOBE-004050

at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark Ford/   Date Signed: 09/27/2016
Signatory's Name: Mark Ford
Signatory's Position: Attorney of record, Utah bar member


RAM Sale Number: 87184288
RAM Accounting Date: 09/27/2016

Serial Number: 87184288
Internet Transmission Date: Tue Sep 27 11:01:24 EDT 2016
TEAS Stamp: USPTO/FTK-XX.XX.XX.XX-201609271101245023
18-87184288-5506790dfc650d2d19073172fbb5
ad22f67cdd215e9b65a42e247f9173f6b9-CC-11
564-20160927105840977681

**PX 61**

FTC-MOBE-004051



MY OWN BUSINESS EDUCATION

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87006046 | **Application Filing Date:** | Apr. 19, 2016 |
| **US Registration Number:** | 5229288 | **Registration Date:** | Jun. 20, 2017 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jun. 20, 2017

| | | | |
|---|---|---|---|
| **Publication Date:** | Aug. 23, 2016 | **Notice of Allowance Date:** | Oct. 18, 2016 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MY OWN BUSINESS EDUCATION |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "BUSINESS EDUCATION" |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 22, 2017 | **Use in Commerce:** | Mar. 22, 2017 |

| | | | |
|---|---|---|---|
| **For:** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 22, 2017 | **Use in Commerce:** | Mar. 22, 2017 |

## Basis Information (Case Level)

**PX 62**

FTC-MOBE-004053

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Mobe

**Owner Address:** B1-28-8, Soho Suites at DCLL
No. 20 Jalan Perak, 50450
Kuala Lumpur MALAYSIA

**Legal Entity Type:** limited company (ltd.)   **State or Country Where Organized** MALAYSIA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Mark Ford

**Attorney Primary Email Address:** mford@mabr.com   **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** MARK FORD
MASCHOFF BRENNAN
1389 CENTER DRIVE
SUITE 300
PARK CITY, UTAH UNITED STATES 84098

**Correspondent e-mail:** mford@mabr.com cwilde@mabr.com d@mabr.com   **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 20, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| May 19, 2017 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| May 18, 2017 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Apr. 24, 2017 | STATEMENT OF USE PROCESSING COMPLETE | 66230 |
| Apr. 05, 2017 | USE AMENDMENT FILED | 66230 |
| Apr. 21, 2017 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 66230 |
| Apr. 05, 2017 | TEAS STATEMENT OF USE RECEIVED | |
| Oct. 18, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Aug. 23, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 23, 2016 | PUBLISHED FOR OPPOSITION | |
| Aug. 03, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 21, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Jul. 21, 2016 | ASSIGNED TO LIE | 77976 |
| Jul. 08, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 08, 2016 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jul. 08, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jul. 08, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jul. 08, 2016 | EXAMINERS AMENDMENT -WRITTEN | 92986 |
| Jun. 30, 2016 | ASSIGNED TO EXAMINER | 92986 |
| Apr. 22, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 22, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## PX 62

FTC-MOBE-004054

# TM Staff and Location Information

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION     **Date in Location:** May 18, 2017

# United States of America
## United States Patent and Trademark Office

## MY OWN BUSINESS EDUCATION

**Reg. No. 5,229,288**

**Registered Jun. 20, 2017**

**Int. Cl.: 35, 41**

**Service Mark**

**Principal Register**

Mobe (MALAYSIA limited company (ltd.) )
B1-28-8, Soho Suites at DCLL
No. 20 Jalan Perak, 50450
Kuala Lumpur MALAYSIA

CLASS 35: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

FIRST USE 3-22-2017; IN COMMERCE 3-22-2017

CLASS 41: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

FIRST USE 3-22-2017; IN COMMERCE 3-22-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUSINESS EDUCATION"

SER. NO. 87-006,046, FILED 04-19-2016
STEPHANIE DIA RYDLAND, EXAMINING ATTORNEY

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

PX 62

FTC-MOBE-004056

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

PX 62

FTC-MOBE-004057

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87006046 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 117 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/87006046/large |
| LITERAL ELEMENT | MY OWN BUSINESS EDUCATION |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| NAME | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DCLL |
| STREET | No. 20 Jalan Perak, 50450 |
| CITY | Kuala Lumpur |
| COUNTRY | Malaysia |
| **OWNER SECTION (proposed)** | |
| NAME | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DCLL |
| STREET | No. 20 Jalan Perak, 50450 |
| CITY | Kuala Lumpur |
| COUNTRY | Malaysia |
| EMAIL | mford@mabr.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| CURRENT IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| GOODS OR SERVICES | KEEP ALL LISTED |

FTC-MOBE-004058

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | 03/22/2017 |
| **FIRST USE IN COMMERCE DATE** | 03/22/2017 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-50192201202-2017040517565430 9061_._Specimen2.pdf |
| **CONVERTED PDF FILE(S)** (6 pages) | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0007.JPG |
| **ORIGINAL PDF FILE** | SPN0-50192201202-2017040517565430 9061_._Specimen3.pdf |
| **CONVERTED PDF FILE(S)** (8 pages) | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0008.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0010.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0011.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0012.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0013.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0014.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0015.JPG |
| **ORIGINAL PDF FILE** | SPN0-50192201202-2017040517565430 9061_._Specimen4.pdf |
| **CONVERTED PDF FILE(S)** (12 pages) | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0016.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0017.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0018.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0019.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0020.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0021.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0022.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0023.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0024.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0025.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0026.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0027.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts from mobe.com |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |

| | |
|---|---|
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 03/22/2017 |
| **FIRST USE IN COMMERCE DATE** | 03/22/2017 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN1-50192201202-20170405175654309061_._Specimen1.pdf |
| **CONVERTED PDF FILE(S)** (2 pages) | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0028.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\870\060\87006046\xml2\SOU0029.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts from mobe.com |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 2 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 200 |
| **TOTAL AMOUNT** | 200 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Mark W. Ford/ |
| **SIGNATORY'S NAME** | Mark W. Ford |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 04/05/2017 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Apr 05 18:05:59 EDT 2017 |
| **TEAS STAMP** | USPTO/SOU-XX.XXX.XXX.XXX-20170405180559960700-8700 6046-58049da4521c314973f5 49355784511155e07e4489e41 6ad81a5dd53b7cbe6a2be-CC-4702-20170405175654309061 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** MY OWN BUSINESS EDUCATION(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87006046/large)

**SERIAL NUMBER:** 87006046

The applicant, Mobe, having an address of
    B1-28-8, Soho Suites at DCLL
    No. 20 Jalan Perak, 50450
    Kuala Lumpur,
    Malaysia
    mford@mabr.com (authorized)
is submitting the following allegation of use information:

For International Class 035:
Current identification: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 03/22/2017, and first used in commerce at least as early as 03/22/2017, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from mobe.com.

**Original PDF file:**
SPN0-50192201202-20170405175654309061_._Specimen2.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
**Original PDF file:**
SPN0-50192201202-20170405175654309061_._Specimen3.pdf
**Converted PDF file(s)** (8 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
**Original PDF file:**
SPN0-50192201202-20170405175654309061_._Specimen4.pdf
**Converted PDF file(s)** (12 pages)
Specimen File1
Specimen File2
Specimen File3

FTC-MOBE-004061

[Specimen File4](#)
[Specimen File5](#)
[Specimen File6](#)
[Specimen File7](#)
[Specimen File8](#)
[Specimen File9](#)
[Specimen File10](#)
[Specimen File11](#)
[Specimen File12](#)

For International Class 041:
Current identification: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 03/22/2017, and first used in commerce at least as early as 03/22/2017, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from mobe.com.

**Original PDF file:**
SPN1-50192201202-20170405175654309061_._Specimen1.pdf
**Converted PDF file(s)** (2 pages)
[Specimen File1](#)
[Specimen File2](#)

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.

## Declaration

☑ The applicant is the owner of the mark sought to be registered.

☑ **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

**PX 62**    **FTC-MOBE-004062**

Signature: /Mark W. Ford/      Date Signed: 04/05/2017
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of Record

RAM Sale Number: 87006046
RAM Accounting Date: 04/06/2017

Serial Number: 87006046
Internet Transmission Date: Wed Apr 05 18:05:59 EDT 2017
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XXX-201704051805599
60700-87006046-58049da4521c314973f549355
784511155e07e4489e416ad81a5dd53b7cbe6a2b
e-CC-4702-20170405175654309061

FTC-MOBE-004063



# What If I You Could
# "Skip The Learning Curve"
# And Go From Where You Are Now
# To Where You Want To Be …
# At Lightning Speed?

Dear Fellow Entrepreneur,

Imagine for a minute where you want to be in 12 months.

What kind of house do you want to live in?

What kind of car do you want to drive?

Where do you want to go on vacation?

What does your day-to-day life look like and where does work fit into it?

Do you have children and if so, what are you able to give them?

Write down your answers and draw a "mental image" in your mind for each one.

Think about what you've done so far to accomplish your goals and what else you need to do to get there.

Chances are you've faced some roadblocks already. And it may seem like every time you overcome one obstacle another, larger one appears in front of you.

Now, imagine this …

Most people who are interested in hiring others to do their work for them fall into two categories:



PX 62                    FTC-MOBE-004064



# What If I Could Take From Where You Are NOW ... To <span style="color:red">Where You Want To Be</span> In A Matter Of Months?

I believe that you're here for a reason. I believe that you want to do something BIG ... that you want something better for your life and you're willing to do what it takes to get there (like I have).

You see ... I "fell down" many times getting to where I am now, but I always got back up.

Things got pretty low for me ... at one point I was even on anti-depressants to help me cope. My loved ones were concerned and thought my dreams of making money online were a joke. And, as much as I hated to admit it, I almost believed them ...

Then things started to change.

It took me months of working 10-hour days, lots of trial and error, and over $150,000 in expenses, but I finally "cracked the code" to making money online. My business skyrocketed and ...

# I Went From $700/mo To $314,909/mo ... In An 18-Month Period

I went from being a broke, college drop-out to running one of the most successful and fastest growing companies in the home-business niche in the entire world.

> I've done the hard work.
>
> I've made the mistakes.
>
> I've spent countless hours in front of the computer.
>
> I've paid the cost in money, time and effort to get where I am today.

Now, what if you could "borrow" my experience and SKIP all that pain and suffering?

What if you could "download" my knowledge so you don't have to go through the same thing I did ... but still see astonishing results?

Well, right now I'm taking on a handful of consulting clients to do just that.

PX 62                    FTC-MOBE-004065

If you qualify …



# I Want To Help You 1-on-1
# So You Can "Skip" The Learning Curve
# And Go From Where You Are Now
# To Where You Want To Be …
# At Lightning Speed

This is a chance to take your business to the NEXT LEVEL, virtually overnight.

This is a chance to get your dream house, dream car … your DREAM LIFE … everything you drew out a few minutes ago much FASTER than if you "go it alone."

## What If This <span style="color:red">Cost You NOTHING</span>??

I am willing to personally help you create a plan to bring in immediate money for your business … at NO CHARGE.

I will get on the phone with you for an initial FREE 30-minute strategy session.

If you decide to take my plan and "go it alone," that's fine. No hard feelings—just drop me a line in a month or two and let me know how much money my free advice made for you.

If you ask to become my client, then I will help you implement my plan, increase your revenue by DOUBLE (or more) over the next 6 months and steer you around all the obstacles you will face.

In the unlikely event that you feel like our call was a complete waste of your time (which has never happened) …

# Then I Will Cut You A Check For $1,000
# As Soon As We Hang Up
# And Put It In The Mail The Next Day.

You have NOTHING to lose.

PX 62                    FTC-MOBE-004066

Either we end up working together and I take your business to the next level … OR I pay YOU $1,000 for half an hour of your time.

If you DO become one of my clients…

> I will dissect your current business and show you how to immediately **increase your profits** based on what you already have in place.
>
> I will help you identify your next BIG business goal (an increase in profit margins, a specific revenue target, etc) and HOW TO REACH IT.
>
> We might discuss how to… improve your sales funnels, re-approach your products and price points to maximize profits, introduce up-sells, or develop profitable partnerships.

If you do become a consulting client, my "fee" is $4,000 a month … but in reality it doesn't really cost you anything.

First off, if you have a list, I expect to make you much more than $4,000 in the first month that we work together.

And if we continue to work together, I'm confident I can bring your business $8,000 (or more) in extra revenue every single month.

Why am I so confident?

To be blunt … I just flat-out know what works in this business.

I've catapulted myself from nothing to an industry-leader in a few short years because I have a gut-level understanding of this business, I'm constantly innovating, and I'm always studying what works and implementing it myself.

There's a reason why I'm the highest paid info-marketer and consultant in Australia.



# There's Only One Catch
# This Is NOT For Everybody …

Here's who I CAN work with …

> Your business must already be making $10,000 per month. This is not for "newbies" or tire-kickers.

PX 62                    FTC-MOBE-004067

You need to have a list that you're currently marketing to and have built a relationship with. Note: It should go without saying that this is a list that you've generated … no purchased lists allowed.

You need to be someone that I want to work with on a 1-on-1 basis. You need to be "coachable"—meaning, you need to be able to follow directions and implement what I give you. You must also have a good attitude and not feel "entitled" to anything for free. Yes, I will be giving you the key to success, but you still need to take it the rest of the way.

You also need to understand that …

# My Time Is Very <span style="color:red">Limited And Expensive</span>

In between running my multi-million dollar business, helping partners achieve financial success, flying off to Fiji, organizing events, putting together videos and creating new products … I have very little time to do much else.

And as my business has grown, the value of my time has increased.

There aren't many hours left in my day, and the ones that are left are worth thousands of dollars.

I've placed the value on 1 hour of my time at $2,000.

That's what my time is worth when I add up my productive hours and the income I create. If I take one of those hours "away" from my regular business, I'm essentially giving up the income I would have been able to generate in that time.

# Here's What I Want You To Do Next …

If you meet the criteria that I have set out above, then I want you to fill out a simple application about your current business.

I also will ask you for a "real person" deposit of $600. This deposit is not about the money for me… it's just to keep the tire-kickers away.

I'll give your deposit back right after your FREE 30 minute strategy session (unless you become a client—in which case, it will be applied to your first month's fee).

Once I have your application and deposit, someone from my staff will be in touch to let you know if you've been approved and schedule a time for the two of us to talk.

I will review all of your information before our call, so we can get right into it and not waste a minute of your initial FREE session.

On the call, we will go over your current situation and your goals in detail and I will deliver an actionable step-by-step plan for you to take your online business to the NEXT LEVEL and get you closer to your dream life.

PX 62

FTC-MOBE-004068

And if for some reason, you feel like the call was not worth your time, I'll cut you a check for $1,000 on the spot and mail it out the next day.

---

**APPLY NOW**

---

**P.S.** I can only accept a limited number of consulting clients at any one time. The number will be dependent on my schedule, but I can only set out a few hours every month for consultation calls. If you want to move forward with this, I suggest you apply now.

**P.P.S.** The cost of doing nothing:

If you added up the time it would take you to learn this business yourself, then $4,000 does NOT even compare to what you would spend in time, energy, and expenses to achieve your "dream life."

Remember, it took me almost a FULL year of 10-hour days and over $150,000 in expenses to finally "figure it out." Not to mention the emotional pain, mental exhaustion, and overwhelming stress of trying and failing and working up the courage to try again.

If you make $10,000 a month now, then your time is worth roughly $60/hr (assuming you work 40 hours a week and take 2 weeks of vacation a year).

Now, take the value of your time and multiply it by the number of hours it would take you to become an expert in your online business. For me that was almost a FULL year of 10-hour days … roughly 3,000 hours.

That's $180,000 of your time!

In a way, doing nothing will COST you $180,000 …

And that doesn't include the mental and emotional cost of "going it alone" (a cost that is much harder to quantify).

Whenever you approach a new opportunity, don't think about what it will cost you in the SHORT TERM, think about what it was cost you NOT to do it in the LONG TERM.

---

**APPLY NOW**

---

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

**Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT**

Copyright © 2017 · MOBE · All Rights Reserved

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online. Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

PX 62

FTC-MOBE-004069



## Are You Trying to Sell a Tiffany Offer With a Walmart Image?

## Why Would Your Savvy Prospects Buy Your *"Luxury Lifestyle"* Message when Your Online Presence Screams *"Cheap and Dirty"*?

WARNING:

Online Marketing has matured! Your prospects are shrewder, more discerning and more demanding. It's no longer enough to have a great offer, a great system, or a great product…and a crappy online presence.

Your photos, videos, blogs and social media presence must be unique, professional and authoritative…

<u>You must be a celebrity in your niche!</u>

Or you'll get ignored like all the other "me-too" marketers that fill your prospects' inbox every single day.

### Dear Online Entrepreneur:



Let's get one thing perfectly clear…You're in the **lifestyle** business.

PX 62                    FTC-MOBE-004070



You're selling a luxury lifestyle.

You're selling prestige, elegance, excellence and the finer things in life.

You're not selling a product. You're not selling a service. You're not selling a system.

Those are merely the tools to helping your prospect achieve what they really want…a luxury lifestyle.

## So, how do you do expect to sell a Tiffany lifestyle when your blog, your website, your photos, your videos, and your social media presence all scream "Walmart"?

Imagine your prospect reading your words…

"I can show you as system that will allow you drive the car of your dreams, buy the house you've always wanted, and travel the world"

…and then looking at your cheap WordPress blog, your shaky smart phone videos, and your unprofessional photos.

What are thinking?

They're thinking, "This joker is telling me one thing…but showing me another!"

### That's called CONGNITIVE DISSONANCE.

*And it kills your marketing.*

They don't hear what you say…they only see what you **show**. And they think, "I don't believe this…I'm moving on… see ya!"

Well, here's how to stop the bleeding…

Stop the cognitive dissonance...

Stop the disconnect between your image and your message…

PX 62                    FTC-MOBE-004071