# INTRODUCING:
# MOBE'S CELEBRITY BRANDING PACKAGE

After your MOBE celebrity make-over, your prospects will stop asking…

**Who the *%^* are you?**

And start thinking…

**How do I get an image and lifestyle like that!?**

Here's what you get in your celebrity makeover…

**1** **Your own professional, high-quality celebrity branding video**

(Must be done at a MOBE live event)

A high-quality branding video is essential for any serious entrepreneur. This tells the world who you are, what you believe in, and what you can do to transform the lives of your customers.

This video tells your story. And it must tell a story of excellence professionalism and quality.

Or they won't trust you with their money! Why should they?

**And you'll get all the help…and all the advanced high-tech equipment you need, to go home with a personal branding video that says, "Celebrity!"**

**This Is What It Might Cost You to Make Your Own Celebrity Branding Video:**

• **Professional Studio** - Most professional studios are charging upwards of $750 for a day's rental. And any equipment they provide will be an add-on cost to you at a premium level.

**Average Fee: $750 Per Day**

• **Teleprompter**–Unless you can remember minutes or even hours-worth of scripts, you are going to need a teleprompter. It's the device that scrolls through your script on a display, so you don't have to memorize the whole thing.

**Average Fee: $450 Per Day**

**PX 62**                **FTC-MOBE-004072**

- **Professional Camera** – We use a Canon 5d Mark III professional camera and a few similar cameras–this is the device responsible for the incredible videos you can see on our MOBE site. You can rent these, but you usually have to rent the lens separately or purchase one.

**Average Fee: $50+ Per Day *without the lens***

- **Lighting Equipment**–Get this wrong and your video will look either lifeless and dull or brightly washed out. You need to make sure you have the perfect lighting for your environment and situation–but it's not cheap. We provide 7 different kinds of professional studio lighting.

**Average Fee: $40 x 7 = $280 Per Day**

- **Microphones**–If you've been using a basic computer headset to record videos–you'll be amazed at the richness and clarity of your voice when it's professionally recorded with top shelf equipment. We provide 4 different types of microphones.

**Average Fee: $10 x 4 = $40 Per Day**

- **Professional Film Crew**–This is where your costs really start to mount up! It's one thing to hire a piece of hardware–but paying highly skilled professionals to work with you for a day is expensive. The two people you need as a minimum are a **professional videographer** and a **professional film editor**. I hire only the best professionals for MOBE and for you.

**Average Fee: $400 x 2 = $800 Per Day**

- **Video Editing and Production**–Here's another resource-intensive process that takes a lot of work–and therefore costs a lot of money. In fact, editing one minute of video can take anywhere from 15 to 30 minutes. And at an average of $150 an hour, even a brief marketing video will not be cheap to edit.
**Let's be super conservative** and assume a discount to $125 an hour, and we'll work fast to edit a minute of video in 20 minutes. This would mean your 5-minute marketing video would cost around $5,000 to edit and produce. And that's under normal circumstances when time is not a factor–but we are offering to have the completed video delivered to you with 7 days.

**Average Fee: $5,000 Per 5 Minutes Of Video**

- **Then there's the Video Script**–The only reason for you to make a marketing video is to sell! However–the only way to do that effectively is with a script that sells. This has to be written by an experienced MOBE copywriter so that your video does not miss the mark when it comes to your prospect's needs, wants and desires. Our copywriter will work with you to produce a cash-spitting video script that takes your prospects from merely interested, to pulling out their credit cards.
**Understand this:** You are the expert in your field–but that doesn't automatically translate into the ability to sell in video. Our copywriters do this every day of the year–they know your prospects and they know how to push their buying buttons. Your script will sell–but if you have ever tried to hire a reputable copywriter, you'll be painfully aware of their charges. Most good ones are asking anywhere from $5,000 and up for a marketing video script.

**Average Fee: $5,000 Per Script**

All these components go into the making of a **high-quality professional video that will transform your business and your life**. I don't say this lightly–I was *failing* online until I discovered this strategy–since that day MOBE has paid out over $25 million dollars to affiliates all over the world, and my videos have contributed significantly.

I don't say this to impress you–I say it to impress *upon* you the fact that one simple tactic change like this could result in **a surge of leads and sales** the likes of which you have never seen. *I've proven it before*–and I'll prove it again.

PX 62                                                          FTC-MOBE-004073

**2** **Your Celebrity Level Photo Shoot**

(Must be done at Diamond Mastermind)

Along with your Celebrity Branding Video comes your professional photo shoot. Our professional crew will set you up with stunning, high-quality, image-boosting photos to use in all of your marketing.

You can easily pay $395 to $1595 for a professional photography studio to take high-quality photos. But our professional crew will use the same high quality, high-tech equipment we use for your branding video, to set you up with celebrity-quality still photos as well!

**3** **Your Own Celebrity Level Blog**

Anyone can fire up a blog these days. You could literally have one up and running in just a few minutes. For a small handful of cash.

And that's the problem.

They are a dime a dozen. Most look cheap and tacky and low-rent.

They don't say "Expert." They say, "Just another joker with a blog."

We'll set you up with a truly professional blog. Check out

Mashable.com; Digg.com; Sethgodin.typepad.com; Timferriss.com; Garyvaynerchuk.com

…and your favorite celebrity or news blog to see what we mean.

Some of these may look simple. But they also look elegant, unique, professional and authoritative.

That's what you'll get with your personal celebrity blog makeover.

PX 62          FTC-MOBE-004074

### 4 Your Celebrity Level .TV Blog

I do not believe that video is the FUTURE of online marketing.

I believe it's the PRESENT.

If you're not doing lots of video marketing, you're falling behind the curve.

We'll get you caught up with your personal .TV blog…perfect for video-centric marketing.

It's a great way to post interviews, case study videos, testimonials, how-to videos, a YouTube channel and lots more.

Check these out to see what I mean…

Geekbeat.TV
Ustream.TV
FORA.TV
Green.TV
MOBE.TV

Boost your celebrity expert power with your customized .TV blog.

### 5 Your Customized Celebrity-Level Facebook Page and social media makeover

In the past 5 years, social media has become THE vehicle for online advertising.

But most marketers still don't know how to set up a "celebrity-worthy" Facebook account the right way.

Our team will make sure your social media presence says "expert" … not "wannabe."

PX 62

FTC-MOBE-004075

# But Matt I Just Don't Like Being in Front of a Camera...How Can I Ever Be a Celebrity?

*Hey, I used to feel the same way.*

I used to cringe when I'd hear my voice on a video. I got itchy whenever I had to step in front of a camera. I just wanted to go back to my laptop and buy traffic, create marketing funnels, and send emails.

I eventually got over it…but only through sheer perseverance. I just did it over and over and over again until I finally got comfortable with it. It was NOT fun.

But you don't have to go through that long, arduous, embarrassing learning curve.

Our professional crew are experts at putting the star (you) at ease…making you almost forget the lights and camera are there…and helping you give a natural, engaging, inspiring, confidence-boosting performance.

I've seen it time and time again.

**And isn't it worth a little discomfort to present a celebrity image to your prospects and customers?**

# Think of it this way...who are the highest paid people in the world?

Donald Trump gets $2 million to speak for an hour.

Leonardo DiCaprio gets tens of millions for one movie.

Kim Kardashian gets $30,000 just to send a Tweet!

Why? Because they are celebrities.

You may laugh at Kim Kardashian…but think about…the only reason she makes the millions of dollars she makes is because she's a celebrity.

She's not an actress. She's not a model. She's not a singer or dancer or writer or director.

She's *famous for being famous*.

I'm not saying it's right or wrong.

I'm saying it *is*. Period.

And it illustrates the profound power of celebrity.

And the MOBE Celebrity Package is your chance to harness that power for your business.

## Here's What I Want You To Do Next...

Act now and get…

You could easily pay over $15,000 for this celebrity makeover…and spend many weeks and months trying to get it all done…for the price of this one Diamond Bonus.

It's time to get famous.

Get your MOBE Celebrity Package here.

## CLAIM YOUR BONUS



Best,

*Matt Lloyd*

Matt Lloyd

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT

Copyright © 2017 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

PX 62                    FTC-MOBE-004077



# Would You Like An Automated Selling Machine That Brings In Sales For You Every Single Day?

### Dear Titanium Mastermind Member,

Do you know what the Number #1 automated method for making high-ticket sales is in the history of online marketing?

WEBINARS.

That's right.

In 2013, people watched over 1 BILLION minutes of webinars online, and the numbers keep going up.

Every day people buy products, courses, and programs at $1,000 (or more) via webinars and over 90% of the process is completely automated.



With the advances in technology in the past few years, it's very easy to promote automated webinars that appear "live" to the user but were actually pre-recorded days, weeks, or even months before.

Once that webinar is recorded, it can be used for years to come to bring in money on auto-pilot.

I personally have sold 1,000s of my program with automated webinars that air every single day, bringing in sales for my company like clockwork.

And I'm not the only one …

**PX 62**          **FTC-MOBE-004078**

Every single online entrepreneur I know that has made $1 million (or more) online promotes webinars to their list.

But there's a problem with webinars …

They take time, effort, and specialized knowledge to create, air, and promote.

At least they DID …

Until now.

You see, I've put together a program where my team will create a custom "Done For You" webinar for you that features you (as the host) and me (as the presenter) that you can use to exponentially increase the number of sales (and $1,000 commissions) you bring in.

I call it …



# The Automated Selling Machine



Here's how it works …

You read three (3) short pre-written scripts and my team will produce a custom webinar FOR YOU in a matter of days. (You can even read these word-for-word scripts while you're at Titanium in the Bahamas using our recording equipment, and we'll start putting your webinar together while you're here).

These 3 sections—an intro, outro, and one more section I'll tell you about later – will be edited into a "stock" webinar presentation (that I have pre-recorded) to make it sound like we're on the webinar together presenting live.

PX 62

FTC-MOBE-004079

After you record these 3 sections (which should take you less than 5 minutes each), my team will produce the webinar and hand you a "ready to go" webinar.

**This custom co-branded webinar could easily bring you $10s of $1000s—if not $100s of $1000s—over the next 12+ months.**

How can I make such a bold claim?

Because this webinar presentation has ALREADY brought in over $3 million in sales!

You see, you're getting a webinar that has been tested and tweaked obsessively over the past few years.

It's been fine-tuned and crafted into a sales juggernaut. This webinar not only provides great content, but it has been PROVEN to get people to buy over and over again.

Now, there is a LOT of work that goes into getting a webinar to consistently convert like this.

Some consultants (like the experts at The Speaking Empire) charge $10,000 just to advise clients on how to craft a good webinar presentation.

And that's only half the battle.

The webinar "deck" (the PowerPoint presentation) has to be built, the graphics created, the audio recorded, and the webinar produced … and that's just the logistics!

Once the webinar is "ready" it has to be tested and reworked until it's a proven, consistent seller.

Now, part of this reworking process involves "sales psychology" that needs to be perfected in order to get people to buy.

(By the way, this is something that no "Guru" will ever tell you.) But as a Titanium member in MOBE, I value our relationship and know that you're serious about your online business.

So, I'm willing to reveal this **top-secret technique** … a "formula" that is normally reserved for the best marketing minds in the world.



# The 6 Secret Sales "Triggers"
# That Make People Buy



**PX 62**                    **FTC-MOBE-004080**



In 1984, Robert Cialdini, Regents' Professor Emeritus of Psychology and Marketing at Arizona State University, published a now-famous book (in marketing circles) called *Influence: The Psychology of Persuasion*.

In this book, he outlined the Six Principles of Influence … basically the 6 "triggers" that make people buy.

Now, I can't reveal all of these triggers here in a free letter (the information is too valuable), but I can tell you that the **Automated Selling Machine** satisfies ALL six.

Not only that, it lends one of the most powerful sales triggers to you …

AUTHORITY.

You see (according to Cialdini), we are heavily influenced by people who we view as "experts" in their field (like doctors).

If a doctor recommends a certain medicine or treatment, we're going to take them a lot more seriously than a stranger off the street.

In the marketing world, an "expert" is someone (like me) that has become very successful and mastered certain sales techniques.

And by appearing with me on a webinar, you will increase your Authority through the power of association.

What do I mean by the power of association?

Well, when you're seen with successful people, people will view YOU as more successful.

This is why people put up pictures of themselves with famous actors, politicians, and entrepreneurs in their homes, offices, and on their Facebook profiles.

It's also why companies pay celebrities and athletes millions of dollars to endorse their brands (Michael Jordan and Nike, William Shatner and Priceline.com, etc).

Now, one of the most famous examples of this in recent memory is the *Oprah Winfrey Show*, which aired from 1986 to 2011 with an estimated viewership of **5 million to 10 million viewers PER DAY**!

Authors, experts, celebrities, and actors fought to get on Oprah because it meant a HUGE boost in sales for their books, movies, and products.

An endorsement from Oprah also meant a boost for their BRAND and AUTHORITY, something that helped launch the careers of Dr. Phil, Suze Orman, Nate Berkus, and Dr. Oz (among others) and make them incredibly rich and famous.

And with my **Automated Selling Machine**, you will be getting MY full-fledged endorsement.

PX 62                    FTC-MOBE-004081

# This Will Instantly Increase Your "Authority" And Make People Like You, Trust You, & Most Importantly ... BUY From You!

You see, when people see you as an Authority they will naturally trust your opinion and be more likely to buy from you.

When you combine this with a tested and proven sales presentation, you have a truly **Automated Selling Machine**.

And when you "plug in" this selling machine:

> You will have a **true asset** that you can use to bring in cash (almost at will).
>
> You will have an "automated selling machine" that can bring you sales (and $1,000 commissions) every single day on **complete auto-pilot**.
>
> You will instantly leverage a $50 million brand (MOBE) and **increase your authority**.
>
> **You will "elevate your game"** to the next level overnight, and enter a small group of elite marketers that host webinars of their own.

This **Automated Selling Machine** could be the "turning point" for you, the extra push to take your business from where it is now to where you want it to be.

Just imagine ... seeing sales (and $1,000 commissions) come in every day without you having to do much work to generate them.

Imagine the extra commissions you'll get when some of those consultants get positioned in Titanium and Platinum (and even Diamond).

And imagine what all this extra money will do to change you life.

Maybe this income will be all you need to quit your job and live the "freedom lifestyle" of a home business entrepreneur.

Maybe this income will allow you to build a retirement "nest egg," pay off debt, or buy a second home, boat, or RV.

Whatever your dreams and goals ... a proven, automated sales funnels like the **Automated Selling Machine** can get you there.

Now, at this might you might be thinking, "Ok, this sounds good. But what EXACTLY do I get?"

Good question.

Here's what you "get" with the **Automated Selling Machine**:

PX 62                                    FTC-MOBE-004082

# Custom "Done For You" Webinar ($15,000 Value)

First and foremost, you will be getting a custom co-branded webinar featuring you (as the host) and me (as the presenter). All you have to do is read a couple pre-written scripts (about 5 minutes each), and my team will do the rest for you.

They will handle all the webinar production (which is very labor-intensive) and create a custom webinar file for you in mp4 format (the industry standard).

# "Done For You" Webinar Registration Page ($2,000 Value)

My team will build a webinar registration page that will feature your name next to mine. After years of testing, we've figured out exactly how to build these registration pages so you get as many people on your webinar as possible.

Your registration page will look something like this:



PX 62

FTC-MOBE-004083



# "Done For You" Webinar Integration ($2,000 Value)

My team will handle all the technical "stuff" that goes into getting your webinar to air at the right time on people's computers. They will make sure the video plays, that your affiliate link is used for orders, etc.

All you have to do is create an account with a webinar service (we'll recommend some services), and my team will take care of everything else.

# "Done For You" Banner Ads ($1,000 Value)

You will get a set of "Done For You" banner ads that you can use to drive traffic to your webinar registration page.

Now, not all banner ads are created equal ... there are a few "right" ways to make banners and 100s of "wrong" ways.

Luckily for you, my expert marketing team knows exactly how to create banner ads that GET CLICKS and you'll get a set of winning set of banners that you can use to bring in 1,000s of registrants for your webinar.

PX 62

FTC-MOBE-004084