# "Done For You" Autoresponder Emails ($2,000 Value)

It's important to have a webinar that sells, and marketing that gets people there. But it's JUST as important to "follow up" with your webinar registrants.

Email autoresponders (ARs) are the easiest and most "hands off" way to do this.

When you get the **Automated Selling Machine**, my team will write a highly effective 20-day Email Autoresponder for you that will further your brand, get more people on your webinar, and get you more SALES.

# "Done For You" Bonus ($1,000 Value)

Good bonus offers exponentially increase sales, and amazing bonuses are behind the success of Top MOBE Partners like John Chow and Terry Lamb. I will help you craft your bonus by giving you a proven "template." This bonus does NOT require you to create a product, do a bunch of research, or build any websites … and it costs you NOTHING to fulfill. All you have to do is read the pre-written script and fill in the blanks. This bonus will push your prospects "over the edge" and help you close more sales (for $1,000 commissions).

**Note:** *This is the 3rd "section" that I mentioned earlier.*

Now … that's a lot of stuff!

And when you add up the value of everything here—the "Done For You" webinar, registration page, integration, banner ads, autoresponder sequence, and "Done with You" bonus—it comes to a very real world value of $23,000 that other companies might charge for these services separately.

PX 62

FTC-MOBE-004085

On top of that, there is the "intangible" value of my endorsement, which will increase your authority and brand.

It's hard to put a value on this, but if you asked any of the people (like Dr. Phil), who became rich after being endorsed by Oprah, they would probably tell you that endorsement was "priceless."

And if you pushed them for a dollar amount, I bet they would say Oprah's endorsement was worth at least $50,000 (or more).

So, $23,000 plus $50,000 equals … an $73,000 value.

But here's the thing …

I'm not going to charge you $73,000 … even though the **Automated Selling Machine** could bring you that much revenue within 6 to 12 months if used correctly.

I want you to take the **Automated Selling Machine** and bring in tons of sales (for yourself) and my company MOBE.

So for that reason, I won't charge you $50,000.

Or $25,000.

Or even $15,000.

The one-time investment for the **Automated Selling Machine** is only …

# $10,000

Now, before you throw up your hands at this figure … wait.

You shouldn't think of this $10,000 as a "cost."

It's an INVESTMENT in your business … one that could easily turn into $100,000 in revenue over the next 12 months.

That's would be a return on your investment of TEN (10) times to 1!

And even if you only did half of that, you're still looking at a **profit of $40,000** over the next year.

(**Note:** *This is not a guarantee of earnings. Your results depend on your work, effort, and other factors outside of our control. But if you promote your custom webinar, these results are possible.*)

Now, with that said… this still isn't a small investment.

And there's a reason for that.

This offer is NOT for everyone.

PX 62          FTC-MOBE-004086

You see, I don't want to endorse just anyone.

And this ensures that I will only be endorsing "serious" people who understand the value of what I'm offering.

I also want to make sure that there are only a LIMITED number of people with these "custom" webinars.

A $10,000 investment limits this to a small number of serious MOBE partners, which means that your webinar will be extremely rare and valuable.

You will be one of a "handful" of people who have your own **Automated Selling Machine**, and your custom webinar itself will be one of a kind.

On top of that, I have 3 other "requirements" that must be met if you want to be allowed into this program.

**1**  **You Must Be Committed**

I only want to endorse you if you are committed to driving traffic to your webinar. This webinar will work with any traffic source you use—solo ads, banners, Facebook, PPC, email, etc—so there's no excuse for you not using it.

**2**  **You Must Be Ethical**

I can't endorse anyone who doesn't hold themselves to the highest ethics and standards (it reflects badly on MOBE). That means no spamming or other unethical practices. (I'm sure that's not you, but it needs to be said.)

**2**  **You Must Be An "Action Taker"**

I only want to work with "action takers" that will take the Automated Selling Machine and run with it. If you implement this quickly, then you will see FAST results (which benefits both of us).

Fair enough?

Good.





PX 62

FTC-MOBE-004087



# DONE FOR YOU WEBINAR

## Now, Here's What I Want You To Do Next

Apply for your **Automated Selling Machine** today.

Click on the **Apply Now** button below now to get started.



APPLY NOW

There are a limited number of "spots" available in this program, and once those spots have been filled, the **Automated Selling Machine** will no longer be available.

So apply now while this is still available.

Sincerely,

MATT LLOYD



**P.S.** Do you know what separates successful people from unsuccessful people? It's not intelligence, or good looks, or rich parents.

No ... it's being able to recognize an opportunity and ACT on it. In less than 30 days, you could have a fully automated **Automated Selling Machine** bringing you sales (and $1,000 commissions) on auto-pilot. This is a rare opportunity that you should act on NOW.

**P.P.S.** Remember ... all you have to do is read three (3) short, pre-written scripts and my team will do everything else. You will get a "Done for You" custom webinar, a registration page, technical setup, banner ads, a 20-day email autoresponder sequence, and a "Done with You" bonus. This **Automated**

PX 62          FTC-MOBE-004088

**Selling Machine** has already sold over $2 million worth of and you can be part of the next million IF you act fast.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT

Copyright © 2017 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

PX 62          FTC-MOBE-004089

# Super Charge Summit



## Event Description

Learn How To Double, Triple...Even Quadruple Your Income With MOBE In Just 3 Days

The fastest way to the top is by learning first-hand, IN PERSON from the guys who are at the top of THEIR game. At the Super Charge Summit, the top-earning MOBE partners will reveal their most closely-guarded secrets...which you can use to increase your MOBE commissions by $100,000 (or more) in the next 12 months!

You will learn...

1. How to double, triple, even QUADRUPLE your monthly income.
2. The best-kept *money-making secrets* of Top MOBE Earners.
3. How **underdogs and newbies** are winning our big partner contests and generating massive amounts of sales.
4. Where Top MOBE Earners get all their leads from (this is the ONLY place where you can find out these "secret" sources of high-quality, commission-generating leads)
5. The *secret* to consistently winning the HUGE MOBE partner contests... there is an "art" to playing and winning these contests and if you apply it you can win BIG cash prizes of up to $20,000 (or more).
6. How to build a relationships with your list quickly and turn it into *an on-demand ATM*.
7. **Advanced "Bonus-Creation" Secrets**... this skill is absolutely critical to your success and it is NOT to be missed. (Note: you do NOT need to have your own product to do this).
8. A technique called "MOBE Positioning" that the highest-paid Top Earners use to bring in BIG commission checks like clockwork.
9. How to make *extra $3,000 to $5,000 commissions* with NO EXTRA WORK (you simply have to "claim" these commissions for them to start coming to you on *auto-pilot*... and you'll learn how at the event).

PLUS... a **Surprise Bonus** will be given out for ALL Super Charge Summit attendees!

During the event, the MOBE top trainers, partners, and coaches will be walking around and answering questions. They will be there – ready and willing – to help take your business to the next level.

If you need help with your funnels, getting quality traffic, making conversions, or ANY other "sticking point" that you're struggling with... me and my team will be there to spend time with you 1-on-1 until we get it figured out TOGETHER.

BUY NOW

### $497

Buy Now
(http://superchargesummit.com/)

REVIEWS

**21 Steps Business**

**Course : 21 Steps Business**

(https://mobemarketplace.com/courses/21-steps-business/)

★★★★★

"21 Steps Business is a really good training programs"
- chawchiacheng

PX 62                                          FTC-MOBE-004090

We'll show you where you're getting "stuck" and give you the exact steps you need to take to get "unstuck" and start making more money – like we've done for so many others..

-------------------------------------------------------------------------------------------------------

Watch Highlights From The Super Charge Summit in Chicago

🏠 Home (http://mobemarketplace.com/course/)
ABOUT (https://mobemarketplace.com/about/)
COURSES (https://mobemarketplace.com/our-courses/)   EVENTS
(https://mobemarketplace.com/events/)   SERVICES
(https://mobemarketplace.com/services/)

f () G+ () ❤ () in () ℗ () ⑤ () ❥ () ▶ ()

Copyright © 2017 - Mobe Learning Management System - All Rights Reserved
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH - United Kingdom

PX 62          FTC-MOBE-004091

**FEE RECORD SHEET**

Serial Number: 87006046

**RAM Sale Number: 87006046**

**RAM Accounting Date: 20170406**

Total Fees: $200

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20170405 | $100 | 2 | $200 |

Transaction Date: 20170405



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87006046**
**Filing Date: 04/19/2016**

*NOTE: Data fields with the* * *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [MY OWN BUSINESS EDUCATION](#) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MY OWN BUSINESS EDUCATION |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DCLL |
| *STREET | No. 20 Jalan Perak, 50450 |
| *CITY | Kuala Lumpur |
| *COUNTRY | Malaysia |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Malaysia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 041 |

| | |
|---|---|
| **\*IDENTIFICATION** | Arranging and conducting business seminars in the field of **marketing**; Conducting workshops and seminars in **marketing** |
| **\*FILING BASIS** | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| **\*TRANSLATION** (if applicable) | |
| **\*TRANSLITERATION** (if applicable) | |
| **\*CLAIMED PRIOR REGISTRATION** (if applicable) | |
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | |
| **\*CONCURRENT USE CLAIM** (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Mark Ford |
| **FIRM NAME** | Maschoff Brennan |
| **INTERNAL ADDRESS** | Suite 300 |
| **STREET** | 1389 Center Drive |
| **CITY** | Park City |
| **STATE** | Utah |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 84098 |
| **EMAIL ADDRESS** | mford@mabr.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **\*NAME** | Mark Ford |
| **FIRM NAME** | Maschoff Brennan |
| **INTERNAL ADDRESS** | Suite 300 |
| **\*STREET** | 1389 Center Drive |
| **\*CITY** | Park City |
| **\*STATE** (Required for U.S. addresses) | Utah |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 84098 |
| **\*EMAIL ADDRESS** | mford@mabr.com;cwilde@mabr.com; d@mabr.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 2 |
| **FEE PER CLASS** | 225 |
| **\*TOTAL FEE PAID** | 450 |

| SIGNATURE INFORMATION | |
|---|---|
| * SIGNATURE | /Mark W. Ford/ |
| * SIGNATORY'S NAME | Mark Ford |
| * SIGNATORY'S POSITION | Attorney of record, Utah bar member |
| * DATE SIGNED | 04/19/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87006046**
**Filing Date: 04/19/2016**

## To the Commissioner for Trademarks:

**MARK:** MY OWN BUSINESS EDUCATION (Standard Characters, see mark)
The literal element of the mark consists of MY OWN BUSINESS EDUCATION.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Mobe, a limited company (ltd.) legally organized under the laws of Malaysia, having an address of
   B1-28-8, Soho Suites at DCLL
   No. 20 Jalan Perak, 50450
   Kuala Lumpur
   Malaysia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 035:  Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 041:  Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
   Mark Ford of Maschoff Brennan
   Suite 300
   1389 Center Drive
   Park City, Utah 84098
   United States
   mford@mabr.com (authorized)

The applicant's current Correspondence Information:
   Mark Ford

   Maschoff Brennan

   Suite 300

   1389 Center Drive

   Park City, Utah 84098

   mford@mabr.com;cwilde@mabr.com; d@mabr.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to

## PX 62

FTC-MOBE-004096

do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/   Date Signed: 04/19/2016
Signatory's Name: Mark Ford
Signatory's Position: Attorney of record, Utah bar member


RAM Sale Number: 87006046
RAM Accounting Date: 04/20/2016

Serial Number: 87006046
Internet Transmission Date: Tue Apr 19 14:16:27 EDT 2016
TEAS Stamp: USPTO/FTK-XX.XXX.XX.XXX-2016041914162732
6603-87006046-550bd8a5776265aab7fb643b8e
3808de192cf7f106e40c210ae9fae4ca19128a-C
C-478-20160419140905270147

# MY OWN BUSINESS EDUCATION

FTC-MOBE-004098

Mark: PATRIOT FUNNEL SYSTEM

PATRIOT FUNNEL SYSTEM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86843073 | **Application Filing Date:** | Dec. 08, 2015 |
| **US Registration Number:** | 5088248 | **Registration Date:** | Nov. 22, 2016 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Nov. 22, 2016 | | |
| **Publication Date:** | May 24, 2016 | **Notice of Allowance Date:** | Jul. 19, 2016 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | PATRIOT FUNNEL SYSTEM |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "FUNNEL SYSTEM" |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 03, 2016 | **Use in Commerce:** | Feb. 03, 2016 |

| | | | |
|---|---|---|---|
| **For:** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Feb. 03, 2016 | **Use in Commerce:** | Feb. 03, 2016 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |

## PX 63

**Filed No Basis:** No                    **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Mobe

**Owner Address:** B1-28-8, Soho Suites at DLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur
MALAYSIA

**Legal Entity Type:** limited company (ltd.)        **State or Country Where Organized:** MALAYSIA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Mark Ford                    **Docket Number:** M2455.81478

**Attorney Primary Email Address:** mford@mabr.com      **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** MARK FORD
MASCHOFF BRENNAN
1389 CENTER DRIVE
SUITE 300
PARK CITY, UTAH 84098
UNITED STATES

**Correspondent e-mail:** mford@mabr.com  d@mabr.com
cwilde@mabr.com            **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Nov. 22, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 18, 2016 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Oct. 17, 2016 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 30, 2016 | STATEMENT OF USE PROCESSING COMPLETE | 71034 |
| Sep. 09, 2016 | USE AMENDMENT FILED | 71034 |
| Sep. 29, 2016 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71034 |
| Sep. 09, 2016 | TEAS STATEMENT OF USE RECEIVED | |
| Jul. 19, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 24, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 24, 2016 | PUBLISHED FOR OPPOSITION | |
| May 04, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 18, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70884 |
| Apr. 18, 2016 | ASSIGNED TO LIE | 70884 |
| Mar. 31, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 31, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 30, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 30, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 24, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 24, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Mar. 24, 2016 | NON-FINAL ACTION WRITTEN | 78475 |
| Mar. 24, 2016 | ASSIGNED TO EXAMINER | 78475 |
| Dec. 11, 2015 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 11, 2015 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information - None

**FTC-MOBE-004101**

# United States of America

## United States Patent and Trademark Office

## PATRIOT FUNNEL SYSTEM

**Reg. No. 5,088,248**

**Registered Nov. 22, 2016**

**Int. Cl.: 35, 41**

**Service Mark**

**Principal Register**

Mobe (MALAYSIA limited company (ltd.) )
B1-28-8, Soho Suites at DLCC
No. 20 Jalan Perak, 50450
Kuala Lumpur MALAYSIA

CLASS 35: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

FIRST USE 2-3-2016; IN COMMERCE 2-3-2016

CLASS 41: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

FIRST USE 2-3-2016; IN COMMERCE 2-3-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FUNNEL SYSTEM"

SER. NO. 86-843,073, FILED 12-08-2015
CHRISTOPHER M LAW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**PX 63**

FTC-MOBE-004102

# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

FTC-MOBE-004103

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86843073 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| MARK | http://tmng-al.uspto.gov/resting2/api/img/86843073/large |
| LITERAL ELEMENT | PATRIOT FUNNEL SYSTEM |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| NAME | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DLCC |
| STREET | No. 20 Jalan Perak, 50450 |
| CITY | Kuala Lumpur |
| COUNTRY | Malaysia |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| CURRENT IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 02/03/2016 |
| FIRST USE IN COMMERCE DATE | 02/03/2016 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-50192201202-20160909182335683476_._Specimen_1.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0003.JPG |
| ORIGINAL PDF FILE | SPN0-50192201202-20160909182335683476_._Specimen_2.pdf |
| CONVERTED PDF FILE(S) (13 pages) | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0004.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0005.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0006.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0008.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0009.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0010.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0011.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0012.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0013.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0014.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0015.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0016.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts from patriotfunnelsystem.com. |
| **INTERNATIONAL CLASS** | 041 |
| **CURRENT IDENTIFICATION** | Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 02/03/2016 |
| **FIRST USE IN COMMERCE DATE** | 02/03/2016 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN1-50192201202-20160909182335683476_._Specimen_3.pdf |
| **CONVERTED PDF FILE(S)** **(3 pages)** | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0017.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0018.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\868\430\86843073\xml13\SOU0019.JPG |
| **SPECIMEN DESCRIPTION** | Website printouts from patriotfunnelsystem.com. |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 2 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 200 |
| **TOTAL AMOUNT** | 200 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Mark W. Ford/ |
| **SIGNATORY'S NAME** | Mark W. Ford |
| **SIGNATORY'S POSITION** | Attorney of Record |
| **DATE SIGNED** | 09/09/2016 |
| **SIGNATORY'S PHONE NUMBER** | 4352521360 |

**FILING INFORMATION**

| SUBMIT DATE | Fri Sep 09 18:43:56 EDT 2016 |
|---|---|
| TEAS STAMP | USPTO/SOU-XX.XXX.XXX.XXX-20160909184356348246-8684<br>3073-5505a4c263b3e19fd7ee<br>39f61b14ac4a56612424d11a6<br>5accca19f84c56add19413-CC<br>-5965-2016090918233568347<br>6 |

**FTC-MOBE-004106**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**To the Commissioner for Trademarks:**
**MARK:** PATRIOT FUNNEL SYSTEM(Standard Characters, see http://tmng-al.uspto.gov/resting2/api/img/86843073/large)
**SERIAL NUMBER:** 86843073

The applicant, Mobe, having an address of
    B1-28-8, Soho Suites at DLCC
    No. 20 Jalan Perak, 50450
    Kuala Lumpur,
    Malaysia
is submitting the following allegation of use information:

For International Class 035:
Current identification: Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 02/03/2016, and first used in commerce at least as early as 02/03/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from patriotfunnelsystem.com..

**Original PDF file:**
SPN0-50192201202-20160909182335683476_._Specimen_1.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN0-50192201202-20160909182335683476_._Specimen_2.pdf
**Converted PDF file(s)** (13 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11
Specimen File12
Specimen File13

For International Class 041:
Current identification: Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed

FTC-MOBE-004107

in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 02/03/2016, and first used in commerce at least as early as 02/03/2016, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Website printouts from patriotfunnelsystem.com..

**Original PDF file:**
SPN1-50192201202-20160909182335683476_._Specimen_3.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $200 will be submitted with the form, representing payment for the allegation of use for 2 classes.

**Declaration**

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. §1051(c) or a statement of use under 15 U.S.C. §1051(d), the applicant is the owner of the mark sought to be registered; the mark is in use in commerce; **for a trademark or service mark application**, the applicant is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified; **for a collective trademark, collective service mark, collective membership mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified; **for a certification mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant; that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Mark W. Ford/     Date Signed: 09/09/2016
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of Record
Signatory's Phone: 4352521360

RAM Sale Number: 86843073
RAM Accounting Date: 09/12/2016

Serial Number: 86843073
Internet Transmission Date: Fri Sep 09 18:43:56 EDT 2016
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XXX-201609091843563
48246-86843073-5505a4c263b3e19fd7ee39f61
b14ac4a56612424d11a65accca19f84c56add194
13-CC-5965-20160909182335683476

**PX 63**

FTC-MOBE-004108



# Discover How A War Veteran Uncovered The Secret To Earning Up To $3,300/day From His Sweat-box Living Quarters In Afghanistan.

### Copy his secret and you can too. It's much easier than you think.

**We are confident anyone can make money using this powerful system.**

⭐ **Fast**—Discover how to start earning money immediately!

⭐ **Simple**—It's as easy as copy and paste! No experience required!

⭐ **Fun**—Work when & where you want … just 60 minutes per day will get you started!

⭐ **Limited availability**—apply now!

## Top Secret FREE Video Reveals Strategy For Limited Time!

**Enter your best email and watch now!**

> Enter your email address

> GET INSTANT ACCESS

## Here are just a handful of the people whose lives have changed by working the system.

There's John Chow who has been at it for a couple years and earned over $2 million!

And then there's Adeline—a complete "newbie" who has made $207,635.





… and Michelle and Bill who have earned a whopping $848,002.

Here's Debra—a former schoolteacher—who has been able to retire early after earning $72,284.





Now, admittedly John is a blogger and Michelle and Bill had some online marketing experience.

**But this works for regular people too.**

Like Ernest Lim, from Sydney Australia, who has earned $50,236.78.

And one of my favorites …

Frank, who has been able to make money with PFS even though he's 85 years old!

With PFS you can live without 'money worries' for the rest of your life.





Results shown are not typical. See typical results here.

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2016—Patriot Funnel System · Terms & Conditions · Income Disclosure · Privacy Policy · Support

PX 63                                    FTC-MOBE-004110



## Question …
## Would You Like To Live Without
## 'Money Worries' For The Rest Of Your Life?

### Well, it's possible and it's much easier than you think.



Results shown are not typical. See typical results here.

**My name is Jason and in the next few minutes, I'll reveal a proven, reliable system that has changed my life and my outlook for the future.**

### This system has worked for me–a war veteran with no previous online experience–and I believe it will work for you too.



It's allowed me and my wife to be the CEOs of our own lives and make a full-time income working part-time from home, with more personal freedom and time than any "9 to 5" job would ever allow.

And although our results aren't typical (you can click the link right below the video for averages) …

… in my opinion, it's the best system for making money online on the planet and as a soldier who served for 22 years in the U.S. military, I know a few things about good systems and organization.

### Like many of you watching this video, I wasn't born into wealth.

I grew up on a farm on the border of Montana and North Dakota, raising crops and tending livestock.

My family worked very hard, but we did not have many luxuries.

We always made enough to get by, but it was a tough road. There were certainly no nice cars, fancy houses, or tropical vacations.

### When I turned 17, I followed in the footsteps of many of the men in my family and proudly joined the U.S. military.

After basic training, I spent the first part of my career in a light infantry Recon Platoon as a Scout Sniper and Spotter. Over the next 20+ years I made many moves and I saw many things, good and bad, like my fellow brothers and sisters at arms.

And while I love my country and am proud of my service, I was ready to move on after qualifying for my 20-year retirement plan.

### There was just one problem …

### I had no idea what to do next!

PX 63                        FTC-MOBE-004112





I knew I wanted personal, professional, and financial freedom … and I knew that there were ways to achieve that online … but I didn't know HOW to get started.

That is, until I discovered the "system" that changed my life.

**The year was 2014.**

I was deployed in Afghanistan assisting the Afghan Army rebuild.

I remember sitting on a makeshift bed inside a sweatbox plywood room about the size of a prison cell.

All I had was a laptop, a bad Internet connection, and a will to succeed.

I knew I needed to figure out a plan for the next chapter of my life, so I began searching for ways to make money with an online business.

That's when I discovered something that was making other people up to $100,000 per year or even more!

I call it …

**PFS.**

## Now, I'll tell you more about how I started making money with PFS in a minute, but first I want to explain what it is.



PX 63                                        FTC-MOBE-004113

  

**PFS stands for "Patriot Funnel System" and it can essentially be your ticket to freedom.**

All you have to do is apply the system and go through the simple steps,
and if you follow through you can generate enough income for personal and financial freedom.

**The genius of PFS is that it's so simple and easy anyone can do it even if they have no experience online.**

**In fact, I'll reveal how regular people from all over the world—including an 85-year old man—have made life-changing money with this system.**

Some of these people are making $10,000 (or more) per month!



## Here's How It Works …

PFS is a 21-step system for generating income online:

- 🚫 without creating your own products
- 🚫 without building websites
- 🚫 without dealing with customers
- 🚫 without managing staff

**You will get all the tools, training, and personal 1-on-1 coaching you need to make $100s, $1000s
… even $10s of $1000s per month and do it over and over again.**