## Now, the company behind PFS is run by a man named Matt Lloyd.



Like me, Matt grew up on a farm and knows the value of hard work.Matt has dedicated his career to building a company that handles ALL the "grunt work" of an online business for you.

You don't need to worry about websites, hosting, merchant accounts, sales funnels, customer service, or any of the 100 other things it takes to run a full-time business.

But you can still share in the profits.

Basically, you get all the benefits of an established business without having to do the majority of the hard work yourself.

All you have to do is send leads through PFS, and then you get paid as sales are made FOR YOU.

The system will work hard to turn your leads into sales, and then some of those buyers will go on to buy other products and programs through PFS.

You'll get compensated for EVERYTHING your referrals buy, and the revenue can add up very quickly to $100s, $1000s or $10s of $1000s per month.



**With PFS, you get:**

⭐ access to a proven "sales machine" that's currently bringing in millions of dollars every year
⭐ access to training that shows you how to send leads to this machine

With the PFS your leads are automatically put into tested and proven marketing funnels that have high conversions, turning them into buyers.

**You will:**

PX 63                                          FTC-MOBE-004115

⭐ NEVER have to create your own products
⭐ NEVER set up your own websites or hosting
⭐ NEVER labor over sales funnels or presentations
⭐ NEVER deal with customers or returns
⭐ NEVER have to sell in person or over the phone

# All You Have To Do Is Send Leads

And there are training materials in PFS that show you how to send leads even if you have zero computer skills.

PFS breaks the process down into 21 simple steps that anyone can understand.

You will get instant access to training videos and other materials in your member's area that will show you these 21 steps.

Not only that, you will also get a personal coach to answer any questions you have.

All of these coaches are bona-fide online marketing experts and you will have direct access to them.

Why?

Because unlike most programs out there … Matt actually wants you to be successful.

The more leads you send through the system, the better the company does as a whole.

It benefits him to provide the best coaching and training, because that results in better leads for the company, and that means there is a mutual benefit to turn the leads you send into sales that YOU also make money on.

**It's a win-win.**

## This was exactly what my wife and I were looking for.

Which brings me back to my story … about 10 years ago I met my beautiful wife Erika. Erika was also in the military and we had common goals for personal and financial independence.

She was tired of relocating … starting over at a new job, working hard, and then being forced to move to another duty station right as she was starting to climb the ladder.

We both had the sense that there was something better out there waiting for us.



And when we realized that "better thing" was PFS, we jumped in feet first and 100 miles an hour.

PX 63                                          FTC-MOBE-004116

Fast forward to today, and we're now making a full-time income working part-time from home. One of our best days so far has been $3,300 and we have earned as much as $12,000 in as little as 45 days. We now look forward to doing many of the things that financially secure couples do:

- ⭐ buying a new house
- ⭐ starting a family
- ⭐ living debt free
- ⭐ traveling
- ⭐ skiing, mountain climbing, and enjoying the outdoors

**And we're just one of the many success stories.**

## Here are just a handful of the people whose lives have changed by working the system.

There's John Chow who has been at it for a couple years and earned over $2 million!



And then there's Adeline—a complete "newbie" who has made $207,635.



… and Michelle and Bill who have earned a whopping $848,002.



Here's Debra—a former schoolteacher—who has been able to retire early after earning $72,284.



Now, admittedly John is a blogger and Michelle and Bill had some online marketing experience.

And one of my favorites …

PX 63                    FTC-MOBE-004117

**But this works for regular people too.**

Like Ernest Lim, from Sydney Australia, who has earned $50,236.78.



Frank, who has been able to make money with PFS even though he's 85 years old!

With PFS you can live without 'money worries' for the rest of your life.



Results shown are not typical. See typical results here.

### Now, I'll reveal how you can join these people in less than a minute, but first I want to explain exactly what you get when you join the PFS system.

**The Internet's only Done For You system that will deposit $1,000s into your bank when your referrals buy!**

#### COACHING

Personal 1-on-1 coaching
with an online marketing expert

#### TRAINING

A simple 21-step training program that will show you how to send leads and earn commissions every time one of them buys (even if you have no computer skills)

#### DONE FOR YOU FULFILLMENT

Done For You product fulfillment, payment processing, and customer service

#### DONE FOR YOU FUNNELS

Done For You sales funnels and marketing for proven products and programs

You get ALL of this, plus once you get things up and running you get the unquantifiable value of:

- ⭐ living life by your own rules
- ⭐ not having to worry about money or debt
- ⭐ working when (and where) you want

PX 63                                    FTC-MOBE-004118

⭐ feeling secure about your financial future

## These things are priceless.

If you add up the value of just the tangible things in the system, PFS should cost at least $1,000.

Considering what you can do with this in a short time, this would be a STEAL.

But, like I said earlier … Matt's success is tied to yours.

It benefits him when you bring him leads, and he's looking for more people to join his system.

So for that reason, you won't pay $1,000.

Or $500.

Or even $250.

Your one-time investment today is only a small application fee of …



That's it.

## This small investment will get you instant access to everything you need to get started.

Within 5 minutes, you'll be able to access your training and schedule an appointment with your personal coach. It's all in your member's area.

$49 really is NOTHING compared to what you can do with this.

Remember, Erika and I are making a comfortable living doing this part-time and there are other regular people making way more than us.

$49 is a drop in the bucket compared to that.

So …

### Once you submit your application fee, you can schedule your first appointment with your coach who will ask you a few simple questions to make sure you're a good fit for PFS.

You will NOT be sold anything on this call.

Think of it as a friendly interview.

PX 63                    FTC-MOBE-004119

If you decide the program is not for you, no problem … you'll get a refund on the spot.

If you and your coach decide you're a good fit, then you're in.

<strong>Once accepted, you'll get Instant Access to your member's training area,<br>and your coach will be available to you.</strong>

Your coach is assigned according to your time zone. If you're in Australia, you'll get an Australian coach. If you're in the U.S., you'll get an American coach, etc.

Matt's company has coaches in the U.K., U.S., Australia, and most places in between.

Also, you'll need to fill out a Non-Disclosure Agreement. Some of the information you'll be getting access to is highly proprietary and needs to stay out of the hands of Matt's competitors.

Plus …

<strong>You also get a no-risk, 100% money-back guarantee.</strong>



If you aren't accepted, of course you'll get an immediate refund of your $49.

On top of that …

If you are accepted, go through and apply the training and don't make any money within 30 days of completing the 21 steps, then you'll get your entire $49 back.

> **Now, in order to make such a bold guarantee, there are some ground rules …**
>
> 1. First, you need to go through each of the 21 steps on the day it's assigned
> 2. And second, you need to complete the simple assignments for each step

Don't worry …

The steps and assignments are all easy and most can be completed in the time it takes to watch one TV sitcom (30 minutes or less).

PX 63                                    FTC-MOBE-004120

We've been through the PFS training, and this guarantee is MORE than fair.

You'll instantly be able to schedule a call with a personal coach and access some of the best online training we've ever seen.

On top of that you're guaranteed to make money or you get your $49 back.

All you have to do is go through the 21 steps.

Apply below now to get started.



**APPLY NOW**

**After you submit the form and get accepted … you will get instant access to the member's area and everything we've talked about today.**

## Ready To Get Started?

You're just one step away from changing your life and your financial future forever.

**Don't delay …**

Click the button below now to get started.

**Hurry …**

Matt could raise the price for PFS at any time.

Or he may decide to stop accepting new people into the system.

Click the button below and fill out the form now to ensure you get in.

PX 63                    FTC-MOBE-004121



APPLY

NOW

---

**Remember, you're getting access to a "Done For You" system
that will deposit commissions directly into your bank account.**

All you have to do is FIND leads and send them to Matt's websites.

And to make it even easier, you'll get training and personal coaching that shows you how to find those leads.

Plus, everything is backed up with an ironclad guarantee.

Click the button below to apply now.



APPLY

NOW

We wish you the best of luck.



This is Jason and Erika signing off.

*Jason & Erika*

PX 63

FTC-MOBE-004122

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2016—Patriot Funnel System · Terms & Conditions · Income Disclosure · Privacy Policy · Support

PX 63                                          FTC-MOBE-004123



**Need help with your order?**
**1-844-662-3787**

# Get Instant Access To A Step-by-Step System Where You'll Discover How To Promote High Ticket Offers Online With Payouts Of Up To $15,000 Per Sale …

| COACHING | TRAINING | DONE FOR YOU FULFILLMENT | DONE FOR YOU FUNNELS |

**Step 1 - Enter Your Personal And Billing Details Below…**

### Need Help?
Call 1-844-MOBESUPPORT or visit **support (//mobe.com/support)** to submit a help ticket.

Personal info

👤  First Name            Last Name

✉  Email Address

📇  Phone Number



See the results of people who've used this **Step-by-Step System …**

Billing info

📍  Address Line 1

📍  Address Line 2

📍  City



PX 63                    FTC-MOBE-004124

| 📍 United States ⌄ | Select State ⌄ |
| --- | --- |
| 📍 Postal Code | |

☐ Billing Address same as Shipping

### Step 2 - Complete Your Order by Entering Your Credit Card Details Below...



**Need help with your order?**
**1-844-662-3787**

We Guarantee You'll Be More Than Satisfied With This Step-by-Step Program, **Or Your Money Back**

**Credit Card info**

VISA MasterCard

| Credit Card # | Credit Card # | |
| --- | --- | --- |
| CVV Code | CVV Code | |
| Expiration: | 01 (Jan) ⌄ | 2015 ⌄ |

| Sub Total | $49.00 |
| --- | --- |
| Shipping | $0.00 |
| Sales Tax | $0.00 |
| **Grand Total** | **$49.00** |

☐ By checking here I agree to the **terms and conditions (http://mttbsystem.com/terms-conditions/)** of this purchase and that I will be charged **$49.00** US Dollars.

# ORDER NOW!

If you need any assistance in placing your order, please don't hesitate to call us at 1-844-662-3787.  If you can't get through, please leave your details in a support ticket at MOBE.com/support (https://mobe.com/support), and we'll call you back.

PX 63          FTC-MOBE-004125

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2016—Patriot Funnel System · **Terms & Conditions (https://mobe.com/terms-and-conditions/)** · **Income Disclosure (https://mobe.com/income-disclosure/)** · **Privacy Policy (https://mobe.com/privacy-policy/)** · **Support (https://mobe.com/support**

Need help with your order?
**1-844-662-3787**

**PX 63**                                    **FTC-MOBE-004126**

**FEE RECORD SHEET**

Serial Number:   86843073

RAM Sale Number:  86843073

Total Fees:      $200

RAM Accounting Date:  20160912

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20160909 | $100 | 2 | $200 |

Transaction Date:    20160909

PX 63



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86843073**
**Filing Date: 12/08/2015**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [PATRIOT FUNNEL SYSTEM](#) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | PATRIOT FUNNEL SYSTEM |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Mobe |
| INTERNAL ADDRESS | B1-28-8, Soho Suites at DLCC |
| *STREET | No. 20 Jalan Perak, 50450 |
| *CITY | Kuala Lumpur |
| *COUNTRY | Malaysia |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | Malaysia |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 041 |

FTC-MOBE-004128

| | |
|---|---|
| *IDENTIFICATION | Arranging and conducting business seminars in the field of **marketing**; Conducting workshops and seminars in **marketing** |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Mark Ford |
| ATTORNEY DOCKET NUMBER | M2455.81478 |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| STREET | 1389 Center Drive |
| CITY | Park City |
| STATE | Utah |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 84098 |
| EMAIL ADDRESS | mford@mabr.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Mark Ford |
| FIRM NAME | Maschoff Brennan |
| INTERNAL ADDRESS | Suite 300 |
| *STREET | 1389 Center Drive |
| *CITY | Park City |
| *STATE (Required for U.S. addresses) | Utah |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 84098 |
| *EMAIL ADDRESS | mford@mabr.com;d@mabr.com; cwilde@mabr.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 225 |

FTC-MOBE-004129

| | |
|---|---|
| *TOTAL FEE PAID | 450 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Mark W. Ford/ |
| * SIGNATORY'S NAME | Mark W. Ford |
| * SIGNATORY'S POSITION | Attorney of record, Utah bar member |
| * DATE SIGNED | 12/08/2015 |

FTC-MOBE-004130

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86843073**
**Filing Date: 12/08/2015**

## To the Commissioner for Trademarks:

**MARK:** PATRIOT FUNNEL SYSTEM (Standard Characters, see mark)
The literal element of the mark consists of PATRIOT FUNNEL SYSTEM.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Mobe, a limited company (ltd.) legally organized under the laws of Malaysia, having an address of
    B1-28-8, Soho Suites at DLCC
    No. 20 Jalan Perak, 50450
    Kuala Lumpur
    Malaysia

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 035:  Development of marketing strategies, concepts and tactics, namely, audience development, brand awareness, online community building and digital word of mouth communications; Providing information in the field of marketing and on-line marketing media via the Internet
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 041:  Arranging and conducting business seminars in the field of marketing; Conducting workshops and seminars in marketing
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Mark Ford of Maschoff Brennan
    Suite 300
    1389 Center Drive
    Park City, Utah 84098
    United States
    mford@mabr.com (authorized)
The attorney docket/reference number is M2455.81478.
The applicant's current Correspondence Information:
    Mark Ford

    Maschoff Brennan

    Suite 300

    1389 Center Drive

    Park City, Utah 84098

    mford@mabr.com;d@mabr.com; cwilde@mabr.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to

## PX 63

FTC-MOBE-004131

do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $450 has been submitted with the application, representing payment for 2 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Mark W. Ford/   Date Signed: 12/08/2015
Signatory's Name: Mark W. Ford
Signatory's Position: Attorney of record, Utah bar member


RAM Sale Number: 86843073
RAM Accounting Date: 12/09/2015

Serial Number: 86843073
Internet Transmission Date: Tue Dec 08 19:58:12 EST 2015
TEAS Stamp: USPTO/FTK-XX.XX.XX.XX-201512081958125956
19-86843073-5502086c9139072bf23265c30a1e
e9e2153bb481dd6a3f6f41689d4a56cbf3ea5-CC
-18086-20151208194134381218

FTC-MOBE-004132

# PATRIOT FUNNEL SYSTEM

FTC-MOBE-004133

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

      Plaintiff,

      v.

**MOBE Ltd.**, et al.,

      Defendants.

Case No. _____

<u>**FILED UNDER SEAL**</u>

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND
MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
<u>WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE</u>**

**VOLUME IV-B**

PX 64  MobeProcessing.com, Inc. Corporate Filings......................................................4134

PX 65  MobeTraining.com, Inc. Corporate Filings. ....................................................4143

PX 66  Transaction Management, Inc. Corporate Filings...........................................4150

PX 67  9336-0311 Quebec Inc. Corporate Registration (original French) ......................4156

PX 68  9336-0311 Quebec Inc. Corporate Registration (translated to English)...............4160

PX 69  MattLloydPublishing.com PTY LTD Corporate Registration.............................4165

PX 70  MOBE Pro Limited (UK) Corporate Registration.............................................4167

PX 71  MOBE Inc. Open Corporates Search.................................................................4202

PX 72  MOBE Online Ltd. Corporate Registration .......................................................4205

PX 73  MOBE Online Ltd. Certificate of Incorporation................................................4206

PX 74  Business Education Training (UK) Corporate Registration ................................4207

PX 75  Shark Speaker LLC Corporate Filings...............................................................4228

PX 76  Geer Up Marketing LLC Corporate Filings.......................................................4234

PX 77  Select Webpages From Mobe.com (captured March 21, 2017 thru June 15, 2017) ................................................................................................................4235

PX 78  MOBE Compensation Webpage and Compensation Plan (captured Jan 19, 2018) ................................................................................................................4276

PX 79  MOBE 2014-2015 Income Disclaimer (captured June 15, 2017) .......................4292

PX 80  MOBE 2016-2017 Income Disclaimer (captured May 10, 2018) .......................4293

PX 81  MOBE – Contact Us (captured February 2, 2018) .............................................4294

PX 82  MOBE Our Team Page (captured April 5, 2017).................................................4295

PX 83  Select Webpages From New Mobe.com Webpage (captured May 10, 2018) ................................................................................................................4297

PX 84  Select Webpages From Mobeaffiliatesupport.com (captured March 10, 2017, June 15, 2017, December 14, 2017 and December 22, 2017) ...................4312

PX 85  Select Webpages From IMFreedomWorkshop.com (captured January 18,

2018 and May 22, 2018) .......................................................................4396

PX 86  Select Webpages From TheHomeBusinessSummit.com (captured January
       18, 2018 and May 22, 2018) .........................................................4400

PX 87  Select Webpages From SuperchargeSummit.com (captured June 15, 2017
       and May 22, 2018) .......................................................................4402

PX 88  Select Webpages From mttbsystem.com (captured  June 15, 2017 and
       January 18, 2018) ........................................................................4425

PX 89  Select Webpages From InternetFunnelSystem.com (captured January 19,
       2018) ...........................................................................................4428

PX 90  Select Webpages From PatriotFunnelSystem.com (captured January 19,
       2018) ...........................................................................................4439

PX 91  Select Webpages From UltimateRetirementBreakthrough.com (captured
       January 18, 2018) ........................................................................4448

PX 92  Select Webpages From Laptop Lifestyle System (captured May 22, 2018) ........4457

PX 93  Russ Whitney Vimeo Capture (captured May 23, 2018).....................................4460

# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF INCORPORATION OF
"MOBEPROCESSING.COM INC.", FILED IN THIS OFFICE ON THE THIRD
DAY OF DECEMBER, A.D. 2014, AT 11:13 O`CLOCK A.M.

Jeffrey W. Bullock, Secretary of State

5650595  8100
SR# 20172538726

You may verify this certificate online at corp.delaware gov/authver.shtml

Authentication: 202503355
Date: 05-08-17

**PX 64**

**FTC-MOBE-004134**

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 11:13 AM 12/03/2014*
*FILED 11:13 AM 12/03/2014*
*SRV 141480223 - 5650595 FILE*

## STATE OF DELAWARE
## CERTIFICATE OF INCORPORATION
## A STOCK CORPORATION

1. **Name.** The name of the corporation is MOBEPROCESSING.COM, INC.

2. **Registered Agent.** The name and address of the registered agent of the corporation is **The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, New Castle County.**

3. **Purpose.** The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

4. **Stock.** The total number of shares and par value of stock which the corporation shall be authorized to issue are 1,000 shares of common stock without par value.

5. **Board of Directors.** The powers, preferences and rights and the qualifications, limitations or restrictions of the corporation shall be determined by the board of directors.

6. **Incorporator.** The name and address of the incorporator is as follows: Carl J. Harris, Attorney at Law, 5535 Fredericksburg Road, Suite 110, San Antonio, Texas 78229.

7. **Bylaws.** The shareholders shall have the power to adopt, amend, or repeal by by-laws.

8. **Limited Liability.** No director shall be personally liable to the corporation or its stockholders for monetary damages for any breach of fiduciary duty by such director as a director. Notwithstanding the foregoing sentence, a director shall be liable to the extent provided by applicable law, (i) for breach of the director's duty of loyalty to the Corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) pursuant to Section 174 of the Delaware General Corporation Law or (iv) for any transaction from which the director derived an improper personal benefit. No amendment to or repeal of this Article Eighth shall apply to or have any effect on the liability or alleged liability of any director of the Corporation for or with respect to any acts or omissions of such director occurring prior to such amendment.

IN WITNESS WHEREOF, the undersigned, being the incorporator herein before named, has executed signed and acknowledged this Certificate of Incorporation this 3rd day of December, 2014.

Carl J. Harris,
Attorney at Law

**PX 64**   **FTC-MOBE-004135**



# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND

CORRECT COPY OF THE ANNUAL REPORT OF "MOBEPROCESSING.COM,

INC." AS FILED IN THIS OFFICE.

*Jeffrey W. Bullock, Secretary of State*

5650595  8200
SR# 20172538726

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202503429
Date: 05-08-17

**PX 64**

**FTC-MOBE-004136**

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| MOBEPROCESSING.COM, INC. | 2014 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5650595 | 2014/12/03 | 2015/03/02 |

**PRINCIPAL PLACE OF BUSINESS**
1209 Orange Street

**PHONE NUMBER**
800/677-3394

Wilmington DE 19801 United States

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY

**AGENT NUMBER**
9000010

CORPORATION TRUST CENTER
1209 ORANGE ST

WILMINGTON            DE 19801

### AUTHORIZED STOCK

| BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2014/12/03 | | COMMON | 1,000 | |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| Matthew Lloyd McPhee | | |
| 1209 Orange Street | | Pres/Sec/Treas |
| Wilmington DE 19801 United States | | |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| Matthew Lloyd McPhee | |
| 1209 Orange Street | |
| Wilmington DE 19801 United States | |

=====================================================================

**Total number of directors:1**

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)**              **DATE**          **TITLE**
Matthew Lloyd McPhee

1209 Orange Street                                        Pres/Sec/Treas/Dir
                                                          2015-03-03

Wilmington DE 19801 United States

## PX 64

FTC-MOBE-004137



# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND
CORRECT COPY OF THE ANNUAL REPORT OF "MOBEPROCESSING.COM,
INC." AS FILED IN THIS OFFICE.

Jeffrey W. Bullock, Secretary of State

5650595  8200
SR# 20172538726

Authentication: 202503428
Date: 05-08-17

**PX 64**

**FTC-MOBE-004138**

# State of Delaware

## Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| MOBEPROCESSING.COM, INC. | | 2015 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5650595 | 2014/12/03 | |

**PRINCIPAL PLACE OF BUSINESS**
1209 ORANGE STREET
WILMINGTON, DE 19801

**PHONE NUMBER**
(800)677-3394

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE 19801

**AGENT NUMBER**
9000010

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2014/12/03 | | COMMON | 1,000 | .0000000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| | MATTHEW LLOYD MCPHEE | 1209 ORANGE STREET<br>WILMINGTON, DE 19801 | PRES/SEC/T<br>REAS |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| MATTHEW | LLOYD MCPHEE | 1209 ORANGE STREET<br>WILMINGTON, DE 19801 |

*NOTICE:* Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)**
MATTHEW LLOYD MCPHEE
1209 ORANGE STREET
WILMINGTON, DE 19801 US

**DATE**
2016/02/29

**TITLE**
PRES/SEC/TREAS/
DIR

**PX 64**

FTC-MOBE-004139



# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "MOBEPROCESSING.COM, INC." AS FILED IN THIS OFFICE.

Jeffrey W. Bullock, Secretary of State

5650595  8200
SR# 20172538726

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202503427
Date: 05-08-17

**PX 64**

**FTC-MOBE-004140**