# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| MOBEPROCESSING.COM, INC. | 2016 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5650595 | 2014/12/03 | |

**PRINCIPAL PLACE OF BUSINESS**
1209 ORANGE STREET
WILMINGTON, DE 19801

**PHONE NUMBER**
(800)677-3394

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE 19801

**AGENT NUMBER**
9000010

| AUTHORIZED STOCK | | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | | | |
| 2014/12/03 | | COMMON | 1,000 | .0000000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| MATTHEW LLOYD MCPHEE | 1209 ORANGE STREET WILMINGTON, DE 19801 | PRES/SEC/TREAS |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| MATTHEW LLOYD MCPHEE | 1209 ORANGE STREET WILMINGTON, DE 19801 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| MATTHEW LLOYD MCPHEE 1209 ORANGE STREET WILMINGTON, DE 19801 US | 2017/02/23 | PRES/SEC/TREAS/ DIRECTOR |

## PX 64

FTC-MOBE-004141



Page 1

## The First State

    I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY "MOBEPROCESSING.COM, INC." IS DULY

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD

STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS

OF THIS OFFICE SHOW, AS OF THE EIGHTH DAY OF MAY, A.D. 2017.

Jeffrey W. Bullock, Secretary of State

5650595  8300

SR# 20172538726

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202503377

Date: 05-08-17

**PX 64**

**FTC-MOBE-004142**



# Delaware

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "MOBETRAINING.COM, INC.", FILED IN THIS OFFICE ON THE TWENTIETH DAY OF NOVEMBER, A.D. 2015, AT 4:21 O`CLOCK P.M.*



Jeffrey W. Bullock, Secretary of State

5886257  8100
SR# 20172538726

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202503397
Date: 05-08-17

**PX 65**

**FTC-MOBE-004143**

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:21 PM 11/20/2015
FILED 04:21 PM 11/20/2015
SR 20151021621 - File Number 5886257

# STATE OF DELAWARE
## CERTIFICATE OF INCORPORATION
### A STOCK CORPORATION

1. **Name.** The name of the corporation is **MobeTraining.com, Inc.**

2. **Registered Agent.** The name and address of the registered agent of the corporation is **The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, New Castle County.**

3. **Purpose.** The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

4. **Stock.** The total number of shares and par value of stock which the corporation shall be authorized to issue are 1,000 shares of common stock without par value, of which 100 shares of the common stock shall have voting rights and 900 shares of the common stock shall have no voting rights.

5. **Board of Directors.** The powers, preferences and rights and the qualifications, limitations or restrictions of the corporation shall be determined by the board of directors.

6. **Incorporator.** The name and address of the incorporator is as follows: Carl J. Harris, Attorney at Law, 5535 Fredericksburg Road, Suite 110, San Antonio, Texas 78229.

7. **Bylaws.** The shareholders shall have the power to adopt, amend, or repeal by-laws by the vote of all the shareholders entitled to vote.

8. **Amendment.** This Certificate of Incorporation may only be amended by the vote of all the shareholders entitled to vote.

9. **Limited Liability.** No director shall be personally liable to the corporation or its stockholders for monetary damages for any breach of fiduciary duty by such director as a director. Notwithstanding the foregoing sentence, a director shall be liable to the extent provided by applicable law, (i) for breach of the director's duty of loyalty to the Corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) pursuant to Section 174 of the Delaware General Corporation Law or (iv) for any transaction from which the director derived an improper personal benefit. No amendment to or repeal of this Article Eighth shall apply to or have any effect on the liability or alleged liability of any director of the Corporation for or with respect to any acts or omissions of such director occurring prior to such amendment.

IN WITNESS WHEREOF, the undersigned, being the incorporator herein before named, has executed signed and acknowledged this Certificate of Incorporation on November 20, 2015.

Carl J. Harris,
Attorney at Law

**PX 65**

FTC-MOBE-004144



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "MOBETRAINING.COM, INC." AS FILED IN THIS OFFICE.



Jeffrey W. Bullock, Secretary of State

5886257  8200
SR# 20172538726

Authentication: 202503388
Date: 05-08-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

## PX 65

**FTC-MOBE-004145**

# State of Delaware

# Amended Annual Franchise Tax Report

| CORPORATION NAME | | | | TAX YR. |
|---|---|---|---|---|
| MOBETRAINING.COM, INC. | | | | 2015 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | | |
|---|---|---|---|---|
| 5886257 | 2015/11/20 | | | |

**PRINCIPAL PLACE OF BUSINESS**
1209 ORANGE STREET
WILMINGTON, DE 19801

**PHONE NUMBER**
(713)332-3754

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE 19801

**AGENT NUMBER**
9000010

| AUTHORIZED STOCK | | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | | | |
| 2015/11/20 | | COMMON | 1,000 | .0000000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| MATTHEW LLOYD MCPHEE | 1209 ORANGESTREET WILMINGTON, DE 19801 | SECRETARY |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP | |
|---|---|---|
| MATTHEW LLOYD MCPHEE | 1209 ORANGE STREET WILMINGTON, DE 19801 | |

*NOTICE:* Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)**
MATTHEW LLOYD MCPHEE
1209 ORANGE STREET
WILMINGTON, DE 19801 US

| DATE | TITLE |
|---|---|
| 2016/02/29 | SEC/DIR |

**PX 65**

FTC-MOBE-004146



# Delaware

### The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE ANNUAL REPORT OF "MOBETRAINING.COM, INC." AS FILED IN THIS OFFICE.



Jeffrey W. Bullock, Secretary of State

5886257  8200
SR# 20172538726

Authentication: 202503387
Date: 05-08-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

**PX 65**

**FTC-MOBE-004147**

# *State of Delaware*

# *Annual Franchise Tax Report*

| CORPORATION NAME | TAX YR. |
|---|---|
| MOBETRAINING.COM, INC. | 2016 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5886257 | 2015/11/20 | |

**PRINCIPAL PLACE OF BUSINESS**
1209 ORANGE STREET
WILMINGTON, DE 19801

**PHONE NUMBER**
(713)332-3754

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE  19801

**AGENT NUMBER**
9000010

| AUTHORIZED STOCK | | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | | | |
| 2015/11/20 | | COMMON | 1,000 | .0000000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| MATTHEW LLOYD MCPHEE | 1209 ORANGE STREET<br>WILMINGTON, DE 19801 | SECRETARY |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| MATTHEW LLOYD MCPHEE | 1209 ORANGE STREET<br>WILMINGTON, DE 19801 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| MATTHEW LLOYD MCPHEE<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 US | 2017/02/23 | SECRETARY/DIRECTOR |

**PX 65**

FTC-MOBE-004148



Page 1

## The First State

    *I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "MOBETRAINING.COM, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTH DAY OF MAY, A.D. 2017.*

Jeffrey W. Bullock, Secretary of State

5886257  8300

SR# 20172538726

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202503406

Date: 05-08-17

**PX 65**

**FTC-MOBE-004149**



# Delaware

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF AMENDMENT OF "STAFF TALENT

INTERNATIONAL, INC.", CHANGING ITS NAME FROM "STAFF TALENT

INTERNATIONAL, INC." TO "TRANSACTION MANAGEMENT USA, INC.",

FILED IN THIS OFFICE ON THE FIRST DAY OF MAY, A.D. 2017, AT

11:05 O`CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

5886244  8100
SR# 20177794292

Authentication: 201993490
Date: 01-18-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

## PX 66

**FTC-MOBE-004150**

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:05 AM 05/01/2017
FILED 11:05 AM 05/01/2017
SR 20172930058 - File Number 5886244

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT
## OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware does hereby certify:

FIRST: That at a meeting of the Board of Directors of
STAFF TALENT INTERNATIONAL, INC.

resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

RESOLVED, that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered "1 " so that, as amended, said Article shall be and read as follows:

The name of the Corporation is Transaction Management USA, Inc.

SECOND: That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

THIRD: That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

IN WITNESS WHEREOF, said corporation has caused this certificate to be signed this 25th day of April , 20 17 .

By: _matt murphy_
Authorized Officer

Title: President

Name: Matthew Lloyd McPhee
Print or Type

FTC-MOBE-004151

# State of Delaware

# Annual Franchise Tax Report

| CORPORATION NAME | | TAX YR. |
|---|---|---|
| STAFF TALENT INTERNATIONAL, INC. | | 2016 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 5886244 | 2015/11/20 | |

**PRINCIPAL PLACE OF BUSINESS**
1209 ORANGE STREET
WILMINGTON, DE 19801

**PHONE NUMBER**
(713)332-3754

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE  19801

**AGENT NUMBER**
9000010

**AUTHORIZED STOCK**

| BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2015/11/20 | | COMMON | 100 | .0000000000 |
| | | COMMON | 900 | .0000000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| MATTHEW | LLOYD MCPHEE | 1209 ORANGE STREET WILMINGTON, DE 19801 | SECRETARY |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP |
|---|---|---|
| MATTHEW LLOYD MCPHEE | | 1209 ORANGE STREET WILMINGTON, DE 19801 |

*NOTICE: Pursuant to 8 Del. C. 502(b). If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)**
MATTHEW   LLOYD MCPHEE
1209 ORANGE STREET
WILMINGTON, DE 19801 US

**DATE**
2017/02/23

**TITLE**
SECRETARY/DIREC TOR

## PX 66

FTC-MOBE-004152

# Delaware

## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TRANSACTION MANAGEMENT USA, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE EIGHTEENTH DAY OF JANUARY, A.D. 2018.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TRANSACTION MANAGEMENT USA, INC." WAS INCORPORATED ON THE TWENTIETH DAY OF NOVEMBER, A.D. 2015.

Jeffrey W. Bullock, Secretary of State

5886244  8300

SR# 20177794292

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 201993472

Date: 01-18-18

## PX 66

FTC-MOBE-004153



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF INCORPORATION OF "STAFF TALENT

INTERNATIONAL, INC.", FILED IN THIS OFFICE ON THE TWENTIETH DAY

OF NOVEMBER, A.D. 2015, AT 4:10 O`CLOCK P.M.



5886244  8100
SR# 20177794292

Authentication: 201993491
Date: 01-18-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

## PX 66

**FTC-MOBE-004154**

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:10 PM 11/20/2015
FILED 04:10 PM 11/20/2015
SR 20151021258 - File Number 5886244

## STATE OF DELAWARE
## CERTIFICATE OF INCORPORATION
## A STOCK CORPORATION

1. **Name.** The name of the corporation is **STAFF TALENT INTERNATIONAL, INC.**

2. **Registered Agent.** The name and address of the registered agent of the corporation is The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, New Castle County.

3. **Purpose.** The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

4. **Stock.** The total number of shares and par value of stock which the corporation shall be authorized to issue are 1,000 shares of common stock without par value, of which 100 shares of the common stock shall have voting rights and 900 shares of the common stock shall have no voting rights.

5. **Board of Directors.** The powers, preferences and rights and the qualifications, limitations or restrictions of the corporation shall be determined by the board of directors.

6. **Incorporator.** The name and address of the incorporator is as follows: Carl J. Harris, Attorney at Law, 5535 Fredericksburg Road, Suite 110, San Antonio, Texas 78229.

7. **Bylaws.** The shareholders shall have the power to adopt, amend, or repeal by-laws by the vote of all the shareholders entitled to vote.

8. **Amendment.** This Certificate of Incorporation may only be amended by the vote of all the shareholders entitled to vote.

9. **Limited Liability.** No director shall be personally liable to the corporation or its stockholders for monetary damages for any breach of fiduciary duty by such director as a director. Notwithstanding the foregoing sentence, a director shall be liable to the extent provided by applicable law, (i) for breach of the director's duty of loyalty to the Corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) pursuant to Section 174 of the Delaware General Corporation Law or (iv) for any transaction from which the director derived an improper personal benefit. No amendment to or repeal of this Article Eighth shall apply to or have any effect on the liability or alleged liability of any director of the Corporation for or with respect to any acts or omissions of such director occurring prior to such amendment.

IN WITNESS WHEREOF, the undersigned, being the incorporator herein before named, has executed signed and acknowledged this Certificate of Incorporation on November 20, 2015.

Carl J. Harris,
Attorney at Law



# Search for an Enterprise in the Register

## Information of a corporation in the Enterprise Register

Information as of 2017-04-06 4:31:49 p.m.

## Information

### Identification of the Enterprise

| | |
|---|---|
| Quebec enterprise number (NEQ) | 1171564231 |
| Name | 9336-0311 Québec inc. |

### Home Address

| | |
|---|---|
| Address | 2500-1751 rue Richardson<br>Montréal (Québec) H3K 1G6<br>Canada |

### Elected Residence

| | |
|---|---|
| Last name | Gervais |
| First name | Alain |

| | |
|---|---|
| Address | 2500-1751 rue Richardson<br>Montréal (Québec) H3K 1G6<br>Canada |

### Registration

| | |
|---|---|
| Date of registration | 2016-01-26 |
| Status | Registered |
| Date of updated status | 2016-01-26 |
| End date of existence | End date of existence is not declared in the Register. |

### Legal Form

| | |
|---|---|
| Legal form | Corporation or company |
| Date of incorporation | Constitution 2016-02-01 |

**PX 67**

**FTC-MOBE-004156**

| Constituent system | QUÉBEC: Business Corporations Act (RLRQ, C. S-31.1) |
| | QUÉBEC: Business Corporations Act (RLRQ, C. S-31.1) |

### Update Dates

| Update date of the information | 2016-04-22 |
| Date of last declaration of update | No annual statement of update has been produced to date. |
| End date of the production period of the annual declaration update of 2017 | 2018-07-01 |

### Bankruptcy

The company is not in bankruptcy.

### Merger and Split

No merger or split has been declared.

### Continuation and Further Processing

No continuation or further processing has been declared.

### Liquidation or Dissolution

No intention of liquidation or dissolution has been declared.

### Economic Activity and Number of Salaried Employees

### 1st Activity Sector

| Industry code (EAC) | 8591 |
| Activity | Other education services |
| Details (optional) | Digital and live business education seminar |

### 2nd Activity Sector

No information had been declared.

### Number of Salaried Employees

Number of employees in Quebec

None

**Unanimous agreement, shareholders, directors, officers and powers of attorney**

PX 67

FTC-MOBE-004157

**Shareholders**

**First shareholder**

The first shareholder is majority.

Last name                                        Lloyd McPhee

First name                                       Matthew

Address                                          B1-12-1 Soho Suites KLCC Kuala Lumpur Malaysia

**Unanimous Shareholders Agreement**

There is no unanimous shareholders agreement.

**List of Administrators**

Last name                                        Lloyd McPhee

First name                                       Matthew

Start date of the charge                         2016-02-01

End date of the charge

Current functions                                President, Secretary

Address                                          B1-12-1 Soho Suites KLCC Kuala Lumpur Malaysia

**Non-member Board Directors**

No non-member board directors have been declared.

**Power of Attorney**

No powers of attorney have been declared.

**Administrators of the Property of Others**

No administrators of the property of others have been declared.

## Establishments

No establishments have been declared.

**Documents in Progress**

No documents are currently being processed by the Registrar of Companies.

## Document Index

**Saved Documents**

**PX 67**

FTC-MOBE-004158

| Document Type | Registration Filing Date |
|---|---|
| Declaration of current update | 2016-04-22 |
| Declaration of current update | 2016-03-17 |
| Initial declaration | 2016-01-26 |
| Certificate of incorporation | 2016-01-26 |

## Names Index

| Date of names index update | 2016-04-22 |
|---|---|

### Name

| Name | Versions of the Name in Other Languages | Date of Name Declaration | Date of declaration of Name Withdrawal | Situation |
|---|---|---|---|---|
| 9336-0311 Québec inc. | | 2016-02-01 | | In force |

### Other names used in Quebec

| Other name | Versions of the Name in Other Languages | Date of Name Declaration | Date of Declaration of Name Withdrawal | Situation |
|---|---|---|---|---|
| Business training | Business Education Training | 2016-04-22 | | In force |
| Business training | Business Education Program | 2016-03-17 | 2016-04-22 | Previous |

© Gouvernement du Québec

Québec ⊞

**PX 67**

FTC-MOBE-004159



# Search for an Enterprise in the Register

## Information of a corporation in the Enterprise Register

Information as of 2017-04-06 4:31:49 p.m.

## Information

### Identification of the Enterprise

| | |
|---|---|
| Quebec enterprise number (NEQ) | 1171564231 |
| Name | 9336-0311 Québec inc. |

### Home Address

| | |
|---|---|
| Address | 2500-1751 rue Richardson<br>Montréal (Québec) H3K 1G6<br>Canada |

### Elected Residence

| | |
|---|---|
| Last name | Gervais |
| First name | Alain |

| | |
|---|---|
| Address | 2500-1751 rue Richardson<br>Montréal (Québec) H3K 1G6<br>Canada |

### Registration

| | |
|---|---|
| Date of registration | 2016-01-26 |
| Status | Registered |
| Date of updated status | 2016-01-26 |
| End date of existence | End date of existence is not declared in the Register. |

### Legal Form

| | |
|---|---|
| Legal form | Corporation or company |
| Date of incorporation | Constitution 2016-02-01 |

**PX 68**

**FTC-MOBE-004160**

| Constituent system | QUÉBEC: Business Corporations Act (RLRQ, C. S-31.1) |
| | QUÉBEC: Business Corporations Act (RLRQ, C. S-31.1) |

## Update Dates

| Update date of the information | 2016-04-22 |
| Date of last declaration of update | No annual statement of update has been produced to date. |
| End date of the production period of the annual declaration update of 2017 | 2018-07-01 |

## Bankruptcy

The company is not in bankruptcy.

## Merger and Split

No merger or split has been declared.

## Continuation and Further Processing

No continuation or further processing has been declared.

## Liquidation or Dissolution

No intention of liquidation or dissolution has been declared.

## Economic Activity and Number of Salaried Employees

### 1st Activity Sector

| Industry code (EAC) | 8591 |
| Activity | Other education services |
| Details (optional) | Digital and live business education seminar |

### 2nd Activity Sector

No information had been declared.

### Number of Salaried Employees

Number of employees in Quebec

None

**Unanimous agreement, shareholders, directors, officers and powers of attorney**

PX 68

FTC-MOBE-004161

Revenu Québec (Québec Tax Authority) Information of a Corporation in the Enterprise Register       Page 3 of 4

### Shareholders

**First shareholder**
The first shareholder is majority.

| | |
|---|---|
| Last name | Lloyd McPhee |
| First name | Matthew |
| Address | B1-12-1 Soho Suites KLCC Kuala Lumpur Malaysia |

### Unanimous Shareholders Agreement

There is no unanimous shareholders agreement.

### List of Administrators

| | |
|---|---|
| Last name | Lloyd McPhee |
| First name | Matthew |
| Start date of the charge | 2016-02-01 |
| End date of the charge | |
| Current functions | President, Secretary |
| Address | B1-12-1 Soho Suites KLCC Kuala Lumpur Malaysia |

### Non-member Board Directors

No non-member board directors have been declared.

### Power of Attorney

No powers of attorney have been declared.

### Administrators of the Property of Others

No administrators of the property of others have been declared.

## Establishments

No establishments have been declared.

### Documents in Progress

No documents are currently being processed by the Registrar of Companies.

## Document Index

### Saved Documents

**PX 68**

FTC-MOBE-004162

| Document Type | Registration Filing Date |
|---|---|
| Declaration of current update | 2016-04-22 |
| Declaration of current update | 2016-03-17 |
| Initial declaration | 2016-01-26 |
| Certificate of incorporation | 2016-01-26 |

## Names Index

| Date of names index update | 2016-04-22 |
|---|---|

### Name

| Name | Versions of the Name in Other Languages | Date of Name Declaration | Date of declaration of Name Withdrawal | Situation |
|---|---|---|---|---|
| 9336-0311 Québec inc. | | 2016-02-01 | | In force |

### Other names used in Quebec

| Other name | Versions of the Name in Other Languages | Date of Name Declaration | Date of Declaration of Name Withdrawal | Situation |
|---|---|---|---|---|
| Business training | Business Education Training | 2016-04-22 | | In force |
| Business training | Business Education Program | 2016-03-17 | 2016-04-22 | Previous |

© Gouvernement du Québec

Québec ⊞

PX 68

FTC-MOBE-004163



# Certification of Translation Accuracy

**Date:** 17 May 2018
**Certification Number:** CTA34476
**ISO 9001:2008 Certification Number:** 14820/A/0001/UK/En

**Prisma Project Number:** 34476

**Client:** US Federal Trade Commission

**Project:** BCP Business Education Training

**Source language(s):**                    French (France) [FR-FR]

**Target language(s) certified herein:**    English (US) [EN-US]

**Document(s) certified herein:**    Business Education Training___www.registreentreprises.gouv.qc.pdf

**To whom it may concern:**
This letter certifies that translation of the above-referenced document(s) has been carried out by Prisma International according to the quality Project Plan Workflow as contracted, and as such, represents a true and accurate rendering of the source document(s).

This letter verifies that all steps in the Project Plan Workflow have been completed, with a copy of the original Project Plan Workflow archived at Prisma International for a minimum of three years from the date on this certification.

Any questions may be directed to our office by phone (612) 338-1500 or e-mail certifications@prisma.com.

Kristine Mitchell
Prisma International Project Management Team

**FTC-MOBE-004164**



**ASIC**
Australian Securities & Investments Commission

**Australian Company**

MATTLLOYDPUBLISHING.COM PTY LTD
ACN 162 580 770

Extracted from ASIC's database at AEST 06:57:13 on 25/05/2018

| Company Summary | |
|---|---|
| Name: | MATTLLOYDPUBLISHING.COM PTY LTD |
| ACN: | 162 580 770 |
| ABN: | 51 162 580 770 |
| Registration Date: | 26/02/2013 |
| Next Review Date: | 26/02/2019 |
| | |
| Status: | Registered |
| Type: | Australian Proprietary Company, Limited By Shares |
| Locality of Registered Office: | CARLISLE WA 6101 |
| Regulator: | Australian Securities & Investments Commission |

Further information relating to this organisation may be purchased from ASIC.

 **ABN Lookup**

# Current details for ABN 51 162 580 770

## ABN details

| | |
|---|---|
| **Entity name:** | MATTLLOYDPUBLISHING.COM PTY LTD |
| **ABN status:** | Active from 26 Feb 2013 |
| **Entity type:** | Australian Private Company |
| **Goods & Services Tax (GST):** | Registered from 26 Feb 2013 |
| **Main business location:** | WA 6101 |

## ASIC registration - ACN or ARBN

162 580 770 View record on the ASIC website

## Deductible gift recipient status

Not entitled to receive tax deductible gifts

**ABN last updated:** 03 Sep 2013                    **Record extracted:** 25 May 2018

## Disclaimer

The Registrar makes every reasonable effort to maintain current and accurate information on this site. The Commissioner of Taxation advises that if you use ABN Lookup for information about another entity for taxation purposes and that information turns out to be incorrect, in certain circumstances you will be protected from liability. For more information see **disclaimer**.

**PX 69**                    FTC-MOBE-004166

# Companies House

**BETA** This is a trial service — your feedback (https://www.research.net/r/chbeta) will help us to improve it.

Search for companies or officers

# MOBE PRO LIMITED

Company number **09763289**

Registered office address
　　Third Floor, 207 Regent Street, London, United Kingdom, W1B 3HH

Company status
　　Active — Active proposal to strike off

Company type
　　Private limited Company

Incorporated on
　　4 September 2015

## Accounts

Next accounts made up to **30 September 2017**
due by **30 June 2018**

Last accounts made up to **30 September 2016**

## Confirmation statement overdue

Next statement date **29 November 2017**
due by **13 December 2017**

Last statement dated **29 November 2016**

## Nature of business (SIC)

- 85590 - Other education not elsewhere classified

Is there anything wrong with this page?

**PX 70**          **FTC-MOBE-004167**

## Companies House

**BETA** This is a trial service — your <u>feedback (https://www.research.net/r/chbeta)</u> will help us to improve it.

Search for companies or officers

# MOBE PRO LIMITED

Company number **09763289**

| Date | Type | Description | View / Download |
|------|------|-------------|-----------------|
| 14 Apr 2018 | DISS16 (SOAS) | **Compulsory strike-off action has been suspended** | (1 page) |
| 20 Feb 2018 | GAZ1 | **First Gazette** notice for compulsory strike-off | (1 page) |
| 18 May 2017 | AA | **Accounts for a dormant company** made up to 30 September 2016 | (2 pages) Download iXBRL (https://beta.companieshouse.gov.uk/company/09763289/filing-history/MzE3NjA2NjA4M2FkaXF6a2N4/document?format=xhtml&download=1) |
| 30 Nov 2016 | CS01 | **Confirmation statement** made on 29 November 2016 with updates | (5 pages) |
| 23 Nov 2016 | DISS40 | **Compulsory strike-off action has been discontinued** | (1 page) |
| 22 Nov 2016 | GAZ1 | **First Gazette** notice for compulsory strike-off | (1 page) |
| 04 Sep 2015 | NEWINC | **Incorporation** Statement of capital on 2015-09-04 | (22 pages) |

  • GBP 1

  • MODEL ARTICLES - **Model articles adopted (Amended Provisions)**

Is there anything wrong with this page?

**PX 70**                    FTC-MOBE-004168

**File Copy**



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

## Company Number  **9763289**

The Registrar of Companies for England and Wales, hereby certifies that

MOBE PRO LIMITED

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **4th September 2015**



*N09763289V*

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006



Companies House     **PX 70**



FTC-MOBE-004168


Companies House

# IN01(ef)

## Application to register a company

*Received for filing in Electronic Format on the:* **03/09/2015**

X4F5GNNK

*Company Name in full:*   **MOBE PRO LIMITED**

*Company Type:*   **Private limited by shares**

*Situation of Registered Office:*   **England and Wales**

*Proposed Register Office Address:*   **THIRD FLOOR 207 REGENT STREET**
**LONDON**
**UNITED KINGDOM**
**W1B 3HH**

*I wish to partially adopt the following model articles:*   **Private (Ltd by Shares)**

*Company Director   1*

*Type:*                    **Person**

*Full forename(s):*        **MATTHEW**

*Surname:*                 **MCPHEE**

*Former names:*

*Service Address:*         **B1-28-8, SOHO SUITES**
                           **KLCC NO. 20 JALAN PERAK**
                           **KUALA LUMPUR**
                           **MALAYSIA**
                           **50450**

*Country/State Usually Resident:*   **MALAYSIA**

*Date of Birth:* **28/01/1987**          *Nationality:* **AUSTRALIAN**
*Occupation:*    **CEO**

*Consented to Act:* **Y**      *Date authorised:* **04/09/2015**    *Authenticated:* **YES**

---

**PX 70**          **FTC-MOBE-004171**

## Statement of Capital   (Share Capital)

| **Class of shares** | **ORDINARY £1** | *Number allotted* | 1 |
| | | *Aggregate nominal value* | 1 |
| *Currency* | **GBP** | *Amount paid per share* | 1 |
| | | *Amount unpaid per share* | 0 |

*Prescribed particulars*
**1 SHARE = 1 VOTE, EACH HAVING RIGHTS TO DIVIDENDS**

## Statement of Capital   (Totals)

| *Currency* | **GBP** | *Total number of shares* | 1 |
| | | *Total aggregate nominal value* | 1 |

**PX 70**   **FTC-MOBE-004172**

## Initial Shareholdings

*Name:* **MATTHEW MCPHEE**

*Address:* **B1-28-8, SOHO SUITES KLCC NO. 20** *Class of share:*  **ORDINARY £1**
**JALAN PERAK**
**KUALA LUMPUR**
**MALAYSIA**       *Number of shares:* **1**
**50450**            *Currency:*    **GBP**

                 *Nominal value of* **1**
                 *each share:*

                 *Amount unpaid:* **0**
                 *Amount paid:*  **1**

**PX 70**     **FTC-MOBE-004173**

## Statement of Compliance

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*Name:* **MATTHEW MCPHEE**

*Authenticated:* **YES**

## *Authorisation*

*Authoriser Designation:* **subscriber**          *Authenticated:* **Yes**

**PX 70**          **FTC-MOBE-004174**

**THE COMPANIES ACT 2006**

**PRIVATE COMPANY HAVING A SHARE CAPITAL**

**MEMORANDUM OF ASSOCIATION**

**of**

**MOBE Pro Limited**

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share.

Matthew McPhee

Dated this 3rd day of September 2015

**PX 70**

THE COMPANIES ACT 2006

PRIVATE COMPANY HAVING A SHARE CAPITAL

ARTICLES OF ASSOCIATION

of

MOBE Pro Limited

1    **Defined terms**

1.1    In these articles, unless the context requires otherwise:

**Allocation Notice** has the meaning given to that term in Article 37.12;

**appointor** has the meaning given to that term in Article 16.1;

**articles** means the company's articles of association for the time being in force;

**Articles** means the articles of association set out in this document, which, together with the Model Articles (as modified or excluded by this document) forming part of the articles, and **Article** shall be construed accordingly;

**Buyer** has the meaning given to that term in Article 37.12;

**call** has the meaning given to that term in Article 25.1;

**call notice** has the meaning given to that term in Article 25.1;

**call payment date** has the meaning given to that term in Article 28.2.1;

**company's lien** has the meaning given to that term in Article 23;

**Clear Days** means (in relation to the period of a notice) that period excluding the day when the notice is given or deemed to be given and the day for which it is given or on which it is to take effect;

**Conflict** has the meaning given to that term in Article 11.2;

**conflicted director** means a director who has, or could have, a Conflict in a situation involving the company and consequently whose vote is not to be counted in any vote to authorise such Conflict and who is not to be counted as participating in the quorum for the meeting (or part of the meeting) at which such matter is to be voted upon;

**corporate representative** has the meaning given to that term in Article 54;

**Excess Securities** has the meaning given to that term in Article 21.3.2;

**Excess Shares** has the meaning given to that term in Article 37.11.1;

**holder** in relation to shares means the person whose name is entered in the register of members as the holder of the shares or, in the case of a share in respect of which a share warrant has been issued (and not cancelled), the person in possession of that warrant;

**lien enforcement notice** has the meaning given to that term in Article 24;

**Market Value** has the meaning given to that term in Article 37.4.1;

**Model Articles** means the model articles for private companies limited by shares contained in Schedule 1 of the Companies (Model Articles) Regulations 2008 (SI 2009/3229) as amended prior to the date of adoption of these articles;

**non-conflicted director** means any director who is not a conflicted director;

**Offer Notice** has the meaning given to that term in Article 37.10;

**partly-paid** in relation to a share means that part of that share's nominal value or any premium at which it was issued has not been paid to the company;

**Proposed Sale Price** has the meaning given to that term in Article 37.2.3;

**proxy notification address** has the meaning given to that term in Article 53.1;

**relevant officer** has the meaning given to that term in Articles 58.3.2 or 59.2.1, as the case may be;

**relevant loss** has the meaning given to that term in Article 59.2.2;

**relevant rate** has the meaning given to that term in Article 28.2.2;

**Sale Price** has the meaning given to that term in Article 37.4;

**Sale Shares** has the meaning given to that term in Article 37.2.1 and **Sale Share** shall be construed accordingly;

**Seller** has the meaning given to that term in Article 37.1;

**Total Transfer Condition** has the meaning given to that term in Article 37.2.5;

**transfer** or **transferring** has the meaning given to those terms respectively in Article 36.1;

**Transfer Notice** has the meaning given to that term in Article 37.1;

**United Kingdom** means Great Britain and Northern Ireland;

1.1    Save as otherwise specifically provided in these Articles, words and expressions which have particular meanings in the Model Articles shall have the same meanings in these Articles, subject to which and unless the context

otherwise requires, words and expressions which have particular meanings in the Companies Act 2006 as in force on the date when these Articles become binding on the company shall have the same meanings in these Articles.

1.2 Headings in these Articles are used for convenience only and shall not affect the construction or interpretation of these Articles.

1.3 Unless expressly provided otherwise, a reference to a statute, statutory provision or subordinate legislation is a reference to it as it is in force from time to time and shall include any orders, regulations or subordinate legislation from time to time made under it and any amendment or re-enactment of it or any such orders, regulations or subordinate legislation for the time being in force.

1.4 Any phrase introduced by the terms "including", "include", "in particular" or any similar expression shall be construed as illustrative and shall not limit the sense of the words preceding those terms.

1.5 The Model Articles shall apply to the company, except in so far as they are modified or excluded by these Articles.

1.6 Articles 7, 8, 11(2) and (3), 13, 14(1) to (4) inclusive, 17(2), 19(5), 21, 26(5), 44(4), 45(1), 46(3), 52 and 53 of the Model Articles shall not apply to the company.

## 2   Directors' general authority

Article 3 of the Model Articles shall be amended by the insertion of the words "and to the applicable provisions for the time being of the Companies Acts", after the phrase "subject to the articles".

## 3   Change of Company name

Without prejudice to the generality of Article 2, the directors may resolve in accordance with Article 5 to change the Company's name.

## 4   Committees

Where a provision of the articles refers to the exercise of a power, authority or discretion by the directors and that power, authority or discretion has been delegated by the directors to a committee, the provision shall be construed as permitting the exercise of power, authority or discretion by the committee.

## 5   Directors to take decisions collectively

5.1 The general rule about decision-making by directors is that any decision of the directors must be taken as a majority decision at a meeting or as a directors' written resolution in accordance with Article 8 (Directors' written resolutions) or otherwise as a unanimous decision taken in accordance with Article 7 (Unanimous decisions).

5.2 If:
5.2.1 the company only has one director for the time being, and
5.2.1 no provision of the articles requires it to have more than one director,
the general rule does not apply, and the director may (for so long as he remains the sole director) take decisions without regard to any of the provisions of the articles relating to directors' decision-making.

5.3 Subject to the articles, each director participating in a directors' meeting has one vote.

## 6   Directors' written resolutions

6.1 Any director may propose a directors' written resolution by giving notice in writing of the proposed resolution to each of the other directors (including alternate directors).

6.2 If the company has appointed a company secretary, the company secretary must propose a directors' written resolution if a director so requests by giving notice in writing to each of the other directors (including alternate directors).

6.3 Notice of a proposed directors' written resolution must indicate:
6.3.1 the proposed resolution; and
6.3.2 the time by which it is proposed that the directors should adopt it.

6.4 A proposed directors' written resolution is adopted when a majority of the non-conflicted directors (or their alternates) have signed one or more copies of it, provided that those directors  (or their alternates) would have formed a quorum at a directors' meeting were the resolution to have been proposed at such meeting.

6.5 Once a directors' written resolution has been adopted, it must be treated as if it had been a decision taken at a directors' meeting in accordance with the articles.

## 7   Unanimous decisions

7.1 A decision of the directors is taken in accordance with this Article 7 when all non-conflicted directors indicate to each other by any means that they share a common view on a matter.

7.2 A decision may not be taken in accordance with this Article 6 if the non-conflicted directors would not have formed a quorum at a directors' meeting had the matter been proposed as a resolution at such a meeting.

7.3 Once a directors' unanimous decision is taken in accordance with this Article 7 it must be treated as if it had been a decision taken at a directors' meeting in accordance with the Articles.

## 8   Calling a directors' meeting

8.1 Article 9 of the Model Articles shall be amended by:
8.1.1 inserting the words "each of" before the words "the directors";

8.1.2    by inserting the phrase "(including alternate directors) ,whether or not he is absent from the UK," after the words "the directors";

8.1.3    by inserting the words "subject to article 9.4" at the beginning of article 9(3) of the Model Articles; and

8.1.4    by inserting the words "prior to or up to and including" before the words "not more than seven days" in article 9(4) of the Model Articles.

## 9   Chairman's casting vote at directors' meetings

9.1    Article 13(1) of the Model Articles shall be amended by the insertion of the words "at a meeting of directors" after the word "proposal".

9.2    Article 13(1) of the Model Articles (as amended by Article 8.1) does not apply in respect of a particular meeting (or part of a meeting) if, in accordance with the articles, the chairman or other director chairing the meeting is a conflicted director for the purposes of that meeting (or that part of that meeting at which the proposal is voted upon).

## 10   Quorum for directors' meetings

10.1    Subject to Article 10.2, the quorum for the transaction of business at a meeting of directors may be fixed from time to time by a decision of the directors but it must never be less than two directors, and unless otherwise fixed it is two. A person who holds office only as an alternate director shall, if his appointor is not present, be counted in the quorum. If and so long as there is a sole director, he may exercise all the powers and authorities vested in the directors by these articles and accordingly the quorum for the transaction of business in these circumstances shall be one.

10.2    For the purposes of any meeting (or part of a meeting) held pursuant to Article 11 (Directors' conflicts of interests) to authorise a director's Conflict, if there is only one non-conflicted director in office in addition to the conflicted director(s), the quorum for such meeting (or part of a meeting) shall be one non-conflicted director.

## 11   Directors' conflicts of interests

11.1    For the purposes of this Article 11, a **conflict of interest** includes a conflict of interest and duty and a conflict of duties, and interest includes both direct and indirect interests.

11.2    The directors may, in accordance with the requirements set out in this Article 11, authorise any matter proposed to them by any director which would, if not authorised, involve a director breaching his duty under section 175 of the Companies Act 2006 to avoid conflicts of interest ( such matter being hereinafter referred to as a **Conflict**).

11.3    A director seeking authorisation in respect of a Conflict shall declare to the other directors the nature and extent of his interest in a Conflict as soon as is reasonably practicable. The director shall provide the other directors with such details of the relevant matter as are necessary for the other directors to decide how to address the Conflict, together with such other information as may be requested by the other directors.

11.4    Any authorisation under this Article 11 will be effective only if:

11.4.1    the matter in question shall have been proposed by any director for consideration at a meeting of directors in the same way that any other matter may be proposed to the directors under the provisions of these articles or in such other manner as the directors may determine;

11.4.2    any requirement as to the quorum at the meeting of the directors at which the matter is considered is met without counting the director in question and any other conflicted director(s); and

11.4.3    the matter was agreed to without the director and any other conflicted director(s) voting or would have been agreed to if their votes had not been counted.

11.5    Any authorisation of a Conflict under this Article 11 may (whether at the time of giving the authorisation or subsequently):

11.5.1    extend to any actual or potential conflict of interest which may reasonably be expected to arise out of the Conflict so authorised;

11.5.2    be subject to such terms and for such duration, or impose such limits or conditions as the directors may determine; or

11.5.3    be terminated or varied by the directors at any time.

This will not affect anything done by the director prior to such termination or variation in accordance with the terms of the authorisation.

11.6    In authorising a Conflict the directors may decide (whether at the time of giving the authorisation or subsequently) that if a director has obtained any information through his involvement in the Conflict otherwise than as a director of the company and in respect of which he owes a duty of confidentiality to another person the director is under no obligation to:

11.6.1    disclose such information to the directors or to any director or other officer or employee of the company; or

11.6.2    use or apply any such information in performing his duties as a director,

where to do so would amount to a breach of that confidence.

11.7    Where the directors authorise a Conflict they may provide, without limitation (whether at the time of giving the authorisation or subsequently) that the director:

11.7.1    is excluded from discussions (whether at meetings of directors or otherwise) related to the Conflict;

11.7.2    is not given any documents or other information relating to the Conflict;

11.7.3    may or may not vote (or may or may not be counted in the quorum) at any future meeting of directors in relation to any resolution relating to the Conflict.

11.8    Where the directors authorise a Conflict:

**PX 70**

11.8.1   the director will be obliged to conduct himself in accordance with any terms, limits and/or conditions imposed by the directors in relation to the Conflict;

11.8.2   the director will not infringe any duty he owes to the company by virtue of sections 171 to 177 of the Companies Act 2006 provided he acts in accordance with such terms, limits and/or conditions (if any) as the directors impose in respect of its authorisation.

11.9   A director is not required, by reason of being a director (or because of the fiduciary relationship established by reason of being a director), to account to the company for any remuneration, profit or other benefit which he receives as director or other officer or employee of the Company's subsidiaries or of any other body corporate in which the Company is interested or which he derives from or in connection with a relationship involving a Conflict which has been authorised by the directors or by the company in general meeting (subject in each case to any terms, limits or conditions attaching to that authorisation) and no contract shall be liable to be avoided on such grounds nor shall the receipt of any such remuneration or other benefit constitute a breach of his duty under section 176 of the Companies Act 2006.

11.10   Subject to the applicable provisions for the time being of the Companies Acts and to any terms, limits and/or conditions imposed by the directors in accordance with Article 11.5.2, and provided that he has disclosed to the directors the nature and extent of any interest of his in accordance with the Companies Acts, a director notwithstanding his office:

11.10.1   may be a party to, or otherwise interested in, any contract, transaction or arrangement with the company or in which the company is otherwise interested;

11.10.2   shall be counted as participating for voting and quorum purposes in any decision in connection with any proposed or existing transaction or arrangement with the company, in which he is in any way directly or indirectly interested;

11.10.3   may act by himself or his firm in a professional capacity for the company (otherwise than as auditor) and he or his firm shall be entitled to remuneration for professional services as if he were not a director;

11.10.4   may be a director or other officer of, or employed by, or a party to any contract, transaction or arrangement with, or otherwise interested in, any body corporate promoted by the company or in which the company is otherwise interested; and

11.10.5   shall not, by reason of his office, be accountable to the company for any benefit which he (or anyone connected with him (as defined in section 252 of the Companies Act 2006) derives from any such office or employment or from any such contract, transaction or arrangement or from any interest in any such body corporate and no such contract, transaction or arrangement shall be liable to be avoided on the ground of any such interest or benefit, nor shall the receipt of any such remuneration or benefit constitute a breach of his duty under section 176 of the Companies Act 2006.

## 12   Records of decisions to be kept

Where decisions of the directors are taken by electronic means, such decisions shall be recorded by the directors in permanent form, so that they may be read with the naked eye.

## 13   Number of directors

Unless otherwise determined by ordinary resolution, the number of directors (other than alternate directors) shall not be subject to any maximum but shall not be less than one.

## 14   Methods of appointing directors

14.1   In any case where, as a result of death or bankruptcy, the company has no shareholders and no directors, the transmittee(s) of the last shareholder to have died or to have a bankruptcy order made against him (as the case may be) shall have the right, by notice in writing, to appoint a person (including a transmittee who is a natural person), who is willing to act and is permitted to do so, to be a director.

14.2   For the purposes of Article 14.1, where two or more shareholders die in circumstances rendering it uncertain who was the last to die, a younger shareholder is deemed to have survived an older shareholder.

## 15   Directors' expenses

Article 20 of the Model Articles shall be amended by the insertion of the words "(including alternate directors) and the secretary (if any)" before the words "properly incur".

## 16   Appointment and removal of alternate directors

16.1   Any director (**appointor**) may appoint as an alternate any other director, or any other person approved by resolution of the directors, to:

16.1.1   exercise that director's powers; and

16.1.2   carry out that director's responsibilities,

16.1.3   in relation to the taking of decisions by the directors in the absence of the alternate's appointor

16.2   Any appointment or removal of an alternate must be effected by notice in writing to the company signed by the appointor, or in any other manner approved by the directors.

16.3   The notice must:

16.3.1   identify the proposed alternate; and

**PX 70**

16.3.2   in the case of a notice of appointment, contain a statement signed by the proposed alternate that the proposed alternate is willing to act as the alternate of the director giving the notice.

## 17   Rights and responsibilities of alternate directors

17.1   An alternate director may act as alternate director to more than one director and has the same rights in relation to any decision of the directors as the alternate's appointor.

17.2   Except as the articles specify otherwise, alternate directors:

17.2.1   are deemed for all purposes to be directors;

17.2.2   are liable for their own acts and omissions;

17.2.3   are subject to the same restrictions as their appointors (including those set out in sections 172 to 177 CA 2006 inclusive and Article 11); and

17.2.4   are not deemed to be agents of or for their appointors,

and , in particular (without limitation), each alternate director shall be entitled to receive notice of all meetings of directors and of all meetings of committees of directors of which his appointor is a shareholder.

17.3   A person who is an alternate director but not a director:

17.3.1   may be counted as participating for the purposes of determining whether a quorum is present  (but only if that person's appointor is not participating and provided that no alternate may be counted as more than one director for these purposes);

17.3.2   may participate in a unanimous decision of the directors (but only if his appointor does not participate); and

17.3.3   may sign a written resolution (but only if it is not signed or to be signed by that person's appointor).

17.4   A director who is also an alternate director is entitled, in the absence of any of his appointors, to a separate vote on behalf of that appointor, in addition to his own vote on any decision of the directors but he shall count as only one for the purpose of determining whether a quorum is present.

17.5   An alternate director is not entitled to receive any remuneration from the company for serving as an alternate director except such part of the alternate's appointor's remuneration as the appointor may direct by notice in writing made to the company.

## 18   Termination of alternate directorship

An alternate director's appointment as an alternate for any appointor terminates:

18.1   when that appointor revokes the appointment by notice to the company in writing specifying when it is to terminate;

18.2   when notification is received by the Company from the alternate that the alternate is resigning as alternate for that appointor and such resignation has taken effect in accordance with its terms;

18.3   on the occurrence, in relation to the alternate, of any event which, if it occurred in relation to that appointor, would result in the termination of that appointor's appointment as a director;

18.4   on the death of that appointor; or

18.5   when the alternate's appointor's appointment as a director terminates.

## 19   Appointment and removal of secretary

The directors may appoint any person who is willing to act as the secretary for such term, at such remuneration, and upon such conditions as they may think fit and from time to time remove such person and, if the directors so decide, appoint a replacement, in each case by a decision of the directors.

## 20   Further issues of shares: authority

20.1   The following paragraphs of this Article 20 shall not apply to a private company with only one class of shares.

20.2   Subject to Article 20.1 and save to the extent authorised by these articles, or authorised from time to time by an ordinary resolution of the shareholders, the directors shall not exercise any power to allot shares or to grant rights to subscribe for, or to convert any security into, any shares in the company.

20.3   Subject to the remaining provisions of this Article 20 and to Article 21 (Further issues of shares: pre-emption rights) and to any directions which may be given by the company in general meeting, the directors are generally and unconditionally authorised, for the purpose of section 551 of the Companies Act 2006 to exercise any power of the company to:

20.3.1   offer or allot;

20.3.2   grant rights to subscribe for or to convert any security into;

20.3.3   otherwise create, deal in, or dispose of,

any shares in the company to any person, at any time and subject to any terms and conditions as the directors think proper.

20.4   The authority referred to in Article 20.3:

20.4.1   shall be limited to a maximum nominal amount of £1,000[1];

20.4.2   shall only apply insofar as the company has not renewed, waived or revoked it by ordinary resolution; and

20.4.3   may only be exercised for a period of five years commencing on the date on which the company is incorporated or these articles are adopted whichever is the later, save that the directors may make an offer or agreement which would, or might, require shares to be allotted after the expiry of such authority (and the directors may allot shares in pursuance of an offer or agreement as if such authority had not expired).

---

[1]  If you have more than one class of shares and particularly where they have different nominal values, you may wish to break the maximum amount down and allocate a particular amount to each class of shares.

**PX 70**

## 21   Further issues of shares: pre-emption rights

21.1   In accordance with section 567(1) of the Companies Act 2006, sections 561 and 562 of the Companies Act 2006 shall not apply to an allotment of equity securities (as defined in section 560(1) of the Companies Act 2006) made by the company.

21.2   Unless otherwise agreed by special resolution, if the company proposes to allot any equity securities, those equity securities shall not be allotted to any person unless the company has first offered them to all shareholders on the date of the offer on the same terms, and at the same price, as those equity securities are being offered to such other person on a pari passu basis and pro rata to the nominal value of shares held by those shareholders (as nearly as possible without involving fractions).

21.3   The offer:

21.3.1   shall be in writing, shall be open for acceptance for  a period of fifteen working days from the date of the offer and shall give details of the number and subscription price of the relevant equity securities; and

21.3.2   may stipulate that any shareholder who wishes to subscribe for a number of equity securities in excess of the proportion to which he is entitled shall, in his acceptance, state the number of excess equity securities (**Excess Securities**) for which he wishes to subscribe.

21.4   Any equity securities not accepted by shareholders pursuant to the offer made to them in accordance with Articles 21.1 and 21.2 shall be used for satisfying any requests for Excess Securities made pursuant to Article 21.3.2.  If there are insufficient Excess Securities to satisfy such requests, the Excess Securities shall be allotted to the applicants as nearly as practicable in the proportion that the number of Excess Securities each shareholder indicated he would accept bears to the total number of Excess Securities applied for (as nearly as possible without involving fractions or increasing the number of Excess Securities allotted to any shareholder beyond that applied for by him). After that allotment, any Excess Securities remaining shall be offered to any other person as the directors may determine, at the same price and on the same terms as the offer to the shareholders.

## 22   Variation of class rights

22.1   Whenever the capital of the company is divided into different classes of shares, the special rights attached to any class may only be varied or abrogated, either whilst the company is a going concern or during or in contemplation of a winding up, with the consent of the holders of the issued shares of that class given in accordance with Article 22.2.

22.2   The consent of the holders of a class of shares may be given by:

22.2.1   a special resolution passed at a separate general meeting of the holders of the issued shares of that class; or

22.2.2   a written resolution in any form signed by or on behalf of the holders of three-quarters in nominal value of the issued shares of that class,

but not otherwise.  To every such meeting, all the provisions of these articles and the Companies Act 2006 relating to general meetings of the company shall apply (with such amendments as may be necessary to give such provisions efficacy) but so that the necessary quorum shall be two holders of shares of the relevant class present in person or by proxy and holding or representing not less than one third in nominal value of the issued shares of the relevant class; that every holder of shares of the class shall be entitled on a poll to one vote for every such share held by him; and that any holder of shares of the class, present in person or by proxy or (being a corporation) by a duly authorised representative, may demand a poll.  If at any adjourned meeting of such holders such a quorum as aforesaid is not present, not less than one holder who is present in person or by proxy or (being a corporation) by a duly authorised representative shall be a quorum.

## 23   Company's lien over shares

The company has a lien (**company's lien**) over every share, whether or not fully paid, which is registered in the name of any person indebted or under any liability to the company, whether he is the sole registered holder of the share or one of several joint holders, for all monies payable by him (either alone or jointly with any other person) to the company, whether payable immediately or at some time in the future and whether or not a call notice has been sent in respect of it.

23.1   The company's lien over a share:

23.1.1   takes priority over any third party's interest in that share, and

23.1.2   extends to any dividend or other money payable by the company in respect of that share and (if the lien is enforced and the share is sold by the company) the proceeds of sale of that share.

23.2   The directors may at any time decide that a share which is or would otherwise be subject to the company's lien shall not be subject to it, either wholly or in part.

## 24   Enforcement of the company's lien

24.1   Subject to the provisions of this Article 24, if:

24.1.1   a lien enforcement notice has been given in respect of a share, and

24.1.2   the person to whom the notice was given has failed to comply with it,

the company may sell that share in accordance with Article 32.5.

24.2   A lien enforcement notice:

24.2.1   may only be given in respect of a share which is subject to the company's lien, in respect of which a sum is payable and the due date for payment of that sum has passed;

24.2.2   must specify the share concerned;

24.2.3   must be in writing and require payment of the sum payable within fourteen days of the notice;

24.2.4    must be addressed either to the holder of the share or to a transmittee of that holder; and

24.2.5    must state the company's intention to sell the share if the notice is not complied with.

24.3    Where shares are sold under this Article 24:

24.3.1    the directors may authorise any person to execute an instrument of transfer of the shares to the purchaser or a person nominated by the purchaser, and

24.3.2    the transferee is not bound to see to the application of the consideration, and the transferee's title is not affected by any irregularity in or invalidity of the process leading to the sale.

24.4    The net proceeds of any such sale (after payment of the costs of sale and any other costs of enforcing the lien) must be applied:

24.4.1    first, in payment of so much of the sum for which the lien exists as was payable at the date of the lien enforcement notice,

24.4.2    second, to the person entitled to the shares at the date of the sale, but only after the certificate for the shares sold has been surrendered to the company for cancellation or an indemnity in a form reasonably satisfactory to the directors has been given for any lost certificates, and subject to a lien equivalent to the company's lien for any money payable (whether payable immediately or at some time in the future) as existed over the shares before the sale in respect of all shares registered in the name of such person (whether as the sole registered holder or as one of several joint holders) after the date of the lien enforcement notice.

24.5    A statutory declaration by a director or the company secretary (if any) that the declarant is a director or the company secretary (as the case may be) and that a share has been sold to satisfy the company's lien on a specified date:

24.5.1    is conclusive evidence of the facts stated in it as against all persons claiming to be entitled to the share, and

24.5.2    subject to compliance with any other formalities of transfer required by the articles or by law, constitutes a good title to the share.

## 25    Call notices

25.1    Subject to the articles and the terms on which shares are allotted, the directors may send a notice (**call notice**) to a shareholder requiring the shareholder to pay the company a specified sum of money (**call**) which is payable by that member to the Company at the date when the directors decide to send the call notice.

25.2    A call notice:

25.2.1    must be in writing;

25.2.2    may not require a shareholder to pay a call which exceeds the total amount of his indebtedness or liability to the company;

25.2.3    must state when and how any call to which it relates it is to be paid; and

25.2.4    may permit or require the call to be paid by instalments.

25.3    A shareholder must comply with the requirements of a call notice, but no shareholder is obliged to pay any call before fourteen days have passed since the notice was sent.

25.4    Before the company has received any call due under a call notice the directors may:

25.4.1    revoke it wholly or in part, or

25.4.2    specify a later time for payment than is specified in the notice,

by a further notice in writing to the shareholder in respect of whose shares the call is made.

## 26    Liability to pay calls

26.1    Liability to pay a call is not extinguished or transferred by transferring the shares in respect of which it is required to be paid.

26.2    Joint holders of a share are jointly and severally liable to pay all calls in respect of that share.

26.3    Subject to the terms on which shares are allotted, the directors may, when issuing shares, provide that call notices sent to the holders of those shares may require them:

26.3.1    to pay calls which are not the same, or

26.3.2    to pay calls at different times.

## 27    When call notice need not be issued

27.1    A call notice need not be issued in respect of sums which are specified, in the terms on which a share is issued, as being payable to the company in respect of that share:

27.1.1    on allotment;

27.1.2    on the occurrence of a particular event; or

27.1.3    on a date fixed by or in accordance with the terms of issue.

27.2    But if the due date for payment of such a sum has passed and it has not been paid, the holder of the share concerned is treated in all respects as having failed to comply with a call notice in respect of that sum, and is liable to the same consequences as regards the payment of interest and forfeiture.

## 28    Failure to comply with call notice: automatic consequences

28.1    If a person is liable to pay a call and fails to do so by the call payment date:

28.1.1    the directors may issue a notice of intended forfeiture to that person, and

28.1.2    until the call is paid, that person must pay the company interest on the call from the call payment date at the relevant rate.

28.2    For the purposes of this Article 28:

    28.2.1    the **call payment date** is the time when the call notice states that a call is payable, unless the directors give a notice in writing specifying a later date, in which case the **call payment date** is that later date;

    28.2.2    the relevant rate is:

        28.2.2.1    the rate fixed by the terms on which the share in respect of which the call is due was allotted;

        28.2.2.2    such other rate as was fixed in the call notice which required payment of the call, or has otherwise been determined by the directors; or

        28.2.2.3    if no rate is fixed in either of these ways, five per cent. (5%) per annum.

28.3    The relevant rate must not exceed by more than five percentage points the base lending rate most recently set by the Monetary Policy Committee of the Bank of England in connection with its responsibilities under Part 2 of the Bank of England Act 1998.

28.4    The directors may waive any obligation to pay interest on a call wholly or in part.

## 29    Notice of intended forfeiture

29.1    A notice of intended forfeiture:

    29.1.1    must be in writing;

    29.1.2    may be sent in respect of any share in respect of which a call has not been paid as required by a call notice;

    29.1.3    must be sent to the holder of that share (or, in the case of joint holders of a share in accordance with Article 56.3) or to a transmittee of that holder in accordance with Article 56.4;

    29.1.4    must require payment of the call and any accrued interest and all expenses that may have been incurred by the company by reason of such non-payment by a date which is not less than fourteen days after the date of the notice;

    29.1.5    must state how the payment is to be made; and

    29.1.6    must state that if the notice is not complied with, the shares in respect of which the call is payable will be liable to be forfeited.

## 30    Directors' power to forfeit shares

If a notice of intended forfeiture is not complied with before the date by which payment of the call is required in the notice of intended forfeiture, the directors may decide that any share in respect of which it was given is forfeited, and the forfeiture is to include all dividends or other moneys payable in respect of the forfeited shares and not paid before the forfeiture.

## 31    Effect of forfeiture

31.1    Subject to the articles, the forfeiture of a share extinguishes:

    31.1.1    all interests in that share, and all claims and demands against the company in respect of it, and

    31.1.2    all other rights and liabilities incidental to the share as between the person whose share it was prior to the forfeiture and the company.

31.2    Any share which is forfeited in accordance with the articles:

    31.2.1    is deemed to have been forfeited when the directors decide that it is forfeited;

    31.2.2    is deemed to be the property of the company; and

    31.2.3    may be sold, re-allotted or otherwise disposed of as the directors think fit in accordance with Article 32.5.

31.3    If a person's shares have been forfeited:

    31.3.1    the company must send that person  written notice that forfeiture has occurred and record it in the register of members;

    31.3.2    that person ceases to be a shareholder in respect of those shares;

    31.3.3    that person must surrender the certificate for the shares forfeited to the company for cancellation;

    31.3.4    that person remains liable to the company for all sums payable by that person under the articles at the date of forfeiture in respect of those shares, including any interest (whether accrued before or after the date of forfeiture); and

    31.3.5    the directors may waive payment of such sums wholly or in part or enforce payment without any allowance for the value of the shares at the time of forfeiture or for any consideration received on their disposal.

31.4    At any time before the company disposes of a forfeited share, the directors may decide to cancel the forfeiture on payment of all calls and interest due in respect of it and on such other terms as they think fit.

## 32    Procedure following forfeiture

32.1    If a forfeited share is to be disposed of by being transferred, the company may receive the consideration for the transfer and the directors may authorise any person to execute the instrument of transfer.

32.2    A statutory declaration by a director or the company secretary (if any) that the declarant is a director or the company secretary (as the case may be) and that a share has been forfeited on a specified date:

    32.2.1    is conclusive evidence of the facts stated in it as against all persons claiming to be entitled to the share, and

    32.2.2    subject to compliance with any other formalities of transfer required by the articles or by law, constitutes a good title to the share.

32.3    A person to whom a forfeited share is transferred is not bound to see to the application of the consideration (if any) nor is that person's title to the share affected by any irregularity in or invalidity of the process leading to the forfeiture or transfer of the share.

32.4    If the company sells a forfeited share, the person who held it prior to its forfeiture is entitled to receive from the company the proceeds of such sale, net of any commission, and excluding any amount which:

      32.4.1    was, or would have become, payable, and

      32.4.2    had not, when that share was forfeited, been paid by that person in respect of that share,

      but no interest is payable to such a person in respect of such proceeds and the company is not required to account for any money earned on them.

32.5    All shares to be sold in the enforcement of the company's lien or rights of forfeiture shall be offered in accordance with Article 37 (Voluntary Transfers) as if they were Sale Shares in respect of which a Transfer Notice had been given and treating as the Seller the holder of those shares save that the Sale Price shall be the Market Value of those shares and the Transfer Notice shall be deemed not to contain a Total Transfer Condition.

## 33    Surrender of shares

33.1    A shareholder may surrender any share:

      33.1.1    in respect of which the directors may issue a notice of intended forfeiture;

      33.1.2    which the directors may forfeit; or

      33.1.3    which has been forfeited.

33.2    The directors may accept the surrender of any such share.

33.3    The effect of surrender on a share is the same as the effect of forfeiture on that share.

33.4    A share which has been surrendered may be dealt with in the same way as a share which has been forfeited.

## 34    Payment of commission on subscription for shares

34.1    The company may pay any person a commission in consideration for that person:

      34.1.1    subscribing, or agreeing to subscribe, for shares; or

      34.1.2    procuring, or agreeing to procure, subscriptions for shares.

34.2    Any such commission may be paid:

      34.2.1    in cash, or in fully paid or partly paid shares or other securities or partly in one way and partly in the other; and

      34.2.2    in respect of a conditional or an absolute subscription.

## 35    Share certificates

35.1    Article 24(2)(c) of the Model Articles shall be amended by:

      35.1.1    the deletion of the word "fully" and the insertion of the words "extent to which" before the word "shares"; and

      35.1.2    the word "up" at the end of this Article 24(2)(c).

## 36    Transfer of shares- general

36.1    In these articles, a reference to the **transfer** of or **transferring** shares shall include any transfer, assignment, disposition or proposed or purported transfer, assignment or disposition:

      36.1.1    of any share or shares of the company; or

      36.1.2    of any interest of any kind in any share or shares of the company; or

      36.1.3    of any right to receive or subscribe for any share or shares of the company.

36.2    The directors shall not register the transfer of any share or any interest in any share unless the transfer is made in accordance with Article 37 (Voluntary Transfers), and, in any such case, is not prohibited under Article 38 (Prohibited Transfers).

36.3    If the directors refuse to register a transfer of a share they shall, as soon as practicable and in any event within two months after the date on which the transfer was lodged with the company, send to the transferee notice of, and the reasons for, the refusal.

36.4    An obligation to transfer a share under these articles shall be deemed to be an obligation to transfer the entire legal and beneficial interest in such share free from any lien, charge or other encumbrance.

36.5    Article 26(1) of the Model Articles shall be amended by the insertion of the words "and (if any of the shares is partly paid) the transferee" at the end of that article.

## 37    Voluntary Transfers

37.1    Any shareholder who wishes to transfer any share (**Seller**) shall before transferring or agreeing to transfer such share or any interest in it, serve notice in writing (**Transfer Notice**) on the company of his wish to make that transfer.

37.2    In the Transfer Notice the Seller shall specify:

      37.2.1    the number and class of shares (**Sale Shares** and each one a **Sale Share**) which he wishes to transfer;

      37.2.2    the identity of the person (if any) to whom the Seller wishes to transfer the Sale Shares;

      37.2.3    the price per share at which the Seller wishes to transfer the Sale Shares (**Proposed Sale Price**);

      37.2.4    any other terms relating to the transfer of the Sale Shares; and

      37.2.5    whether the Transfer Notice is conditional upon all (and not part only) of the Sale Shares being sold pursuant to the following provisions of this Article 37 (**Total Transfer Condition**).

37.3    Each Transfer Notice shall:

      37.3.1    relate to one class of shares only;

37.3.2   constitute the company as the agent of the Seller for the sale of the Sale Shares on the terms of this Article 37; and

37.3.3   save as provided in Article 37.8, be irrevocable.

37.4   The Sale Shares shall be offered for purchase in accordance with this Article 37 at a price per Sale Share (**Sale Price**) agreed between the Seller and the directors or, in default of such agreement by the end of the 15th working day after the date of service of the Transfer Notice:

37.4.1   if the directors so elect within that fifteen working day period after the date of service of the Transfer Notice, the Sale Price shall be the price per Sale Share reported on by the Valuers as their written opinion of the open market value of each Sale Share (**Market Value**) as at the date of service of the Transfer Notice (in which case for the purposes of these Articles the Sale Price shall be deemed to have been determined on the date of the receipt by the company of the Valuer's report); and

37.4.2   otherwise the Sale Price shall be the Proposed Sale Price, in which case for the purpose of these Articles the Sale Price shall be deemed to have been agreed at the end of that 15th working day.

37.5   If instructed to report on their opinion of Market Value under Article 37.4 the Valuers shall:

37.5.1   act as expert and not as arbitrator and their written determination shall be final and binding on the shareholders; and

37.5.2   proceed on the basis that:

37.5.2.1   the open market value of each Sale Share shall be the sum which a willing buyer would agree with a willing seller to be the purchase price for all the class of shares of which the Sale Shares form part, divided by the number of issued shares then comprised in that class;

37.5.2.2   there shall be no addition of any premium or subtraction of any discount by reference to the size of the holding the subject of the Transfer Notice or in relation to any restrictions on the transferability of the Sale Shares; and

37.5.2.3   any difficulty in applying either of the foregoing bases shall be resolved by the Valuers as they think fit in their absolute discretion.

37.6   The company will use its reasonable endeavours to procure that the Valuers deliver their written opinion of the Market Value to the directors and to the Seller within twenty-eight days of being requested to do so.

37.7   The Valuers' fees for reporting on their opinion of the Market Value shall be borne as the Valuers shall specify in their valuation having regard to the conduct of the parties and the merit of their agreements in respect of the matters in dispute or otherwise (in the absence of any such specification by the Valuers) as to one half by the Seller and as to the other half by the company unless the Seller revokes the Transfer Notice pursuant to Article 37.8, in which case the Seller shall pay all the Valuers' fees.

37.8   If the Market Value is reported on by the Valuers under Article 37.4 to be less than the Proposed Sale Price, the Seller may revoke any Transfer Notice which was not stated to be, or is not deemed by these Articles to be, irrevocable by written notice given to the directors within the period of five working days after the date the directors serve on the Seller the Valuers' written opinion of the Market Value.

37.9   The directors shall at least ten working days after and no more than twenty working days after the Sale Price has been agreed or determined give an Offer Notice to all shareholders to whom the Sale Shares are to be offered in accordance with these Articles.

37.10   An Offer Notice shall:

37.10.1   specify the Sale Price;

37.10.2   contain the other details included in the Transfer Notice; and

37.10.3   invite each of the shareholders (other than the Seller) to respond in writing, before expiry of the Offer Notice, to purchase the numbers of Sale Shares specified by them in their application,

and shall expire twenty working days after its service.

37.11   After the expiry date of the Offer Notice, the directors shall allocate the Sale Shares in accordance with the applications received save that:

37.11.1   if there are applications from shareholders for more than the number of Sale Shares available, they shall be allocated to those applicants in proportion (as nearly as possible but without allocating to any shareholder more Sale Shares than the maximum number applied for by him) to the number of shares then held by them respectively; however, in his application for Sale Shares a shareholder may, if he so desires, indicate that he would be willing to purchase a particular proportionate entitlement (**Excess Shares**), in which case, applications for Excess Shares shall be allocated in accordance with such application, or in the event of competition among those shareholders applying for Excess Shares in such proportions as equal (as nearly as may be) the proportions of all the shares held by such shareholders;

37.11.2   if it is not possible to allocate any of the Sale Shares without involving fractions, they shall be allocated amongst them in such manner as the Board shall think fit; and

37.11.3   if the Transfer Notice contained a valid Total Transfer Condition, no allocation of Sale Shares shall be made unless all the Sale Shares are allocated.

37.12   The directors shall, within five working days of the expiry date of the Offer Notice, give notice in writing (**Allocation Notice**) to the Seller and to each person to whom Sale Shares have been allocated (each a **Buyer**) specifying the name and address of each Buyer, the number and class of Sale Shares agreed to be purchased by him and the aggregate price payable for them.

37.13   Completion of a sale and purchase of Sale Shares pursuant to an Allocation Notice shall take place at the registered office of the company at the time specified in the Allocation Notice when the Seller shall, upon payment to him by a

Buyer of the Sale Price in respect of the Sale Shares allocated to that Buyer, transfer those Sale Shares and deliver the relative share certificate(s) to that Buyer.

37.14   The Seller may, during the period of thirty working days immediately following the expiry date of the Offer Notice, sell all or any of these Sale Shares, for which an Allocation Notice has not been given, by way of bona fide sale to the proposed transferee (if any) named in the Transfer Notice or, if none was so named, to any transferee, in either case at any price per Sale Share which is not less than the Sale Price, without any deduction, rebate or allowance to the proposed transferee, provided that:

37.14.1   the Seller may not transfer such share and the directors shall not register any transfer to a transferee who is not at that date a shareholder unless such transferee is first approved in writing by the directors; and

37.14.2   if the Transfer Notice contained a Total Transfer Condition, the Seller shall not be entitled, save with the written consent of the directors, to sell only some of the Sale Shares under this Article 37.14.

37.15   If a Seller fails for any reason (including death) to transfer any Sale Shares when required pursuant to this Article 37, the directors may authorise any director of the company (who shall be deemed to be irrevocably appointed as the attorney of the Seller for the purpose) to execute each necessary transfer of such Sale Shares and deliver it on the Seller's behalf.  The company may receive the purchase money for such Sale Shares from the Buyer and shall upon receipt (subject, if necessary, to the transfer being duly stamped) register the Buyer as the holder of such Sale Shares.  The company shall hold such purchase money in a separate bank account on trust for the Seller but shall not be bound to earn or pay interest on any money so held.  The company's receipt for such purchase money shall be a good discharge to the Buyer who shall not be bound to see to the application of it, and after the name of the Buyer has been entered in the register of members in purported exercise of the power conferred by this Article 37.15 the validity of the proceedings shall not be questioned by any person.

## 38   Prohibited Transfers

Notwithstanding any other provision of these articles, no transfer of any Share shall be registered if it is to any minor, undischarged bankrupt, trustee in bankruptcy or person of unsound mind.

## 39   Transmission of shares

39.1   Nothing in these articles releases the estate of a deceased shareholder from any liability in respect of a share solely or jointly held by that shareholder.

39.2   Article 27(3) of the Model Articles shall be amended by the insertion of the words "subject to the provisions of Article 14.1", after the initial word "But".

## 40   Transmittees bound by prior notices

Article 29 of the Model Articles shall be amended by the insertion of the words "or the name of any person nominated under article 27(2)" after the words "transmittee's name".

## 41   Procedure for disposing of fractions of shares

41.1   This Article applies where:

41.1.1   there has been a consolidation or division of shares; and

41.1.2   as a result, shareholders are entitled to fractions of shares.

41.2   The directors may:

41.2.1   sell the shares representing the fractions to any person including the company for the best price reasonably obtainable;

41.2.2   authorise any person to execute an instrument of transfer of the shares to the purchaser or a person nominated by the purchaser; and

41.2.3   distribute the net proceeds of sale in due proportion among the holders of the shares.

41.3   The person to whom the shares are transferred is not obliged to ensure that any purchase money is received by the person entitled to the relevant fractions.

41.4   The transferee's title to the shares is not affected by any irregularity in or invalidity of the process leading to their sale.

## 42   Calculation of dividends

42.1   Except as otherwise provided by the articles or the rights attached to shares, all dividends must be:

42.1.1   declared and paid according to the amounts paid up on the shares on which the dividend is paid; and

42.1.2   apportioned and paid proportionately to the amounts paid up on the shares during any portion or portions of the period in respect of which the dividend is paid.

42.2   If any share is issued on terms providing that it ranks for dividend as from a particular date, that share ranks for dividend accordingly.

## 43   Deductions from distributions in respect of sums owed to the company

43.1   If:

43.1.1   a share is subject to the company's lien; and

43.1.2   the directors are entitled to issue a lien enforcement notice in respect of it,

they may, instead of issuing a lien enforcement notice, deduct from any dividend or other sum payable in respect of the share any sum of money which is payable to the company in respect of that share to the extent that they are entitled to require payment under a lien enforcement notice.

43.2    Money so deducted must be used to pay any of the sums payable in respect of that share.

43.3    The company must notify the distribution recipient in writing of:

    43.3.1    the fact and amount of any such deduction;

    43.3.2    any non-payment of a dividend or other sum payable in respect of a share resulting from any such deduction; and

    43.3.3    how the money deducted has been applied.

## 44    Authority to capitalise and appropriation of capitalised sums

Article 36(4) of the Model Articles shall be amended by inserting the phrase "in or towards paying up any amounts unpaid on existing shares held by the persons entitled, or" after the words "may be applied".

## 45    Convening general meetings

The directors may call general meetings and, on the requisition of shareholders pursuant to the provisions of the Companies Act 2006, shall forthwith proceed to convene a general meeting in accordance with the Companies Act 2006. If there are not within the United Kingdom sufficient directors to call a general meeting, any director or the shareholders requisitioning the meeting (or any of them representing more than one half of the total voting rights of them all) may call a general meeting. If the company has only a single shareholder, such shareholder shall be entitled at any time to call a general meeting.

## 46    Notice of general meetings

46.1    General meetings (other than an adjourned meeting) shall be called by at least fourteen Clear Days' notice but a general meeting may be called by shorter notice if it is so agreed by a majority in number of the shareholders having a right to attend and vote, being a majority together holding not less than ninety per cent (90%) in nominal value of the shares at the meeting, giving that right.

46.2    The notice shall specify the time, date and place of the meeting, the general nature of the business to be transacted and the terms of any resolution to be proposed at it.

46.3    Subject to the provisions of these articles and to any restrictions imposed on any shares, the notice shall be given to all shareholders, to all persons entitled to a share in consequence of the death or bankruptcy of a shareholder (if the company has been notified of their entitlement) and to the directors, alternate directors and the auditors for the time being of the company.

46.4    The accidental omission to give notice of a meeting to, or the non-receipt of notice of a meeting by, any person entitled to receive notice shall not invalidate the proceedings at that meeting.

## 47    Resolutions requiring special notice

47.1    If the Companies Act 2006 requires special notice to be given of a resolution, then the resolution will not be effective unless notice of the intention to propose it has been given to the company at least twenty-eight Clear Days before the general meeting at which it is to be proposed.

47.2    Where practicable, the company must give the shareholders notice of the resolution in the same manner and at the same time as it gives notice of the general meeting at which it is to be proposed.  Where that is not practicable, the company must give the shareholders at least fourteen Clear Days' before the relevant general meeting by advertisement in a newspaper with an appropriate circulation.

47.3    If, after notice to propose such a resolution has been given to the company, a meeting is called for a date twenty-eight days or less after the notice has been given, the notice shall be deemed to have been properly given, even though it was not given within the time required by Article 47.1.

## 48    Quorum for general meetings

No business shall be transacted at any meeting unless a quorum is present. Subject to section 318(2) of the Companies Act 2006, two qualifying persons (as defined in section 318(3) of the Companies Act 2006) entitled to vote upon the business to be transacted shall be a quorum, provided that if the company has only a single shareholder, the quorum shall be one such qualifying person.

## 49    Adjournment

Article 41(1) of the Model Articles shall be amended by inserting the following sentence at the end of the first sentence of that article: "If, at the adjourned meeting, a quorum is not present within half an hour from the time appointed for the meeting, the meeting shall be dissolved".

## 50    Voting: general

50.1    Subject to any rights or restrictions attached to any shares, on a show of hands, every shareholder who (being an individual) is present in person or (being a corporation) is present by a duly authorised representative (unless the representative is himself a shareholder, in which case he shall have more than one vote) shall have one vote.  A proxy shall not be entitled to vote on a show of hands.

50.2    No shareholder shall vote at any general meeting or at any separate meeting of the holder of any class of shares, either in person or by proxy, in respect of any share held by him unless all monies presently payable by him in respect of that share have been paid.

50.3    In the case of joint holders the vote of the senior who tenders a vote shall be accepted to the exclusion of the votes of the other joint holders; and seniority shall be determined by the order in which the names of the holders stand in the register of members.

50.4    Unless a poll is duly demanded, a declaration by the chairman that a resolution has been carried or carried unanimously, or by a particular majority, or lost, or not carried by a particular majority and an entry to that effect in the minutes of the meeting shall be conclusive evidence of the fact without proof of the number or proportion of the votes recorded in favour of or against the resolution.

## 51    Poll votes

51.1    On a poll every shareholder who (being an individual is present in person or by proxy or (being a corporation) is present by a duly authorised representative or by proxy shall have one vote for every share of which he is the holder.  On a poll, a shareholder entitled to more than one vote need not use all his votes or cast all the votes he uses in the same way.

51.2    Article 44(2) of the Model Articles shall be amended by the insertion of the following sub-paragraph as article 44(2)(e):
> "a person or persons holding shares conferring a right to vote on the resolution on which not less than one tenth of the total sum paid up on all the shares conferring that right.".

51.3    Article 44(3) of the Model Articles shall be amended by inserting the following sentence at the end of the Article:
> "A demand so withdrawn shall not invalidate the result of a show of hands declared before the demand was made".

51.4    The result of the poll shall be deemed to be the resolution of the meeting at which the poll was demanded.

51.5    A poll demanded on the election of a chairman or on a question of adjournment shall be taken forthwith.  A poll demanded on any other question shall be taken either forthwith or at such time and place as the chairman directs not being more than thirty days after the poll is demanded.  The demand for a poll shall not prevent the continuance of a meeting for the transaction of any business other than the question on which the poll was demanded.  If a poll is demanded before the declaration of the result of a show of hands and the demand is duly withdrawn, the meeting shall continue as if the demand had not been made.

51.6    No notice need be given of a poll not taken forthwith if the time and place at which it is to be taken are announced at the meeting at which it is demanded. In any other case at least seven Clear Days' notice shall be given specifying the time and place at which the poll is to be taken.

## 52    Content of proxy notices

52.1    Subject to the provisions of these articles, a shareholder is entitled to appoint another person as his proxy to exercise all or any of his rights to attend and to speak and vote at a general meeting.  A shareholder may appoint more than one proxy in relation to a meeting, provided that each proxy is appointed to exercise the rights attached to a different share or shares held by that shareholder.

52.2    Proxies may only validly be appointed by a notice in writing (**proxy notice**) which:

52.2.1    states the name and address of the shareholder appointing the proxy;

52.2.2    identifies the person appointed to be that shareholder's proxy and the general meeting in relation to which that person is appointed;

52.2.3    is signed by or on behalf of the shareholder appointing the proxy, or is authenticated in such manner as the directors may determine; and

52.2.4    is delivered to the company in accordance with the articles and in accordance with any instructions contained in the notice of the general meeting (or adjourned meeting) to which they relate and received by the company:

52.2.4.1    subject to articles 52.2.4.2 and 52.2.4.3, in the case of a general meeting or adjourned meeting, not less than forty-eight hours before the time for holding the meeting or adjourned meeting at which the right to vote is to be exercised;

52.2.4.2    in the case of a poll taken more than forty-eight hours after it is demanded, after the poll has been demanded and not less than twenty-four hours before the time appointed for the taking of the poll; or

52.2.4.3    where the poll is not taken forthwith but is taken not more than forty-eight hours after it was demanded, at the time at which the poll was demanded or twenty-four hours before the time appointed for the taking of the poll, whichever is the later,

and a proxy notice which is not delivered and received in such manner shall be invalid.

52.3    Article 45(3) of the Model Articles shall be amended by the addition of the following at the end of the article:
> " and the proxy is obliged to vote or abstain from voting in accordance with the specified instructions. However, the Company is not obliged to check whether a proxy votes or abstains from voting as he has been instructed and shall incur no liability for failing to do so. Failure by a proxy to vote or abstain from voting as instructed at a meeting shall not invalidate proceedings at that meeting."

53 **Delivery of proxy notices**

53.1 Any notice of a general meeting must specify the address or addresses (**proxy notification address**) at which the company or its agents will receive proxy notices relating to that meeting, or any adjournment of it, delivered in hard copy or electronic form.

53.2 Article 46(1) of the Model Articles shall be amended by inserting the words: "to a proxy notification address" at the end of that Article.

53.3 A notice revoking a proxy appointment only takes effect if it is received by the company:

53.3.1 Subject to articles 53.3.2 and 53.3.3, in the case of a general or adjourned meeting, not less than forty-eight hours before the time for holding the meeting or adjourned meeting at which the right to vote is to be exercised;

53.3.2 in the case of a poll taken more than forty-eight hours after it was demanded, not less than twenty-four hours before the time appointed for the taking of the poll; or

53.3.3 in the case of a poll not taken forthwith but not more than forty-eight hours after it was demanded, at the time at which it was demanded and twenty-four hours before the time appointed for the taking of the poll, whichever is later,

and a notice which is not delivered and received in such manner shall be invalid.

53.4 In calculating the periods referred to in Article 52 (Content of proxy notices) and this Article 53, no account shall be taken of any part of a day that is not a working day.

54 **Representation of corporations at meetings**

Subject to the Companies Act 2006, a company which is a shareholder may, by resolution of its directors or other governing body, authorise one or more persons to act as its representative or representatives at a meeting of the company or at a separate meeting of the holders of a class of shares of the company (**corporate representative**). A director, secretary or other person authorised for the purpose by the directors may require a corporate representative to produce a certified copy of the resolution of authorisation before permitting him to exercise his powers.

55 **A resolution of the shareholders (or a class of shareholders) may be passed as a written resolution in accordance with chapter 2 of part 13 of the Companies Act 2006.**

56 **Means of communication to be used**

56.1 Any notice, document or other information shall be deemed served on or delivered to the intended recipient:

56.1.1 If properly addressed and sent by prepaid United Kingdom first class post to an address in the United Kingdom, forty-eight hours after it was posted;

56.1.2 If properly addressed and delivered by hand, when it was given or left at the appropriate address;

56.1.3 If properly addressed and send or supplied by electronic means forty-eight hours after the document or information was sent or supplied; and

56.1.4 If sent or supplied by means of a website, when the material is first made available on the website or (if later) when the recipient receives (or is deemed to have received) notice of the fact that the material is available on the website.

For the purposes of this Article 56.1, no account shall be taken of any part of a day that is not a working day.

56.2 In proving that any notice, document or other information was properly addressed, it shall be sufficient to show that the notice, document or other information was delivered to an address permitted for the purpose by the Companies Act 2006.

56.3 In the case of joint holders of a share, all notices or documents shall be given to the joint holder whose name stands first in the register in respect of the joint holding. Notice so given shall be sufficient notice to all of the joint holders. Where there are joint holders of a share, anything which needs to be agreed or specified in relation to any notice, document or other information to be sent or supplied to them can be agreed or specified by any one of the joint holders. The agreement or specification of the joint holder whose name stands first in the register will be accepted to the exclusion of the agreement or specification of any other joint holder (s) whose name(s) stand later in the register.

56.4 The Company may give notice to the transmittee of a member, by sending or delivering it in any manner authorised by these Articles for the giving of notice to a member, addressed to that person by name, or by the title, of representative of the deceased or trustee of the bankrupt or representative by operation of law or by any like description, at the address (if any) within the United Kingdom supplied for the purpose by the person claiming to be so entitled. Until such an address has been so supplied, a notice may be given in any manner in which it might have been given if the death or bankruptcy or operation of law had not occurred.

57 **Company seals**

Article 49(3) of the Model Articles shall be amended by the insertion of the words "by either at least two authorised persons or" after the word "signed".

58 **Indemnity**

58.1 Subject to Article 58.2, but without prejudice to any indemnity to which a relevant officer is otherwise entitled:

58.1.1 each relevant officer shall be indemnified out of the company's assets against all costs, charges, losses, expenses and liabilities incurred by him as a relevant officer:

**PX 70**

58.1.1.1 in the actual or purported execution and/or discharge of his duties, or in relation to them; and

58.1.1.2 in relation to the company's (or any associated company's) activities as trustee of an occupational pension scheme (as defined in section 235(6) of the Companies Act 2006),

including (in each case) any liability incurred by him in defending any civil or criminal proceedings in which judgment is given in his favour or in which he is acquitted or the proceedings are otherwise disposed of without any finding or admission of any material breach of duty on his part or in connection with any application in which the court grants him, in his capacity as a relevant officer, relief from liability for negligence, default, breach of duty or breach of trust in relation to the company's (or any associated company's) affairs; and

58.1.2 the company may provide any relevant officer with funds to meet expenditure incurred or to be incurred by him in connection with any proceedings or application referred to in Article 58.1.1 and otherwise may take any action to enable any such relevant officer to avoid incurring such expenditure.

58.2 This Article does not authorise any indemnity which would be prohibited or rendered void by any provision of the Companies Acts or by any other provision of law.

58.3 In this Article 58:

58.3.1 companies are associated if one is a subsidiary of the other or both are subsidiaries of the same body corporate, and

58.3.2 a **relevant officer** means any director or alternate director or other officer or former director or other officer of the company or an associated company (including any company which is a trustee of an occupational pension scheme (as defined by section 235(6) of the Companies Act 2006) and may, if the shareholders so decide, include any person engaged by the company (or any associated company) as auditor (whether or not he is also a director or other officer), to the extent he acts in his capacity as auditor).

## 59   Insurance

59.1 The directors may decide to purchase and maintain insurance, at the expense of the company, for the benefit of any relevant officer in respect of any relevant loss.

59.2 In this Article:

59.2.1 a **relevant officer** means any director or alternate director or other officer or former director or other officer of the company or an associated company (including any company which is a trustee of an occupational pension scheme (as defined by section 235(6) of the Companies Act 2006;

59.2.2 a **relevant loss** means any loss or liability which has been or may be incurred by a relevant officer in connection with that officer's duties or powers in relation to the company, any associated company or any pension fund or employees' share scheme of the company or associated company; and

59.2.3 companies are associated if one is a subsidiary of the other or both are subsidiaries of the same body corporate.

© The Association of Company Registration Agents Limited 2009. All rights reserved.

**PX 70**



**Companies House**

Companies House
Crown Way
Cardiff, CF14 3UZ

T   02920380504
E enquiries@companieshouse.gov.uk
Twitter @CompaniesHouse
DX   33050 Cardiff

**www.gov.uk/companieshouse**

THE DIRECTORS
MOBE PRO LIMITED
THIRD FLOOR  207 REGENT STREET
UNITED KINGDOM
LONDON
W1B 3HH

Date: 22/11/2016
Ref:   DEF6/09763289

**Companies Act 2006 (Section 1000(3))**

The Registrar of Companies gives notice that, unless cause is shown to the contrary, at the expiration of 2 months from the above date the name of

MOBE PRO LIMITED

will be struck off the register and the company will be dissolved.

Upon dissolution all property and rights vested in, or held in trust for, the company are deemed to be bona vacantia, and accordingly will belong to the crown.

## FILE COPY



*D32BOESE01*

FTC-MOBE-004191

# STRIKING OFF ACTION DISCONTINUED

09763289     MOBE PRO LIMITED

---

Cause has been shown why the above company should not be struck off the register and accordingly the Registrar is taking no further action under section 1000 of the Companies Act 2006 pursuant to the Notice dated 18/11/2016



*DZ6JWDKE3B*

DISS40                                                                                            HD540

**PX 70**          **FTC-MOBE-004192**

# Companies House

# CS01 (ef)

| Confirmation Statement |
| --- |

Company Name: **MOBE PRO LIMITED**
Company Number: **09763289**

X5KR8BQB

Received for filing in Electronic Format on the: **29/11/2016**

---

Company Name: **MOBE PRO LIMITED**

Company Number: **09763289**

Confirmation Statement date: **29/11/2016**

Sic Codes: **85590**

Principal activity description: **Other education n.e.c.**

---

PX 70

# Statement of Capital (Share Capital)

| | | | | |
|---|---|---|---|---|
| **Class of Shares:** | **ORDINARY** | | Number allotted | **1** |
| | **£1** | | Aggregate nominal value: | **1** |
| Currency: | **GBP** | | | |

Prescribed particulars

**1 SHARE = 1 VOTE, EACH HAVING RIGHTS TO DIVIDENDS**

# Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| Currency: | **GBP** | Total number of shares: | **1** |
| | | Total aggregate nominal value: | **1** |
| | | Total aggregate amount unpaid: | **0** |

# Persons with Significant Control (PSC)

## PSC notifications

### Notification Details

Date that person became registrable: **29/11/2016**

Name: **CEO MATTHEW LLOYD MCPHEE**

Service Address:
**B2-28-8 SOHO SUITES @ KLCC
20 JALAN PERAK
KUALA LUMPUR
MALAYSIA
MALAYSIA
50450**

Country/State Usually Resident: **MALAYSIA**

Date of Birth: **\*\*/01/1987**

Nationality: **AUSTRALIAN**

### Nature of control

The person has the right to exercise, or actually exercises, significant influence or control over the activities of a trust, and the trustees of that trust (in their capacity as such) hold, directly or indirectly, 75% or more of the shares in the company.

The person has the right to exercise, or actually exercises, significant influence or control over the activities of a firm that, under the law by which it is governed, is not a legal person; and the members of that firm (in their capacity as such) hold, directly or indirectly, 75% or more of the shares in the company.

The person holds, directly or indirectly, 75% or more of the shares in the company.

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

Registered Number 09763289

## MOBE PRO LIMITED

### Dormant Accounts

### 30 September 2016

**PX 70**          **FTC-MOBE-004198**

**MOBE PRO LIMITED**                                        **Registered Number 09763289**

### Balance Sheet as at 30 September 2016

|  | 2016 |
|---|---|
|  | £ |
| Called up share capital not paid | 1 |
| **Net assets** | **1** |
| Issued share capital |  |
| 1 Ordinary Share of £1 each | 1 |
| **Total Shareholder funds** | **1** |

### STATEMENTS

a. For the year ending 30 September 2016 the company was entitled to exemption under section 480 of the Companies Act 2006 relating to dormant companies.

b. The members have not required the company to obtain an audit in accordance with section 476 of the Companies Act 2006.

c. The directors acknowledge their responsibilities for complying with the requirements of the Act with respect to accounting records and the preparation of accounts.

d. These accounts have been prepared in accordance with the provisions applicable to companies subject to the small companies regime.

Approved by the Board on 17 May 2017

And signed on their behalf by:
**Matthew MCPHEE, Director**

This document was delivered using electronic communications and authenticated in accordance with the registrar's rules relating to electronic form, authentication and manner of delivery under section 1072 of the Companies Act 2006.

**PX 70**                                        **FTC-MOBE-004199**

 **Companies House**

Companies House
Crown Way
Cardiff, CF14 3UZ

T   02920380007
E enquiries@companieshouse.gov.uk
Twitter @CompaniesHouse
DX   33050 Cardiff

**www.gov.uk/companieshouse**

THE DIRECTORS
MOBE PRO LIMITED
THIRD FLOOR  207 REGENT STREET
UNITED KINGDOM
LONDON
W1B 3HH

Date: 20/02/2018
Ref:   DEF6/09763289

**Companies Act 2006 (Section 1000(3))**

The Registrar of Companies gives notice that, unless cause is shown to the contrary, at the expiration of 2 months from the above date the name of

MOBE PRO LIMITED

will be struck off the register and the company will be dissolved.

Upon dissolution all property and rights vested in, or held in trust for, the company are deemed to be bona vacantia, and accordingly will belong to the crown.

**FILE COPY**



*DGZ523BQMP*

# STRIKING OFF ACTION SUSPENDED

## 09763289   MOBE PRO LIMITED

---

Action under Section 1000 of the Companies Act 2006 has been
temporarily suspended as an objection to the striking off has been
received by the Registrar.



*D5CNY31SAL*

DISS6                                                                    HD506

**PX 70**          **FTC-MOBE-004201**

We're hiring! *See jobs and apply here*

# open corporates

The Open Database Of The Corporate World

[Company name or numb] [ Search ]

◉ Companies ○ Officers ☑ only in Panama

- Log in/Sign up

## MOBE INC.

Company Number
   812658

Native Company Number
   812658S

Status
   Vigente

Incorporation Date
   29 August 2013 (over 4 years ago)

Company Type
   SOCIEDAD ANONIMA

Jurisdiction
   Panama

Registered Address

- PROVINCIA PANAMÁ
- Panama

Agent Name
   FERNANDO CASTILLO & ASOCIADOS

Directors / Officers

- EMILIO MC ENTOSH, secretario
- EMILIO MC ENTOSH, director
- FERNANDO CASTILLO & ASOCIADOS, agent
- HUGO HENRIQUEZ, tesorero
- HUGO HENRIQUEZ, director
- JEROME MARK SEATON, director
- JEROME MARK SEATON, presidente
- LA SUSCRIPTORA 3, S.A, suscriptor
- LA SUSCRIPTORA 4, S.A, suscriptor
- SIN PERJUICIO DE LO QUE DISPONGA LA JUNTA DIRECTIVA, EL PRESIDENTE OSTENTARA LA REPRESENTACION LEGAL DE LA SOCIEDAD. EN AUSENCIA DE ESTE LA OSTENTARA EL SECRETARIO Y EN AUSENCIA DE ESTE EL TESORERO, representante

Registry Page
   http://www.registro-publico.gob.pa/co...

**Source** Registro Público de Panamá, http://www.registro-publico.gob.pa/co..., 2 Jan 2018

Add data *(website, address, etc)*

[ update from registry ]

## Explore company network



**Company network**

Not yet available for this company. Click to find out more

**Corporate Grouping User Contributed**

None known. Add one now?
See all corporate groupings

**Similarly named companies**

Found 33. Showing first 10

- 🇺🇸 MOBE, INC. (Pennsylvania (US), 30 Aug 1976- )
- 🇺🇸 MOBE INC. (Delaware (US), 14 Apr 2004- )
- 🇺🇸 MOBE, INC. (Texas (US), 13 Feb 2017- )
- 🇺🇸 inactive Mobe-Villa Incorporated (Minnesota (US), 21 Sep 1972- )
- 🇺🇸 INTREPID MOBE, INC. (Pennsylvania (US), 31 Oct 1988- )
- 🇺🇸 inactive MOBE, INC. (Nevada (US), 6 Aug 2004- )
- 🇺🇸 inactive MOBE INC. (California (US), 11 Apr 1984- )
- 🇺🇸 inactive MOBE, INC. (Florida (US), 14 Jan 1993- )
- 🇺🇸 inactive MOBE, INC. (Florida (US), 6 Jun 2006- )
- 🇵🇷 MOBE GROUP INC INC. (Puerto Rico, 3 May 2016- )

\* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed January 19 2018

**Problem/question about this data?** Click here

**API Open Data**

Get this info as json, xml, rdf

## About us

- About
- Principles
- Blog
- Team
- Advisory board
- Jobs

## Using our data

- Using our data
- What makes our data special
- Working for the public good
- Legal/Licence
- Contributing

## Help

- API Reference
- Glossary
- Status

## Contact

- Twitter
- Medium
- Problems with our data?
- Temporary redaction

## Impact

- Impact
- Corporate network visualisations
- Research

**PX 71**                    **FTC-MOBE-004204**



# CORPORATE AND BUSINESS REGISTRATION DEPARTMENT
## Companies and Businesses Registration Integrated System

BACK TO PREVIOUS PAGE

## Information about MOBE ONLINE LTD

COMPANY DETAILS

| File No. | C133151 | Date Incorporated | 15/09/2015 |
|---|---|---|---|
| Name | MOBE ONLINE LTD | Nature | Private |
| Category | GLOBAL | Sub-category | GLOBAL BUSINESS CATEGORY 2 |
| Type | LIMITED BY SHARES | Status | Live |
| Registered Office Address | C/O THIBAUT INTERNATIONAL MGT LTD 5A WELLINGTON STREET ROSE HILL MAURITIUS | | |

DISCLAIMER NOTICE

While we endeavour to keep the information up to date and as far as possible accurate, we cannot give any guarantee about the completeness, accuracy, reliability of the information contained on the report.

Copyright © 2009-2018 Mauritius Network Services Ltd (https://www.mns.mu). All rights reserved.

**PX 72**    FTC-MOBE-004205

FIRST SCHEDULE
[Regulation 3(a) ]
FORM 1



Republic of Mauritius

# CERTIFICATE OF INCORPORATION

### (section 24 of the Companies Act)

Company No. : 133151
C2/GBL

*This is to certify that*

**MOBE ONLINE LTD**

*is on and from the*    **15th**   *day of*   September 2015

*incorporated as a Private Company Limited by shares.*

*Given under my Hand and Seal of office in*
*Port Louis, Mauritius on this*   **15th**   *day of*   September 2015

I Gundooa (Mrs)
For Registrar of Companies

# Companies House

**BETA** This is a trial service — your underline feedback (https://www.research.net/r/chbeta) will help us to improve it.

Search for companies or officers

# BUSINESS EDUCATION TRAINING LTD

Company number **10401893**

Registered office address
> Arquen House, 4-6 Spicer Street, St. Albans, Hertfordshire, United Kingdom, AL3 4PQ

Company status
> Active

Company type
> Private limited Company

Incorporated on
> 29 September 2016

# Accounts

First accounts made up to **30 September 2017**
due by **29 June 2018**

# Confirmation statement

Next statement date **28 September 2018**
due by **12 October 2018**

Last statement dated **28 September 2017**

# Nature of business (SIC)

- 99999 - Dormant Company

# Previous company names

| Name | Period |
|------|--------|

Case 6:18-cv-00862-RBD-DCI   Document 3-101   Filed 06/04/18   Page 68 of 135 PageID 4325

BUSINSS EDUCATION TRAINING LIMITED   29 Sep 2016 - 05 Oct 2016

Is there anything wrong with this page?

**PX 74**                    **FTC-MOBE-004208**

# Companies House

**BETA** This is a trial service — your underline feedback (https://www.research.net/r/chbeta) will help us to improve it.

Search for companies or officers

# BUSINESS EDUCATION TRAINING LTD

Company number **10401893**

| Date | Type | Description | View / Download |
|------|------|-------------|-----------------|
| 06 Oct 2017 | CS01 | **Confirmation statement** made on 28 September 2017 with no updates | (3 pages) |
| 05 Oct 2016 | RESOLUTIONS | Resolutions<br><br>• NM01 - **Change of name** by resolution<br><br>• RES15 - **Change company name resolution on 2016-09-29** | (3 pages) |
| 29 Sep 2016 | NEWINC | **Incorporation**<br>Statement of capital on 2016-09-29<br><br>• GBP 100<br><br>• MODEL ARTICLES - **Model articles adopted** | (12 pages) |

Is there anything wrong with this page?

**FILE COPY**



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **10401893**

The Registrar of Companies for England and Wales, hereby certifies that

**BUSINSS EDUCATION TRAINING LIMITED**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **29th September 2016**



* N10401893D *



Companies House



**THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES**

**PX 74**          **FTC-MOBE-004210**

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006



## Companies House

# IN01 (ef)

**Application to register a company**



X5GGLY6P

*Received for filing in Electronic Format on the:* **28/09/2016**

| | |
|---|---|
| *Company Name in full:* | **BUSINSS EDUCATION TRAINING LIMITED** |
| *Company Type:* | **Private company limited by shares** |
| *Situation of Registered Office:* | **England and Wales** |
| *Proposed Registered Office Address:* | **ARQUEN HOUSE 4-6 SPICER STREET**<br>**ST. ALBANS**<br>**HERTFORDSHIRE**<br>**UNITED KINGDOM AL3 4PQ** |
| *Sic Codes:* | **99999** |

*I wish to entirely adopt the following model articles:*    **Private (Ltd by Shares)**

---

**Electronically filed document for Company Number:**          10401893

# PX 74

**FTC-MOBE-004211**

## *Proposed Officers*

## *Company Secretary     1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR PAUL DOUGLAS** |
| *Surname:* | **ALLEN** |
| *Former Names:* | |
| *Service Address:* | **recorded as Company's registered office** |

*The subscribers confirm that the person named has consented to act as a secretary.*

**PX 74**          **FTC-MOBE-004212**

*Company Director*     *1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR MATTHEW LLOYD** |
| *Surname:* | **MCPHEE** |
| *Former Names:* | |
| *Service Address:* | **recorded as Company's registered office** |
| *Country/State Usually Resident:* | **MALAYSIA** |

| | | | |
|---|---|---|---|
| *Date of Birth:* | **28/01/1987** | *Nationality:* | **AUSTRALIAN** |
| *Occupation:* | **TRAINER** | | |

*The subscribers confirm that the person named has consented to act as a director.*

## *Statement of Capital (Share Capital)*

| | | | |
|---|---|---|---|
| *Class of Shares:* | **ORDINARY** | *Number allotted* | **100** |
| *Currency:* | **GBP** | *Aggregate nominal value:* | **100** |
| *Prescribed particulars* | | | |

**EACH SHARE HAS FULL RIGHTS IN THE COMPANY WITH RESPECT TO VOTING, DIVIDENDS AND DISTRIBUTIONS.**

### Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| *Currency:* | **GBP** | *Total number of shares:* | **100** |
| | | *Total aggregate nominal value:* | **100** |
| | | *Total aggregate unpaid:* | **100** |

## *Initial Shareholdings*

*Name:*          **MATTHEW MCPHEE**

*Address*        **B2-13-1 SOHO SUITES 20**          *Class of Shares:*          **ORDINARY**
                 **JALAN PERAK**
                 **50450**                            *Number of shares:*          **100**
                 **KUALA LUMPUR**                     *Currency:*                  **GBP**
                                                      *Nominal value of each*      **1**
                                                      *share:*
                                                      *Amount unpaid:*             **1**
                                                      *Amount paid:*               **1**

**PX 74**          **FTC-MOBE-004215**

# *Persons with Significant Control (PSC)*

**Statement of initial significant control**

**On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company**

**PX 74**          **FTC-MOBE-004216**

# *Individual Person with Significant Control details*

*Names:*  **MR MATTHEW LLOYD MCPHEE**

*Country/State Usually Resident:*  **AUSTRALIA**

*Date of Birth:*  **\*\*/01/1987**  *Nationality:*  **AUSTRALIAN**

*Service Address:*  **B2-13-1 SOHO SUITES 20 JALAN PERAK**
**50450**
**KUALA LUMPUR**

*The subscribers confirm that each person named as an individual PSC in this application knows that their particulars are being supplied as part of this application.*

*Nature of control* **The person holds, directly or indirectly, 75% or more of the shares in the company.**

The subscribers have elected to keep Register of Secretaries information on the public register

The subscribers have elected to keep Register of Directors information on the public register

The subscribers have elected to keep Register of Directors Usual Residential Addresses information on the public register

## *Statement of Compliance*

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*memorandum delivered by an agent for the subscriber(s):*　　　**YES**

*Agent's Name:*　　　**UK COMPANY FORMATIONS 247**

*Agent's Address:*　　　**32 CROFTS PATH 32 CROFTS PATH**
**LEVERSTOCK GREEN**
**HEMEL HEMPSTEAD**
**HERTS**
**UNITED KINGDOM**
**HP3 8HD**

## Authorisation

*Authoriser Designation:*　**agent**　　　　　　*Authenticated*　**YES**

*Agent's Name:*　　　**UK COMPANY FORMATIONS 247**

*Agent's Address:*　　　**32 CROFTS PATH 32 CROFTS PATH**
**LEVERSTOCK GREEN**
**HEMEL HEMPSTEAD**
**HERTS**
**UNITED KINGDOM**
**HP3 8HD**

**PX 74**　　　**FTC-MOBE-004220**

# COMPANY HAVING A SHARE CAPITAL

## Memorandum of association of
## BUSINSS EDUCATION TRAINING LIMITED

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share.

| Name of each subscriber | Authentication |
|---|---|
| Matthew McPhee | Authenticated Electronically |

Dated: 28/09/2016

/



## FILE COPY

## CERTIFICATE OF INCORPORATION
## ON CHANGE OF NAME

### Company Number **10401893**

The Registrar of Companies for England and Wales hereby certifies that under the Companies Act 2006:

### BUSINSS EDUCATION TRAINING LIMITED

a company incorporated as private limited by shares, having its registered office situated in England and Wales, has changed its name to:

### BUSINESS EDUCATION TRAINING LTD

Given at Companies House on**5th October 2016**



* N10401893D *

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006



## Companies House



**THE OFFICIAL SEAL OF THE REGISTRAR OF COMPANIES**

## PX 74

**FTC-MOBE-004222**

# NM01 (ef)

**Companies House**

## Notice of Change of Name by Resolution

Company Number:   **10401893**

Company Name:   **BUSINSS EDUCATION TRAINING LIMITED**

Received for filing in Electronic Format on the:**04/10/2016**

Notice is hereby given that the company has changed its name as set out in the attached resolution

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager

# COMPANIES ACT 2006
# SPECIAL RESOLUTION ON CHANGE OF NAME

Company number:     10401893

Existing company name:
BUSINSS EDUCATION TRAINING LIMITED

The following special resolution to change the name of the company was agreed and passed by the members.

On the 29th September 2016

That the name of the company be changed to:
BUSINESS EDUCATION TRAINING LTD

# Companies House

# CS01 (ef)

**Confirmation Statement**

Company Name: **BUSINESS EDUCATION TRAINING LTD**
Company Number: **10401893**



Received for filing in Electronic Format on the:**06/10/2017**

X6GHPV8R

---

Company Name: **BUSINESS EDUCATION TRAINING LTD**

Company Number: **10401893**

Confirmation
Statement date: **28/09/2017**

---

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

**PX 74**

**FTC-MOBE-004226**

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

**PX 74**

**FTC-MOBE-004227**



Department of State   Division of Corporations   Search Records   Detail By Document Number

## Detail by Entity Name

Florida Limited Liability Company
SHARK SPEAKER, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L15000208110 |
| **FEI/EIN Number** | 81-0872663 |
| **Date Filed** | 12/15/2015 |
| **Effective Date** | 12/15/2015 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

232 BAYSHORE DR.
CAPE CORAL, FL 33904

### Mailing Address

1217 CAPE CORAL PARKWAY E.
# 135
CAPE CORAL, FL 33904

### Registered Agent Name & Address

WHITNEY, INGRID
232 BAYSHORE DR.
CAPE CORAL, FL 33904

### Authorized Person(s) Detail

**Name & Address**

Title MGR

WHITNEY, RUSSELL W
232 BAYSHORE DR.
CAPE CORAL, FL 33904

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2016 | 09/14/2016 |
| 2017 | 07/05/2017 |

### Document Images

| | |
|---|---|
| 07/05/2017 -- ANNUAL REPORT | View image in PDF format |
| 09/14/2016 -- ANNUAL REPORT | View image in PDF format |
| 12/15/2015 -- Florida Limited Liability | View image in PDF format |

**PX 75**                          FTC-MOBE-004228

Florida Department of State, Division of Corporations

**PX 75**

**FTC-MOBE-004229**

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L15000208110
FILED 8:00 AM
December 15, 2015
Sec. Of State
jahickman

## Article I

The name of the Limited Liability Company is:

SHARK SPEAKER, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

232 BAYSHORE DR.
CAPE CORAL, FL.   33904

The mailing address of the Limited Liability Company is:

1217 CAPE CORAL PARKWAY E.
# 135
CAPE CORAL, FL.   33904

## Article III

Other provisions, if any:

THE PURPOSE OF THE COMPANY IS TO ENGAGE IN ANY OR ALL
LAWFUL BUSINESS FOR WHICH LIMITED LIABILITY COMPANIES MAY
BE ORGANIZED UNDER FLORIDA LAW.

## Article IV

The name and Florida street address of the registered agent is:

INGRID  WHITNEY
232 BAYSHORE DR.
CAPE CORAL, FL.   33904

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   INGRID WHITNEY

**PX 75**

FTC-MOBE-004230

## Article V

The name and address of person(s) authorized to manage LLC:

L15000208110
FILED 8:00 AM
December 15, 2015
Sec. Of State
jahickman

Title:  MGR
RUSSELL W WHITNEY
232 BAYSHORE DR.
CAPE CORAL, FL.   33904

## Article VI

The effective date for this Limited Liability Company shall be:

12/15/2015

Signature of member or an authorized representative

Electronic Signature: INGRID WHITNEY

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

**PX 75**          **FTC-MOBE-004231**

**2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L15000208110

**Entity Name:** SHARK SPEAKER, LLC

FILED

**Sep 14, 2016**
**Secretary of State**
**CC0484849856**

**Current Principal  Place of Business:**

232 BAYSHORE DR.
CAPE CORAL,  FL  33904

**Current Mailing Address:**

1217 CAPE CORAL PARKWAY E.
# 135
CAPE CORAL,  FL  33904

**FEI Number:** 81-0872663                                                  **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

WHITNEY, INGRID
232 BAYSHORE DR.
CAPE CORAL, FL  33904  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | WHITNEY, RUSSELL W |
| Address | 232 BAYSHORE DR. |
| City-State-Zip: | CAPE CORAL  FL  33904 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RUSSELL WHITNEY                                    MGR                        09/14/2016

| | | |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

# PX 75                                          FTC-MOBE-004232

**2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L15000208110

**FILED**

**Jul 05, 2017**
**Secretary of State**
**CC8569834727**

**Entity Name:** SHARK SPEAKER, LLC

**Current Principal  Place of Business:**

232 BAYSHORE DR.
CAPE CORAL,  FL  33904

**Current Mailing Address:**

1217 CAPE CORAL PARKWAY E.
# 135
CAPE CORAL,  FL  33904

**FEI Number: 81-0872663**                                                          **Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

WHITNEY, INGRID
232 BAYSHORE DR.
CAPE CORAL, FL  33904  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

_____ Electronic Signature of Registered Agent                                                                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | WHITNEY, RUSSELL W |
| Address | 232 BAYSHORE DR. |
| City-State-Zip: | CAPE CORAL  FL  33904 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RUSSELL W WHITNEY                                        AGENT                          07/05/2017

_____ Electronic Signature of Signing Authorized Person(s) Detail                                                      Date

**PX 75**                                        **FTC-MOBE-004233**

• Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print an Amended a Annual Report form • Print a Pre-Populated Annual Report form

# Limited Liability Company

## Legal Name

Geer Up Marketing LLC

## Information

**SosId:** 1421854
**Status:** Admin. Dissolved
**Annual Report Status:** Not Applicable
**Citizenship:** Domestic
**Date Formed:** 1/14/2015
**Registered Agent:** Zanghi, Susan G

## Addresses

| **Mailing** | **Principal Office** | **Reg Office** |
| --- | --- | --- |
| 8207 Golf Ridge Dr | 8207 Golf Ridge Dr | 8207 Golf Ridge Dr |
| Charlotte, NC 28277 | Charlotte, NC 28277 | Charlotte, NC 28277 |

**Reg Mailing**
8207 Golf Ridge Dr
Charlotte, NC 28277

## Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

**PX 76**                    FTC-MOBE-004234

**ATTENTION:**
## Home Business Entrepreneurs ...

## How To Leverage A Proven, Profitable Business Model And **Make Up To 50% Commissions Per Sale**

**WITHOUT** Creating Your Own Products
**WITHOUT** Picking Up The Phone &
**WITHOUT** Dealing With Customers



**From the desk of Matt Lloyd:**

Dear Home Business Entrepreneur,

You're on this page for a reason.

You're looking for a way to make an additional income:

- ✔ a second income that may eventually replace your job
- ✔ a reliable income that will provide you (and your family) with security
- ✔ an independent income free of alarm clocks, office politics, and traffic

**The "online" model seems perfect ...**

- ✔ ... you can do it in your spare time
- ✔ ... you can work from home
- ✔ ... it requires none of the start-up costs of traditional "brick and mortar" businesses

But there's one BIG problem.

You don't know who to trust.

Likely, you've seen a ton of products out there ranging from *flashy* "push button riches" software to "how to" training programs that all promise to make you rich overnight.

But there's very little proof that any of it actually WORKS, or that it is a viable business model.

I understand your skepticism.

You see, I've been there.

When I started out in this business, I spent **tens of thousands of dollars** on products and programs that ended up doing NOTHING for me.

Why didn't they work?

Because there wasn't a REAL business behind it.

The company I bought these programs from wasn't entirely ethical, and more than that ... they hadn't put in the work to build a sound business.

You see, at the end of the day, it doesn't matter if you're selling computers or information products ... you need to apply the same fundamental business principles.

And once you get past all the hype, the only companies that stick around in this industry are the ones that **build a proven business model** and know what they can spend to acquire a customer and what they can expect to earn in revenue for the lifetime of that customer.

Unfortunately, those companies are few and far between.

Fortunately for you, my company MOBE is one of the most reliable (and fastest growing) companies in the home business niche in the entire world.



A Proven, Profitable

FTC-MOBE-004235

## A Proven, Profitable Business Model

Over the past few years I've built a business model that has taken me from making $700/per month to upwards of $2 million per month, and it's showing no signs of slowing down. I built this business model the old fashioned way. Through hard work and sweat. And what I'm offering here, is a way to leverage this tested and proven model.

All you have to do is send traffic to my offers, and I'll take care of everything else. My online marketing funnels will convert your leads into buyers and **you will get up to 50% commissions on ALL front-end sales.** Here's how it works …

## A 5-Step Profit Machine

**Step 1:** I give you access to my **Best-Selling Products**. These are the "cream of the crop"–my all-time BIG CASH generators.

**Step 2:** I show you how to drive traffic to these offers quickly and easily.

**Step 3:** I provide you with the marketing materials you can use to turn traffic into leads that convert.

**Step 4:** You get up to 50% commissions on front-end sales. e.g. for a product priced at $1997, your commission works out to $998.50 per sale.

**Step 5:** Promote MOBE products and watch the sales roll in.

It's not uncommon for a single customer to buy over $5,000 dollars worth of products from me over a couple years. Most "gurus" would give you 10% of the front-end sale (instead of 50%) and you wouldn't see *one thin dime* of the rest of the money that came from YOUR customer.

However, when you become a MOBE Consultant, you could literally make thousands of dollars off the same customer because they get tagged to your account.

This is one of the reasons why MOBE is so *revolutionary*. I'm literally flipping the normal affiliate model on its head and giving you direct access to my multi-million dollar business.

Even just 2 sales of one of my backend offers in your first 30 days could make you over $2,500 for the month. And every single customer you bring in could result in even more over the next couple years.

## MOBE Marketing System: Leveraging The Power Of A Tested & Proven Business Model



When you join the MOBE Marketing System Program …

✔ You leverage the power of a tested business model that is proven to **bring in sales** on auto-pilot

✔ You have access to some of the **highest-converting** products in the home business niche. These are my "bread and butter" products that make me (and will make you) the most money.

✔ You get all the benefits of an **established online business** WITHOUT having to create products of your own, WITHOUT doing any selling, and WITHOUT dealing with customers, merchant account, and refunds.

✔ You get a **pre-built online "infrastructure"**–web sites, landing pages, follow up systems, tracking, ad placement, hosting, etc. I've already built everything FOR YOU so you'll never have to write a line of code or worry about building a website.

✔ You can "rest easy" knowing that my sales process is working 24 hours a day, 7 days a week, 52 weeks a year on your behalf, bringing your leads in buyers again and again, and *consistently paying out commissions.*

FTC-MOBE-004236

making money. All you have to do is "plug in" by promoting my products.

Now, let me explain ..

## How To Get 50% Commissions

With MOBE you will have access to my Best-Selling Products that you can promote and get between **10-50% commissions as a standard consultant.**

Now, this model is *infinitely better* than any other "online marketing" model because everything is DONE FOR YOU and you still get all the benefits–and commissions–from a successful business with a proven product line.

In fact, this model works so well that is has resulted in over $10 MILLION in commissions paid out to my partners.

## Want Proof?



> My name is David Giles. I live in Western Australia. I am a family man and have a corporate job. I am pretty busy and I don't have a lot of time for developing my own products and sale for. So when I got chatting to Matt online and he mentioned that I could license his products and successful sales funnels, I was quite interested. I will admit I was also a bit hesitant because I really didn't know if I was going to make any sales, but I thought I'd try it anyway.

But I'm glad I did. Last Sunday I woke up, made myself a cup of coffee, and was sitting on the couch watching TV with my son. I checked my Facebook account and I had a message from Matt saying, "Hey ... you just made $1,200 bucks in commission." As you can imagine, I was pretty happy. A bit later on in the day I had another message saying, "Hey ... you just made $950 in commissions." And yeah, I was pretty happy. It was awesome.

The funny thing is the day before I just booked a holiday to Singapore with my wife and kid and that was pretty expensive, so to make two grand the next day in commissions was pretty excellent. I highly recommend this program." –*David Giles, WA Australia*



> My name is Andrea Goodsaid. I am a stay-at-home mom of three and I live in Gainesville, Florida. I recently became a licensee for Matt's program, and I wanted to share with you my results. In last 45 days or so I have made $16,396.40 in commissions for myself and probably one of the most surprising parts for me of this whole process was the upsell effectiveness.

Matt and his team are doing an excellent job of closing sales on the backend and the good news is that everybody is happy with their purchases and the content itself is helping people to move forward with their online marketing.

So I highly recommend it. This is going to be a breakthrough year for me because of this program. Basically, I am on track to make more than $100,000.00 this year! I am pretty excited about it." –*Andrea Goodsaid, Gainesville, FL*

Here are two VERY successful partners of mine, John Chow & Terry Lamb, holding commission checks for $1,079,592 and $225,813.



FTC-MOBE-004237



John Chow—$1,079,592



Terry Lamb—$225,813

**Note:** Both John and Terry are "positioned" at a higher level in MOBE. After you get started with my MOBE Marketing System, I'll explain how you can get positioned at these higher levels and earn even BIGGER commissions of over $3,000 to $10,000 without any extra work (these sales are also made by the phone sales team FOR YOU).

**Disclaimer:** I also want to be clear that John and Terry's results are not typical. These partners both took MOBE and ran with it, most people will not put in the same amount of time and effort. But for those that do, the earnings potential is VERY exciting.

So, at this point you're probably wondering ...

## "Alright, Matt. So what exactly do I get with the MOBE Markting System?

Here's everything you get when you join the MOBE Marketing System ..

**1**  **Lifetime Rights To My Best-Selling Products ($10,000 value)**

Most rights are temporary and can be revoked at any time. Even a franchisee operating a McDonald's has to repay every single year to have their rights reinstated. I originally was only going to make this available for one year, but I realized that if I want lifetime members, I should offer a lifetime solution.  If the demand keeps growing though, I may change my mind.

**2**  **10-50% Commissions On Front-End Sales**

For each front-end sale we generate from your leads, you will get between 10-50% commissions. We have tested and tweaked every aspect of the marketing for these front-end products and they flat-out convert. If you bring in leads, they're practically guaranteed to sell.

**3**  **MOBE Sites: 7-Minute Lead Capture Pages Tool**

As a consultant, you'll also gain immediate access to MOBE Sites, our easy-to-use software that allows you to leverage pre-built sales funnels that have been proven to convert.

MOBE Sites enables you to create and customize a variety of beautiful marketing pages, including opt-in pages, sales pages, launch pages, live event pages, membership pages, thank-you pages—even order forms and upsell pages. If you can drag-and-drop, you can use this software to quickly grow your business.

PX 77

FTC-MOBE-004238

**4** Elite Earners Weekly Webinars

Every week, the top earning MOBE Consultants will host a webinar, and show you exactly what they're doing to bring in the big bucks.

PLUS ...

## BONUS #1

**"Done For You" MOBE Landing Page + 11-Part Email Auto-responder** ($197 value)

The is the EXACT landing page I used to generate well over 112,000 leads for the products you're about to get access to, and the same 11-part email sequence that has sold $100,000s worth of these products on auto-pilot. Now yours to use and promote for a commission.

## BONUS #2

**My Complete O.T.O. Funnel** ($497 value)

This "one time offer" funnel will allow you to instantly TRIPLE your profits without any extra work. Immediate upsells, or "one time offers" maximize profits by putting products in front of buyers when they're most likely to buy (right after they buy something else). This funnel contains all four of the main MOBE products you'll get access to and has been engineered to *maximize* your commissions.

But it occurred to me that you might be thinking, "Matt, all of this sounds great, but I think I'll need some help sending traffic. I'm not sure I have enough experience." That is why I've included BONUS #3 ...

## BONUS #3

**Traffic Masters Academy:** (Value $297)

The only traffic program on the market that shows you what REAL consultants have done to earn Millions of Dollars in documented commissions. Learn 6 traffic methods you can use to get new customers now: PPC (Pay Per Click), Video Marketing, Banner Ads, Pay Per View (PPV), Solo Ads, Blogging and two bonus traffic generators, Warm Market and Direct Mail.



## BONUS #4

**MOBE Licensing Kit:** (Value $297)

The MOBE Licensing Kit is an in-depth, but "easy to consume" training course that will leave you with the knowledge and expertise in licensing other people's products so you can make money without creating anything yourself.



## "Ok, Matt. This all sounds great ... but how much does it cost?"

Well, the amount of money you can make with MOBE is almost limitless.

Even just 2 backend sales in your first 30 days bring you over $1,500 in commissions for the month.

And every single customer you bring in could result in thousands over the next couple years.

You could potentially make **thousands every single month averaging LESS than 1 sale per day** doing this.

And if you add up the value of everything you get with MOBE, it comes to a real world value of over $10,000. So, I would be justified charging $5,000 or more for MOBE.

In fact, most companies DO charge close to that to license just a single product. But like I've said before, my goal is to bring on enough quality partners to grow my company to $50

FTC-MOBE-004239

And I can't do that by charging $5,000 up front. I know that we will BOTH make a lot of money together once you start bringing in leads, and I don't want money to stop you from getting started.

If you join today, the fee for the MOBE Marketing System Program is ONLY $2497 + $19.95/mo (starting in 30 days).

**Note:** I reserve the right to raise the price for this program at any time.

You could *easily* make up this fee within the first 30 days of joining MOBE … maybe even within the first 2 weeks.

Compared with the years and tens of thousands of dollars it would cost you to build an online business on your own … $2497 is a *steal*.

Heck, people have paid more than $2497 for products *inferior* to the training programs that you're getting thrown in absolutely FREE!

Now, there is also a $19.95 per month fee for the **MOBE Marketing System** program. $19.95 per month (starting in 30 days) gets you access to:

1. **Consultant Member's Area:** In your exclusive Member's Area, you'll get private, specialized training and content, including access to my entire "Inner Circle Vault." This **treasure trove** includes some of the best training materials ever assembled in one place. You'll learn copywriting secrets, proven conversion "recipes," time-management techniques, traffic strategies, affiliate "domination" tricks, million-dollar blogging tactics, solo ad "hacks," and much, much more.

2. **MOBE Sites 7-Minute Lead Capture Pages:** Get access to MOBE Sites, our easy-to-use software that allows you to leverage pre-built sales funnels that have been proven to convert.

3. **Consultant Insider:** This is a physical printed newsletter that arrives in your mailbox every month (you also get a digital version). Your Consultant Insider Newsletter is *jam-packed* with the most current traffic-generation and online marketing tactics available today. Your newsletter will includes ground-breaking case studies and "real world" test results. As you know, the online "game" in always changing and you need to stay "on your toes" to be successful. We are constantly testing and tweaking to determine what's working right NOW. Keep your subscription current and we will present this information to you so you will never be "left behind." Note: The Consultant Insider normally sells for $97/mo by itself.

4. **Elite Earner's Training:** ($97 value) Every week, we'll feature a different expert who is making at least $10,000 per month with MOBE. You'll get a special access code each week for a **1-hour online class** where you will be able to "look over the shoulder" of guys like John Chow and see exactly what they do to make the *insane amounts of money* they make online. These Elite Earners will often reveal *brand-new* ways to find **dirt-cheap leads** that turn into GOLD, and other "ninja" tactics for increasing your MOBE commissions. Just "copy and paste" what these Elite Earners show you and you can easily DOUBLE your monthly commissions. You'll also get instant access to a **Million-Dollar Archive** of all past Elite Earner's calls. (And don't worry … if you miss a call, it will be in the archives within 24 hours). Note: This training normally sells for $97/mo by itself.

Now, $19.95/mo is clearly NOTHING compared to the *massive value* and extra commissions you'll be getting from your **MOBE Marketing System** membership.

But, with that said … You are under NO OBLIGATION to continue paying $19.95/mo if you decide you don't want to.

No contracts.

You can cancel at anytime.

But that's not all … I'm so confident that the MOBE Marketing System is going to work for you (and that we're going to make a lot of money together), that I'm willing to make your one-time $2497 fee a …

## RISK-FREE FULLY-REFUNDABLE 'GOOD FAITH' DEPOSIT



This is where I go from "risky" to "downright insane," according to my colleagues.

I'm giving you a chance to not only go through all of my products at a fraction of the price, but make tons of money at my expense.

I believe in over-delivering, so I'm going to make this ridiculously easy for you.

If after 12 months (yes, not 30 days; you get a full 12 months), you can show me proof that you've implemented at least three of the proven paid traffic strategies taught in the Traffic Masters Academy training area consistently for each of the 12 months and you haven't made a sale, I will gladly give you a FULL refund. Just email my office with the required proof* and you'll receive a full refund, and I'll thank you for trying out our partnership.

*Required proof: receipts from paid traffic, screenshots from your affiliate back office showing clicks, etc. from each of the 12 months.

So yes, I am literally swallowing all the risk here for you. I'm not sure how I could make this better. Even without a guarantee you are getting the deal of a lifetime, and with the guarantee included, this is a clear no-brainer decision.



## Apply Now

# BUT WAIT!
# What If I Told You That You Could Get Access To The MOBE Marketing System For FREE?

### Achieve Even GREATER Results With BIGGER Commissions By Becoming MOBE Certified

Anyone can become a Standard Consultant and promote the majority of front end products through MOBE Marketplace at **www.MOBEmarketplace.com** and earn between 10% - 50% commissions.

However if you wish to earn commissions of 10% - 90% on products PLUS have our phone sales team selling products for you on the back end with commissions of $1,250, $2,500, $3,300, $5,500 and even $10,000 per sale, then you should read on about the MOBE Certification Program.

## How To Get 90% Commissions

As a MOBE Certified Consultants you earn 10-90% commissions on a larger selection of products ...

... PLUS up to $1,625 for each backend sale that my phone sales team closes FOR YOU without you ever having to pick up the phone.

Now, why do you get 90% instead of the full 100%?

Well, I had a choice when setting up this program. I could either ...

1. Give you full commission for all sales but also require YOU to handle customer service, pay merchant fees, run your own phone sales team, deal with technical issues, manage a staff of 150+ people, and charge you for hosting and website fees.

2. Take just 10% of sales coming in and handle all of that for you so you could concentrate on sending traffic and making easy money.

I thought you'd prefer the second choice. To be honest, 10% doesn't quite cover everything I have to pay for in taking care of a new customer ... but I'm Ok with a loss up front because I know I'll be making money on the back...

Even just 2 sales of one of my backend offers in your first 30 days will make you $2,500 for

FTC-MOBE-004241

Everybody starts at one of my business levels in your mortgage days that have you eager to earn even more every time level increases in the commission... so start small $5 and then

over the next couple years.

Let's do some simple math. Take a look at the chart below and you'll quickly see the potential here. Remember, the numbers shown here are YOUR commissions.

| Front End Sales | Income | Back End Sales | Income | Total |
|---|---|---|---|---|
| 4 | $1,069.20 | 1 | $1,000 | $2069.20 |
| 8 | $2,138.40 | 2 | $2000 | $4,138.40 |
| 12 | $3,207.860 | 3 | $3,000 | $6,207.60 |
| 24 | $6,415.20 | 6 | $6,000 | $12,415.20 |

Now, this is just an estimate of *possible* earnings ... but **you could potentially make $12,415.20 every single month averaging LESS than 1 sale per day**. That's more than some doctors and lawyers make! That's the *raw power* of this business model at work.

Imagine what your life would be like if you were made just HALF of that—$6,207.60—every month.

That works out to $74,491.20 every year in additional income!

What would that money do for you and your family?

What would it do for your quality of life to be able to afford nice things, buy a new car or bigger house, pay off your debt, and go on vacation when and where you want to?

I can tell you that my life has been improved by *leaps and bounds*—from "scraping by" mowing lawns to where I am now.

## My Exclusive, Limited-Time Offer To You

I want to share with you the same opportunity as my top earner's who have higher level positioning and have been able to achieve total lifestyle, time and money freedom.

So, for a limited time only, I am willing to waive the fee for the MOBE Marketing System if you take action now and sign up for our entry level MOBE Silver Certification.

When you become MOBE Certified, you can dramatically increase the commissions you get.

 **10-90% Commissions On Front-End Sales & Up To $1,250 On Backend Sales**

Remember the Potential Earnings Chart at the beginning of this letter?

You could potentially make **$12,415.20 every single month averaging LESS than 1 sale per day** doing this.

But you ONLY qualify for those commissions if you apply to become a MOBE Certified Consultant.

Think of this way, you'll be *leaving money on the table* if you DON'T stay get certified.

These sales are already being made to your leads, you just have to "claim" the commissions.

As a MOBE Certified Consultant, you not only have access to larger commissions but you will also get four of my most popular programs for your own personal use (a $1,467 value) thrown in absolutely FREE. (**Note: These are the same products you'll also be getting commissions on.**) You will get ...

**Four of My Most Popular Programs For Your Personal Library**

When you join MOBE, you will get four of my most popular programs for your own personal use (a $1,467 value) thrown in absolutely FREE. (**Note: These are the same products you'll also be getting commissions on.**) You will get ...

**My Email Marketing Empire** ($194 value)

This program reveals how to turn a mailing list into a non-stop ATM through a series of step-by-step online training DVDs to the **most effective** email marketing strategies in use today. These are the same 'tips and tricks' that I use to convert leads into **cash-in-hand** customers... and they are yours to control... These training includes *ninja* techniques for doubling strikingly open rates



FTC-MOBE-004242

and click through rates, and (most importantly) how to generate commissions with the offers you send them on your list.

### How To Build A Funded Proposal ($194 value)



This system shows network marketers how to profit while they build a list of prospects for their downline–instead of losing money up front. (Network marketers are a great source of buyers ... I know because I was one myself). You'll learn the "hidden" secrets of 6 and 7-figure network marketers that 97% of the industry has absolutely *no clue* about. The VAST majority of training on this subject is not only WRONG ... *it's flat-out harmful*. This program reveals what actually works, so you can avoid common mistakes and copy what the *richest* network marketers in the world usually only talk about "behind closed doors."

### Affiliate Bonus Domination ($291 value)



This program teaches a *radical new way* to dominate product launches, win $1000s in prize money, and collect BIG commission checks WITHOUT having a big list or any products of your own. You'll learn the *breakthrough techniques* I invented when I was a "small fish" just getting started to beat some of the biggest gurus at their own game and achieve *Top 10 Status* multiple times in major product launches. **Note: This works even if you have NO list and are a brand new affiliate.**

### The O.P.T. Formula ($194 value)



Using strategies made popular by the *4 Hour Workweek* by Tim Ferriss, this **comprehensive video training** will show you how to leverage "other people's time" to make YOU more money. Outsourcing your *monotonous tasks* for pennies on the dollar will make you "time rich"–so you can make more money faster and have the time to enjoy it.

But that's not all ...

### ③ Daily Training Webinars

**You are NOT alone.** You will learn exactly how to use the MOBE program and how to get paid ... PLUS several **pain-free** methods of driving traffic that anyone can do regardless of their current financial situation or experience level.

You will get access to **daily webinars from my coaching team** to answer ALL your questions and show you the most effective ways to get leads and jump-start your business.

These consultants are ALL online marketing **experts** and can answer all your questions about MOBE and how to get commissions within the first few weeks of joining.

Now there is a whole lot more you get with MOBE Silver Certification that I won't go into here, including additional training, support and offers to promote. To read the full details and take advantage of this amazing opportunity, click below.



## WARNING:
## This Opportunity May Not Last ...

Like I said before, many companies charge $10,000 (or more) just to license a SINGLE product of theirs. I reserve the right to raise the price for this program at any time, and may do so without warning.

PX 77

FTC-MOBE-004243

So take advantage of this now – while you still can. Apply at the link below now.



If you aren't interested in earning higher commissions at this time and would like to join the MOBE Marketing System to promote products where you will get 10% - 50% commissions, apply at the link below now.

**Apply Now For The MOBE Marketing System**

After you apply, one of my coaches will give you a call to discuss your application. This is a *no-pressure call*–you and the coach will go over the program to make sure MOBE is a good fit for you.

To Your Success,

MATT LLOYD

**P.S.** MOBE is truly unique. You will NOT find another successful online company willing to share the commissions on their back-end sales. You can join a WINNING team and share in the consistent, reliable profits that my company is generating and willing to share with you.

Nothing is going to change in your life on its own. Money is NOT going to fall from the sky. You have to make a choice and take action in order to get what you want. Make that decision and apply today.

**P.P.S.** Remember, you can leverage my business model and potentially earn up to thousands (or more) per month **WITHOUT** creating your own products, **WITHOUT** doing any selling, and **WITHOUT** dealing with customers. All you have to do is drive traffic into my tested and proven sales funnels and we do the rest. We will convert your leads into buyers for our front-end products–some of the highest-converting products in the home business niche–and pay you up to 90% commissions. Then we will convert those buyers into higher-ticket programs and send you up to $1,250 for EACH back-end sale. We will even coach you on how to implement the program and drive traffic to our offers!

But you have to take action now. Click on the button below to apply.



**Take Me To Silver**

**Apply Now For The MOBE Marketing System**

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT

Copyright © 2017 · MOBE · All Rights Reserved

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBEProcessing.com, Inc · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

PX 77                    FTC-MOBE-004244

HOME (../INDEX.HTML)   ABOUT US (../ABOUT-US/INDEX.HTML)   PRODUCTS (../PRODUCTS/INDEX.HTML)

EVENTS (../EVENTS/INDEX.HTML)   SERVICES (../SERVICES/INDEX.HTML)

SUPPORT (../../MOBESUPPORT.ZENDESK.COM/HC/EN-US.HTML)   CONSULTANTS

WORK @ MOBE (../ABOUT-US/WORK-MOBE/INDEX.HTML)

☏ 1 844 662 3787 (indexfde9.html)

 (../index.html)

# Contact Us

START YOUR BUSINESS (../CATEGORY/START-YOUR-BUSINESS/INDEX.HTML)

GROW YOUR BUSINESS (../CATEGORY/GROW-YOUR-BUSINESS/INDEX.HTML)

GROW YOUR WEALTH (../CATEGORY/GROW-YOUR-WEALTH/INDEX.HTML)

## Contact Us

### By Telephone

1-844-MOBEHELP
1-844-MOBESUPPORT 1-844-662-3787

### By Email

For online assistance,
submit a support ticket to MOBE Support
(../../mobesupport.zendesk.com/hc/en-us.html).

### Note on Invoicing

If you purchase any product from any of our
websites, your card statement descriptor will
reflect a charge from one of the following:

1. MOBE.COM
2. MOBEORDER.COM
3. MOBEHELP.COM
4. We Sell Good Traffic
5. AW*mobemarketplace60321811241

### Physical Addresses

**MOBE, Ltd.**
Soho Suites at KLCC
B1-28-8 NO.20
Jalan Perak, Kuala
Lumpur
50450 Malaysia

**MOBE Processing.com, Inc.**
13506 Summerport
Village Parkway
Windermere, Florida
34786 USA

**MOBE Pro, Ltd.**
Third Floor
207 Regent Street
London
W1B 3HH England

**MOBE Online, Ltd.**
54 Wellington Street
Rose-Hill
Mauritius

For a full list of our training programs to help you grow your business,   Click Here (../products/index.html) .

**CONTACT US (INDEXFDE9.HTML) · COMPLIANCE HUB (../COMPLIANCE/INDEX.HTML) · TERMS & CONDITIONS (../TERMS-AND-CONDITIONS/INDEX.HTML) · INCOME DISCLOSURE (../INCOME-DISCLOSURE/INDEX.HTML) · PRIVACY (../PRIVACY-POLICY/INDEX.HTML)**

**Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT**

Copyright © 2017 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE (../index.html) · My Own Business Education (../index.html) · MOBE TV (../../mobe.tv/index.html)

**PX 77**

☎ 1 844 662 3787 (../contact-us/indexfde9.html)

## Our Founder

 (../index.html)

# MATT LLOYD

START YOUR BUSINESS (../CATEGORY/START-YOUR-BUSINESS/INDEX.HTML)

GROW YOUR BUSINESS (../CATEGORY/GROW-YOUR-BUSINESS/INDEX.HTML)

## Founder & Chief Executive Officer

GROW YOUR WEALTH (../CATEGORY/GROW-YOUR-WEALTH/INDEX.HTML)

In 2011, after years in the internet marketing industry, Matt Lloyd set out to create a system that would give anyone the tools they needed to build an online business. Today, he has transformed that revolutionary system into MOBE, Ltd., a company that has paid out over $50 million in commissions to affiliates around the globe. When he's not working on MOBE, Matt loves watching movies and traveling the world.

 (../wp-

content/uploads/2016/11/hbs-matt.png)

## MOBE Department

| PHONE SALES AND TRAINING | LIVE EVENTS AND TRAINING |
|---|---|

PX 77

FTC-MOBE-004247

| | |
|---|---|
| **FINANCE** | **HUMAN RESOURCES** |
| **TECH, OPERATIONS AND FULFILLMENT** | **CUSTOMER SERVICE** |
| **LEGAL AND COMPLIANCE** | **EXECUTIVE & BUSINESS DEVELOPMENT** |

## Executive & Business Development



**Athar R.**

**Executive Director & CFO**



**Tasha C.**

**Video Film Studio Manager**



**Mohammad Ali N.**

**Videographer**



**Susan Z.**

**Executive Assistant**



**Joanne D.**

**Administrative Assistant**



**Amir M.**

**Videographer**

**PX 77**

**FTC-MOBE-004248**

For a full list of our training programs to help you grow your business,   Click Here (../products/index.html) .

**CONTACT US (../CONTACT-US/INDEXFDE9.HTML) · COMPLIANCE HUB (../COMPLIANCE/INDEX.HTML) · TERMS & CONDITIONS (../TERMS-AND-CONDITIONS/INDEX.HTML) · INCOME DISCLOSURE (../INCOME-DISCLOSURE/INDEX.HTML) · PRIVACY (../PRIVACY-POLICY/INDEX.HTML)**

**Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT**

Copyright © 2017 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE (../index.html) · My Own Business Education (../index.html) · MOBE TV (../../mobe.tv/index.html)



FTC-MOBE-004249

☎ 1 844 662 3787 (../contact-us/indexfde9.html)

 (../index.html)

## Our Founder

# MATT LLOYD

**START YOUR BUSINESS (../CATEGORY/START-YOUR-BUSINESS/INDEX.HTML)**

**GROW YOUR BUSINESS (../CATEGORY/GROW-YOUR-BUSINESS/INDEX.HTML)**

**GROW YOUR WEALTH (../CATEGORY/GROW-YOUR-WEALTH/INDEX.HTML)**

## Founder & Chief Executive Officer

In 2011, after years in the internet marketing industry, Matt Lloyd set out to create a system that would give anyone the tools they needed to build an online business. Today, he has transformed that revolutionary system into MOBE, Ltd., a company that has paid out over $50 million in commissions to affiliates around the globe. When he's not working on MOBE, Matt loves watching movies and traveling the world.

 (../wp-content/uploads/2016/11/hbs-matt.png)

## MOBE Department

| PHONE SALES AND TRAINING | LIVE EVENTS AND TRAINING |
|---|---|

## PX 77

FTC-MOBE-004250

| FINANCE | HUMAN RESOURCES |
|---|---|
| TECH, OPERATIONS AND FULFILLMENT | CUSTOMER SERVICE |
| LEGAL AND COMPLIANCE | EXECUTIVE & BUSINESS DEVELOPMENT |

## Legal and Compliance



**Ross W.**
**Lawyer on Contract**

For a full list of our training programs to help you grow your business, **Click Here (../products/index.html)** .

CONTACT US (../CONTACT-US/INDEXFDE9.HTML) · COMPLIANCE HUB (../COMPLIANCE/INDEX.HTML) · TERMS & CONDITIONS (../TERMS-AND-CONDITIONS/INDEX.HTML) · INCOME DISCLOSURE (../INCOME-DISCLOSURE/INDEX.HTML) · PRIVACY (../PRIVACY-POLICY/INDEX.HTML)

Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT

PX 77

FTC-MOBE-004251

Copyright © 2017 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE (../index.html) · My Own Business Education (../index.html) · MOBE TV (../../mobe.tv/index.html)



PX 77

FTC-MOBE-004252

☎ 1 844 662 3787 (../contact-us/indexfde9.html)

 (../index.html)

START YOUR BUSINESS (../CATEGORY/START-YOUR-BUSINESS/INDEX.HTML)

GROW YOUR BUSINESS (../CATEGORY/GROW-YOUR-BUSINESS/INDEX.HTML)

GROW YOUR WEALTH (../CATEGORY/GROW-YOUR-WEALTH/INDEX.HTML)

## Our Founder

## MATT LLOYD

## Founder & Chief Executive Officer

In 2011, after years in the internet marketing industry, Matt Lloyd set out to create a system that would give anyone the tools they needed to build an online business. Today, he has transformed that revolutionary system into MOBE, Ltd., a company that has paid out over $50 million in commissions to affiliates around the globe. When he's not working on MOBE, Matt loves watching movies and traveling the world.



(../wp-content/uploads/2016/11/hbs-matt.png)

## MOBE Department

| PHONE SALES AND TRAINING | LIVE EVENTS AND TRAINING |
|---|---|

**PX 77**

FTC-MOBE-004253

| FINANCE | HUMAN RESOURCES |
|---|---|
| **TECH, OPERATIONS AND FULFILLMENT** | **CUSTOMER SERVICE** |
| **LEGAL AND COMPLIANCE** | **EXECUTIVE & BUSINESS DEVELOPMENT** |

## Live Events and Training



**Alwyn(AL) M.**
Mentor



**Alex R.**
Mentor



**Dr. Don B.**
HBS Speaker



**Martin A.**
Live Event Sales Representative



**Robana G.**
Senior Events Manager



**Alicia L.**
Events Logistics

**PX 77**

**FTC-MOBE-004254**



**Tim F.**

**Events Administrative Manager**



**Tim R.**

**Events Support**



**Russell W.**

**Event Sales Manager**



**Chris R.**

**Mentor**



**Scott Z.**

**USA IMF & HBS Speaker**



**David G.**

**HBS Speaker**



**Steven B.**

**Mentor**



**Richard T.**

**Mentor**



**Marcin M.**

**Mentor**

**PX 77**

FTC-MOBE-004255



**Donald S.**
USA Events Coordinator



**Jennifer W.**
USA Events Coordinator



**Joel C.**
MF/HBS Salesperson



**Donna H.**
IMF/HBS Salesperson



**Natasha T.**
IMF/HBS Salesperson



**William G.**
IMF/HBS Salesperson



**Michael H.**
IMF/HBS Salesperson



**Kalee H.**
IMF/HBS Salesperson



**Laura W.**
IMF/HBS Salesperson

**PX 77**

FTC-MOBE-004256



**Charles N.**

**IMF/HBS Speaker**



**Katherine A.**

**IMF/HBS Salesperson**



**Stefany U.**

**IMF/HBS Salesperson**



**Sandra M.**

**IMF/HBS Salesperson**



**Angel M.**

**IMF/HBS Salesperson**



**Thomas K.**

**IMF/HBS Salesperson**



**James C.**

**IMF/HBS Salesperson**



**Matthew Burbacher**

**IMF/HBS Salesperson**



**Daryl J.**

**IMF/HBS Salesperson**

**PX 77**

**FTC-MOBE-004257**



**Piremdarshan, A**

**Events Assistant**



**Jamal A.**

**IMF/HBS Salesperson**



**Daniel S.**

**IMF/HBS Salesperson**



**Kenneth K.**

**IMF/HBS Speaker**



**Steven H.**

**HBS Speaker**



**Rick M.**

**HBS Speaker**



**Ernest L.**

**Mentor**



**Ben S.**

**Event Road Crew:IMF/HBS Salesperson**



**Jeffery W.**

**Live Events Sales Representative**

**PX 77**

FTC-MOBE-004258



**Ashley D.**

**IMF/HBS Salesperson**



**Nick H.**

**Live Events Sales Representative
UK**



**Mitch C.**

**IMF Speaker**



**Bob V.**

**IMF/HBS Speaker**

For a full list of our training programs to help you grow your business,  Click Here (../products/index.html) .

CONTACT US (../CONTACT-US/INDEXFDE9.HTML) · COMPLIANCE HUB (../COMPLIANCE/INDEX.HTML) · TERMS & CONDITIONS (../TERMS-AND-CONDITIONS/INDEX.HTML) · INCOME DISCLOSURE (../INCOME-DISCLOSURE/INDEX.HTML) · PRIVACY (../PRIVACY-POLICY/INDEX.HTML)

Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT

Copyright © 2017 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius

PX 77

FTC-MOBE-004259

MOBE (../index.html) · My Own Business Education (../index.html) · MOBE TV (../../mobe.tv/index.html)

**PX 77**

FTC-MOBE-004260

☎ 1 844 662 3787 (../contact-us/indexfde9.html)

 (../index.html)

## Our Founder

# MATT LLOYD

START YOUR BUSINESS (../CATEGORY/START-YOUR-BUSINESS/INDEX.HTML)

GROW YOUR BUSINESS (../CATEGORY/GROW-YOUR-BUSINESS/INDEX.HTML)

## Founder & Chief Executive Officer

GROW YOUR WEALTH (../CATEGORY/GROW-YOUR-WEALTH/INDEX.HTML)

In 2011, after years in the internet marketing industry, Matt Lloyd set out to create a system that would give anyone the tools they needed to build an online business. Today, he has transformed that revolutionary system into MOBE, Ltd., a company that has paid out over $50 million in commissions to affiliates around the globe. When he's not working on MOBE, Matt loves watching movies and traveling the world.

 (../wp-

content/uploads/2016/11/hbs-matt.png)

## MOBE Department

| PHONE SALES AND TRAINING | LIVE EVENTS AND TRAINING |
|---|---|

**PX 77**

FTC-MOBE-004261

| FINANCE | HUMAN RESOURCES |
|---|---|
| TECH, OPERATIONS AND FULFILLMENT | CUSTOMER SERVICE |
| LEGAL AND COMPLIANCE | EXECUTIVE & BUSINESS DEVELOPMENT |

## Phone Sales and Training



**Karen O.**
Exec Assistant & coach trainer



**Bradley O.**
Administrative Assistant



**Max A.**
L2 Phone Sales



**Marlon N.**
L2 Phone Sales



**Tiji T.**
L2 Phone Sales



**Sebastian A.**
L1 Business Coach

## PX 77

FTC-MOBE-004262



**Tammy B.**
**L1 Business Coach**



**Sherry C.**
**21 Step Business Coach**



**Leigh F.**
**L1 Business Coach**



**Timothy H.**
**L1 Business Coach**



**Sam H.**
**L1 Business Coach**



**Travoye' M.**
**L1 Business Coach**



**Chris R.**
**L1 Business Coach**



**Carlos V.**
**L1 Business Coach**



**Tyler S.**
**L1 Business Coach**

**PX 77**

FTC-MOBE-004263



**Grant M.**
**L1 Business Coach**



**Rachel O.**
**L1 Business Coach**



**Greg A.**
**L1 Business Coach**



**David T.**
**L1 Business Coach**



**Karuna K.**
**L1 Business Coach**



**Steve H.**
**L1 Business Coach**



**Glenn B.**
**L1 Business Coach**



**Daryl L.**
**L1 Business Coach**



**Chiko M.**
**L1 Business Coach**

**PX 77**

**FTC-MOBE-004264**



**Chuck P.**
**L1 Business Coach**



**Russell W.**
**L1 Business Coach**



**David F.**
**L1 Business Coach**



**Judy P.**
**L1 Business Coach**



**Dawn M.**
**Sales Support**



**Raena L.**
**Traffic Coach**



**Regina M.**
**Traffic Coach**



**Russell D.**
**Traffic Coach**



**Wayne G.**
**Traffic Coach**

**PX 77**

FTC-MOBE-004265



**Carlo M.**
**Traffic Coach**



**Erika M.**
**Traffic Coach**



**Michelle P.**
**Traffic Coach**



**David A.**
**Traffic Coach**



**Corey M.**
**Business Coach**



**Eaunic M.**
**Sales Support**



**Jose J.**
**21 Step Business Coach**



**Justin G.**
**Traffic Coach/Manager**



**Sharika B.**
**21 Step Business Coach**

**PX 77**

FTC-MOBE-004266



**Jason M.**

Traffic Coach



**Drew K.**

L1 Business Coach



**Sarah P.**

L1 Phone Sales



**Davies, B**

L1 Business Coach



**Rosanna, D**

21 Step Business Coach



**Nicolas, R**

L0 Business Coach



**David, L**

L1 Business Coach



**Katherine S.**

L0 Business Coach



**Brenda G.**

Traffic Coach

**PX 77**

**FTC-MOBE-004267**



**Corina**
**L1 Business Coach**



**Kenneth, D**
**L1 Business Coach**



**Christopher C.**
**L1 Business Coach**



**Dawn H.**
**L1 Business Coach**



**Nick E.**
**L1 Business Coach**



**Osahon H.**
**L1 Business Coach**



**Penny, W.**
**L1 Business Coach**



**Cassandra G.**
**L1 Business Coach**



**Penny C.**
**L1 Business Coach**

**PX 77**

FTC-MOBE-004268



**Tom S.**
L1 Business Coach



**Angela P.**
L1 Business Coach



**Leslie S.**
L1 Business Coach



**Ovetus S.**
L1 Business Coach



**Ray S.**
L1 Business Coach



**Greg W.**
L1 Business Coach



**Mark W.**
L1 Business Coach



**Michael A.**
21 Step Business Coach



**Elise M.**
Sales Support

**PX 77**

FTC-MOBE-004269



**Noor A.**
**Sales Support**



**Ivonne, R**
**21 Step Business Coach**



**Stuart A.**
**L0 Business Coach**



**Eran B.**
**L0 Business Coach**



**Wanda D**
**L0 Business Coach**



**Douglas E.**
**L0 Business Coach**



**Darren E**
**L0 Business Coach**



**Teri G.**
**L0 Business Coach**



**Leo J.**
**L0 Business Coach**

**FTC-MOBE-004270**



**Helga K.**
**L0 Business Coach**



**Hai M.**
**L0 Business Coach**



**Joyce W.**
**L0 Business Coach**



**Karen P.**
**L0 Business Coach**



**Michael P.**
**L0 Business Coach**



**Corena T.**
**L0 Business Coach**



**Wayne W.**
**L0 Business Coach**



**John W.**
**L1 Business Coach**



**Gladys W.**
**L1 Business Coach**

**PX 77**

FTC-MOBE-004271



**Imran G.**
**L1 Business Coach**



**Nadeem H.**
**L1 Business Coach**



**Dr. Marilyn Carr**
**L1 Business Coach**



**Wright C.**
**L1 Business Coach**



**Terrie D.**
**L1 Business Coach**



**Dan F.**
**L1 Business Coach**



**Greg G.**
**L1 Business Coach**



**Holly K.**
**L1 Business Coach**



**Daniel K.**
**L1 Business Coach**

**FTC-MOBE-004272**



**Scott L.**
**L1 Business Coach**



**Dawn L.R.**
**L1 Business Coach**



**Deb L.**
**L1 Business Coach**



**Carlos M.**
**L1 Business Coach**



**Lynette M.**
**L1 Business Coach**



**Juan M**
**L1 Business Coach**



**Tom & Jacira M.**
**L1 Business Coach**



**Ellen P.**
**L1 Business Coach**



**Yujesh P.**
**L1 Business Coach**

**PX 77**

**FTC-MOBE-004273**



**Richie P.**
L1 Business Coach



**William R.**
L1 Business Coach



**Lisette S.**
L1 Business Coach



**Sue S.**
L1 Business Coach



**Ivan W.**
L1 Business Coach



**Steve L.**
L1 Business Coach



**Raymond B.**
L1 Business Coach



**Michael G.**
L1 Business Coach



**Deborah R.**
Traffic Coach

**PX 77**

FTC-MOBE-004274



**Jerome R.**

**L1 Business Coach**

For a full list of our training programs to help you grow your business,   Click Here (../products/index.html) .

**CONTACT US (../CONTACT-US/INDEXFDE9.HTML) · COMPLIANCE HUB (../COMPLIANCE/INDEX.HTML) · TERMS & CONDITIONS (../TERMS-AND-CONDITIONS/INDEX.HTML) · INCOME DISCLOSURE (../INCOME-DISCLOSURE/INDEX.HTML) · PRIVACY (../PRIVACY-POLICY/INDEX.HTML)**

**Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT**

Copyright © 2017 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE (../index.html) · My Own Business Education (../index.html) · MOBE TV (../../mobe.tv/index.html)



FTC-MOBE-004275