

HOME   ABOUT US   PRODUCTS   EVENTS   SERVICES   SUPPORT   CONSULTANTS   WORK @ MOBE   📞 1 844 662 3787

START YOUR BUSINESS | SCALE YOUR BUSINESS | GROW YOUR WEALTH

# The MOBE Compensation Plan

## MOBE Business and Compensation Overview

**From the desk of Matt Lloyd:**

Dear MOBE Member,



In the video below you will learn how the MOBE Compensation Plan really works. It's very important as a MOBE License Rights Member, you understand what the higher business Certification programs are (Titanium, Platinum and Diamond), and how members make the **$3,300, $5,500 and $10,000** commissions.

As your leads are generated, and they become MOBE Licensees themselves, our phone team will be offering them the Titanium, Platinum and Diamond Masterminds on the back end. On top of the increased earning potential, you'll also get to come to the Mastermind events, which are 'all expenses paid.' You just show up, and we show you a good time.

If you're interested in becoming a Titanium, Platinum or Diamond Mastermind member (or all of the above) please get back in touch with whoever sent you to this page.

*Matt Lloyd*

MATT LLOYD



**DOWNLOAD MOBE COMPENSATION PLAN**

For a full list of our training programs to help you grow your business, <u>Click Here</u>.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

**Need Help? Call 1-844-662-3787**

Copyright © 2018 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE. Ltd. · Soho Suites at KLCC BT-PH, Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro. Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online. Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

PX 78                    FTC-MOBE-004276



# MOBE Consultant Memberships
# And Compensation Plan

# Table of Contents

The MOBE Compensation Plan Explained ....................................................................................................3

Standard Consultant Membership Fees...................................................................................................3

MOBE Certified Consultant Membership Fees ......................................................................................4

What's Included ........................................................................................................................................4

Inner Circle Membership ........................................................................................................................9

Commissions Earned for Promoting  MOBE Exclusive Products and Services .................................. 10

Commissions for Promoting MOBE's Programs ................................................................................. 10

MOBE Rewards Programs ..................................................................................................................... 14

Questions? ............................................................................................................................................. 15

Glossary ................................................................................................................................................. 15

# The MOBE Compensation Plan Explained

MOBE (My Own Business Education) is a marketing and business training company catering to small business owners and entrepreneurs. We offer a large selection of business training products, services, live training events and exclusive masterminds to help you along your business journey.

Anyone can become a Standard Consultant and promote the majority of front end products through MOBE Marketplace at **www.MOBEmarketplace.com** and earn between 10% - 50% commissions.

However if you wish to earn commissions of 10% - 90% on products PLUS have our phone sales team selling products for you on the back end with commissions of $1,250, $2,500, $3,300, $5,500 and even $10,000 per sale, then you can upgrade to one of our MOBE Certified Programs listed below.

All successful entrepreneurs recognize the value of consistently updating their skills and knowledge. MOBE Consultants are no different. We are in an industry that moves very fast, and in order to keep up we must keep evolving.

To make this easy for you, we also offer monthly Inner Circle programs – with the first month being FREE. The Inner Circle programs provide fresh new training delivered to your door each month in the form of print newsletters and audio CDs.

Each inner circle subscription level includes all the materials that are provided by the level(s) below. E.g. If you are a Platinum Inner Circle Member, then you will have access to all the training from Silver, Gold and Titanium Inner Circle programs. However, if you are at the Titanium Inner Circle level, you will have access to all the options from Silver and Gold Inner Circles but not those offered at the Platinum Inner Circle level.

# Standard Consultant Membership Fees

At MOBE we call our affiliates consultants and anyone can participate in the MOBE Consulting Program by applying at: **www.MOBE.com/affiliates**

**A monthly membership fee of $19.95** is applicable to keep your Consulting Program account active. The fee covers administration costs like the back office functionality, reporting, affiliate tools, and hosting. If you no longer wish to promote any of the MOBE products or other partner products listed on MOBE Marketplace and collect commissions on those sales, you may cancel your membership at any time by submitting a support ticket at: **www.MOBE.com/support**

All MOBE clients who wish to become a MOBE Consultant and promote any of the MOBE Core training programs or third party programs listed on MOBE Marketplace must also pay the $19.95 monthly consulting fee.

Every active MOBE Consultant gets 5% commissions on the personal sales of the Consultants they sponsor.

# MOBE Certified Consultant Membership Fees

MOBE Certified: Refers to Standard Consultants who upgraded to one of the 5 certification levels – (Silver, Gold, Titanium, Platinum and Diamond). MOBE Certified Consultants who are current on the Standard Consultant fee get 10-90% commissions on a large selection of products including any backend sales that correspond to their current positioning.

|  | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Cost Of Program** | NA | $2,497 | $4,997 | $9,997* | $16,667* | $29,997* |
| **Monthly Inner Circle Membership Fee:** Begins 30 days from date of purchase and may be canceled at anytime. | NA | $27/mth | $64/mth | $121/mth | $198/mth | $295/mth |
| **Annual Inner Circle Membership Fee:** Begins 30 days from date of purchase and may be canceled at anytime. **SAVE** Get 12 months for the price of 8. | NA | $216/yr | $512/yr | $968/yr | $1,584/yr | $2,360/yr |

* Payment is by Bank Wire. A 3% Merchant fee is charged if payment is made using a credit card.

** To upgrade, or get positioned at a certain level, you can either purchase a membership package and qualify immediately or make 5 sales at that level. On the 6th sale, you will become positioned and all future sales will qualify for commissions at that level. Existing sales and their downline will remain locked to the level they were at the time of purchase.

# What's Included

| STANDARND CONSULTANT (ACTIVE PAID MEMBERSHIP) | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| Back office functionality, reporting, affiliate tools, and hosting, including custom banner ads and swipe files on select products. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **MOBE Sites:** Get access to MOBE Sites, our easy-to-use software that allows you to leverage pre-built sales funnels that have been proven to convert. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Consultant Insider:** Get a monthly newsletter delivered to your door with essential updates and tips specific to the MOBE Consultant Program. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **MOBE Elite Earners:** Every week, the top earning MOBE Consultants will host a webinar, and show you exactly what they're doing to bring in the big bucks. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

* Back office functionality, MOBE Sites, Consultant Insider newsletter and weekly webinars are only available to active Consultants paying the $19.95 monthly fee.

| CORE TRAINING PROGRAMS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Silver Masterclass:** 8 Module online training program that will show you how to choose the right business model based on your strengths and weaknesses and how to select the right niche and business model that can work for you with lifetime access to updated content. | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Gold Masterclass:** 8 Module online training program that will show you how to build a 6-figure business that consistently generates sales with a proven "customer acquisition process" with lifetime access to updated content. | | | ✓ | ✓ | ✓ | ✓ |
| **Titanium Mastermind:** Complimentary access to attend a Titanium 3-day, 4-night mastermind. Learn from the most brilliant marketing minds on the planet.<br><br>Price includes hotel stay, food, drinks and entertainment for you and a guest.<br><br>Subsequent Titanium Masterminds are available for the wholesale rate of $3,500. | | | | ✓ | ✓ | ✓ |
| **Platinum Mastermind:** Complimentary access to attend a Platinum 5-day, 6-night mastermind retreat. Learn from the top minds in wealth creation, asset protection and personal development.<br><br>Price includes hotel stay, food, drinks and entertainment for you and a guest.<br><br>Subsequent Platinum Masterminds are available at a wholesale rate of $5,000. | | | | | ✓ | ✓ |
| **Diamond Mastermind:** Complimentary access to attend a Diamond 10-day, 11-night mastermind retreat. Learn from some of the smartest minds on the planet when it comes to long-term business planning, product creation and advanced sales and marketing strategies.<br><br>Price includes hotel stay, food, drinks and entertainment for you and a guest.<br><br>Subsequent Diamond Masterminds are available at a wholesale rate of $7,000. | | | | | | ✓ |

**PX 78**

| LEGACY MOBE Marketing System | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **IM Revolution eBook** | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Affiliate Bonus Domination:** Learn the new rules of Affiliate Marketing ($291) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **How To Build A Funded Proposal:** Learn how to recruit new reps on autopilot ($194) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Email Marketing Empire:** Learn Email Marketing, the No. 1 income source of any internet marketer ($194) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **The OPT Formula:** Everything you need to know about effective outsourcing ($194) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Traffic Masters Academy:** Everything you need to know about generating traffic and new leads ($297 value) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **MOBE Licensing Kit:** Everything you need to know to start selling other people's work in 7 days or less ($297) | | ✓ | ✓ | ✓ | ✓ | ✓ |

| DONE-FOR-YOU SERVICES | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Done for You Emails:** Get daily, professional marketing emails, which you can copy, paste, personalize and send to your list to promote any products and services you choose. (Retail value $77/mth) | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **Done For You Articles:** Get articles written for you to put on your blog, send to your list or create lead magnet reports. (Retail value $97/mth) | | | ✓ | ✓ | ✓ | ✓ |
| **Done for You Videos:** Get content videos made for you to put on your blog, send to your list or create training programs with. (Retail value $147/mth) | | | | ✓ | ✓ | ✓ |

\* The above noted done-for-you services are free for active Consultants who are paying the monthly $19.95 fee and will correspond to the Core Training Program they are currently at. Anyone else can purchase the "done for you" services at retail value.

| COACHING | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **MOBE Elite Earners:** Every week, the top earning MOBE Consultants will host a webinar, and show you exactly what they're doing to bring in the big bucks. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| COACHING | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Daily Webinars:** Access to daily webinars (M-F) from my coaching team to answer ALL your questions and show you the most effective ways to get leads and jump-start your business. | | ✓ | ✓ | ✓ | ✓ | ✓ |
| **3 Gold private 30-minute consulting sessions** with a business and traffic coach who will help you set-up your traffic campaigns and get your business off to a fast start. | | | ✓ | ✓ | ✓ | ✓ |
| **5 Titanium private 30-minute consulting sessions** with a business and traffic coach who will help you set-up your traffic campaigns and get your business off to a fast start. | | | | ✓ | ✓ | ✓ |
| **8 Platinum private 30-minute consulting sessions** with a business and traffic coach who will help you set-up your traffic campaigns and get your business off to a fast start. | | | | | ✓ | ✓ |
| **12 Diamond private 30-minute consulting sessions** with a business and traffic coach who will help you set-up your traffic campaigns and get your business off to a fast start. | | | | | | ✓ |

| EVENTS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Super Charge Summit:** 3-day training event for MOBE Consultants who want to up their game. (Value $497) Ticket valid for one person. | | | | | ✓ | ✓ |
| **The Home Business Summit:** 3-day event featuring step-by-step training on what REALLY works when it comes to marketing online ($497) Ticket valid for one person. | | | | | ✓ | ✓ |

| MASTERMINDS & SUMMITS* | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Get More Customers Summit:** 3-day event that will show you how to improve and accelerate your customer acquisition process (Value $2,997) | | | ✓ | ✓ | ✓ | ✓ |
| **Traffic Summit:** Traffic + Conversions = Sales. This special 3-day event will teach you how to get high quality traffic and get it fast. (Value $2,997) | | | | ✓ | ✓ | ✓ |

| MASTERMINDS & SUMMITS* | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Conversion Summit:** Conversion is a key factor in getting sales. This special 3-day event will teach you strategies on how to increase conversions and your bottom line. (Value $2,997) | | | | ✓ | ✓ | ✓ |
| **Leverage Summit:** Leverage is the name of the game and this special 3-day event will teach you how increase leverage and make more money without having to do a lot more work. (Value $2,997) | | | | ✓ | ✓ | ✓ |
| **Sales Summit:** In this 3-day event you will learn how to guide your prospects to make the right sales decision and close the deal. (Value $2,997) | | | | ✓ | ✓ | ✓ |
| **Joint Venture Summit:** In this 3-day event you will learn how to leverage the power of partnerships to boost your business results. (Value $2,997) | | | | ✓ | ✓ | ✓ |
| **Stock Investing Summit:** In this special 3-day event you will learn how the stock market has changed, how to approach your portfolio from a "big picture" view and how to analyze specific stocks and companies. (Value $2,997) | | | | | ✓ | ✓ |
| **Real Estate Investing Summit:** In this special 3-day event you will learn how to invest in real estate the RIGHT way, which property types to avoid, and how to create passive income without using your own capital. (Value $2,997) | | | | | ✓ | ✓ |
| **Precious Metals Investing Summit:** In this special 3-day event you will learn how to invest in precious metals, stocks and mutual funds that hold shares in mining companies, exchange traded funds (ETFs) and coins. (Value $2,997) | | | | | ✓ | ✓ |
| **Asset Protection Summit:** In this special 3-day event you will learn about common and little-known tax savings strategies and how to take advantage of them. (Value $2,997) | | | | | ✓ | ✓ |
| **Prosperity Mindset Summit:** In this special 3-day event you will learn how to "reprogram" your mind for success and approach everything in life with an abundance mindset. (Value $2,997) | | | | | ✓ | ✓ |

* Titanium, Platinum, Diamond Mastermind Programs and supporting Summits may be attended by anyone who has paid the entrance fee. You are not required to be an active consultant to attend and anyone who purchased the mastermind programs may bring a guest. See Mastermind Agreement for details.

**PX 78**

# Inner Circle Membership

Get access to additional monthly training shipped to your door providing exclusive content to correspond with your current business needs. The Inner Circle Memberships provide training that are applicable to any business and are available for purchase to the general public.

Each inner circle subscription level includes all the materials that are provided by the level(s) below. E.g. If you are a Platinum Inner Circle Member, then you will have access to all the training from Silver, Gold and Titanium Inner Circle programs. However, if you are at the Titanium Inner Circle level, you will have access to all the options from Silver and Gold Inner Circles but not those offered at the Platinum Inner Circle level.

| SILVER LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Silver Inner Circle monthly newsletter:** Business setup tips to increase your probability of success delivered in print and PDF | | ✓ | ✓ | ✓ | ✓ | ✓ |

| GOLD LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Gold Inner Circle monthly newsletter:** Marketing and sales content to improve your customer acquisition process delivered in print and PDF | | | ✓ | ✓ | ✓ | ✓ |

| TITANIUM LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Titanium Inner Circle monthly newsletter:** Advanced Online Marketing for next-level entrepreneurs content delivered in print and PDF format. | | | | ✓ | ✓ | ✓ |
| **MOBE's "Ask the Expert" Marketing Series:** Monthly interviews with the most talented and successful experts in important areas of online marketing strategy and business building delivered on Audio CD. | | | | ✓ | ✓ | ✓ |

| PLATINUM LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Platinum Inner Circle monthly newsletter:** Advanced wealth creation and asset protection content delivered in print and PDF format. | | | | | ✓ | ✓ |
| **MOBE's "Ask the Expert" Investment and Asset Protection Series:** Monthly interviews with the most talented and successful experts in important areas of investments and asset protection delivered on Audio CD. | | | | | ✓ | ✓ |

| DIAMOND LEVEL | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Diamond Inner Circle monthly newsletter:** Advanced business content delivered in print and PDF format. | | | | | | ✓ |

# Commissions Earned for Promoting
# MOBE Exclusive Products and Services

MOBE offers a generous compensation plan. The commissions earned will depend on the product or service promoted, your certification level and whether you do your own sales or use our "We Work Your Leads" program to sell your leads. All active Consultants can earn between 10% - 50% commissions on many products and services.

To see a full list of the many products (and the list is growing every day) go to **www.MOBE.com** and choose the Products, Events, or Services tabs to see everything. Earn between 10% - 50% commissions on the products on the MOBE Marketplace. Here is a sample of the products available for promotion, and the related commissions:

| PRODUCTS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Instant Online Business Resale License Rights** Norbert Orlewicz - $1,997 | $798.80 | $798.80 | $798.80 | $798.80 | $798.80 | $798.80 |
| **New Wealth and Freedom Lifestyle System** Daven Michaels - $1,997 | $798.80 | $798.80 | $798.80 | $798.80 | $798.80 | $798.80 |
| **Tax Liens Mastery** Nik Halik - $997 | $398.80 | $398.80 | $398.80 | $398.80 | $398.80 | $398.80 |
| **How To Plan A Website** Jaeson Tanner - $497 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 |
| **Inbox Empire** MaryEllen Tribby - $497 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 |
| **JV Mastery: The Art Of Profitable Deal making** Marc Goldman - $497 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 | $198.80 |

# Commissions for Promoting MOBE's Programs

| PRODUCTS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **21 Step Program:** $49 | $24.50 | $44.10 | $44.10 | $44.10 | $44.10 | $44.10 |
| **Traffic Generator Pro:** $197/mth | $98.5 | $98.5 | $98.5 | $98.5 | $98.5 | $98.5 |
| **IM Revolution:** $9.95 | $4.97 | $8.95 | $8.95 | $8.95 | $8.95 | $8.95 |

| | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Affiliate Bonus Domination:** $291 | $145.50 | $261.90 | $261.90 | $261.90 | $261.90 | $261.90 |
| **How To Build A Funded Proposal:** $194 | $97 | $174.60 | $174.60 | $174.60 | $174.60 | $174.60 |
| **Email Marketing Empire:** $194 | $97 | $174.60 | $174.60 | $174.60 | $174.60 | $174.60 |
| **The OPT Formula:** $194 | $97 | $174.60 | $174.60 | $174.60 | $174.60 | $174.60 |
| **Traffic Masters Academy:** $297 Upgrade to 10,000 Leads in 100 days and apply the cost of TMA towards that purchase. | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 |
| **MOBE Licensing Kit:** $297 | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 | $148.50 |

| SERVICES | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Done-For-You Emails:** $77 | $38.50 | $38.50 | $38.50 | $38.50 | $38.50 | $38.50 |
| **Done-For-You Articles:** $97 | $48.50 | $48.50 | $48.50 | $48.50 | $48.50 | $48.50 |
| **Done-For-You Video:** $147 | $73.50 | $73.50 | $73.50 | $73.50 | $73.50 | $73.50 |
| **Done-For-You eBook:** $10,000 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 |
| **Done-For-You Webinar:** $10,000 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 | $3,333.33 |
| **½ Day at the MOBE Studio:** $4,997 | $1,665.60 | $1,665.60 | $1,665.60 | $1,665.60 | $1,665.60 | $1,665.60 |
| **1 Day at the MOBE Studio:** $9,997 | $3,332.33 | $3,332.33 | $3,332.33 | $3,332.33 | $3,332.33 | $3,332.33 |
| **3 Days at the MOBE Studio:** $19,997 | $6,665.66 | $6,665.66 | $6,665.66 | $6,665.66 | $6,665.66 | $6,665.66 |

| EVENTS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **Home Business Summit:** Ticket valid for 2 people. ($497) | $120 | $120 | $120 | $120 | $120 | $120 |
| **Super Charge Summit VIP** ($797) | $120 | $120 | $120 | $120 | $120 | $120 |
| **Super Charge Summit Standard** Ticket ($497) | $120 | $120 | $120 | $120 | $120 | $120 |
| **Get More Customers Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Traffic Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Conversion Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Sales Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Joint Venture Summit:** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Leverage Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Prosperity Mindset Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Asset Protection Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |

## PX 78

| | | | | | | |
|---|---|---|---|---|---|---|
| **Real Estate Investing Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Stock Investing Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |
| **Precious Metal Investing Summit** ($2,997) | $900 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 | $1,498.50 |

| MOBE CERTIFICATION PROGRAMS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| Silver Masterclass: $2,497 (We Work Your Leads) | - | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 |
| Silver Masterclass : $2,497 (No Sales Assistance***) | - | $1,625 | $1,625 | $1,625 | $1,625 | $1,625 |
| Silver Monthly Inner Circle: $27/mth (50% Commissions) | - | $13.5/mth | $13.5/mth | $13.5/mth | $13.5/mth | $13.5/mth |
| Silver Annual Inner Circle: $216/yr (33% Commissions) | - | $71.28/yr | $71.28/yr | $71.28/yr | $71.28/yr | $71.28/yr |
| Gold Masterclass: $4,997 (We Work Your Leads) | - | - | $2,500 | $2,500 | $2,500 | $2,500 |
| Gold Masterclass: $4,997 (No Sales Assistance***) | - | - | $3,250 | $3,250 | $3,250 | $3,250 |
| Gold Monthly Inner Circle: $64/mth (50% Commissions) | - | - | $32/mth | $32/mth | $32/mth | $32/mth |
| Gold Annual Inner Circle: $512/yr (33% Commissions) | - | - | $168.96/yr | $168.96/yr | $168.96/yr | $168.96/yr |
| Titanium Mastermind: $9,997 (We Work Your Leads) | - | - | - | $3,300 | $3,300 | $3,300 |
| Titanium Mastermind: $9,997 (No Sales Assistance***) | - | - | - | $4,800 | $4,800 | $4,800 |
| Titanium Inner Circle: $121/mth (50% Commissions) | - | - | - | $60.50/mth | $60.50/mth | $60.50/mth |
| Titanium Inner Circle Annual Membership: $968/yr (33% Commissions) | - | - | - | $319.44/yr | $319.44/yr | $319.44/yr |
| Platinum Mastermind: $16,667 (We Work Your Leads) | - | - | - | - | $5,500 | $5,500 |
| Platinum Mastermind: $16,667 (No Sales Assistance***) | - | - | - | - | $8,000 | $8,000 |
| Platinum Inner Circle: $198/mth (50% Commissions) | - | - | - | - | $99/mth | $99/mth |
| Platinum Inner Circle Annual Membership: $1,584/yr (33% Commissions) | - | - | - | - | $522.72/yr | $522.72/yr |
| Diamond Mastermind: $29,997 (We Work Your Leads) | - | - | - | - | - | $10,000 |

| MOBE CERTIFICATION PROGRAMS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| Diamond Mastermind: $29,997 (No Sales Assistance***) | - | - | - | - | - | $13,500 |
| Diamond Inner Circle: $295/mth (50% Commissions) | - | - | - | - | - | $147.50mth |
| Diamond Inner Circle Annual Membership: $2,360/yr (33% Commissions) | - | - | - | - | - | $778.8/yr |

| MENTORSHIP PROGRAMS | Standard | Silver | Gold | Titanium | Platinum | Diamond |
|---|---|---|---|---|---|---|
| **10K Mentorship Program** | - | - | - | - | $2,500 | $2,500 |
| **15K Mentorship Program** | - | - | - | - | $3,750 | $3,750 |
| **25K Mentorship Program** | - | - | - | - | $6,250 | $6,250 |
| **50K Mentorship Program** | - | - | - | - | - | $12,500 |
| **100K Mentorship Program** | - | - | - | - | - | $25,000 |

Any discounts or incentives offered as a bonus do not qualify for commissions. Commissions are only paid on the actual amounts collected and sales become commissionable once all necessary agreements are signed and related funds are collected.

MOBE will claw back any commissions paid on sales that are refunded or charged back. All consultants are required to maintain a reserve and recharge reserves when a refund is processed.

*Commissions on the Inner Circle membership programs are available to you even if you are not participating in the program yourself. However, we highly recommend you take full advantage of the material. They are provided to help you build your online brand, establish credibility and grow your business.

**MOBE has 10% withheld on all merchant account transactions to cover fees, a reserve, and chargebacks or refunds. As a result, we withhold 10% from commissions until the consultant reaches a reserve balance of $20,000 or has consistent commission volumes of $10,000 per month for six consecutive months.

***Commissions paid on sales made at live events will be limited to the commission available for "We Work Your Leads" sales. The additional commissions for "No Sales Assistance" will be used to help offset the cost of event sales staff. Consultants are not allowed to send their own staff to live events to sell their leads because this interrupts the flow of events. If a consultant would like to promote and staff events at their own expense they can earn the additional "No Sales Assistance" commission but need to obtain prior written approval from the company, and allow the company to have a representative attend for compliance purposes.

# MOBE Rewards Programs

MOBE Consultants receive top commissions for their traffic, but the "action takers" are also awarded with additional cash and gift prizes. All consultants can participate in the rewards programs - regardless of the amount of their accumulative earnings. Your commissions qualify you to accumulate points, rewards and cash bonuses on multiple programs at the same time and cash them out separately. Current programs include:

## MOBE Motors

As consultants earn commissions, they accumulate points, which can be traded in for cash towards the lease of their dream vehicle. Maintain five points per month, select your vehicle of your choice ...and MOBE pays the lease. Learn more at: **www.mobemotors.com**

## MOBE Vacations

With MOBE Vacation Points, MOBE Consultants automatically earn points for promoting our products, services, and live events. Every time you earn $1,000 in commissions, you also earn 1 MOBE Vacation Point. That point equals $100 US dollars towards a room at the Sunset Del Mar Resort in Costa Rica. Learn more at **www.mobevacations.com**

## MOBE Milestones

To recognize income milestones, MOBE provides additional prizes to reward those who cross the six, seven and eight figure income mark. Learn more at **www.mobemilestones.com**

## MOBE Leader's Retreat

Twice a year, MOBE rewards its top earners who have made over $100,000 in commissions by inviting them to a 3-day, 4-night retreat at the Sunset Del Mar Resort and similar locations. During the leaders retreat you will get to mingle with other top earners, enjoy some afternoon actives and attend the Millionaire Mind Sessions.  Learn more at **www.mobe.com/leadersretreat**

## MOBE Cash Bonuses

MOBE Cash Bonuses is a rewards program designed for Super Affiliates who can drive multiple 6-figures to 7-figures in sales. With this program, our Top Earners earn big cash bonuses on top of their regular commissions.  The entry level is a 1% cash bonus at $100,000 per month, and it rises from there to 10% at $1 million per month. Learn more at **http://www.topearnercashbonus.com**

**IMPORTANT:** To qualify for the bonus programs like MOBE Motors, MOBE Vacations, and MOBE Milestones (rings), you must maintain the Inner Circle membership level corresponding to your positioning level. For example, if you are a Diamond Mastermind consultant, you must maintain a Diamond Inner Circle account to have your bonus points accumulate. Points will only accumulate when your account is in good standing with the Inner Circle payments. To qualify for the commissions, you must be an active consultant paying the $19.95 monthly consultant fee. All bonuses are subject to management discretion and may be discontinued at any time for any reason without notice.

# Questions?

If you have any remaining questions on how the MOBE Compensation Plan works, contact your MOBE coach, sponsor or email **support@mobe.com.**

# Glossary

**Standard Consultant:** Refers to anyone that signs up for the MOBE Consultant program for a $19.95/month fee and has an active subscription. Standard Consultants get 10-50% commissions on a large selection of products through MOBE Marketplace, but no commissions on backend sales. Every active MOBE Consultant gets 5% commissions on the personal sales of the Consultants they sponsor.

**MOBE Certified:** Refers to Standard Consultants who upgraded to one of the 5-certification levels – (Silver, Gold, Titanium, Platinum and Diamond). MOBE Certified Consultants who are current on the Standard Consultant fee get 10-90% commissions on a large selection of products including any backend sales that correspond to their current positioning.

**Pass Ups:** Refers to the commissions a person gets when someone in their organization makes a sale but is NOT eligible to receive the commission on that sale because that person is either not positioned at a high enough certification level or is not an active Consultant (and so the commission is passed up). Keep in mind that the first MOBE purchase anyone makes locks their referring Consultant in at any given level for life.

Commissions and pass up commissions will only be paid out if a Consultant is actively paying the monthly $19.95 fee. Inactive consultants may become re-eligible to collect commissions and pass ups after paying any past due monthly fees.

# Income Disclosure Statement

MOBE owns multiple trademarks and branded offerings, such as: Internet Funnel Systems, 45 Minute Paydays and My Top Tier Business.

MOBE's goal is to be the #1 Training Resource For Small Business Owners and Entrepreneurs In The World. To achieve that goal, MOBE has recruited some of the top business trainers in the world, as well as a strong corporate team of talent strategically located around the world. We have also built one of the top affiliate programs in our industry, where MOBE Consultants can earn commissions from the sales of our products, services and live events.

MOBE pays commissions in accordance with our compensation plan, located HERE. The MOBE Compensation Plan is an exciting opportunity that rewards you for selling Small Business Training Resources to customers. You can also benefit by sponsoring other participants who can do the same. Although the opportunity is unlimited, individual results will vary depending on the commitment levels and sales and marketing skills of each participant. This page contains detailed income statistics. The average Active MOBE Consultant generates less than $700 per year in commissions. The average Consultant, which includes both active and inactive, generates less than $250 per year, although it should be noted that the majority of inactive affiliates do not place ads to consistently promote programs for longer than 1 month. The "average" Consultant also does not finish the 21 Step training program, and fails to even attend the weekly training webinars.The average Consultant does not appear to take it seriously and does next to nothing to promote the commissionable programs. Do not become an average Consultant. Make sure you do not turn into a statistic, by completing all of the training steps, as well as attending all of the weekly training calls.

Some Consultants within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. We are excited about the income potential the MOBE Compensation Plan offers.

We always suggest that you discuss your business goals with your professional advisors. Prior to joining MOBE as a Consultant you should also discuss affiliate marketing with experienced affiliate marketers before deciding to promote any products, trainings, or services available through MOBE.

MOBE has no knowledge of your individual business experience or expertise. MOBE does not guarantee that you will make any money from your use or promotion of our business training products, trainings and services.

The following chart represents the past 12 months and includes data for everyone who joined any affiliate related program, no matter whether they promoted or not (many exhibited no marketing activity whatsoever). The chart does not include any income generated outside of the MOBE Compensation Plan or from their own businesses. In an attempt to provide transparency we have included the high, low and average monthly incomes in each income level as well as the annualized average income. We will update this chart annually.

**INCOME STATISTICS FROM SEPTEMBER 15, 2014 TO SEPTEMBER 15, 2015**

| Monthly Income Level | % of All Consultants* | Monthly Income | | | Annualized Average Income |
|---|---|---|---|---|---|
| | | High | Low | Average | |
| $25,000 + | 4.58% | $400,000 | $25,140 | $212,570 | $2,550,840 |
| $10,000 – $24,999 | 5.31% | $24,900 | $10,000 | $17,450 | $209,400 |
| $5,000 – $9,999 | 5.48% | $9,998 | $5,000 | $7,499 | $89,988 |
| $2,500 – $4,999 | 6.95% | $4,995 | $2,501 | $3,748 | $44,976 |
| $1,000 – $2,499 | 15.61% | $2,499 | $1,000 | $1,750 | $20,994 |
| $500 – $999 | 7.79% | $999 | $500 | $750 | $8,994 |
| $250 – $499 | 7.83% | $499 | $250 | $375 | $4,494 |
| $100 – $249 | 13.35% | $249 | $100 | $175 | $2,094 |
| Less than $100 | 33.09% | $99 | $5 | $54 | $654 |

* A Consultant is someone who has signed up to be an affiliate and maintains the $19.95 per month affiliate subscription fee. All figures are in US dollars.

Affiliate marketing is just like any business. It takes hard work to make substantial income. Affiliate marketing is no different. Some affiliates make no money at all.

For a full list of our training programs to help you grow your business, Click Here.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY
Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT
Copyright © 2017 · MOBE · All Rights Reserved

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose Hill · Mauritius
MOBE · My Own Business Education · MOBE TV



START YOUR BUSINESS    SCALE YOUR BUSINESS    GROW YOUR WEALTH

# Income Disclosure Statement

MOBE owns multiple trademarks and branded offerings, such as: Internet Funnel Systems, 45 Minute Paydays and My Top Tier Business.

MOBE's goal is to be the #1 Training Resource For Small Business Owners and Entrepreneurs In The World. To achieve that goal, MOBE has recruited some of the top business trainers in the world, as well as a strong corporate team of talent strategically located around the world. We have also built one of the top affiliate programs in our industry, where MOBE Consultants can earn commissions from the sales of our products, services and live events.

MOBE pays commissions in accordance with our compensation plan, located HERE. The MOBE Compensation Plan is an exciting opportunity that rewards you for selling Small Business Training Resources to customers. You can also benefit by sponsoring other participants who can do the same. Although the opportunity is unlimited, individual results will vary depending on the commitment levels and sales and marketing skills of each participant. This page contains detailed income statistics. The average Active MOBE Consultant generates less than $700 per year in commissions. Although, it should be noted that the majority of Consultants do not place ads to consistently promote programs for longer than 1 month. The "average" Consultant also does not finish the 21 Step training program, and fails to even attend the weekly training webinars. The average Consultant does not appear to take it seriously and does next to nothing to promote the commissionable programs. Do not become an average Consultant. Make sure you do not turn into a statistic, by completing all of the training steps, as well as attending all of the weekly training calls.

Some Consultants within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. We are excited about the income potential the MOBE Compensation Plan offers.

We always suggest that you discuss your business goals with your professional advisors. Prior to joining MOBE as a Consultant you should also discuss affiliate marketing with experienced affiliate marketers before deciding to promote any products, trainings, or services available through MOBE.

MOBE has no knowledge of your individual business experience or expertise. MOBE does not guarantee that you will make any money from your use or promotion of our business training products, trainings and services.

The following chart represents the past 12 months and includes data for everyone who joined any affiliate related program, no matter whether they promoted or not (many exhibited no marketing activity whatsoever). The chart does not include any income generated outside of the MOBE Compensation Plan or from their own businesses. In an attempt to provide transparency we have included the high, low and average monthly incomes in each income level as well as the annualized average income. We will update this chart annually.

**INCOME STATISTICS FROM DECEMBER 2016 TO NOVEMBER 2017**

| Monthly Income Level | % of All Consultants* | Monthly Income | | | Annualized Average Income |
|---|---|---|---|---|---|
| | | High | Low | Average | |
| $25,000 ‹ | 1.50% | $589,652 | $117,497 | $212,570 | $1,409,961 |
| $10,000 – $24,999 | 1.83% | $20,651 | $10,751 | $14,563 | $174,755 |
| $5,000 – $9,999 | 2.50% | $9,351 | $5,017 | $6,894 | $82,726 |
| $2,500 – $4,999 | 3.99% | $4,932 | $2,571 | $3,308 | $39,693 |
| $1,000 – $2,499 | 9.07% | $2,488 | $1,014 | $1,655 | $19,865 |
| $500 – $999 | 8.65% | $992 | $502 | $697 | $8,367 |
| $250 – $499 | 9.98% | $500 | $251 | $350 | $4,206 |
| $0 – $249 | 62.48% | $248 | $0 | $61 | $732 |

* A Consultant is someone who has signed up to be an affiliate and maintains the $19.95 per month affiliate subscription fee. All figures are in US dollars.

Affiliate marketing is just like any business. It takes hard work to make substantial income. Affiliate marketing is no different. Some affiliates make no money at all.

For a full list of our training programs to help you grow your business, Click Here.

Google Chrome    66.0.3359.139    3:05:47 PM 5/10/2018    Windows 7 Professional 64-bit Build 7601

PX 80    FTC-MOBE-004293

## MOBE

START YOUR BUSINESS    SCALE YOUR BUSINESS    GROW YOUR WEALTH

# Contact Us

## Contact Us

**By Telephone**

1-844-MOBEHELP
1-844-MOBESUPPORT 1-844-662-3787

**By Email**

For online assistance,
submit a support ticket to MOBE Support.

**Physical Addresses**

**MOBE, Ltd.**
Soho Suites at KLCC
B1-28-8 NO.20
Jalan Perak, Kuala Lumpur
50450 Malaysia

**Note on Invoicing**

If you purchase any product from any of our websites,
your card statement descriptor will reflect a charge
from one of the following:

1. MOBE.COM
2. MOBEORDER.COM
3. MOBEHELP.COM
4. We Sell Good Traffic
5. AW*mobemarketplace60321811241

**MOBE Pro, Ltd.**
Third Floor
207 Regent Street
London
W1B 3HH England

**MOBE Online, Ltd.**
54 Wellington Street
Rose-Hill
Mauritius

For a full list of our training programs to help you grow your business, **Click Here**.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY
Need Help? Call 1-844-662-3787
Copyright © 2018 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-PH, Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

https://mobe.com/contact-us/?aff_id=2837112    Internet Explorer 11.0.9600.18894    3:00:04 PM 2/2/2018    Windows 7 Professional 64-bit Build 7601

PX 81    FTC-MOBE-004294



## Our Founder

### MATT LLOYD

**Founder & Chief Executive Officer**

In 2011, after years in the Internet marketing industry, Matt Lloyd set out to create a system that would give anyone the tools they needed to build an online business. Today, he has transformed that revolutionary system into MOBE, Ltd., a company that has paid out over $50 million in commissions to affiliates around the globe. When he's not working on MOBE, Matt loves watching movies and traveling the world.



## MOBE Department

| MANAGEMENT TEAM | EXECUTIVE & BUSINESS DEVELOPMENT |
|---|---|
| LEGAL AND COMPLIANCE | CUSTOMER SERVICE |
| TECH, OPERATIONS AND FULFILLMENT | HUMAN RESOURCES |
| FINANCE | LIVE EVENTS AND TRAINING |
| PHONE SALES AND TRAINING | |

## Management Team


**Matt Lloyd**
Chief Executive Officer


**Athar R.**
Executive Director & CFO


**Russell W.**
Chief Operating Officer


**Stella Thevarakam**
Global HR Director


**Karen O.**
Director of Operations


**Russell W.**
Director of Event Sales


**Simon T.**
Chief Technology Officer


**Amin R.**
Director of Data and Leads Management


**Adam D.**
Director of Customer Service

PX 82                    FTC-MOBE-004295





**Bill F.**
Director of Information Technology

**David G.**
Director of Media Affiliate Fullfilment

For a full list of our training programs to help you grow your business. <u>Click Here</u>.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

**Need Help? Call 1-844-MOBEHELP or 1-844-MOBESUPPORT**

Copyright © 2017 · MOBE · All Rights Reserved.

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc., · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH United Kingdom
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

**PX 82**

FTC-MOBE-004296



# The **Ultimate**
# **Business** Education

Learn how to start, run, and scale your business.

[ What do you want to learn? ] 🔍

**153 Courses**
Maximize your business skills

**Expert Instructors**
Learn from industry leaders

**Access Anytime**
Learn at your pace

## FEATURED **COURSES**

[ MOBE ORIGINALS ] [ FEATURED INSTRUCTORS ]



| Matt Lloyd | Matt Lloyd | MOBE | MOBE | MOBE |
|---|---|---|---|---|
| Silver Masterclass | 100K Consultation | Titanium Mastermind | Platinum Mastermind | Diamond Mastermind |
| | Marketing 101 | Productivity | Asset Protection | Management |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |

## MOST **POPULAR**



| Matt Lloyd | Matt Lloyd | Matt Lloyd | Matt Lloyd | Matt Lloyd |
|---|---|---|---|---|
| IM Revolution eBook | The OPT Formula | My Email Marketing Empire | Affiliate Bonus Domination | How To Build A Funded Proposal |
| Publicity | Sales | Marketing 101 | Offline Traffic | Online Traffic |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★☆ |

## CORE TRAINING **PROGRAMS**



| SILVER MASTERCLASS | GOLD MASTERCLASS | TITANIUM MASTERMIND | PLATINUM MASTERMIND | DIAMOND MASTERMIND |
|---|---|---|---|---|
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |
| How to Build a Strong Foundation for Your Business. | How to Create a Customer Acquisition Process That Consistently Generates Sales For Your Business. | How to Scale Your Business to 7-Figures (and Beyond) and Break Through Successive Revenue Ceilings. | How to Achieve Lasting Wealth Through Passive Investments & Asset Protection Strategies. | How to Sell Your Business for the Biggest Payday of Your Life. |

## HIGHEST **RATED**



**PX 83**          **FTC-MOBE-004297**



| | | | | |
|---|---|---|---|---|
| Matt Lloyd | Matt Lloyd | Matt Lloyd | Bob Oros | Matt Lloyd |
| Affiliate Bonus Domination | 100K Consultation | Online Income Revolution | Rare 1938 Training Manual Discovered | Limitless |
| Offline Traffic | Marketing 101 | Online Traffic | Sales | |
| ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ | ★★★★★ |

## LATEST **COURSES**

| | | | | |
|---|---|---|---|---|
| MOBE | Matt Lloyd | Matt Lloyd | Joan Harrington | Tiji Thomas |
| Done for you videos | The OPT Formula | MOBE Advantage | Blogging Mastery | No-Pressure Sales System |
| Marketing 101 | Sales | Management | Marketing 101 | Sales |
| No rating | ★★★★★ | No rating | No rating | ★★★★★ |

## ONLINE **TRAFFIC**

| | | | | |
|---|---|---|---|---|
| Adam Holland | Jason Miller | Shawn Casey & Brian Koz | Iain Dooley | Matt Lloyd |
| PPV Prodigy | Insider List Building and Traffic Masterclass | Webfire 3.0 | Your First 3 Months On Adwords | Gold Masterclass |
| Online Traffic | Online Traffic | Online Traffic | Online Traffic | Online Traffic |
| No rating | No rating | No rating | No rating | ★★★★★ |

## SOCIAL **MEDIA**

| | | | | |
|---|---|---|---|---|
| Michelle and Bill Pescosolido | Matt Bernstein | Matt Bernstein | Carolina Millan and MeiDee Lim | Bhakra Gani |
| Facebook Advertising Mastery | WordPress Profits: Design A Blog To Sell MOBE Courses | WordPress For Beginners: Blogging To Build An Email List | Twitter Marketing Bootcamp | Viral Video Quotes Profits |
| Facebook | Blog | Blog | Twitter | Podcast |
| ★★★★★ | No rating | No rating | No rating | No rating |

PX 83

FTC-MOBE-004298



Daniel King · John Chow · Chester Santos · Kane Minkus · Mark Swift · Joeel and Natalie Rivera

## INVESTING 101



| | | | | |
|---|---|---|---|---|
| Nik Halik | Shaqir Hussyin | Dolmar Cross | Matt Bernstein | Tyler King |
| **Tax Liens Mastery** | **MOBE Cashflow Kickstarter** | **Automated Investor System** | **Stock Market Investing Strategies** | **Global Macro Investing** |
| Investing 101 | Investing 101 | Investing 101 | Investing 101 | Investing 101 |
| ★★★★☆ | No rating | No rating | No rating | ★★★★★ |

## LEADERSHIP MANAGEMENT



| | | | | |
|---|---|---|---|---|
| Bogdan Vaida | Bob Oros | Bob Oros | TJ Walker | TJ Walker |
| **The Secrets of Habits** | **Appreciation Motivation: How To Harness The Magical Power Of** | **Never Again Be Discouraged** | **Facilitation: You Can Be A Facilitator** | **Public Speaking For Women** |
| Leadership & Management | Leadership & Management | Leadership & Management | Leadership & Management | Leadership & Management |
| No rating | No rating | No rating | No rating | No rating |

## MINDSET SUCCESS



| | | | | |
|---|---|---|---|---|
| Bogdan Vaida | Bogdan Vaida | Russ Allred | Shaqir Hussyin | TJ Walker |
| **Master the Secrets of Personality** | **Test Your Personality** | **Best Practices of High Performance Entrepreneurs** | **$10K in 10 Days** | **Voice Improvement: You Can Speak With Confidence** |
| Mindset & Success | Mindset & Success | Mindset & Success | Mindset & Success | Mindset & Success |
| No rating | No rating | No rating | No rating | No rating |

## LIFESTYLE PRODUCTIVITY



| | | | | |
|---|---|---|---|---|
| Bogdan Vaida | Matt Bernstein | TJ Walker | Chase Mirkovitz | Ben Kubassek |
| **Secrets of Time** | **Productivity Handbook For Beginners** | **Conference Calls-You Can Present Well On Any Conference Call** | **How To Think Like A Visionary, Innovator, Or Entrepreneur** | **Achieving Life Balance** |
| Lifestyle Productivity | Lifestyle Productivity | Lifestyle Productivity | Lifestyle Productivity | Lifestyle Productivity |
| ★★★★★ | No rating | No rating | No rating | No rating |

## STARTUP BASICS



| | | | | |
|---|---|---|---|---|
| T. J. Rohleder | Evan Kimbrell | Bonnie Bruderer | Matt Bernstein | Kane Minkus |
| **T.J. Rohleder's Ultimate Business Package** | **Rapid Prototyping For Entrepreneurs | Build A Demo In 2 Hours** | **CREATE-U Online University** | **Customer Engagement To Build A Business** | **The MOBE Industry Rockstar Intensive Bundle** |
| Startup Basics | Startup Basics | Startup Basics | Startup Basics | Startup Basics |
| ★★★★★ | No rating | ★★★★☆ | No rating | No rating |

## SALES COURSES
## PX 83



| Rare 1938 Training Manual Discovered | Dominate Your Market 13 Week Sales Course | No-Pressure Sales System | Skyrocket Your Sales By Mastering Your Expectations | Video Sales Letter Rockstar |
|---|---|---|---|---|
| Bob Oros | Bob Oros | Tiji Thomas | Bob Oros | Jason Miller |
| Sales | Sales | Sales | Sales | Sales |
| ★★★★★ | No rating | ★★★★★ | No rating | No rating |



## GET THE ULTIMATE UNFAIR ADVANTAGE

Claim Your FREE Issue of MOBE Advantage...
The Newsletter for Business Owners & Investors
Who Want to Stay on the Cutting Edge

CLAIM YOUR FREE ISSUE

### MOBE

MOBE (My Own Business Education) is a business training company catering to small business owners and entrepreneurs. MOBE offers a large selection of online training products, services, live training events and exclusive masterminds to help you along your business journey.

READ MORE ⟩⟩

**Quick Links**
Home
Core Curriculum
Team
Careers
Support
Become an Instructor

**Consultant**
Become a Consultant
Compliance Hub
Opportunity
Community
Rewards
Case Studies

**Contact Us**
📍 Mobe Ltd Suite 8-1 & 8-2, Level 8,
Menara CIMB No. 1, Jalan Stesen
Sentral 2 Kuala Lumpur Sentral 50470
Kuala Lumpur

📞 Phone: 1 844 662 3787

✉ Contact Us

Copyright © 2018 · MOBE · All Rights Reserved.

Compliance Hub    Terms & Conditions    Income Disclosure    Privacy

PX 83    FTC-MOBE-004300



# Terms and Conditions

## MY OWN BUSINESS EDUCATION, LTD. ("MOBE")

### ACCEPTANCE OF TERMS THROUGH USE

By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to these Terms and Conditions please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.

YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.

### LICENSE TO USE THIS SITE

Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by MOBE, its advertisers and licensors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.

### LICENSE RESTRICTIONS USE

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

### SECURITY

You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying (privacy@mobe.com) MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party.

You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

### EXPORT

You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site, and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws and/or without all required U.S. and foreign government licenses.

### GOVERNMENT USE

If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompany documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995. Unpublished rights reserved under the copyright laws of the United States.

### ERRORS AND CORRECTIONS

While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

### LINKS TO OTHER WEBSITES

Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for, and undertake to maintain, their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

### USER'S LICENSE GRANT TO SITE

Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge that you are fully responsible for the message, including its legality, reliability, appropriateness, originality and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

### USER CONDUCT

By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by

PX 83

other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:

 **1** is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies.

 **2** infringes any patent, trademark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;

 **3** constitutes unauthorized or unsolicited advertising, junk or bulk email (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

 **4** contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any  software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or

 **5** impersonates any person or entity, including any employee or representative of this site, its licensors or advertisers.

You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.

You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent.

This site generally does not pre-screen, monitor, or edit the content posted by users of this site. However, this site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, damages or results, in removing such content.

You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation of these Rules and/or for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

**INTELLECTUAL PROPERTY RIGHTS**

 1. *Copyright*

The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws, ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.

 2. *Trademark*

MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited. Use of a MOBE Trademark or other logo without permission may result in termination of the Consultant's relationship.

**THIRD PARTY SITES**

You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of the site by MOBE, its advertisers or licensors, any association with its operators and is provided solely for your convenience. You agree that MOBE and its licensors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

**REFUNDS**

MOBE offers a thirty-day, money back guarantee on certain products. You should review the product or service agreements for your purchase to determine what refunds are offered, if any. Mastermind event purchases are non-refundable, and once three business days has passed from the time of the Mastermind event purchase all sales are final. Attendance at any live event also preempts any refund period, so once you have entered a live event all sales are final. All subscription fees are nonrefundable as the benefits of the service are realized immediately upon payment. MOBE complies with all local laws and regulations so refunds may be offered for longer periods where necessary.

**DISCLAIMER OF WARRANTIES**

MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site, or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE, advertisers and/or its licensors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct; that this site will be available at any particular time or location; that any defects or errors will be corrected; or that the contents of any information received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

**LIMITATION OF LIABILITY**

Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strict liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site, or any violation of this Agreement. MOBE reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses

**LEGAL COMPLIANCE**

MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of

**PX 83**

information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the User's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**DISPUTE RESOLUTION & BINDING ARBITRATION**

USER AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Agreement dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree to submit all disputes to binding arbitration governed by the American Arbitration Association and under the Commercial Rules. A single arbitrator will oversee the arbitration. The arbitrator only has authority to award contract damages, and does not have authority to award any punitive, special or consequential damages. User and MOBE agree that all hearings will be held telephonically. Such arbitration will be final and binding on MOBE and User and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each Party's Attorneys fees will be paid by the respective party. The parties will pay all costs related to the arbitration equally.

**CHOICE OF LAW AND FORUM**

This site (excluding third party linked sites) is controlled by MOBE from its offices within Malaysia. It can be accessed from all countries around the world to the extent permitted by site. As each of these places has laws that may differ from Malaysia, by assessing this site, both you and MOBE agree that the statutes and laws of Malaysia shall apply to any actions or claims arising out of or in relation to this Agreement or your use of this site, without regards to conflicts of laws principles thereof. You and MOBE also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of Malaysia and any legal proceedings shall be conducted in English. MOBE makes no representation that materials on this site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited.

**RECURRING TRANSACTIONS**

Certain products are sold as a monthly service and the recurring monthly fee is clearly noted on the individual product page.  If you purchase a product with a recurring charge, the first month is delivered upon purchase. Following months will automatically be billed to your credit card beginning 30 days after this purchase, and on the same date each month thereafter until canceled. There is no long-term contract.  You are free to cancel the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice before the next re-billing.

**BANK CARD STATEMENTS**

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:
1) MOBE.COM
2) MOBEORDER.COM
3) MOBEHELP.COM
4) We Sell Good Traffic
5) AW*mobemarketplace60321811241
6) mobe.com18446623787 GE

**MISCELLANEOUS**

This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law.

**COMPANY ADDRESSES**

MOBE, Ltd. Soho Suites at KLCC B1-28-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia
MOBE Pro, Ltd. Third Floor, 207 Regent Street, London W1B 3HH
MOBE Online, Ltd. 54 Wellington Street Rose-Hill Mauritius

This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.

MOBE Ltd. | All Rights Reserved.

For a full list of our training programs to help you grow your business, **Click Here**.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY
Need Help? Call 1-844-662-3787
Copyright © 2018 · MOBE · All Rights Reserved.
Mobe Ltd Suite 8-1 & 8-2, Level 8, Menara CIMB No. 1, Jalan Stesen Sentral 2 Kuala Lumpur Sentral 50470 Kuala Lumpur
MOBE · My Own Business Education · MOBE TV

Google Chrome            66.0.3359.139            3:04:19 PM 5/10/2018            Windows 7 Professional 64-bit Build 7601

**PX 83**            FTC-MOBE-004303



HOME    ABOUT US    PRODUCTS    EVENTS    SERVICES    SUPPORT    CONSULTANTS    WORK @ MOBE    1 844 662 3787

START YOUR BUSINESS    SCALE YOUR BUSINESS    GROW YOUR WEALTH

# Work @ MOBE

## What Is MOBE All About, And Why Should You Join Our Team?

MOBE is both an online education company and also a seminar training company, which was started in 2011 by Matt Lloyd.

Our clients are entrepreneurs and business owners from a wide range of different niches. Some have been in business for decades. The majority are just starting out on their entrepreneurial journey.

Our mission is to provide our clients with all the training they need to grow hugely successful business's, that give them both financial and time freedom so they can get more enjoyment out of their lives.

You can see the sales letters for our core training programs here:

    

The majority of our clients are found through online advertising, and come from all over the world (the USA, Canada, UK, Australia and specific countries in Asia are our biggest markets).

We have a team of over 160+ staff, with approximately one third of them being in our head office in Kuala Lumpur, Malaysia. The rest are spread out all over the globe.

A key source of new business for MOBE is our affiliates, or as we call them, 'consultants.' By placing advertisements and getting traffic to MOBE's various online offers, consultants are able to earn a commission on each sale.



To date, MOBE has paid out over $75 million USD to it's consultants.



MOBE is an extremely entrepreneurial organization. The kind of people who thrive here are self starters; people who are extremely proactive, resourceful, don't need much direction, enjoy working as part of a team, and people who want to go above and beyond.

Since many of our team are spread across the globe and different time zones, it's important that you can be flexible in your schedule. For most of our roles, there is no standard 9-5.

We are looking for perfectionists, and people who really love what they do. People who want to challenge the status quo and always ask, "how can this be done better?"

If you think MOBE might be the place for you, we look forward to talking with you!

When you join the MOBE team, you'll:

· **Become part of a thriving global company**. Our growing team of 160+ people collaborates daily from 21 different countries.
· **Receive the freedom to create a work environment that suits you.** When we say you can work from anywhere, we mean it. As long as you have an Internet connection and you're giving us the best you've got, we're happy.
· **Join a group of entrepreneurs dedicated to creating change.** We're revolutionizing the marketing education industry because our success motivates us. We feel the rush of a job well done, and we chase that feeling every day.



POSITIONS

## Current Job Openings

MOBE currently has openings for virtual contractors all over the globe as well as native English speakers.

### Listing Status

"**Open Now**" (Critical need, interviewing now.)
"**Ongoing**" (No spots currently open but due to growth we anticipate openings in the near future. Applications for these listings remain on file for 6 months.)

### Types of Positions

**Remote:** MOBE is a 5-star rated client on Upwork that has paid close to 95,000 hours to contractors globally. If you're a freelancer or solopreneur tired of one-time gigs looking for a steady mega-client and a chance to make a difference in the lives of entrepreneurs and small business owners, MOBE is the home for you.

**Applying is simple.**

For any position posted just click on the Apply link and fill out the information. It is very important that you include the link to your

PX 83                                                    FTC-MOBE-004304

For any position posted just click on the Apply link and fill out the information. It is very important that you include the link to your resume and a link to your personal introduction video resume (1-2 minutes maximum length only please). Due to the overwhelming number of applicants MOBE receives on a daily basis, only applications that have both will be considered and reviewed.



## IMMEDIATE OPENINGS

### On-Site Live Event Tech Support

*Listing Status: Open Now*
*Location: Sunset Del Mar Resort, Costa Rica*

This role is to be based at the Sunset Del Mar Resort, Costa Rica to run and organize Mastermind Events. Your duties would include coordinating events, greeting clients, helping clients with their accommodation, providing clients with technical support and giving clients a good overall experience of their stay at the resort.
We are looking for someone who has excellent communication skills, people skills & technical skills as well as a team player with the right attitude and the willingness to work long hours.

**CLICK HERE FOR MORE INFORMATION ON THIS EXCITING OPPORTUNITY.**

**APPLY NOW**

### Affiliate Manager

*Listing Status: Open Now*
*Location: Remote*

This critical person will work Remote and have native/fluent English communication skills. Current affiliates strongly encouraged to apply.

Position entails: Day to day interactions with Affiliates; Expediting solutions to affiliate concerns; Promotion and management of affiliate contests.;Promotion of management of weekly affiliate webinars, and Create new partner contests and post results of previous partner contests on the Partner blog.

• Host the Elite Earners Webinar each week.
• Reach out to the top 100 partners 1-on-1 (ideally by calling them on the phone, and email / Facebook message them)
• Provide Leader Board updates daily during major contests.
• Test out new funnels with tech to ensure tracking is working perfectly and any issues with affiliate tools (like links not working, pages loading slow) get reported to tech and fixed
• EPCs for different affiliates monitored
• Respond to affiliates who claim sales are missing or that their reporting stats are not working.
• Update affiliates of major announcement (e.g. new offer they can promote, change to commission structure)
• Provide training to partners to help increase sales
• Feed information of top affiliates to Inner Circle content role (so we can get articles for the newsletter from them) as well to the 'Elite Earners' role for webinar interviews.

**CLICK HERE FOR MORE INFORMATION ON THIS IMPORTANT ROLE.**

**APPLY NOW**

### Chief Marketing Officer

*Listing Status: Open Now*
*Location: Remote*

Native/fluent command of the English language is mandatory. This position reports and works directly with Matt Lloyd, CEO.

**CLICK HERE FOR A FULL JOB DESCRIPTION AND MESSAGE FROM MATT.**

**APPLY NOW**

### Marketing Assistant to Matt Lloyd, CEO

*Listing Status: Open Now*
*Location: Remote*

Native/fluent command of the English language is mandatory. This position reports and works directly with Matt Lloyd, CEO.

**CLICK HERE FOR A FULL JOB DESCRIPTION AND MESSAGE FROM MATT.**

**APPLY NOW**

### Direct Response Copywriter

*Listing Status: Open Now*
*Location: Remote*

Native/fluent command of the English language is mandatory.

**CLICK HERE FOR MORE INFORMATION ON THIS EXCITING OPPORTUNITY.**

MOBE needs high-converted sales copy writers who have proven conversion rates for landing pages, email drip sequences, sales

FTC-MOBE-004305

letters and all types of direct response copywriting. Certified AWAI direct response copywriters are strongly encouraged to apply. This key Direct Response Copywriter will work in our Corporate Office directly with MOBE's founder Matt Lloyd. This position will also liaise with IT, Marketing and Web teams to execute the brand strategies for our various divisions in MOBE. The copywriter must have a minimum of 3 years copywriting experience in the IM niche. A demonstrable portfolio of high-converting sales pages, landing pages, product launches and drip sequences is mandatory. It is important that applicants understand and have a firm grasp on the copywriting styles found on this website for various event sales pages which they will be required to effortlessly mimic in their own copy.

**APPLY NOW**

---

 ### Writers—BizOp Content

*Listing Status: Open Now<*
*Location: Remote*

Must have Excellent English.

We are looking for the following writers: **Content Writers that specifically have BizOp content writing experience.** MOBE needs original content (all articles are edited and put through a variety of plagiarism check controls) which focuses on topics that appeal to Internet Marketers and Entrepreneurs.

**CLICK HERE FOR MORE INFORMATION ON THIS IMPORTANT ROLE.**

**APPLY NOW**

---

 ### MOBE's Phone Sales Team

*Listing Status: Open Now*
*Location:  Remote*

**Wanted Coach Superstars Who Can Sell**

We are seeking top producers who want to make 90K to 150K per year working from virtually, from your home or office, for our company in the online affiliate marketing. We are a well-established seven-year company with revenues that exceed 50 million dollars per year. We provide all the training you need and we provide you the leads. You will need to provide a working location on your own, your own computer, internet and phone.

**What we seek from our Sales and Training Coaches**

We provide the clients. Direct sales experience is a plus. If you have a sports or competitive background, we will provide the training to help you succeed toward a 'six figure' (plus) income. Presently our new representatives earn as little as 60k a year, with experience reps earning as much as 350k per year. If you have a competitive spirit we have tested proven products that sell themselves once you have our high-level training. Our data base of leads is currently into the hundreds of thousands and growing every week. If you want a chance to learn how to make big money and learn a trade that can sustain you for life, this is the right place for you. If your Inner Voice is compelling you to check this out—then don't procrastinate—MAKE THE CALL. You will be glad you did. Again, only apply if you have what it takes to be successful and you can prove it. Click the link below to apply and tell us why you feel you'll be a great fit.

**APPLY NOW**

---

 ### SEO Specialist

*Listing Status: Open Now*
*Location: Remote*

MOBE is seeking a reliable and capable SEO Specialist who can manage, execute and implement integrated SEO strategies using Google. Perform search results for key branded and generic terms in local and foreign market to optimize content and uncover new opportunities. Monitor and evaluate search results and performance across major search channels. Coordinate on page and off-page SEO activities including social media and blogger outreach.

**CLICK HERE FOR MORE INFORMATION ON THIS IMPORTANT ROLE.**

**APPLY NOW**

---

## Sales & Marketing

 ### Traffic Coach

*Listing Status: Open Now*
*Location: Remote*

MOBE Consultants ONLY.

**CLICK HERE FOR FULL JOB DESCRIPTION AND OPPORTUNITY FOR YOU TO WORK FOR MOBE WHILE SCALING YOUR BUSINESS.**

**APPLY NOW**

---

FTC-MOBE-004306

 **Merchant Account Administrator**

*Listing Status: Open Now*
*Location: Remote*

We are currently looking for a native/fluent English-speaking Finance Specialist  who has experience setting up, monitoring and maintaining merchant accounts. Applicants with a current portfolio of banking and 3rd-party merchant account established contacts will be strongly considered. Must be able to provide solid reporting both to Finance and IT in regards to current refund, chargeback and success rates in real-time so that any spikes in negative activity are reported at once to the CFO for immediate action.

**APPLY NOW**

---

 **Commissions Specialist—Accounting**

*Listing Status: Open Now*
*Location: Remote*

Native / fluent command of the English language is mandatory. Prefer 1-3 years of experience with heavy spreadsheet, tracking, pay-out experience preferably in an affiliate setting. Solid background in financial account management, reporting is also preferred.

**APPLY NOW**

---

 **Collections Agent—Events**

*Listing Status: Open Now*
*Location: Remote*

. Native/fluent command of the English language is mandatory. Prefer 3-5 years of first party collections experience though 3rd party will be considered. Collections agents must be able to type a minimum of 40wpm, be comfortable speaking on the phone and via VoiP on Skype, as well as, take copious notes and provide consistent follow-up as per the MOBE system.

**APPLY NOW**

---

 **Finance Assistant**

*Listing Status: Open Now*
*Location: Remote*

Native/fluent command of the English language is mandatory. 1-3 years accounting or finance, heavy spreadsheet and/or reporting preferred. Will work on assisting with chargebacks, refunds, commissions, profit & loss statements and other finance duties as necessary.

**APPLY NOW**

---

 **Lead Software Developer**

*Listing Status: Open Now*
*Location: Remote*

MOBE is looking for experienced Lead Software Developers who also have  PHP and WordPress Experience?

**Your duties will include**:
To assist Operations and Support staff in troubleshooting software issues, as well as implementing bug fixes.

May serve as a technical lead on small to midsize  complex projects.  |  To maintain a collaborative working relationship with others by seeking, using, and giving feedback.  |  To adhere to established coding and process best practices.  |  Makes regular contribution to engineering standards and best practices.  |  Initiates ideas and actions that result in indirect benefits.  |  Constantly trains and improves self to attain higher quality output  |  Motivates members in project initiatives to contribute their best.

**What we need from you:**
Translating functional requirements into conceptual and detailed designs.  |  Providing estimates for development effort.  |  Implementing proof of concept, prototypes, and production-grade software.  |  Drives and coordinates research, proof of concept and/or prototype works by project team members.  |  Views his/her project as a part of a larger, company-wide architecture, and able secure necessary collaboration for project.  |  Working knowledge in one or more programming languages, technologies, and software platforms.  |  Creating unit and acceptance tests.  |  Coordinating sign-off from QA/Test.  |  Automating deployment.  |  Demonstrates progressive strive toward working autonomously.

**Advance knowledge of:**
OSs and distributions  |  Patching  |  Monitoring  |  RAID  |  security  |  web servers  |  cluster management  |  high availability  |  root cause analysis  |  systems optimization  |  configuration and source code management  |  database administration  |  scripting language  |  auth/directory services  |  backups  |  caching  |  SSL certificates  |  storage packet  analysis  |  DNS  |  HTTP  |  FTP  |

SNMP | SSH | hardware | virtualization | networking | firewalls | load balancing | troubleshooting | stack trace analysis | methodologies of design and implementation | Ruby on Rails experience a plus!

**APPLY NOW**

 ## PHP Developers (Level I and II)

*Listing Status: Ongoing*
*Location: Remote*

Native/fluent command of the English language is mandatory. Our Software Developer Testers build software that tests candidate production code for the purpose of improving the quality of that code. Their vision is to drive better development processes within their organization, involving quality control activities earlier to ensure high quality code in the final product when it is first deployed to production. SDTs must meet the same technical bar as SDs with less emphasis on depth of knowledge and more emphasis on breadth of software development knowledge, including quality best practices and metrics knowledge that measure product quality, testing efficiency, and test effectiveness.

**Your duties will include:**

-Translating functional requirements into conceptual and detailed designs.

-Providing estimates for development effort.

-Assisting Operations and Support staff in troubleshooting software issues, as well as implementing bug fixes.

-Makes regular contribution to engineering standards and best practices.

-Initiates ideas and actions that result in indirect benefits.

-Motivates members in project initiatives to contribute their best.

-Adheres to established coding and process best practices.

-Demonstrates progressive strive toward working autonomously.

-To drive quality improvement initiatives.

**What we need from you:**
-Working knowledge in one or more programming languages, technologies, and software platforms.

-Implementing proof of concept, prototypes, and production-grade software.

-Ability for creating unit and acceptance tests.

-Coordination of sign-off from QA/Test.

-Automating deployment.

-Ability to constantly train and improve self to attain higher quality output.

-Ability to drive and coordinate research, proof of concept and/or prototype works by project team members.

-To view his/her project as a part of a larger, company-wide architecture, and able secure necessary collaboration for project.

-Maintains a collaborative working relationship with others by seeking, using, and giving feedback.

**Intermediate to Advanced knowledge of:**
OSs and distributions | Patching | Monitoring | RAID | security | web servers | cluster management | high availability | root cause analysis | systems optimization | configuration and source code management | database administration | scripting language | auth/directory services | backups | caching | SSL certificates | storage
packet analysis | DNS | HTTP | FTP | SNMP | SSH | hardware | virtualization | networking | firewalls | load balancing | troubleshooting | stack trace analysis | methodologies of design and implementation | Ruby on Rails experience a plus!

**APPLY NOW**

 ## DevOps Engineer

*Listing Status: Open Now*
*Location: Remote*

We are looking for a DevOps Engineer for being responsible for implementation of basic architectural design of hardware, software and networking systems. The DevOps Engineer will also ensure completeness and compatibility of the technical infrastructure to support system performance

**What we need from you:**
To solve problems in a timely manner- You must enjoy work in a fast paced environment and be able to learn and adapt to the our specific tools.

You must understand automation principles and design.

You must be able to work effectively with other members of the team, mentor junior members of the team and have knowledge of adjacent roles. We are all about ensuring each team member's skills are growing. Teaching and learning from other members of the team is crucial to this.

To be able to follow and execute change management.

To participate in root cause analysis sessions.

To have a basic understanding of business impact

Take full ownership of problem life cycle

**Intermediate to advanced knowledge of:**
OSs and distributions | Patching | Monitoring | RAID | security | web servers | cluster management | high availability | root cause analysis | systems optimization | configuration and source code management | database administration | scripting language | auth/directory services | backups | caching | SSL certificates | storage | packet analysis | DNS | HTTP | FTP | SNMP | SSH | hardware | virtualization | networking | firewalls | load balancing | troubleshooting | stack trace analysis | methodologies of design and implementation.

**APPLY NOW**

 **KeyNote Presentation Designer**

*Listing Status: Ongoing*
*Location: Remote*

Strong KeyNote and Apple presentation and graphic ability to work on event slides, designs and presentations. Must be able to cross-platform convert back and forth from PowerPoint into the primary Keynote as needed. 4-7 years of experience and strong native English skills necessary as editing will be required for content.

**APPLY NOW**

 **WordPress Developer**

*Listing Status: Open Now*
*Location: Remote*

Excellent English. Work with our SEO and tech design team to quickly develop, maintain and debug MOBE's many WordPress sites. Produce and edit themes, plugin customizations and new features using OptimizePress. Work with the team on the setup of WordPress options, plugin installation and configurations as well as standard database admin (MySQL) via PHPMyAdmin and cPanel. You should possess a good working knowledge of common SQL commands and their correct use. Meticulous attentions to details including working with the team to incorporate all necessary HTML and CSS into WordPress themes, templates and additional PHP and HTML pages is mandatory. Documentation of your work and proper organization of code so other team members can work with your code using TeamWork is also required. Skill-sets: Expert knowledge of WordPress (plugin / theme development), Strong PHP development skills, HTML, HTML5, JavaScript, JQuery, and CSS skills, Good working experience in MySQL including the use of efficient SQL commands, Strong experience building HTML/CSS across the major browsers, Experience with XML useful, Strong written and verbal communication in English and ability to convey structured thinking and developmental methodology highly valued.

**APPLY NOW**

 **Lime Light CRM / WordPress Specialist**

*Listing Status: Open Now*
*Location: Remote*

Excellent English. Work with our information technology team to quickly develop, maintain and debug MOBE's many WordPress sites as we migrate to Lime Light. Required Experience and Skill set: 1.) Lime Light CRM Campaign and Automation Setup 2.) Lime Light CRM eCommerce, Processing Gateway and Order Form Setup 3.) Limelight CRM WordPress Order Form Integration (api, php, etc.) 4.) Experience integrating either Ontraport (Office Auto Pilot) and/or Lime Light CRM to external systems (i.e. other CRM systems, HasOffers, ERP systems etc.) Preferred: Experience with affiliate tracking software such as HasOffers and PAP is a big bonus. Some experience with NetSuite is also a big bonus.

**APPLY NOW**

## Quality Control & Customer Support

 **Customer Support Representatives**

*Listing Status: Open Now*
*Location: Remote*

Location:  Applicants everywhere else in the world please **CLICK HERE TO LEARN MORE ABOUT BEING A VIRTUAL TELE-PROFESSIONAL WITH MOBE**

Native/fluent command of the English language and ability to work rotating shifts is mandatory regardless of location.

The backbone of MOBE both for staff and our affiliates. Our team boasts the most tenured agents and industry-leading positive Zen Desk call rankings. We have several internal support teams and you will be working with some of the most amazing CSR's in our industry.

We have openings on the following four teams in Div 5: Live Event, Call Center, Event Registration, Lead Affiliate Tracking and MTTB Welcome Wagon.

Some positions we will consider telecommute but only for native English speakers with excellent CSR backgrounds and references.

**APPLY NOW**

 **Quality Control Analyst**

*Listing Status: Ongoing*
*Location: Remote*

Looking for a methodical QC Analyst with BI Software experience to run our analytics and hack our systems. Tableau Analytics as well as NetSuite BI are strongly preferred. Must be able to run QC control checks on systems and pull data from resourced for reporting for all departments. Will work heavily with Finance to create and manipulate pivot tables in Tableau for various in-house driven reporting scenarios.

**APPLY NOW**

## Events

 **Live Event Sales**

*Listing Status: Open Now*
*Location: Remote*

We are looking for **RockStar Live Event Sales Consultants** to present solutions to our students at live events.

If you can build relationships, communicate a value proposition and know direct selling, we are looking for you and offer an attractive compensation package with unlimited upside. Average income potential is $55k a year, no cold-calling, no door-to-door, no real estate sales!

We hold events in some of the world's most interesting cities from Chicago to Las Vegas to Singapore. Top contractors also might be able to go to MOBE exclusive Mastermind events held in exotic locations in Thailand, Malaysia, Costa Rica, Mexico and more. 3 years sales experience in a 1099 position is required to be considered. Prior income will be verified, only strong closers need apply. Must have meticulous attention to follow up, take copious notes and type 40wpm. Will be trained on MOBE's proprietary systems but must already be working as an independent contractor in the live event industry for consideration.

**APPLY NOW**

 **Calling All Affiliates - MOBE will pay you to reach out to affiliate for Live Events!**

*Listing Status: Open Now*
*Location: Remote*
*Who Can Apply: MOBE Mastermind affiliates, ideally who've already attended Mastermind.*

Get Paid Extremely Well To Reach Out to Other Affiliates Like You to Make Phone Calls; Lucrative Performance-Based Commissions.



**Are you a natural on the phone? Are you looking to get funding to reinvest that in advertising for you MOBE business?  Do you enjoy talking with people from around the world?**

Take a look at the details below and APPLY if you believe you have what it takes.

**Job Responsibilities**
– Call other affiliates to promote upcoming live events hosted all around the world. These affiliates were just like you, they've already paid for their ticket – all you need to do, is help motivate them to book their plane tickets and show up in person just like you did! (each time you do, you'll get paid a commission)
– I lit targets as assigned by manager, to make sure we have a minimum number of attendees committed for each event. At MOBE you'll also get to see and interact with the massive 'machine' of talent behind the scenes which for many of you this alone will be worth it's weight in gold from the knowledge and training you'll pick up from the entrepreneurial professionals we have fueling you (and your) success.
– Report daily and weekly results to your MOBE manager

This is **not** a hard sell role. Everyone you call back is **already an affiliate – just like you**.

You will be simply reminding them of the reasons why they bought a ticket, getting them excited about attending, and then guiding them through the registration process.

Full training will be provided on how to do this.

This is just one of the fun and business-launching Masterminds you'll be helping others to attend:
http://mattlloyd.tv/mastermind-in-the-bahamas/

This is a past event – maybe you were there!  We need your help in promoting and getting paid well for) our upcoming events in places like Thailand, Canary Islands, Portugal, etc.

**Your Earning Potential:**
You could make up to $85.00 USD to get one person to show up for all 3 events held in the one location!

-$45 for one mastermind confirmed registration

-$20 for one mastermind summit confirmed registration (In case there are two summits for any particular mastermind and if attendee registers for both then it will be considered two registrations and commissions will be calculated accordingly).

**Role Requirements**
– Current Affiliate of MOBE, prior attendance at Mastermind is highly desirable
– Native English speaker – this is the most important factor. You need to speak English very well, in a clear, upbeat manner.
– Must be performance driven and motivated in building your MOBE business and using this to reinvest back into traffic, for the right people this extra income and exposure to MOBE will launch them into more traffic, more sales and better conversions
– Sales experience is a major plus. Even though you're not selling the event tickets, you are selling them on showing up to the live event. Affiliates with prior sales experience will do well in this role.
– Must be a 'people person' and enjoy being 'on the phone' (actually on Skype) and connecting with people
– Your times are flexible but must be willing to dedicate about 6 hours a day during calling campaigns.
– Must be an expert on Skype. You'll be using Skype for the majority of all of your calls.
– Understanding of Google Docs, including documents and spreadsheets, Gmail and Google apps for business is rather important. MOBE runs on Google.

FTC-MOBE-004310

**APPLY NOW**

 **Videographer**

*Listing Status: Ongoing*
*Location: Remote*

Native/fluent command of the English language is mandatory.

1-3 years of live event experience preferred. Must have a solid passport with the ability to travel in and out of Malaysia at-will to attend events globally. Videographers coming from their own studio who have their own mobile lighting / sound equipment are given preference.

**APPLY NOW**

 **Video Editor**

*Listing Status: Ongoing*
*Location: Remote*

Native/fluent command of the English language is mandatory.

1-3 years of live event experience (both for videographers and video editors) preferred. Must have a solid passport with the ability to travel in and out of Malaysia at will to attend events globally. Editors will also need to travel to events to help with Mastermind Affiliate video funnels. Must have experience with either Adobe Premier Pro or Final Cut Pro.

**APPLY NOW**

For a full list of our training programs to help you grow your business, Click Here.

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

**Need Help? Call 1-844-662-3787**

Copyright © 2018 · MOBE · All Rights Reserved:
Mobe Ltd Suite 8-1 & 8-2, Level 8, Menara CIMB No. 1, Jalan Stesen Sentral 2 Kuala Lumpur Sentral 50470 Kuala Lumpur
MOBE · My Own Business Education · MOBE TV

https://mobe.com/about-us/work-mobe/?aff_id=2837112#_
Internet Explorer 11.0.9600.18894

10:46:20 AM 5/10/2018
Windows 7 Professional 64-bit Build 7601

PX 83          FTC-MOBE-004311



Nothing Pays Out Like MOBE!



## Welcome to MOBE Affiliate Support

Your #1 Resource For MOBE Products, Services, & Live Events Marketing Tools ...

## Over $100 MILLION in Commissions Paid (and counting!)

$ **104,408,075**



### Training & Tutorials

We've packed this section with step-by-step videos, training PDF's & all the other information you'll need when planning your MOBE marketing.



### Community

The best place to network is in a community of like-minded people. Here are links to other places you can network & mastermind with other MOBE affiliates.



### Marketing Tools

This area contains promo & marketing materials to help you run profitable campaigns. We have a variety of banner ads, email swipes, and more!



### Support

If you have any feedback or if you've had a chance to review the content on this site and still feel like you need help, please reach out and let us know!



## How You Can Get The Car Of Your Dreams ...
## Without Having to Pay For It!

**Find Out More**

PX 84                    FTC-MOBE-004312



Mike Williams, *USA*,
(Diamond Member)

Rahim Ellam, *UK*,
(Diamond Member)

Rossana Tello, *USA*,
(Diamond Member)

Ryamond Aaron, *USA*,
(MOBE Consultant)

Karen Heaton, *USA*,
(Diamond Member)

Steven Bransfield, *USA*,
(Diamond Member)

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved

Terms and Conditions     Income Disclaimer     Privacy Policy     1-844-MOBESUPPORT

mobeaffiliatesupport.com/terms-conditions/

Feedback

Below you will find a visual index of MOBE offers available to you to promote. These include becoming a consultant, 21 Step System funnels, training, events and books / ebooks.

## Select the Offer You Want to Promote Below

## Become a Consultant



### Partner with MOBE

This is an easy to convert funnel that welcomes new people into the MOBE affiliate partner program.

**Price Point:** $7
**Commissions:** N/A

## 21 Step System Funnels



### WiFi Millionaire

This system includes a 40-page ebook that is followed by an offer for the **WiFi Millionaire System**, a 21 step training program with phone coaching.

**Price Point:** $49
**Commissions:** up to 90%



### Ultimate Retirement Breakthrough

This is a Done For You direct sales system that will deposit big checks into your bank account WITHOUT you ever having to pick up the phone.

**Price Point:** $49
**Commissions:** up to 90%



### 7 Figure Freedom Formula (7FFF)

This funnel is designed to work for anyone, even if you have no computer skills and have never made a commission online before.

**Price Point:** $49
**Commissions:** up to 90%



### Top Tier Side Income (TTSI)

This is a $7 offer which gives the client access to the 21 Steps for 7 days, and then they only pay $40 after the trial if they want to continue.

**Price Point:** $47
**Commissions:** up to 90%



### 17 Minutes Only (17MO)

This 21-system that will deposit $1,250, $3,300, $5500, and even $10,000 checks into your bank account WITHOUT you ever having to pick up the phone.

**Price Point:** $49
**Commissions:** up to 90%



### Ultimate Dot Com Lifestyle (UDCL)

This 21-system that will deposit $1,250, $3,300, $5500, and even $10,000 checks into your bank account WITHOUT you ever having to pick up the phone.

**Price Point:** $49
**Commissions:** up to 90%



### Digital Millionaire System (DMS)

This Done For You direct sales system that will deposit big checks into your bank account WITHOUT you ever having to pick up the phone.

**Price Point:** $49





### Patriot Funnel System (PFS)

This is access to a 21-system that will deposit $1,250, $3,300, $5500, and even $10,000 checks into your bank account WITHOUT you ever having to pick up the phone.



### Internet Funnel System (IFS)

This is a 21-system that will deposit $1,250, $3,300, $5500, and even $10,000 checks into your bank account WITHOUT you ever having to pick up the phone.

FTC-MOBE-004314

Price Point: $49
Commissions: up to 90%

Price Point: $49
Commissions: up to 90%



**45 Minute Paydays**

This is a 21-system that will deposit $1,200, $3,300, and even $5,500 checks into your bank account WITHOUT you ever having to pick up the phone.

Price Point: $49
Commissions: up to 90%

**My Top Tier Business (MTTB)**

This is a 21-system that will deposit $1,200, $3,300, and even $5,500 checks into your bank account WITHOUT you ever having to pick up the phone.

Price Point: $49
Commissions: up to 90%

## Training Programs



**Silver Masterclass**

This is an eight-module online training program that will show you how to choose the right business model that can work for you with lifetime access to updated content.

Price Point: $2,497
Commissions: 50%

**Gold Masterclass**

This is an eight-module online training program that will show you how to build a 6-figure business that consistently generates sales with lifetime access to updated content.

Price Point: $2,497
Commissions: 50%

**Traffic Generator Pro (TGP)**

This includes a complete website and marketing traffic training program. You receive a training coach, weekly and monthly live webinar trainings, email marketing, and funnel building software.

Price Point: $49 recurring
Commissions: 50% ($24.50 recurring)



**Top Tier Income (TTI)**

This is the big brother of My Top Tier Business, a 21 step system that will deposit $1,625, $4,800, $8,000 and even $13,500 checks into your bank account.

Price Point: $49
Commissions: up to 90%

## Events



**IM Freedom Workshop**

This is a 2-hour free "Live" workshop for home business entrepreneurs where you will discover how to earn a real income from home.

Price Point: Free
Commissions: N/A

**The Home Business Summit**

This is a 3 day "Live" touring event for home business entrepreneurs where you will discover how to earn a real income from home.

Price Point: $297-$497
Commissions: $120

**Supercharge Summit**

These summits are a 3 full days of information and training sessions where the top-earning MOBE partners reveal their most closely-guarded secrets.

Price Point: $797
Commissions: $120





FTC-MOBE-004315







**Titanium Mastermind**

**Platinum Mastermind**

**Diamond Mastermind**

This is an all-expenses paid 3-day, 4-night event with all lodging, food, and entertainment included. The training portion will focus on Traffic, Conversion, and Leverage.

This is an all-expenses paid 5-day, 6-night event with all lodging, food, and entertainment included. The training portion will focus on Wealth Building and Assets Protection.

This is an all-expenses paid 10-day, 11-night event with all lodging, food, and entertainment included. Learn how to plan and execute your exit strategy while we build you a custom sales funnel.

**Price Point:** $9,997
**Commissions:** up to 50%

**Price Point:** $16,667
**Commissions:** up to 50%

**Price Point:** $29,997
**Commissions:** up to 50%

## Books / ebooks







**Limitless**

**The I.M. Revolution ebook**

**The 10 Questions Ebook**

This groundbreaking book explains how to transform your life and earn an income using the HTAM method. Also included are the steps Matt Lloyd took to build a business with over $100 million in sales.

This ebook explains how Matt Lloyd built a multi-million dollar home based business making money online. This is a great front end offer to promote people into the top tier funnels.

This is a new front end offer that will gain interest into the MOBE affiliate program. It talks about the important questions you need to ask when deciding on a home based business.

**Price Point:** Generates a Lead (no cost)
**Commissions:** $44.10 to $10,000

**Price Point:** $9.95
**Commissions:** up to 90%

**Price Point:** Generates a Lead (no cost)
**Commissions:** $44.10 to $10,000

**Still Got Questions? Click Here To Submit A Support Ticket!**

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved     Terms and Conditions     Income Disclaimer     Privacy Policy     1-844-MOBESUPPORT



http://mobeaffiliatesupport.com/marketing/     Internet Explorer 11.0.9600.18698     12:37:58 PM 6/15/2017     Windows 7 Professional 64-bit Build 7601

FTC-MOBE-004316



# Partner With MOBE

## Trial of the MOBE Affiliate Partner Program

## Product Details

*Partner with MOBE*  is the easy to convert funnel that welcomes new people into the MOBE affiliate partner program.

The front end of the offer is to pay $7 to get a trail of the MOBE affiliate partner program, where the partner will get the steps needed to start promoting the affiliate program.

From there, you can earn commissions from $44.10 to $10,000 as the partner will be brought through the different products in MOBE, such as the 21 Steps, MLR, Titanium, Platinum, and Diamond Commission levels.

*(Keep in mind that the best types of people to target are those who are looking for a home business opportunity and/or buy internet marketing training products.)*

## Funnel Details



**Partner With MOBE Opt-in Page Link**

http://track.mobetrack.com/aff_c?offer_id=930&aff_id=YOUR-AFFILIATE-ID&url_id=1048

**Partner With MOBE Order Page Link**

http://track.mobetrack.com/aff_c?offer_id=930&aff_id=YOUR-AFFILIATE-ID

## Banners





<a href="YOUR-AFFILIATE-LINK"><img src="http://mobeaffiliatesupport.com/wp-content/uploads/2017/03/PartnerwithMOBE-350x350.jpg" /></a>

PX 84

FTC-MOBE-004317







〰



PX 84



FTC-MOBE-004318





<a href="AFFILIATE-LINK"><img src="http://mobeaffiliatesupport.com/wp-content/uploads/2016/03/Partner-with-MOBE-350x350.jpg" /></a>

<a href="AFFILIATE-LINK"><img src="http://mobeaffiliatesupport.com/wp-content/uploads/2016/03/Partner-with-MOBE-600x160.jpg" /></a>

<a href="AFFILIATE-LINK"><img src="http://mobeaffiliatesupport.com/wp-content/uploads/2016/03/Partner-with-MOBE-300x250.jpg" /></a>

<a href="AFFILIATE-LINK"><img src="http://mobeaffiliatesupport.com/wp-content/uploads/2016/03/Partner-with-MOBE-740x160.jpg" /></a>

<a href="AFFILIATE-LINK"><img src="http://mobeaffiliatesupport.com/wp-content/uploads/2016/03/Partner-with-MOBE-728x90.jpg" /></a>

## PPC Keyword Lists

Typically, there are a common group of search phrases or "keywords" that people use to search for offers like this Ebook.

Below you will find a selection of keywords. You can use these keywords and target them in your PPC campaigns or you can even use them as topics for your blog posts to be able to write some highly-optimized & targeted blog content.

best make money online
best making money online
best way make money online
best way of making money online
best way to make money
best way to make money online
best ways make money online
best ways of making money online
best ways to make money
best ways to make money from home
best ways to make money online
best ways to make money online free
best ways to make money online from home
how can i make money online
how make money online
how to make money online
make easy money online
make extra money online
make money fast online
make money online

best internet business to start
how do you start an online business
how to start a business on the internet
how to start a business online
how to start a internet business
how to start a online business
how to start an online business
how to start business online
how to start internet business
how to start online business
start a business online
start a internet business
start an internet business
start an online business
start business online
start online business
start your own business online
starting a business from home
starting a business online
starting a internet business

internet marketing ebook
ebooks
best ebook to make money
ebook to build a business
online marketing ebook
good ebook
best ebook
top ebooks
free ebook
cheap ebook
ebook revolution
i.m. revolution
im revolution
matt lloyd ebook
ebook matt lloyd
the im revolution
im revolution book review
im revolution book
im revolution book price
im revolution book free

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved Terms and Conditions Income Disclaimer Privacy Policy 1-844-MOBESUPPORT

Feedback

http://mobeaffiliatesupport.com/marketing/partner-with-mobe/ 12:44:53 PM 6/15/2017
Internet Explorer 11.0.9600.18698 Windows 7 Professional 64-bit Build 7601



NEW? Start Here    Contests    Leaderboards    Training ▾    Marketing Tools ▾    Events Schedule ▾    Contact          **1-844-MOBESUPPORT**

# Marketing Tools: Banner Ads Introduction

Not seeing the Banner Ads for a certain product?
Check the **Offers Index** for banners on each individual product, event or service.

## Banner Ad Installation



---

## Explore Some of the Available Banners Below





PX 84



FTC-MOBE-004320

Feedback







Download this banner ad

Download this banner ad

Download this banner ad

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09/ask-matt-
lloyd2.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09/Mobe-
inspration2.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2016/07/mobe-motors-
360x360.jpg"/></a>
```







Download this banner ad

Download this banner ad

Download this banner ad

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09/mobe-Affilare-
program.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2016/01/Mobe-
Radio.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09/mobe.tv_.jpg"
/></a>
```







Download this banner ad

Download this banner ad

Download this banner ad

**PX 84**

**FTC-MOBE-004321**

Feedback