```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09/mobe-Afiliare-
program2.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2016/01/Mobe-
Radio3-1.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2016/01/mobe-
3.tv_.jpg"/></a>
```







Download this banner ad

Download this banner ad

Download this banner ad

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09/Titanium.jpg"
/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09/Platinium.jpg"
/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09
/diamond2.jpg"/></a>
```







Download this banner ad

Download this banner ad

Download this banner ad

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09
/Titanium.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09
/Platinium2.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/09/diamond.jpg"
/></a>
```











Download this banner ad          Download this banner ad          Download this banner ad

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2016/01
/Titanium3.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2016/01
/Platinium3.jpg"/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2016/01
/Diamond3.jpg"/></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads/2015/11
/728901.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads/2015/11
/728902.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads/2015/11
/728903.jpg" /></a>
```

Feedback

**PX 84**          **FTC-MOBE-004323**





```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads
/2015/11/Creative01.jpg" /></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads
/2015/11/Creative02.jpg" /></a>
```

Feedback

**PX 84**

**FTC-MOBE-004324**



`<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2015/11/Creative03.jpg" /></a>`



`<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2015/11/1606001.jpg" /></a>`





**PX 84**

**FTC-MOBE-004325**

Feedback

```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads
/2015/11/1606002.jpg" /></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads
/2015/11/1606003.jpg" /></a>
```





```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/11/3002501.jpg"
/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/11/3002502.jpg"
/></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img
src="../../wp-content/uploads/2015/11/3002503.jpg"
/></a>
```

## Still Got Questions? Click Here To Submit A Support Ticket!

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved     Terms and Conditions     Income Disclaimer     Privacy Policy     1-844-MOBESUPPORT

Feedback

**PX 84**

**FTC-MOBE-004326**



NEW? Start Here    Contests    Leaderboards    Training ▾    Marketing Tools ▾    Events Schedule ▾    Contact    1-844-MOBESUPPORT

Matt Lloyd

G+    Like 0



# We Need YOUR Help

Hello MOBE Affiliates,

I hope you all had a great weekend.

If you're based in the USA, then I hope you enjoyed your Thanksgiving with friends and family.

I have a brief request for you today. In fact, our sales events manager Russell Whitney needs your help and asked me to communicate this message to you:

*Monday, November 30, 2015*
*From the Desk of Russell Whitney*

*Hello all,*

*I am looking for testimonials for the IMF events.*

*If you can send me a picture and a written testimonial about you and what you did before MOBE.*

*What you have made from MOBE and how great the training is that MOBE provides.*

*This will help us a lot with sales at events.*

*If you do a video please keep it short and to the point. Don't ramble. I suggest you write it out practice it the film it.*

- *Why you do a video*
- *State your name*
- *Where you are from*

## $30,000 Turnkey Business System+DOUBLE Commissions Contest

Here are the current leaderboards as of 12/13/2017 9:00PM EST:

1st: Jim Ly ( 26 Sales )
2nd: Toan Tran ( 16 Sales )
3rd: Ewen Chia ( 11 Sales )
4th: Manh Tuan Le ( 9 Sales )
5th: Nick Pratt ( 7 Sales )
6th: Will Nguyen, Hoai Nguyen The, Blessing & Gabriel Ekemezie, Richard Takemura ( 6 Sales )
7th: Tansu Oliver, Gireesh Samrat ( 5 Sale )
8th: Tabassum Arshiya, Lissette Corujo ( 4 Sale )
9th: Thi Thu Huong Hoang, Raymond Aaron, Steven Bransfield ( 3 Sale )
10th: Hoang Phong Son, Minh Nguyen, Quy Vo, Vanessa Nguyen, Kashmeer Savani, Chris & Gil Perez, Janrus Abello, John Chow ( 2 Sale )
11th: Art & Cindy Haas, I hsuan Liu, Angie Fernandes, Hanh Dang My, Guy Tomlinson, Barry Atkinson, Vincent South, Thu Le Thi Ngoc, Stephen Nickerson, Lybear Tann, Clayton Lofthouse, Ryan Avila, Suman S M, A Idrees, Rob Paris, Gemma Chiong, David Gilks, Kevin Joseph, Margaret Neo, Michael Anthony, Cody Adams, Darren Salkeld, Moujie Lin ( 1 Sale )

For more details on the $30,000 contest, links, etc etc, go here: http://mobeaffiliatesupport.com/turnkey-business-system-december-contest/

PX 84      FTC-MOBE-004327



- *Your age*

- *What you did before Mobe*

- *What you learned from Mobe*

- *How much it has changed your life and, as a result, it either helped you get out of debt, take more vacations, quit your job.*

*Please do not lie on the video just be honest.*

*People buy for 2 reasons to avoid pain or to gain pleaser so hit this points for your personal story.*

*Keep it under 3min – less is more.*

*Email them to my assistant and myself*
*Kelly@mobe.com*
*Russellwhitney@mobe.com*

*Thank you!*

—

That's is everyone.

Please help Russell, so he can help you generate more commissions.

Talk soon,

Matt Lloyd & Yannick van den Bos

![mobe sig copy]

## Questions? Comments?

Like   Sign Up to see what your friends like.

**0 Comments**                          Sort by   Oldest

Add a comment...

Facebook Comments Plugin

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved



Get Your MOBE Motors Car:
Become an Affiliate Partner Today!

Already a MOBE Affiliate?
Click Here to See if you Have Enough Points to Get Your Car!

### Recent Posts

What to do when your buyers get 'stuck' on a step

Win a holiday in Fiji on my private island! + New 21 step sales video, Turnkey Business System

DOUBLE Commission December!

The next big marketing tool of the future + Smart's get a Jaguar

Top 10 winners announced for 'double commission' contest + MOBE rings now live

Feedback



NEW? Start Here   Contests   Leaderboards   Training ▾   Marketing Tools ▾   Events Schedule ▾   Contact    **1-844-MOBESUPPORT**

# 45 Minute Paydays (45MP)

## Product Details

45 Minute Paydays is a variation of the 21 Step Sales System (like MTTB, IFS, TTI) that is a Done For You direct sales system that will deposit **$1,250, $3,300, $5,500, and even $10,000** checks into your bank account WITHOUT you ever having to pick up the phone

Your own personal **1-on-1 Top Tier coach** to insure your success

**Daily training** lessons, videos, and webinars to keep you moving forward

The **21 Simple Step System** to earn your first $1,000 or more check online

A staff of professional Top Tier Consultants who will **do all the closing on the phone FOR YOU**

Done For You **payment processing, product fulfillment** and customer service (IFS handles 100% of the "grunt work" for all the programs your leads enroll into)

Insider Access to the **30-Day "Traffic Made Easy" Plan** that gives you the most cutting edge strategies for generating traffic online today

## Funnels



**45 Minute Paydays Opt-In Page Link**



**45 Minute Paydays Sales Letter (Video Only)**

**PX 84**



**45 Minute Paydays Sales Letter (Written Letter)**

**FTC-MOBE-004329**



http://track.mobetrack.com/aff_c?offer_id=986&aff_id=YOUR_AFFILIATE_ID_HERE

http://track.mobetrack.com/aff_c?offer_id=988&aff_id=YOUR_AFFILIATE_ID_HERE&url_id=1729

http://track.mobetrack.com/aff_c?offer_id=988&aff_id=YOUR_AFFILIATE_ID_HERE

**45 Minute Paydays Hybrid Sales Letter (Video and Written Letter)**

**45 Minute Paydays Order Page**

http://track.mobetrack.com/aff_c?offer_id=988&aff_id=YOUR_AFFILIATE_ID_HERE&url_id=1727

http://track.mobetrack.com/aff_c?offer_id=988&aff_id=YOUR_AFFILIATE_ID_HERE&url_id=1487

# Banner Ads

You can access banners to use with the 45 Minute Paydays program on our banners page here.

*(Keep in mind that the best types of people to target are those who are already involved in a home business opportunity and/or buy internet marketing training products.)*

# PPC Keyword Lists

Typically, there are a common group of search phrases or "keywords" that people use to search for offers like Internet Funnel System (IFS).

Below you will find a selection of keywords.  You can use these keywords and target them in your PPC campaigns or you can even use them as topics for your blog posts to be able to write some highly-optimized & targeted blog content.

Feedback

**PX 84**

**FTC-MOBE-004330**

best make money online
best making money online
best way make money online
best way of making money online
best way to make money
best way to make money online
best ways make money online
best ways of making money online
best ways to make money
best ways to make money from home
best ways to make money online
best ways to make money online free
best ways to make money online from home
how can i make money online
how make money online
how to make money online
make easy money online
make extra money online
make money fast online
make money online
make money online australia
make money online canada
make money online fast
make money online from home
make money online now
make money online today
make money online uk
making money online
making money online from home
the best way to make money
the best way to make money online
the best ways to make money online
way to make money online
ways to make money online
what are the best ways to make money online
what is the best way to make money online

best internet business to start
how do you start an online business
how to start a business on the internet
how to start a business online
how to start a internet business
how to start a online business
how to start an online business
how to start business online
how to start internet business
how to start online business
start a business online
start a internet business
start an internet business
start an online business
start business online
start online business
start your own business online
starting a business from home
starting a business online
starting a internet business
starting a online business
starting a small business online
starting an internet business
starting an online business
starting business online
starting online business

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved     Terms and Conditions     Income Disclaimer     Privacy Policy     1-844-MOBESUPPORT

Feedback

**PX 84**

**FTC-MOBE-004331**


## Internet Funnel System (IFS)

## Product Details

The Internet's only Done For You direct sales system that will deposit **$1,250, $3,300, $5,500, and even $10,000** checks into your bank account WITHOUT you ever having to pick up the phone



Your own personal **1-on-1 Top Tier coach** to insure your success

**Daily training** lessons, videos, and webinars to keep you moving forward

The **21 Simple Step System** to earn your first $1,000 or more check online

A staff of professional Top Tier Consultants who will **do all the closing on the phone FOR YOU**

Done For You **payment processing, product fulfillment** and customer service (IFS handles 100% of the "grunt work" for all the programs your leads enroll into)

Insider Access to the **30-Day "Traffic Made Easy" Plan** that gives you the most cutting edge strategies for generating traffic online today

## Funnels



Feedback







**IFS Opt-In Page Link**

http://track.mobetrack.com/aff_c?
offer_id=1207&aff_id=YOUR_AFFILIATE_ID_HERE

**IFS Sales Letter (Video Only)**

http://track.mobetrack.com/aff_c?
offer_id=1171&aff_id=YOUR_AFFILIATE_ID_HERE
&url_id=1861

**IFS Sales Letter (Written Letter)**

http://track.mobetrack.com/aff_c?
offer_id=1171&aff_id=YOUR_AFFILIATE_ID_HERE
&url_id=1863





**IFS Hybrid Sales Letter (Video and Written Letter)**

http://track.mobetrack.com/aff_c?
offer_id=1171&aff_id=YOUR_AFFILIATE_ID_HERE

**IFS Order Page**

http://track.mobetrack.com/aff_c?
offer_id=1171&aff_id=YOUR_AFFILIATE_ID_HERE
&url_id=1869

# Banner Ads

Banner ads are a great way to drive traffic to your MOBE affiliate offers. We have a variety of banner ads available for you to promote MTTB.

You should post banner ads on your website or blog if you have one. You can also use them in your emails, or post them anywhere else online that you think would have good quality traffic to send to a MOBE offer.

*(Keep in mind that the best types of people to target are those who are already involved in a home business opportunity and/or buy internet marketing training products.)*

FTC-MOBE-004333

Feedback



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2015/12/1-2.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2015/12/internet-funnel-system.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2015/12/500-case.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2015/12/internet-funnel-system300x250.jpg" /></a>
```

Feedback



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-
content/uploads/2015/12/internet-funnel-system-600x160.jpg" /></a>
```





```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-
content/uploads/2015/12/12.jpg" /></a>
```

FTC-MOBE-004335

Feedback







`<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2015/12/internet-funnel-system3.jpg" /></a>`

`<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2015/12/internet-funnel-system3-600x160.jpg" /></a>`



`<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2015/12/internet-funnel-system3300x250.jpg" /></a>`

# PPC Keyword Lists

Typically, there are a common group of search phrases or "keywords" that people use to search for offers like Internet Funnel System (IFS).

Below you will find a selection of keywords. You can use these keywords and target them in your PPC campaigns or you can even use them as topics for your blog posts to be able to write some highly-optimized & targeted blog content.

| | |
|---|---|
| best make money online<br>best making money online<br>best way make money online | best internet business to start<br>how do you start an online business<br>how to start a business on the internet |

Feedback

FTC-MOBE-004336

best way of making money online
best way to make money
best way to make money online
best ways make money online
best ways of making money online
best ways to make money
best ways to make money from home
best ways to make money online
best ways to make money online free
best ways to make money online from home
how can i make money online
how make money online
how to make money online
make easy money online
make extra money online
make money fast online
make money online
make money online australia
make money online canada
make money online fast
make money online from home
make money online now
make money online today
make money online uk
making money online
making money online from home
the best way to make money
the best way to make money online
the best ways to make money online
way to make money online
ways to make money online
what are the best ways to make money online
what is the best way to make money online

how to start a business online
how to start a internet business
how to start a online business
how to start an online business
how to start business online
how to start internet business
how to start online business
start a business online
start a internet business
start an internet business
start an online business
start business online
start online business
start your own business online
starting a business from home
starting a business online
starting a internet business
starting a online business
starting a small business online
starting an internet business
starting an online business
starting business online
starting online business

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved

Terms and Conditions     Income Disclaimer     Privacy Policy     **1-844-MOBESUPPORT**

Feedback

**PX 84**

**FTC-MOBE-004337**



NEW? Start Here    Contests    Leaderboards    Training ▾    Marketing Tools ▾    Events Schedule ▾    Contact    **1-844-MOBESUPPORT**

# My Top Tier Business (MTTB)

## Product Details

The Internet's only Done For You direct sales system that will deposit **$1,000, $3,000, and even $5,000** checks into your bank account WITHOUT you ever having to pick up the phone

Your own personal **1-on-1 Top Tier coach** to insure your success

**Daily training** lessons, videos, and webinars to keep you moving forward

The **21 Simple Step System** to earn your first $1,000 or more check online

A staff of professional Top Tier Consultants who will **do all the closing on the phone FOR YOU**

Done For You **payment processing, product fulfillment** and customer service (MTTB handles 100% of the "grunt work" for all the programs your leads enroll into)

Insider Access to the **30-Day "Traffic Made Easy" Plan** that gives you the most cutting edge strategies for generating traffic online today

## Funnels



**MTTB Video Sales Letter**

http://track.mobetrack.com/aff_c?offer_id=156&aff_id=YOUR_AFF_ID_HERE&url_id=24



**MTTB Art & Science of High Ticket**

http://track.mobetrack.com/aff_c?offer_id=156&aff_id=YOUR_AFF_ID_HERE&url_id=424



**MTTB Big Pay Days Video**

http://track.mobetrack.com/aff_c?offer_id=156&aff_id=YOUR_AFF_ID_HERE&url_id=460

Feedback

**PX 84**

**FTC-MOBE-004338**



**MTTB Retirement Sales Video**

http://track.mobetrack.com/aff_c?offer_id=156&
aff_id=YOUR_AFF_ID_HERE&url_id=402

# Banner Ads

Banner ads are a great way to drive traffic to your MOBE affiliate offers. We have a variety of banner ads available for you to promote MTTB.

You should post banner ads on your website or blog if you have one. You can also use them in your emails, or post them anywhere else online that you think would have good quality traffic to send to a MOBE offer.

*(Keep in mind that the best types of people to target are those who are already involved in a home business opportunity and/or buy internet marketing training products.)*

250 x 250
(Animated)



300 x 50
(Static)



468 x 60
(Static)



300 x 300
(Static)



300 x 300
(Static)



Feedback

PX 84

FTC-MOBE-004339

300 x 300
(Animated)

125 x 125
(Animated)



125 x 125
(Static)



# Email Swipes

Here some examples of emails you can send out to your list. As we will have lots of people promoting the 21 Steps Program, it is best advised to change the copy slightly to cater to your audience.

Just add your affiliate links to the emails and send out to your list!

You can insert some of the photos above of the 21 Steps and the logos.

PX 84

FTC-MOBE-004340

Feedback

Subject: 2,000 customers Vs. 10 customers
Why 99% of online marketers stay poor…
How to guide for generating high ticket commissions….[Story] My goal was to get to $10,000 / month…

Hey,

So I wanted to talk to you today about marketing high ticket programs online…

When I started in internet marketing, the first thing I learned was affiliate marketing.

Affiliate marketing is where you can promote someone elses product or service, and, you get paid a commission when that person buys.

What I loved about the business model was that it didn't require that i have my own website, product, merchant accounts, or any of that stuff.

All I had to do, was go and place ads. any time someone bought, I would get paid.

So I started off promoting low ticket items like ebooks.

The problem was… they paid out low commissions. Lets say the ebook was $10, and I got a 50% commission, I would only make $5.

My goal was to get to $10,000 / month.

And I realized that I would need to get 2,000 customers a month!!!

That's about 500 per week, or, about 80 / day.

That's a lot of work.

I then had the epiphany that if i was to instead promote programs that paid out bigger commissions - at $1,000 / transaction, I could reach my goal MUCH faster.

I would only need to be able to find just 10 customers a month.

What do you think is harder? Finding 2000 customers, or finding 10?

Exactly.

So, I started looking around at different affiliate programs.

And thats when I came across MTTB…

With MTTB, they actually paid out $1,250 right up to $10,000 / transaction.

When I first heard about it, I was fascinated.

But I was also very, very skeptical. I'd never heard of a program that paid such big commissions - it sounded too good to be true.

So I bought it for $49, knowing that if it didn't work out, I could get a full refund.

Within 8 hours, my MTTB phone coach was calling me back, and ready to get me started.

They opened up Step 1 of the program, and started explaining how the business model worked.

Every 2 days, my coach touched base with me, and made sure that I understood what I was learning.

So that's how I now know that the program is legitimate.

Since then I've been involved - and here's a picture of me with the creator of the program:

{Picture}

Anyway, this week I'm looking to work with 3 clients 1-on-1, and help get them started with the same coaching program.

You can get it HERE.

Feedback

**PX 84**

FTC-MOBE-004341

# PPC Keyword Lists

Typically, there are a common group of search phrases or "keywords" that people use to search for offers like MTTB.

Below you will find a selection of keywords.  You can use these keywords and target them in your PPC campaigns or you can even use them as topics for your blog posts to be able to write some highly-optimized & targeted blog content.

best make money online
best making money online
best way make money online
best way of making money online
best way to make money
best way to make money online
best ways make money online
best ways of making money online
best ways to make money
best ways to make money from home
best ways to make money online
best ways to make money online free
best ways to make money online from home
how can i make money online
how make money online
how to make money online
make easy money online
make extra money online
make money fast online
make money online
make money online australia
make money online canada
make money online fast
make money online from home
make money online now
make money online today
make money online uk
making money online
making money online from home
the best way to make money
the best way to make money online
the best ways to make money online
way to make money online
ways to make money online
what are the best ways to make money online
what is the best way to make money online

best internet business to start
how do you start an online business
how to start a business on the internet
how to start a business online
how to start a internet business
how to start a online business
how to start an online business
how to start business online
how to start internet business
how to start online business
start a business online
start a internet business
start an internet business
start an online business
start business online
start online business
start your own business online
starting a business from home
starting a business online
starting a internet business
starting a online business
starting a small business online
starting an internet business
starting an online business
starting business online
starting online business

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved        Terms and Conditions        Income Disclaimer        Privacy Policy        1-844-MOBESUPPORT

Feedback

PX 84

FTC-MOBE-004342



NEW? Start Here    Contests    Leaderboards    Training ▾    Marketing Tools ▾    Events Schedule ▾    Contact    **1-844-MOBESUPPORT**

# Patriot Funnel System (PFS)

## Product Details



Promote the system featuring Jason and Erika Miller. This Done For You direct sales system that will deposit **$1,250, $3,300, $5,500, and even $10,000** checks into your bank account WITHOUT you ever having to pick up the phone.

Here is what's included in the PFS:

- Your own personal **1-on-1 Top Tier coach** to insure your success.
- **Daily training** lessons, videos, and webinars to keep you moving forward.
- The **21 Simple Step System** to earn your first $1,000 or more check online.
- A staff of professional Top Tier Consultants who will **do all the closing on the phone FOR YOU.**
- Done For You **payment processing, product fulfillment** and customer service (PFS handles 100% of the "grunt work" for all the programs your leads enroll into).
- Insider Access to the **30-Day "Traffic Made Easy" Plan** that gives you the most cutting edge strategies for generating traffic online today.

## Product Logos

Here is the product logo you can use to promote the Patriot Funnel System product.



## MOBE Sites Opt-in Template*

If you are a monthly paid affiliate, you already have access to **MOBE Sites**.

**PX 84**

Feedback


FTC-MOBE-004343

You simply can click the link below to save a copy of the new Patriot Funnel System Opt-in page.

Lost your MOBE Sites log-ins? We can help you retrieve them by **contacting support.**



>> Get the PFS Opt-in Template Here.

## Funnels



**Patriot Funnel System Opt-In Page Link**

http://track.mobetrack.com/aff_c?offer_id=1273&
aff_id=AFFILIATE_ID_HERE



**Patriot Funnel System Sales Letter (Video Only)**

http://track.mobetrack.com/aff_c?offer_id=1269&
aff_id=AFFILIATE_ID_HERE&url_id=2025



**Patriot Funnel System Sales Letter (Written Letter)**

http://track.mobetrack.com/aff_c?offer_id=1269&
aff_id=AFFILIATE_ID_HERE&url_id=2023



**Patriot Funnel System Hybrid Sales Letter (Video and Written Letter)**

http://track.mobetrack.com/aff_c?offer_id=1269&
aff_id=affiliate_id_here



**Patriot Funnel System Order Page**

http://track.mobetrack.com/aff_c?offer_id=1269&
aff_id=AFFILIATE_ID_HERE&url_id=2027



**PX 84**

**FTC-MOBE-004344**

# Banner Ads

Banner ads are a great way to drive traffic to your MOBE affiliate offers. We have a variety of banner ads available for you to promote Patriot Funnel System.

You should post banner ads on your website or blog if you have one. You can also use them in your emails, or post them anywhere else online that you think would have good quality traffic to send to a MOBE offer.

*(Keep in mind that the best types of people to target are those who are already involved in a home business opportunity and/or buy internet marketing training products.)*





```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads
/2016/02/pfs-300x250.jpg" /></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads
/2016/02/pfs-350x350.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads
/2016/02/pfs-600x160.jpg" /></a>
```

Feedback

PX 84

FTC-MOBE-004345