

```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads/2016/02
/pfs-728x90.jpg" /></a>
```

```
<a href="YOUR-AFFILIATE-LINK.html"><img  src="../../wp-content/uploads/2016/02
/pfs-740x160.jpg" /></a>
```

## Product Images

Here are some of the product images you can use on your websites, blog posts, and emails.

Just Right click on the item and "Save" to you computer.



**PX 84**

FTC-MOBE-004346

Feedback





# PPC Keyword Lists

Typically, there are a common group of search phrases or "keywords" that people use to search for offers like Patriot Funnel System (PFS).

Below you will find a selection of keywords. You can use these keywords and target them in your PPC campaigns or you can even use them as topics for your blog posts to be able to write some highly-optimized & targeted blog content.

best make money online
best making money online
best way make money online
best way of making money online
best way to make money
best way to make money online
best ways make money online
best ways of making money online
best ways to make money
best ways to make money from home
best ways to make money online
best ways to make money online free
best ways to make money online from home
how can i make money online
how make money online
how to make money online
make easy money online
make extra money online
make money fast online
make money online
make money online australia
make money online canada
make money online fast
make money online from home
make money online now
make money online today
make money online uk
making money online
making money online from home
the best way to make money
the best way to make money online
the best ways to make money online
way to make money online
ways to make money online
what are the best ways to make money online
what is the best way to make money online

Patriot Funnel system
pfs review
what is pfs
how does pfs work
patriot funnel system review
patriot funnel system scam
patriot funnell system
patroit funnel system
jason miller funnel system
what is pfs
what is patriot funnel system
does patriot funnel system work
how does pfs work
how does patriot funnel system work
online business with pfs
starting online business with pfs

**PX 84**

Feedback

FTC-MOBE-004347

# Email Swipes

Here some examples of emails you can send out to your list. As we will have lots of people promoting the Patriot Funnel System offers, it is best advised to change the copy slightly to cater to your audience.

Just add your affiliate links to the emails and send out to your list!

| Email Swipe Example #1 |
|---|
| Subject: [New Training] From Sweatbox in Afghanistan to Online Wealth? |
| Hey, |
| This is pretty amazing… |
| I just read this new story on how a couple of military veterans have created a full-time online business with no previous online skills. |
| Read their Story here… (enter your affiliate link) |
| Jason was just like many other men in his family and he followed in their footsteps and joined the U.S. Military. |
| But when he retired - he had no idea what to do next. What was he going to do for income? So he turned to a proven system that has worked for thousands of people, and he now makes a full time income (just using the internet) |
| It's allowed Jason Miller and his wife Erika to be the CEOs of their own lives. |
| They now: Make a full-time income working part-time from home Get more personal freedom and time than any "9 to 5" job would ever allow Travel around the world and work "when they want" |
| Their story is pretty amazing… (enter your affiliate link) |
| I hope this inspires you to do something amazing. |
| Talk soon, |
| YOUR NAME |

| Email Swipe Example #2 |
|---|
| Subject: Military Vet's Make Money doing what…?!? |
| Hey, |
| Did you see this couple of former United States military veterans and how they are living the lifestyle of their dreams? |
| (Affiliate Link) |
| For Jason and Erica, they always knew they wanted for a better life. |
| And they always "hoped" opportunity would come knocking. And it did. |
| Could it be for you too? |
| If you are ready to take action today, click this link: |
| (Affiliate Link) |
| Hope this helps. |
| YOUR NAME |

Feedback

**PX 84**          **FTC-MOBE-004348**

Email Swipe Example #3

Notice: $10,000+ Per Month!

Using nothing more than your computer, you can start earning as much as $500-$1000 per day or more!

This couple of former U.S. Military vets are seeking 47 people who are motivated to start making $10k per month…

Don't worry about how crazy that sounds…just worry about getting started before your chance closes up!

If you are ready to take action today, click this link:

(Affiliate Link)

and find out how you can qualify for this extraordinary position now.

There are many ways to earn an income… some are much easier than others. If you are ready to try the easy way for a change, don't delay!

You can start immediately and be on track to making $10k per month out of the gate.

Again, positions are limited and this might close at any time. Click now to ensure your spot!

(Affiliate Link)

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved       Terms and Conditions       Income Disclaimer       Privacy Policy       1-844-MOBESUPPORT

Feedback

**PX 84**          **FTC-MOBE-004349**



NEW? Start Here    Contests    Leaderboards    Training ▾    Marketing Tools ▾    Events Schedule ▾    Contact         **1-844-MOBESUPPORT**

# Ultimate Retirement Breakthrough (URB)

## Product Details



Promote the **Ultimate Retirement Breakthrough** featuring enthusiasts and experts Susan and Chris Beesley. This Done For You direct sales system that will deposit big checks into your bank account WITHOUT you ever having to pick up the phone.

**Here is what's included in the URB:**

- Instant access to the proven **Ultimate Retirement Breakthrough**
- Done-For-You sales funnels
- Access to a 21-Step training platform
- Done-For-You high-ticket sales made FOR YOU
- Done-For-You product fulfillment, payment processing and customer support
- Personal 1-on-1 Coaching

## Product Logos

Here is the product logo you can use to promote the Ultimate Retirement Breakthrough product.



**PX 84**        **FTC-MOBE-004350**

Feedback

# MOBE Sites Opt-in Template*

If you are a monthly paid affiliate, you already have access to **MOBE Sites**.

You simply can click the link below to save a copy of the new Ultimate Retirement Breakthrough Opt-in page.

Lost your MOBE Sites log-ins? We can help you retrieve them by **contacting support.**



>> Get the URB Opt-in Template Here.

# Funnels



**URB Landing Page**

http://track.mobetrack.com/aff_c?offer_id=1710&
aff_id= YOUR_AFF_ID



**URB Hybrid Sales Letter (Video & Written Letter)**

http://track.mobetrack.com/aff_c?offer_id=1708&
aff_id=YOUR_AFF_ID



**URB Sales Letter with Video**

http://track.mobetrack.com/aff_c?offer_id=1708&
aff_id=YOUR_AFF_ID&url_id=3406

Feedback

**PX 84**

**FTC-MOBE-004351**



**URB Sales Letter (Written)**

http://track.mobetrack.com/aff_c?offer_id=1708&
aff_id=YOUR_AFF_ID&url_id=3408



**URB Order Page**

http://track.mobetrack.com/aff_c?offer_id=1708&
aff_id= YOUR_AFF_ID&url_id=3404

# Banner Ads

Banner ads are a great way to drive traffic to your MOBE affiliate offers. We have a variety of banner ads available for you to promote the Ultimate Retirement Breakthrough Program.

You should post banner ads on your website or blog if you have one. You can also use them in your emails, or post them anywhere else online that you think would have good quality traffic to send to a MOBE offer.

*(Keep in mind that the best types of people to target are those who are already involved in a home business opportunity and/or buy internet marketing training products.)*

Feedback

**PX 84**

**FTC-MOBE-004352**





<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-350-x-350-a.jpg" /></a>

<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-160x600-aa.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-336-x-280-a.jpg" /></a>





<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-300x250-a.jpg" /></a>

<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-300-x-600-a.jpg" /></a>

Feedback

**PX 84**

**FTC-MOBE-004353**



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-320-x-100-a.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-650-x-100-a.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/URB-728-x-90-a.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-740x160-a.jpg" /></a>
```



Feedback

**PX 84**    FTC-MOBE-004354



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads /2017/01/URB-160x600.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads /2017/01/URB-300-x-600.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads /2017/01/URB-350-x-350-b.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads /2017/01/URB-336-x-280-b.jpg" /></a>

<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads /2017/01/URB-300x250-b.jpg" /></a>

Feedback

**PX 84**          **FTC-MOBE-004355**



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-320-x-100.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-650-x-100.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/URB-728-x-90.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/01/URB-740x160.jpg" /></a>

# Product Images

Here are some of the product images you can use on your websites, blog posts, and emails.

Just Right click on the item and "Save" to you computer.



PX 84                    FTC-MOBE-004356

Feedback



# PPC Keyword Lists

Typically, there are a common group of search phrases or "keywords" that people use to search for offers like Ultimate Retirement Breakthrough.

Below you will find a selection of keywords. You can use these keywords and target them in your PPC campaigns or you can even use them as topics for your blog posts to be able to write some highly-optimized & targeted blog content.

best make money online
best making money online
best way make money online
best way of making money online
best way to make money
best way to make money online
best ways make money online
best ways of making money online
best ways to make money
best ways to make money from home
best ways to make money online
best ways to make money online free
best ways to make money online from home
how can i make money online
how make money online
how to make money online
make easy money online
make extra money online
make money fast online
make money online
make money online australia
make money online canada
make money online fast
make money online from home
make money online now
make money online today
make money online uk
making money online
making money online from home
the best way to make money
the best way to make money online
the best ways to make money online
way to make money online
ways to make money online
what are the best ways to make money online
what is the best way to make money online

urb
what is urb
Ultimate Retirement Breakthrough
what is Ultimate Retirement Breakthrough
Susan and Chris Beesley program
Susan and Chris Beesley review
is Susan and Chris Beesley a scam
Susan and Chris Beesley scam
urb scam
urb reviews
Ultimate Retirement Breakthrough scams
Ultimate Retirement Breakthrough scam
urb honest review
urb honest reviews
is urb worth it
is Ultimate Retirement Breakthrough program worth it
urb program
urb system
Ultimate Retirement Breakthrough program

Feedback

**PX 84**

FTC-MOBE-004357

# Email Swipes

Here some examples of emails you can send out to your list. As we will have lots of people promoting the Ultimate Retirement Breakthrough offers, it is best advised to change the copy slightly to cater to your audience.

Just add your affiliate links to the emails and send out to your list!

You can insert the URB logo.

| | |
|---|---|
| **Email Swipe Example #1** | **Email Swipe Example #2** |
| Subject: The most critical year of your life (video) | Subject: You will NOT see this opportunity again |
| Is your bank or retirement account on life support here at the start of 2017? | Dear <fname>: |
| If you are dealing with any of the following challenges, we can help: | The response to the Ultimate Retirement Breakthrough (URB) has been absolutely incredible. |
| - Need extra spending cash?<br>- Have debt or bills to pay?<br>- Living paycheck to paycheck?<br>- Looking for a way to earn more income?<br>- Want to spend more time with your family?<br>- Wish you could go on a real holiday?<br>- Ready to retire, but don't have enough savings? | I think the biggest reason for that is because, unlike other wealth-building systems that only tell you what's possible ...<br><br>URB provides an actual easy-to-follow 21-step blueprint showing you exactly what to do. |
| The bad news is nothing's going to change unless you take action. {LINK} | - No generic lessons.<br>- No useless theory.<br>- No fluffy stuff. |
| The good news is there's a way to change everything, starting right away. | And if you have any interest in a happier, more financially fulfilled life, then I highly encourage you to … |
| And it begins right here … | Click this link right away {LINK} |
| If you are in or approaching retirement and you are looking for a real solution to your financial challenges ... | You will NOT see this opportunity again. |
| Give yourself the Ultimate Retirement Breakthrough, now. {LINK} | I like to reward those who take action. |
| Trust me, there's no smoke and mirrors here; there's no get-rich-quick schemes; nor are there any specialized skills or talents required for you to benefit from this program. | Will you be one of those lucky remaining few?<br><br>You have NOTHING to lose {LINK}. |
| All I ask when you check out this revolutionary new system, is that you have an open mind and block out any negative thoughts or disbeliefs even if you've been burned before. | I can't wait to hear from you after you check out this brand-new system.<br><br>But just because this system is new ... doesn't mean it isn't proven to work. |
| You are finally in the right place at the right time so you can begin living the kind of life you've always wanted for yourself and your family. | More than 3500 people have already made money and 8 are millionaires, or multi-millionaires. |
| If you think you are ready for a big financial change, click this {LINK} right away. | Click the link now and discover a complimentary gift that can help you experience your Ultimate Retirement Breakthrough. |
| Life often rewards decisive action... | {LINK} |
| For less than dinner and a movie, you can make this your biggest year ever! | You deserve to start 2017 off with a big bang ... and URB can help you do it! |
| Plus, since it's a 100% digital program, you can get started today. | Make yourself a priority. Your future starts here. |
| But I must warn you, this offers expires soon, so don't delay. | Press the link right now. {LINK} |
| {LINK} | Talk soon, |
| Here's to your brand-new life of abundance, | YOUR NAME |
| YOUR NAME | P.S. There are reasons why you may not be prepared for your retirement. And if you aren't close to 65...why wait. You don't have to wait until you are nearly ready to die to start living a much better life. Do it now ... click the simple link now! You'll be glad you did! {LINK} |
| | </fname> |

**PX 84**

FTC-MOBE-004358

Feedback

Email Swipe Example #3

Subject:   Extremely limited retirement opportunity

Of all the many things I've learned about retirement, the most important lesson came just a few short months ago when I first discovered the Ultimate Retirement Breakthrough (URB) …

If you have less than one million dollars in your retirement account, press here right now {LINK} and discover a better way to plan and fund your future.

URB was not only a primary reason for the new money I've made, but also a big factor in the enjoyment I now experience every single day.

And it is also THE reason I finally have security when it comes to my retirement—the Tim Ferriss way—in as little as four hours a week.

I'm talking about a brand-new system—a done for you system—that can help you completely transform your life and retirement inside of the next 12 months.

But you should act fast because this is extremely limited and you will not see an opportunity like this ever again.

Click this link right away {LINK}

I am just touching the surface here. There are hundreds of people making money with this system right now ... and 8 are even millionaires because of it.

The bottom line is this: The best and easiest way to feel secure about your life if you are in or approaching retirement, is to learn from people who are already totally financially secure.

If you take action and put these powerful principles into action, your retirement security and peace of mind can grow faster and larger than you ever thought possible …

With the Ultimate Retirement Breakthrough, now you can start feeling confident about your future as opposed to slaving away at a job that at best will help you set up a tiny pension.

Trust me when I say there is a much better way to plan for retirement ... and you can get started right away by clicking here {LINK}

And as an added bonus, you are going to receive a complimentary bonus mini-book that is going to show you exactly how to start planning for and achieving your retirement dreams ... starting right away.

With the Ultimate Retirement Breakthrough ... you can travel the world, drive a brand-new car paid for 100% by the company ... and this has nothing to do with multi-level marketing or any other pyramid scheme.

This is a viable, ethical, morally-sound way to create security for you and your family ... for generations to come!

Press the link right now.  {LINK}

This could be one of the best decisions you've ever made!

Talk soon,

YOUR NAME

Email Swipe Example #4

Subject:   Discover the "no savings retirement plan"

Recently I attended a live event about a better way to set myself up for retirement given we can't depend on the government or our employers anymore to protect our future.

Chris and Susan were speaking and they describe something called the "Ultimate Retirement Breakthrough ... "

What that means is, there is finally a way to take control of your retirement and put away a million dollars legitimately inside of a 12-24 months.

For example, Frank Torchia, was able to get started at 84 years of age with no special knowledge, experience or training and he was able to make is first $3,000 in less than 30 days.

That's the power of this brand-new system {LINK}.

And if an 84-year-old can do this ... trust me, you can too!

It's fascinating to think about how thousands of people's lives have been completely changed because of the Ultimate Retirement Breakthrough.

Like many people, Chris and Susan lost much of their pension during the worldwide recession back in 2008, but because of this extraordinary system …

They have been able to rebuild their retirement and are now able to travel all over the world because of an extremely simple 21-step retirement blueprint.

As you will soon discover, there is a much easier way to plan for and fund your retirement, and that's why I'm urgently writing you now {LINK}.

Chris and Susan have created a short video to explain the Ultimate Retirement Breakthrough and you can access it right now and discover a better way to:

plan ...

invest ...

travel ...

retire ...

Now thousands of savvy insiders know the full story, and they're quietly rebuilding their pensions with the Ultimate Retirement Breakthrough.

Chris and Susan also have a complimentary gift to send you so you can learn how to rescue your retirement with this "no savings retirement plan" and create your dream retirement lifestyle in less than 12 months!

Click here to learn more  {LINK}.

Sincerely,

YOUR NAME

Feedback

**PX 84**

FTC-MOBE-004359

Email Swipe Example #5

Subject:   A better way to retire and travel the world

Hey,

Hope you are having a great start to 2017.

With the holidays behind us, it's time to get back to it and make some money!

Are you still searching for a better way to set yourself up financially?

If so, >> Click Here <<

This Ultimate Retirement Breakthrough is possibly the greatest system I've seen for helping average people plan for retirement and create peace of mind regardless of what you've been through.

And it WORKS!

>> Click Here <<

You can say goodbye to the "traditional" ways of funding your retirement when you discover this little secret.

If you have less that one million dollars in your retirement—regardless of how old you are—I highly encourage you to check this out …

>> Click Here <<

Talk soon,

YOUR NAME

P.S. This is one extremely profitable system.

Do NOT Miss Out!

>> Click Here <<

---

Email Swipe Example #6

Subject:  your ultimate retirement breakthrough

Hey,

If you are in or approaching retirement ... this email is specifically for you ...

I've got a quick question for you ... A Serious Question …

Are you ready to retire?

Don't wait another day. Get set up with the Ultimate Retirement Breakthrough today.

Three years ago, I had no idea how I was ever going to be able to retire. Well, maybe when I
am 80 or 90 I always thought ...

Not many quality years left after that though.

I am currently using this system (now officially retired) the exact one you can access with the link below to generate a different kind of daily income and retirement lifestyle ... something I never knew existed before ...

And so are dozens of people just like you.

>> Click Here <<

Talk soon,

YOUR NAME

Feedback

**PX 84**          **FTC-MOBE-004360**

**Email Swipe Example #7**

Subject:   How to put away 1 million dollars in 24-24 months

Have you been wondering exactly how to determine how much active income you need in retirement?

And, more importantly how to make sure you put away at least $1 million dollars …

Even if you have a very short time to do it?

I want to paint a mental picture of what your new retirement life can be like:

A life free from financial worry that includes lots of travel, fun, and leisure —funded in part by active income from helping people and doing meaningful work.

How does that sound?

There are many ways for a retiree to earn a part-time, active income. You could do some consulting, start your own business, or do any other purposeful work.

But there is no easier way than the Ultimate Retirement Breakthrough >> Click Here NOW <<

This brand-new system has the power to accelerate the rate at which you can achieve your retirement aspirations without having to do everything on your own.

How much active income do you need? That's easy to figure out.

- Determine what you need to spend each year for your retirement.
- Determine how much money you will have in your retirement account.
- Assume you'll get no more than a 10% yield (if you are lucky) on your retirement account.

After today, you'll finally be able to take control of your financial future with the Ultimate Retirement Breakthrough >> Click Here <<

One benefit of including an active income in your retirement planning is you'll be able to generate more money while you sleep than most people do while they are awake.

You may not know this, but we have 2 former accountants who lost much of their pension in the worldwide recession starting in 2008 and yet they've been able to completely rebuild their retirement with the …

 Ultimate Retirement Breakthrough >> Click Here <<

You see, Chris and Susan have helped hundreds, even thousand of people recover lost monthly cash flow and their system can make you a little richer every month without doing it all on your own.

The good news is …

It's actually not that complicated ...
In fact it is so simple, anyone can do it.

The Ultimate Retirement Breakthrough has already paid out more than $75.1 million in commissions to people just like you, all over the world.

So How Does It Work?

Well, you simply plug into the system and follow the 21 steps.
And you are certain to get results.

We've seen over 3500 people make money with the Ultimate Retirement Breakthrough.
8 are even millionaires.

The great thing about it is, it's not rocket science at all. A six or seven figure coach will show you how to make it work for you.

And when you plug into the Ultimate Retirement Breakthrough you'll have everything you need to start earning income right away.

But for the next few days …

You can learn about it for free.

Because Chris and Susan have created a brand new online presentation {LINK} to bring you up to speed and help you get started.

In fact, you can get started today for less than dinner and a movie.

**Email Swipe Example #8**

Subject:   If you are Baby Boomer, read this NOW ...

Many baby boomers have given up on ever having a great retirement.

In fact, some started and are now ending their lives in 2 of the most depressing economies the world has ever seen.

Almost a quarter of all boomers said they had difficulty paying their mortgage or rent in the past 12 months, and a growing number are putting off retirement.

Only 27 percent of baby boomers are confident they will retire comfortably, and over 60 percent don't have ANYTHING saved at all.

Many boomers are probably realizing they may have to work all the way to the end.

So is it too late for baby boomers to get wealthy?

Absolutely not!

That's why 2 baby boomers I know are on a mission to help others just like them and they have been developing a new system called the "Ultimate Retirement Breakthrough."

Right now, you can see a complimentary new video that can show you how to "build the life you love!"

They'll be sharing more financial tips and strategies over the next couple weeks on how you can dramatically increase your income, and really "Retire" in 12-24 months, starting from scratch.

There is no experience required! Anyone can do this. But there are limited spots. So I highly encourage you to click the link below, right now!

>> Click Here <<

Talk soon,

YOUR NAME

Feedback

PX 84

FTC-MOBE-004361

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved       Terms and Conditions        Income Disclaimer       Privacy Policy       1-844-MOBESUPPORT

Feedback

**PX 84**                    **FTC-MOBE-004362**



NEW? Start Here    Contests    Leaderboards    Training  ▼    Marketing Tools  ▼    Events Schedule  ▼    Contact        **1-844-MOBESUPPORT**

# Wifi Millionaire

## Product Details

Wifi Millionaire is new front-end offer you can promote. Here is how it works:

**WiFi Millionaire** is a $3 ebook, that is followed by a $49 upsell.

1. The ebook itself is close to 40 pages of solid content on starting your own online business.

2. The $49 upsell is for the **WiFi Millionaire System,** which is a step-by-step training program with phone coaching.



## Product Logos

Here is the product logo you can use to promote the Wifi Millionaire product.





## Funnels

Feedback

**PX 84**        **FTC-MOBE-004363**





**Wifi Millionaire eBook Sales Letter**

http://track.mobetrack.com/aff_c?offer_id=1722&
aff_id=YOUR_AFF_ID



**Wifi Millionaire eBook Order Page**

http://track.mobetrack.com/aff_c?offer_id=1722&
aff_id=YOUR_AFF_ID&url_id=3454



**Wifi Millionaire System Sales Letter**

http://track.mobetrack.com/aff_c?offer_id=1724&
aff_id=YOUR_AFF_ID



**Wifi Millionaire System Order Page**

http://track.mobetrack.com/aff_c?offer_id=1724&
aff_id=YOUR_AFF_ID&url_id=3452

# MOBE Sites Opt-in Template*

If you are a monthly paid affiliate, you already have access to **MOBE Sites**.

You simply can click the link below to save a copy of the new Wifi Millionaire Opt-in page.

Lost your MOBE Sites log-ins? We can help you retrieve them by **contacting support.**



**Feedback**

**PX 84**

**FTC-MOBE-004364**



>> Get the Wifi Millionaire Basic Opt-in Template Here.



>> Get the Wifi Millionaire Graphic Opt-in Template Here.

# Banner Ads

Banner ads are a great way to drive traffic to your MOBE affiliate offers. We have a variety of banner ads available for you to promote the Wifi Millionaire Program.

You should post banner ads on your website or blog if you have one. You can also use them in your emails, or post them anywhere else online that you think would have good quality traffic to send to a MOBE offer.

*(Keep in mind that the best types of people to target are those who are already involved in a home business opportunity and/or buy internet marketing training products.)*

Feedback

**PX 84**　　　　**FTC-MOBE-004365**



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-160x600-a.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-350x350-a.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-336x280-a.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-300x600-a.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-300x250-a.jpg" /></a>

Feedback

**PX 84**　　　　**FTC-MOBE-004366**



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02
/WiFi-Millionaire-320x100-a.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02
/WiFi-Millionaire-650x100-a.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02
/WiFi-Millionaire-728x90-a.jpg" /></a>
```



```
<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02
/WiFi-Millionaire-740x160-a.jpg" /></a>
```



Feedback

PX 84

FTC-MOBE-004367



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-160x600-b.jpg" /></a>





<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-300x600-b.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-350x350-b.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-336x280-b.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-300x250-b.jpg" /></a>

Feedback

**PX 84**

FTC-MOBE-004368



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-320x100-b.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-650x100-b.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-728x90-b.jpg" /></a>



<a href="YOUR-AFFILIATE-LINK.html"><img src="../../wp-content/uploads/2017/02/WiFi-Millionaire-740x160-b.jpg" /></a>

## Product Images

Here are some of the product images you can use on your websites, blog posts, and emails.

Just Right click on the item and "Save" to you computer.

## PPC Keyword Lists

Typically, there are a common group of search phrases or "keywords" that people use to search for offers like Wifi Millionaire.

Below you will find a selection of keywords. You can use these keywords and target them in your PPC campaigns or you

Feedback

**PX 84**     **FTC-MOBE-004369**

can even use them as topics for your blog posts to be able to write some highly-optimized & targeted blog content.

best make money online
best making money online
best way make money online
best way of making money online
best way to make money
best way to make money online
best ways make money online
best ways of making money online
best ways to make money
best ways to make money from home
best ways to make money online
best ways to make money online free
best ways to make money online from home
how can i make money online
how make money online
how to make money online
make easy money online
make extra money online
make money fast online
make money online
make money online australia
make money online canada
make money online fast
make money online from home
make money online now
make money online today
make money online uk
making money online
making money online from home
the best way to make money
the best way to make money online
the best ways to make money online
way to make money online
ways to make money online
what are the best ways to make money online
what is the best way to make money online

WM
what is WM
Wifi Millionaire
what is Wifi Millionaire
Wifi Millionaire review
is Wifi Millionaire a scam
Wifi Millionaire scam
WM scam
WM reviews
WM honest review
WM honest reviews
is WM worth it
is Wifi Millionaire program worth it
WM program
WM system
Wifi Millionaire program

WMS
what is WMS
Wifi Millionaire System
what is Wifi Millionaire System
Wifi Millionaire System review
is Wifi Millionaire System a scam
Wifi Millionaire System scam
WMS scam
WMS reviews
WMS honest review
WMS honest reviews
is WMS worth it
is Wifi Millionaire System worth it
WMS program
WMS system
Wifi Millionaire program System

# Email Swipes

Here some examples of emails you can send out to your list. As we will have lots of people promoting the Wifi Millionaire offers, it is best advised to change the copy slightly to cater to your audience.

Just add your affiliate links to the emails and send out to your list!

You can insert the Wifi Millionaire logo.

Feedback

**PX 84**

**FTC-MOBE-004370**

Email #1

Subject: Become a 'wi-fi' millionaire

Or

Subject: This book can make you rich

Hi…

I wanted to send you a quick note about what I think might be the most exciting AND useful book you'll read this year.

It explains a simple, but powerful idea…

What if you could make a FULL-TIME income, working part-time, anywhere in the world.

Think about that.

With just a computer, a wifi connection, and a desire to succeed, you could make more money than the average lawyer while only working three or four hours a day.

Sounds a bit outrageous, but once you read this book, you'll understand how it's possible.

I'm talking about…

* How to make $500… $1,200… or even $5,500 commissions while travelling the world…

* How to escape the 9-to-5 once and for all and say goodbye to your boss…

* How to take advantage of the 'new economy' in 2017 and finally start making money on your own terms…

And a proven system for getting out of the rat-race and making hundreds of thousands of dollars online.

Interested?

Get the details here.

{{{LINK}}}

As I said before, I think this book could be the most important thing you read this year.

Click here to get a copy while it's still available.

Best[signoff]

Feedback

**PX 84**　　　**FTC-MOBE-004371**

Email #2

Subject: How to think like a 6-figure entrepreneur

Or

Subject: Unlock your millionaire mind

Hi

Today I want to talk to you about how you should think in order to start making six-figures a year online.

Yes, think.

Because there's a big difference between the mindset of an employee who makes, say, $50,000 a year, and an entrepreneur who makes that same amount every month.

There's a difference between someone who's happy to clock in and do their 9-to-5, and someone who makes six-figures a year working just 4 hours a day.

And there's a gigantic difference between someone who takes control of their life and someone who leaves it up to their boss to decide.

I believe a lot of that comes down to mindset.

Suppose that's true, that your mindset has been holding you back from success… how then do you go about replacing an employee mindset with a new entrepreneur brain?

I want to make two suggestions today.

The first one is this:

If you truly want to become a successful entrepreneur, you must recognize that the "buck stops with you".

You are responsible for your failure and success. For your good months and your bad. For your record breaking commission checks and for the times you're broke.

It's not your boss, your family or your friends that is responsible for your success. Everything is up to YOU.

Without a boss, there is no one to force you to work. To get up early in the morning, or to put in night-time hours.

There are no consequences if you don't achieve your goal. I mean, you won't fire yourself, right?

Sounds scary, but there's also a magnificent upside to this new way of thinking.

Your business will flourish in line with your efforts. When you work hard – and smart – you'll make way more money than any full-time job, and you'll have the freedom to go along with.

So, take responsibility for your efforts and time. Soon you'll be rewarded for every minute you put in.

So, that's my first piece of advice. The second is this:

Surround yourself with entrepreneur materials and stop reading the same thing that employees read.

Instead, read what entrepreneurs and successful people read. Read business books. Books on self-growth.

Read about how to make a full-time living with a wi-fi connection and old windows laptop…

{{{LINK}}}

Skip Facebook posts, trashy magazines, romance novels, and other things that will keep you poor.

Of course, there's a place for entertainment, but the more time you can put into reading the right things, the quicker your mind will morph into that of an entrepreneur.

And as hard as it might be to believe, you'll stop enjoying spending time on things that don't bring you closer to your goals.

Talk soon.[signoff]

P.S. Need a place to start?
Pick up a copy of this book. It's just $3 and is a great primer on creating an entrepreneurial mindset and making a six-figure income online.

Feedback

**PX 84**

FTC-MOBE-004372

Email #3

SUBJECT: 4-Surprising Ways to Get Your First Few Sales Online

Hey first Name,

I'm going to give you some advice I wish someone had given me when starting out, about making your first few sales online.

The first and very most important thing for any startup business is to focus ALL your energy on getting your first few sales, because those first sales will start bringing in cash. You need that cash flow as soon as possible.

Here's why you should go after the money first: Most people focus on all the wrong things when they're getting started. When they start running out of money, they panic and a few months later, they usually just quit the whole business.

For example, a friend of mine started an online business. He started writing on his blog every day, but one day I noticed it had been a few months since I had seen his blog, so I asked him what happened.

Without fully realizing it, he was spending all his time creating a fancy logo. He was getting all the latest plug-ins. He was busy, so it felt like he was getting something done.
A week went by, then a month went by, and after three months he had not made a single dollar. After a while of continuing to have nothing coming in, while you're spending all this time doing all of these things, that really starts to almost get depressing.

You know, a lot of people they go through this same exact situation. After half a year they've spent all this time doing all of this stuff they thought would bring them money, but no cash is actually showed up in their bank account.

Let's assume right now that you're at Point A and just getting started.
Your next goal—Point B—is you're having an online business or any business that's bringing you cash flow.

If you want to get from point A to point B in the shortest amount of time possible, with the least resistance, you want to go there with a straight line. But most people get distracted. They are zig-zagging, taking a very long path, and wasting time.

You've got your offer—whatever offer it is you're promoting. Let's say you're a MOBE affiliate and you're promoting MOBE, or let's say you're an affiliate for another company you found on ClickBank or wherever it is.

You have a very simple goal, the straight line, which is to get people to click that link and be exposed to the offer to actually see the offer. People click the link, they watch the offer, they watch the sales presentation, and a small percentage of them will buy. When they do, you get a commission.

So that would be my advice to anyone who's starting out. Just pick that shortest line from point A to point B, find the offer, and focus on getting people to that offer.

Place Online Ads

You're only goal in life at this point—is to get traffic landing on your offer page, and buying whatever you're promoting.

Focus all your efforts to get people in front of the offer. If you are targeting the right people—the people actually interested in whatever product or services being sold—then a few of them will click your ad and go to your offer landing page.

If you have enough people in front of the offer, then a small percentage of them will buy. And even if it's only one or two percent... you can still make millions.

I mean, I've made hundreds of millions of dollars on these kind of "low" numbers. Less than one-or-two percent of people who see my advertising are actually buying. But I still make very good money on those low percentages.

If you've got the right mindset, and you're ready to start making cash online, the secret is pretty simple: Start by placing ads online.

When you enough people clicking your ads, and they're the right people, a small percentage of them will buy—and you will start getting paid.

Stick with just ONE marketing method

Here's a tip that will help you avoid the trap most people fall right into…
Don't waste your time trying to learn ten different marketing methods of getting traffic.
Most people starting out will fall into this trap of trying all kinds of "traffic sources." They try one traffic method. It doesn't immediately work because they're still very new at it, and then maybe they get an email from some guru telling them about this new secret traffic source.

They buy that product, and now they're on to learning the next traffic method. They constantly jump from one to the next, and they never truly master one traffic method or become proficient in it. And again, that causes no money to show up.

To summarize, if I were starting all over again from scratch and wanted to start making money quickly online, I would do the following four-things:

1. Avoid distractions — Don't get caught up in designing a logo or getting all the latest plug-ins. Just stick with promoting your products.
2. Get from point A-to-B — Remember the quickest way from point A to point B is a straight line. Your goal is to get people to click that Ad link and to actually see the offer.
3. Set up Paid Ads to drive traffic to your offer page, and a small percentage of people will buy your offer. That's how you get paid.
4. Stick with ONE marketing method — I would just focus on Facebook marketing at first.

However, if you really want to cut your learning curve—and start making money as soon as today, I have an even better option for you.

Matt Lloyd just released his new eBook Wi-Fi Millionaire which shows you how to make a Full-Time Income Working Part-Time, from Anywhere in the world—with simply a Wi-Fi connection.

Wi-Fi Millionaire is based on his experience of building a $150 million company while traveling the world and working virtually from tropical locations like Fiji, Costa Rica, Cancun, and the Caribbean islands.

In it, you'll learn how to make work fit your life, not the other way around, and build a strong financial foundation for retirement at the same time.
And you'll learn the marketing strategies that could make you more in just 5-hours a week than most people make working 50-hours a week.



PX 84

FTC-MOBE-004373

Email #4

Subject: Become a master communicator

or

Subject: Make your business emails world-class

Offer: https://wifimillionairebook.com

Hey

Today I want to let you in on a little secret used by the world's best email marketers AND communicators.

It's a trick so simple that you'll wonder why you didn't think of it yourself.

And it's so easy to implement that you can start using it in the next 5 minutes.

Here it is…

Whenever you're writing or speaking to an audience, talk to them as if there was only one person in the room.

To explain this properly, I'm going to have to get a little 'meta', so stay with me…

Notice that even though I am sending this email to more than one person, I am writing it as if I am sending it to you, and you alone.

My first sentence was "Today I want to let you in on a…".

I didn't say "Today I want to let you guys" or "Today I want to let everyone…".

I wrote it to you, just you. Like I'm doing now.

During school you might have been taught that your writing should be formal, polished and should avoid using "I".

Throw that out the window. University professors have no idea about how to run a successful online business or how to persuade a prospect to become your best customer.

Your emails and video presentations - if you do that sort of thing - should be casual, easy to read, and most of all personal.

Why?

Because it's 10 x more powerful.

Ultimately, the person you care the most about in life is yourself. You're worried about how much money YOU'RE earning. You're worried about YOUR health. And you want to make sure YOU have a fun, free life.

That's perfectly normal. And in fact, most people are like that.

And when you recognise that this is what people are REALLY like, and speak to their deep needs and desires in a personal way, you'll actually connect to them. Teach them. And be able to sell to them.

Got it?

This is just one the 10,000 tiny things that you need to learn in order to succeed online. But let me be honest - it's a good thing to do and it will make your comunication WAY stronger, but it's not anywhere near the most important thing you should do to make a living online.

The most important steps? They're outlined in this new ebook:

WIFI MILLIONAIRE: How To Make A Full-Time Income Working Part-Time From Anywhere.

It's one of the most straight-forward and realest guides to making a six-figure living online that I've ever seen.

I think you'll love it. And right now it's selling for just $3.

Why not take a look while it's priced so ridiculously low?

Just click here to see what you'll discover inside.

Best[Sign Off]

Feedback

PX 84

FTC-MOBE-004374

Email #5

Subject: Finding your '20%'

or

Subject: Dead guy can make you rich

Hi,

If you consider yourself an entrepreneur, chances are at some point you'll run across an interesting fellow named Vilfredo Pareto.

Vilfredo Pareto was an italian economist who's now mostly remembered because of his 'Pareto Principle', also known as the 80/20 rule.

Let me paraphrase it for you here because it can have a tremendous impact on your business's profitability.

For many things, 80% of your effects come from 20% of your causes.

Meaning: 80% of your business profit comes from 20% of your activities.

80% of your sales come from 20% of your staff.

And 80% of your new leads probably come from 20% of your sources.

You can see if this plays out in your own business by taking a quick audit of your time. For me, I have found it to be true over most areas of life and business. And this is a good thing.

Because figuring out what that productive 20% is, is a way of freeing up your time, resources, and making a WHOLE lot more money.

So ask yourself this question: What are my 20%?
What makes you the most money per hour put in?

If you're anything like most business people your answer is sales, marketing, planning the future of your business, and more sales.

Yes, I said 'sales' twice.

I'm assuming you're in business to make money and live a freer life, not out of the goodness of your heart.

So while your daily focus can be stolen away by urgent-but-unimportant tasks like email, logo-design or some other such nonsense, the very best and most lucrative use of your time is likely to be focusing on increasing sales.

I can't say that with absolute certainty, but I can be pretty sure. Anyway, it's beside the point.

Because the real thing that Pareto teaches you is that a careful analysis of cause and effect in your business can yield serious results.

So why not set aside 30-minutes today to have a look at what you're focusing on?

You might find that blocking your Facebook account from 9-5 might be a good idea as you're simply wasting too much time online. Or you might find that hiring a virtual assistant could potentially MAKE you an extra $500 a week, even though you previously considered it an expense.

Either way, I think you'll find it extremely useful. And while we're on the topic of useful, here's something else you might like…

Matt Lloyd, founder of MOBE has just published a revolutionary new book.

Inside you'll discover the exact steps to take to make six-figures online this year.

That's $100,000 (or more) that can be made from your spare bedroom… a beach chair in Bali… or from a french chalet in the Swiss Alps…

The choice is yours.

This kind of lifestyle can seem too good to be true if you haven't heard of this type of business before, but once you get the details it makes a lot of sense.

You can get all the details here.

Best[Sign Off]

Feedback

**PX 84**

FTC-MOBE-004375

Email #6

Subject: Is this fear killing your business dream?

or

Subject: Sales tactics of St. Theresa...

Hi

At the heart of business - and life - is salesmanship.

You sell yourself in a job interview to land a job...

When you're in an argument with someone you try and sell them on your point of view…

And if you're a young man, you might try and persuade a girl that you're worth dating…

We don't always perceive it this way, but the persuading… the presenting of evidence… the call to action (are you free friday night?)... they are all, in fact, selling.

And nowhere is this more relevant than in your business.

Salesmanship is the core of business. Until a sale takes place nothing else matters. Accounting, customer service, IT, all of these functions are secondary to the SALE. And if you're just getting started in business THIS should be your focus.

But for some reason, many new entrepreneurs I meet resist the idea of selling. And some are even outright afraid of it.

If that's you, you need to slay this dragon ASAP.

Because until you fully embrace selling, you will never be as successful as you could be, in life, your relationships, or business.

Now, you may perceive selling as 'sleazy' or something only a certain kind of person can do. If that's the case, I get it. There have been some exceptionally sleazy sales people who have given the process a bad name.

But understand this: EVERYBODY… from Saint Theresa… to Michael Jordan… to Gandhi himself... have engaged in the art of salesmanship.

Because whether you're selling a revolution, a religion, or a pair of Nikes, you're using persuasion to achieve a desired outcome.

Embracing this truth - that almost all your personal and public relationships utilize persuasion on some level - is one of the most powerful things you could ever do.

When you do, you're faced with a choice. You can remain an innocent… and settle for a level of persuasion that you were 'born with'. Or you can come face to face with the fact that maybe you're not very good at selling… but that if you wanted to you could change that… And your business would benefit tremendously as a result.

You can choose to sell in a sleazy way, there are most certainly techniques that are unethical and  yet work well.

Or you can decide to approach it in an honest, straight-forward and effective way.

Most likely, unless you're a psychopath, you'd prefer to sell in the second way. And that's why I recommend you take a look at this brand-new book:

WIFI MILLIONAIRE: How To Make A Full-Time Income Working Part-Time From Anywhere.

It's a straight-forward guide to making a six-figure income online. No tricks. No nonsense. Just principles that have worked for thousands of people and paid out over $75,000,000 in commissions online.

And, of course, as part of this guide you'll learn how to sell, including how to make as much as $10,000 per sale from your home laptop.

If you're interested you can get the full details of what you'll learn inside here.

But whether you decide to invest in this ebook (it's just $3) or some other course, improving your ability to sell should be a major focus for you this year.

Talk soon,[Sign Off]

Feedback

**PX 84**

Email #7

Subject: The death of your business

or

Subject: Why you must aim higher...

Hi

Right now, your business is in one of two states, it's either:

Growing
Dying

Businesses are never stagnant. Because even though it may seem like you're maintaining your current level of revenue and doing 'OK', you're  actually going backwards.

When you're not growing, the customers you could have (should have) reached are being snapped up by your competitors. And every month you don't reach these customers you're left further and further behind.

Your competitors revenue will grow, and their marketing budgets alongside it.

They'll hire staff and outsource projects while you are forced to do everything alone.

And they'll invest in systems that produce even more profit, while you struggle to maintain what you once had.

Fortunately, there is a solution to this decay.

You must constantly be focused on growth and beating your 'high-score'. If last month your part-time business made $1,000, this month you should be aiming for $1,200.

And if last month you brought in $30,000 of commissions, this month you should be looking to beat that again.

By committing to constant growth you'll ensure your business is never at risk of a slow-decline into nothing. And you'll continue to live the rich, free life you worked so hard for.

I understand if this seems frustrating. I mean, you worked so hard just to get where you are right now. But this doesn't have to be a cause of stress.

Instead, realise that your business is a reflection of your own personal-growth. And without action YOU will wither, just like your business.

Constantly aiming for more, to do better, and be better is one of the things that separates successful people from the status quo.

And to stay on top of your business you must also stay on top of your health, personal relationships, and family time.

You'd never stop being a good parent, just because your kids have become an adult, right?

Constant growth is a natural part of life. And when you integrate it into your business, you'll ensure you success for many years to come.

Best [Sign off]

P.S. Picked up your copy of WiFi Millionaire yet? This book explores a simple idea - how to make a full-time income, working a few hours a week, from ANYWHERE in the world. You see, that's the beauty of our digital age. With just a laptop, a wifi connection, and the desire to make something of yourself, you can create a six or even seven-figure remote income this year. And if you're looking for a place to start, this $3 eBook is one of the cheapest and most straight-forward guides you'll find. Just click here to see what you'll you discover inside.

Feedback

**PX 84**

**FTC-MOBE-004377**

Email #8

Subject: 20 X Your Business Growth

or

Subject: Oprah, Bob Dylan and business goals..

Hi

I want to let you in on a little secret today. It's something that anyone who is successful in business knows, and if followed, virtually assures your success.

But before I reveal this secret of business winners, let me see if you can guess what the following people have in common:

Oprah Winfrey and Maya Angelou

Mark Zuckerberg and Steve Jobs

Woody Guthrie and Bob Dylan

So, what's the connection?

If you guessed that these are mentor and mentee relationships, you're 100% correct.

And that's the big secret.

But let me take a minute to really hammer this home, because I don't want you to skip over it.

Getting a mentor is a HUGE deal. It will help you...

Shave months, if not years, off your learning curve...
Help you make MORE money faster.
Allow you to avoid countless mistakes and errors that could cost you thousands of dollars and dozens of hours of wasted time…

And half a dozen other things I don't have time to mention right now.

Trust me - I've seen it time and time again. A good mentor is like turbo fuel for your personal growth. Whereas trying to do it all alone is like wandering in the darkness. You might eventually get to where you want to go, but you're going to stub some toes along the way, and you could even fall off a cliff.

But the key here is finding the RIGHT mentor. So let me suggest a list of four things you should look for when selecting your first business mentor.

The right mentor has already done what you're trying to achieve...

Have you ever heard the saying "the blind leading the blind" ?

Unfortunately, this is all too common in business and online marketing. You have marketers who are still wet behind the ears giving beginners advice without the experience and context to know what it really means.

And you have charlatans parading as successful business people who couldn't sell water to a man dying of thirst.

It's imperative that your mentor has a proven track-record of success and a great reputation in the industry. That way, you'll have the confidence that the advice you're getting is sound and worth following.


The right mentor is not only successful, but has the ability to teach…

Just because someone is successful doesn't mean they can teach you how to reach your goal.

Sometimes entrepreneurs can't actually articulate what they did to reach their success, or they emphasize things that make sense to them - a 20-year business veteran - but leave a beginner completely confused.

That's why you should find someone who can actually teach. It doesn't matter if they are not the MOST successful person in their industry, as long as they have had some success and understand how they got to where they are.

The right mentor offers constructive criticism so you can make massive and rapid progress…

If you really want to leave your job behind and grow a successful business online you must be open to criticism.

A good mentor will tear you down so that you can be remade into something better.

This doesn't mean they should be cruel, but they may say things that hurt your ego from time to time.

This is a good thing. Because they're pointing out the stuff in your 'blind spot'. The stuff stopping you from being where you want to be.

And it is 100% necessary to shed this stuff in order to reach your goals of a richer, freer life.

Now, it's not practical for everyone to have access to a mentor. Maybe you live in the woods, or never leave your house, or just don't like talking to people.

If that's the case, a close second is studying and aligning yourself with a mentor-by-proxy.

By this I mean finding someone who is successful, reading everything they've ever written, and committing yourself to THEIR method.

There are 1,000 ways to skin a cat. But you only need one to get the job done. Pick ONE guru to follow and master what they teach. Ignore everyth...

Feedback

PX 84                    FTC-MOBE-004378

Email #9

Subject: Your 'traffic problem' solved

or

Subject: The weird math behind internet riches

Hey

If you listen to the average business owner you'll be lead to believe they have some kind of 'traffic issue'.

They can't get enough visitors to their webpage… or their list is too small to make a sale… or blah blah blah.

In reality, traffic is NOT their problem. And it's not yours either!

You live in an age of digital abundance, a wonderland for marketers and business owners alike.

Facebook. Adwords. Bing. Solo Ads. YouTube. Reddit. Instagram. Whatever.

There are literally BILLIONS upon BILLIONS of customers that can be reached in the next 30-minutes through one of the paid traffic sources I listed above.

If that's the case, how then can you have a traffic problem?

You might say - "I can't afford to buy traffic". If that's your objection you don't have a traffic problem, you have a CONVERSION problem.

Here's the deal - when you have a high-converting, high-ticket offer, traffic - and affordability - becomes a no-brainer. Because you know that every dollar you spend on advertising is going to bring you $1.10… $1.30… even $2 back.

You're literally buying cash at a discount. You can't afford NOT to advertise.

But the key here is having an offer that converts well at a high price-point.

Conversion you get, right? No conversion; no money. But why do you have to promote high-ticket offers?

It's the math.

When Google Adwords first launched you would pay as little as 1 cent per click. But nowadays you would be hard pressed to buy a click for less than a $1 (depends on the keywords). Therefore your advertising costs have multiplied dramatically in just a few short years.

So think about that, let's say you're paying $2 a click - not a crazy number -and your sales page is converting at 3% (really good). So, out of every 100 people who visit your page, 3 buy straight away.

100 x $2 PPC = $200 right?

This means to BREAK even each customer would have to spend $67 for you to break even.

3 x $67 = $203

And that would be if the $67 was pure profit, no product costs, no hosting fees, etc…

That's a tough-gig.

Now imagine the average customer spent $1,000. Same conversion rate, same cost per click.

3 x $1,000 = $3,000.

You've made close to $2,800 in profit. Even taking in 50% in costs, you're still ahead $1,400.

That's the math behind internet riches. And why a high-ticket product will win EVERYTIME.

Forget the 'low hanging fruit' of $10 ebooks that seem easier to sell. It doesn't pan out. Focus your time on promoting high-ticket products and your bank account will thank you. Trust me.

Want to get started promoting High-Ticket products THIS WEEK? Check out this brand-new eBook by one of the internet's leading experts on making a living online...

WIFI MILLIONAIRE: How To Make A Full-Time Income Working Part-Time From Anywhere.

It lays out a clear path for the aspiring entrepreneur to follow and shows you how to start profiting from lucrative, high-ticket affiliate offers in the shortest time possible.

I can't recommend it enough. Plus, right now it's only three bucks.

Check it out here.

Talk soon[Sign Off]

Feedback

**PX 84**

FTC-MOBE-004379

Email #10

Subject: How to make $100 per hour online

or

Subject: Your laptop - making $700 a week

Hi

I know this is a personal question, but how much do you make an hour?

$15… $35… $60?

The average American makes around $25 p/h. But as you know, this figure is probably inflated due to the 20% of the population that actually make much more than that. In reality, many people are also making much less than $25 an hour.

Today, I'd like to show you how to make 4 X the average (about $100 p/h) from home, working on your laptop.

I personally don't think this is an outrageous goal, but depending on your current situation it could either seem out of reach, or not that exciting.

If you're a high-income earner reading this, let me say this…

It's one thing to earn $100 an hour or more already, but it's another thing to do it in your underwear, or from a hammock on a beach in Bali.

A remote business you can run from home offers a lot more than just money, it offers freedom.

Anyway, let's get into it.

Let's say you have a goal of making $100 an hour. Here's how you start.

Put aside ONE hour a day dedicated to making this $100 a reality. During this hour you DO NOT work on your website. You DO NOT go on Facebook. You DO NOT read your emails.

This hour is solely and completed focused on making $100.

Now, you might not make $100 that day. You might make $700 once a week. Or you might make $200 every two days. Or even $3,000 once a month! But whatever schedule you earn it on, you must hit that $100 an hour goal.

When you cut out all that other time-wasting stuff, what are you left with?

You're making sales calls. You're writing copy. You're following up leads. You're buying traffic. You're freelancing. You're focused on affiliate marketing.

You're getting it done and ignoring EVERYTHING else in your way.

If this seems obtuse to you, I get it. Maybe you expected more practical steps today. If that's you, I've got you covered, take a look at this book. It's $3 and it will tell you the exact steps you need to get started.

But the reason I am light on details is because I want you to actually do something. I believe if you honestly sit down for one hour today and ask yourself "How can I make $100 right now?". You will come up with an answer.

And it will be all the more powerful because you've done it yourself.

Maybe you'll sell $100 of old books you have lying around your house on eBay.

Maybe you'll walk down the street and offer consulting services to a small business.

Maybe you'll send traffic to an affiliate marketing offer and make much more than $100.

The opportunities are endless. You just need to start - and not get distracted by all the stuff that doesn't make money!

Of course, I'm partial to affiliate marketing because of it's potential to pay much more than $100 an hour.

And if you'd like to learn how, this book will walk you through it.

Best[SIGN OFF]

Feedback

PX 84

FTC-MOBE-004380

Email #11

Subject: Low-cost business secrets

or

Subject: Start a business with loose change

Hey

When most people think of starting a business they think of a shop-front, an office, or a little restaurant they can call their own.

And I'm willing to bet you've day-dreamed about having your own neighbourhood bar or cafe where you could live a relaxed life serving drinks to friends and locals.

Sounds great - in theory - but this 'mom and pop' style business model has some serious flaws.

I'm not writing to you today to crush you dream of a cute little business, but if you're more interested in a lifestyle of financial freedom and flexibility than simply running your own store, I think you'll find what I have to say very interesting.

The Sad Truth About Small Businesses

Here's the sad truth about small businesses: within 12-months nearly 50% of small businesses fail. And within 5-years nearly 80% go out of business for good.

I bet your realtor won't tell you that before they lease you a new retail space!

On top of this, the risk of small business are HIGH and the returns are - due to the rapid failure rate - almost non-existent.

Take a look…

When you set up a traditional small business, you have to pay for…

Office, commercial, or retail space
Employee salaries
Insurance
Physical stock
Electricity

And the list goes on.

In fact, the US Small Business Administration estimates it costs the average small business $30,000 to get started.

Are you willing to gamble $30,000 on an 80% failure rate? The smart money says no.

There is a much safer alternative however.

The World's Cheapest Business Model

A home business has almost all of the potential upside of a traditional small business without any of the risk.

Think about it - your overhead is low, you don't need to hire staff, you can travel or shut up 'shop' whenever you want, and the average start-up cost is a whopping $27,500 LESS than a traditional business.

Yep, you read that right. The average start-up cost of a home business is just $2,500, although I'm going to show you how to get started for way less than that in a moment…

In my opinion, a home business should be the first business anyone starts. Whether you hate your job and desperately want to quit, have been looking for a change of pace, or are just looking for a secondary income stream to take some pressure off.

It simply doesn't make sense to invest all your hard-earned money and time in a traditional business while you're STILL stuck in the rat-race.

Traditional businesses, like real-estate investment, restauranteering, or whatever, come later. Once you're free of a boss who controls your time and paycheck, and you have the spare funds to risk it.

So What?

So, suppose you accept my proposition that the only smart way to start your first business is from home. What do you do next?

Well, I recommend you check out this brand-new eBook.

It's called WiFi Millionaire. And for $3 it will show you the exact steps to take to start your very own home business.

And I'm not talking about some fledgling ebay store that pays you 300 bucks a week or something.

I'm talking about a genuine way to earn a high six-figure income with just a laptop and wifi connection.

In just a few weeks from now you could be living a freer, richer life that you imagined possible - without putting in 60-hours a week at a bricks and mortar store.

This book will show you how.

Talk soon[Sign Off]

Feedback

**PX 84**

FTC-MOBE-004381

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved     Terms and Conditions     Income Disclaimer     Privacy Policy     1-844-MOBESUPPORT

Feedback

**PX 84**

**FTC-MOBE-004382**



NEW? Start Here    Contests    Leaderboards    Training ▾    Marketing Tools ▾    Events Schedule ▾    Contact    **1-844-MOBESUPPORT**

# IM Freedom Workshop

## Event Details

We hold IM Freedom Worskshops prior to every Home Business Summit event. The IMFWs are live events that are free to attend and they're short, 2 hours sessions that describe all the advantages & benefits of attending the 3-day Home Business Summit event.

If someone is new to MOBE and registers to attend an IMFW session via your affiliate link, they will be tagged to you. If they decide to purchase a ticket to the upcoming HBS in their area or if they purchase any other MOBE products, you will earn the commission on those sales! It's a great way to get paid for promoting a free event!

The local IMFW's are typically held about 10 days prior to an HBS event. There are usually 2 sessions each day, one in the afternoon and another in the evening, and again, all sessions are free to attend! Click HERE to view the IM Freedom Workshop Event Schedule.

## Product Logos

Here is the logo you can use to promote the IM Freedom Workshop event.



## MOBE Sites Opt-in Template*

If you are a monthly paid affiliate, you already have access to **MOBE Sites**.

You simply can click the link below to save a copy of the new IM Freedom Workshop Opt-in page.

Lost your MOBE Sites log-ins? We can help you retrieve them by **contacting support.**



**PX 84**    **FTC-MOBE-004383**

Feedback



>> Get the IMFW Opt-in Template Here.

# Banner Ads

Banner ads are a great way to drive traffic to your MOBE affiliate offers. We have a variety of banner ads available for you to promote IMFW.

You should post banner ads on your website or blog if you have one. You can also use them in your emails, or post them anywhere else online that you think would have good quality traffic to send to a MOBE offer.

*(Keep in mind that the best types of people to target are those who are already involved in a home business opportunity and/or buy internet marketing training products.)*

300 x 300
(Static)



250 x 250
(Static)



300 x 250
(Static)



160 x 600
(Static)



125 x 125
(Static)



300 x 50
(Static)

**PX 84**

**FTC-MOBE-004384**

Feedback



## PPC Keyword Lists

Typically, there are a common group of search phrases or "keywords" that people use to search for offers like IMFW.

Below you will find a selection of keywords. You can use these keywords and target them in your PPC campaigns or you can even use them as topics for your blog posts to be able to write some highly-optimized & targeted blog content.

| |
|---|
| best make money online |
| best making money online |
| best way make money online |
| best way of making money online |
| best way to make money |
| best way to make money online |
| best ways make money online |
| best ways of making money online |
| best ways to make money |
| best ways to make money from home |
| best ways to make money online |
| best ways to make money online free |
| best ways to make money online from home |
| how can i make money online |
| how make money online |
| how to make money online |
| make easy money online |
| make extra money online |
| make money fast online |
| make money online |
| make money online australia |
| make money online canada |
| make money online fast |
| make money online from home |
| make money online now |
| make money online today |
| make money online uk |
| making money online |
| making money online from home |
| the best way to make money |
| the best way to make money online |
| the best ways to make money online |
| way to make money online |
| ways to make money online |
| what are the best ways to make money online |
| what is the best way to make money online |

| |
|---|
| best internet business to start |
| how do you start an online business |
| how to start a business on the internet |
| how to start a business online |
| how to start a internet business |
| how to start a online business |
| how to start an online business |
| how to start business online |
| how to start internet business |
| how to start online business |
| start a business online |
| start a internet business |
| start an internet business |
| start an online business |
| start business online |
| start online business |
| start your own business online |
| starting a business from home |
| starting a business online |
| starting a internet business |
| starting a online business |
| starting a small business online |
| starting an internet business |
| starting an online business |
| starting business online |
| starting online business |

## Email Swipes

Here some examples of emails you can send out to your list. As we will have lots of people promoting the I.M. Freedom Workshops, it is best advised to change the copy slightly to cater to your audience.

Just add your affiliate links to the emails and send out to your list!

Feedback

**PX 84**

FTC-MOBE-004385

**Email Swipe Example #1**

Subject: Make Money Online? It's Impossible … Right?

Ever flown in an airplane?

I was at the airport at 7:30 this morning. My flight took me 6,000 miles across the globe, where I am writing this right now.

It took about 12 hours. Seems like a long time, doesn't it?

But what if I'd had to do it by ship? That would have taken weeks—maybe months.

About 100 years ago, that would have been my only choice. Flying in an airplane was still "impossible."

Most people think of Ohio's Orville and Wilbur Wright as the "fathers of heavier-than-air" flight. Did you know that in the early 1900s, people were largely skeptical that anyone could achieve manned, controlled flight?

The world of 1902 was not as media-focused today's world. There was no social media, no television. There were only newspapers.

The only people who witnessed the Wrights' early successful attempts at flight were the brothers themselves and a few associates. So, when they appeared in 1906 with a patent for the systems that enabled controlled flight, they were broadly criticized.

Most everyone said, "It's impossible! They're frauds!"

So, what's this got to do with you?

I suspect that when you hear about people making $5,000 and $10,000 a month with an online business, you think, "That's impossible. Fraud."

But there are a couple differences.

First, unlike the Wrights, I am not secretive about how to do it. In fact, you can find out how for FREE by attending the IM Freedom Workshop. (IM stands for "Internet Marketing.")

I just two hours at IM Freedom, you will learn about a proven process that anyone can use to make more money in a month than most people make in a year.

This simple, step-by-step system has paid out more than $___ million in commissions

Second, unlike the Wrights, there are so many people who have already done it and are doing it:

• Retired Georgia schoolteacher Deborah Robertson didn't know anything about online marketing when she started. She's now made more than $71,945 in her spare time.

• Luke Lim from Singapore started his online business two years ago and has so far made more than $543,426.

• Andrea Goodsaid, from Florida, has made more than $316,976.

• Paul Lynch, a former professional footballer from the UK, has done more than $1.9 million.

These results are not typical but they show you what's possible.

How are they doing it? Register for the IM Freedom Workshop to find out. It's FREE and you can even bring a friend or associate if you like (please also register them).

Don't wait. These events are very popular and fill up quickly. Register now to secure your space.

(End)

P.S. The public eventually recognized that Wright Brothers' had flown. But it was only after others, unafraid of publicity, had shown the world that it could be done.

**Email Swipe Example #2**

Subject: Fist-Pumping to the Sound of Static …

Hi _____ ,

Love your job?

Most people, when asked that question, hesitate before answering.

They're grateful to have an income... Some are happy to have a daily routine … The money's not great buy it keeps the mortgage or rent paid and gas in the tank … They don't want to jinx that …

Sure, some people blurt out, "I hate my job!" And some describe it as if it were a dearly beloved person.

But 70 percent of U.S. employees are somewhere in between—disengaged, unsatisfied and un-enthusiastic about their jobs. (This is according to a recent Gallup poll.)

Have you ever driven in your car far from the city and suburbs? You turn on your radio and all you get is that sort of fuzzy hissing sound? It's static.

How long can you listen to it? Not very long, I'm going to guess.

Why? There's no change. It's boring. You can't sing along with it, can't pump your fist … so you turn off the radio.

When you have a job that you don't love, it's also like static. You show up every day. Go through the motions. Collect your pay at the end of the week. Pay your bills. Come Monday, you're back at work, going through the motions. It's boring. There's no change. It's static.

You can't turn it off like a radio so, as the Gallup poll showed, you turn yourself off. You disengage.

You'd rather be somewhere else, doing something interesting. Being with people you like to be with. Not working if you don't want to, right? But you have to have money, too. (Better yet, a lot more money than you're making right now.)

At the IM (Internet Marketing) Freedom Workshop, you will find out about a proven system that tens of thousands of people are using to make more money in a month—part-time—than most people make in a year.

And it won't cost you anything to find out about this system.

The IM Freedom Workshop is a FREE, two-hour live event in your local area. At IM Freedom, you will discover how people just like you profit from the Internet —working just a few hours a day, making commissions of $1,250, $3,300, $5,500, and more.

They achieve financial freedom and time freedom. They can work from anywhere they want.

Life becomes anything but static.

Register now. These events usually fill up quick. Then we will have to close registration. It could be quite some time before we come back to the area.

So, register now. Plan on being there and finding out how to work less, make more, and have a static-free life.

Regards,

_____

Feedback

**PX 84**

FTC-MOBE-004386

**Email Swipe Example #3**

Subject: Your Path to Online Wealth is Clearly Marked …

Finish this statement:

"If it seems too good to be true, _____."

We all get those emails in our in-boxes—you know the kind, right? They go something like this:

Imagine the warmth of a tropical breeze as you dig your toes into white sand. The tinkling of a distant ukulele caresses your ears as the clear aqua tide laps the sandy beach before you.

With your laptop nestled between your deeply-tanned brown legs and washboard stomach, you perform a few quick keystrokes, pull up your online dashboard and discover several deposits into your checking account—sales commissions from your new internet business.

"You're $50,000 richer overnight."

"Wow," you chuckle to yourself. "Who would ever believe I could make this kind of money in just a couple weeks? Working only minutes a day?"

You close the laptop and drift off into a contented slumber. Tomorrow you'll awake, completely refreshed with plenty of energy to check your dashboard again and count your growing fortune.

Yeah … Right.

Let me assure you right now that you're not going to see or hear anything like that at the IM Freedom Workshop. ("IM" stands for "Internet Marketing.")

IM Freedom is a FREE two-hour live event where you will discover Matt Lloyd's proven business system that paid out more than $70 million in commissions to people in 38 countries around the world.

These are commissions of $1,250, $3,300, $5,500, and more, on a single sale.

Plenty of people have used this system to profit from the Internet and attain financial freedom:

- Darren Salkeld, from Canada, $7.9 million
- Paul Lynch, from the UK, $1.9 million
- Bill and Michelle Pescosolido, from Florida, $848,000

Now, those kinds of numbers aren't typical, but they show you what is possible with the right training. And that's the kind of training you will receive at the IM Freedom Workshop.

Let me be totally clear: Many people have gotten rich with this system, but it's not "get-rich-quick." The system doesn't do the work. It enables you to do it:

- No guesswork
- No coding or website-building
- No cold calling
- No business experience necessary

It's like a path that has been completely marked out. All you have to do is walk on it.

You just need to arrive at the IM Freedom Workshop. When you hear about Matt's system, it will make perfect sense.

IM Freedom Workshops fill up fast. Seating is limited and when we reach the limit, registration closes and you miss out. So don't wait … register now.

Regards,

_____

P.S.: Register in the next 24 hours and get FREE access to Matt's proven system plus a copy of his bestselling book, Limitless, which will show you how to select the right business model, how to choose products with high profit margins, and more.

**Email Swipe Example #4**

Subject: FREE 2-Hr Event: Part-Time Work, Full-Time $$

Have you heard this story …

A man wakes up suddenly in total darkness. His hair is damp with sweat. He is warm with fever.

He struggles to his feet and nearly falls over. His head feels heavy and wooden. The floor rolls and pitches and he dimly recalls that he had boarded a ship at some time in the past.

The space around him is stuffy, the air still. He reaches out, feeling for a wall. Finding it, he gropes around for a porthole. Moving to his right, his hands touch cool glass.

He frantically feels for the latch but finds none. Giving up, he smashes the glass with the bottom of his right fist.

He sighs as the cool night air rushes into the cabin and over him. Relieved, he feels his way back to the bunk, lays down, and falls back asleep.

In the morning the man wakes up. His fever is gone. He looks around and finds the porthole, to his left, is intact. He looks to his right and sees a chest of drawers. Its top is littered with shattered bits of mirror. A nail in the wall above the chest tells the man where the mirror had once hung.

Interesting, right?

I am using this story to illustrate what's true. Truth is not always equal to "the facts." Truth is the result of what you decide or conclude. The man concluded that he'd located the porthole. He smashed the glass. The air poured in and cooled him off, just like he knew it would.

A lot of people "know" that to make more money, they've got to work harder or more hours. They "know" that wealth takes luck or special knowledge.

Yet others know that they can work less—work smarter, not harder—and make a lot more money. And they do it.

If you don't yet know this, you will after you attend the IM Freedom Workshop. "IM" stands for "internet marketing" and at this FREE, two-hour workshop, you will see how people just like you are profiting from the Internet.

At IM Freedom, you will be introduced to Matt Lloyd's proven business system for generating commissions of $1,250, $3,300, $5,500, and more, online. You will see how it works and you will know it's possible.

This isn't "pie in the sky" or "get-rich-quick." There is work involved but you'll do it at home (or wherever else you want) and choose your own hours. Matt's system makes it fast and easy to start making money online. You don't have to be a computer expert or have a business degree.

When you register for the IM Freedom Workshop, you'll get free access to Matt's system, which you can study and use at home, on your computer.

These events fill up pretty quick. When that happens, we have to close registration and that's that. You miss out. So register now, before that happens, and we'll see you there.

Regards,

_____

PS: Register right now and you'll also receive a copy of Matt Lloyd's best-selling book, Limitless. It's Matt's own story of how he attained financial security with internet marketing. In it, you'll learn the best business model to choose, how to find high profit-margin products, and plenty more. Register now!

Feedback

**PX 84**

FTC-MOBE-004387

Email Swipe Example #5

Subject: FREE Live Event, FREE System, FREE Book …

Hello _____,

I'm glad that you decided to click on this message and read it.

I won't waste your time or make promises I can't keep.

By now, you've heard about people making money with the Internet.

These people work from home … or at a table in Starbucks … or anyplace else where they can get a WiFi signal.

They choose when they work. It could be just an hour a day, after work. Or, it can be more full-time, if that's what they want.

Most people have no idea how they can generate income with the Internet.

They assume it must be a scam. Or that it requires talents they don't have. Or knowledge they can't grasp.

Those are the kinds of things that Matt Lloyd thought in 2008. That's when he began trying to figure it all out.

Matt wasn't a computer whiz. He could only use email and Google. He wasn't a business expert, either. Rather, he was an unemployed college drop-out. But, unlike most people, he had plenty of time.

And it did take time—nearly 18 months of struggle and mistakes—before he started to get his first sales. His company, MOBE, has since generated more than $150 million in sales.

Through trial and error, Matt developed a business system that anyone can use to start making money online.

Find out about this system at a FREE, two-hour live training event in your area. It's called the IM Freedom Workshop. (The "IM" stands for "internet marketing.")

The IM Freedom Workshop shows you how you can achieve freedom—time freedom, location freedom (work from wherever you want) and financial freedom—with your own Internet-based business.

You will discover the same online business strategies that people are using right now to make five- and six-figure (and more) incomes:

• Carolina Millan, from Chile, has made $495,442 using this system.
• Daegan Smith, from Washington, DC, has made $308,925.
• Kim Willis, from Australia, has made $322,521.

These examples are not typical but give you an idea of what's possible …

Who comes to IM Freedom? All kinds of people:

• Retirees seeking a new challenge or a more secure financial future
• Stay-at-home moms who want to have a home-based business
• Corporate employees seeking a less restrictive lifestyle

The IM Freedom Workshop is tailored to people who have no experience with Internet business. If you're even a bit curious, this is the place to start.

At IM Freedom, it's like you're sitting across from an Internet business expert as they lay it all out simply for you: You will learn how an online business works and what actions you do to generate sales and high-ticket commissions: $1,250, $3,300, $5,500 and more.

Register now for the IM Freedom Workshop and you will get FREE access to Matt's system, for your own use at home.

These events are very popular and fill up fast. Then we have to close the registration. So, don't wait. Register now to secure your place and we will see you there.

Regards,

_____

PS: Register today and you will also receive a FREE copy of Matt's bestselling book, Limitless, which contains everything he knows about online business success: How to choose the best business model, where to find high profit-margin products, and much more.

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved     Terms and Conditions     Income Disclaimer     Privacy Policy     1-844-MOBESUPPORT

Feedback

PX 84                    FTC-MOBE-004388



NEW? Start Here    Contests    Leaderboards    Training  ▾    Marketing Tools  ▾    Events Schedule  ▾    Contact          **1-844-MOBESUPPORT**

## The Home Business Summit (HBS)

## Event Description

The Home Business Summit event is an "international event tour" where Internet Millionaires come together to share their "insider secrets". It's a 3 day live event that teaches people the exact steps they need to take in order to earn as much as $5,000 - $10,000 per month working from home.



The event itself is very exciting & highly motivating. It's also extremely informative. There's thousands of hours of knowledge packed into 3 days of simple how-to, step-by-step training.

Every single speaker is an "in the trenches" online marketer – they are DOING what they teach. They will teach attendees the TRUTH ABOUT TRAFFIC and the "missing half" of the equation that separates the Internet Millionaires from the Internet Failures.

Promoting an upcoming HBS event is really is one of the easiest things you can do in order to help skyrocket your commissions in MOBE. The Home Business Summit is really the best way to present all of the opportunities & benefits that MOBE has to offer. Click HERE to view The Home Business Summit Event Schedule.

## Banner Ads

Banner ads are a great way to drive traffic to your MOBE affiliate offers. We have a variety of banner ads available for you to promote HBS.

You should post banner ads on your website or blog if you have one. You can also use them in your emails, or post them anywhere else online that you think would have good quality traffic to send to a MOBE offer.

*(Keep in mind that the best types of people to target are those who are already involved in a home business opportunity and/or buy internet marketing training products.)*

250 x 250
(Animated)

250 x 250
(Static)





300 x 250
(Animated)

300 x 250
(Static)

Feedback

**PX 84**          **FTC-MOBE-004389**



300 x 300
(Animated)

300 x 300
(Static)

468 x 60
(Animated)

300 x 50
(Animated)

468 x 60
(Static)

300 x 50
(Static)

728 x 90
(Static)

728 x 90
(Animated)

160 x 600
(Static)

160 x 600
(Animated)

125 x 125
(Static)

125 x 125
(Animated)

Feedback

**PX 84**

FTC-MOBE-004390





## PPC Keyword Lists

Typically, there are a common group of search phrases or "keywords" that people use to search for offers like HBS.

Below you will find a selection of keywords.  You can use these keywords and target them in your PPC campaigns or you can even use them as topics for your blog posts to be able to write some highly-optimized & targeted blog content.

<table>
<tr><td>

best make money online
best making money online
best way make money online
best way of making money online
best way to make money
best way to make money online
best ways make money online
best ways of making money online
best ways to make money
best ways to make money from home
best ways to make money online
best ways to make money online free
best ways to make money online from home
how can i make money online
how make money online
how to make money online
make easy money online
make extra money online
make money fast online
make money online
make money online australia
make money online canada
make money online fast
make money online from home
make money online now
make money online today
make money online uk
making money online
making money online from home
the best way to make money
the best way to make money online
the best ways to make money online
way to make money online
ways to make money online
what are the best ways to make money online
what is the best way to make money online

</td><td>

best internet business to start
how do you start an online business
how to start a business on the internet
how to start a business online
how to start a internet business
how to start a online business
how to start an online business
how to start business online
how to start internet business
how to start online business
start a business online
start a internet business
start an internet business
start an online business
start business online
start online business
start your own business online
starting a business from home
starting a business online
starting a internet business
starting a online business
starting a small business online
starting an internet business
starting an online business
starting business online
starting online business

</td></tr>
</table>

## Email Swipes

PX 84

FTC-MOBE-004391

Feedback

Here some examples of emails you can send out to your list. As we will have lots of people promoting the Home Business Summit offers, it is best advised to change the copy slightly to cater to your audience.

Just add your affiliate links to the emails and send out to your list!

You can insert the HBS logo.

Email Swipe Example #1

Subject: You'll Succeed Online If You Know the Basics …

Do you drive?

You probably get into your car, start it and go. Accelerate … shift (if you drive a car with a manual transmission) … signal … change lanes … stop at the light. You get to your destination and park.

And, if you think about it, you probably do all those things …without thinking about them.

You have mastered the fundamentals of driving, so you are a successful driver.

You've probably been driving for so long that you can't recall when you weren't able to control a car. Oh, but I do ….

I took a driver's education class in high school. The car had two sets of foot controls—one for the student driver and one for the instructor. If you needed to stop but didn't, the instructor could hit his own brake pedal. If you were moving too slow, holding up traffic, the instructor could hit his own accelerator pedal.

I could steer a car and handle the accelerator and brake. My problem was traffic anxiety. I hadn't yet mastered the fundamental "sense" of my own car's space and the space of the cars around me. I'd "freeze" behind the wheel.

Rather than drill me in this fundamental thing I was weak at, my instructor would make me pull over. Then he'd have me sit in back while another student from the back seat would get behind the wheel.

So, I didn't pass the class and didn't successfully learn to drive.

A year later, during in private driving lessons, I mastered it. I passed my drivers license test the first time.

But, you see, I could have gotten my license a year earlier if I'd gotten the right training.

You can't truly succeed at anything—a sport, a musical instrument, a business—if you don't grasp the fundamentals of that activity.

If you want to make a full-time income with a part-time online business, MOBE's Home Business Summit is where you get the fundamentals to succeed.

The Home Business Summit is a three-day live event that puts your wheels onto the right road so that your journey to profitability goes directly from A to B.

If your goal is to have an online business that puts $5,000 to $10,000 into your bank account every month, the Home Business Summit will show you the exact steps to achieve it.

You will get correct training in online business fundamentals.

You will know exactly what's working online today to bring in leads and customers. You'll know where to find high-ticket items that bring commissions up to $9,000 per sale. You will know exactly what to do, and when to do it.

And you will leave the Home Business Summit with no doubt that you can make $100,000 online in the next year. This is guaranteed.

Decide right now that you will have a highly profitable online business. Then register today for MOBE's Home Business Summit.

Get the right training in online business fundamentals. Prepare yourself for a smooth ride to $100K per year. Register now.

Regards,

_____

P.S. Attend the Home Business Summit AT NO RISK: If, at the end of the three days, you are not 100 percent certain that you know what to do to bring in $100K in the next year, MOBE will refund the entire price of your ticket.

**PX 84**

FTC-MOBE-004392

Feedback

Email Swipe Example #2

Subject: The Reason Your Online Business is Small …

Dear _____,

"What do we want?"

"More leads! And more sales!"

"When do we want it?"

(I'm sure you know the answer to that last question: "Now!!")

Listen, I hope this doesn't sound obnoxious. I am going to make a bet. Here it is: when you started your online business, your dream wasn't to make an extra $50 or $100 a month, right?

On the other hand, I know way too many people who have been doing online marketing for six months—even a year—who wish they could make $50 or $100 (or anything) a month.

So, why aren't they? And why aren't you making as much as you know is possible?

The answer might sting a little. Get ready …

You've been lied to.

Yes.

I'd estimate that half of everything you've been told about how to make money online is wrong. Okay, maybe it was right once. But the Internet changes. What worked two years ago doesn't work today.

And if you've started an online business based on outdated or wrong information, it's going to show in your results (or lack of them).

Wrong or bad information = No results, poor results, and general struggle.

Right or true information = Good results and a stress-free, growing business.

MOBE's Home Business Summit is the source of right information for new or struggling online marketers.

The purpose of the Home Business Summit is to show people that they can make $5,000 to $10,000 a month online this year.

At the Home Business Summit:

•    You will find out the exact steps you need to take.

•    You will find out how to do each of them.

•    You will know by the end of the third day that you can do these things.

•    You will know—without a doubt—that you can make $100,000 with your online business this year. No confusion. Complete confidence.

Y'see, when you know what you're doing, you take action. Right action brings right results. You'll get your first sale fast. When you see that cash in your bank account, you'll know your online business is real. And you'll know what to do to keep the sales coming.

So let me ask you again:

"What do we want?"

"When do we want it?"

If you're not doing $5,000 to $10,000 every month, register for the Home Business Summit and start making it now.

GUARANTEE: If, at the end of the third day, you're not absolutely confident that you can do what it takes to put an extra $5,000 or $10,000 in your bank account every month …MOBE will refund the price of your admission to the Home Business Summit. Just ask a MOBE staffer at the event.

You've got nothing to lose.

Secure your place at the Home Business Summit. Register now.

Regards,

_____

P.S. MOBE takes 100% of the risk on this. You risk nothing. Who else in the online business world gives that kind of guarantee? (The answer is "nobody.")

So register now and we'll see you there.

Feedback

PX 84

FTC-MOBE-004393

**Email Swipe Example #3**

Subject:  Subject: 100% Online Business Confidence or 100% Refund …

Hi _____,

Ever liked a girl or boy?

You wanted to meet them but didn't know how? Didn't know what to say? Didn't know how to do it so that you wouldn't end up looking stupid? Or getting rejected?

So, what happened?

I am going to guess that you answered "Nothing."

So, to sum up: You didn't know what to do and nothing happened.

It's not hard to see then that if you had known what to do, it's likely that something would have happened, right?

It's almost a natural law: When you know how to do something, you can make it happen. When you don't know, you tend to worry. You get anxious about how it's going to turn out.

With know-how comes results—it applies to romance, to baking a cake, and even to running a successful online business.

An aspiring online marketer can pick up all kinds of "information" and advice by surfing the Internet. In doing so, you run the risk of starting a business on information that's outdated or just plain wrong.

MOBE's Home Business Summit exists for the sole purpose of helping people bypass the sea of opinions and less-than-useful information out there on the topic of online business.

At this three-day live event, you will learn the fundamentals—those actions that, once known and done, enable anyone to make a full-time income online.

Let me be even more specific: At the Home Business Summit, you will get trained on the exact steps to take with your business to get $5,000 to $10,000 coming into your bank account every month.

If you have been running an online business for three months or more and are not making sales or are only making a few dollars, chances are you don't actually know the fundamentals.

(It's the small business equivalent of standing in the schoolyard, staring longingly at that girl or boy …yet frozen because you don't know how to make them like you.)

Now, imagine for a minute what it would be like to have $5-$10K extra every month.

What would you do with it? Invest in your child's education? Pay off debts? Buy a new car? Take a much-needed vacation?

A higher quality of life is what the Home Business Summit offers because it presents what's working online today—not three years ago—to create a full-time income on a part-time schedule, so that you can have and do those things and also have time to enjoy them.

And the thing is, there's no "What if?"

The end product of the Home Business Summit is someone who:

(1) knows what to do,
(2) knows how to do it, and
(3) is confident that she/he can create $5-$10K/month online.

Now, I know that three days might seem like a lot of time to take off but I want you to consider this: If at the end of the third day, you're not 100 percent confident that you can use what you learned to make $100,000 or more in the coming year, MOBE will refund the cost of your admission to the Summit.

We assume the entire risk.

Register now for the Home Business Summit and prepare to have the kind of successful, cash-generating home business you've been envisioning.

Regards,

_____

P.S. Remember why you were drawn to having an online business? With the training you will get at the Home Business Summit, you will have that business. You'll be able to make a full-time income on a part-time schedule. Register to attend now.

P.P.S. We GUARANTEE you will leave the Summit 100 percent confident that you can take what you learned and use it to make $100,000 or more in the next year or MOBE will refund the cost of your Summit ticket. You risk nothing. Register now.

---

**Email Swipe Example #4**

Subject: Get the Fundamentals That Guarantee Online Success …

Hi _____,

Do you like sports?

It's okay if you answered "no."

I know that not everyone cares about baseball, basketball, or other sports.

Even if you hate sports, that's fine.

You should just know that I am going to mention some things about football. These are things that anyone with an online business can benefit from …even if you hate football.

Becoming a success at something doesn't require you to be a genius. When you look at someone who is "crushing it" (as people like to say these days), it isn't because they have superhuman powers or special insight.

It's because they have a deep understanding of the fundamental actions of their chose activity. And they do those fundamentals regularly.

You've probably heard the name Vince Lombardi. He was the coach of the Green Bay Packers football team from 1959 through much of the 1960s. Under his leadership, the team won 75 percent of the games they played.

Regardless of whether the team finished first (as it did most years), each new training season, Lombardi started back at square one. He would look over the entire team, assembled for training season. "Gentlemen," he would say, holding a pigskin in his right hand, "this is a football."

It doesn't get any more fundamental than that. Lombardi then put his team through a tough training regimen of blocking and tackling.

"Football is two things," Lombardi said. "It's blocking and tackling. I don't care about formations or new …tricks …." It was his conviction that if "You block and tackle better than the team you're playing, you win." And his record of success proves it.

At MOBE's Home Business Summit, we take a Lombardi-like approach to online business training. We don't care about "tricks" that worked online three years ago. The person who has the fundamentals down and can use them with confidence will win in the world of online business.

When you get these fundamentals and start doing them, you will be able to start bringing in $5K to $10K every month online.

If you're still pulling pennies or a few dollars a month online, it's because you don't have the fundamentals. You're running your business on wrong or outdated information.

The Home Business Summit is a three-day live training event where you'll discover the "block and tackle" that enable you to succeed.

But it's not just me saying "you'll be able to succeed." The only thing that matters is that you know you can succeed.

So, by the end of the third day of the Home Business Summit, if you aren't 100 percent happy with the fundamentals you learned and 100 confident that you can use them to make $100,000 online in the coming year, MOBE will refund your admission to the Summit. That's it. Simple.

Want the fundamentals? Register now for the Home Business Summit.

Regards,

_____

P.S. If you're still not making real money online, you need to attend the Home Business Summit. You will find out what works and how to do it. And you will leave with total confidence that you can use what you learn to bring in $5K to $10K every month. Register now.

Feedback

**PX 84**

**FTC-MOBE-004394**

Email Swipe Example #5

Subject: This is What Determines Your $$ Success Online …

Are you successful online?

Is your business making as much money as you thought it would?

And if you've yet to make any money online, are confused? Can't figure out why?

Personally, I don't think that online business owners or online marketers are all that much different, one to the next.

Sure, some work harder than others. But I give the majority of them the benefit of the doubt—they are doing all they can to make their businesses profitable.

So, then why aren't they?

They all invest about the same amount of time, they mostly have the same level of dedication, and they all desire financial and time freedom. The reason that some are successful and some aren't is …quality of information.

That's right: online business owners who are successful are operating their businesses based on the right information. So they know what works to get results. They know what actions to take to generate plenty of cash online.

The unsuccessful ones are usually found to be operating on wrong or outdated information about how to make money online.

You would probably think that "information is information" and it's all the same. Fact is, there are online marketing "gurus" out there who are selling yesterday's information—tactics and tricks that worked one, two, or three years ago. The internet changes and that stuff doesn't work anymore. It doesn't bring in the money.

So where is the reliable, current information?

MOBE's Home Business Summit is a three-day live event that presents what works to make money online today.

At the Home Business Summit, you will not only find out about it, you will learn how to do it so that you can put $5K to $10K a month into your bank account with your online business.

People who started their online business using the information that we present at the Home Business Summit have gone on to make five-, six-, and seven-figure incomes:

• Ken Faminoff, of Alberta, Canada, has made $76,956
• Terry Lamb, from Michigan, has made $286,381
• Luke Lim, from Singapore has made more than $543,426
• John Chow, from southern California, has made $1,605,250

But the Home Business Summit isn't just information.

It's certainty. Total confidence.

At the end of the third day of the Summit, you will have learned the exact things you need to do to make $100,000 online in the next year.

You will have learned how to do them.

Most importantly, you will be 100 percent certain that you can do them to make $100,000 in the next year.

If, at the end of the third day, you don't feel that the information is valuable … if you don't feel you can do the actions … if you aren't 100 percent sure you can use it to make $100,000 in the next year, MOBE will refund the price of your ticket.

That's it.

Next year at this time, will you have made $100,000 or will you still be wondering why "online marketing doesn't work?"

Register now for the Home Business Summit and find out what works today to make real money online.

Regards,

_____

P.S. There's no way you can't benefit from the Home Business Summit, unless you sleep through it. Who knows? Maybe you will meet a future business partner. I've heard of people talking at the bar who ended up doing some awesome deals with down the line.

If you know nothing about online business yet, then you're setting yourself up to get on the right path. If you're in business but not successful, get ready because everything is about to change for you.

P.P.S. There's never been a safer offer. We assume all the risk! If you're not totally confident that you can use what you've learned at the Home Business Summit to bring in $100,000 in the next year, your admission fee is on us.

Copyright 2017 - MOBE Affiliate Support - All Rights Reserved     Terms and Conditions     Income Disclaimer     Privacy Policy     1-844-MOBESUPPORT

Feedback

**PX 84**

FTC-MOBE-004395




# Looking for an IM Freedom Workshop near you?

**See below for the upcoming IM Freedom Workshop events around the world!**

| DATE | LOCATION |
|---|---|
| **May 16 – 19, 2018 (http://imfreedomworkshop.com/ny-2-may2018)** | **New York** (http://imfreedomworkshop.com/ny-2-may2018) |
| **May 21 – 24, 2018 (http://imfreedomworkshop.com/sf-may2018)** | **San Francisco** (http://imfreedomworkshop.com/sf-may2018) |
| **May 22 – 24, 2018 (http://imfreedomworkshop.com/seattle-may2018/)** | **Seattle** (http://imfreedomworkshop.com/seattle-may2018) |
| **May 23 – 26, 2018 (http://imfreedomworkshop.com/texas-may2018)** | **Austin / San Antonio** (http://imfreedomworkshop.com/texas-may2018/) |
| **May 29 – 31, 2018 (http://imfreedomworkshop.com/christchurch-may2018/)** | **Christchurch** (http://imfreedomworkshop.com/christchurch-may2018/) |
| **May 29 – 31, 2018 (http://imfreedomworkshop.com/sandiego-may2018/)** | **San Diego** (http://imfreedomworkshop.com/sandiego-may2018/) |
| **May 29 – 31, 2018 (http://imfreedomworkshop.com/nashville-may2018)** | **Nashville** (http://imfreedomworkshop.com/nashville-may2018/) |
| **May 29 – 31, 2018 (http://imfreedomworkshop.com/atlanta-may2018/)** | **Atlanta** (http://imfreedomworkshop.com/atlanta-may2018/) |
| | **Glasgow / Edinburgh** (http://imfreedomworkshop.com/glasgow-edinburgh-may2018) |

PX 85

FTC-MOBE-004396

**May 29 – 31, 2018
(http://imfreedomworkshop.com/glasgow-
edinburgh-may2018)**

**June 5 – 7, 2018
(http://imfreedomworkshop.com/cleveland-
june2018/)**

**June 5 – 7, 2018
(http://imfreedomworkshop.com/elpaso-
june2018)**

**June 5 – 7, 2018
(http://imfreedomworkshop.com/portland-
june2018/)**

**June 11 – 13, 2018
(http://imfreedomworkshop.com/liverpool-
june2018/)**

**June 12 – 14, 2018
(http://imfreedomworkshop.com/dallas-
june2018/)**

**June 12 – 14, 2018
(http://imfreedomworkshop.com/bangkok-
june2018/)**

**June 12 – 14, 2018
(http://imfreedomworkshop.com/lv-june2018)**

**June 12 – 14, 2018
(http://imfreedomworkshop.com/denver-
june2018)**

**June 20 – 23, 2018
(http://imfreedomworkshop.com/charlotte-
June2018/)**

**Cleveland**
(http://imfreedomworkshop.com/cleveland-
june2018/)

**El Paso** (http://imfreedomworkshop.com/elpaso-
june2018)

**Portland** (http://imfreedomworkshop.com/portland-
june2018/)

**Liverpool**
(http://imfreedomworkshop.com/liverpool-
june2018/)

**Dallas** (http://imfreedomworkshop.com/dallas-
june2018/)

**Bangkok** (http://imfreedomworkshop.com/bangkok-
june2018/)

**Las Vegas** (http://imfreedomworkshop.com/lv-
june2018)

**Denver** (http://imfreedomworkshop.com/denver-
june2018)

**Charlotte**
(http://imfreedomworkshop.com/charlotte-
June2018/)

**CLICK ON A DATE OR LOCATION LINK ABOVE TO REGISTER FOR AN EVENT**

# View Past Events
(http://imfreedomworkshop.com/past-events/)

Copyright 2018 - Internet Marketing Freedom - All Rights Reserved

http://imfreedomworkshop.com/?aff_id=241462

# PX 85



## FREEDOM
WORKSHOP

### FREE LIVE EVENT

## How To Create A Full-Time Income In Your Spare Time And Gain Your Freedom From The "Rat Race"



**Matt Lloyd Invites You To A FREE Online Business Workshop!**

At this workshop you will:

- Discover Matt's revolutionary "system" that has paid out over $70 million in commissions to people in 38 countries around the world.
- Find out how to gain financial freedom through the power of this System... even if you have NO computer skills and have NEVER made a single sale online before.
- Learn how you can make BIG commissions of $1,250... $3,300... and $5,500 just for bringing in leads (We take care of everything else FOR YOU!)
- Get Matt's System ABSOLUTELY FREE if you show up!

It's time to take your financial future into your own hands.

**Select the best time and location,** fill out the form and **secure your spot now!**

---

**Limited Time Only! REGISTER NOW!**

SELECT THE BEST TIME AND LOCATION.

| Embassy Suites By Hilton | Tuesday, Jan 23, 2018 |
| --- | --- |
| ○ 12.30pm ○ 6.00pm | Embassy Suites By Hilton 4955 Kyngs Heath Road Kissimmee, FL 34746 |

| Embassy Suites By Hilton North | Wednesday, Jan 24, 2018 |
| --- | --- |
| ○ 12.30pm ○ 6.00pm | Embassy Suites By Hilton North 225 Shorecrest Drive Altamonte Springs, FL 32701 |

| The Florida Hotel And Conference Center | Thursday, Jan 25, 2018 |
| --- | --- |
| ○ 12.30pm ○ 6.00pm | The Florida Hotel And Conference Center 1500 Sand Lake Road Orlando, FL 32809 |

**First Name:*** 
Enter your first name

**Last Name:***
Enter your last name

**Phone:**
Enter your phone number

**Email:***
Enter your email address

**Address 1:**
Enter your address 1

**Address 2:**
Enter your address 2

**City:**
Enter your city

**State**
N/A

**Zip:**
Enter your zip

**Country**
N/A

**COMPLETE REGISTRATION**

*Your details are kept safe and never shared.*

**Due to open registrations the Limitless book will be a first come first serve basis, supplies are limited.**

---





All Attendees **Get Free Access** To The Revolutionary Business System, The Best Selling Book *Limitless*, Plus 5 Free Reports.

- Find out how to select the right business model and why that will impact your bottom line.
- Learn how to select products with high profit margins.
- Discover how top earners generate high commissions and how you can do the same.
- And so much more...

**REGISTER NOW!**



**The IM Freedom Workshop** is a free live internet marketing workshop designed to show you how to build and grow a sustainable and profitable online business in your spare time.

The workshop is based on the same principles, methods and techniques that Matt Lloyd, CEO and founder of MOBE (My Own Business Education) has used to generate over $150 Million in revenue online and paid out over $73 Million in

MOBE has been a leading provider of business educational material through online training, live events, seminars and masterminds.

The company provides students with comprehensive instructions, mentoring, coaching and support helping them take action in order to realize their time, location and financial freedom dreams.



PX 85

FTC-MOBE-004398

affiliate commissions.

**REGISTER NOW!**

## What Past Attendees Had To Say...

*I am a retired school teacher and didn't know much about online marketing but using Matt's system, I have already made over $71,945.47 in my spare time.*

*This workshop was truly an eye opener. Matt's business system really makes it easy for anyone, even newbies to generate a significant income online.*

*The strategies I learned from Matt and his training programs have taken my online business to over $522,630 in revenue in less than 2 years.*

 

**Deborah Robertson**
*Covington, Georgia*

**Chris & Susan Beesley**
*London, United Kingdom*

**Luke Lim**
*Singapore*

*Matt's training, marketing and business systems are a must for anyone wanting to start or grow their affiliate based online business.*

*Having multiple sources of income is important to me. Matt's systems has allowed me to tap into an online income model I was not aware of before.*

*Matt's training and business system has had a huge impact on my success. In my first 18 months online, I was able to make over $253,147.89.*

  

**Hwayda Kater**
*Vancouver, Canada*

**David Gilks**
*Perth, Australia*

**Adeline Sugianto**
*Sydney, Australia*

These are extraordinary results. Please see the Income Disclosure Statement.

## Frequently Asked Questions

**Q  How long will the free training last?**
The IM Freedom Workshop generally runs about two hours.

**Q  Will Matt Lloyd be there?**
No. Matt sends his hand-selected and finest instructors so that you'll receive outstanding training through their knowledge and experience. It doesn't matter what your current level of online marketing is. Your trainers will be teaching you the techniques and strategies you need to become successful based on Matt's revolutionary online business model.

**Q  Do I need to bring anything with me?**
We encourage you to bring a notebook and a pen to take some notes as we will be covering various online income strategies that you will want to take note of.

**Q  Do I need to register or can I just show up?**
Please register before you show up. Our events are typically sold out and we need to know ahead of time how many people are showing up to ensure we have enough seating for everyone.

**Q  Can I bring a guest with me?**
You can bring as many guests as you like, but please ensure that each person registers separately on a new form. We need to have an exact headcount to ensure we have the proper venue and seating arrangement for all attendees.

**Q  Will I have to buy anything?**
You are not required to purchase anything. The workshop is completely free and when you attend, you will also receive a FREE GIFT. We do offer additional educational products and services at our workshops, but you are never under any obligation to buy.

**REGISTER NOW!**

Terms and Conditions | Income Disclosure | Privacy Policy

Copyright 2018 - Internet Marketing Freedom - All Rights Reserved

11:08:04 AM 1/18/2018                    imfreedomworkshop.com_orlando_january2018

PX 85

FTC-MOBE-004399