

The "Live" event for home business entrepreneurs.



**Cincinnati**
Renaissance Cincinnati Downtown
May 24 - 26, 2018

REGISTER NOW

## Learn How To **Profit From The Internet** Right Now!

You Will Leave This **LIVE EVENT** Knowing Exactly
What You Need To Do To Make **$100,000 In The Next
12 Months** Using the Internet.



## The Home Business Summit

Any earnings or income statements made in this video above are from top

**UPCOMING EVENTS**

**Cincinnati**
**May 24 - 26, 2018**

**New York**
**May 24 - 26, 2018**

**Orlando**
**May 24 - 26, 2018**

**Brisbane**
**May 25 - 27, 2018**

**London**
**May 25 - 27, 2018**

**PX 86**                          **FTC-MOBE-004400**

earners.  For typical results see our income disclosure document HERE.

The Home Business Summit is an "international event tour" where you will learn the insider secrets on what is working RIGHT NOW (not 6 months or a year ago) in online marketing and how to profit from the internet.

Every single speaker is an "in the trenches" online marketer – they are DOING what they teach –  and they will show you exactly what you need to do to make $100,000 in the next 12 month using the Internet.

**Select the best location and time** for you and join us at this incredible 3-day live event where you will **learn the exact steps you need to take in order to get $5,000 to $10,000** coming into your bank account every single month!

INCOME DISCLAIMER: Online Marketing is just like any business.  It takes hard work to make substantial income.  MOBE's training programs offer cutting edge marketing strategies.  MOBE does not (and cannot) guarantee that you will make any money from your use of the information taught.  Your implementation, individual knowledge & business experience all play a part in your success.  For a full explanation of income results, please visit the income disclosure page HERE.

**Spokane**
**June 1 - 3, 2018**

**Albany**
**June 1 - 3, 2018**

**New York**
**June 1 - 3, 2018**

**San Francisco**
**June 8 - 10, 2018**

**Christchurch**
**June 15 - 17, 2018**

**Edinburgh**
**June 15 - 17, 2018**

Copyright@ 2018 Home Business Summit - All Rights Reserved                    Income Disclaimer      Privacy Policy      Terms and Conditions

**PX 86**                    **FTC-MOBE-004401**



An Exclusive Invitation For 120 LUCKY MOBE Partners On …

# "How To Double, Triple… Or Even Quadruple Your Income As a MOBE Partner… In Just 3 Days?"

Just **One Closely-Guarded Secret** Picked Up From One Of These **Super Consultants** "In Person" Can Potentially Transform Your MOBE Business Overnight …

From: Matt Lloyd
Kuala Lumpur, Malaysia

Dear MOBE Partners,

Let me make a guess …

You thought by now you'd been making higher commissions in MOBE.

You've tried your best to follow the advice in **The MOBE Marketing System**. But even though you've seen occasional success, you're not experiencing the steady growth you expected.

At the same time, you know you could be doing a lot better because you've seen other top MOBE Partners …



## making over $50,000 per month in commissions!

You might even be thinking, "There must be something special about these top-earners. I mean, they must have some closely guarded secrets I'm not privy to."

And I'd say that you are right and wrong at the same time.

You see, these top earners have the same resources available to you. Sure there are some "gurus" who had a network or a marketing system in place before they joined MOBE, but except for these few top earners "regular people" have made well over $100,000 in total commissions over the last 12 months.

However, you'll be right in thinking that the Top-Earning MOBE Partners do have some tricks up their sleeves which they share only in small intimate circles.

In fact this strategy sharing is the backbone idea behind the **Super Charge Summit**. It's a place where Top Earners spill the beans for three power-packed days to a privileged 120 member audience lucky and smart enough to be there.




**Darren Salkeld**



**Deborah Robertson**



**Rhonda Michele**

## "But WHY?"

The first question that may come to your mind is "Why would these top-earners reveal

FTC-MOBE-004402

their secrets?" You'd think that they want to continue to win the top positions on the leaderboards and so there is no way they would open their marketing strategy vaults.

Well, you'll be shocked to know how eager these successful MOBE Partners are to share **if they are convinced that you are SERIOUS about your MOBE business building**. There is no way they would blast their strategies all over the internet for others to steal, but they understand the struggles and want to see you succeed as well.

In fact, this is the **culture** that I have encouraged in MOBE from the very start. Truth be told, the MOBE Marketing system is based on all the tricks, tips and strategies I have discovered along the way. I could have kept these to myself, but it is in sharing that my business has grown to a over $100 Million business.

## Major Reason For My Breakthrough

Speaking of my own journey as a marketer and business builder, I would tell you without hesitation that it was in attending live marketing events where many breakthroughs came for me. I can still recall flying to the other side of Australia in 2006 to attend a live event. It was there I met a few more experienced marketers, talked with them and they became a part of my own support network.

Also in 2010, I flew all the way from Australia to Las Vegas to attend another live event at the Palm Casino. I didn't even have enough money left over to pay for my own hotel room so I had to share a room with some other attendees. Was the sacrifice and investment worth it?  You bet it did. I wouldn't have reached so far as quickly in my business if it wasn't for what I picked up at that seminar and the further connections I made.

I could go on telling you about other live events that cost me a pretty penny, but I think you get the point that attending live events can be critical to your growth in MOBE.

**Let me hasten to add that all marketing live events are NOT created equal.** What do I mean by this? There are some "marketing seminars" that are nothing more than "pitch fests." The whole idea behind these events is for the presenter to give a sales presentation for their "marketing systems" they sell after their talk.

I must admit that even these events can be turned to your advantage if you know how to network with the attendees. But I just want to quickly add that The MOBE Super Charge Summit is in a different class to these events. The MOBE presenters are there to help you and not to sell to you.

## In Just 3 Exciting Days!

Changing your life in three days sounds practically impossible. But I'm sure you can think of some life-changing moments when just one idea placed you on a completely different path and you wondered how you lived before.

Those types of "aha!" moments don't come every day, but to every person who is looking and dreaming about success they do come.  The Super Charge Summit is set up to create such a moment for you.

Here are FIVE **reasons why** I can say this with confidence:

## #1. The "**Your Average Salary**" Principle

I think it was the late Jim Rohn who said, "You are the average of the five people you spend most time with."  He went on to explain that he could calculate your salary by taking the average of the salaries of the five people you hang out with.

This may remind you of why your parents always warned you about not to keep bad company because you are likely to be negatively influenced by them.  It is the whole idea of why you should seek out the company of people you wish to be like—those who are doing better than you.

At the **Super Charge Summit** you'll get to rub shoulders with some of the movers and shakers within MOBE. You'll get to learn from the top earners in an intimate 1-on-1 setting absorbing everything they've learned about how to make life-changing amounts of money.

One of the things that may immediately surprise you is that they also experienced the same struggles and hurdles you are now facing and they overcame. You'll see that they are ordinary people who stuck it out and succeeded.  You'll be inspired to keep pressing forward, because if they made it, so can you.

There is a certain mystical synergy which comes to a room of like-minded people. People who have their eyes on the same goal and are working hard to reach it.

I must admit that when I first started out, some of my closest family members and friends thought I was wasting my time with this "internet thing".  They thought it was foolish of me to drop out of college when I had just one more year to complete my finance degree.

FTC-MOBE-004403

finance degree.

If I didn't know what I knew I would have agreed with them. But I saw other people were making a boatload of cash online and I knew if I persisted I would break into that class of online millionaires.

So I know it's hard sometimes to keep your energy level up when your closest associates don't understand why you are "wasting your time on internet scams". They don't know what you know, but at the same time you can't divorce yourself completely from them.

**All the negative energy they put out needs an antidote**—you need to be at The Super Charge Summit where you are surrounded by go-getters and those making the massive commissions. You'll be shocked at what these THREE DAYS can do for your business.

## #2. Innovate Or **Die**

"Innovate or Die" is part of the title of a very influential book published by author, Dr. Jack V. Matson, in 1996. The book argues that companies who are able to "fail fast" and use those lessons to build new ideas are the companies that would last for a long time.

What was true back then is even more critical in the 21st Century. Any company or business that fails to innovate would risk extinction in this digital age. Just think for a minute about Polaroid, Kodak, Alta Vista, Blockbuster ... and the list goes on.

It's the same for online marketing—the landscape is always changing and those who don't change along with it ceases to exist. There are new advertising platforms such as Facebook and LinkedIn. And what worked just a few years ago don't work so well anymore.

There are many Internet Marketers who were "one-trick" ponies who have disappeared from the online scene. They failed to adapt to changes in the marketplace and lost their relevance.

Blame it on my youthfulness, but I'm *hard-wired* for change and in the business world – especially in a niche that is perpetually "in flux" like ours – those who can adapt and change will always come out on top.

The marketing game in 2016 is different from the game in 2015, and in 2017 the game will be different yet again. But if there's one thing you can rely on, I will always be figuring out what ACTUALLY works, and applying it to make me (and my partners) a LOT of money.

**So even if you have attended a Super Charge Summit before there are still new things to learn from a new event.** You may have attended an event a few years ago and feel that you've got this under your belt but you may be stuck with 2014 ideas and miss out on new strategies that are working now.

In fact, many of our most successful MOBE partners attended multiple events. They attended their first event and kept coming back for more.

## #3. You Don't Have To Be '**Advanced**' to Attend

There is a common misconception that you have to be an intermediate or advanced MOBE partner in order to attend the **Super Charge Summit**. While the presenters are definitely advanced MOBE Partners you don't have to be to attend.

No matter where you're at – whether you just got started with MOBE, are on the partner contest leader boards, or are somewhere in between ... there's a way for you to double, triple or even quadruple your monthly commissions.

The last thing I want to do is to intimidate you into thinking that because so many top earners will be attending, that you have to pass some threshold to qualify to attend. If you have the passion and the commitment to boost your MOBE commissions, then there is no faster way than attending this 3-day live event.

I know from personal experience than starting an online business can be tough at times. There is so much to learn and it's hard to know what to try and who to listen to. By now you may know that it took me almost a FULL YEAR of working 10 hour days before I "figured it out" and started making REAL money online.

So let me repeat it: The fastest way I know you can avoid the major pitfalls and pain of launching your business is to get the raw advice from the horse's mouth—learn from those who have passed your way and are earning **$10,000 ... $20,000 ... even $30,000 PER MONTH** doing this.

## #4. Help Build Your **Support Network**

I've already told you how attending live seminar transformed my business. A MAJOR reason for this is the support networks I was able to create. It goes simply like this ...

FTC-MOBE-004404

I would meet another marketer at the vent who was doing a lot better than me. We would get into a conversation and I offered to do some joint venture that would benefit both of us at the same time. Although what I brought to the table was not as powerful, that marketer was able to extend his reach and so did I.

I can't begin to tell you how much multiple millions those relationships have meant to my business. And the seed was all planted at a live event. Just one such relationship can catapult you into success circles which make you to pinch yourself to see if it's for real or you are just dreaming.

As a relatively new marketer I've found myself on stages with speakers who were way advanced of me. But because I was a speaker at the same event I was **able to gain credibility by association which helped my marketing efforts even more.**

Just the opportunity to say, "I met so and so in person" can be a great credibility booster in your own marketing of MOBE and having a picture taken with the "guru" to prove this can go a long way in building your business.

## #5. It Will Be a **FUN Event**

Who said you can't learn and have fun at the same time?

Of course we are serious about getting your business to the next level but **The Super Charge Summit** will have a fun and party-like atmosphere.

You'll have a chance to see upfront how Internet Millionaires enjoy their money when financial stress is behind them and they can enjoy the freedom of living life according to their terms.

**There will be random cash prizes for audience members** … games such as guessing the commissions of Top Earners and winning $500 cash on the spot. The whole idea is to make the event as memorable as possible and show you that those who work hard should also play hard.

You'll get a chance to hang with other MOBE partners from all around the world—some you may have only seen in video presentation and share ideas about family, your corner of the world and life in general.

Of **course we are about building your business but we are not ALL about business**. What's the use of having a successful business if you can't enjoy life in the process? You'll experience this "fun philosophy" all over **The Super Charge Summit** event.

For example, after learning and having fun all day, everyone's invited to the bar – where Top MOBE Earners, other attendees, and celebrity guests will have a couple drinks and get relaxed.

This is where you might just walk into a conversation that results in a deal that makes you tens of thousands of dollars.

Or you might buy an Internet millionaire a drink and listen in as they "spill the beans" on something new they're working on. Just hanging out and networking with these guys and gals at the bar is an invaluable experience and a way to make some great business connections.

## "Miss This And Weep!"

Just a cursory glance at this lineup of speakers shows you that you are in for a treat.

Whether you have heard them speak before or not I can assure you that they were all personally hand-selected by me, not only for their marketing skills, but for their willingness to help others succeed as well.

Here's just a sample of what you can expect to uncover …

- How to double, triple, even QUADRUPLE your monthly income even if you are new to MOBE.
- The best-kept *money-making secrets* of Top MOBE Earners you won't hear shared anywhere else.
- How **underdogs and newbies** are winning our big partner contests and generating massive amounts of sales. This one will surprise you.
- Where Top MOBE Earners get all their leads from (this is the ONLY place where you can find out these "secret" sources of high-quality, commission-generating leads)
- The *secret* to consistently winning my HUGE partner contests … there is an "art" to playing and winning these contests and if you apply it you can win BIG cash prizes of up to $20,000 (or more).
- How to build a relationships with your list quickly and turn it into an **on-demand**

FTC-MOBE-004405

A.T.M.

- ✓ **Advanced "Bonus-Creation" Secrets** … this skill is absolutely critical to your success and it is NOT to be missed. (Note: you do NOT need to have your own product to do this).

- ✓ A technique called "MOBE Positioning" that the highest-paid Top Earners use to bring in BIG commission checks like clockwork.

- ✓ How to make extra *$3,300 to $10,000 commissions* with NO EXTRA WORK (you simply have to "claim" these commissions for them to start coming to you on *autopilot* … and you'll learn how at the event).

**During the event, I'm also going to have our top trainers, partners, and coaches walking around and answering questions. They will be there–ready and willing–to help take your business to the next level.**

If you need help with your funnels, getting quality traffic, making conversions, or ANY other "sticking point" that you're struggling with … my team and I will be there to spend time with you 1-on-1 until we get it figured out TOGETHER.

We'll show you how to overcome bottlenecks and give you the exact steps you need to take to get "unstuck" and start making more money … just like we've done for so many others.

## Here's What Attendees Had To Say About The Last Super Charge Summit

  

  

## Testimonials are still coming in…

 

## Coming to Las Vegas
June 2nd - 4th, 2017

FTC-MOBE-004406

The next Super Charge Summit will be taking place at:

## The SLS Las Vegas Hotel & Casino

**2535 Las Vegas Boulevard South**

**Las Vegas, NV 89109**

**702-761-7000**







## Agenda

### Friday: June 2nd

**8:00 AM - 9:00 AM**
Registration

**9:00 AM - 10:00 AM**
Top Earners - Success Stories + Mindset - Find Your Why

**10:00 AM - 11:00 AM**
Goal Setting - MOBE Motors + Marketing Assets & Resources

**11:00 AM - 11:15 AM**
Break

**11:15 AM - 12:45 PM**
Key Metrics to hit your goals + Recognition

**12:45 PM - 2:00 PM**
VIP Lunch

**2:00 PM - 3:00 PM**
Compensation Plan - How Well Do You Know The Plan?

**3:00 PM - 4:00 PM**
Compliance + Customer Avatar - Find Your Target Customer

**4:00 PM - 4:15 PM**
Break

**4:15 PM - 5:15 PM**
Financing - Options For Raising Money to fund your business and traffic campaigns

**5:15 PM - 6:15 PM**
TOP EARNER SEGMENT #1

### Saturday: June 3rd

**9:00 AM - 10:00 AM**
Online Traffic Sources (Part I) - Solo Ads, PPC, Social Media

**10:00 AM - 11:00 AM**
Online Traffic Sources (Part II) - Solo Ads, PPC, Social Media

**11:00 AM - 11:15 AM**
Break

**11:15 AM - 12:45 PM**
Branding yourself and the importance of a high converting sales funnel

**12:45 PM - 2:00 PM**
VIP Lunch

**2:00 PM - 3:00 PM**
MOBE Sites - Building Lead Capture Pages For Your Traffic

**3:00 PM - 4:00 PM**
Email Copywriting To Convert New Traffic

**4:00 PM - 4:15 PM**
Break

**4:15 PM - 5:15 PM**
Video Marketing

**5:15 PM - 6:15 PM**
TOP EARNER SEGMENT #2

### Sunday: June 4th

**9:00 AM - 10:00 AM**
Social Media (including Facebook groups), 1-on-1 messaging to MTTBs, MLR, etc for ascension, and Webinar Marketing (Part I)

**10:00 AM - 11:00 AM**
Webinars Marketing (Part II) + Automated Webinars

**11:00 AM - 11:15 AM**
Break

**11:15 AM - 12:45 PM**
Traffic Sources (Part III) - Radio, Magazine & Newspaper Advertising, Direct Mail + Outsourcing / Scaling

**2:00 PM - 3:00 PM**
TOP EARNER SEGMENT #3

**3:00 PM - 4:00 PM**
The Future Of MOBE

**4:00 PM - 4:15 PM**
Break

**4:15 PM - 5:15 PM**
LIVE Ask Matt Lloyd

**5:15 PM - 6:15 PM**
90 Day Plan - Accountability & Goal Planning

## "So What Will Be My Investment?"

This is the best part because it's a LOT LESS than you think.

**Here's why**: It's common for 3-day events like this to sell for $5,000 to $10,000 or more, and I've paid upwards of $10,000 for mastermind events to network and share ideas with people on a lower level than the guest speakers.

Plus, when you consider the value of the *exclusive information* you're getting and all of the live, hands-on training … a fee of $5,000 would be a STEAL for this event.

Just to cover my expenses for putting on this event including the venue, staff, equipment, speakers' fees, etc. would make $2,497 a very fair price.

But I want to make this accessible for you, so that you can boost your MOBE Business

PX 87      FTC-MOBE-004407

But I want to make this accessible for you, so that you can boost your MOBE Business, make a TON of commissions yourself and help my company reach its goal of over $50 million this year.

So, for that reason you won't pay $2,497, nor even $997.

The one-time fee for The Super Charge Summit is only …



# $497

Now you see why I said this is the best part. $497 is really a drop in the bucket compared to the incredible value you will get from this live 3-day event. That's less than $166 per day!

What if this event helped you to make an extra Silver Package commission, this would more than cover for your investment. If you can do that every month that's an **extra** $15,000 per year—more than **30 times** the cost for The Super Charge Summit.

## But You MUST ACT NOW!

With such a great deal you can't expect tickets to stay around for long.

You see, to keep this event as intimate as possible I've LIMITED the event to just 120 attendees. I expect all these seats to be taken quickly judging from the *overwhelming* response we've had so far.

If you want to go away to think about it don't be surprised to see the "**SOLD OUT**" banner across the top of this page when you return. So grab up your seat now before someone else does.

What's more, I cannot guarantee you that I'll continue to keep the price this low.



## My No-Risk, Unconditional Money Back Guarantee!

If you come to the Super Charge Summit, and don't feel like you get *at least $5,000 worth of value*, then I will refund the ENTIRE price of your ticket right there on the spot.

This is not a "conditional guarantee" where you'll have to prove that something did not work for you.

This is a 100% RISK-FREE, "just say the word and I'll give you your money back" guarantee.

Because honestly … if you don't feel like you got value out of the event I don't want your money. The ticket price doesn't even cover my cost to put on the event … it's more of a way to separate the *tire-kickers* from those who are SERIOUS about taking their MOBE Business to the next level.

My goal is not to make money with the event; it's to create successful MOBE Partners so that my business will grow … while taking care of you (my partners) very well in the process. It's a kind of "loss leader" for my business.

Remember, I'm invested in your success as much as you are, so at the end of the day, if you don't feel like the event was worth your time, then I don't want your ticket money. Period.

(Note: So far this has never happened before.)

## Get Exclusive VIP Access To The Private Functions

As an upgrade feature, we are offering a limited number of **VIP Tickets** for those who want EXTRA and more intimate time with our speakers.

When you register as a VIP, you will also get …

**An Exclusive Invitation To A Private VIP Party on Friday Night and Saturday Night**

When you get a VIP Ticket today, you'll secure your spot at the private parties – where

FTC-MOBE-004408

event speakers, Top MOBE Earners, celebrity guests and myself will all be hanging out, having a few drinks, sharing ideas and having fun.

This is your opportunity to spend some quality time with successful entrepreneurs who are ALL making **hundreds of thousands of dollars and MORE online.**

You'll get to meet these guys in person during the day, but the VIP ticket gets you a LOT more 1-on-1 time to "pick their brains," hang out, and make potentially lifelong business connections … connections that could result in tens of thousands of extra dollars in your pocket!

**Only VIP'S get lunch and a dinner on both Friday and Saturday night.**

Exact details on the party will vary from venue to venue, so after you register we will send you details on the VIP Party in your specific city.

See you at the event!



*Each ticket is valid for one person only. If you plan to bring additional guests or partners, they will need to purchase their own separate ticket.*



**Are you a Platinum or Diamond consultant?**

You are eligible for a free ticket to attend the Super Charge Summit event. All you need to do is contact MOBE support and let them know you are a Platinum or Diamond consultant and would like to attend Super Charge in Las Vegas.

There's two ways you can contact **MOBE Support**

**1:** Call 1-844-MOBESUPPORT **(1-844-662-3787)**.
**2:** Place a support ticket through your MOBE back office http://mobe.com/support

The Super Charge Summit will inspire you with new ideas, clear your present marketing hurdles and boost your commissions … and it only takes THREE DAYS.

In just 3 days you'll uncover the tips, strategies and tricks that took the Top MOBE Earners years to accumulate.

**Imagine** coming home from the event knowing EXACTLY what to do to increase your monthly income and have a "leg up" on all the other partners that did NOT take advantage of this opportunity <u>Or</u> was simply late in responding.

**Imagine** what your life would be like when you start earning $10,000 … $20,000 … **even $30,000 PER MONTH** because you put in place what you learn from this seminar.

… What kind of luxury car would you drive?
… What kind of house would you live in?
… Where would you dine out and what clothes would you buy?
… Would you vacation on an island paradise like Fiji or Aruba?
… Take a dream ski-trip to the Alps?
… Or fly off to Las Vegas "on a whim" with friends?

**Imagine** what your day-to-day life would be like, how much (or how little) work you would need to do, and what it would be like to have the *time, money, and freedom* to get up when you want to and go about your day according to YOUR rules.

That's the type of FREEDOM that I enjoy… and the same freedom that Top Earners in the MOBE program enjoy.

This can be your experience too.

See you at the event!

*Matt Lloyd*

**Matt Lloyd**

**P.S.** If you pass up on this and "do nothing" you will keep *struggling* to get MOBE sales
… NOT making the kind of money you need to change your life for the better.

The cost of you doing nothing far outweighs the minimal investment you will make
today.

**P.P.S.** Remember, at the Super Charge Summit in JUST 3 DAYS you'll discover how to
DOUBLE, TRIPLE, even QUADRUPLE your income. You'll meet me, Top MOBE
Earners, and celebrity guests IN PERSON and they will reveal their most *closely-
guarded* secrets to making MOBE commissions like clockwork … Don't miss out and
regret this later. ACT NOW and get your ticket while you are still thinking about it.

Copyright @ 2017 SuperChargeSummit - All Rights Reserved

Terms and Conditions    Privacy Policy    Income Disclaimer

PX 87

FTC-MOBE-004410



**An Exclusive Invitation For 120 LUCKY MOBE Partners On …**

# "How To Double, Triple… Or Even Quadruple Your Income As a MOBE Partner… In Just 3 Days?"

Just **One Closely-Guarded Secret** Picked Up From One Of These **Super Consultants** "In Person" Can Potentially Transform Your MOBE Business Overnight …

**From: Matt Lloyd**
**Kuala Lumpur, Malaysia**

Dear MOBE Partners,

Let me make a guess …

You thought by now you'd been making higher commissions in MOBE.

You've tried your best to follow the advice in **The MOBE Marketing System**. But even though you've seen occasional success, you're not experiencing <u>the steady growth you expected</u>.

At the same time, you know you could be doing a lot better because you've  seen other top MOBE Partners …



## making over $50,000 per month in commissions!

You might even be thinking, "There must be something special about these top-earners.  I mean, they must have some closely guarded secrets I'm not privy to."

**PX 87**                 **FTC-MOBE-004411**

**And I'd say that you are <u>right</u> and <u>wrong</u> at the same time.**

You see, these top earners <u>have the same resources available to you</u>. Sure there are some "gurus" who had a network or a marketing system in place before they joined MOBE, but except for these few top earners "regular people" have made well over $100,000 in total commissions over the last 12 months.

However, you'll be right in thinking that the Top-Earning MOBE Partners do have some tricks up their sleeves which they share only in small intimate circles.

**In fact this strategy sharing is the backbone idea behind the Supercharge Summit**. It's a place where Top Earners spill the beans for three power-packed days to a privileged 120 member audience lucky and smart enough to be there.





| Shaqir Hussyin | Adeline Sugianto | Ernest Lim |
|:---:|:---:|:---:|
| $2,929,028 | $282,587 | $111,407 |

## "But **WHY?**"

The first question that may come to your mind is "Why would these top-earners reveal their secrets?" You'd think that they want to continue to win the top positions on the leaderboards and so there is no way they would open their marketing strategy vaults.

Well, you'll be shocked to know how eager these successful MOBE Partners are to share **if they are convinced that you are SERIOUS about your MOBE business building**. There is no way they would blast their strategies all over the internet for others to steal, but they understand the struggles and want to see you succeed as well.

In fact, this is the **culture** that I have encouraged in MOBE from the very start. Truth be told, the MOBE Marketing system is based on all the tricks, tips and strategies I have discovered along the way. I could have kept these to myself, but it is in sharing that my business has grown to a over $100 Million business.

## Major Reason For My Breakthrough

Speaking of my own journey as a marketer and business builder, I would tell you without hesitation that it was in attending live marketing events where many breakthroughs came for me. I can still recall flying to the other side of Australia in 2006 to attend a live event. It was there I met a few more experienced marketers, talked with them and they

**PX 87**                                        FTC-MOBE-004412

became a part of my own support network.

Also in 2010, I flew all the way from Australia to Las Vegas to attend another live event at the Palm Casino. I didn't even have enough money left over to pay for my own hotel room so I had to share a room with some other attendees. Was the sacrifice and investment worth it?  You bet it did. I wouldn't have reached so far so quickly in my business if it wasn't for what I picked up at that seminar and the further connections I made.

I could go on telling you about other live events that cost me a pretty penny, but I think you get the point that attending live events can be critical to your growth in MOBE.

**Let me hasten to add that all marketing live events are NOT created equal.** What do I mean by this? There are some "marketing seminars" that are nothing more than "pitch fests." The whole idea behind these events is for the presenter to give a sales presentation for their "marketing systems" they sell after their talk.

I must admit that even these events can be turned to your advantage if you know how to network with the attendees. But I just want to quickly add that The MOBE Supercharge Summit is in a different class to these events. The MOBE presenters are there to help you and not to sell to you.

# In Just 3 Exciting Days!

Changing your life in three days sounds practically impossible. But I'm sure you can think of some life-changing moments when just one idea placed you on a completely different path and you wondered how you lived before.

Those types of "aha!" moments don't come every day, but to every person who is looking and dreaming about success they do come.  The Supercharge Summit is set up to create such a moment for you.

Here are FIVE **reasons why** I can say this with confidence:

# #1. The "**Your Average Salary**" Principle

I think it was the late Jim Rohn who said, "You are the average of the five people you spend most time with."  He went on to explain that he could calculate your salary by taking the average of the salaries of the five people you hang out with.

This may remind you of why your parents always warned you about not to keep bad company because you are likely to be negatively influenced by them.  It is the whole idea of why you should seek out the company of people you wish to be like—those who are doing better than you.

At the **Supercharge Summit** you'll get to rub shoulders with some of the movers and shakers within MOBE. You'll get to learn from the top earners in an intimate 1-on-1 setting absorbing everything they've learned about how to make life-changing amounts of money.

# PX 87

One of the things that may immediately surprise you is that they also experienced the same struggles and hurdles you are now facing and they overcame. You'll see that they are ordinary people who stuck it out and succeeded.  You'll be inspired to keep pressing forward, because if they made it, so can you.

There is a certain mystical synergy which comes to a room of like-minded people. People who have their eyes on the same goal and are working hard to reach it.

I must admit that when I first started out, some of my closest family members and friends thought I was wasting my time with this "internet thing".  They thought it was foolish of me to drop out of college when I had just one more year to complete my finance degree.

If I didn't know what I knew I would have agreed with them.  But I saw other people were making a boatload of cash online and I knew if I persisted I would break into that class of online millionaires.

So I know it's hard sometimes to keep your energy level up when your closest associates don't understand why you are "wasting your time on internet scams".  They don't know what you know, but at the same time you can't divorce yourself completely from them.

**All the negative energy they put out needs an antidote**—you need to be at The Supercharge Summit where you are surrounded by go-getters and those making the massive commissions. You'll be shocked at what these THREE DAYS can do for your business.

# #2. Innovate Or **Die**

"Innovate or Die" is part of the title of a very influential book published by author, Dr. Jack V. Matson, in 1996. The book argues that companies who are able to "fail fast" and use those lessons to build new ideas are the companies that would last for a long time.

What was true back then is even more critical in the 21st Century. Any company or business that fails to innovate would risk extinction in this digital age. Just think for a minute about Polaroid, Kodak, Alta Vista, Blockbuster ... and the list goes on.

It's the same for online marketing—the landscape is always changing and those who don't change along with it ceases to exist. There are new advertising platforms such as Facebook and LinkedIn. And what worked just a few years ago don't work so well anymore.

There are many Internet Marketers who were "one-trick" ponies who have disappeared from the online scene. They failed to adapt to changes in the marketplace and lost their relevance.

Blame it on my youthfulness, but I'm **hard-wired** for change and in the business world – especially in a niche that is perpetually "in flux" like ours – those who can adapt and change will always come out on top.

The marketing game in 2018 is different from the game in 2017, and in 2019 the game will be different yet again. But if there's one thing you can rely on, I will always be

**PX 87**

FTC-MOBE-004414

figuring out what ACTUALLY works, and applying it to make me (and my partners) a LOT of money.

**So even if you have attended a Supercharge Summit before there are still new things to learn from a new event.** You may have attended an event a few years ago and feel that you've got this under your belt but you may be stuck with 2014 ideas and miss out on new strategies that are working now.

In fact, many of our most successful MOBE partners attended multiple events. They attended their first event and kept coming back for more.

# #3. You Don't Have To Be '**Advanced**' to Attend

There is a common misconception that you have to be an intermediate or advanced MOBE partner in order to attend the **Supercharge Summit**. While the presenters are definitely advanced MOBE Partners you don't have to be to attend.

No matter where you're at – whether you just got started with MOBE, are on the partner contest leader boards, or are somewhere in between … there's a way for you to double, triple or even quadruple your monthly commissions.

The last thing I want to do is to intimidate you into thinking that because so many top earners will be attending, that you have to pass some threshold to qualify to attend. If you have the passion and the commitment to boost your MOBE commissions, then there is no faster way than attending this 3-day live event.

I know from personal experience than starting an online business can be tough at times. There is so much to learn and it's hard to know what to try and who to listen to. By now you may know that it took me almost a FULL YEAR of working 10 hour days before I "figured it out" and started making REAL money online.

So let me repeat it: The fastest way I know you can avoid the major pitfalls and pain of launching your business is to get the raw advice from the horse's mouth—learn from those who have passed your way and are earning **$10,000 … $20,000 … even $30,000 PER MONTH** doing this.

# #4. Help Build Your **Support Network**

I've already told you how attending live seminar transformed my business. A MAJOR reason for this is the support networks I was able to create. It goes simply like this …

I would meet another marketer at the vent who was doing a lot better than me. We would get into a conversation and I offered to do some joint venture that would benefit both of us at the same time. Although what I brought to the table was not as powerful, that marketer was able to extend his reach and so did I.

I can't begin to tell you how much multiple millions those relationships have meant to my business. And the seed was all planted at a live event. Just one such relationship can catapult you into success circles which make you to pinch yourself to see if it's for real or you are just dreaming.

**PX 87**

FTC-MOBE-004415

As a relatively new marketer I've found myself on stages with speakers who were way advanced of me. But because I was a speaker at the same event I was **able to gain credibility by association which helped my marketing efforts even more.**

Just the opportunity to say, "I met so and so in person" can be a great credibility booster in your own marketing of MOBE and having a picture taken with the "guru" to prove this can go a long way in building your business.

# #5. It Will Be a **FUN Event**

Who said you can't learn and have fun at the same time?

Of course we are serious about getting your business to the next level but **The Supercharge Summit** will have a fun and party-like atmosphere.

You'll have a chance to see upfront how Internet Millionaires enjoy their money when financial stress is behind them and they can enjoy the freedom of living life according to their terms.

**There will be random cash prizes for audience members** … games such as guessing the commissions of Top Earners and winning $500 cash on the spot. The whole idea is to make the event as memorable as possible and show you that those who work hard should also play hard.

You'll get a chance to hang with other MOBE partners from all around the world—some you may have only seen in video presentation and share ideas about family, your corner of the world and life in general.

Of **course we are about building your business but we are not ALL about business**. What's the use of having a successful business if you can't enjoy life in the process? You'll experience this "fun philosophy" all over **The Supercharge Summit** event.

For example, after learning and having fun all day, everyone's invited to the bar – where Top MOBE Earners, other attendees, and celebrity guests will have a couple drinks and get relaxed.

This is where you might just walk into a conversation that results in a deal that makes you <u>tens of thousands of dollars</u>.

Or you might buy an Internet millionaire a drink and listen in as they "spill the beans" on something new they're working on. Just hanging out and networking with these guys and gals at the bar is an invaluable experience and a way to make some great business connections.

## A "Dream Team" Of Guest Speakers

**PX 87**

FTC-MOBE-004416

# "Miss This And Weep!"

Just a cursory glance at this lineup of speakers shows you that you are in for a treat.

Whether you have heard them speak before or not I can assure you that they were all personally hand-selected by me, not only for their marketing skills, but for their willingness to help others succeed as well.

Here's just a sample of what you can expect to uncover …

- How to double, triple, even QUADRUPLE your monthly income even if you are new to MOBE.

- The best-kept **money-making secrets** of Top MOBE Earners you won't hear shared anywhere else.

- How **underdogs and newbies** are winning our big partner contests and generating massive amounts of sales. This one will surprise you.

- Where Top MOBE Earners get all their leads from (this is the ONLY place where you can find out these "secret" sources of high-quality, commission-generating leads)

- The **secret** to consistently winning my HUGE partner contests … there is an "art" to playing and winning these contests and if you apply it you can win BIG cash prizes of up to $20,000 (or more).

- How to build a relationships with your list quickly and turn it into an **on-demand ATM.**

- **Advanced "Bonus-Creation" Secrets** … this skill is absolutely critical to your success and it is NOT to be missed. (Note: you do NOT need to have your own product to do this).

- A technique called "MOBE Positioning" that the highest-paid Top Earners use to bring in BIG commission checks like clockwork.

- How to make extra **$3,300 to $10,000 commissions** with NO EXTRA WORK (you simply have to "claim" these commissions for them to start coming to you on **autopilot** … and you'll learn how at the event).

**During the event, I'm also going to have our top trainers, partners, and coaches walking around and answering questions. They will be there–ready and willing–to help take your business to the next level.**

If you need help with your funnels, getting quality traffic, making conversions, or ANY other "sticking point" that you're struggling with … my team and I will be there to spend time with you 1-on-1 until we get it figured out TOGETHER.

We'll show you how to overcome bottlenecks and give you the exact steps you need to take to get "unstuck" and start making more money … just like we've done for so many others.

## Here's What Attendees Thought Of The Last

PX 87                                                      **FTC-MOBE-004417**

# Supercharge Summit








# Testimonials are still coming in...

 **Roy Pocock** I have just had the most amazing experience at the supercharge summit. The 3 days were packed full of pure content that over run every night with maximum impact. With the knowledge I have learned and the connections and friends I have made from this event, my business will grow out of control! Thanks Matt and all the amazing speakers for sharing there secrets to success and wealth. I urge anyone to get along to a supercharge summit. It WILL Rock your world. Thank you, thank you and again thank you
August 23 at 1:07pm · Like · 👍 2

**Paul Conway** I have just returned home after spending 3 days in London at the Supercharge Summit. It absolutely gave me focus and clarity on what I need to do to ensure my success.

On a really personal note it challenged me and took me out of my comfort zone! Which as a result I won the competition to have dinner with Matt!

Bearing in mind he charges a minimum of $5k per hour I sat listened and took notes for 1.5 Hours

You bet I now know exactly what I have to do and rest assured come tomorrow I start putting those strategies into place

If you take your business seriously then you need to attend a Supercharge Summit!
August 23 at 1:56pm · Like · 👍 3

 **Kenneth Lim** Matt, it was extremely powerful and attending gave me so much more clarity, focus and such a key step-by-step strategy and new skills to adopt/learn as well as reiterating the need to be totally committed and to do whatever it takes to succeed
August 23 at 2:19pm · Like

**Paul Everard** What a brilliant weekend. The training was first class. Every speaker gave their all. The value given was unbelievable and the opportunities to network with some of the highest earners on a one to basis was awesome. This is certainly an event not too miss. Thankyou so much Matt and everyone involved.
August 23 at 2:20pm · Like

 **D Scott Lofthouse** I absolutely loved the Super Charge Summit in Las Vegas!! There was more actionable information than I've received anywhere else. I have already made several changes in my business/marketing strategies. It is a must attend for anyone in MOBE.
15 hrs · Like

 **Mae Brogan** I can thoroughly recommend attending the Super Charge Summit. I arrived in complete confusion, suffering from information overload. I came away with a definite action plan which I'm implementing right now! Thank you!
13 hrs · Like

 **Brian OKeefe** Vegas was some of the best training I've been to. Thanks to Terry Lamb for simple tips, Darren Salkeld for ideas on the "Language" of emails, Matt for his future vision for the company. And especially, a BIG THANK YOU for the Rising Star Award I received!
8 hrs · Like · 👍 1

 **Joanna Croft** Thanks to Matt and Team for putting so much value into the Supercharge Summit. What an incredible weekend. I learnt to step right outside my comfort zone from start to finish-you must get to the next event!
1 hr · Like · 👍 1

 **Lisa Hell** It was a great experience! To me it was a very powerful event. The speakers were great and gave super value. Be able to talk one to one with speaker meant a lot. This was the event not to miss. glad I didn't hesitate to go! Can't wait to see where I go from here. Thank you Matt for all you do!
August 23 at 5:15pm · Like

 **Susan Acocks** Matt, Thank you for such a great weekend! It was full of fun and great information. You just can't get that from webinars or training videos! You are so patient with those of us that don't know what we are doing and we greatly appreciate it. Thank you for being a such a great role model and inspiration!!
August 23 at 5:42pm · Like

 **Christine Cyrus** Matt - thank you for an Awesome weekend - you're an Awesome role model for anyone wanting to get into this industry. The speakers were great and gave super value, wisdom and knowledge. Now with clarity and directions on what I'm supposed to be doing, I am super-excited to really get moving. This is a unique event not to be missed for anyone wanting to scale their business. Lots of great people to connect with and had lots of fun.
Yesterday at 2:53am · Like · 👍 1

 **Stuart Galloway** If you didn't make it to Supercharge this year you missed out BIG TIME! The knowledge and inspiration I took from the speakers and the contacts I made at this event will take my business to the next level. Get to the next event!
Yesterday at 3:16am · Like · 👍 3

 **Terry Lamb** Best event I've been to so far, and I've been to many. The caliber of people here were terrific
Yesterday at 7:47am · Unlike · 👍 2

 **Sam Steve Harradine** Extremely powerful information has been given over the last 3 days, that if we all implement, is going to be life changing! Thank you to all of the speakers who gave freely their knowledge & inside secrets to 'supercharge' our businesses! Thanks to you too Matt, for making this possible!
Yesterday at 7:59am · Like

 **Paul Dunstan** The kind of tips and secrets you pick up at an event like this are priceless. Not only can you fast forward your business - you can network with top earners and catch higher visions. I highly recommend attending.
Yesterday at 9:04am · Like · 👍 3

 **Deanna Grayly** Thank you so much for the most amazing 3 days. Great Value. Great Content. All the Speakers generously shared their marketing secrets. The Success Team were wonderful. Great atmosphere. Thanks to the Super Charge Summit my business is now "Super Charged" for Success and a 6 figure income and more. Worth every cent.
Yesterday at 9:14am · Like

 **Robin Brock** The 3 days in Las Vegas was priceless the networking and everything we learned was really awesome. The people we got to talk to and how open and friendly they are at the dinners and lunches was worth every minute and every dime.
Yesterday at 9:26am · Like

 **Deborah H. Robertson** Supercharge was definitely the event to attend to learn how to take your business to the next level. I've been in business for almost 3 years and learned business building strategies that I did not know! Extraordinary speakers/trainers who held nothing back.
Yesterday at 3:09pm · Unlike · 👍 3

**PX 87**

**FTC-MOBE-004418**

# Coming to Orlando, FL
# June 15 - 17, 2018

The next Supercharge Summit will be taking place at:

## Sheraton Lake Buena Vista Resort

**12205 S Apopka Vineland Rd**
**Orlando, FL 32836**
**407 550 1008**

**NOTE:** *MOBE DOES NOT* have a reserved block of rooms for this event.  You are responsible for
your own sleeping room arrangements.



# "So What Will Be My Investment?"

This is the best part because it's a LOT LESS than you think.

**Here's why**: It's common for 3-day events like this to sell for $5,000 to $10,000 or more,

**PX 87**                                                      **FTC-MOBE-004419**

and I've paid upwards of $10,000 for mastermind events to network and share ideas with people on a lower level than the guest speakers.

Plus, when you consider the value of the **exclusive information** you're getting and all of the live, hands-on training … a fee of $5,000 would be a STEAL for this event.

Just to cover my expenses for putting on this event including the venue, staff, equipment, speakers' fees, etc. would make $2,497 a very fair price.

But I want to make this accessible for you, so that you can boost your MOBE Business, make a TON of commissions yourself and help my company reach its goal of over $50 million this year.

So, for that reason you won't pay $2,497, nor even $997.

The one-time fee for The Supercharge Summit is only …

# $497

Now you see why I said this is the best part. $497 is really a drop in the bucket compared to the incredible value you will get from this live 3-day event. That's less than $166 per day!

What if this event helped you to make an extra Silver Package commission, this would more than cover for your investment. If you can do that every month that's an **extra** $15,000 per year—more than **30 times** the cost for The Supercharge Summit.

## But You MUST ACT NOW!

With such a great deal you can't expect tickets to stay around for long.

You see, to keep this event as intimate as possible I've LIMITED the event to just 120 attendees. I expect all these seats to be taken quickly judging from the *overwhelming* response we've had so far.

If you want to go away to think about it don't be surprised to see the "**SOLD OUT**" banner across the top of this page when you return. So grab up your seat now before someone else does.

What's more, I cannot guarantee you that I'll continue to keep the price this low.



**PX 87**

**FTC-MOBE-004420**

# My No-Risk, Unconditional Money Back Guarantee!

If you come to the Supercharge Summit, and don't feel like you get **at least $5,000 worth of value**, then I will refund the ENTIRE price of your ticket right there <u>on the spot</u>.

This is not a "conditional guarantee" where you'll have to prove that something did not work for you.

This is a 100% RISK-FREE, "just say the word and I'll give you your money back" guarantee.

Because honestly … if you don't feel like you got value out of the event I don't want your money. The ticket price doesn't even cover my cost to put on the event ... it's more of a way to separate the **tire-kickers** from those who are SERIOUS about taking their MOBE Business to the next level.

My goal is not to make money with the event; it's to create successful MOBE Partners so that my business will grow … while taking care of you (my partners) very well in the process. It's a kind of "loss leader" for my business.

Remember, I'm invested in your success as much as you are, so at the end of the day, if you don't feel like the event was worth your time, then I don't want your ticket money. Period.

(Note: So far this has never happened before.)

## Click BELOW To Secure Your Ticket





### Are you a Platinum / Diamond consultant?

You are eligible for a free ticket to attend the Super Charge Summit event. All you need to do is contact MOBE support and let them know you are a Diamond consultant and would like to attend Super Charge in Orlando.

There's two ways you can contact **MOBE Support**

**1:** Call 1-844-MOBESUPPORT **(1-844-662-3787)**.

**PX 87**                                      **FTC-MOBE-004421**

**2:** Place a support ticket through your MOBE back office http://mobe.com/support

*Each ticket is valid for one person only. If you plan to bring additional guests or partners, they will need to purchase their own separate ticket.*



The Supercharge Summit will inspire you with new ideas, clear your present marketing hurdles and boost your commissions … and it only takes THREE DAYS.

In just 3 days you'll uncover the tips, strategies and tricks that took the Top MOBE Earners years to accumulate.

**Imagine** coming home from the event knowing EXACTLY what to do to increase your monthly income and have a "leg up" on all the other partners that did NOT take advantage of this opportunity <u>Or</u> was simply late in responding.

**Imagine** what your life would be like when you start earning **$10,000 … $20,000 … even $30,000 PER MONTH** because you put in place what you learn from this seminar.

… What kind of luxury car would you drive?
… What kind of house would you live in?
… Where would you dine out and what clothes would you buy?
… Would you vacation on an island paradise like Fiji or Aruba?
… Take a dream ski-trip to the Alps?
… Or fly off to Las Vegas "on a whim" with friends?

**Imagine** what your day-to-day life would be like, how much (or how little) work you would need to do, and what it would be like to have the ***time, money, and freedom*** to get up when you want to and go about your day according to YOUR rules.

That's the type of FREEDOM that I enjoy… and the same freedom that Top Earners in the MOBE program enjoy.

This can be your experience too.

See you at the event!

*Matt Lloyd*

**Matt Lloyd**

**P.S.** If you pass up on this and "do nothing" you will keep ***struggling*** to get MOBE sales … NOT making the kind of money you need to change your life for the better.

The cost of you doing <u>nothing</u> far outweighs the minimal investment you will make today.

**PX 87**                                        **FTC-MOBE-004422**

**P.P.S.** Remember, at the Supercharge Summit in JUST 3 DAYS you'll discover how to DOUBLE, TRIPLE, even QUADRUPLE your income. You'll meet me, Top MOBE Earners, and celebrity guests IN PERSON and they will reveal their most ***closely-guarded*** secrets to making MOBE commissions like clockwork … Don't miss out and regret this later. ACT NOW and get your ticket while you are still thinking about it.

Copyright @ 2018 SuperChargeSummit - All Rights Reserved

Terms and Conditions        Privacy Policy        Income Disclaimer

**PX 87**                                        **FTC-MOBE-004423**



**Super Charge Summit Schedule**



## Looking for a Super Charge Summit near you?
### Here are the upcoming Super Charge Summit events around the world!

| DATE | LOCATION |
|------|----------|
| May 25 - 27, 2018 | Las Vegas |
| June 15 - 17, 2018 | Orlando |
| June 22 - 24, 2018 | Melbourne |
| July 20 - 22, 2018 | London |

**CLICK ON A DATE OR LOCATION LINK ABOVE TO REGISTER FOR AN EVENT**



Copyright @ 2018 SuperChargeSummit - All Rights Reserved          Terms and Conditions          Privacy Policy          Income Disclaimer

**PX 87**

# FREE VIDEO We Are Willing To Bet That You Will Succeed With This Proven System

## We Are Sure You'll Make A Commission Within 30 Days Of Completing The Steps ...

"How To Get $1,250… $3,300… and $5,500 Commissions Deposited Directly Into Your Bank Account On Auto-pilot"

How average people with no prior experience online are depositing **$1,250**, **$3,300**, and even **$5,500** commissions

A simple 21 step system taking you through the master plan to massive paydays with ease

The secrets behind how the system has generated over $25 Million in the last 12 months

How you can easily tap into this system in just a matter of minutes

All this and much MUCH more!



Enter your email below for FREE instant access.

Enter your email address

## INSTANT ACCESS

*It's Free

---

*I am a retired school teacher. In my first month, I did exactly as the coaches told me to do and I made $2,000...I have amazed myself at what I have learned, what I can do and what I have made.*

*This simple easy step-by-step system automated my business so it ran 24/7 around the globe! I have never seen a system that creates profit as quickly as this one!*

*By far one of the easiest and fastest ways to build a profitable online business…an excellent combination of training and business system all in one. I wish I knew about it sooner.*

**PX 88**

**FTC-MOBE-004425**



**DEBORAH ROBERTSON**



**YANNICK VAN DER BOS**



**HWAYDA KATER**

Copyright @ 2018–MTTB System | Powered By MOBE

Terms & Conditions          Income Disclosure          Privacy

PX 88

FTC-MOBE-004426



# Fill In The Form Below To Apply For **Private Access** To Our **21-Step System** And Start Making $1,250, $3,300 & $5,500 Commissions!

### Done-For-You Online Sales System

The Internet's only Done For You system that can deposit $1,250, $3,300, and $5,500 commissions into your bank account.



### 1-On-1 Private Personal Coaching

Your own personal 1-on-1 coaching with one of my Top Tier coaches (yes... you get a personal coach to answer all your questions, and walk you through everything)



### Simple 21-Step Training Program

A simple 21-step training program to making your first $1,250, $3,300, or $5,500 commission with MTTB (including short, easy-to-watch videos and webinars)



**Step 1 - Enter Your Personal And Billing Details Below...**

**Personal info**

First Name      Last Name

Email Address

Phone Number

**Billing info**

Address Line 1

Address Line 2

City

United States      ∨      Select State      ∨

Postal Code

☑ Billing Address same as Shipping

**Step 2 - Complete Your Order by Entering Your Credit Card Details Below...**

**Credit Card info**

VISA    DISCOVER

Credit Card #      Credit Card #

CVV Code      CVV Code

Expiration      01 (Jan)      ∨      2015      ∨

| Sub Total | $49.00 |
|---|---|
| Shipping | $0.00 |
| Sales Tax | $0.00 |
| **Grand Total** | **$49.00** |

☐ By checking here I agree to the terms and conditions of this purchase and that I will be charged **$49.00** US Dollars

### Order Now!

If you need any assistance in placing your order, please don't hesitate to call us at 1-844-662-3787. If you can't get through, please leave your details in a support ticket at MOBE.com/support, and we'll call you back.



Watch some of the results using the MTTB **21-Step System**





**100% Risk Free!**
**30 Day Money Back Guarantee**

We Guarantee You'll Be Satisfied With Your Course And Coaching In 30 Days, Or **We'll Happily Give You Your Money Back.**

Copyright @ 2017 –MTTB System | Powered By MOBE          Terms & Conditions | Income Disclaimer | Privacy Policy

Would you believe that **being poisoned, damaging my brain,** and then **wanting to commit suicide** are the best things that ever happened to me?

And even crazier ... can you imagine that as a brain-damaged man, I still manage to rake in a 6-figure income from home, and **I believe you can too.**

# BEST THINGS

## that ever happened to me?

These are extraordinary results. Please see the Income Disclosure Statement.

It might sound crazy, but those 2 statements are absolutely, spot on true.

I know, because it happened to me.

**HI, MY NAME IS MIKE.**

My "new" life began several years ago, when in a horrible, absolutely frightening turn of events, I watched everything important slip away from me, even my own life.

But, luckily, the **fight** for my life also put me on the path to an astounding new income, and a life of complete **freedom** and happiness.

If you stick with me, I'll show you how you can do the same ... But *without* going through the terrifying experience I did.

Before all this happened, I was married to my beautiful wife,
& we had 2 small kids under age 4, that I ABSOLUTELY ADORED.

After dropping out of school, and with no formal university education, or any real qualifications for success in business ...

I started in a warehouse picking and packing, and worked my way up to senior management.

Eventually I got my wish, becoming a **corporate slave**, running a business unit that was worth about 50 million dollars.

As I got promoted higher up in the company, I was **required to travel 2-3 weeks** a month.

Hard as it was, I had become a big corporate hotshot—moving up the ladder, making money, doing deals and traveling constantly ... including my fateful stop overseas, that would **almost kill me** and change my life forever.

You see, I was traveling internationally to do a presentation potentially worth about **20 million dollars**.

I was staying at a comfortable hotel I had stayed in MANY TIMES before.

But this time, something was different. And *very wrong*.

I had taken my clients to dinner, and then retired to my hotel room.

What I didn't know was that contractors were working on that floor using **powerful chemicals** to strip paint.

Well, the toxic chemical **fumes** floated into my room and **nearly ended my life**.

I noticed there was a weird smell in the room before I went to sleep. I mentioned it on the phone to my wife, but she told me not to worry about it, and to try to get some rest, as **I had a big day ahead of me**.

PX 89

When I woke up the next morning, the smell had intensified and I had a raging headache. I got out of bed on unsteady legs and felt like I had the worst hangover ever ... multiplied by a million!

But being a very driven person, I brushed it off because I had a presentation to make.

I pulled myself together, got dressed and headed off late because of how badly I felt.

As I entered the meeting, my boss took one look at me and suggested I go back and rest.

## I was SO SICK I was lucky to make my flight back home that night.

On my flight home, I assumed I would sleep and wake up feeling better.

But when I got home, I was even worse off.

My coordination and balance were like a toddler's.

My **headache** was still there.

My **throat was sore**.

So my wife immediately **took me to the doctor.**

The Doc asked me to close my eyes and touch my nose, and I actually fell on him trying.

## And after some tests ... I got the STARTLING DIAGNOSIS ...



**Brain damage** ... from the toxic chemicals I breathed.

Those **toxic fumes** had actually damaged the top part of my brain!  And he *hoped* within a few weeks I would get better.

Of course, I wasn't able to go back to work, so I ran my business unit as best as I could from home.

But as time went on, I just **got worse and worse**.

I **lost the ability to talk** in a normal way. I'd lose my place in the middle of sentences. I'd forget conversations. And my memory continued to fall apart.

After about 6 weeks, I was forced to go to a neurologist for **brain tests and scans**.

They concluded again that the part of my brain, which controls things like balance, motion and memory, **had been ruined**.

*Probably irreversibly.*

By that point I **couldn't walk very well**. I felt like a drunk taking a test—I couldn't put one foot in front of the other and walk down a line without falling over.

But ... I went on **trying to live my life** the best I could.

I'd gone from living a million miles an hour to **sleeping 18 hours a day** to try to ease the pressure in my brain.

## Within 6 months I LOST MY JOB.

I was dismissed on the grounds of incapacity as a result of the accident.

I had **lost my income** ... and for lack of a better word, my manhood.



My past life, and my ability to care for my family had been taken from me. In fact, the doctors told me I may NEVER be able to work again.

Before long I was **running out of money** because I couldn't work.

And it was at this point that sadly, I began to **plan my own exit** from this world.

### Then, that Christmas, my dad's friend's son committed suicide. No note. No reason. He just left his family behind in anguish.

And for me, that was a "light bulb moment." I was mad at myself for being so selfish and even thinking about exiting the world, when I had **two young kids** and a **beautiful wife**.

### A couple days later, as I sat in my garden watching my kids play on the trampoline, I realized, even if I had nothing left but my family, *they alone were worth living for.*

And that was a **major** turning point.

I became determined to walk again from that moment.

I sought private counseling and physical therapy, even acupuncture—anything I could think of to try and get myself back.



But that was only part of my **immediate problem** ...

With no job, my severance gone, and my savings dwindling ...



FTC-MOBE-004429

I needed to find some way to **provide for my family**.

I had already started selling our things just to stay afloat.

We even sold our cars just to pay bills.

**Soon, we were down to our last $5,000.**

Like many people, I was a total control freak—meaning, I wanted to be in control of my life. My income. My ability to make money—so we could live well.

But as a result of the accident, **I lost control of everything**.

And that really was a direct hit to my well-being and feeling like a man.

Everything, it seemed, had been taken from me.

==Even though I no longer wanted to die, I had lost everything I worked hard for. Through no fault of my own, I had been rendered powerless. And that lack of control drove me nuts.==

Up to that point in my life, I had leaned entirely on my ability to work hard. It was my work ethic that was largely responsible for all my corporate success since I didn't have education or other qualifications.

And now that I had been stripped of my ability to work hard, I was totally at a loss.

### So while I was lying in bed, I started searching for things I could do FROM HOME.

I'd always been very interested in earning an **income from home online**. And I had tried a few internet programs before, but with no success.



So I went back to that, and I started with some of the old web offers where you could copy and paste things for 50 bucks here ... 50 bucks there.

I also joined a popular networking business and tried it for about 4 weeks. But I got fed up and walked away.

==But ... the silver lining was that my sponsor there asked me if I'd heard of an online marketing system that was taught by a guy from Australia that had NOTHING to do with multi-level marketing.==

I told him I had not ... **and was NOT interested**.

Luckily, he convinced me to at least have a look. So I looked, liked what I saw, got positioned, and started to work with them immediately.

And remember, this was all while I was still lying in bed sick!

==And miraculously, within only 2 days of following their very simple steps, I got my first sale! A whopping $82.75! It was virtually nothing. But for me **it was EVERYTHING**!==

And I just went on from there.

Keep in mind, I was *still* only able to lie in bed, with a long road of recovery ahead of me.

I was still in therapy, both mental and physical but I needed to learn new ways to get where I wanted to go.

So as you can imagine, starting to make money and providing again for my family "**shook the cobwebs off of me**" in a huge way.

### I wanted to live a FULL LIFE again.

So you can see why that $82.75 got me jumping up and down like a little kid on Christmas morn!

Then, just 2 days later without doing anything more, I had my first license rights sale, which earned me **over ONE-THOUSAND DOLLARS**!

I told my wife what happened, and she skeptically said, "**You'll never get the money**."

She had no hope this was going to turn into anything viable to save us. But I was starting to see the light at the end of my long, dark tunnel.

Through continued work and dedication, and by following the very simple strategies and steps provided, I was able to scale things up from there and get to higher commissions.

**I had great results.** And I was honestly amazed beyond belief that something like this actually existed!

But the best part was, miraculously money **DID** start flooding my bank account so I could pay bills.

==The results of my efforts were amazing!==

### All I did was simply promote the products, and everything else was DONE FOR ME.

==It's now been 3 years, and I have far exceeded my corporate income. In fact, I did that within my first year! And I have gone on to earn more than **$739,183.39** in commissions.==

I share the exact figure with you so you know this is for real. I want to be clear that my **results are not typical** and are definitely **based on my hard work**. There is a link right below this video with all of the stuff the lawyers make us say ... click if you want to see average.

==And of course my wife quickly got over her skepticism when she started seeing results.==



FTC-MOBE-004430

Now, fast forward to today ...

- 😊 She doesn't work anymore.
- 😊 She gets to spend time with our kids when they come home from school.
- 😊 She gets to travel a lot.
- 😊 She comes to company retreats with me, as do the kids, even in very exotic locations.

And, from a family point of view, **we are always together now**. And I love it.

These results are **EXACTLY** why I put in the time and effort. And, it can work for you too!

I hated what I had to go through to get here.

But now I don't spend two to three weeks a month without them anymore.

I'm here with my family 24/7, working from home, and we are very close.



My wife even got a car from the company as a bonus. She was able to go out and pick what she wanted ... a Mercedes ... and the company paid the lease!

**We are so blessed today.** We're able to vacation as a family in Bali, the Bahamas, and Costa Rica. As long as I have an internet connection, I can work my business anywhere.

We can go wherever we want without worrying too much about the cost.

**I don't have any debts anymore.**

And taking that FINANCIAL STRESS off of me has greatly improved my overall quality of life, despite the lingering physical and mental challenges.

When I get up in the morning, I'm not worried about a job or money.

I **walk 30 seconds to my office**, when the average commute in the UK is about an hour and a half.

And when the kids come home from school, they come right into my office for hugs and cuddles.

The fact is ... I have a better, fuller, richer life than I ever had before.

So now that you've heard my crazy story, **I HOPE you're wondering**:

"What is it exactly, Mike, that you do to make SO MUCH MONEY, even while lying in bed feeling lousy, and is it something I can do too?"

And that's really why I'm telling you my story. It's not because I want you to feel sorry for me.

**It's because I want you to join me**, and make money with the same simple system I use today.

When you follow the system and work at it, you have the same opportunity to also enjoy the good life like I do with my family.

## HERE'S HOW IT ALL WORKS ...

The "secret" to wealth that I discovered is a system that takes online leads and turns them into money.

There are 2 simple steps:

1. **You send leads to the company.**
   (I'll be teaching you how.)

2. **The company gives you money when they sell to those leads.**

I call it the *Internet Funnel System (or IFS for short)* and **it helped me fight for my life and win my financial freedom** ... and it can do the same for you, regardless of your circumstances!



When you join *IFS*, you get paid commissions of $1,250 ... $3,300 ... and $5,500 without having to lift a finger.

Here's the best part ...

All the revenue from the products this system sells are split 3 ways. The company gets a cut. The salespeople who actually close the deals FOR YOU get a cut. And you get paid a commission—30-50% depending on what the customer buys.

### Now, why would you get MORE money than the company keeps for itself?

That's because the owner, who I know personally, wants you to have the biggest piece to make it a complete "no brainer" for you. The more attractive this is, the more lead finders he has bringing in leads. That results in a higher volume of sales, and they make more money in the long run. And so far, the revenue has been astounding ...

FTC-MOBE-004431

## I want to share a couple examples of extraordinary results.



Here's **John**, who has made over **$1.8 million in total commissions** with the products sold through the system.



And then there's **Shaqir**, who has earned over **$2,305,325 in total commissions**.



...and **Michelle and Bill** who has earned over **$787,615.30 in commissions**.

But the best part is, you don't need to be an expert or have any online experience to make money with IFS. Remember, while laying in bed I was able to exceed $700,000 dollars in income from home, with a damaged brain!



Even **Deborah**—as a "newbie" former school teacher—has been able to retire early after earning **$72,284.80 in commissions**.



And there's **Adeline**—a brand new online earner who has **made $207,635.60 this past year**.



And one of my favorite stories is about **Frank** who as an 85-years-young man, has even **been able to make money with this system**.

... and that proves it's never too late to get started! And the list goes on and on...

## Also ... on top of the BIG commission checks, perhaps you'll also be interested in the other extraordinary perks:



Check out **John's Jaguar 2015 F-Type**... an amazing vehicle and it's 100% paid for by the company.



**Chris** and **Susan** have a **BMW 3 Series** paid for by the company.



And how about **Pierre** with his hi-tech, 100% electric **Tesla**.



Or **Ryan** with his **brand new boat**.



**Paul Lynch** is driving his teenage-dream car, which is a **Range Rover Sport**.



And **Shaq** just **earned a car** he has been dreaming about since he was a kid.

**(You too will discover how to get the vehicle of your dreams once you get started with IFS.)**

**Now, let's be honest.**

I won't be surprised to find you're skeptical about these results and incentives like free luxury cars and boats.

I don't blame you.

There's a lot of hype and bad offers online.

**But I'm 100% Real. This is a true story. I did almost die. And this "system" did indeed save me in many ways. And all of these results and photos are 100% real and verifiable.**

With that said, I want to be clear ...

You do still have to put in time to find leads. But if you do, just like I did, then there's nothing stopping you from enjoying success.

But to make this EVEN EASIER for you, once you send leads, all the hard work is



*actually done for you ... just like it is for me.*

Each time the professionals make a sale **for you**, _you get paid_.

(By the way ... these consultants are highly successful and incentivized to get results, and they're some of the best—but not pushiest—sales people in the world.) I know because I have worked with them for the past 3 years.

To date, the company behind IFS has paid out nearly **$40 million in commissions** to people just like you and me, in **37 countries around the world**.

---

## NOT ONLY THAT ... you'll never be alone. You don't have to figure this out for yourself. IFS will show you exactly how to find leads.

**That's right.**

You'll get a personal **1-on-1 coach**, who will "take you by the hand" and work with you over the next few weeks and beyond.

Your coach knows <u>everything</u> there is to know about achieving success with this system.

They **take care of EVERYTHING** after the lead comes in _and_ they'll show you exactly how to find leads in the first place ... even if you have **ZERO experience** online.

If you've tried working online from home before, and been burned or disappointed, I <u>urge you</u> to give this a shot.

I am confident if you follow the system **you can make money** just by clicking your mouse ...

- ❌ **WITHOUT** having your own products
- ❌ **WITHOUT** any business or management experience
- ❌ **WITHOUT** capital or investors
- ❌ **WITHOUT** building websites
- ❌ **WITHOUT** dealing with customers, returns, or fulfillment
- ❌ **WITHOUT** selling anything over the phone or in person
- ❌ **WITHOUT** leaving the comfort of your own home

**It is not difficult.**

Put in the time to learn and implement the system so you can start your brand-new life ... A life full of the things you choose ...

Take action to immediately transform your circumstances no matter what they are!

## Listen, I know for many people, MONEY IS still very TIGHT.

Debts are still high.

If you're **tired of struggling** to get ahead. And wish you could have some extra money in your bank account, _don't walk away from this opportunity_.

I would not be where I am without this system.

Remember, you can **accomplish** all this **from the comfort of your own home**, working any hours you choose.



*This is a digital training program you'll access online.

## HERE'S WHAT'S INCLUDED WHEN YOU JOIN IFS TODAY



The Internet's only 'Done For You' system that will deposit **$1,250, $3,300,** and **$5,500** commissions into your bank account,



**Your own personal 1-on-1 coach** (yes ... you get a personal coach to answer your questions, and walk you through everything, step-by-step),





**FTC-MOBE-004433**




**A simple 21-step training program** that will lead you towards making your first commission (with short, easy-to-watch videos & tutorials),

A highly trained sales staff that will **make phone sales FOR YOU** (they follow up on your leads and close the deal),




**Done-For-You product fulfillment**, payment processing, and customer service,

Access to a **30-Day "Traffic Made Easy" Plan** that will show you *cutting edge* strategies for generating traffic online today including YouTube, Facebook, Google, Bing and more.

**This is an amazing opportunity.**

And it will only get better as more and more people turn to the internet to buy what they need in life. ==This wasn't even possible 10 years ago.==

## Take action NOW and change your life like I did.

Now, the owner behind IFS could easily charge $1,000 (or more) for this, and even that would be a screaming deal.

But he doesn't want do that.

He wants to grow the business and help more people like you in the process.

So, for that reason, he doesn't charge you $1,000.

Or $500.

Or even $250, although it would be worth every single penny!

**Your investment today is a small application fee of only:**

# $49

Once you take care of that, you'll be put in touch with your coach who will ask you a few simple questions to make sure you're a good fit for IFS.

You will **NOT** be sold anything on this call.

==Think of it as a friendly interview.==

If you decide the program is not right for you, no problem ... you'll get a **refund on the spot.**

If they decide that this is a good fit, then you're in.

Once accepted, you'll get **Instant Access** to the exclusive IFS training, and your coach will be available for you, starting right away.

Your coach is assigned according to your timezone and country. There are coaches in the U.K., the U.S., Australia and everywhere in between.

==Also, you'll need to fill out a **Non-Disclosure Agreement**.== Some of the information you'll be getting access to is highly proprietary and needs to stay out of the hands of competitors.



## PLUS ... You get a No-Risk 100% Cash Back Guarantee

The folks behind this system are so confident it works, that they're willing to back it up with a **100% Cash Back Guarantee**. Complete the application and take care of your fee today. ==If you aren't accepted or decide anytime in the next 30 days this isn't for you, they'll refund your $49 investment ... no questions asked.==

**In other words, if you go through the training and don't make a commission within 30 days of completing all the steps, they'll give you 100% of your money back, instantly.**

Now, in order to make this **bold guarantee**, there are some ground rules ...

**1** First, you need to go through each of the 21 steps on the day it's assigned to you.

**2** And second, you just need to complete the simple assignments outlined in each step.

**Fair enough?**



FTC-MOBE-004434

Good.

Apply **right now** below to get started.

<div style="text-align:center; background:#cc0000; color:#fff; padding:10px;">**APPLY TODAY!**</div>

After you submit the form, talk to your coach, and are accepted ... you will get **Instant Access** to the online members' area.

You'll instantly become a member in a profitable business that pays you **$1,250** ... **$3,300** ... and **$5,500 commissions** just for finding leads.

You will get personal **1-on-1 coaching** to answer all your questions.

**PLUS ... you can start today**, and even make a commission today if you quickly send leads that buy, and most definitely within 30 days of completing the initial 21-step training, or you'll get 100% of your money back.

## You have NOTHING to lose.

And when this DOES start working for you, you will soon be opening your email and seeing a notification about your first big check too!

And trust me ... **a commission** in your bank account of **up to $15,000** in a single day, can absolutely change your perspective on life ... just like it did for me and tons of others!

Maybe that's hard to believe. But it's absolutely true.

If you wait, then the rich will get richer, and it will only become harder for to you maintain your current standard of living.

## So ... you really only have TWO choices.

You can **watch from the sidelines** as other people make money with this extraordinary system ...

Or ...

You can join IFS today and **change your life** FOREVER.

The choice is yours.

**Apply below RIGHT NOW!**

<div style="text-align:center; background:#cc0000; color:#fff; padding:10px;">**APPLY TODAY!**</div>

© Internet Funnel System™ 2018–The Easiest Way To Earn 6 Figures From Home    Terms and Conditions    Income Disclosure Statement    Privacy Policy

PX 89

FTC-MOBE-004435



## Terms and Conditions

## MY ONLINE BUSINESS EDUCATION, LTD. ("MOBE")

**ACCEPTANCE OF TERMS THROUGH USE**

By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to these Terms and Conditions please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.

**YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE**

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.

**LICENSE TO USE THIS SITE**

Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by MOBE, its advertisers and licensors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.

**LICENSE RESTRICTIONS USE**

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

**SECURITY**

You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying (privacy@mobe.com) MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party.

You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

**EXPORT**

You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site, and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws and/or without all required U.S. and foreign government licenses.

**GOVERNMENT USE**

If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompany documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995. Unpublished rights reserved under the copyright laws of the United States.

**ERRORS AND CORRECTIONS**

While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

**LINKS TO OTHER WEBSITES**

Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for, and undertake to maintain, their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

**USER'S LICENSE GRANT TO SITE**

Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge that you are fully responsible for the message, including its legality, reliability, appropriateness, originality and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

**USER CONDUCT**

By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:

1. is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies.

2. infringes any patent, trade mark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;

3. constitutes unauthorized or unsolicited advertising, junk or bulk e-mail (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

4. contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or

5. impersonates any person or entity, including any employee or representative of this site, its licensors or advertisers.

You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.

You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent.

This site generally does not pre-screen, monitor, or edit the content posted by users of this site. However, this site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, changes or results, in removing such content.

FTC-MOBE-004436

You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation these Rules and/or for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

**INTELLECTUAL PROPERTY RIGHTS**

1. *Copyright*

The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws, ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.

2. *Trademark*

MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited. Use of a MOBE Trademark or other logo without permission may result in termination of the affiliate's relationship.

**THIRD PARTY SITES**

You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of this site by the MOBE, its advertisers or licensors, any association with its operators and is provided solely for your convenience. You agree that MOBE and its licensors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

**REFUNDS**

MOBE offers a thirty-day, money back guarantee on certain products. You should review the product or service agreements for your purchase to determine what refund are offered, if any. Mastermind event purchases are non-refundable, and once three business days has passed from the time of the Mastermind event purchase all sales are final. Attendance at any live event also preempts any refund period, so once you have entered a live event all sales are final. All subscription fees are nonrefundable as the benefits of the service are realized immediately upon payment. MOBE complies with all local laws and regulations so refunds may be offered for longer periods where necessary.

**DISCLAIMER OF WARRANTIES**

MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site, or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE, advertisers and/or its licensors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct; that this site will be available at any particular time or location; that any defects or errors will be corrected; or that the contents of any information received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this Agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

**LIMITATION OF LIABILITY**

Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strictly liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site, or any violation of this Agreement. MOBE reserves the right, at it own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses

**LEGAL COMPLIANCE**

MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the User's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**DISPUTE RESOLUTION & BINDING ARBITRATION**

USER and MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Agreement dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree to submit all disputes to binding arbitration governed by the American Arbitration Association and under the Commercial Rules. A single arbitrator will oversee the arbitration. The arbitrator only has authority to award contract damages, and does not have authority to award any punitive, special or consequential damages. User and MOBE agree that all hearings will be held telephonically. Such arbitration will be final and binding on MOBE and User and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each Party's Attorneys fees will be paid by the respective party. The parties will pay all costs related to the arbitration equally.

**CHOICE OF LAW AND FORUM**

This site (excluding third party linked sites) is controlled by MOBE from its offices within Malaysia. It can be accessed from all countries around the world to the extent permitted by site. As each of these places has laws that may differ from Malaysia, by assessing this site, both you and the MOBE agree that the statutes and laws of Malaysia shall apply to any actions or claims arising out of or in relation to this Agreement or your use of this site, without regards to conflicts of laws principles thereof. You and MOBE also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of Malaysia and any legal proceedings shall be conducted in English. MOBE makes no representation that materials on this site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited.\\

**BANK CARD STATEMENTS**

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:
1) MOBE.COM
2) MOBEORDER.COM
3) We Sell Good Traffic
4) AW*mobemarketplace60321811241

**MISCELLANEOUS**

This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law

...provider shall be authorized, unheard of as is best exemplify the expense is each authenticated provider when the time is approach to...

**COMPANY ADDRESSES**

MOBE, Ltd. Soho Suites at KLCC B1-26-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia

MOBE Processing.com, Inc. 13506 Summerport Village Parkway, Windermere, Florida 34786

MOBE Pro, Ltd. Third Floor, 207 Regent Street, London W1B 3HH

This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.

MOBE Ltd. | All Rights Reserved.

© Internet Funnel System™ 2018–The Easiest Way To Earn 6 Figures From Home   Terms and Conditions   Income Disclosure Statement   Privacy Policy

PX 89

FTC-MOBE-004438

Patriot Funnel System - Internet Explorer

https://patriotfunnelsystem.com/?aff_id=1760 | Patriot Funnel System



# Discover How A War Veteran Uncovered The Secret To Earning Up To $3,300/day From His Sweat-box Living Quarters In Afghanistan.

### Copy his secret and you can too. It's much easier than you think.

**We are confident anyone can make money using this powerful system.**

★ **Fast**—Discover how to start earning money immediately!
★ **Simple**—It's as easy as copy and paste! No experience required!
★ **Fun**—Work when & where you want ... just 60 minutes per day will get you started!
★ **Limited availability**—apply now!

## Top Secret FREE Video Reveals Strategy For Limited Time!

**Enter your best email and watch now!**

| Enter your email address |

**GET INSTANT ACCESS**

## Here are just a handful of the people whose lives have changed by working the system.

There's John Chow who has been at it for a couple years and earned over $2 million!



And then there's Adeline—a complete "newbie" who has made $207,635.



... and Michelle and Bill who have earned a whopping $848,002.



Here's Debra—a former schoolteacher—who has been able to retire early after earning $72,284.



Now, admittedly John is a blogger and Michelle and Bill had some online marketing experience.

**But this works for regular people too.**

Like Ernest Lim, from Sydney Australia, who has earned $50,236.78.

And one of my favorites ...

Frank, who has been able to make money with PFS even though he's 85 years old!

With PFS you can live without 'money worries' for the rest of your life.




**PX 90**

FTC-MOBE-004439

Results shown are not typical. See typical results here.

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2018—Patriot Funnel System · **Terms & Conditions** · **Income Disclosure** · **Privacy Policy** · **Support**

https://patriotfunnelsystem.com/?aff_id=1760    Internet Explorer 11.0.9600.18894                9:36:50 AM 1/19/2018                    Windows 7 Professional 64-bit Build 7601

PX 90                    FTC-MOBE-004440



**Need help with your order?**
**1-844-662-3787**

## Get Instant Access To A Step-by-Step System Where You'll Discover How To Promote High Ticket Offers Online With Payouts Of Up To $15,000 Per Sale ...


**COACHING**


**TRAINING**


**DONE FOR YOU FULFILLMENT**


**DONE FOR YOU FUNNELS**

### Step 1 - Enter Your Personal And Billing Details Below...

**Personal info**

First Name

Last Name

Email Address

Phone Number

**Billing info**

Address Line 1

Address Line 2

City

United States

Select State

Postal Code

☑ Billing Address same as Shipping

### Step 2 - Complete Your Order by Entering Your Credit Card Details Below...

**Credit Card info**

VISA · Mastercard · American Express · DISCOVER

Credit Card #        Credit Card #

CVV Code             CVV Code

Expiration:          01 (Jan)         2017

| Sub Total | $49.00 |
|-----------|--------|
| Shipping | $0.00 |
| Sales Tax | $0.00 |
| **Grand Total** | $49.00 |

☐ By checking here I agree to the **terms and conditions** of this purchase and that I will be charged **$49.00** US Dollars.

**Need Help?**
Call 1-844-MOBESUPPORT or visit
**support** to submit a help ticket.



See the results of people who've used
this **Step-by-Step System** ...





We Guarantee You'll Be Satisfied With
Your Course And Coaching In 30 Days,
Or **We'll Happily Give You Your Money
Back.**

PX 90

FTC-MOBE-004441

**ORDER NOW!**

If you need any assistance in placing your order, please don't hesitate to call us at 1-844-662-3787.  If you can't get through, please leave your details in a support ticket at MOBE.com/support, and we'll call you back.

https://patriotfunnelsystem.com/forms/21steps/order.php?aff_id=1760
Internet Explorer 11.0.9600.18894

9:57:28 AM 1/19/2018
Windows 7 Professional 64-bit Build 7601

PX 90

FTC-MOBE-004442



# MY OWN BUSINESS EDUCATION, LTD. ("MOBE")

**ACCEPTANCE OF TERMS THROUGH USE**

By using this site, you ("User") signify your agreement to these terms and conditions. If you do not agree to these Terms and Conditions please do not use this site. Please check this page periodically for changes as the owner of this site ("MOBE") reserves the right to revise this Agreement. In the event of a change to this Agreement, your continued use of this site following the posting of any changes constitutes acceptance of such changes. The MOBE reserves the right to terminate a User's use of this site at any time without notice and may do so for any breach of this Agreement.

YOU MUST BE 18 OR OLDER TO AGREE TO THIS AGREEMENT AND USE THIS SITE

This Agreement must be completed, understood and agreed to by a person over 18. If a parent or guardian wishes to permit a person under 18 to access this site, he or she should email MOBE at privacy@mobe.com with his or her explicit permission and acceptance of full legal responsibility. If you are not yet 18 or are accessing this site from any country where this material is prohibited, please exit now as you do not have proper authorization.

**LICENSE TO USE THIS SITE**

Upon your agreement, MOBE hereby grants you a non-exclusive, non-transferable limited license to use this site in strict accordance with the terms and conditions in this Agreement. You agree not to make any false or fraudulent statements as you use this site. You acknowledge and agree that all content and services available on this site are property of MOBE and are protected by copyrights, trademarks, service marks, patents, trade secrets, and other proprietary rights and laws, in the U.S. and internationally. All rights not expressly granted herein are fully reserved by MOBE, its advertisers and licensors as described in the privacy policy. You agree to pay for any and all purchases and services using your name and payment information through this Site, not to challenge any such charges and to pay for all collections and/or attorney's fees resulting from any non-payment.

**LICENSE RESTRICTIONS USE**

Except as may be explicitly permitted, you agree not to save, download, cut and paste, sell, license, rent, lease, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from materials from this site. Systematic retrieval of data or other content from this site to create or compile, directly or indirectly, a collection, database or directory without written permission from MOBE is prohibited. In addition, use of the content or materials for any purpose not expressly permitted in this Agreement is prohibited.

**SECURITY**

You agree that if you are issued a Username and Password by MOBE, you shall use your best efforts to prevent access to this site through your Username and Password by anyone other than yourself, including but not limited to, keeping such information strictly confidential, notifying (**privacy@mobe.com**) MOBE immediately if you discover loss or access to such information by an unauthorized party and by using a secure Username and Password not easily guessed by a third party.

You agree that you shall not try to reverse assemble, reverse compile, decompile, disassemble, translate or otherwise alter any executable code, contents or materials on or received via this site. You understand that such actions are likely to subject you to serious civil and criminal legal penalties and that MOBE shall pursue such penalties to the full extent of the law to protect its rights and the rights of its other licensors.

**EXPORT**

You agree that you shall comply with all applicable export and import control laws and regulations in your use of this site, or materials or services received through this site, and, in particular, you shall not export or re-export anything on or received through this site in violation or local or foreign export laws and/or without all required U.S. and foreign government licenses.

**GOVERNMENT USE**

If you are a branch or agency of the U.S. Government, the following provision applies. This site, code, contents, services and accompany documentation are comprised of "commercial computer software" and "commercial computer software documentation" as such terms are used in 48 C.F.R. 12.212 (SEPT 1995) and are provided to the Government (i) for acquisitions by or on behalf of civilian agencies, consistent with the policy set forth in 48 C.F.R. 12.212; or (ii) for acquisitions by or on behalf of units of the Department of Defense, consistent with the policies set forth in 48 C.F.R. 227.7202-1 (JUN 1995) and 227.7202-3 (JUN 1995. Unpublished rights reserved under the copyright laws of the United States.

**ERRORS AND CORRECTIONS**

While we use reasonable efforts to include accurate and current information on our Site, we do not warrant or represent that the Site will be error-free. Data entry errors or other technical problems may sometimes result in inaccurate information being shown. We reserve the right to correct any inaccuracies or typographical errors on our Site, including pricing and availability of products and services, and shall have no liability for such errors. We may also make improvements and/or changes to the Site's features, functionality, or content at any time. If you see any information or description you believe to be incorrect, please contact us and we'll verify it for you.

**LINKS TO OTHER WEBSITES**

Our Site contains links to other websites for your information and convenience, or to provide additional shopping for various other goods and services through our Merchant and Services Partners (as also described in MOBE's privacy policy). These third-party websites are responsible for, and undertake to maintain, their own site terms of use. We suggest that you carefully review the terms of use of each site you choose to access from our Site.

**USER'S LICENSE GRANT TO SITE**

PX 90

FTC-MOBE-004443

Except with regard to personal information, all information which you post on this site or communicate to MOBE through this site (collectively "Submissions") shall forever be the property of MOBE. MOBE shall not treat any submission as confidential and shall not incur any liability as a result of any similarities that may appear in future MOBE services or products. Without copy, MOBE shall have exclusive ownership of all present and future existing rights to any Submission of every kind and nature everywhere. You acknowledge that you are fully responsible for the message, including its legality, reliability, appropriateness, originality and copyright. You hereby represent and warrant that your Submission does not infringe the rights of any third party.

**USER CONDUCT**

By using features of this site that allow you to post or otherwise transmit information to or through this site, or which may be seen by other users, you agree that you shall not upload, post, or otherwise distribute or facilitate distribution of any content – including text, communications, video, software, images, sounds, data, or other information – that:

   **1** is unlawful, threatening, abusive, harassing, defamatory, libelous, deceptive, fraudulent, invasive of another's privacy, tortuous, obscene, sexually explicit or graphic, or otherwise in violation of this site's rules or policies.

   **2** infringes any patent, trademark, service mark, trade secret, copyright, moral right, right of publicity, privacy or other proprietary right of any party;

   **3** constitutes unauthorized or unsolicited advertising, junk or bulk email (also known as "spamming"), chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

   **4** contains software viruses or any other computer code, files, or programs that are designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party; or

   **5** impersonates any person or entity, including any employee or representative of this site, its licensors or advertisers.

You also agree that you shall not harvest or collect information about the users of this site or use such information for the purpose of transmitting or facilitating transmission of unsolicited bulk electronic email or communications for any other commercial purpose of your own or a third party.

You further agree that you shall not solicit or collect information, or attempt to induce any physical contact with, anyone 18 years old or younger without appropriate parental consent.

This site generally does not pre-screen, monitor, or edit the content posted by users of this site. However, this site and its agents have the right, at their sole discretion, to remove any content that, in this site's sole judgment, does not comply with the Site Submission Rules or is otherwise harmful, objectionable, or inaccurate. This site is not liable for any failure, delay, damages or results, in removing such content.

You agree that your use of this site may be suspended or terminated immediately upon receipt of any notice which alleges that you have used this site in violation of these Rules and/or for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations, etc. of its agents, officers, directors, contractors or employees. In such event, you agree that the owner of this site may disclose your identity and contact information, if requested by a government or law enforcement body or as a result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or result of a subpoena or other legal action, and the owner of this site shall not be liable for damages or results thereof, and you agree not to bring any action or claim against the owner of this site for such disclosure.

**INTELLECTUAL PROPERTY RIGHTS**

   1. *Copyright*

The Site design, text, content, selection and arrangement of elements, organization, graphics, compilation, magnetic translation, digital conversion, and other matters related to the Site are protected under applicable copyright laws, ALL RIGHTS RESERVED. The posting of any such elements on the Site does not constitute a waiver of any right in such elements. You do not acquire ownership rights to any such elements viewed through the Site. Except as otherwise provided herein, none of these elements may be used, copied, reproduced, downloaded, posted, displayed, transmitted, mechanical, photocopying, recording, or otherwise, without MOBE's prior written permission.

   2. *Trademark*

MOBE name, logo, and all product names, MOBE names, and other logos, unless otherwise noted, are trademarks and/or trade dress of MOBE. The use or misuse of any Marks or any other materials contained on the Site, without the prior written permission of their owner, is expressly prohibited. Use of a MOBE Trademark or other logo without permission may result in termination of the Consultant's relationship.

**THIRD PARTY SITES**

You may be transferred to online merchants or other third party sites through links or frames from this site. You are cautioned to read their Terms and Conditions and/or Privacy Policies before using such sites. These sites may contain information or material that is illegal, unreasonable or that some people may find inappropriate or offensive. These other sites are not under the control of MOBE and are not monitored or reviewed by MOBE. The inclusion of such a link or frame does not imply endorsement of the site by MOBE, its advertisers or licensors, any association with its operators and is provided solely for your convenience. You agree that MOBE and its licensors have no liability whatsoever from such third party sites and your usage of them. You acknowledge and appreciate the risk associated with purchasing from third parties.

**REFUNDS**

MOBE offers a thirty-day, money back guarantee on certain products. You should review the product or service agreements for your purchase to determine what refunds are offered, if any. Mastermind event purchases are non-refundable, and once three business days has passed from the time of the Mastermind event purchase all sales are final. Attendance at any live event also preempts any refund period, so once you have entered a live event all sales are final. All subscription fees are nonrefundable as the benefits of the service are realized immediately upon payment. MOBE complies with all local laws and regulations so refunds may be offered for longer periods where necessary.

**DISCLAIMER OF WARRANTIES**

FTC-MOBE-004444

MOBE, its advertisers and licensors make no representation or warranties about this site, the suitability of the information contained on or received through use of this site, or any service or products received through this site. All information and use of this site are provided "AS-IS" without warranty of any kind. MOBE, advertisers and/or its licensors hereby disclaim all warranties without regards to this site, the information contained or received through use of this site, and any services or products received through this site, including all express, statutory, and implied warranties of merchantability, fitness for a particular purpose, title and non-infringement. MOBE, advertisers and/or its licensors do not warrant that the contents or any information received through this site are accurate, reliable or correct; that this site will be available at any particular time or location; that any defects or errors will be corrected; or that the contents of any information received through this site is free of viruses or other harmful components. Your use of this site is solely at your risk. User agrees that it has relied on no warranties, representations or statements other than in this agreement. Because some jurisdictions do not permit the exclusion of certain warranties, these exclusions may not apply to you but shall apply to the maximum extent permitted by law of your jurisdiction.

**LIMITATION OF LIABILITY**

Under no circumstances shall MOBE, advertisers and/or its licensors be liable for any direct, indirect, punitive, incidental, special, or consequential damages that result from the use or inability to use, this site. This limitation applies whether the alleged liability is based on contract, tort, negligence, strict liability, or any other basis, even if MOBE, advertisers and/or its licensors have been advised of the possibility of such damage. Because some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, the MOBE, advertisers and/or its respective licensors' liability in such jurisdictions shall be limited to the maximum extent permitted by law of your jurisdiction.

**INDEMNIFICATION**

You agree to defend, indemnify, and hold harmless MOBE, its advertisers, licensors, subsidiaries and other affiliated companies, and their employees, contractors, officers, agents and directors from all liabilities, claim, and expenses, including attorney's fees, that arise from your use of this site, or any services, information or products from this site, or any violation of this Agreement. MOBE reserves the right, at it own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you shall cooperate with MOBE in asserting any available defenses

**LEGAL COMPLIANCE**

MOBE may suspend or terminate this Agreement or User's use immediately upon receipt of any notice which alleges that User has used this site for any purpose that violates any local, state, federal or law of other nations, including but not limited to the posting of information that may violate third party rights, that may defame a third party, that may be obscene or pornographic, that may harass or assault other, that may violate hacking or other criminal regulations of its agent, officers, directors, contractors or employees. In such event, MOBE may disclose the User's identity and a subpoena or other legal action, and MOBE shall not be liable for damages or results thereof and User agrees not to bring any action or claim against MOBE for such disclosure.

**DISPUTE RESOLUTION & BINDING ARBITRATION**

USER AND MOBE EXPRESSLY AGREE THAT ALL ARBITRATIONS WILL BE LIMITED TO INDIVIDUAL, NOT REPRESENTATIVE CLAIMS OR CLASS CLAIMS.

In the event that the parties to this Agreement dispute the terms, application of the terms of this agreement, or performance hereunder, the parties hereto agree to submit all disputes to binding arbitration governed by the American Arbitration Association and under the Commercial Rules. A single arbitrator will oversee the arbitration. The arbitrator only has authority to award contract damages, and does not have authority to award any punitive, special or consequential damages. User and MOBE agree that all hearings will be held telephonically. Such arbitration will be final and binding on MOBE and User and judgment upon any award rendered may be entered in any court having jurisdiction therefor. Each Party's Attorneys fees will be paid by the respective party. The parties will pay all costs related to the arbitration equally.

**CHOICE OF LAW AND FORUM**

This site (excluding third party linked sites) is controlled by MOBE from its offices within Malaysia. It can be accessed from all countries around the world to the extent permitted by site. As each of these places has laws that may differ from Malaysia, by assessing this site, both you and MOBE agree that the statutes and laws of Malaysia shall apply to any actions or claims arising out of or in relation to this Agreement or your use of this site, without regards to conflicts of laws principles thereof. You and MOBE also agree and hereby submit to the filing of any claim only in the exclusive personal jurisdiction and venue of Malaysia and any legal proceedings shall be conducted in English. MOBE makes no representation that materials on this site are appropriate or available for use in other locations, and accessing them from territories where their contents are illegal is prohibited.

**RECURRING TRANSACTIONS**

Certain products are sold as a monthly service and the recurring monthly fee is clearly noted on the individual product page. If you purchase a product with a recurring charge, the first month is delivered upon purchase. Following months will automatically be billed to your credit card beginning 30 days after this purchase, and on the same date each month thereafter until canceled. There is no long-term contract. You are free to cancel the monthly subscription anytime you like, provided you give our support desk at least 4 business days notice before the next re-billing.

**BANK CARD STATEMENTS**

If you purchase any product from any of our websites, your card statement descriptor will reflect a charge from one of the following:
1) MOBE.COM
2) MOBEORDER.COM
3) MOBEHLEP.COM
4) We Sell Good Traffic
5) AW*mobemarketplace60321811241
6) mobe.com18446623787 GE

**MISCELLANEOUS**

This Agreement incorporates by reference the Site Submission Rules if this site allows posting and posts such Rules. This

FTC-MOBE-004445

Agreement constitutes the entire agreement between the parties related to the subject matter thereof, supersedes any prior or contemporaneous (oral, written or electronic) agreement between the parties and shall not be changed except by written agreement signed by an officer of MOBE. If any provision of this Agreement is prohibited by law are held to be unenforceable, the remaining provisions hereof shall not be affected, and this Agreement as much as possible under applicable law shall continue in full force and effect as if such unenforceable provision had never constituted a part hereof and the unenforceable provision shall be automatically amended so as to best accomplish the objectives of such unenforceable provision within the limits of applicable law.

**COMPANY ADDRESSES**

MOBE, Ltd. Soho Suites at KLCC B1-28-8 NO.20, Jalan Perak Kuala Lumpur, 50450 Malaysia
MOBE Processing.com, Inc. 13506 Summerport Village Parkway, Windermere, Florida 34786
MOBE Pro, Ltd. Third Floor, 207 Regent Street, London W1B 3HH
MOBE Online, Ltd. 54 Wellington Street Rose-Hill Mauritius

This site reserves the right to revise these provisions at its discretion, so check back from time to time to be sure you are complying with the current version.

MOBE Ltd. | All Rights Reserved.

Internet Explorer          11.0.9600.18894              9:38:40 AM 1/19/2018              Windows 7 Professional 64-bit Build 7601

PX 90          FTC-MOBE-004446



MOBE owns multiple trademarks and branded offerings, such as: Internet Funnel Systems, 45 Minute Paydays and My Top Tier Business.

MOBE's goal is to be the #1 Training Resource For Small Business Owners and Entrepreneurs In The World. To achieve that goal, MOBE has recruited some of the top business trainers in the world, as well as a strong corporate team of talent strategically located around the world. We have also built one of the top affiliate programs in our industry, where MOBE Consultants can earn commissions from the sales of our products, services and live events.

MOBE pays commissions in accordance with our compensation plan, located HERE. The MOBE Compensation Plan is an exciting opportunity that rewards you for selling Small Business Training Resources to customers. You can also benefit by sponsoring other participants who can do the same. Although the opportunity is unlimited, individual results will vary depending on the commitment levels and sales and marketing skills of each participant. This page contains detailed income statistics. The average Active MOBE Consultant generates less than $700 per year in commissions. Although, it should be noted that the majority of Consultants do not place ads to consistently promote programs for longer than 1 month. The "average" Consultant also does not finish the 21 Step program, and fails to even attend the weekly training webinars. The average Consultant does not appear to take it seriously and does next to nothing to promote the commissionable programs. Do not become an average Consultant. Make sure you do not turn into a statistic, by completing all of the training steps, as well as attending all of the weekly training calls.

Some Consultants within MOBE have generated significant commissions, while others have generated no commissions at all. Results vary widely, and depend entirely on the individual doing the promoting. A strong work ethic and focusing on sales producing activities (eg. placing ads online for the various commissionable products, services and live events) are essential. We are excited about the income potential the MOBE Compensation Plan offers.

We always suggest that you discuss your business goals with your professional advisors. Prior to joining MOBE as a Consultant you should also discuss affiliate marketing with experienced affiliate marketers before deciding to promote any products, trainings, or services available through MOBE.

MOBE has no knowledge of your individual business experience or expertise. MOBE does not guarantee that you will make any money from your use or promotion of our business training products, trainings and services.

The following chart represents the past 12 months and includes data for everyone who joined any affiliate related program, no matter whether they promoted or not (many exhibited no marketing activity whatsoever). The chart does not include any income generated outside of the MOBE Compensation Plan or from their own businesses. In an attempt to provide transparency we have included the high, low and average monthly incomes in each income level as well as the annualized average income. We will update this chart annually.

### INCOME STATISTICS FROM DECEMBER 2016 TO NOVEMBER 2017

| Monthly Income Level | % of All Consultants* | Monthly Income | | | Annualized Average Income |
|---|---|---|---|---|---|
| | | High | Low | Average | |
| $25,000 + | 1.50% | $589,652 | $117,497 | $212,570 | $1,409,961 |
| $10,000 – $24,999 | 1.83% | $20,651 | $10,751 | $14,563 | $174,755 |
| $5,000 – $9,999 | 2.50% | $9,351 | $5,017 | $6,894 | $82,726 |
| $2,500 – $4,999 | 3.99% | $4,932 | $2,571 | $3,308 | $39,693 |
| $1,000 – $2,499 | 9.07% | $2,488 | $1,014 | $1,655 | $19,865 |
| $500 – $999 | 8.65% | $992 | $502 | $697 | $8,367 |
| $250 – $499 | 9.98% | $500 | $251 | $350 | $4,206 |
| $0 – $249 | 62.48% | $248 | $0 | $61 | $732 |

* A Consultant is someone who has signed up to be an affiliate and maintains the $19.95 per month affiliate subscription fee. All figures are in US dollars.

Affiliate marketing is just like any business. It takes hard work to make substantial income. Affiliate marketing is no different. Some affiliates make no money at all.

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2018—Patriot Funnel System · Terms & Conditions · Income Disclosure · Privacy Policy · Support

PX 90

FTC-MOBE-004447