

What are you dreaming about for your retirement?

If You Have **Less Than $1 Million** For Your Retirement, We Can Help! Take This...

**30** Second Quiz

Discover the NO Savings Retirement Plan. We Can Create Your Dream Retirement Lifestyle In 12 Months.

START

Click answers for INSTANT ACCESS
- Simple
- Fast
- Fun

3 Simple Steps

STEP 1
STEP 2
STEP 3

Copyright © 2017---Ultimate Retirement Breakthrough
Terms & Conditions - Income Disclosure - Privacy - Support

Microsoft Edge Content Process     11.0.16299.15     11:54:00 AM 1/18/2018     Windows 10 Education 64-bit Build 16299

PX 91     FTC-MOBE-004448



**Here's the honest TRUTH ... You've been lied to ...**

## If You Are In Or Approaching Retirement And You've Got **Less Than A Million** (**$1,000,000**) In Your Pension Fund, **You've Got A BIG Problem**

**But it's not your fault!**

And if you can trust us just a little bit we can help you solve it.

We urge you to drop everything you are doing right now and read this short letter because it will be THE most important information you'll ever see.

You're about to discover a NEW way to create your *ultimate retirement lifestyle*.



Results shown are not typical. See the earnings disclosure here.



**GET ACCESS**

**Hi,**

We're Chris and Susan and right now we're standing on a fabulous beach on the beautiful Caribbean coast of Mexico but we normally live just outside London in the UK.

Just in the last 18 months we've been blessed to travel all over the world.

We've been swimming with dolphins in Mexico, canoeing in the mangrove swamps of Curacao, experienced our first cruise, jet skiing and parascending in the Caribbean, snorkeling on a coral reef, swimming in underground secret caves, zip lining in the Dominican Republic, rock wall climbing, skiing in the French Alps, horse riding on the beach as well as in the Arizona desert, dune buggy driving in Portugal ... and more.



Do you remember when you were young saying "*someday I will* ..." And it didn't matter what you wanted to do, you said it without limitation and without a thought for how it would happen. You just believed it would.

**Unfortunately times have changed.**

When you dream about retirement today do you imagine working until the end of your days?

Or, do you visualise this:





FTC-MOBE-004449



We're accountants and management consultants by profession and just a few short years ago in our mid-fifties we were working 6-7 days a week, 10-12 hours a day ...

Always at the beck and call of our clients, even when we grabbed a short break on the ski slopes the mobile phone would ring.

We had a good income but we had **NO TIME**.

No time for us, no time to travel, no time for our family and certainly no time to do the things we really wanted to do in life **AND** ...

## Retirement was on the horizon.

You know what's really frightening for us baby boomers?

It's watching your entire nest egg vanish before your very eyes just before you want to retire ... and suddenly realising you may literally have to work until the day you die.

We never thought it could happen to us .. it's the sort of thing that only happens to other people. **BUT IT DID**.

Back in 2005—with good advice at the time—we decided to invest in property to create our pension and fund our retirement. We even went on a course to learn how to do it properly as we knew there were lots of pitfalls.

But no course in the world can teach you how to avoid a major worldwide recession.

## Our pension was in danger of becoming a millstone round our necks.

Our retirement fund was blown out of the water and our friends and family didn't realise the severity of the predicament we were in.

They just told us, *"keep on working and it'll be alright."*

But for us, hoping and praying wasn't an option. We had to find a way out.

We weren't going to work for the rest of our lives or live hand to mouth on a tiny pension.

So we sat down and thought long and hard about our future (maybe you've done that too)!

Now as luck would have it, we'd been searching for online education to enable our clients to leverage the internet and expand their businesses.

It was through this research that we discovered we could actually build a business online **AND** it was one we could start part time and straight away.

## You may be thinking as you read this letter that it's too late ...

That you can't possibly start a business at your age.

But don't let these false beliefs hold you back from living the life of your dreams.

In fact according to a recent article in Forbes, 52% of new home business owners are over 55 and 79% are over 45.

So this is something you seriously need to consider.

For us, if we wanted to do the things we always dreamed of we had no choice ... **so we made a decision.**

One that would change our future, give us back our time ...

✓ Time for **US**

✓ Time to **TRAVEL**

✓ Time to do the things **WE REALLY WANTED** to do in life

✓ And of course spend **TIME WITH OUR FAMILY** and especially our Grandchildren

## Honestly, the first couple of years we struggled & our income was erratic.

We'd learnt some new skills and thought we had all the pieces but somehow they just didn't fit together.

We were determined we would succeed and failure wasn't an option.



FTC-MOBE-004450

Finally we discovered the missing piece of the jigsaw and everything fell into place.

We found a professional business that had the three key elements that are absolutely crucial to your success:

**#1** You have to work with people who have done what you want to do and are willing to help and guide you.

**#2** You have to have a proven system that's simple to follow and will work for you even if you've never done anything like this before.

**#3** You need a personal coach who will take you by the hand and show you exactly what to do step by step.

It works for us and thousands of others and we know it can work for you too.

 

Results shown are not typical. See the earnings disclosure here.

We now have a multiple six-figure, online business that allows us to fulfill our passion for teaching and training and helps us to bring education to children in third world countries.

We firmly believe that online entrepreneurship will help people just like you create a better life for yourself in or approaching retirement ...

✓ To work from anywhere in the world

✓ Travel to exotic locations

✓ Pursue passions and causes

✓ Meet and collaborate with extraordinary people

✓ Control your destiny, your pension and your financial future

**Let us ask you a very important question.**

 

My Dad died when he was 70 and I think about that all the time. That's only 7 years for me if I'm on a similar path.

The question for you is how do you want to spend your remaining years and what will your life be like?

Will you be doing the things you've always wanted to do?

You see my parents always talked about what they would do when they retired but my Dad died suddenly just after his 60th birthday and they never fulfilled that dream.

When this happened I thought, "we can't wait until WE retire to start enjoying life."

**BUT** we saw it happening to us too. We were stuck working all hours God sends, not enjoying our life and with no change in sight. Our retirement plans had been blown out of the water and life looked pretty bleak.

So ...

If you are listening to us now and you are in your 40s, 50s or 60s and looking forward to the day when you have the time and the money to really enjoy life, we're telling you **PLEASE DON'T WAIT!**

There's a much better way **AND** it will change your life starting TODAY.

(And if you're like us and want to enjoy life right now then we have a gift for you)

FTC-MOBE-004451

*I know that if my Dad were alive today he would say,*

*"Don't wait for tomorrow because tomorrow may never come."*

**As you can imagine we were over the moon to find this opportunity. One which would rescue our retirement and improve our life right away.**

That sounded more like it!

**NOW** we …

✓ Work from anywhere in the world

✓ Travel to exotic locations

✓ Pursue passions and causes

✓ Control our own destiny

✓ Don't have to worry about job security, our pension or our financial future

And it really works!

Not just for us but like we said, for thousands of others too.

 

Results shown are not typical. See the earnings disclosure here.

So if you're a baby boomer like us, we'd ask you to imagine how your life would change if you had access to this incredible system?

**Maybe it's a change you NEED to make.**

Because the sad fact is, the majority of professional and business people don't put enough money away for their retirement. They keep their heads buried in the sand just like we did; because we were afraid to confront the brutal reality of our situation … that we were simply not prepared for retirement.

Let's be **HONEST** …

Money gives you choices.

The choice to really enjoy your life and help others in the process.

Our amazing turnaround has made us very humble and extremely grateful.

It's exciting for us at this age to have the ability to flip a switch and literally generate income "on demand."

 

We see so many people around the world who are really struggling because they haven't made the right decisions and don't know which way to turn.

They want more than anything else to experience what they see others achieving …

But because they don't have the right education, system and coaching they continue to go through life wishing and wanting more.

Unless you have a plan to take action, the sad fact is you may just have to work for the rest of your life!

In fact studies show that 95% of people will never be financially secure.

With all that said …

FTC-MOBE-004452

To trust us?

Let us take you on a new journey so you can experience real results for yourself by using our system.

Systems work, people fail!

A system that will help you become one of those people who doesn't just hope for more time and money, but who actually experiences it.

We did it, and thousands of others have done it too.

Today we and they have very different lifestyles …



*Grand Canyon Trip*

✓ We travel the world

✓ We go where we want when we want, and

✓ Our business travels with us

We want **YOU** to achieve what **WE** have, but even faster and easier without making our mistakes and wasting time.

*Cheers to your success!*

## This is what many people were experiencing before they joined our system & changed their lives.



✗ They couldn't see how retirement would ever happen

✗ They were living hand to mouth on a tiny pension

✗ They were struggling to maintain a comfortable lifestyle in  retirement



✗ They found out the hard way that traditional MLM/Network  Marketing companies simply don't work as promised

✗ They were skeptical of technology and working online

✗ They were tired of corporate life



✗ They had overwhelming debt

✗ They were running out of time to do things and worried that life was passing them by

✗ They wanted luxuries they simply couldn't afford



✗ They wanted a new challenge, to pursue new adventures and meet new and exciting people

✗ They had physically demanding jobs they could no longer continue

And let's be honest, we all have …

Then we want you to take an honest look at your retirement and stop burying your head in the sand.

We know you may not want to because we didn't either.

But you need to have an honest conversation with yourself.

Accept the fact you are not getting any younger and are probably not in the best financial position for your future retirement.

Only you know your true financial situation and can control your destiny.

Only **YOU** can change things.

**But you're not alone.**

We're here to help you.

If we could turn back the clock 25 years we would tell ourselves that time is the most precious commodity in life and time runs out!



But we can't.

Luckily though, **YOU** can do something about it!

And you can do it **NOW**.

**We want you to stop everything you're doing and think seriously about this important message because from the bottom of our hearts we want you to experience some of the best years of your life just like we do ...**

✓ To look seriously at mid-life entrepreneurship as your future.

✓ To begin a new chapter in your life.

✓ One you will absolutely love!

**We've even arranged for you to receive a free gift, valued at more that $197, that will seriously help you on your new journey (more on that in a few minutes).**

*(We'll give it to you as a free gift today when you choose to join us)*

We're challenging traditional retirement advice and showing you a **NEW WAY**.

One that doesn't require 40 years of scrimping and saving to pay for your future.

We understand that you may be frightened to look at your retirement and the realisation it comes up short.

But trust us if you don't do something about it nothing will change.

We're offering you a different and more fulfilling path.

And to reward you for your time today we're going to make you an offer you simply cannot refuse.



There's just one catch ...

You have to act fast because unfortunately we can't work with everyone.

Click the button below to claim your spot before it's gone.

When all the spots are filled this page will shut down and you'll see a message that says, "Sorry, we cannot accept any new members."

Don't let that happen to you.

Don't let this opportunity to create a reliable income and new lifestyle working from home pass you by.

### Imagine if you do nothing?

What will life look like for you in 10, 20 or 30 years time?

Respond right now!

You'll get the entire system called:

## ULTIMATE RETIREMENT BREAKTHOUGH

... for a fraction of what we could charge .



**BUT** you have to act right now.

### You see, the price is the good news ...

Think about how much you would invest for a completely "done for you" system that can help you immediately start earning an extra $5,000 – $10,000 per month or more?

If you could make that kind of money in as little as sixty minutes a day ...
The value of that gift would indeed be priceless.

Today you won't invest thousands of dollars to get started, which is the real value of this incredible system.

Instead, we have worked it out so you can get started for just $49.

And the best part is that small investment (as you will soon see) can start earning you $1,250, $3,300 or even $5,500 or more, over and over again.

**BUT** ...

**The bad news is that this offer is extremely time sensitive.**

Once our allotted positions are filled they'll be gone forever.

WHY?

Because this system is real … And we only want to make it available to people who are decisive … who will USE this incredible system to create life-changing results, starting right away.

So if you want …

✓ Time freedom …

✓ Time for you …

✓ Time to travel …

✓ Time to do all of the things you want to do and the money to do it …

**Then make that choice right away.**

Give yourself peace, freedom and financial security.

Learn something new.

And choose what places in the world you would like to see and what experiences you would like to have.

If you had an extra 5 or 10 thousand dollars per month, what would you do with it?

And if you're not sure where to begin then let us help you.



You'll get all the training to succeed that you've maybe never had before.

You don't have to retire the same way your parents did.

Instead you can do something worthwhile, something you love, something fun and rewarding and enjoy your retirement at the same time.

Everyone needs a reason to get up in the morning and for us and many others like us this is it!

Take the easy step now and join our community of like-minded people who help each other succeed.

**If you're staring at your retirement situation & don't like what you see …**

Then choose to join us now and get your hands on the most powerful top-tier income generating system in the world.

This is real income you can create for yourself and you can even hand it down to future generations …

Your children or your grandchildren.

In fact, we're so certain it will change your life that we're giving you our 100%, 30-day money back guarantee.



In full.

No questions asked!

So go ahead and click the button below right now.



 GET ACCESS 

# PX 91

FTC-MOBE-004455

You're just one small step away from getting your hands on the ONLY automatic, income generating system of it's kind.

## It's YOUR ULTIMATE RETIREMENT BREAKTHROUGH!

There are literally dozens of people currently reading this letter and at any moment we could reach our maximum capacity and close the doors forever.

This is not just about you making more money. It's about taking care of yourself, your future and the people who matter to you the most.

Take that leap of faith like we did. You have **NOTHING** to lose and **EVERTHING** to gain.

Hit the button now and claim your spot.

We personally guarantee you won't regret it.

We're Chris and Susan and we can't wait to meet you on the beaches of the world and help you achieve **YOUR** Ultimate Retirement Breakthrough!

*Like we said earlier, we have also arranged for you to receive a free bonus gift when you get started with us here today valued at more than $197.*

*This book is guaranteed to help you discover how to make a lot more money and it will help you avoid the mistakes we have made along the way.*

*We know you will love it because we can relate to you!*

*You really do need to act RIGHT NOW.*

  GET ACCESS 

See you soon!
*Chris & Susan Beesley*

Copyright © 2017—Ultimate Retirement Breakthrough
Privacy Policy | Income Disclosure | Terms and Conditions



# Get Instant Access To This System Now, And Start Profiting With $1,250 - $10,000 Commissions …

**Step 1—Enter Your Personal And Billing Details**



## Personal info

👤 First Name

Last Name

✉ Email Address

🪪 Phone Number

## Billing info

📍 Address Line 1

📍 Address Line 2

📍 City

📍 United States

Select State

📍 Postal Code

Billing Address same as Shipping

## Here's everything you get:

Your own 1-on-1 business coach to guide you through the training

Proven websites and marketing funnels that turn traffic into cash for you

You earn up to $10,000 in commissions for each sale that is made FOR YOU.

Quality products that provide REAL value

Daily training calls for members only



**PX 92**      **FTC-MOBE-004457**

**Step 2—Complete Your Order by Entering Your Credit Card Details Below ...**

Merchant processing and accounting

Access to my staff of over 150 people who will do a lot of the work for you



### Watch some of the results achieved using the Laptop Lifestyle System



| Credit Card info | |
| --- | --- |
| Credit Card # | Credit Card # |
| CVV Code | CVV Code |
| Expiration: | 01 (Jan)  2017 |

| | |
| --- | --- |
| Sub Total | $49.00 |
| Shipping | $0.00 |
| Sales Tax | $0.00 |
| **Grand Total** | $49.00 |

☐ By checking here I agree to the terms and conditions (https://mttbsystem.com/terms-conditions/) of this purchase and that I will be charged $49.00 US Dollars.

### Order Now!

**If you need any assistance in placing your order, please don't hesitate to call us at 1-844-662-3787. Or if you prefer, leave your phone number in a support ticket (https://mobe.com /support) and we'll call you back.**



**PX 92**

**FTC-MOBE-004458**

Laptop Lifestyle System | Copyright © 2018 All Rights Reserved

**Privacy Policy | (http://www.laptoplifestylebusiness.online/privacy-policy/) Income Disclosure |**
**(http://www.laptoplifestylebusiness.online/income-disclosure/) Terms and Conditions |**
**(http://www.laptoplifestylebusiness.online/terms-and-conditions/) Support (https://mobe.com**
**/support/)**

**PX 92**            **FTC-MOBE-004459**



Congratulation on Moving F ×

Secure | https://vimeo.com/222413223

vimeo Join Log in Host videos Sell Watch Search videos, people, and more Upload

# Congratulation on Moving Forwards in Your MOBE Business

11 months ago | More

Matt Lloyd BUSINESS + Follow

43 0 0 0 Download Share

A Special Message from Russell Whitney - Director of Events

Leave the first comment:

Add a new comment

Add a comment

More from Matt Lloyd

Autoplay next video

Congratulation on ...
Matt Lloyd

Sunset BG-v1
Matt Lloyd

Janice Allen & Alic...
Matt Lloyd

Rain Jones 21Steps
Matt Lloyd

Nico OSM VSL
Matt Lloyd

WEBINAR Audio ...
Matt Lloyd

Kelvin's WEBINAR
Matt Lloyd

OSM VSL Alice an...

**PX 93**



because their training system is
second to none

Matt Lloyd

Joe Mascow WEB...
Matt Lloyd

It's the exact same reason that most
online business efforts fail. Almost
NONE of the products, courses,
programs and any other online
business venture lack the ONE thing
that they need to be successful.

Kelvin's OSM VSL
Matt Lloyd

Show more...

| Vimeo | Help | More | Upgrade |
|-------|------|------|---------|
| About Vimeo | Help Center | On Demand | Vimeo Plus |
| Vimeo Blog | Video School | Upload | Vimeo PRO |
| Vimeo Guidelines | | Features | Vimeo Business |
| Partners | | Site Map | Vimeo Live |
| Students | | | Vimeo OTT |
| Developers | | | Refer a friend |
| Jobs | | | |

**Did you know?**
Customize your video URL and send people to
vimeo.com/mysweetvidname instead of
vimeo.com/123456.

TM + © 2018 Vimeo, Inc. All rights reserved.    Terms  |  Privacy  |  Copyright  |  Cookies    Made with ♥ in NYC.

Language: English    Mature content filter: None

**Google Chrome**      66.0.3359.181      11:02:07 AM 5/23/2018      Windows 7 Professional 64-bit Build 7601

FTC-MOBE-004461

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**Federal Trade Commission**,

      Plaintiff,

      v.

**MOBE Ltd.**, et al.,

      Defendants.

Case No. _____

<u>**FILED UNDER SEAL**</u>

**PLAINTIFF'S EXHIBITS TO *EX PARTE* MOTION AND**
**MEMORANDUM OF LAW IN SUPPORT OF A TEMPORARY**
**RESTRAINING ORDER AND ORDER TO SHOW CAUSE**
<u>**WHY A PRELIMINARY INJUCTION SHOULD NOT ISSUE**</u>

**VOLUME IV-C**

PX 94  MOBE Facebook Group pages (captured May 22, 2018 and May 23, 2018) ...................................................................................................4462

PX 95  Better Business Bureau webpage for MOBE Ltd. and Online Consumer Complaints (captured May 21, 2018) ..................................................................4526

PX 96  Wayback Machine Internet Archive:  mobe.com/about-us/our-team as of August 2016 (captured from web.archive.com on May 23, 2018) ......................4531

PX 97  OnlineIncomeRevolution.com (captured March 14, 2017) ..................................4540

PX 98  Select Webpage From Regus.ma (captured on May 29, 2018) ...........................4557





**M.O.B.E. Silver Masterclass Program**

🔒 Closed Group

8 💬
New posts today
227 in the last 30 days

9,316 👤
Members
+100 in the last 30 days

Created about 6 years ago by Matt Lloyd 🚩

**The Smart Sales System**
369 members
➕Join

**Rules for the Group, breaking them is not a information**
- No Promo Links
- Review requests are not permitted, specific questions
- Joint Venture questions are not permitted
- Only talk positive, no revealing of bad language
- No promoting of anything other than MOBE
- Please Keep social chat to a minimum

**MOBE UK & EUROPE**
381 members
➕Join

**Friend Requests**     See All

👤 Confirm Friend

**People You May Know**     See All ✕

👤 Add Friend

English (US) · Español · Portuguès (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ Cookies · More ▾
Facebook © 2018

Chat (Off)   ⚙ ✎ 👥





Titanium
Mastermind
Program

🔒 Closed Group





## Platinum Mastermind Program

🔒 Closed Group



## Diamond Mastermind Program

🔒 Closed Group



**Mastermind Marketing**
107 members    ➕ Join

**Online Wealth Partners With Bill &
Michelle Pescos...**
386 members    ➕ Join

**Friend Requests**    See All

▇▇▇▇   👤➕ Confirm Friend

**People You May Know**    See All ✕

▇▇▇▇   👤➕ Add Friend

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷·
Cookies · More ▾
Facebook © 2018

Chat (Off)

**PX 94**

FTC-MOBE-004469



wesellclicks.com
🔒 Closed Group



**Make Money Online**
150,984 members                                      + Join

**MOBE UK & EUROPE**
381 members                                          + Join

**Friend Requests**                                  See All

👥 Confirm Friend

**People You May Know**                              See All

👥 Add Friend

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2018

Chat (Off)

PX 94

FTC-MOBE-004471





**MOBE**
@mobe.official

🖒 Like          💬 Comment          ↪ Share

👍 3

| 👤 | Write a comment... | 😊 🖼️ |

Press Enter to post.

---

**MOBE**
5 hrs · 🌐          •••

MOBE Daily PowerUp Call : MOBE Daily PoerUp Calls with Roger Salam

MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBE Daily PoerUp Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of...

🖒 Like          💬 Comment          ↪ Share

👍 1

| 👤 | Write a comment... | 😊 🖼️ |

Press Enter to post.

See All

---

Posts

**MOBE**
7 hrs · 🌐          •••

Your attitude either draws people to you or repels them from you.

Attitude plays a bigger part in your success than you may even realize. If there's something about your surroundings that you don't like – whether it's the people you are surrounded with, your financial situation or your lifestyle – there's a good chance that your attitude is to blame.

In this video, filmed at the Real Estate Investing Summit during the Titanium Mastermind in the Dominican Republic, Roger Salam talks about the importance of attitude.

Watch here: https://mobe.com/your-attitude-is-your-attitude/

Chat (Off)          ⚙ 🖉 🖧

**PX 94**



**MOBE**
@mobe.official

MOBE.COM
**Your Attitude is Your Altitude - MOBE - My Own Business Education**

| 👍 Like | 💬 Comment | ↪ Share |

🔵 3


Write a comment...
Press Enter to post.

**MOBE**
14 hrs · 🌐

Congratulations to our newest MOBE Motors recipient Ben Sweet!

http://mobe.tv/ben-sweet-mobe-motors

Diamond Consultant Ben Sweet followed the traditional path many people follow to a career: he focused on school, got good grades, attended a good university and settled into a career corporate job. When he landed his dream job in corporate finance in London, Ben thought he had it made; until he realized that 40 plus years in a job was not going to provide true financial security nor the lifestyle of freedom in which he wanted to live. He knew that he needed to create his own business in order to achieve his dreams, but feared that was only a fantasy.

As fate would have it, the perfect opportunity presented itself when Ben got fired from his corporate job. He began an entrepreneurial journey which would help him reach his goals. Ben fought through the challenges of having no money and working a series of odd jobs while he made big changes in his life; recognizing the necessity of taking big risks and gaining an education about the power he could gain by leveraging the internet and finding the right system in which to build a successful online business.

After experimenting with several different online opportunities, Ben discovered MOBE and quickly applied the tools he had learned to place promotional advertising for various MOBE products. He is paid a commission for his sales and his success has helped him to qualify for one of MOBE most popular incentives – the MOBE Motors Program. Ben chose a recreational vehicle; a motor home on wheels where he can travel from place to place, work and/or sleep while he enjoys the lifestyle of freedom that he has created for himself. As long as Ben meets the regular qualifying criteria, MOBE will reimburse him monthly for the cost of his vehicle.

To discover how you can qualify to drive the car of your dreams, go to www.mobemotors.com.

NOTE: This video is a testimonial about the MOBE Motors program. For more details visit mobemotors.com. Any statements regarding lifestyle, earnings, or income are examples of the results of this top earner and are NOT TYPICAL. To see what typical results are visit MOBE.com/income-disclosure.



| 👍 Like | 💬 Comment | ↪ Share |

🔵❤️😲 4

Chat (Off)

FTC-MOBE-004474

MOBE
@mobe.official

**MOBE**
15 hrs · 🌐

In the early stages of your business, hiring people to help you out can be a simple affair.

When your business is turning over 9 figures a year, however, it becomes necessary to hire for managerial positions that carry a lot of responsibility. Hiring the wrong people for positions like these can cost your company a lot of money.

MOBE uses a 13-step hiring process to hire senior managers and protect against miss-hires. Watch this video, filmed at the fourth Leaders' Retreat in Costa Rica to find out how the process works.

Watch here: https://mobe.com/inside-the-hiring-process-of-a-9-figure-c.../

MOBE.COM
**mobe.com**

👍 Like          💬 Comment          ↪ Share

👍 2

Write a comment…
Press Enter to post.

**MOBE**
23 hrs · 🌐

How many hours do you spend on your business each day?

Now, how many of those hours are spent behind the computer?

If you're like most online business owners, then 70–90% of your working hours are spent behind the computer. You might think that having an "online" business justifies this, but think again.

In this video, Matt Lloyd explains why even online business owners should not spend all their time behind their computer.

Watch here: https://mobe.com/dont-spend-all-your-time-behind-your-comp.../



MOBE.COM
**Don't Spend All Your Time Behind Your Computer - MOBE - My Own Business Education**

👍 Like          💬 Comment          ↪ Share

👍 5

Write a comment…
Press Enter to post.

**MOBE**
Yesterday at 2:30pm · 🌐

Only 1 day left in the testimonial contest! Anyone can win!

http://mobe.com/testimonial-contest/

You Can Very Easily Win A Holiday To Fiji And Cash Prizes - For Making A 2 - 3 Minute Video Now!This is SERIOUSLY EASY to win - if you are with side income streams (affiliate marketing, other businesses) it could take 2-3 minutes to make a video, and win the 4 night holiday to Fiji, or CASH.Do not let this opportunity to win pass you by, because you think it's too hard to win. It's not.I've seen the entrants so far - there's not that many, and it's ridiculously EASY to win.

Enter here: http://mobe.com/testimonial-contest/

PX 94

FTC-MOBE-004475

**MOBE**
@mobe.official

👍 Like     💬 Comment     ↪ Share

3

Write a comment...
Press Enter to post.

---

**MOBE**
Yesterday at 11:02am · 🌐

MOBE Daily PowerUp Call : MOBE Daily PowerUP Calls with Roger Salam

MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBE Daily PowerUP Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

👍 Like     💬 Comment     ↪ Share

2

1 Share

Write a comment...
Press Enter to post.

---

**MOBE**
Yesterday at 10:11am · 🌐

As you build your business, you will encounter tough situations. You can choose to see these as problems, or you can choose to see them as opportunities.

John Chow has always chosen to see opportunities where others may have seen problems, and that's why he's been successful in business.

In this video, filmed at the Super Charge Summit in Las Vegas, he talks about an example of a time he chose to see an opportunity instead of a problem.

Watch here: https://mobe.com/its-not-a-problem-its-an-opportunity/



MOBE.COM
**It's Not a Problem, It's an Opportunity - MOBE - My Own Business Education**

👍 Like     💬 Comment     ↪ Share

4

Chat (Off)