

**MOBE**
@mobe.official

**MOBE**
May 19 at 1:54am · 🌐

👍 Like     💬 Comment     ↗ Share

👍❤️😮 16

1 Share

Write a comment…
Press Enter to post.

**MOBE**
May 18 at 12:26pm · 🌐

How have MOBE trainings helped your non-mobe business? Give a testimonial and you could WIN!

Details here: https://mobe.com/testimonial-contest/

👍 Like     💬 Comment     ↗ Share

👍 6

Write a comment…
Press Enter to post.

**MOBE**
May 18 at 11:06am · 🌐

MOBE Daily PowerUp Call : MOBE Daily PowerUp Calls with Roger Salam

**MOBEPOWERUP.LIBSYN.COM**
**MOBE Daily PowerUp Call: MOBE Daily PowerUp Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best

Chat (Off)



**MOBE**
@mobe.official

**MOBE**
May 18 at 1:00am · 🌐

You've heard that there's a fortune to be made selling information that is in demand.

But what if you don't have a PhD or years of experience in a given field? Would anyone actually spend money for information from you, when there are so many people more knowledgeable?

The answer is yes. Anyone can sell information, even if you're not an expert. In this video, filmed at the Platinum Mastermind in Fiji, Vince Reed explains how.

Watch here: https://mobe.com/need-expert-sell-information/

MOBE.COM
**Do You Need to be an "Expert" to Sell Information? - MOBE - My Own Business Education**
You've heard that there's a fortune to be made selling information that is in demand. But what if you don't have a PhD or years of experience in a given field? Would anyone actually spend money for information from you, when...

👍 Like      💬 Comment      ↗ Share

👍😮 5

2 Shares

Write a comment...
Press Enter to post.

**MOBE**
May 17 at 5:00pm · 🌐

Even if you think you have zero marketing skills, you still have a story.

Your story is your life experiences. Your life experiences are your knowledge, and your knowledge is your value.

Everyone has a story. If you're only willing to tell and share yours, no matter how clueless you think you are about marketing and sales, your story will help you make sales.

In this video, filmed at a Bonus day during the Titanium Mastermind in the Bahamas, Bill and Michelle Pescosolido talk about how stories can help you sell.

Watch here: https://mobe.com/stories-can-help-sell/

MOBE.COM
**How Stories Can Help You Sell - MOBE - My Own Business Education**
HOW STORIES CAN HELP YOU SELL Even if you think you have zero marketing skills, you still have a story. Your story is your life experiences. Your life experiences are your knowledge, and your knowledge is your...

👍 Like      💬 Comment      ↗ Share

👍 4

1 Share

Write a comment...
Press Enter to post.

**MOBE**
May 17 at 4:02pm · 🌐

PX 94



https://mobe.com/testimonial-contest/

MOBE
@mobe.official

👍 Like        💬 Comment        ↪ Share

👍 1

Write a comment...
Press Enter to post.

**MOBE**
May 17 at 11:04am · 🌐

MOBE Daily PowerUp Call : MOBE Daily PowerUp Calls with Roger Salam

MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBE Daily PowerUp Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

👍 Like        💬 Comment        ↪ Share

👍 1

Write a comment...
Press Enter to post.

**MOBE**
May 17 at 9:00am · 🌐

Some people think that being an entrepreneur means being a loner. It means working in your office by yourself, in front of a computer and never interacting with anyone else.

Here's the reality, though. If you do that, you will probably not get very far.

The entrepreneurs who go the furthest are those who don't try to do it alone. They surround themselves with fellow entrepreneurs and exchange help and advice.

In this video, filmed at the Titanium Mastermind in the Bahamas, Chris Lakey explains why entrepreneurs should not be loners.

Watch here: https://mobe.com/true-false-entrepreneurs-loners/

MOBE.COM
**True or False: Entrepreneurs are Loners - MOBE - My Own Business Education**
Some people think that being an entrepreneur means being a loner. It means working in your office by yourself, in front of a computer and never interacting with anyone else. Here's the reality, though. If you do that, you...

👍 Like        💬 Comment        ↪ Share

👍 3

1 Share

Write a comment...
Press Enter to post.

Chat (Off)    ⚙ ✎ 🔗

PX 94

**MOBE**
@mobe.official



MOBE
May 17 at 1:00am · 🌐

Living wills, also known as advance directives, are extremely important documents to leave to your family.

They allow you to determine how you want medical care administered if you have a terminal illness or are in a comatose state.

You wouldn't want your family members bickering about what to do with your financial assets. Imagine how much worse the situation would be if your life depended on it.

Advance directives enable you to avoid a situation like this. In this video, filmed at the Real Estate Investing Summit during the Titanium Mastermind in the Dominican Republic, Stephen Michael Miller explains how they work.

Watch here: https://mobe.com/living-will-advance-directives-explained/



MOBE.COM
**Living Will and Advance Directives Explained - MOBE - My Own Business Education**

👍 Like      💬 Comment      ↗ Share

▶ 4

| Write a comment... |
Press Enter to post.

---

**MOBE**
May 17 at 12:44am · 🌐

Fiji 🌴



👍 Like      💬 Comment      ↗ Share

👍❤ 10

| Write a comment... |
Press Enter to post.

---

**MOBE**
May 16 at 11:22pm · 🌐

Chat (Off) ⚙ ✎ 👥

testimonial with us (like an all expenses paid holiday to my private island in Fiji!)

Details here: https://mobe.com/testimonial-contest/

This contest is particularly for clients who've used our training to improve their existing business.

It doesn't matter what your business is - if you've got ANY results from applying a MOBE training to your business (eg. more leads, more sales, better hires, better systems, etc) then we'd love to hear your story..

10 people will win some amazing prizes. Again, you can see them all at https://mobe.com/testimonial-contest/

The final testimonials will be featured on the home page of the new www.mobe.com

**MOBE**
@mobe.official



👍 Like          💬 Comment          ↪ Share

**MOBE**
May 16 at 5:00pm · 🌐

You could be missing out on the biggest opportunities to market your business without even realizing it.

Videos, webinars and testimonials are 3 of the most powerful devices in marketing today, but many business owners don't use them.

For a variety of reasons, they might think they're not able or not ready to use them, but they're wrong.

In this video, filmed at the Super Charge Summit in London, Paul Dunstan explains why you really can start using these 3 powerful marketing devices in your business starting today.

Watch here: https://mobe.com/3-powerful-devices-marketing/



MOBE.COM
**3 of the Most Powerful Devices in Marketing - MOBE - My Own Business Education**

👍 Like          💬 Comment          ↪ Share

🔵 3

Write a comment...                                      😊 🎁
Press Enter to post.

**MOBE**
May 16 at 11:03am · 🌐

MOBE Daily PowerUp Call : MOBE Daily PowerUp Calls with Roger Salam

MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBE Daily PowerUp Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

Chat (Off)          ⚙ ✎ ⧉



**MOBE**
@mobe.official

**MOBE**
May 16 at 9:08am · 🌐

There are seven areas or values in life: financial, physical, social, mental, familial, vocational and spiritual.

Each person prioritizes each area or value in a different order, and each person views the world through a different lens because of their hierarchy of priorities.

A lot of us say that we want to be financially wealthy, but not all of us place a high priority on that value. If not, it's unlikely that you will become wealthy in your financial life.

In this video, filmed at the Platinum Mastermind in Kota Kinabalu, Malaysia, Paul O'Mahony talks more about the hierarchy of values.

Watch here: https://mobe.com/money-priority-life/

MOBE.COM
**Is Money a Priority in Your Life? - MOBE - My Own Business Education**

👍 4                                                   Most Relevant ▾

Write a comment...
Press Enter to post.

☐          My priority is to help people and the money is next for a litle pourcentage for me .I do want to help more people to weathy but i do have to be wealy at first.
Like · Reply · 3d

**MOBE**
May 16 at 1:00am · 🌐

Have you ever been to a live event and listened to a particular speaker who delivered good content, yet you still couldn't warm to them?

Maybe there was something about their presentation style that you found grating. Maybe they spoke too fast, or they didn't seem to be on the same page as you.

When you speak on stage, or on a webinar, you don't want your audience to react like this. You want to resonate with your audience as much as possible.

Watch this video, filmed at the Platinum Mastermind in Kota Kinabalu, Malaysia, to hear some of Rene Kamstra's tips for adapting your speaking to suit your audience.

Watch here: https://mobe.com/adapt-speaking-suit-audience/

MOBE.COM
**How to Adapt Your Speaking to Suit Your Audience - MOBE - My Own Business Education**
Have you ever been to a live event and listened to a particular speaker who delivered good content, yet you still couldn't warm to them? Maybe there was something about their presentation style that you found grating....

PX 94

FTC-MOBE-004482



MOBE
@mobe.official

**MOBE**
May 15 at 6:26pm · 🌐

**CONTEST** For Results Related To Your Non-MOBE Business! Hurry, time is ticking!

You Can Win Some Incredible Prizes for sharing your 'results' testimonial with us (like an all expenses paid holiday to my private island in Fiji!)

Details here: https://mobe.com/testimonial-contest/

This contest is particularly for clients who've used our training to improve their existing business.

It doesn't matter what your business is - if you've got ANY results from applying a MOBE training to your business (eg. more leads, more sales, better hires, better systems, etc) then we'd love to hear your story..

10 people will win some amazing prizes. Again, you can see them all at https://mobe.com/testimonial-contest/

The final testimonials will be featured on the home page of the new www.mobe.com

MOBE.COM
**Testimonial Contest - MOBE - My Own Business Education**
Testimonial Contest

👍 Like       💬 Comment       ↪ Share

👍 4                                    Most Relevant ▼

Write a comment...

Esto es una ESTAFA, NO CAIGAN EN ESTO
Like · Reply · See Translation · 6d

↳ 2 Replies

**MOBE**
May 15 at 5:00pm · 🌐

Any form of marketing – videos, emails, webinars or anything else – is more powerful when done on a daily basis.

When you market daily, you strengthen the relationship with your audience. You build momentum that you would otherwise lose for every day that you miss.

To scale your business fast, you must get into the mindset that marketing is a daily activity – not a weekly or monthly one.

In this video, Matt Lloyd gives you some tips to get into the habit of marketing daily.

Watch here: https://mobe.com/marketing-daily-activity/

MOBE.COM
**Marketing is a Daily Activity - MOBE - My Own Business Education**
Any form of marketing – videos, emails, webinars or anything else – is more powerful when done on a daily basis. When you market daily, you strengthen the relationship with your audience. You build momentum that you would...

👍 Like       💬 Comment       ↪ Share

👍 3                                    Most Relevant ▼

Write a comment...

Chat (Off)



MOBE
@mobe.official

**MOBE**
May 15 at 2:22pm · 🌐

On July 24, 1969, Neil Armstrong and Buzz Aldrin landed on the moon.

The side of the story that most people don't know is that a third astronaut, Michael Collins, was flying the command module.

He was orbiting the moon while the other two landed. They entrusted their lives to him, to keep the spacecraft airborne and to bring them home.

In this video, filmed at the Titanium Mastermind in the Bahamas, JT DeBolt talks about how this story is relevant to your business.

Watch here: https://mobe.com/stop-asking-why-me/

MOBE.COM
**Stop Asking, "Why Me?" - MOBE - My Own Business Education**
On July 24, 1969, Neil Armstrong and Buzz Aldrin landed on the moon. The side of the story that most people don't know is that a third astronaut, Michael Collins, was flying the command module. He was orbiting the...

👍 Like          💬 Comment          ↪ Share

👍 1

Write a comment...                          😊 🎁

Press Enter to post.

**MOBE**
May 15 at 1:00pm · 🌐

Do you have outstanding balance on your credit card that you're paying interest on every month?

What if you could reduce that interest to zero, today?

You can do this through 0% balance transfer credit cards. All credit cards allow you to transfer balance to another card, but only some cards charge you interest on this. With a 0% balance transfer card, you can effectively borrow money at zero interest.

In this video, filmed at the Super Charge Summit in London, Chris Rowell walks you through how to apply for a 0% balance transfer card and start using it.

Watch here: https://mobe.com/0-balance-transfer-cards-explained/

MOBE.COM
**0% Balance Transfer Cards Explained - MOBE - My Own Business Education**
Do you have outstanding balance on your credit card that you're paying interest on every month? What if you could reduce that interest to zero, today? You can do this through 0% balance transfer credit cards. All credit...

👍 Like          💬 Comment          ↪ Share

👍 1

Write a comment...                          😊 🎁

Press Enter to post.

**MOBE**
May 15 at 11:02am · 🌐

MOBE Daily PowerUp Call : MOBE Daily PowerUp Calls with Roger Salam

MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBE Daily PowerUP Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

👍 Like          💬 Comment          ↪ Share

👍 1

Chat (Off)          ⚙ 📝 👥

PX 94

**MOBE**
@mobe.official



**MOBE**
May 14 at 5:00pm ·

Doing joint ventures in your marketing allows you and another entity to combine the strength of your marketing efforts to build more sales revenue.

Perhaps the biggest advantage of joint venturing is that you can make money without spending money. For example, you might be the one to invest your time while your partner contributes the financial capital.

In this video, filmed at a Bonus day during the Titanium Mastermind in the Bahamas, Tiji Thomas talks about the ingredients of a successful joint venture.

Watch here: https://mobe.com/joint-ventures-work/

MOBE.COM
**How Joint Ventures Work - MOBE - My Own Business Education**
Doing joint ventures in your marketing allows you and another entity to combine the strength of your marketing efforts to build more sales revenue. Perhaps the biggest advantage of joint venturing is that you can make...

👍 Like     💬 Comment     ↪ Share

👍 3               Most Relevant ▼

Write a comment...
Press Enter to post.

Like · Reply · 1w

↳ 1 Reply

---

**MOBE**
May 14 at 4:16pm ·

Most of us can trace back our entrepreneurial journey to a time when we had been living a "normal" life like the majority of society, and decided to veer off a different path.

Most of us also had to face the reality that entrepreneurship is harder than we originally thought.

If that challenge wasn't enough, many of us then had to deal with the additional pressure of our family not supporting what we're doing.

In this video, filmed at the Traffic Summit during the Titanium Mastermind in the Dominican Republic, Tom Beal talks about why your family won't support your business and how to deal with it.

Watch here: https://mobe.com/reason-family-wont-support-business/

MOBE.COM
**The Reason Your Family Won't Support Your Business - MOBE - My Own Business Education**
Most of us can trace back our entrepreneurial journey to a time when we had been living a "normal" life like the majority of society, and decided to veer off a different path. Most of us also had to face the reality that...

👍 Like     💬 Comment     ↪ Share

👍 1

Write a comment...
Press Enter to post.

---

**MOBE**
May 14 at 11:03am ·

MOBE Daily PowerUp Call : MOBE Daily PowerUP Calls with Roger Salam

MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBE Daily PowerUP Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

👍 Like     💬 Comment     ↪ Share

Chat (Off)

PX 94

FTC-MOBE-004485

Write a comment...

Press Enter to post.

**MOBE**
@mobe.official

**MOBE**
May 14 at 7:52am ·

CONTEST For Results Related To Your Non-MOBE Business! Hurry, time is ticking!

Are You An Existing MOBE Client?

You Can Win Some Incredible Prizes for sharing your 'results' testimonial with us (like an all expenses paid holiday to my private island in Fiji!)

Details here: https://mobe.com/testimonial-contest/

This contest is particularly for clients who've used our training to improve their existing business.

It doesn't matter what your business is - if you've got ANY results from applying a MOBE training to your business (eg. more leads, more sales, better hires, better systems, etc) then we'd love to hear your story..

10 people will win some amazing prizes. Again, you can see them all at https://mobe.com/testimonial-contest/

The final testimonials will be featured on the home page of the new www.mobe.com



👍 Like       💬 Comment       ↗ Share

1

Write a comment...

Press Enter to post.

**MOBE**
May 14 at 1:32am ·

Win Some Incredible Prizes for sharing your 'results' testimonial with us (like an all expenses paid holiday to my private island in Fiji!)

Details here: https://mobe.com/testimonial-contest/

This contest is particularly for clients who've used our training to improve their existing business.

It doesn't matter what your business is - if you've got ANY results from applying a MOBE training to your business (eg. more leads, more sales, better hires, better systems, etc) then I'd love to hear your story..

10 people will win some amazing prizes. Again, you can see them all at https://mobe.com/testimonial-contest/

The final testimonials will be featured on the home page of the new www.mobe.com

Chat (Off)



### MOBE
@mobe.official

👍 Like 💬 Comment ↪ Share

---

MOBE
**MOBE**
May 13 at 1:33am · 🌐 · ···

Serenity Island



👍 Like 💬 Comment ↪ Share

👍 9

Write a comment...
Press Enter to post.

---

MOBE
**MOBE**
May 12 at 7:14pm · 🌐 · ···

Win Some Incredible Prizes for sharing your 'results' testimonial with us (like an all expenses paid holiday to Matt's private island in Fiji!)

Details here: https://mobe.com/testimonial-contest/

This contest is particularly for clients who've used our training to improve their existing business.

It doesn't matter what your business is - if you've got ANY results from applying a MOBE training to your business (eg. more leads, more sales, better hires, better systems, etc) then I'd love to hear your story..

10 people will win some amazing prizes. Again, you can see them all at https://mobe.com/testimonial-contest/

The final testimonials will be featured on the home page of the new www.mobe.com

Chat (Off)



MOBE
@mobe.official

Like          Comment          Share

1

Write a comment...

Press Enter to post.

**MOBE**
May 12 at 4:38am ·

End of day 1 of our MOBE coach retreat on Serenity Island

Like          Comment          Share

15

1 Share

Write a comment...

Press Enter to post.

**MOBE**
May 12 at 1:00am ·

You may have seen Robert Kiyosaki's cash flow quadrant.

It describes the four types of people in business: employees who work for someone else, the self-employed who work for themselves, business owners who create a system and investors who have enough money to create a fully passive income.

The wealthier people in society are either business owners or investors, but a lot of people think they are business owners and investors when they're

PX 94

FTC-MOBE-004488

the truth about the cash flow quadrant.

Watch here: https://mobe.com/cash-flow-quadrant-explained/



**MOBE**
@mobe.official

MOBE.COM

**The Cash Flow Quadrant Explained - MOBE - My Own Business Education**

👍 Like     💬 Comment     ↪ Share

👍 7



Write a comment…
Press Enter to post.

---

**MOBE**
May 11 at 5:00pm · 🌐

If you don't have a phone number that your customers can call to interact with your business, you are missing out on an invaluable marketing tool.

A phone line can serve many purposes. It can help you retain and also get new customers. It can be a way for them to ask questions about your business, and even to order from you.

In this video, filmed at the Titanium Mastermind in Puerto Vallarta, Mexico, Joe Sugarman tells the story of how his business exploded once he started taking orders over the phone.

Watch here: https://mobe.com/let-customers-order-phone/



MOBE.COM

**Why You Should Let Your Customers Order By Phone - MOBE - My Own Business Education**

👍 Like     💬 Comment     ↪ Share

👍 3



Write a comment…
Press Enter to post.

---

**MOBE**
May 11 at 11:01am · 🌐

MOBE Daily PowerUp Call : MOBE Daily PowerUp Calls with Roger Salam



MOBEPOWERUP.LIBSYN.COM

**MOBE Daily PowerUp Call: MOBE Daily PowerUp Calls with Roger Salam**

Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,…

Chat (Off)   ⚙ 🖉 🎝

2

1 Share

Write a comment...

Press Enter to post.

**MOBE**
May 11 at 9:00am · 🌐 · ● ● ●

There are two kinds of people: those who naturally gravitate towards doing uncomfortable things and those who naturally shy away from them.

In business and in life, the biggest rewards are often on the other side of discomfort.

If you're someone who tries to avoid the discomfort, you will naturally miss out on those rewards. Unless you learn how to embrace the uncomfortable activities.

Mike Williams talks about how to do this, in this video, filmed at the Titanium Mastermind in Jamaica.

Watch here: https://mobe.com/why-you-should-do-the-uncomfortable-things/



MOBE.COM
**Why You Should Do the Uncomfortable Things - MOBE - My Own Business Education**

👍 Like     💬 Comment     ↪ Share

4        Most Relevant ▾

Write a comment...

Press Enter to post.

▇▇▇▇▇▇ These videos always make me look at life at a different perspective. It helps you to realize that life is short and you shouldn't allow fear to stop you from enjoying it and making the most of it.

Like · Reply · 1w

**MOBE**
May 11 at 7:57am · 🌐 · ● ● ●

Are You An Existing MOBE Client?

You Can Win Some Incredible Prizes for sharing your 'results' testimonial with me (like an all expenses paid holiday to my private island in Fiji!)

Details here: https://mobe.com/testimonial-contest/

This contest is particularly for clients who've used our training to improve their existing business.

It doesn't matter what your business is - if you've got ANY results from applying a MOBE training to your business (eg. more leads, more sales, better hires, better systems, etc) then I'd love to hear your story..

10 people will win some amazing prizes. Again, you can see them all at https://mobe.com/testimonial-contest/

The final testimonials will be featured on the home page of the new www.mobe.com

Chat (Off)

MOBE
@mobe.official



MOBE.COM
**Testimonial Contest - MOBE - My Own Business Education**
Testimonial Contest

👍 Like          💬 Comment          ↪ Share

👍 3

Write a comment...
Press Enter to post.

**MOBE**
May 11 at 7:01am · 🌐

First guests arrive for our 'mock event' on Serenity Island

👍 Like          💬 Comment          ↪ Share

👍 8

1 Share

Write a comment...
Press Enter to post.

**MOBE**
May 11 at 12:13am · 🌐

Work in progress but it's getting there

Chat (Off)

PX 94

FTC-MOBE-004491



**MOBE**
@mobe.official

👍 Like      💬 Comment      ↪ Share

3

Write a comment...
Press Enter to post.

**MOBE**
May 10 at 11:45pm · 🌐

If you don't have a mentor, find one.

Remember that your present self is the result of every thought you've thought and every decision you've made throughout your life so far. Your best thinking has got you to where you are now.

If you're not totally happy with where you are now, it means that your own thinking has failed you to some extent. By finding a mentor and picking their brain, you can access the strategies that will take you to where you want to be.

In this video, filmed at the Platinum Mastermind in Kota Kinabalu, Malaysia, Nik Halik suggests the 2 most important questions to ask of your mentor.

Watch here: https://mobe.com/wealthy-people-mentors/

MOBE.COM
**All Wealthy People Have Mentors - MOBE - My Own Business Education**
If you don't have a mentor, find one. Remember that your present self is the result of every thought you've thought and every decision you've made throughout your life so far. Your best thinking has got you to where you are...

👍 Like      💬 Comment      ↪ Share

4

1 Share

Write a comment...
Press Enter to post.

**MOBE**
May 10 at 10:56pm · 🌐

Waiting for first years to arrive on Serenity Island in a few hours - trial run

Chat (Off)



**MOBE**
@mobe.official

👍 Like          💬 Comment          ↗ Share

😊❤️ 7

| 👤 | Write a comment... | 😊 🙂 |

Press Enter to post.

**MOBE**
May 10 at 3:42pm · 🌐

Do you feel you're scraping the bottom of the barrel for content marketing ideas? There's no need to.

Your daily life, even parts of it that you may think are unrelated to your business, is the perfect source of ideas for your content marketing. Even better, it's a source that produces more new stories every day.

When you have some interesting experience, there is usually a way to relate it to your business and aid you to make sales.... See More

MOBE.COM
**Turning Your Daily Like into Content Marketing - MOBE - My Own Business Education**
Do you feel you're scraping the bottom of the barrel for content marketing ideas? There's no need to. Your daily life, even parts of it that you may think are unrelated to your business, is the perfect source of ideas for your...

👍 Like          💬 Comment          ↗ Share

👍 1

| 👤 | Write a comment... | 😊 🙂 |

Press Enter to post.

**MOBE**
May 10 at 12:19pm · 🌐

MOBE Daily PowerUp Call : MOBe Daily PowerUP Calls with Roger Salam

MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBe Daily PowerUP Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

👍 Like          💬 Comment          ↗ Share

👍 2

| 👤 | Write a comment... | 😊 🙂 |

Press Enter to post.

Chat (Off)    ⚙ 🖉 🖧

PX 94

FTC-MOBE-004493



MOBE
@mobe.official

May 10 at 7:56am ·

If you think Facebook is a waste of time and you think your business is "above" that, you need to shift your mindset.

The reality is, the majority of your potential customers are already hanging out on Facebook. Why cut yourself off from that opportunity?

Locating people on Facebook who are interested in your brand and sending them friend requests can be an effective and free lead generation strategy.

In this video, filmed at the Super Charge Summit in London, Susan and Chris Beesley walk through how to do it.

Watch here: https://mobe.com/profit-facebook-friend-requests/

MOBE.COM
**How to Profit From Facebook Friend Requests - MOBE - My Own Business Education**
If you think Facebook is a waste of time and you think your business is "above" that, you need to shift your mindset. The reality is, the majority of your potential customers are already hanging out on Facebook. Why cut...

👍 Like      💬 Comment      ↗ Share

👍 1

1 Share

Write a comment...
Press Enter to post.

---

**MOBE**
May 10 at 6:47am ·

Big day tomorrow... we do our first 'trial run' before the main Diamond Mastermind on May 22nd

👍 Like      💬 Comment      ↗ Share

❤ 3          Most Relevant ▾

Write a comment...
Press Enter to post.

▇▇▇▇▇▇▇ This is absolutely beautiful ❤
Like · Reply · 1w

---

**MOBE**
May 10 at 1:59am ·

Serenity Island in progress...

Chat (Off)



**MOBE**
@mobe.official

👍 Like        💬 Comment        ↪ Share

---

**MOBE**
May 10 at 1:00am · 🌐

Tax lien certificates are some of the safest investments around.

When a United States property owner defaults on their property taxes, the state issues a tax lien certificate. You can buy this certificate and earn a fixed rate of return for every month the owner does not pay.

Each state has a slightly different system and set of rules for its tax lien investment opportunity.

In this video, filmed at the Platinum Mastermind in Kota Kinabalu, Malaysia, Ted Thomas reveals his 5 favorite states to invest in tax lien certificates.

Watch here: https://mobe.com/whats-rate-return-tax-lien-certificate/

MOBE.COM
**What's the Rate of Return on a Tax Lien Certificate? - MOBE - My Own Business Education**
Tax lien certificates are some of the safest investments around. When a United States property owner defaults on their property taxes, the state issues a tax lien certificate. You can buy this certificate and earn a fixed...

👍 Like        💬 Comment        ↪ Share

👍 5

👤 | Write a comment...                                  😊 🎁
Press Enter to post.

---

**MOBE**
May 9 at 5:00pm · 🌐

Every day when you go to your computer, ready to work, take these 4 steps.

Making a habit of doing these 4 things will enable you to steadily grow your business bigger and bigger, and smash through your revenue targets.

In this video, Matt reveals the 4 steps.

Watch here: https://mobe.com/4-steps-smash-targets/

MOBE.COM
**4 Steps to Smash Through Your Targets - MOBE - My Own Business Education**
Every day when you go to your computer, ready to work, take these 4 steps. Making a habit of doing these 4 things will enable you to steadily grow your business bigger and bigger, and smash through your revenue targets. In...

👍 Like        💬 Comment        ↪ Share

👍 5

1 Share

👤 | Write a comment...                                  😊 🎁
Press Enter to post.

Chat (Off)        ⚙ 🖉 🖧

**MOBE**
@mobe.official

May 9 at 1:55pm · 🌐

Diamond Consultants Mike Antonio and Mike Williams (Who've Made Over $23 Million With MOBE) Receive Their Rings and Rolex Watches!

http://mobe.tv/mike-and-mike-mobe-rings

Today, we feature MOBE's all-time highest earning consultants, Mike Antoni and Mike Williams, Diamond Consultants who've banked over $23 million since starting with MOBE in late 2013.

I still remember talking to the Mike's for the first time all those years ago...They'd been dominating in other affiliate programs for a number of years, and when they said 'yes' to coming on board with MOBE, I knew it was a huge deal.

They've been incredible ambassadors for us since day one, and so it was great to be able to buy them 2 brand new Gold and Diamond Rolex's, as well as a few dozen Platinum and Diamond rings as a small symbol of my appreciate for what they've done.

Watch Mike and Mike receive their Presidential Rolex watches and share their secrets to success:

http://mobe.tv/mike-and-mike-mobe-rings/



MOBE.TV
**Diamond Consultants Mike Antoni and Mike Williams Collect Their Milestone Rings and Rolex Watches at Leaders' Retrea...**

👍 Like          💬 Comment          ➤ Share

👍❤ 6

2 Shares

😊 Write a comment...                                              😊 🎁
Press Enter to post.

---

**MOBE**
May 9 at 11:02am · 🌐                                                ● ● ●

MOBE Daily PowerUp Call : MOBE Daily PowerUp Calls with Roger Salam



MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBE Daily PowerUp Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

👍 Like          💬 Comment          ➤ Share

👍 2

😊 Write a comment...                                              😊 🎁
Press Enter to post.

---

**MOBE**
May 9 at 9:00am · 🌐                                                ● ● ●

You will fail, and you will need to go through misery and suffering before you reach success.

Any wealthy or successful person has a dark side to their story. It just doesn't get told quite as much, and people don't seem to want to hear it.

That said, it doesn't need to be a negative thing. It means you are becoming stronger and that you are on the right track.

In this video, filmed at the Titanium Mastermind in the Dominican Republic, T.J. Rohleder talks about the dark side of success.

**PX 94**

**FTC-MOBE-004496**

Chat (Off)

MOBE.COM

**The Dark Side of Success - MOBE - My Own Business Education**

You will fail, and you will need to go through misery and suffering before you reach success. Any wealthy or successful person has a dark side to their story. It just doesn't get told quite as much, and people don't seem to want...

👍 Like        💬 Comment        ↗ Share

👍 1

Write a comment...

Press Enter to post.

**MOBE**
@mobe.official

**MOBE**
May 9 at 1:00am · 🌐                                    • • •

Most people have a standard credit card, with a limit of less than $10,000 (or the equivalent in your local currency) and an average interest rate.

The wealthier people in society usually have what are sometimes called "Platinum" cards. These have better interest rates, higher limits and more benefits.

Simply making a phone call to your bank may be all you need to do to upgrade to a "Platinum" card.

In this video, filmed at the Super Charge Summit in London, Chris Rowell talks about the levels of credit card beyond even "Platinum."

Watch here: https://mobe.com/climbing-credit-card-ladder/

CLIMBING THE CREDIT CARD LADDER

SEE MORE ▶

MOBE.COM

**Climbing the Credit Card Ladder - MOBE - My Own Business Education**

👍 Like        💬 Comment        ↗ Share

👍 3

1 Share

Write a comment...

Press Enter to post.

**MOBE**
May 8 at 5:00pm · 🌐                                    • • •

Most of us are not used to doing activities that pay $10,000 per hour.

It's one thing to know what those activities are, but it's another to make a habit of doing them. You've got to be disciplined, or there will be the temptation to fall back into your old routine.

Remember, every hour that you don't get paid $10,000 or more is an opportunity you'll never get back.

In this video, Matt gives some examples of activities that pay $10,000 per hour or more.

Watch here: https://mobe.com/get-paid-10000-per-year/

MOBE.COM

**How to Get Paid $10,000+ Per Year - MOBE - My Own Business Education**

Most of us are not used to doing activities that pay $10,000 per hour. It's one thing to know what those activities are, but it's another to make a habit of doing them. You've got to be disciplined, or there will be the temptation to...

👍 Like        💬 Comment        ↗ Share

Chat (Off)      ⚙ 📝 👥

**PX 94**

FTC-MOBE-004497



MOBE
@mobe.official

PX 94

FTC-MOBE-004498