

MOBE
@mobe.official

**MOBE**
May 7 at 7:20pm · 🌐

Inspecting the new rooms on Serenity Island, Fiji

👍❤ 13

1 Share

Write a comment...
Press Enter to post.

**MOBE**
May 7 at 4:24pm · 🌐

The reason many people struggle with marketing is they have a weak personality.

Marketing is all about personality. If you don't have any personality, you will just blend in and not stand out from your competitors. If you do have a personality, you will go far.

In this video, filmed at the Super Charge Summit in London, Shaqir Hussyin shares his top tips for building the right kind of personality for marketing.

Watch here: https://mobe.com/right-personality-marketing/

MOBE.COM
**mobe.com**

👍 Like        💬 Comment        ↪ Share

👍 5

Write a comment...
Press Enter to post.

**MOBE**
May 7 at 11:26am · 🌐

MOBE Daily PowerUp Call : MOBE Daily PowerUp Call with Roger Salam

MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBE Daily PowerUp Call with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

👍 Like        💬 Comment        ↪ Share

👍 3

Chat (Off)

PX 94

FTC-MOBE-004499



MOBE
@mobe.official

**MOBE**
May 7 at 8:12am ·

Whenever you make a decision, there's always another possible decision you could have made instead. And out of those two decisions, one is better than the other.

For example, if you place $150,000 into a specific investment, you are always giving up the opportunity to invest somewhere else.

Every dollar you spend or invest has an opportunity cost. Stephen Michael Miller explains more in this video, filmed at the Real Estate Investing Summit during the Titanium Mastermind in the Dominican Republic.

Watch here: https://mobe.com/5-step-formula-number-1/

MOBE.COM
**The 5-Step Formula For Being Number 1 - MOBE - My Own Business Education**
Want to be number 1? Whether you want to be the market leader in your industry, or the top earner in your sales organization, we all dream of being number 1. And, if you know the formula, it's very possible. Tom Beal has...

👍 Like      💬 Comment      ↪ Share

👍 4

1 Share

Write a comment...

Press Enter to post.

**MOBE**
May 7 at 1:27am ·

Our new gift shop at @sunsetdelmar where attendees can pick up Costa Rican souvenirs and take them home. It's all about building multiple profit centers in your business.

+5

👍 Like      💬 Comment      ↪ Share

👍❤ 6

Write a comment...

Press Enter to post.

**MOBE**
May 7 at 12:49am ·

New decking going in around the pool on Serenity Island, Fiji

Chat (Off)



**MOBE**
@mobe.official

👍 Like          💬 Comment          ➤ Share

👍 6                                          Most Relevant ▼

Write a comment...                          😊 😈

Press Enter to post.

■ ▬▬▬▬ Cool

Like · Reply · 2w



**MOBE**
May 6 at 11:46pm · 🌐

Congratulations to Carolina Millan who at the time of this recording had
earned over $813,000 in commissions and earned 7 MOBE Reward Rings.
Her top milestone ring is a white gold ring with diamonds and a white
Diamond center stone. Recently she became the 3rd woman in MOBE to
cross the $1 Million mark in commissions.

http://mobe.tv/carolina-millan-mobe-rings/

Carolina Millán, a Diamond consultant from Chile got started in the very
early days of MOBE. In fact, when she became a consultant in 2011, the
MOBE phone team consisted of only Matt Lloyd, himself. Matt remembers
an hour long phone conversation where he convinced Carolina to upgrade to
MLR, which later became the Silver Masterclass. At the time, Matt says he
knew there was something special about Carolina. Carolina says that at the
time, she had dabbled in several other online opportunities, but when she
spoke to Matt, there was something about him that she related to. He was
introverted, like she was and she trusted him. Carolina says that the secret
to her success has been a passion for the work she is doing, learning to
believe in herself, learning to believe in the system and leveraging the tools
that Matt has put into place for the benefit of his consultants.

Congratulations Carolina!

NOTE: Any statements regarding lifestyle, earnings, or income are examples
of the results of this top earner and are NOT TYPICAL. To see what typical
results are visit www.MOBE.com/income-disclosure.



MOBE.TV
**Diamond Consultant Carolina Millán collects her 6 Figure
White Diamond Ring at Leaders' Retreat IV | MOBE - My Ow...**

👍 Like          💬 Comment          ➤ Share

Chat (Off)                    ⚙ ✎ 🗖



MOBE
@mobe.official

**PX 94**

FTC-MOBE-004502



MOBE
@mobe.official

New water fountain being put in at @sunsetdelmar - day by day, bit by bit, the resort is getting better!

Today our furniture arrived on Serenity Island - 6 days before we are due to open for our first mock-up event (some of our top sales professionals are coming in).

PX 94



May 4 at 1:00am

All the things you do in your life that don't bring in cash should be outsourced.

This includes putting gas in your car, buying food, doing cleaning, doing gardening and so on. If you don't enjoy doing it, you shouldn't do it at all.

Pay someone else to do it. Both you and they will be happier as a result.

In this video, Matt Lloyd talks about outsourcing your life.

Watch here: https://mobe.com/why-you-should-outsource-your-life/

MOBE.COM
**mobe.com**

👍 Like  💬 Comment  ↪ Share

1

Write a comment...
Press Enter to post.

---

**MOBE**
May 3 at 5:00pm · 🌐  •••

It can cost tens of thousands to produce video, right? You need a production crew, copywriters, set designers, camera men, video editors and so on.

Wrong. Your smartphone is a video studio in your pocket. It's the only thing you need to produce high quality video to market your business.

Plus, using multicasting, you have the power to distribute your videos as far and wide as any Hollywood studio.

In this video, filmed at the Titanium Mastermind in the Bahamas, Kevin Harrington talks about how.

Watch here: https://mobe.com/power-multicasting-videos/

MOBE.COM
**The Power of "Multicasting" Your Videos - MOBE - My Own Business Education**
It can cost tens of thousands to produce video, right? You need a production crew, copywriters, set designers, camera men, video editors and so on. Wrong. Your smartphone is a video studio in your pocket. It's the only...

👍 Like  💬 Comment  ↪ Share

6

Write a comment...
Press Enter to post.

---

**MOBE**
May 3 at 11:01am · 🌐  •••

MOBE Daily PowerUp Call : MOBE Daily PowerUp Calls with Roger Salam

MOBEPOWERUP.LIBSYN.COM
**MOBE Daily PowerUp Call: MOBE Daily PowerUp Calls with Roger Salam**
Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

👍 Like  💬 Comment  ↪ Share

2

Write a comment...
Press Enter to post.

---

**MOBE**
May 3 at 9:59am · 🌐  •••

Yes can be a negative word.

It's OK to say yes when you genuinely mean it, but don't feel obligated to say yes when you don't really want to. When you do that, you are submitting to other people because you're too scared to say no.

In this video, filmed at the Platinum Mastermind in Kota Kinabalu, Malaysia, Nik Halik talks about learning to say no.

Chat (Off)

MOBE.COM

**Are You Saying "YES" Too Much? - MOBE - My Own Business Education**

Yes can be a negative word. It's OK to say yes when you genuinely mean it, but don't feel obligated to say yes when you don't really want to. When you do that, you are submitting to other people because you're too scared to...

👍 Like          💬 Comment          ➤ Share

👍 1

**MOBE**
@mobe.official

[ ] Write a comment...                                    ☺ 😊
Press Enter to post.

---

**MOBE**
May 3 at 7:41am · 🌐

Here in Hong Kong for a few days

👍 Like          💬 Comment          ➤ Share

👍 16

[ ] Write a comment...                                    ☺ 😊
Press Enter to post.

---

**MOBE**
May 3 at 1:00am · 🌐

You've probably heard about the "penny doubled" concept.

If you earned a penny today, two pennies tomorrow, four pennies the next day and so on, your income on day 30 would be $5 million.

But if your daily income was taxed at 25% each day, and only the remainder was doubled, your income on day 30 would be just $1,704.

This illustrates how destructive taxes can be to the growth of your income.

In this video, filmed at the Real Estate Investing Summit during the Titanium Mastermind in the Dominican Republic, Stephen Michael Miller gives you some simple tips to defend yourself from the destructive power of taxes.

Watch here: https://mobe.com/the-truth-about-taxes/

MOBE.COM

**The Truth About Taxes - MOBE - My Own Business Education**

You've probably heard about the "penny doubled" concept. If you earned a penny today, two pennies tomorrow, four pennies the next day and so on, your income on day 30 would be $5 million. But if your daily income was taxed at 25% each day, and only the remainder was doubled, your income

👍 Like          💬 Comment          ➤ Share

👍 1

[ ] Write a comment...                                    ☺ 😊

Chat (Off)          ⚙ ✎ 👥

**PX 94**

**FTC-MOBE-004505**



**MOBE**
@mobe.official

**MOBE**
May 2 at 5:00pm · 🌐

To position yourself as the go-to expert in your field, the ultimate way is to write a book.

Being a published author equals expert status. As a published author, your status will automatically rise above that of anyone who does not have a book.

It's such a simple way to elevate your brand, yet most people don't do it. The project of writing a whole book is too daunting for them.

In this video, filmed at a Bonus Day during the Titanium Mastermind in the Bahamas, John Chow suggests 2 ways to become a published author without having to write a single word.

Watch here: https://mobe.com/get-name-book-without-writing/

MOBE.COM
**How to Get Your Name on a Book Without Writing It - MOBE - My Own Business Education**
To position yourself as the go-to expert in your field, the ultimate way is to write a book. Being a published author equals expert status. As a published author, your status will automatically rise above that of anyone who does...

👍 Like    💬 Comment    ↗ Share

👍 4

Write a comment...
Press Enter to post.

---

**MOBE**
May 2 at 11:49am · 🌐

You've probably heard about the "penny doubled" concept.

If you earned a penny today, two pennies tomorrow, four pennies the next day and so on, your income on day 30 would be $5 million.

But if your daily income was taxed at 25% each day, and only the remainder was doubled, your income on day 30 would be just $1,704.

This illustrates how destructive taxes can be to the growth of your income.

In this video, filmed at the Real Estate Investing Summit during the Titanium Mastermind in the Dominican Republic, Stephen Michael Miller gives you some simple tips to defend yourself from the destructive power of taxes.

Watch here: https://mobe.com/why-paid-traffic/



MOBE.COM
**Why Paid Traffic? - MOBE - My Own Business Education**
Would you rather spend money to get traffic on your offer, website or funn...

👍 Like    💬 Comment    ↗ Share

👍 4              Most Relevant ▼

Write a comment...
Press Enter to post.

⬛ How much is the course??
Like · Reply · 2w

⬤ **MOBE** This workshop is free
Like · Reply · 2w

↪ View more replies

⬛ r i want to work with this site and i am recieving

Chat (Off)

**PX 94**



MOBE You can sign up at wifimillionairesystem.com you
will be assigned a coach to help you.

WIFIMILLIONAIRESYSTEM.COM
**How to Make a Full-Time Income
Working Part-Time From...**

Like · Reply · 2w · Edited

↳ View more replies

View 1 more comment

**MOBE**
@mobe.official

**MOBE**
May 2 at 11:28am · 🌐

Congratulations Marcin and Mari Marczak who have earned over $440,000
and received their 6 Figure Milestone Rings. Their top milestone ring is white
gold with diamonds and an Emerald center stone for crossing $250,000.

http://mobe.tv/marcin-mari-marczak-mobe-rings/

In March 2018, MOBE held it's semi-annual event, the MOBE Leaders'
Retreat, the 4th in the history of MOBE.

This event was particularly special because Matt Lloyd distributed 84 MOBE
Reward Rings to several of MOBE's Top Earners.

Today, we feature Marcin and Mari Marczak, Diamond Consultants who live
in London and also serve as mentors for some of MOBE's group Mentorship
Programs. Marcin and Mari are well known for their extremely successful
process for following up with their leads and achieving great results with a
very low ad spend. Marcin says the secret to their success began with being
weak and hungry and knowing that they had to make a major change in their
lives and do whatever it took in order to be successful. He also says that it is
critical to take care of the team that you create and that you must always
make your focus be solely about helping others to find the success that can
change their lives.

At the time of this recording, Marcin and Mari had earned over $444,000 in
commissions and earned 6 MOBE Reward Rings. Their top milestone ring is
a white gold ring with diamonds and an Emerald center stone.

Congratulations Marcin and Mari!

http://mobe.tv/marcin-mari-marczak-mobe-rings/

NOTE: Any statements regarding lifestyle, earnings, or income are examples
of the results of this top earner and are NOT TYPICAL. To see what typical
results are visit www.MOBE.com/income-disclosure.



MOBE.TV
**mobe.tv**

👍 Like          💬 Comment          ↗ Share

🔵 5                                              Most Relevant ▾

1 Share

✎ Write a comment...                          😊 🎭
Press Enter to post.



**Congratulations**!! Will be there shortly with you
guys no doubt about it.

Like · Reply · 2w

**Congrats**

Like · Reply · 2w

Chat (Off)       ⚙ ✎ 👥

May 2 at 11:0 1am

MOBE Daily PowerUp Call : MOBE Daily PowerUp Calls with Roger Salam

MOBE
@mobe.official

MOBEPOWERUP.LIBSYN.COM

**MOBE Daily PowerUp Call: MOBE Daily PowerUp Calls with Roger Salam**

Join W. Roger Salam, a self-made millionaire entrepreneur, award winning speaker and best selling author for your daily dose of inspiration,...

👍 Like      💬 Comment      ↗ Share

1

Write a comment...

Press Enter to post.

---

**MOBE**
May 2 at 1:00am · 🌐

You've heard about the dangers of storing your money with banks.

As an alternative, you can take your cash and invest it in precious metals. You have a physical asset that retains its value and keeps up with inflation. Gold in particular is very compact and you can store it in small spaces without it being obvious.

In this video, filmed at the Platinum Mastermind in Costa Rica, Max Wright recommends some resources for storing your precious metals investments.

Watch here: https://mobe.com/store-precious-metals-investments/

**WHERE TO STORE YOUR PRECIOUS METALS INVESTMENTS**

▶

MOBE.COM

**Where to Store Your Precious Metals Investments - MOBE - My Own Business Education**

👍 Like      💬 Comment      ↗ Share

2

Write a comment...

Press Enter to post.

---

**MOBE**
May 1 at 5:07pm · 🌐

One of the most important lessons you can learn on your road to building a successful business is to build a "franchise prototype."

In other words, you should build your business as if you were about to franchise it – even if you never do go on to franchise it.

The reason is that you will end up with a more efficient, more profitable and less stressful business that allows you more freedom in your life.

In this video, Matt Lloyd explains the value of building a "franchise prototype."

Watch here: https://mobe.com/build-business-franchise/

MOBE.COM

**Build Your Business as if You Would Franchise It - MOBE - My Own Business Education**

One of the most important lessons you can learn on your road to building a successful business is to build a "franchise prototype." In other words, you should build your business as if you were about to franchise it – even if...

👍 Like      💬 Comment      ↗ Share

Chat (Off)

PX 94

FTC-MOBE-004508



1 Share

Write a comment...

Press Enter to post.

**MOBE**
May 1 at 5:04pm · 🌐

Unproductive people with lackluster results approach each day carelessly. They just "go with the flow" and every day ends with a different result.

Productive people who get results have a daily method of operation.

Every day, they know exactly what they need to get done. They have their tasks prioritized and scheduled, and their routine is strictly governed....

See More

MOBE.COM
**Getting Your Daily Method of Operation in Place - MOBE - My Own Business Education**
Unproductive people with lackluster results approach each day carelessly. They just "go with the flow" and every day ends with a different result. Productive people who get results have a daily method of operation. Every...

👍 Like      💬 Comment      ↗ Share

👍 2

1 Share

Write a comment...

Press Enter to post.

See More ▼

**MOBE**
@mobe.official

Chat (Off)   ⚙ ✎ 🔲



PX 94

FTC-MOBE-004510



PX 94



**MOBE Marketplace**
@mobemarketplace

---

**MOBE Marketplace**
April 26, 2016 · 

Copywriting is one of the fundamental skills that any successful salesperson must employ to remain competitive in the market. Truly accomplished copywriters can greatly increase the success of their marketing efforts. The skill requires no money to develop and it takes nothing more than a word processor to create even the most complex and persuasive sales copy. All you need is a great instructor to show you how. Try our newest course in the MOBE Marketplace to show You how to write effective copy that will boost your sales - Effective Copywriting Basics for Entrepreneurs
https://mobemarketplace.com/.../effective-copywriting-basics-...

MOBEMARKETPLACE.COM
**Effective Copywriting Basics for Entrepreneurs - Matt Bernstein - MOBE Marketplace**
Since selling on eBay in 2006, I has grossed over $775,000 in sales. Now, I'm a full-time instructor earning an average of $4,000 profit per month. (Earnings are proven in section 1 of every course and can be viewed for...

👍 Like    💬 Comment    ↪ Share

10

Write a comment...

---

**MOBE Marketplace**
April 17, 2016 · 

If you are looking to learn the skills required to really connect with your audience, increase sales conversion and build a long term relationship with your customers, then Bullseye! for Internet Marketers is a great video training course for you. From the framework, to the medium and language, Dave Halls covers every aspect with great detail and the video training course contains excellent actionable strategies to fast impact your business immediately. You will learn a new way of communicating your business to your prospects and customers that will improve sales, shorten the sales cycle and ensure repeat customers. There will be step by step application for your success. This is an essential training course for a very Internet marketer. Sign up Today! https://mobemarketplace.com/.../bullseye-for-internet-markete...

MOBEMARKETPLACE.COM
**Bullseye! For Internet Marketers - Dave Halls - MOBE Marketplace**

👍 Like    💬 Comment    ↪ Share

5

4 Shares

Write a comment...

---

**MOBE Marketplace**
April 10, 2016 · 

Have you just started an online business? Or maybe you've been an entrepreneur for a while but are burnt out and need some change in the way you run your home business. For any of you who have bravely step out on your own and become a business owner, we have a step-by-step program to build a profitable business from the ground up. Chris and Susan Beesley are successful online business owners who want to share their business expertise with you in this easy to follow course tha... See More

MOBEMARKETPLACE.COM
**Online Business Breakthrough - Chris and Susan Beesley - MOBE Marketplace**
Chris and Susan Beesley were successful accountants and management consultants who made some bold decisions to change their life and in 2010 they embarked on a journey to build their own online marketing business.

👍 Like    💬 Comment    ↪ Share

8

Write a comment...

---

**MOBE Marketplace**
April 1, 2016 · 

It's April Fools Day, but the MOBE Marketplace has a course that's no joke! The Funnel Easy Method provides you with simple clear direction for creating your own marketing funnel so you can promote other people's products with ease. Inside this program you will learn how to create a quick & easy lead magnet, how to build your list and how to create a successful optin page. So whether you're brand new at internet marketing or you just need a fresh perspective, The Funnel Easy program will have you up and running in no time! Check out this course today - https://mobemarketplace.com/.../the-funnel-easy-method-andrea...

MOBEMARKETPLACE.COM
**The Funnel Easy Method - Andrea Goodsaid - MOBE**

PX 94     FTC-MOBE-004512



stepping" new and intermediate online marketers through the maze of online
to-do and marketing methods since 2009. She knows how to deftly and...

👍 Like      💬 Comment      ↪ Share

👍 8

1 Share

| Write a comment...

---

**MOBE Marketplace**
March 17, 2016 · 🌐

Happy Thursday Facebook Friends! So the question of the day is - Do you
dread going into work every day? Do you wish you had your dream job in
your chosen career path? Do you envy those people who can wake up every
morning with an eagerness to get to work because they love what they do?
This can be you, once you learn how to harness you passions into a real
business. Learn how to earn money and make a living off of your intellectual
capital. This course will teach you the steps you need to take in order to gain
the insight and expertise to become a highly paid expert. You can make
money off of your passion and you can build a career based on expertise.
Take "Monetize Your Passion: Become An Expert In What You Love" Taught
by TJ Walker and make your dreams a reality!
https://mobemarketplace.co.m/monetize-your-passion-be-come-an...

MOBEMARKETPLACE.COM
**Monetize Your Passion: Become An Expert In What You Love -**
**TJ Walker - MOBE Marketplace**
As CEO & founder of MOBE (My Online Business Education), Matt Lloyd
sits at the helm of the premier home business company in the online
marketing space.

👍 Like      💬 Comment      ↪ Share

👍 8

2 Shares

| Write a comment...

---

**MOBE Marketplace**
March 3, 2016 · 🌐

In our fast paced business and personal lives today it has become
increasingly difficult to set aside time for self development and improving our
skills.With every spare minute taken up by reading blogs, logging on to
Facebook, following people on Twitter, responding to text messages and
emails and constantly talking on a cell phone, there seems to be little, if any,
time left for learning new skills. In the MOBE Marketplace we have a course
that allows you to improve your sk... See More

MOBEMARKETPLACE.COM
**Dominate Your Market 13 Week Course - Bob Oros -**
**MOBE Marketplace**
Bob Oros, CSP, CMC, is the President and Founder of FBD Marketing, Inc.
He has been a full time speaker since 1992 with over 2,000 speaking
engagements in all 50 states, all the Canadian provinces and as far away...

👍 Like      💬 Comment      ↪ Share

👍 5

2 Shares

| Write a comment...

---

**MOBE Marketplace**
February 18, 2016 · 🌐

Happy Thursday! So I've got a great question for you - Ever had a great idea
for a product, but then you try and sell it and it's a huge flop? Learn how to
test your business and product ideas online quickly, cheaply, & easily. Learn
how to Make Sales before you even launch! Join this insightful course - Idea
Validation | From Idea To Paying Customer In 1 Day by
Evan Kimbrell. Learn "business validation" of your product with solid data that
your product will flourish! https://mobemarketplace.com/product/idea-
validation-from-idea-to-paying-customer-in-1-day/letter

MOBEMARKETPLACE.COM
**Idea Validation | From Idea To Paying Customer In 1 Day Letter**
**Page - MOBE Marketplace**
Maybe you think it's because you didn't have enough money, a good enough
team, you lost favor with the money gods, BLAH BLAH BLAH.

👍 Like      💬 Comment      ↪ Share

👍 3

1 Share

| Write a comment...

---

**MOBE Marketplace**
January 26, 2016 · 🌐

Do you have what it takes to succeed in your own business or start-up? Do
you want to hack into strategies and methods used by some of the world's
most prolific serial entrepreneurs, savvy business owners, academics and
authors?
Some people are born leaders. But nobody is a born manager or business
owner. Even if it is your destiny to start your own business, it's best to learn
and apply tried and tested methods and best practices before you go any
further.
Now available in the MOBE Marketplace a course that gives you the
toolbox you need to build and grow a business into a thriving enterprise. The
goal is to make your competition irrelevant. In fact, we'll discover ways to
have your competitors refer business to you! Check out Startup Accelerator:
https://mobemarketplace.com/.../startup-accelerator-monopoli.../

MOBEMARKETPLACE.COM
**Startup Accelerator - Monopolize Your Market - MOBE**
**Marketplace**
Ian D Novo is a professional accountant and the founder of SBC Knowledge
Systems Inc. He has been practicing accounting and offering independent
financial and business advice for over 15 years. Through SBC Knowledge...

👍 Like      💬 Comment      ↪ Share

👍 7                              Most Relevant ▾

2 Shares

| Write a comment...

Valamit rosszul írtak le?Vagy most oldális kerül az
a botT Mágy a weboldal is elvették. 🙂
Like · Reply · See Translation · 2y

Nincs 1999 dollárim, közönböm a lehetőséget. 🙂
Like · Reply · See Translation · 2y

Chat (Off)

PX 94

FTC-MOBE-004513



**MOBE Marketplace**
@mobemarketplace

**MOBE Marketplace**
December 24, 2015

Do you have bad credit? Are you tired of being turned down by creditors and lenders? Are you unable to get personal and business loans, or the home or car of your dreams? Need to improve your credit score? If you answered yes to any of these questions, then you've come to the right place. The MOBE Marketplace has a course for you! Learn how to increase your credit score in 30 to 60 days in this video course "Credit Score Decoded". Learn from a Credit Repair Expert with over 12 years of experience how to raise your credit score to over 700. Get access to persuasive Attorney-written Dispute Letters and more. Enroll Today.
https://mobemarketplace.com/products/credit-score-decoded

**MOBEMARKETPLACE.COM**
**Credit Score Decoded - MOBE Marketplace**
Patricia Whyte is dedicated to helping students live a more productive l fe. This is done by teaching students how to become a credit master and maximizing the benefits of having good credit. She has been in the financial services industry for over 13 years and has been a top Licensed Mortgage

👍 Like     💬 Comment     ↪ Share

**MOBE Marketplace**
December 15, 2015

Looking for a good book to read on the art and science behind selling? The MOBE Marketplace has a book that should be a mandatory read for anyone in the business of selling. This manual w ll take you step-by-step and story-by-story through the entire selling process. You will learn to implement a system that will bring you success. You will learn how to reverse the attitude of a customer who l terally slams the door shut into one who invites you in. How to make your presentation so irresistible you won t have to sell, but instead, help your customers buy. Learn how to get people to buy from you just on the basis of pure confidence and the attitude necessary to overcome objections. With these techniques you will become a natural at closing every time. Check out Rare 1938 Training Manual Discovered. https://mobemarketplace.com/...rare-1938-training-manual-dis...

**MOBEMARKETPLACE.COM**
**Rare 1938 Training Manual Discovered - MOBE Marketplace**
Bob Oros, CSP, CMC, is the President and Founder of FSD Marketing, Inc. He has been a full time speaker since 1992 with over 2,000 speaking engagements in all 50 states, all the Canadian provinces and as far away as New Zealand.

👍 Like     💬 Comment     ↪ Share

**MOBE Marketplace**
December 9, 2015

Ever wonder how some business analysts are so confident and always seem to have it together? The MOBE Marketplace is a great place to find the answers to that question. In the course "Mastering Business Analysis Through Effective Communication" instructor Teresa Bennett, CEO of The Analyst Coach, LLC will show you how to be confident in communicating w th stakeholders and gain their trust and respect. This great program will help you to Master specific communication techniques to set yourself apart from the growing crowd of Business Analysts. Check out Mastering Business Analysis Through Effective Communication. http://mobemarketplace.com/ .../mastering-b-usiness-a.../letter/...

**MOBEMARKETPLACE.COM**
**Mastering Business Analysis Through Effective Communication Letter Page - MOBE Marketplace**
I'll show you how to be confident in communicating with stakeholders and gain their trust and respect. Eliciting requirements from stakeholders is the most important part of a business analyst's job. Everything you do...

👍 Like     💬 Comment     ↪ Share

**MOBE Marketplace**
November 27, 2015

Looking to be a Published Podcaster on iTunes? In the Podcasting Business, you must be Entertaining, Captivating and Engaging while st ll nailing the topic to be Successful. The process used can be mastered by anyone. You can learn the skills in a relaxed and simultaneously produce your first course and get your message on iTunes! Remember, the opportunity is now. Podcasting is in it's infancy and individuals that will offer you world class opportunities. In the MOBE Marketplace, we have a course that is unique to MOBE and Instructor Ian Robinson has not shared this process with ANYONE outside of his internal company. Sign up for the course and you'll be the first to see the inside of his production studio and his techniques that have made his company Freedom Podcasting

PX 94     FTC-MOBE-004514



PX 94

FTC-MOBE-004515



Do you ever wonder why some sales conversations go so well while others don't? What makes some clients click with you? Why do some clients not return your phone calls or reply to your emails after you've had a great conversation? There's a great course in the MOBE Marketplace that will uncover the secrets behind how your clients make buying decisions and the 3 most important elements that high converting sales conversations need to have. Check out The Secret Recipe To Supercharge Your Sales Conversations taught by Jenny Tse. https://mobemarketplace.com/.../secret-recipe-supercharg-s-sa.../

**MOBE Marketplace**
@mobemarketplace

MOBEMARKETPLACE.COM
**The Secret Recipe to Supercharge Your Sales Conversations - Jenny Tse - MOBE Marketplace**
Over the past decade, Jenny Tse has worked with some of the largest organisations in the world, including Pricewaterhouse Coopers and Macquarie Bank and has been invited to speak on the topic sales and...

👍 Like    💬 Comment    ↪ Share

👍 8

Write a comment...

---

**MOBE Marketplace**
October 19, 2015 ·

Are you an online marketer? Are you just starting your online business? Then this reference e-book is for you! Learn the simplest tricks on how to sell naturally, without any stress or pressure on your part or on your customer. Check out Are You Selling Yet? in the MOBE Marketplace to learn more: https://mobemarketplace.com/prod.../selling-yet-alex-kareliya/

MOBEMARKETPLACE.COM
**Are You Selling Yet? - Alex Kareliya - MOBE Marketplace**
Alex Kareliya is a sound engineer that turned to the online business field. His passion for engineering and for the online world glued together to reveal a structured way to approach business as opposed to a let's try this and that one.

👍 Like    💬 Comment    ↪ Share

👍 3

1 Share

Write a comment...

---

**MOBE Marketplace**
October 13, 2015 ·

Need to know more about Google Adwords? There's a great course waiting for you in the MOBE Marketplace - Google AdWords For Beginners instructed by Corey Rabazinski. In just over 3 hours you will learn how to create Google AdWords campaigns that boost traffic, increase sales and build your business online - You will learn all of the elements that go into creating campaigns that deliver a high return on every dollar you spend-from targeting, to research, to writing compelling ads, to campaign optimization. Check out Google AdWords For Beginners
https://mobemarketplace.com/.../google-adwords-beginn.../letter/

MOBEMARKETPLACE.COM
**Google AdWords For Beginners - Corey Rabazinski Letter - MOBE Marketplace**
In just over 3 hours you will learn how to create Google AdWords campaigns that boost traffic, increase sales and build your business online- or your money-back! Throughout this comprehensive course you will learn all of...

👍 Like    💬 Comment    ↪ Share

👍 3

Write a comment...

---

**MOBE Marketplace**
October 8, 2015 ·

If you have ever wondered how you can make YouTube work to your advantage when it comes to advertising and traffic, here is a course you will want to check out - Superstream Tube. Find out how YouTube is now a search engine in it's own right. Second only to Google. People actively look for video's of what they are going to buy, just before they purchase something - Which means they are flocking to YouTube. YouTube advertising can generate targeted, profitable traffic, that's predictable, scalable and consistent. Let Francis Neal teach you how to take advantage of this great advertising opportunity! https://mobemarketplace.com/.../superstream-tube-fran.../letter/

MOBEMARKETPLACE.COM
**SuperStream Tube - Francis Neal Letter - MOBE Marketplace**
So yes it is possible using certain types of YouTube advertising! This is what SuperStream Tube is all about-catching the huge opportunity of cheap traffic from YouTube!

👍 Like    💬 Comment    ↪ Share

👍 4

Write a comment...

---

**MOBE Marketplace**
October 5, 2015 ·

Social media is not an option for successfully marketing a business; t is a necessity. But social media channels can be challenging to penetrate for business owners and marketers wanting to reach their target audience.Careful planning, understanding the tools, and applying proven tactics can give your business or organization an edge in the Social Web. Social Media Success for Business gets you off on the right foot by helping you map out a manageable social media strategy, a plan for each individual tool, and a roadmap for tracking analytics and integrating your tools. Check out this valuable tool in the MOBE Marketplace today -
https://mobemarketplace.com/.../social-media-success-busines.../

MOBEMARKETPLACE.COM
**Social Media Success for Business - Deltina Hay - MOBE Marketplace**
Deltina Hay is an author, developer, and publisher. Her first book, The Social Media Survival Guide, is used as a text in many universities. Her latest book, The Bootstrapper's Guide to the Mobile Web, helps businesses optimize...

👍 Like    💬 Comment    ↪ Share

👍 3

1 Share

Write a comment...

---

**MOBE Marketplace**
October 2, 2015 ·

PX 94

FTC-MOBE-004516



PX 94

FTC-MOBE-004517



PX 94

FTC-MOBE-004518          9/14



PX 94

FTC-MOBE-004519    10/14





**PX 94**



PX 94

FTC-MOBE-004522                13/14



PX 94



**Matt Lloyd**
🔒 Closed Group



PX 94

FTC-MOBE-004525

# Better Business Bureau®

Español  Business Login  News & Events  ●  Louisville, CO, USA

Find [What are you looking for?]     Near [Louisville, CO] USA     Search

Select Language ▼

## THIS BUSINESS IS NOT BBB ACCREDITED

# MOBE, Ltd.

Submit a Review

| Overview | Reviews & Complaints | BBB Accreditation |

---

**(844) 662-3787**

**MOBE, Ltd.**
**6 years in business**
8207 Golf Ridge Dr
Charlotte, NC 28277-8867

[WEBSITE]

**Additional Website Addresses**
• http://www.weallgoodtraffic.com
• http://www.watrskinweb.com

See Less Contact Options

BBB File Opened: 03/11/2016
Business Started: 09/01/2011
Business Started Locally: 09/01/2011
Business Incorporated: 12/03/2014 in DE

**Type of Entity**
Corporation

**Business Management**
• Mr. Matt Lloyd, CEO

**Contact Information**
• Customer Service: Mr. Ross Weber, Legal Counsel
• Mr. Matthew Lloyd McPhee, CEO
• Ms. Susan Zanghi, Executive Assistant

**Business Category**
• Work-At-Home Companies
• Business Opportunities
• Management Training
• Self Improvement Coach
• Internet Marketing Services
See Less Business Categories

**Alternate Business Names**
• MOBE Pro
• Mobeprocessing.com, Inc.
• My Online Business Education
• My Own Business Education

**Number of Employees:** 1

See Less Business Information

---

## Reviews & Complaints

[ View Customer Reviews [32] ]   [ View Customer Complaints [31] ]

### Customer Complaints Summary
31 complaints closed with BBB in last 3 years | 21 closed in last 12 months

| Complaint Type | Total Closed Complaints |
| --- | --- |
| Advertising / Sales Issues | 7 |
| Billing / Collection Issues | 1 |
| Problems with Product / Service | 23 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| Total Closed Complaints | 31 |

The complainant verified the issue was resolved to their satisfaction. (5 complaints)

**03/19/2018**   Problems with Product / Service

**Complaint**

I signed up with this company to start a home business, however all I got was reading after reading. I expected to start a business with this company. I requested a refund. They requested my address to mail the refund to me. I supplied the address as requested. I've been waiting for the refund to arrive, it hasn't. The refund amount is $49. The refund ticket number is *******. My sales reps were Matt L****  and Arena. My second request of the refund was the 26 February 2018. (Show Less of Complaint)

**Desired Settlement**

Refund of $49.00

**Consumer Business Dialog**

**Business Response**

We have checked Ms. ****** client records and they indicate that the $49 purchase was not able to be returned to the original credit card used to purchase. Records also indicate that the refund check for $49 was done manually and was sent out via USPS, and sent over a week ago. Records also indicate that the check has not yet been cashed. We will wait until the 27th to see if Ms. **** does in fact receive the $49 check. If not, we will cancel the check and issue a new one.

Ms. **** is welcome to contact customer support or me directly to follow up on this if she needs to.

Thank you for the opportunity to respond to Ms. ****** concern.

**Consumer Response**

(Show Less of Consumer Business Dialog)

**02/12/2018**   Problems with Product / Service

**Complaint**

I went to a MOBE home business summit in Jan. I paid half down 297.00 out of 497.00. I went to read over the materials
While I was told from the home business summit my trainer would contact me to get me started, no one ever contacted me, I called the next day Jan 5 2018 and submitted my refund. Everything is email based it was so many excuses I had to send my bank information to get a wire transfer. I sent MOBE my bank information a week later a customer support agent emailed me stating this is a screenshot and my wire has been submitted my refund would be in my acnt in 3days today is the 3rd day and I dont have my refund in my account, I then contacted the customer support agent via email and her response was its out of they control there's nothing they could do about it, and I never received my refund. I then asked for a copy of the wire transfer to see where did my refund go no one has contacted about it My ticket has been deemed solved and I still dont have my refund, its very upsetting I work hard for my money, I just want my refund back. (Show Less of Complaint)

**Desired Settlement**

My Refund of 297.00.

**Consumer Business Dialog**

**Business Response**

Ms. ******** purchase has been refunded. It appears that incorrect account information was submitted with the original wire transfer but it has been corrected and a new wire has been sent.

We believe this concern is already resolved.

Thank you for the opportunity to respond to this customer's concerns.

**11/08/2017**   Problems with Product / Service

**Complaint**

The Home business summit was not what it was advertised to be. Instead of providing education it was a bait to buy an expensive course.
I purchased the "Home Business Summit" on Sept 21 via mastercard for $497.00

---



**This Business Is Not BBB Accredited**

MOBE, Ltd.

**F**   BBB Rating System Overview

**Customer Review Rating:** ⚠

75%

■ [24] Positive Reviews
■ [0] Neutral Reviews
■ [8] Negative Reviews

[32] Total Customer Reviews

[31] Total Customer Complaints

**Composite Score:** ★★☆☆☆
MOBE, Ltd. has received 1.99 out of 5 stars based on 32 Customer Reviews and a BBB Rating of F.

**Share your experience**

[ SUBMIT A REVIEW ]   [ SUBMIT A COMPLAINT ]

Share   Print   55K 👍 Like

---

