because I was led to believe this class would provide an education on investing in real estate and how to market an online business. I showed up the first day to discover this was a giant scam offering to get me credit cards with a limit up to 100,000 for a $3995 fee and to purchase a product that is listed online for $30,000 but the "teacher" kept pushing it as "$60,000". I approached the organizer of the event after talking to Sasha and Scott (Z*******) who told me to go to Laura W****** for a refund. Laura sent in a request to refund my money (after asking me for my email address) and said that it would be fine for me to get the refund. The company lists a 3 day refund policy, but she said since it was approved by both her and Scott it would be fine. So I left and now the company will not return my calls or emails or give me an answer. While I was aware of the 3 day policy, the item that I purchased was not the item I was receiving. This is a giant scam. Additionally, because I was told I would be refunded if I left before the break ended (which I did) I left and did not receive the education that was promised. (Show Less of Complaint)

**Desired Settlement**

I want to be refunded the $497 minus the $49 that is typically charged for the 21 Step program since I did start using the program until I figured out the Home Business Summit is a scam. I think that is a fair request. So to be clear, I want $448 refunded to the mastercard I used to pay. I was promised a refund by the organizer of the Home Business Summit (Laura W******) and the Host (Scott Z*******). (Show Less of Desired Settlement)

**Consumer Business Dialog**

**Business Response**
We have received the complaint Ms. ****** filed with your office. Ms. ****** purchased a $497 ticket to a Home Business Summit event. As stated in Ms. ******'s complaint, she requested a refund (outside of the normal 3 day right of rescission period) and a company representative did offer to refund. The representative told Ms. ****** that the refund would be processed but may take between 4-21 days to show up on the customer's bank records depending on their individual bank's policy for such a refund. MOBE records show that the refund was processed and believes this customer's concerns have already been resolved.

**Consumer Response**
(The consumer indicated he/she ACCEPTED the response from the business.)

(Show Less of Consumer Business Dialog)

---

Read More Complaints: << < 1 2 > >>

---

**The business responded to the dispute but failed to make a good faith effort to resolve it. (1 complaint)**

---

01/24/2017 | Problems with Product / Service

**Complaint**

Refund request of $72,750, paid directly to MOBE for undelivered products and services (US$ 59,210), along with the other cost caused by that company.
We are ****** and ****, a business partners couple with content and design background. We've been professionally involved in internet activities for nearly 15 years now.

From our experience over the years we learned that there are 3 major factors who are responsible for any success online: It's the quality of your offer, the way you market it, and the service, support and assistance you are willing to share with your followers.

In all those 3 disciplines MOBE has been painfully failed to fulfill our expectations.

We purchased MOBE Products and Services for nearly $60,000 (and also invested in MOBE- related Issues more than $10,000 in addition). A few months later and tons of unsatisfying correspondences with the MOBE's support team, we were forced to quit our relationship to MOBE, since what we were told and paid for in advance, wasn't what we received in return. There were lots of cases where promises weren't held, products not supplied, services not given, Information said wrong, poor quality delivered and many other unacceptable actions and steps taken wrong or not taken at all, so for ethical reasons we were avoided from referring and recommending MOBE and its products to our prospects.

The list of negative issues is long and the time and money we had to spend and to waste for this reason are enormous. Therefore we sent a few months later (on September 24th, 2016) a refund request to Mr. Matt L****, CEO of MOBE. We did it as a signed receipt post to his office in ********************, as a personal text to his ***** account and as a private message on his ********* page. It's now 3 months later and still no answer, no refund, and no reaction.

As for current, we do not see any other choice than to end our relationship to MOBE. We will not promote MOBE anymore, as we can not tell our audience to purchase products and services we ourselves were paying for, but never received. Therefore we asked to get back our money as peacefully, as easy, smoothly and quickly as possible, but as notice above, not even a reply.

Now that our request to transfer the money back to our bank account is ignored, do we have to roll the process ahead and complaints also a compensation for all our lost time and money due to this experience?

(Disclaimer: There will be a list following soon, including all details about all the dates, payments and products and/or services which are related to this case) (Show Less of Complaint)

**Desired Settlement**

We are ****** and ***** a business partners couple with content and design background. We've been professionally involved in internet activities for nearly 15 years now.

From our experience over the years we learned that there are 3 major factors who are responsible for any success online: It's the quality of your offer, the way you market it, and the service, support and assistance you are willing to share with your followers.

In all those 3 disciplines MOBE has been painfully to fulfill our expectations.

We purchased MOBE Products and Services for nearly $60,000 (and also invested in MOBE  related Issues more than $10,000 in addition). A few months later and tons of unsatisfying correspondences with the MOBE's support team, we were forced to quit our relationship to MOBE, since what we were told and paid for in advance, wasn't what we received in return. There were lots of cases where promises weren't held, products not supplied, services not given, information said wrong, poor quality delivered and many other unacceptable actions and steps taken wrong or not taken at all, so for ethical reasons we were avoided from referring and recommending MOBE and its products to our prospects.

The list of negative issues is long and the time and money we had to spend and to waste for this reason are enormous. Therefore we sent a few months later (on September 24th, 2016) a refund request to Mr. Matt L****, CEO of MOBE. We did it as a signed receipt post to his office in ********************, as a personal text to his ***** account and as a private message on his ********* page. It's now 3 months later and still no answer, no refund, and no reaction.

FTC-MOBE-004527

As for current, we do not see any other choice than to end our relationship to MOBE. We will not promote MOBE anymore, as we can not tell our audience to purchase products and services we ourselves were paying for, but never received. Therefore we asked to get back our money as peacefully, as easy, smoothly and quickly as possible, but as notice above, not even a reply.

Now that our request to transfer the money back to our bank account is ignored, do we have to roll the process ahead and complaints also a compensation for all our lost time and money due to this experience?

(Disclaimer: There will be a list following soon, including all details about all the dates, payments and products and/or services which are related to this case) (Show Less of Desired Settlement)

**Consumer Business Dialog**

**Business Response**
We have received the complaint ****** and **** ****** filed with your office. We appreciate the opportunity to respond.

The *******s purchased access to various business training summits and mastermind events. All training materials and access to support have been delivered to the *******s and the purchase was made on a non-refundable basis.

In April of 2016, both ****** & **** attended the MOBE Diamond mastermind event, a 10 day all inclusive training event held in Jamaica from April 27 through May 8. During the event MOBE paid for professional filming and the creation of various sales letters, web pages, and online lead generation content for the *******s. An example of one such page with a video clearly shows ****** & **** being filmed next to MOBE's owner, Matt L****, is available here:
*********************************************** MOBE has copies of all such pages, and proof that the Diamond event was both fully paid for by MOBE and all sales copy, sales video, and the funnel was completed as agreed.

Following the Diamond mastermind, in June of 2016 both ****** & **** attended the Platinum Mastermind in the *************** from June 9-15. At the all-inclusive event MOBE provided access to top level training programs and networking events. ******* & **** were able to avail themselves of all training materials purchased.

Further, ****** & **** have had personal access to training and customer support through the whole process. Asking for a refund after MOBE has clearly delivered what was purchased is unacceptable and clearly against the terms of the contract the *******s signed.

Again, we appreciate the opportunity to respond to the *******s' concerns.

**Consumer Response**
(The consumer indicated he/she DID NOT accept the response from the business.)
The necessary and most important introduction at first:

1. CONTENT LIMITATION

According to the BBB terms of use for this page, an online reply at the current location is limited by default to 9000 characters only. For us it means that we will not be able to publish, right here and right now, the entire complaint, with all its related facts and details, correspondences and chats, photos, images and screen prints, forms and contracts, orders and transfer wires, etc.

Unfortunately, our reasoned reaction to the given MOBE's response would be much too large at this stage, since a serious and argumented replay, just as the one we would like to perform here in order to surround the case as completely, correctly and exactly as possible, needs more text space than allowed.

For the purpose of keeping all the info well organized despite this space limitation, we will answer each of the single sentences in MOBE's response shortly by including some general background as well. The entire documentation of every step we did and any action we took during our relationship to MOBE, can be ordered in the meantime as described in the next section.

2. INFO AVAILABILITY

Since there are tons of unique pieces that clears, proves and supports any of the disputed subjects we are going to discuss, the following sentences are literally only a brief sample of the whole picture.

Those who are interested in having a fully updated copy of this case report (as known to date), may send us a request to the eMail address *******************. We will be more than happy to assist and provide any interested person with a pdf- file that contains not only our detailed story and experiences with MOBE, but also similar histories, shared with us by other frustrated and unsatisfied MOBE customers.

The report starts at the time point of our first purchase by MOBE, which was the 21 steps training videos series "My Top Tier Business", better known as "mttb".

3. COMMUNICATION

Of course, we hardly tried to talk to the MOBE management and support before taking any legal action about this issue, however, it was all for vain: till today there was not a single answer received and no constructive reaction done.

Back in September 24., more than 3 months ago, we sent a registered signed receipt letter to Mr. Matt L****, founder and CEO of MOBE. We also wrote him personally on his Skype chat and sent him an Email. Then we repeated it all as a private message to his personal Facebook page, but as stated, not a single sign of life from the MOBE directors.

Thanks for your attention

(To be continued soon)

**Final Business Response**
MOBE has fulfilled everything they are obligated to do for this couple. The couple is now promoting a competitor so they are trying to get a refund. MOBE's position is that MOBE has delivered everything they are required to deliver and that no refund is warranted. The contracts clearly state that the purchases were made on a non-refundable basis.

**Final Consumer Response**
1.
We provided facts, evidence and proves that clearly shows that we didn't get the products we were paying for.

MOBE answered with the sentence "MOBE has fulfilled everything they are obligated to do for this couple." and said that "position is that MOBE has delivered everything they are required to deliver and that no refund is warranted."

No facts, no evidence and no proves.

(By the way, we also could not figure out how the given contracts, which includes that undelivered products and services, could be used to support MOBE's position...)

2.
MOBE says:
"The couple is now promoting a competitor so they are trying to get a refund."



PX 95

FTC-MOBE-004528

That's simply not true. We do not promote any other company who runs the same business model and strategies as MOBE.

The reason for the refund request, as we literally said, again and again, is that we can not promote MOBE to our audience due to ethical reasons. We can not recommend our people to purchase products and services that we ourselves were paying for but never received.

By the way, all MOBE's top sellers, no exception, DO PROMOTE COMPETITORS to MOBE...

3.
MOBE says:
"The contracts clearly state that the purchases were made on a non-refundable basis."

This could be eventually an argument if the products were delivered, but as to point 1 above, they are not. (Show Less of Consumer Business Dialog)

**The Business addressed the issues within the complaint, but the consumer either (a) did not accept the response, OR (b) did not notify BBB as to their satisfaction. (25 complaints)**

---

05/14/2018    Problems with Product / Service

**Complaint**

REQUESTED REFUND NOT REFUNDED
SCAM PEOPLE
THEY DON'T RETURN CALLS
BROKE THEIR PROMISES
COLLECTING MONEY TO PEOPLE WITHOUT PRODUCT IN FRONT
Initially was offered with Business summit program to learn the internet selling. Paid the amount in front. I was not able to make it to use the summit program due to being sick and later on I found out that MOBE collecting money in the summit from people who attended the summit I was supposed to go to, that MOBE told people in order for them to succes and be able to earned more money is that we have to join the different type of program and with additional cost. Which the additional membership fee, it was never disclose at the initial meeting. I contacted and spoke to representative of MOBE to request refund of my money and I am no longer interested to attend their program, due to the extra money that will cost me that I cannot afford. They told me I have to send request to MOBE website about my request. Whish I did. I received a message message electronically that I need to provide documents of my purchase and someone will be in touch with me. I followed the instructions and waited for them to reply, but they never did. I have made many attempt to call them however failed many times. When finally did, they told me that I don't have to pay the additional membership if I can't, but just attend their summit. However in able for me to use their services and earned better income. I will need to pay the program that will cost me extra money. They continued to forced me to attend the summit even I told them I am no longer interested, because I won't get what I was hoping for without spending more money with them. They told me they'll send this request of refund to their headquarter and someone will be in touch with me. BUt no one did. I waited and made many attempts again to reach out with them. I basically just gave up since I don't have the time to keep spending time calling and repeating my issue with them over and over. My very last conversation with them, was they are not willing to refund me my money since I have reached the 7 days limit for requesting the refund. But they are not even asking for the cause. I think they just avoiding the issue and they are not willing to refund me the money. I've seen so many complaints about MOBE. I am not sure if this is the first time had the same complaints like mine here, I just wanted someone will have time to pay attention on this. Hoping and wishing this will be resolve. MOBE, need to be remove in the business whatever their doing need to stop. So many innocents people only wants to find way to make money, but not be scammed. Please help us. (Show Less of Complaint)

**Desired Settlement**

Have every ones money be refunded and close their business as soon as possible.

**Consumer Business Dialog**

**Business Response**
We have reached out to Mr. ***** but have not received a response back from him. We believe we can resolve this matter with a quick call or response to the email we sent him at ********************

Thank you for the opportunity to respond to this customer's concerns.

---

04/17/2018    Problems with Product / Service

**Complaint**

Telephone complaint taken by BBB staff (NR).The consumer stated she signed up for a work-at-home opportunity on 3/9/18 and paid $49.00. The consumer stated that upon reading the details, she decided she did not like it. The consumer stated she contacted the company and requested a refund the same day- 3/9/18. The consumer stated she was told the refund will can take up to 2 days and depending on her bank, the refund will show in her account anywhere from 4-21 days. The consumer stated that as of today, a refund has not been issued. The consumer stated she has tried to contact the company, she has not been able to speak with anyone, she has left messages but has not received a return phone call.
(Show Less of Complaint)

**Desired Settlement**

The consumer stated that she wants the $49.00 refunded to her as stated.

**Consumer Business Dialog**

**Business Response**
We received the complaint Ms. ***** filed on the $49 purchase she made. Records indicate that the transaction was voided on March 14. Ms. ***** has been notified of this and has also spoken to customer service regarding this.

Here is a link showing the voided transaction:
*********************************************
We believe this customer's concerns have already been resolved.

Thank you for the opportunity to respond.

(Show Less of Consumer Business Dialog)

---

02/22/2018    Problems with Product / Service

**Complaint**

MOBE is a scam. Do Not Sign Up with them.
This 21 Step program is a scam they tell you you have a money back guarantee but when you ask for it, they inform you that you need to wait 12 month to request refund and you must submit proof that you tried 3 different types of advertising, you must show proof that you did not make any money from your ads. Also all the training they provide is outdated. they do not follow through on what they promise you in the training. they promise you will have a one on one coach to walk you through. then when you only buy the smallest program, they tell you your on your own as far as figuring out how the system works. i have been trying to get a refund for over a year.

all right is a run-around. I have been contact by the                      and they are
looking into this company so you know that it is a SCAM
(Show Less of Complaint)

**Desired Settlement**

i would like my initial investment of $2500 back

**Consumer Business Dialog**

**Business Response**

We received the complaint Ms. C******* filed with your office and have reviewed her
account, along with all supporting documentation and contracts. Ms. C******* signed a
contract that states the purchase was made on a non-refundable basis once three
business days have lapsed from the time of purchase. Since Ms. C******* purchased on
June 20, 2016 that time period has clearly lapsed.

Ms. C*******' purchase came with a commitment that the program works and the
specific wording of the refund policy is as follows: The MOBE License program is
refundable within 12 months of the date of receipt of the contract received. However
the Affiliate must provide proof that they've implemented at least three of the proven
traffic strategies taught in the MOBE License Right's training area consistently for each
of the 12 months and hasn't made a sale. Without this proof, the affiliate is not eligible
for refund.

Ms. Coppola has not provided any proof of marketing for the 12 months as required so
her refund request was denied.

Further, Ms. C*******' is misstating what the terms of the coaching program are. A coach
is automatically assigned to each customer upon purchase. Coaches attempt to
contact customers multiple times, both by phone and email. If customers do not
respond to the coach there is no way the coach can force them to use the coaching
sessions included with their purchase. In this case, Ms. C*******' coach has attempted to
reach her multiple times. Ms. C*******' has had access to a coach, but has failed to
return any calls or messages left with her. In an effort to assist Ms. Coppola we have
asked her coach to reach out another time to try once again to connect with her. If Ms.
C*******' fails to respond to the coach that is her fault, not MOBE's.

MOBE has fulfilled its obligations under this agreement and as a result denies Ms.
C*******' request for a refund.

**Consumer Response**

(The consumer indicated he/she DID NOT accept the response from the business.)
It is a complete lie that a coach has been trying to contact me and I have failed to
respond to their calls. I did deal with a coach while I was going thru the 21 steps. Upon
completion, I was given an opportunity to buy programs. I purchased the silver
program. I did not purchase the titanium program because it was $10,000 and I did not
purchase the platinum program because it was $15,000 . total of over $30,000. When I
informed my coach that I was only purchasing the silver program, she informed me
that at that point I will no longer have a one on one coach. I needed to purchase a
training program to learn how the program works. Had I purchased the titanium and
platinum programs ($30,000 plus) I would have had a one on one coach to walk me
thru the program. Nice lie MOBE

**Final Business Response**

As stated in our previous response, MOBE assigned a coach to work with Ms. C*******.
Ms. C******* confirmed that by stating that the coach took her through the 21 Steps, so
MOBE clearly fulfilled that obligation to her. In order to clarify further, as part of her
purchase Ms. C******* also has 3 coaching sessions with a traffic coach. The traffic
coach has been assigned and has attempted to reach Ms. C******* multiple times. Ms.
C******* has failed to respond to or interact with the coach at all. Ms. C******* also has
access to customer support.

MOBE provides business educational programs and can only assist those customers
who make an effort on their part. When a customer fails to fulfill their responsibility of
booking and showing up for a coaching session, there is nothing MOBE can do.

As a side point, had Ms. C******* purchased more extensive training programs she
would have had access to much more training and hands on help. Since she decided
she does not want or need those additional training programs the assistance noted
above is all she is entitled to.

I am happy to personally put Ms. C******* in contact with her traffic coach if she wishes
to have that individual assist her. Ms. C******* can reach me at ross@mobe.com if she
would like my assistance.

Thank you for the opportunity to respond to this customer's concerns.

(Show Less of Consumer Business Dialog)

Read More Complaints:  <<  <  1  2  3  >  >>

BBB Business Profiles may not be reproduced for sales or promotional purposes

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. Information in this
BBB Business Profile is believed reliable, but not guaranteed as to accuracy.

When considering complaint information, please take into account the company's size and volume of transactions,
and understand that the nature of complaints and a firm's responses to them are often more important than the
number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at
any time. If you choose to do business with this business, please let the business know that you contacted BBB for
a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.



**For Consumers**
File a Complaint
BBB Scam Tracker
File an Auto Warranty Complaint

**For Businesses**
Become Accredited
BBB EU Privacy Shield

**About BBB**
BBB Directory
Give.org
BBB Institute for Marketplace Trust
BBB Programs
Council of Better Business Bureaus
Contact
BBB Business Partner Code
Mission & Vision



Terms of Use | Privacy Policy | Your Ad Choices | Trademarks      © 2018, Council of Better Business Bureaus, Inc., separately incorporated Better
Business Bureau organizations in the US, Canada and Mexico, and BBB Institute
for Marketplace Trust. All Rights Reserved.



Google Chrome            66.0.3359.181                    2:15:04 PM 5/21/2018            Windows 7 Professional 64-bit Build 7601

# PX 95                    FTC-MOBE-004530



YOU ARE HERE: HOME / ABOUT US / OUR TEAM

# Our Team

## Brilliance is Global

From a single individual in Perth, Australia in 2011 to approaching 200 team members collaborating seamlessly from 21 different countries today, MOBE, Ltd. has grown into a thriving global entity.



## Pursue Your Passion

Work isn't the most important part of your life, and we're not asking you to pretend it is. The MOBE team is made up of close to 200 people who don't sit through lengthy commutes or mandatory overtime. Instead, we spend that time with children and grandchildren, or on the projects and hobbies we're passionate about.

We pursue our passions, and we skip all the other stuff.

# Our Founder

### Matt Lloyd

### Founder & Chief Executive Officer

In 2011, after years in the internet marketing industry, Matt Lloyd set out to create a system that would give anyone the tools they needed to build an online business. Today, he has transformed that revolutionary system into MOBE, Ltd., a company that has paid out over $50 million in commissions to affiliates around the globe. When he's not working on MOBE, Matt loves watching movies and traveling the world.

**PX 96**




# Our Staff

### 7 Divisions of Expertise

Meet some of the dedicated individuals across the seven divisions of
MOBE, Ltd who bring passion to their work *and* their lives every day.

 **Division 1 | Human Resources**
From talent sourcing and acquisition to training and
retention, our Div.1 team facilitates growth by matching the
right talent with the right opportunities to contribute to
MOBE.





Jennifer, Director of HR            Shannon, Onboarding & Training Mgr






**Hilda, Recruiter**     **Nadia, HR Asst**     Darian, HR Asst     Houston, HR Data

 **Division 2 | Sales & Traffic**
Our Div. 2 team helps entrepreneurs begin the journey to
becoming successful MOBE affiliates both in traffic & phone
coaching



## PX 96

FTC-MOBE-004532

Doug, Director of Sales & Traffic



Ryan, Sales



Carlos, Sales



Ashraf, Sales



Joe, Sales



Sherry, Sales



Phil, Sales



Max, Sales



Elliot, Sales



Grant, Sales



Marlon, Sales



Zak, Sales



Paul, Sales



Leigh, Sales



Tiji, Sales



Sam, Sales



Sebastian, Sales



Timothy, Sales



Jay, Traffic



Jay, Sales



Chris, Sales



Tammy, Sales



Travoye, Sales



Kate, Traffic



Jason, Traffic



Regina, Traffic



Raena, Traffic



**Division 3 | Finance**
In addition to accounting and reporting, our Div. 3 team oversees commissions to make sure that all of our affiliates earn the commissions they deserve.



Athar, Interim CFO



Joan, Accounting



April, Accounting



Gurjeet, Asst. Comms Manager



Cherielyn, Accounting



Dave, Collections Manager



Danny, Commissions Manager



Ninia, Commissions



Orbille, Commissions Lead



Ianka, Chargebacks



Angel, Supervisor of M. Process



Giselle, M. Process



Jason, M. Process



**Division 4 | Information Technology**
Coders and programmers, copywriters and designers, social media and PPC experts. Our affiliates don't need digital expertise to succeed because our Digital teams support them every step of the way.



Bill, Director of Information Technology



Ursula, IT / Webinar



Steven, IT



Rey, IT



Nate, IT



Min, IT



Omar, IT



Zubair, IT



David, IT



Shobit, IT



Anshuman, IT



Amit, IT



Mila, IT



Joshua, IT



Tammy, Manager Marketplace



Nyna, Marketplace



Ryan, Marketplace



Liz, Manager Graphics & Web



Amin, G&W









**PX 96**

Keisha, Manager Content     Ilsa, Content Editor     Mary, Content     Ghazaleh, Content

   

John, Content      Sukhi, Content      Steve, Content      Trevor, IC Coordinator

 **Division 5 | Quality**

Our Div. 5 customer support and quality assurance teams maintain customer satisfaction, from new customers to experienced affiliates who have earned millions with MOBE.



Cathy, Director of Quality and Support

   

Ali, Support      Charisma, Quality      James, Support Supervisor      Catherine, Support

   

Liz, Support      Kelsey, Support      Jenn, Support      Martha, Support

   

Edward, Support      Santino, Support      Lilla, Support      Christopher, Support

**PX 96**




**Kendra, Support**



**Kate, Support**



**Atiya, Support**



**Isabella, Support**



**Tim, Support**



**David, PR/Traffic**



**Tameka, PR**

 **Division 6 | Events**

Our Events team handles all the logistics, planning, speaking, and sales. Division 6 maintains relationships with our affiliates and organizes all of our incredible events including Masterminds, SuperCharges, Home Business Summits, IM Freedom Workshops and more all over the world.



**Russell, Manager Event Sales**



**Akash, Logistics**



**Tim, Logistics**



**Paul, Speaker**



**Chris, Speaker**



**Don, Speaker**



**Anthony, Speaker**



**Tony, Sales**



**Steven, Sales**

**PX 96**

FTC-MOBE-004537






Clayton, Speaker          Scott, Speaker          Donna, Sales          James, Sales






Livia, Sales          Thera, Sales          Don, Sales          Lucy, Sales





Jennifer, Sales          Cori, Sales          Kalpna, Sales

**7** **Division 7 | Executive**
Our KLCC Corporate Office Group & Marketing



https://mobe.com/about-us/our-team/?aff_id=1760   Go   JUL **AUG** SEP
1 capture                                                                         ◀ **04** ▶
4 Aug 2016                                                                    2015 **2016** 2017
  
▼ About this capture

Matt, CEO






Athar, Executive Director          Susan, Executive Asst          Ross, Legal          Nate, Marketing






Hwayda, Marketing          Tasha, Video Studio Mgr          Amir, Videography          Ali, Videography

**PX 96**

FTC-MOBE-004538

Ready to revolutionize an industry?
Join the MOBE team today.

APPLY TO WORK @ MOBE

BECOME AN AFFILIATE

CONTACT US · COMPLIANCE HUB · TERMS & CONDITIONS · INCOME DISCLOSURE · PRIVACY

**Need Help? Call 1-844-MOBESUPPORT**

Copyright © 2016 · MOBE · All Rights Reserved:

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH
Nestor Merchant Services Branch in Georgia, 9 Dzma Kherkheulidze Str., No. 14 Apt. 3, City Rustavi
Mobe LLC - Didgori District, Borough Tskneti, the so-called almond garden area, Tbilisi, Georgia
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius
MOBE · My Own Business Education · MOBE TV

PX 96

FTC-MOBE-004539


# How My Little 'Hobby' Online Business Grew to a **$120,560.91 / Month 'Behemoth'** in the Home Business Industry …

## … And Took Me from **Welfare to Multi-Millionaire** in 4 Years Using 12 Different **Online Income Revolutions** …

Matt Lloyd, **one of internet marketing's fastest success stories**, finally reveals what he did to go from government financial assistance to making hundreds of thousands of dollars a month.



Dear Friend,

Did you know I was on welfare at one point?

I really don't talk about it much, but I realized it was time I spoke up.

It was a dark period for me when I realized that the food on my plate was coming from tax money and that I really was depending on other people for my survival.

I didn't like it.

The "free money" (which wasn't much) took care of my rent and food, but it wasn't enough to do anything I liked. Even getting more than the standard bar tab was a stretch. It was embarrassing, to say the least.

Worst of all? It gave me *excuses* to not get what I really wanted out of life. I had flirted with the idea of having my own online business from time to time, but there was always a reason not to do it.

These are some of the things that were going through my head at the time:

FTC-MOBE-004540

*"I can't start my own business, I don't have enough money!"*

*"It takes money to make money."*

*"I should get a higher paying job (or any job) and then maybe down the road, when things are easier, I can invest in my own business."*

If anyone had a reason to put off building an online business, it was me. I had no skills to speak of, was barely educated, and had no job experience at all.

I had other friends who felt the same way and were going through something similar:

- Having jobs they felt tied to, even though they **hated** them
- Feeling like they were letting down their family by not having enough money to take care of them properly
- Trying internet marketing for *years* without any real progress

What I realized was that there was no end in sight for me. I was either going to stay on welfare or get a job that I didn't like and stay with it for decades.

Then the economy fell and even my friends who *liked* their jobs were struggling. It got very hard for everyone.

**So I got to work.**

I didn't get a job, even though anyone in their right mind would have told me to do so. I *stopped* my government checks and *started* working on my online business at the same time. I was ready to burn all the bridges holding me back and push forward with my business.

And to be honest, **I flat out stumbled around for 3 years**. It was feast or famine, with many things going *absolutely wrong* in every area of my life.

At some point, it was either "Figure this out or quit," and I had to really do some soul searching.

I discovered that there were really only twelve points of my business that I needed to have handled in order for my business to succeed. From then on, I concentrated on these 12 steps and *nothing else*.

# After 3 Years Of Stumbling, The Realization Of The 12 Steps Made Me A Million Dollars In One Year

All that stumbling around wasn't for nothing. I didn't realize it at the time, but I was slowly and *painfully* putting together a straightforward plan for how *anyone* can build wealth with an online business, no matter where they're starting from.

**If You Use These 12 Steps …**

- You don't need a list yet.
- You don't need to know anything about traffic (In fact, it might be better if you don't.)
- You don't need any technical ability or education.

And ...

- It's OK (or even better) if you've failed numerous times at internet marketing.

FTC-MOBE-004541

The beauty of these 12 steps … or what I call the **12 Income Revolutions**, is that they're very straightforward and easy to apply.

They'll work today, tomorrow, and years from now, as long as the internet is still working.

It doesn't depend on Google or Facebook, or any provider.

In fact, you could be ***banned and blacklisted*** from Google (both organic search and AdWords), Facebook, Yahoo, and Bing, and *still* make a killing with the 12 Income Revolutions.

Now even though I had used these 12 points to become a millionaire, it took me some time to specifically nail down what had changed over that past year.

A lot of this had become "unconscious competence," and it took many months of coaching others for me to *really* hammer out the **blueprint** for how to make regular, massive income online.

At that point, I had the process so much down to a science that **I made my 2nd million dollars in only 4 months afterwards.**

And now I am about to share it with you.

To be honest, this isn't easy for me.

After all, a lot of my income has come from one-on-one coaching, and I had to come to grips that once I once I let this system out of the bag, *you might not need me anymore*. I mean, this system is as complete as it gets so I had to accept that there was a big chance that anyone who learned the 12 Revolutions would no longer need my coaching.

But I decided that it would be unfair for me to hold this back from the rest of the world, especially since I had been so lucky to discover this at a young age.

So here is what you get …

# Introducing Online Income Revolution:
## The Exact System I Used To Rise To Multi-Millionaire & Create 6-Figure Success Stories In My Students

Sometime after my second million dollars, I partnered up with Daegan Smith, one of the most respected authorities on the internet on how to build and multiply an online business. He regularly charges thousands for a couple hours of his time and no one blinks at the price. He's just that good.

At one point over coffee, Daegan said to me, "Matt, you're doing exactly what I did to build my online business but you managed to figure it out 5 times faster than I did."

It was that moment of recognition when you meet someone "in the club" and realize you've gone through the exact same journey, with all the challenges, pitfalls, and final rewards.

FTC-MOBE-004542

Once I knew we were on the same page, we put our heads together and agreed to create the **Online Income Revolution** *event* … where a tiny group of people got to hear the 12 Income Revolutions and each create a plan for themselves on how they would apply it to achieve the lifestyle they've always wanted.

The event lasted 3 days in San Diego and was one of the greatest meetings of online marketing in history.

I revealed my 12 Online Income Revolution secrets and watched as each student wrote their notes in a flurry, not wanting to miss a single word.

Daegan Smith **gave away his entire method**. This is a guy who is the absolute *master* at turning traffic into pure gold and he gave secrets away that he normally only gives to clients paying thousands and thousands of dollars.

After the program, I heard every rave review from "Life-changing," to "Unbelievable! The best event ever!"

But the main theme I'd heard from people who had attended was "Wow, I have a lot of work to do, but I know exactly where to start!"

After this course, you'll *always* know what to do next because the steps to making a full-time luxurious income are absolutely laid out for you in a step-by-step formula.

# WARNING! Do Not Spend Your Profits After Starting This Program

I have to put this warning both in the program and on the order page because I've seen this mistake happen more than you would believe.

What happens is students will start making money … good money … wayyyyy faster than they expected, and that's when the ideas pop in their head:

- *"Maybe it's time to take this vacation."*
- *"I think it's time to trade in that Toyota for a BMW! And I want to upgrade my apartment!"*
- *"Well, now that the cash is coming in, I think I can relax and buy that home entertainment system I've been eyeing ..."*

The ONLY thing I give you permission to do after implementing the first three Income Revolution sections is to **quit your job** so you can spend more time implementing the rest of the program.

Believe me, I've seen even some of the big gurus make that quick money and then blow it all. They end up even worse than they started because they didn't follow through with the rest of what their business needed.

# How You Can Learn All 12 Income Revolutions Even Better Than The People At The Event

Remember when I said *"everyone at the event was taking a flurry of notes, not wanting to miss a single word?"*

FTC-MOBE-004543

Well you don't have to go through that yourself because I am going to give you the chance to have the **entire event** at your fingertips in video form.

You can pause the video, take notes at your own pace, rewind, and go over whatever you need to as you implement these tools and concepts into your business.

This is what's going to take your online business to super-stardom … your ability to continually come back to each Income Revolution session and make sure **every key piece of your business is working** to bring you the cash that will fund whatever lifestyle you're aiming at.

# Here's Exactly What You'll Learn Through Online Income Revolution

## **1** Your Million Dollar Offer

- How I achieved in a few years what other online internet entrepreneurs, including Frank Kern, Eben Pagan, and Rich Schefren took several more to achieve. (All of these guys are legends that I have learned massive amounts from, but none of them achieved wealth in under 4 years or at age 25.)
- How I took the leap from ending my welfare payouts to a full-time internet business **without getting a job in between.** (You'll see why you have to *stop* letting other people take care of you *before* you make your money.)
- What your customer *really* does for you and how misunderstanding this concept is what causes most online businesses to give up 90% of their income from Day 1.
- Your **Entire Roadmap for a Million Dollar Business**. There will be surprises along the way, but just stick to this formula and you can't fail.
- My method for constructing offers that are almost **impossible** to say "no" to, and how you can do the same.
- **Online Marketing's Best Kept Secret:** the "Webinar Sales Process," and how you can do this with zero technical ability and a tiny budget.
- Word-for-Word templates on what to say on your webinar so people line up to buy.
- The **Myth of "Moving the Free Line":** Why you need to charge *high prices* for your best information and *not* give away the store.

## **2** One-On-One Sales Made Super-Easy

- What to do if you're *absolutely terrified* of selling one-on-one to prospects.
- Why avoiding person to person contact will almost guarantee your business never exceeds the "small potatoes" level.
- How to get hundreds of dollars with a few minutes of your time using **Facebook Chat** and without getting on the phone.
- **Full Transcript** of me closing a $397 deal within 2 minutes using Facebook Chat.
- **How to regularly sell programs of $2,000 or more over the phone.**
- What to do if your prospect is getting distracted during your sales pitch. (Barking dogs, screaming kids, and nosy spouses will *murder* your chances of closing if you don't handle this.)
- 3 ways to **create a tormenting strain of urgency in your prospect** so he *has* to sign up for your high-ticket program.

FTC-MOBE-004544

**③ Paid Traffic Gets You PAID (If you do it my way.)**

- Why "free traffic" is a myth made up by broke entrepreneurs and SEO agencies. (You are *always* paying for "free" traffic and not just with your time!)
- What to do if you are so strapped for cash you can't afford to pay for *any* traffic. (I get this question all the time and there's always a solution.)
- My 3-step process for getting ridiculously steep discounts on paid traffic. (You should definitely pay for ads, but most people pay *too much*!)
- How to absolutely *dominate* your niche like a professional poker player with all the chips. (This is one of *two* ways I show you on how to get a *ridiculously* unfair advantage in the marketing game.)
- What to do if big companies are out-bidding you on ads. (You can reverse this so they *bleed* money while you make more then their CEO's.)
- Copywriting Legend Gary Halbert's breakdown on what components are needed for your campaign to be a success (Hint: your sales presentation is only 25%!)
- Gary Halbert's secret on how to get the best rates for your ads.
- What to do if you've been paying an "overpriced" retail rate on ads and feel it's too late to negotiate a better deal.
- How to use direct mail for your internet marketing business and *crush* your competitors. (They're way too scared to do direct mail because they don't know the *secret* I'll share with you.)
- How I target Facebook Ads so ONLY my ideal customer (someone who buys a lot and someone I like working with) clicks my ads.
- The real deal with banner ads. (Customers are *not* "banner blind" and if you ignore this amazing traffic source you might as well give up your dreams of being a millionaire.)

**④ Your Affiliate Army Of Prosperity**

- The ONE exception to "there's no free traffic" (affiliates) and how to make this your most profitable source of sales.
- How to leverage your affiliates to test out new landing pages so you can use the best converting sales page before paying for traffic. (Your affiliates will *gladly* agree to this process if you do what I say.)
- The answer of whether to auto-accept everyone in your affiliate program or do it on an application basis. (**DO NOT put your offer on ClickBank** before watching this segment.)
- The three ways to get affiliates excited to promote for you and send you their highest-paying customers.
- The **one** thing super-affiliates crave more than money. (Give this to them and they barely care about commissions anymore!)
- How to deal with over-protective affiliates who guard their list with their life.
- What to do when your affiliates try to buy your products through their own links.
- How to get affiliates from your own list to promote for you. (REAL **Word-for-Word examples of what to say.)**
- The worst affiliate commission killer (**Refund-Rates**) and how to make sure your affiliates like you even when things go bad.
- How to set up a contest so your top affiliates work day and night to promote you to their list.
- **Copy and Paste Emails** to get your affiliates inspired and passionate about selling your product. (Seriously, just copy and send … you have my permission.)

FTC-MOBE-004545

## **⑤ Licensing Partners Who Pay You Thousands To Sell For You**

- Why all members of **Online Income Revolution** are **_forbidden_** to share this technique. (I do *not* want this one getting out so you must agree to keep this quiet before buying.)
- How to take the concept of "PLR" (outdated and ineffective) and turn it into the **most profitable segment of your business.**
- **4 ways to sell a $2,000-$5,000** licensing program that will work even if you have a minuscule budget. (You need *nothing* now and I'll show you how to create this from scratch.)
- How I got $40,000 from one testimonial for my licensing program and how you can do the same. (Hint: It's catching the customer at the EXACT right time…earlier than you think!)
- The secret (and surprisingly legal) tactic of *borrowing* someone else's high-end info-product and keeping *all* the money instead of collecting affiliate commissions.

## **⑥ Selling $4,000+ Programs On The Phone**

- How to use Skype or your cell phone to immediately double your income from your business.
- What to do if you're "shy" or hate selling.
- How to make your sales pitch **_invisible_** so it looks like you're having a normal conversation.
- The real reason why prospects flake on sales calls and how to **eliminate cancellations altogether**.
- 5 questions to ask yourself before making that first call that will instantly **triple your closing rate.**
- My **exact phone script** that has brought me over $250,000. (You can totally steal this and start making money tonight if you're ready.)
- Don't like making sales calls? I'll show you how to build a sales team that *only* gets paid when they make you money *first.* (This is how you leverage the best sales performers without needing to pay them a dime out of pocket.)
- How to "flip the script" so prospects chase *you* to get on the phone and hear your sales pitch.

## **⑦ High-Ticket Offers To Make The Real Money**

- Why selling products for $47, $97, and $397 is completely unsustainable these days. (And how you can have a *lot* more fun selling products at $2,000 and above.)
- Why you're almost certainly *underestimating* how much a customer is willing to spend with you and how to figure out the **maximum your customers will pay you.**
- When to make a back end version of your product (The timing is very, very important.)
- How your sales pitch almost completely changes at the multi-thousand dollar mark. (If you miss this, you can ruin *both* your high-end and low-end sales.)
- The techniques for tapping into your prospect's emotions so they *must* buy your product at any cost.

## **PX 97**

# **8** Your Personal Productivity & Wealth Programming

- What your #1 goal for your business should be. (This will guide you to *always* make the right decision … and the most money.)
- Why "wanting to help people" is the absolute *worst goal* you can have for your business (and results in you helping *nobody.*)
- The secret to solving absolutely *any* issue in your business. (This one-word-solution will save your business even in the hardest times.)
- How to avoid the ups and downs in income when you run an online business. (The Feast-or-Famine experience is *completely* avoidable if you adopt this one daily habit.)
- The key to handling an overwhelming amount of tasks on your plate and getting it all done **without any stress.**
- How to annihilate procrastination from your day and have better self-esteem from your productivity.
- Why you need to put your own needs before the customers. (I'm going to get a lot of flack for this section but the entrepreneurs who follow my advice are a lot happier and *richer.*)
- The email backlog: How to deal with massive amounts of business-related email. (This will suck up *all of your time* if you don't handle this *before* it gets intense.)
- My time-tested strategy inspired by Dan Kennedy to make sure you *always* have customers in the queue. (Works especially well for service-oriented businesses!)
- What to do once **cash starts coming in**. (This is a *crucial* time for you to plan and budget carefully.)
- The #1 personal quality money is attracted to and how you can activate it **right now**.
- The secret to getting **laser-focused** at work so your productivity triples.
- How to structure your internet marketing schedule so you get a lot done and still have enough time to enjoy your life.
- My **Habit-Transformation Formula** that gets you success in every area of your life (Works for not just business but also losing weight, getting muscle, improving relationships, and being attractive.)
- Should you **quit your job** or **drop out of school** before you're "*ready*?" (I know this first hand because I *did* leave school for my business, so my answer may surprise you.)
- How to develop unshakable faith in your business with the **Excuse Buster**.

# **9** Outsourcing & Team Creation

- How to know when it's the right time for you to expand and hire people. (Do this too soon or too late and you're dead.)
- Why so many entrepreneurs hire "just to hire" and it kills their profits.
- How to set a true dollar value on your time that makes everyone you deal with respect you.
- What to do if you're *so strapped financially* that it feels like you *can't* outsource the tasks you need to.
- **Full Case Studies** with examples on how I built my teams in customer service and phone sales.
- How to **protect yourself** when you feel nervous about giving your passwords to international contractors.
- The exact terms you need to set with new contractors so they get the job done excellently and as quickly as possible.

# **10** Marketing Co-ops To Get The Cheapest Traffic & Highest Profits

- How to save up to 70% of your traffic expenses by joining up with other entrepreneurs for bulk deals.
- The **Mob-Style tactic** of making yourself the ring leader so you save the most out of everybody.
- **Secrets of negotiating incredible rates** when buying bulk traffic deals. (You can easily cut down 20-40% of your costs by saying the right words I'll share with you.)

# **11** Aggressive Upsells To Triple Your Average Customer Order

- How to sell to the top 1% of your market who will buy virtually *anything* you sell and pay just about *any price* for it.
- What to do if you know your customers will buy more but you don't have a full product line to sell to them.
- A revealing case study of how a customer will pay up to **$4,429 for your products** after just *six* days on your list!
- Stupid-easy technology for **One-Click-Upsells**. (This lets a customer buy one product after another without having to re-enter their credit card information … *incredible* for making more money per customer.)
- How to make a customer feel *completely ridiculous* if they don't buy your higher-end product as an upsell. (When you word things this way, it's harder for them *not* to pay you more.)
- The **one spot on your site to put testimonials** that will *forever* change your conversion rate for upsells.

# **12** Scale To The Million-Dollar Level With Systems & Automation

- How to <u>systematize</u> your business so you can **grow five to a hundred times** the amount of revenue and customers you have.
- The trick to automating the "un-automatable"… Chances are you doing a lot of repeated work from scratch you could *easily* take off your hands.
- Learn how to find the "bottlenecks" in your business that are holding you back from the massive wealth you and your business deserve.
- My methods for documenting processes so even brand-new employees or contractors can keep your money flowing in day and night.
- How to choose between employing **great people** or **great technology** for your business. (I'm not going to win any humanitarian awards for this one.)

Now I'm going to pass this on to Daegan because his section of <u>Online Income Revolution</u> is some of the most ***incredible live internet marketing instruction*** I have ever witnessed.

Pay very close attention my friends …

FTC-MOBE-004548

Hi, I'm Daegan Smith.

In my section, I am going to give you the **detailed specifics** you need to take every piece of information Matt gives you and apply it to your business right away.

This includes the tactics and techniques I've only given to my coaching clients who pay a minimum of $2,500 to even speak to me.

Here I'll share with you the secrets that can help you skip much of the "trial and error" most businesses have and get you straight to steady cash flow and high gains you've been looking for:

**Lead Generation Secrets that Never Fail**

- My system for keeping your business **perpetually packed with leads** so you always have a **hungry list to sell to**.
- The one lead-capture page **I spy on** the most to develop my own lead-generation techniques.
- The truth about whether to let your prospects skip your squeeze page or **force them to opt in** before reaching your home page. The answer is not what you expect.
- The dangers of collecting names with email addresses … and whether it's really worth it …
- The first thing I tell **all** my $2,500 clients who want to capture leads. (They'll be pissed I'm sharing this secret info with you.)

**The Ultimate Sales Funnel**

- My **A to Z Formula** that takes my clients from **no traffic** and **zero sales** to pulling **in tens of thousands of dollars a month** shockingly fast.
- Why getting traffic is the absolute easiest thing you'll ever do once you have my **Invisible Sales Funnel** in place.
- The secret to targeting the **best customers** that **constantly buy from you**, <u>never refund</u>, and promote you to all their friends like it's their religious mission.
- How to find out who your best customer is … and what he wants. (Once you have this dialed in, selling to them is **sooo** easy.)
- <u>See with your own eyes</u> what a highly successful sales funnel actually looks like. I bet you've never actually seen the exact sequence of a **million dollar sales funnel** from the back end.
- How to avoid nasty customer issues like **<u>charge backs</u>** and **<u>bad reviews</u>**. (One ounce of prevention is worth a hundred pounds of cure on this one!)
- Solve **Shopping-Cart Abandonment** forever**!** What to do if you're losing customers on your order form. (The answer is shockingly simple and will forever change the way you process orders.)
- Secrets of the **Invisible Funnel …** where the prospect never knows he's being sold to and feels strangely compelled to buy from you.
- What I did to make my first $12,000 week. (I did this when I was new, and I will show you how to do the same thing.)
- **How to create up sell products out of thin air.**(You'll have no excuse to not have a back-end after you see this.)

**Crafting a Product Offer No One Can Resist**

- **Creating products that sell themselves!** (You can get away with basic, average, and even <u>boring</u> sales copy if your offer is designed like I tell you.)
- My **secret stash** of techniques for taking a vague idea and turning it into a compelling product that no one can say no to.
- My philosophy for finding **leverage** in every business activity so every dollar I spend brings me more wealth in return.

FTC-MOBE-004549

- The 3 things you **must have** to make your offer marketable to your list. (Two of these items need to be completed before you even know what your offer is!)
- How to genuinely fall in love with your offer so you sell it with pure honesty and passion.
- My secret method for making a marketing campaign **risk free** by checking out what's converting in advance and making something even better.
- How to multiply the perceived value of your product by 8 times so your price seems like a slam dunk! (It's easy when you do it my way.)
- How to make your offer's "**big promise**" so believable that your customer will brag to all his friends what a deal he got from you.
- My **5-step Research Process** to guarantee you create the **absolute best** offer available. (All you need is a ClickBank account, an Excel spreadsheet, and a highlighter.)
- How making your product just 5% better than your competitor can steal 40% of his new customers.
- The best and easiest way to find out what your list is willing to pay you **thousands** for (People who do this with surveys get the wrong information and I'll show you how to do it right.)
- How to hit the gas pedal on product creation so you have an audio or video course done in a weekend.
- The key to adding **irresistible bonuses** that make even your most paranoid customers jump to buy from you.
- The **perfect price** that your front-end product needs for you to be profitable (It has to be within $50 of this number or you're in big trouble!)
- How to **add scarcity** so every customer who views your sales page feels like this is a "now or never" opportunity. (This can add 30% to your conversion rate overnight.)
- The **4 Types of Buyers**, what they want, and how to position your product so you attract all of them.
- How to make your prospect feel **crushingly guilty** if he tries to leave your page before buying. (This trick is a little controversial, but if you're ok with the ethics, it'll skyrocket your sales.)
- A special meditation for discovering the info-product niche that will give **you** the most personal fulfillment, happiness, and success for your career.

**Split-Testing Tactics to Skyrocket Your Conversion Rates**

- The absolute first thing you **must** split test on any page. (It's not your headline!)
- How to develop an intuitive feel for testing so you almost **psychically** know which version will perform best.
- My million-dollar **Split Test Cheat-Sheet** that tells you exactly what to test and in what order. (Two of the top three on the list almost never get tested … even by the gurus!)
- Are **VeriSign** and **Security Check** images helpful or hurtful to your sales page? Find out here.
- 7 ways to make it scientifically impossible for your landing page to fail.
- How several of my students are getting 66% and 74% conversion rates on their lead capture page ... (and absolutely **killing it** with sales!)
- How I realized I could charge $97 for a $37 product and sell the **exact same number** of items for way more cash! (You can do the same thing in minutes.)

**Paid Traffic Secrets that Make Your Site a Predictable Profit Machine**

- How to put yourself in a position where you can **outbid your competitors** for every click while making **double their profit**!
- The **enormous** difference between fixed-cost and performance-based traffic and how it affects your entire bidding strategy.
- My secret to Google AdWords that lets me only bid on high performing keywords.
- How to set up your banner ads so you get a **stampede** of people to your site to join your list and buy, buy, buy!
- My **Two Quick Shortcuts** to building a highly-profitable campaign in **blinding speed!**
- How you can **NEVER DO SEO AGAIN** and make even more money than the top ranking sites. (The trick is to leverage websites who are ranking already and profit off them instead of doing it yourself.)

# PX 97

**Sales Page Techniques that Effortlessly Convert Viewers into Buyers**

- My **4 Conversion Steps** to guaranteeing your customers click the "Buy Now" button without taking a moment to "think about it."
- How to turn your **sales page presentation** into a greased slide where the prospect easily and happily goes through every step of the payment process.
- How to get amazing testimonials from customers **before they have results.**(You may think a customer needs real success before leaving a compelling testimonial, but the rules have changed!)
- The truth about how important testimonials are to your sales. (Some products don't need any and this will save you a lot of work if you don't need them.)
- How I structure my order form to turn buyers into **super-buyers**who spend 2-3 times more than they expected to.
- A sly trick you can do with a **yellow checkbox** on your order form that will **add 20% more to your revenue** right away.
- How to double or triple your conversion rate just by adding a 10-minute timer to a **one-time-offer page**. (There are a lot of fake timers out there so do it the way I show you or it **won't** be believable.)
- The three ways that prospects find an excuse **not** to buy from you and how you make sure they feel comfortable enough to whip out their credit cards.
- How to bypass a prospect's emotional system and get them to buy your product, even if they're terrified of spending that amount of money!

**Email Marketing Tactics to Print Money on Demand**

- Why you're better off modeling **Howard Stern** for your email marketing than any "big guru" alive.
- How to make sure you **never run out of things to say** in your email marketing. (Even if you email every day.)
- How to **express your personality** so your list falls in love with you. (You can be the most boring person on earth but with a few tweaks, your list will hang on your every word.)
- **Email blast secrets** to get thousands of fans to your website each day.
- How I make loads of money off my **badly written emails** with awful grammar. (If you can write better than a 8th grader, you'll probably do better than me at this.)
- A **question you can ask every day** to stimulate email creativity so you always have a sale-grabbing email to send.
- The **two times of day to send emails** where you'll get the most clicks and sales.
- Why looking at your open rates and click-through rates will **murder** your email marketing. (Once you hear my story, you may never test email headlines again.)
- How to use your testimonials in your emails so **other customers sell for you**. (This can be very slick and invisible if you do it right.)

**Solo Ads–The Most Hidden (and Profitable) Traffic Method in Existence**

- Why solo ads are the internet's best-kept secret for getting easy sales and scaling your business to the million-dollar mark.
- **5 steps to creating a highly profitable Solo Ad campaign**that makes you more money each and every month.
- How to flood your sales webinar with excited viewers from your solo ads.
- The **exact email conversation** I have with EVERY list owner I buy solo ads from. This will get you deals with the biggest lists and get you the most inexpensive rates imaginable.
- How to knock 20% off your solo ad cost with **one sentence** you can email the list owner.
- My formula for constructing a solo ad that gets you the maximum number of clicks AND signups.
- How to **"field test" your ads** weeks in advance so you're sure to get customers before you put any money down.
- **Fill-in-the-blank** subject lines and copy you can use in your solo ads to get you more sales than you ever thought was possible.

# PX 97

- How to buy solo ads from publishers that don't even know what "solo ads" are! (I'll tell you exactly what to say so it's super-easy.)
- Why making your solo ads shorter and less descriptive will make you much more money AND save a lot of your time!
- How long you should wait before deciding if an ad is a winner or loser. (I guarantee this is not what you expect!)
- Why "breaking even" is B.S. and why some of your best ads may lose money at first.

**My Stash of Wealth-Growing Resources**

- Over 50 of most powerful resources to make you a success in every area of your life.
- A book that will skyrocket your problem-solving intelligence and cut your learning time in half.
- My 4-Part **"Story Telling through Email" Webinar Series** that will turn your auto-responder into a cash-machine you love working on.
- **My sales page formula and template** that will get you conversions and profits nearly overnight … even if you have no experience at copywriting or selling.
- Every resource I use for survey creation, web hosting, email marketing, split testing, creating shopping carts, and more!
- The **#1 free tool on the internet for making money**. You CANNOT go wrong with this one and I'm still amazed they don't make you pay for it (yet.)
- My secret list of websites, email lists, and marketing firms to buy profitable ad space from.
- The small list of teachers that **I** have modeled myself after. (And how you can learn from them too without ever buying another course.)

Does this sound like a lot? Well, the plan is for Matt and me to give you everything you need to put your business on steroids and put you on the fast track to wealth. We're leaving no stone unturned and I can't wait to hear about your own success with the methods we give you.

Now back to Matt …

–*Daegan Smith*

---

Thanks, Daegan.

By now you may be realizing that this is one of the most complete and effective courses ever created on internet marketing *by people who have actually been in the trenches and succeeded.*

You're getting real-world examples for everything and full action steps to make sure you know *exactly what to do* to get the same results Daegan and I are getting.

You can watch this program as many times as you want, take notes, implement the material, and then watch *again* to get new insights on how to make your business even better.

**You will not outgrow this course until you're well into the seven figures.**

So I think you'd agree the price of a full-out action plan for a non-stop profit building business is really *priceless.*

**Selling this course at $10,000** would be a steal.

Giving you Online Course Revolution for **$1,997** would give you more practical tools to use than any of the "big launch" products that the gurus fill your email inbox with.

But I am going to *flat out give away* Online Income Revolution for:

~~$1497~~

<span style="color:red">$997</span>

And your purchase is completely protected because of our …

# <u>150% Money Back Guarantee</u>
# Yes, I'll <span style="color:red">Pay</span> You Extra If You Don't Succeed

One of the reasons I rose up so fast in this industry is because I was never afraid to put my money where my mouth is.

And this program is no exception.

You are fully guaranteed to be *well on your way* to making $10,000 a week within 90 days … or you get your $997 back, PLUS an additional $500 to spend however you wish.

There are two reasons I'm able to get away with making a guarantee as unbelievable of this.

First of all, I know this program *works,* so I have full confidence **you will be making money** if you simply follow the instructions.

Secondly, I have a couple rules in place to make sure you do at least **some** work on your business before deciding if **Online Income Revolution** is everything I say it is.

Here are the rules:

- Go through the entire course. (The original event was filmed over a weekend so you should easily be able to finish it in a week or two.)
- Pick at least **three of the twelve** *Income Revolution* steps I share with you in the program. Implement some action steps from those sections and take a couple screenshots of your progress along the way.
- If at the end of 90 days, you don't feel you are well on your way to making *way* more money than you imagined, then go to <span style="color:red">http://www.mobe.com/support</span> and file a ticket. My staff will respond to you immediately and process you a full refund *and then* send you $500 through PayPal.



<span style="color:red">get instant access</span>

My business manager told me, "Matt, this is *insane!* At least make them do the **full twelve** Income Revolution steps before offering a refund."

I told him the same thing I'm telling you. Once you start implementing even the tiniest bit of this program, your returns will be so great that you'll have no choice but to keep going and take advantage of the full masterpiece.

After all, a quick $500 or even $5,000 profit is chump change compared to what you'll get from putting a thriving business like this together.

And just to make it easier for you … I have.

## PX 97

# 4 Bonuses To Transform Your Business And Skyrocket Your Income

## BONUS CONTENT



### Bonus #1: How To Win Big Money Affiliate Contests With Even A Tiny List

- How to get at the top of the contest leaderboard and set yourself up as an authority in your industry.
- All the methods to winning iPads, Kindle Fires, luxury cars, and vacation trips … even if you are unknown at this point.
- How to sneak past competitors with *incredibly large* 100,000+ person lists by using the one resource they *don't* have!
- Use affiliate contests as a way to get in good with the guru and have him mail for *your* products.

### Bonus #2: How To Sell $3,000+ High Ticket Items To Double Your Business Profits

- The **Diamond Ring Salesman's** guide to emotionally compelling your prospect to buy your most expensive item and thank you for the opportunity
- Get your potential customer *flooded with urgency and passion* so he has no choice but to buy your product or coaching program.
- The **#1 mistake** almost every business owner (including you) makes that could *instantly cripple* your chance of making any money off high-priced programs.
- How to make a sales conversation **soft and gentle** so your prospect buys without it even feeling like a sales call.

### Bonus #3: Run Your Own Coaching Program For Quick Financial Gain

- Why coaching is the easiest business for making money *right away*, without needing to build a list or even create a product.
- The secret to getting **word of mouth referrals** that keep you packed with customers who want to pay thousands for your time.
- **Retention Secrets:** Keep your clients motivated so they come back every month for more.
- How to make sure you have time for your other business activities and don't get overwhelmed by serving students.

### Bonus #4: How To Build A Sales Team That Closes High-Ticket Deals For You

- Where to find the **most talented, motivated salespeople** who will sell your high-end products as if they're the best things on earth.
- How to get the best salespeople to agree to *commission only* so they never get paid until *you* get paid.
- The keys to keeping your sales people motivated *beyond money* to keep selling your services and making you very rich.
- How to get your salespeople enough leads so they stay satisfied and are constantly calling prospects to bring you more profit.

That's 4 bonuses that will absolutely guarantee your success with your online marketing business, whether you're a raw rookie or seasoned professional.

FTC-MOBE-004554

I can't give you a deal better than this because I'm not sure I even want a customer who won't invest the bare minimum in their success.

Also, this product is based on a temporary partnership I have with Daegan Smith. We're having a blast working together, but if for some reason, Daegan wants his material back for his own use, I'll have no choice but to **take this website down altogether.**

Because of this fact, I urge you to register for **Online Income Revolution** *while it's still available* and not wait a second longer. Your investment is guaranteed by 150%(!!) so it's *me* who has something to lose here, not you.

Thanks and I'll see you on the other side.



MATT LLOYD

 **YES!** I am inspired by Matt Lloyd's quick rise to success and I want to get in on the most powerful internet marketing course available, the **Online Income Revolution**.

I understand I get 12 sessions of video training with Matt Lloyd and 7 video sessions with Daegan Smith (Totaling over 20 hours of learning) revealing the tried-and-true path both of them took to become multi-millionaires online and how I can do the same thing myself.

- I understand there is a 150% money-back guarantee, meaning that as long as I implement three or more Income Revolution steps from the course, I am eligible for my $997 back plus an additional $500 refunded to me through PayPal by filing a ticket with: Mobe Back-Office Support.

- If I order right now I get:
  **Bonus #1:** Winning Affiliate Contests
  **Bonus #2:** Selling High-Ticket Items
  **Bonus #3:** Running a Coaching Program
  **Bonus #4:** Building an Expert Sales Team

- I understand some or all of these bonuses may disappear over time and the price will not go down.
- I will take advantage of the MOBE Facebook group and get answers to my questions and learn from other Online Income Revolution owners who are quickly hitting their financial and lifestyle goals.
- I am absolutely serious about my success as an online marketer and will do the work to achieve massive income with my internet business.

 arrow

get instant access

Business Education Trainings · 1751 Richardson Street, Suite 2500 · Montreal · Quebec H3K 1G6
MOBE, Ltd. · Soho Suites at KLCC B1-28-8 NO.20 · Jalan Perak · Kuala Lumpur · 50450 Malaysia
MOBE Processing.com, Inc. · 8207 Golf Ridge Drive · Charlotte, NC · 28277
MOBE Pro, Ltd. · Third Floor · 207 Regent Street · London W1B 3HH
Nestor Merchant Services Branch in Georgia, 9 Dzma Kherkheulidze Str., No. 14 Apt. 3, City Rustavi
Mobe LLC – Didgori District, Borough Tskneti, the so-called almond garden area, Tbilisi, Georgia
MOBE Online, Ltd. · 54 Wellington Street · Rose-Hill · Mauritius

MOBE · My Own Business Education · MOBE TV

PX 97

FTC-MOBE-004556

It looks like you're visiting from **United States**

To get local pricing and content    **VISIT OUR UNITED STATES SITE** (US English)    Or stay on the current site    Or see list of all Regus sites >

✕



English ⌄    Create an account    Call: **+212 538 00 68 12**    LOGIN

Locations | Products | Business size | Agents | Magazine



BOOK A TOUR ▸    PLANS & PRICING ▸



High demand



# Virtual office in Kuala Lumpur Sentral, CIMB

**Suite 8-1 & 8-2, Level 8, Menara CIMB, No.1, Jalan Stesen Sentral 2, Kuala Lumpur Sentral, 50470 Kuala Lumpur**

The business centre is located in the CIMB Tower that is one of the latest buildings to be completed at KL Sentral and is yet another landmark of KL Sentral and Kuala Lumpur City. Kuala Lumpur Sentral is known as a transportation hub of KL city and as one of the designated Multimedia Supercorridor (MSC) locations. A Government designated zone, the MSC is designed to leapfrog Malaysia into the information and knowledge age. The zone aims to attract companies with tax breaks and facilities such as high speed internet and proximity to the local international airport. The CIMB Tower is a short walk to the renowned Hilton and Le Meridien Hotels. A variety of business class restaurants and shopping centres are available in the vicinity of KL Sentral.

WHAT'S AVAILABLE    BUY NOW ▸

Home > Virtual Office > Kuala Lumpur > Kuala Lumpur Sentral, CIMB



Suite 8-1 & 8-2, Level 8, Menara CIMB, No. 1, Jalan Stesen Sentral 2, Kuala Lumpur Sentral, 50470 Kuala Lumpur
Sales:
+212 538 00 68 12

BOOK A TOUR ▸
BUY NOW ▸

⤢ Full screen

Directions

Street view

See all locations in Kuala Lumpur

PX 98    FTC-MOBE-004557



## Trusted around the world

    

BOOK A TOUR    BUY NOW 

# Why choose a Regus Virtual office?



**Business Address**

Establish your office in a prime location at minimal cost.



**Call answering**

Get a local number and have someone take your calls.



**Customise your plan**

Add call answering and the use of a private office in the centre of your choice.



**Easy to relocate**

Move your contract to any of our addresses at no additional cost.

**Mail Handling**

Direct your mail to any Regus address; have it forwarded or pick it up.

# Choose your virtual office package

PX 98

FTC-MOBE-004558

## Choose your virtual office package



**Professional address**

Place your business in the best possible location with a credible address and mail handling service.





**Virtual Office**

Professional address with mail handling and telephone answering, plus access to our global network of drop-in business lounges.





**Virtual Office Plus**

Enjoy the full virtual office package, with business address, mail handling, telephone answering and free business lounge access, plus access to a private office in the centre of your choice.





## All-inclusive pricing

**Only pay for what you need** - whether it's a mail handling service or a full virtual office



Regus network



Virtual address

| | |
|---|---|
| ✓ Access to a global network of business centres | ✓ Receive mail; calls answered with your business name |
| ✓ Choose from over 3000 premium locations | ✓ No need for a permanent office space |

PX 98

FTC-MOBE-004559

 

# More ways to work in Kuala Lumpur

We offer more than just office space
...



**Meeting Room**

FIND OUT MORE



**Day Office**

FIND OUT MORE



**Business lounges**

GET STARTED



**Disabled facilities}**

FIND OUT MORE



# Manage everything wherever you are

Download the Regus App on the
**Apple App Store** or **Google Play.**

 

PX 98



# Let's get started

Whatever your business, whatever your budget we'll help find the right workspace.

Where do you want to work? 🔍

✉
**Need more information?**
Send us an email

💬
**Want to ask some questions?**
+212 538 00 68 12

👤
**Create an account and start using us**
Create account

📍
**Visit one of our locations**
Book now

**PRODUCTS**
Office Space
Co-working
Virtual Office  GET STARTED
Meeting Room
Businessworld  GET STARTED
Workplace Recovery

**ABOUT US**
Regus PLC
Careers
International websites

**CONTACT US**
Email us
Customer service

**CONNECT WITH US**
in  ▶  f

**DOWNLOAD OUR APP**
Learn more
Download on the App Store    Android app on Google play

© Regus Group Companies [2017] | 1.4.13024.0    Sitemap    Privacy Policy    Terms & Conditions    Cookie Policy

