UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **Federal Trade Commission**, <br><br> Plaintiff, <br><br> v. <br><br> **MOBE Ltd.**, et al., <br><br> Defendants. | Case No. 6:18-CV-862-ORL-DCI |

**JOINT MOTION TO APPROVE FEDERAL TRADE COMMISSION AND SUSAN ZANGHI'S STIPULATION TO A PRELIMINARY INJUCNTION**

The Federal Trade Commission ("FTC") and Susan Zanghi (the "Parties") request that the Court approve the stipulated preliminary injunction they have reached.

On June 4, 2018, the FTC filed a complaint against Ms. Zanghi and other defendants. On June 5, 2018, the Court entered an *Ex Parte* Temporary Restraining Order and scheduled a hearing for the defendants to show cause why a preliminary injunction should not be issued. The FTC and Ms. Zanghi have agreed to the entry of a preliminary injunction for the duration of the litigation. The terms of the stipulated preliminary injunction are set forth in the attached proposed stipulated preliminary injunction.

Dated: June 25, 2018         /s/ Sung W. Kim
                            Sung W. Kim
                            Bikram Bandy
                            Benjamin R. Davidson
                            Federal Trade Commission
                            600 Pennsylvania Ave., NW, Mailstop CC-8528

-1-

-2-

Washington, DC 20580
(202) 326-2211; skim6@ftc.gov
(202) 326-2978; bbandy@ftc.gov
(202) 326-3055; bdavidson@ftc.gov
(202) 326-3395 (fax)

Attorneys for Plaintiff

FEDERAL TRADE COMMISSION

 /s/ Susan Zanghi*_____
Susan Zanghi


\* Signed by the FTC with Ms. Zanghi and Andrew Cove's permission.

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Middle District of Florida using the Court's CM/ECF system.

I will send copies of this order electronically to:

| | |
|---|---|
| David L. Fergson<br>Kopelowitz Ostrow Ferguson Weiselberg Gilbert<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, FL 3301<br>**Counsel for Russell Whitney** | Andrew Cove<br>Cove Law, P.A.<br>225 South 21st Avenue<br>Hollywood, FL 33020 |

I will send copies of the order via U.S. Mail to the following defendants via their last known address:

| | |
|---|---|
| **9336-0311 Quebec Inc.**<br>2500-1751 rue Richardson, Montreal, Quebec, H3K1G6, Canada | **Matt Lloyd McPhee**<br>B1-8-7, 20 JALAN PERAK KUALA LUMPUR |
| **Matt Lloyd Publishing.com Pvt**<br>22 Mercury Street, Carlise, Perth, 6101, Western Australia | **MOBE Inc.**<br>Azuero Business Center, Suite 580, AVENIDA PEREZ CHITRE, PANAMA 00395 |
| **MOBE Ltd.**<br>Level 2, Lot 19, Lazenda Commercial Centre, Phase 3, Federal Territories of Labuan, Malaysia 87007 | **MOBE Online Ltd.**<br>54 Wellington Street, Rose-Hill, Mauritius |
| **MOBE Pro Ltd.**<br>Third Floor, 207 Regent Street, London W1B 3HH, United Kingdom | **MobeProcessing.com, Inc.**<br>Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801 |
| **MobeTraining.com, Inc.**<br>Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19802 | **Transaction Management USA, Inc.**<br>Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19803 |