# **EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | MOBE Consultant Memberships and Compensation Plan |
| 2 | Screenshot of Receiver's notice posted on MOBE websites |
| 3 | Spreadsheet showing resort hotels contacted and instructed not to host MOBE live events |
| 4 | Schedule showing Credit Card Reserves Collected |
| 5 | Checking Account Ledger |
| 6 | Money Market Account Ledger (Unrestricted Funds) |
| 7 | Money Market Account Ledger (Restricted Funds) |

45923193;1