

Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     August 10, 2018
Invoice No.       9373977

MARK J. BERNET, AS RECEIVER
AKERMAN LLP.
401 E. JACKSON STREET, SUITE 1700
TAMPA, FL 33602

Client Name:     **BERNET, MARK J., AS RECEIVER**
Matter Name:     **MOBE LTD (ATTORNEYS ONLY)**
Matter Number:   **0340529**

---

*For professional services rendered through July 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $69,182.50 |
| Disbursements | $1,473.08 |
| **TOTAL THIS INVOICE** | **$70,655.58** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9373977*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com





Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| Invoice Date | August 10, 2018 |
|---|---|
| Invoice No. | 9373977 |

MARK J. BERNET, AS RECEIVER
AKERMAN LLP.
401 E. JACKSON STREET, SUITE 1700
TAMPA, FL 33602

Client Name:    **BERNET, MARK J., AS RECEIVER**
Matter Name:    **MOBE LTD (ATTORNEYS ONLY)**
Matter Number:    **0340529**

---

*For professional services rendered through July 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $69,182.50 |
| Disbursements | $1,473.08 |
| **TOTAL THIS INVOICE** | **$70,655.58** |

*To ensure proper credit to the above account, please indicate invoice no. 9373977*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 4-Jun-18 | Telephone conference with Richard Kaplan at the FTC to discuss data input and electronic data information; draft memo regarding what Mr. Kaplan will need regarding data; prepare and revise bank letter forms; receipt and review of various emails from potential law firms in Canada, Australia, Malaysia and Maritius to assist with asset freezing; review and organization of Motion, Memorandum of Law and Temporary Restraining Order and all of it's exhibits. | S V | 3.70 | 721.50 |
| 5-Jun-18 | Preparation and forwarded of correspondence to Ontraport and Enom, Inc. and Oracle; receipt and review of exhibits attached to the Temporary Restraining Order and preparation of parts to be forwarded to Ontraport and Enom, Inc. and Oracle. | S V | 1.10 | 214.50 |
| 6-Jun-18 | Receipt and review of correspondence from potential Australian counsel including all information to be forwarded to the banks and the letters that will be forwarded; draft correspondence to Australian counsel regarding account numbers and additional addresses that were requested; receipt and review of response from Chase Bank regarding the TRO; receipt and review of correspondence from FTC attorneys to Australian banks outlining the monetary penalties being sought through these motions; receipt and review of response from Apmex, Guardian Escrow, I-Payout and First Data merchant solutions regarding seizure of matter and hold on all funds currently in their possession; telephone conference with Ms. Tito at PayPal; receipt and review of response from Ontraport asking for certified Order; receipt and review from CEO of Ontraport stating they didn't need certified Order; telephone conference with CEO of Ontraport and Richard Kaplan to go over data capture; review and set up Ontraport account; receipt and review of Enom, Inc. information regarding 80 more domains; preparation of correspondence to Australian attorneys and uploading of secure files including the attachments to the Motion and Memo of Law and TRO for their review and preparation; receipt and review of response from Zendesk. | S V | 4.90 | 955.50 |

Akerman LLP                                                                                    Page 4

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|---|---|---|---|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 7-Jun-18 | Draft correspondence to GoDaddy; receipt and review of additional correspondence from FTC regarding GoDaddy and information received from undercover agent regarding more websites; draft additional correspondence to PayPal and forwarding of the TRO to Ms. Trout; telephone conference with Hilton San Remo, CA to cancel meetings; draft correspondence to Hilton in San Remo, CA to give them notice to cancel meetings; telephone conference with Marriott San Antonio, TX to cancel meetings; draft correspondence to Marriott San Antonio, TX to give them notice to cancel meetings; telephone conference with Hilton Seattle WA to cancel meetings; draft correspondence to Hilton in Seattle, WA to give them notice to cancel meetings; telephone conference with Sheraton, Cleveland OH to cancel meetings; draft correspondence to Sheraton, Cleveland OH to give them notice to cancel meetings; telephone conference with Marriott El Paso TX to cancel meetings; draft correspondence to Marriott El Paso TX to give them notice to cancel meetings; telephone conference with Peggy Bruggman at Oracle and Richard Kaplan regarding data download; draft correspondence to Ms. Bruggman confirming conversation. | S V | 6.40 | 1,248.00 |
| 8-Jun-18 | Receipt and review of various emails from Canadian counsel regarding letters to be forwarded to banks and their attachments; receipt and review of documentation from People's Trust bank; receipt and review from Jeff Leonard, Manager of the Marriott regarding canceling of the events; telephone call with the Hilton corporate office regarding canceling all events and putting out a company wide email to cancel all events worldwide; telephone conference with Zendesk to discuss the data turnover with Mr. Kaplan; telephone conference with Thaddeus in Seattle Washington at the Hilton; review of documents with regard to MOBE conference sent to us by Thaddeus in Seattle WA; receipt and review of documentation from GoDaddy and information on filing Order in Arizona; receipt and begin review of documentation and correspondence from QualPay. | S V | 3.60 | 702.00 |

Akerman LLP                                                                                    Page 5

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|--------|------------------------------|-------|---------------|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 10-Jun-18 | Receipt and review of emails from the FTC concerning Susan Zenghi; draft correspondence to Radisson Blue Liverpool England, UK regarding shutting down of seminars; receipt and review of response from Radisson Blue Liverpool England, UK regarding shutting down of seminars; 2 telephone calls with Radisson Blue Liverpool England regarding the shutting down of seminars; receipt and review of emails regarding access to zendesk; draft correspondence to Crown Plaza Liverpool England, UK regarding shutting down of seminars; begin preparation and organization of witness files, bank files, victim files and payment processor files. | S V | 1.40 | 273.00 |
| 11-Jun-18 | Telephone conference with Marriott in Solona, Texas regarding canceling of MOBE events; draft correspondence to Marriott in Solona Texas canceling MOBE events; telephone conference with Red Rock Casino in Las Vegas, Nevada regarding Vegas of MOBE events; draft correspondence to Red Rock Casino in Las Vegas, Nevada Vegas MOBE events; telephone conference with Hyatt in Aurora, Denver regarding canceling of MOBE events; draft correspondence to Hyatt in Aurora, Denver canceling MOBE events; telephone conference with Sheraton, Orlando, Florida regarding canceling of MOBE events; draft correspondence to Sheraton, Orlando, FL canceling MOBE events; receipt and review of emails regarding crowd funding for legal fees; research additional sites and YouTube videos trying to capture MOBE customers and get them involved in their business of similar nature; receipt and review of San Remo Marriott attorney with regard to conference closing down on their own after lunch; receipt and review of draft notice to go on Receiver website; | S V | 1.90 | 370.50 |
| 12-Jun-18 | Receipt and review of correspondence regarding cancellation of the summit at Doubletree Seattle Airport from corporate counsel with Hyatt; receipt and review of Allied Wallet sworn statement regarding funds in their accounts and reserves; telephone conference with Apmex regarding additional accounts found and held and additional information requested; draft email to Apmex forwarding additional entity  names; meet with Mark Bernet to go over strategy and key items to address this week; receipt and review of update from Canadian banks; receipt and review of various emails from victims received; draft email to Denver Airport, Aurora Denver regarding request for contracts, e-mails, etc. | S V | 2.10 | 409.50 |

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| **Date** | **Services** | **Initials** | **Hours** | **Value** |
|---|---|---|---|---|
| 13-Jun-18 | Forwarded email to Apmex and spreadsheet of new entities and addresses to check; draft notice for Southern District of Florida to file the section 754 notice with the complaint; receipt and review of correspondence from Russell Whitney's attorney; receipt and review of 4 separate documents statements from Regions Bank; receipt and review of email from JP Morgan Chase; meet with receiver to go over status of matters to be presented to FTC; exchange of emails between me and Mr. Cox in the UK regarding him being ripped off; review of spreadsheets and begin preparation of updates to be provided with the summary for MJB of all matters that I am currently working. | S V | 3.50 | 682.50 |
| 13-Jun-18 | Review receivership complaint and TRO and correspondence and teleconference with the Receiver regarding case and issues relating to the Southern District of Florida; revise Notice of Filing and prepare for filing in Southern District pursuant to 28 USC 754 | TSM | 1.10 | 473.00 |
| 14-Jun-18 | Prepare civil cover sheet and documents necessary to file 754 notice/pleading with the Federal Court of the Southern District of Florida | K S | 2.00 | 540.00 |
| 14-Jun-18 | Research Section 754 filing requirements in Middle District of Florida and provide information to legal assistant for purposes of filing complaint and temporary restraining order in jurisdiction. | KAA | 0.40 | 108.00 |

Akerman LLP                                                                                                    Page 7

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|---|---|---|---|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 14-Jun-18 | Draft correspondence to Transact Europe regarding hold of all funds and claims; draft correspondence to World Pay UK LTD regarding hold of all funds and claims; draft correspondence to Global Payments direct regarding hold of all funds and claims; draft correspondence to Chain Processing Solutions regarding hold of all funds and claims; draft correspondence to  World Pay UK Ltd regarding hold of all funds and claims; draft correspondence to Suite Pay regarding hold of all funds and claims; draft correspondence to Square regarding hold of all funds and claims; draft correspondence to Adyen regarding hold of all funds and claims; draft correspondence to Stripe regarding hold of all funds and claims; draft correspondence to Click Better regarding hold of all funds and claims; draft update correspondence to PayPal; review of docket for updates; draft correspondence to Iberia Bank regarding where to send funds for Mr. Bernet; receipt and review of exhibits to the draft I-Payout and Guardian subpoenas; attend telephone conference with FTC; receipt and review of correspondence from Global Pay; receipt and review of correspondence from Suite Pay; receipt and review of correspondence from Stripe; receipt and review of revised deposition notices for Susan Zanghi and Russ Whitney; receipt and review of various documents from Jennifer Gilgoric and a new corporate structure. | S V | 7.70 | 1,501.50 |
| 14-Jun-18 | Finalize 754 notice and exhibits and work to get filed with SD Fla; reach out to clerk's office in SD Fla regarding filing of same; multiple correspondence with Receiver and Receiver's paralegal regarding filing | TSM | 1.70 | 731.00 |

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| **Date** | **Services** | **Initials** | **Hours** | **Value** |
|---|---|---|---|---|
| 15-Jun-18 | Receipt and review of final email response from Apmex regarding all docs sent to the FTC; receipt and review of correspondence from General Counsel from Allied wallet; receipt and review of correspondence from the FTC regarding continuing the TRO for a longer period of time; receipt and review of final email response from Stripe regarding all docs sent to the FTC; receipt and review of additional emails from Jennifer Gilgoric; telephone conference with Jennifer Gilgoric; research on Bill Futreal and obtaining current phone number and address and review of Facebook page and other social media pages; receipt and review of correspondence regarding funds transfer from Regions Bank; receipt and review of correspondence regarding funds transfer from I-Payout / Guardian Escrow; receipt and review of correspondence from Peggy Bruggman at Oracle; receipt and review of final filed Section 754 notice in Southern District of Florida; draft Section 754 notice for Southern District of Georgia and Civil Cover Sheet; research information regarding Georgia districts and filing of Section 754 in those districts; receipt and review of correspondence from Paypall allowing us final administrative access; receipt and review of catering services cancellation agreement received from Denver Airport Hyatt; receipt and review of correspondence from Mr. Whitney's attorney regarding document production; draft response to Mr. Whitney's attorney regarding document production procedures. | S V | 4.50 | 877.50 |
| 15-Jun-18 | Teleconference with clerk's office and review new filings by clerk in SD Fla case; analysis of case documents in preparation for depositions | TSM | 0.50 | 215.00 |
| 17-Jun-18 | Review and print various excel spreadsheets for review (2.3); document searches for Susan Zanghi materials for deposition on June 21 (1.6); document searches for Russell Whitney, Jr. materials for deposition on June 22 (1.4); preparation of witness and victim list (.9); internet searches for various corporate information (.8) | B R | 7.00 | 700.00 |
| 17-Jun-18 | Receipt and review of emails from FTC regarding secure file downloads of Russ Whitney's financial disclosure; begin preparation of notebook for Russell Whitney's deposition; draft correspondence to FTC forwarding spreadsheet found on Susan Zanghi's google drive outlining all incoming wires to Bank of America; conference with Mark to go over status of case and upcoming depositions. | S V | 2.90 | 565.50 |

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 17-Jun-18 | Receipt and review of correspondence from Ayden regarding no accounts; continued preparation of witness, victim, bank, ESI/CRM, payment processors and foreign country lawyer correspondence files in organization of case; receipt and review of additional emails from Mr. Cox; receipt and review of emails from victims; receipt and review of final correspondence from Suite Pay stating no accounts found; draft cancellation documents to be forwarded to Hyatt; receipt and review of correspondence from First Data and Wells Fargo regarding no assets found; receipt and review of incoming wires spreadsheet received from Google drive in preparation for upcoming deposition. | S V | 3.00 | 585.00 |
| 18-Jun-18 | Internet searches for Susan Zanghi and various corporations associated with her including Geer Up Marketing LLC in North Carolina and address information (.9); review and print excel spreadsheets containing Matt Lloyd calendar for 2018 and password information for review related to Susan Zanghi materials for deposition on June 21 (.6); preparation of witness and victim list (.5); | B R | 2.00 | 200.00 |
| 18-Jun-18 | Review and attend to finalizing and filing notice of complaint in Southern District Georgia. | JAB | 0.00 | 0.00 |
| 18-Jun-18 | Assistance with finalizing Civil Cover Sheet and Receiver's Notice of Filing Complaint for Permanent Injunction and Other Relief and Temporary Restraining Order; telephone conference with Clerk, U.S. District Court, Southern District of Georgia, regarding filing same; draft letter to Clerk forwarding same for filing; request check for filing fee. | JSM | 0.60 | 150.00 |
| 18-Jun-18 | Receipt and review of Russ Whitney's financial disclosures; receipt and review of additional documents received from Jennifer Gilgoric regarding other entities and legal non compliance in various countries; receipt and review of various emails from victims and organize same; telephone conference with Jennifer Gilgoric regarding additional information and talking with the receiver first before forwarding; receipt and review of fulfillment agreement with Mr. Salam and correspondence regarding same; receipt and review of a second exel spreadsheet from Susan Zanghi's Google's drive in preparation for this week's deposition; receipt and review of additional correspondence from Canadian counsel regarding banks not wanting to accept US Order. | S V | 1.20 | 234.00 |

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |

| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
| --- | --- | --- | --- | --- |
| 18-Jun-18 | Correspondence with Receiver's paralegal pertaining to preparation for upcoming depositions; review documents filed in case in preparation for same | TSM | 1.60 | 688.00 |
| 19-Jun-18 | Several telephone conferences with Clerk, U.S. District Court, Southern District of Georgia, regarding filing of Receiver's Notice. | JSM | 0.20 | 50.00 |
| 19-Jun-18 | Preparation of notebooks for Russell Whitney depositions; analysis and review of all exhibits provided by the FTC that reference Mr. Whitney, all sunbiz information for listed companies in which he is an owner and all documents produced by Mr. Whitney's attorney in response to the TRO; receipt and review of the Southern District of Georgia filings; preparation of notebooks for the Susan Zanghi deposition; analysis and review of all exhibits provided by the FTC that reference Ms. Zanghi, research all sunbiz information on corporations to which she is a party; review and analysis of Google Drive spreadsheets including wires for May and June of 2018 and all wires received to date, the Athar only spreadsheet, the OAP spreadsheet, Susan's Password spreadsheet, pending wires spreadsheet, wedding planners list spreadsheet, Mike&Mike Bank Info spreadsheet, wires pending spreadsheet and photography project spreadsheet in preparation for Susan Zanghi's deposition. | S V | 6.60 | 1,287.00 |
| 19-Jun-18 | Prepare for deposition of Whitney; confer with Receiver and review voluminous documents related to case and deponent | TSM | 4.20 | 1,806.00 |
| 20-Jun-18 | Prepare for and attend deposition of Whitney; prepare for deposition of Zanghi | TSM | 8.00 | 3,440.00 |
| 21-Jun-18 | Review temporary restraining order and analyze issues regarding motion for turnover of merchant account to receiver. Legal research regarding turnover of property to receiver subject to lien of third party. Draft motion for turnover of property to receiver. | RHM | 3.80 | 1,995.00 |
| 21-Jun-18 | Draft correspondence to Signature Card, Unipagos Merchant Services, Elavon, Sage Payment, Electronic Merchant Services, American Payments, Choice Merchant Services, Global One Pay, Splitit, Pivotal, Platinum Payment Systems and QualPay providing these payment processors with the TRO and Mark's contact information and demanding monies held in reserve; receipt and review of secure email from I-Payout/Guardian Escrow forwarding file materials; receipt and review of emails from FTC counsel regarding forwarding of the Susan Zanghi boxes; receipt and review of various letters and emails from victims. | S V | 3.10 | 604.50 |

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|--------|------------------------------|-------|---------------|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 21-Jun-18 | Prepare for and attend deposition of Zanghi | TSM | 6.70 | 2,881.00 |
| 22-Jun-18 | Review emergency motion for modification of temporary restraining order by Qualpay. Analyze merchant account agreement. Telephone call with FTC regarding strategy for response to same. Begin drafting response to motion. | RHM | 5.10 | 2,677.50 |
| 22-Jun-18 | Receipt and review of Paypal zip file; receipt and review of various emails from Edward Marshall regarding Qual-Pay's position with regard to the reserves and the cancellation of the opening of a few other new matters since the TRO was filed; receipt and review of Maverick bankcard's response to our demands; receipt and review of information regarding coinbase contacts; receipt and review regarding Ontraport questions from the FTC and facilitate scheduling of a meeting of the parties to go through the data analysis; receipt and review of various other victim emails and requests including David Cox, Peggy Edwards and a contact in New Zealand. | S V | 1.00 | 195.00 |
| 24-Jun-18 | Review and analyze motions filed by FTC in similar cases to compel turnover of funds in credit card processor reserve account. | RHM | 0.90 | 472.50 |
| 25-Jun-18 | Legal research regarding turnover of credit card reserve funds to receiver. Review and analyze motion to modify temporary restraining order. Confer with Receiver regarding strategy for response to same. Draft response to same. | RHM | 7.50 | 3,937.50 |
| 25-Jun-18 | Receipt and review of financials from Matt Lloyd for himself and the entities; begin preparation of a summary of these financials; receipt of and begin organization of the Susan Zanghi boxes; telephone conference with Wells Fargo regarding records; receipt and cursory review of records from Wells Fargo looking for out of the ordinary items; cursory view of financials looking for accountants and lawyers and important highlighted information and forwarding same to the receiver; receipt and review of correspondence from Chain Processing Solutions; receipt and review of correspondence from Mark Edgmon. | S V | 4.80 | 936.00 |
| 26-Jun-18 | Review and revise response to motion to modify temporary restraining order. Confer with Receiver regarding same. | RHM | 3.40 | 1,785.00 |

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 26-Jun-18 | Receipt and review of various emails from Ross Weber's counsel regarding a confidentiality agreement and the information stored on the hard drives as well as production to the receiver; receipt and review of various invoices and documentation from Mark Ed geman in Texas regarding services rendered through an accountant in Texas for the MOBE companies; continued review and drafting of summary of Matt Lloyd's financials; receipt, review and respond to emails and documentation to Stripe payment processor; rec eipt, review and respond to emails from Christine Andersen regarding MOBE fraud group on Facebook; telephone conference with Christine Andersen regarding MOBE fraud group and her experiences with MOBE identifying various other affiliates and on line resou rces; receipt and review of password information for documents received from I-Payout that were unopened; review password protected documents received from I-Payout. | S V | 4.70 | 916.50 |
| 27-Jun-18 | Read, review and analyze response to motion to modify TRO filed by FTC. | RHM | 0.90 | 472.50 |
| 27-Jun-18 | Draft correspondence to Credit Payment Systems forwarding TRO and requesting documentation and funds; draft correspondence to Priority Payment Systems forwarding TRO and requesting documentation and funds; continued review and summary of Matt Lloyd's fina ncials; receipt and review of secure documents from Wells Fargo; draft correspondence to FTC regarding the upcoming injunction hearing and the possibility of his victims showing up at the hearing; phone conference with FTC to discuss current status and up coming PI hearing; telephone conference with Christine Andersen regarding the MOBE fraud victim Facebook site and various other individuals who are victims who want to tell their story; receipt and begin review of secure file transfer documents from Attor ney Marshall for Qual-Pay; receipt and review of 4 new victim testimonials. | S V | 6.70 | 1,306.50 |
| 28-Jun-18 | Internet searches for bank information .3; calls to BMO Harris Bank - Schaumburg IL and left message for Branch Manager .2; online searches of corporations related to Mobe - Canada, Costa Rica, Panama - register for account, Mauritius, Malta and Hong Kong 1.0 | B R | 1.50 | 150.00 |
| 28-Jun-18 | Review and analyze documents; tax research; confer with working group members re tax filing obligations of Receiver. | LFC | 2.50 | 1,875.00 |
| 29-Jun-18 | Telephone call with opposing counsel regarding motion for admission pro hac vice. | RHM | 0.10 | 52.50 |

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|---|---|---|---|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 29-Jun-18 | Receipt and review of 84 new victim testimonials; continued organization and preparation of files and spreadsheet outlining the victims; receipt and cursory review of BB&T documents received through secure link; receipt and cursory review of square up doc uments received through secure link. | S V | 3.10 | 604.50 |
| 2-Jul-18 | Telephone call with counsel for Synovus Bank regarding funds in reserve account. Email to M. Bernet regarding same. | RHM | 0.30 | 157.50 |
| 2-Jul-18 | Received and reviewed various complaints from the victims; receipt and review of Apmex' response to the discovery requests; conference call with Jennifer Gilgoric regarding MOBE pending matters and recent activity; receipt and review of correspondence fro m David Cox regarding recent activity. | S V | 3.90 | 760.50 |
| 3-Jul-18 | Review FTC emergency motion to extend TRO and continue preliminary injunction hearing. Review motion for consent preliminary injunction. | RHM | 0.30 | 157.50 |
| 4-Jul-18 | Receipt and review of emails and complaints from Victims; begin preparation of information to be placed on FaceBook Page; received, reviewed and responded to Mr. Cox' email including copies of the latest FAQ sheets; receipt and review of additional discov ery from Iberia Bank. | S V | 3.50 | 682.50 |
| 5-Jul-18 | Review objection by Qualpay to motion to continue TRO. Review FTC response to objection. | RHM | 0.20 | 105.00 |
| 5-Jul-18 | Conference call with FTC; receipt and review of complaints and emails from victims; draft talking points and to do list from the conference call with the FTC; draft correspondence to Synovous Bank regarding discovery and forwarding of all funds held by co mpany and its affiliates; draft response to Christine regarding all of the complaints and emails and documentation received thus far. | S V | 7.10 | 1,384.50 |
| 6-Jul-18 | Telephone call and email exchange with counsel for Synovus Bank regarding request for turnover. | RHM | 0.20 | 105.00 |
| 6-Jul-18 | Receipt and review of various complaints and emails from victims; receipt and review of contract from Skoda, Minotti and executive team summaries; begin draft of letter to all consumers/victims. | S V | 2.50 | 487.50 |
| 7-Jul-18 | Review order granting motion to continue preliminary injunction hearing. | RHM | 0.10 | 52.50 |

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|---|---|---|---|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 9-Jul-18 | Read, review and respond to email correspondence from counsel for Synovus Bank. Confer with M. Bernet regarding strategy for hearing on Qualpay motion to modify TRO. Review documents produced by Qualpay to receiver. | RHM | 2.10 | 1,102.50 |
| 10-Jul-18 | Redact Merchant Account numbers to prepare composite exhibit 1. | NJG | 0.00 | 0.00 |
| 10-Jul-18 | Review documents produced by Qualpay. Draft supplemental response to motion to modify TRO. Confer with M. Bernet regarding same. Telephone call with counsel for Synovus Bank regarding intervention. Confer with Receiver regarding same. Analyze account statements from Qualpay. Draft timeline of events for hearing. | RHM | 3.60 | 1,890.00 |
| 11-Jul-18 | Review and analyze Synovus emergency motion to modify TRO. Review and analyze Qualpay account statements received from FTC. Begin drafting response to Synovus emergency motion. | RHM | 7.40 | 3,885.00 |
| 12-Jul-18 | Draft response in opposition to emergency motion by Synovus Bank to set aside TRO. Review and analyze merchant account statements produced by Qualpay. | RHM | 7.30 | 3,832.50 |
| 12-Jul-18 | Receipt and review and comparison of documents from FTC regarding Qual Pay discovery responses including monthly statements and financials; draft spreadsheets for month and year outlining payments and accruals for upcoming hearings; receipt and review of various complaints and statements from consumer victims; receipt and review of Quebec procedures and obtaining assets in Canada; telephone conference with Benjamin Ockner regarding emails including the responses to discovery and the password for same and upcoming hearing. | S V | 4.00 | 780.00 |
| 13-Jul-18 | Plan/prepare for service of subpoenas and orders on Qualpay and Allied Wallet. | AMH | 0.50 | 92.50 |
| 13-Jul-18 | Prepare/compile subpoenas with attachments with orders for personal service on Qualpay and Allied Wallet | AMH | 0.40 | 74.00 |
| 13-Jul-18 | Revise response to Synovus Bank's emergency motion to modify temporary restraining order. Review FTC supplemental response to Qualpay's motion to modify temporary restraining order. Review summaries of Qualpay statements for account reserves for exhibits to response. Confer with M. Bernet regarding strategy for response. Prepare for hearing. | RHM | 7.20 | 3,780.00 |

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|---|---|---|---|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 13-Jul-18 | Revised and finalized spreadsheets for month and year outlining payments and accruals for upcoming hearings; receipt and review of various complaints and statements from consumer victims; preparation of materials for upcoming hearings; receipt and review of email from FTC coordinator with regard to the Ontraport files; draft correspondence to Mr. Landon at Ontraport requesting a response to her questions; coordination of service of subpoenas to Qual Pay and Allied Wallet; draft correspondence to First Cit izens Bank. | S V | 5.40 | 1,053.00 |
| 15-Jul-18 | Prepare for hearing on motion to modify temporary restraining order. | RHM | 0.00 | 0.00 |
| 16-Jul-18 | Prepare for hearing on motion to modify TRO. Read, review and analyze response by FTC to Synovus Bank motion to modify TRO. | RHM | 4.50 | 2,362.50 |
| 17-Jul-18 | Prepare/compile proof of service of subpoena for production of documents on Qualpay. | AMH | 0.20 | 37.00 |
| 17-Jul-18 | Prepare for and attend hearing on motions to set aside TRO. Travel to and from Orlando for same (4.0). | RHM | 3.50 | 1,837.50 |
| 19-Jul-18 | Telephone calls with counsel for Synovus regarding disbursement of merchant reserves. Confer with M. Bernet regarding same. | RHM | 0.80 | 420.00 |
| 20-Jul-18 | Read, review and respond to correspondence from attorneys for Allied Wallet. Analyze payment processor reports provided and proposed settlement offer regarding merchant account reserve. Confer with M. Bernet regarding same. | RHM | 1.20 | 630.00 |
| 23-Jul-18 | Review objection to subpoena by Qualpay. Confer with M. Bernet regarding same. Draft letter to counsel for Allied Wallet regarding settlement. | RHM | 1.10 | 577.50 |
| 24-Jul-18 | Review letter from counsel for Allied Wallet regarding subpoena response. Confer with M. Bernet regarding Allied Wallet settlement. Telephone call to counsel for Allied Wallet regarding same. | RHM | 0.40 | 210.00 |
| 30-Jul-18 | Review and revise settlement agreement with Allied Wallet. Confer with M. Bernet regarding same. Email to opposing counsel regarding same. | RHM | 1.00 | 525.00 |

Akerman LLP                                                                                              Page 16

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|---|---|---|---|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 30-Jul-18 | Receipt and review of additional complaints from consumers/victims; received, reviewed and responded to email from Amanda Wilson at the FTC regarding Ontraport information and response to previously requested information on SQL files; draft correspondence to Mr. Landon at Ontraport regarding a third set of questions regarding the SQL files for the FTC; receipt and review of proof of service of subpoenas for Allied Wallet and Qual Pay. | S V | 2.20 | 429.00 |
| 31-Jul-18 | Review letter and spreadsheet received from Qualpay regarding chargebacks. Confer with M. Bernet regarding Allied Wallet reserve account settlement. Follow-up email to counsel for Allied Wallet. Review revisions to settlement agreement by Allied Wallet. Finalize Allied Wallet settlement agreement. | RHM | 1.10 | 577.50 |
| 31-Jul-18 | Facilitate and prepare file transfer from Ontraport to be forwarded to Amanda Wilson at the FTC regarding the SQL file; received, reviewed and responded emails from Christine Anderson regarding information and an appointment to discuss same; received and reviewed various complaints from consumers/victims; begin review of EMS files for attorney Ockner. | S V | 3.10 | 604.50 |

**Total Services** ..................................................................................................................**$69,182.50**

| Date | Disbursements | | Value |
|---|---|---|---|
| 13-Jul-18 | DUPLICATING - COLOR | 118.50 | |
| | Total for DUPLICATING - COLOR | | 118.50 |
| 30-Jun-18 | PACER PUBLIC RECORDS SYSTEM | 0.10 | |
| 30-Jun-18 | PACER PUBLIC RECORDS SYSTEM | 0.60 | |
| 30-Jun-18 | PACER PUBLIC RECORDS SYSTEM | 0.50 | |
| | Total for PACER PUBLIC RECORDS SYSTEM | | 1.20 |
| 30-Jun-18 | Lexis Advance Research | 3.00 | |
| | Total for Lexis Advance Research | | 3.00 |

Akerman LLP                                                                                    Page 17

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|--------|------------------------------|-------|---------------|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| **Date** | **Disbursements** | | **Value** |
|----------|-------------------|---|-----------|
| 6-Jun-18 | DUPLICATING - CLERK US DISTRICT COURT MIDDLE - FTC/MOBE - 3 certified copies of TRO. Inv#060618MJB. MB/4924 | 78.00 | |
| 6-Jun-18 | Reversal from Void Check Number: 40015998 Bank ID: 1008-40 Voucher ID: 1520476 Vendor: CLERK US DISTRICT COURT MIDDLE DISTRICT | (78.00) | |
| 18-Jun-18 | DUPLICATING | 14.60 | |
| 22-Jun-18 | DUPLICATING | 18.00 | |
| 10-Jul-18 | DUPLICATING | 0.60 | |
| 13-Jul-18 | DUPLICATING | 177.60 | |
| Total for DUPLICATING | | | 210.80 |
| | | | |
| 19-Jul-18 | TELEPHONE 01161402333383 Mobile Phone (Australia) | 1.00 | |
| Total for TELEPHONE | | | 1.00 |
| | | | |
| 8-Jun-18 | FEDERAL EXPRESS Airbill: 781284542479 per 4924 Invoice No: 620682978 Ship Dt: 06/05/18 To: Erich Hablutzel From: MARK J BERNET | 9.85 | |
| 8-Jun-18 | FEDERAL EXPRESS Airbill: 781284588849 per 4924 Invoice No: 620682978 Ship Dt: 06/05/18 To: Jasmin Torres From: MARK J BERNET | 9.85 | |
| 15-Jun-18 | FEDERAL EXPRESS Airbill: 781293723290 per 4924 Invoice No: 621467608 Ship Dt: 06/06/18 To: Mark Kuhaney From: MARK J BERNET | 9.85 | |
| 22-Jun-18 | FEDERAL EXPRESS Airbill: 781472258839 per 1902 Invoice No: 622267040 Ship Dt: 06/18/18 | 9.78 | |
| 22-Jun-18 | FEDERAL EXPRESS Airbill: 781421257360 per 4924 Invoice No: 622252995 Ship Dt: 06/14/18 | 14.25 | |
| 25-Jun-18 | FEDERAL EXPRESS Airbill: 781421519298 per 4924 Invoice No: 170576238 Ship Dt: 06/14/18 | 42.47 | |
| 25-Jun-18 | FEDERAL EXPRESS Airbill: 781421582028 per 4924 Invoice No: 170576238 Ship Dt: 06/14/18 | 57.47 | |
| 25-Jun-18 | FEDERAL EXPRESS Airbill: 781421637565 per 4924 Invoice No: 170576238 Ship Dt: 06/14/18 | 42.47 | |

Akerman LLP                                                                    Page 18

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
|--------|------------------------------|-------|---------------|
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 25-Jun-18 | FEDERAL EXPRESS Airbill: 781421686725 per 4924 Invoice No: 170576238 Ship Dt: 06/14/18 | 92.56 | |
| 29-Jun-18 | FEDERAL EXPRESS Airbill: 781539688847 per 4924 Invoice No: 623026544 Ship Dt: 06/22/18 | 9.78 | |
| 29-Jun-18 | FEDERAL EXPRESS Airbill: 781539574491 per 4924 Invoice No: 623026544 Ship Dt: 06/22/18 | 9.78 | |
| 29-Jun-18 | FEDERAL EXPRESS Airbill: 781539611099 per 4924 Invoice No: 623026544 Ship Dt: 06/22/18 | 9.78 | |
| 29-Jun-18 | FEDERAL EXPRESS Airbill: 781539671017 per 4924 Invoice No: 623026544 Ship Dt: 06/22/18 | 9.78 | |
| 29-Jun-18 | FEDERAL EXPRESS Airbill: 781539704045 per 4924 Invoice No: 623026544 Ship Dt: 06/22/18 | 9.78 | |
| 29-Jun-18 | FEDERAL EXPRESS Airbill: 781421323398 per 4924 Invoice No: 623026544 Ship Dt: 06/14/18 | 9.80 | |
| 29-Jun-18 | FEDERAL EXPRESS Airbill: 437381932927 per 4924 Invoice No: 623026544 Ship Dt: 06/22/18 | 11.17 | |
| 9-Jul-18 | FEDERAL EXPRESS Airbill: 781622409804 per 4924 Invoice No: 171069878 Ship Dt: 06/28/18 | 71.53 | |
| 13-Jul-18 | FEDERAL EXPRESS Airbill: 781676381050 per 4924 Invoice No: 624324592 Ship Dt: 07/02/18 | 24.76 | |
| 16-Jul-18 | FEDERAL EXPRESS Airbill: 781741836038 per 4924 Invoice No: 171307095 Ship Dt: 07/06/18 | 35.39 | |
| Total for FEDERAL EXPRESS | | | 490.10 |
| | | | |
| 19-Jun-18 | DELIVERY SERVICE-Orlando | 7.50 | |
| 20-Jun-18 | DELIVERY SERVICE-Orlando | 5.00 | |
| Total for DELIVERY SERVICE | | | 12.50 |
| | | | |
| 19-Jun-18 | COURT SERVICES - CLERK US DISTRICT COURT MIDDLE - Registration Fee for Power of Attorney. Inv#06192018MJB. MB/4924 | 230.00 | |
| 19-Jun-18 | Reversal from Void Check Number: 40016022 Bank ID: 1008-40 Voucher ID: 1522587 Vendor: CLERK US DISTRICT COURT MIDDLE DISTRICT | (230.00) | |
| Total for COURT SERVICES | | | 0.00 |

Akerman LLP                                                                                    Page 19

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 20-Jun-18 | PARKING - TAMARA S. MALVIN: Parking - Attendance at Deposition of Russell Whitney. TM/3706 | 16.00 | |
| 21-Jun-18 | PARKING - TAMARA S. MALVIN: Parking - Attend deposition of Susan Zanghi. TM/3706 | 16.00 | |
| Total for PARKING | | | 32.00 |
| 15-Jul-18 | SERVICE OF PROCESS - FIRST LEGAL NETWORK LLC - Process of Services: ALLIED WALLET, INC , 7095 HOLLYWOOD BLVD # 543, c/o AHMAD KHAWAJ, LOS ANGELES CA 90028. Case No. 6 18 CV ORL 37DCI in regards to Case No. 6 18 CV ORL 37DCI Order No. 3685961 / Invoice No. 10158153 Date: 7/15/2018. AH/4856 | 129.29 | |
| 15-Jul-18 | SERVICE OF PROCESS - FIRST LEGAL NETWORK LLC - Service of Process: QUALPAY INC, i818 W 7TH STREET, LOS ANGELES CA 90017 in regards to Case No. 6 18 CV862 ORL 37DCI. Order No. 3685976 / Invoice No. 10158153 Date: 7/15/2018. AH/4856 | 121.56 | |
| 15-Jul-18 | SERVICE OF PROCESS - FIRST LEGAL NETWORK LLC - Process of Service: ALLIED WALLET, INC c/o AHMAD KHAWAJ, 468 N. CAMDEN DR., BEVERLY HILLS CA 90210 / ADVANCE FEES/ .In regards to Case No. 6 18 CV ORL 37DCI Order No. 3686611 / Invoice No. 10158153 Date: 7/15/2018. AH/4856 | 170.38 | |
| Total for SERVICE OF PROCESS | | | 421.23 |
| 14-Jun-18 | FILING FEES - CLERK US COURTS - Order appointing trustees under 28 U.S.C.Ãƒâ€šÃ‚§ 754 - FTC v. Mobe, et al. - Notice of Filing. TM/3706 | 47.00 | |
| 14-Jun-18 | Reversal from Void Check Number: 11390166 Bank ID: 1003 Voucher ID: 1521988 Vendor: CLERK US COURTS | (47.00) | |
| 18-Jun-18 | FILING FEES - CLERK US DISTRICT COURT SOUTHE - Filing fee for Receiver's Notice of Filing Complaint for Permanent Injunction.. JM/1902 | 47.00 | |
| 8-Jul-18 | FILING FEES - BANK OF AMERICA - Filing Florida Southern District Court 6/14/18 ID#113C-10737069. KS/2264 | 47.00 | |
| Total for FILING FEES | | | 94.00 |

Akerman LLP                                                                                    Page 20

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 16-Jul-18 | WESTLAW RESEARCH 071618 MARTIN,RICHARD TAMPA | 63.75 | |
| | Total for WESTLAW RESEARCH | | 63.75 |
| | | | |
| 30-Jun-18 | LIBRARY RESEARCH CHARGES | 20.00 | |
| 30-Jun-18 | LIBRARY RESEARCH CHARGES | 5.00 | |
| | Total for MISCELLANEOUS LIBRARY CHARGES | | 25.00 |

**Total Disbursements** ....................................................................................................**$1,473.08**

Akerman LLP

| 065168 | BERNET, MARK J., AS RECEIVER | As of | July 31, 2018 |
| 0340529 | MOBE LTD (ATTORNEYS ONLY) | Invoice Number | 9373977 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| AMH | A. M. HERRERA | 1.10 | 185.00 | 203.50 |
| B R | B. ROLLINS | 10.50 | 100.00 | 1,050.00 |
| JSM | J. S. MEEHAN | 0.80 | 250.00 | 200.00 |
| K S | K. SHINDER | 2.00 | 270.00 | 540.00 |
| KAA | K. A. ABBATE | 0.40 | 270.00 | 108.00 |
| LFC | L.F. CORDERO | 2.50 | 750.00 | 1,875.00 |
| RHM | R. H. MARTIN | 64.00 | 525.00 | 33,600.00 |
| S V | S. VASQUEZ | 109.60 | 195.00 | 21,372.00 |
| TSM | T. S. MALVIN | 23.80 | 430.00 | 10,234.00 |
| | Total | 214.70 | | $69,182.50 |