# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

    Plaintiff,

v.    Case No: 6:18-cv-862-Orl-37DCI

**MOBE LTD., et al,**

    Defendants.

| | | | |
|---|---|---|---|
| **JUDGE:** | Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** | Bikram Bandy |
| **DEPUTY CLERK:** | Regina Fermer | | |
| **COURT REPORTER:** | Amie First<br>amiefirst.courtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | David Lawrence Ferguson (Telephonically) |
| **SCHEDULED DATE/TIME:** | July 17, 2018 at 1:30 PM | **COUNSEL FOR INTERVENOR:** | Edward Marshall<br>David Johnson |
| | | **COUNSEL FOR INTERESTED PARTY:** | Steven Kaufmann<br>Lara Fernandez |
| | | **COUNSEL FOR RECEIVER:** | Richard Martin |

## MINUTES
### Motion Hearing Doc. # 57

| | |
|---|---|
| 1:32 PM | Case called, appearances taken. |
| 1:34 PM- 3:14 PM | Court hears argument on Motion, Doc. #57 |
| 3:14 PM | Court Adjourned. |

Total time in court: 1:32 PM – 3:14 PM – 1 hour, 42 minutes