# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

      **Plaintiff,**

v.                                      Case No:  6:18-cv-862-Orl-37DCI

**MOBE LTD.,
MOBEPROCESSING.COM, INC.,
TRANSACTION MANAGEMENT
USA, INC., MOBETRAINING.COM,
INC., 9336-0311 QUEBEC INC.,
MOBE PRO LIMITED, MOBE INC.,
MOBE ONLINE LTD., MATT
LLOYD PUBLISHING.COM PTY
LTD., MATTHEW LLOYD
MCPHEE, SUSAN ZANGHI and
RUSSELL W. WHITNEY, JR. ,**

      **Defendants.**
_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **MATTHEW LLOYD MCPHEE** in Orlando, Florida on the 1st day of February, 2019.

                                        ELIZABETH M. WARREN, CLERK

                                        s/B. Acevedo, Deputy Clerk

Copies furnished to:

Counsel of Record