UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.    Case No. 6:18-cv-862-Orl-37DCI

MOBE LTD.;
MOBEPROCESSING.COM, INC.;
TRANSACTION MANAGEMENT
USA, INC.; MOBETRAINING.COM,
INC.; 9336-0311 QUEBEC INC.; MOBE
PRO LIMITED; MOBE INC.; MOBE
ONLINE LTD.; MATT LLOYD
PUBLISHING.COM PTY LTD.;
MATTHEW LLOYD MCPHEE; and
SUSAN ZANGHI,

    Defendants.

## ORDER

Mark J. Bernet ("**Receiver**") moves for payment for services rendered by himself (Doc. 241 ("**Receiver Application**")) and authorization to pay the law firm Akerman LLP for services rendered (Doc. 243 ("**Akerman Application**")). On referral, United States Magistrate Judge Daniel C. Irick recommends granting the Receiver Application, awarding $99,957.00 in fees. (Doc. 247, p. 7.) He recommends granting in part the Akerman Application, awarding $21,330.00 in fees and $490.00 in expenses, and denying the Akerman Application in all other respects, finding the Receiver failed to provide sufficient justification for the hourly rate charged for a paralegal. (*Id.* at 5–7.)

-1-

No objections were filed, and the time for doing so has now passed. Absent objection, the Court reviewed the Report and Recommendation only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court adopts the Report and Recommendation (Doc. 247) in full.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 247) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Receiver's Verified Third Application for Payment for Services Rendered (Doc. 241) is **GRANTED** and the Receiver is authorized payment of **$99,957.00** in fees.

3. The Receiver's Verified Third Application for Payment for Services Rendered and Reimbursement for Costs Incurred by Akerman LLP (Doc. 243) is **GRANTED IN PART AND DENIED IN PART:**

    a. The Receiver is authorized to pay Akerman LLP **$21,330.00** in fees and **$490.00** in expenses;

    b. In all other respects, the Akerman Application is **DENIED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 8, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro se* party