UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                                           Case No. 6:18-cv-862-Orl-37DCI

MOBE LTD.;
MOBEPROCESSING.COM, INC.;
TRANSACTION MANAGEMENT
USA, INC.; MOBETRAINING.COM,
INC.; 9336-0311 QUEBEC INC.; MOBE
PRO LIMITED; MOBE INC.; MOBE
ONLINE LTD.; MATT LLOYD
PUBLISHING.COM PTY LTD.;
MATTHEW LLOYD MCPHEE; and
SUSAN ZANGHI,

    Defendants.

## ORDER

Mark J. Bernet ("**Receiver**") moves for payment for services rendered by himself (Doc. 261 ("**Receiver Application**")) and authorization to pay the law firms Akerman LLP (Doc. 262 ("**Akerman Application**")) and the Deacons (Doc. 263 ("**Deacons Application**")) and the accounting firm Cherry Bekaert LLP (Doc. 264 ("**Cherry Bekaert Applicaltion**")). On referral, U.S. Magistrate Judge Daniel C. Irick recommends: granting the Receiver Application, awarding $100,000 in fees (Doc. 265, p. 6); granting in part the Akerman Application, awarding $16,8150 in fees and $51.30 in costs (*id.* at p. 8); granting in part the Deacons Application, awarding $7,654 in fees and $230.69 in costs (*id.* at pp.

-1-

8–11); and granting the Cherry Bekaert Application, awarding $33,900 in fees (*id.* at pp. 11–12).

No objections were filed, and the time for doing so has now passed. Absent objection, the Court reviewed the Report and Recommendation only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court adopts the Report and Recommendation (Doc. 265) in full.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 265) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Receiver's Verified Fourth Application for Payment for Services Rendered (Doc. 261) is **GRANTED** and the Receiver is authorized payment of **$100,000.00** in fees.

3. The Receiver's Verified Fourth Application for Payment for Services Rendered and Reimbursement for Costs Incurred by Akerman LLP (Doc. 262) is **GRANTED IN PART AND DENIED IN PART:**

    a. The Receiver is authorized to pay Akerman LLP **$16,815.00** in fees and **$51.30** in expenses;

    b. In all other respects, the Akerman Application is **DENIED.**

4. The Receiver's Verified Application for Authority to Pay Hong Kong Law Firm Deacons for Services Rendered and Costs Incurred (Doc. 263) is

**GRANTED IN PART AND DENIED IN PART:**

    a.    The Receiver is authorized to pay Deacons **$7,654.00** in fees and **$230.69** in expenses;

    b.    In all other respects, the Akerman Application is **DENIED.**

5.    The Receiver's Verified Application for Authority to Pay Accounting Firm Cherry Bekaert LLP for Services Rendered and Costs Incurred (Doc. 264) is **GRANTED** and the Receiver is authorized payment of $33,900.00 in fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 22, 2020.

_____
ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro se* Party