UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.                Case no. 6:18-cv-862-ORL-37DCI

MOBE LTD., et al.

    Defendants.
_____/

**NOTICE OF NO OPPOSITION TO REPORT AND RECOMMENDATION
REGARDING RECEIVER'S FIFTH FEE APPLICATION**

  Defendant, Matthew Lloyd McPhee, advises he does not object to the October 23, 2020, *Report and Recommendation* (doc. no. 270) ("R & R"), and agrees the Court may enter an order approving the R & R prior to the conclusion of the 14-day period. McPhee also authorizes the Receiver to file this document with the Court.

              */s/ Matthew Lloyd McPhee*
              Matthew Lloyd McPhee