UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.                                                                    Case No. 6:18-cv-862-Orl-37DCI

MOBE LTD.;
MOBEPROCESSING.COM, INC.;
TRANSACTION MANAGEMENT
USA, INC.; MOBETRAINING.COM,
INC.; 9336-0311 QUEBEC INC.; MOBE
PRO LIMITED; MOBE INC.; MOBE
ONLINE LTD.; MATT LLOYD
PUBLISHING.COM PTY LTD.;
MATTHEW LLOYD MCPHEE; SUSAN
ZANGHI; and INGRID WHITNEY,

     Defendants.

_____

## ORDER

Mark J. Bernet ("**Receiver**") filed a fifth application for services rendered. (Doc. 269 ("**Motion**").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting the Motion and the Receiver be authorized payment in the amount of $89,991.00 in fees. (Doc. 270 ("**R&R**").)

The remaining parties do not object.[1] (Docs. 271–73, 275–76.) So the Court has

---

[1] Default judgment has been entered against the corporate defendants: MOBE Ltd.; MOBEProcessing.com, Inc.; Transaction Management USA, Inc.; MOBETraining.com, Inc.; 9336-0311 Quebec Inc.; MOBE Pro Limited; MOBE Inc.; MOBE Online Ltd.; and MattLloydPublishing.com Pty Ltd. (*See* Doc. 260.) And all claims against Defendant Susan Zanghi have been resolved. (Doc. 139.)

examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.  U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 270) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.  The Receiver's Verified Fifth Application for Payment for Services Rendered (Doc. 269) is **GRANTED** and the Receiver is authorized payment of **$89,991.00** in fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 26, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party