UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                    Case No. 6:18-cv-862-Orl-37DCI

MOBE LTD.;
MOBEPROCESSING.COM, INC.;
TRANSACTION MANAGEMENT
USA, INC.; MOBETRAINING.COM,
INC.; 9336-0311 QUEBEC INC.; MOBE
PRO LIMITED; MOBE INC.; MOBE
ONLINE LTD.; MATT LLOYD
PUBLISHING.COM PTY LTD.;
MATTHEW LLOYD MCPHEE; SUSAN
ZANGHI; and INGRID WHITNEY,

    Defendants.

---

**ORDER**

    Burton W. Wiand ("**Special Reciever**") moves for: approval of a proposed settlement with non-party Synovus Bank ("**Synovus**"); approval for payment for services rendered by himself and by the law firm Wiang Guerra King ("**WGK**"); and for the termination of his appointment. (Doc. 268 ("**Motion**").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting the Motion in part, approving the settlement, authorizing some fees, and terminating the Special Receiver's appointment. (Doc. 274.) Judge Irick recommends authorizing: $6,084 in fees to the Special Receiver; $61,949 in fees to WGK for work performed for the Special Receiver; $21,977.50 in fees to WGK for work

performed for the Receiver, Mark J. Bernet; and $4,306 in expenses to WGK. (*Id.* at 9–15.)

No objections were filed, and the time for doing so has now passed. Absent objection, the Court reviewed the Report and Recommendation only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court adopts the Report and Recommendation (Doc. 274) in full.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 274) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The Special Receiver's Consolidated Motion (1) to Approve Settlement with Synovus Bank; (2) to Approve the Payment of Fees and Cots; and (3) to Terminate the Special Receiver's Appointment (Doc. 268) is **GRANTED IN PART AND DENIED IN PART:**

    a. The settlement with Synovus (Doc. 268-1) is **APPROVED;**

    b. The Special Receiver is authorized payment of $6,084.00 in fees;

    c. The Special Receiver is authorized to pay the law firm Wiand Guerra King $61,949 in fees for its services as counsel for the Special Receiver;

    d. The Special Receiver is authorized to pay the law firm Wiand Guerra King $21,977.50 in fees for its services as counsel for the Receiver;

    e. The Special Receiver is authorized to pay the law firm Wiand Guerra

    King $4,306.00 in expenses;

  f. Burton W. Wiand's appointment as Special Receiver is **TERMINATED;**

  g. In all other respects, the Motion is **DENIED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 12, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro se* Party