# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                                                   Case No. 6:18-cv-862-RBD-DCI

MOBE LTD.;
MOBEPROCESSING.COM, INC.;
TRANSACTION MANAGEMENT
USA, INC.; MOBETRAINING.COM,
INC.; 9336-0311 QUEBEC INC.;
MOBE PRO LIMITED; MOBE INC.;
MOBE ONLINE LTD.; MATT
LLOYD PUBLISHING.COM PTY
LTD.; MATTHEW LLOYD McPHEE;
and SUSAN ZANGHI,

    Defendants.
_____

## ORDER

Before the Court are:

1. Receiver's Verified Sixth Interim Application for Payment for Services Rendered (Doc. 289);

2. Receiver's Verified Fifth Application for Payment for Services Rendered and Reimbursement for Costs Incurred by Akerman LLP (Doc. 290); and

3. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation

(Doc. 291 ("R&R")).

The motions were unopposed. (*See* Doc. 289, p. 24; Doc. 290, p. 15.) On referral, Judge Irick recommended granting them. (Doc. 291.) The parties did not object and the deadline has passed, so the Court reviews the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 291) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. The Receiver's Verified Sixth Interim Application for Payment for Services Rendered (Doc. 289) is **GRANTED** such that the Receiver is authorized payment in the amount of $91,203.00 in fees.

3. The Receiver's Verified Fifth Application for Payment for Services Rendered and Reimbursement for Costs Incurred by Akerman LLP (Doc. 290) is **GRANTED** such that the Receiver is authorized to make payment to Akerman LLP in the amount of $14,752.80 in fees and costs.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 15, 2021.

ROY B. DALTON JR.
United States District Judge

3