**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                       Case No. 6:18-cv-862-RBD-DCI

MOBE LTD.;
MOBEPROCESSING.COM, INC.;
TRANSACTION MANAGEMENT
USA, INC.; MOBETRAINING.COM,
INC.; 9336-0311 QUEBEC INC.;
MOBE PRO LIMITED; MOBE INC.;
MOBE ONLINE LTD.; MATT
LLOYD PUBLISHING.COM PTY
LTD.; MATTHEW LLOYD
MCPHEE; SUSAN ZANGHI;
INGRID WHITNEY; and QUALPAY,
INC.,

    Defendants.
_____

**ORDER**

    Before the Court is Receiver's Verified Seventh Interim Application for Payment for Services Rendered. (Doc. 293 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting the Motion because the requested fees are reasonable. (Doc. 294 ("R&R").) The parties did not object and the deadline has passed, so the Court reviews the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted

in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 294) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. The Receiver's Motion (Doc. 293) is **GRANTED** such that the Receiver is authorized to pay himself $70,125.00 for services rendered.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 25, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Defendant Matthew Lloyd McPhee