## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                           Case No. 6:18-cv-862-RBD-DCI

MOBE LTD.;
MOBEPROCESSING.COM;
TRANSACTION MANAGEMENT
USA, INC.; MOBETRAINING.COM,
INC.; 9336-0311 QUEBEC INC.;
MOBE PRO LIMITED; MOBE INC.;
MOBE ONLINE LTD.; MATT
LLOYD PUBLISHING.COM PTY
LTD.; MATTHEW LLOYD
MCPHEE; SUSAN ZANGHI; and
INGRID WHITNEY,

    Defendants.
_____

## ORDER

Before the Court are four motions by the Receiver. (Docs. 296–99.) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation stating that the Court should grant three of the motions (Docs. 296–98) and grant in part the fourth (Doc. 299). (Doc. 300 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 300) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Receiver's First and Final Application for Authority to Pay the Rehmann Group for Accounting Services Rendered (Doc. 296) is **GRANTED**. The Receiver is authorized to pay Rehmann Group $20,410.00 in fees.

3. Receiver's Verified Sixth and Final Application for Payment for Services Rendered by Akerman LLP (Doc. 297) is **GRANTED**. The Receiver is authorized to pay Akerman $3,750.00 in fees.

4. Receiver's Verified Eighth and Final Application for Payment for Services Rendered (Doc. 298) is **GRANTED**. The Receiver is authorized payment in the amount of $6,006.00 in fees.

5. Receiver's Final Report, Concerning Winding Up the Receivership, and Unopposed Motion to Conclude Receivership and Discharge Receiver (Doc. 299) is **GRANTED IN PART AND DENIED IN PART**:

    a. The motion is **GRANTED** in that the Receiver is **DIRECTED** to pay the balance of funds in his possession to Plaintiff. Upon a Report from the Receiver verifying

completion of this and all the payments listed above, the Court will discharge the Receiver.

b. In all other respects, the motion is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 2, 2024.

ROY B. DALTON, JR.
United States District Judge